1

2

3

4

5                   IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: CATHODE RAY TUBE (CRT)     )  MDL No. 1917
     ANTITRUST LITIGATION              )
9                                      )  Case No. C-07-5944-SC
                                       )
10   _____)
                                       )  ORDER GRANTING SHARP
11   This Order Relates To:            )  PLAINTIFFS' ADMINISTRATIVE
                                       )  MOTION TO SEAL DOCUMENTS
12   Sharp Electronics Corp., et al.   )  PURSUANT TO CIVIL LOCAL
     v. Hitachi Ltd., et al.,          )  RULES 7-11 and 79-5(d)
     Case No. C 13-1173 (SC)           )
13                                     )
                                       )
14                                     )
                                       )
15                                     )
                                       )
16                                     )
                                       )
17   _____)

18        On August 7, 2013, Plaintiffs Sharp Electronics Corporation

19   and Sharp Electronics Manufacturing Company of America, Inc.

20   (collectively the "Sharp Plaintiffs") filed an Administrative

21   Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-

22   5(d).  ECF No. 1834 ("Sharp Mot.").  Rule 79-5(d) requires the

23   Sharp Plaintiffs to file certain documents under seal because

24   certain Defendants in this case marked them confidential per this

25   case's protective order.  Rule 79-5(d) gave those Defendants seven

26   days from the Sharp Motion's filing date to file (1) a declaration

27   establishing that the information designated in the Sharp Motion is

28   properly sealable, and (2) a narrowly tailored proposed sealing

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1    order.

2        Defendants filed several declarations in support of the Sharp

3    Motion.  ECF Nos. 1843, 1844, 1847, 1848.  For good cause shown,

4    and having considered the aforementioned Defendants' declarations,

5    the Court GRANTS the Sharp Motion.

6

7        IT IS SO ORDERED.

8

9        Dated:  August 19, 2013



10                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2