Terry Calvani (53260)
terry.calvani@freshfields.com
Christine A. Laciak (*pro hac vice*)
christine.laciak@freshfields.com
Richard Snyder (*pro hac vice*)
richard.snyder@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Tel: (202) 777-4500
Fax: (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944<br>MDL NO. 1917<br><br>**BEIJING MATSUSHITA COLOR CRT CO LTD. NOTICE OF UNAVAILABILITY OF CLIENT FOR SEPTEMBER 13, 2013 STATUS CONFERENCE** |
| ALL CASES | |
| | Before the Honorable Samuel Conti |

Defendant Beijing Matsushita Color CRT Ltd. Co. ("BMCC") files this Notice of Unavailability in connection with the Status Conference scheduled for September 13, 2013 ("Conference") and states as follows:

On July 2, 2013, the Court entered an Order Setting Status Conference ("Order") [D.E. 1758] requiring "the principal parties and lawyers to attend a hearing on the progress of the case and prospects for its efficient resolution." Order at 1. The Order sets the status conference for September 13, 2013 at 10:00 AM Pacific time and states that "[a]ttendance is mandatory." *Id.* at 1-2.

1  The Court further ordered that "if a party believes it has a valid excuse for not being
2  present and represented at the hearing, it should file a notice explaining the reasons for its
3  absence, no later than one week before the hearing date." *Id.* at 2.

4  Counsel for BMCC will attend the Conference to represent BMCC.  BMCC requests that
5  it be excused from attending, as doing so would create considerable hardship and difficulties
6  that, BMCC believes, constitute good cause to allow BMCC to attend solely through its counsel.

7  First, BMCC does not currently have, nor has it ever had, any employees, offices,
8  subsidiaries or branches in the United States or anywhere other than China.  Therefore, a BMCC
9  representative would be required to travel from Beijing, China to attend the conference.

10 Second, BMCC has no in-house legal counsel and a very small workforce.  In 2009,
11 BMCC ceased manufacturing CRTs (its only product), sold its manufacturing assets, reduced its
12 workforce from thousands to fewer than 100 today (most of whom are support personnel) and
13 now leases space in its former factory to third parties.

14 Third, no manager at BMCC (i) holds a passport, (ii) holds a US visa, and (iii) speaks
15 English.  Even if the Court were to order a manager from BMCC to attend the Conference, and
16 that manager were able to obtain the requisite travel documents, the BMCC manager would
17 require a Mandarin translator which could prove disruptive to the Conference.

18 For the aforementioned reasons, BMCC respectfully requests the Court excuse BMCC
19 from attending the Conference and permit counsel from Freshfields to represent BMCC at the
20 Conference.

21 August 20, 2013                               Respectfully,

22                                              /s/ Christine A. Laciak
                                                Christine A. Laciak (*pro hac vice*)
23                                              christine.laciak@freshfields.com
                                                Terry Calvani (53260)
24                                              terry.calvani@freshfields.com
                                                Richard Snyder (*pro hac vice*)
25                                              richard.snyder@freshfields.com
                                                FRESHFIELDS BRUCKHAUS DERINGER US LLP
26                                              701 Pennsylvania Avenue, NW, Suite 600
                                                Washington, DC  20004
27                                              Tel:  (202) 777-4500
                                                Fax:  (202) 777-4555
28

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on August 20, 2013.

/s/Christine A. Laciak
Christine A. Laciak (*pro hac vice*)
Attorney for Defendant Beijing Matsushita Color CRT Ltd. Co.