# WINSTON & STRAWN LLP

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES

200 PARK AVENUE
NEW YORK, NEW YORK 10166

+1 (212) 294-6700

FACSIMILE +1 (212) 294-4700

www.winston.com

MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.

JEFFREY L. KESSLER
Partner
212-294-4698
jkessler@winston.com

August 14, 2013

**VIA E-MAIL**

Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111

          **Re:**    *In re: Cathode Ray Tube (CRT) Antitrust Litigation*
                No. 07-5944 SC, MDL No. 1917
                This Document Relates to: All Actions

Dear Judge Legge:

      We write jointly on behalf of plaintiffs[1] and certain defendants[2] in this action to seek a modification to the March 13, 2013 revised scheduling order [Dkt. No. 1595, Attachment A to this letter].

---

[1] The following Direct Action Plaintiffs join in this letter: *Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.); *Stoebner v. LG Elecs., Inc.*, No. 11-cv-05381 (N.D. Cal); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.); *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.); *Tech Data Corp. v. Hitachi, Ltd*, No. 13-cv-00157 (N.D. Cal.); *Sharp Elecs. Corp. et al. v. Hitachi, Ltd. et al.*, No. 13-cv-01173 (N.D. Cal.); *Dell Inc. v. Hitachi Ltd.*, No. 13-cv-02171 (N.D. Cal.); and *Sharp Elecs. Corp. et al v. Koninklijke Philips Elecs. N.V. et al*, No. 13-cv-02776 (N.D. Cal.). Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs join in this letter and stipulation but reserve the right to seek modification of the schedule based on the status of their respective class certification motions. The California Attorney General joins in this letter, but only insofar as the close of fact and expert discovery on defendants, the date of expert reports, and mediation are concerned. All parties reserve their right to seek modification of the schedule based on the number of reports and motions filed, which is presently uncertain.

Hon. Charles A. Legge (Ret.)
August 14, 2013
Page 2

The proposed changes extend the deadlines for expert reports by roughly three to five months and the remaining existing deadlines, up to and including trial, by roughly five months.[3] The parties believe these proposed revisions will ensure fairness and efficiency as the case proceeds and will allow the parties sufficient time to file and respond to expert reports and dispositive pre-trial motions. The parties expect that a relatively large number of such reports and motions will be filed given the number of plaintiff groups at issue, *i.e.*, direct and indirect purchaser plaintiffs, the California Attorney General and the fifteen separate DAP cases, which will require the additional time proposed.[4]

For that reason, the parties respectfully request that Your Honor submit the proposed revised scheduling order [Attachment B] to Judge Conti. For Your Honor's convenience, a comparison of the existing schedule and the proposed revision can be found in Attachment C.

Respectfully submitted,

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
Winston & Strawn LLP
*On behalf of Defendants*

---

[2] The following defendants join in this letter: Panasonic Corp. of North America, MT Picture Display Co., Ltd., Panasonic Corp., Beijing-Matsushita Color CRT Co., Ltd., Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., Samsung SDI America, Inc., Samsung SDI Co., Ltd, Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd, Tianjin Samsung SDI Co., Ltd., Koninklijke Philips N.V., Philips Electronics North America Corp., Toshiba Corp., Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd, Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia). The following entities are opposing motions to amend certain DAP complaints and/or contesting personal jurisdiction and do not join in this letter: Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corporation, Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric and Electronics, USA, Inc.). In addition, on August 1, 2013, Special Master Legge entered an Order [Dkt. No. 1820] staying discovery against Thomson Consumer Electronics, Inc., so it is not participating in discovery.

[3] The parties agree that defendants may submit opening expert reports regarding any affirmative defenses for which they have the burden of proof and will also have the opportunity to reply.

[4] The parties also reserve the right to seek permission to submit sur-rebuttal reports to the extent that rebuttal reports contain new quantitative analyses or otherwise require a response.

Hon. Charles A. Legge (Ret.)
August 14, 2013
Page 3

                                      /s/ Philip J. Ioveno
                                      Philip J. Iovieno
                                      Boies, Schiller & Flexner LLP
                                      *On behalf of Direct Action Plaintiffs*

                                      /s/ R. Alexander Saveri
                                      R. Alexander Saveri
                                      Saveri & Saveri, Inc.
                                      *Interim Lead Counsel for the Direct Purchaser Plaintiffs*

                                      /s/ Mario N. Alioto
                                      Mario N. Alioto
                                      Trump Alioto Trump & Prescott LLP
                                      *Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

                                      /s/ Emilio E. Varanini
                                      Emilio E. Varanini
                                      *Lead Counsel for Plaintiffs State of California et al.*


Attachments

cc:     All counsel of record