Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

# JAMS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| This Document Relates to:<br><br>ALL ACTIONS | [PROPOSED] REVISED SCHEDULING ORDER |

| | |
|---|---|
| January 21, 2014 | Last day for Directs, Indirects, State Attorneys General, and Direct Action Plaintiffs to serve opening expert reports on the merits; last day for Defendants to serve opening expert reports on affirmative defenses |
| April 22, 2014 | Last day for Defendants to serve opposition expert reports on the merits; last day for Directs, Indirects, State Attorneys General and Direct Action Plaintiffs to serve opposition expert reports on affirmative defenses |
| July 22, 2014 | Last day for Directs, Indirects, State Attorneys General, and Direct Action Plaintiffs to serve rebuttal expert reports on the merits; last day for Defendants to serve rebuttal expert reports on affirmative defenses |
| September 5, 2014 | Close of fact and expert discovery |
| October 3, 2014 | Last day to file dispositive motions |

| | | |
|---|---|---|
| 1 | November 21, 2014 | Last day to file oppositions to dispositive motions |
| 2 | December 19, 2014 | Last day to file replies in support of dispositive motions |
| 3-5 | January 16, 2015 | Hearing on dispositive motions; the last day for actions filed outside of N.D. Cal. to be returned to courts in which they were originally filed will be 5 days after the Court rules on dispositive motions |
| 6 | January 20, 2015 | Mediation |
| 7 | January 20, 2015 | Last day for settlement conference |
| 8-9 | January 23, 2015* | Last day for filing motions in limine and other non-dispositive pre-trial motions |
| 10 | January 30, 2015 | Last day to meet and confer re pre-trial order |
| 11 | February 6, 2015 | Parties must exchange proposed exhibits and witness lists |
| 12-13 | February 6, 2015 | Last day for filing pre-trial order, agreed set of jury instructions and verdict forms |
| 14 | February 13, 2015 | Last day for filing oppositions to motions in limine |
| 15 | February 20, 2015 | Last day for filing replies in support of motions in limine |
| 16 | February 27, 2015 | Hearing on motions in limine |
| 17 | February 27, 2015 | Final pre-trial conference |
| 18 | March 9, 2015[1] | Trial(s) |

*All deadlines from January 23, 2015 onward do not apply to those actions that were filed outside of the N.D. Cal. and, following the Court's rulings on dispositive motions, they will be returned to the courts in which they were originally filed.

/

/

/

---

[1] The dates above apply to the action of the California Attorney General only insofar as the close of fact and expert discovery on Defendants, the date of expert reports, and mediation are concerned.

RECOMMENDATION THE OF SPECIAL MASTER

  The Special Master recommends that this proposed modification be considered by the Court at the status conference scheduled by Your Honor for September 13, 2013. The fact that this modification is agreed to by such a large number of parties is highly significant, and emphasizes the scope of the necessary pre-trial procedures. However, the deadline for final disposition of these cases has been frequently postponed, and would now be moved into 2015, 19 months from now. The Special Master suggests that Your Honor consider management devices other than just postponements. For example: bifurcation by moving the older groups of cases (the DPP and IPP cases) ahead of the others onto a faster track for both pre-trial procedures and trial.

**IT IS SO RECOMMENDED.**

DATED: August 22, 2013

                       Hon. Charles A. Legge
                       Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

DATED: _____

                       Hon. Samuel Conti
                       United States District Judge

3

[PROPOSED] REVISED SCHEDULING ORDER           Case No. 07-5944 SC
                                     MDL NO. 1917