## CRT – Proposed Case Schedule Modification

| Event | Current Date | Proposed Dates[1] |
|---|---|---|
| Last day for opening expert reports on the merits | October 23, 2013 | January 21, 2014 |
| Last day for opposition expert reports on the merits | November 22, 2013 | April 22, 2014 |
| Last day for rebuttal expert reports on the merits | January 31, 2014 | July 22, 2014 |
| Close of fact and expert discovery | March 3, 2014 | September 5, 2014 |
| Last day to file dispositive motions | April 15, 2014 | October 3, 2014 |
| Last day to file oppositions to dispositive motions | June 2, 2014 | November 21, 2014 |
| Last day to file replies in support of dispositive motions | July 2, 2014 | December 19, 2014 |
| Hearing on dispositive motions | July 18, 2014 | January 16, 2015 |
| Mediation | July 31, 2014 | January 20, 2015 |
| Last day for actions filed outside of ND Cal. to be returned to courts in which originally filed | August 15, 2014 | 5 days after the Court rules on dispositive motions |
| Last day for settlement conference | August 15, 2014 | January 20, 2015 |
| Last day for filing motions in limine and | August 15, 2014 | January 23, 2015 |

[1] In addition to the Direct Purchaser Plaintiff and Indirect Purchaser Plaintiff actions, the proposed dates would apply in the following DAP actions: *Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.); *Stoebner v. LG Elecs., Inc.*, No. 11-cv-05381 (N.D. Cal); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.); *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.); *Tech Data Corp. v. Hitachi, Ltd,* No. 13-cv-00157 (N.D. Cal.); *Sharp Elecs. Corp. et al. v. Hitachi, Ltd. et al.*, No. 13-cv-01173 (N.D. Cal.); *Dell Inc. v. Hitachi Ltd.*, No. 13-cv-02171 (N.D. Cal.); and *Sharp Elecs. Corp. et al v. Koninklijke Philips Elecs. N.V. et al*, No. 13-cv-02776 (N.D. Cal.). The proposed dates would also apply to the action of the California Attorney General but only insofar as the close of fact and expert discovery on defendants, the date of the expert reports, and mediation are concerned.

1

| Event | Current Date | Proposed Dates[1] |
|---|---|---|
| other non-dispositive pre-trial motions[2] | | |
| Last day to meet and confer re pretrial order | August 22, 2014 | January 30, 2015 |
| Parties must exchange proposed exhibits and witness lists | August 29, 2014 | February 6, 2015 |
| Last day for filing pretrial order, agreed set of jury instructions and verdict forms | August 29, 2014 | February 6, 2015 |
| Last day for filing oppositions to motions in limine | August 29, 2014 | February 13, 2015 |
| Last day for filing replies in support of motions in limine | September 12, 2014 | February 20, 2015 |
| Hearing on motions in limine | September 26, 2014 | February 27, 2015 |
| Final pretrial conference | October 6, 2014 | February 27, 2015 |
| Trial(s) | October 20, 2014 | March 9, 2015 |

---

[2] All deadlines from January 23, 2015 onward do not apply to those actions that were filed outside of the N.D. Cal. and, following the Court's rulings on dispositive motions, they will be returned to the courts in which they were originally filed.