IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944-SC<br>ORDER REQUESTING PARTY <u>REPORTS</u> |

The Court ORDERS that class counsel for the Direct Purchaser Plaintiffs ("DPPs") and Indirect Purchaser Plaintiffs ("IPPs"), as well as liason counsel for the Direct Action Plaintiffs ("DPPs"), submit very short, updated lists or tables of the parties who still remain in their cases. These lists should simply state who the plaintiffs and defendants are. Classes need not list all members or putative members of the class. If plaintiffs make claims against some defendants but not others, these lists should note that distinction. The lists should also indicate which parties have settled, withdrawn, or been dismissed. If parties need to meet and confer to produce these lists, they should do so. Parties should submit their lists no later than September 6, 2013.

IT IS SO ORDERED.

Dated: August 23, 2013

_____
UNITED STATES DISTRICT JUDGE