**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9                                ) Case No. CV 07-5944 SC
                               )

10 IN RE: CATHODE RAY TUBE (CRT) ) ORDER REGARDING BEIJING
ANTITRUST LITIGATION            ) MATSUSHITA COLOR CRT CO. LTD's
                               ) NOTICE OF UNAVAILABILITY FOR

11                                ) STATUS CONFERENCE
This document relates to      )

12 ALL CASES                        )
                               )

13 _____ )

14

15

16     The Court, having considered Beijing Matsushita Color CRT Ltd.

17 Co.'s ("BMCC") notice of unavailability, ECF No. 1854, excuses BMCC

18 from attending the status conference and ORDERS counsel from

19 Freshfields to represent BMCC at the conference.

20

21     IT IS SO ORDERED.

22

23     Dated: August 23, 2013        _____

24                               UNITED STATES DISTRICT JUDGE

25

26

27

28