**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER ON DIRECT PURCHASER PLAINTIFFS' STATEMENT OF AVAILABILITY FOR STATUS CONFERENCE |
| ALL DIRECT PURCHASER CLASS ACTIONS | |

The Court has read and considered the Direct Purchaser Plaintiffs' ("DPP") statement of availability for the September 13, 2013 status conference. The Court GRANTS the DPPs permission to send only two class representatives and the Interim Lead Class Counsel to the settlement conference.

IT IS SO ORDERED.

Dated: August 23, 2013

_____
UNITED STATES DISTRICT JUDGE