H. Lee Godfrey
Kenneth S. Marks
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com
*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. 3:11-CV-05502-SC | Individual Case No.:  3:11-CV-05502-SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>                                  Plaintiff,<br><br>v.<br><br>HITACHI, LTD.; et al.,<br><br>                                  Defendants. | **NOTICE OF PLAINTIFF ALFRED H. SIEGEL, SOLELY IN HIS CAPACITY AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, REGARDING STATUS CONFERENCE**<br><br>The Honorable Samuel Conti |

Pursuant to the Court's July 2, 2013 Order Setting Status Conference (Docket No. 1758), plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, hereby notifies the Court that he is unable to attend the September 13, 2013 Status Conference due to the commencement of the Yom Kippur holiday that evening.  Outside counsel for the Circuit City Liquidating Trust will attend the Status Conference and represent Mr. Siegel as the Trustee of the

Circuit City Liquidating Trust. Mr. Siegel will be available by telephone to outside counsel during the Status Conference, should his immediate input be needed.

Accordingly, the Circuit City Liquidating Trust respectfully requests that the Court excuse Mr. Siegel from attending the September 13, 2013 Status Conference and that counsel from Susman Godfrey LLP be permitted to represent the Trust at the conference.

Dated: August 26, 2013.

          SUSMAN GODFREY L.L.P.

By: /s/ Kenneth S. Marks
    H. Lee Godfrey
    Kenneth S. Marks
    Jonathan J. Ross
    Johnny W. Carter
    David M. Peterson
    John Lahad
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666
    Email: lgodfrey@sumangodfrey.com
           kmarks@susmangodfrey.com
           jross@susmangodfrey.com
           jcarter@susmangodfrey.com
           dpeterson@susmangodfrey.com
           jlahad@susmangodfrey.com

    Parker C. Folse III
    Rachel S. Black
    Jordan Connors
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, Washington 98101-3000
    Telephone: (206) 516-3880
    Facsimile: (206) 516-3883
    Email: pfolse@susmangodfrey.com
           rblack@susmangodfrey.com
           jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2013, I electronically filed Notice of Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the Cm/ECF system.

   /s/ Kenneth S. Marks
Kenneth S. Marks

2843762v1/012325