# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 200 PARK AVENUE | MOSCOW |
| CHARLOTTE | NEW YORK, NEW YORK 10166 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (212) 294-6700 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| HOUSTON | FACSIMILE +1 (212) 294-4700 | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

JEFFREY L. KESSLER
Partner
212-294-4698
jkessler@winston.com

August 26, 2013

**VIA ECF**

The Honorable Samuel Conti
Senior United States District Judge
United States District Court
Northern District of California
Courtroom No. 1, 17th Fl.
450 Golden Gate Avenue
San Francisco, CA 94102

        **Re:**    *In re: Cathode Ray Tube (CRT) Antitrust Litigation*
                 No. 07-5944 SC, MDL No. 1917

Dear Judge Conti:

      We write on behalf of all defendants participating in the indirect-purchaser litigation regarding the Court of Appeals for the District of Columbia Circuit's recent decision in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, --- F.3d ---, 2013 WL 4038561 (D.C. Cir. Aug. 9, 2013), which was decided after the filing of Defendants' Joint Objections to the Report and Recommendation Regarding Class Certification.

      Although plaintiffs refer to this decision in their August 21 response brief, defendants have attached the entire decision here for Your Honor's reference, as it addresses several questions pending before the Court in connection with defendants' objections. These questions include the import of the Supreme Court's decision in *Comcast Corp. v. Behrend*, 133 S. Ct. 1426 (2013), and the requirement that plaintiffs provide a common method to prove "injury in fact to all class members," with no false positives, before certifying an antitrust damages class under Rule 23(b)(3).

Hon. Samuel Conti
August 26, 2013
Page 2

                                            Respectfully submitted,

                                            <u>/s/ *Jeffrey L. Kessler*</u>
                                            Jeffrey L. Kessler

cc:     All counsel via ECF