1  William A. Isaacson
   BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C. 20015
3  Telephone: (202) 237-2727
   Facsimile: (202) 237-6131
4  Email: wisaacson@bsfllp.com

5  Philip J. Iovieno
   Anne M. Nardacci
6  BOIES, SCHILLER & FLEXNER LLP
   30 South Pearl Street, 11th Floor
7  Albany, NY 12207
   Telephone: (518) 434-0600
8  Facsimile: (518) 434-0665
   Email: piovieno@bsfllp.com
9  Email: anardacci@bsfllp.com

10 *Attorneys for Plaintiff Schultze Agency Services,
   LLC on behalf of Tweeter Opco, LLC and Tweeter
11 Newco, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This document relates to:<br><br>Case No. 3:11-cv-05528-SC<br><br>SCHULTZE AGENCY SERVICES, LLC ON BEHALF OF TWEETER OPCO, LLC AND TWEETER NECO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HITACHI, LTD., et al.,<br><br>Defendants. | **NOTICE OF PLAINTIFF SCHULTZE AGENCY SERVICES, LLC ON BEHALF OF TWEETER OPCO, LLC AND TWEETER NEWCO, LLC REGARDING STATUS CONFERENCE**<br><br>**Judge: Hon. Samuel P. Conti**<br>**Court: Courtroom 1, 17th Floor**<br>**Date:   September 13, 2013**<br>**Time:   10 a.m.** |

Undersigned counsel represents eight direct action plaintiffs and, pursuant to the Court's July 2, 2013 Order Setting Status Conference (Dkt. No. 1758), hereby notifies the Court that one of those plaintiffs, Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC ("Schultze"), is unable to attend the September 13, 2013 Status Conference because Schultze's knowledgeable in-house personnel has a conflict on that date.  However, the undersigned outside counsel for Schultze is available to represent Schultze at the Status Conference.  Accordingly, Schultze respectfully requests the Court's permission that Schultze be excused from attending the Status Conference and that counsel from Boies, Schiller & Flexner LLP be permitted to represent Schultze at the hearing.  Schultze's knowledgeable in-house personnel will be available by telephone to outside counsel during the Status Conference, should Schultze's immediate input be needed.

Dated:  August 27, 2013

Respectfully submitted,

/s/ Philip J. Iovieno

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Attorneys for Plaintiff Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

SCHULTZE'S NOTICE REGARDING STATUS CONFERENCE
CASE NO. 3:07-cv-5944; 3:11-cv-05528