# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

August 27, 2013

*VIA ECF*

Hon. Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

   Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL 1917

Your Honor:

Direct Purchaser Plaintiffs ("DPPs") submit this letter in response to the motion to compel submitted by Defendant Samsung SDI America ("SDIA") last Friday.

In accordance with my email to Mr. Cunningham last Monday (August 19), DPPs served SDIA yesterday with their supplemental responses to SDIA's special interrogatories and requests for admission. Accordingly, DPPs believe that SDIA's motion is now substantially moot, and that, to the extent SDIA believes that DPPs' supplemental responses are deficient, it should proceed through the normal meet and confer process.

For the record, the complete email I sent to Mr. Cunningham last Monday read:

Tyler:

We need additional time to complete the supplemental responses to Samsung SDIA's RFAs and special interrogatories that we indicated we would give you today.  We will serve them as soon as they are ready, and expect to get them to you by next Monday.  We will serve a supplemental response to the document request today. Among other things, Rick's wife is having a baby today.

Best regards,

Geoff

Hon. Charles Legge
August 27, 2013
Page 2


It is plain from this email that DPPs intended to do their best to serve their supplemental responses within a week.  That SDIA quotes this email out of context without noting this fact suggests a deliberate attempt to mislead the Court.

      For the foregoing reasons, DPPs submit that SDIA's motion is moot. If SDIA insists on proceeding with their motion, DPPs respectfully suggest the Court schedule a conference call to discuss a schedule.

                                    Respectfully submitted,

                                    /s/ *Geoffrey C. Rushing*
                                  Geoffrey C. Rushing
                                  Saveri & Saveri, Inc.
                                  Interim Lead Counsel for the
                                  Direct Purchaser Plaintiffs


cc:      All Counsel via ECF

crt.602