*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

August 28, 2013

**VIA ECF**
The Honorable Samuel Conti
Senior United States District Judge
United States District Court
Northern District of California
Courtroom No. 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* **No. 07-5944 SC, MDL No. 1917**

Your Honor:

      We are in receipt of Defendants' August 26, 2013 letter to you regarding the recent decision *In re Rail Freight Fuel Surcharge Antitrust Litigation*, --- F.3d ---, 2013 WL 4038561 (D.C. Cir. Aug. 9, 2013). Defendants' letter violates Civil L.R. 7-3(d)(2), which requires submission of new authority without argument, and should not be considered. If Your Honor chooses to consider Defendants' letter, Plaintiffs respectfully request that Your Honor also consider Plaintiffs' response below.

      Like *Comcast Corp. v. Behrend*, 133 S. Ct. 1426 (2013), *Rail Freight* is very different factually from this case. Defendants in *Rail Freight* had a built-in control group – *i.e.*, non-class member "legacy" shippers – to which their expert applied plaintiffs' expert's damage study to show the "model's propensity toward false positives." 2013 WL 4038561 at *5-*6 (noting that plaintiffs' expert's model "detects injury where none could exist"). The *Rail Freight* district court did not consider this methodological flaw in its class certification analysis. *Id*. at *7.

      No such facts exist here; there is no analysis of concededly uninjured, non-class members and no showing of false positives. In fact, Dr. Netz opined that the *entire CRT price structure* was increased as a result of the cartel – an opinion to which Defendants do not object.

      Also, the *Rail Freight* plaintiffs' expert relied on his damage study to support common proof of impact. Dr. Netz did not; she relied on extensive record evidence and empirical studies probative of impact to all class members. In sum, *Rail Freight* involved an expert damage study with overarching methodological flaws that irreparably undermined the expert's opinion on common proof of impact. No such flaws in Dr. Netz's analyses have been shown by Defendants here.

Hon. Samuel Conti
August 28, 2013
Page 2 of 2

      Separately, pursuant to Civil L.R. 7-3(d), Plaintiffs submit herewith a copy of *Butler v. Sears, Roebuck and Co.*, Nos. 11-8029, 12-8030, --- F.3d ---, 2013 WL 4478200, at *2-*5 (7th Cir. Aug. 22, 2013), a relevant judicial opinion published after the date of Plaintiffs' response to Defendants' objections.

      Thank you for your consideration of this matter.

                              Respectfully submitted,

                              */s/ Mario N. Alioto*
                              Mario N. Alioto
                              Interim Lead Counsel for the Indirect Purchaser Plaintiffs