**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100 main
415.434.3947 fax
www.sheppardmullin.com

415.774.3208 direct
tcunningham@sheppardmullin.com

Aug. 28, 2013

File Number: 08Z8-134298

*VIA ECF*

Hon. Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re: *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-CV-5944 SC, MDL No. 1917

Dear Judge Legge,

    I write on behalf of defendant Samsung SDI America, Inc. ("SDIA") in response to Mr. Geoffrey Rushing's letter of yesterday.

    Direct Purchaser Plaintiffs ("Plaintiffs") served on Monday supplemental responses to SDIA's First Set of Interrogatories and First Set of Requests for Admission ("RFAs"), which responded to some, but not all, of SDIA's discovery requests. As a result, SDIA hereby withdraws its motion to compel as to the following discovery requests: interrogatories 1, 4 and 7; and RFAs 1-16, 27-34, and 43-50.

    Plaintiffs did not respond to the following discovery requests (or, in the case of interrogatory 2, provided an insufficient response): interrogatories 2, 3, 5, 6, 8 and 9 and RFAs 17-26, 35-42, 51-82 and 85. As to these requests, SDIA respectfully requests a hearing with the Special Master on its motion to compel.

Respectfully submitted,

Tyler M. Cunningham
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:409991574.1
cc: All Counsel via ECF