- 1 –

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT-PURCHASER ACTIONS | Case No. 3:07-cv-05944-SC<br>MDL. No. 1917<br><br>[PROPOSED] ORDER GRANTING INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) |

Having considered the parties' submissions regarding whether certain documents indirect-purchaser plaintiffs lodged with the Court should be filed under seal, and good cause appearing;

IT IS HEREBY ORDERED that the following documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under seal:

(a) The following portions of the Indirect-Purchaser Plaintiffs' Response to Defendants' Joint Objections to the Report and Recommendation Regarding Class Certification ("Class Certification Response") that contain information from documents that Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") have designated "Highly Confidential":

    i.    Page 3, lines 10 through 11;

    ii.    Page 5, lines 1 through 6;

    iii.    Page 5, lines 14 through 18 and footnote 6; and

    iv.    Page 9, lines 1 through 5.

(b) The following portions of the Indirect-Purchaser Plaintiffs' Response to Defendants' Joint Objections to the Report and Recommendation Regarding the Motion to Strike ("Motion to Strike Response") that contain information from documents that the Panasonic Defendants have

designated "Highly Confidential":

    i. Page 6, lines 6 through 8;

    ii. Page 12, footnote 12;

    iii. Page 17, line 2;

    iv. Page 18, lines 12 through 14 and footnote 20; and

    v. Page 23, line 20 through page 24, line 8 and footnote 38.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                                  Hon. Samuel Conti
                                                                    United States District Judge