FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA  92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

Attorneys for Plaintiff Princeton Display Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C 07-5944-SC |
| | MDL No. 1917 |
| This Document relates to: | |
| | NOTICE OF CHANGE OF COUNSEL |
| ALL ACTIONS. | |

NOTICE OF CHANGE IN COUNSEL - Case No. C 07-5944 SC

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Please take notice that Mary Jane Fait, Esq. is no longer affiliated with the firm of Wolf Haldenstein Adler Freeman & Herz LLC, located at 55 West Monroe Street, Suite 1111, Chicago, IL, Telephone: (312) 984-0000.

Wolf Haldenstein Adler Freeman & Herz LLP will continue to appear in the case through other attorneys at the firm. Please continue to direct all future mailings to the below-listed attorneys, who remain counsel for plaintiff.

DATED: August 28, 2013

Respectfully submitted,

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
MARISA C. LIVESAY

_/s/Francis M. Gregorek_
FRANCIS M. GREGOREK

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Attorneys for Plaintiff Princeton Display Technologies, Inc.

CATHODE: 20157

NOTICE OF CHANGE IN COUNSEL - Case No. C 07-5944 SC

I, Marianne Boyles, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on August 28, 2013, declarant served the following:

NOTICE OF CHANGE OF COUNSEL

on the interested parties in this action as follows:

**BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local District Rule(s), the foregoing documents were served on all Parties and Interested Parties to the case captioned above: In re: Cathode Ray Tube (CRT) Antitrust Litigation, United States District Court, Northern District of California Case No. 3:07-cv-05944 (SC), by the Court via NEF and hyperlink to the document identified above.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August 2013, at San Diego, California.

_____
MARIANNE E. BOYLES

CATHODE: 20171

NOTICE OF CHANGE IN COUNSEL - Case No. C 07-5944 SC