1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC |
| _____ | MDL NO. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER SEALING DOCUMENTS** |
| ALL INDIRECT PURCHASER ACTIONS | [Civil L.R. 79-5(d)] |

1    Having considered the parties submissions regarding whether certain documents plaintiffs
2    lodged with the court should be filed under seal, and good cause appearing:
3    IT IS HEREBY ORDERED that the following documents currently lodged with the Court
4    pursuant to Civil Local Rule 79-5(d) shall be maintained under seal:
5    (a)  The following portions of the Indirect-Purchaser Plaintiffs' Response to Defendants'
6    Joint Objections to the Report and Recommendation Regarding Class Certification ("Class
7    Certification Response") that contain information from documents that Defendants Hitachi, Ltd.
8    ("HTL"), Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) ("HDP"), Hitachi America, Ltd.
9    ("HAL"), Hitachi Asia, Ltd. ("HAS"), and Hitachi Electronic Devices (USA), Inc. ("HED(US)")
10   (collectively, the "Hitachi Defendants") have designated "Highly Confidential":

   i.    Page 3, lines 13 through 19;
   ii.   Page 4, lines 20 through 21;
   iii.  Page 7, lines 3 through 6;
   iv.   Page 8, lines 16 through 18; and
   v.    Page 9, lines 1 through 6;

16   (b)  The following portions of the Indirect-Purchaser Plaintiffs' Response to Defendants'
17   Joint Objections to the Report and Recommendation Regarding the Motion to Strike ("Motion to
18   Strike Response") that contain information from documents that the Hitachi Defendants have
19   designated "Highly Confidential":

   i.    Page 17, line 2;
   ii.   Page 22, line 25; and
   iii.  Page 23, line 10 through page 24, line 8 and footnote 38.

23   ///
24   ///
25   ///
26   ///

1    IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and the declarants shall not publically disseminate or discuss any of the sealed document or their contents absent further order of the Court.

**IT IS SO ORDERED.**

DATED:_____, 2013

_____
The Honorable Samuel Conti
Northern District of California