Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
Phone (202) 624-2599
Fax (202) 628-5116
Email: jmurphy@crowell.com
        aheaven@crowell.com

*Counsel for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C-07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br>        Case No. 3:11-cv-5514-SC<br><br>*TARGET CORPORATION,*<br>                Plaintiff,<br><br>*v.*<br><br>*CHUNGHWA PICTURE TUBES LTD., et al.,*<br>                Defendants. | Individual Case No.: 3:11-cv-5514-SC<br><br>**NOTICE OF PLAINTIFF TARGET CORPORATION REGARDING STATUS CONFERENCE** |

-1-

Plaintiff Target Corporation ("Target") files this Notice pursuant to the Court's July 2, 2013 Order Setting Status Conference (Dkt. 1758). Target's knowledgeable in-house counsel has a previously scheduled hearing and will be unable to attend the September 13, 2013 Status Conference. Outside counsel for Target is, however, available to represent Target at the Status Conference. Accordingly, Target respectfully requests that the Court excuse Target from attending the September 13 Status Conference and that counsel from Crowell & Moring LLP be permitted to represent Target at the hearing.

Dated: August 27, 2013

Respectfully submitted,

  /s/   Astor H.L. Heaven
Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
Phone (202) 624-2599
Fax (202) 628-5116
Email: jmurphy@crowell.com
           aheaven@crowell.com

*Counsel for Target Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
08/28/2013
IT IS SO ORDERED
Judge Samuel Conti

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

PLAINTIFF TARGET'S NOTICE OF UNAVAILABILITY;
CASE NO. CV 11-5514; MDL 1917

DCACTIVE-22307481.1