# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| | **ORDER** |

_____/

The Court wishes to thank Retired Judge Charles Legge for his services as Special Master in MDL No. 1917, In RE: Cathode Ray Tube (CRT) Antitrust Litigation No. 07-5944-SC and all related cases.

The Court now finds that it no longer requires the services of a Special Master and hereby, as of August 29, 2013, discharges Judge Legge from any further duties or services in said case.

The parties in said case are hereby instructed to file all further documents and pleadings directly to the chambers of Judge Samuel Conti, 17th Floor, U.S. Federal Court Building, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: August 29, 2013

_____
SAMUEL CONTI
United States District Court Judge
Northern District of California