William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Interbond Corporation of America, Office Depot, Inc., CompuCom Systems, Inc., P.C. Richard & Son Long Island Corp., MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: Cathode Ray Tube (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates To: *Electrograph Systems, Inc., et al. v. Hitachi Ltd., et al.,* 3:11-cv-1656-SC *Interbond Corporation of America v. Hitachi Ltd., et al.,* 3:11-cv-6275 *Office Depot, Inc. v. Hitachi Ltd., et al.,* 3:11-cv-6276-SC | Case Nos. 3:11-cv-1656-SC; 3:11-cv-6275; 3:11-cv-6276-SC; 3:11-cv-6396-SC; 3:12-cv-2648-SC; 3:12-cv-2649-SC **NOTICE OF ATTORNEY WITHDRAWAL** |

1
2
*CompuCom Systems, Inc. v. Hitachi Ltd., et al* 3:11-cv-6396-SC

3
4
*P.C. Richard & Son Long Island Corporation, et al., v. Hitachi Ltd., et al.,* 3:12-cv-2648-SC

5
6
*Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi Ltd., et al.,* 3:12-cv-2649-SC

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF ATTORNEY WITHDRAWAL

Master File No. 3:07-md-05944-SC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Christopher V. Fenlon, formerly of Boies, Schiller & Flexner LLP, 30 South Pearl Street, Albany, NY 12207, is no longer associated with Boies, Schiller & Flexner LLP and hereby withdraws as counsel of record for the above-named plaintiffs ("Plaintiffs").  Plaintiffs' counsel requests that he be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket. All other counsel of record for Plaintiffs will remain the same.

Dated:  August 29, 2013                    /s/ Philip J. Iovieno

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Interbond Corporation of America, Office Depot, Inc., CompuCom Systems, Inc., P.C. Richard & Son Long Island Corp., MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

NOTICE OF ATTORNEY WITHDRAWAL

Master File No. 3:07-md-05944-SC