**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| | ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d) |

On August 21, 2013, the Indirect-Purchaser Plaintiffs filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d).  ECF No. 1857 (moving to seal errata to the reply brief in support of the Indirect-Purchaser Plaintiffs' motion for class certification).  Defendants filed the appropriate declarations.  ECF Nos. 1872, 1874.  For good cause shown, the motion is GRANTED.


IT IS SO ORDERED.


Dated:  August 29, 2013

_____
UNITED STATES DISTRICT JUDGE