James P. McCarthy (MN# 69474)
James M. Lockhart (MN# 176746)
Kelly G. Laudon (MN# 0386854)
Jessica L. Meyer (CA # 249064)
Lindquist & Vennum LLP
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.:  612-371-3211
Fax:   612-371-3207
jmccarthy@lindquist.com
jlockhart@lindquist.com
klaudon@lindquist.com
jmeyer@lindquist.com

*Attorneys for Plaintiffs John R. Stoebner and Douglas A. Kelley*

**UNITED STATED DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.:  M:07-05944 SC |
| This Document Relates To Individual Case No.: No. 3:11-cv-05381-SC (N.D. Cal.) | MDL NO.  1917 |
| John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities,<br><br>            Plaintiff,<br><br>v.<br><br>LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics Taiwan Taipei Co., Ltd.; Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia | **PLAINTIFFS JOHN R. STOEBNER AND DOUGLAS A. KELLEY'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO REMAINING DEFENDANTS** |

Industria Electronica Ltda; LP Displays International, Ltd. f/k/a LG.Philips Displays;
Samsung Electronics Co., Ltd.;
Samsung Electronics America, Inc.; Samsung SDI Co., Ltd. f/k/a Samsung Display Device Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.;
Samsung SDI (Malaysia) Sdn. Bhd.;
Toshiba Corporation;
Toshiba America, Inc.;
Toshiba America Consumer Products, LLC;
Toshiba America Information Systems, Inc.;
Toshiba America Electronics Components, Inc.;
Toshiba Display Devices (Thailand) Company, Ltd.;
Panasonic Corporation;
Panasonic Corporation of North America;
MT Picture Display Co., Ltd.;
Beijing-Matsushita Color CRT Company, Ltd.;
Hitachi, Ltd.; Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc.;
Hitachi America, Ltd.; Hitachi Asia, Ltd.;
Shenzhen SEG Hitachi Color Display Devices, Ltd.; Tatung Company of America, Inc.,
Chunghwa Picture Tubes Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; IRICO Group Corporation;
IRICO Display Devices Co., Ltd.;
IRICO Group Electronics Co., Ltd.;
Thai CRT Company, Ltd.; and
Samtel Color, Ltd.,

    Defendants.

WHEREAS, on November 7, 2011, Plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company,

2

LLC and related entities ("Plaintiffs"), brought the above-captioned individual action, No. 3:11-cv-05381-SC, against the above-named Defendants, which was then consolidated with *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, by Order dated January 24, 2012 (ECF Docket No. 1030);

WHEREAS, on May 22, 2012, pursuant to the parties' stipulation for voluntary dismissal, the Court dismissed Plaintiffs' claims against Defendant LG Electronics Taiwan Taipei Co. Ltd. without prejudice and without costs (ECF Docket No. 1202);

WHEREAS, on August 2, 2012, pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiffs voluntarily dismissed their claims against Defendant Tatung Company of America, Inc., each party to bear its own fees and costs (ECF Docket No. 1289); and

WHEREAS, on June 7, 2013, pursuant to the parties' stipulation for voluntary dismissal, the Court dismissed Plaintiffs' claims against Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. without prejudice and without costs (ECF Docket No. 1720).

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss without prejudice all claims made against each of the remaining Defendants named in the Complaint and not previously dismissed.  No defendant has filed an answer to the complaint or a motion for summary judgment.  Each party shall bear its own attorney's fees and costs.

Plaintiffs John R. Stoebner and Douglas A. Kelley's                                              Case No. 3:11-cv-05381
Notice of Voluntary Dismissal                                                         Master File No.  3:07-md-05944-SC
DOCS-#3939697-v2

DATED:  September 4, 2013

Respectfully submitted,

**LINDQUIST & VENNUM LLP**

By  *S/ James M. Lockhart*
   James P. McCarthy (MN# 69474)
   James M. Lockhart (MN# 176746)
   Kelly G. Laudon (MN# 0386854)
   Jessica L. Meyer (#0249064)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
jmccarthy@lindquist.com
jlockhart@lindquist.com
klaudon@lindquist.com
jmeyer@lindquist.com

***Attorneys for Plaintiffs John R. Stoebner and Douglas A. Kelley***

4