1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  Steven D. Merriman (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:    206.359.8000
   Facsimile:    206.359.9000
6
   Joren Bass, State Bar No. 208143
7  JBass@perkinscoie.com
   **PERKINS COIE LLP**
8  Four Embarcadero Center, Suite 2400
   San Francisco, CA  94111-4131
9  Telephone:    415.344.7120
   Facsimile:    415.344.7320
10
   *Attorneys for Plaintiff*
11 *Costco Wholesale Corporation*

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| 16 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
|---|---|---|
| 17 | | |
| 18 | This Document Relates to: | Individual Case No.:  3:11-CV-06397-SC |
| 19 | Case No. 3:11-06397-SC | |
| 20 | COSTCO WHOLESALE CORPORATION, | **STIPULATION REGARDING BRIEFING SCHEDULE FOR THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION** |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | HITACHI LTD., et al., | |
| 24 | Defendants. | |

25
26
27
28

WHEREAS, Costco Wholesale Corporation ("Costco") filed a Complaint and Jury Demand on November 14, 2011, in the United States District Court for the Western District of Washington against Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively the "Philips Defendants"), among others;

WHEREAS, on August 17, 2012, the Philips Defendants filed a motion to dismiss claims asserted by the Direct Action Plaintiffs ("DAPs"), including Costco, against the Philips Defendants on the basis that the claims were barred by the statute of limitations;

WHEREAS, on May 2, 2013, Special Master Legge issued a Report and Recommendation recommending that, among other things, the Court grant the Philips Defendants' motion and dismiss the DAP claims against them without leave to amend;

WHEREAS, on May 9, 2013, the Philips Defendants filed a Notice of Motion and Motion, in the Alternative to Dismissal, to Compel Arbitration of Costco's claims against the Philips Defendants (the "Motion to Compel");

WHEREAS, on May 21, 2013, the Philips Defendants and Costco entered into a stipulation providing that further briefing on the Motion to Compel would follow the Court's entry of an Order resolving the motions to adopt and reject Special Master Legge's Report and Recommendation regarding the Philips Defendants' motion to dismiss the DAP claims;

WHEREAS, on August 21, 2013, the Court denied the Philips Defendants' motion to dismiss the DAP claims;

WHEREAS, pursuant to the parties' May 21, 2013 stipulation, Costco's opposition to the Motion to Compel is due on September 20, 2013;

WHEREAS, counsel for the Philips Defendants and counsel for Costco have met and conferred and have agreed to an extension of the previously stipulated briefing schedule;

NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b) AND SUBJECT TO COURT APPROVAL, THE PHILIPS DEFENDANTS AND COSTCO, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Costco to file its Opposition to the Philips Defendants' Motion to Compel shall be October 21, 2013;

2. The deadline for the Philips Defendants to file their Reply Brief in support of their Motion to Compel shall be November 13, 2013;

3. The Philips Defendants' Motion to Compel shall be heard on December 6, 2013, or at such time as the Court deems appropriate.

**IT IS SO STIPULATED.**

Dated:  September 5, 2013       By: /s/ David J. Burman
                                David J. Burman (admitted *pro hac vice*)
                                Cori G. Moore (admitted *pro hac vice*)
                                Eric J. Weiss (admitted *pro hac vice*)
                                Nicholas H. Hesterberg (admitted *pro hac vice*)
                                Steven D. Merriman (admitted *pro hac vice*)
                                **PERKINS COIE LLP**
                                1201 Third Avenue, Suite 4900
                                Seattle, WA 98101-3099
                                Telephone:    206.359.8000
                                Facsimile:    206.359.9000

                                Joren Bass, State Bar No. 208143
                                JBass@perkinscoie.com
                                **PERKINS COIE LLP**
                                Four Embarcadero Center, Suite 2400
                                San Francisco, CA  94111-4131
                                Telephone:    415.344.7120
                                Facsimile:    415.344.7320

                                *Attorneys for Plaintiff Costco Wholesale Corporation*

Dated:  September 5, 2013       By: /s/ Jon V. Swenson
                                Jon V. Swenson (SBN 233054)
                                1001 Page Mill Road
                                Building One, Suite 200
                                Palo Alto, CA 94304
                                Telephone: (650) 739-7500
                                Facsimile: (650) 739-7699
                                Email: jon.swenson@bakerbotts.com

- 2 -

STIPULATION REGARDING BRIEFING SCHEDULE FOR THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION
Case No. 3:07-cv-05944-SC

| | |
|---|---|
| 1 | John M. Taladay (pro hac vice) |
| 2 | Joseph Ostoyich (pro hac vice) |
|   | Erik T. Koons (pro hac vice) |
| 3 | Charles M. Malaise (pro hac vice) |
|   | BAKER BOTTS L.L.P. |
| 4 | 1299 Pennsylvania Ave., N.W. |
|   | Washington, DC 20004-2400 |
| 5 | Telephone: (202) 639-7700 |
|   | Facsimile: (202) 639-7890 |
| 6 | Email: john.taladay@bakerbotts.com |
|   | Email: joseph.ostyoich@bakerbotts.com |
| 7 | Email: erik.koons@bakerbotts.com |
|   | Email: charles.malaise@bakerbotts.com |

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  September 5, 2013

By: /s/ David J. Burman
        David J. Burman

LEGAL27764020

- 3 -

STIPULATION REGARDING BRIEFING SCHEDULE FOR THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION
Case No. 3:07-cv-05944-SC