| | |
|---|---|
| 1 | David J. Burman (admitted *pro hac vice*) |
| | Cori G. Moore (admitted *pro hac vice*) |
| 2 | Eric J. Weiss (admitted *pro hac vice*) |
| | Nicholas H. Hesterberg (admitted *pro hac vice*) |
| 3 | Steven D. Merriman (admitted *pro hac vice*) |

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:     206.359.8000
Facsimile:     206.359.9000

Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:     415.344.7120
Facsimile:     415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>Case No. 3:11-06397-SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI LTD., et al.,<br><br>Defendants. | Individual Case No.:  3:11-CV-06397-SC<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION** |

# [PROPOSED] ORDER

Pursuant to the Stipulation Regarding Briefing Schedule for the Philips Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration, between Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively the "Philips Defendants"), and for good cause showing, it is hereby ordered as follows:

1. The deadline for Costco to file its Opposition to the Philips Defendants' Motion to Compel shall be October 21, 2013;

2. The deadline for the Philips Defendants to file their Reply Brief in support of their Motion to Compel shall be November 13, 2013;

3. The Philips Defendants' Motion to Compel shall be heard on December 6, 2013, or at such time as the Court deems appropriate.

**IT IS SO ORDERED.**

DATED: _____   _____
Hon. Samuel A. Conti
United States District Judge

LEGAL27764255

- 1 -

[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THE PHILIPS DEFENDANTS'
MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION
Case No. 3:07-cv-05944-SC