Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Ave, Suite 450
East Palo Alto, California 94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
Calvin.litsey@faegrebd.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: +1 317 237-0300
Facsimile: +1 317 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, Colorado 80203
Telephone: +1 303 607-3500
Facsimile:  +1 303 607-3600
jeff.roberts@FaegreBD.com

*Attorneys for Specially Appearing Defendant Thomson S.A.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-01173.* | **THOMSON S.A'S NOTICE OF INABILITY TO ATTEND STATUS CONFERENCE** |

1  Defendant Thomson S.A. files this Notice of Inability to Attend in connection with the
2  status conference scheduled for September 13, 2013.

3  On July 2, 2013, the Court entered an Order Setting Status Conference [Dkt. No. 1758]
4  requiring "[a]ll principle parties and lawyers . . . to appear" for a hearing on September 13, 2013 to
5  discuss "the progress of the case and the prospects for its efficient resolution." (Order at 1.) The
6  Court ordered that attendance is mandatory, but provided: "If a party believes it has a valid excuse
7  for not being present and represented at the hearing, it should file a notice explaining the reasons for
8  its absence, no later than one week before the hearing date." (*Id*. at 2.)

9  Outside counsel for specially appearing Defendant Thomson S.A., Kathy Osborn of Faegre
10 Baker Daniels LLP, will attend the conference to represent Thomson S.A.. Thomson S.A. requests,
11 however, that it be excused from attending and that the Court allow its counsel, Ms. Osborn, to
12 attend on its behalf. Thomson S.A. is a French holding company with its principal place of
13 business located in Issy-Les-Moulineaux, France, and it does not have any presence (such as
14 operations, employees, or offices) in the United States. Because it lacks minimum contacts with
15 the United States, it has filed a Motion to Dismiss for Lack of Personal Jurisdiction [Dkt. No. 1765]
16 the claims alleged against it in this action, which Motion is now pending before the Court.

17 Thomson S.A. therefore respectfully requests that the Court excuse Thomson S.A. from
18 attending the conference and permit its counsel, Ms. Osborn of Faegre Baker Daniels LLP, to
19 represent it at the conference.[1]

---

[1] At the conference, Ms. Osborn will also appear on behalf of and represent Defendant Thomson Consumer, Inc. ("Thomson Consumer"), a U.S.-based wholly-owned subsidiary of Thomson S.A. A client representative of Thomson Consumer will also attend the conference. Because Faegre Baker Daniels LLP has replaced Sullivan & Cromwell LLP as Thomson Consumer's counsel in this action, the issues raised in Sullivan & Cromwell LLP's July 9, 2013 letter regarding the inability of attorneys from that law firm to attend the conference are now moot and may be disregarded. (*See* July 9, 2013 letter from R. Sacks, attached as **Ex. 1**.)

Dated: September 5, 2013

Respectfully submitted,

_/s/    Kathy L. Osborn_

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317 237-0300
Facsimile: +1 317 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Ave, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303 607-3500
Facsimile:  +1 303 607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Specially Appearing Defendant Thomson S.A.***