MARIO N. ALIOTO (56433)
malioto@tatp.com
LAUREN C. CAPURRO (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **INDIRECT PURCHASER PLAINTIFFS' PARTY REPORT** |
| **This document relates to:** | Date: September 13, 2013 |
| | Time: 10:00 a.m. |
| **ALL INDIRECT PURCHASER ACTIONS** | Court: One, 17th Floor |
| | The Honorable Samuel Conti |

**INDIRECT PURCHASER PLAINTIFFS' PARTY REPORT**

1    Pursuant to the Order Requesting Party Reports, dated August 23, 2013 (Docket No.
2 1859), the Indirect Purchaser Plaintiffs ("IPPs") submit the following report regarding the parties
3 who remain in their case:
4    The Indirect Purchaser Action is a putative class action brought by twenty-five named
5 plaintiffs from twenty-two states on behalf of indirect purchasers of Cathode Ray Tubes
6 ("CRTs") in their respective states.  Special Master Martin Quinn has recommended that the
7 Court grant the IPPs' motion for class certification and appoint the twenty-five named plaintiffs
8 listed in Exhibit A hereto as class representatives for their respective states.
9    Attached hereto as Exhibit B is a list of the Defendants named in the Indirect Purchaser
10 Action, which includes the status of each Defendant.  IPPs make the same claims against all
11 Defendants.

13 Dated: September 5, 2013          Respectfully submitted,

14                                   **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

15                                   By:    /s/ Mario N. Alioto
                                           Mario N. Alioto (56433)
16                                         malioto@tatp.com
                                           Lauren C. Capurro (241151)
17                                         laurenrussell@tatp.com
                                           2280 Union Street
18                                         San Francisco, California 94123
                                           Telephone: (415) 563-7200
19                                         Facsimile: (415) 346-0679

20
                                           *Interim Lead Counsel for the Indirect Purchaser*
21                                         *Plaintiffs*

- 1 -
**INDIRECT PURCHASER PLAINTIFFS' PARTY REPORT**

# **EXHIBIT A**

**IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, MDL NO. 1917
INDIRECT PURCHASER CASE: NAMED PLAINTIFFS**

| NAMED PLAINTIFFS | STATES |
|---|---|
| Brian Luscher | Arizona |
| Jeffrey Figone | California |
| Steven Ganz | California |
| Lawyers' Choice Suites, Inc. | District of Columbia |
| David Rooks | Florida |
| Daniel Riebow | Hawaii |
| Travis Burau | Iowa |
| Southern Office Supply, Inc. | Kansas |
| Kerry Lee Hall | Maine |
| Lisa Reynolds | Michigan |
| Barry Kushner | Minnesota |
| David Norby | Minnesota |
| Charles Jenkins | Mississippi |
| Steven Fink | Nebraska |
| Gloria Comeaux | Nevada |
| Craig Stephenson | New Mexico |
| Janet Ackerman | New York |
| Louise Wood | New York |
| Patricia Andrews | North Carolina |

| | |
|---|---|
| Gary Hanson | North Dakota |
| Jeff Speaect | South Dakota |
| Albert Sidney Crigler | Tennessee |
| Margaret Slagle | Vermont |
| John Larch | West Virginia |
| Brigid Terry | Wisconsin |

# EXHIBIT B
## IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, MDL NO. 1917
## INDIRECT PURCHASER CASE: STATUS OF DEFENDANTS

| DEFENDANTS | STATUS |
|---|---|
| Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. | IPPs settled with the Chunghwa Defendants for $10 million in cash and substantial assistance in the prosecution of the case against the other defendants. The Court granted final approval of the settlement and entered final judgment of dismissal with prejudice as to CPT on March 22, 2012. *See* Docket Nos. 1105 and 1106. |
| LG Electronics, Inc.<br>LG Electronics (USA), Inc.<br>LG Electronics Taiwan Taipei Co., Ltd. | IPPs recently entered into a settlement with the LG Defendants for $25 million in cash. IPPs intend to file a motion for preliminary approval shortly. |
| Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V.<br>Philips Electronics North America Corporation | Active. The parties have engaged in settlement negotiations. |
| Philips Electronics Industries (Taiwan) Ltd.<br>Philips da Amazonia Industria Electronic Ltda. | Stayed. These defendants filed a motion to dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2). The parties agreed to stay resolution of the motion pending further discovery. |
| LP Displays International Ltd. f/k/a LG.Philips Displays | LPD entered bankruptcy in December 2008. The Court |

