William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and attorneys for the parties listed on signature pages.*

*Additional counsel listed on signature pages.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**

This document relates to:

ALL DIRECT ACTION PLAINTIFF CASES

Case No. 07-5944 SC

MDL No. 1917

**DIRECT ACTION PLAINTIFFS' POSITION STATEMENT REGARDING SEPTEMBER 13, 2013 STATUS CONFERENCE**

**Judge: Hon. Samuel P. Conti**
**Court: Courtroom 1, 17th Floor**
**Date: September 13, 2013**
**Time: 10 a.m.**

Pursuant the Court's July 2, 2013 Order (*see* Dkt. No. 1758) and August 23, 2013 Order (*see* Dkt. No. 1859), the Direct Action Plaintiffs ("DAPs") hereby submit the following joint position statement regarding the status conference set for September 13, 2013. This position statement provides an overview of (1) the parties in the DAP actions; (2) the motions pending in the DAP actions; (3) the status of discovery in the DAP actions; and (4) the status of settlements and dismissals in the DAP actions.

## I. Parties in the DAP Actions

The DAPs in this MDL litigation are:

| **Plaintiff Group**[1] | **Specific Plaintiff Corporate Entity(ies)** |
|---|---|
| ABC Warehouse | ABC Appliance, Inc. d/b/a ABC Warehouse |
| Best Buy | Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.Com, L.L.C.; and Magnolia Hi-Fi, LLC |
| BrandsMart | Interbond Corporation of America |
| CompuCom | CompuCom Systems, Inc. |
| Costco | Costco Wholesale Corp. |
| Dell | Dell Inc. and Dell Products L.P. |
| Electrograph | Electrograph Systems, Inc. and Electrograph Technologies Corp. |
| MARTA | MARTA Cooperative of America, Inc. |
| Office Depot | Office Depot, Inc. |
| P.C. Richard | P.C. Richard & Son Long Island Corp. |
| Tweeter | Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| Sears | Sears, Roebuck and Co. and Kmart Corp. |
| Sharp | Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc. |
| Circuit City | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust |
| Target | Target Corp. |

[1] The following DAPs have voluntarily dismissed their actions against all defendants: Old Comp Inc. and Good Guys, Inc. (February 2013); Radioshack Corp. (April 2013); and John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities, and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities (together, "Polaroid") (September 2013).

| **Plaintiff Group**[1] | **Specific Plaintiff Corporate Entity(ies)** |
|---|---|
| Tech Data | Tech Data Corp. and Tech Data Product Management, Inc. |

The defendants in the DAP actions (with exceptions noted in footnotes) are:

| **Defendant Group** | **Specific Defendant Corporate Entity(ies)** |
|---|---|
| Chunghwa[2] | Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd |
| Hitachi | Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Asia, Ltd., and Shenzhen SEG Hitachi Color Display Devices, Ltd. |
| IRICO[3] | IRICO Group Corp., IRICO Group Electronics Co., Ltd., and IRICO Display Devices Co., Ltd. |
| LG[4] | LG Electronics, Inc. and LG Electronics USA, Inc. |
| LP Displays[5] | LP Displays International, Ltd. |
| Mitsubishi[6] | Mitsubishi Electric Corp., Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric & Electronics USA, Inc. |
| Orion[7] | Orion Engineering & Service, Inc. |
| Panasonic[8] | Panasonic Corp., Panasonic Corporation of North America, Beijing Matsushita Color CRT Co., Ltd., and Matsushita Toshiba Picture Display Co., Ltd. |
| Philips[9] | Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda. |

[2] The Chunghwa defendants are not party to the Circuit City, Dell, Electrograph, or Sharp actions. Tatung Company of America is a defendant in the Tech Data action.

[3] The IRICO defendants are not party to the Sharp actions.

[4] In addition, LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") is a defendant in the Sharp and Tech Data actions, and Meridian Solar & Display Co., Ltd. is a defendant in the Sharp case.

[5] In addition, LG.Philips Displays Holding B.V. and LG.Philips Displays International B.V. are defendants in the Sharp case, and defaulted on June 19, 2013.

[6] As discussed *infra*, on June 28, 2013, Interim Special Master Quinn issued a report and recommendation which recommended granting the DAPs' motion for leave to amend their complaint to add the Mitsubishi and Thomson entities as defendants. Dell, Sharp, and Tech Data were not party to that motion. Sharp has named the Thomson entities as defendants but not Mitsubishi, and Dell has named the Mitsubishi entities as defendants. (Dell named the Thomson entities as defendants, but subsequently dismissed them from its case.) Neither the Mitsubishi entities nor the Thomson entities are party to the Tech Data action, but Tech Data anticipates amending its complaint to add Mitsubishi and Thomson as defendants.

