In re CRT Antitrust Litigation; MDL No. 1917 | Case 4:07-cv-05944-JST Document 1896-1 Filed 09/06/13 Page 1 of 1 | Exhibit A to DAPs' Position Statement for September 13, 2013 Status Conference

September 6, 2013

| PLAINTIFFS \ DEFENDANTS | Chunghwa | Tatung Co. of America | Hitachi | IRICO | LG | LGE Taiwan | LP Displays[5] | Mitsubishi[4] | Orion[5] | Panasonic | Philips | Samsung SDI | Samsung SEC | Samtel | Technologies Displays | Thai CRT | Thomson[4] | Toshiba | Videocon[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABC Warehouse | | Voluntarily Dismissed | | | | Voluntarily Dismissed | | | Did Not Sue | | | | Voluntarily Dismissed | | Did Not Sue | | | | Did Not Sue |
| Best Buy | | | | | | | | | | | | Did Not Sue | Did Not Sue | | | | | | |
| CompuCom | | | | | | | | | | | | | Voluntarily Dismissed | | | | | | |
| Costco | | | | | | | | | | Did Not Sue[3] | | | | | | | | | |
| Dell[1] | Did Not Sue | Did Not Sue | | | | Did Not Sue | | | | Did Not Sue | | | Did Not Sue | | | | Dismissed | | |
| Electrograph | Settled | Settled | | | | | | | | | | | | | | | | | |
| BrandsMart | | | | | | | | | | | | | | | | | | | |
| Sears | | | | | | | | | | | | | | | | | | | |
| MARTA | | Voluntarily Dismissed | | | | Voluntarily Dismissed | | | | | | | Voluntarily Dismissed | | | | | | |
| Office Depot | | | | | | | | | | | | | | | | | | | |
| P.C. Richard | | | | | | | | | | | | | | | | | | | |
| Tweeter | | | | | | | | | | | | | | | | | | | |
| Sharp[2] | Did Not Sue | Did Not Sue | | Did Not Sue | | | | Did Not Sue | | | | | Did Not Sue | Did Not Sue | | Did Not Sue | | | |
| Circuit City | Settled | Voluntarily Dismissed | | | | Voluntarily Dismissed | | | Did Not Sue | | | | Voluntarily Dismissed | | Did Not Sue | | | | Did Not Sue |
| Target | | | | | | | | | | | | | | | | | | | |
| Tech Data | | | | | | | | Did Not Sue | | | | | | | | | Did Not Sue | | |
| Good Guys | Voluntarily Dismissed Actions ||||||||||||||||||
| Old Comp | |||||||||||||||||| |
| Polaroid | |||||||||||||||||| |
| Radioshack | |||||||||||||||||| |

**Defendants are parties to the respective DAP cases except where noted otherwise.**

1 Toshiba America, Inc. is not a defendant in the Dell case.

2 In addition to the defendants indicated in the main text of pp. 2-3 of the DAPs' position statement, the following entities are defendants in the Sharp case: LG.Philips Displays Holding B.V., LG.Philips Displays International B.V., Matsushita Electronic Corporation (Malaysia) SDN BHD, Meridian Solar & Display Co., Ltd., Panasonic Consumer Electronics Co., Philips Consumer Electronics Co., PT.MT Picture Display Indonesia, Samsung SDI (Hong Kong), Ltd., and Toshiba Display Devices (Thailand) Company, Ltd.

3 Only Beijing Matsushita Color CRT Co., Ltd. is a defendant in the Costco case.

4 On June 28, 2013, Interim Special Master Quinn issued a report and recommendation which recommended granting the DAPs' motion for leave to amend their complaint to add the Mitsubishi and Thomson entities as defendants. Mitsubishi and Thomson objected to the report and recommendation, and those objections are presently pending before the Court. Dell, Sharp, and Tech Data were not party to that motion. Sharp has named the Thomson entities as defendants, and Dell has named the Mitsubishi entities as defendants. (Dell named the Thomson entities as defendants, but subsequently dismissed them from its case.) Neither the Mitsubishi entities nor the Thomson entities are party to the Tech Data action, but Tech Data anticipates amending its complaint to add Mitsubishi and Thomson as defendants. Interim Special Master Quinn's report and recommendation also recommended that Costco be granted leave to amend to add the Samsung SDI entities as defendants. No party objected to that recommendation.

5 The following entities have defaulted in the Sharp action: LG.Philips Displays Holding B.V. and LG.Philips Displays International B.V. (June 19, 2013); Orion Engineering & Service, Inc. (July 30, 2013); and Videocon Industries, Ltd. (May 27, 2013).