Terry Calvani (53260)
terry.calvani@freshfields.com
Christine A. Laciak (*pro hac vice*)
christine.laciak@freshfields.com
Richard Snyder (*pro hac vice*)
richard.snyder@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel for Defendant Beijing Matsushita*
*Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944 MDL NO. 1917 |
| | **BEIJING MATSUSHITA COLOR CRT CO LTD.'S STATUS CONFERENCE POSITION STATEMENT** |
| ALL CASES | |
| | Before the Honorable Samuel Conti |

Pursuant to the Court's order of July 2, 2013 (Dkt. No. 1758), Defendant Beijing Matsushita Color CRT Ltd. ("BMCC") hereby submits the following position statement in advance of the September 13, 2013, status conference.

## I.      DIRECT-PURCHASER ACTION

Defendant BMCC was named in the direct-purchaser action.  A final judgment of dismissal with prejudice as to BMCC was issued on December 27, 2012 (Dkt. No. 1510).

## II.     INDIRECT-PURCHASER ACTION

Defendant BMCC is named in the indirect-purchaser action.  On June 20, 2013, Interim Special Master Quinn issued his reports and recommendations granting the indirect-purchaser plaintiffs' motion for class certification and denying defendants' motion to strike (*see* Dkt. Nos.

1742 and 1743, respectively).  Pursuant to the Court's order of July 3, 2013 (Dkt. No. 1761), BMCC joined objections to the Special Master's reports and recommendations on July 22, 2013. The indirect-purchaser plaintiffs filed their responsive briefs on August 21, 2013.  The motions will be decided based on the briefs, which have now all been submitted.

BMCC and indirect-purchaser plaintiffs have not been able to reach a settlement at this time.

## III.    DAP ACTIONS

Defendant BMCC has been served in the following cases brought by Direct Action Plaintiffs ("DAPs"):

- *Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;
- *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;
- *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;
- *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397;
- *Tech Data Corp., et al. v. Hitachi, Ltd.*, No. 13-cv-00157.

BMCC answered the Electrograph, Best Buy and Target Complaints, and entered into a stipulation extending its time to respond to the Tech Data Complaint.

BMCC has not been able to reach a settlement with any of the DAPs at this time.

## A.    Motions to Dismiss

BMCC will move to dismiss all DAP complaints served on BMCC on multiple grounds including personal jurisdiction, failure to state a claim, and insufficient service of process.

## B.    DAPs' Motion to Amend

On March 26, 2013, various DAPs filed a motion to amend their complaint.  These DAPs seek to add as defendants Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corp., Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric & Electronics USA, Inc.; to add as non-party co-conspirator Videocon Industries, Ltd.; and to assert additional allegations in support of American Pipe, Cross-Jurisdictional, and Government Action tolling.  On June 28, 2013, Interim Special

1   Master Quinn issued a report and recommendation on DAPs' motion to amend recommending

2   that the motion be granted (Dkt. No. 1751).  After further briefing regarding the Special Master's

3   report and recommendation, the motion is now pending before Judge Conti.

4   **IV.     CALIFORNIA ATTORNEY GENERAL ACTION**

5           Defendant BMCC was served with the California Attorney General Complaint in July

6   2013.  BMCC will move to quash or demur from that complaint no later than September 20,

7   2013.

8   **V.      SCHEDULING PROPOSAL**

9           On August 14, 2013, the direct-purchaser plaintiffs, indirect-purchaser plaintiffs, DAPs,

10  California Attorney General, and certain defendants wrote jointly to Special Master Legge to

11  seek a modification to the March 13, 2013 revised scheduling order (Dkt. No. 1595).  The

12  proposed changes extended the deadlines for expert reports by roughly three to five months and

13  the remaining existing deadlines, up to and including trial, by roughly five months.  Given the

14  number of plaintiff groups at issue, BMCC expects that a relatively large number of such reports

15  and motions will be filed, and the parties agree that these proposed revisions will ensure fairness

16  and efficiency as the case proceeds and will allow the parties sufficient time to file and respond

17  to expert reports and dispositive pre-trial motions.  However, should the Court feel it necessary

18  to do so, BMCC believes that decoupling the DAP cases from the class actions would ease the

19  burden of expert work and motions that the current schedule would cause.

20  September 6, 2013                    Respectfully,

21                                       /s/ Richard S. Snyder
                                         Richard Snyder (*pro hac vice*)
22                                       richard.snyder@freshfields.com
                                         Christine A. Laciak (*pro hac vice*)
23                                       christine.laciak@freshfields.com
                                         Terry Calvani (53260)
24                                       terry.calvani@freshfields.com
                                         FRESHFIELDS BRUCKHAUS DERINGER US LLP
25                                       701 Pennsylvania Avenue, NW, Suite 600
                                         Washington, DC  20004
26                                       Tel:  (202) 777-4500
                                         Fax:  (202) 777-4555
27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

The undersigned counsel hereby certifies that a true and correct copy of the foregoing

3

document was electronically served upon the parties and counsel of record through the Court's

4

ECF system on September 6, 2013.

5

/s/Richard S. Snyder
Richard S. Snyder (*pro hac vice*)

6

Attorney for Defendant Beijing Matsushita
Color CRT Ltd. Co.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28