Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Intervenors Mitsubishi Electric US, Inc.*
*and Mitsubishi Digital Electronics America, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: ALL ACTIONS | **STATEMENT OF MITSUBISHI ELECTRIC IN ANTICIPATION OF THE SEPTEMBER 13, 2013 STATUS HEARING** |

As requested in the Court's Order Setting Status Conference, Dkt. 1758, Mitsubishi Electric US, Inc. ("MEUS")[1] and Mitsubishi Digital Electronics America, Inc. ("MDEA") (collectively, "Mitsubishi Electric")[2] submit this statement in advance of the Status Conference scheduled for September 13, 2013.

## STATUS REPORT OF MITSUBISHI ELECTRIC

**1. Mitsubishi Electric's Participation in the Litigation**

    A. <u>Direct Purchaser Class Action</u>

Mitsubishi Electric is not a defendant in the Direct Purchaser Class Action litigation.

    B. <u>Indirect Purchaser Class Action</u>

Mitsubishi Electric is not a defendant in the Indirect Purchaser Class Action litigation.

On August 22, 2012, the Indirect Purchaser Plaintiffs ("IPPs") sought leave to file a fourth consolidated amended complaint, which, among other things, named MELCO, MDEA, and MEUS as defendants. (Dkt. 1325.) Mitsubishi Electric was granted leave to intervene for the limited purpose of opposing the amendments. (Dkts. 1445, 1348.) On November 14, 2012, the Special Master issued a Report & Recommendation ("R&R") recommending the IPPs be permitted to add the Mitsubishi Electric entities as defendants. (Dkt. 1453.) Mitsubishi Electric advised counsel for the IPPs that it intended to object to the R&R. Thereafter, the IPPs and the Mitsubishi Electric entities entered into a Stipulation on December 18, 2012 whereby the IPPs withdrew their motion to amend the complaint to add the Mitsubishi Electric entities as

---

[1] As discussed below, some Direct Action Plaintiffs have named or are seeking to name defendants "Mitsubishi Electric & Electronics, USA, Inc.," as a defendant. As of October 1, 2012, the entity changed its name to Mitsubishi Electric US, Inc.

[2] This Statement is filed on behalf of MEUS and MDEA, both of which are domestic entities. There is a question as to whether the Japanese parent, Mitsubishi Electric Corporation (MELCO"), which is also a proposed defendant in certain Direct Action Plaintiff cases, is subject to suit in this litigation, and MELCO has not been served. To preserve all jurisdictional objections, this statement is filed on behalf of the domestic entities only. Nonetheless, the status summarized herein applies with equal force to all Mitsubishi Electric entities.

defendants. (Dkt. 1496.) On January 10, 2013, the IPPs filed a fourth consolidated amended complaint, which named the Mitsubishi Electric entities as alleged co-conspirators. (Dkt. 1526.)

### C. Direct Action Plaintiff Cases

On March 26, 2013, certain Direct Action Plaintiffs ("DAPs") filed a motion seeking leave to amend their complaints to name MELCO, MEUS, and MDEA as defendants. (Dkt. 1609.) The motion to amend concerned the following cases:

*Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al., No. 11-cv-01656;*
*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al., No. 11-cv-05502;*
*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513;*
*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-05514;*
*Interbond Corporation of America v. Hitachi Ltd, et al., No. 11-cv-06275;*
*Office Depot, Inc. v. Hitachi Ltd., et al., No 11-cv-0627;*
*CompuCom Systems, Inc. v. Hitachi Ltd., et al., No. 11-cv-06396;*
*Costco Wholesale Corporation v. Hitachi Ltd., et al., No. 11-cv-06397;*
*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi Ltd., et al., No. 12-cv-02648;*
*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al., No. 12-cv-02649.*

Mitsubishi Electric was granted leave to intervene for the limited purpose of opposing the amendments. (Dkts. 1641, 1628.) On June 28, 2012, the Interim Special Master issued a R&R recommending, in part, that the DAPs be granted leave to amend their complaints in order to add the Mitsubishi Electric entities as defendants. (Dkt. 1751.) Mitsubishi Electric objected to the R&R and the DAPs moved the Court to adopt the R&R. (Dkts. 1773, 1772.) The motions concerning the R&R are currently briefed and pending before this Court.

On May 28, 2013, Dell filed an Amended Complaint naming MELCO, MDEA, and MEUS as defendants. (Dkts. 1691, 1725.) No Mitsubishi Electric entity has been served with Dell's Amended Complaint.

**2. Status of Motion Practice**

As noted above, Mitsubishi Electric's Objection to the Special Master's R&R recommending, among other things, that the DAPs be permitted to add the Mitsubishi Electric

entities as defendants is pending before this Court. Mitsubishi Electric has no other motions or briefing pending.

**3. Progress of Settlement Discussions**

Mitsubishi Electric has not participated in settlement discussions with any of the plaintiffs.

**4. Participation in Discovery**

Mitsubishi Electric has not been served with any complaints.  It has not been served with discovery requests by any party, has not served discovery request on any party, and has not participated in discovery in any way.

Dated:  September 6, 2013                           Respectfully Submitted,


By: /s/ Terrence J. Truax
     Terrence J. Truax

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Intervenors
Mitsubishi Electric US, Inc.
and Mitsubishi Digital Electronics America, Inc.*