GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL CASES | CASE NO. 3:07-CV-5944 SC <br><br> MDL NO. 1917 <br><br> **CHUNGHWA PICTURE TUBES, LTD.'S STATUS CONFERENCE STATEMENT** |

Defendant Chunghwa Picture Tubes, Ltd. ("CPT") files this Statement pursuant to the Court's Order Setting Status Conference, ECF No. 1758. CPT is a Taiwanese company that manufactures LCD panels and previously manufactured cathode ray tubes. Chunghwa Picture Tubes (Malaysia), a CPT subsidiary named as a defendant here, sold all assets and ended its business in 2011. It is no longer in existence.

CPT applied for and received conditional leniency pursuant to the Department of Justice, Antitrust Division's Corporate Lenience Program. As the leniency recipient, it has provided the plaintiffs with cooperation pursuant to the Antitrust Criminal Penalty Enhancement and Reform Act of 2004.

CPT has settled both sets of class action cases.  The Court entered final approval of the settlement between the Indirect Purchaser Plaintiffs and CPT on March 22, 2012.  ECF No. 1105.  The Court entered final approval of the settlement between the Direct Purchaser Plaintiffs and CPT on August 22, 2012.  ECF No. 1412.  CPT has also settled all cases brought by state Attorney Generals on behalf of California, Florida, Illinois, Oregon, and Washington.  The final approval hearing for the California settlement is set for October 18, 2013, in the Superior Court of California for the County of San Francisco.

CPT has also settled the claims of two Direct Action Plaintiffs ("DAPs"), Siegel (Circuit City, No. 11-cv-05502) and Electrograph Systems, Inc. (No. 11-cv-01656), and those DAPs have dismissed their claims against CPT.  CPT has also reached confidential pre-litigation settlements with several parties and continues to seek to resolve the remaining DAP cases.  The following DAP cases against CPT are ongoing:

- Best Buy Co., Inc. (No. 11-cv-05513)
- Target Corp. and other retailers (No. 11-cv-05514)[1]
- Interbond Corporation of America (11-cv-06275)
- Office Depot, Inc. (No. 11-cv-06276)
- CompuCom Systems, Inc. (No. 11-cv-06396)
- P.C. Richard & Son Long Island Corp. (No. 12-cv-02648)
- Schultze Agency Services (No. 12-cv-02649)

CPT and Costco Wholesale Corp. (No. 11-cv-06397) have reached an agreement in principle to resolve that case, and are working to finalize that agreement.

///
///
///
///

[1] Good Guys, Inc., Old Comp Inc. and RadioShack Corp. have voluntarily dismissed their claims against all defendants, including CPT.

DATED:  September 6, 2013

GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS

By:   /s/  *Joel S. Sanders*

Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Austin Schwing (SBN 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)
(415) 393.8306 (Facsimile)
*jsanders@gibsondunn.com*

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.