1  Munger, Tolles & Olson LLP
   HOJOON HWANG (SBN 184950)
2  Hojoon.Hwang@mto.com
   WILLIAM D. TEMKO (SBN 098858)
3  William.Temko@mto.com
   JONATHAN E. ALTMAN (SBN 170607)
4  Jonathan.Altman@mto.com
   BETHANY W. KRISTOVICH (SBN 241891)
5  Bethany.Kristovich@mto.com
   LAURA K. SULLIVAN (SBN 281542)
6  Laura.Sullivan@mto.com
   MUNGER, TOLLES & OLSON LLP
7  560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA  94105-2907
8  Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
9
   Attorneys for Defendants LG Electronics, Inc., LG
10 Electronics U.S.A., Inc., and LG Electronics Taiwan
   Taipei Co., Ltd.
11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14

15 |                                    |                              |
   IN RE: CATHODE RAY TUBE (CRT)        Master File No.:  CV-07-5944-SC
16 ANTITRUST LITIGATION
                                        MDL No. 1917
17 ─────────────────────────────
                                        **PROOF OF SERVICE**
18 This Document Relates to:

19 Direct Purchaser Actions

20

21

22

23

24

25

26

27

28
   Master File No.: CV-07-5944-SC
   MDL No. 1917                                          PROOF OF SERVICE
   19597294.1

## PROOF OF SERVICE

I, Sandra Chao, the undersigned, declare that I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California.  My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

On September 6, 2013, I served upon the interested party(ies) in this action the following document(s), copies of which are attached to this Certificate:

**DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD.'S STATEMENT IN ADVANCE OF THE SEPTEMBER 13, 2013 STATUS CONFERENCE**

[X] By placing ☐ the original(s) ☒ a true and correct copy(ies) with the NEF, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

[X] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices.  I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

[X] **BY ELECTRONIC MAIL (AS INDICATED ON THE NEF)**

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission.  The transmission was reported as complete and without error.  A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference.  The telephone number of the facsimile machine I used was (213) 683-9510.  This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Master File No.: CV-07-5944-SC
MDL No. 1917                         - 2 -
19597294.1                                                       PROOF OF SERVICE

1          Service List Attached

2          Executed on September 6, 2013, at San Francisco, California.

3

4

5                                                        _____
                                                              Sandra Chao
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC                - 3 -                        PROOF OF SERVICE
MDL No. 1917

21614527.1

1              <u>**SERVICE LIST**</u>

2    Patricia A. Conners
     Attorney General's Office
3    Department of Legal Affairs
     Antitrust Section
4    PL-01 The Capitol
     Tallahassee, FL 32399-1050
5
     James Cooper
6    Arnold & Porter
     555 Twelfth Street, NW
7    Washington, DC 20004-1206

8    Daniel D. Cowen, Shughart Thomson & Kilroy PC
     [Address not listed on ECF list—Confirmed no longer at firm]
9
     Nathan A. Dickson
10   Jinks Crow & Dickson PC
     219 North Prairie St.
11   Union Springs , AL, 36089

12   Issac L. Diel
     Sharp McQueen
13   6900 College Boulevard, Suite 285
     Overland Park, KS 66211
14
     Neal A Eisenbraun, Chartered
15   2599 Mississippi Street
     New Brighton, MN 55113
16
     David T. Emanuelson
17   Baker Botts L.L.P.
     1299 Pennsylvania Ave., NW
18   Washington, D.C. 20004-2400

19   John G. Emerson
     Emerson Poynter LLP
20   830 Apollo Lane
     Houston, TX 77058
21
     Lori A. Fanning
22   Miller Law LLC
     115 South LaSalle Street, Suite 2910
23   Chicago, IL 60603

24   John Gressette Felder, Jr.
     McGowan Hood Felder and Johnson
25   1405 Calhoun Street
     Columbia, SC 29201
26
     Lucia Freda
27   Weil. Gotshal & Manges LLP
     [Address Not Listed On ECF List—Confirmed No Longer At Firm]
28

     Master File No.: CV-07-5944-SC        - 4 -
     MDL No. 1917                                         PROOF OF SERVICE
     19597294.1

