Mark C. Dosker (State Bar # 114789)
Nathan Lane III (State Bar # 50961)
Squire Sanders (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
Email:   mark.dosker@squiresanders.com
         nathan.lane@squiresanders.com

Attorneys for Defendant
Technologies Displays Americas LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-01173 SC<br><br>SHARP ELECTRONICS CORPORATION; et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., et al.,<br><br>           Defendants. | **STATUS CONFERENCE STATEMENT OF TECHNOLOGIES DISPLAYS AMERICAS, LLC**<br><br>Date:    September 13, 2013<br>Time:    10:00 a.m. |

Pursuant to the Court's July 2, 2013, Order Setting Status Conference, Technologies Displays Americas, LLC ("Technologies Displays") submits this Statement:

       1.     Technologies Displays is a party in one case.  Technologies Displays was named as one of multiple defendants in the Complaint filed by Sharp Electronics Corporation, et al., on March 15, 2013.  Technologies Displays has not been served as a party in any other CRT litigation and had no prior involvement of any kind with any of the CRT cases before this Court.

2.       Technologies Displays' response to the Complaint in this case was stayed by stipulation and order on May 14, 2013, pending the Court's decision on pending motions to dismiss in other cases. Technologies Displays thus has not yet responded to the Complaint and will negotiate with plaintiffs regarding a schedule for its response, which Technologies Displays expects to be a motion to dismiss the Complaint.

3.       There are no pending motions by Technologies Displays or by any other party directed at Technologies Displays.

4.       Plaintiffs and Technologies Displays have not yet conducted a Rule 26(f) conference and no initial disclosures have been exchanged. Notwithstanding the provisions of Federal Rule of Civil Procedure 26(d)(1), Plaintiffs served discovery on Technologies Displays. Assuming that a Rule 26(f) conference is promptly conducted and a reasonable extension to respond to Plaintiffs' premature discovery requests is granted (as has been requested), Technologies Displays will respond to Plaintiffs' discovery requests in due course.

5.       Technologies Displays was formed in 2005 as a Delaware limited liability Company. Technologies Displays ceased all participation in the CRT business in 2008 and has not been involved in the manufacture, production, sales, marketing, or distribution of cathode ray tubes since that time. Technologies Displays has one employee, and, since it shut down the CRT activities, has been engaged in the collection and transportation of glass for recycling.

Dated: September 6, 2013

Respectfully submitted,

Squire Sanders (US) LLP

*/s/ Nathan Lane III*
Mark C. Dosker (State Bar # 114789)
Nathan Lane III (State Bar # 50961)
Squire Sanders (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
Email:      mark.dosker@squiresanders.com
                nathan.lane@squiresanders.com

Attorneys for Defendant
Technologies Displays Americas LLC