Guido Saveri (22349)
  *guido@saveri.com*
R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Cadio Zirpoli (179108)
  *cadio@saveri.com*
Travis L. Manfredi (281779)
  *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: | **DIRECT PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT** |
| ALL DIRECT PURCHASER CLASS ACTIONS | |

Direct Purchaser class plaintiffs ("DPPs") submit this status conference statement pursuant to the Court's order of July 2, 2013. (Dkt. No. 1756.)

### 1. Remaining Parties

Only two sets of Defendants remain in the direct purchaser class action: 1) Samsung SDI Co., Ltd. and subsidiaries (collectively "Samsung SDI"); and 2) Hitachi, Inc. and subsidiaries (collectively "Hitachi").[1]

The Court has certified settlement classes and finally approved settlements with, and entered judgment dismissing, the following Defendant groups: the Chunghwa Defendants ($10 million) (Dkt. Nos. 1412, 1414); the Philips Defendants ($15 million) (Dkt. Nos. 1412, 1413); the Panasonic Defendants ($17.5 million) (Dkt. Nos. 1508, 1509); the LG Electronics Defendants ($25 million) (Dkt. Nos. 1621, 1622); the Toshiba Defendants ($13.5 million) (Dkt. Nos. 1791, 1792). Settlements to date total $81 million.

### 2. Case Against Samsung SDI and Hitachi

DPPs believe that their case against Samsung SDI and Hitachi is very strong. The evidence of the alleged conspiracy is overwhelming. Two defendants, including Samsung SDI, have admitted their participation in the conspiracy. Defendant Chunghwa sought protection pursuant to the DOJ amnesty program and has been cooperating with the DOJ since 2007. Among other things, Chunghwa has produced thousands of pages of notes documenting hundreds of conspiratorial meetings and contacts, in which the participants made illegal agreements regarding, *inter alia,* pricing, reductions in production and capacity, market allocation, and concealment of the conspiracy. Chunghwa employees, C.C. Liu, S.J. Yang and Jason Lu have testified about the workings of the conspiracy and implicated the other defendant manufacturers.

Defendant Samsung SDI Co., Ltd. pled guilty to criminal price-fixing pursuant to a plea agreement with the United States Department of Justice ("DOJ") and agreed to pay a fine of $32 million. This plea constitutes *prima facie* evidence of an antitrust violation under 15 U.S.C. §

---

[1] The list of parties remaining in the case as required by the Court's Order (Dkt. No. 1859) is attached hereto as Exhibit A.

16(a). *See City of Burbank v. Gen. Elec. Co.*, 329 F.2d 825, 834 (9th Cir. 1964). Samsung SDI has also admitted hundreds of conspiratorial contacts in interrogatory responses, and has produced meeting notes documenting hundreds of conspiratorial meetings. The Amended Plea Agreement between the United States and Samsung SDI specifically noted that the United States was foregoing an order of restitution from Samsung due to the pendency of the class action proceedings in this case.

Samsung entities are chronic violators of the antitrust laws. For example, Samsung entities have: pled guilty to price fixing in the market for DRAM chips; applied for amnesty in connection with alleged price fixing in the market for SRAM chips; applied for amnesty in connection with alleged price fixing in the market for Flash chips; and applied for amnesty in connection with the LCD price fixing conspiracy.

The evidence against Hitachi is also very strong. The meeting notes produced by Chunghwa, SDI, and others establish Hitachi's participation in meetings with SDI, Chunghwa, and other defendants. Defendant Hitachi Displays, Inc. also pleaded guilty (and paid a fine of $31 million) in connection with its participation in the LCD price-fixing conspiracy.

Hitachi and Samsung SDI are jointly and severally liable for all of the damages to the putative class members herein. All of the settlements DPPs have entered into provide that the sales of the settling defendants remain in the case. Based on the number of potential settlement class members who opted out of the settlement classes, DPPs estimate that the total commerce which will remain in the case if the class is certified will approach $7 billion. DPPs' preliminary damage analysis submitted in connection with their motion for class certification finds aggregate overcharges in excess of 10%, implying damages, before trebling, in excess of $700 million.

**3. Pending motions**

The only motion currently pending in the DPP action is DPPs' motion for class certification. DPPs served their motion and expert report on May 14, 2013. Defendants' opposition papers are due on September 11, 2013, and DPPs' reply papers are due on November 11, 2013. The Court will set a hearing date after the matter is briefed. (Dkt. No. 1740.)

### 4. Settlement Discussions

DPPs have made extensive efforts to settle with Hitachi and Samsung SDI, without success. In the early spring of this year DPPs sought, and Hitachi and Samsung SDI opposed, court-ordered mediation. The Court ordered that mediation occur. (Dkt. Nos. 1594, 1595.)

There were two mediation sessions with Hitachi under the direction of the Honorable Vaughn W. Walker. Since then, DPPs have met on two occasions – most recently on September 3 – with Hitachi's new counsel, Kirkland & Ellis LLP.

