BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br><br>ALL ACTIONS | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**KONINKLIJKE PHILIPS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S POSITION STATEMENT REGARDING STATUS CONFERENCE** |

MDL 1917

KONINKLIJKE PHILIPS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S POSITION STATEMENT REGARDING STATUS CONFERENCE

Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively the "Philips Defendants") respectfully submit their Position Statement pursuant to the Court's July 2, 2013 Order Setting Status Conference.

**I.    Actions Against the Philips Defendants**

Actions in which the Philips Defendants were named as parties fall into the following groups:

(1) Direct Purchaser Plaintiffs ("DPPs") putative class action;

(2) Indirect Purchaser Plaintiffs ("IPPs") putative class action; and

(3) Opt-out Plaintiffs, i.e. Direct Action Plaintiff cases ("DAPs").

Below is a summary of the status of each group of actions.

**A.    DPPs' Consolidated Amended Complaint**

The Philips Defendants are no longer parties to the DPP case. On October 19, 2012, the Court ordered Final Approval of DPPs' and the Philips Defendants' Class Action Settlement.[1] Pursuant to the Court's Order, Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda. were all dismissed with prejudice.[2]

**B.    IPPs' Fourth Consolidated Amended Complaint**

The Philips Defendants remain parties to the IPP case. The various Defendants and the IPPs stipulated that their respective answers to the Third Consolidated Amended Complaint would be deemed answers to the IPPs' Fourth Consolidated Amended Complaint.[3]

On October 1, 2012, the IPPs moved for class certification.[4] The interim Special Master issued his report and recommendation to certify the IPP class on June 20, 2013.[5] Motions to adopt and reject the report and recommendation are fully briefed and are now pending final resolution by the Court.

---

[1] Docket 1412.
[2] Docket 1413.
[3] Docket 1521.
[4] Docket 1388.
[5] Docket 1742.

KONINKLIJKE PHILIPS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S POSITION STATEMENT REGARDING STATUS CONFERENCE

### C.   DAP Complaints

The Philips Defendants remain parties to the DAP actions.  As summarized below, the DAP group of cases consists of thirteen complaints filed by seventeen Plaintiffs:

| Case Name | Plaintiff(s) | Court | Case Number |
|---|---|---|---|
| Best Buy Co., Inc. v. Hitachi, Ltd. | Best Buy | N.D. California | 11-CV-5513 |
| Compucom Systems Inc. v. Hitachi, Ltd. | Compucom | N.D. Texas | 3:11-CV-03130 |
| Costco Wholesale Corp. v. Hitachi, Ltd. | Costco | W.D. Washington | 3:11-CV-06397 |
| Dell Inc. v. Hitachi, Ltd. | Dell | W.D. Texas | 1:13-CV-00141 |
| Electrograph Systems, Inc. | Electrograph | E.D. New York | 2:11-CV-00831 |
| Interbond Corp. of America v. Hitachi, Ltd | Interbond | S.D. Florida | 0:11-CV-62437 |
| Office Depot, Inc. v. Hitachi, Ltd. | Office Depot | S.D. Florida | 9:11-CV-81263 |
| P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd. | P.C. Richard, Marta, and ABC Appliances | E.D. New York | 1:11-CV-05530 |
| Schultze Agency Services, LLC | Tweeter | E.D. New York | 11-CV-05529 |
| Sharp Electronics Corp. v. Koninklijke Philips Electronics N.V. | Sharp | N.D. California | 13-CV-02776 |
| Alfred H. Siegel v. Hitachi, Ltd. | Circuit City | N.D. California | 11-CV-05502 |
| Target Corp. v. Chunghwa Picture Tubes, Ltd. | Target, Sears, Kmart | N.D. California | 11-CV-05514 |
| Tech Data Corp. v. Hitachi, Ltd. | Tech Data | M.D. Florida | 8:12-CV-02795 |

Special Master Legge's report and recommendation recommended that the Philips Defendants' Rule 12 motion to dismiss be granted dismissing all of the DAPs' complaints against the Philips Defendants with prejudice.[6]  The Court did not accept the Special Master's report and recommendation as to the Philips Defendants' motion on the basis that the arguments presented issues of material fact at the Rule 12 motion to dismiss stage.[7]  The Philips Defendants are confident that discovery will support dismissal of all DAP claims on summary judgment.

The DAP complaints, which all make the same general allegations against the Philips Defendants, can be categorized into three sub-groups:

**(1)   DAP Complaints Subject to Recently Resolved Motions to Dismiss**:  The following complaints were the subject of Defendants' joint motion to dismiss and an individual motion to dismiss filed by the Philips Defendants:  Best Buy, Compucom, Electrograph, Interbond, Office Depot, P.C. Richard, Marta, ABC Appliances, Tweeter, Circuit City, Target, Sears, and

---

[6] Docket 1664.
[7] Docket 1856.

KONINKLIJKE PHILIPS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S POSITION
STATEMENT REGARDING STATUS CONFERENCE

Kmart. On August 21, 2013, the Court entered an Order granting in part and denying in part the motions to dismiss.[8] Pursuant to the Order, the Court permitted the DAPs thirty days to amend their complaints regarding any claim dismissed without prejudice. The DAPs had also filed a Motion for Leave to File Amended Complaints on March 26, 2013.[9] The Special Master recommended that the DAPs be permitted to amend their complaints.[10] The Philips Defendants understand that the deadline to answer or otherwise respond to the DAP complaints is suspended pending amendment of the pleadings.

