Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice)*
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com
Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | CASE NO. 3:07-CV-05944-SC<br><br>MDL NO. 1917<br><br>**HITACHI DEFENDANTS' STATUS CONFERENCE POSITION STATEMENT**<br><br>Date: September 13, 2013<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Samuel Conti |

Pursuant to the Court's July 2, 2013 Order Setting Conference Status (ECF 1758), Defendants Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) ("HDP"), Hitachi America, Ltd. ("HAL"), Hitachi Asia, Ltd. ("HAS"), and Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Defendants") submit this Status Conference Statement briefly discussing their positions in this case.

## I. APPEARANCE OF NEW COUNSEL

On July 30, 2013, Kirkland & Ellis LLP filed a notice of appearance on behalf of the Hitachi Defendants (ECF 1808).

## II. STATUS REGARDING THE DOJ INVESTIGATION

The Hitachi Defendants were not charged in the Department of Justice's investigation into cathode ray tubes.

## III. STATUS OF CONSOLIDATED AND RELATED CASES

### A. Consolidated Direct Purchaser (DPP) Actions

All of the Hitachi Defendants have been named as defendants in the consolidated DPP actions. The Hitachi Defendants and DPPs engaged in settlement discussions in 2012 and 2013. As part of those efforts, the parties participated in a mediation before the Honorable Vaughn R. Walker in March 2013. To date, the Hitachi Defendants and the DPPs have not been able to reach a settlement.

### B. Consolidated Indirect Purchaser (IPP) Actions

All of the Hitachi Defendants have been named as defendants in the consolidated IPP actions. The Hitachi Defendants and IPPs have not been able to reach a settlement.

### C. Direct Action Plaintiff (DAP) Actions

All of the Hitachi Defendants have been named as defendants in the following DAP actions:

| Case | Case Number | Plaintiffs |
|---|---|---|
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* | 3:11-cv-05502-SC | Alfred H. Siegel, bankruptcy trustee |
| *Best Buy Co. Inc., et al. v. Hitachi Ltd., et al.* | 3:11-cv-05513-SC | Best Buy Co. Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC and Magnolia Hi-Fi, Inc. |
| *Compucom Systems, Inc. v. Hitachi, Ltd., et al.* | 3:11-cv-06396-SC | Compucom Systems, Inc. |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al.* | 3:11-cv-06397-SC | Costco Wholesale Corporation |
| *Dell Inc. and Dell Products L.P. v. Philips Electronics North America* | 3:13-cv-02171-SC | Dell Inc. and Dell Products L.P. |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.* | 3:11-cv-0656-SC | Electrograph Systems, Inc. and Electrograph Technologies Corp. |

| Case | Case Number | Plaintiffs |
|---|---|---|
| *Interbond Corporation of America v. Hitachi Ltd., et al.* | 3:11-cv-06275-SC | Interbond Corporation |
| *John R. Stoebner, Trustee for PBE Consumer Electronics, LLC and related entities; Douglas A. Kelley, Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company LLC and related entities, v. LG Electronics, et al. (Polaroid)* | 3:11-cv-05381-SC | John R. Stoebner, Trustee for PBE Consumer Electronics, LLC and related entities; Douglas A. Kelley, Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company LLC and related entities (bankruptcy trustee for Polaroid Consumer Electronics and related companies) |
| *Office Depot, Inc. v. Hitachi Ltd. et al.* | 3:11-cv-06276-SC | Office Depot, Inc. |
| *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.* | 3:12-cv-02648-SC | P.C. Richard & Son Long Island Corporation; Marta Cooperative of America, Inc.; ABC Appliance, Inc. |
| *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter NewCo, LLC, v. Hitachi, Ltd., et al.* | 3:12-cv-02649-SC | Shultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.* | 3:13-cv-01173-SC | Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. |
| *Target Corp., et al. v. Chunghwa Picture Tubes Ltd.* | 3:11-cv-05514-SC | Target Corp.; Sears Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc. and RadioShack Corp. |
| *Target Corp., Sears Roebuck and Co., Kmart Corp., Old Comp Inc., Good Guys, Inc., Radioshack Corp., v. Hitachi, Ltd., et al.* | 3:11-cv-05515-SC | Target Corp., Sears Roebuck and Co., Kmart Corp., Old Comp. Inc., Good Guys, Inc., RadioShack Corp. |
| *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.* | 3:13-cv-00157-SC | Tech Data Corporation and Tech Data Product Management, Inc. |

The Hitachi Defendants have not reached a settlement with any of the DAPs.

**D.     CALIFORNIA ATTORNEY GENERAL ACTION**

Discovery in the California Attorney General action, Case No. CGC-11- 515784 (Cal. Super. Ct.), is coordinated with the MDL. The next status conference is January 27, 2014. The Hitachi Defendants and the California Attorney General have not reached a settlement.

**E.     OTHER STATE ACTIONS**

The state attorneys generals for Illinois, Oregon, and Washington also initiated civil actions

against certain of the Hitachi Defendants in state court. These actions allege similar claims to those in these actions, but also present issues specific to the states.

## IV. MOTIONS

### A. DPPs' Motion for Class Certification

On May 14, 2013, the DPPs filed a motion to certify a class of persons and entities who purchased CRT Products from the defendants (including the Hitachi Defendants), their subsidiaries, or affiliates. (ECF 1674) Pursuant to the stipulation and order setting the briefing schedule on DPP class certification (ECF 1740), Defendants' opposition is due on September 11, 2013.

### B. IPPs' Motion for Class Certification

On October 1, 2012, the IPPs filed a motion to certify classes of persons and entities who purchased CRTs incorporated in televisions and monitors indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. (ECF 1388) Defendants, including the Hitachi Defendants, opposed the IPPs' motion. (ECF 1538) Special Master Martin Quinn recommended certification. (ECF 1742) The Hitachi Defendants joined Defendants' Joint Objections to the Report and Recommendation regarding IPPs' Motion for Class Certification (ECF 1812), which are currently pending before the Court.

### C. Defendants' Motion to Strike Proposed Expert Testimony of Janet S. Netz, Ph.D.

On January 23, 2013, Defendants, including the Hitachi Defendants, moved to strike the testimony of Janet S. Netz, Ph.D. offered in support of the IPPs' motion for class certification. (ECF 1538) The Special Master recommended the denial of this motion. (ECF 1743) The Hitachi Defendants joined Defendants' Joint Objections to the Report and Recommendation regarding Defendants Motion to Strike Proposed Expert Testimony (ECF 1813), which are currently pending before the Court.

## V. DISCOVERY

Plaintiffs have taken eight of the twelve Hitachi Defendants depositions allowed under the Order re Discovery and Case Management Protocol. (ECF 1128) Another deposition is noticed for September 2013.

## VI. SCHEDULING PROPOSAL

On August 14, 2013, the DPPs, IPPs, DAPs, California Attorney General, and certain defendants sought modification to the March 13, 2013 revised scheduling order.  (ECF 1595) The proposal extends the deadlines for expert reports through trial by roughly three to five months. Because of the number of plaintiffs, the Hitachi Defendants expect that many expert reports and motions will be filed.  The parties believe that the proposed schedule will ensure fairness and efficiency and will allow the parties enough time to file and respond to expert reports and pre-trial motions.

DATED: September 6, 2013

Respectfully Submitted,

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
James H. Mutchnik, P.C. (*pro hac vice*)
Eliot A. Adelson
Kate Wheaton (*pro hac vice*)
James Maxwell Cooper

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)