1  SQUIRE SANDERS (US) LLP
   Mark C. Dosker (CA Bar # 114789)
2  mark.dosker@squiresanders.com
   Nathan Lane III (CA Bar #50961)
3  nathan.lane@squiresanders.com
   275 Battery Street, Suite 2600
4  San Francisco, California  94111
   Telephone:     +1 415 954 0200
5  Facsimile:     +1 415 393 9887

6  Attorneys for Defendant
   TECHNOLOGIES DISPLAYS AMERICAS LLC
7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN FRANCISCO DIVISION**

11

| 12 | **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
|---|---|---|
| 13 | | |
| 14 | This Document Relates to:  Individual Case No. 13-cv-01173 SC | **NOTICE BY DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC OF UNAVAILABILITY TO ATTEND STATUS CONFERENCE** |
| 15 | SHARP ELECTRONICS CORPORATION; et al., | |
| 16 | | Date:     September 13, 2013<br>Time:    10:00 A.M. |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | HITACHI, LTD., et al., | |
| 20 | Defendant. | |

21

22

23

24

25

26

27

28

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

NOTICE BY DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC OF UNAVAILABILITY TO ATTEND STATUS CONFERENCE - Case No. 07-cv-05944 SC

1  Defendant Technologies Displays Americas LLC ("Technologies Displays") files this
2  Notice of Inability to Attend in connection with the status conference scheduled for September
3  13, 2013, and respectfully requests that a representative from Technologies Displays be excused
4  from attending the status conference.

5  On July 2, 2013, the Court entered an Order Setting Status Conference, requiring [a]ll
6  principal parties and lawyers . . . to appear" for a status conference on September 13, 2013.
7  Counsel for Technologies Displays did not receive notice of this hearing until September 5, 2013,
8  when informed of it by counsel for Sharp in *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*,
9  Case No. 3:13-cv-01173-SC, filed on March 15, 2013, the only case in which Technologies
10 Displays has been served as a defendant.

11 Technologies Displays is located in Calexico, California and has only one employee. The
12 company was formed in 2005 and sold cathode ray tubes from its formation only until early 2008.
13 Since 2008, Technologies Displays has not been involved in the cathode ray tube business, but
14 has been involved in recycling glass. Technologies Displays sole employee has no knowledge of,
15 or prior involvement in, any of the CRT cases. Moreover, he has been previously scheduled to be
16 in Florida next week on business and will not be able to return in time to attend the status
17 conference. Counsel for Technologies Displays will attend the status conference.

18 For these reasons, Technologies Displays respectfully requests that it be excused from
19 attending the status conference and that its counsel be allowed to attend on its behalf.

20 Dated: September 6, 2013                  Respectfully submitted,

21                                            Squire Sanders (US) LLP

22                                            */s/ Nathan Lane III*
                                              Mark C. Dosker (CA Bar # 114789)
23                                            Nathan Lane III (CA Bar # 50961)
                                              Squire Sanders (US) LLP
24                                            275 Battery Street, Suite 2600
                                              San Francisco, CA 94111
25                                            Telephone: +1 415 954 0200
                                              Facsimile: +1 415 393 9887
26                                            Email:   mark.dosker@squiresanders.com
                                                       nathan.lane@squiresanders.com
27                                            Attorneys for Defendant
                                              Technologies Displays Americas LLC
28

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

NOTICE BY DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC OF UNAVAILABILITY TO ATTEND STATUS CONFERENCE - Case No. 07-cv-05944 SC