SQUIRE SANDERS (US) LLP
Mark C. Dosker (CA Bar # 114789)
mark.dosker@squiresanders.com
Nathan Lane III (CA Bar #50961)
nathan.lane@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:      +1 415 954 0200
Facsimile:       +1 415 393 9887

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:  Individual Case No. 13-cv-01173 SC<br><br>SHARP ELECTRONICS CORPORATION; et al.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HITACHI, LTD., et al.,<br><br>　　　　　　　　Defendant. | **NOTICE BY DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC OF UNAVAILABILITY TO ATTEND STATUS CONFERENCE**<br><br>Date:      September 13, 2013<br>Time:      10:00 A.M. |

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

NOTICE BY DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC OF UNAVAILABILITY TO ATTEND STATUS CONFERENCE - Case No. 07-cv-05944 SC

Defendant Technologies Displays Americas LLC ("Technologies Displays") files this Notice of Inability to Attend in connection with the status conference scheduled for September 13, 2013, and respectfully requests that a representative from Technologies Displays be excused from attending the status conference.

On July 2, 2013, the Court entered an Order Setting Status Conference, requiring [a]ll principal parties and lawyers . . . to appear" for a status conference on September 13, 2013. Counsel for Technologies Displays did not receive notice of this hearing until September 5, 2013, when informed of it by counsel for Sharp in *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.,* Case No. 3:13-cv-01173-SC, filed on March 15, 2013, the only case in which Technologies Displays has been served as a defendant.

Technologies Displays is located in Calexico, California and has only one employee. The company was formed in 2005 and sold cathode ray tubes from its formation only until early 2008. Since 2008, Technologies Displays has not been involved in the cathode ray tube business, but has been involved in recycling glass. Technologies Displays sole employee has no knowledge of, or prior involvement in, any of the CRT cases. Moreover, he has been previously scheduled to be in Florida next week on business and will not be able to return in time to attend the status conference. Counsel for Technologies Displays will attend the status conference.

For these reasons, Technologies Displays respectfully requests that it be excused from attending the status conference and that its counsel be allowed to attend on its behalf.

Dated: September 6, 2013

Respectfully submitted,

Squire Sanders (US) LLP



09/10/2013
IT IS SO ORDERED
Judge Samuel Conti

*/s/ Nathan Lane III*
Mark C. Dosker (CA Bar # 114789)
Nathan Lane III (CA Bar # 50961)
Squire Sanders (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
Email: mark.dosker@squiresanders.com
nathan.lane@squiresanders.com
Attorneys for Defendant
Technologies Displays Americas LLC

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

NOTICE BY DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC OF UNAVAILABILITY TO ATTEND STATUS CONFERENCE - Case No. 07-cv-05944 SC