Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Ave, Suite 450
East Palo Alto, California 94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
Calvin.litsey@faegrebd.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: +1 317 237-0300
Facsimile: +1 317 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, Colorado 80203
Telephone: +1 303 607-3500
Facsimile: +1 303 607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Specially Appearing Defendant
Thomson S.A.***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| _____ | **THOMSON S.A'S NOTICE OF INABILITY TO ATTEND STATUS CONFERENCE** |
| This Document Relates to: | |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-01173.* | |

Defendant Thomson S.A. files this Notice of Inability to Attend in connection with the status conference scheduled for September 13, 2013.

On July 2, 2013, the Court entered an Order Setting Status Conference [Dkt. No. 1758] requiring "[a]ll principle parties and lawyers . . . to appear" for a hearing on September 13, 2013 to discuss "the progress of the case and the prospects for its efficient resolution." (Order at 1.)  The Court ordered that attendance is mandatory, but provided:  "If a party believes it has a valid excuse for not being present and represented at the hearing, it should file a notice explaining the reasons for its absence, no later than one week before the hearing date." (*Id.* at 2.)

Outside counsel for specially appearing Defendant Thomson S.A., Kathy Osborn of Faegre Baker Daniels LLP, will attend the conference to represent Thomson S.A.. Thomson S.A. requests, however, that it be excused from attending and that the Court allow its counsel, Ms. Osborn, to attend on its behalf.  Thomson S.A. is a French holding company with its principal place of business located in Issy-Les-Moulineaux, France, and it does not have any presence (such as operations, employees, or offices) in the United States.  Because it lacks minimum contacts with the United States, it has filed a Motion to Dismiss for Lack of Personal Jurisdiction [Dkt. No. 1765] the claims alleged against it in this action, which Motion is now pending before the Court.

Thomson S.A. therefore respectfully requests that the Court excuse Thomson S.A. from attending the conference and permit its counsel, Ms. Osborn of Faegre Baker Daniels LLP, to represent it at the conference.[1]

---

[1] At the conference, Ms. Osborn will also appear on behalf of and represent Defendant Thomson Consumer, Inc. ("Thomson Consumer"), a U.S.-based wholly-owned subsidiary of Thomson S.A. A client representative of Thomson Consumer will also attend the conference.  Because Faegre Baker Daniels LLP has replaced Sullivan & Cromwell LLP as Thomson Consumer's counsel in this action, the issues raised in Sullivan & Cromwell LLP's July 9, 2013 letter regarding the inability of attorneys from that law firm to attend the conference are now moot and may be disregarded.  (*See* July 9, 2013 letter from R. Sacks, attached as **Ex. 1**.)

1

2

3    Dated:  September 5, 2013                    Respectfully submitted,

4

5                                                 _/s/    Kathy L. Osborn_____

6                                                 Kathy L. Osborn (*pro hac vice*)
7                                                 Ryan M. Hurley (*pro hac vice*)
                                                  Faegre Baker Daniels LLP
8                                                 300 N. Meridian Street, Suite 2700
                                                  Indianapolis, IN  46204
9                                                 Telephone: +1 317 237-0300
                                                  Facsimile: +1 317 237-1000
10                                                kathy.osborn@FaegreBD.com
                                                  ryan.hurley@FaegreBD.com
11
                                                  Calvin L. Litsey (SBN 289659)
12                                                Faegre Baker Daniels LLP
                                                  1950 University Ave, Suite 450
13                                                East Palo Alto, CA  94303-2279
                                                  Telephone: +1 650 324-6700
14                                                Facsimile: +1 650 324-6701
                                                  calvin.litsey@FaegreBD.com
15
                                                  Jeffrey S. Roberts (*pro hac vice*)
16                                                Faegre Baker Daniels LLP
                                                  3200 Wells Fargo
17                                                1700 Lincoln Street
                                                  Denver, CO  80203
18                                                Telephone: +1 303 607-3500
                                                  Facsimile: +1 303 607-3600
19                                                jeff.roberts@FaegreBD.com

20                                                **Attorneys for Specially Appearing**
                                                  **Defendant Thomson S.A.**
21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

09/10/2013

IT IS SO ORDERED

Judge Samuel Conti

NORTHERN DISTRICT OF CALIFORNIA