1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  Steven D. Merriman (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:   206.359.8000
   Facsimile:   206.359.9000
6
   Joren Bass, State Bar No. 208143
7  JBass@perkinscoie.com
   **PERKINS COIE LLP**
8  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
9  Telephone:   415.344.7120
   Facsimile:   415.344.7320
10
   Attorneys for Plaintiff
11 Costco Wholesale Corporation

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| 17 | |
| 18  This Document Relates to: | Individual Case No.: 3:11-CV-06397-SC |
| 19       Case No. 3:11-06397-SC | **[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION** |
| 20  COSTCO WHOLESALE CORPORATION, | |
| 21                Plaintiff, | |
| 22         v. | |
| 23  HITACHI LTD., et al., | |
| 24                Defendants. | |

25

26

27

28

[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THE PHILIPS DEFENDANTS'
MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION
Case No. 3:07-cv-05944-SC

**[PROPOSED] ORDER**

Pursuant to the Stipulation Regarding Briefing Schedule for the Philips Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration, between Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively the "Philips Defendants"), and for good cause showing, it is hereby ordered as follows:

1. The deadline for Costco to file its Opposition to the Philips Defendants' Motion to Compel shall be October 21, 2013;

2. The deadline for the Philips Defendants to file their Reply Brief in support of their Motion to Compel shall be November 13, 2013;

3. The Philips Defendants' Motion to Compel shall be heard on December 6, 2013, or at such time as the Court deems appropriate.

**IT IS SO ORDERED.**

DATED: September 10, 2013

_____
Hon. Samuel A. Conti
United States District Judge

LEGAL27764255

- 1 -

[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION
Case No. 3:07-cv-05944-SC