GUIDO SAVERI (Bar No. 22349)
Email: guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
Email: rick@saveri.com
GEOFFREY C. RUSHING (Bar No. 126910)
Email: grushing@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.;
Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.
BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung
SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and
Tianjin Samsung SDI Co., Ltd.*

(Additional Stipulating Parties Listed on Signature Pages)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF ORION HOME SYSTEMS, LLC** |

1  WHEREAS, Plaintiff Orion Home Systems, LLC ("Orion")—along with twelve other
2  parties—was named as a Class Plaintiff in Direct Purchaser Plaintiffs' Consolidated Amended
3  Complaint ("CAC") in the United States District Court for the Northern District of California
4  against Defendants[1];

5  WHEREAS, Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd.,
6  Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively "Hitachi") filed an
7  Answer to the CAC on April 29, 2010;

8  WHEREAS, Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung
9  SDI (Malaysia) Sdn Bhd.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.;
10 Shenzhen Samsung SDI Co. Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") filed
11 an Answer to the CAC on April 29, 2010;

12 IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Direct
13 Purchaser Plaintiffs and counsel for Hitachi and SDI in the above-captioned actions, as follows:

14  1.  Orion shall dismiss all of its claims against Hitachi and SDI, without prejudice,
15 pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

16  2.  All parties shall bear their own costs and attorney's fees;

---

[1] "Defendants" include: Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Daewoo International Corporation, Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd., Hitachi, Ltd, Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Shenzhen SEG Hitachi Color Display Devices, Ltd., Irico Group Corporation, Irico Group Electronics Co., Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd., Panasonic Corporation, f/k/a Matsushita Electric Industrial Co, Ltd., Electronic Corporation (Malaysia) Sdn Bhd., Panasonic Corporation of North America, Panasonic Consumer Electronics Co., Koninklijke Philips Electronics N.V., Philips Electronics Industries Ltd., Philips Electronics North America, Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung (Malaysia) Sdn Bhd., Samsung SDI Co., Ltd. f/k/a Samsung Display Device Company, Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., Tianjin Samsung SDI Co., Ltd., Samtel Color, Ltd., Tatung Company, Tatung Company of America, Inc., Thai CRT Company, Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Display Devices (Thailand) Company, Ltd., MT Picture Display Co., Ltd., f/k/a Matsushita Toshiba Picture Display Co., Ltd., and Beijing-Matsushita Color CRT Company, Ltd.

1  The undersigned Parties respectfully request that the Court enter this stipulation as an
2  order.

3  Dated: July 30, 2013          SAVERI & SAVERI, INC.

   By: /s/ R. Alexander Saveri
   GUIDO SAVERI (Bar No. 22349)
   Email: guido@saveri.com
   R. ALEXANDER SAVERI (Bar No. 173102)
   Email: rick@saveri.com
   GEOFFREY C. RUSHING (Bar No. 126910)
   Email: grushing@saveri.com
   **SAVERI & SAVERI, INC.**
   706 Sansome Street
   San Francisco, California 94111
   Telephone: (415) 217-6810
   Facsimile: (415) 217-6913

   *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs*


   MORGAN, LEWIS & BOCKIUS LLP

   By: /s/ Kent M. Roger
   KENT M. ROGER (SBN 95987)
   E-mail: kroger@morganlewis.com
   MICHELLE PARK CHIU (SBN 248421)
   E-mail: mchiu@morganlewis.com
   One Market, Spear Street Tower
   San Francisco, California 94105-1126
   Telephone: (415) 442-1000
   Facsimile: (415) 442-1001


   J. CLAYTON EVERETT, JR. (*pro hac vice*)
   E-mail: jeverett@morganlewis.com
   SCOTT A. STEMPEL (*pro hac vice*)
   E-mail: sstempel@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
   1111 Pennsylvania Avenue, NW
   Washington, DC 20004
   Telephone: (202) 739-3000
   Facsimile: (202) 739-3001

   *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF ORION HOME SYSTEMS, LLC         2         Case No. 07-5944 MDL NO. 1917

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
TYLER CUNNINGHAM (SBN 243694)
E-mail: tcunningham@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of July, 2013, at San Francisco, California.

/s/ R. Alexander Saveri

**PURSUANT TO STIPULATION, IT IS SO RECOMMENDED.**

Dated: July 31, 2013

Hon. Charles A. Legge
Special Master

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 10, 2013

Hon. Samuel Conti
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF ORION HOME SYSTEMS, LLC

3

Case No. 07-5944
MDL NO. 1917