H. Lee Godfrey
Kenneth S. Marks
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com
*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No.: 3:11-CV-05502-SC |
| Case No. 3:11-CV-05502-SC | |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **NOTICE OF PLAINTIFF ALFRED H. SIEGEL, SOLELY IN HIS CAPACITY AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, REGARDING STATUS CONFERENCE** |
| Plaintiff, | |
| v. | |
| HITACHI, LTD.; et al., | The Honorable Samuel Conti |
| Defendants. | |

Pursuant to the Court's July 2, 2013 Order Setting Status Conference (Docket No. 1758), plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, hereby notifies the Court that he is unable to attend the September 13, 2013 Status Conference due to the commencement of the Yom Kippur holiday that evening. Outside counsel for the Circuit City Liquidating Trust will attend the Status Conference and represent Mr. Siegel as the Trustee of the

1

Circuit City Liquidating Trust. Mr. Siegel will be available by telephone to outside counsel during the Status Conference, should his immediate input be needed.

Accordingly, the Circuit City Liquidating Trust respectfully requests that the Court excuse Mr. Siegel from attending the September 13, 2013 Status Conference and that counsel from Susman Godfrey LLP be permitted to represent the Trust at the conference.

Dated: August 26, 2013.

SUSMAN GODFREY L.L.P.

By: /s/ Kenneth S. Marks
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
John Lahad
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@sumangodfrey.com
kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com
jlahad@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
09/10/2013
IT IS SO ORDERED
Judge Samuel Conti

2
ALFRED H. SIEGEL'S NOTICE REGARDING STATUS CONFERENCE – C-11-05502 SC
MDL No. 1917

2843762v1/012325

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2013, I electronically filed Notice of Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the Cm/ECF system.

   /s/ Kenneth S. Marks
Kenneth S. Marks