SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar. No. 215145
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:	415-434-9100
Facsimile:	415-434-3947
E-mail:	ghalling@sheppardmullin.com
	jmcginnis@sheppardmullin.com
	mscarborough@sheppardmullin.com
	msolouki@sheppardmullin.com
	tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED IN OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' CLASS CERTIFICATION MOTION** |

I, TYLER M. CUNNINGHAM, do declare and state as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration pursuant to Civil Local Rule 79-5(c) to establish that portions of documents containing Confidential and Highly Confidential information and submitted to the Court in connection with Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification are sealable. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306).

3. On September 11, 2013, Defendants filed an Administrative Motion to Seal Documents Lodged in Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification. Defendants lodged the following documents pursuant to Civil Local Rules 7-11 and 79-5(c) and (d):

   (a) Defendants' Memorandum of Points and Authorities in Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification (the "Opposition");

   (b) Expert Report of Robert D. Willig ("Willig Report") and the exhibits thereto;

   (c) Declaration of Mona Solouki in Support of Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification ("Solouki Declaration") and the exhibits thereto.

4. Pursuant to Civil Local Rule 79-5(c), I make this declaration on behalf of SDI to provide the basis for the Court to maintain under seal certain documents and information

designated by SDI as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Opposition, the Willig Report and exhibits and the Solouki Declaration and exhibits.

5. Specifically, SDI requests that the following documents and excerpts of documents be maintained under seal: (i) Exhibit 3 to the Solouki Declaration (excerpts from the deposition of Jae In Lee, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for SDI); (ii) Exhibit 8 to the Solouki Declaration (excerpts from the transcript of the deposition of Dae Eui Lee); (iii) Exhibit 15 to the Solouki Declaration (excerpts from the transcript of the deposition of Michael Son); (iv) Exhibit 38 to the Solouki Declaration (excerpts from the transcript of the deposition of Sang-Kyu Park); and (v) all references to information designated "Confidential" or "Highly Confidential" by SDI in the Opposition, the Solouki Declaration and exhibits, and the Willig Report and exhibits.

6. Solouki Declaration Exhibit 3 contains excerpts from the transcript of the deposition of Jae In Lee, who SDI designated as a Fed. R. Civ. P. 30(b)(6) witness. SDI designated these excerpts of the deposition transcript "Highly Confidential" under the Stipulated Protective Order. These excerpts contain, cite and/or identify confidential information concerning SDI's business practices, competitive position and supply strategies. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining SDI's business relationships, causing SDI harm with respect to its competitors and customers, and/or competitively disadvantaging SDI. The Court previously sealed excerpts from this deposition when they were submitted as exhibits to the Declaration of Eva W. Cole in Support of Defendants' Opposition to Motion of Indirect-Purchaser Plaintiffs for Class Certification and Motion to Strike. *See* Dkt. No. 1512.

7. Solouki Declaration Exhibit 8 contains excerpts from the transcript of the deposition of Dae Eui Lee. SDI designated these excerpts of the deposition transcript "Highly Confidential" under the Stipulated Protective Order. These excerpts contain, cite and/or identify confidential information concerning SDI's business practices, customer relationships and

manufacturing practices.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining SDI's business relationships, causing SDI harm with respect to its competitors and customers, and/or competitively disadvantaging SDI.

8.  Solouki Declaration Exhibit 15 contains excerpts from the transcript of the deposition of Michael Son.  SDI designated these excerpts of the deposition transcript "Highly Confidential" under the Stipulated Protective Order.  These excerpts contain, cite and/or identify confidential information concerning SDI's business practices, pricing practices, market analysis and production capabilities.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining SDI's business relationships, causing SDI harm with respect to its competitors and customers, and/or competitively disadvantaging SDI.

9.  Solouki Declaration Exhibit 38 contains excerpts from the transcript of the deposition of Sang Kyu Park.  SDI designated these excerpts of the deposition transcript "Highly Confidential" under the Stipulated Protective Order.  These excerpts contain, cite and/or identify confidential information concerning SDI's business practices, customer relationships and market analysis.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining SDI's business relationships, causing SDI harm with respect to its competitors and customers, and/or competitively disadvantaging SDI.

10.  The Opposition, the Solouki Declaration and exhibits, and the Willig Report and exhibits quote from or describe documents or information designated as "Confidential" or "Highly Confidential" by SDI pursuant to the Stipulated Protective Order, including but not limited to Solouki Declaration Exhibits 3, 8, 15 and 38.  As with the exhibits themselves, I understand that SDI considers any statements in the Opposition, the Solouki Declaration and exhibits, and the Willig Report and exhibits purporting to summarize the exhibits or any other documents or information designated as "Confidential" or "Highly Confidential" by SDI to be confidential and proprietary.

I declare under penalty of perjury of the laws of the United States that the foregoing

1  is true and correct.

2        Executed on September 11, 2013 at San Francisco, California.

3                                             */s/ Tyler M. Cunningham*

4                                             TYLER M. CUNNINGHAM

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28