James P. McCarthy (MN# 69474)
James M. Lockhart (MN# 176746)
Kelly G. Laudon (MN# 0386854)
Jessica L. Meyer (CA # 249064)
Lindquist & Vennum LLP
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.:  612-371-3211
Fax:   612-371-3207
jmccarthy@lindquist.com
jlockhart@lindquist.com
klaudon@lindquist.com
jmeyer@lindquist.com

*Attorneys for Plaintiffs John R. Stoebner and Douglas A. Kelley*

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No.: No. 3:11-cv-05381-SC (N.D. Cal.)<br><br>John R. Stoebner, et al,<br><br>       Plaintiffs,<br><br>v.<br><br>LG Electronics, Inc, et al.<br><br>       Defendants. | **Case No.:  M:07-05944 SC**<br><br>**MDL NO.  1917**<br><br><br>**REQUEST FOR REMOVAL FROM ECF LIST** |

Plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC

and related entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and

1

Plaintiffs John R. Stoebner and Douglas A. Kelley's
Request for Removal from ECF List
DOCS-#3945519-v1

Case No. 3:11-cv-05381
Master File No.  3:07-md-05944-SC

related entities, and as Receiver for Petters Company, LLC and related entities ("Plaintiffs"), have voluntary dismissed their individual action, No. 3:11-cv-05381-SC, and a Notice of Voluntary Dismissal of Action was filed in the MDL matter  on September 4, 2013 (ECF Docket No. 1891).  We request that the Lindquist & Vennum law firm and the attorneys indicated below be removed from the ECF list of recipients in the above-referenced MDL action.

DATED:  September 12, 2013

Respectfully submitted,

**LINDQUIST & VENNUM** LLP

By  *S/ James M. Lockhart*
    James P. McCarthy (MN# 69474)
    James M. Lockhart (MN# 176746)
    Kelly G. Laudon (MN# 0386854)
    Jessica L. Meyer (#0249064)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
jmccarthy@lindquist.com
jlockhart@lindquist.com
klaudon@lindquist.com
jmeyer@lindquist.com

*Attorneys for Plaintiffs John R. Stoebner and Douglas A. Kelley*

Plaintiffs John R. Stoebner and Douglas A. Kelley's
Request for Removal from ECF List
DOCS-#3945519-v1

Case No. 3:11-cv-05381
Master File No.  3:07-md-05944-SC