| | |
|---|---|
| 1 | Eliot A. Adelson (State Bar No. 205284) |
| 2 | James Maxwell Cooper (State Bar No. 284054)<br>KIRKLAND & ELLIS LLP |
| 3 | 555 California Street, 27th Floor<br>San Francisco, CA  94104 |
| 4 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 5 | Email: eadelson@kirkland.com<br>Email: max.cooper@kirkland.com |
| 6 | James H. Mutchnik, P.C. (*pro hac vice)* |
| 7 | Kate Wheaton (*pro hac vice*)<br>KIRKLAND & ELLIS LLP |
| 8 | 300 North LaSalle<br>Chicago, Illinois  60654 |
| 9 | Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 |
| 10 | Email: jmutchnik@kirkland.com<br>Email: kate.wheaton@kirkland.com |
| 11 | Attorneys for Defendant, |
| 12 | HITACHI AMERICA, LTD. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC<br><br>MDL NO. 1917<br><br>**HITACHI AMERICA, LTD. NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER**<br><br>Hon. Samuel Conti |
| This Document Relates To:<br><br>ALL CASES | |

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   Subject to the approval by the Court, notice is hereby given that Defendant, Hitachi America,

3   Ltd., substitutes the law firm of Kirkland & Ellis LLP, as attorneys of record in place of the law firm

4   of Morgan, Lewis & Bockius LLP in all cases in which Hitachi America, Ltd. is a party in MDL No.

5   1917.  Contact information for new counsel is as follows:

>Eliot A. Adelson (State Bar No. 205284)
>James Maxwell Cooper (State Bar No. 284054)
>KIRKLAND & ELLIS LLP
>555 California Street, 27th Floor
>San Francisco, CA  94104
>Telephone: (415) 439-1400
>Facsimile: (415) 439-1500
>Email: eadelson@kirkland.com
>          max.cooper@kirkland.com
>
>James H. Mutchnik, P.C. (*pro hac vice*)
>Kate Wheaton (*pro hac vice*)
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, Illinois  60654
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200
>Email: jmutchnik@kirkland.com
>          kate.wheaton@kirkland.com

17   Accordingly, Hitachi America, Ltd. respectfully requests that the following Morgan,

18   Lewis & Bockius LLP attorneys' names be removed from the Court's electronic mail notice list and

19   counsel's service lists with respect to the above captioned matter:

>Kent Roger (State Bar No. 95987)
>Michelle Park Chiu (State Bar No. 248421)
>MORGAN, LEWIS & BOCKIUS LLP
>One Market, Spear Street Tower
>San Francisco, CA  94105
>Tel:  (415) 442-1000
>Fax: (415) 442-1001
>
>Email:  Kroger@morganlewis.com
>           mchiu@morganlewis.com
>           jason.allen@morganlewis.com
>           tgreen@morganlewis.com
>           dwebb@morganlewis.com
>           jeverett@morganlewis.com

1  sstempel@morganlewis.com
2  csafreno@morganlewis.com
   jdegooyer@morganlewis.com
3  rfalk@morganlewis.com

4

Defendant Hitachi America, Ltd. consents to this substitution.

5  DATED:  Sept. 11, 2013

*/s/ Patrick J. Barrett*
6  Patrick J. Barrett

7  HITACHI AMERICA, LTD.

8

9  Morgan, Lewis & Bockius LLP consents to being substituted.

10  DATED:  Sept. 11, 2013

*/s/ Kent M. Roger*
11  Kent M. Roger

12  Morgan, Lewis & Bockius, LLP
    Former Attorneys for HITACHI AMERICA,
13  LTD.

14

15  Kirkland & Ellis LLP consents to this substitution.

16  DATED:  Sept. 11, 2013

*/s/ Eliot A. Adelson*
17  Eliot A. Adelson

18  Kirkland & Ellis LLP
    Attorneys for Defendants, HITACHI
19  AMERICA, LTD.

20

21  **Civil L.R. 5.1(i)(3) Attestation:**

22  The filer of this document attests that the concurrence of the other signatories thereto

23  has been obtained.

24

25

26

27

28

HITACHI AMERICA, LTD.'S NOTICE OF SUBSTITUTION OF ATTORNEYS        3        CASE NO. 3:07-cv-05944-SC

1  **[PROPOSED] ORDER**

2       The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of

3 record for Defendant Hitachi America, Ltd. in MDL No. 1917, in place of the law firm of Morgan,

4 Lewis & Bockius LLP, is hereby approved.

5       **IT IS SO ORDERED.**

6

7

8

9 Dated: _____      _____

10                                     Honorable Samuel Conti
                                      United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28