1  Eliot A. Adelson (State Bar No. 205284)
   James Maxwell Cooper (State Bar No. 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA  94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: eadelson@kirkland.com
5  Email: max.cooper@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice)*
   Kate Wheaton (*pro hac vice*)
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, Illinois  60654
   Telephone: (312) 862-2000
9  Facsimile: (312) 862-2200
   Email: jmutchnik@kirkland.com
10 Email: kate.wheaton@kirkland.com

11 Attorneys for Defendant,
   HITACHI ASIA, LTD.
12

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                          **SAN FRANCISCO DIVISION**
16

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC |
|---|---|
| | MDL NO. 1917 |
| This Document Relates To: | **HITACHI ASIA, LTD. NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER** |
| ALL CASES | Hon. Samuel Conti |

1     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     Subject to the approval by the Court, notice is hereby given that Defendant, Hitachi Asia,

3  Ltd. substitutes the law firm of Kirkland & Ellis LLP, as attorneys of record in place of the law firm

4  of Morgan, Lewis & Bockius LLP in all cases in which Hitachi Asia, Ltd. is a party in MDL No.

5  1917.  Contact information for new counsel is as follows:

6

7     Eliot A. Adelson (State Bar No. 205284)
      James Maxwell Cooper (State Bar No. 284054)
8     KIRKLAND & ELLIS LLP
      555 California Street, 27th Floor
9     San Francisco, CA  94104
      Telephone: (415) 439-1400
10    Facsimile: (415) 439-1500
      Email: eadelson@kirkland.com
11            max.cooper@kirkland.com

12
      James H. Mutchnik, P.C. (*pro hac vice*)
13    Kate Wheaton (*pro hac vice*)
      KIRKLAND & ELLIS LLP
14    300 North LaSalle
      Chicago, Illinois  60654
15    Telephone: (312) 862-2000
      Facsimile: (312) 862-2200
16    Email: jmutchnik@kirkland.com
              kate.wheaton@kirkland.com
17

18    Accordingly, Hitachi Asia, Ltd. respectfully requests that the following Morgan,

19  Lewis & Bockius LLP attorneys' names be removed from the Court's electronic mail notice list and

20  counsel's service lists with respect to the above captioned matter:

21
      Kent Roger (State Bar No. 95987)
22    Michelle Park Chiu (State Bar No. 248421)
      MORGAN, LEWIS & BOCKIUS LLP
23    One Market, Spear Street Tower
      San Francisco, CA  94105
24    Tel:  (415) 442-1000
25    Fax: (415) 442-1001

26    Email:  kroger@morganlewis.com
              mchiu@morganlewis.com
27            jason.allen@morganlewis.com
              tgreen@morganlewis.com
28

| | |
|---|---|
| 1 | dwebb@morganlewis.com |
| 2 | jeverett@morganlewis.com |
|   | sstempel@morganlewis.com |
| 3 | csafreno@morganlewis.com |
|   | jdegooyer@morganlewis.com |
| 4 | rfalk@morganlewis.com |

Defendant Hitachi Asia, Ltd. consents to this substitution.

DATED: Sept. 11, 2013

*/s/ Yoshiaki Tamura*
Yoshiaki Tamura

HITACHI ASIA, LTD.

Morgan, Lewis & Bockius LLP consents to being substituted.

DATED: Sept. 11, 2013

*/s/ Kent M. Roger*
Kent M. Roger

Morgan, Lewis & Bockius, LLP
Former Attorneys for HITACHI ASIA, LTD.

Kirkland & Ellis LLP consents to this substitution.

DATED: Sept. 11, 2013

*/s/ Eliot A. Adelson*
Eliot A. Adelson

Kirkland & Ellis LLP
Attorneys for Defendants, HITACHI ASIA, LTD.

**Civil L.R. 5.1(i)(3) Attestation**:

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[PROPOSED] ORDER**

The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of record for Defendants Hitachi Asia, Ltd. in MDL No. 1917, in place of the law firm of Morgan, Lewis & Bockius LLP, is hereby approved.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                    Honorable Samuel Conti
                                                                    United States District Court Judge