Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendant,
HITACHI ELECTRONIC DEVICES (USA), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC |
| | MDL NO. 1917 |
| This Document Relates To:<br><br>ALL CASES | **HITACHI ELECTRONIC DEVICES (USA), INC. NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER**<br><br>Hon. Samuel Conti |

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    Subject to the approval by the Court, notice is hereby given that Defendant, Hitachi
3    Electronic Devices (USA), Inc. substitutes the law firm of Kirkland & Ellis LLP, as attorneys of
4    record in place of the law firm of Morgan, Lewis & Bockius LLP in all cases in which Hitachi
5    Electronic Devices (USA), Inc. is a party in MDL No. 1917.  Contact information for new counsel is
6    as follows:

>    Eliot A. Adelson (State Bar No. 205284)
>    James Maxwell Cooper (State Bar No. 284054)
>    KIRKLAND & ELLIS LLP
>    555 California Street, 27th Floor
>    San Francisco, CA  94104
>    Telephone: (415) 439-1400
>    Facsimile: (415) 439-1500
>    Email: eadelson@kirkland.com
>           max.cooper@kirkland.com
>
>    James H. Mutchnik, P.C. (*pro hac vice*)
>    Kate Wheaton (*pro hac vice*)
>    KIRKLAND & ELLIS LLP
>    300 North LaSalle
>    Chicago, Illinois  60654
>    Telephone: (312) 862-2000
>    Facsimile: (312) 862-2200
>    Email: jmutchnik@kirkland.com
>           kate.wheaton@kirkland.com

18    Accordingly, Hitachi Electronic Devices (USA), Inc. respectfully requests that the
19    following Morgan, Lewis & Bockius LLP attorneys' names be removed from the Court's electronic
20    mail notice list and counsel's service lists with respect to the above captioned matter:

>    Kent Roger (State Bar No. 95987)
>    Michelle Park Chiu (State Bar No. 248421)
>    MORGAN, LEWIS & BOCKIUS LLP
>    One Market, Spear Street Tower
>    San Francisco, CA  94105
>    Tel:  (415) 442-1000
>    Fax: (415) 442-1001
>
>    Email:  kroger@morganlewis.com
>            mchiu@morganlewis.com
>            jason.allen@morganlewis.com
>            tgreen@morganlewis.com

dwebb@morganlewis.com
jeverett@morganlewis.com
sstempel@morganlewis.com
csafreno@morganlewis.com
jdegooyer@morganlewis.com
rfalk@morganlewis.com

Defendant Hitachi Electronic Devices (USA), Inc. consents to this substitution.

DATED: Sept. 11, 2013

*/s/ L. Thomas Heiser*
L. Thomas Heiser

HITACHI ELECTRONIC DEVICES (USA), INC.

Morgan, Lewis & Bockius LLP consents to being substituted.

DATED: Sept. 11, 2013

*/s/ Kent M. Roger*
Kent M. Roger

Morgan, Lewis & Bockius, LLP
Former Attorneys for HITACHI ELECTRONIC DEVICES (USA), INC.

Kirkland & Ellis LLP consents to this substitution.

DATED: Sept. 11, 2013

*/s/ Eliot A. Adelson*
Eliot A. Adelson

Kirkland & Ellis LLP
Attorneys for Defendants,
HITACHI ELECTRONIC DEVICES (USA), INC.

**Civil L.R. 5.1(i)(3) Attestation:**

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[PROPOSED] ORDER**

The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of record for Defendants Hitachi Electronic Devices (USA), Inc. in MDL No. 1917, in place of the law firm of Morgan, Lewis & Bockius LLP, is hereby approved.

**IT IS SO ORDERED.**

Dated: _____    _____
                                Honorable Samuel Conti
                                United States District Court Judge