1  Eliot A. Adelson (State Bar No. 205284)
   James Maxwell Cooper (State Bar No. 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA  94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: eadelson@kirkland.com
5  Email: max.cooper@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice)*
   Kate Wheaton (*pro hac vice*)
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, Illinois  60654
   Telephone: (312) 862-2000
9  Facsimile: (312) 862-2200
   Email: jmutchnik@kirkland.com
10 Email: kate.wheaton@kirkland.com

11 Attorneys for Defendant,
   HITACHI DISPLAYS, LTD.
12 (n/k/a JAPAN DISPLAY INC.)

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                          **SAN FRANCISCO DIVISION**

17 | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC |

18 MDL NO. 1917

19 This Document Relates To: | **HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.) NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER**

20 ALL CASES

21 Hon. Samuel Conti

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Subject to the approval by the Court, notice is hereby given that Defendant Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) substitutes the law firm of Kirkland & Ellis LLP, as attorneys of record in place of the law firm of Morgan, Lewis & Bockius LLP in all cases in which Hitachi Displays, Ltd (n/k/a Japan Display Inc.) is a party in MDL No. 1917.  Contact information for new counsel is as follows:

>Eliot A. Adelson (State Bar No. 205284)
>James Maxwell Cooper (State Bar No. 284054)
>KIRKLAND & ELLIS LLP
>555 California Street, 27th Floor
>San Francisco, CA  94104
>Telephone: (415) 439-1400
>Facsimile: (415) 439-1500
>Email: eadelson@kirkland.com
>       max.cooper@kirkland.com
>
>James H. Mutchnik, P.C. (*pro hac vice*)
>Kate Wheaton (*pro hac vice*)
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, Illinois  60654
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200
>Email: jmutchnik@kirkland.com
>       kate.wheaton@kirkland.com

Accordingly, Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) respectfully requests that the following Morgan, Lewis & Bockius LLP attorneys' names be removed from the Court's electronic mail notice list and counsel's service lists with respect to the above captioned matter:

>Kent Roger (State Bar No. 95987)
>Michelle Park Chiu (State Bar No. 248421)
>MORGAN, LEWIS & BOCKIUS LLP
>One Market, Spear Street Tower
>San Francisco, CA  94105
>Tel:  (415) 442-1000
>Fax: (415) 442-1001
>
>Email: kroger@morganlewis.com
>       mchiu@morganlewis.com
>       jason.allen@morganlewis.com
>       tgreen@morganlewis.com
>       dwebb@morganlewis.com

jeverett@morganlewis.com
sstempel@morganlewis.com
csafreno@morganlewis.com
jdegooyer@morganlewis.com
rfalk@morganlewis.com

Defendant Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) consents to this substitution.

DATED:  Sept. 12, 2013

*/s/ Jirou Satou*
Jirou Satou

HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

Morgan, Lewis & Bockius LLP consents to being substituted.

DATED:  Sept. 11, 2013

*/s/ Kent M. Roger*
Kent M. Roger

Morgan, Lewis & Bockius, LLP
Former Attorneys for HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

Kirkland & Ellis LLP consents to this substitution.

DATED:  Sept. 11, 2013

*/s/ Eliot A. Adelson*
Eliot A. Adelson

Kirkland & Ellis LLP

Attorneys for Defendants,
HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

**Civil L.R. 5.1(i)(3) Attestation:**

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[PROPOSED] ORDER**

The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of record for Defendant Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) in MDL No. 1917, in place of the law firm of Morgan, Lewis & Bockius LLP, is hereby approved.

**IT IS SO ORDERED.**

Dated: _____          _____
                                      Honorable Samuel Conti
                                      United States District Court Judge