Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendant,
HITACHI, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC |
| | MDL NO. 1917 |
| This Document Relates To: ALL CASES | **HITACHI, LTD. NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER** |
| | Hon. Samuel Conti |

1        TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        Subject to the approval by the Court, notice is hereby given that Defendant, Hitachi, Ltd., substitutes the law firm of Kirkland & Ellis LLP, as attorneys of record in place of the law firm of Morgan, Lewis & Bockius LLP in all cases in which Hitachi, Ltd. is a party in MDL No. 1917. Contact information for new counsel is as follows:

> Eliot A. Adelson (State Bar No. 205284)
> James Maxwell Cooper (State Bar No. 284054)
> KIRKLAND & ELLIS LLP
> 555 California Street, 27th Floor
> San Francisco, CA  94104
> Telephone: (415) 439-1400
> Facsimile: (415) 439-1500
> Email: eadelson@kirkland.com
>        max.cooper@kirkland.com
>
> James H. Mutchnik, P.C. (*pro hac vice*)
> Kate Wheaton (*pro hac vice*)
> KIRKLAND & ELLIS LLP
> 300 North LaSalle
> Chicago, Illinois  60654
> Telephone: (312) 862-2000
> Facsimile: (312) 862-2200
> Email: jmutchnik@kirkland.com
>        kate.wheaton@kirkland.com

Accordingly, Hitachi Ltd. respectfully requests that the following Morgan, Lewis & Bockius LLP attorneys' names be removed from the Court's electronic mail notice list and counsel's service lists with respect to the above captioned matter:

> Kent Roger (State Bar No. 95987)
> Michelle Park Chiu (State Bar No. 248421)
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA  94105
> Tel:  (415) 442-1000
> Fax: (415) 442-1001
>
> Email: kroger@morganlewis.com
>        mchiu@morganlewis.com
>        jason.allen@morganlewis.com
>        tgreen@morganlewis.com
>        dwebb@morganlewis.com
>        jeverett@morganlewis.com

sstempel@morganlewis.com
csafreno@morganlewis.com
jdegooyer@morganlewis.com
rfalk@morganlewis.com

Defendant Hitachi, Ltd. consents to this substitution.

DATED:  Sept. 11, 2013  /s/ *Masahiko Igarashi*
Masahiko Igarashi

HITACHI, LTD.

Morgan, Lewis & Bockius LLP consents to being substituted.

DATED:  Sept. 11, 2013  /s/ *Kent M. Roger*
Kent M. Roger

Morgan, Lewis & Bockius, LLP
Former Attorneys for HITACHI, LTD.,

Kirkland & Ellis LLP consents to this substitution.

DATED:  Sept. 11, 2013  /s/ *Eliot A. Adelson*
Eliot A. Adelson

Kirkland & Ellis LLP
Attorneys for Defendants, HITACHI, LTD.

**Civil L.R. 5.1(i)(3) Attestation:**

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[PROPOSED] ORDER**

The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of record for Defendants Hitachi, Ltd. in MDL No. 1917, in place of the law firm of Morgan, Lewis & Bockius LLP, is hereby approved.

**IT IS SO ORDERED.**

Dated: _____     _____
                                  Honorable Samuel Conti
                                  United States District Court Judge