UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  SAMUEL CONTI**

**Date**: September 13, 2013

**Case No:** C 07-05944 SC

**Case Title**: MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

**Appearances:**

    For Plaintiff(s): see attached list

    For Defendant(s): see attached list

**Deputy Clerk**:  Tana Ingle          **Court Reporter**: Belle Ball
**Time in Court:**   35 minutes

## *PROCEEDINGS*

1.  Status Conference - held

## *SUMMARY*

Parties for Direct Purchaser Plaintiffs (DPPs) and Defendants shall meet with Judge Walker for settlement and report back to this Court regarding settlement and/or trial schedule.  This matter is currently set for trial on <u>Monday, October 20, 2014.</u>

Parties for Direct Action Plaintiffs (DAPs), Indirect Purchaser Class Plaintiffs (IPPs), and Defendants shall resubmit a new stipulated scheduling order.  Trial date for DAPs and IPPs is hereby vacated.

Party Appearances:

| Plaintiffs | Defendants |
| --- | --- |
| Richard Saveri | Richard Snyder |
| Guido Saveri | Jim McGinnis |
| Mario Alioto | Jeffrey Kessler |
| Joe Patane | Lucius Lau |
| Michael Lehmann | Kathy Osborn |
| Cadio Zirpoli | Mark Docker |
| Roman Silberfeld | Hojoon Hwang |
| Laura Nelson | William Temko |
| Terry Gross | Christopher Curran |
| Anne Nardacci | James Mutchnik |
| Steven Benz | Eliot Adelson |
| Lin Chan | Gerry Whitcomb |
| Jerome Murphy | Erik Koons |
| Craig Benson | Joel Sanders |
| Kenneth Marks | Nathan Lane |
| Phil Iovieno | Mark Dosker |
| Jonathan Ross | |
| Jason Murray | |
| James Wagstaffe | |
| Michael Kenny | |
| Steven Williams | |
| Daniel Owen | |
| Kenny Nachwalter | |
| David Burman | |
| John Bogdanov | |

Interested Party/Interveners
Emilio Varanini
Terrence Truax