UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION )<br>)<br>)<br>)<br>This document relates to: )<br>ALL ACTIONS )<br>)<br>)<br>) | Case No: 3:07-cv-5944 SC    MDL No. 1917<br><br>**APPLICATION OF DIANA ARLEN AGUILAR ALDAPE** FOR **ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

   I, Diana Arlen Aguilar Aldape , an active member in good standing of the bar of the State of New York , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. , in the above-entitled action. My local co-counsel in this case is Gregory D. Hull , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue, New York, NY 10153 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Weil, Gotshal & Manges LLP, 201 Redwood Shores Pkwy., Redwood Shores, CA 94065 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 310-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 802-3000 |
| MY EMAIL ADDRESS OF RECORD:<br>diana.aguilar@weil.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>greg.hull@weil.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5142682              .

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*
Dated:  August 7, 2013                                                                    
                                                                                 APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of  Diana Arlen Aguilar Aldape  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   09/13/2013                                                       
                                                                 SAMUEL CONTI
                                                                 UNITED STATES DISTRICT JUDGE