JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER SEALING DOCUMENTS** |

Having considered the parties' submissions regarding whether certain documents Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.;

- 1 –

and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI") and Defendants Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.); Hitachi Asia, Ltd.; Hitachi America, Ltd.; and Hitachi Electronic Devices (USA), Inc. (collectively, "Hitachi") lodged with the Court should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under seal:

1.    Portions of Defendants' Memorandum of Points and Authorities in Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification (the "Opposition");

2.    Portions of the Expert Report of Robert D. Willig and the exhibits thereto ("Willig Report");

3.    Portions of the Declaration of Mona Solouki in Support of Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification ("Solouki Declaration") and the exhibits thereto;

4.    Exhibit 13 to the Solouki Declaration that contains information from documents that the Panasonic Defendants have designated "Highly Confidential;"

5.    Exhibit 14 to the Solouki Declaration that contains information from documents that the Panasonic Defendants have designated "Highly Confidential;"

6.    Exhibit 24 to the Solouki Declaration that contains information from documents that the Panasonic Defendants have designated "Highly Confidential;" and

7.    Exhibit 32 to the Solouki Declaration that contains information from documents that the Panasonic Defendants have designated "Highly Confidential."

8.    IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

1

**IT IS SO ORDERED.**

2

Dated:_____          _____

3                                              Hon. Samuel Conti
                                        United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SEALING DOCUMENTS                                    MDL No. 1917