1  BAKER BOTTS L.L.P.
   Jon V. Swenson (SBN 233054)
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA 94304-1007
   Telephone: (650) 739-7500
4  Facsimile: (650) 739-7699
   Email: jon.swenson@bakerbotts.com
5
   BAKER BOTTS L.L.P.
6  John M. Taladay (*pro hac vice*)
   Joseph Ostoyich (*pro hac vice*)
7  Erik T. Koons (*pro hac vice*)
   Charles M. Malaise (*pro hac vice*)
8  1299 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2400
9  Telephone: (202) 639-7700
   Facsimile: (202) 639-7890
10 Email: john.taladay@bakerbotts.com
   Email: joseph.ostoyich@bakerbotts.com
11 Email: erik.koons@bakerbotts.com
   Email: charles.malaise@bakerbotts.com
12
   *Attorneys for Defendant Koninklijke Philips N.V., and*
13 *Philips Electronics North America Corporation*

14

15                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
16                       **SAN FRANCISCO DIVISION**

17 In re: CATHODE RAY TUBE (CRT)          Case No. 07-5944 SC
   ANTITRUST LITIGATION                   MDL No. 1917
18
   This Document Relates to:             **DECLARATION OF CHARLES M.**
19                                        **MALAISE IN SUPPORT OF**
                                          **DEFENDANTS' ADMINISTRATIVE**
20                                        **MOTION TO SEAL DOCUMENTS**
   ALL DIRECT-PURCHASER ACTIONS          **PURSUANT TO CIVIL LOCAL RULES 7-**
21                                        **11 AND 79-5(d)**

22

23

24

25

26

27

28
                                          1                              MDL 1917
   DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION
   TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

I, Charles M. Malaise, hereby declare as follows:

1.      I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants").  I make this declaration in support of Defendants' Administrative Motion to Seal Documents Lodged in Opposition to Direct Purchaser Plaintiffs' Class Certification Motion (Dkt. No. 1921) ("Motion to Seal").

2.      I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.      On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4.      The Philips Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5.      On September 11, 2013, Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. and Defendants Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.); Hitachi Asia, Ltd.; Hitachi America, Ltd.; and Hitachi Electronic Devices (USA), Inc. filed the Motion to Seal in which they asked this Court to seal the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

a.      Portions of Defendants' Memorandum of Points and Authorities in Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification (the "Opposition");

b.      Portions of the Expert Report of Robert D. Willig and the exhibits thereto ("Willig Report"); and

c.      Portions of the Declaration of Mona Solouki in Support of Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification

1    ("Solouki Declaration") and the exhibits thereto.

2       6.    Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Philips

3    Defendants to provide the basis for the Court to maintain under seal certain documents and

4    information designated by the Philips Defendants as "Confidential" and "Highly Confidential"

5    pursuant to the Stipulated Protective Order, and all references to those documents and information in

6    the Opposition, the Willig Report and Solouki Declaration and exhibits.

7       7.    Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92,

8    Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective

9    Order, the following portions of documents should be maintained under seal and redacted from the

10   Opposition:

11          a.   Opposition, page 6, footnote 10 (discussing and citing Exhibit 5 to the Solouki

12               Declaration, an excerpt from the deposition transcript of Roger de Moor, who

13               was designated as a Fed. R. Civ. P. 30(b)(6) witness for the  Philips

14               Defendants, that has been designed "Highly Confidential" pursuant to the

15               Stipulated Protective Order).

16          b.   Opposition, page 6, footnote 13 (discussing and citing Exhibit 11 to the

17               Solouki Declaration, a document produced by the Philips Defendants in this

18               litigation with bates numbers PHLP-CRT-049353 that the Philips Defendants

19               designated "Confidential" pursuant to the Stipulated Protective Order).

20          c.   Opposition, page 6, footnote 13 (discussing and citing Exhibit 12 to the

21               Solouki Declaration, a document produced by the Philips Defendants in this

22               litigation with bates numbers HLP-CRT-051753 that the Philips Defendants

23               designated "Confidential" pursuant to the Stipulated Protective Order).

