*(Stipulating Parties Listed on Signature Pages)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING THE COMPLAINT IN THE TECH DATA ACTION |
| This Document Relates to: Individual Case No. 3:13-cv-00157-SC<br><br>TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>vs.<br><br>HITACHI, LTD., *et al.*, | |

1   WHEREAS, on December 11, 2012, Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Plaintiffs") filed a Summons and Complaint in the Middle District of Florida, *Tech Data Corporation, et al. v. Hitachi, Ltd. et al.*, Case No. 8:12-cv-02795-JSM-MAP (the "Tech Data Summons" and the "Tech Data Complaint," respectively);

WHEREAS, on December 21, 2012, Plaintiffs notified the United States Judicial Panel on Multidistrict Litigation that the Tech Data Complaint is a "tag-along action" related to MDL No. 1917, 3:07-cv-05944-SC, *In re Cathode Ray Tube (CRT) Antitrust Litigation*;

WHEREAS, on January 4, 2013, the United States Judicial Panel on Multidistrict Litigation transferred the Tech Data Complaint to the United States District Court for the Northern District of California for consolidated pretrial proceedings and assigned it to the Honorable Samuel Conti (Dkt. 1518);

WHEREAS, the undersigned Defendants named in the Tech Data Complaint ("Defendants") have not yet been formally served with process;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendants, as follows:

1. Each of the undersigned Defendants shall be deemed served with the Tech Data Summons and Complaint as of the date of execution of this Stipulation.

2. The Tech Data Complaint asserts similar causes of action alleged by the following Direct Action Plaintiff complaints: *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); and *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D.

1 | Cal.) (Mar. 10, 2011).

2 | 3. The Tech Data Complaint seeks damages based on Tech Data's purchases of products containing CRTs, however, the Tech Data Complaint does not assert any claims that Defendants have combined and conspired to fix, raise, maintain or stabilize the prices of products containing CRTs ("CRT Finished Products").

4. On August 17, 2012, Defendants filed motions to dismiss and for judgment on the pleadings with respect to the following Direct Action Plaintiff complaints (the "Dispositive Motions"): *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); and *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Mar. 10, 2011). (Dkts. 1316, 1317, 1319).

5. The Dispositive Motions are fully briefed and set for oral argument before the Honorable Charles A. Legge on February 14, 2013.

6. Pending the resolution of the Dispositive Motions, the undersigned Defendants do not need to answer or otherwise respond to the Tech Data Complaint. Once the Honorable Samuel Conti rules on the Dispositive Motions, the parties agree to set a reasonable deadline for Defendants' answer and/or a reasonable briefing schedule for Defendants' motion to dismiss Tech Data's Complaint.

7. The parties agree that notwithstanding Plaintiff's agreement to an extension of time for Defendants to respond to the Complaint, this matter shall proceed on the same schedule as the matters identified in Paragraph 2 of this Stipulation.

/////

8. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/14/13

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

Dated: 9/18/2013

_____
Hon. Samuel Conti
United States District Judge

DATED: February 13, 2013

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP

By: /s/ Scott N. Wagner
ROBERT W. TURKEN
E-mail: rturken@bilzin.com
MITCHELL E. WIDOM
E-mail: mwidom@bilzin.com
SCOTT N. WAGNER
E-mail: swanger@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7583

STUART H. SINGER
**BOIES, SCHILLER & FLEXNER LLP**
E-mail: ssinger@bsfllp.com
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

WILLIAM A. ISAACSON
E-mail: wisaacson@bsfllp.com
MELISSA WILLETT

---

STIPULATION AND [PROPOSED] ORDER REGARDING THE COMPLAINT
IN THE TECH DATA ACTION

Case No. 07-5944
MDL NO. 1917

E-mail: mwillett@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

PHILIP J. IOVIENO
E-mail: piovieon@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
E-mail: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
E-mail: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
E-mail: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

STIPULATION AND [PROPOSED] ORDER REGARDING THE COMPLAINT
IN THE TECH DATA ACTION

Case No. 07-5944
MDL NO. 1917

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By: /s/ Terry Calvani
TERRY CALVANI (SBN 53260)
E-mail: terry.calvani@freshfields.com
CHRISTINE LACIAK (*pro hac vice*)
E-mail: christine.laciak@freshfields.com
RICHARD SNYDER (*pro hac vice*)
E-mail: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue NW, Suite 600
Washington, DC  20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG (SBN 184950)
E-mail: Hojoon.Hwang@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, California  94105-2907
Telephone:  (415) 512-4000

---

STIPULATION AND [PROPOSED] ORDER REGARDING THE COMPLAINT
IN THE TECH DATA ACTION

Case No. 07-5944
MDL NO. 1917

| | |
|---|---|
| 1 | Facsimile: (415) 512-4077 |
| 2 | WILLIAM D. TEMKO (SBN 098858) |
| | E-mail: William.Temko@mto.com |
| 3 | JONATHAN E. ALTMAN (SBN 170607) |
| | E-mail: Jonathan.Altman@mto.com |
| 4 | BETHANY W. KRISTOVICH (SBN 241891) |
| | E-mail: Bethany.Kristovich@mto.com |
| 5 | **MUNGER, TOLLES & OLSON LLP** |
| | 355 South Grand Avenue, Thirty-Fifth Floor |
| 6 | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 683-9100 |
| 7 | Facsimile: (213) 687-3702 |

*Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON

By:
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

O'MELVENY & MYERS LLP

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
E-mail: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
E-mail: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

|   |   |
|---|---|
| 1 | |
| 2 | WHITE & CASE LLP |
| 3 | By: /s/ Christopher M. Curran<br>CHRISTOPHER M. CURRAN (*pro hac vice*)<br>E-mail: ccurran@whitecase.com |
| 4 | GEORGE L. PAUL (*pro hac vice*)<br>E-mail: gpaul@whitecase.com |
| 5 | LUCIUS B. LAU (*pro hac vice*)<br>E-mail: alau@whitecase.com |

WHITE & CASE LLP

By: /s/ Christopher M. Curran
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
JON V. SWENSON (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
JOSEPH OSTOYICH (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
E-mail: john.taladay@bakerbotts.com
E-mail: joseph.ostoyich@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*