1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917<br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED IN OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' CLASS CERTIFICATION MOTION** |
|---|---|
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |

On September 11, 2013, Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.); Hitachi Asia, Ltd.; Hitachi America, Ltd.; and Hitachi Electronic Devices (USA), Inc. (collectively, "Defendants") jointly lodged the following documents:

  1. Defendants' Memorandum of Points and Authorities in Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification (the "Opposition");

  2. Expert Report of Robert D. Willig ("Willig Report") and the exhibits thereto;

  3. Declaration of Mona Solouki in Support of Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification ("Solouki Declaration") and the exhibits thereto.

With respect to these documents, Defendants also filed a joint Administrative Motion to Seal Documents pursuant to Civil Local Rules 7-11 and 79-5(c) and (d) ("Motion to Seal"), seeking leave to file these documents, or portions thereof, under seal. Each Defendant also filed a declaration in support of the Motion to Seal.

After due consideration of the papers submitted, the Court's previously entered Protective Order, and the Court's file in this matter, and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion to Seal is GRANTED.

Defendants shall file under seal the following documents:

  (a) The Opposition;

  (b) The Willig Report and exhibits thereto;

  (c) The Solouki Declaration and exhibits thereto.

Defendants ~~The Clerk~~ shall place in the public record the following documents:

  (a) The redacted version of the Opposition as lodged by Defendants on September 11, 2013;

  (b) The redacted version of the Willig Report and exhibits, as lodged by

1                              Defendants on September 11, 2013;

2             (c)     The redacted version of the Solouki Declaration and exhibits, as lodged by

3                              Defendants on September 11, 2013.

4

5 **IT IS SO ORDERED.**

6

7 DATED: _Sept. 18_, 2013

8

9                                                 Hon. Samuel Conti

10                                          United States District Judge