Munger, Tolles & Olson LLP
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
LAURA K. SULLIVAN (SBN 281542)
Laura.Sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: CV-07-5944-SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE** |
| Direct Purchaser Actions | |

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause.

I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

On September 19, 2013, I served upon the interested party(ies) in this action the following document(s):

**LETTER NOTICE PURSUANT TO 28 U.S.C. § 1715**
**(THE CLASS ACTION FAIRNESS ACT OF 2005)**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) with the NEF, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Service List Attached.

Executed on September 19, 2013, at San Francisco, California.

_____
Sandra Chao

Master File No.: CV-07-5944-SC
MDL No. 1917
19597294.1

## SERVICE LIST

| |
|---|
| John Burns |
| Luther Strange |
| Fepulea'l Ripley, Jr. |
| Dustin McDaniel |
| Tom Horne |
| Kamala Harris |
| John Suthers |
| George Jepson |
| Irvin Nathan |
| Joseph Biden III |
| Pam Bondi |
| Lenny Rapadas |
| Thurbert Baker |
| David Louie |
| Thomas Miller |
| Lawrence Wasden |
| Lisa Madigan |
| Greg Zoeller |
| Derek Schmidt |
| Jack Conway |
| James Caldwell |
| Martha Coakley |
| Douglas Gansler |
| William Schnieder |
| Bill Schuette |
| Lori Swanson |
| Chris Koster |
| Edward Buckingham |
| Jim Hood |
| Steven Bullock |
| Roy Cooper |
| Wayne Stenehjem |
| Jon Bruning |
| Michael Delaney |
| Paula Dow |
| Gary King |
| Catherine Masto |
| Eric Schneiderman |
| Mike DeWine |
| Scott Pruitt |
| John Kroger |
| William Ryan |
| Guillermo Somoza-Colombani |
| Peter Kilmartin |

| |
|---|
| Alan Wilson |
| Marty Jackley |
| Robert Cooper, Jr. |
| Greg Abbott |
| Mark Shurtleff |
| Ken Cuccinelli |
| Vincent Frazer |
| William Sorrell |
| Robert McKenna |
| J.B. Van Hollen |
| Darrell McGraw, Jr. |
| Greg Phillips |
| Eric Holder |

Master File No.: CV-07-5944-SC
MDL No. 1917
19597294.1

- 4 -

PROOF OF SERVICE