SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar. No. 215145
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              msolouki@sheppardmullin.com
              tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF MONA SOLOUKI IN SUPPORT OF DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS | |

**PUBLIC REDACTED VERSION**

I, MONA SOLOUKI, do declare and state as follows:

1. I am a member of the bar of the State of California and special counsel with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification. I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Sheng-Jen Yang.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Jeffrey Leitzinger, the direct-purchaser plaintiffs' expert witness.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Jae In Lee, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) SDN, BHD., Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Thomas Heiser, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for defendant Hitachi Electronic Devices (USA).

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Roger De Moor, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for defendants Philips Electronics North America Corporation, Inc. and Koninklijke Philips Electronics N.V.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the

1 | transcript of the deposition of Jay Alan Heinecke, who was designated as a Fed. R. Civ. P.
2 | 30(b)(6) witness for defendant Toshiba America Electronic Corporation.

3 |         8.      Attached hereto as Exhibit 7 is a true and correct copy of a document
4 | bearing the bates number TAEC-CRT-00069398 produced in this litigation by defendant Toshiba
5 | America Electronic Corporation.

6 |         9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the
7 | transcript of the deposition of Dae Eui Lee.

8 |         10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the
9 | transcript of the deposition of Mok Hyeon Seong, who was designated as a Fed. R. Civ. P.
10 | 30(b)(6) witness for Defendant LG Electronics, Inc.

11 |         11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the
12 | transcript of the deposition of Chih Chun Liu.

13 |         12.     Attached hereto as Exhibit 11 is a true and correct copy of a February 2004
14 | presentation entitled "Presentation to Facility Lenders" and bearing the bates number PHLP-CRT-
15 | 049353, and that was produced in this litigation by defendant Koninklijke Philips Electronics N.V.

16 |         13.     Attached hereto as Exhibit 12 is a true and correct copy of a [REDACTED]
17 | [REDACTED] and bearing the bates number PHLP-CRT-
18 | 051753, and that was produced in this litigation by defendant Koninklijke Philips Electronics N.V.

19 |         14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the
20 | transcript of the deposition of Hirokazu Nishiyama, who was designated as a Fed. R. Civ. P.
21 | 30(b)(6) witness for the Panasonic Defendants, and was also deposed as an individual.

22 |         15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the
23 | transcript of the deposition of Tatsuo Tobinaga, who was designated as a Fed. R. Civ. P. 30(b)(6)
24 | witness for the Panasonic Defendants.

25 |         16.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the
26 | transcript of the deposition of Michael Son.

27 |         17.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the
28 |

1 | transcript of the deposition of Yoshiaki Uchiyama, who was designated as a Fed. R. Civ. P.
2 | 30(b)(6) witness for defendants Toshiba Corporation and Toshiba America Consumer Products.
3 |            18.     Attached hereto as Exhibit 17 is a true and correct copy of a
4 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and bearing the bates numbers
5 | HDPCRT-0056846 through HDPCRT-0056896, and that was produced in this litigation by
6 | defendant Hitachi Displays, Ltd.
7 |            19.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the
8 | transcript of the deposition of Steve Panosian, who was designated as a Fed. R. Civ. P. 30(b)(6)
9 | witness for defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.
10 |           20.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the
11 | transcript of the deposition of Kim London, who was designated as a Fed. R. Civ. P. 30(b)(6)
12 | witness for defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.
13 |           21.     Attached hereto as Exhibit 20 is a true and correct copy of a ▇▇
14 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ bearing the bates numbers TACP-CRT-00021445 through
15 | TACP-CRT-00021470, and that was produced in this litigation by defendant Toshiba America
16 | Consumer Products.
17 |           22.     Attached hereto as Exhibit 21 is a true and correct copy of ▇▇
18 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ bearing the bates numbers SEAI-CRT-
19 | 00012273 through SEAI-CRT-00012288, and that was produced in this litigation by defendant
20 | Samsung Electronics America, Inc.
21 |           23.     Attached hereto as Exhibit 22 is a true and correct copy of an ▇▇
22 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ bearing the bates numbers SEAI-CRT-00587571 through SEAI-CRT-
23 | 00587590, and that was produced in this litigation by defendant Samsung Electronics America,
24 | Inc.
25 |           24.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the
26 | transcript of the deposition of Richard Huber, who was designated as a Fed. R. Civ. P. 30(b)(6)
27 | witness for defendants Toshiba Corporation and Toshiba America Consumer Products.
28 |

1  25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the transcript of the deposition of Masahiro Kimura, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for the Panasonic Defendants.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the transcript of the deposition of Yoon Suk Lee, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for defendant LG Electronics, Inc.

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the transcript of the deposition of Yasuhiko Kawashima, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for defendant Hitachi Displays, Ltd.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the transcript of the deposition of Bruce Holtan, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for plaintiff Radio & TV Equipment, Inc.

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the transcript of the deposition of Kenneth Buckowski, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for plaintiff Studio Spectrum, Inc.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the transcript of the deposition of Phillip Lau, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for plaintiff Royal Data Services, Inc.

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the transcript of the deposition of Eugene Muchnick, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for plaintiff Nathan Muchnick, Inc.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the transcript of the deposition of Steven Nusbaum, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for plaintiff Arch Electronics, Inc.

33. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the transcript of the deposition of Edwin Wolff, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for defendant Panasonic Corporation of North America.

1  34.  Attached hereto as Exhibit 33 is a true and correct copy of excerpts from Direct Purchaser Plaintiffs' Supplemental Responses to Samsung SDI America, Inc.'s First Set of Interrogatories.

35.  Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the Declaration of R. Alexander Saveri in Opposition to Defendants' Motion for Partial Summary Judgment.

36.  Attached hereto as Exhibit 35 is a true and correct copy of Samsung SDI America, Inc.'s First Set of Interrogatories to Direct Purchaser Plaintiffs.

37.  Attached hereto as Exhibit 36 is a true and correct copy of Samsung SDI America, Inc.'s First Set of Requests for Admission to Direct Purchaser Plaintiffs.

38.  Samsung SDI America, Inc. ("SDIA") served its First Set of Interrogatories and First Set of Requests for Admission on Direct Purchaser Plaintiffs on May 8, 2013.  Direct Purchaser Plaintiffs responded, almost entirely with objections, on July 8, 2013, after an initial 30-day extension.  Following extensive meet-and-confer, as reflected in Samsung SDI America, Inc.'s motion to compel (Dkt. No. 1862) filed with the former Special Master, Direct Purchaser Plaintiffs served supplemental responses on August 26, 2013, seven days after the parties' agreed-upon date for supplementation, and provided some additional responses.

39.  Attached hereto as Exhibit 37 is a true and correct copy of a transmission from the Korea Free Trade Commission, and a certified translation thereof.

40.  Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the transcript of the deposition of Sang-Kyu Park.

41.  Attached hereto as Exhibit 39 is a true and correct copy of a letter from Geoffrey Rushing to Tyler Cunningham, dated September 9, 2013.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on September 11, 2013 at San Francisco, California.

_/s/ Mona Solouki_____
MONA SOLOUKI