# Exhibit 1
# [SUBMITTED UNDER SEAL]

# Exhibit 2
# [SUBMITTED
# UNDER SEAL]

# Exhibit 3 [SUBMITTED UNDER SEAL]

# Exhibit 4 [SUBMITTED UNDER SEAL]

# Exhibit 5 [SUBMITTED UNDER SEAL]

# Exhibit 6
# [SUBMITTED
# UNDER SEAL]

# Exhibit 7
# [SUBMITTED UNDER SEAL]

# Exhibit 8
# [SUBMITTED UNDER SEAL]

# Exhibit 9
# [SUBMITTED
# UNDER SEAL]

# Exhibit 10
# [SUBMITTED UNDER SEAL]

# Exhibit 11
# [SUBMITTED
# UNDER SEAL]

# Exhibit 12
# [SUBMITTED
# UNDER SEAL]

# Exhibit 13
# [SUBMITTED
# UNDER SEAL]

# Exhibit 14
# [SUBMITTED
# UNDER SEAL]

# Exhibit 15
# [SUBMITTED
# UNDER SEAL]

# Exhibit 16
# [SUBMITTED
# UNDER SEAL]

# Exhibit 17 [SUBMITTED UNDER SEAL]

# Exhibit 18 [SUBMITTED UNDER SEAL]

# Exhibit 19 [SUBMITTED UNDER SEAL]

# Exhibit 20 [SUBMITTED UNDER SEAL]

# Exhibit 21 [SUBMITTED UNDER SEAL]

# Exhibit 22
# [SUBMITTED
# UNDER SEAL]

# Exhibit 23 [SUBMITTED UNDER SEAL]

# Exhibit 24 [SUBMITTED UNDER SEAL]

# Exhibit 25
# [SUBMITTED
# UNDER SEAL]

# Exhibit 26 [SUBMITTED UNDER SEAL]

# Exhibit 27 [SUBMITTED UNDER SEAL]

# Exhibit 28

CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:  CATHODE RAY TUBE (CRT)    )
ANTITRUST LITIGATION,             )
—————————————————————————————————)
                                  )
This Document Relates to:         )
                                  )
ALL ACTIONS.                      )
—————————————————————————————————)

30(b)(6) DEPOSITION OF STUDIO SPECTRUM, INC. -

KENNETH BUCKOWSKI

July 16, 2013

Tami L. Le, CSR No. 8716
360860

(310) 207-8000 Los Angeles   (415) 433-5777 San Francisco   (949) 955-0400 Irvine   (858) 455-5444 San Diego
(916) 922-5777 Sacramento    (408) 885-0550 San Jose         (760) 322-2240 Palm Springs   (951) 686-0606 Riverside
(818) 702-0202 Woodland Hills (212) 808-8500 New York City   (347) 821-4611 Brooklyn   (518) 490-1910 Albany
(516) 277-9494 Garden City   (914) 510-9110 White Plains     (312) 379-5566 Chicago   (702) 366-0500 Las Vegas
              +33 1 70 72 65 26 Paris     +971 4 8137744 Dubai     +852 3693 1522 Hong Kong

BARKLEY
Court Reporters
barkley.com

40 YEARS

12:10  1    Panasonic product, and this one needs to be filled with

2    a Sony, and this needs to be filled with something of

3    lesser quality, but just the lowest possible price.

4    These were always dictated by the market.

12:10  5        Q    When -- when you -- strike that.

6             Would it be you that would make that call to

7    the supplier to find out if it's in stock?

8        A    Sometimes; more often than not, it was Kathy.

9        Q    Who did you talk to at Panasonic when -- when

12:10 10    you made that call?

11        A    More often than not, our primary rep was Greg

12    Gorman and we called him.  And there were also people in

13    the ordering department, we have the current inventory

14    account of what was available, and Kathy might do that

12:11 15    or Greg would call over and check for us.

16        Q    How do you spell Greg's last name?

17        A    G-O-R-M-A-N.

18        Q    And was he your primary contact at Panasonic

19    throughout the period?

