White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

(Stipulating Parties Listed on Signature Pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;<br><br>*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | **STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS** |

1
2   *P.C. Richard & Son Long Island
3   Corporation, et al., v. Hitachi, Ltd., et al.*,
    No. 12-cv-02648;
4
5   *Schultze Agency Services, LLC, et al. v.
    Hitachi, Ltd., et al.*, No. 12-cv-02649.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917
ii

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned Defendants and Plaintiffs have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No 1917) (the "MDL Proceedings");

WHEREAS, the Direct Action Plaintiffs ("DAPs") filed complaints asserting claims under federal and various states' laws against the Defendants based on an alleged conspiracy to fix the prices of CRTs from March 1, 1995 to November 25, 2007 ("DAPs' CRT Claims");

WHEREAS, on August 21, 2013, the Court issued an Order Adopting in Part and Modifying in Part Special Master's Report and Recommendation on Defendants' Motion to Dismiss the Direct Action Plaintiffs' Complaints ("August 21, 2013 Order") [Dkt. No. 1856] in which the Court dismissed with leave to amend the DAPs' Massachusetts claims under the state consumer protection statute;

WHEREAS, the Court's August 21, 2013 Order requires that the DAPs file amended complaints, if they so choose, within thirty (30) days of the order's signature date, *i.e.*, on or before September 20, 2013; and

WHEREAS, DAP Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC ("Tweeter") intends to amend its Massachusetts claim and the undersigned Defendants have agreed to Tweeter's request for an additional fourteen (14) days to file its amended complaint;

WHEREAS, Tweeter has agreed to the undersigned Defendants' request for additional time to answer or move to dismiss Tweeter's amended complaint;

WHEREAS, the remaining undersigned DAPs have agreed to Defendants' request for additional time to answer their complaints;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  NOW, THEREFORE, IT IS HEREBY STIUPLATED AND AGREED between counsel for the undersigned DAPs and counsel for the undersigned Defendants in the above-captioned actions, as follows:

1. Tweeter's amended complaint shall be due by October 4, 2013;
2. The Defendants' (i) answers to or motions to dismiss the Tweeter amended complaint; and (ii) answers to the remaining undersigned DAPs' complaints, shall be due by November 4, 2013;
3. Tweeter's responses to any motions to dismiss shall be due by December 6, 2013;
4. The Defendants' reply briefs shall be due by December 20, 2013; and
5. This stipulation does not pertain to any amendment that may flow from the Court's ruling on the Direct Action Plaintiffs' Motion for Leave to File Amended Complaints [Dkt. No. 1609].

Dated: September 20, 2013                                   Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: */s/ Jeffrey L. Kessler* |
| 3 | JEFFREY L. KESSLER (*pro hac vice*) |
| | JKessler@winston.com |
| 4 | A. PAUL VICTOR (*pro hac vice*) |
| | PVictor@winston.com |
| 5 | ALDO A. BADINI (SBN 257086) |
| 6 | ABadini@winston.com |
| | EVA W. COLE (*pro hac vice*) |
| 7 | EWCole@winston.com |
| | MOLLY M. DONOVAN |
| 8 | MMDonovan@winston.com |
| | **WINSTON & STRAWN LLP** |
| 9 | 200 Park Avenue |
| 10 | New York, NY 10166 |
| | Telephone: (212) 294-6700 |
| 11 | Facsimile: (212) 294-4700 |
| 12 | STEVEN A. REISS (*pro hac vice*) |
| 13 | steven.reiss@weil.com |
| | DAVID L. YOHAI (*pro hac vice*) |
| 14 | david.yohai@weil.com |
| | ADAM C. HEMLOCK (*pro hac vice*) |
| 15 | adam.hemlock@weil.com |
| 16 | **WEIL, GOTSHAL & MANGES LLP** |
| | 767 Fifth Avenue |
| 17 | New York, New York 10153-0119 |
| | Telephone: (212) 310-8000 |
| 18 | Facsimile: (212) 310-8007 |
| 19 | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.* |
| 20 | |
| 21 | |

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
JAMES MAXWELL COOPER (SBN 284054)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, California 94104
Tel: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: eadelson@kirkland.com
E-mail: max.cooper@kirkland.com

JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
KATE WHEATON (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*


SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

|   |   |
|---|---|
| White & Case LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005 | |

