Veronica Besmer, Esq. (246560)
THE BESMER LAW FIRM
2246 Ridgemont Drive
Los Angeles, CA 90046
Telephone: (415) 441-1775
Email: veronica@besmerlaw.com

*Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: | **CLASS ACTION** |
| ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF APPEARANCE OF VERONICA BESMER** |
| | The Honorable Samuel Conti<br>Special Master Charles A. Legge (Ret.) |

TO THE CLERK OF COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that VERONICA BESMER enters an appearance in the above-captioned action on behalf of plaintiff Brian Luscher, Jeffrey Figone, Carmen Gonzalez, Dana Ross, Steven Ganz, Lawyer's Choice Suites, Inc., David Rooks, Daniel Riebow, Travis Burau, Southern Office Supply, Inc., Kerry Lee Hall, Lisa Reynolds, Barry Kushner, Misti Walker, Steven Fink, David Norby, Ryan Rizzo, Charles Jenkins, Gloria Comeaux, Conrad Carty, Janet Ackerman, Craig Stephenson, Patricia Andrews, Gary Hanson, Frank Warner, Albert Sidney Crigler, Margaret Slagle, John Larch, Louise Wood, Jeff Speaect and Brigid Terry. All pleadings, notices, orders and other papers filed in this action should be served upon Veronica Besmer at the email address listed above.

1  Date: September 23, 2013

2                                    /s/ Veronica Besmer
Veronica Besmer

3

4  Veronica Besmer, Esq. (246560)
THE BESMER LAW FIRM
2246 Ridgemont Drive

5  Los Angeles, CA 90046
Telephone: (415) 441-1775

6  Email: veronica@besmerlaw.com

7

*Counsel for the Indirect Purchaser Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF APPEARANCE
MDL No. 1917: Master File No. 07-cv-5944 SC