Veronica Besmer, Esq. (246560)
THE BESMER LAW FIRM
2246 Ridgemont Drive
Los Angeles, CA 90046
Telephone: (415) 441-1775
Email: veronica@besmerlaw.com

*Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: | **CLASS ACTION** |
| ALL INDIRECT PURCHASER ACTIONS | **PROOF OF SERVICE: NOTICE OF APPEARANCE OF VERONICA BESMER** |
| | The Honorable Samuel Conti<br>Special Master Charles A. Legge (Ret.) |

    I do hereby certify that on September 23, 2013, I electronically filed a copy of the Notice of Appearance of Veronica Besmer with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to ECF participants.

    Date: September 23, 2013

                                       */s/ Veronica Besmer*
                                         Veronica Besmer

                                         Veronica Besmer, Esq. (246560)
                                         THE BESMER LAW FIRM
                                         2246 Ridgemont Drive
                                         Los Angeles, CA 90046
                                         Telephone: (415) 441-1775
                                         Email: veronica@besmerlaw.com

                                         *Counsel for the Indirect Purchaser Plaintiffs*