UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No: 3:07-cv-5944 SC     MDL No. 1917

**APPLICATION OF KAJETAN ROZGA FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

This document relates to:
ALL ACTIONS

I, _Kajetan Rozga_, an active member in good standing of the bar of _the State of New York_, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd., in the above-entitled action. My local co-counsel in this case is Gregory D. Hull, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue, New York, NY 10153 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Weil, Gotshal & Manges LLP, 201 Redwood Shores Pkwy., Redwood Shores, CA 94065 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 310-8518 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 802-3000 |
| MY EMAIL ADDRESS OF RECORD:<br>kajetan.rozga@weil.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>greg.hull@weil.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _4797494_.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: September 23, 2013

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _Kajetan Rozga_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE