CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____**KAJETAN ROZGA**_____ , Bar # _____----_____

was duly admitted to practice in this Court on

____**FEBRUARY 14th, 2013**____ , and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   ____**FEBRUARY 14th, 2013**____

<u>Ruby J. Krajick</u>
Clerk

by _____
Deputy Clerk