Craig D. Minerva (*pro hac vice*)
craig.minerva@freshfields.com
Terry Calvani (53260)
terry.calvani@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944<br>MDL NO. 1917 – ALL CASES<br>**NOTICE OF APPEARANCE OF CRAIG D. MINERVA**<br>Before the Honorable Samuel Conti |
| This document relates to:<br>ALL ACTIONS | |

PLEASE TAKE NOTICE that Craig D. Minerva hereby enters his appearance *pro hac vice* in these actions on behalf of defendant Beijing Matsushita Color CRT Company, Ltd.  Mr. Minerva is admitted to practice and in good standing in the United States District Court for the District of Columbia.

Dated:  September 25, 2013          Respectfully submitted,

Freshfields Bruckhaus Deringer US LLP


By:  /s/  *Craig D. Minerva*
Craig D. Minerva (*pro hac vice*)
Terry Calvani (53260)
701 Pennsylvania Avenue, NW, Ste 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.*

**CERTIFICATE OF SERVICE**

I, Craig D. Minerva, declare that I am over the age of eighteen (18) and not a party to this action. I am an associate with the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

On September 25, 2013, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF CRAIG D. MINERVA** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.

Dated: September 25, 2013

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ *Craig D. Minerva*
Craig D. Minerva (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
Email: craig.minerva@freshfields.com
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Tel: (202) 777-4540
Fax: (202) 507-5940

*Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.*