Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com


Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.  3:07-5944-SC<br>Individual Docket No.  13-cv-1173-SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE** |
| This Document Relates to:<br><br>*Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | |

1    Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company
2 of America, Inc. (collectively, "Sharp") and Defendant Technologies Displays Americas LLC ("TDA")
3 enter into this Stipulation concerning the matter entitled *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et*
4 *al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-
5 cv-05944, (the "MDL Proceedings") by an Order of Judge Samuel Conti on March 26, 2013.
6    SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND
7 AGREE AS FOLLOWS:
8    WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of
9 California alleging antitrust violations by manufacturers, distributors and sellers of CRT and CRT
10 Products, captioned *Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 13-cv-01173 (the "Sharp
11 Complaint");
12    WHEREAS, on April 1, 2013, Sharp served TDA with a copy of the Sharp Complaint
13 (Dkt. No. 21);
14    WHEREAS, on April 24, 2013, Sharp and TDA entered into a stipulation extending
15 TDA's time to answer, move, or otherwise respond to the Sharp Complaint to May 22, 2013 (Dkt. No.
16 24);
17    WHEREAS, on May 14, 2013, Sharp and TDA filed a Stipulation and Proposed Order
18 Regarding the Complaint in the Sharp Action requesting the Court to enter an order authorizing TDA
19 and Sharp, once the Court has ruled on the dispositive motions previously filed in the MDL Proceedings,
20 to set a reasonable deadline for TDA's answers and/or a reasonable briefing schedule for TDA's motion
21 to dismiss Sharp's Complaint (Dkt. No. 28);
22    WHEREAS, on May 14, 2013, the Court entered an Order pursuant to the Stipulation
23 Regarding the Complaint in the Sharp Action (Dkt. No. 29); and
24    WHEREAS, on August 21, 2013, in the MDL Proceedings, the Court issued an Order
25 Adopting in Part and Modifying in Part Special Master's Report and Recommendation on Defendants'
26 Motion to Dismiss the Direct Action Plaintiffs' Complaints (MDL Dkt. No. 1856), in which the Court
27 ruled on the dispositive motions.

1  NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND
2  TECHNOLOGIES DISPLAYS AMERICAS LLC, BY AND THROUGH THEIR RESPECTIVE
3  COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

4  1. TDA's answer to (or motion to dismiss) the Sharp Complaint shall be due by October 7, 2013;

6  2. Sharp's response to any motion to dismiss shall be due by November 6, 2013; and

7  3. TDA's reply brief shall be due by November 20, 2013.

**IT IS SO STIPULATED.**

Dated:  September 26, 2013        By:     /s/ Jonathan A. Patchen

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

By:     /s/ Nathan Lane III
Nathan Lane III
Mark C. Dosker
SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 954-0200
Fax: (415) 393-9887

*Attorney for Defendant Technologies Displays Americas LLC*

-3-
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

1  Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has
2  been obtained from each of the above signatories.
3  Dated: September 26, 2013              /s/ Jonathan A. Patchen

5        PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  Dated: _____, 2013

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173