(*Stipulating Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| This Document Relates to: | **MDL No. 1917** |
| ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |
| *Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656; | |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
| *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; | |
| *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275; | |
| *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276; | |
| *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396; | |
| *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397; | |
| *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648; | |
| *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649; | |
| *Tech Data Corp. v. Hitachi, Ltd,* No. 13-cv-00157; | |
| *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | |
| *Dell Inc. v. Hitachi Ltd.*, No. 13-cv-02171; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | |
| *State of California v. Samsung SDI Co., LTD.*, No. CGC-11-515784. | |

1   WHEREAS, on September 13, 2013, the Court held a status conference, following which
2   it entered a minute order requesting that parties for the Direct Action Plaintiffs ("DAPs"), Indirect
3   Purchaser Class Plaintiffs ("IPPs"), and Defendants submit a new stipulated scheduling order and
4   vacating the trial dates in the DAP and IPP actions (Dkt. No. 1931);
5   IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs,
6   DAPs, the California Attorney General,[1] and counsel for the undersigned Defendants[2] in the
7   above-captioned actions as follows:

**SCHEDULE**

| Date | Event |
|---|---|
| January 21, 2014 | Last day for IPPs, DAPs, and the California Attorney General to serve opening expert reports on the merits; last day for Defendants to serve opening expert reports on affirmative defenses; |
| April 22, 2014 | Last day for Defendants to serve opposition expert reports on the merits; last day for IPPs, DAPs, and the California Attorney General to serve opposition expert reports on affirmative defenses; |
| July 22, 2014 | Last day for IPPs, DAPs, and the California Attorney General to serve rebuttal expert reports on the merits; last day for Defendants to serve rebuttal expert reports on affirmative defenses; |
| September 5, 2014 | Close of fact and expert discovery; |
| October 3, 2014 | Last day to file dispositive motions; |
| November 21, 2014 | Last day to file oppositions to dispositive motions; |
| December 19, 2014 | Last day to file replies in support of dispositive motions; |
| January 16, 2015 | Hearing on dispositive motions; the last day for actions filed outside of N.D. Cal. to be returned to courts in which they were originally |

---

[1] The California Attorney General joins in this stipulation, but only insofar as it concerns the close of fact and expert discovery on Defendants, the date of expert reports, mediation, and settlement discussions.

[2] The following entities are opposing motions to amend certain DAP complaints and/or contesting personal jurisdiction and do not join in this stipulation: Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corporation, Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric and Electronics, USA, Inc.). In addition, on August 1, 2013, Special Master Legge entered an Order (Dkt. No. 1820) staying discovery against Thomson Consumer Electronics, Inc., so it is not participating in discovery.

| | | |
|---|---|---|
| 1 | | filed will be 5 days after the Court rules on dispositive motions; |
| 2 | January 23, 2015* | Last day for filing motions in limine and other non-dispositive pre-trial motions; |
| 4 | January 30, 2015 | Last day to meet and confer re pre-trial order; |
| 5 | February 6, 2015 | Parties must exchange proposed exhibits and witness lists; |
| 6 | February 6, 2015 | Last day for filing pre-trial order, agreed set of jury instructions and verdict forms; |
| 8 | February 13, 2015 | Last day for filing oppositions to motions in limine; |
| 9 | February 20, 2015 | Last day for filing replies in support of motions in limine; |
| 10 | February 27, 2015 | Hearing on motions in limine; |
| 11 | February 27, 2015 | Final pre-trial conference; |
| 12 | March 9, 2015 | Trial(s). |

*All deadlines from January 23, 2015 onward do not apply to those actions that were filed outside of the N.D. Cal. and, following the Court's rulings on dispositive motions, they will be returned to the courts in which they were originally filed.

Additionally, the Parties, including the California Attorney General, will discuss settlement, including the Court's suggestion that the Parties consider whether it would be beneficial to appoint a settlement mediator, and will report back to the Court with a separate proposal on this subject after meeting and conferring on this issue.

\*\*\*

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____   _____
                                        Hon. Samuel Conti
                                    United States District Judge

| | | |
|---|---|---|
| 1 | DATED: September 26, 2013 | WINSTON & STRAWN LLP |

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN
Email: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By: /s/ Richard Snyder
TERRY CALVANI (SBN 53260)
Email: terry.calvani@freshfields.com
CHRISTINE LACIAK(*pro hac vice*)
Email: christine.laciak@freshfields.com
RICHARD SNYDER (*pro hac vice*)
Email: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

KIRKLAND & ELLIS LLP

By: /s/ Eliot A. Adelson
ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
RACHEL S. BRASS (SBN 219301)
Email: rbrass@gibsondunn.com
JOEL S. SANDERS (SBN 107234)
Email: jsanders@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno
PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com
JENNIFER MILICI
Email: jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
Email: ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

By: /s/ Pamela Pham
PAMELA PHAM
Deputy Attorney General
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
EMILIO E. VARANINI
MICHAEL JORGENSON
BRIAN WANG
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5908
Facsimile: (415) 703-5843
Email: Emilio.Varanini@doj.ca.gov

*Attorneys for Plaintiffs State of California*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.