Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.  3:07-5944-SC Individual Docket No.  13-cv-1173-SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE** |
| *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | |

1      Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company

2   of America, Inc. (collectively, "Sharp") and Defendant Technologies Displays Americas LLC ("TDA")

3   enter into this Stipulation concerning the matter entitled *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et*

4   *al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-

5   cv-05944, (the "MDL Proceedings") by an Order of Judge Samuel Conti on March 26, 2013.

6      SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND

7   AGREE AS FOLLOWS:

8      WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of

9   California alleging antitrust violations by manufacturers, distributors and sellers of CRT and CRT

10   Products, captioned *Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 13-cv-01173 (the "Sharp

11   Complaint");

12      WHEREAS, on April 1, 2013, Sharp served TDA with a copy of the Sharp Complaint

13   (Dkt. No. 21);

14      WHEREAS, on April 24, 2013, Sharp and TDA entered into a stipulation extending

15   TDA's time to answer, move, or otherwise respond to the Sharp Complaint to May 22, 2013 (Dkt. No.

16   24);

17      WHEREAS, on May 14, 2013, Sharp and TDA filed a Stipulation and Proposed Order

18   Regarding the Complaint in the Sharp Action requesting the Court to enter an order authorizing TDA

19   and Sharp, once the Court has ruled on the dispositive motions previously filed in the MDL Proceedings,

20   to set a reasonable deadline for TDA's answers and/or a reasonable briefing schedule for TDA's motion

21   to dismiss Sharp's Complaint (Dkt. No. 28);

22      WHEREAS, on May 14, 2013, the Court entered an Order pursuant to the Stipulation

23   Regarding the Complaint in the Sharp Action (Dkt. No. 29); and

24      WHEREAS, on August 21, 2013, in the MDL Proceedings, the Court issued an Order

25   Adopting in Part and Modifying in Part Special Master's Report and Recommendation on Defendants'

26   Motion to Dismiss the Direct Action Plaintiffs' Complaints (MDL Dkt. No. 1856), in which the Court

27   ruled on the dispositive motions.

1    NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND

2    TECHNOLOGIES DISPLAYS AMERICAS LLC, BY AND THROUGH THEIR RESPECTIVE

3    COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

4         1.   TDA's answer to (or motion to dismiss) the Sharp Complaint shall be due by October

5    7, 2013;

6         2.   Sharp's response to any motion to dismiss shall be due by November 6, 2013; and

7         3.   TDA's reply brief shall be due by November 20, 2013.

8         **IT IS SO STIPULATED.**

9    Dated:  September 26, 2013         By:      /s/ Jonathan A. Patchen

10                                          Stephen E. Taylor (SBN 058452)
                                            Jonathan A. Patchen (SBN 237346)
11                                          TAYLOR & COMPANY LAW OFFICES, LLP
                                            One Ferry Building, Suite 355
12                                          San Francisco, California 94111
                                            Telephone:  (415) 788-8200
13                                          Facsimile:  (415) 788-8208
                                            Email: staylor@tcolaw.com
14                                          Email: jpatchen@tcolaw.com

15                                          Kenneth A. Gallo (*Pro Hac Vice*)
                                            Joseph J. Simons (*Pro Hac Vice*)
16                                          Craig A. Benson (*Pro Hac Vice*)
                                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
17                                          2001 K Street, NW
                                            Washington, DC  20006-1047
18                                          Telephone:  (202) 223-7300
                                            Facsimile:  (202) 223-7420
19
                                            *Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp*
20                                          *Electronics Manufacturing Company of America, Inc.*

21

22                                 By:      /s/ Nathan Lane III
                                            Nathan Lane III
23                                          Mark C. Dosker
                                            SQUIRE SANDERS (US) LLP
24                                          275 Battery Street, Suite 2600
                                            San Francisco, CA 94111
25                                          Tel: (415) 954-0200
                                            Fax: (415) 393-9887
26
                                            *Attorney for Defendant Technologies Displays Americas*
27                                          *LLC*

-3-

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  September 26, 2013                    /s/ Jonathan A. Patchen

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _____09/26____, 2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Judge Samuel Conti

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173