1    David J. Burman (admitted *pro hac vice*)
     Cori G. Moore (admitted *pro hac vice*)
2    Eric J. Weiss (admitted *pro hac vice*)
     Nicholas H. Hesterberg (admitted *pro hac vice*)
3    Steven D. Merriman (admitted *pro hac vice*)
     **PERKINS COIE LLP**
4    1201 Third Avenue, Suite 4900
     Seattle, WA 98101-3099
5    Telephone:    206.359.8000
     Facsimile:    206.359.9000
6
     Joren Bass, State Bar No. 208143
7    JBass@perkinscoie.com
     **PERKINS COIE LLP**
8    Four Embarcadero Center, Suite 2400
     San Francisco, CA  94111-4131
9    Telephone:    415.344.7120
     Facsimile:    415.344.7320
10
     *Attorneys for Plaintiff*
11   *Costco Wholesale Corporation*

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16   IN RE: CATHODE RAY TUBE (CRT)          Case No. 3:07-cv-05944-SC
     ANTITRUST LITIGATION                   MDL NO. 1917
17

18   This Document Relates to:             Individual Case No.:  3:11-CV-06397-SC

19        Case No. 3:11-06397-SC

20   COSTCO WHOLESALE CORPORATION,         **STIPULATION AND [PROPOSED]
                                           ORDER REGARDING CHUNGHWA'S
21                     Plaintiff,          PARTICIPATION IN
                                           PRETRIAL PROCEEDINGS**
22              v.

23   HITACHI LTD., et al.,

24                     Defendants.

25

26

27

28

     STIPULATION AND [PROPOSED] ORDER
     Case No. 3:07-cv-05944-SC
     LEGAL27890823.2

1

2       Plaintiff Costco Wholesale Corporation ("Costco") and Defendant Chunghwa Picture

3  Tubes, Ltd. ("Chunghwa"), by their respective attorneys hereby stipulate and agree as follows:

4       1.      Costco and Chunghwa have entered into a comprehensive written settlement

5  agreement calling for, among other things, dismissal of Costco's individual action,

6  3:11-cv-06397-SC, as to Chunghwa.

7       2.      The Settlement Agreement provides that Chunghwa will fulfill certain terms.

8
       3.      Costco's individual action will be dismissed with prejudice as to Chunghwa upon
9
   fulfillment of the terms of the Settlement Agreement.
10

11      4.      This stipulation does not affect the rights or claims of Costco against any other

12  defendant or alleged co-conspirator in this litigation.

13      5.      WHEREFORE, IT IS HEREBY STIPULATED that Chunghwa will not

14  participate in further pretrial proceedings in Costco's individual action, 3:11-cv-06397-SC, as

15  long as it fulfills the terms of the Settlement Agreement.

16

17  DATED:  September 24, 2013

By:  s/ David J. Burman
18                                                  David J. Burman (*pro hac vice*)
                                                    Cori G. Moore (*pro hac vice*)
19                                                  Steven D. Merriman (*pro hac vice*)
                                                    **Perkins Coie LLP**
20                                                  1201 Third Avenue, Suite 4900
                                                    Seattle, WA  98101
21                                                  (206) 359-8000
                                                    DBurman@perkinscoie.com
22                                                  CGMoore@perkinscoie.com
                                                    SMerriman@perkinscoie.com
23
                                                    Attorneys for Plaintiff
24                                                  Costco Wholesale Corporation

25

26

27
                                     - 1 -
28  STIPULATION AND [PROPOSED] ORDER
    Case No. 3:07-cv-05944-SC

    LEGAL27890823.2

1

By: s/ Rachel S. Brass
Joel S. Sanders, SBN 107234

2

Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP

3

555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

4

Telephone: (415) 393-8200

5

Facsimile: (415) 393-8306
E-mail: JSanders@gibsondunn.com

6

RBrass@gibsondunn.com

7

Attorneys for Defendant Chunghwa Picture

8

Tubes, Ltd.

9

10

    Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

11

document has been obtained from each of the above signatories.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

09/26/2013

IT IS SO ORDERED

Judge Samuel Conti

- 2 -