White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    (Stipulating Parties Listed on Signature Pages)

2

3

4    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
5    (SAN FRANCISCO DIVISION)

6

7    IN RE: CATHODE RAY TUBE (CRT)          Case No. 07-5944 SC
     ANTITRUST LITIGATION                   MDL No. 1917
8

9

10   This Document Relates to:

11   *Electrograph Systems, Inc., et al. v.*
     *Hitachi, Ltd., et al.*, No. 11-cv-01656;
12

13   *Stoebner, et al. v. LG Electronics, et al.*,
     No. 11-cv-05381;
14

15   *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-
     05502;                                  **STIPULATION AND [PROPOSED]**
16                                           **ORDER ENLARGING TWEETER'S**
     *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et*   **TIME TO FILE AMENDED**
17   *al.*, No. 11-cv-05513;                **COMPLAINTS, AND SETTING**
                                             **SCHEDULE FOR DEFENDANTS TO**
18                                           **ANSWER OR OTHERWISE**
     *Target Corp, et al. v. Chunghwa Picture*   **RESPOND TO CERTAIN DIRECT**
19   *Tubes, Ltd., et al.*, No. 11-cv-05514;   **ACTION PLAINTIFF COMPLAINTS**
20
     *Interbond Corporation of America v.*
21   *Hitachi, et al.*, No. 11-cv-06275;

22   *Office Depot, Inc. v. Hitachi Ltd., et al.*,
     No. 11-cv-06276;
23

24   *CompuCom Systems, Inc. v. Hitachi, Ltd.,*
     *et al.*, No. 11-cv-06396;
25

26   *Costco Wholesale Corporation v. Hitachi,*
     *Ltd., et al.*, No. 11-cv-06397;
27

28

1

2  *P.C. Richard & Son Long Island*
3  *Corporation, et al., v. Hitachi, Ltd., et al.*,
   No. 12-cv-02648;
4

5  *Schultze Agency Services, LLC, et al. v.*
   *Hitachi, Ltd., et al.*, No. 12-cv-02649.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned Defendants and Plaintiffs

2   have conferred by and through their counsel and, subject to the Court's approval, HEREBY

3   STIPULATE AS FOLLOWS:

4   WHEREAS, there is pending in the United States District Court for the Northern

5   District of California a multidistrict consolidated proceeding comprised of actions brought on

6   behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as

7   *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No

8   1917) (the "MDL Proceedings");

9   WHEREAS, the Direct Action Plaintiffs ("DAPs") filed complaints asserting claims

10  under federal and various states' laws against the Defendants based on an alleged conspiracy

11  to fix the prices of CRTs from March 1, 1995 to November 25, 2007 ("DAPs' CRT

12  Claims");

13  WHEREAS, on August 21, 2013, the Court issued an Order Adopting in Part and

14  Modifying in Part Special Master's Report and Recommendation on Defendants' Motion to

15  Dismiss the Direct Action Plaintiffs' Complaints ("August 21, 2013 Order") [Dkt. No. 1856]

16  in which the Court dismissed with leave to amend the DAPs' Massachusetts claims under the

17  state consumer protection statute;

18  WHEREAS, the Court's August 21, 2013 Order requires that the DAPs file amended

19  complaints, if they so choose, within thirty (30) days of the order's signature date, *i.e.*, on or

20  before September 20, 2013; and

21  WHEREAS, DAP Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC

22  and Tweeter Newco, LLC ("Tweeter") intends to amend its Massachusetts claim and the

23  undersigned Defendants have agreed to Tweeter's request for an additional fourteen (14)

24  days to file its amended complaint;

25  WHEREAS, Tweeter has agreed to the undersigned Defendants' request for

26  additional time to answer or move to dismiss Tweeter's amended complaint;

27  WHEREAS, the remaining undersigned DAPs have agreed to Defendants' request for

28  additional time to answer their complaints;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOW, THEREFORE, IT IS HEREBY STIUPLATED AND AGREED between counsel for the undersigned DAPs and counsel for the undersigned Defendants in the above-captioned actions, as follows:

1. Tweeter's amended complaint shall be due by October 4, 2013;

2. The Defendants' (i) answers to or motions to dismiss the Tweeter amended complaint; and (ii) answers to the remaining undersigned DAPs' complaints, shall be due by November 4, 2013;

3. Tweeter's responses to any motions to dismiss shall be due by December 6, 2013;

4. The Defendants' reply briefs shall be due by December 20, 2013; and

5. This stipulation does not pertain to any amendment that may flow from the Court's ruling on the Direct Action Plaintiffs' Motion for Leave to File Amended Complaints [Dkt. No. 1609].

