Blake L. Harrop
Senior Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us

*Counsel for Intervenor, the State of Illinois*
(Other counsel are listed in signatures)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To All Indirect Purchaser Actions . | No. CV-07-5944-SC<br>MDL No. 1917<br><br>Courtroom: One, 17th Floor<br>Judge: Honorable Samuel Conti<br><br>**Ex Parte Motion of States of Illinois, Oregon and Washington to Extend Time to Respond to IPPs' Motion for Preliminary Approval** |

The States of Illinois, Oregon and Washington move for an extension of time to respond to the Indirect Purchaser Plaintiffs' motion for preliminary approval of their settlement with the LG defendants until October 7, 2013.

1. The proposed settlement adopts the definition of the class being settled from the Fourth Amended Complaint. Within the context of that complaint, it is clear that there is no class seeking recovery of damages on behalf of the citizens of Illinois, Oregon and Washington.

2. The issue of the Indirect Purchaser Plaintiffs' ability to settle and release the claims of the citizens of our three states was previously addressed. The issue arose in the context of the IPP settlement with Chunghwa and resulted in the intervention by these States in the spring of 2011. The IPPs resolved the issues as to Oregon and Washington with the exclusion of the citizens of those states from the IPP settlement class. The issue of Illinois' representation was litigated before Special Master Legge, who ruled in Illinois' favor. The class definitions in the IPP settlement with Chunghwa were modified accordingly.

3. Since the filing of the motion for preliminary approval, our States have been in discussions with both counsel for the LG defendants and counsel for the IPPs. It appears that this issue will be resolved with some language modifications, but final language for these modifications may not be resolved before the current September 30, 2013 deadline for responses to the motion.

4. If these issues cannot be resolved, they would affect the form of notice and would have to be litigated as part of the preliminary approval process.

However, the parties expect to resolve the issues before October 7, so if the extension is granted, litigation of these issues would be avoided. The extension will not affect the date for hearing of the motion.

5. The IPPS and LG consent to extending the states' time for responses to the motion to October 7. 2013.

DATED: September 27, 2013

Respectfully submitted,

| | |
|---|---|
| LISA MADIGAN, <br> Attorney General of Illinois | ROBERT M. MCKENNA <br> Attorney General of Washington |
| By: /s/ Blake L. Harrop <br> Blake L. Harrop <br> Senior Assistant Attorney General <br> Antitrust Bureau <br> Office of the Illinois Attorney General <br> 100 W. Randolph Street <br> Chicago, Illinois 60601 <br> (312) 814-1004 <br> bharrop@atg.state.il.us | By: /s/ David M. Kerwin <br> David M. Kerwin <br> Assistant Attorney General <br> Antitrust Division <br> Washington State Attorney General's Office <br> 800 5th Ave, Ste. 2000 <br> Seattle, WA 98104 <br> (206) 464-7030 <br> (206) 464-6338 (fax) <br> davidk3@atg.wa.gov |

ELLEN F. ROSENBLUM
Attorney General of Oregon

By: /s/ Tim D. Nord
Tim D. Nord, OSB No. 882800
Senior Assistant Attorney General
1162 Court Street, NE
Salem, OR 97301-4096
(503) 943-4400
(503) 225-1257 (fax)
Tim.D.Nord@doj.state.or.us