# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

September 30, 2013

*VIA ECF*

The Honorable Samuel Conti
United States District Judge
United States District Court
Northern District of California
Courtroom No. 1, 17th floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL 1917

Your Honor:

      Direct Purchaser Plaintiffs ("DPPs") submit this letter in response to the letters submitted by the Indirect Purchaser Class Plaintiffs and Defendant Toshiba. DPPs had no advance knowledge of the letters and reluctantly request leave to submit this brief letter in response.

      DPPs are not involved in the disagreements presented by the letters, and the matter appears to be moot in any case.

      DPPs do not believe it necessary to appoint a discovery referee.

      Respectfully submitted,

      /s/ *Guido Saveri*
      Guido Saveri
      Saveri & Saveri, Inc.
      Interim Lead Counsel for the
      Direct Purchaser Plaintiffs

cc:    All Counsel via ECF

crt.631