White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

(Stipulating Parties Listed on Signature Pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171-SC<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-1173-SC<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, Case No. 13-cv-2776-SC<br><br>*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-00157-SC | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE DELL AMENDED COMPLAINT, SHARP COMPLAINT, AND TECH DATA AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned Defendants and Plaintiffs Dell Inc. and Dell Products L.P. ("Dell"), Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Sharp"), and Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data") (collectively, the "Stipulating Plaintiffs") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, on August 17, 2012, Defendants filed motions to dismiss and for judgment on the pleadings with respect to certain Direct Action Plaintiff complaints (the "Dispositive Motions") (MDL Dkt. Nos. 1316, 1317, 1319);

WHEREAS, on December 11, 2012, Tech Data filed a Summons and Complaint in the Middle District of Florida, *Tech Data Corporation, et al. v. Hitachi, Ltd. et al.*, Case No. 8:12-cv-02795-JSM-MAP (the "Tech Data Action");

WHEREAS, on January 4, 2013, the United States Judicial Panel on Multidistrict Litigation transferred the Tech Data Complaint to the United States District Court for the Northern District of California for consolidated pretrial proceedings and assigned it to the Honorable Samuel Conti (MDL Dkt. No. 1518);

WHEREAS, on February 13, 2013, Tech Data filed a Stipulation and Proposed Order Regarding the Complaint in the Tech Data Action (MDL Dkt. No. 1568) requesting the Court to enter an order authorizing the Defendants and Tech Data, once the Court has ruled on the Dispositive Motions, to set a reasonable deadline for Defendants' answers and/or a reasonable briefing schedule for Defendants' motions to dismiss Tech Data's Complaint;

WHEREAS, on February 14, 2013, Special Master Legge signed the Proposed Order pursuant to the Stipulation Regarding the Complaint in the Tech Data Action (MDL Dkt. 1570);

WHEREAS, on September 9, 2013, Tech Data filed its First Amended Complaint (MDL Dkt. No. 1911);

WHEREAS, on September 18, 2013, the Court entered an Order pursuant to the Stipulation Regarding the Complaint in the Tech Data Action;

WHEREAS, on February 17, 2013, Dell filed a Summons and Complaint in the Western District of Texas, *Dell Inc., et al., v. Philips Electronics North America Corp., et al.*, Case No. 13-cv-00141 (the "Dell Action");

WHEREAS, on March 15, 2013, Sharp filed a Summons and Complaint in the Northern District of California, *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.,* Case No. 13-cv-1173;

WHEREAS, on March 19, 2013, the Judicial Panel on Multidistrict Litigation issued a conditional transfer order pursuant to 28 U.S.C. § 1407, transferring the Dell Action to the Northern District of California to be consolidated with the MDL Proceedings (MDL Dkt. No. 1620);

WHEREAS, on March 26, 2013, this Court entered an Order finding that *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.* is related to the MDL Proceedings (MDL Dkt. No. 1608);

WHEREAS, on April 23, 2013, Sharp filed a Stipulation and Proposed Order Regarding the Complaint in the Sharp Action (MDL Dkt. 1649) requesting the Court to enter an order authorizing the Defendants and Sharp, once the Court has ruled on the Dispositive Motions, to set a reasonable deadline for Defendants' answers and/or a reasonable briefing schedule for Defendants' motions to dismiss Sharp's Complaint;

WHEREAS, on April 24, 2013, the Court entered an Order pursuant to the Stipulation Regarding the Complaint in the Sharp Action (MDL Dkt. No. 1652);

WHEREAS, on May 13, 2013, the Dell Action was transferred to the MDL;

WHEREAS, on May 28, 2013, Dell filed its First Amended Complaint (MDL Dkt. No. 1726);

WHEREAS, on June 17, 2013, Dell filed a Stipulation and Proposed Order Regarding the First Amended Complaint in the Dell Action (MDL Dkt. No. 1739) requesting the Court to enter an order authorizing the Defendants and Dell, once the Court has ruled on the Dispositive Motions, to set a reasonable deadline for Defendants' answers and/or a reasonable briefing schedule for Defendants' motions to dismiss Dell's Complaint;

WHEREAS, on June 17, 2013, Sharp filed a Summons and Complaint in the Northern District of California, *Sharp Electronics Corp., et al. v. Koninkliike Philips Electronics N.V., et al.*, Case No. 13-cv-2776 (together collectively with Sharp's Complaint dated March 15, 2013, the "Sharp Action");

WHEREAS, on June 21, 2013, this Court entered an Order finding that *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.* is related to the MDL Proceedings (MDL Dkt. No. 1745);

