KAMALA D. HARRIS
Attorney General of California
MARK J. BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
MICHAEL JORGENSON (SBN 201145)
NICOLE GORDON (SBN 224138)
PAUL MOORE (SBN 241157)
PAMELA PHAM (SBN 235493)
BRIAN WANG (SBN 284490)
EMILIO E. VARANINI (SBN 163952)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5908
  Fax: (415) 703-5480
  E-mail: Emilio.Varanini@doj.ca.gov
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>**CALIFORNIA ATTORNEY GENERAL'S STATEMENT OF INTENT TO OBJECT TO FINAL APPROVAL OF THE INDIRECT PURCHASERS' SETTLEMENT WITH LG** |

    The California Attorney General hereby apprises the Court that she will file an objection to the Indirect Purchaser Plaintiffs' motion for approval of their settlement with the LG defendants. Her objection will be filed pursuant to the schedule set by the Court with respect to final approval and will be based on the wide scope of the release.

Dated: October 4, 2013                          Respectfully submitted,

                                                             KAMALA D. HARRIS
                                                              Attorney General of California

                                                              */s/ Emilio E. Varanini*
                                                              EMILIO E. VARANINI
                                                              Deputy Attorney General
                                                              *Attorneys for Plaintiff*

1

*California Attorney General's Statement of Intent to Object to
Final Approval of the Indirect Purchasers' Settlement with LG*
MDL No. 1917