KAMALA D. HARRIS
Attorney General of California
MARK J. BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
MICHAEL JORGENSON  (SBN 201145)
NICOLE GORDON  (SBN 224138)
PAUL MOORE  (SBN 241157)
PAMELA PHAM  (SBN 235493)
BRIAN WANG  (SBN 284490)
EMILIO E. VARANINI  (SBN 163952)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5908
  Fax:  (415) 703-5480
  E-mail:  Emilio.Varanini@doj.ca.gov
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | In re: Cathode Ray Tube (CRT) Antitrust Litigation | MDL No. Case No. | 1917 C-07-5944-SC |

I hereby certify that on <u>October 4, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CALIFORNIA ATTORNEY GENERAL'S STATEMENT OF INTENT TO OBJECT TO FINAL APPROVAL OF THE INDIRECT PURCHASERS' SETTLEMENT WITH LG**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>October 4, 2013</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

See attached Service List.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 4, 2013</u>, at San Francisco, California.

| | |
|---|---|
| Jacinto P. Fernandez, Jr. | */s/ Jacinto P. Fernandez, Jr.* |
| Declarant | Signature |

40785392.doc

# SERVICE LIST

Adam C. Belsky
Gross Belsky Alonso LLP
One Sansome Street, Suite 3670
San Francisco, CA  94104

Austin Van Schwing
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105

Bethany W. Kristovich
Munger Tolles & Olson LLP
560 Mission St., 27th Floor
San Francisco, CA  94105

Blake L. Harrop
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois  60601

Charise Naifeh
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807

Charles H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN  55113

Clinton Paul Walker
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA  95354

David Roberts
O'Melveny & Myers LLP
Yin Tai Centre, Office Tower, 37th Floor
No. 2 Jianguomenwai Ave.
Chao Yang District
Beijing  100022

David T. Emanuelson
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C.  20004-2400

Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC  20036

Elliot S. Kaplan
Robins Kaplan Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

Gregory D. Hull
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

H. Lee Godfrey
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX  77002-5096

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

James P. McCarthy
Lindquist & Vennum
4200 IDS Center
80 South 8th Street
Minneapolis, MN  55402

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402-4511

| | |
|---|---|
| John G. Emerson<br>Emerson Poynter LLP<br>830 Apollo Lane<br>Houston, TX  77058 | Lori A. Fanning<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL  60603 |
| John Gressette Felder , Jr<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 2 9201 | Lynn W. Jinks<br>Nathan A. Dickson<br>Jinks Crow & Dickson PC<br>219 North Prairie St.<br>Union Springs , AL  36089 |
| Jonathan Ellis Altman<br>Munger Tolles and Olson<br>55 S Grand Street<br>Los Angeles, CA  90071 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN  55101 |
| Katherine Hamilton Wheaton<br>300 North LaSalle Street<br>Chicago, IL  60654 | Martin E. Grossman<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA  19085 |
| Kim YoungSang<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC  20004-1206 | Matthew Frutig<br>White & Case LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005-3807 |
| Krishna B. Narine<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA  19004 | Matthew E. Van Tine<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL  60603 |
| Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY  10016 | Melissa Willett<br>Boies, Schiller & Flexner<br>5301 Wisconsin Ave. NW<br>Suite 800<br>Washington, DC  20015 |
| Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN  55402-4511 | Mike McKool , Jr<br>McKool Smith, P.C.<br>300 Crescent Court Ste 1500<br>Dallas, TX  75201 |
| Lewis Titus LeClair<br>McKool Smith<br>300 Crescent Ct #1500<br>Dallas, TX  75201 | |

Molly M. Donovan
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019

Monique Alonso
Sarah Crowley
Gross & Belsky LLP
One Sansome Street, Suite 3670
San Francisco, CA  94104

Neal A Eisenbraun
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

Niki B. Okcu
AT&T Services, Inc. Legal Dept.
525 Market Street, 20th Floor
San Francisco, CA 94105

Patricia A. Conners
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL  32399-1050

Paul F Novak
Milberg LLP
One Kennedy Square
777 Woodward Avenue, Suite 890
Detroit, MI  48226

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Robert B. Gerard
Gerard Selden & Osuch
1516 Front Street
San Diego, CA  92101

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street 5th Floor
Modesto, CA 95354

Samuel J. Sharp
701 13th Street NW
Washington, DC 20005

Stephen E. Taylor
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA  94111

Steven A. Reiss
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Tracy R. Kirkham
Cooper & Kirkham PC
357 Tehama St., 2nd FL
San Francisco, CA  94103-4169

Traviss Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St.  #3400
San Francisco, CA  94104