Blake L. Harrop
Senior Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us

*Counsel for Intervenor, the State of Illinois*
(Other counsel are listed in signatures)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To All Indirect Purchaser Actions | No. CV-07-5944-SC<br>MDL No. 1917<br><br>**INDIRECT PURCHASER PLAINTIFFS, LG DEFENDANTS, ILLINOIS OREGON AND WASHINGTON's MOTION TO AMEND IPPS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Hearing Date: October 25, 2013<br>Time: 10:00 am<br>Courtroom: One, 17th Floor<br>Judge: Honorable Samuel Conti |

The Indirect Purchaser Plaintiffs ("IPPs"), LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd. ("the LG Defendants") and the States of Illinois, Oregon and Washington ("the States") move to amend Indirect Purchaser Plaintiffs' Notice Of Motion And Motion For Preliminary Approval Of Class Action Settlement With Defendants LG Electronics Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.; Memorandum Of Points And Authorities In Support Thereof; and related filings.

1. The States believed that the settlement agreement and proposed order could be misinterpreted to release the claims of the citizens of their states in cases that are currently in litigation in their state courts. Such an interpretation would be inconsistent with the Special Master's ruling of July 25, 2011 and the Approval Order regarding the Chunghwa settlement.

2. The IPPs and the LG Defendants agree that it would be a misinterpretation of the agreement and proposed order to read either to release the claims of the citizens of the States. After discussion, the IPPs, the LG Defendants and the States agree that the definition of "The Class" in the Settlement Agreement and the definition of "Nationwide Class" in the Proposed Preliminary Approval Order should be modified. Those modifications are reflected in the attached amended documents.

3. The definition of Class in the proposed notices will be modified to reflect these changes.

4. The definition of Class in any order of final approval should also contain the language: "Specifically excluded from this Class are claims on behalf of

Illinois persons (as defined by 740 ILCS 10/4) for purposes of claims under 740 Ill. Comp. Stat § 10/7(2), Oregon natural persons (as defined by ORS 646.705(2)) for purposes of claims under ORS § 646.775(1), and Washington persons (as defined by RCW 19.86.010) for purposes of claims under RCW 19.86.080."

DATED: October 7, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Mario N. Alioto | /s/ Hojoon Hwang |
| Mario N. Alioto (56433) | Hojoon Hwang |
| malioto@tatp.com | MUNGER TOLLES & OLSON LLP |
| Lauren C. Capurro (241151) | 560 Mission Street, 27th Floor |
| laurenrussell@tatp.com | San Francisco, CA 94105 |
| TRUMP, ALIOTO, TRUMP & PRESCOTT LLP | Telephone: (415) *512-4000* |
| 2280 Union Street | Facsimile: (415) 644-6909 |
| San Francisco, CA 94123 | Hojoon.Hwang@mto.com |
| Telephone: 415-563-7200 | Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and L |
| Facsimile: 415-346-0679 | |
| Interim Lead Counsel for Indirect-Purchaser Plaintiffs | |
| | |
| LISA MADIGAN, | ROBERT M. MCKENNA |
| Attorney General of Illinois | Attorney General of Washington |
| | |
| By: /s/ Blake L. Harrop | By: /s/ David M. Kerwin |
| Blake L. Harrop | David M. Kerwin |
| Senior Assistant Attorney General | Assistant Attorney General |
| Antitrust Bureau | Antitrust Division |
| Office of the Illinois Attorney General | Washington State Attorney General's Office |
| 100 W. Randolph Street | 800 5th Ave, Ste. 2000 |
| Chicago, Illinois 60601 | Seattle, WA 98104 |
| (312) 814-1004 | (206) 464-7030 |
| bharrop@atg.state.il.us | (206) 464-6338 (fax) |
| | davidk3@atg.wa.gov |

ELLEN F. ROSENBLUM
Attorney General of Oregon

By: /s/ Tim D. Nord
Tim D. Nord, OSB No. 882800
Senior Assistant Attorney General
1162 Court Street, NE
Salem, OR 97301-4096
(503) 943-4400
(503) 225-1257 (fax)
Tim.D.Nord@doj.state.or.us