1  H. Lee Godfrey
   Kenneth S. Marks
2  SUSMAN GODFREY LLP
   1000 Louisiana Street, Suite 5100
3  Houston, Texas 77002-5096
   Telephone:  (713) 651-9366
4  Facsimile:   (713) 654-6666
   lgodfrey@susmangodfrey.com
5  kmarks@susmangodfrey.com

6  *Attorneys for plaintiff Alfred H. Siegel, solely
   in his capacity as Trustee of the Circuit City
7  Stores, Inc. Liquidating Trust*
   [additional counsel listed on signature page]
8

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10

11

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | Individual Case No. 11-cv-05502 |
| Plaintiff, | ADMINISTRATIVE MOTION TO REPLACE FIRST AMENDED COMPLAINT WITH A CORRECTED VERSION |
| v. | |
| HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; IRICO GROUP CORPORATION; IRICO GROUP ELECTRONICS CO., LTD.; IRICO DISPLAY DEVICES CO., LTD.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LG ELECTRONICS TAIWAN TAIPEI CO., LTD.; LP DISPLAYS INTERNATIONAL LTD.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; MT PICTURE DISPLAY CO., LTD.; BEIJING MATSUSHITA COLOR CRT CO., LTD.; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD.; PHILIPS DA | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | AMAZONIA INDUSTRIA ELECTRONICA LTDA.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI MEXICO S.A. DE C.V.;  SAMSUNG SDI BRASIL LTDA.; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (MALAYSIA) SDN. BHD.; SAMTEL COLOR LTD.; THAI CRT CO., LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; CHUNGHWA PICTURE TUBES, LTD.; CHUNGHWA PICTURE TUBES (MALAYSIA); TATUNG COMPANY OF AMERICA, INC.,<br><br>                                           Defendants. |

On September 26, 2013, the Court granted in part and denied in part the Direct Action Plaintiffs' Motion to Adopt the Interim Special Master's Report and Recommendation on the Direct Action Plaintiffs' Motion for Leave to File Amended Complaints (Dkt 1959).  Per the adopted portion of the Report and Recommendation, the Direct Action Plaintiffs, including Circuit City, filed First Amended Complaints on October 3, 2013.

On October 4, 2013, Circuit City discovered that there were clerical errors in its First Amended Complaint (Dkt 1972) that required correction.  Pursuant to instructions from the Court's clerk and Local Rule 7-11, Circuit City files this administrative motion to strike its October 3, 2013 First Amended Complaint and file a corrected version.  Due to the large number of parties in the case and the non-objectionable nature of the request, Circuit City determined the administrative motion for relief was the most efficient means of correcting this clerical error. *See* Exhibit A, Declaration of Jonathan J. Ross, at 1.

Circuit City respectfully requests that the Court (1) strike Docket Entry 1972 and (2) grant Circuit City leave to file a corrected version of its First Amended Complaint.  Attached as Exhibit B is Circuit City's Corrected First Amended Complaint.

2

ADMINISTRATIVE MOTION TO REPLACE
FIRST AMENDED COMPLAINT WITH
A CORRECTED VERSION

2897520v1/012325

| | |
|---|---|
| Dated:  October 7, 2013 | SUSMAN GODFREY L.L.P.<br><br>By: /s/ Kenneth S. Marks<br>      H. Lee Godfrey<br>      Kenneth S. Marks<br>      Jonathan J. Ross<br>      Johnny W. Carter<br>      David M. Peterson<br>      John P. Lahad<br>      SUSMAN GODFREY L.L.P.<br>      1000 Louisiana Street, Suite 5100<br>      Houston, Texas 77002<br>      Telephone:  (713) 651-9366<br>      Facsimile:  (713) 654-6666<br>      Email: lgodfrey@sumangodfrey.com<br>             kmarks@susmangodfrey.com<br>             jross@susmangodfrey.com<br>             jcarter@susmangodfrey.com<br>             dpeterson@susmangodfrey.com<br>             jlahad@susmangodfrey.com<br><br>      Parker C. Folse III<br>      Rachel S. Black<br>      Jordan Connors<br>      SUSMAN GODFREY L.L.P.<br>      1201 Third Avenue, Suite 3800<br>      Seattle, Washington 98101-3000<br>      Telephone:  (206) 516-3880<br>      Facsimile:  (206) 516-3883<br>      Email: pfolse@susmangodfrey.com<br>             rblack@susmangodfrey.com<br>             jconnors@susmangodfrey.com<br><br>*Attorneys for Plaintiff Alfred H. Siegel, Solely in his Capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |

3

ADMINISTRATIVE MOTION TO REPLACE
FIRST AMENDED COMPLAINT WITH
A CORRECTED VERSION

2897520v1/012325