WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
Bethany.Kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
LAURA K. SULLIVAN (State Bar No. 281542)
Laura.Sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for LG ELECTRONICS, INC., LG
ELECRONICS USA, INC., AND LG
ELECTRONICS TAIWAN TAIPEI CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P., | Case No. Master File No. 3:07-cv-05944-SC |
| Plaintiffs, | MDL NO. 1917 |
| vs. | Individual Case no. 3:13-cv-02171-SC |
| HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; IRICO GROUP CORPORATION; IRICO GROUP ELECTRONICS CO., LTD.; IRICO DISPLAY DEVICES CO., LTD.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LG ELECTRONICS TAIWAN TAIPEI CO., LTD.; LP DISPLAYS INTERNATIONAL LTD.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.; MITSHUBISHI ELECTRIC & | **PROOF OF SERVICE BY MAIL** |

| | |
|---|---|
| 1 | ELECTRONICS, USA, INC.; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD.; PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (MALAYSIA) SDN. BHD.; SAMTEL COLOR LTD., THAICRT CO., LTD.; TECHNICOLOR SA; THOMSON SA; TECHNICOLOR USA, INC.; THOMSON CONSUMER ELECTRONICS, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEM, INC., |
| | Defendants. |

21849306.1

PROOF OF SERVICE BY MAIL
Master File No. 3:07-cv-05944-SC

## PROOF OF SERVICE BY MAIL

I, Marsha Poulin, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

2. On October 7, 2013, I served true copies of the attached documents entitled **ANSWER OF LG ELECTRONICS, USA, INC AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD TO FIRST AMENDED COMPLAINT BY DELL PRODUCTS LLP** by placing them in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below/set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

*See attached Service List*

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2013, at San Francisco, California.

_____
Marsha Poulin

21849306.1                              - 1 -                              PROOF OF SERVICE BY MAIL
                                                                          Master File No. 3:07-cv-05944-SC

**PROOF OF SERVICE BY MAIL**

Dell Inc. and Dell Products L.P. v. Hitachi, Ltd., et al.
Case No.:  3:07-CV-05944-SC

SERVICE LIST

Charles H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Clinton Paul Walker
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

Gregory D. Hull
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

John G. Emerson
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

John Gressette Felder , Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Katherine Hamilton Wheaton
300 North LaSalle Street
Chicago, IL 60654

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Lawrence D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

Lawrence P. Schaefer
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Lewis Titus LeClair
McKool Smith
300 Crescent Ct #1500
Dallas, TX 75201

Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

21849306.1   - 3 -   PROOF OF SERVICE BY MAIL
Master File No. 3:07-cv-05944-SC

21849306.1

| | |
|---|---|
| 1 | |
| 2 | Melissa Willett |
| 3 | Boies, Schiller & Flexner |
|   | 5301 Wisconsin Ave. NW |
| 4 | Suite 800 |
|   | Washington, DC 20015 |
| 5 | |
| 6 | Mike McKool , Jr |
|   | McKool Smith, P.C. |
| 7 | 300 Crescent Court Ste 1500 |
|   | Dallas, TX 75201 |
| 8 | |
| 9 | Neal A Eisenbraun |
|   | Neal A Eisenbraun, Chartered |
| 10 | 2599 Mississippi Street |
|   | New Brighton, MN 55113 |
| 11 | |
| 12 | Niki B. Okcu |
|   | AT&T Services, Inc. Legal Dept. |
| 13 | 525 Market Street, 20th Floor |
|   | San Francisco, CA 94105 |
| 14 | |
| 15 | Patricia A. Conners |
|   | Attorney General's Office |
| 16 | Department of Legal Affairs |
|   | Antitrust Section |
| 17 | PL-01 The Capitol |
|   | Tallahassee, FL 32399-1050 |
| 18 | |
| 19 | Paul F Novak |
|   | Milberg LLP |
| 20 | One Kennedy Square |
|   | 777 Woodward Avenue, Suite 890 |
| 21 | Detroit, MI 48226 |
| 22 | Richard M. Hagstrom |
|   | Zelle Hofmann Voelbel Mason & Gette LLP |
| 23 | 500 Washington Avenue South, Suite 4000 |
|   | Minneapolis, MN 55415 |
| 24 | |
| 25 | Robert B. Gerard |
|   | Gerard Selden & Osuch |
| 26 | 1516 Front Street |
|   | San Diego, CA 92101 |
| 27 | |
| 28 | Roger Martin Schrimp |
|   | Damrell Nelson Schrimp Pallios Pacher & Silva |
|   | 1601 I Street 5th Floor |

21849306.1

- 4 -

PROOF OF SERVICE BY MAIL
Master File No. 3:07-cv-05944-SC

21849306.1

1
2  Modesto, CA 95354
3
4  Samuel J. Sharp
   701 13th Street NW
   Washington, DC 20005
5
6  Steven A. Reiss
   Weil Gotshal & Manges LLP
7  767 Fifth Avenue
   New York, NY 10153-0119
8
9  Traviss Levine Galloway
   Zelle Hofmann Voelbel Mason & Gette
10 44 Montgomery St #3400
   San Francisco, CA 94104
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

21849306.1                    - 5 -                    PROOF OF SERVICE BY MAIL
                                                    Master File No. 3:07-cv-05944-SC

21849306.1