(*Stipulating Parties Listed on Signature Pages*)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | |
| ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |
| *Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656; | |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
| *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; | |
| *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275; | |
| *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276; | |
| *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396; | |
| *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397; | |
| *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648; | |
| *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649; | |
| *Tech Data Corp. v. Hitachi, Ltd,* No. 13-cv-00157; | |
| *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | |
| *Dell Inc. v. Hitachi Ltd.*, No. 13-cv-02171; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | |
| *State of California v. Samsung SDI Co., LTD.*, No. CGC-11-515784. | |

WHEREAS, on September 13, 2013, the Court held a status conference, following which it entered a minute order requesting that parties for the Direct Action Plaintiffs ("DAPs"), Indirect Purchaser Class Plaintiffs ("IPPs"), and Defendants submit a new stipulated scheduling order and vacating the trial dates in the DAP and IPP actions (Dkt. No. 1931);

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs, DAPs, the California Attorney General,[1] and counsel for the undersigned Defendants[2] in the above-captioned actions as follows:

**SCHEDULE**

| Date | Event |
|---|---|
| January 21, 2014 | Last day for IPPs, DAPs, and the California Attorney General to serve opening expert reports on the merits; last day for Defendants to serve opening expert reports on affirmative defenses; |
| April 22, 2014 | Last day for Defendants to serve opposition expert reports on the merits; last day for IPPs, DAPs, and the California Attorney General to serve opposition expert reports on affirmative defenses; |
| July 22, 2014 | Last day for IPPs, DAPs, and the California Attorney General to serve rebuttal expert reports on the merits; last day for Defendants to serve rebuttal expert reports on affirmative defenses; |
| September 5, 2014 | Close of fact and expert discovery; |
| October 3, 2014 | Last day to file dispositive motions; |
| November 21, 2014 | Last day to file oppositions to dispositive motions; |
| December 19, 2014 | Last day to file replies in support of dispositive motions; |
| January 16, 2015 | Hearing on dispositive motions; the last day for actions filed outside of N.D. Cal. to be returned to courts in which they were originally |

---

[1] The California Attorney General joins in this stipulation, but only insofar as it concerns the close of fact and expert discovery on Defendants, the date of expert reports, mediation, and settlement discussions.

[2] The following entities are opposing motions to amend certain DAP complaints and/or contesting personal jurisdiction and do not join in this stipulation: Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corporation, Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric and Electronics, USA, Inc.). In addition, on August 1, 2013, Special Master Legge entered an Order (Dkt. No. 1820) staying discovery against Thomson Consumer Electronics, Inc., so it is not participating in discovery.

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING SCHEDULING

Case No. 07-5944
MDL NO. 1917

| | | |
|---|---|---|
| 1 | | filed will be 5 days after the Court rules on dispositive motions; |
| 2 | January 23, 2015* | Last day for filing motions in limine and other non-dispositive pre- |
| 3 | | trial motions; |
| 4 | January 30, 2015 | Last day to meet and confer re pre-trial order; |
| 5 | February 6, 2015 | Parties must exchange proposed exhibits and witness lists; |
| 6 | February 6, 2015 | Last day for filing pre-trial order, agreed set of jury instructions and |
| 7 | | verdict forms; |
| 8 | February 13, 2015 | Last day for filing oppositions to motions in limine; |
| 9 | February 20, 2015 | Last day for filing replies in support of motions in limine; |
| 10 | February 27, 2015 | Hearing on motions in limine; |
| 11 | February 27, 2015 | Final pre-trial conference; |
| 12 | March 9, 2015 | Trial(s). |

\*All deadlines from January 23, 2015 onward do not apply to those actions that were filed outside of the N.D. Cal. and, following the Court's rulings on dispositive motions, they will be returned to the courts in which they were originally filed.

Additionally, the Parties, including the California Attorney General, will discuss settlement, including the Court's suggestion that the Parties consider whether it would be beneficial to appoint a settlement mediator, and will report back to the Court with a separate proposal on this subject after meeting and conferring on this issue.

\*\*\*

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 7, 2013

_____
Hon. Samuel Conti
United States District Judge