BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Tech Data Corp. v. Hitachi, Ltd,* No. 13-cv-00157;<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Electronics N.V.*, No. 13-cv-02776. | **Case No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS** |

- 1 -     MDL 1917

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF
DEFENDANTS JOINT MOTION TO DISMISS CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS

I, Charles M. Malaise, hereby declare as follows:

1. I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I make this declaration in support of the Defendants' Joint Motion to Dismiss Certain Direct Action Plaintiffs' Claims.

2. On March 15, 2013, Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Sharp") filed a complaint against various entities alleging state law claims under the Cartwright Act, California UCL, Donnelly Act, New York UCL, New Jersey Antitrust Act, and Tennessee Antitrust Act.

3. On April 29, 2013, Sharp and the Philips Defendants entered into a tolling agreement related to any and all affirmative causes of action and claims, defenses and counterclaims arising from Sharp's purchase of cathode ray tubes and/or products containing cathode ray tubes from the Philips Defendants.

4. On June 18, 2013, Sharp filed a complaint against the Philips Defendants and Orion Engineering & Service, Inc. alleging state law claims under the Cartwright Act, California UCL, Donnelly Act, New York UCL, New Jersey Antitrust Act, and Tennessee Antitrust Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of October, 2013, in Washington, D.C.

_____
Charles M. Malaise