# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157; <br><br> *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; <br><br> *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776. | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS** |

The Defendants' Joint Motion to Dismiss Certain Direct Action Plaintiffs' Claims (the "Motion"), filed by Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd., and made on behalf of the additional moving defendants came on regularly for hearing before this Court.

Having fully considered the papers on file and submitted herewith, the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED in full, as further specified below.

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS (3:07-CV-05944 SC, MDL NO. 1917)

1. *Tech Data Corp. v. Hitachi, Ltd.*, **No. 13-cv-00157**

In the above-referenced action, the Motion as to the following state-law claims of Tech Data Corporation and Tech Data Product Management, Inc. on statute of limitations grounds, to the extent the claims arise from conduct occurring more than four years prior to December 12, 2012, be granted and that the claims for relief be dismissed without leave to amend:

1. Second Claim for Relief:  Violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. Ann. §§ 501.201, *et seq.*;
2. Third Claim for Relief:  Violation of the California Cartwright Act, Cal. Bus. & Prof. Code §§ 16700, *et seq.*;
3. Fourth Claim for Relief:  Violation of California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*

2. *Sharp Elecs. Corp. v. Hitachi, Ltd.*, **No. 13-cv-01173**

In the above-referenced action, the Motion as to the following state-law claims of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") on statute of limitations grounds, to the extent the claims arise from conduct occurring more than three years prior to March 15, 2013, be granted and that the claims for relief be dismissed without leave to amend:

1. Fifth Claim for Relief:  Violation of the New York Unfair Competition Law, N.Y. Gen. Bus. Law § 349; and
2. Seventh Claim for Relief:  Violation of Tennessee Code Ann. §§ 47-258-101, *et seq.*

Additionally, the Motion as to the following state-law claims of Sharp on statute of limitations grounds, to the extent the claims arise from conduct occurring more than four years prior to March 15, 2013, be granted and that the claims for relief be dismissed without leave to amend:

1. Second Claim for Relief:  Violation of the California Cartwright Act, Cal. Bus. & Prof. Code §§ 16700, *et seq.*;
2. Third Claim for Relief:  Violation of California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*;

3. Fourth Claim for Relief:  Violation of the New York Donnelly Act, N.Y. Gen. Bus. Law §§ 340, *et seq.*; and

4. Sixth Claim for Relief:  Violation of the New Jersey Antitrust Act, N.J. Stat. § 56:9-1, *et seq.*

**3. *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776.**

In the above-referenced action, the Motion as to the following state-law claims of Sharp on statute of limitations grounds, to the extent the claims arise from conduct occurring more than three years prior to April 29, 2013, be granted and that the claims for relief be dismissed without leave to amend:

1. Fifth Claim for Relief:  Violation of the New York Unfair Competition Law, N.Y. Gen. Bus. Law § 349; and

2. Seventh Claim for Relief:  Violation of Tennessee Code Ann. §§ 47-258-101, *et seq*.

Additionally, the Motion as to the following state-law claims of Sharp on statute of limitations grounds, to the extent the claims arise from purchases occurring more than four years prior to April 29, 2013, be granted and that the claims for relief be dismissed without leave to amend:

1. Second Claim for Relief:  Violation of the California Cartwright Act, Cal. Bus. & Prof. Code §§ 16700, *et seq.*;

2. Third Claim for Relief:  Violation of California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*;

3. Fourth Claim for Relief:  Violation of the New York Donnelly Act, N.Y. Gen. Bus. Law §§ 340, *et seq.*; and

4. Sixth Claim for Relief:  Violation of the New Jersey Antitrust Act, N.J. Stat. § 56:9-1, *et seq.*

**IT IS SO ORDERED**

Dated:_____        _____
                                                                Hon. Samuel Conti
                                                           United States District Judge