SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-SC<br><br>MDL No. 1917<br><br>(Individual Case No. 3:13-cv-02171-SC) |
| This Document Relates to:<br>    3:13-cv-02171-SC<br><br>DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., et al.<br><br>    Defendants. | **ANSWER OF DEFENDANTS SAMSUNG SDI AMERICA, INC., SAMSUNG SDI CO., LTD., SAMSUNG SDI (MALAYSIA) SDN. BHD., SAMSUNG SDI MEXICO S.A. DE C.V., SAMSUNG SDI BRASIL LTDA., SHENZHEN SAMSUNG SDI CO., LTD., AND TIANJIN SAMSUNG SDI CO., LTD. TO DELL PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1    Defendants Samsung SDI America, Inc. ("SDIA"), Samsung SDI Co., Ltd.

2    ("SDI Co."), Samsung SDI (Malaysia) Sdn Bhd. ("SDI Malaysia"), Samsung SDI Mexico

3    S.A. de C.V. ("SDI Mexico"), Samsung SDI Brasil Ltda. ("SDI Brasil"), Shenzhen

4    Samsung SDI Co. Ltd. ("SDI Shenzhen"), and Tianjin Samsung SDI Co., Ltd. ("SDI

5    Tianjin") (collectively "SDI" or the "Samsung SDI Defendants"), by and through their

6    undersigned counsel of record, answer Plaintiffs Dell Inc. and Dell Products L.P.'s

7    (collectively "Plaintiffs") First Amended Complaint (the "Complaint") and allege

8    additional or affirmative defenses as follows.  SDI denies each and every allegation in the

9    Complaint's section headings and in all portions of the Complaint not contained in

10   numbered paragraphs.  To the extent that the Complaint's allegations concern persons

11   and/or entities other than SDI, SDI denies that such allegations support any claim for relief

12   against SDI.

13   **I.        Introductory Allegations.**

14        1.    To the extent that the allegations of Paragraph 1 are definitional, SDI

15   avers that no response is required.  To the extent that the allegations of Paragraph 1

16   constitute legal contentions and/or conclusions, SDI avers that no response is required.  To

17   the extent that a response is required and to the extent that the allegations of Paragraph 1

18   relate to other defendants or other persons, SDI lacks knowledge or information sufficient

19   to form a belief as to their truth, and therefore denies them.  To the extent that a response is

20   required as to matters relating to SDI, SDI denies all of the allegations of Paragraph 1 and

21   all inferences arising therefrom.  Subject to the foregoing, SDI acknowledges that

22   Plaintiffs in the Complaint purport to refer to cathode ray tubes as "CRTs," and purport to

23   refer to the period from at least March 1, 1995 through at least November 25, 2007 as the

24   "Relevant Period," although SDI disputes the propriety of such definitions and any

25   inferences arising therefrom.

26        2.    To the extent that the allegations of Paragraph 2 constitute legal

27   contentions and/or conclusions, SDI avers that no response is required.  To the extent a

28   response is required, and to the extent that the allegations of Paragraph 2 relate to other

-1-

SAMSUNG SDI DEFENDANTS' ANSWER TO DELL
PLAINTIFFS' FIRST AMENDED COMPLAINT

1  defendants or other persons, SDI lacks knowledge or information sufficient to form a

2  belief as to their truth, and therefore denies them.  To the extent a response is required, and

3  to the extent that the allegations of Paragraph 2 relate to SDI, SDI denies all of the

4  allegations of Paragraph 2 with the exception of matters specifically admitted herein as

5  follows.  SDI admits that certain lawsuits have been coordinated for pretrial purposes in

6  *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, in the Northern

7  District of California.

8          3.      To the extent that the allegations of Paragraph 3 are definitional, SDI

9  avers that no response is required.  To the extent that a response is required and to the

10  extent that the allegations of Paragraph 3 relate to other defendants or other persons, SDI

11  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

12  denies them.  To the extent that a response is required as to matters relating to SDI, SDI

13  denies all of the allegations of Paragraph 3 and all inferences arising therefrom.  Subject to

14  the foregoing, SDI acknowledges that Plaintiffs in the Complaint purport to refer to

15  (i) color picture tubes as "CPTs," (ii) color display tubes as "CDTs," (iii) CPTs of all sizes

16  and the products containing them collectively as "CPT Products," (iv) CDTs of all sizes

17  and the products containing them collectively as "CDT Products," and (v) CDT Products

18  and CPT Products collectively as "CRT Products" although SDI disputes the propriety of

19  such definitions and any inferences arising therefrom.  SDI specifically denies that it

20  manufactured any electronic devices containing CPTs or CDTs.

21          4.      SDI avers that the allegations of Paragraph 4 constitute legal

22  contentions and/or conclusions to which no response is required.  To the extent a response

23  is required, and to the extent the allegations of Paragraph 4 relate to other defendants or

24  other persons, SDI lacks knowledge or information sufficient to form a belief as to their

25  truth, and therefore denies them.  To the extent a response is required, and to the extent the

26  allegations of Paragraph 4 pertain to SDI, SDI denies all of the allegations of Paragraph 4.

27          5.      SDI avers that the allegations of Paragraph 5 constitute legal

28  contentions and/or conclusions to which no response is required, but SDI nonetheless

-2-

SAMSUNG SDI DEFENDANTS' ANSWER TO DELL
PLAINTIFFS' FIRST AMENDED COMPLAINT

1   denies all of the allegations of Paragraph 5 to the extent they purport to pertain to SDI.

2   Further, to the extent that the allegations of Paragraph 5 relate to other defendants or other

3   persons, SDI lacks knowledge or information sufficient to form a belief as to their truth,

4   and therefore denies them.

5          6.      SDI avers that the allegations of Paragraph 6 and its subparts

6   constitute legal contentions and/or conclusions to which no response is required, but SDI

7   nonetheless denies all of the allegations of Paragraph 6 and its subparts to the extent they

8   purport to pertain to SDI.  Further, to the extent that the allegations of Paragraph 6 and its

9   subparts relate to other defendants or other persons, SDI lacks knowledge or information

10  sufficient to form a belief as to their truth, and therefore denies them.

11         7.      SDI avers that the allegations of Paragraph 7 constitute legal

12  contentions and/or conclusions to which no response is required, but SDI nonetheless

13  denies all of the allegations of Paragraph 7 to the extent they purport to pertain to SDI.

14  Further, to the extent that the allegations of Paragraph 7 relate to other defendants or other

15  persons, SDI lacks knowledge or information sufficient to form a belief as to their truth,

16  and therefore denies them.

17         8.      SDI avers that the allegations of Paragraph 8 constitute legal

18  contentions and/or conclusions to which no response is required, but SDI nonetheless

19  denies all of the allegations of Paragraph 8 to the extent they purport to pertain to SDI.

20  Further, to the extent that the allegations of Paragraph 8 relate to other defendants or

21  persons, SDI lacks knowledge or information sufficient to form a belief as to their truth,

22  and therefore denies them.

23         9.      With the exception of matters specifically admitted herein as follows,

24  SDI lacks knowledge or information sufficient to form a belief as to the truth of the

25  allegations in Paragraph 9, and therefore denies them.  SDI admits that the United States

26  Department of Justice ("DOJ") and other foreign competition authorities have announced

27  investigations relating to the cathode ray tubes industry.  SDI further admits on

28  information and belief that C.Y. Lin, the former Chairman and CEO of Defendant

-3-

SAMSUNG SDI DEFENDANTS' ANSWER TO DELL
PLAINTIFFS' FIRST AMENDED COMPLAINT

Chunghwa Picture Tubes, Ltd., was indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  SDI further admits on information and belief that six individuals have been indicted by the DOJ in connection with the DOJ's investigation of the color display tubes industry.  SDI further admits that Samsung SDI Company, Ltd. entered into a plea agreement with the DOJ related to an investigation of the cathode ray tubes industry, the terms of which are matters of public record.  SDI further admits that Korea's Fair Trade Commission has announced fines against certain color display tube manufacturers, and the European Commission has announced fines relating to the cathode ray tubes industry, and the details regarding those announcements are matters of public record.

