1  Christopher M. Curran (*pro hac vice*)
2  ccurran@whitecase.com
   Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America Information Systems, Inc.,*
10 *and Toshiba America Electronic*
11 *Components, Inc.*

12
13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14                  (SAN FRANCISCO DIVISION)

15

16  IN RE: CATHODE RAY TUBE (CRT)          Case No. 07-5944 SC
    ANTITRUST LITIGATION                   MDL No. 1917
17

18
    This Document Relates to
19  Case No. 13-cv-02171-SC (N.D. Cal.)

20
    DELL INC. and DELL PRODUCTS L.P.,
21
22              Plaintiffs,
                                           **[PROPOSED] ORDER GRANTING**
23       v.                                **THE TOSHIBA DEFENDANTS'**
                                           **MOTION TO DISMISS DELL'S**
24  HITACHI, LTD., *et al.*,               **COMPLAINT**
25
                Defendants.
26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  Upon consideration of the Toshiba Defendants' Notice of Motion and Motion to
2  Dismiss Dell's Complaint and supporting Memorandum of Points and Authorities, it is
3  hereby
4  ORDERED that the Toshiba Defendants' Motion to Dismiss Dell's Complaint for
5  lack of standing is GRANTED without leave to amend; and it is further
6  ORDERED that this action is hereby dismissed with prejudice as to Defendants
7  Toshiba Corporation, Toshiba America Electronic Corporation, Inc., and Toshiba America
8  Information Systems, Inc. (collectively, the "Toshiba Defendants").

10  IT IS SO ORDERED

12  DATED:_____                    _____
13                                              Hon. Samuel Conti
14                                              United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS'
MOTION TO DISMISS DELL'S COMPLAINT
Case No. 07-5944 SC
MDL No. 1917