Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., and Toshiba
America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION;<br>SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>               Plaintiffs,<br><br>      v.<br><br>HITACHI, LTD., *et al.*,<br><br>               Defendants. | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Pursuant to Civil Local Rules 7-11 and 79-5(b), Defendants Toshiba Corporation,

2   Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America

3   Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their

4   counsel, respectfully request an order permitting the Toshiba Defendants to file the following

5   documents under seal:  (1) Exhibit A to the Declaration of Akihiko Kashiwagi in Support of

6   the Toshiba Defendants' Motion to Dismiss Sharp's Complaint (a true and correct copy of

7   the Basic Transaction Agreement ("BTA") between Sharp Corporation and Toshiba

8   Corporation); and (2) Attachment 3 to the Toshiba Defendants' Motion to Dismiss Sharp's

9   Complaint (the certified translation of the BTA).

10   This motion is supported by the Declaration of Lucius B. Lau in Support of the

11   Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil

12   Local Rules 7-11 and 79-5(d), dated October 7, 2013 ("Lau Declaration").  *See* Civ. L. R. 79-

13   5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a

14   declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

15   Civil Local Rule 79-5(b) states that a document may only be filed under seal

16   "pursuant to a court order that authorizes the sealing of the particular document . . ." and

17   requires the party seeking to file a document under seal to show that the document contains

18   information that "is privileged, protectable as a trade secret or otherwise entitled to protection

19   under the law."  Civ. L. R. 79-5(b).  This Court's General Order No. 62 sets forth procedures

20   applicable to the filing of sealed documents in civil cases.

21   The Toshiba Defendants seek to file Exhibit A to the Kashiwagi Declaration and

22   Exhibit 1 to the Toshiba Defendants' Motion to Dismiss Sharp's Complaint because there are

23   "compelling reasons" to do so for both documents.  *Kamakana v. City & Cnty. of Honolulu*,

24   447 F.3d 1172, 1180 (9th Cir. 2006) (establishing "compelling reasons" as the standard to file

25   attachments to dispositive motions under seal).  A party meets the "compelling reasons"

26   standard by presenting "articulable facts" identifying the interests favoring filing the

27   documents under seal.  *Id*. at 1181.  As set forth in the Lau Declaration, the Toshiba

28   Defendants meet this standard because the BTA contains confidential, non-public information

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)
Case No. C 11-6397 SC
MDL No. 1917

1    about the Toshiba Defendants' business practices and relationship with the Sharp companies

2    that remain important to the Toshiba Defendants' competitive position.

3         For these reasons, the standard for filing under seal is met in the present case and the

4    Toshiba Defendants respectfully submit this motion pursuant to Civil Local Rule 7-11 and

5    79-5.

6                                               Respectfully submitted,

7

8    Dated:  October 7, 2013                    **WHITE & CASE** LLP

9

10                                        By:  _/s/ Lucius B. Lau_____
                                               Christopher M. Curran (*pro hac vice*)
11                                              ccurran@whitecase.com
                                               Lucius B. Lau (*pro hac vice*)
12                                              alau@whitecase.com
                                               Dana E. Foster (*pro hac vice*)
13                                              defoster@whitecase.com
                                               701 Thirteenth Street, N.W.
14                                              Washington, DC  20005
                                               tel.: (202) 626-3600
15                                              fax: (202) 639-9355
16
                                               *Counsel to Defendants Toshiba*
17                                              *Corporation, Toshiba America, Inc.,*
18                                              *Toshiba America Information Systems,*
                                               *Inc., Toshiba America Electronic*
19                                              *Components, Inc.*
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

**CERTIFICATE OF SERVICE**

On October 7, 2013, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

　　　　　　　　　　　　　　　　　　 */s/ Lucius B. Lau*
　　　　　　　　　　　　　　　　　　 Lucius B. Lau