1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., America Information*
10 *Systems, Inc., and Toshiba America*
11 *Electronic Components, Inc.*

12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT OF CALIFORNIA
14                   (SAN FRANCISCO DIVISION)

15

16 | IN RE: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC
17 | ANTITRUST LITIGATION          | MDL No. 1917

18
19 This Document Relates to
   Case No. 13-cv-1173-SC (N.D. Cal.)
20
21 SHARP ELECTRONICS CORPORATION;
   SHARP ELECTRONICS
22 MANUFACTURING COMPANY OF          **[PROPOSED] ORDER GRANTING**
   AMERICA, INC.,                    **TOSHIBA DEFENDANTS'**
23                                   **ADMINISTRATIVE MOTION TO**
24                Plaintiffs,        **FILE DOCUMENTS UNDER SEAL**
                                     **PURSUANT TO CIVIL LOCAL RULES**
25       v.                          **7-11 AND 79-5(b)**
26 HITACHI, LTD., *et al.*,
27
                  Defendants.
28

1  Upon consideration of the Toshiba Defendants' Administrative Motion to File
2  Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), submitted in
3  connection with the Toshiba Defendants' Motion to Dismiss Sharp's Complaint, it hereby:
4  ORDERED that the Administrative Motion is hereby GRANTED; and it is further
5  ORDERED that the Clerk shall file and maintain under seal Exhibit A attached to the
6  Declaration of Akihiko Kashiwagi in Support of the Toshiba Defendants' Motion to Dismiss
7  Sharp's Complaint and Attachment 3 to the Toshiba Defendants' Motion to Dismiss Sharp's
8  Complaint.

10  **IT IS SO ORDERED.**

12  Dated: _____    _____
13                                   HONORABLE SAMUEL CONTI
14                                   UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005