# ATTACHMENT 1

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HITACHI, LTD., *et al.*,<br><br>　　　　　Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' MOTION TO DISMISS SHARP'S COMPLAINT** |

1  Upon consideration of the Toshiba Defendants' Notice of Motion and Motion to
2  Dismiss Sharp's Complaint and supporting Memorandum of Points and Authorities, it is
3  hereby
4  ORDERED that the Toshiba Defendants' Motion to Dismiss Sharp's Complaint is
5  GRANTED; and it is further
6  ORDERED that this action is hereby dismissed with prejudice as to Defendants
7  Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Corporation, Inc.,
8  and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants").

10  IT IS SO ORDERED

12  DATED:_____         _____
13                                    Hon. Samuel Conti
14                                    United States District Judge