ATTACHMENT 2

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **DECLARATION OF AKIHIKO KASHIWAGI IN SUPPORT OF THE TOSHIBA DEFENDANTS' MOTION TO DISMISS SHARP'S COMPLAINT** |

I, Akihiko Kashiwagi, declare:

1. I am Akihiko Kashiwagi employed by Toshiba Corporation. I have personal knowledge of the facts set forth herein.
2. Attached as Exhibit A is a true and correct copy of the Basic Transaction Agreement ("BTA") between Sharp Corporation and Toshiba Corporation.
3. Based on information and belief, the BTA between Sharp Corporation and Toshiba Corporation was signed on March 1, 1977. The BTA has been automatically renewed yearly since that date and remained in effect until August 31, 2007.
4. Tokyo Shibaura Electric Co., Ltd. was the official name of Toshiba Corporation from 1939 until 1984. In 1984, Toshiba Corporation replaced Tokyo Shibaura Electric Co., Ltd. as the company's official name.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of October, 2013, at Tokyo, Japan.

*Akihiko Kashiwagi*
Akihiko Kashiwagi

Exhibit A to the Kashiwagi Declaration

Filed Under Seal