ATTACHMENT 3

FILED UNDER SEAL