

# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon     )

In Re:  56864
Samuel Randall
Kenny Nachwalter, PA
201 S. Biscayne Blvd., Ste. 1100
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 2008.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 3rd day of October, 2013.

Pam Gerard
Supervisor, Membership Records
The Florida Bar

PG/KLCW3:R10



# The Florida Bar

651 East Jefferson Street
Tallahassee, Florida 32399-2300

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 56864
Samuel Randall
Kenny Nachwalter, PA
201 S. Biscayne Blvd., Ste. 1100
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 2008.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 3rd day of October, 2013.

Pam Gerard
Supervisor, Membership Records
The Florida Bar

PG/KLCW3:R10