1  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
2  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
3  JONATHAN E. ALTMAN (State Bar No. 170607)
   jonathan.altman@mto.com
4  BETHANY W. KRISTOVICH (State Bar No. 241891)
   bethany.kristovich@mto.com
5  LAURA K. SULLIVAN (State Bar No. 281542)
   laura.sullivan@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
7  Twenty-Seventh Floor
   San Francisco, California 94105-2907
8  Telephone:   (415) 512-4000
   Facsimile:    (415) 512-4077
9
   Attorneys for Defendant
10 LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** |
| *Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171-SC | |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173-SC | Judge:   The Honorable Samuel Conti |
| *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* Case No. 13-cv-00157-SC | |

IT IS HERBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendant LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") as follows:

1. The First Amended Complaint in the above-captioned action and all claims asserted therein by plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data") against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

21832047.2

1    2.    The First Amended Complaint in the above-captioned action and all claims asserted
2 therein by plaintiffs Dell Inc. and Dell Products L.P. ("Dell") against LGETT are dismissed,
3 without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil
4 Procedure;
5    3.    The Complaint in the above-captioned action and all claims asserted therein by
6 plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of
7 America, Inc. ("Sharp") against LGETT are dismissed, without prejudice and without costs,
8 pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;
9    4.    The undersigned parties jointly and respectfully request that the Court enter this
10 Stipulation as an Order.

11    **IT IS SO STIPULATED.**

12 DATED:  October 9, 2013                    MUNGER, TOLLES & OLSON LLP

By:  */s/ William D. Temko*
HOJOON HWANG (SBN 184950)
*Hojoon.Hwang@mto.com*
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA   94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO  (SBN 098858)
*William.Temko@mto.com*
JONATHAN E. ALTMAN (SBN 170607)
*Jonathan.Altman@mto.com*
BETHANY W. KRISTOVICH (SBN 241891)
*Bethany.Kristovich@mto.com*
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Devfendant
LG Electronics Taiwan Taipei Co., Ltd.

21832047.2                              -2-

| | | |
|---|---|---|
| 1 | DATED:  October 9, 2013 | ALSTON & BIRD |
| 2 | | |
| | | By:   /s/ Debra D. Bernstein |
| 3 | | DEBRA D. BERNSTEIN (*pro hac vice*) |
| | | *debra.bernstein@alston.com* |
| 4 | | MICHAEL P. KENNY (*pro hac vice*) |
| | | *mike.kenny@alston.com* |
| 5 | | RODNEY J. GANSKE (*pro hac vice*) |
| | | *rod.ganske@alston.com* |
| 6 | | MATTHEW D. KENT (*pro hac vice*) |
| 7 | | *matthew.kent@alston.com* |
| | | ELIZABETH JORDAN (*pro hac vice*) |
| 8 | | *elizabeth.jordan@alston.com* |
| | | MELISSA WHITEHEAD (*pro hac vice*) |
| 9 | | *melissa.whitehead@alston.com* |
| | | **ALSTON & BIRD LLP** |
| 10 | | 1201 West Peachtree Street |
| 11 | | Atlanta, GA  30309-3424 |
| | | Telephone:     (404) 881-7000 |
| 12 | | Facsimile:      (404) 881-7777 |
| 13 | | Attorneys for Plaintiffs |
| 14 | | Dell Inc. and Dell Products L.P. |
| 15 | DATED:  October 9, 2013 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 16 | | |
| | | By:   /s/ Craig A. Benson |
| 17 | | KENNETH A. GALLO (*pro hac vice*) |
| 18 | | *kgallo@paulweiss.com* |
| | | JOSEPH J. SIMONS (*pro hac vice*) |
| 19 | | *jsimons@ paulweiss.com* |
| | | CRAIG A. BENSON (*pro hac vice*) |
| 20 | | *cbenson paulweiss.com* |
| 21 | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 22 | | 2001 K Street, NW |
| | | Washington, DC  20006 |
| 23 | | Telephone:     (202) 223-7356 |
| | | Facsimile:      (202) 204-7356 |
| 24 | | |
| 25 | | Attorneys for Plaintiffs |
| | | Sharp Electronics Corporation and Sharp Electronics |
| 26 | | Manufacturing Company of America, Inc. |
| 27 | | |
| 28 | | |

21832047.2                                                                -3-

| | | |
|---|---|---|
| 1 | DATED:  October 9, 2013 | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| 2 | | |
| 3 | | By:   /s/ Scott N. Wagner<br>ROBERT W. TURKEN |
| 4 | | rturken@bilzin.com<br>MITCHELL E. WIDOM |
| 5 | | mwidom@bilzin.com<br>SCOTT N. WAGNER |
| 6 | | swagner@bilzin.com |
| 7 | | **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** |
| 8 | | 1450 Brickell Avenue, Suite 2300<br>Miami, FL  33131-3456 |
| 9 | | Telephone:     (305) 374-7580<br>Facsimile:      (305) 374-7593 |
| 10 | | |
| 11 | | STUART H. SINGER<br>**BOIES, SCHILLER & FLEXNER LLP** |
| 12 | | 401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, FL  33301 |
| 13 | | Telephone:     (954) 356-0011<br>Facsimile:      (954) 356-0022 |
| 14 | | Email:           ssinger@bsfllp.com |
| 15 | | |
| 16 | | Attorneys for Plaintiffs<br>Tech Data Corporation and Tech Data Product Management, Inc. |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  _____          _____
                                                                    Honorable Samuel Conti
                                                                    United States District Judge

21832047.2                                                          -4-