HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
JONATHAN E. ALTMAN (State Bar No. 170607)
jonathan.altman@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
LAURA K. SULLIVAN (State Bar No. 281542)
laura.sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> *Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171-SC <br><br> *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173-SC <br><br> *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-00157-SC | ***PROOF OF SERVICE*** **OF STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** <br><br> Judge: The Honorable Samuel Conti |

21865563.1

**PROOF OF SERVICE BY MAIL**

I, Vivian S. Rodriguez, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Los Angeles, California 90071.

2. On **October 9, 2013**, I served true copies of the attached documents entitled ***STIPULATION WITH PROPOSED ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.,*** by placing it in a sealed envelope clearly labeled to identify the persons being served at the addresses shown below on the attached service list and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service at 355 South Grand Avenue, Los Angeles, California, following ordinary business practices:

***See attached Service List***

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on **October 9, 2013**, at Los Angeles, California.

*/s/ Vivian S. Rodriguez*
_____
Vivian S. Rodriguez

**PROOF OF SERVICE BY MAIL**
*Dell Inc. and Dell Products L.P. v. Hitachi, Ltd., et al.*
Case No.: 3:07-CV-05944-SC

**SERVICE LIST**

Charles H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Clinton Paul Walker
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street, Fifth Floor
Modesto, CA 95354

Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

Gregory D. Hull
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

John G. Emerson
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

John Gressette Felder, Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

21865563.1

| | |
|---|---|
| 1 | Katherine Hamilton Wheaton |
| 2 | 300 North LaSalle Street<br>Chicago, IL 60654 |
| 3 | |
| 4 | Krishna B. Narine<br>Schiffrin & Barroway, LLP |
| 5 | Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004 |
| 6 | Lawrence D. McCabe |
| 7 | Murray Frank & Sailer LLP<br>275 Madison Avenue |
| 8 | New York, NY 10016 |
| 9 | Lawrence P. Schaefer |
| 10 | Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South |
| 11 | 220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| 12 | |
| 13 | Lewis Titus LeClair<br>McKool Smith |
| 14 | 300 Crescent Court, Suite 1500<br>Dallas, TX 75201 |
| 15 | |
| 16 | Lori A. Fanning<br>Miller Law LLC |
| 17 | 115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| 18 | |
| 19 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield |
| 20 | East 1000 First National Bank Building<br>322 Minnesota Street |
| 21 | St. Paul, MN 55101 |
| 22 | Martin E. Grossman |
| 23 | Law Offices of Martin E. Grossman<br>2121 Green Brier Drive |
| 24 | Villanova, PA 19085 |
| 25 | Matthew E. Van Tine<br>Miller Law LLC |
| 26 | 115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Melissa Willett |
| | Boies, Schiller & Flexner |
| 2 | 5301 Wisconsin Avenue, NW |
| | Suite 800 |
| 3 | Washington, DC  20015 |
| 4 | |
| | Mike McKool , Jr |
| 5 | McKool Smith, P.C. |
| | 300 Crescent Court, Suite 1500 |
| 6 | Dallas, TX  75201 |
| 7 | |
| | Neal A Eisenbraun |
| 8 | Neal A Eisenbraun, Chartered |
| | 2599 Mississippi Street |
| 9 | New Brighton, MN  55113 |
| 10 | |
| | Niki B. Okcu |
| 11 | AT&T Services, Inc. Legal Dept. |
| | 525 Market Street, 20th Floor |
| 12 | San Francisco, CA  94105 |
| 13 | Patricia A. Conners |
| | Attorney General's Office |
| 14 | Department of Legal Affairs |
| | Antitrust Section |
| 15 | PL-01 The Capitol |
| 16 | Tallahassee, FL  32399-1050 |
| 17 | Paul F Novak |
| | Milberg LLP |
| 18 | One Kennedy Square |
| 19 | 777 Woodward Avenue, Suite 890 |
| | Detroit, MI  48226 |
| 20 | |
| | Richard M. Hagstrom |
| 21 | Zelle Hofmann Voelbel Mason & Gette LLP |
| | 500 Washington Avenue South, Suite 4000 |
| 22 | Minneapolis, MN  55415 |
| 23 | |
| | Robert B. Gerard |
| 24 | Gerard Selden & Osuch |
| | 1516 Front Street |
| 25 | San Diego, CA  92101 |
| 26 | |
| | Roger Martin Schrimp |
| 27 | Damrell Nelson Schrimp Pallios Pacher & Silva |
| | 1601 I Street 5th Floor |
| 28 | Modesto, CA  95354 |

21865563.1                                                -5-

| | |
|---|---|
| 1 | Samuel J. Sharp |
| | 701 13th Street NW |
| 2 | Washington, DC  20005 |
| 3 | |
| | Steven A. Reiss |
| 4 | Weil Gotshal & Manges LLP |
| | 767 Fifth Avenue |
| 5 | New York, NY  10153-0119 |
| 6 | |
| | Traviss Levine Galloway |
| 7 | Zelle Hofmann Voelbel Mason & Gette |
| | 44 Montgomery Street, Suite 3400 |
| 8 | San Francisco, CA  94104 |