KAMALA D. HARRIS
Attorney General of California
MARK J. BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
MICHAEL JORGENSON  (SBN 201145)
NICOLE GORDON   (SBN 224138)
PAUL MOORE  (SBN 241157)
PAMELA PHAM  (SBN 235493)
BRIAN WANG  (SBN 284490)
EMILIO E. VARANINI  (SBN 163952)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5908
  Fax:  (415) 703-5480
  E-mail:  Emilio.Varanini@doj.ca.gov
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>**CALIFORNIA ATTORNEY GENERAL'S NOTICE TO THE COURT AND ALL PARTIES OF HER INTENT TO DEPOSE WITNESSES IDENTIFIED BY THE PHILIPS DEFENDANTS PURSUANT TO THEIR COOPERATION AGREEMENT** |

Pursuant to the Special Master's Report and Recommendation (Document 1092), the California Attorney General may designate 10 witnesses for her to take the lead in deposing separately.  The California Attorney General hereby apprises the Court and all parties that she will depose the following witnesses pursuant to this Report and Recommendation and the Philips Defendants' cooperation agreement:

1

1.  Leo Mink, former employee of the Philips Defendants;

2.  Kris Mortier, current employee of the Philips Defendants;

2.  James "Jim" Smith, former employee of the Philips Defendants.  This is a conditional designation.  If the Direct Purchaser Plaintiffs have not settled with Samsung SDI as of the date of this deposition, the Attorney General will support the Direct Purchaser Plaintiffs taking the lead as to this deposition given that they also have a cooperation agreement with Philips.

These individuals were identified as percipient witnesses by the Philips Defendants pursuant to their cooperation agreement with the California Attorney General.

Dated:  October 10, 2013                       Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California


*/s/Emilio E. Varanini*
EMILIO E. VARANINI
Deputy Attorney General
*Attorneys for Plaintiff*