# *Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

October 11, 2013

**VIA ECF AND HAND DELIVERY**

Honorable Samuel Conti
United States District Court
Northern District of California
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94123

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL 1917

Dear Judge Conti:

On September 16, 2013, the Indirect Purchaser Plaintiffs ("IPPs") filed a Motion for Preliminary Approval of their Settlement with LG Electronics, Inc., LG Electronics (USA), Inc., and LG Electronics Taiwan Taipei Co., Ltd.

In response thereto, the Attorneys General of Illinois, Oregon and Washington sought clarification of the definition of the settling "Class." The parties have met, conferred and agreed on a Class definition that alleviates the Attorneys General concerns. A [Proposed] Revised Order Granting the Motion for Preliminary Approval is attached hereto.

There are no objections to the IPPs' pending Motion for Preliminary Approval.

Respectfully submitted,

/s/ Mario N. Alioto
Mario N. Alioto
Lead Counsel for the Indirect Purchaser Class

cc. All Counsel via ECF