1  *STIPULATING PARTIES AND COUNSEL LISTED ON SIGNATURE PAGES*

2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 | **STIPULATION AND [PROPOSED] ORDER REGARDING COSTCO'S FIRST AMENDED COMPLAINT** |

1       Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Costco Wholesale Corp. ("Costco") and defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI") have conferred by and through their counsel and, subject to the Court's approval, hereby stipulate as follows:

      WHEREAS, on November 14, 2011, Costco filed a Complaint in the Western District of Washington, *Costco Wholesale Corp. v. Hitachi, Ltd.*, Case No. 2:11-cv-01909-RSM;

      WHEREAS, on November 28, 2011, the Judicial Panel on Multidistrict Litigation issued a conditional transfer order pursuant to 28 U.S.C. § 1407, transferring the Costco action to the Northern District of California, to be consolidated with MDL No. 1917, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-5944-SC (the "MDL");

      WHEREAS, the Costco Action was transferred to the Northern District of California;

      WHEREAS, on March 26, 2013, Direct Action Plaintiffs filed a Motion for Leave to File Amended Complaints (Dkt. No. 1609), which included a request by Costco to amend its complaint to add SDI as a defendant;

      WHEREAS, on June 28, 2013, the Interim Special Master issued a Report and Recommendation Regarding Direct Action Plaintiffs' Motion for Leave to Amend (the "Report and Recommendation") (Dkt. No. 1751), recommending, *inter alia*, that the Court grant Costco's request to amend its complaint to add SDI as a defendant;

      WHEREAS, on September 26, 2013, the Court issued an order adopting the Interim Special Master's recommendation that Costco be allowed to amend its complaint to add SDI as a defendant (Dkt. No. 1959);

      WHEREAS, on October 3, 2013, Costco filed a First Amended Complaint in the Northern District of California, *Costco Wholesale Corporation v. Hitachi, Ltd.*, Case No. 3:11-cv-06397, Master File No. 3:07-cv-05944-SC (Dkt. No. 1982) ("First Amended Complaint"), naming SDI as a defendant;

1    WHEREAS, SDI has not yet been formally served with process;

2    WHEREAS, counsel for SDI and counsel for Costco have met and conferred and
3 have agreed to an extension of time for SDI to respond to Costco's First Amended Complaint;

4    WHEREAS, no previous time modifications have been granted with respect to
5 Costco's First Amended Complaint and entry of this stipulation will not affect the remaining
6 schedule for this action;

7    IT IS HEREBY STIPULATED AND AGREED by and between counsel for
8 Costco and SDI, as follows:

9    1.    SDI shall be deemed served with Costco's First Amended Complaint as of
10 the date of execution of this Stipulation by the undersigned parties;

11    2.    SDI's answer to, or motion to dismiss, Costco's First Amended Complaint
12 shall be due by November 4, 2013;

13    3.    The undersigned parties jointly and respectfully request that the Court enter
14 this stipulation as an order.

Dated:  October 9, 2013       By:     */s/ Tyler M. Cunningham*
                                       GARY L. HALLING (66087)
                                       Email: ghalling@sheppardmullin.com
                                       JAMES L. McGINNIS (95788)
                                       Email: jmcginnis@sheppardmullin.com
                                       MICHAEL W. SCARBOROUGH (203524)
                                       Email: mscarborough@sheppardmullin.com
                                       TYLER M. CUNNINGHAM (243694)
                                       Email: tcunningham@sheppardmullin.com
                                       **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
                                       Four Embarcadero Center, 17th Floor
                                       San Francisco, California 94111-4109
                                       Telephone: (415) 434-9100
                                       Facsimile: (415) 434-3947

                                       *Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd.*

                              By:     */s/ David J. Burman*
                                       DAVID J. BURMAN (*pro hac vice*)

-2-

DBurman@perkinscoie.com
CORI G. MOORE (*pro hac vice*)
CGMoore@perkisncoie.com
ERIC J. WEISS (*pro hac vice*)
EWeiss@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

JOREN BASS (Bar No. 208143)
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

10/15/2013

IT IS SO ORDERED

Judge Samuel Conti

-3-

SMRH:410189276.3

STIPULATION AND [PROPOSED] ORDER REGARDING COSTCO'S FIRST AMENDED COMPLAINT