1  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
2  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
3  JONATHAN E. ALTMAN (State Bar No. 170607)
   jonathan.altman@mto.com
4  BETHANY W. KRISTOVICH (State Bar No. 241891)
   bethany.kristovich@mto.com
5  LAURA K. SULLIVAN (State Bar No. 281542)
   laura.sullivan@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
7  Twenty-Seventh Floor
   San Francisco, California 94105-2907
8  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
9
   Attorneys for Defendant
10 LG Electronics Taiwan Taipei Co., Ltd.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) |
| 15  | MDL No. 1917 |
| 16  This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** |
| 17  *Dell Inc., et al. v. Hitachi, Ltd., et al.,* Case No. 13-cv-02171-SC | |
| 18  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* Case No. 13-cv-01173-SC | |
| 19  | Judge:   The Honorable Samuel Conti |
| 20  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* Case No. 13-cv-00157-SC | |
| 21  | |

22         IT IS HERBY STIPULATED AND AGREED by and between counsel for the

23  undersigned  Plaintiffs and Defendant LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") as

24  follows:

25         1.      The First Amended Complaint in the above-captioned action and all claims asserted

26  therein by plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech

27  Data") against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a)

28  of the Federal Rules of Civil Procedure;

1    2.    The First Amended Complaint in the above-captioned action and all claims asserted

2  therein by plaintiffs Dell Inc. and Dell Products L.P. ("Dell") against LGETT are dismissed,

3  without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil

4  Procedure;

5    3.    The Complaint in the above-captioned action and all claims asserted therein by

6  plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of

7  America, Inc. ("Sharp") against LGETT are dismissed, without prejudice and without costs,

8  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

9    4.    The undersigned parties jointly and respectfully request that the Court enter this

10  Stipulation as an Order.

11         **IT IS SO STIPULATED.**

12  DATED:  October 9, 2013         MUNGER, TOLLES & OLSON LLP

13                        By:   _/s/ William D. Temko_____

14                        HOJOON HWANG (SBN 184950)
                          _Hojoon.Hwang@mto.com_
15                        **MUNGER, TOLLES & OLSON LLP**
                          560 Mission Street, Twenty-Seventh Floor
16                        San Francisco, CA   94105-2907
                          Telephone:    (415) 512-4000
17                        Facsimile:    (415) 512-4077

18
                          WILLIAM D. TEMKO  (SBN 098858)
19                        _William.Temko@mto.com_
                          JONATHAN E. ALTMAN (SBN 170607)
20                        _Jonathan.Altman@mto.com_
                          BETHANY W. KRISTOVICH (SBN 241891)
21                        _Bethany.Kristovich@mto.com_
                          **MUNGER, TOLLES & OLSON LLP**
22                        355 South Grand Avenue, Thirty-Fifth Floor
                          Los Angeles, CA  90071-1560
23                        Telephone:    (213) 683-9100
                          Facsimile:    (213) 687-3702
24

25                        Attorneys for Devfendant
26                        LG Electronics Taiwan Taipei Co., Ltd.

27

28

1  DATED:  October 9, 2013                    ALSTON & BIRD

2                                             By:   _/s/ Debra D. Bernstein_____
                                              DEBRA D. BERNSTEIN (*pro hac vice*)
3                                             *debra.bernstein@alston.com*
                                              MICHAEL P. KENNY (*pro hac vice*)
4                                             *mike.kenny@alston.com*
                                              RODNEY J. GANSKE (*pro hac vice*)
5                                             *rod.ganske@alston.com*
                                              MATTHEW D. KENT (*pro hac vice*)
6                                             *matthew.kent@alston.com*
                                              ELIZABETH JORDAN (*pro hac vice*)
7                                             *elizabeth.jordan@alston.com*
                                              MELISSA WHITEHEAD *(pro hac vice)*
8                                             *melissa.whitehead@alston.com*
                                              **ALSTON & BIRD LLP**
9                                             1201 West Peachtree Street
10                                            Atlanta, GA  30309-3424
                                              Telephone:     (404) 881-7000
11                                            Facsimile:     (404) 881-7777

12

13                                            Attorneys for Plaintiffs
                                              Dell Inc. and Dell Products L.P.
14

15 DATED:  October 9, 2013                    PAUL, WEISS, RIFKIND, WHARTON &
                                              GARRISON LLP
16
                                              By:   _/s/ Craig A. Benson_____
17                                            KENNETH A. GALLO (*pro hac vice*)
                                              *kgallo@paulweiss.com*
18                                            JOSEPH J. SIMONS (*pro hac vice*)
                                              *jsimons@ paulweiss.com*
19                                            CRAIG A. BENSON (*pro hac vice*)
                                              *cbenson paulweiss.com*
20                                            **PAUL, WEISS, RIFKIND, WHARTON &**
                                              **GARRISON LLP**
21                                            2001 K Street, NW
                                              Washington, DC  20006
22                                            Telephone:     (202) 223-7356
                                              Facsimile:     (202) 204-7356
23

24                                            Attorneys for Plaintiffs
25                                            Sharp Electronics Corporation and Sharp Electronics
                                              Manufacturing Company of America, Inc.
26

27

28

21832047.2                                   -3-

DATED:  October 9, 2013

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By:   */s/ Scott N. Wagner*
ROBERT W. TURKEN
*rturken@bilzin.com*
MITCHELL E. WIDOM
*mwidom@bilzin.com*
SCOTT N. WAGNER
*swagner@bilzin.com*
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL  33131-3456
Telephone:     (305) 374-7580
Facsimile:      (305) 374-7593

STUART H. SINGER
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL  33301
Telephone:     (954) 356-0011
Facsimile:      (954) 356-0022
Email:           *ssinger@bsfllp.com*

Attorneys for Plaintiffs
Tech Data Corporation and Tech Data Product Management, Inc.

        Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____10/15/2013_____      _____

Honorable Samuel C[...]
United States Distri[...]

*Judge Samuel Conti*