HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
JONATHAN E. ALTMAN (State Bar No. 170607)
jonathan.altman@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
LAURA K. SULLIVAN (State Bar No. 281542)
laura.sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendant
LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: *Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171-SC *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173-SC *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* Case No. 13-cv-00157-SC | **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** Judge:    The Honorable Samuel Conti |

IT IS HERBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendant LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") as follows:

1.    The First Amended Complaint in the above-captioned action and all claims asserted therein by plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data") against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

21832047.2

2. The First Amended Complaint in the above-captioned action and all claims asserted therein by plaintiffs Dell Inc. and Dell Products L.P. ("Dell") against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

3. The Complaint in the above-captioned action and all claims asserted therein by plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Sharp") against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

4. The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

DATED:  October 9, 2013                    MUNGER, TOLLES & OLSON LLP

By:  /s/ William D. Temko
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA   94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO  (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Devfendant
LG Electronics Taiwan Taipei Co., Ltd.

| | | |
|---|---|---|
| 1 | DATED:  October 9, 2013 | ALSTON & BIRD |
| 2 | | By:   /s/ Debra D. Bernstein |
| | | DEBRA D. BERNSTEIN (*pro hac vice*) |

DATED:  October 9, 2013                ALSTON & BIRD

By:   /s/ Debra D. Bernstein
DEBRA D. BERNSTEIN (*pro hac vice*)
debra.bernstein@alston.com
MICHAEL P. KENNY (*pro hac vice*)
mike.kenny@alston.com
RODNEY J. GANSKE (*pro hac vice*)
rod.ganske@alston.com
MATTHEW D. KENT (*pro hac vice*)
matthew.kent@alston.com
ELIZABETH JORDAN (*pro hac vice*)
elizabeth.jordan@alston.com
MELISSA WHITEHEAD *(pro hac vice)*
melissa.whitehead@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:     (404) 881-7000
Facsimile:      (404) 881-7777

Attorneys for Plaintiffs
Dell Inc. and Dell Products L.P.

DATED:  October 9, 2013                PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:   /s/ Craig A. Benson
KENNETH A. GALLO (*pro hac vice*)
kgallo@paulweiss.com
JOSEPH J. SIMONS (*pro hac vice*)
jsimons@ paulweiss.com
CRAIG A. BENSON (*pro hac vice*)
cbenson paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone:     (202) 223-7356
Facsimile:      (202) 204-7356

Attorneys for Plaintiffs
Sharp Electronics Corporation and Sharp Electronics
Manufacturing Company of America, Inc.

21832047.2                                                          -3-

DATED: October 9, 2013

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By: __/s/ Scott N. Wagner__
ROBERT W. TURKEN
rturken@bilzin.com
MITCHELL E. WIDOM
mwidom@bilzin.com
SCOTT N. WAGNER
swagner@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL  33131-3456
Telephone:   (305) 374-7580
Facsimile:    (305) 374-7593

STUART H. SINGER
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL  33301
Telephone:   (954) 356-0011
Facsimile:    (954) 356-0022
Email:         ssinger@bsfllp.com

Attorneys for Plaintiffs
Tech Data Corporation and Tech Data Product Management, Inc.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: ___10/15/2013___          _____
Honorable Samuel C. Conti
United States District Judge

21832047.2

-4-