Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

**[Additional Counsel Listed on Signature Page]**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Master File No. 3:07-cv-05944-SC <br><br> MDL No. 1917 <br><br> Individual Case No. 3:13-cv-02171-SC <br><br> **DECLARATION OF MELISSA MAHURIN WHITEHEAD IN SUPPORT OF DELL'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, **MELISSA MAHURIN WHITEHEAD**, declare as follows:

1.      I am an attorney with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I submit this declaration in support of Dell's Administrative Motion to File File Documents Under Seal, related to Dell's Motions for Discovery Order and to Strike Errata ("Dell's Discovery Motion").  I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.      I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia.  I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3.      Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Dell, by and through their counsel, respectfully request an Order permitting it to file under seal portions of Dell's Discovery Motion and Exhibits A-H to the Declaration of James M. Wagstaffe in Support of Dell's Discovery Motion ("Wagstaffe Declaration").

4.      Exhibit A to the Wagstaffe Declaration is an excerpt from the transcript of the Deposition of Yasuki Yamamoto, July 1-3, 2013, designated by Toshiba as Highly Confidential.

5.      Exhibit B to the Wagstaffe Declaration is an excerpt from the transcript of the Deposition of Jae In Lee, July 24, 2013, designated by Samsung SDI as Highly Confidential.

6.      Exhibit C to the Wagstaffe Declaration is an excerpt from the transcript of the Deposition of Kazuhiro Nishimaru , June 27, 2013, designated by Toshiba as Highly Confidential.

7.      Exhibit D is a true and correct copy of a letter from Debra D. Bernstein to Dana E. Foster, dated September 11, 2013, which contains references to documents designated by counsel for Toshiba as Highly Confidential.

8.      Exhibit E is a true and correct copy of a letter from Dana E. Foster to Debra D. Bernstein, dated October 3, 2013, which contains references to documents designated by counsel for Toshiba as Highly Confidential.

9.      Exhibit F is a true and correct copy of the Errata Sheet for the Transcript of Yasuki Yamamoto, which Toshiba has designated as Highly Confidential.

10.     Exhibit G is a true and correct copy of a letter from Debra D. Bernstein to Lucius B. Lau, dated October 9, 2013, which contains references to documents designated by counsel for Toshiba as Highly Confidential.

11.     Exhibit H is a true and correct copy of a letter from Lucius B. Lau to Debra D. Bernstein, dated October 10, 2013, which contains references to documents designated by counsel for Toshiba as Highly Confidential.

12.     Dell's Discovery Motion and Exhibits A-H refer to or contain excerpts from documents that Counsel for Defendants have as "highly confidential" under the Stipulated Protective Order [Docket Nos. 306, 1142].

13.     Accordingly, Dell requests that the documents identified herein be filed under seal.


Date:  October 15, 2013

Respectfully submitted,

By:   /s/ Melissa Mahurin Whitehead

Michael P.  Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D.  Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Rodney J.  Ganske, Esq. (GA Bar No. 283819)
rod.ganske@alston.com
Matthew D.  Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
Elizabeth Jordan, Esq. (GA Bar No. 415161)
elizabeth.jordan@alston.com
Melissa Mahurin Whitehead, Esq. (GA Bar No. 667932)
melissa.whitehead@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**Kerr & Wagstaffe LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500

3

Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

DECL. OF MELISSA MAHURIN WHITEHEAD IN SUPPORT         MASTER FILE NO. 3:07-CV-05944-SC
OF DELL'S ADMIN. MOTION TO SEAL         MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC