Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

**[Additional Counsel Listed on Signature Page]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>                     Plaintiffs,<br><br>   v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, *et al.*,<br><br>                     Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**[PROPOSED] ORDER REGARDING DELL'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1

**[PROPOSED] ORDER**

2      Upon consideration of the Dell Plaintiffs' Administrative Motion to File Documents Under

3   Seal, it is hereby

4      ORDERED that the Administrative Motion is GRANTED; and it is further

5      ORDERED that the Clerk shall file under seal portions of Dell's Motion for Discovery Order

6   and to Strike Errata and the entirety of Exhibits A-H to the Declaration of James M. Wagstaffe in

7   Support of Dell's Motion for Discovery Order and to Strike Errata.

8

9   Dated: _____, 2013

10

11

12                                        _____

13                                        **The Honorable Samuel Conti**
                                          **Northern District of California**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE ADMIN. MOTION                    MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                         MDL NO. 1917  │  IND. CASE NO. 3:13-cv-02171-SC