Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>             Plaintiffs,<br><br>     v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, *et al.*,<br><br>             Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**DECLARATION OF JAMES M WAGSTAFFE IN SUPPORT OF PLAINTIFFS DELL INC. AND DELL PRODUCTS L.P.'S MOTION FOR DISCOVERY ORDER AND TO STRIKE ERRATA** |

I, **JAMES M WAGSTAFFE**, declare as follows:

1. I am a partner with the law firm of Kerr & Wagstaffe LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this declaration in support of Dell's Motion for Discovery Order and to Strike Errata, filed contemporaneously herewith. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Yasuki Yamamoto, dated July 1-3, 2013.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Jae In Lee, dated July 24-27, 2013.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Kazuhiro Nishimaru, dated June 26-28, 2013.

5. Attached hereto as **Exhibit D** is a true and correct copy of the September 11, 2013 letter from Ms. Debra Bernstein (counsel for Dell) to Mr. Dana Foster (counsel for Toshiba).

6. Attached hereto as **Exhibit E** is a true and correct copy of the October 3, 2013 letter from Dana Foster (counsel for Toshiba) to Ms. Debra Bernstein (counsel for Dell).

7. Attached hereto as **Exhibit F** is a true and correct copy of the Yasuki Yamamoto Errata Sheet received by Plaintiffs on August 26, 2013.

8. Attached hereto as **Exhibit G** is a true and correct copy of the October 9, 2013 letter from Dana Foster (counsel for Toshiba) to Ms. Debra Bernstein (counsel for Dell).

9. Attached hereto as **Exhibit H** is a true and correct copy of the October 10, 2013 letter from Lucius Lau (counsel for Toshiba) to Ms. Debra Bernstein (counsel for Dell).

| | |
|---|---|
| DATED: October 15, 2013 | By: */s/ James M. Wagstaffe* |
| | James M. Wagstaffe, Esq. |
| | wagstaffe@kerrwagstaffe.com |
| | KERR & WAGSTAFFE LLP |
| | 100 Spear Street, 18th Floor |
| | San Francisco, California 94105-1576 |
| | wagstaffe@kerrwagstaffe.com |
| | |
| | *Attorney for Plaintiffs Dell Inc. and Dell Products L.P* |

- 3 -