# EXHIBITS A-H
# (FILED UNDER SEAL)