# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### STEPHEN MICHAEL NG

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2007.

I further certify that so far as the records of this office are concerned, STEPHEN MICHAEL NG is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 3rd day of October
A.D. 2013

By: _____
Deputy Clerk