UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **ORDER GRANTING TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |

1 Upon consideration of the Toshiba Defendants' Administrative Motion to File
2 Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), submitted in
3 connection with the Toshiba Defendants' Motion to Dismiss Sharp's Complaint, it hereby:

4 ORDERED that the Administrative Motion is hereby GRANTED; and it is further

5 ORDERED that the Clerk shall file and maintain under seal Exhibit A attached to the
6 Declaration of Akihiko Kashiwagi in Support of the Toshiba Defendants' Motion to Dismiss
7 Sharp's Complaint and Attachment 3 to the Toshiba Defendants' Motion to Dismiss Sharp's
8 Complaint.

10 **IT IS SO ORDERED.**

12 Dated:October 16, 2013  _____

13 HONORABLE SAMUEL CONTI
14 UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005