BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile:  (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich  (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>    ALL ACTIONS | [~~PROPOSED~~] ORDER GRANTING STEPHEN M. NG APPLICATION  FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

STEPHEN M. NG, an active member in good standing of the bars of the State of Virginia and the District of Columbia, whose business address and telephone number is:

> Stephen M. Ng
> Email: stphen.ng@bakerbotts.com
> BAKER BOTTS L.L.P.
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
> Telephone: (202) 639-7704
> Facsimile:  (202) 508-4075

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  _____10/16/2013_____

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti)*