JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (Bar No. 257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>INDIRECT PURCHASER, DIRECT ACTION PLAINTIFF, AND CALIFORNIA ATTORNEY GENERAL ACTIONS | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION**<br><br>Date and Time: December, 13, 2013; 10 A.M.<br>Court: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

1  Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.'s (collectively, "Panasonic") Motion for Protective Order Quashing Deposition came on regularly for hearing before the Honorable Samuel Conti on December 13, 2013 at 10:00 a.m. in Courtroom 1 of the above-entitled Court.  Panasonic and the Indirect-Purchaser Plaintiffs, Direct Action Plaintiffs, and the Attorney General of the State of California (collectively, "Plaintiffs") appeared by way of their attorneys of record.

After full consideration of the parties' submissions and the arguments of counsel, and good cause appearing therefrom,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Panasonic's Motion for Protective Order Quashing Deposition is GRANTED.  Plaintiffs are precluded from taking the deposition of Fumio Ohtsubo.

IT IS SO ORDERED.

Dated: _____
Hon. Samuel Conti
United States District Court Judge