JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (Bar No. 257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>INDIRECT PURCHASER, DIRECT ACTION PLAINTIFF, AND CALIFORNIA ATTORNEY GENERAL ACTIONS | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br><br>**DECLARATION OF JEFFREY KESSLER IN SUPPORT OF MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION**<br><br>Date and Time: December 13, 2013; 10 A.M.<br>Court: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

<u>DECLARATION OF JEFFREY KESSLER</u>

I, Jeffrey Kessler, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is based upon my personal knowledge:

1.     I am an attorney at law and a Partner in the firm of Winston & Strawn LLP, attorneys of record for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, "Panasonic").

2.     On August 14, 2013, attorney Demetrius Lambrinos, on behalf of the Indirect-Purchaser Plaintiffs, Direct Action Plaintiffs, and the Attorney General of the State of California (collectively, "Plaintiffs"), notified me that Plaintiffs intended to depose Fumio Ohtsubo.

3.     On August 14, 2013, I responded to Mr. Lambrinos, pursuant to the Discovery Protocol in place in this action, that Mr. Ohtsubo "has less than marginal knowledge of the relevant facts and there would be no basis to seek his deposition in this matter." I also offered to meet and confer with Plaintiffs regarding this matter.

4.     On August 29, 2013, I met and conferred telephonically with Mr. Lambrinos regarding the proposed deposition of Mr. Ohtsubo.

5.     During the meet and confer, I made clear that, at all times relevant to this action, Mr. Ohtsubo was a high-ranking executive at Panasonic who was neither involved in nor aware of the conspiracy alleged in Plaintiffs' complaints.

6.     Mr. Lambrinos responded that Mr. Ohtsubo's deposition was justified on the basis of testimony offered by Tatsuo Tobinaga, a Rule 30(b)(6) witness for Panasonic, regarding communications that he had with Mr. Ohtsubo between 2004 and mid-2006. The Tobinaga deposition was held from July 16, 2012 through July 17, 2012. A true and correct copy of the portions of the Tobinaga deposition transcript that refer to Mr. Ohtsubo is annexed hereto as Exhibit "A". Mr. Lambrinos did not cite to any other record evidence during the meet and confer.

7.     At the meet and confer, I informed Mr. Lambrinos that the communications with Mr. Ohtsubo that Mr. Tobinaga testified to are unrelated to this case and do nothing to change the fact that Mr. Ohtsubo has less than relevant knowledge of the facts at issue here.

1

8.      On September 3, 2013, I sent Mr. Lambrinos a letter explaining that there is simply no testimony in Mr. Tobinaga's deposition or evidence anywhere in the record suggesting that Mr. Ohtsubo has any connection to the facts of this case.   A true and correct copy of my September 3, 2013 letter is annexed hereto as Exhibit "B".

9.      Rather than continuing the meet and confer process, Plaintiffs served the Notice of Deposition of Fumio Ohtsubo on September 5, 2013.   A true and correct copy of this deposition notice is annexed hereto as Exhibit "C".

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of October, 2013, at New York, New York.


_/s/ Jeffrey Kessler_
JEFFREY KESSLER

DECLARATION OF JEFFREY KESSLER IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION

Case No. 07-5944 SC
MDL NO. 1917

# Exhibit A

Page 21

| | | |
|---|---|---|
| 1 | April 2003, the joint venture company between Matsushita | 09:56:50 |
| 2 | and Toshiba was established.  And after that, in 2006 | 09:56:55 |
| 3 | Toshiba got out, and it became a hundred percent | 09:57:12 |
| 4 | Panasonic share.  That was 2006. | 09:57:16 |
| 5 | Q.  BY MR. LAMBRINOS:  And who do you report to at | 09:57:27 |
| 6 | MTPD as president? | 09:57:28 |
| 7 | A.  Well, there is a separate company under | 09:57:49 |
| 8 | Matsushita called AVC, and I report to that. | 09:57:54 |
| 9 | Q.  Who do you report to at AVC? | 09:57:58 |
| 10 | A.  There are two people to whom I reported.  First | 09:58:06 |
| 11 | is Otsubo Sakamoto. | 09:58:11 |
| 12 | Q.  Is AVC a wholly-owned subsidiary of Matsushita, | 09:58:19 |
| 13 | Panasonic? | 09:58:25 |
| 14 | A.  A hundred percent, yes, of course, a hundred | 09:58:32 |
| 15 | percent. | 09:58:34 |
| 16 | Q.  What are the titles of these two individuals at | 09:58:38 |
| 17 | AVC to whom you report? | 09:58:42 |
| 18 | A.  I may be a little wrong, but they were operating | 09:59:00 |
| 19 | or managing directors in Panasonic. | 09:59:06 |
| 20 | MR. YOHAI:  By the way, just for the record, I | 09:59:11 |
| 21 | believe AVC may be a division company rather than a | 09:59:13 |
| 22 | wholly-owned subsidiary.  I don't want to testify for the | 09:59:17 |
| 23 | witness, but just so the record's clear, I don't believe | 09:59:20 |
| 24 | it's a separately incorporated subsidiary. | 09:59:23 |
| 25 | THE WITNESS:  Yes, that is correct.  I used in | 10:00:01 |

Page 22

| | | |
|---|---|---|
| 1 | Japanese a term that designates a separate company. | 10:00:04 |
| 2 | Q. BY MR. LAMBRINOS: A separate -- excuse me, a | 10:00:12 |
| 3 | separate company, you mean a separate division within | 10:00:13 |
| 4 | Panasonic? | 10:00:21 |
| 5 | A. It's an organization within Panasonic that was | 10:00:24 |
| 6 | handled or that behaved -- that appeared to behave like a | 10:00:31 |
| 7 | separate company. | 10:00:39 |
| 8 | Q. It appeared to behave as a separate company, but | 10:00:40 |
| 9 | it was -- but the people that you communicated with were | 10:00:43 |
| 10 | a managing director and an operating director of | 10:00:46 |
| 11 | Panasonic Corporation in Japan; is that right? | 10:00:50 |
| 12 | A. Yes. I reported to them about the results of | 10:01:14 |
| 13 | the business. And they were shareholders of MTPD. That | 10:01:18 |
| 14 | was the reason. | 10:01:31 |
| 15 | Q. Who were shareholders of MTPD? | 10:01:33 |
| 16 | A. Do you want the individuals' names? | 10:01:40 |
| 17 | Q. The individuals' names, yes. | 10:01:43 |
| 18 | A. Well, in regards -- I don't remember all of | 10:02:05 |
| 19 | them, but in regards to Panasonic, we have Mr. Otsubo, | 10:02:09 |
| 20 | Mr. Sakamoto, and in regards to accounting and AV | 10:02:12 |
| 21 | company, I don't remember the name, but it was the person | 10:02:19 |
| 22 | who was in charge of that. | 10:02:21 |
| 23 | Q. And I just want to clear something up: During | 10:02:24 |
| 24 | what period of time were you the president of MTPD? | 10:02:27 |
| 25 | A. From June 2004 until I retired, I was the | 10:02:30 |

