1  JEFFREY L. KESSLER (*pro hac vice*)
   A. PAUL VICTOR (*pro hac vice*)
2  ALDO A. BADINI (Bar No. 257086)
   EVA W. COLE (*pro hac vice*)
3  MOLLY M. DONOVAN (*pro hac vice*)
   **WINSTON & STRAWN LLP**
4  200 Park Avenue
   New York, New York 10166-4193
5  Telephone: (212) 294-6700
   Facsimile: (212) 294-4700
6  Email: jkessler@winston.com

7  STEVEN A. REISS (*pro hac vice*)
   DAVID L. YOHAI (*pro hac vice*)
8  ADAM C. HEMLOCK (*pro hac vice*)
   **WEIL, GOTSHAL & MANGES LLP**
9  767 Fifth Avenue
   New York, New York 10153-0119
10 Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
11 Email: steven.reiss@weil.com

12 *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br><br> This Document Relates to: <br><br> INDIRECT PURCHASER, DIRECT ACTION PLAINTIFF, AND CALIFORNIA ATTORNEY GENERAL ACTIONS | **Case No. 07-5944 SC** <br> **MDL No. 1917** <br><br> **DECLARATION OF FUMIO OHTSUBO IN SUPPORT OF MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION** <br><br> Date and Time: December 13, 2013; 10 A.M. <br> Court: Courtroom 1, 17th Floor <br> Judge: Hon. Samuel Conti |

## DECLARATION OF FUMIO OHTSUBO

I, Fumio Ohtsubo, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is based upon my personal knowledge:

1. I am a citizen of Japan and reside in Nara Prefecture, Japan.

2. This Declaration is submitted in support of the Motion for Protective Order Quashing Deposition filed by Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants").

3. I have worked at Panasonic Corporation ("Panasonic") since April 1971. A true and correct copy of my résumé is annexed hereto as Exhibit "A".

4. Panasonic is a multinational corporation employing tens of thousands of people.

5. From June 1998 through June 2013, I was a member of Panasonic's Board of Directors (the "Board").

6. From June 2002 through March 2006, I was the President of Panasonic AVC Networks Company ("PAVC"),[1] a division of Panasonic. PAVC was responsible for manufacturing, among other things, audio, video (including televisions), computer, and camera products. During my time as its President, PAVC employed over ten thousand people. At various times during my tenure as PAVC's President, I also oversaw Panasonic's Storage Devices Business, Digital Network Strategic Planning Office, and Matsushita Fujisawa Manufacturing Center.

7. From June 2003 through June 2006, I also served as one of Panasonic's Senior Managing Directors.[2]

8. From June 2006 through June 2012, I served as Panasonic's President.

9. From June 2012 through June 2013, I was Chairman of the Board.

10. I currently serve as a Special Corporate Advisor of Panasonic.

---

[1] During the period from June 2002 through December 2002, PAVC was known as AVC Company. On October 1, 2008, PAVC's name was changed to AVC Networks Company.

[2] At all times during this period, Panasonic had either three or four Senior Managing Directors.

11.     I am generally familiar with the claims advanced in, and the subject matter of, the case pending in the Northern District of California captioned *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917 (the "CRT Case").

12.     I have no personal knowledge of any of the facts relating to the subject matter of the CRT Case other than what has been reported to me in privileged communications from Panasonic's legal departments after the government investigations and private litigation were commenced.

13.     I did not attend any meetings with Panasonic's competitors in the CRT industry at which competitively sensitive information was shared, nor did I receive reports concerning such meetings or otherwise learn of them prior to the governmental investigations that led to the CRT Case.

14.     I have never been responsible for handling the day-to-day operation of Panasonic's CRT business, including selling CRTs or setting their prices.

15.     I have only very high-level knowledge of Panasonic's CRT business, and the limited knowledge that I have is not unique to me.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October, 2013, at Osaka, Japan.

_____
FUMIO OHTSUBO

# Exhibit A

As of Jun 26, 2013

## Biographical Data

**Fumio Ohtsubo**
Special Corporate Advisor
Panasonic Corporation

***Date of Birth:*** September 5, 1945

***Diploma:***

Master of Sciences in Mechanical Engineering, Kansai University (Mar. 1971)

***Business Career:***

| | |
|---|---|
| Apr. 1971 | Joined Matsushita Electric Industrial Co., Ltd. (Currently, Panasonic Corporation) |
| Nov. 1987 | Director, New Business Development Office, Audio Video Sector |
| Jan. 1989 | Managing Director, Matsushita Electronics (S) Pte. Ltd. |
| Jul. 1995 | Director, Audio Division |
| Jun. 1998 | Director, Member of the Board Vice President, AVC Company (In charge of Audio and Optical Disc Business) |
| Jun. 2000 | Managing Director, Member of the Board Vice President, AVC Company (In charge of AVC Network Group) |
| Jun. 2001 | Senior Vice President, AVC Company (Group Executive, AVC Network Group) |
| Jun. 2002 | President, AVC Company |
| Jun. 2003 | Senior Managing Director, Member of the Board |
| Jun. 2006 | President, Matsushita Electric Industrial Co., Ltd. |
| Jun. 2012 | Chairman of the Board, Panasonic Corporation |
| Jun. 2013 | Special Corporate Advisor, Panasonic Corporation |