# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100 main
415.434.3947 fax
www.sheppardmullin.com

415.774.3208 direct
tcunningham@sheppardmullin.com

October 17, 2013

Our File Number:  08Z8-134298

***VIA ECF***

The Honorable Samuel Conti
Senior United States District Judge
United States District Court
Northern District of California
Courtroom No. 1, 17th Fl.
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In re:  Cathode Ray Tube (CRT) Antitrust Litigation*
      Master File No. 07-5944 SC; MDL No. 1917

Dear Judge Conti:

I write on behalf of defendant Samsung SDI America, Inc. ("SDIA") in response to a voicemail from Your Honor's Calendar Clerk, Ms. Tana Ingle, inquiring about SDIA's pending motion to compel discovery responses from the direct purchaser plaintiffs ("Plaintiffs"), Dkt. No. 1862.

That motion has not been resolved.  The motion was first filed on August 23, 2013.  As reflected in my August 28, 2013 letter to the former Special Master (Dkt. No. 1873), Plaintiffs subsequently served supplemental responses to some of SDIA's discovery requests, but did not respond to all of the requests at issue.  Accordingly, SDIA notified the former Special Master that it was withdrawing its motion as to some, but not all, requests that were the subject of its motion.[1]  As to the remaining requests, SDIA requested a hearing.[2]

While that motion was pending, the Court discharged the Special Master.  In response to an order of the Court that parties file statements identifying, *inter alia*, the posture of any relevant motions prior to the September 13, 2013 status conference (Dkt. No. 1758), SDIA informed the Court of its pending motion to compel (Dkt. No. 1908).

Plaintiffs did not oppose SDIA's motion, either under the procedures established by the former Special Master, or within the time limits set out in the Federal Rules.  Plaintiffs took the position that a response was not required because the motion was filed based on procedures they

---

[1] SDIA withdrew its motion to compel as to the following discovery requests: interrogatories 1, 4 and 7; and RFAs 1-16, 27-34 and 43-50.

[2] The remaining requests are interrogatories 2, 3, 5, 6, 8 and 9 and RFAs 17-26, 35-42, 51-82 and 85.

**SheppardMullin**

Hon. Samuel Conti
October 17, 2013
Page 2

contend no longer governed the case.[3]  SDIA disagrees, but is prepared to proceed immediately in whatever manner the Court finds appropriate under the circumstances.

Respectfully,

*[signature]*

Tyler M. Cunningham
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:    All counsel via ECF

SMRH:411324756.1

---

[3] *See* Rushing letter to Cunningham of September 9, 2013, attached hereto as Exhibit 1.