# Exhibit 1

## SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

September 9, 2013

**VIA EMAIL**

Tyler Cunningham
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

      Re:    *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* **MDL 1917**

Dear Tyler:

      We were surprised at the assertion in the Samsung SDI Defendants' Status Conference Statement that they have a pending motion to compel against Direct Purchaser Plaintiffs ("DPPs"), and that DPPs' response is due today.

      First, as we read the Court's order of August 29 discharging Special Master Legge (Docket 1880), discovery motions must now be filed in front of Judge Conti in the ordinary course. You have not done so. Moreover, the letter brief filed on August 23 does not comport with the requirements for motions to compel. *See, e.g.,* Local Rule 37-2 (motion to compel must set forth each discovery request, response and reasons response is inadequate). *See also generally* Local Rules 7-1, 7-2, 7-4 (format).

      Second, even on the doubtful assumption that the procedures applicable to proceedings in front of the Special Master are still in effect, your representation that DPPs' response is due today is not correct. The Order of June 3, 2010 provides:

> Procedures were established for the resolution of discovery disputes by the Special Master. There must first be a meet and confer between the parties. If that does not resolve the dispute, any party can raise a discovery issue with the Special Master by letter. The Special Master will then decide how to handle the request procedurally, either through an informal conference, briefing, or a noticed motion.

(Dkt. No. 724; reaffirmed by Court by Order of April 25, 2011 (Dkt. No. 906)). By letter to Judge Legge of August 27, 2013, DPPs requested a conference to establish a briefing schedule if your clients insisted on proceeding with the motion despite the supplemental responses DPPs served on August 26, 2013. The Court's Order discharging Judge Legge

Tyler Cunningham
September 9, 2013
Page 2


meant that no such conference occurred, and, therefore, no briefing schedule was established.

    Third, as noted in my letter of August 27, DPPs believe that, in any event, your clients have not properly met and conferred in light of the supplemental responses DPPs served on August 26, and that, therefore, the motion is improper. We are (and have been since at least August 27) ready and willing to meet and confer. We point out that, thus far, your clients have not agreed to narrow their discovery requests to address DPPs' objections in any material way.

    Please let me know how you would like to proceed.

Sincerely,

Geoffrey C. Rushing

cc:    James McGinnis, Gary Halling, Michael Scarborough, Eliot Adelson

crt.617