# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

October 21, 2013

*VIA ECF*

The Honorable Samuel Conti
United States District Judge
United States District Court
Northern District of California
Courtroom No. 1, 17th floor
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL 1917

Your Honor:

  This will respond to Tyler Cunningham's letter of October 17, 2013. As explained in Mr. Rushing's letter of September 9, 2013, attached as Exhibit A to Mr. Cunningham's letter, Direct Purchaser Plaintiffs ("DPPs") believe that Defendant Samsung SDI America's motion to compel is 1) not properly before the Court; and 2) not ripe in light of DPPs' supplemental responses. DPPs have received no response to Mr. Rushing's letter.

  If the Court wishes to proceed with the motion, DPPs respectfully request that the Court set a briefing schedule so that they may respond to the motion. As noted in Mr. Rushing's letter, pursuant to the procedures then in place, DPPs asked the Special Master to set such a schedule (if appropriate) prior to the Court's order discharging him.

        Respectfully submitted,

         /s/ *R. Alexander Saveri*
        R. Alexander Saveri
        Saveri & Saveri, Inc.
        Interim Lead Counsel for the
        Direct Purchaser Plaintiffs

cc: All Counsel via ECF

crt.636