LAWERENCE P. SCHAEFER (#195583)
lschaefer@schaeferlaw.com
400 South Fourth Street, Suite 202
Minneapolis, MN 55415
(612) 294-2600 – Phone
(612) 294-2640 – Fax

Attorney for Plaintiff Brigid Terry

FILED
OCT 25 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case Number: CV-07-5944-SC |
| | NOTICE OF WITHDRAWAL AS ATTORNEY |
| This Document Relates to All Cases | The Honorable Samuel Conti |

Pursuant to the Local Rules of the United States District Court for the Northern District of California, the undersigned attorney hereby notifies the Court and counsel that Lawrence P. Schaefer is no longer associated with the firm of Mansfield Tanick & Cohen and has withdrawn as attorney for the Plaintiff in this case.

Please remove Mr. Schaefer from the e-notification list for this matter.

Date: October 23, 2013

Lawrence P. Schaefer (#195583)
400 South Fourth Street, Suite 202
Minneapolis, MN 55415
(612) 294-2600 – Phone
(612) 294-2640 – Fax

***Attorney for Plaintiff Brigid Terry***

**PROOF OF SERVICE BY MAIL**

I, Larry Schaefer, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Schaefer Law Firm LLC in the County of Hennepin, State of Minnesota. My business address is 400 South Fourth Street, Suite 202, Minneapolis, MN 55415.

2. On October 23, 2013, I served true copies of the attached document entitled **NOTICE OF WITHDRAWAL AS ATTORNEY** by placing them in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below/set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 307 4th Ave S, Minneapolis, MN 55415, on that same date, following ordinary business practices:

*See attached Service List*

3. I am familiar with Schaefer Law Firm LLC's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2013, in Minneapolis, Minnesota.

Lawrence P. Schaefer

**PROOF OF SERVICE BY MAIL**
IN RE: CATHODE RAY TUBE (CRT)
Case No.: 3:07-CV-05944-SC

SERVICE LIST

Charles H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Clinton Paul Walker
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

Gregory D. Hull
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

John G. Emerson
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

John Gressette Felder , Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Katherine Hamilton Wheaton
300 North LaSalle Street
Chicago, IL 60654

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Lawrence D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

Lewis Titus LeClair
McKool Smith
300 Crescent Ct #1500
Dallas, TX 75201
Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Melissa Willett
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

Mike McKool , Jr
McKool Smith, P.C.
300 Crescent Court Ste 1500
Dallas, TX 75201

Neal A Eisenbraun
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

Niki B. Okcu
AT&T Services, Inc. Legal Dept.
525 Market Street, 20th Floor
San Francisco, CA 94105

Patricia A. Conners
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

Paul F Novak
Milberg LLP
One Kennedy Square
777 Woodward Avenue, Suite 890
Detroit, MI 48226

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Robert B. Gerard
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street 5th Floor
Modesto, CA 95354

Samuel J. Sharp
701 13th Street NW
Washington, DC 20005

Steven A. Reiss
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Traviss Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

William D. Temko
Marsha Poulin
Munger Tolles & Olson LLP
355 South Grand Ave.
35th Floor
Los Angeles, CA 90071

SCHAEFER LAW FIRM LLC.

Empowering Clients | *Advancing Justice*

www.schaeferlaw.com

*Lawrence P. Schaefer*
*(612) 294-2601*
*lschaefer@schaeferlaw.com*

October 23, 2013

Attn: Alfred Amistoso
Clerk of Court
United States District Court
450 Golden gate Avenue, Box 36060
San Francisco, CA 94102-3489

**RE:** ***In Re: Cathode Ray Tube (CRT) Antitrust Ligation***
**Court File No.: CV-07-5944-SC**

Dear Mr. Amistoso:

Pursuant to your conversation with my Legal Assistant Pat Walters, enclosed for filing please find the Notice of Withdrawal as Attorney and Proof of Service by Mail, with regard to the above-referenced matter.

Thank you for your attention to this matter.

Very Truly Yours,

**SCHAEFER LAW FIRM, LLC**

Lawrence P. Schaefer

LPS/tmr: 18373
Encs: Notice of Withdrawal and Proof of Service




400 South Fourth Street, Suite 202
Minneapolis, MN 55415

Attn: Alfred Amistoso
Clerk of Court
United States District Court
450 Golden gate Avenue, Box 36060
San Francisco, CA 94102-3489

