1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  2001 K Street, NW
   Washington, DC  20006-1047
4  Telephone:  (202) 223-7356
   Facsimile:  (202) 204-7356
5  Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
6  Email: cbenson@paulweiss.com

7  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
8  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
9  San Francisco, California 94111
   Telephone:  (415) 788-8200
10 Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
11 Email: jpatchen@tcolaw.com

12 *Attorneys for Plaintiffs Sharp Electronics Corporation,
   Sharp Electronics Manufacturing Company of America, Inc.*
13

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., | Case No. 13-cv-01173-SC |
| 18 | Case No. 07-cv-05944-SC |
| 19  Plaintiffs, | MDL No. 1917 |
| 20              v. | |
| 21  HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LP DISPLAYS INTERNATIONAL, LTD.; LG.PHILIPS DISPLAYS HOLDING B.V.; LG.PHILIPS DISPLAYS INTERNATIONAL B.V.; MERIDIAN SOLAR & DISPLAY CO., LTD.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC CONSUMER ELECTRONICS CO.; MT PICTURE DISPLAY CO., LTD.; MATSUSHITA ELECTRONIC CORPORATION | **ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**CIVIL L.R. 79-5** |

- 1 -

(MALAYSIA) SDN BHD.; BEIJING MATSUSHITA COLOR CRT CO., LTD.; PT.MT PICTURE DISPLAY INDONESIA; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD.; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (HONG KONG), LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.; THOMSON SA (N/K/A TECHNICOLOR SA); THOMSON CONSUMER ELECTRONICS, INC. (N/K/A TECHNICOLOR USA, INC.); VIDEOCON INDUSTRIES, LTD.; TECHNOLOGIES DISPLAYS AMERICAS LLC,

Defendants.

- 2 -
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S FIRST AMENDED COMPLAINT. CASE NO. 07-CV-05944 (SC), RELATED TO CASE NO. 13-CV-01173 (SC)

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs Sharp Electronics Corporation and
2  Sharp Electronics Manufacturing Company of America, Inc. ("Sharp") will, and hereby do,
3  respectfully move this Court for leave to submit under seal portions of Sharp's concurrently filed
4  First Amended Complaint ("FAC"). In support of its request for leave to submit portions of its
5  FAC under seal, Sharp concurrently submits the Declaration of Craig A. Benson and a
6  [Proposed] Order in compliance with Local Rule 79-5(d).

7  Portions of Sharp's FAC contain discussion, analysis, references to, or information taken
8  directly from material designated by a Defendant or Defendants in this matter as "Confidential"
9  or "Highly Confidential" pursuant to the Protective Order applicable to this action. Specifically,
10 portions of paragraphs 196-199, 239, 240, and 259 of Sharp's FAC contain such confidential
11 material, and, pursuant to Local Rule 79-5(e), Sharp seeks to submit the above material under
12 seal in good faith in order to comply with the Protective Order in this action and the applicable
13 Local Rules.

14 Sharp respectfully submits this administrative motion pursuant to the Protective Order
15 and Civil Local Rule 79-5 and hereby notifies the designating parties of their burden to establish
16 that the designated material is sealable.

18 October 28, 2013                By:  _____/s/ Craig A. Benson_____
                                              Craig A. Benson

   Kenneth A. Gallo (*pro hac vice to be submitted*)
   Joseph J. Simons (*pro hac vice to be submitted*)
   Craig A. Benson (*pro hac vice to be submitted*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   2001 K Street, NW
   Washington, DC 20006
   Telephone: (202) 223-7356
   Facsimile: (202) 204-7356
   Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
   Email: cbenson@paulweiss.com

   *Attorneys for Plaintiffs*