**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LP DISPLAYS INTERNATIONAL, LTD.; LG.PHILIPS DISPLAYS HOLDING B.V.; LG.PHILIPS DISPLAYS INTERNATIONAL B.V.; MERIDIAN SOLAR & DISPLAY CO., LTD.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC CONSUMER ELECTRONICS CO.; MT PICTURE DISPLAY CO., LTD.; MATSUSHITA ELECTRONIC CORPORATION (MALAYSIA) SDN BHD.; BEIJING MATSUSHITA COLOR CRT CO., LTD.; PT.MT PICTURE DISPLAY INDONESIA; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD.; | Case No. 13-cv-01173-SC <br><br> Case No. 07-cv-05944-SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

- 1 -

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (HONG KONG), LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.; THOMSON SA (N/K/A TECHNICOLOR SA); THOMSON CONSUMER ELECTRONICS, INC. (N/K/A TECHNICOLOR USA, INC.); VIDEOCON INDUSTRIES, LTD.; TECHNOLOGIES DISPLAYS AMERICAS LLC,<br><br>Defendants. |

- 2 -

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S FIRST AMENDED COMPLAINT.  CASE NO. 07-CV-05944 (SC), RELATED TO CASE NO. 13-CV-01173 (SC)

This matter comes before the Court on the Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint ("Motion to Seal"). Having considered Plaintiffs' Motion to Seal, the Declaration of Craig A. Benson in support thereof, and any additional declarations subsequently filed in support of the Motion to Seal, and good cause appearing therefore:

The Court hereby GRANTS the motion to seal and orders that the portions of Plaintiffs' First Amended Complaint identified below are properly sealable and shall be sealed:

| |
|---|
| Portions of ¶¶ 196-199 |
| ¶ 239 |
| ¶ 240 |
| Portions of ¶ 259 |

IT IS SO ORDERED.

DATED: _____     _____
                                                           HONORABLE SAMUEL CONTI
                                                           UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S FIRST AMENDED COMPLAINT. CASE NO. 07-CV-05944 (SC), RELATED TO CASE NO. 13-CV-01173 (SC)