Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-02171-SC (N.D. Cal.)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following documents under seal:

1. Portions of the Toshiba Defendants' Response to Plaintiffs' October 15, 2013 Letter Seeking Discovery Order And To Strike Errata (the "Toshiba Defendants' Response") that contains quotations from, or discussion of, deposition testimony that the parties have designated as "Highly Confidential"; and

2. Exhibits 1, 3, 4, 5, 6, and 8 to the Declaration of Matthew N. Frutig in Support of the Toshiba Defendants' Response ("Frutig Decl.") that are transcript or video excerpts of deposition testimony that Defendants have designated as "Highly Confidential."

This motion is supported by the Declaration of Dana E. Foster, dated October 29, 2013 ("Foster Decl."). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable." Because the documents at issue here relate to a non-dispositive motion, the Toshiba Defendants need only show that good cause exists for the designated materials to remain under seal. *See, e.g., Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("[a] 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to nondispositive motions").

As set forth in the Foster Decl., the standard for filing under seal is met in the present case. The documents listed above consist of, quote from, and/or summarize confidential, nonpublic, proprietary and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about the Toshiba Defendants' sales processes, business practices, internal practices, confidential business and supply agreements, and competitive positions. This information is confidential commercial information, the disclosure of which would prejudice the Toshiba Defendants

both in their commercial relationships with customers and suppliers and in their competitive efforts. Accordingly, good cause exists for portions of the Toshiba Defendants' Response and the entirety of Exhibits 1, 3, 4, 5, 6, and 8 to the Frutig Decl. to be filed under seal. For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to Civil Local Rules 7-11 and 79-5.

Respectfully submitted,

Dated: October 29, 2013

WHITE & CASE LLP

By: _____
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Electronic Components, Inc.*

# CERTIFICATE OF SERVICE

On October 29, 2013, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_____
Dana E. Foster