1  Christopher M. Curran (*pro hac vice*)
2  ccurran@whitecase.com
   Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8
9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Information Systems, Inc., and Toshiba*
11 *America Electronic Components, Inc.*

12                UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA
14                 (SAN FRANCISCO DIVISION)

15
   IN RE: CATHODE RAY TUBE (CRT)            Case No. 07-5944 SC
16 ANTITRUST LITIGATION                     MDL No. 1917
17

18 This Document Relates to
19 Case No. 13-cv-02171-SC (N.D. Cal.)
20 DELL INC. AND DELL PRODUCTS L.P.,
                                            **DECLARATION OF DANA E.**
21             Plaintiffs,                  **FOSTER IN SUPPORT OF THE**
                                            **TOSHIBA DEFENDANTS'**
22                                          **ADMINISTRATIVE MOTION TO**
   v.                                       **FILE DOCUMENTS UNDER SEAL**
23                                          **PURSUANT TO CIVIL LOCAL**
24 HITACHI, LTD., *et al.*,                 **RULES 7-11 AND 79-5(d)**
25
               Defendants.
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    I, Dana E. Foster, hereby declare as follows:

2        1.      I am an attorney with the law firm of White & Case LLP, counsel for

3    Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba Information Systems, Inc.,

4    and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

5        2.      I submit this declaration in support of the Toshiba Defendants' Administrative

6    Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d).  I have

7    personal knowledge of the facts stated herein, and I could and would competently testify

8    thereto if called as a witness.

9        3.      I submit this declaration pursuant to Civil Local Rule 79-5(d) to establish that

10   certain portions of the Toshiba Defendants' Response to Plaintiffs' October 15, 2013 Letter

11   Seeking Discovery Order And To Strike Errata (the "Toshiba Defendants' Response") and

12   Exhibits 1 and 8 to the Declaration of Matthew N. Frutig in Support of the Toshiba

13   Defendants' Response ("Frutig Decl.") are sealable in that they quote from, summarize, or are

14   excerpts of deposition testimony designated as "Highly Confidential" by the Toshiba

15   Defendants pursuant to the Stipulated Protective Order.  Dkt No. 306.

16       4.      Exhibit 1 to the Frutig Decl. is an excerpt from the transcript of the Deposition

17   of Shinichiro Tsuruta, dated September 25-27, 2013, designated by the Toshiba Defendants as

18   Highly Confidential.

19       5.      Exhibit 8 to the Frutig Decl. is an excerpt from the DVD of the deposition of

20   Yasuki Yamamoto, dated July 1-3, 2013, designated by the Toshiba Defendants as Highly

21   Confidential.

22       6.      The Toshiba Defendants' Response refers to, quotes from, or summarizes

23   excerpts from deposition transcripts that the Plaintiffs have already filed under seal, and that

24   the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Stipulated

25   Protective Order.

26       7.      These documents contain confidential, non-public information about the

27   Toshiba Defendants' business practices, and describe the Toshiba Defendants' relationship

28   with companies that remain important to the Toshiba Defendants' competitive positions.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Because the information contained in these transcripts is not publicly available, disclosing the

2   information presents a risk of undermining the Toshiba Defendants' relationships, would

3   cause harm with respect to the Toshiba Defendants' competitors and customers, and would

4   place the Toshiba Defendants at a competitive disadvantage.

5

6       I declare under penalty of perjury under the laws of the United States of America that

7   the foregoing is true and correct.

8

9       Executed this 29th day of October, 2013, in Washington, D.C.

10

11                                                      _____

12                                                      Dana E. Foster

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

On October 29, 2013, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_____
Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE
TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917