Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., America Information
Systems, Inc., and Toshiba America
Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-02171-SC (N.D. Cal.)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | [PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) |

Upon consideration of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with the Toshiba Defendants' Response to Plaintiffs' October 15, 2013 Letter Seeking Discovery Order and to Strike Errata, it is hereby:

ORDERED that the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal portions of the Toshiba Defendants' Response to Plaintiffs' October 15, 2013 Letter Seeking Discovery Order and to Strike Errata that contain quotations from, or discussion of, deposition testimony that the parties have designated as "Highly Confidential" and Exhibits 1, 3, 4, 5, 6, and 8 to the Declaration of Matthew N. Frutig in Support of the Toshiba Defendants' Response to Plaintiffs' October 15, 2013 Letter Seeking Discovery Order and to Strike Errata that consist of deposition testimony that the Defendants have designated as "Highly Confidential."

**IT IS SO ORDERED.**

Dated: _____  _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE