Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., and Toshiba
America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-02171-SC (N.D. Cal.)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **DECLARATION OF MATTHEW N. FRUTIG IN SUPPORT OF THE TOSHIBA DEFENDANTS' RESPONSE TO PLAINTIFFS' OCTOBER 15, 2013 LETTER SEEKING DISCOVERY ORDER AND TO STRIKE ERRATA** |

I, Matthew N. Frutig, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of the Toshiba Defendants' Response to Plaintiffs' October 15, 2013 Letter Seeking Discovery Order and to Strike Errata ("Toshiba Defendants' Response"), filed contemporaneously herewith. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Shinichiro Tsuruta, dated September 25-27, 2013.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Kerry Lee Hall, dated March 21, 2012.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Ayumu Kinoshita, dated February 5-6, 2013.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of Shinichi Iwamoto, dated February 7-8, 2013.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Hirokazu Nishiyama, dated March 5-7, 2013.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Masaki Sanogawaya, dated July 31-August 2, 2013.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the 30(b)(6) deposition transcript of ABC Warehouse, dated August 23, 2013.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the DVD of the deposition of Yasuki Yamamoto, dated July 1-3, 2013.

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.

4  Executed this 29th day of October, 2013, in Washington, D.C.

_____
Matthew N. Frutig