# EXHIBIT 8
# (Filed Under Seal)

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-02171-SC (N.D. Cal.)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **EXHIBIT 8: EXCERPTS OF DVD OF DEPOSITION OF YASUKI YAMAMOTO** |

MANUAL FILING NOTIFICATION OF EXHIBIT 8 TO THE FRUTIG DECLARATION
Case No. 07-5944-SC
MDL No. 1917

# MANUAL FILING NOTIFICATION

Regarding: Exhibit 8 to the Declaration of Matthew N. Frutig in Support of the Toshiba Defendants' Response to Plaintiffs' October 15, 2013 Letter Seeking Discovery Order and to Strike Errata.

This filing is in physical form only, and is being filed under seal in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy.

For information on retrieving this filing directly from the court, please see the court's website at: http://cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (please describe):

Dated: October 29, 2013

Respectfully submitted,

WHITE & CASE LLP

By: _____
Matthew N. Frutig (*pro hac vice*)

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005