1  JEFFREY L. KESSLER (*pro hac vice*)
   A. PAUL VICTOR (*pro hac vice*)
2  ALDO A. BADINI (Bar No. 257086)
   EVA W. COLE (*pro hac vice*)
3  MOLLY M. DONOVAN (*pro hac vice*)
   **WINSTON & STRAWN LLP**
4  200 Park Avenue
   New York, New York 10166-4193
5  Telephone: (212) 294-6700
   Facsimile: (212) 294-4700
6  Email: jkessler@winston.com

7  STEVEN A. REISS (*pro hac vice*)
   DAVID L. YOHAI (*pro hac vice*)
8  ADAM C. HEMLOCK (*pro hac vice*)
   **WEIL, GOTSHAL & MANGES LLP**
9  767 Fifth Avenue
   New York, New York 10153-0119
10 Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
11 Email: steven.reiss@weil.com

12 *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT*
13 *Picture Display Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>INDIRECT PURCHASER, DIRECT ACTION PLAINTIFF, AND CALIFORNIA ATTORNEY GENERAL ACTIONS | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br><br>**NOTICE OF WITHDRAWAL OF PANASONIC DEFENDANTS' MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION**<br><br>Date and Time: December 13, 2013; 10 A.M.<br>Court: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

NOTICE OF WITHDRAWAL OF PANASONIC DEFENDANTS'          Case No. 07-5944 SC
MOTION FOR PROTECTIVE ORDER QUASHING DEPOSITION              MDL NO. 1917

1  On October 17, 2013, Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, "Panasonic") filed a motion for a protective order to preclude the Indirect-Purchaser Plaintiffs, Direct Action Plaintiffs, and the Attorney General of the State of California (collectively, "Plaintiffs") from taking the "apex" deposition of Fumio Ohtsubo (the "Motion"). (Dkt. 2019).  On October 29, 2013, Plaintiffs withdrew their Deposition Notice of Fumio Ohtsubo, without prejudice.  Accordingly, Panasonic now withdraws the Motion, pursuant to Local Civil Rule 7-7(e), without prejudice.

DATED: October 30, 2013         WINSTON & STRAWN LLP

By: /s/ *Jeffrey L. Kessler*
JEFFREY L. KESSLER (*pro hac vice*)
E-mail: jkessler@winston.com
ALDO A. BADINI (Bar No. 257086)
E-mail: abadini@winston.com
A. PAUL VICTOR (*pro hac vice*)
E-mail: pvictor@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: MMdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
DAVID E. YOLKUT (*pro hac vice*)
E-mail: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (Bar No. 57367)
E-mail: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000

1   Facsimile: (650) 802-3100

2   *Attorneys for Defendants Panasonic
    Corporation (f/k/a Matsushita Electric
3   Industrial Co., Ltd.), Panasonic Corporation of
    North America, and MT Picture Display Co.,
4   Ltd.*