Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.  3:07-5944-SC<br>Individual Docket No.  13-cv-1173-SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE TECHONOLOGIES DISPLAYS AMERICAS, LLC'S RESPONSE TO THE FIRST AMENDED COMPLAINT OF PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.** |
| This Document Relates to:<br><br>*Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | |

1  Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company
2  of America, Inc. (collectively, "Sharp") and Defendant Technologies Displays Americas LLC ("TDA")
3  enter into this Stipulation concerning the matter entitled *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et*
4  *al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-
5  cv-05944, (the "MDL Proceedings") by an Order of Judge Samuel Conti on March 26, 2013.

6  SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND
7  AGREE AS FOLLOWS:

8  WHEREAS, on October 28, 2013, Sharp filed its First Amended Complaint (Dkt. 64;
9  MDL Dkt. 2030); and

10  WHEREAS, Sharp and TDA have agreed on a schedule for TDA's answer to or motion
11  to dismiss Sharp's First Amended Complaint.

12  NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND
13  TECHNOLOGIES DISPLAYS AMERICAS LLC, BY AND THROUGH THEIR RESPECTIVE
14  COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

15  1. TDA's answer to (or motion to dismiss) Sharp's First Amended Complaint shall be
16  due by November 22, 2013;

17  2. Sharp's response to any motion to dismiss shall be due by December 20, 2013; and

18  3. TDA's reply brief shall be due by January 10, 2014.

19  **IT IS SO STIPULATED**

20  Dated: October 31, 2013     By:   /s/ Jonathan A. Patchen
                                       Stephen E. Taylor (SBN 058452)
21                                     Jonathan A. Patchen (SBN 237346)
                                       TAYLOR & COMPANY LAW OFFICES, LLP
22                                     One Ferry Building, Suite 355
                                       San Francisco, California 94111
23                                     Telephone: (415) 788-8200
                                       Facsimile: (415) 788-8208
24                                     Email: staylor@tcolaw.com
                                       Email: jpatchen@tcolaw.com
25
                                       Kenneth A. Gallo (*Pro Hac Vice*)
26                                     Joseph J. Simons (*Pro Hac Vice*)
                                       Craig A. Benson (*Pro Hac Vice*)
27                                     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

|   |   |
|---|---|
| 1 | 2001 K Street, NW |
| 2 | Washington, DC  20006-1047<br>Telephone:  (202) 223-7300<br>Facsimile:  (202) 223-7420 |
| 3 | |
| 4 | *Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.* |

By:   /s/ Nathan Lane
Nathan Lane III
Mark C. Dosker
SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 954-0200
Fax: (415) 393-9887

*Attorney for Defendant Technologies Displays Americas LLC*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  October 31, 2013          /s/ Jonathan A. Patchen

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2013          _____

-3-
STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO EXPECTED AMENDED COMPLAINT
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173