JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173 | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF MOLLY M. DONOVAN IN SUPPORT OF THE SHARP PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>[re Panasonic Documents] |

- 1 -

I, Molly M. Donovan, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On October 28, 2013, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") filed an Administrative Motion to Seal (Dkt. 2030), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of Sharp's First Amended Complaint ("FAC") that contain information from documents or deposition testimony that the Panasonic Defendants have designated "Confidential" or "Highly Confidential."

3. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents and information quoted from, described, or otherwise summarized in the FAC that have been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

4. The documents and information quoted from, described, or otherwise summarized in Paragraphs 196, 197, 198, 239 and 240 of the FAC consist of, cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the Panasonic Defendants' business practices, pricing practices, confidential business agreements and competitive positions. The documents describe relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants'

- 2 -

1  business relationships, would cause it harm with respect to its competitors and customers, and would
2  put the Panasonic Defendants at a competitive disadvantage.

3      5.     Paragraphs 196, 197, 198, 239 and 240 of the FAC quote from or describe
4  documents, testimony or information designated as "Confidential" or "Highly Confidential" by the
5  Panasonic Defendants pursuant to the Stipulated Protective Order.  I understand that the Panasonic
6  Defendants consider any statements in the FAC purporting to summarize any documents or
7  information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants
8  confidential and proprietary.  I am informed and believe that the Panasonic Defendants have taken
9  reasonable steps to preserve the confidentiality of information of the type contained, identified, or
10 cited to in Paragraphs 196, 197, 198, 239 and 240 of the FAC.

11     6.     I declare under penalty of perjury under the laws of the United States of America that
12 the foregoing is true and correct.

13

14 DATED:  November 1, 2013            By:  /s/ *Molly M. Donovan*
    JEFFREY L. KESSLER (*pro hac vice*)
15     Email: jkessler@winston.com
    A. PAUL VICTOR (*pro hac vice*)
16     Email: pvictor@winston.com
    ALDO A. BADINI (257086)
17     Email: abadini@winston.com
    EVA W. COLE (*pro hac vice*)
18     Email: ewcole@winston.com
    MOLLY M. DONOVAN (*pro hac vice*)
19     Email: mmdonovan@winston.com
20     **WINSTON & STRAWN LLP**
    200 Park Avenue
21     New York, New York 10166-4193
    Telephone: (212) 294-6700
22     Facsimile: (212) 294-4700
23
    STEVEN A. REISS (*pro hac vice*)
24     Email: steven.reiss@weil.com
    DAVID L. YOHAI (*pro hac vice*)
25     Email: david.yohai@weil.com
    ADAM C. HEMLOCK (*pro hac vice*)
26     Email: adam.hemlock@weil.com
27     **WEIL, GOTSHAL & MANGES LLP**
    767 Fifth Avenue
28

DECL. OF MOLLY M. DONOVAN I/S/O            Case No. 07-5944 SC
SHARP PLAINTIFFS' MOTION TO SEAL            MDL NO. 1917

| | |
|---|---|
| 1 | New York, New York 10153-0119 |
| 2 | Telephone:  (212) 310-8000 |
|   | Facsimile:  (212) 310-8007 |
| 3 | GREGORY D. HULL (57367) |
| 4 | Email: greg.hull@weil.com |
|   | **WEIL, GOTSHAL & MANGES LLP** |
| 5 | 201 Redwood Shores Parkway |
|   | Redwood Shores, California 94065-1175 |
| 6 | Telephone: (650) 802-3000 |
|   | Facsimile: (650) 802-3100 |

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 4 -

DECL. OF MOLLY M. DONOVAN I/S/O　　　　　　　　　　　　　　　　　　　　Case No. 07-5944 SC
SHARP PLAINTIFFS' MOTION TO SEAL　　　　　　　　　　　　　　　　　　　　MDL NO. 1917