1   SHEPPARD MULLIN RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2       Including Professional Corporations
    GARY L. HALLING, Cal. Bar No. 66087
3   JAMES L. McGINNIS, Cal. Bar No. 95788
    MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4   TYLER M. CUNNINGHAM, Cal. Bar No. 243694
    Four Embarcadero Center, 17th Floor
5   San Francisco, California  94111-4106
    Telephone:    415-434-9100
6   Facsimile:    415-434-3947
    E-mail:       ghalling@sheppardmullin.com
7                 jmcginnis@sheppardmullin.com
                  mscarborough@sheppardmullin.com
8                 tcunningham@sheppardmullin.com

9   Attorneys for Defendants
    SAMSUNG SDI AMERICA, INC.,
10  SAMSUNG SDI CO., LTD.,
    SAMSUNG SDI (MALAYSIA) SDN. BHD.,
11  SAMSUNG SDI MEXICO S.A. DE C.V.,
    SAMSUNG SDI BRASIL LTDA.,
12  SHENZEN SAMSUNG SDI CO., LTD. AND
    TIANJIN SAMSUNG SDI CO., LTD.

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17
                                          | Case No. 07-5944 SC
18  In re: CATHODE RAY TUBE (CRT)
    ANTITRUST LITIGATION                  | MDL No. 1917
19
                                          | Individual Case No. C 13-1173 (SC)
20  _____

21  This Document Relates to:             | **DECLARATION OF TYLER M.
                                          | CUNNINGHAM IN SUPPORT OF
22    SHARP ELECTRONICS CORP.,            | SHARP'S ADMINISTRATIVE MOTION
                                          | TO SEAL PORTIONS OF PLAINTIFFS'
23              Plaintiff,                | FIRST AMENDED COMPLAINT**

24         v.                             | [Samsung SDI Defendants]

25    HITACHI, LTD., et al.,

26              Defendants.

27  _____

28

SMRH:412009457.1                          CUNNINGHAM DECLARATION I/S/O SHARP'S
MDL No. 1917; Case No. 13-1173                   ADMINISTRATIVE MOTION SEAL

I, TYLER M. CUNNINGHAM, declare as follows:

1.      I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions.  I make this declaration in support of plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.'s (together, "Sharp") Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint (Dkt. No. 2030) ("Motion to Seal").  Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2.      SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) (the "Protective Order").

3.      On October 28, 2013, Sharp filed the Motion to Seal requesting that the Court maintain under seal portions of Sharp's concurrently lodged First Amended Complaint ("Amended Complaint").  I have reviewed the portions of Sharp's Amended Complaint sought to be maintained under seal.

4.      Pursuant to Civil Local Rules 7-11 and 79-5, this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal portions of the Amended Complaint that quote from, describe, or otherwise summarize documents and/or information that SDI has designated as "Confidential" or "Highly Confidential."

5.      Upon information and belief, the following paragraphs of Sharp's Amended Complaint quote from, describe or otherwise summarize documents or information that SDI has designated as "Confidential" or "Highly Confidential:" 196, 198, 239 and 240.

-1-

6.      The documents or information quoted from, described, or otherwise summarized in Sharp's Amended Complaint consist of, cite to, or identify confidential, nonpublic, proprietary and highly sensitive business information about SDI's market analyses, business practices, internal practices and/or competitive positions.  I am informed and believe that this is sensitive information, and public disclosure of this information presents a risk of undermining SDI's business relationships, would cause it harm with respect to its competitors and customers, and would put SDI at a competitive disadvantage.

7.      Upon information and belief, Sharp's Amended Complaint quotes from, describes or otherwise summarizes several "Highly Confidential" documents produced by SDI that the Court has previously sealed.  For example, upon information and belief, Paragraphs 196 and 239 of Sharp's Amended Complaint quote from, describe or otherwise summarize the following "Highly Confidential" documents produced by SDI: SDCRT-0002526 to 28; SDCRT-0002526E to 28E; SDCRT-0086490 to 92; SDCRT-00086490E to 92E; SDCRT-0006632 to 33; and SDCRT-0006632E to 33E.  These documents are internal reports that contain, cite and/or refer to confidential business information about SDI's market analyses, sales strategy, business and supply plans, or relationships with companies that remain important to SDI's competitive position. Accordingly, the Court previously sealed these documents.  *See* Order Granting Sharp Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1852).

8.      Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Protective Order, for the reasons stated above, SDI requests that the Court maintain under seal the portions of Sharp's Amended Complaint paragraphs 196, 198, 239 and 240 that quote from, describe or otherwise summarize documents and/or information that SDI has designated as "Confidential" or "Highly Confidential."

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

-2-

1

2          Executed on November 1, 2013 at San Francisco, California.

3

4                                            _____/s/ Tyler M. Cunningham_____

5                                            TYLER M. CUNNINGHAM

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CUNNINGHAM DECLARATION I/S/O SHARP'S
                                              ADMINISTRATIVE MOTION TO SEAL