1   Eliot A. Adelson (State Bar No. 205284)
    James Maxwell Cooper (State Bar No. 284054)
2   KIRKLAND & ELLIS LLP
    555 California Street, 27th Floor
3   San Francisco, CA  94104
    Telephone: (415) 439-1400
4   Facsimile: (415) 439-1500
    Email: eadelson@kirkland.com
5   Email: max.cooper@kirkland.com

6   James H. Mutchnik, P.C. (*pro hac vice*)
    Kate Wheaton (*pro hac vice*)
7   KIRKLAND & ELLIS LLP
    300 North LaSalle
8   Chicago, Illinois  60654
    Telephone: (312) 862-2000
9   Facsimile: (312) 862-2200
    Email: jmutchnik@kirkland.com
10  Email: kate.wheaton@kirkland.com

11  Attorneys for Defendant,
    HITACHI AMERICA, LTD.

12

13                  **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                   **SAN FRANCISCO DIVISION**

16
    IN RE CATHODE RAY TUBE (CRT)          CASE NO. 3:07-CV-05944-SC
17  ANTITRUST LITIGATION
                                          MDL NO. 1917
18  _____
                                          **HITACHI AMERICA, LTD. NOTICE**
19  This Document Relates To:             **OF SUBSTITUTION OF ATTORNEYS;**
                                          **[PROPOSED] ORDER**
20  ALL CASES
                                          Hon. Samuel Conti
21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Subject to the approval by the Court, notice is hereby given that Defendant, Hitachi America, Ltd., substitutes the law firm of Kirkland & Ellis LLP, as attorneys of record in place of the law firm of Morgan, Lewis & Bockius LLP in all cases in which Hitachi America, Ltd. is a party in MDL No. 1917. Contact information for new counsel is as follows:

>
> Eliot A. Adelson (State Bar No. 205284)
> James Maxwell Cooper (State Bar No. 284054)
> KIRKLAND & ELLIS LLP
> 555 California Street, 27th Floor
> San Francisco, CA 94104
> Telephone: (415) 439-1400
> Facsimile: (415) 439-1500
> Email: eadelson@kirkland.com
>         max.cooper@kirkland.com
>
> James H. Mutchnik, P.C. (*pro hac vice*)
> Kate Wheaton (*pro hac vice*)
> KIRKLAND & ELLIS LLP
> 300 North LaSalle
> Chicago, Illinois 60654
> Telephone: (312) 862-2000
> Facsimile: (312) 862-2200
> Email: jmutchnik@kirkland.com
>         kate.wheaton@kirkland.com

Accordingly, Hitachi America, Ltd. respectfully requests that the following Morgan, Lewis & Bockius LLP attorneys' names be removed from the Court's electronic mail notice list and counsel's service lists with respect to the above captioned matter:

>
> Kent Roger (State Bar No. 95987)
> Michelle Park Chiu (State Bar No. 248421)
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105
> Tel: (415) 442-1000
> Fax: (415) 442-1001
>
> Email: Kroger@morganlewis.com
>         mchiu@morganlewis.com
>         jason.allen@morganlewis.com
>         tgreen@morganlewis.com
>         dwebb@morganlewis.com
>         jeverett@morganlewis.com

sstempel@morganlewis.com
csafreno@morganlewis.com
jdegooyer@morganlewis.com
rfalk@morganlewis.com

Defendant Hitachi America, Ltd. consents to this substitution.

DATED:  Sept. 11, 2013

/s/ Patrick J. Barrett
Patrick J. Barrett

HITACHI AMERICA, LTD.

Morgan, Lewis & Bockius LLP consents to being substituted.

DATED:  Sept. 11, 2013

/s/ Kent M. Roger
Kent M. Roger

Morgan, Lewis & Bockius, LLP
Former Attorneys for HITACHI AMERICA, LTD.

Kirkland & Ellis LLP consents to this substitution.

DATED:  Sept. 11, 2013

/s/ Eliot A. Adelson
Eliot A. Adelson

Kirkland & Ellis LLP
Attorneys for Defendants, HITACHI AMERICA, LTD.

**Civil L.R. 5.1(i)(3) Attestation:**

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

1

[~~PROPOSED~~] **ORDER**

2          The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of

3   record for Defendant Hitachi America, Ltd. in MDL No. 1917, in place of the law firm of Morgan,

4   Lewis & Bockius LLP, is hereby approved.

5          **IT IS SO ORDERED.**

6

7

8

9   Dated: ___11/01/2013___



10                                        Hon
                                          Unit

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28