1  Eliot A. Adelson (State Bar No. 205284)
   James Maxwell Cooper (State Bar No. 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA  94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: eadelson@kirkland.com
5  Email: max.cooper@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice*)
   Kate Wheaton (*pro hac vice*)
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, Illinois  60654
   Telephone: (312) 862-2000
9  Facsimile: (312) 862-2200
   Email: jmutchnik@kirkland.com
10 Email: kate.wheaton@kirkland.com

11 Attorneys for Defendant,
   HITACHI ELECTRONIC DEVICES (USA), INC.
12

13

14               **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                **SAN FRANCISCO DIVISION**

17 IN RE CATHODE RAY TUBE (CRT)          CASE NO. 3:07-CV-05944-SC
   ANTITRUST LITIGATION
18                                        MDL NO. 1917
19 _____
                                          **HITACHI ELECTRONIC DEVICES
20 This Document Relates To:              (USA), INC. NOTICE OF
                                          SUBSTITUTION OF ATTORNEYS;
21 ALL CASES                              [~~PROPOSED~~] ORDER**

22                                        Hon. Samuel Conti

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Subject to the approval by the Court, notice is hereby given that Defendant, Hitachi Electronic Devices (USA), Inc. substitutes the law firm of Kirkland & Ellis LLP, as attorneys of record in place of the law firm of Morgan, Lewis & Bockius LLP in all cases in which Hitachi Electronic Devices (USA), Inc. is a party in MDL No. 1917.  Contact information for new counsel is as follows:

Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
        max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
        kate.wheaton@kirkland.com

Accordingly, Hitachi Electronic Devices (USA), Inc. respectfully requests that the following Morgan, Lewis & Bockius LLP attorneys' names be removed from the Court's electronic mail notice list and counsel's service lists with respect to the above captioned matter:

Kent Roger (State Bar No. 95987)
Michelle Park Chiu (State Bar No. 248421)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:  (415) 442-1000
Fax: (415) 442-1001

Email:  kroger@morganlewis.com
        mchiu@morganlewis.com
        jason.allen@morganlewis.com
        tgreen@morganlewis.com

1
        dwebb@morganlewis.com
        jeverett@morganlewis.com

2
        sstempel@morganlewis.com

3
        csafreno@morganlewis.com
        jdegooyer@morganlewis.com

4
        rfalk@morganlewis.com

5
      Defendant Hitachi Electronic Devices (USA), Inc. consents to this substitution.

6
DATED:  Sept. 11, 2013              */s/ L. Thomas Heiser*

7
                                 L. Thomas Heiser

8
                                 HITACHI ELECTRONIC DEVICES (USA),
INC.

9

10
      Morgan, Lewis & Bockius LLP consents to being substituted.

11
DATED:  Sept. 11, 2013              */s/ Kent M. Roger*

12
                                 Kent M. Roger

13
                                 Morgan, Lewis & Bockius, LLP
Former Attorneys for HITACHI

14
                                 ELECTRONIC DEVICES (USA), INC.

15

16
      Kirkland & Ellis LLP consents to this substitution.

17
DATED:  Sept. 11, 2013              */s/ Eliot A. Adelson*

18
                                 Eliot A. Adelson

19
                                 Kirkland & Ellis LLP

20
                                 Attorneys for Defendants,
HITACHI ELECTRONIC DEVICES (USA),
INC.

21

22
                     **Civil L.R. 5.1(i)(3) Attestation:**

23
      The filer of this document attests that the concurrence of the other signatories thereto

24
has been obtained.

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2

     The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of

3

record for Defendants Hitachi Electronic Devices (USA), Inc. in MDL No. 1917, in place of the law

4

firm of Morgan, Lewis & Bockius LLP, is hereby approved.

5

     **IT IS SO ORDERED.**

6

7

8

9

Dated: _____11/01/2013_____



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28