Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendant,
HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC |
| | MDL NO. 1917 |
| This Document Relates To:<br><br>ALL CASES | **HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.) NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER**<br><br>Hon. Samuel Conti |

1 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 Subject to the approval by the Court, notice is hereby given that Defendant Hitachi Displays,

3 Ltd. (n/k/a Japan Display Inc.) substitutes the law firm of Kirkland & Ellis LLP, as attorneys of

4 record in place of the law firm of Morgan, Lewis & Bockius LLP in all cases in which Hitachi

5 Displays, Ltd (n/k/a Japan Display Inc.) is a party in MDL No. 1917. Contact information for new

6 counsel is as follows:

>Eliot A. Adelson (State Bar No. 205284)
>James Maxwell Cooper (State Bar No. 284054)
>KIRKLAND & ELLIS LLP
>555 California Street, 27th Floor
>San Francisco, CA 94104
>Telephone: (415) 439-1400
>Facsimile: (415) 439-1500
>Email: eadelson@kirkland.com
>       max.cooper@kirkland.com
>
>James H. Mutchnik, P.C. (*pro hac vice*)
>Kate Wheaton (*pro hac vice*)
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, Illinois 60654
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200
>Email: jmutchnik@kirkland.com
>       kate.wheaton@kirkland.com

18 Accordingly, Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) respectfully requests

19 that the following Morgan, Lewis & Bockius LLP attorneys' names be removed from the Court's

20 electronic mail notice list and counsel's service lists with respect to the above captioned matter:

>Kent Roger (State Bar No. 95987)
>Michelle Park Chiu (State Bar No. 248421)
>MORGAN, LEWIS & BOCKIUS LLP
>One Market, Spear Street Tower
>San Francisco, CA 94105
>Tel: (415) 442-1000
>Fax: (415) 442-1001
>
>Email: kroger@morganlewis.com
>       mchiu@morganlewis.com
>       jason.allen@morganlewis.com
>       tgreen@morganlewis.com
>       dwebb@morganlewis.com

jeverett@morganlewis.com
sstempel@morganlewis.com
csafreno@morganlewis.com
jdegooyer@morganlewis.com
rfalk@morganlewis.com

Defendant Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) consents to this substitution.

DATED: Sept. 12, 2013

*/s/ Jirou Satou*
Jirou Satou

HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

Morgan, Lewis & Bockius LLP consents to being substituted.

DATED: Sept. 11, 2013

*/s/ Kent M. Roger*
Kent M. Roger

Morgan, Lewis & Bockius, LLP
Former Attorneys for HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

Kirkland & Ellis LLP consents to this substitution.

DATED: Sept. 11, 2013

*/s/ Eliot A. Adelson*
Eliot A. Adelson

Kirkland & Ellis LLP

Attorneys for Defendants,
HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

**Civil L.R. 5.1(i)(3) Attestation:**

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[~~PROPOSED~~] ORDER**

The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of record for Defendant Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) in MDL No. 1917, in place of the law firm of Morgan, Lewis & Bockius LLP, is hereby approved.

**IT IS SO ORDERED.**

Dated: 11/01/2013



Honorable Samuel Conti
United States District Judge

HITACHI DISPLAYS, LTD'S NOTICE OF SUBSTITUTION OF ATTORNEYS     4     CASE NO. 3:07-cv-05944-SC