| | |
|---|---|
| 1 | Eliot A. Adelson (State Bar No. 205284) |
| | James Maxwell Cooper (State Bar No. 284054) |
| 2 | KIRKLAND & ELLIS LLP |
| | 555 California Street, 27th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone: (415) 439-1400 |
| 4 | Facsimile: (415) 439-1500 |
| | Email: eadelson@kirkland.com |
| 5 | Email: max.cooper@kirkland.com |
| 6 | James H. Mutchnik, P.C. (*pro hac vice*) |
| | Kate Wheaton (*pro hac vice*) |
| 7 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| 8 | Chicago, Illinois  60654 |
| | Telephone: (312) 862-2000 |
| 9 | Facsimile: (312) 862-2200 |
| | Email: jmutchnik@kirkland.com |
| 10 | Email: kate.wheaton@kirkland.com |
| 11 | Attorneys for Defendant, |
| | HITACHI, LTD. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC |
| | MDL NO. 1917 |
| This Document Relates To: | **HITACHI, LTD. NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER** |
| ALL CASES | Hon. Samuel Conti |

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    Subject to the approval by the Court, notice is hereby given that Defendant, Hitachi, Ltd., substitutes the law firm of Kirkland & Ellis LLP, as attorneys of record in place of the law firm of Morgan, Lewis & Bockius LLP in all cases in which Hitachi, Ltd. is a party in MDL No. 1917. Contact information for new counsel is as follows:

> Eliot A. Adelson (State Bar No. 205284)
> James Maxwell Cooper (State Bar No. 284054)
> KIRKLAND & ELLIS LLP
> 555 California Street, 27th Floor
> San Francisco, CA  94104
> Telephone: (415) 439-1400
> Facsimile: (415) 439-1500
> Email: eadelson@kirkland.com
>        max.cooper@kirkland.com
>
> James H. Mutchnik, P.C. (*pro hac vice*)
> Kate Wheaton (*pro hac vice*)
> KIRKLAND & ELLIS LLP
> 300 North LaSalle
> Chicago, Illinois  60654
> Telephone: (312) 862-2000
> Facsimile: (312) 862-2200
> Email: jmutchnik@kirkland.com
>        kate.wheaton@kirkland.com

Accordingly, Hitachi Ltd. respectfully requests that the following Morgan, Lewis & Bockius LLP attorneys' names be removed from the Court's electronic mail notice list and counsel's service lists with respect to the above captioned matter:

> Kent Roger (State Bar No. 95987)
> Michelle Park Chiu (State Bar No. 248421)
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA  94105
> Tel:  (415) 442-1000
> Fax: (415) 442-1001
>
> Email:  kroger@morganlewis.com
>         mchiu@morganlewis.com
>         jason.allen@morganlewis.com
>         tgreen@morganlewis.com
>         dwebb@morganlewis.com
>         jeverett@morganlewis.com

sstempel@morganlewis.com
csafreno@morganlewis.com
jdegooyer@morganlewis.com
rfalk@morganlewis.com

Defendant Hitachi, Ltd. consents to this substitution.

DATED: Sept. 11, 2013      */s/ Masahiko Igarashi*
    Masahiko Igarashi

    HITACHI, LTD.

Morgan, Lewis & Bockius LLP consents to being substituted.

DATED: Sept. 11, 2013      */s/ Kent M. Roger*
    Kent M. Roger

    Morgan, Lewis & Bockius, LLP
    Former Attorneys for HITACHI, LTD.,

Kirkland & Ellis LLP consents to this substitution.

DATED: Sept. 11, 2013      */s/ Eliot A. Adelson*
    Eliot A. Adelson

    Kirkland & Ellis LLP
    Attorneys for Defendants, HITACHI, LTD.

**Civil L.R. 5.1(i)(3) Attestation:**

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[~~PROPOSED~~] ORDER**

The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of record for Defendants Hitachi, Ltd. in MDL No. 1917, in place of the law firm of Morgan, Lewis & Bockius LLP, is hereby approved.

**IT IS SO ORDERED.**

Dated: 11/01/2013



Honorable
United States District Judge