Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Information Systems, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*<br><br>Civil Action No. 3:11-06396-SC | **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO COMPUCOM SYSTEMS, INC.'S FIRST AMENDED COMPLAINT**<br><br>The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

For its Answer to CompuCom Systems, Inc.'s ("CompuCom's") First Amended Complaint ("FAC"), Defendant Toshiba America Information Systems, Inc. ("TAIS") states as follows:

## I.    INTRODUCTION[1]

1.     The allegations contained in Paragraph 1 consist of Plaintiff's characterization of its claims and an explanation of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

2.     To the extent that the allegations contained in the first sentence of Paragraph 2 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence of Paragraph 2 are directed to TAIS, TAIS denies these allegations.  The remainder of Paragraph 2 consists of explanations of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in the remainder of Paragraph 2.

3.     To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to TAIS, TAIS denies these allegations.

4.     To the extent that the allegations contained in Paragraph 4 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 4 are directed to TAIS, TAIS denies these allegations.

---

[1] For ease of reference, the headings in this Answer correspond to the headings in the FAC.

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S
ANSWER TO COMPUCOM'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.      To the extent that the allegations contained in Paragraph 5 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 5 are directed to TAIS, TAIS denies these allegations.

6.      To the extent that the allegations contained in Paragraph 6 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 6 are directed to TAIS, TAIS denies these allegations.

7.      To the extent that the allegations contained in Paragraph 7 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 7 are directed to TAIS, TAIS denies these allegations.

8.      To the extent that Paragraph 8 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 8 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 8 may be deemed to require a response from TAIS, TAIS denies these allegations.

9.      Paragraph 9 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 9 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 9 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## II.   JURISDICTION AND VENUE

10.   The allegations contained in Paragraph 10 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 10.

11.   The allegations contained in Paragraph 11 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 11.

12.   The allegations contained in Paragraph 12 consist of Plaintiff's characterization of its case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 12.

13.   The allegations contained in Paragraph 13 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 13.

14.   The first and third sentences of Paragraph 14 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 14.  To the extent that the allegations contained in Paragraph 14 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 14 are directed to TAIS, TAIS denies these allegations.

15.   The allegations in Paragraph 15 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 15.

## III.  PARTIES

### A.   Plaintiff

16.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

17.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and, therefore, denies the allegations.

**B.     Defendants**

**1.     Hitachi Entities**

19.     Paragraph 19 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

20.     Paragraph 20 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, therefore, denies the allegations.

21.     Paragraph 21 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22.     Paragraph 22 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, therefore, denies the allegations.

23.     Paragraph 23 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.     Paragraph 24 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.     Paragraph 25 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 25.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 2.    IRICO Entities

26.    Paragraph 26 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

27.    Paragraph 27 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

28.    Paragraph 28 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 28.

29.    Paragraph 29 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 29.

### 3.    LG Electronics Entities

30.    Paragraph 30 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.    Paragraph 31 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.    Paragraph 32 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 32.

### 4.    LP Displays

33.    Paragraph 33 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 5.   Panasonic Entities

34.     Paragraph 34 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.     Paragraph 35 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36.     Paragraph 36 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 36.

37.     Paragraph 37 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies the allegations.

38.     Paragraph 38 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

### 6.   Phillips Entities

39.     Paragraph 39 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.     Paragraph 40 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, denies the allegations.

41.     Paragraph 41 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

42.     Paragraph 42 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

43.     Paragraph 43 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 43.

### 7.     Samsung Entities

44.     Paragraph 44 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, denies the allegations.

45.     Paragraph 45 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

46.     Paragraph 46 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

47.     Paragraph 47 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, therefore, denies the allegations.

48.     Paragraph 48 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

49.     Paragraph 49 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

50.     Paragraph 50 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

51.     Paragraph 51 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 51.

**8.     Samtel**

52.     Paragraph 52 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

**9.     Thai CRT**

53.     Paragraph 53 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

**10.     Toshiba Entities**

54.     Paragraph 54 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54, and, therefore, denies the allegations, except that TAIS admits the allegations contained in the first sentence of Paragraph 54.

55.     Paragraph 55 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, therefore, denies the allegations, except that TAIS admits the allegations contained in the first sentence of Paragraph 55.

56.     Paragraph 56 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56, and, therefore, denies the allegations, except that TAIS avers that Toshiba America Consumer Products, L.L.C. ("TACP") completed a merger into TAIS on February 14, 2011, whereby TACP no longer exists as a separate legal entity and TACP's former facilities are either closed or now operated entirely by TAIS.

57.     Paragraph 57 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

58.     TAIS denies the allegation of Paragraph 59, except that TAIS admits that its business address is 9740 Irvine Boulevard, Irvine, CA 92618-1697 and avers that it is a wholly-owned subsidiary of Toshiba America, Inc.   TAIS avers that it sold certain electronic devices containing cathode ray tubes during the Relevant Period.

59.     Paragraph 59 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 59.

**11.  Chunghwa Entities**

60.     Paragraph 60 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies the allegations.

61.     Paragraph 61 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations.

62.     Paragraph 62 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 62.

**IV.  AGENTS AND CO-CONSPIRATORS**

63.     To the extent that the allegations contained in Paragraph 63 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 63 are directed to TAIS, TAIS denies these allegations.