| DEFENDANTS | STATUS |
|---|---|
| ("LPD") | granted counsel for LPD permission to withdraw on condition that counsel agreed to accept service of papers for forwarding purposes.  *See* Docket No. 422. |
| Samsung SDI Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI Mexico S.A. de C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzhen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) Sdn. Bhd. | Active |
| Samsung Electronics Co., Ltd.<br>Samsung Electronics America, Inc. | Voluntarily dismissed without prejudice.  *See* Docket No. 1596. |
| Toshiba Corporation<br>Toshiba America Electronics Components, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Information Systems, Inc. | Active.  The parties have engaged in settlement discussions. |
| Toshiba America Consumer Products, Inc.<br>Toshiba America, Inc. | Voluntarily dismissed without prejudice. *See* Docket Nos. 459 and 1311. |
| Toshiba Display Devices (Thailand) Company, Ltd. ("TDDT") | Voluntarily dismissed without prejudice because it is a defunct entity.  *See* Docket No. 459.  TDDT is named as a co-conspirator in IPPs' Fourth Consolidated Amended |

2

| DEFENDANTS | STATUS |
|---|---|
|  | Complaint ("IPCAC"). |
| P.T. Tosummit Electronic Devices Indonesia ("TEDI") | TEDI is a defunct entity. It is named as a co-conspirator in the IPCAC. |
| Panasonic Corporation f/k/a Matsushita Electric Industrial Co., Ltd.<br>Panasonic Corporation of North America | Active. The parties have engaged in settlement discussions. |
| Matsushita Electronic Corporation (Malaysia) Sdn. Bhd. ("MECM") | MECM is a defunct entity. It is named as a co-conspirator in the IPCAC. |
| MT Picture Display Co., Ltd. ("MTPD") | Active. The parties have engaged in settlement discussions. |
| Beijing Matsushita Color CRT Company, Ltd. ("BMCC") | Active. |
| Hitachi Ltd. ("HIT")<br>Hitachi Displays Ltd. ("HDP")<br>Hitachi Electronic Devices (USA), Inc. ("HEDUS")<br>Hitachi America, Inc. ("HAI")<br>Hitachi Asia, Ltd. ("HAS") | Active |
| Shenzhen SEG Hitachi Color Display Devices, Ltd. ("Shenzhen Hitachi") | Shenzhen Hitachi is a defunct entity. It is named as a co-conspirator in the IPCAC. |

3

| DEFENDANTS | STATUS |
|---|---|
| Tatung Company of America, Inc. | Voluntarily dismissed without prejudice. *See* Docket No. 1146. |
| IRICO Group Corporation<br>IRICO Display Devices Co., Ltd.<br>IRICO Group Electronics Co., Ltd. | Defaulted |
| Thai CRT Company, Ltd. | Defaulted |
| Samtel Color, Ltd. | Stayed. Samtel filed a motion to dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2). The parties agreed to stay resolution of the motion pending further discovery. |
| Thomson S.A. n/k/a Technicolor S.A.<br>Thomson Consumer Electronics, Inc. n/k/a Technicolor USA Inc. | IPPs have entered into a tolling agreement with Thomson S.A. and Thomson Consumer Electronics. Both entities are named as co-conspirators in the IPCAC. |
| Mitsubishi Electric Corporation<br>Mitsubishi Electric & Electronics USA, Inc.<br>Mitsubishi Digital Electronics Americas, Inc. | IPPs have entered into a tolling agreement with these Mitsubishi entities. They are also named as a co-conspirator in the IPCAC. |
| Videocon Industries, Ltd.<br>Technologies Displays Americas LLC<br>Technologies Displays Mexicana S.A. de C.V. | IPPs recently named these defendants in a separate complaint, which has been consolidated with this case. *See* Docket No. 1855. |