[7] Orion is a defendant only in the Sharp action, and defaulted on July 30, 2013.

[8] The Panasonic defendants are not party to the Dell action. Only Beijing Matsushita Color CRT Co., Ltd. is a defendant in the Costco action. In addition, Matsushita Electronic Corporation (Malaysia) SDN BHD, PT.MT Picture Display Indonesia, and Panasonic Consumer Electronics Co. are defendants in the Sharp case.

[9] In addition, Philips Consumer Electronics Co. is a defendant in the Sharp case.

| Defendant Group | Specific Defendant Corporate Entity(ies) |
|---|---|
| Samsung SDI[10] | Samsung SDI Co, Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd. |
| Samtel[11] | Samtel Color Ltd. |
| Technologies Displays[12] | Technologies Displays Americas LLC, and Technologies Displays Mexicana S.A. de C.V. |
| Thai CRT[13] | Thai CRT Co., Ltd. |
| Thomson[14] | Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) |
| Toshiba[15] | Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. |
| Videocon[16] | Videocon Industries, Ltd. |

For the Court's convenience, the DAPs submit the table attached hereto as Exhibit A, which lists all current and former parties in the various DAP actions.

## II. Motions Pending in the DAP Actions

There are a total of five motions pending in the DAP actions:

1. On March 26, 2013, the DAPs (except Dell, Sharp, and Tech Data) sought leave to amend their complaints to add Mitsubishi and Thomson as defendants.[17] Dkt. No. 1609. On June 28, 2013, Interim Special Master Quinn issued a report and recommendation which recommended that the Court grant the DAPs' motion for leave to amend. Dkt. No. 1751. Mitsubishi and

---

[10] Samsung SDI is not party to the Best Buy action. In addition, Samsung SDI (Hong Kong), Ltd. is a defendant in the Sharp case. As discussed *infra*, on June 28, 2013, Interim Special Master Quinn recommended that Costco be granted leave to amend its complaint to add the Samsung SDI entities as defendants. No party objected to that recommendation.

[11] Samtel is not party to either of the Sharp actions.

[12] Technologies Displays is a defendant only in the Sharp action.

[13] Thai CRT is not party to either of the Sharp actions.

[14] *See* footnote 7, *supra*.

[15] Toshiba America, Inc. is not a party to the Dell action. In addition to the listed Toshiba defendants, Toshiba Display Devices (Thailand) Company, Ltd. is a defendant in the Sharp action. Furthermore, the Court has ordered Costco to arbitrate certain of its claims against the Toshiba entities.

[16] Videocon is a defendant only in the Sharp action, and defaulted on May 27, 2013.

[17] Costco additionally moved for leave to amend its complaint to name the Samsung SDI entities as defendants. Interim Special Master Quinn recommended granting Costco's motion, and no party objected to this recommendation.

Thomson objected to the Interim Special Master's report and recommendation and the DAPs moved to adopt it. Briefing is complete and the motion is presently submitted to the Court.

2. On May 9, 2013, Philips moved to compel Costco to arbitrate. Dkt. No. 1735. The parties to the motion agreed to hold it in abeyance until the Court ruled on defendants' motions to dismiss a number of the DAP actions, including Costco's. Dkt. No. 1699. In light of the Court's August 21 ruling on the motions to dismiss (Dkt. No. 1856), briefing on Philips' motion to compel Costco to arbitrate will resume and be submitted to the Court in the coming weeks.

3. On May 17, 2013, Technicolor USA, Inc. moved to dismiss Sharp's complaint.[18] Dkt. No. 1677. Briefing on that motion to dismiss is complete, and the motion is presently submitted to the Court. Hearing on the motion was postponed until the Court ruled on prior motions to dismiss in a number of other DAP actions. In light of the Court's ruling on these motions to dismiss on August 21, the hearing on this motion will be reset.

4. On July 3, 2013, Technicolor SA moved to dismiss Sharp's complaint for lack of personal jurisdiction. Dkt. No. 1765. Technicolor SA submitted additional evidence in its reply brief, which Sharp has moved to strike in a paper filed September 4, 2013.