1 │ Traviss Levine Galloway
│ Zelle Hofmann Voelbel Mason & Gette
2 │ 44 Montgomery St #3400
│ San Francisco, CA 94104
3 │
│ Robert B. Gerard
4 │ Gerard Selden & Osuch
│ 1516 Front Street
5 │ San Diego, CA 92101
6 │ H. Lee Godfrey
│ Susman Godfrey LLP
7 │ 1000 Louisiana, Suite 5100
│ Houston, Texas 77002-5096
8 │
│ Martin E. Grossman
9 │ Law Offices of Martin E. Grossman
│ 2121 Green Brier Drive
10 │ Villanova, PA 19085
11 │ Richard M. Hagstrom
│ Zelle Hofmann Voelbel Mason & Gette LLP
12 │ 500 Washington Avenue South, Suite 4000
│ Minneapolis, MN 55415
13 │
│ Lynn W. Jinks
14 │ Jinks Crow & Dickson PC
│ 219 North Prairie St.
15 │ Union Springs , AL , 36089
16 │ Charles H. Johnson
│ Charles H Johnson & Associates PA
17 │ 2599 Mississippi Street
│ New Brighton, MN 55113
18 │
│ Elliot S. Kaplan
19 │ Robins Kaplan Miller & Ciresi
│ 800 LaSalle Avenue
20 │ 2800 LaSalle Plaza
│ Minneapolis, MN 55402-2015
21 │
│ Lewis Titus LeClair
22 │ McKool Smith
│ 300 Crescent Ct #1500
23 │ Dallas, TX 75201
24 │ Lawrence D. McCabe
│ Murray Frank & Sailer LLP
25 │ 275 Madison Avenue
│ New York, NY 10016
26 │
│ Melissa Willett
27 │ Boies, Schiller & Flexner
│ 5301 Wisconsin Ave. NW, Suite 800
28 │ Washington, DC 20015
│ Master File No.: CV-07-5944-SC
│ MDL No. 1917                                    - 5 -                    PROOF OF SERVICE
│ 19597294.1

1   James P. McCarthy
    Lindquist & Vennum
2   4200 IDS Center
    80 South 8th Street
3   Minneapolis, MN 55402

4   Mike McKool, Jr
    McKool Smith, P.C.
5   300 Crescent Court Ste 1500
    Dallas, TX 75201
6
    Charise aifeh
7   White & Case LLP
    701 Thirteenth Street, NW
8   Washington, DC 20005-3807

9   Krishna B. Narine
    Schiffrin & Barroway, LLP
10  Three Bala Plaza East, Suite 400
    Bala Cynwyd, PA 19004
11
    Mark Reinhardt
12  Reinhardt Wendorf & Blanchfield
    East 1000 First National Bank Building
13  322 Minnesota Street
    St. Paul, MN 55101
14
    Jean B. Roth
15  Mansfield Tanick & Cohen
    1700 U.S. Bank Plaza South
16  220 South Sixth Street
    Minneapolis, MN 55402-4511
17
    Lawrence P. Schaefer
18  Mansfield Tanick & Cohen
    1700 U.S. Bank Plaza South
19  220 South Sixth Street
    Minneapolis, MN 55402-4511
20
    Roger Martin Schrimp
21  Damrell Nelson Schrimp Pallios Pacher & Silva
    1601 I Street, 5th Floor
22  Modesto, CA 95354

23  Austin Van Schwing
    Gibson, Dunn & Crutcher LLP
24  555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
25
    Matthew E. Van Tine
26  Miller Law LLC
    115 South LaSalle Street, Suite 2910
27  Chicago, IL 60603

28

    Master File No.: CV-07-5944-SC          - 6 -
    MDL No. 1917                                              PROOF OF SERVICE
    19597294.1

1   Clinton Paul Walker
    Damrell, Nelson, Schrimp, Pallios, Pache & Silva
2   1601 "I" Street, Fifth Floor
    Modesto, CA 95354
3
    Kim Young Sang
4   Arnold & Porter
    555 Twelfth Street, NW
5   Washington, DC 20004-1206

6   Samuel J. Sharp
    701 13th Street NW
7   Washington, DC  20005

8   AT&T Services, Inc. Legal Dept.
    525 Market Street, 20th Floor
9   San Francisco, CA  94105

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC           - 7 -
MDL No. 1917                                              PROOF OF SERVICE
19597294.1