A mediation session also took place with Samsung SDI and its attorneys on March 19, 2013 before Judge Walker. Another session is scheduled for September 24, 2013.

### 5. Scheduling Order

DPPs respectfully suggest that the current trial date be maintained, at least as to the DPP case, and that the schedule be altered only to accommodate an extension of the deadlines for final expert reports.

Presently, the schedule requires DPPs (and all other plaintiffs) to submit their opening reports on October 23, 2013. Opposition reports and rebuttal reports are due on November 22, 2013 and January 31, 2014, respectively. (Dkt. No. 1595.) DPPs propose that these dates go out approximately 3 months, so that – as is usual in antitrust class litigation – they are due roughly at the close of fact discovery.[2]

### 6. Discovery

Depositions are proceeding as to all parties. DPPs believe that depositions can be concluded by the close of fact discovery.

DPPs (in coordination with the Direct Action Plaintiffs) have served (or will shortly serve) comprehensive written discovery going to the question of ownership and control by defendants of their subsidiaries and affiliates from whom members of the putative DPP class purchased CRTs

---

[2] The new dates would be Opening reports: January 17, 2014; Opposition reports: February 17, 2014; Rebuttal reports: March 19, 2014. The current schedule showing DPPs' proposed changes is attached hereto as Exhibit B.

1  and Finished Products. DPPs believe that this discovery can be concluded by the close of fact
2  discovery.
3
4  Dated: September 6, 2013                    Respectfully submitted,
5
6                                              By:     /s/ Guido Saveri
                                                       Guido Saveri
7                                                      R. Alexander Saveri
                                                       Geoffrey C. Rushing
8                                                      Cadio Zirpoli
                                                       Travis L. Manfredi
9                                                      SAVERI & SAVERI, INC.
                                                       706 Sansome Street
10                                                     San Francisco CA 94111
                                                       Telephone:  (415) 217-6810
11                                                     Facsimile:   (415) 217-6813
12
                                                       *Interim Lead Counsel for Direct Purchaser*
13                                                     *Plaintiffs*
   crt.615
14

# EXHIBIT A

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917
Direct Purchaser Case: Status of Defendants

| *DEFENDANT* | *STATUS* |
|---|---|
| **SAMSUNG DEFENDANTS** | |
| <ul><li>Samsung SDI (Malaysia) Sdn Bhd.</li><li>Samsung SDI Co., Ltd. f/k/a Samsung Display Device Company</li><li>Samsung SDI America, Inc.</li><li>Samsung SDI Mexico S.A. de C.V.</li><li>Samsung SDI Brasil Ltda.</li><li>Shenzhen Samsung SDI Co. Ltd.</li><li>Tianjin Samsung SDI Co., Ltd.</li></ul> | Active. The parties have engaged in settlement negotiations. |
| <ul><li>Samsung Electronics Co., Ltd.</li><li>Samsung Electronics America, Inc.</li></ul> | Voluntarily dismissed without prejudice on May 22, 2013 (Dkt. No. 1687). |
| **HITACHI DEFENDANTS** | |
| <ul><li>Hitachi Ltd.</li><li>Hitachi Displays, Ltd.</li><li>Hitachi America, Ltd.</li><li>Hitachi Asia, Ltd.</li><li>Hitachi Electronic Devices (USA)</li><li>Shenzhen SEG Hitachi Color Display Devices, Ltd.</li></ul> | Active. The parties have engaged in settlement negotiations. |

# **EXHIBIT A**

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917
Direct Purchaser Case: Status of Defendants

| *DEFENDANT* | *STATUS* |
|---|---|
| **CHUNGHWA DEFENDANTS** | |
| • Chunghwa Picture Tubes, Ltd.<br>• Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. | Settled. Final Approval Granted October 19, 2012 (Dkt. No. 1412). Judgment entered October 19, 2012 (Dkt. No. 1414). |
| **LG DEFENDANTS** | |
| • LG Electronics, Inc.<br>• LG Electronics USA, Inc.<br>• LG Electronics Taiwan Taipei Co., Ltd. | Settled. Final Approval Granted April 1, 2013 (Dkt 1621). Judgment entered April 1, 2013 (Dkt. No. 1622). |
| **PANASONIC DEFENDANTS** | |
| • Panasonic Corporation, f/k/a Matsushita Electric Industrial Co., Ltd.<br>• Panasonic Corporation of North America | Settled. Final Approval Granted December 27, 2012 (Dkt. No. 1508). Judgment entered December 27, 2012 (Dkt. No. 1509). |
| • Matsushita Electronic Corporation (Malaysia) Sdn Bhd.<br>• Panasonic Consumer Electronics Co. | Voluntarily dismissed without prejudice on May 18, 2009 (Dkt. No. 461). |
| • MT Picture Display Co., Ltd., f/k/a Matsushita Toshiba Picture Display Co., Ltd. | Settled. Final Approval Granted December 27, 2012 (Dkt. No. 1508). Judgment entered December 27, 2012 (Dkt. No. 1509). |
| • Beijing-Matsushita Color CRT Company, Ltd. | Released by Panasonic Settlement. Judgment entered December 27, 2012 (Dkt. No. 1510). |