    **(2)** **Costco Complaint**: On May 9, 2013, the Philips Defendants moved to dismiss the Costco complaint as to the Philips Defendants and compel arbitration ("Motion to Compel Arbitration") pursuant to a mandatory arbitration provision in the parties' vendor agreements.[11] The Court entered the parties' stipulation requiring Costco to respond to the Philips Defendants' Motion to Compel Arbitration on or before thirty days after the Court resolved the Defendants' then-pending motions to dismiss the DAP Complaints.[12] The Court ruled on the Defendants' motions to dismiss on August 21, 2013.[13] On September 5, 2013, Costco and the Philips Defendants submitted a stipulation regarding the Motion to Compel briefing schedule.[14] Under the proposed schedule, Costco's Opposition to the Motion to Compel is due on October 21, 2013. The Philips Defendants' Reply is due November 11, 2013. A hearing on the Motion to Compel Arbitration is scheduled for December 6, 2013 or at such time as the Court deems appropriate.

    **(3)** **Dell, Sharp,[15] and Tech Data complaints**: These complaints were all filed after the joint defendants and the Philips Defendants had already filed the motions to dismiss the DAP Complaints. These complaints all assert the same basic allegations as the other DAP complaints. Thus, while the motions to dismiss were not technically operative as to the Dell, Sharp, and Tech

---

[8] Docket 1856.
[9] Docket 1609.
[10] Docket 1751.
[11] Docket 1668.
[12] Docket 1699.
[13] Docket 1856.
[14] Docket 1892.
[15] Sharp has two complaints pending before the MDL. The first was filed on March 15, 2013 against a number of defendants. The second was filed on June 17, 2013 against the Philips Defendants and Orion Engineering & Service, Inc.

KONINKLIJKE PHILIPS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S POSITION STATEMENT REGARDING STATUS CONFERENCE

1  Data complaints, the Court's ruling on the motions to dismiss would nonetheless impact the nature
2  and scope of these complaints. As a result, the parties stipulated, and the Court ordered, that the
3  parties would meet-and-confer regarding a reasonable deadline to answer or otherwise respond to
4  the complaints following the Court's resolution of the motions to dismiss.[16] Given the Court's
5  recent resolution of these motions, the parties will meet-and-confer in order to propose dates to
6  respond to these complaints.

## II.     Posture of Relevant Motions

<u>Philips Defendants' Personal Jurisdiction Motions</u>: The IPP and DAP complaints name Philips Electronics Industries (Taiwan), Ltd.[17] ("Philips Taiwan") and Philips da Amazonia Industria Electronica Ltda[18] ("Philips Brazil") as Defendants. Philips Taiwan and Philips Brazil moved to dismiss the DPPs and IPPs Amended Complaints for lack of personal jurisdiction.[19] On May 20, 2010, the Special Master issued a report regarding the Case Management Conference noting that, by stipulation of the parties, the jurisdictional motions were "suspended pending further proceedings in [the MDL]."[20] Neither Philips Taiwan nor Philips Brazil have, with the exception of contesting jurisdiction, participated in any aspect of this litigation.

## III.    Settlement Progress

As stated, the Court has approved the settlement of all claims asserted by the DPPs against the Philips Defendants.

The Philips Defendants are confident that they will prevail on summary judgment as to all of Plaintiffs' claims and, to the extent that any claim should survive motion practice, at trial.

---

[16] Special Master Recommendation on Stipulation and Proposed Order Regarding the Complaint in the Tech Data Action on February 14, 2013 [Docket 1570]; order adopting the Stipulation and Order Regarding the First Amended Complaint in the Dell Inc. and Dell Products L.P. Action on July 3, 2013 [Docket 1763]; and order adopting the Stipulation and Order Regarding the Complaint in Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. Action on July 3, 2013 [Docket 1762].
[17] Philips Electronics Industries (Taiwan), Ltd. has been merged into Philips Taiwan Limited.
[18] Philips da Amazonia Industria Electronica Ltda. has been merged into Philips do Brasil Ltda.
[19] Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd. and Philips Da Amazonia Industria Electonica Ltda.'s Motion to Dismiss the Direct Purchaser Plaintiffs' and the Indirect Purchaser Plaintiffs' Consolidated Amended Complaints filed on May 18, 2009 [Docket 476].
[20] Docket 718.

KONINKLIJKE PHILIPS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S POSITION
STATEMENT REGARDING STATUS CONFERENCE

Nonetheless, the Philips Defendants are willing to pursue in good faith any alternative dispute resolution processes that the Court may recommend or require.

DATED: September 6, 2013                    **BAKER BOTTS L.L.P.**

By: /s/ Jon V. Swenson

Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., and Philips Electronics North America Corporation*

KONINKLIJKE PHILIPS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S POSITION STATEMENT REGARDING STATUS CONFERENCE

**CERTIFICATE OF SERVICE**

On September 6, 2013, I caused a copy of KONINKLIJKE PHILIPS N.V. AND PHILIPS NORTH AMERICA CORPORATION'S POSITION STATEMENT REGARDING STATUS CONFERENCE to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

/s/ Jon V. Swenson
Jon V. Swenson