24          d.   Opposition, page 7, footnote 14 (discussing and citing Exhibit 5 to the Solouki

25               Declaration, an excerpt from the deposition transcript of Roger de Moor, who

26               was designated as a Fed. R. Civ. P. 30(b)(6) witness for the  Philips

27               Defendants, that has been designed "Highly Confidential" pursuant to the

28

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION
TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

1    Stipulated Protective Order).

2            e.   Opposition, page 7, footnote 16 (discussing and citing Exhibit 5 to the Solouki

3    Declaration, an excerpt from the deposition transcript of Roger de Moor, who

4    was designated as a Fed. R. Civ. P. 30(b)(6) witness for the  Philips

5    Defendants, that has been designed "Highly Confidential" pursuant to the

6    Stipulated Protective Order).

7            f.   Opposition, page 8, footnote 17 (discussing and citing Exhibit 5 to the Solouki

8    Declaration, an excerpt from the deposition transcript of Roger de Moor, who

9    was designated as a Fed. R. Civ. P. 30(b)(6) witness for the  Philips

10    Defendants, that has been designed "Highly Confidential" pursuant to the

11    Stipulated Protective Order).

12            g.   Opposition, page 9, footnote 22 (discussing and citing Exhibit 5 to the Solouki

13    Declaration, an excerpt from the deposition transcript of Roger de Moor, who

14    was designated as a Fed. R. Civ. P. 30(b)(6) witness for the  Philips

15    Defendants, that has been designed "Highly Confidential" pursuant to the

16    Stipulated Protective Order).

17            h.   Opposition, page 9, footnote 24 (discussing and citing Exhibit 5 to the Solouki

18    Declaration, an excerpt from the deposition transcript of Roger de Moor, who

19    was designated as a Fed. R. Civ. P. 30(b)(6) witness for the  Philips

20    Defendants, that has been designed "Highly Confidential" pursuant to the

21    Stipulated Protective Order).

22            i.   Opposition, page 9, footnote 25 (discussing and citing Exhibit 5 to the Solouki

23    Declaration, an excerpt from the deposition transcript of Roger de Moor, who

24    was designated as a Fed. R. Civ. P. 30(b)(6) witness for the  Philips

25    Defendants, that has been designed "Highly Confidential" pursuant to the

26    Stipulated Protective Order).

27    8.     Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92,

28

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION
TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

1    Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective

2    Order, the following portions of documents should be maintained under seal and redacted from the

3    Willig Report:

4              a.   Willig Report, page 43, footnote 85 (discussing and citing an excerpt from the

5                   deposition transcript of Roger de Moor, who was designated as a Fed. R. Civ.

6                   P. 30(b)(6) witness for the  Philips Defendants, that has been designed

7                   "Highly Confidential" pursuant to the Stipulated Protective Order).

8              b.   Willig Report, page 50, footnote 103 (discussing and citing a document

9                   produced by the Philips Defendants in this litigation with bates numbers

10                  PHLP-CRT-049353 that the Philips Defendants designated "Confidential"

11                  pursuant to the Stipulated Protective Order).

12       9.        Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92,

13   Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective

14   Order, the following portions of documents should be maintained under seal and redacted from the

15   Solouki Declaration:

16             a.   Attached as Exhibit 5 to the Solouki Declaration is an excerpt from the

17                  deposition transcript of Roger de Moor, who was designated as a Fed. R. Civ.

18                  P. 30(b)(6) witness for the  Philips Defendants, that has been designed

19                  "Highly Confidential" pursuant to the Stipulated Protective Order.

20             b.   Attached as Exhibit 11 to the Solouki Declaration is a document produced by

21                  the Philips Defendants in this litigation with bates numbers PHLP-CRT-

22                  049353 that the Philips Defendants designated "Confidential" pursuant to the

23                  Stipulated Protective Order.

24             c.   Attached as Exhibit 12 to the Solouki Declaration is a document produced by

25                  the Philips Defendants in this litigation with bates numbers PHLP-CRT-

26                  051753 that the Philips Defendants designated "Confidential" pursuant to the

27                  Stipulated Protective Order.

28

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION
TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

10.     The information in question from the Opposition, the Willig Report and the Solouki Declaration and exhibits relies on documents designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because the documents contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions.  The documents describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions.  Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' competitors and customers, and would put the Philips Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 18, 2013 in Washington, D.C.

_____
Charles M. Malaise

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION
TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)