12:11 20        A    Beginning that period, and then Vicki Chafie,

21    C-H-A-F-I-E, became our rep following him.

22        Q    Did you ever negotiate prices with Panasonic

23    for CRT products?

24        A    No.  It was given to us as fixed pricing.

12:11 25        Q    Did you ever negotiate prices for CRT products

115

KENNETH BUCKOWSKI - 30(b)(6)

BARKLEY
Court Reporters

12:11 1  with any of your other suppliers?

2      A    No, I don't recall that ever being possible.  I

3  mean, it was fixed pricing.

4      Q    It was understood that under the dealer

12:11 5  program, you could only purchase at the list price or at

6  the price provided on the price list?

7      A    That's correct.

8      Q    Did you have any CRT product suppliers that

9  didn't use a price list?

12:12 10      A    No, I don't think so.  They all had fixed

11  pricing, "fixed cost," as we would call it, our cost.

12      Q    And did you look for these price lists to

13  produce in this litigation?

14      A    Yes.

12:12 15      Q    Did you produce all the ones you found?

16      A    Produced all we could find, yes.

17      Q    So in deciding which product to purchase, were

18  the main factors the factors that we discussed before,

19  which were namely price, suitability to the customer's

12:13 20  needs and customer's perception of the brand quality?

21          MR. WILLIAMS:  Asked and answered.

22          THE DEPONENT:  Yes, that's true.

23      Q    BY MR. CUNNINGHAM:  And then once Studio

24  Spectrum decided to make a purchase, what happened then?

12:13 25      A    We would write out a memorandum of what that

116

BARKLEY
Court Reporters

```
13:16   1        Q     Do you know anybody that works at Crago?

        2        A     No, I just know the name.

        3        Q     Okay.  Do you know anyone at Meijer?

        4        A     No.  That was just a name that I've heard too.

13:17   5   Maybe dealer meetings, that type of thing.

        6              MR. CUNNINGHAM:  We need to change the tape.

        7              THE VIDEOGRAPHER:  We're off the record at

        8   1:17.  This is the end of Disk No. 2.

        9              (Recess taken.)

13:23  10              THE VIDEOGRAPHER:  We're back on the record at

       11   1:23.  This is the start of Disk No. 3.

       12        Q     BY MR. CUNNINGHAM:  Mr. Buckowski, can you turn

       13   to Paragraph 85 of Exhibit 1628.  It's on Page 19.

       14        A     (Witness complies.)

13:23  15              I'm there.

       16        Q     Do you see that that paragraph contains a

       17   definition of the class that you're seeking to

       18   represent?  It's in the set-off --

       19        A     Yes.

13:23  20        Q     I'm going to read into the record the first

       21   sentence of that class definition, but, again, feel free

       22   to read as much of this Complaint as you need to to

       23   answer my questions.

       24              The class definition says:

13:23  25              (As Read) "All persons and entities
```

157

BARKLEY
Court Reporters

13:23  1          who, between March 1st, 1995 and

     2          November 25th, 2007, directly purchased

     3          CRT Product in the United States from

     4          any defendant or any subsidiary or

13:24  5          affiliate thereof, or any

     6          co-conspirator."

     7          Do you see that?

     8     A    Yes.

     9     Q    My question is, do you have any understanding

13:24 10   what's meant by the word "affiliate" in that definition?

    11          MR. WILLIAMS:  I'm going to object to the

    12   extent it calls for a legal conclusion.

    13          THE DEPONENT:  In layman's terms, I would

    14   assume that it's a related company that's connected to

13:24 15   the parent company, usually in some divisional sense, a

    16   different focus in the marketplace.  The legal

    17   definition, I'm not sure about.

    18     Q    BY MR. CUNNINGHAM:  Do you have any idea what's

    19   meant by the word "co-conspirator" in that definition?

13:24 20          MR. WILLIAMS:  Same objection.

    21          THE DEPONENT:  Yes, I don't know the legal

    22   terms.  I'm not trained as a lawyer, so the intricacies

    23   of that, I'm not as certain about.