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

BAKER BOTTS LLP

By: */s/ Jon V. Swenson*
JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*


GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
Rachel S. Brass (SBN 219301)
rbrass@gibsondunn.com
Joel S. Sanders (SBN 107234)
jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) as to the Target Am. Compl., P.C. Richard Compl., Tweeter Compl., CompuCom Compl., Interbond Compl., Costco Compl., Office Depo Compl. and Best Buy Compl. only*

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

PERKINS COIE LLP

By: */s/ David J. Burman*
DAVID J. BURMAN (*pro hac vice*)
DBurman@perkinscoie.com
CORI G. MOORE (*pro hac vice*)
CGMoore@perkisncoie.com
ERIC J. WEISS (*pro hac vice*)
EWeiss@perkinscoie.com
NICHOLAS H. HESTERBERG (*pro hac vice*)
NHesterberg@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

JOREN BASS (Bar No. 208143)
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*


BOIES, SCHILLER & FLEXNER LLP

By: */s/ Philip J. Iovieno*
PHILIP J. IOVIENO
piovieno@bsfllp.com
ANNE M. NARDACCI
anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    WILLIAM A. ISAACSON
2    wisaacson@bsfllp.com
     JENNIFER MILICI
3    jmilici@bsfllp.com
     **BOIES, SCHILLER & FLEXNER LLP**
4    5301 Wisconsin Ave. NW, Suite 800
     Washington, D.C. 20015
5    Telephone: (202) 237-2727
6    Facsimile: (202) 237-6131

7    STUART SINGER
     ssinger@bsfllp.com
8    **BOIES, SCHILLER & FLEXNER LLP**
     401 East Las Olas Blvd., Suite 1200
9    Fort Lauderdale, FL 33301
10    Telephone: (954) 356-0011
     Facsimile: (954) 356-0022

11

12    *Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc.,*
13    *Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond*
14    *Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America,*
15    *Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter*
16    *Newco, LLC*

17

18    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

19    By: */s/ Roman M. Silberfeld*
     ROMAN M. SILBERFELD (SBN 62783)
20    RMSilberfeld@rkmc.com
21    DAVID MARTINEZ (SBN 193183)
     DMartinez@rkmc.com
22    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
     2049 Century Park East, Suite 3400
23    Los Angeles, CA 90067-3208
24    Telephone: (310) 552-0130
     Facsimile: (310) 229-5800

25

26    *Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services,*
27    *Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

28

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

|   |   |
|---|---|
| 1 |  |
| 2 | SUSMAN GODFREY L.L.P. |
| 3 | By: */s/ Kenneth S. Marks* |
| 4 | H. LEE GODFREY<br>lgodfrey@sumangodfrey.com |
| 5 | KENNETH S. MARKS<br>kmarks@susmangodfrey.com |
| 6 | JONATHAN J. ROSS<br>jross@susmangodfrey.com |
| 7 | JOHNNY W. CARTER<br>jcarter@susmangodfrey.com |
| 8 | DAVID M. PETERSON<br>dpeterson@susmangodfrey.com |
| 9 | **SUSMAN GODFREY L.L.P.** |
| 10 | 1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002 |
| 11 | Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666 |
| 12 |  |
| 13 | PARKER C. FOLSE III<br>pfolse@susmangodfrey.com |
| 14 | RACHEL S. BLACK<br>rblack@susmangodfrey.com |
| 15 | JORDAN CONNORS<br>jconnors@susmangodfrey.com |
| 16 | **SUSMAN GODFREY L.L.P.** |
| 17 | 1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000 |
| 18 | Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883 |
| 19 |  |
| 20 | *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

CROWELL & MORING LLP

By: */s/ Jason C. Murray*
JASON C. MURRAY (CA Bar No. 169806)
jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

JEROME A. MURPHY (*pro hac vice*)
jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)
aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Target Corp.*


KENNY NACHWALTER, P.A.

By: */s/ Richard Alan Arnold*
RICHARD ALAN ARNOLD
rarnold@knpa.com
WILLIAM J. BLECHMAN
wblechman@knpa.com
KEVIN J. MURRAY
kmurray@knpa.com
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917
10

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of September, 2013, at Washington, DC.

By: */s/ Lucius B. Lau*
      Lucius B. Lau

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3
   Dated: _____           _____
4
                                                           Hon. Samuel Conti
5                                                       United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917
12

**CERTIFICATE OF SERVICE**

On September 20, 2013, I caused a copy of the "STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By:  */s/ Lucius B. Lau*
       Lucius B. Lau (*pro hac vice*)

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917