Dated:  September 20, 2013                     Respectfully submitted,

**WHITE & CASE**LLP

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
PVictor@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation
(f/k/a Matsushita Electric Industrial Co., Ltd.),
Panasonic Corporation of North America, MT
Picture Display Co., Ltd.*

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917
3

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

KIRKLAND & ELLIS LLP

2

By: */s/ Eliot A. Adelson*

3    ELIOT A. ADELSON (SBN 205284)
JAMES MAXWELL COOPER (SBN 284054)

4    **KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor

5    San Francisco, California 94104
Tel: (415) 439-1400

6    Facsimile: (415) 439-1500
E-mail: eadelson@kirkland.com

7    E-mail: max.cooper@kirkland.com

8

JAMES H. MUTCHNIK, P.C. (*pro hac vice*)

9    KATE WHEATON (*pro hac vice*)
**KIRKLAND & ELLIS LLP**

10    300 North LaSalle
Chicago, Illinois 60654

11    Tel: (312) 862-2000
Facsimile: (312) 862-2200

12

13    *Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display East, Inc.),*

14    *Hitachi Asia, Ltd., Hitachi America, Ltd., and
Hitachi Electronic Devices (USA), Inc.*

15

16

17    MUNGER, TOLLES & OLSON LLP

18    By: */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)

19    Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**

20    560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907

21    Telephone: (415) 512-4000
Facsimile: (415) 512-4077

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917
4

1   WILLIAM D. TEMKO (SBN 098858)
    William.Temko@mto.com
2   JONATHAN E. ALTMAN (SBN 170607)
    Jonathan.Altman@mto.com
3   BETHANY W. KRISTOVICH (SBN 241891)
    Bethany.Kristovich@mto.com
4   **MUNGER, TOLLES & OLSON LLP**
    355 South Grand Avenue, Thirty-Fifth Floor
5   Los Angeles, CA 90071-1560
    Telephone: (213) 683-9100
6   Facsimile: (213) 687-3702
7
8   *Attorneys for Defendants LG Electronics, Inc.; LG,*
    *LG Electronics USA, Inc.; and LG Electronics*
9   *Taiwan Taipei Co., Ltd.*
10
11  SHEPPARD MULLIN RICHTER & HAMPTON
12  By: */s/ Gary L. Halling*
    GARY L. HALLING (SBN 66087)
13  ghalling@sheppardmullin.com
    JAMES L. MCGINNIS (SBN 95788)
14  jmcginnis@sheppardmullin.com
    MICHAEL W. SCARBOROUGH (SBN 203524)
15  mscarborough@sheppardmullin.com
    **SHEPPARD MULLIN RICHTER &**
16  **HAMPTON**
    Four Embarcadero Center, 17th Floor
17  San Francisco, California 94111
    Telephone: (415) 434-9100
18  Facsimile: (415) 434-3947
19
20  *Attorneys for Defendants Samsung SDI America,*
    *Inc.; Samsung SDI Co., Ltd.; Samsung SDI*
21  *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.*
    *DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*
22  *Samsung SDI Co., Ltd. and Tianjin Samsung SDI*
    *Co., Ltd.*
23
24
25
26
27
28

*(left margin, rotated)* White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER BOTTS LLP

By: */s/ Jon V. Swenson*
JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V.
and Philips Electronics North America Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
Rachel S. Brass (SBN 219301)
rbrass@gibsondunn.com
Joel S. Sanders (SBN 107234)
jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes,
Ltd. and Chunghwa Picture Tubes (Malaysia) as to
the Target Am. Compl., P.C. Richard Compl.,
Tweeter Compl., CompuCom Compl., Interbond
Compl., Costco Compl., Office Depo Compl. and
Best Buy Compl. only*

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2          PERKINS COIE LLP

3          By: */s/ David J. Burman*_____
           DAVID J. BURMAN (*pro hac vice*)
4          DBurman@perkinscoie.com
           CORI G. MOORE (*pro hac vice*)
5          CGMoore@perkisncoie.com
           ERIC J. WEISS (*pro hac vice*)
6          EWeiss@perkinscoie.com
           NICHOLAS H. HESTERBERG (*pro hac vice*)
7          NHesterberg@perkinscoie.com
           **PERKINS COIE LLP**
8          1201 Third Avenue, Suite 4900
           Seattle, WA 98101-3099
9          Telephone: 206.359.8000
           Facsimile: 206.359.9000
10