WHEREAS, on June 28, 2013, Sharp filed a Stipulation and Proposed Order Regarding the Complaint in the Sharp Action (MDL Dkt. 1748) requesting the Court to enter an order authorizing the Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation and Sharp, once the Court has ruled on the Dispositive Motions, to set a reasonable deadline for defendants' answers and/or a reasonable briefing schedule for defendants' motions to dismiss Sharp's Complaint;

WHEREAS, on July 3, 2013, the Court entered an Order pursuant to the Stipulation Regarding the Complaint in the Sharp Action and Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (MDL Dkt. No. 1762);

WHEREAS, on July 3, 2013, the Court entered an Order pursuant to the Stipulation Regarding the First Amended Complaint in the Dell Action (MDL Dkt. No. 1763);

WHEREAS, on August 21, 2013, the Court issued an Order Adopting in Part and Modifying in Part Special Master's Report and Recommendation on Defendants' Motion to

Dismiss the Direct Action Plaintiffs' Complaints ("August 21, 2013 Order") (MDL Dkt. 1856) in which the Court ruled on the Dispositive Motions;

WHEREAS, among other issues, the August 21, 2013 Order granted the Dispositive Motions to the extent that they challenged certain Direct Action Plaintiffs' alleged right to proceed under the "cost-plus" and "co-conspirator" exceptions to *Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1977) ("*Illinois Brick*"), and denied the Dispositive Motions to the extent that they challenged certain Direct Action Plaintiffs' right to proceed under the "ownership or control" exception to *Illinois Brick*; and

WHEREAS, the Defendants seek to dismiss the Stipulating Plaintiffs' Complaints relying upon the same *Illinois Brick* arguments they used in the Dispositive Motions; and

WHEREAS, the Stipulating Plaintiffs and the Defendants seek to resolve the Defendants' *Illinois Brick* arguments in a manner that conserves the resources of the Court while at the same time preserving any and all appeal rights of both the Stipulating Plaintiffs and the Defendants;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for the Stipulating Plaintiffs and counsel for the undersigned Defendants in the above-captioned actions, as follows:

1. The Defendants' answers to (or motions to dismiss) the Stipulating Plaintiffs' Complaints shall be due by October 7, 2013;

2. The Stipulating Plaintiffs' responses to any motions to dismiss shall be due by November 6, 2013;

3. The Defendants' reply briefs shall be due by November 20, 2013;

4. The Stipulating Plaintiffs and Defendants agree that the issues addressed by the Court's August 21, 2013 Order regarding the *Illinois Brick* exceptions apply to the Stipulating Plaintiffs' actions;

5. The Stipulating Plaintiffs' Complaints do not seek to proceed under the "cost-plus" and "co-conspirator" exceptions to *Illinois Brick*;

6. The undersigned Defendants' request to dismiss the Stipulating Plaintiffs' Complaints as they pertain to the Stipulating Plaintiffs' right to proceed under the "ownership or control" exception to *Illinois Brick* is denied for the reasons set forth in the August 21, 2013 Order; and

7. By virtue of this Stipulation, the undersigned Defendants and the Stipulating Plaintiffs do not waive any of their appeal rights to the *Illinois Brick* issues addressed and resolved in this Stipulation.

Dated: October 1, 2013

Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO THE DELL AMENDED COMPLAINT,
SHARP COMPLAINT, AND TECH DATA AMENDED COMPLAINT
Case No. 07-5944 SC; MDL No. 1917
5

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: */s/ Jeffrey L. Kessler* |
| 3 | JEFFREY L. KESSLER (*pro hac vice*) |
| | JKessler@winston.com |
| 4 | A. PAUL VICTOR (*pro hac vice*) |
| | PVictor@winston.com |
| 5 | ALDO A. BADINI (SBN 257086) |
| 6 | ABadini@winston.com |
| | EVA W. COLE (*pro hac vice*) |
| 7 | EWCole@winston.com |
| | MOLLY M. DONOVAN |
| 8 | MMDonovan@winston.com |
| 9 | **WINSTON & STRAWN LLP** |
| | 200 Park Avenue |
| 10 | New York, NY 10166 |
| | Telephone: (212) 294-6700 |
| 11 | Facsimile: (212) 294-4700 |
| 12 | STEVEN A. REISS (*pro hac vice*) |
| 13 | steven.reiss@weil.com |
| | DAVID L. YOHAI (*pro hac vice*) |
| 14 | david.yohai@weil.com |
| | ADAM C. HEMLOCK (*pro hac vice*) |
| 15 | adam.hemlock@weil.com |
| 16 | **WEIL, GOTSHAL & MANGES LLP** |
| | 767 Fifth Avenue |
| 17 | New York, New York 10153-0119 |
| | Telephone: (212) 310-8000 |
| 18 | Facsimile: (212) 310-8007 |
| 19 | *Attorneys for Defendants Panasonic Corporation* |
| 20 | *(f/k/a Matsushita Electric Industrial Co., Ltd.),* |
| | *Panasonic Corporation of North America, MT* |
| 21 | *Picture Display Co., Ltd.* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO THE DELL AMENDED COMPLAINT,
SHARP COMPLAINT, AND TECH DATA AMENDED COMPLAINT
Case No. 07-5944 SC; MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