10.    To the extent that the allegations of Paragraph 10 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, SDI denies all of the allegations of Paragraph 10 to the extent they purport to pertain to SDI.  To the extent that the allegations of Paragraph 10 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

**II.    Allegations Concerning Jurisdiction and Venue.**

11.    SDI admits that Plaintiffs purport to invoke the cited statutory provisions, but otherwise denies the allegations of Paragraph 11.

12.    SDI avers that the allegations of Paragraph 12 regarding subject matter jurisdiction constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 12 relate to SDI, SDI denies all of the allegations of Paragraph 12.  To the extent that the allegations of Paragraph 13 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

13.    SDI avers that the allegations of Paragraph 13 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a

-4-

response is required, and to the extent that allegations of Paragraph 13 relate to SDI, SDI denies all of the allegations of Paragraph 13.  To the extent that the allegations of Paragraph 13 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

14.     SDI avers that the allegations of Paragraph 14 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 14 relate to SDI, SDI denies all of the allegations of Paragraph 14.  To the extent that the allegations of Paragraph 14 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

15.     SDI avers that the allegations of Paragraph 15 regarding venue constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 15 relate to SDI, SDI denies all of the allegations of Paragraph 15, with the exception of matters specifically admitted herein as follows.  SDI admits that SDI Co., SDI Malaysia, SDI Mexico, SDI Brazil, SDI Shenzen, and SDI Tianjin maintain principal places of business in foreign countries.  SDI further admits that SDIA is licensed to and is doing business in California.  To the extent that the allegations of Paragraph 15 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

III.     **Allegations Concerning the Parties.**

16.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16, and therefore denies them.

17.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17, and therefore denies them.

18.     To the extent that the allegations of Paragraph 18 are definitional, SDI avers that no response is required.  To the extent that a response is required, SDI denies all of the allegations of Paragraph 18, with the exception of matters specifically admitted

-5-

1  herein as follows.  SDI admits that Plaintiffs in the Complaint purport to refer to Dell Inc.

2  and Dell Products, L.P. collectively as "Dell."

3         19.    SDI lacks knowledge or information sufficient to form a belief as to

4  the truth of the allegations of Paragraph 19, and therefore denies them.

5         20.    To the extent that the allegations of Paragraph 20 relate to other

6  defendants, or a plaintiff, or other persons, SDI lacks knowledge or information sufficient

7  to form a belief as to their truth, and therefore denies them.  To the extent the allegations of

8  Paragraph 20 relate to SDI, SDI denies all of those allegations.

9         21.    To the extent that the allegations of Paragraph 21 relate to other

10  defendants, or a plaintiff, or other persons, SDI lacks knowledge or information sufficient

11  to form a belief as to their truth, and therefore denies them.  To the extent the allegations of

12  Paragraph 21 relate to SDI, SDI denies all of those allegations.

13         22.    SDI avers that the allegations of Paragraph 22 constitute legal

14  contentions and/or conclusions to which no response is required.  To the extent a response

15  is required, SDI lacks knowledge or information sufficient to form a belief as to the truth

16  of the allegations of Paragraph 22, and therefore denies them.

17         23.    SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 23, and therefore denies them.

19         24.    SDI lacks knowledge or information sufficient to form a belief as to

20  the truth of the allegations of Paragraph 24, and therefore denies them.

21         25.    SDI lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations of Paragraph 25, and therefore denies them.

23         26.    SDI lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations of Paragraph 26, and therefore denies them.

25         27.    SDI lacks knowledge or information sufficient to form a belief as to

26  the truth of the allegations of Paragraph 27, and therefore denies them.

27         28.    SDI lacks knowledge or information sufficient to form a belief as to

28  the truth of the allegations of Paragraph 28, and therefore denies them.

1      29.     SDI avers that the allegations of Paragraph 29 are definitional, to

2   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

3   Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Shenzhen

4   SEG Hitachi Color Display Devices, Ltd., and Hitachi Electronic Devices (USA)

5   collectively in the Complaint as "Hitachi."

6      30.     SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 30, and therefore denies them.

8      31.     SDI lacks knowledge or information sufficient to form a belief as to

9   the truth of the allegations of Paragraph 31, and therefore denies them.

10     32.     SDI lacks knowledge or information sufficient to form a belief as to

11  the truth of the allegations of Paragraph 32, and therefore denies them.

12     33.     SDI avers that the allegations of Paragraph 33 are definitional, to

13  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

14  Irico Group Corporation, Irico Group Electronics Co., Ltd., and Irico Display Devices Co.,

15  Ltd. collectively in the Complaint as "Irico."

16     34.     SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 34, and therefore denies them.

18     35.     SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 35, and therefore denies them.

20     36.     SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 36, and therefore denies them.

22     37.     SDI avers that the allegations of Paragraph 37 are definitional, to

23  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

24  LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co.,

25  Ltd. collectively in the Complaint as "LG Electronics."

26     38.     SDI lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations of Paragraph 38, and therefore denies them.

28     39.     SDI lacks knowledge or information sufficient to form a belief as to

-7-

1    the truth of the allegations of Paragraph 39, and therefore denies them.

2              40.    SDI lacks knowledge or information sufficient to form a belief as to

3    the truth of the allegations of Paragraph 40, and therefore denies them.

4              41.    SDI avers that the allegations of Paragraph 41 are definitional, to

5    which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

6    Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., and

7    Mitsubishi Digital Electronics America, Inc. collectively in the Complaint as "Mitsubishi."

8              42.    SDI lacks knowledge or information sufficient to form a belief as to

9    the truth of the allegations of Paragraph 42, and therefore denies them.

10             43.    SDI lacks knowledge or information sufficient to form a belief as to

11   the truth of the allegations of Paragraph 43, and therefore denies them.

12             44.    SDI lacks knowledge or information sufficient to form a belief as to

13   the truth of the allegations of Paragraph 44, and therefore denies them.

14             45.    SDI lacks knowledge or information sufficient to form a belief as to

15   the truth of the allegations of Paragraph 45, and therefore denies them.

16             46.    SDI lacks knowledge or information sufficient to form a belief as to

17   the truth of the allegations of Paragraph 46, and therefore denies them.

18             47.    SDI avers that the allegations of Paragraph 47 are definitional, to

19   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

20   Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation,

21   Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria

22   Electronica Ltda. collectively in the Complaint as "Philips."

23             48.    SDI denies all of the allegations of Paragraph 48, with the exception

24   of matters specifically admitted herein.  SDI admits that SDI Co. is a publicly traded South

25   Korean company, but denies that its principal place of business is 15th-18th Floor, Samsung

26   Life Insurance Building, 150 2-ga, Taepyong-ro, Jung-gu, Seoul, 100-706, South Korea.

27   SDI admits that Samsung Electronics Co., Ltd. ("SEC") holds almost 20% of SDI Co.'s

28   stock, but specifically denies that SEC dominated or controlled SDI Co.  The Samsung

-8-

1  SDI Defendants aver that SDI Co. and SEC are independent, separately-owned, publicly

2  traded corporations, and demand strict proof to the contrary.