Page 23

| | | |
|---|---|---|
| 1 | president of MTPD.  That was while it was a joint venture | 10:02:59 |
| 2 | and also while it was a hundred percent Panasonic | 10:03:04 |
| 3 | Company, I was the president of MTPD. | 10:03:08 |
| 4 | Q.  What date did you retire? | 10:03:10 |
| 5 | A.  It was June 30th, 2011. | 10:03:12 |
| 6 | Q.  And one reason I asked that is to clear up the | 10:03:25 |
| 7 | tense, and it's that you had during that period of time, | 10:03:28 |
| 8 | June 2004 to June 2011, you reported to Otsubo and | 10:03:31 |
| 9 | Sakamoto from Panasonic.  I didn't want to imply that you | 10:03:37 |
| 10 | were still reporting to them. | 10:03:41 |
| 11 | A.  I am not reporting to them now, of course. | 10:04:08 |
| 12 | Q.  Of course.  And is it Mr. Otsubo or Mr. Sakamoto | 10:04:10 |
| 13 | who was an operating director at Panasonic? | 10:04:14 |
| 14 | A.  In my recollection, both of them were promoted | 10:04:27 |
| 15 | to operating and managing directors. | 10:04:38 |
| 16 | Q.  How many operating directors are there at | 10:04:42 |
| 17 | Panasonic? | 10:04:46 |
| 18 | A.  I don't remember, probably two to three people. | 10:04:52 |
| 19 | Q.  Two to three? | 10:04:59 |
| 20 | A.  You're asking about people who had the title of | 10:05:01 |
| 21 | operating director at Panasonic; right? | 10:05:09 |
| 22 | Q.  That's correct. | 10:05:11 |
| 23 | A.  If we're talking about the operating director at | 10:05:19 |
| 24 | Panasonic, it's two people or three people, depending on | 10:05:23 |
| 25 | when it is the number changes. | 10:05:26 |

Page 24

| | | |
|---|---|---|
| 1 | MR. YOHAI:  We have a term like term | 10:05:29 |
| 2 | clarification. | 10:05:31 |
| 3 | CHECK INTERPRETER:  Yeah, you've used both the | 10:05:33 |
| 4 | terms "senmu" and "jomu." | 10:05:35 |
| 5 | THE INTERPRETER:  Yes. | 10:05:37 |
| 6 | CHECK INTERPRETER:  And I think he originally | 10:05:38 |
| 7 | testified that the people, Otsubo and Sakamoto, were | 10:05:39 |
| 8 | "senmu."  I think because of the difficulty in -- there's | 10:05:42 |
| 9 | obviously not a direct translation with the words.  It | 10:05:45 |
| 10 | seems to have switched over to "jomu."  So I think we | 10:05:48 |
| 11 | want to focus on the position that these two had, | 10:05:51 |
| 12 | Okomoto and -- Otsubo and Sakamoto, which I believe you | 10:05:57 |
| 13 | said they were "senmu." | 10:06:01 |
| 14 | MR. YOHAI:  There's a lot of confusion.  There's | 10:06:02 |
| 15 | obviously a lot more directors than he's saying two or | 10:06:05 |
| 16 | three.  So I don't know where the -- there's multiple | 10:06:08 |
| 17 | layers of confusion. | 10:06:09 |
| 18 | CHECK INTERPRETER:  The titles -- Japanese has | 10:06:11 |
| 19 | very, you know, rigid titles that don't necessarily break | 10:06:14 |
| 20 | down. | 10:06:20 |
| 21 | MR. LAMBRINOS:  I'm not sure where the breakdown | 10:06:20 |
| 22 | is, but we need to go over this again.  I'm totally | 10:06:21 |
| 23 | confused right now. | 10:06:21 |
| 24 | CHECK INTERPRETER:  I think we need to focus on | 10:06:21 |
| 25 | "senmu." | 10:06:22 |

Page 25

| | | |
|---|---|---|
| 1 | MR. LAMBRINOS:  Okay.  Let's focus on that for | 10:06:23 |
| 2 | now.  "Senmu." | 10:06:26 |
| 3 | THE WITNESS:  Okay. | 10:07:42 |
| 4 | Q.  BY MR. LAMBRINOS:  What was the position of | 10:07:44 |
| 5 | Mr. Otsubo and Mr. Sakamoto at Panasonic? | 10:07:47 |
| 6 | MR. YOHAI:  I'm sorry to object.  Could you | 10:07:55 |
| 7 | clarify time frame? | 10:07:57 |
| 8 | MR. LAMBRINOS:  Yes. | 10:07:59 |
| 9 | Q.  At the point you reported to them, Mr. Otsubo | 10:08:00 |
| 10 | and Mr. Sakamoto, at their highest levels in the | 10:08:04 |
| 11 | position, what were they? | 10:08:07 |
| 12 | A.  Okay.  I will break this down by time.  Between | 10:08:37 |
| 13 | 2004 and June 2006, I was reporting to Mr. Otsubo.  And | 10:08:40 |
| 14 | in 2006, Mr. Otsubo's last title was senior managing | 10:08:50 |
| 15 | director.  And as Mr. Otsubo's successor after that, | 10:08:55 |
| 16 | Mr. Sakamoto was there.  And Mr. Sakamoto as well, when I | 10:09:07 |
| 17 | started reporting to him, was senior managing director. | 10:09:18 |
| 18 | Q.  Is senior managing director the highest level | 10:09:22 |
| 19 | within Panasonic that either Mr. Sakamoto or Mr. Otsubo | 10:09:25 |
| 20 | achieved? | 10:09:29 |
| 21 | A.  After that, Mr. Otsubo was senior managing -- | 10:10:13 |
| 22 | senior managing director in June 2006.  Oh, I'm sorry, | 10:10:19 |
| 23 | now I remember.  My memory is coming back.  It was April. | 10:10:24 |
| 24 | In April 2006, he left the position of president of AV | 10:10:26 |
| 25 | company, and in June 2006 became the president of | 10:10:31 |

Page 26

| | | |
|---|---|---|
| 1 | Panasonic.  And ultimately Mr. Sakamoto has -- went -- | 10:10:37 |
| 2 | was vice president. | 10:10:48 |
| 3 | Q.  So just to get everything clear on the record, | 10:10:52 |
| 4 | from 2004 to 2006, you reported to Mr. Otsubo, who was at | 10:10:55 |
| 5 | that time senior managing director at Panasonic and was | 10:11:00 |
| 6 | ultimately elevated to president of Panasonic in June of | 10:11:03 |
| 7 | 2006; is that correct? | 10:11:07 |
| 8 | A.  Yes. | 10:11:35 |
| 9 | Q.  And then from 2006 until 2011, you reported to | 10:11:36 |
| 10 | Mr. Sakamoto, who was at that time senior managing | 10:11:40 |
| 11 | director at Panasonic and has since been elevated to vice | 10:11:44 |
| 12 | president of Panasonic; is that correct? | 10:11:48 |
| 13 | A.  Let me correct one part.  I reported to the AV | 10:12:12 |
| 14 | president, Mr. Sakamoto, through 2009.  After that, MTPD | 10:12:37 |
| 15 | was not engaging in business so there was no reporting. | 10:12:42 |
| 16 | Q.  But everything else I said about Mr. Sakamoto | 10:12:47 |
| 17 | was correct? | 10:12:50 |
| 18 | A.  Yes. | 10:12:57 |
| 19 | Q.  What form did this reporting take? | 10:12:58 |
| 20 | MR. YOHAI:  Objection to the form of the | 10:13:03 |
| 21 | question. | 10:13:05 |
| 22 | You can answer if you understand. | 10:13:05 |
| 23 | THE WITNESS:  I reported on a monthly basis. | 10:13:21 |
| 24 | Every month I reported the results of the business | 10:13:25 |
| 25 | meeting, and once a month there was a meeting within AV | 10:13:43 |