64.     To the extent that the allegations contained in Paragraph 64 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 64 are directed to TAIS, TAIS denies these allegations.

65.     Paragraph 65 relates to other companies. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, therefore, denies the allegations.

66.     Paragraph 66 relates to other companies. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and, therefore, denies the allegations.

67.     Paragraph 67 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required. To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 67.

68.     Paragraph 68 relates to another company. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

69.     Paragraph 69 relates to another company. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

70.     Paragraph 70 relates to another company. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

71.     To the extent that the allegations contained in Paragraph 71 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 71 are directed to TAIS, TAIS denies these allegations.

V.   TRADE AND COMMERCE

72.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

73.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and, therefore, denies the allegations.

74.     Paragraph 74 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 74.

## VI.   FACTUAL ALLEGATIONS

### A.   CRT Technology

75.     TAIS admits the allegations contained in Paragraph 75.

76.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and, therefore, denies the allegations.

77.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, therefore, denies the allegations.

78.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, therefore, denies the allegations.

79.     To the extent that Paragraph 79 describes CRT technology general, and claims that CDTs and CPTs are separate products, TAIS admits the allegations in Paragraph 79, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.  TAIS denies the remaining allegations in Paragraph 79.

80.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, denies the allegations.

81.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, denies the allegations.

82.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations.  The second sentence of Paragraph 82 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in the second sentence of Paragraph 82.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

83.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, therefore, denies the allegations.  The second sentence of Paragraph 83 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in the second sentence of Paragraph 83.

84.     Paragraph 84 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 84.

**B.     Structure of the CRT Industry**

85.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the allegations.

**1.     Market Concentration**

86.     To the extent that the allegations contained in Paragraph 86 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 86 are directed to TAIS, TAIS denies these allegations.

**2.     Information Sharing**

87.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations.

88.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, therefore, denies the allegations.

**3.     Consolidation**

89.     To the extent that the allegations contained in Paragraph 89 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 4. Multiple Interrelated Business Relationships

90.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, denies the allegations.

91.     To the extent that the allegations contained in Paragraph 91 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 91 are directed to TAIS, TAIS denies these allegations.

### 5. High Costs of Entry Into the Industry

92.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

93.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and, therefore, denies the allegations.

### 6. The Maturity of the CRT Product Market

94.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, therefore, denies the allegations.

95.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, therefore, denies the allegations.

96.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, therefore, denies the allegations.

97.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

98.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

99.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 7.    Homogeneity of CRT Products

100.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

101.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

### C.    Pre-Conspiracy Market

102.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

103.    Paragraph 103 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, therefore, denies the allegations.

### D.    Defendants' and Co-Conspirators' Illegal Agreements

104.    To the extent that the allegations contained in Paragraph 104 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 104 are directed to TAIS, TAIS denies these allegations.

105.    To the extent that the allegations contained in Paragraph 105 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 105 are directed to TAIS, TAIS denies these allegations.

106.    Paragraph 106 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and, therefore, denies the allegations.

107.    To the extent that the allegations contained in Paragraph 107 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the

extent that the allegations contained in Paragraph 107 are directed to TAIS, TAIS denies these allegations.

108.    To the extent that the allegations contained in Paragraph 108 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 108 are directed to TAIS, TAIS denies these allegations.

**1.    "Glass Meetings"**

109.    To the extent that the allegations contained in Paragraph 109 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 109 are directed to TAIS, TAIS denies these allegations.

110.    To the extent that the allegations contained in Paragraph 110 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 110 are directed to TAIS, TAIS denies these allegations.

111.    To the extent that the allegations contained in Paragraph 111 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 111 are directed to TAIS, TAIS denies these allegations.

112.    To the extent that the allegations contained in Paragraph 112 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 112 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

113.    To the extent that the allegations contained in Paragraph 113 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 113 are directed to TAIS, TAIS denies these allegations.

114.    To the extent that the allegations contained in Paragraph 114 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 114 are directed to TAIS, TAIS denies these allegations.

115.    To the extent that the allegations contained in Paragraph 115 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 115 are directed to TAIS, TAIS denies these allegations.

116.    To the extent that the allegations contained in Paragraph 116 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 116 are directed to TAIS, TAIS denies these allegations.

117.    To the extent that the allegations contained in Paragraph 117 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 117 are directed to TAIS, TAIS denies these allegations.

118.    To the extent that the allegations contained in Paragraph 118 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 118 are directed to TAIS, TAIS denies these allegations.

119.    To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 119 are directed to TAIS, TAIS denies these allegations.

120.    To the extent that the allegations contained in Paragraph 120 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 120 are directed to TAIS, TAIS denies these allegations.

121.    To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 121 are directed to TAIS, TAIS denies these allegations.

122.    To the extent that the allegations contained in Paragraph 122 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 122 are directed to TAIS, TAIS denies these allegations.

123.    To the extent that the allegations contained in Paragraph 123 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 123 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## 2.    Bilateral Discussions

124.    To the extent that the allegations contained in Paragraph 124 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 124 are directed to TAIS, TAIS denies these allegations.