5. On July 5, 2013, Sharp moved to commence discovery against Technicolor USA, Inc. Dkt. No. 1766. On August 1, 2013, Special Master Legge entered an order staying discovery from Technicolor USA, Inc. until the Technicolor USA, Inc. motion to dismiss has been decided. Dkt. No. 1820. Sharp filed objections to the Special Master's order staying discovery on August 9, 2013. Briefing on those objections was completed on September 3, and the motion is presently submitted to the Court.

In addition to these motions, all parties to this litigation—the DAPs, the direct purchaser plaintiffs, the indirect purchaser plaintiffs, the California Attorney General, and the defendants—submitted a joint letter to the Special Master on August 14, 2013 requesting modification to the current case schedule. On August 22, 2013, Special Master Legge recommended that the Court

---

[18] Technicolor USA, Inc. and Technicolor SA are sometimes referred to by their prior corporate names (Thomson Consumer Electronics, Inc. and Thomson SA, respectively) in court papers. For purposes of this position statement, the DAPs refer to these entities by their current corporate identity.

consider the parties' request at the status conference set for September 13. Dkt. No. 1858-2.

**III. Status of Discovery in the DAP Actions**

The majority of the DAPs filed their initial complaints in this litigation in November 2011 and a few filed shortly thereafter. Immediately following their entry into the litigation, the DAPs began participating in discovery and have made significant progress. The DAPs continue to take an active role in the depositions of defendants' percipient witnesses and, in addition, they are taking documentary discovery from defendants, as well as from third parties. The DAPs have also responded to written discovery requests served by defendants and continue to meet-and-confer with defendants regarding the discovery they have propounded. Likewise, the DAPs have provided witnesses for deposition and continue to work with defendants with respect to scheduling additional depositions.

No Thomson defendants have produced any discovery. As noted above, Technicolor USA, Inc. has taken the position that it need not produce discovery to Sharp until the Court rules on its pending motion to dismiss. Special Master Legge recommended entering a stay of discovery pending the Court's decision. Sharp has filed objections with this Court to reject that recommendation, which remain pending.

**IV. Status of Settlements and Dismissals in the DAP Actions**

Circuit City and Electrograph have settled with Chunghwa. In addition, Chunghwa is not a party to the Dell or Sharp suits, Best Buy did not sue Samsung SDI, neither Dell nor Costco sued Panasonic, and Dell has dismissed Thomson from its suit. Furthermore, in light of discovery to date, all of the DAPs have voluntarily dismissed (or declined to sue) Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc., and nearly all of the DAPs have voluntarily dismissed or declined to sue Tatung Company of America and LG Electronics Taiwan Taipei Co., Ltd. The DAPs are open to engaging in further settlement discussions, including, where appropriate, through the use of a mediator.

Dated: September 6, 2013

Respectfully submitted,

/s/ Philip J. Iovieno

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corp., MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corp., and Tech Data Product Management, Inc.*

/s/ Robert W. Turken

Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
Email: swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc.*

/s/ Roman M. Silberfeld

Roman M. Silberfeld (SBN 62783)
David Martinez (SBN 193183)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

/s/ Kenneth S. Marks

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@sumangodfrey.com
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/ David. J. Burman

David J. Burman
Cori G. Moore
Eric J. Weiss
Nicholas H. Hesterberg
Steven D. Merriman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: DBurman@perkinscoie.com
Email: CGMoore@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: NHesterberg@perkinscoie.com
Email: SMerriman@perkinscoie.com

Joren Bass, State Bar No. 208143
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320
Email: JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corp.*

/s/ Michael P. Kenny

Michael P. Kenny
Debra D. Bernstein
Rodney J. Ganske
Matthew D. Kent
Elizabeth Jordan
Melissa Mahurin Whitehead
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
Email: mike.kenny@alston.com
Email: debra.bernstein@alston.com
Email: rod.ganske@alston.com
Email: matthew.kent@alston.com
Email: elizabeth.jordan@alston.com
Email: melissa.whitehead@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
Kerr & Wagstaffe LLP
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500
Email: wagstaffe@kerrwagstaffe.com

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

/s/ William J. Blechman

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
Email: kmurray@knpa.com
Email: wblechman@knpa.com
Email: rarnold@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

/s/ Craig A. Benson

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo
Joseph J. Simons
Craig A. Benson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

/s/ Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2599
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
Email: aheaven@crowell.com

*Attorneys for Plaintiff Target Corp.*