# **EXHIBIT A**

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917
Direct Purchaser Case: Status of Defendants

| *DEFENDANT* | *STATUS* |
|---|---|
| **PHILIPS DEFENDANTS** | |
| • Koninklijke Philips Electronics N.V.<br>• Philips Electronics North America Corp.<br>• Philips Electronics Industries (Taiwan), Ltd.<br>• Philips da Amazonia Industria Electronica Ltda. | Settled. Final Approval Granted October 19, 2012 (Dkt. No. 1412). Judgment entered October 19, 2012 (Dkt. No. 1413. |
| • Philips Electronics Industries Ltd.<br>• Philips Consumer Electronics Co. | Voluntarily dismissed without prejudice on May 18, 2009 (Dkt. No. 460). |
| **TOSHIBA DEFENDANTS** | |
| • Toshiba Corporation<br>• Toshiba America Consumer Products LLC<br>• Toshiba America Electronic Components, Inc.<br>• Toshiba America Information Systems, Inc. | Settled. Final Approval Granted on July 23, 2013 (Dkt. No. 1791). Judgment entered July 23, 2013 (Dkt. No. 1792). |
| • Toshiba America, Inc. | Voluntarily dismissed without prejudice on August 10, 2012 (Dkt. No. 1311). |
| • Toshiba America Consumer Products, Inc.<br>• Toshiba Display Devices (Thailand) Company, Ltd. | Voluntarily dismissed without prejudice on May 18, 2009 (Dkt. No. 462). |

# **EXHIBIT A**

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917
Direct Purchaser Case: Status of Defendants

| *DEFENDANT* | *STATUS* |
|---|---|
| **IRICO DEFENDANTS** | |
| • IRICO Group Corporation<br>• IRICO Group Electronics Co., Ltd.<br>• IRICO Display Devices Co., Ltd. | On June 24, 2010, the Court granted counsel for IRICO permission to withdraw on condition that counsel agreed to accept service of papers for forwarding purposes. (Dkt. No. 732). No new counsel has appeared and Defendant has not answered the complaint. |
| **DAEWOO DEFENDANTS** | |
| • Daewoo International Corporation | Voluntarily dismissed without Prejudice July 31, 2009 (Dkt. No. 529). |
| • Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd. | Voluntarily dismissed without Prejudice July 28, 2009 (Dkt. No. 525). |
| **LP DISPLAYS** | |
| • LP Displays International, Ltd. | LPD entered bankruptcy in December 2008. The Court granted counsel for LPD permission to withdraw on condition that counsel agreed to accept service of papers for forwarding purposes (Dkt. No. 422). |

# **EXHIBIT A**

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917
Direct Purchaser Case: Status of Defendants

| *DEFENDANT* | *STATUS* |
|---|---|
| **SAMTEL** | |
| • Samtel Color, Ltd. | Voluntarily dismissed without prejudice on April 26, 2012 (Dkt. No. 1166). |
| **TATUNG** | |
| • Tatung Company of America, Inc. | Voluntarily dismissed without prejudice on May 3, 2012 (Dkt. No. 1175). |
| **THAI CRT** | |
| • Thai CRT Company, Ltd. | Has not appeared. |

crt.616

# **EXHIBIT B**
## CRT—Case Schedule

| Event | Current Date | Proposed Changes |
|---|---|---|
| Last day for opening expert reports on the merits | October 23, 2013 | January 17, 2014 |
| Last day for opposition expert reports on the merits | November 22, 2013 | February 17, 2014 |
| Last day for rebuttal expert reports on the merits | January 31, 2014 | March 19, 2014 |
| Close of fact and expert discovery | March 3, 2014 | |
| Last day to file dispositive motions | April 15, 2014 | |
| Last day to file oppositions to dispositive motions | June 2, 2014 | |
| Last day to file replies in support of dispositive motions | July 2, 2014 | |
| Hearing on dispositive motions | July 18, 2014 | |
| Mediation | July 31, 2014 | |
| Last day for actions filed outside of ND Cal. to be returned to courts in which originally filed | August 15, 2014 | |
| Last day for settlement conference | August 15, 2014 | |
| Last day for filing motions in limine and other non-dispositive pretrial motions | August 15, 2014 | |
| Last day to meet and confer re pretrial order | August 22, 2014 | |
| Parties must exchange proposed exhibits and witness lists | August 29, 2014 | |
| Last day for filing pretrial order, agreed set of jury instructions and verdict forms | August 29, 2014 | |
| Last day for filing oppositions to motions in limine | August 29, 2014 | |
| Last day for filing replies in support of motions in limine | September 12, 2014 | |
| Hearing on motions in limine | September 26, 2014 | |
| Final pretrial conference | October 6, 2014 | |
| Trial(s) | October 20, 2014 | |