    24     Q    BY MR. CUNNINGHAM:  Sure, but I'm asking if you

13:24 25   have any understanding.

                              158

BARKLEY
Court Reporters

1   testimony given by the witness.  (Fed. R. Civ. P.

2   30(f)(1)).

3         Before completion of the deposition, a review of

4   the transcript  [X] was  [ ] was not requested.  If

5   requested, any changes made by the deponent (and

6   provided to the reporter) during the period allowed, are

7   appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9   Dated:   JUL 3 0 2013

10

11

12   _____

13   TAMI L. LE
     Certified Shorthand Reporter No. 8716, RPR

14

15

16

17

18

19

20

21

22

23

24

25

165

# Exhibit 29 [SUBMITTED UNDER SEAL]

# Exhibit 30

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-   -   -

IN RE:  CATHODE RAY TUBE

(CRT) ANTITRUST LITIGATION

Master File No.

CV-07-5944-SC

MDL No. 1917

-   -   -

June 27, 2013

-   -   -

Oral deposition EUGENE MUCHNICK taken
pursuant to notice, held at the Law Offices of
Berger & Montague, P.C., 1622 Locust Street,
Philadelphia, PA  19103, commencing at 9:30
a.m., on the above date, before Jennifer P.
Miller, Registered Professional Reporter and
Notary Public for the Commonwealth of
Pennsylvania.

1

Eugene Muchnick

1   any way in how Nathan Muchnick, Inc. did

2   business?

3        A.   It just let's you know what's going

4   on in the industry.  There were some

5   educational articles in them that were always

6   helpful.

7        Q.   Was Nathan Muchnick, Inc. ever able

8   during the relevant period to negotiate the

9   price of the CRT televisions it purchased?

10       A.   No.

11       Q.   You used price lists when purchasing

12   CRT televisions, correct?

13       A.   Yes.

14       Q.   How often did you receive price

15   lists for CRT televisions during the relevant

16   period?

17       A.   Any time they came out with new

18   products.

19       Q.   That would be every --

20       A.   Multiple times a year.

21       Q.   Thank you.  Did you ever learn that

22   the price that a CRT television supplier was

23   charging Nathan Muchnick, Inc. was different

24   than for the same product sold to one of your

25   competitors?

59

Eugene Muchnick

```
1          A.    No.

2          Q.    Sir, if you turn to paragraph 85 of

3     the complaint.

4          A.    Which page?

5          Q.    This is on page 19.  And it states

6     that Plaintiffs during this action both on

7     behalf of themselves and as a class action.

8     It goes on to define the following class, and

9     I quote, all persons and entities who between

10    March 1, 1995 and November 25, 2007 directly

11    purchased a CRT product in the United States

12    from any Defendant or any subsidiary or

13    affiliate thereof or any conspirator.

14                Do you see that, sir?

15         A.    Yes.

16         Q.    Who are the coconspirators

17    referenced in the class definition in

18    paragraph 85?

19         A.    You want to know who --

20         Q.    What is your understanding of who

21    the coconspirators are who are referenced.

22         A.    Hitachi, Samsung, Panasonic, ChungWa

23    and several others.

24         Q.    Do you have any understanding of

25    what the term "affiliate" means here?
```

85

Eugene Muchnick

```
1          A.    No.

2                        -   -   -

3                        (Whereupon, an off-the-record

4          discussion was held.)

5                        -   -   -

6  BY MR. MARKMAN:

7          Q.    During the relevant period, did you

8  ever, and I'm talking you personally, did you

9  ever hear talk or rumors that the prices of

10 CRT televisions were artificially high?

11                       MS. GORDON:  Objection to the

12         form.

13                       You may answer.

14                       THE WITNESS:  No.

15                       MR. MARKMAN:  I have nothing

16         further.

17                       -   -   -

18                       (Whereupon, the deposition

19         was concluded at 12:30 p.m.)

20                       -   -   -

21

22

23

24

25
```

86