11         JOREN BASS (Bar No. 208143)
           JBass@perkinscoie.com
12         **PERKINS COIE LLP**
           Four Embarcadero Center, Suite 2400
13         San Francisco, CA 94111-4131
           Telephone: 415.344.7120
14         Facsimile: 415.344.7320
15
           *Attorneys for Plaintiff Costco Wholesale*
16         *Corporation*

17

18         BOIES, SCHILLER & FLEXNER LLP
19
           By: */s/ Philip J. Iovieno*_____
20         PHILIP J. IOVIENO
           piovieno@bsfllp.com
21         ANNE M. NARDACCI
           anardacci@bsfllp.com
22         **BOIES, SCHILLER & FLEXNER LLP**
           10 North Pearl Street, 4th Floor
23         Albany, NY 12207
           Telephone: (518) 434-0600
24         Facsimile: (518) 434-0665
25

26

27

28

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917
7

701 Thirteenth Street, NW
Washington, DC 20005
White & Case LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILLIAM A. ISAACSON
wisaacson@bsfllp.com
JENNIFER MILICI
jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs and
Attorneys for Plaintiffs Electrograph Systems, Inc.,
Electrograph Technologies, Corp., Office Depot,
Inc., Compucom Systems, Inc., Interbond
Corporation of America, P.C. Richard & Son Long
Island Corporation, Marta Cooperative of America,
Inc., ABC Appliance, Inc., Schultze Agency Services
LLC on behalf of Tweeter Opco, LLC and Tweeter
Newco, LLC*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: */s/ Roman M. Silberfeld*
ROMAN M. SILBERFELD (SBN 62783)
RMSilberfeld@rkmc.com
DAVID MARTINEZ (SBN 193183)
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy
Purchasing LLC, Best Buy Enterprise Services,
Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C.,
and Magnolia Hi-Fi, LLC*

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917
8

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2
SUSMAN GODFREY L.L.P.

3
By: */s/ Kenneth S. Marks*

H. LEE GODFREY

4
lgodfrey@sumangodfrey.com

KENNETH S. MARKS

5
kmarks@susmangodfrey.com

JONATHAN J. ROSS

6
jross@susmangodfrey.com

JOHNNY W. CARTER

7
jcarter@susmangodfrey.com

DAVID M. PETERSON

8
dpeterson@susmangodfrey.com

**SUSMAN GODFREY L.L.P.**

9
1000 Louisiana Street, Suite 5100

10
Houston, Texas 77002

Telephone: (713) 651-9366

11
Facsimile: (713) 654-6666

12
PARKER C. FOLSE III

13
pfolse@susmangodfrey.com

RACHEL S. BLACK

14
rblack@susmangodfrey.com

JORDAN CONNORS

15
jconnors@susmangodfrey.com

**SUSMAN GODFREY L.L.P.**

16
1201 Third Avenue, Suite 3800

17
Seattle, Washington 98101-3000

Telephone: (206) 516-3880

18
Facsimile: (206) 516-3883

19

20
*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL & MORING LLP

By: */s/ Jason C. Murray*
JASON C. MURRAY (CA Bar No. 169806)
jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

JEROME A. MURPHY (*pro hac vice*)
jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)
aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Target Corp.*


KENNY NACHWALTER, P.A.

By: */s/ Richard Alan Arnold*
RICHARD ALAN ARNOLD
rarnold@knpa.com
WILLIAM J. BLECHMAN
wblechman@knpa.com
KEVIN J. MURRAY
kmurray@knpa.com
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of September, 2013, at Washington, DC.


By:  */s/ Lucius B. Lau*
       Lucius B. Lau

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3
     Dated:                09/26/2013
4

5                                              IT IS SO ORDERED

6                                              Judge Samuel Conti

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917
12

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   **CERTIFICATE OF SERVICE**

2       On September 20, 2013, I caused a copy of the "STIPULATION AND [PROPOSED]

3   ORDER ENLARGING TWEETER'S TIME TO FILE AMENDED COMPLAINTS, AND

4   SETTING  SCHEDULE  FOR  DEFENDANTS  TO  ANSWER  OR  OTHERWISE

5   RESPOND  TO  CERTAIN  DIRECT  ACTION  PLAINTIFF  COMPLAINTS"  to  be

6   electronically filed via the Court's Electronic Case Filing System, which constitutes service

7   in this action pursuant to the Court's order of September 29, 2008.

8

9

10                                              By:  _/s/ Lucius B. Lau_____
                                                      Lucius B. Lau (*pro hac vice*)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER ENLARGING TWEETER'S TIME TO FILE
AMENDED COMPLAINTS, AND SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFF COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917