| | |
|---|---|
| 1 | KIRKLAND & ELLIS LLP |
| 2 | By: */s/ Eliot A. Adelson* |
| 3 | ELIOT A. ADELSON (SBN 205284)<br>JAMES MAXWELL COOPER (SBN 284054) |
| 4 | **KIRKLAND & ELLIS LLP**<br>555 California Street, 27th Floor |
| 5 | San Francisco, California 94104 |
| 6 | Tel: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 7 | E-mail: eadelson@kirkland.com<br>E-mail: max.cooper@kirkland.com |
| 8 | |
| 9 | JAMES H. MUTCHNIK, P.C. (*pro hac vice*)<br>KATE WHEATON (*pro hac vice*) |
| 10 | **KIRKLAND & ELLIS LLP** |
| 11 | 300 North LaSalle<br>Chicago, Illinois 60654 |
| 12 | Tel: (312) 862-2000<br>Facsimile: (312) 862-2200 |
| 13 | |
| 14 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.),* |
| 15 | *Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 16 | |
| 17 | MUNGER, TOLLES & OLSON LLP |
| 18 | By: */s/ Hojoon Hwang* |
| 19 | HOJOON HWANG (SBN 184950)<br>Hojoon.Hwang@mto.com |
| 20 | **MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty-Seventh Floor |
| 21 | San Francisco, California 94105-2907<br>Telephone: (415) 512-4000 |
| 22 | Facsimile: (415) 512-4077 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO THE DELL AMENDED COMPLAINT,
SHARP COMPLAINT, AND TECH DATA AMENDED COMPLAINT
Case No. 07-5944 SC; MDL No. 1917

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*

*Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

BAKER BOTTS LLP

By: */s/ Jon V. Swenson*
JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*


GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) as to the Tech Data Action only*

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO THE DELL AMENDED COMPLAINT,
SHARP COMPLAINT, AND TECH DATA AMENDED COMPLAINT
Case No. 07-5944 SC; MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

ALSTON & BIRD

By: */s/ Debra D. Bernstein*
DEBRA D. BERNSTEIN (*pro hac vice*)
debra.bernstein@alston.com
MICHAEL P. KENNY (p*ro hac vice*)
mike.kenny@alston.com
RODNEY J. GANSKE (*pro hac vice*)
rod.ganske@alston.com
MATTHEW D. KENT (*pro hac vice*)
matthew.kent@alston.com
ELIZABETH JORDAN (*pro hac vice*)
elizabeth.jordan@alston.com
MELISSA WHITEHEAD (*pro hac vice*)
melissa.whitehead@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-03424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Craig A. Benson*
KENNETH A. GALLO (*pro hac vice*)
JOSEPH J. SIMONS (*pro hac vice*)
CRAIG A. BENSON (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO THE DELL AMENDED COMPLAINT,
SHARP COMPLAINT, AND TECH DATA AMENDED COMPLAINT
Case No. 07-5944 SC; MDL No. 1917

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP

By: */s/ Scott N. Wagner*
ROBERT W. TURKEN
MITCHELL E. WIDOM
SCOTT N. WAGNER
**BILZIN SUMBERG BAENA PRICE
& AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Tel: (305) 374-7580
Facsimile: (305) 374-7593
E-mail: rturken@bilzin.com
E-mail: mwidom@bilzin.com
E-mail: swagner@bilzin.com

STUART H. SINGER
**BOIES, SCHILLER, & FLEXNER LLP**
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Tel: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of October, 2013, at Washington, DC.

By: */s/ Lucius B. Lau*
     Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                                          Hon. Samuel Conti
                                                          United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO THE DELL AMENDED COMPLAINT,
SHARP COMPLAINT, AND TECH DATA AMENDED COMPLAINT
Case No. 07-5944 SC; MDL No. 1917

**CERTIFICATE OF SERVICE**

On October 1, 2013, I caused a copy of the "STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE DELL AMENDED COMPLAINT, SHARP COMPLAINT, AND TECH DATA AMENDED COMPLAINT" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: */s/ Lucius B. Lau*
Lucius B. Lau (*pro hac vice*)

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005