3          49.     SDI denies each and every allegation of Paragraph 49.

4          50.     SDI denies all of the allegations of Paragraph 50, with the exception

5  of matters specifically admitted herein as follows.  SDI admits that SDI Mexico is a

6  Mexican company with its principal place of business located at Blvd. Los Olivos,

7  No. 21014, Parque Industrial El Florido, Tijuana, B.C. Mexico.

8          51.     SDI denies all of the allegations of Paragraph 51, with the exception

9  of matters specifically admitted herein as follows.  SDI admits that SDI Malaysia is a

10  Malaysian company with its principal place of business at Lots 635 & 660, Kawasan

11  Perindustrian, Tuanku Jafaar, 71450 Sungai Gadut, Negeri Sembilan Darul Khusus,

12  Malaysia.

13          52.     SDI denies all of the allegations of Paragraph 52, with the exception

14  of matters specifically admitted herein as follows.  SDI admits that SDI Brasil is a

15  Brazilian company with its principal place of business located at Av. Eixo Norte Sul, S/N,

16  Distrito Industrial, 69088-480 Manaus, Amazonas, Brazil.

17          53.     SDI denies all of the allegations of Paragraph 53, with the exception

18  of matters specifically admitted herein as follows.  SDI admits that SDI Shenzhen is a

19  Chinese company with its principal place of business located at Huanggang Bei Lu, Futian

20  Gu, Shenzhen, China.

21          54.     SDI denies all of the allegations of Paragraph 54, with the exception

22  of matters specifically admitted herein as follows.  SDI admits that SDI Tianjin is a

23  Chinese company with its principal place of business located at Developing Zone of Yi-

24  Xian Park, Wuqing County, Tianjin, China.

25          55.     SDI avers that the allegations of Paragraph 55 are definitional, to

26  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

27  SDI Co., SDIA, SDI Mexico, SDI Brasil, SDI Shenzhen, SDI Tianjin, and SDI Malaysia

28  collectively in the Complaint as "Samsung," although SDI disputes the propriety of such

-9-

1   reference and any inferences that may be drawn therefrom.

2         56.   SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 56, and therefore denies them.

4         57.   SDI lacks knowledge or information sufficient to form a belief as to

5   the truth of the allegations of Paragraph 57, and therefore denies them.

6         58.   SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 58, and therefore denies them.

8         59.   SDI lacks knowledge or information sufficient to form a belief as to

9   the truth of the allegations of Paragraph 59, and therefore denies them.

10        60.   SDI avers that the allegations of Paragraph 60 are definitional, to

11  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

12  Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer

13  Electronics, Inc. collectively in the Complaint as "Thomson."

14        61.   SDI lacks knowledge or information sufficient to form a belief as to

15  the truth of the allegations of Paragraph 61, and therefore denies them.

16        62.   SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 62, and therefore denies them.

18        63.   SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 63, and therefore denies them.

20        64.   SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 64, and therefore denies them.

22        65.   SDI avers that the allegations of Paragraph 65 are definitional, to

23  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

24  Toshiba Corporation, Toshiba America Consumer Products, LLC, Toshiba America

25  Electronic Components, Inc., and Toshiba America Information Systems, Inc. collectively

26  in the Complaint as "Toshiba."

27  **IV.   Allegations Concerning Supposed Agents and Co-Conspirators.**

28        66.   To the extent that the allegations of Paragraph 66 relate to other

-10-

1    defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

2    and therefore denies them.  To the extent that the allegations of Paragraph 66 relate to SDI,

3    SDI denies all of those allegations.

4              67.    To the extent that the allegations of Paragraph 67 relate to other

5    defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

6    and therefore denies them.  To the extent that the allegations of Paragraph 67 relate to SDI,

7    SDI denies all of those allegations.

8              68.    To the extent that the allegations of Paragraph 68 relate to other

9    defendants or other persons, SDI lacks knowledge or information sufficient to form a

10   belief as to their truth, and therefore denies them.  To the extent that the allegations of

11   Paragraph 68 relate to SDI, SDI denies all of those allegations.

12             69.    SDI lacks knowledge or information sufficient to form a belief as to

13   the truth of the allegations of Paragraph 69, and therefore denies them.

14             70.    SDI lacks knowledge or information sufficient to form a belief as to

15   the truth of the allegations of Paragraph 70, and therefore denies them.

16             71.    SDI avers that the allegations of Paragraph 71 are definitional, to

17   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

18   Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.

19   collectively in the Complaint as "Chunghwa."

20             72.    SDI lacks knowledge or information sufficient to form a belief as to

21   the truth of the allegations of Paragraph 72, and therefore denies them.

22             73.    SDI avers that the allegations of Paragraph 73 are definitional, to

23   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

24   Daewoo Electronics Co., Ltd., Orion Electronic Co. and Daewoo-Orion Societe Anonyme

25   collectively in the Complaint as "Daewoo."

26             74.    SDI lacks knowledge or information sufficient to form a belief as to

27   the truth of the allegations of Paragraph 74, and therefore denies them.

28             75.    SDI lacks knowledge or information sufficient to form a belief as to

-11-

1   the truth of the allegations of Paragraph 75, and therefore denies them.

2         76.    SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 72, and therefore denies them.

4         77.    To the extent that the allegations of Paragraph 77 relate to other

5   defendants or other persons, SDI lacks knowledge or information sufficient to form a

6   belief as to their truth, and therefore denies them.  To the extent that the allegations of

7   Paragraph 77 relate to SDI, SDI denies all of those allegations.

8   **V.    Allegations Concerning Trade and Commerce.**

9         78.    SDI avers that the allegations of Paragraph 78 constitute legal

10  contentions and/or conclusions to which no response is required, but SDI nonetheless

11  denies all of the allegations of Paragraph 78 to the extent they purport to pertain to SDI.

12  Further, to the extent that the allegations of Paragraph 78 relate to other defendants, SDI

13  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

14  denies them.

15        79.    SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 79, and therefore denies them.

17        80.    SDI avers that the allegations of Paragraph 80 constitute legal

18  contentions and/or conclusions to which no response is required, but SDI nonetheless

19  denies all of the allegations of Paragraph 80 to the extent they purport to pertain to SDI.

20  Further, to the extent that the allegations of Paragraph 80 relate to other defendants, SDI

21  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

22  denies them.

23  **VI.   Factual Allegations.**

24        81.    To the extent that the allegations of Paragraph 81 are definitional, SDI

25  avers that no response is required.  To the extent a response is required, SDI lacks

26  knowledge or information sufficient to form a belief as to the truth of the allegations of

27  Paragraph 90, and therefore denies them.

28        82.    SDI lacks knowledge or information sufficient to form a belief as to

-12-

1   the truth of the allegations of Paragraph 82, and therefore denies them.

2           83.    To the extent that the allegations of Paragraph 83 are definitional, SDI

3   avers that no response is required.  To the extent a response is required, SDI lacks

4   knowledge or information sufficient to form a belief as to the truth of the allegations of

5   Paragraph 83, and therefore denies them.

6           84.    SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 84, and therefore denies them.

8           85.    To the extent that the allegations of Paragraph 85 are definitional, SDI

9   avers that no response is required.  To the extent a response is required, SDI lacks

10   knowledge or information sufficient to form a belief as to the truth of the allegations of

11   Paragraph 85, and therefore denies them, with the exception of matters specifically

12   admitted herein as follows.  SDI admits that CRTs can be subdivided into CDTs and CPTs.