Page 27

| | | |
|---|---|---|
| 1 | company that brought together all of the people who are | 10:13:47 |
| 2 | in charge of the business units, and I reported the | 10:13:50 |
| 3 | business results of MTPD there. | 10:13:53 |
| 4 | And once a year, there is a shareholders | 10:14:05 |
| 5 | meeting, and I made a report on the yearly performance | 10:14:09 |
| 6 | there. | 10:14:15 |
| 7 | Q.  BY MR. LAMBRINOS:  The shareholders meeting of | 10:14:17 |
| 8 | what company? | 10:14:19 |
| 9 | A.  It's the shareholders meeting of MTPD. | 10:14:20 |
| 10 | Q.  Was the meeting with AVC conducted in person or | 10:14:38 |
| 11 | over the phone? | 10:14:42 |
| 12 | A.  The people who are in charge of the business | 10:14:58 |
| 13 | units would all gather in a conference room like this and | 10:15:01 |
| 14 | report one after another. | 10:15:07 |
| 15 | Q.  Would you prepare documents in -- and reports in | 10:15:08 |
| 16 | advance of these meetings to present there? | 10:15:12 |
| 17 | A.  The person who was responsible for accounting at | 10:15:14 |
| 18 | MTPD would put the numbers together for MTPD -- it was | 10:15:39 |
| 19 | about a one-page document -- and I would report on that. | 10:15:45 |
| 20 | Q.  What would be on that one-page document?  Or | 10:15:50 |
| 21 | sorry, back up.  Strike that. | 10:15:54 |
| 22 | What would that one-page document be called? | 10:15:56 |
| 23 | A.  The report was the business report.  It was a | 10:15:58 |
| 24 | report for each month, the business report. | 10:16:19 |
| 25 | Q.  And would you pass out copies of this business | 10:16:29 |

Page 28

| | | |
|---|---|---|
| 1 | report at those meetings with AVC with the division | 10:16:31 |
| 2 | heads? | 10:16:34 |
| 3 | A.   The person who was organizing that meeting would | 10:17:00 |
| 4 | be the person who's responsible for accounting at AVC, | 10:17:05 |
| 5 | and that person would be -- would give out the copies. | 10:17:10 |
| 6 | Q.   Do you remember what that person's name in | 10:17:15 |
| 7 | charge of accounting at AVC was between 2004 and 2006? | 10:17:17 |
| 8 | A.   I'm sorry, it slips my mind. | 10:17:35 |
| 9 | Q.   So that I understand this, aside from these -- | 10:17:37 |
| 10 | excuse me, did you say that these meetings occurred every | 10:17:42 |
| 11 | month with AVC? | 10:17:46 |
| 12 | A.   Yes, it's every month. | 10:17:48 |
| 13 | Q.   Aside from these monthly in-person meetings with | 10:17:55 |
| 14 | the division heads at AVC, did you separately report to | 10:17:58 |
| 15 | Mr. Otsubo or Mr. Sakamoto, depending on the time period, | 10:18:04 |
| 16 | about the business at MTPD? | 10:18:09 |
| 17 | A.   When there are significant -- a large decision | 10:18:57 |
| 18 | such as closing the Ohio company and ceasing business | 10:19:01 |
| 19 | needed to be made, then it was necessary to receive the | 10:19:06 |
| 20 | approval of Panasonic headquarters.  So I would go to | 10:19:11 |
| 21 | consult with them then. | 10:19:17 |
| 22 | Q.   What were all the situations in which you would | 10:19:19 |
| 23 | have to achieve approval from Panasonic headquarters in | 10:19:21 |
| 24 | which such reports would have to be made? | 10:19:25 |
| 25 | MR. YOHAI:  Objection to the form of the | 10:19:44 |

Page 29

| | | |
|---|---|---|
| 1 | question. | 10:19:45 |
| 2 | I don't think that question is possible to | 10:19:45 |
| 3 | answer, but you can do the best you can. | 10:19:48 |
| 4 | MR. LAMBRINOS:  Go ahead and answer, please. | 10:19:49 |
| 5 | THE WITNESS:  Yes, within the Panasonic group, | 10:20:54 |
| 6 | there are standards for going through the approval | 10:21:00 |
| 7 | process, and for things such as closing a major factory | 10:21:02 |
| 8 | or buying property and things that are significant like | 10:21:07 |
| 9 | that would require the -- going through the approval | 10:21:12 |
| 10 | process. | 10:21:17 |
| 11 | So based on that, approval would be sought from | 10:21:18 |
| 12 | the headquarters, from the parent, and the consultation | 10:21:22 |
| 13 | would be made with the AVC president, and when agreement | 10:21:29 |
| 14 | has been -- when approval has been given or when he | 10:21:34 |
| 15 | agrees, then we would go through the approval process. | 10:21:38 |
| 16 | And in my recollection, the only time that this | 10:21:42 |
| 17 | was done with AVC was for the closing of a factory or the | 10:21:45 |
| 18 | selling off of a factory. | 10:21:50 |
| 19 | Q.  BY MR. LAMBRINOS:  Please walk me through the | 10:22:01 |
| 20 | approval process for closing down a factory, for example. | 10:22:07 |
| 21 | A.  First of all, there is a form, approval process | 10:22:20 |
| 22 | form, and the sub-contents will be put in by MTPD.  And | 10:22:27 |
| 23 | in the case of closing Ohio, for example, a very simple | 10:22:44 |
| 24 | explanation of why Ohio is to be closed would be added to | 10:22:49 |
| 25 | that, and that would form a report. | 10:22:54 |

Page 30

| | | |
|---|---|---|
| 1 | And then the idea will -- for this will be | 10:23:19 |
| 2 | formed, and I would sign it or put my stamp -- my stamp | 10:23:24 |
| 3 | on it, and then that would be brought to the president of | 10:23:29 |
| 4 | AVC, Mr. Sakamoto, who would then approve of it.  And | 10:23:33 |
| 5 | then after that, it would ultimately go to the ultimate | 10:23:38 |
| 6 | person responsible for approval, the president. | 10:23:42 |
| 7 | Q.   The president of Panasonic? | 10:23:47 |
| 8 | A.   As I mentioned earlier, according to the rules | 10:24:00 |
| 9 | of the approval process, there are some levels at which | 10:24:11 |
| 10 | the approval of the president of the headquarters is | 10:24:14 |
| 11 | necessary, some in which the AVC president level is | 10:24:18 |
| 12 | sufficient, and some in which the person who is in charge | 10:24:23 |
| 13 | of the business unit is the level that is needed. | 10:24:28 |
| 14 | Q.   And just to clarify, then, there are some | 10:24:30 |
| 15 | decisions, such as the closure of the Ohio factory, which | 10:24:32 |
| 16 | would require the approval of the president of Panasonic? | 10:24:35 |
| 17 | A.   Yes. | 10:24:59 |
| 18 | Q.   Thank you.  A third type of reporting we've | 10:25:00 |
| 19 | discussed is at the shareholders meeting.  This is an | 10:25:05 |
| 20 | annual shareholders meeting, I think you said? | 10:25:09 |
| 21 | A.   Yes, it is. | 10:25:25 |
| 22 | Q.   Did the MTPD -- and these shareholders -- at | 10:25:26 |
| 23 | these shareholders meetings, did the board of directors | 10:25:28 |
| 24 | of MTPD attend? | 10:25:31 |
| 25 | A.   Yes, they did. | 10:25:38 |

Page 31

```
 1      Q.   How many board members were there at that time?    10:25:40

 2   We'll start with 2004 to 2006.                             10:25:43

 3      A.   In 2004, that was the time when there was still    10:25:46

 4   a joint venture with Toshiba.  So in total, according to   10:26:11

 5   my memory, it was ten people, although I may be wrong.     10:26:16

 6   It was ten people.                                         10:26:19

 7          And then as time passed, the business was --        10:26:32

 8   business became smaller so the number decreased until      10:26:37

 9   ultimately I was the only person.                          10:26:42

10      Q.   Did you go every year between 2004 and 2011 to     10:26:45

11   present at these shareholder meetings?                     10:26:49

12      A.   Yes.                                               10:27:04

13      Q.   And in 2004, when there were ten people on the     10:27:05

14   board, am I correct that six of them were Panasonic        10:27:08

15   representatives and four of them were Toshiba              10:27:11

16   representatives?                                           10:27:13

17      A.   My recollection is the same of that as well.      10:27:27

18      Q.   What was the purpose of making these               10:27:31

19   presentations to the shareholders and board of directors? 10:27:34

20   Oh, excuse me.                                             10:27:35

21          Before we go on, so in 2004, for example, when      10:27:37

22   there are ten board members, are there anybody else you    10:27:40

23   would consider a shareholder that attended these           10:27:44

24   meetings?                                                  10:27:49

25          MR. YOHAI:  I object to the form of the            10:28:01
```