125.    To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 125 are directed to TAIS, TAIS denies these allegations.

126.    To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 126 are directed to TAIS, TAIS denies these allegations.

127.    To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 127 are directed to TAIS, TAIS denies these allegations.

128.    To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 128 are directed to TAIS, TAIS denies these allegations.

129.    To the extent that the allegations contained in Paragraph 129 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 129 are directed to TAIS, TAIS denies these allegations.

### 3.   Defendants' And Co-Conspirators' Participation in Group and Bilateral Discussions

130.   Paragraph 130 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and, therefore, denies the allegations.

131.   Paragraph 131 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 and, therefore, denies the allegations.

132.   Paragraph 132 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, therefore, denies the allegations.

133.   Paragraph 133 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, therefore, denies the allegations.

134.   Paragraph 134 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, therefore, denies the allegations.

135.   Paragraph 135 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and, therefore, denies the allegations.

136.   Paragraph 136 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

137.     Paragraph 137 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and, therefore, denies the allegations.

138.     Paragraph 138 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and, therefore, denies the allegations.

139.     Paragraph 139 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and, therefore, denies the allegations.

140.     Paragraph 140 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and, therefore, denies the allegations.

141.     Paragraph 141 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and, therefore, denies the allegations.

142.     Paragraph 142 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and, therefore, denies the allegations.

143.     Paragraph 143 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and, therefore, denies the allegations.

144.     Paragraph 144 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, therefore, denies the allegations.

145.     Paragraph 145 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

146.   To the extent that the allegations contained in Paragraph 146 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 146 are directed to TAIS, TAIS denies these allegations.

147.   To the extent that the allegations contained in Paragraph 147 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 147 are directed to TAIS, TAIS denies these allegations.

148.   Paragraph 148 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and, therefore, denies the allegations.

149.   Paragraph 149 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 and, therefore, denies the allegations.

150.   To the extent that Paragraph 150 consists of Plaintiff's characterization of its claims and Plaintiff's explanation of a defined term used in the FAC, no response is required.   To the extent that the allegations contained in Paragraph 150 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 150 may be deemed to require a response from TAIS, TAIS denies these allegations.

**E.   The CRT Market During the Conspiracy**

151.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 and, therefore, denies the allegations.

152.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

153. To the extent that Paragraph 153 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 153 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 153 may be deemed to require a response from TAIS, TAIS denies these allegations.

154. TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and, therefore, denies the allegations.

155. To the extent that Paragraph 155 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 155 may be deemed to require a response from TAIS, TAIS denies these allegations.

156. To the extent that Paragraph 156 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 156 may be deemed to require a response from TAIS, TAIS denies these allegations.

157. To the extent that the allegations contained in Paragraph 157 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 157 are directed to TAIS, TAIS denies these allegations.

158. To the extent that Paragraph 158 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 158 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

extent that the allegations contained in Paragraph 158 are directed to TAIS, TAIS denies these allegations.

159.     To the extent that Paragraph 159 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 159 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 159 are directed to TAIS, TAIS denies these allegations.

160.     To the extent that the allegations contained in Paragraph 160 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 160 are directed to TAIS, TAIS denies these allegations.

161.     To the extent that the allegations contained in Paragraph 161 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 161 are directed to TAIS, TAIS denies these allegations.

**F.     International Government Antitrust Investigations**

162.     To the extent that Paragraph 162 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 162 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 162 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

163.   To the extent that Paragraph 163 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 163 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 163 may be deemed to require a response from TAIS, TAIS denies these allegations.

164.   The allegations directed to TAIS in Paragraph 164 refer to a public annual report, which is the best evidence of its contents.

165.   To the extent that Paragraph 165 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 165 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 165 may be deemed to require a response from TAIS, TAIS denies these allegations.

166.   To the extent that Paragraph 166 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 166 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 166 may be deemed to require a response from TAIS, TAIS denies these allegations.

167.   To the extent that Paragraph 167 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 167 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

denies these allegations.  To the extent that the allegations contained in Paragraph 167 may be deemed to require a response from TAIS, TAIS denies these allegations.

168.    To the extent that Paragraph 168 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 168 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 168 may be deemed to require a response from TAIS, TAIS denies these allegations.

169.    To the extent that Paragraph 169 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 169 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 169 may be deemed to require a response from TAIS, TAIS denies these allegations.

170.    To the extent that Paragraph 170 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 170 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 170 may be deemed to require a response from TAIS, TAIS denies these allegations.

171.    To the extent that Paragraph 171 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 171 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

denies these allegations.  To the extent that the allegations contained in Paragraph 171 may be deemed to require a response from TAIS, TAIS denies these allegations.

172.    To the extent that Paragraph 172 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 172 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 172 may be deemed to require a response from TAIS, TAIS denies these allegations.

173.    To the extent that Paragraph 173 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 173 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 173 may be deemed to require a response from TAIS, TAIS denies these allegations.

174.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and, therefore, denies these allegations.

175.    To the extent that the allegations contained in Paragraph 175 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 175 are directed to TAIS, TAIS denies these allegations.

176.    To the extent that the allegations contained in Paragraph 176 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 176 are directed to TAIS, TAIS denies these allegations.

177.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

178.    To the extent that Paragraph 178 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 178 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 178 may be deemed to require a response from TAIS, TAIS denies these allegations.

179.    To the extent that Paragraph 179 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 179 may be deemed to require a response from TAIS, TAIS denies these allegations.