13   SDI further admits that CPTs are used primarily in televisions and related devices and that

14   CDTs are primarily used in computer monitors and similar devices.

15           86.    SDI lacks knowledge or information sufficient to form a belief as to

16   the truth of the allegations of Paragraph 86, and therefore denies them.

17           87.    SDI lacks knowledge or information sufficient to form a belief as to

18   the truth of the allegations of Paragraph 87, and therefore denies them.

19           88.    SDI avers that the allegations of Paragraph 88 constitute legal

20   contentions and/or conclusions to which no response is required, but SDI nonetheless

21   denies all of the allegations of Paragraph 88.

22           89.    SDI denies each and every allegation of Paragraph 89.

23           90.    SDI lacks knowledge or information sufficient to form a belief as to

24   the truth of the allegations of Paragraph 90, and therefore denies them.

25           91.    To the extent that the allegations of Paragraph 91 relate to other

26   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

27   and therefore denies them.  To the extent that the allegations of Paragraph 91 relate to SDI,

28   SDI denies all of those allegations.

-13-

92.     To the extent that the allegations of Paragraph 92 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 92 relate to SDI, SDI denies all of those allegations.

93.     To the extent that the allegations of Paragraph 93 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 93 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, SDI Co. was a member of EDIRAK (the Electronic Display Industrial Research Association of Korea) and KODEMIA (the Korean Display Equipment Material Industry Association).

94.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94, and therefore denies them.

95.     To the extent that the allegations of Paragraph 95 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 95 relate to SDI, SDI denies all of those allegations.

96.     To the extent that the allegations of Paragraph 96 and its subparts relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 96 and its subparts relate to SDI, SDI denies all of those allegations.

97.     To the extent that the allegations of Paragraph 97 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 97 relate to SDI, SDI denies all of those allegations.

98.     To the extent that the allegations of Paragraph 98 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

-14-

1   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 98

2   relate to SDI, SDI denies all of those allegations.

3          99.     SDI lacks knowledge or information sufficient to form a belief as to

4   the truth of the allegations of Paragraph 99, and therefore denies them.

5          100.    SDI lacks knowledge or information sufficient to form a belief as to

6   the truth of the allegations of Paragraph 100, and therefore denies them.

7          101.    To the extent that the allegations of Paragraph 101 relate to other

8   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

9   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 101

10  relate to SDI, SDI denies all of those allegations.

11         102.    To the extent that the allegations of Paragraph 102 relate to other

12  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

13  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 102

14  relate to SDI, SDI denies all of those allegations.

15         103.    To the extent that the allegations of Paragraph 103 relate to other

16  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

17  and therefore denies them.  To the extent that the allegations of Paragraph 103 relate to

18  SDI, SDI denies all of those allegations.

19         104.    To the extent that the allegations of Paragraph 104 relate to other

20  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

21  and therefore denies them.  To the extent that the allegations of Paragraph 104 relate to

22  SDI, SDI denies all of those allegations.

23         105.    To the extent that the allegations of Paragraph 105 relate to other

24  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

25  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 105

26  relate to SDI, SDI denies all of those allegations.

27         106.    To the extent that the allegations of Paragraph 106 relate to other

28  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

SMRH:410189276.3
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO DELL
PLAINTIFFS' FIRST AMENDED COMPLAINT

1   their truth, and therefore denies them. To the extent that the allegations of Paragraph 106

2   relate to SDI, SDI denies all of those allegations.

3          107.   To the extent that the allegations of Paragraph 107 relate to other

4   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

5   their truth, and therefore denies them. To the extent that the allegations of Paragraph 107

6   relate to SDI, SDI denies all of those allegations.

7          108.   To the extent that the allegations of Paragraph 108 relate to other

8   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

9   their truth, and therefore denies them. To the extent that the allegations of Paragraph 108

10  relate to SDI, SDI denies all of those allegations.

11         109.   SDI denies each and every allegation of Paragraph 109.

12         110.   To the extent that the allegations of Paragraph 110 relate to other

13  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

14  their truth, and therefore denies them. To the extent that the allegations of Paragraph 110

15  relate to SDI, SDI denies all of those allegations.

16         111.   To the extent that the allegations of Paragraph 111 relate to other

17  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

18  their truth, and therefore denies them. To the extent that the allegations of Paragraph 111

19  relate to SDI, SDI denies all of those allegations.

20         112.   To the extent that the allegations of Paragraph 112 relate to other

21  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

22  their truth, and therefore denies them. To the extent that the allegations of Paragraph 112

23  relate to SDI, SDI denies all of those allegations.

24         113.   To the extent that the allegations of Paragraph 113 relate to other

25  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

26  their truth, and therefore denies them. To the extent that the allegations of Paragraph 113

27  relate to SDI, SDI denies all of those allegations.

28

SMRH:410189276.3
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO DELL
PLAINTIFFS' FIRST AMENDED COMPLAINT

1          114.    To the extent that the allegations of Paragraph 114 relate to other

2    defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

3    their truth, and therefore denies them.  To the extent that the allegations of Paragraph 114

4    relate to SDI, SDI denies all of those allegations.

5          115.    To the extent that the allegations of Paragraph 115 relate to other

6    defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

7    their truth, and therefore denies them.  To the extent that the allegations of Paragraph 115

8    relate to SDI, SDI denies all of those allegations.

9          116.    To the extent that the allegations of Paragraph 116 relate to other

10   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

11   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 116

12   relate to SDI, SDI denies all of those allegations.

13         117.    To the extent that the allegations of Paragraph 117 relate to other

14   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

15   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 117

16   relate to SDI, SDI denies all of those allegations.

17         118.    To the extent that the allegations of Paragraph 118 relate to other

18   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

19   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 118

20   relate to SDI, SDI denies all of those allegations.

21         119.    To the extent that the allegations of Paragraph 119 relate to other

22   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

23   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 119

24   relate to SDI, SDI denies all of those allegations.

25         120.    To the extent that the allegations of Paragraph 120 relate to other

26   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

27   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 120

28   relate to SDI, SDI denies all of those allegations.

-17-

1        121.    To the extent that the allegations of Paragraph 121 relate to other

2   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

3   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 121

4   relate to SDI, SDI denies all of those allegations.

5        122.    To the extent that the allegations of Paragraph 122 relate to other

6   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

7   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 122

8   relate to SDI, SDI denies all of those allegations.

9        123.    To the extent that the allegations of Paragraph 123 and its subparts

10  relate to other defendants or entities, SDI lacks knowledge or information sufficient to

11  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

12  of Paragraph 123 and its subparts relate to SDI, SDI denies all of those allegations.

13       124.    To the extent that the allegations of Paragraph 124 and its subparts

14  relate to other defendants or entities, SDI lacks knowledge or information sufficient to

15  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

16  of Paragraph 124 and its subparts relate to SDI, SDI denies all of those allegations.

17       125.    To the extent that the allegations of Paragraph 125 relate to other

18  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

19  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 125

20  relate to SDI, SDI denies all of those allegations.

21       126.    To the extent that the allegations of Paragraph 126 relate to other

22  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

23  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 126

24  relate to SDI, SDI denies all of those allegations.

25       127.    To the extent that the allegations of Paragraph 127 relate to other

26  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

27  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 127

28  relate to SDI, SDI denies all of those allegations.

-18-

1          128.    To the extent that the allegations of Paragraph 128 relate to other

2    defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

3    their truth, and therefore denies them.  To the extent that the allegations of Paragraph 128

4    relate to SDI, SDI denies all of those allegations.