Page 32

| | | |
|---|---|---|
| 1 | question.  I'm not sure what that question's asking. | 10:28:02 |
| 2 | MR. LAMBRINOS:  I'll rephrase. | 10:28:10 |
| 3 | Q.  Did anybody, aside from the ten board members of | 10:28:12 |
| 4 | MTPD, attend the annual shareholders meeting at which you | 10:28:16 |
| 5 | presented in 2004? | 10:28:21 |
| 6 | MR. YOHAI:  Objection to the form of the | 10:28:44 |
| 7 | question again. | 10:28:46 |
| 8 | MR. LAMBRINOS:  Go ahead and answer. | 10:28:48 |
| 9 | THE WITNESS:  Well, if my memory is correct, | 10:29:06 |
| 10 | from Toshiba -- well, it was 2004 so Toshiba would have | 10:29:10 |
| 11 | been part of the shareholders, too.  So there was -- | 10:29:15 |
| 12 | there was or were representative or representatives from | 10:29:18 |
| 13 | Toshiba as well. | 10:29:22 |
| 14 | Q.  What form did your presentation take at the | 10:29:23 |
| 15 | shareholders meeting? | 10:29:26 |
| 16 | A.  I read a report. | 10:29:38 |
| 17 | Q.  What was that report called? | 10:29:39 |
| 18 | A.  I think -- I don't remember exactly.  I think it | 10:29:54 |
| 19 | was the shareholders meeting annual report.  I don't | 10:29:58 |
| 20 | really remember.  I think it was the annual report. | 10:30:02 |
| 21 | Q.  Would this have been a document you prepared | 10:30:05 |
| 22 | yourself? | 10:30:07 |
| 23 | A.  It is the person or people who are in charge of | 10:30:19 |
| 24 | accounting that I mentioned earlier as well a few times | 10:30:24 |
| 25 | who would have been mainly involved in that. | 10:30:27 |

Page 33

| | | |
|---|---|---|
| 1 | Q.   And what would the contents of this report have | 10:30:31 |
| 2 | been? | 10:30:34 |
| 3 | A.   First it would be the operating situation, the | 10:30:51 |
| 4 | market situation, and PL and PS.   These type of things | 10:30:55 |
| 5 | would have been central. | 10:30:59 |
| 6 | Q.   What are PL and PS? | 10:31:01 |
| 7 | A.   Profit and loss statement and balance sheet. | 10:31:12 |
| 8 | Q.   What would be included under the operating | 10:31:16 |
| 9 | information heading? | 10:31:19 |
| 10 | A.   Well, the major topic -- well, because at that | 10:31:44 |
| 11 | time in my recollection the main -- it was mainly about | 10:31:48 |
| 12 | the impact of the flat screen LCDs and plasma and such | 10:31:52 |
| 13 | flat screen on the CRT business. | 10:32:01 |
| 14 | Q.   Would it include information about manufacturing | 10:32:03 |
| 15 | capacity for CRTs? | 10:32:06 |
| 16 | A.   I don't think it was that detailed.   The data -- | 10:32:28 |
| 17 | I don't think the data was that detailed.   In my | 10:32:32 |
| 18 | recollection, it was mainly about trends. | 10:32:35 |
| 19 | Q.   How long were these reports? | 10:32:40 |
| 20 | A.   Are you asking about time? | 10:32:48 |
| 21 | Q.   No.   Excuse me.   I'm asking about size.   Earlier | 10:32:50 |
| 22 | we had talked about -- we had talked about these monthly | 10:32:52 |
| 23 | meetings with the division heads at AVC, and you said it | 10:32:55 |
| 24 | was a one-page document.   And I'm just trying to get an | 10:32:58 |
| 25 | idea of how these reports are different. | 10:33:01 |

Page 34

| | | |
|---|---|---|
| 1 | A.  In my recollection, it was around four to five | 10:33:04 |
| 2 | pages of A4 size. | 10:33:32 |
| 3 | Q.  A4 size meaning -- is that a -- oh, the Japanese | 10:33:36 |
| 4 | size of paper. | 10:33:42 |
| 5 | Going back really quick to the one-page -- the | 10:33:43 |
| 6 | one-page reports that were issued monthly that you | 10:33:46 |
| 7 | presented to the AVC division heads, what would the | 10:33:50 |
| 8 | contents of those one-page reports be? | 10:33:53 |
| 9 | A.  Well, in three quarters of it, there would be a | 10:34:30 |
| 10 | chart with numbers, and in that chart would be written | 10:34:36 |
| 11 | the profit-and-loss results from the previous month.  And | 10:34:39 |
| 12 | then in the remaining area, there was a little -- little | 10:34:47 |
| 13 | explanation written in sentences.  Production situation, | 10:34:51 |
| 14 | sales situation, if there's any particular topic of note, | 10:35:12 |
| 15 | there were some comments on those. | 10:35:15 |
| 16 | Q.  What kind of information would be provided under | 10:35:19 |
| 17 | the heading of production situation? | 10:35:22 |
| 18 | A.  Well, in the chart that includes numbers, there | 10:36:01 |
| 19 | would be information about the business plan and the | 10:36:08 |
| 20 | actual results and if the actual reports were according | 10:36:11 |
| 21 | to the business plan, then there would be no comments | 10:36:16 |
| 22 | written.  However, if there was a difference between the | 10:36:19 |
| 23 | business plan and the actual results, then the reasons | 10:36:22 |
| 24 | would be stated. | 10:36:24 |
| 25 | For example, the reason why production didn't go | 10:36:26 |

Page 35

| | | |
|---|---|---|
| 1 | well was because there was some breakage of the | 10:36:29 |
| 2 | equipment, et cetera. | 10:36:34 |
| 3 | Q.  Who is in charge of generating the business plan | 10:36:35 |
| 4 | for MTPD?  And we can start with the 2004 to 2006 time | 10:36:38 |
| 5 | period and then the 2006 to 2011 time period. | 10:36:47 |
| 6 | A.  The person who is responsible for developing the | 10:37:05 |
| 7 | business plan is the person who's in charge of | 10:37:08 |
| 8 | accounting. | 10:37:11 |
| 9 | Q.  Who would that have been during the 2004 to 2006 | 10:37:12 |
| 10 | time period? | 10:37:15 |
| 11 | A.  If I were to mention the name of that | 10:37:22 |
| 12 | individual, it's a person named Morishita. | 10:37:28 |
| 13 | Q.  What is the first name? | 10:37:32 |
| 14 | A.  Morishita -- well, I don't remember. | 10:37:42 |
| 15 | Q.  What about during the 2006 to 2011 time period? | 10:37:45 |
| 16 | A.  He retired in 2010.  So until then, he was | 10:37:57 |
| 17 | always responsible. | 10:38:00 |
| 18 | Q.  And there were no more CRTs being manufactured | 10:38:01 |
| 19 | after 2009; right? | 10:38:06 |
| 20 | A.  No, they were not. | 10:38:11 |
| 21 | Q.  Okay.  Please flip the page of this PowerPoint. | 10:38:15 |
| 22 | Again, we're discussing this -- just for reference. | 10:38:18 |
| 23 | We're discussing the PowerPoint.  The Bates Number ends | 10:38:21 |
| 24 | in 8932.  We've marked it as 261.  It's a presentation | 10:38:23 |
| 25 | made by MTPD to Elaraby Corporation.  If we flip the page | 10:38:29 |