180.    To the extent that Paragraph 180 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 180 may be deemed to require a response from TAIS, TAIS denies these allegations.

181.    To the extent that Paragraph 181 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 181 may be deemed to require a response from TAIS, TAIS denies these allegations.

G.    The Role of Trade Associations During the Relevant Period

182.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and, therefore, denies these allegations.

183.    Paragraph 183 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

184.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and, therefore, denies these allegations.

185.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and, therefore, denies these allegations.

186.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and, therefore, denies these allegations.

**H.   Effects of Defendants' Antitrust Violations**

**1.   Examples of Reductions in Manufacturing Capacity by Defendants**

187.   To the extent that the allegations contained in Paragraph 187 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 187 are directed to TAIS, TAIS denies these allegations.

188.   Paragraph 188 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, therefore, denies these allegations.

189.   Paragraph 189 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and, therefore, denies these allegations.

190.   Paragraph 190 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and, therefore, denies these allegations.

191.   Paragraph 191 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and, therefore, denies these allegations.

192.   Paragraph 192 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**2.    Examples of Collusive Pricing for CRT Products**

193.    To the extent that Paragraph 193 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 193 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 193 may be deemed to require a response from TAIS, TAIS denies these allegations.

194.    To the extent that Paragraph 194 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 194 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 194 may be deemed to require a response from TAIS, TAIS denies these allegations.

195.    To the extent that the allegations contained in Paragraph 195 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 195 are directed to TAIS, TAIS denies these allegations.

196.    To the extent that Paragraph 196 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 196 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 196 may be deemed to require a response from TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   197.   To the extent that Paragraph 197 consists of purported statements in news

2   reports or statements in public documents, those statements speak for themselves and no

3   response is required.  To the extent that the allegations contained in Paragraph 197 relate to

4   other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

5   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

6   extent that the allegations contained in Paragraph 197 may be deemed to require a response

7   from TAIS, TAIS denies these allegations.

8   198.   To the extent that the allegations contained in Paragraph 198 relate to other

9   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

10   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

11   extent that the allegations contained in Paragraph 198 are directed to TAIS, TAIS denies

12   these allegations.

13   199.   To the extent that Paragraph 199 consists of purported statements in news

14   reports or statements in public documents, those statements speak for themselves and no

15   response is required.  To the extent that the allegations contained in Paragraph 199 relate to

16   other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

17   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

18   extent that the allegations contained in Paragraph 199 may be deemed to require a response

19   from TAIS, TAIS denies these allegations.

20   200.   Paragraph 200 relates to another Defendant.   Accordingly, TAIS lacks

21   knowledge or information sufficient to form a belief as to the truth of the allegations

22   contained in Paragraph 200 and, therefore, denies these allegations.

23   201.   To the extent that the allegations contained in Paragraph 201 relate to other

24   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

25   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

26   extent that the allegations contained in Paragraph 201 are directed to TAIS, TAIS denies

27   these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 3. Summary of Effects of the Conspiracy Involving CRT Products

202.    Paragraph 202 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 202 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 202 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VII. PLAINTIFF'S INJURIES

203.    To the extent that Paragraph 203 contains argument, Plaintiff's characterization of its claims, or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 203 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 203 are directed to TAIS, TAIS denies these allegations.

204.    To the extent that the allegations contained in Paragraph 204 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 204 are directed to TAIS, TAIS denies these allegations.

205.    To the extent that Paragraph 205 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 205 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 205 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

206.    To the extent that Paragraph 206 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 206 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 206 are directed to TAIS, TAIS denies these allegations.

207.    To the extent that Paragraph 207 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 207 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 207 are directed to TAIS, TAIS denies these allegations.

208.    Paragraph 208 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 208 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 208 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

209.    Paragraph 209 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 209 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 209 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

## VIII. FRAUDULENT CONCEALMENT

2    210.    Paragraph 210 consists of argument, Plaintiff's characterization of its claims,
3  or legal conclusions, to which no response is required.  To the extent that the allegations
4  contained in Paragraph 210 relate to other Defendants or third parties, TAIS lacks
5  knowledge or information sufficient to form a belief as to the truth of these allegations and,
6  therefore, denies these allegations.   To the extent that the allegations contained in
7  Paragraph 210 may be deemed to require a response from TAIS, TAIS lacks knowledge or
8  information sufficient to form a belief as to the truth of these allegations and, therefore,
9  denies these allegations.

10    211.    Paragraph 211 consists of argument, Plaintiff's characterization of its claims,
11  or legal conclusions, to which no response is required.  To the extent that the allegations
12  contained in Paragraph 211 relate to other Defendants or third parties, TAIS lacks
13  knowledge or information sufficient to form a belief as to the truth of these allegations and,
14  therefore, denies these allegations.   To the extent that the allegations contained in
15  Paragraph 211 may be deemed to require a response from TAIS, TAIS lacks knowledge or
16  information sufficient to form a belief as to the truth of these allegations and, therefore,
17  denies these allegations.

18    212.    Paragraph 212 consists of argument, Plaintiff's characterization of its claims,
19  or legal conclusions, to which no response is required.  To the extent that the allegations
20  contained in Paragraph 212 relate to other Defendants or third parties, TAIS lacks
21  knowledge or information sufficient to form a belief as to the truth of these allegations and,
22  therefore, denies these allegations.   To the extent that the allegations contained in
23  Paragraph 212 may be deemed to require a response from TAIS, TAIS lacks knowledge or
24  information sufficient to form a belief as to the truth of these allegations and, therefore,
25  denies these allegations.