5          129.    To the extent that the allegations of Paragraph 129 relate to other

6    defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

7    their truth, and therefore denies them.  To the extent that the allegations of Paragraph 129

8    relate to SDI, SDI denies all of those allegations.

9          130.    To the extent that the allegations of Paragraph 130 relate to other

10   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

11   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 130

12   relate to SDI, SDI denies all of those allegations.

13         131.    To the extent that the allegations of Paragraph 131 relate to other

14   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

15   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 131

16   relate to SDI, SDI denies all of those allegations.

17         132.    To the extent that the allegations of Paragraph 132 relate to other

18   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

19   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 132

20   relate to SDI, SDI denies all of those allegations.

21         133.    To the extent that the allegations of Paragraph 133 relate to other

22   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

23   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 133

24   relate to SDI, SDI denies all of those allegations.

25         134.    To the extent that the allegations of Paragraph 134 relate to other

26   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

27   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 134

28   relate to SDI, SDI denies all of those allegations.

1        135.   To the extent that the allegations of Paragraph 135 relate to other

2   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

3   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 135

4   relate to SDI, SDI denies all of those allegations.

5        136.   To the extent that the allegations of Paragraph 136 relate to other

6   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

7   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 136

8   relate to SDI, SDI denies all of those allegations.

9        137.   To the extent that the allegations of Paragraph 137 relate to other

10  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

11  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 137

12  relate to SDI, SDI denies all of those allegations.

13       138.   To the extent that the allegations of Paragraph 138 relate to other

14  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

15  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 138

16  relate to SDI, SDI denies all of those allegations.

17       139.   To the extent that the allegations of Paragraph 139 relate to other

18  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

19  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 139

20  relate to SDI, SDI denies all of those allegations.

21       140.   To the extent that the allegations of Paragraph 140 relate to other

22  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

23  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 140

24  relate to SDI, SDI denies all of those allegations.

25       141.   To the extent that the allegations of Paragraph 141 relate to other

26  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

27  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 141

28  relate to SDI, SDI denies all of those allegations.

1    142.    To the extent that the allegations of Paragraph 142 relate to other
2    defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
3    their truth, and therefore denies them.  To the extent that the allegations of Paragraph 142
4    relate to SDI, SDI denies all of those allegations.

5    143.    To the extent that the allegations of Paragraph 143 relate to other
6    defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
7    their truth, and therefore denies them.  To the extent that the allegations of Paragraph 143
8    relate to SDI, SDI denies all of those allegations.

9    144.    To the extent that the allegations of Paragraph 144 relate to other
10   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
11   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 144
12   relate to SDI, SDI denies all of those allegations.

13   145.    To the extent that the allegations of Paragraph 145 relate to other
14   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
15   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 145
16   relate to SDI, SDI denies all of those allegations.

17   146.    To the extent that the allegations of Paragraph 146 relate to other
18   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
19   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 146
20   relate to SDI, SDI denies all of those allegations.

21   147.    To the extent that the allegations of Paragraph 147 relate to other
22   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
23   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 147
24   relate to SDI, SDI denies all of those allegations.

25   148.    To the extent that the allegations of Paragraph 148 relate to other
26   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
27   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 148
28   relate to SDI, SDI denies all of those allegations.

-21-

149.    To the extent that the allegations of Paragraph 149 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 149 relate to SDI, SDI denies all of those allegations.

150.    To the extent that the allegations of Paragraph 150 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 150 relate to SDI, SDI denies all of those allegations.

151.    To the extent that the allegations of Paragraph 151 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 151 relate to SDI, SDI denies all of those allegations.

152.    To the extent that the allegations of Paragraph 152 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 152 relate to SDI, SDI denies all of those allegations.

153.    To the extent that the allegations of Paragraph 153 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 153 relate to SDI, SDI denies all of those allegations.

154.    To the extent that the allegations of Paragraph 154 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 151 relate to SDI, SDI denies all of those allegations.

155.    SDI denies each and every allegation of Paragraph 155.

156.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 156, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that cathode ray tubes can

-22-

1    be used in certain television and computer monitor products.

2           157.   SDI lacks knowledge or information sufficient to form a belief as to

3    the truth of the allegations of Paragraph 157, and therefore denies them.

4           158.   SDI lacks knowledge or information sufficient to form a belief as to

5    the truth of the allegations of Paragraph 158, and therefore denies them.

6           159.   SDI lacks knowledge or information sufficient to form a belief as to

7    the truth of the allegations of Paragraph 159, and therefore denies them.

8           160.   SDI lacks knowledge or information sufficient to form a belief as to

9    the truth of the allegations of Paragraph 160, and therefore denies them.

10          161.   To the extent that the allegations of Paragraph 161 relate to other

11   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

12   and therefore denies them.  To the extent that the allegations of Paragraph 161 relate to

13   SDI, SDI denies all of those allegations, with the exception of matters specifically

14   admitted herein as follows.  SDI admits that, in or about May, 2008, the Hungarian

15   Competition Authority ("HCA") announced its own investigation of the cathode ray tubes

16   industry.  With respect to the HCA announcement purportedly quoted from in

17   Paragraph 188, SDI refers Plaintiffs to the referenced document for a description of its

18   content.

19          162.   With the exception of matters specifically admitted on information

20   and belief herein as follows, SDI lacks knowledge or information sufficient to form a

21   belief as to the truth of the allegations in Paragraph 162, and therefore denies them.  SDI

22   admits on information and belief that C.Y. Lin, the former Chairman and CEO of

23   Defendant Chunghwa Picture Tubes, Ltd., was indicted by the DOJ in connection with the

24   DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of

25   public record.  With respect to the press release purportedly quoted from in Paragraph 162,

26   SDI refers Plaintiffs to the referenced document for a description of its content.

27          163.   With the exception of matters specifically admitted on information

28   and belief herein as follows, SDI lacks knowledge or information sufficient to form a

-23-

belief as to the truth of the allegations in Paragraph 163, and therefore denies them.  SDI admits on information and belief that Wu Jen Cheng, formerly of Chunghwa Picture Tubes, Ltd., was indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly characterized in Paragraph 163, SDI refers Plaintiffs to the referenced document for a description of its content.

164.    With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164, and therefore denies them.  SDI admits on information and belief that Chung Cheng Yeh was indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly quoted from n Paragraph 164, SDI refers Plaintiffs to the referenced document for a description of its content.

165.    With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165, and therefore denies them.  SDI admits on information and belief that Seung-Kyu Lee and Jae-Sik Kim were indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly quoted from in Paragraph 165, SDI refers Plaintiffs to the referenced document for a description of its content.

166.    With the exception of matters specifically admitted herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166, and therefore denies them.  SDI admits that Korea's Fair Trade Commission has announced fines of certain color display tube manufacturers, and the content of that announcement is a matter of public record.

SMRH:410189276.3
MDL No. 1917

1    167.    SDI denies the allegations in Paragraph 167, with the exception of

2    matters specifically admitted herein as follows.  SDI admits that SDI Co. entered into an

3    amended plea agreement with the United States related to an investigation of the cathode

4    ray tubes industry, the terms of which are a matter of public record.  With respect to the

5    documents purportedly quoted in Paragraph 167, SDI refers Plaintiffs to the referenced

6    documents for a description of their specific contents.

7    168.    With the exception of matters specifically admitted herein as follows,

8    SDI lacks knowledge or information sufficient to form a belief as to the truth of the

9    allegations in Paragraph 168, and therefore denies them.  SDI admits that the European

10   Commission has announced fines relating to its investigation into the cathode ray tubes

11   industry, and the details regarding that announcement are matters of public record.