Page 115

| | | |
|---|---|---|
| 1 | (Recess.) | 15:37:28 |
| 2 | MR. LAMBRINOS:  Okay.  We're back online after a | 15:50:08 |
| 3 | break. | 15:50:10 |
| 4 | MR. YOHAI:  Just in terms of the time, the last | 15:50:10 |
| 5 | piece I had from 2 o'clock to 3:37 as confirmed by the | 15:50:14 |
| 6 | reporter.  So we're at 11 hours and 7 minutes. | 15:50:19 |
| 7 | MR. LAMBRINOS:  Okay. | 15:50:22 |
| 8 | Q.  All right.  Mr. Tobinaga, before we go on, who | 15:50:28 |
| 9 | is your boss or who was your boss between 2004 and 2006, | 15:50:31 |
| 10 | and then again between 2006 and 2011? | 15:50:44 |
| 11 | THE INTERPRETER:  Can the interpreter confirm | 15:51:11 |
| 12 | something? | 15:51:13 |
| 13 | MR. LAMBRINOS:  Yep. | 15:51:14 |
| 14 | THE WITNESS:  Rather than boss, as I said | 15:51:17 |
| 15 | earlier today, above me were the shareholders.  So that | 15:51:20 |
| 16 | would have been the people at AVC, Mr. Otsubo, or | 15:51:25 |
| 17 | Mr. Sakamoto. | 15:51:31 |
| 18 | Q.  BY MR. LAMBRINOS:  Can you clarify what you mean | 15:51:34 |
| 19 | by the term "shareholders" in that last answer? | 15:51:36 |
| 20 | A.  For MTPD during the joint venture, Matsushita | 15:51:38 |
| 21 | had 64.5 percent and Toshiba had 35.5 percent.  So from | 15:52:20 |
| 22 | my perspective, that's who I reported to. | 15:52:24 |
| 23 | Q.  Those would have been the board members of MTPD? | 15:52:30 |
| 24 | A.  Yes. | 15:52:38 |
| 25 | Q.  And when you say "shareholders," the two people | 15:52:39 |

Page 116

| | | |
|---|---|---|
| 1 | we'd identified -- sorry, what were their names again? | 15:52:45 |
| 2 | A. Sakamoto and Otsubo. | 15:52:52 |
| 3 | Q. Sakamoto and Otsubo. In what sense were they | 15:52:54 |
| 4 | shareholders? Were they board members of MTPD? | 15:52:57 |
| 5 | A. Were they part of the board? I don't remember. | 15:53:40 |
| 6 | I don't remember whether Mr. Sakamoto and Mr. Otsubo were | 15:53:43 |
| 7 | part of the board of directors. | 15:53:48 |
| 8 | Q. So you reported to the board of directors from | 15:53:51 |
| 9 | MTPD; correct? | 15:53:54 |
| 10 | A. From 2004, I was the president of MTPD, and | 15:54:43 |
| 11 | within Panasonic, there was the AVC group. And | 15:54:48 |
| 12 | internally, although I don't remember the name, there was | 15:54:52 |
| 13 | also something like a board there as well which I was a | 15:54:54 |
| 14 | part of. And I reported to them at the monthly meeting | 15:54:59 |
| 15 | which I talked about earlier this morning. | 15:55:03 |
| 16 | Q. Okay. And then in the 2006 to 2011, did you | 15:55:07 |
| 17 | report to MTPD's board? | 15:55:10 |
| 18 | A. You're asking if I reported to the board of | 15:55:30 |
| 19 | MTPD? | 15:55:32 |
| 20 | Q. Yes. | 15:55:48 |
| 21 | A. Well, for the MTPD board, I was reporting to | 15:55:48 |
| 22 | them, yes. | 15:55:53 |
| 23 | Q. Okay. Now let's talk about the 2004 to 2006 | 15:55:54 |
| 24 | time period, and I want to circle back to our discussion | 15:55:57 |
| 25 | about these meetings with Panasonic AVC, if that's all | 15:56:02 |

Page 117

| | | |
|---|---|---|
| 1 | right with you. | 15:56:07 |
| 2 | A.  Okay. | 15:56:20 |
| 3 | Q.  These were monthly meetings that we talked about | 15:56:20 |
| 4 | earlier.  Do you recall that testimony? | 15:56:22 |
| 5 | A.  Yes. | 15:56:31 |
| 6 | Q.  Where were these monthly meetings that AVC held? | 15:56:32 |
| 7 | A.  A what is called headquarters for AVC company | 15:56:43 |
| 8 | was located in Kadoma city.  So that is where it was | 15:56:55 |
| 9 | held. | 15:57:00 |
| 10 | Q.  Is that in Japan? | 15:57:00 |
| 11 | A.  I'm sorry, in Osaka.  I'm sorry, I'm sorry. | 15:57:02 |
| 12 | It's Moriguchi. | 15:57:08 |
| 13 | Q.  Is that in Japan? | 15:57:08 |
| 14 | A.  It's in Osaka.  It's Osaka prefecture. | 15:57:09 |
| 15 | Q.  And that's in Japan? | 15:57:18 |
| 16 | A.  It is located in Japan in Osaka prefecture in | 15:57:19 |
| 17 | Moriguchi city. | 15:57:30 |
| 18 | Q.  Are there other Panasonic offices at the same | 15:57:32 |
| 19 | building where these meetings were being held? | 15:57:35 |
| 20 | A.  Basically that factory site was only for AVC. | 15:57:53 |
| 21 | Q.  Were these meetings held in a conference room at | 15:57:57 |
| 22 | AVC's factory? | 15:58:01 |
| 23 | A.  Yes, conference room. | 15:58:09 |
| 24 | Q.  And when you attended these meetings at AVC, how | 15:58:11 |
| 25 | many -- who attended these meetings?  Starting in 2004, | 15:58:15 |

Page 118

| | | |
|---|---|---|
| 1 | when you first -- starting in 2004, the earliest date | 15:58:19 |
| 2 | we've talked about? | 15:58:24 |
| 3 | A.  Within AVC, we have its business.  And so the | 15:58:43 |
| 4 | person responsible for that business or businesses were | 15:58:47 |
| 5 | there. | 15:58:51 |
| 6 | Q.  How many people are we talking about? | 15:58:51 |
| 7 | A.  I don't remember the exact number, but in my | 15:59:03 |
| 8 | recollection, it was between 10 to 15 people. | 15:59:05 |
| 9 | Q.  Would these 10 to 15 people have been the | 15:59:08 |
| 10 | division heads of all of the divisions of AVC? | 15:59:12 |
| 11 | A.  It would be the business group.  In AVC, there | 15:59:34 |
| 12 | was a TV business group, for example.  So the head of the | 15:59:37 |
| 13 | business group, for example, would be there. | 15:59:40 |
| 14 | Q.  And the head of every business group was there | 15:59:42 |
| 15 | for AVC? | 15:59:45 |
| 16 | A.  Yes. | 15:59:50 |
| 17 | Q.  How long would these meetings take? | 15:59:51 |
| 18 | A.  Generally speaking, it was from 9 to 11.  In my | 16:00:06 |
| 19 | recollection, it was approximately two hours. | 16:00:09 |
| 20 | Q.  Would the head of each business group give a | 16:00:13 |
| 21 | presentation at this meeting? | 16:00:16 |
| 22 | A.  In the morning, I explained about the one-page | 16:00:33 |
| 23 | A4-size sheet of paper.  Each head of business group | 16:00:36 |
| 24 | would present based on what was on their sheet. | 16:00:41 |
| 25 | Q.  Would that one page be distributed to everybody | 16:00:44 |