26    213.    Paragraph 213 consists of argument, Plaintiff's characterization of its claims,
27  or legal conclusions, to which no response is required.  To the extent that the allegations
28  contained in Paragraph 213 relate to other Defendants or third parties, TAIS lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

214.   Paragraph 214 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 214 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 214 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

215.   Paragraph 215 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 215 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 215 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

216.   Paragraph 216 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 216 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 216 may be deemed to require a response from TAIS, TAIS lacks knowledge or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

217.    Paragraph 217 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 217 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 217 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

218.    Paragraph 218 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 218 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 218 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

219.    Paragraph 219 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 219 and, therefore, denies the allegations.

220.    Paragraph 220 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 220 and, therefore, denies the allegations.

221.    Paragraph 221 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 221 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

therefore, denies these allegations. To the extent that the allegations contained in Paragraph 221 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

222. Paragraph 222 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 222 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 222 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## IX. *AMERICAN PIPE*, GOVERNMENT ACTION AND CROSS-JURISDICTIONAL TOLLING

223. Paragraph 223 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 223 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 223 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

224. Paragraph 224 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 224 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 224 may be deemed to require a response from TAIS, TAIS lacks knowledge or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    information sufficient to form a belief as to the truth of these allegations and, therefore,

2    denies these allegations.

3        225.    Paragraph 225 consists of argument, Plaintiff's characterization of its claims,

4    or legal conclusions, to which no response is required.  To the extent that the allegations

5    contained in Paragraph 225 relate to other Defendants or third parties, TAIS lacks

6    knowledge or information sufficient to form a belief as to the truth of these allegations and,

7    therefore, denies these allegations.   To the extent that the allegations contained in

8    Paragraph 225 may be deemed to require a response from TAIS, TAIS lacks knowledge or

9    information sufficient to form a belief as to the truth of these allegations and, therefore,

10   denies these allegations.

11   **X.    CLAIM FOR VIOLATIONS**

12                         **First Claim for Relief**

13                  **(Violation of Section 1 of the Sherman Act)**

14       226.    TAIS hereby incorporates by reference its responses to Paragraphs 1-225 of

15   the FAC, as set forth above.

16       227.    Paragraph 227 consists of argument, Plaintiff's characterization of its claims,

17   or legal conclusions, to which no response is required.  To the extent that the allegations

18   contained in Paragraph 227 relate to other Defendants or third parties, TAIS lacks

19   knowledge or information sufficient to form a belief as to the truth of these allegations and,

20   therefore, denies these allegations.   To the extent that the allegations contained in

21   Paragraph 227 may be deemed to require a response from TAIS, TAIS lacks knowledge or

22   information sufficient to form a belief as to the truth of these allegations and, therefore,

23   denies these allegations.

24       228.    Paragraph 228 consists of argument, Plaintiff's characterization of its claims,

25   or legal conclusions, to which no response is required.  To the extent that the allegations

26   contained in Paragraph 228 relate to other Defendants or third parties, TAIS lacks

27   knowledge or information sufficient to form a belief as to the truth of these allegations and,

28   therefore, denies these allegations.   To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Paragraph 228 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

229.   Paragraph 229 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 229 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 229 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

230.   Paragraph 230 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 230 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 230 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

231.   Paragraph 231 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 231 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 231 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

232.    Paragraph 232 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 232 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 232 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## Second Claim for Relief

### (Violation of the California Cartwright Act)

233.    TAIS hereby incorporates by reference its responses to Paragraphs 1-232 of the FAC, as set forth above.

234.    Paragraph 234 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 234 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 234 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

235.    Paragraph 235 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 235 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 235 are directed to TAIS, TAIS denies these allegations, except that TAIS avers that it maintained offices in California during the Relevant Period.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    236.    Paragraph 236 consists of argument, Plaintiff's characterization of its claims,

2  or legal conclusions, to which no response is required.  To the extent that the allegations

3  contained in Paragraph 236 relate to other Defendants or third parties, TAIS lacks

4  knowledge or information sufficient to form a belief as to the truth of these allegations and,

5  therefore, denies these allegations.   To the extent that the allegations contained in

6  Paragraph 236 may be deemed to require a response from TAIS, TAIS lacks knowledge or

7  information sufficient to form a belief as to the truth of these allegations and, therefore,

8  denies these allegations.

9    237.    Paragraph 237 consists of argument, Plaintiff's characterization of its claims,

10  or legal conclusions, to which no response is required.  To the extent that the allegations

11  contained in Paragraph 237 relate to other Defendants or third parties, TAIS lacks

12  knowledge or information sufficient to form a belief as to the truth of these allegations and,

13  therefore, denies these allegations.   To the extent that the allegations contained in

14  Paragraph 237 may be deemed to require a response from TAIS, TAIS lacks knowledge or

15  information sufficient to form a belief as to the truth of these allegations and, therefore,

16  denies these allegations.,

17    238.    Paragraph 238 consists of argument, Plaintiff's characterization of its claims,

18  or legal conclusions, to which no response is required.  To the extent that the allegations

19  contained in Paragraph 238 relate to other Defendants or third parties, TAIS lacks

20  knowledge or information sufficient to form a belief as to the truth of these allegations and,

21  therefore, denies these allegations.   To the extent that the allegations contained in

22  Paragraph 238 may be deemed to require a response from TAIS, TAIS lacks knowledge or

23  information sufficient to form a belief as to the truth of these allegations and, therefore,

24  denies these allegations.