12   169.    To the extent that the allegations of Paragraph 169 relate to other

13   defendants or other persons, SDI lacks knowledge or information sufficient to form a

14   belief as to their truth, and therefore denies them.  To the extent that the allegations of

15   Paragraph 169 relate to SDI, SDI denies all of those allegations.

16   170.    To the extent that the allegations of Paragraph 170 relate to SDI, SDI

17   denies all of those allegations.  To the extent that the allegations of Paragraph 170 relate to

18   other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

19   truth, and therefore denies them, with the exception of matters specifically admitted herein

20   as follows.  SDI admits on information and belief that SEC entered into a plea agreement

21   with the DOJ related to an investigation of dynamic random access memory, the terms of

22   which are a matter of public record.

23   171.    To the extent that the allegations of Paragraph 171 relate to SDI, SDI

24   denies all of those allegations.  To the extent that the allegations of Paragraph 171 relate to

25   other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

26   truth, and therefore denies them.

27   172.    SDI lacks knowledge or information sufficient to form a belief as to

28   the truth of the allegations in the first sentence of Paragraph 172, and therefore denies

SAMSUNG SDI DEFENDANTS' ANSWER TO DELL
PLAINTIFFS' FIRST AMENDED COMPLAINT

them.  To the extent that the allegations of the second sentence of Paragraph 172 relate to SDI, SDI denies all of those allegations.  To the extent that the allegations of the second sentence of Paragraph 172 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

173.    With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173, and therefore denies them.  SDI admits on information and belief that LG Display Co., Ltd., Sharp Corporation, and Chunghwa Picture Tubes, Ltd. entered into plea agreements with the DOJ related to an investigation of the TFT-LCD industry, the terms of which are matters of public record.

174.    With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174, and therefore denies them.  SDI admits on information and belief that Hitachi, Ltd. entered into a plea agreement with the DOJ related to an investigation of the TFT-LCD industry, the terms of which are matters of public record.

175.    To the extent that the allegations of Paragraph 175 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 175 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, SDI Co. attended the Korea Display Conference.

176.    To the extent that the allegations of Paragraph 176 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 176 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, SDI Co. attended the Korea Display Conference.  SDI further admits that, during at least

-26-

1  portions of the alleged period, SDI Co. was a member of KODEMIA and EDIRAK.

2       177.   To the extent that the allegations of Paragraph 177 relate to other

3  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

4  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 177

5  relate to SDI, SDI denies all of those allegations, with the exception of matters specifically

6  admitted herein as follows.  SDI admits that, during at least portions of the alleged period,

7  H.K. Chung, Woo Jong Lee, Bae Choel-Han, Jung Ho-Gyun and H.C. Kim attended the

8  Korea Display Conference.

9       178.   To the extent that the allegations of Paragraph 178 relate to other

10  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

11  and therefore denies them. To the extent that the allegations of Paragraph 178 relate to

12  SDI, SDI denies all of those allegations.

13       179.   To the extent that the allegations of Paragraph 179 relate to other

14  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

15  and therefore denies them.  To the extent that the allegations of Paragraph 179 relate to

16  SDI, SDI denies all of those allegations.

17       180.   To the extent that the allegations of Paragraph 180 relate to other

18  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

19  and therefore denies them.  To the extent that the allegations of Paragraph 180 relate to

20  SDI, SDI denies all of those allegations.

21       181.   To the extent that the allegations of Paragraph 181 relate to other

22  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

23  and therefore denies them.  To the extent that the allegations of Paragraph 181 relate to

24  SDI, SDI denies all of those allegations.

25       182.   SDI lacks knowledge or information sufficient to form a belief as to

26  the truth of the allegations of Paragraph 182, and therefore denies them.

27       183.   SDI lacks knowledge or information sufficient to form a belief as to

28  the truth of the allegations of Paragraph 183, and therefore denies them.

184.   SDI denies all the allegations of Paragraph 184, with the exception of matters specifically admitted herein as follows.  SDI admits that, in late 2005, SDI closed its cathode ray tube factory in Germany.

185.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 285, and therefore denies them.

186.   To the extent that the allegations of Paragraph 186 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 186 relate to SDI, SDI denies all of those allegations.

187.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 287, and therefore denies them.

188.   SDI denies the allegations in the last sentence of Paragraph 188.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 188, and therefore denies them.

189.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 189, and therefore denies them.

190.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 189, and therefore denies them.

191.   SDI denies the allegations in the last sentence of Paragraph 191.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 191, and therefore denies them.

192.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 192, and therefore denies them.

193.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 193, and therefore denies them.

194.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 194, and therefore denies them.

195.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 195, and therefore denies them.

196.    SDI denies each and every allegation of Paragraph 196.

197.    To the extent that the allegations of Paragraph 197 and its subparts relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 197 and its subparts relate to SDI, SDI denies all of those allegations.

198.    SDI denies each and every allegation of Paragraph 198.

**VII.    Allegations Concerning Supposed Fraudulent Concealment.**

199.    SDI denies each and every allegation of Paragraph 199.

200.    SDI denies each and every allegation of Paragraph 200.

201.    To the extent that the allegations of Paragraph 201 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 201 relate to SDI, SDI denies all of those allegations.

202.    To the extent that the allegations of Paragraph 202 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 202 relate to SDI, SDI denies all of those allegations.

203.    To the extent that the allegations of Paragraph 203 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 203 relate to SDI, SDI denies all of those allegations.

204.    SDI denies each and every allegation of Paragraph 204.

205.    SDI denies each and every allegation of Paragraph 205.

206.    To the extent that the allegations of Paragraph 206 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 206 relate to

1  SDI, SDI denies all of those allegations.

2          207.    To the extent that the allegations of Paragraph 207 relate to other

3  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

4  and therefore denies them.  To the extent that the allegations of Paragraph 207 relate to

5  SDI, SDI denies all of those allegations.

6          208.    To the extent the allegations of Paragraph 208 constitute legal

7  conclusions and/or contentions, SDI avers that no response is required.  To the extent that

8  a response is required, and the allegations of Paragraph 208 relate to other defendants, or

9  other persons, SDI lacks knowledge or information sufficient to form a belief as to their

10  truth, and therefore denies them.  To the extent that the allegations of Paragraph 208 relate

11  to SDI, SDI denies all of those allegations.

12          209.    To the extent that the allegations of Paragraph 209 and all of its

13  subparts relate to other defendants, SDI lacks knowledge or information sufficient to form

14  a belief as to their truth, and therefore denies them.  To the extent that the allegations of

15  Paragraph 209 and all of its subparts relate to SDI, SDI denies all of those allegations.

16          210.    To the extent that the allegations of Paragraph 210 and all of its

17  subparts relate to other defendants, SDI lacks knowledge or information sufficient to form

18  a belief as to their truth, and therefore denies them.  To the extent that the allegations of

19  Paragraph 210 and all of its subparts relate to SDI, SDI denies all of those allegations.

20          211.    To the extent that the allegations of Paragraph 211 relate to other

21  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

22  and therefore denies them.  To the extent that the allegations of Paragraph 211 relate to

23  SDI, SDI denies all of those allegations.

24          212.    SDI denies the allegations in the last sentence of Paragraph 212.  SDI

25  lacks knowledge or information sufficient to form a belief as to the truth of the remaining

26  allegations of Paragraph 212, and therefore denies them.

27          213.    SDI denies the allegations in the last sentence of Paragraph 213.  SDI

28  lacks knowledge or information sufficient to form a belief as to the truth of the remaining

-30-

1   allegations of Paragraph 213, and therefore denies them.