Page 119

| | | |
|---|---|---|
| 1 | attending the meeting prior to the meeting? | 16:00:47 |
| 2 | A.  It was distributed on the day of the meeting. | 16:01:01 |
| 3 | Q.  So how many of these one-page summaries would | 16:01:04 |
| 4 | you receive typically at these meetings? | 16:01:07 |
| 5 | A.  It would depend on the time or when it was, but | 16:01:09 |
| 6 | it was approximately five or around that number. | 16:01:25 |
| 7 | Q.  Would the division heads of Panasonic AVC's | 16:01:28 |
| 8 | finished product divisions attend these meetings and give | 16:01:32 |
| 9 | presentations -- well, attend these meetings.  Strike | 16:01:36 |
| 10 | that. | 16:01:39 |
| 11 | A.  Yes. | 16:01:49 |
| 12 | Q.  What would they present on, what topics? | 16:01:56 |
| 13 | A.  It was basically the same.  They would present | 16:01:59 |
| 14 | the management numbers or the business numbers, the | 16:02:23 |
| 15 | profits from the previous month in a chart form and then | 16:02:28 |
| 16 | talk on the right side about -- talk about the comments | 16:02:33 |
| 17 | in regards to that. | 16:02:37 |
| 18 | Q.  Who else attended these meetings besides the | 16:02:39 |
| 19 | division heads and yourself? | 16:02:43 |
| 20 | A.  In the AVC headquarters, there was also an | 16:02:45 |
| 21 | administration organization and the heads of personnel, | 16:03:16 |
| 22 | accounting, and business planning also attended. | 16:03:21 |
| 23 | Q.  Who is the highest ranking AVC executive to | 16:03:27 |
| 24 | attend these meetings? | 16:03:30 |
| 25 | A.  The president of AVC company. | 16:03:32 |

Page 120

| 1  | Q.   Who would that have been in the 2004 to 2006 | 16:03:44 |
|----|---|---|
| 2  | time period? | 16:03:48 |
| 3  | A.   From 2004 to 2006, it was Mr. Otsubo, and from | 16:03:49 |
| 4  | 2006 to 2009, it was Mr. Sakamoto. | 16:04:13 |
| 5  | Q.   What was the purpose of these meetings? | 16:04:17 |
| 6  | A.   The fundamentals was basically to report on the | 16:04:19 |
| 7  | business report -- results. | 16:04:35 |
| 8  | Q.   Were there other purposes? | 16:04:38 |
| 9  | A.   If there were topics at that time that was | 16:04:56 |
| 10 | pertinent to AVC company as a whole, that this meeting | 16:04:59 |
| 11 | would be used as a venue for sharing information. | 16:05:03 |
| 12 | Q.   Was another -- was a related purpose to that to | 16:05:07 |
| 13 | coordinate your business activities within AVC? | 16:05:11 |
| 14 | A.   Coordinating within AVC, well, the term | 16:05:35 |
| 15 | "coordinate" is a pretty broad term.  So I'm not exactly | 16:05:45 |
| 16 | sure what is meant by that.  But if it was necessary, I | 16:05:50 |
| 17 | think there may have been topics that would need to be | 16:05:53 |
| 18 | coordinated, but I'm not really sure what you mean by | 16:05:55 |
| 19 | coordinate. | 16:05:58 |
| 20 | Q.   Well, were you trying to align your business | 16:05:59 |
| 21 | strategies between the tube-making entities and the | 16:06:02 |
| 22 | finished-product-making entities at these meetings? | 16:06:06 |
| 23 | A.   In my recollection, there was hardly any of | 16:06:30 |
| 24 | that.  And also at that time, most of the report on the | 16:06:33 |
| 25 | TV -- television finished products was about the | 16:06:47 |

Page 121

| | | |
|---|---|---|
| 1 | thin-screen products. | 16:06:50 |
| 2 | Q. What would the outcome of these meetings | 16:06:51 |
| 3 | typically be?  Did you receive a summary email that | 16:06:54 |
| 4 | summarized everything that was presented? | 16:06:58 |
| 5 | A. There may have been, but I don't have precise | 16:07:20 |
| 6 | recollection. | 16:07:23 |
| 7 | Q. What did you do to prepare for these meetings? | 16:07:31 |
| 8 | A. I would compile the results of the business for | 16:07:44 |
| 9 | the previous month and make a projection of the business | 16:07:48 |
| 10 | for the coming month. | 16:08:05 |
| 11 | Q. How long did this take to -- how long did this | 16:08:10 |
| 12 | take? | 16:08:13 |
| 13 | A. Like I explained this morning, it's the head of | 16:08:33 |
| 14 | the accounting at MTPD that would put this information | 16:08:36 |
| 15 | together.  So all the time that was needed was for me to | 16:08:39 |
| 16 | receive that report. | 16:08:42 |
| 17 | Q. And who is the head of accounting at MTPD during | 16:08:44 |
| 18 | this time period of 2004 to 2006? | 16:08:47 |
| 19 | A. Mr. Morishita. | 16:08:55 |
| 20 | Q. And from 2006 to 2011? | 16:08:58 |
| 21 | A. Mr. Morishita was there until 2010. | 16:09:05 |
| 22 | Q. Did you bring any other documents with you | 16:09:10 |
| 23 | besides the one-page document you've described earlier? | 16:09:11 |
| 24 | A. Basically we are required to be able to explain | 16:09:29 |
| 25 | everything within that one page. | 16:09:33 |

Page 122

| | | |
|---|---|---|
| 1 | Q.   Required by whom? | 16:09:34 |
| 2 | A.   As an AVC meeting rule, there was an internal | 16:09:45 |
| 3 | rule that said that the report had to be contained within | 16:09:49 |
| 4 | that one page. | 16:09:53 |
| 5 | Q.   Where are those rules located? | 16:09:57 |
| 6 | A.   That was not necessarily written down on paper. | 16:10:05 |
| 7 | It was something I heard orally. | 16:10:07 |
| 8 | Q.   From who? | 16:10:09 |
| 9 | A.   Well, according to the way the finances or | 16:10:43 |
| 10 | rather the accounting worked, one of the roles they had | 16:10:47 |
| 11 | was to use management tools, and the head of the AVC | 16:10:51 |
| 12 | company decided on what format it would be.  That would | 16:10:57 |
| 13 | be relayed to Mr. Morishita, and then I would report | 16:11:01 |
| 14 | accordingly. | 16:11:06 |
| 15 | Q.   Who instructed you to attend these meetings? | 16:11:10 |
| 16 | A.   In my recollection, it was Mr. Morishita.  Oh, | 16:11:30 |
| 17 | I'm sorry.  Prior to me, the president was a Mr. Ueda, | 16:11:43 |
| 18 | and he was -- attended in 2003.  So I continue on in that | 16:11:48 |
| 19 | way. | 16:11:54 |
| 20 | MR. YOHAI:  I'm just going to lodge an objection | 16:11:54 |
| 21 | here.  Obviously you're entitled to use your time any way | 16:11:56 |
| 22 | you want.  He is here obviously on manufacturing issues, | 16:11:59 |
| 23 | and I think the questioning in the last half-hour has | 16:12:03 |
| 24 | become a little off tangent from what he is prepared to | 16:12:08 |
| 25 | testify about. | |