25    239.    Paragraph 239 consists of argument, Plaintiff's characterization of its claims,

26  or legal conclusions, to which no response is required.  To the extent that the allegations

27  contained in Paragraph 239 relate to other Defendants or third parties, TAIS lacks

28  knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   therefore, denies these allegations.   To the extent that the allegations contained in

2   Paragraph 239 may be deemed to require a response from TAIS, TAIS lacks knowledge or

3   information sufficient to form a belief as to the truth of these allegations and, therefore,

4   denies these allegations.

5   240.   Paragraph 240 consists of argument, Plaintiff's characterization of its claims,

6   or legal conclusions, to which no response is required.   To the extent that the allegations

7   contained in Paragraph 240 relate to other Defendants or third parties, TAIS lacks

8   knowledge or information sufficient to form a belief as to the truth of these allegations and,

9   therefore, denies these allegations.   To the extent that the allegations contained in

10  Paragraph 240 may be deemed to require a response from TAIS, TAIS lacks knowledge or

11  information sufficient to form a belief as to the truth of these allegations and, therefore,

12  denies these allegations.

13  241.   Paragraph 241 consists of argument, Plaintiff's characterization of its claims,

14  or legal conclusions, to which no response is required.   To the extent that the allegations

15  contained in Paragraph 241 relate to other Defendants or third parties, TAIS lacks

16  knowledge or information sufficient to form a belief as to the truth of these allegations and,

17  therefore, denies these allegations.   To the extent that the allegations contained in

18  Paragraph 241 may be deemed to require a response from TAIS, TAIS lacks knowledge or

19  information sufficient to form a belief as to the truth of these allegations and, therefore,

20  denies these allegations.

21                              **Third Claim for Relief**

22                   **(Violation of the California Unfair Competition Law)**

23  242.   TAIS hereby incorporates by reference its responses to Paragraphs 1-241 of

24  the FAC, as set forth above.

25  243.   Paragraph 243 consists of argument, Plaintiff's characterization of its claims,

26  or legal conclusions, to which no response is required.   To the extent that the allegations

27  contained in Paragraph 243 relate to other Defendants or third parties, TAIS lacks

28  knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 243 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

244.    Paragraph 244 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 244 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 244 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

245.    Paragraph 245 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 245 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 245 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

246.    Paragraph 246 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 246 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 246 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

247.    Paragraph 247 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 247 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 247 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

248.    Paragraph 248 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 248 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 248 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

249.    Paragraph 249 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 249 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 249 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### Fourth Claim for Relief

### (Violation of the New York Donnelly Act)

250.    TAIS hereby incorporates by reference its responses to Paragraphs 1-249 of the FAC, as set forth above.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

251.    Paragraph 251 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 251 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 251 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

252.    Paragraph 252 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 252 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 252 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

253.    Paragraph 253 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 253 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 253 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

254.    Paragraph 254 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 254 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

1   therefore, denies these allegations. To the extent that the allegations contained in
2   Paragraph 254 may be deemed to require a response from TAIS, TAIS lacks knowledge or
3   information sufficient to form a belief as to the truth of these allegations and, therefore,
4   denies these allegations.

5       255. Paragraph 255 consists of argument, Plaintiff's characterization of its claims,
6   or legal conclusions, to which no response is required. To the extent that the allegations
7   contained in Paragraph 255 relate to other Defendants or third parties, TAIS lacks
8   knowledge or information sufficient to form a belief as to the truth of these allegations and,
9   therefore, denies these allegations. To the extent that the allegations contained in
10  Paragraph 255 may be deemed to require a response from TAIS, TAIS lacks knowledge or
11  information sufficient to form a belief as to the truth of these allegations and, therefore,
12  denies these allegations.

## XI. PRAYER FOR RELIEF

14      In answer to the Prayer for Relief, TAIS denies each and every allegation in the
15  Prayer and further specifically denies that Plaintiff is entitled to any of the relief requested
16  or any remedy whatsoever against TAIS.

17      All allegations of the FAC not heretofore admitted or denied are here and now denied
18  as though specifically denied herein.

## DEFENSES/AFFIRMATIVE DEFENSES

20      Without assuming any burden it would not otherwise bear, and reserving its right to
21  amend its Answer to assert additional defenses as they may become known during
22  discovery, TAIS asserts the following separate and additional defenses:

## FIRST DEFENSE

24      Plaintiff's claims are barred, in whole or in part, by the Foreign Trade Antitrust
25  Improvements Act, 15 U.S.C. § 6a.

## SECOND DEFENSE

27      The FAC fails to state a claim upon which relief can be granted.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S
ANSWER TO COMPUCOM'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**THIRD DEFENSE**

2   Plaintiff's claims are barred in whole or part because the FAC fails to plead

3   conspiracy with particularity required under applicable law.