2           214.   To the extent that the allegations of Paragraph 214 relate to other

3 defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

4 and therefore denies them.  To the extent that the allegations of Paragraph 214 relate to

5 SDI, SDI denies all of those allegations.

6           215.   To the extent that the allegations of Paragraph 215 relate to other

7 defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

8 and therefore denies them.  To the extent that the allegations of Paragraph 215 relate to

9 SDI, SDI denies all of those allegations.

10          216.   To the extent that the allegations of Paragraph 216 relate to other

11 defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

12 and therefore denies them.  To the extent that the allegations of Paragraph 216 relate to

13 SDI, SDI denies all of those allegations.

14          217.   To the extent the allegations of Paragraph 217 constitute legal

15 conclusions and/or contentions, SDI avers that no response is required.  To the extent that

16 a response is required, SDI denies all of the allegations of Paragraph 217.

17          218.   To the extent the allegations of Paragraph 218 constitute legal

18 conclusions and/or contentions, SDI avers that no response is required.  To the extent that

19 a response is required, SDI denies all of the allegations of Paragraph 218.

20 **VIII.   Allegations Concerning Claim for Alleged Violations of 15 U.S.C. § 1.**

21          219.   SDI repeats and incorporates by reference its responses to

22 Paragraphs 1 through 218 of the Complaint with the same force and effect as if set forth

23 herein at length.

24          220.   SDI avers that the allegations of Paragraph 220 constitute legal

25 contentions and/or conclusions to which no response is required, but SDI nonetheless

26 denies all of those allegations.

27          221.   SDI denies each and every allegation of Paragraph 221.

28          222.   SDI denies each and every allegation of Paragraph 222.

-31-

1          223.    SDI denies each and every allegation of Paragraph 223, including its

2    subparts.

3          224.    SDI denies each and every allegation of Paragraph 224.

4          225.    SDI denies each and every allegation of Paragraph 225.

5          226.    SDI denies each and every allegation of Paragraph 226, including its

6    subparts.

7          227.    SDI denies each and every allegation of Paragraph 227.

8    **IX.    Allegations Concerning Plaintiffs' Prayer for Relief.**

9          228.    SDI denies that Plaintiffs suffered any injury or incurred any damages

10   by any act or omission of SDI as alleged in the Complaint, and further denies that

11   Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in

12   the Complaint.

13                 **ADDITIONAL OR AFFIRMATIVE DEFENSES**

14         Without assuming any burden it would not otherwise bear, SDI asserts the

15   following additional and/or affirmative defenses to Plaintiffs' Complaint:

16              **FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**

17                   **(Failure to State a Claim)**

18         The Complaint fails to state a claim upon which relief can be granted.

19             **SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**

20                   **(Waiver and Estoppel)**

21         Plaintiffs' claims should be dismissed to the extent that they are barred, in

22   whole or in part, by the doctrines of waiver and/or estoppel.

23              **THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**

24                         **(Laches)**

25         Plaintiffs' claims should be dismissed to the extent that they are barred, in

26   whole or in part, by the equitable doctrine of laches.

27

28

SMRH:410189276.3
MDL No. 1917

## FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of unclean hands.

## FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Remedies Unconstitutional, Unauthorized or Contrary to Public Policy)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized.

## SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Absence of Damages)

Plaintiffs' claims should be dismissed because Plaintiffs have suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent that Plaintiffs purportedly suffered injury or damage, which SDI specifically denies, SDI further contends that any such purported injury or damage was not by reason of any act or omission of SDI.

## SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Antitrust Injury)

Plaintiffs' claims should be dismissed because Plaintiffs have not suffered actual, cognizable antitrust injury of the type antitrust laws are intended to remedy.

## EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Uncertainty of Damages)

Plaintiffs' claims should be dismissed because the alleged damages sought are too speculative and uncertain, and cannot be practicably ascertained or allocated.

## NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiffs' claims should be dismissed, in whole or in part, because Plaintiffs failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged

-33-

1  damages, if any.

2  ## TENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

3  ### (Statutes of Limitation)

4         Plaintiffs' claims should be dismissed to the extent that they are barred, in

5  whole or in part, by the applicable statute(s) of limitations.

6  ## ELEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

7  ### (Unjust Enrichment)

8         Plaintiffs' claims should be dismissed to the extent that they are barred, in

9  whole or in part, because Plaintiffs would be unjustly enriched if they were allowed to

10  recover any part of the damages alleged in the Complaint.

11  ## TWELFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

12  ### (Lack of Proximate Cause)

13         Plaintiffs' claims should be dismissed to the extent that they are barred, in

14  whole or in part, due to the absence of any injury or damage for which SDI's actions,

15  conduct, or omissions were the proximate cause.

16  ## THIRTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

17  ### (Adequate Remedy at Law)

18         Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs

19  have available an adequate remedy at law.

20  ## FOURTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

21  ### (Privilege)

22         Plaintiffs' claims should be dismissed to the extent that they are barred, in

23  whole or in part, because any action taken by or on behalf of SDI was justified, constituted

24  bona fide business competition and was taken in pursuit of its own legitimate business and

25  economic interests, and is therefore privileged.

26  ## FIFTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

27  ### (Non-actionable or Governmental Privilege)

28         Plaintiffs' claims are barred, in whole or in part, because the alleged conduct

-34-

1  of SDI that is the subject of the Complaint was caused by, due to, based upon, or in

2  response to directives, laws, regulations, policies, and/or acts of governments,

3  governmental agencies and entities, and/or regulatory agencies, and such is non-actionable

4  or privileged.

### SIXTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Parties)

7        Plaintiffs' claims should be dismissed to the extent that they are barred, in

8  whole or in part, for failure to join indispensable parties.

### SEVENTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Comparative Fault)

11        Plaintiffs' claims should be dismissed to the extent that they are barred, in

12  whole or in part, because any and all injuries alleged in the Complaint, the fact and extent

13  of which SDI specifically denies, were directly and proximately caused or contributed to

14  by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other

15  than SDI.

### EIGHTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acquiescence)

18        Plaintiffs' claims should be dismissed to the extent that they are barred, in

19  whole or in part, by Plaintiffs' acquiescence in and/or confirmation of any and all conduct

20  and/or omissions alleged as to SDI.

### NINETEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction and/or Failure to State a Claim Under the Foreign Trade Antitrust Improvements Act)

      Plaintiffs' claims based on foreign purchases, if any, should be dismissed to

the extent that they are barred, in whole or in part, because they are outside the Court's

subject matter jurisdiction as defined by the Foreign Trade Antitrust Improvements Act, 15

U.S.C. § 6a and/or analogous state authority.

-35-

1
<u>**TWENTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

2
**(Uncertainty)**

3
Plaintiffs' claims should be dismissed for uncertainty and vagueness and

4
because their claims are ambiguous, and/or unintelligible.  SDI avers that Plaintiffs' claims

5
do not describe the events or legal theories with sufficient particularity to permit SDI to

6
ascertain what other defenses may exist.  SDI therefore reserves the right to amend its

7
Answer to assert additional defenses and/or supplement, alter, or change its Answer and/or

8
defenses upon the discovery of more definitive facts upon the completion of its

9
investigation and discovery.

10
<u>**TWENTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

11
**(Lack of Standing to Sue for Injuries Alleged)**

12
Plaintiffs' claims should be dismissed, in whole or in part, to the extent

13
Plaintiffs lack standing to sue for the injuries alleged in the Complaint.  To the extent that

14
Plaintiffs purchased products containing CRTs, as opposed to CRTs themselves, their

15
alleged injuries are even more speculative, derivative, indirect, and remote.  Plaintiffs'

16
damage claims create an impermissible risk of duplicative recoveries and complex damage

17
apportionment.