Page 123

| | | |
|---|---|---|
| 1 | You are free to use your time as you wish, | 16:12:13 |
| 2 | personal knowledge, but I would just note that for the | 16:12:15 |
| 3 | record. | 16:12:19 |
| 4 | MR. LAMBRINOS:  There is a topic under two here. | 16:12:19 |
| 5 | Q.  Who instructed Mr. Ueda to attend these | 16:12:55 |
| 6 | meetings? | 16:13:00 |
| 7 | A.  I don't know. | 16:13:00 |
| 8 | Q.  Did you report on the outcome of these meetings | 16:13:01 |
| 9 | on anyone else at Panasonic? | 16:13:03 |
| 10 | A.  No, I did not. | 16:13:12 |
| 11 | Q.  I'm going to hand you what I'm just now | 16:13:19 |
| 12 | marking -- oh, did you report to anybody at Toshiba under | 16:13:23 |
| 13 | the scope of your authority as president of MTPD? | 16:13:28 |
| 14 | A.  I did go there once or twice. | 16:13:47 |
| 15 | Q.  And on what occasion?  What were the dates and | 16:13:50 |
| 16 | who did you talk to? | 16:13:52 |
| 17 | A.  To talk about the relationship of Toshiba. | 16:14:13 |
| 18 | There was also monthly reporting that was done to | 16:14:15 |
| 19 | Toshiba.  Mr. Morishita went to the person who was in | 16:14:18 |
| 20 | charge of accounting at Toshiba to give the report. | 16:14:21 |
| 21 | When I went, it was when a major decision had to | 16:14:57 |
| 22 | be made, such as what I mentioned earlier, when a | 16:15:01 |
| 23 | factory -- when the situation was such that a decision | 16:15:05 |
| 24 | had to be made whether a factory site would be closed or | 16:15:07 |
| 25 | not, then there was a case in which I did visit them. | 16:15:10 |

# Exhibit B

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 200 PARK AVENUE | MOSCOW |
| CHARLOTTE | NEW YORK, NEW YORK 10166 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (212) 294-6700 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| HOUSTON | FACSIMILE +1 (212) 294-4700 | SHANGHAI |
| LONDON | | WASHINGTON, D.C. |
| LOS ANGELES | www.winston.com | |

JEFFREY L. KESSLER
Partner
212-294-4698
jkessler@winston.com

September 3, 2013

**VIA EMAIL**

Demetrius X. Lambrinos
Zelle, Hoffmann, Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104

      **Re:**    *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC,
           MDL No. 1917 (N.D. Cal.)

Dear Counsel:

      I write to follow-up on our conversation of August 29, 2013 regarding the proposed deposition of former Panasonic Corporation president Mr. Fumio Ohtsubo. As we have explained twice previously, Mr. Ohtsubo has less than marginal knowledge of the facts concerning this litigation and there is no basis to depose him.

      During our most-recent conversation, you referred to the deposition of Mr. Tatsuo Tobinaga, a Rule 30(b)(6) witness for Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. ("MTPD"), as providing the basis to depose Mr. Ohtsubo because Mr. Tobinaga purportedly testified that he met each month with Mr. Ohtsubo to report on MTPD's business. As Mr. Tobinaga's deposition transcript makes clear, however, these meetings were strictly to discuss monthly financial reporting and business results. *See* Tobinaga Tr. 26:23-27:6 (July 16, 2012) ("A. I reported on a monthly basis. Every month I reported the results of the business meeting, and once a month there was a meeting within AV company that brought together all of the people who are in charge of the business units, and I reported the business results of MTPD there. And once a year, there is a shareholders meeting, and I made a report on the yearly performance there."), 120:5-10 ("Q. What was the purpose of these meetings? A. The fundamentals was basically to report on the business report -- results. Q. Were there other purposes? A. If there were topics at that time that was pertinent to AVC company as a whole, that this would be used as a venue for sharing information.").

September 3, 2013
Page 2

    Further, Mr. Tobinaga testified that any other occasions on which he reported to or had discussions with Mr. Ohtsubo were solely to seek approval for certain corporate decisions, such as closing MTPD's Ohio factory. *Id.* at 28:13-21 ("Q. Aside from these monthly in-person meetings with the division heads at AVC, did you separately report to Mr. Otsubo [sic] or Mr. Sakamoto, depending on the time period about the business at MTPD?  A. When there are significant -- a large decision such as closing the Ohio company and ceasing business needed to be made, then it was necessary to receive the approval of Panasonic headquarters. So I would go to consult with them then.").  Mr. Ohtsubo was never involved in the CRT business, aside from these limited very high-level consultations about corporate decisions, and plaintiffs have failed to articulate any reason why these high-level consultations have anything to do with this case.

    Finally, plaintiffs have pointed to nothing in the record that indicates that Mr. Ohtsubo had any knowledge of the competitor meetings alleged in the complaint, or that he received any information regarding other contacts with competitors.  Accordingly, we maintain our position that there is no basis for plaintiffs to depose Mr. Ohtsubo, and we will oppose any further attempts by plaintiffs to do so.

                                Sincerely,


                                */s/ Jeffrey L. Kessler*
                                Jeffrey L. Kessler

cc:     David L. Yohai
        Mario N. Alioto
        Lauren C. Capurro

Exhibit C

1  Mario N. Alioto (56433)
   malioto@tatp.com
2  Lauren C. Capurro (241151)
   laurenrussell@tatp.com
3  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
4  San Francisco, CA 94123
   Telephone: (415) 563-7200
5  Facsimile: (415) 346-0679

6  *Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

7

8

9               **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 IN RE: CATHODE RAY TUBE (CRT)          )    MASTER FILE NO. 07-cv-5944 SC
   ANTITRUST LITIGATION                   )
13 ──────────────────────────────────     )    MDL NO. 1917
                                          )
14 This Document Relates to:              )    **NOTICE OF DEPOSITION OF FUMIO**
                                          )    **OHTSUBO**
15 *Indirect Purchaser Plaintiff Class Actions* )
                                          )
16                                        )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19

20         **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

21           **CITY AND COUNTY OF SAN FRANCISCO**

22

23 STATE OF CALIFORNIA, et al.,                Case No.: CGC-11-515784

          Plaintiffs,
24
              v.
25
   SAMSUNG SDI, INC., CO., LTD. et al.,
26
          Defendants.
27

28

                    NOTICE OF DEPOSITION OF FUMIO OHTSUBO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Indirect-Purchaser Plaintiffs, Direct Action Plaintiffs, and the Attorney General of the State of California ("Plaintiffs") will take the deposition of Fumio Ohtsubo. The deposition will take place on November 19 through November 22, 2013, at 9:30 a.m. at the office of Zelle Hofmann Voelbel & Mason LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104. The deposition shall continue from day to day (weekends and holidays excepted) until recessed or completed.

The deposition will be taken before a notary public or other person authorized to administer oaths under applicable law, and will be conducted pursuant to Rule 30 of the Federal Rules of Civil Procedure. Pursuant to Rule 30(b)(2) and 30(b)(3), Plaintiffs reserve the right to record the deposition testimony by videotape and instant visual display in addition to recording the testimony stenographically. Plaintiffs reserve the right to use the videotape deposition at the time of trial.

Dated: September 5, 2013

By:   */s/ Mario N. Alioto*

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:   (415) 563-7200
Facsimile:   (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone:   (518) 434-0600
Facsimile:   (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs*

Kamala D. Harris
  ATTORNEY GENERAL OF CALIFORNIA
Mark J. Breckler
  CHIEF ASSISTANT ATTORNEY GENERAL
Kathleen E. Foote (SBN 65819)
  SENIOR ASSISTANT ATTORNEY GENERAL
Emilio E. Varanini (SBN 163952)
  DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-3664
Telephone: (415) 703-5908
Facsimile: (415) 703-5480
Email: Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California*

2

NOTICE OF DEPOSITION OF FUMIO OHTSUBO

1

**<u>CERTIFICATE OF SERVICE</u>**

2

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. CV-07-5944-SC**

3

**MDL No. 1917**

4

    I, Robert L. Newman, certify and declare under penalty of perjury that I:  am a citizen of the

5

United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within

6

California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s)

7

in the manner indicated below:

8

**NOTICE OF DEPOSITION OF FUMIO OHTSUBO**

9

☒    **BY U.S. MAIL:**  I caused the said document(s) to be deposited in the United States mail, at

10

San Francisco, California, in a sealed envelope with first-class postage thereon fully prepaid, to the addressee(s) named below.