4

**FOURTH DEFENSE**

5   Plaintiff has failed to plead fraudulent concealment with the particularity required by

6   Rule 9(b) of the Federal Rules of Civil Procedure.

7

**FIFTH DEFENSE**

8   Plaintiff's state law claims are barred or limited in whole or in part by the doctrine of

9   *forum non conveniens* and improper venue.  Plaintiff's claims, to the extent they rely on the

10  laws of foreign states, would be better adjudicated in those foreign courts.

11

**SIXTH DEFENSE**

12  Plaintiff's claims against TAIS are barred to the extent that it has agreed to arbitration

13  or chosen a different forum for the resolution of its claims.

14

**SEVENTH DEFENSE**

15  Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to

16  bring or maintain the claims set forth in the FAC.

17

**EIGHTH DEFENSE**

18  Plaintiff's claims are barred, in whole or in part, because Plaintiff was not validly

19  assigned those claims.

20

**NINTH DEFENSE**

21  TAIS asserts as defenses to Plaintiff's claims any additional defense that it might

22  have against Plaintiff's purported assignors, as to whom additional defenses cannot

23  presently be ascertained.

24

**TENTH DEFENSE**

25  Plaintiff's claims are barred, in whole or in part, to the extent that it did not purchase

26  CRTs directly from Defendants, because it is an indirect purchaser and barred from

27  maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**ELEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no antitrust injury.

**TWELFTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitations, including but not limited to:  15 U.S.C. § 15b; Cal. Bus. & Prof. Code § 17208; Cal. Bus. & Prof. Code § 16750.1; Cal. Civ. Proc. Code §§ 337-340; and N.Y. C.P.L.R. § 214(2).

**THIRTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**FOURTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

**FIFTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**SIXTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because no Plaintiff has been injured in its business or property by reason of any action of TAIS.

**SEVENTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any alleged injuries and damages were not legally or proximately caused by any acts or omissions of TAIS or were caused, if at all, solely and proximately by the conduct of third parties including, without limitation, the prior, intervening or superseding conduct of such third parties.

**EIGHTEENTH DEFENSE**

To the extent that any actionable conduct occurred, Plaintiff's claims against TAIS are barred because all such conduct would have been committed by individuals acting *ultra vires*.

**NINETEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no damages as a result of any actions taken by TAIS and/or the other Defendants.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**TWENTIETH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

**TWENTY-FIRST DEFENSE**

Plaintiff is barred from recovery of any damages because of, and to the extent of, its failure to mitigate damages.

**TWENTY-SECOND DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any actions or practices of TAIS that are the subject of the FAC were undertaken unilaterally for legitimate business reasons and in pursuit of TAIS's independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between TAIS and any other person or entity.

**TWENTY-THIRD DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any acts or practices of TAIS that are the subject of the FAC were adopted in furtherance of legitimate business interests of TAIS and of its customers and did not unreasonably restrain competition.

**TWENTY-FOURTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any acts or practices of TAIS that are the subject of the FAC were cost justified or otherwise economically justified and resulted from a good-faith effort to meet competition or market conditions.

**TWENTY-FIFTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the alleged conduct complained of was caused by, due to, based upon, or in response to directives, laws, regulations, policies and/or acts of governments, governmental agencies and entities and/or regulatory agencies, and as such is non-actionable or privileged.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### TWENTY-SIXTH DEFENSE

To the extent there is a finding of an illegal overcharge, Plaintiff's claims are barred, in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by others, and was not passed through to the indirect purchasers.

### TWENTY-SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because, as an indirect purchaser, it fails to meet its burden of proving that it was damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge of which complaint is made and which was not absorbed by predecessors to Plaintiff in the chain of distribution was not passed on to a third party.

### TWENTY-EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent it seeks improper multiple damage awards and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the United States Constitution.

### TWENTY-NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

### THIRTIETH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

### THIRTY-FIRST DEFENSE

Plaintiff's claims for injunctive relief should be dismissed because Plaintiff has available an adequate remedy at law.

### THIRTY-SECOND DEFENSE

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, for failure to join indispensable parties.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## THIRTY-THIRD DEFENSE

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TAIS contends that it is entitled to set off any amounts paid to Plaintiff by any Defendants other than TAIS who have settled, or do settle, Plaintiff's claims against them in this action.

## THIRTY-FOURTH DEFENSE

Plaintiff's claims for injunctive relief are barred, in whole or in part, insofar as Plaintiff seeks to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

## THIRTY-FIFTH DEFENSE

Plaintiff lacks standing to prosecute its state antitrust claims, in whole or in part, under, without limitation, the following statutes:  Cal. Bus. & Prof. Code §§ 16700, *et seq.*; Cal. Bus. & Prof. Code §§ 17200, *et seq.*; and N.Y. Gen. Bus. Law §§ 340.

## THIRTY-SIXTH DEFENSE

Plaintiff lacks standing to prosecute its state consumer protection claims, in whole or in part, under, without limitation, the following statutes:  Cal. Bus. & Prof. Code §§ 17200, *et seq.* and N.Y. Gen. Bus. Law §§ 349, *et seq.*

## THIRTY-SEVENTH DEFENSE

Any award of restitution under Cal. Bus. & Prof. Code § 17203 based upon asserted interests or injuries of Plaintiff would violate the Excessive Fines Clause of the Eighth Amendment (as incorporated by the Due Process Clause of the Fourteenth Amendment) to the United States Constitution and Article I, Section 17 of the California Constitution.