18
<u>**TWENTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

19
**(Competition Not Harmed)**

20
Plaintiffs' claims should be dismissed to the extent that they are barred, in

21
whole or in part, because SDI's actions did not lessen competition in the relevant

22
market(s).

23
<u>**TWENTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

24
**(Intervening or Superseding Acts of Third Parties)**

25
Plaintiffs' damages, if any, resulted from the acts or omissions of third

26
parties over whom SDI had no control or responsibility.  The acts of such third parties

27
constitute intervening or superseding causes of harm, if any, suffered by Plaintiffs.

28

## TWENTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Injury or Damages Offset by Benefits Received)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits Plaintiffs received with respect to the challenged conduct.

## TWENTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Increased Output and Lower Prices)

SDI, without admitting the existence of any contract, combination, or conspiracy in restraint of trade as alleged in the Complaint, avers that the matters about which Plaintiffs complain resulted in increased output and lower prices for CRTs and/or CRT Products.

## TWENTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Prices Fixed by Plaintiffs)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because the price of CRTs and/or CRT Products was fixed, if at all, by Plaintiffs and/or other purchasers of CRTs and/or CRT Products, either individually or collectively.

## TWENTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

## TWENTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Plead Conspiracy with Particularity)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient particularity.

1

## TWENTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

2

### (No Detrimental Reliance)

3        Plaintiffs' claims should be dismissed to the extent that they are barred, in

4   whole or in part, because Plaintiffs did not detrimentally rely upon any alleged deceptive

5   trade conduct as alleged in the Complaint.

6

## THIRTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

7

### (Arbitration Agreements)

8        Plaintiffs' claims should be dismissed to the extent that they are barred, in

9   whole or in part, by agreements that require arbitration of the matters alleged in the

10  Complaint.

11

## THIRTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

12

### (Settlement Set Off)

13       Without admitting that plaintiffs are entitled to recover damages in this

14  matter, SDI is entitled to set off from any recovery Plaintiffs may obtain against SDI any

15  amount paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs'

16  claims in this matter.

17

## THIRTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

18

### (Failure to State a Claim for Injunctive Relief)

19       Plaintiffs' claims should be dismissed to the extent that they are barred, in

20  whole or in part, because Plaintiffs have failed to state a claim for injunctive relief insofar

21  as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite

22  showing of threatened harm or continuing harm.

23

## THIRTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

24

### (Lack of Jurisdiction)

25       Plaintiffs' claims should be dismissed to the extent that they are barred, in

26  whole or in part, because any alleged conduct of SDI occurred outside of the jurisdiction of

27  the Court.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## THIRTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Damages Passed On)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint, which SDI specifically denies, was passed on to persons or entities other than the Plaintiffs and/or was passed on by Plaintiffs to other parties.

## THIRTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Damages Not Passed Through to Plaintiffs)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint was not incurred by or passed on to Plaintiffs, or was incurred by or passed on to persons or entities other than Plaintiffs.

## THIRTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Unreasonable Restraint Of Trade)

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of SDI did not unreasonably restrain trade.

## THIRTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Ultra Vires)

To the extent that my actionable conduct may have occurred, Plaintiffs' claims against SDI are barred because all such alleged conduct would have been committed by individuals acting ultra vires.

## THIRTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Proportionality)

To the extent SDI is found liable for damages, the fact and extent of which are expressly denied by SDI, those damages must be reduced in proportion to SDI's degree of fault.

-39-

## THIRTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Forum Non Conveniens)

Plaintiffs' claims are barred, in whole or in part, because of the doctrine of forum non conveniens.

## FORTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Permitted By Law)

Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct or statements that are specifically permitted by law.

## FORTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Multiple Recoveries)

To the extent Plaintiffs' claims would result in SDI paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple recoveries would violate rights guaranteed to SDI by the U.S. Constitution and other law, including, without limitation, rights guaranteed under the Due Process Clause of the Fourteenth Amendment.

## FORTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Extraterritorial Application)

Plaintiffs' claims are barred, in whole or in part, by the U.S. Constitution and/or other applicable law to the extent their claims seek the improper extraterritorial application of the laws cited to any transactions occurring outside the United States.

## FORTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Market Power)

Plaintiffs' claims are barred, in whole or in part, to the extent they have failed to allege or prove that SDI possessed or possesses market power in any legally cognizable relevant market.

## FORTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Privity Of Contract)

Plaintiffs' claims are barred, in whole or in part, to the extent that privity of

-40-

1  contract is required to establish their claims.

2  ## FORTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

3  ### (Release)

4  Plaintiffs' claims are barred, in whole or in part, because they have been

5  released by Plaintiffs and/or others.

6  ## FORTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

7  ### (Voluntary Payment)

8  Plaintiffs' claims are barred, in whole or in part, by the voluntary payment

9  doctrine, under which one cannot recover payments with full knowledge of the facts.

10  ## FORTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

11  ### (Federal Trade Commission)

12  Any alleged conduct by SDI is, or if in interstate commerce would be,

13  subject to and complies with the rules and regulations of, and the statutes administered by,

14  the Federal Trade Commission or other official department, division, commission or

15  agency of the United States as such rules, regulations, or statutes are interpreted by the

16  Federal Trade Commission or such department, division, commission or agency of the

17  federal courts.

18  ## FORTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

19  ### (Other Defenses Incorporated by Reference)

20  SDI adopts and incorporates by reference any and all other additional or

21  affirmative defenses asserted or to be asserted by any other defendant in this proceeding to

22  the extent that Samsung SDI may share in such affirmative defenses.

23  ## FORTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

24  ### (Reservation of Rights to Assert Additional Defenses)

25  SDI has not knowingly or intentionally waived any applicable defenses and

26  explicitly reserves the right to assert and rely on such other applicable defenses as may

27  become available or apparent during discovery proceedings.  SDI further reserves the right

28  to amend its Answer and/or its defenses accordingly, and/or to delete defenses that it

-41-

1   determines are not applicable during the course of subsequent discovery.

2

3           WHEREFORE, the Samsung SDI Defendants pray for judgment as follows:

4       1.    That Plaintiffs take nothing under the Complaint, and the Complaint be dismissed with prejudice;

5

6       2.    That judgment be entered in favor of the Samsung SDI Defendants and against Plaintiffs on each and every cause of action set forth in the Complaint;

7

8       3.    That the Samsung SDI Defendants recover their costs of suit and attorneys' fees incurred herein; and

9       4.    That the Samsung SDI Defendants be granted such other and further relief as the Court deems just and proper.

10

11   Dated:  October 7, 2013             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

12

13

14           By       */s/ Michael W. Scarborough*

15                  MICHAEL W. SCARBOROUGH

16                  Attorneys for Defendants

17                SAMSUNG SDI AMERICA, INC.,
                    SAMSUNG SDI CO., LTD.,

18         SAMSUNG SDI (MALAYSIA) SDN. BHD.,
           SAMSUNG SDI MEXICO S.A. DE C.V.,

19             SAMSUNG SDI BRASIL LTDA.,

20        SHENZEN SAMSUNG SDI CO., LTD. and
           TIANJIN SAMSUNG SDI CO., LTD.

21

22

23

24

25

26

27

28

-42-

SAMSUNG SDI DEFENDANTS' ANSWER TO DELL
PLAINTIFFS' FIRST AMENDED COMPLAINT