11

12

**SEE ATTACHED SERVICE LIST**

13

14

Dated:  September 5, 2013

15

Signed  */s/ Robert L. Newman*
Robert L. Newman

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**SERVICE LIST**

2

| | |
|---|---|
| Jeffrey L. Kessler | Hojoon Hwang |
| jkessler@winston.com | hojoon.hwang@mto.com |
| Eva W. Cole | William D. Temko |
| ewcole@winston.com | william.temko@mto.com |
| Molly M. Donovan | Jonathan E. Altman |
| mmdonovan@winston.com | jonathan.altman@mto.com |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 200 Park Avenue | 560 Mission Street, 27th Floor |
| New York, NY 10166-4193 | San Francisco, CA 94105 |
| Tel: (212) 294-6700 | Tel: (415) 512-4000 |
| | |
| David L. Yohai | *Counsel for Defendants LG Electronics,* |
| david.yohai@weil.com | *Inc., LG Electronics USA, Inc., and LG* |
| Adam C. Hemlock | *Electronics Taiwan Taipei Co., Ltd.* |
| adam.hemlock@weil.com | |
| Kevin B. Goldstein | |
| kevin.goldstein@weil.com | |
| WEIL, GOTSHAL & MANGES LLP | |
| 767 Fifth Avenue | |
| New York, NY 10153 | |
| Tel: (212) 310-8000 | |
| | |
| *Counsel for Defendants Panasonic* | |
| *Corporation, Panasonic Corporation of* | |
| *North America, and MT Picture Display* | |
| *Co., Ltd.* | |
| John Taladay | Terrence A. Callan |
| john.taladay@bakerbotts.com | terrence.callan@pillsburylaw.com |
| Erik Koon | PILLSBURY WINTHROP SHAW |
| erik.koons@bakerbotts.com | PITTMAN, LLP |
| Charles Malaise | 50 Fremont Street |
| charles.malaise@bakerbotts.com | P.O. Box 7880 |
| BAKER BOTTS LLP | San Francisco, CA 94120-7880 |
| The Warner | Tel: (415) 983-1000 |
| 1299 Pennsylvania Avenue, NW | |
| Washington, DC 20004-2400 | *Counsel for Defendants IRICO Display* |
| Tel: (202) 639-7909 | *Devices Co., Ltd., IRICO Group* |
| | *Corporation, and IRICO Group Electronics* |
| *Counsel for Defendants Koninklijke* | *Co., Ltd.* |
| *Philips Electronics N.V., Philips* | |
| *Electronics North America Corporation,* | |
| *Philips Electronics Industries (Taiwan),* | |
| *Ltd., and Philips da Amazonia Industria* | |
| *Electronica Ltda.* | |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Ian Simmons<br>isimmons@omm.com<br>Benjamin G. Bradshaw<br>bbradshaw@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Tel: (202) 383-5163<br><br>*Counsel for Defendants Samsung Electronics*<br>*Co., Ltd. and Samsung Electronics America,*<br>*Inc.* | Joel S. Sanders<br>jsanders@gibsondunn.com<br>Rachel S. Brass<br>rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel: (415) 393-8200<br><br>*Counsel for Defendant Tatung Company*<br>*America and Counsel for Defendants*<br>*Chunghwa Picture Tubes, Ltd. and*<br>*Chunghwa Picture Tubes (Malaysia)* |
| Kate S. McMillan<br>kate.mcmillan@freshfields.com<br>Christine Laciak<br>christine.laciak@freshfields.com<br>Richard Snyder<br>richard.snyder@freshfields.com<br>FRESHFIELDS BRUCKHAUS &<br>DERINGER US, LLP<br>701 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20004<br>Tel: (202) 777-4566<br><br>*Counsel for Defendant Beijing Matsushita*<br>*Color CRT Co., Ltd.* | Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Tel: (202) 626-3600<br><br>*Counsel for Defendants Toshiba*<br>*Corporation, Toshiba America, Inc.,*<br>*Toshiba America Information Systems, Inc.,*<br>*Toshiba America Consumer Products,*<br>*L.L.C., and Toshiba America Electronic*<br>*Components, Inc.* |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Kent M. Roger<br>kroger@morganlewis.com<br>Scott A. Stempel<br>sstempel@morganlewis.com<br>Michelle Park Chiu<br>mchiu@morganlewis.com<br>J. Clayton Everett<br>jeverett@morganlewis.com<br>MORGAN LEWIS & BOCKIUS, LLP<br>One Market Street, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: (415) 442-1000<br><br>Eliot A. Adelson<br>eadelson@kirkland.com<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Tel: (415) 439-1400<br><br>James H. Mutchnik, P.C.<br>jmutchnik@kirkland.com<br>Kate Wheaton<br>kate.wheaton@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Tel: (312) 862-2000<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Tel: (415) 434-9100<br><br>*Counsel for Defendants Samsung SDI America, Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |
| Michael R. Lazerwitz<br>mlazerwitz@cgsh.com<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 9000<br>Washington, DC 20006<br>Tel: (202) 974-1500<br><br>*Counsel for Defendant LP Displays International, Ltd.* | Mario N. Alioto<br>malioto@tatp.com<br>Lauren C. Capurro<br>laurenrussell@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br><br>*Interim Lead Counsel for Indirect-Purchaser Plaintiffs* |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Guido Saveri<br>guido@saveri.com<br>R. Alexander Saveri<br>rick@saveri.com<br>Geoffrey C. Rushing<br>grushing@saveri.com<br>Cadio Zirpoli<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br><br>*Interim Lead Counsel for Direct-Purchaser Plaintiffs* | David Boies<br>dboies@straus-boies.com<br>Timothy Battin<br>tbattin@straus-boies.com<br>Nathan Cihlar<br>ncihlar@straus-boies.com<br>STRAUS & BOIES, LLP<br>4041 University Drive, Fifth Floor<br>Fairfax, VA 22030<br>Tel: (703) 764-8700<br><br>*Counsel for Indirect-Purchaser Plaintiffs* |
| Robert Green<br>rsg@classcounsel.com<br>Brian Cullen<br>bwc@classcounsel.co,<br>GREEN & NOBLIN P.C.<br>700 Larkspur Landing Circle<br>Suite 275<br>Larkspur, CA 94939<br>Tel: (415) 477-6700<br><br>*Counsel for Indirect-Purchaser Plaintiffs* | Gary L. Specks<br>gspecks@kaplanfox.com<br>KAPLAN FOX<br>423 Sumac Road<br>Highland Park, IL 60035<br>Tel: (847) 831-1585<br><br>*Counsel for Direct Purchaser-Plaintiffs* |
| Caitlin G. Coslett<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia PA 19103<br>Tel: (215) 875-3000<br><br>*Counsel for Direct Purchaser-Plaintiffs* | Philip J. Iovieno<br>piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br><br>*Liaison Counsel for Direct Action Plaintiffs* |

| | |
|---|---|
| H. Lee Godfrey<br>lgodfrey@susmangodfrey.com<br>Kenneth S. Marks<br>kmarks@susmangodfrey.com<br>Jonathan J. Ross<br>jross@susmangodfrey.com<br>David Peterson<br>dpeterson@susmangodfrey.com<br>John P. Lahad<br>jlahad@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Tel: (713) 651-9366<br><br>*Counsel for Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* | Kamala D. Harris<br>ATTORNEY GENERAL OF CALIFORNIA<br>Mark J. Breckler<br>CHIEF ASSISTANT ATTORNEY GENERAL<br>Kathleen E. Foote (SBN 65819)<br>SENIOR ASSISTANT ATTORNEY GENERAL<br>Emilio E. Varanini (SBN 163952)<br>DEPUTY ATTORNEY GENERAL<br>Paul A. Moore, III<br>Pamela Pham<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California 94102-3664<br>Telephone: (415) 703-5908<br>Facsimile: (415) 703-5480<br>Emilio.Varanini@doj.ca.gov<br><br>*Attorneys for the State of California* |

6

3249140v1                    CERTIFICATE OF SERVICE