## THIRTY-EIGHTH DEFENSE

Plaintiff's claims for monetary relief under Cal. Bus. & Prof. Code § 17203 are barred, in whole or in part, because TAIS did not acquire any money or property from Plaintiff.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**THIRTY NINTH DEFENSE**

Any finding of liability under Cal. Bus. & Prof. Code §§ 17200, 17203 or 17204 would violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution and Article I, Section 7 of the California Constitution, because the standards of liability under these statutes are unduly vague and subjective, permitting retroactive, random, arbitrary and capricious punishment that serves no legitimate governmental interest.

**FORTIETH DEFENSE**

Any award of restitution to Plaintiff under Cal. Bus. & Prof. Code § 17203 would constitute a taking of property without just compensation in violation of the Takings Clause of the Fifth Amendment to the United States Constitution (as incorporated by the Due Process Clause of the Fourteenth Amendment to the United States Constitution) and Article I, Section 19 of the California Constitution.

**FORTY-FIRST DEFENSE**

Any award of restitution under Cal. Bus. & Prof. Code § 17203 to persons who refuse to execute an acknowledgement that the payment is in full settlement of claims against Defendants would violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

**FORTY-SECOND DEFENSE**

Plaintiff's claims under Cal. Bus. & Prof. Code §§ 16700, *et seq*., are barred, in whole or in part, because the application of §§ 16700, *et seq.*, to wholly interstate or foreign commerce violates the Commerce Clause of the United States Constitution.

**FORTY-THIRD DEFENSE**

Any award of treble damages, punitive damages or restitution pursuant to Cal. Bus. & Prof. Code §§ 16720, 16727, 16750, or 16761 would violate the Excessive Fines and Due Process Clauses of the United States Constitution and equivalent clauses in the California Constitution.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

### FORTY-FOURTH DEFENSE

2    Plaintiff's claims under Cal. Bus. & Prof. Code §§ 16700, *et seq.*, §§ 17200, *et seq.*,

3  and California unjust enrichment law are barred, in whole or in part, because those statutes

4  are inapplicable to alleged wrongs suffered by non-California residents based on alleged

5  conduct of TAIS occurring outside of California.

6

### FORTY-FIFTH DEFENSE

7    Plaintiff's claims for unjust enrichment brought under California law are barred, in

8  whole or in part, because TAIS did not receive a benefit from Plaintiff, TAIS did not retain

9  any benefit, or the receipt of any benefit was not unjust.

10

### FORTY-SIXTH DEFENSE

11    Plaintiff's claims under N.Y. Gen. Bus. Law § 349 are barred, in whole or in part,

12  because Plaintiff cannot establish actual damages.

13

### FORTY-SEVENTH DEFENSE

14    Plaintiff's claims under N.Y. Gen. Bus. Law § 349 are barred, in whole or in part,

15  because any alleged conduct by TAIS is, or if in interstate commerce would be, subject to

16  and compliant with the rules and regulations of, and statutes administered by, the Federal

17  Trade Commission or other official department, division, commission or agency of the

18  United States, as these rules, regulations, or statutes are interpreted by the Federal Trade

19  Commission or such department, division, commission or agency of the federal courts.

20  N.Y. Gen. Bus. Law § 349(d).

21

### FORTY-EIGHTH DEFENSE

22    TAIS adopts by reference any applicable defense pleaded by any other Defendant not

23  otherwise expressly set forth herein.

24

### FORTY-NINTH DEFENSE

25    TAIS reserves the right to assert other defenses as this action proceeds up to and

26  including the time of trial.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## TAIS'S PRAYER FOR RELIEF

WHEREFORE, TAIS prays for judgment as follows:

1.  That Plaintiff take nothing by reason of the FAC, and that the action be dismissed with prejudice;

2.  That the Court enter judgment in favor of TAIS and against Plaintiff with respect to all causes of action in the FAC;

3.  That the Court award TAIS its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4.  That the Court order such other further relief for TAIS as the Court may deem just and proper.


Dated:  November 4, 2013                    Respectfully submitted,

**WHITE & CASE** LLP

By:   /s/ Lucius B. Lau
       Christopher M. Curran (*pro hac vice*)
       ccurran@whitecase.com
       Lucius B. Lau (*pro hac vice*)
       alau@whitecase.com
       Dana E. Foster (*pro hac vice*)
       defoster@whitecase.com
       701 Thirteenth Street, N.W.
       Washington, DC  20005
       tel.: (202) 626-3600
       fax: (202) 639-9355

       *Counsel to Defendant*
       *Toshiba America Information Systems, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**CERTIFICATE OF SERVICE**

2       On November 4, 2013, I caused a copy of the "TOSHIBA AMERICA

3   INFORMATION SYSTEMS, INC'S ANSWER TO COMPUCOM'S FIRST AMENDED

4   COMPLAINT" to be served via ECF on the other parties in this action.

5

6

7

8       By:  _/s/ Lucius B. Lau_____
             Lucius B. Lau (*pro hac vice*)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S
ANSWER TO COMPUCOM'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917