Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Consumer Products, L.L.C.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, Ltd., et al.* Civil Action No. 3:11-06275-SC | **TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S  ANSWER TO INTERBOND CORPORATION OF AMERICA'S FIRST AMENDED COMPLAINT** The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

For its Answer to Interbond Corporation of America's First Amended Complaint ("FAC"), Defendant Toshiba America Consumer Products, L.L.C. ("TACP") states as follows:

## I.   INTRODUCTION[1]

1.     The allegations contained in Paragraph 1 consist of Plaintiff's characterization of its claims and an explanation of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations in Paragraph 1 are directed at TACP, TACP denies these allegations.

2.     To the extent that the allegations contained in the first sentence of Paragraph 2 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence of Paragraph 2 are directed to TACP, TACP denies these allegations.   The remainder of Paragraph 2 consists of explanations of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in the remainder of Paragraph 2.

3.     To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to TACP, TACP denies these allegations.

4.     To the extent that the allegations contained in Paragraph 4 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 4 are directed to TACP, TACP denies these allegations.

[1] For ease of reference, the headings in this Answer correspond to the headings in the FAC.

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S ANSWER TO INTERBOND
CORPORATION OF AMERICA'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.      To the extent that the allegations contained in Paragraph 5 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 5 are directed to TACP, TACP denies these allegations.

6.      To the extent that the allegations contained in Paragraph 6 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 6 are directed to TACP, TACP denies these allegations.

7.      To the extent that the allegations contained in Paragraph 7 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 7 are directed to TACP, TACP denies these allegations.

8.      To the extent that Paragraph 8 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 8 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 8 may be deemed to require a response from TACP, TACP denies these allegations.

9.      Paragraph 9 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 9 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 9 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

## II.    JURISDICTION AND VENUE

10.    The allegations contained in Paragraph 10 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 10.

11.    The allegations contained in Paragraph 11 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 11.

12.    The allegations contained in Paragraph 12 consist of Plaintiff's characterization of its case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 12.

13.    To the extent that the allegations contained in the first sentence in Paragraph 13 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence in Paragraph 13 relate to TACP, TACP denies the allegations.  TACP denies the remaining allegations of Paragraph 13.

14.    The first and third sentences of Paragraph 14 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 14.  To the extent that the allegations contained in Paragraph 14 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 14 are directed to TACP, TACP denies these allegations.

15.    The allegations in Paragraph 15 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 15.

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C'S. ANSWER TO INTERBOND
CORPORATION OF AMERICA'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### III.   THE PARTIES

#### A.   Plaintiff

16.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, therefore, denies the allegations.

17.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and, therefore, denies the allegations.

#### B.   Defendants

##### 1.   Hitachi Entities

19.   Paragraph 19 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

20.   Paragraph 20 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, therefore, denies the allegations.

21.   Paragraph 21 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22.   Paragraph 22 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, therefore, denies the allegations.

23.   Paragraph 23 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.   Paragraph 24 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

25.     Paragraph 25 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 25.

**2.     IRICO Entities**

26.     Paragraph 26 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

27.     Paragraph 27 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

28.     Paragraph 28 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 28.

29.     Paragraph 29 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 29.

**3.     LG Electronics Entities**

30.     Paragraph 30 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     Paragraph 31 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.     Paragraph 32 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 32.

### 4.   LP Displays

33.   Paragraph 33 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and, therefore, denies the allegations.

### 5.   Panasonic Entities

34.   Paragraph 34 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.   Paragraph 35 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36.   Paragraph 36 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 36.

37.   Paragraph 37 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies the allegations.

38.   Paragraph 38 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

### 6.   Phillips Entities

39.   Paragraph 39 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.   Paragraph 40 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  41.     Paragraph 41 relates to another Defendant.   Accordingly, TACP lacks
2  knowledge or information sufficient to form a belief as to the truth of the allegations
3  contained in Paragraph 41 and, therefore, denies the allegations.

4  42.     Paragraph 42 relates to another Defendant.   Accordingly, TACP lacks
5  knowledge or information sufficient to form a belief as to the truth of the allegations
6  contained in Paragraph 42 and, therefore, denies the allegations.

7  43.     Paragraph 43 consists of Plaintiff's explanation of a defined term used in the
8  FAC, to which no response is required.  To the extent that a response is deemed required,
9  TACP denies the allegations contained in Paragraph 43.

10  **7.     Samsung Entities**

11  44.     Paragraph 44 relates to another Defendant.   Accordingly, TACP lacks
12  knowledge or information sufficient to form a belief as to the truth of the allegations
13  contained in Paragraph 44 and, therefore, denies the allegations.

14  45.     Paragraph 45 relates to another Defendant.   Accordingly, TACP lacks
15  knowledge or information sufficient to form a belief as to the truth of the allegations
16  contained in Paragraph 45 and, therefore, denies the allegations.

17  46.     Paragraph 46 relates to another Defendant.   Accordingly, TACP lacks
18  knowledge or information sufficient to form a belief as to the truth of the allegations
19  contained in Paragraph 46 and, therefore, denies the allegations.

20  47.     Paragraph 47 relates to another Defendant.   Accordingly, TACP lacks
21  knowledge or information sufficient to form a belief as to the truth of the allegations
22  contained in Paragraph 47 and, therefore, denies the allegations.

23  48.     Paragraph 48 relates to another Defendant.   Accordingly, TACP lacks
24  knowledge or information sufficient to form a belief as to the truth of the allegations
25  contained in Paragraph 48 and, therefore, denies the allegations.

26  49.     Paragraph 49 relates to another Defendant.   Accordingly, TACP lacks
27  knowledge or information sufficient to form a belief as to the truth of the allegations
28  contained in Paragraph 49 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

50.     Paragraph 50 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

51.     Paragraph 51 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 51.

### 8.     Samtel

52.     Paragraph 52 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

### 9.     Thai CRT

53.     Paragraph 53 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

### 10.     Toshiba Entities

54.     Paragraph 54 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as the truth of the allegations contained in Paragraph 54 and, therefore, denies the allegations, except TACP admits the allegations contained in the first sentence of Paragraph 54.

55.     Paragraph 55 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, therefore, denies the allegations, except that TACP admits the allegations contained in the first sentence of Paragraph 55.

56.     TACP denies the allegations in Paragraph 56, except that TACP avers that TACP completed a merger into Toshiba America Information Systems, Inc. ("TAIS") on February 14, 2011, whereby TACP no longer exists as a separate legal entity and TACP's former facilities are either closed or now operated entirely by TAIS.  TACP avers it sold certain electronic devices containing color picture tubes during the Relevant Period.

57.     Paragraph 57 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

58.     Paragraph 58 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, denies the allegations.

59.     Paragraph 59 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 59.

**11.   Chunghwa Entities**

60.     Paragraph 60 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies the allegations.

61.     Paragraph 61 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations.

62.     Paragraph 62 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 62.

**IV.   AGENTS AND CO-CONSPIRATORS**

63.     To the extent that the allegations contained in Paragraph 63 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 63 are directed to TACP, TACP denies these allegations.

64.     To the extent that the allegations contained in Paragraph 64 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   allegations contained in Paragraph 64 are directed to TACP, TACP denies these

2   allegations.

3       65.    Paragraph 65 relates to other companies.   Accordingly, TACP lacks

4   knowledge or information sufficient to form a belief as to the truth of the allegations

5   contained in Paragraph 65 and, therefore, denies the allegations.

6       66.    Paragraph 66 relates to other companies.   Accordingly, TACP lacks

7   knowledge or information sufficient to form a belief as to the truth of the allegations

8   contained in Paragraph 66 and, therefore, denies the allegations.

9       67.    Paragraph 67 consists of Plaintiff's explanation of a defined term used in the

10  FAC, to which no response is required.  To the extent that a response is deemed required,

11  TACP denies the allegations contained in Paragraph 67.

12      68.    Paragraph 68 relates to another company.   Accordingly, TACP lacks

13  knowledge or information sufficient to form a belief as to the truth of the allegations

14  contained in Paragraph 68 and, therefore, denies the allegations.

15      69.    Paragraph 69 relates to another company.   Accordingly, TACP lacks

16  knowledge or information sufficient to form a belief as to the truth of the allegations

17  contained in Paragraph 69 and, therefore, denies the allegations.

18      70.    Paragraph 70 relates to another company.   Accordingly, TACP lacks

19  knowledge or information sufficient to form a belief as to the truth of the allegations

20  contained in Paragraph 70 and, therefore, denies the allegations.

21      71.    To the extent that the allegations contained in Paragraph 71 relate to other

22  Defendants, TACP lacks knowledge or information sufficient to form a belief as to the

23  truth of these allegations and, therefore, denies these allegations.  To the extent that the

24  allegations contained in Paragraph 71 are directed to TACP, TACP denies these

25  allegations.

26  **V.    TRADE AND COMMERCE**

27      72.    TACP lacks knowledge or information sufficient to form a belief as to the

28  truth of the allegations contained in Paragraph 72 and, therefore, denies the allegations.

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S. ANSWER TO INTERBOND
CORPORATION OF AMERICA'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

73.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and, therefore, denies the allegations.

74.    Paragraph 74 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 74.

## VI.   FACTUAL ALLEGATIONS

### A.   CRT Technology

75.    TACP admits the allegations contained in Paragraph 75.

76.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and, therefore, denies the allegations.

77.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, therefore, denies the allegations.

78.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, therefore, denies the allegations.

79.    To the extent that Paragraph 79 describes CRT technology generally, and claims that that CDTs and CPTs are separate products, TACP admits the allegations in Paragraph 79, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.  TACP denies the remaining allegations in Paragraph 79.

80.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, denies the allegations.

81.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, denies the allegations.

82.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations. The second sentence of Paragraph 82 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in the second sentence of Paragraph 82.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

83.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, therefore, denies the allegations. The second sentence of Paragraph 83 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in the second sentence of Paragraph 83.

84.     Paragraph 84 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 84.

**B.     Structure of the CRT Industry**

85.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the allegations.

**1.     Market Concentration**

86.     To the extent that the allegations contained in Paragraph 86 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 86 are directed to TACP, TACP denies these allegations.

**2.     Information Sharing**

87.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations.

88.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, therefore, denies the allegations.

**3.     Consolidation**

89.     To the extent that the allegations contained in Paragraph 89 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 89 are directed to TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 4.     Multiple Interrelated Business Relationships

90.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, denies the allegations.

91.     To the extent that the allegations contained in Paragraph 91 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 91 are directed to TACP, TACP denies these allegations.

### 5.     High Costs of Entry Into the Industry

92.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

93.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and, therefore, denies the allegations.

### 6.     The Maturity of the CRT Product Market

94.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, therefore, denies the allegations.

95.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, therefore, denies the allegations.

96.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, therefore, denies the allegations.

97.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

98.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

99.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

1

### 7. Homogeneity of CRT Products

2   100.   TACP lacks knowledge or information sufficient to form a belief as to the

3   truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

4   101.   TACP lacks knowledge or information sufficient to form a belief as to the

5   truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

6   **C.   Pre-Conspiracy Market**

7   102.   TACP lacks knowledge or information sufficient to form a belief as to the

8   truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

9   103.   Paragraph 103 relates to other Defendants.   Accordingly, TACP lacks

10  knowledge or information sufficient to form a belief as to the truth of the allegations

11  contained in Paragraph 103 and, therefore, denies the allegations.

12  **D.   Defendants' and Co-Conspirators' Illegal Agreements**

13  104.   To the extent that the allegations contained in Paragraph 104 relate to other

14  Defendants or third parties, TACP lacks knowledge or information sufficient to form a

15  belief as to the truth of these allegations and, therefore, denies these allegations.   To

16  the extent that the allegations contained in Paragraph 104 are directed to TACP, TACP

17  denies these allegations.

18  105.   To the extent that the allegations contained in Paragraph 105 relate to other

19  Defendants or third parties, TACP lacks knowledge or information sufficient to form a

20  belief as to the truth of these allegations and, therefore, denies these allegations.   To the

21  extent that the allegations contained in Paragraph 105 are directed to TACP, TACP denies

22  these allegations.

23  106.   Paragraph 106 relates to other Defendants.   Accordingly, TACP lacks

24  knowledge or information sufficient to form a belief as to the truth of the allegations

25  contained in Paragraph 106 and, therefore, denies the allegations.

26  107.   To the extent that the allegations contained in Paragraph 107 relate to other

27  Defendants or third parties, TACP lacks knowledge or information sufficient to form a

28  belief as to the truth of these allegations and, therefore, denies these allegations.   To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 107 are directed to TACP, TACP denies these allegations.

108.    To the extent that the allegations contained in Paragraph 108 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 108 are directed to TACP, TACP denies these allegations.

### 1.    "Glass Meetings"

109.    To the extent that the allegations contained in Paragraph 109 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 109 are directed to TACP, TACP denies these allegations.

110.    To the extent that the allegations contained in Paragraph 110 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 110 are directed to TACP, TACP denies these allegations.

111.    To the extent that the allegations contained in Paragraph 111 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 111 are directed to TACP, TACP denies these allegations.

112.    To the extent that the allegations contained in Paragraph 112 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 112 are directed to TACP, TACP denies these allegations.

113.    To the extent that the allegations contained in Paragraph 113 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 113 are directed to TACP, TACP denies these allegations.

114.    To the extent that the allegations contained in Paragraph 114 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 114 are directed to TACP, TACP denies these allegations.

115.    To the extent that the allegations contained in Paragraph 115 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 115 are directed to TACP, TACP denies these allegations.

116.    To the extent that the allegations contained in Paragraph 116 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 116 are directed to TACP, TACP denies these allegations.

117.    To the extent that the allegations contained in Paragraph 117 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 117 are directed to TACP, TACP denies these allegations.

118.    To the extent that the allegations contained in Paragraph 118 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 118 are directed to TACP, TACP denies these allegations.

119. To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 119 are directed to TACP, TACP denies these allegations.

120. To the extent that the allegations contained in Paragraph 120 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 120 are directed to TACP, TACP denies these allegations.

121. To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 121 are directed to TACP, TACP denies these allegations.

122. To the extent that the allegations contained in Paragraph 122 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 122 are directed to TACP, TACP denies these allegations.

123. To the extent that the allegations contained in Paragraph 123 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 123 are directed to TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## 2. Bilateral Discussions

124. To the extent that the allegations contained in Paragraph 124 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 124 are directed to TACP, TACP denies these allegations.

125. To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 125 are directed to TACP, TACP denies these allegations.

126. To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 126 are directed to TACP, TACP denies these allegations.

127. To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 127 are directed to TACP, TACP denies these allegations.

128. To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 128 are directed to TACP, TACP denies these allegations.

129. To the extent that the allegations contained in Paragraph 129 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 129 are directed to TACP, TACP denies these allegations.

  **3.** **Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions**

  130. Paragraph 130 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and, therefore, denies the allegations.

  131. Paragraph 131 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 and, therefore, denies the allegations.

  132. Paragraph 132 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, therefore, denies the allegations.

  133. Paragraph 133 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, therefore, denies the allegations.

  134. Paragraph 134 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, therefore, denies the allegations.

  135. Paragraph 135 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and, therefore, denies the allegations.

  136. Paragraph 136 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   137.   Paragraph 137 relates to other Defendants.   Accordingly, TACP lacks
2   knowledge or information sufficient to form a belief as to the truth of the allegations
3   contained in Paragraph 137 and, therefore, denies the allegations.

4   138.   Paragraph 138 relates to other Defendants.   Accordingly, TACP lacks
5   knowledge or information sufficient to form a belief as to the truth of the allegations
6   contained in Paragraph 138 and, therefore, denies the allegations.

7   139.   Paragraph 139 relates to other Defendants.   Accordingly, TACP lacks
8   knowledge or information sufficient to form a belief as to the truth of the allegations
9   contained in Paragraph 139 and, therefore, denies the allegations.

10   140.   Paragraph 140 relates to other Defendants.   Accordingly, TACP lacks
11   knowledge or information sufficient to form a belief as to the truth of the allegations
12   contained in Paragraph 140 and, therefore, denies the allegations.

13   141.   Paragraph 141 relates to other Defendants.   Accordingly, TACP lacks
14   knowledge or information sufficient to form a belief as to the truth of the allegations
15   contained in Paragraph 141 and, therefore, denies the allegations.

16   142.   Paragraph 142 relates to other Defendants.   Accordingly, TACP lacks
17   knowledge or information sufficient to form a belief as to the truth of the allegations
18   contained in Paragraph 142 and, therefore, denies the allegations.

19   143.   Paragraph 143 relates to other Defendants.   Accordingly, TACP lacks
20   knowledge or information sufficient to form a belief as to the truth of the allegations
21   contained in Paragraph 143 and, therefore, denies the allegations.

22   144.   Paragraph 144 relates to other Defendants.   Accordingly, TACP lacks
23   knowledge or information sufficient to form a belief as to the truth of the allegations
24   contained in Paragraph 144 and, therefore, denies the allegations.

25   145.   Paragraph 145 relates to other Defendants.   Accordingly, TACP lacks
26   knowledge or information sufficient to form a belief as to the truth of the allegations
27   contained in Paragraph 145 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

146.    To the extent that the allegations contained in Paragraph 146 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 146 are directed to TACP, TACP denies these allegations.

147.    To the extent that the allegations contained in Paragraph 147 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 147 are directed to TACP, TACP denies these allegations.

148.    Paragraph 148 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and, therefore, denies the allegations.

149.    Paragraph 149 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 and, therefore, denies the allegations.

150.    To the extent that Paragraph 150 consists of Plaintiff's characterization of its claims and Plaintiff's explanation of a defined term used in the FAC, no response is required.   To the extent that the allegations contained in Paragraph 150 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 150 may be deemed to require a response from TACP, TACP denies these allegations.

### E.    The CRT Market During the Conspiracy

151.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 and, therefore, denies the allegations.

152.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

153.    To the extent that Paragraph 153 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 153 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 153 may be deemed to require a response from TACP, TACP denies these allegations.

154.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and, therefore, denies the allegations.

155.    To the extent that Paragraph 155 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 155 may be deemed to require a response from TACP, TACP denies these allegations.

156.    To the extent that Paragraph 156 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 156 may be deemed to require a response from TACP, TACP denies these allegations.

157.    To the extent that the allegations contained in Paragraph 157 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 157 are directed to TACP, TACP denies these allegations.

158.    To the extent that Paragraph 158 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 158 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  extent that the allegations contained in Paragraph 158 are directed to TACP, TACP denies

2  these allegations.

3      159.   To the extent that Paragraph 159 consists of purported statements in news

4  reports or statements in public documents, those statements speak for themselves and no

5  response is required.  To the extent that the allegations contained in Paragraph 159 relate to

6  other Defendants or third parties, TACP lacks knowledge or information sufficient to form

7  a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

8  extent that the allegations contained in Paragraph 159 are directed to TACP, TACP denies

9  these allegations.

10     160.   To the extent that Paragraph 160 consists of purported statements in news

11 reports or statements in public documents, those statements speak for themselves and no

12 response is required.  To the extent that the allegations contained in Paragraph 160 relate to

13 other Defendants or third parties, TACP lacks knowledge or information sufficient to form

14 a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

15 extent that the allegations contained in Paragraph 160 are directed to TACP, TACP denies

16 these allegations.

17     161.   To the extent that the allegations contained in Paragraph 161 relate to other

18 Defendants or third parties, TACP lacks knowledge or information sufficient to form a

19 belief as to the truth of these allegations and, therefore, denies these allegations.  To the

20 extent that the allegations contained in Paragraph 161 are directed to TACP, TACP denies

21 these allegations.

22     **F.    International Government Antitrust Investigations**

23     162.   To the extent that Paragraph 162 consists of purported statements by

24 government authorities or statements in public documents, those statements speak for

25 themselves and no response is required.  To the extent that the allegations contained in

26 Paragraph 162 relate to other Defendants or third parties, TACP lacks knowledge or

27 information sufficient to form a belief as to the truth of these allegations and, therefore,

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    denies these allegations.  To the extent that the allegations contained in Paragraph 162 are

2    directed to TACP, TACP denies these allegations.

3        163.    To the extent that Paragraph 163 consists of purported statements by

4    government authorities or statements in public documents, those statements speak for

5    themselves and no response is required.  To the extent that the allegations contained in

6    Paragraph 163 relate to other Defendants or third parties, TACP lacks knowledge or

7    information sufficient to form a belief as to the truth of these allegations and, therefore,

8    denies these allegations.  To the extent that the allegations contained in Paragraph 163 may

9    be deemed to require a response from TACP, TACP denies these allegations.

10       164.    The allegations contained in Paragraph 164 refer to a public annual report,

11   which is the best evidence of its contents.  To the extent that allegations contained in

12   Paragraph 164 may be deemed to require a response from TACP, TACP denies these

13   allegations.

14       165.    To the extent that Paragraph 165 consists of purported statements by

15   government authorities or statements in public documents, those statements speak for

16   themselves and no response is required.  To the extent that the allegations contained in

17   Paragraph 165 relate to other Defendants or third parties, TACP lacks knowledge or

18   information sufficient to form a belief as to the truth of these allegations and, therefore,

19   denies these allegations.  To the extent that the allegations contained in Paragraph 165 may

20   be deemed to require a response from TACP, TACP denies these allegations.

21       166.    To the extent that Paragraph 166 consists of purported statements by

22   government authorities or statements in public documents, those statements speak for

23   themselves and no response is required.  To the extent that the allegations contained in

24   Paragraph 166 relate to other Defendants or third parties, TACP lacks knowledge or

25   information sufficient to form a belief as to the truth of these allegations and, therefore,

26   denies these allegations.  To the extent that the allegations contained in Paragraph 166 may

27   be deemed to require a response from TACP, TACP denies these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

167. To the extent that Paragraph 167 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 167 relate to other Defendants and/or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 167 may be deemed to require a response from TACP, TACP denies these allegations.

168. To the extent that Paragraph 168 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 168 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 168 may be deemed to require a response from TACP, TACP denies these allegations.

169. To the extent that Paragraph 169 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 169 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 169 may be deemed to require a response from TACP, TACP denies these allegations.

170. To the extent that Paragraph 170 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 170 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 170 may be deemed to require a response from TACP, TACP denies these allegations.

171.   To the extent that Paragraph 171 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 171 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 171 may be deemed to require a response from TACP, TACP denies these allegations.

172.   To the extent that Paragraph 172 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 172 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 172 may be deemed to require a response from TACP, TACP denies these allegations.

173.   To the extent that Paragraph 173 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 173 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 173 may be deemed to require a response from TACP, TACP denies these allegations.

174.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and, therefore, denies these allegations.

175.   To the extent that the allegations contained in Paragraph 175 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 175 are directed to TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

176.    To the extent that the allegations contained in Paragraph 176 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 176 are directed to TACP, TACP denies these allegations.

177.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 and, therefore, denies these allegations.

178.    To the extent that Paragraph 178 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 178 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 178 may be deemed to require a response from TACP, TACP denies these allegations.

179.    To the extent that Paragraph 179 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 179 may be deemed to require a response from TACP, TACP denies these allegations.

180.    To the extent that Paragraph 180 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 180 may be deemed to require a response from TACP, TACP denies these allegations.

181.    To the extent that Paragraph 181 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

Paragraph 181 may be deemed to require a response from TACP, TACP denies these allegations.

**G.    The Role of Trade Associations During the Relevant Period**

182.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and, therefore, denies these allegations.

183.    Paragraph 183 relates to other Defendants or third parties.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, therefore, denies these allegations.

184.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and, therefore, denies these allegations.

185.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and, therefore, denies these allegations.

186.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and, therefore, denies these allegations.

**H.    Effects of Defendants' Antitrust Violations**

**1.    Examples of Reductions in Manufacturing Capacity by Defendants**

187.    To the extent that the allegations contained in Paragraph 187 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 187 are directed to TACP, TACP denies these allegations.

188.    Paragraph 188 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, therefore, denies these allegations.

189.    Paragraph 189 relates to other Defendants or third parties.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

190.    Paragraph 190 relates to other Defendants or third parties.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and, therefore, denies these allegations.

191.    Paragraph 191 relates to other Defendants or third parties.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and, therefore, denies these allegations.

192.    Paragraph 192 relates to other Defendants or third parties.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 and, therefore, denies these allegations.

**2.    Examples of Collusive Pricing for CRT Products**

193.    To the extent that Paragraph 193 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 193 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 193 may be deemed to require a response from TACP, TACP denies these allegations.

194.    To the extent that Paragraph 194 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 194 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 194 may be deemed to require a response from TACP, TACP denies these allegations.

195.    To the extent that the allegations contained in Paragraph 195 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 195 are directed to TACP, TACP denies these allegations.

196.   To the extent that Paragraph 196 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 196 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 196 may be deemed to require a response from TACP, TACP denies these allegations.

197.   To the extent that Paragraph 197 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 197 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 197 may be deemed to require a response from TACP, TACP denies these allegations.

198.   To the extent that the allegations contained in Paragraph 198 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 198 are directed to TACP, TACP denies these allegations.

199.   To the extent that Paragraph 199 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 199 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 199 may be deemed to require a response from TACP, TACP denies these allegations.

200.    Paragraph 200 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 and, therefore, denies these allegations.

201.    To the extent that the allegations contained in Paragraph 201 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 201 are directed to TACP, TACP denies these allegations.

### 3.    Summary of Effects of the Conspiracy Involving CRT Products

202.    Paragraph 202 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 202 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 202 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VII.  PLAINTIFF'S INJURIES

203.    To the extent that Paragraph 203 contains argument, Plaintiff's characterization of its claims, or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 203 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 203 are directed to TACP, TACP denies these allegations.

204.    To the extent that the allegations contained in Paragraph 204 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1     extent that the allegations contained in Paragraph 204 are directed to TACP, TACP denies

2     these allegations.

3          205.   To the extent that Paragraph 205 contains argument or legal conclusions, no

4     response is required.  To the extent that the allegations contained in Paragraph 205 relate to

5     other Defendants or third parties, TACP lacks knowledge or information sufficient to form

6     a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

7     extent that the allegations contained in Paragraph 205 are directed to TACP, TACP denies

8     these allegations.

9          206.   To the extent that Paragraph 206 contains argument or legal conclusions, no

10    response is required.  To the extent that the allegations contained in Paragraph 206 relate to

11    other Defendants or third parties, TACP lacks knowledge or information sufficient to form

12    a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

13    extent that the allegations contained in Paragraph 206 are directed to TACP, TACP denies

14    these allegations.

15          207.   To the extent that Paragraph 207 contains argument or legal conclusions, no

16    response is required.  To the extent that the allegations contained in Paragraph 207 relate to

17    other Defendants or third parties, TACP lacks knowledge or information sufficient to form

18    a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

19    extent that the allegations contained in Paragraph 207 are directed to TACP, TACP denies

20    these allegations.

21          208.   Paragraph 208 consists of argument, Plaintiff's characterization of its claims,

22    or legal conclusions, to which no response is required.  To the extent that the allegations

23    contained in Paragraph 208 relate to other Defendants or third parties, TACP lacks

24    knowledge or information sufficient to form a belief as to the truth of these allegations and,

25    therefore, denies these allegations.  To the extent that the allegations contained in

26    Paragraph 208 may be deemed to require a response from TACP, TACP lacks knowledge

27    or information sufficient to form the belief as to the truth of these allegations and,

28    therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

209.    Paragraph 209 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 209 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 209 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

## VIII. FRAUDULENT CONCEALMENT

210.    Paragraph 210 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 210 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 210 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

211.    Paragraph 211 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 211 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 211 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

212.    Paragraph 212 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 212 relate to other Defendants or third parties, TACP lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   knowledge or information sufficient to form a belief as to the truth of these allegations and,
2   therefore, denies these allegations.   To the extent that the allegations contained in
3   Paragraph 212 may be deemed to require a response from TACP, TACP lacks knowledge
4   or information sufficient to form a belief as to the truth of these allegations and, therefore,
5   denies these allegations.

6   213.   Paragraph 213 consists of argument, Plaintiff's characterization of its claims,
7   or legal conclusions, to which no response is required.   To the extent that the allegations
8   contained in Paragraph 213 relate to other Defendants or third parties, TACP lacks
9   knowledge or information sufficient to form a belief as to the truth of these allegations and,
10  therefore, denies these allegations.   To the extent that the allegations contained in
11  Paragraph 213 may be deemed to require a response from TACP, TACP lacks knowledge
12  or information sufficient to form a belief as to the truth of these allegations and, therefore,
13  denies these allegations.

14  214.   Paragraph 214 consists of argument, Plaintiff's characterization of its claims,
15  or legal conclusions, to which no response is required.   To the extent that the allegations
16  contained in Paragraph 214 relate to other Defendants or third parties, TACP lacks
17  knowledge or information sufficient to form a belief as to the truth of these allegations and,
18  therefore, denies these allegations.   To the extent that the allegations contained in
19  Paragraph 214 may be deemed to require a response from TACP, TACP lacks knowledge
20  or information sufficient to form a belief as to the truth of these allegations and, therefore,
21  denies these allegations.

22  215.   Paragraph 215 consists of argument, Plaintiff's characterization of its claims,
23  or legal conclusions, to which no response is required.   To the extent that the allegations
24  contained in Paragraph 215 relate to other Defendants or third parties, TACP lacks
25  knowledge or information sufficient to form a belief as to the truth of these allegations and,
26  therefore, denies these allegations.   To the extent that the allegations contained in
27  Paragraph 215 may be deemed to require a response from TACP, TACP lacks knowledge
28

1    or information sufficient to form a belief as to the truth of these allegations and, therefore,

2    denies these allegations.

3        216.    Paragraph 216 consists of argument, Plaintiff's characterization of its claims,

4    or legal conclusions, to which no response is required.  To the extent that the allegations

5    contained in Paragraph 216 relate to other Defendants or third parties, TACP lacks

6    knowledge or information sufficient to form a belief as to the truth of these allegations and,

7    therefore, denies these allegations.   To the extent that the allegations contained in

8    Paragraph 216 may be deemed to require a response from TACP, TACP lacks knowledge

9    or information sufficient to form a belief as to the truth of these allegations and, therefore,

10   denies these allegations.

11       217.    Paragraph 217 consists of argument, Plaintiff's characterization of its claims,

12   or legal conclusions, to which no response is required.  To the extent that the allegations

13   contained in Paragraph 217 relate to other Defendants or third parties, TACP lacks

14   knowledge or information sufficient to form a belief as to the truth of these allegations and,

15   therefore, denies these allegations.   To the extent that the allegations contained in

16   Paragraph 217 may be deemed to require a response from TACP, TACP lacks knowledge

17   or information sufficient to form a belief as to the truth of these allegations and, therefore,

18   denies these allegations.

19       218.    Paragraph 218 consists of argument, Plaintiff's characterization of its claims,

20   or legal conclusions, to which no response is required.  To the extent that the allegations

21   contained in Paragraph 218 relate to other Defendants or third parties, TACP lacks

22   knowledge or information sufficient to form a belief as to the truth of these allegations and,

23   therefore, denies these allegations.   To the extent that the allegations contained in

24   Paragraph 218 may be deemed to require a response from TACP, TACP lacks knowledge

25   or information sufficient to form a belief as to the truth of these allegations and, therefore,

26   denies these allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

219.    Paragraph 219 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 219 and, therefore, denies the allegations.

220.    Paragraph 220 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 220 and, therefore, denies the allegations.

221.    Paragraph 221 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 221 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 221 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

222.    Paragraph 222 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 222 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 222 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## IX.    *AMERICAN PIPE*, GOVERNMENT ACTION AND CROSS-JURISDICTIONAL TOLLING

223.    Paragraph 223 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 223 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 223 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

224.   Paragraph 224 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 224 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 224 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

225.   Paragraph 225 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 225 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 225 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## X.   CLAIM FOR VIOLATIONS

### First Claim for Relief

### (Violation of Section 1 of the Sherman Act)

226.   TACP hereby incorporates by reference its responses to Paragraphs 1-225 of the FAC, as set forth above.

227.   Paragraph 227 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 227 relate to other Defendants or third parties, TACP lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

228.   Paragraph 228 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 228 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 228 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

229.   Paragraph 229 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 229 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 229 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

230.   Paragraph 230 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 230 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 230 may be deemed to require a response from TACP, TACP lacks knowledge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

231.    Paragraph 231 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 231 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 231 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

232.    Paragraph 232 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 232 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 232 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## Second Claim for Relief

### (Violation of the Florida Deceptive and Unfair Trade Practices Act)

233.    TACP hereby incorporates by reference its responses to Paragraphs 1-232 of the FAC, as set forth above.

234.    Paragraph 234 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 234 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 234 may be deemed to require a response from TACP, TACP lacks knowledge

or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

235. Paragraph 235 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 235 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 235 are directed to TACP, TACP denies these allegations.

236. Paragraph 236 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 236 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 236 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

237. Paragraph 237 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 237 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 237 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.,

238. Paragraph 238 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 238 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  therefore, denies these allegations.   To the extent that the allegations contained in
2  Paragraph 238 may be deemed to require a response from TACP, TACP lacks knowledge
3  or information sufficient to form a belief as to the truth of these allegations and, therefore,
4  denies these allegations.

5       239.   Paragraph 239 consists of argument, Plaintiff's characterization of its claims,
6  or legal conclusions, to which no response is required.   To the extent that the allegations
7  contained in Paragraph 239 relate to other Defendants or third parties, TACP lacks
8  knowledge or information sufficient to form a belief as to the truth of these allegations and,
9  therefore, denies these allegations.   To the extent that the allegations contained in
10  Paragraph 239 may be deemed to require a response from TACP, TACP lacks knowledge
11  or information sufficient to form a belief as to the truth of these allegations and, therefore,
12  denies these allegations.

13       240.   Paragraph 240 consists of argument, Plaintiff's characterization of its claims,
14  or legal conclusions, to which no response is required.   To the extent that the allegations
15  contained in Paragraph 240 relate to other Defendants or third parties, TACP lacks
16  knowledge or information sufficient to form a belief as to the truth of these allegations and,
17  therefore, denies these allegations.   To the extent that the allegations contained in
18  Paragraph 240 may be deemed to require a response from TACP, TACP lacks knowledge
19  or information sufficient to form a belief as to the truth of these allegations and, therefore,
20  denies these allegations.

21  **XI.   PRAYER FOR RELIEF**

22       In answer to the Prayer for Relief, TACP denies each and every allegation in the
23  Prayer and further specifically denies that Plaintiff is entitled to any of the relief requested
24  or any remedy whatsoever against TACP.

25       All allegations of the FAC not heretofore admitted or denied are here and now denied
26  as though specifically denied herein.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

## DEFENSES/AFFIRMATIVE DEFENSES

Without assuming any burden it would not otherwise bear, and reserving its right to amend its Answer to assert additional defenses as they may become known during discovery, TACP asserts the following separate and additional defenses:

## FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

## SECOND DEFENSE

The FAC fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

Plaintiff's claims are barred in whole or part because the FAC fails to plead conspiracy with particularity required under applicable law.

## FOURTH DEFENSE

Plaintiff has failed to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

## FIFTH DEFENSE

Plaintiff's state law claims are barred or limited in whole or in part by the doctrine of *forum non conveniens* and improper venue.  Plaintiff's claims, to the extent they rely on the laws of foreign states, would be better adjudicated in those foreign courts.

## SIXTH DEFENSE

Plaintiff's claims against TACP are barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution of its claims.

## SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to bring or maintain the claims set forth in the FAC.

## EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff was not validly assigned those claims.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**NINTH DEFENSE**

TACP asserts as defenses to Plaintiff's claims any additional defense that it might have against Plaintiff's purported assignors, as to whom additional defenses cannot presently be ascertained.

**TENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent it did not purchase CRTs directly from Defendants, because it is an indirect purchaser and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

**ELEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no antitrust injury.

**TWELFTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitations, including but not limited to:  15 U.S.C. § 15b and Fla. Stat. § 95.11(f).

**THIRTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**FOURTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

**FIFTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**SIXTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not been injured in its business or property by reason of any action of TACP.

**SEVENTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any alleged injuries and damages were not legally or proximately caused by any acts or omissions of TACP or were caused, if at all, solely and proximately by the conduct of third parties including, without limitation, the prior, intervening or superseding conduct of such third parties.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**EIGHTEENTH DEFENSE**

To the extent that any actionable conduct occurred, Plaintiff's claims against TACP are barred because all such conduct would have been committed by individuals acting *ultra vires*.

**NINETEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no damages as a result of any actions taken by TACP and/or the other Defendants.

**TWENTIETH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

**TWENTY-FIRST DEFENSE**

Plaintiff is barred from recovery of any damages because of, and to the extent of, its failure to mitigate damages.

**TWENTY-SECOND DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any actions or practices of TACP that are the subject of the FAC were undertaken unilaterally for legitimate business reasons and in pursuit of TACP's independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between TACP and any other person or entity.

**TWENTY-THIRD DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any acts or practices of TACP that are the subject of the FAC were adopted in furtherance of legitimate business interests of TACP and of its customers and did not unreasonably restrain competition.

**TWENTY-FOURTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any acts or practices of TACP that are the subject of the FAC were cost justified or otherwise economically justified and resulted from a good-faith effort to meet competition or market conditions.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

### TWENTY-FIFTH DEFENSE

2   Plaintiff's claims are barred, in whole or in part, because the alleged conduct

3   complained of was caused by, due to, based upon, or in response to directives, laws,

4   regulations, policies and/or acts of governments, governmental agencies and entities and/or

5   regulatory agencies, and as such is non-actionable or privileged.

6

### TWENTY-SIXTH DEFENSE

7   To the extent there is a finding of an illegal overcharge, Plaintiff's claims are barred,

8   in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by

9   others, and was not passed through to the indirect purchasers.

10

### TWENTY-SEVENTH DEFENSE

11  Plaintiff's claims are barred, in whole or in part, because, as an indirect purchaser, it

12  fails to meet its burden of proving that it was damaged in fact by the conduct of which

13  complaint is here made, including the burden of proving that any so-called overcharge of

14  which complaint is made and which was not absorbed by predecessors to Plaintiff in the

15  chain of distribution was not passed on to a third party.

16

### TWENTY-EIGHTH DEFENSE

17  Plaintiff's claims are barred, in whole or in part, to the extent it seeks improper

18  multiple damage awards and damage awards duplicative of those sought in other actions, in

19  violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the

20  United States Constitution.

21

### TWENTY-NINTH DEFENSE

22  Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean

23  hands.

24

### THIRTIETH DEFENSE

25  Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and

26  satisfaction.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**THIRTY-FIRST DEFENSE**

Plaintiff's claims for injunctive relief should be dismissed because Plaintiff has available an adequate remedy at law.

**THIRTY-SECOND DEFENSE**

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, for failure to join indispensable parties.

**THIRTY-THIRD DEFENSE**

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TACP contends that it is entitled to set off any amounts paid to Plaintiff by any Defendants other than TACP who have settled, or do settle, Plaintiff's claims against them in this action.

**THIRTY-FOURTH DEFENSE**

Plaintiff's claims for injunctive relief are barred, in whole or in part, insofar as Plaintiff seeks to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

**THIRTY-FIFTH DEFENSE**

Plaintiff lacks standing to prosecute its state consumer protection claims, in whole or in part, under Fla. Stat. §§ 501.201, *et seq.*

**THIRTY-SIXTH DEFENSE**

Plaintiff's claims under Fla. Stat. §§ 501.201, *et seq.*, are barred, in whole or in part, because pursuant to § 501.202(3), the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") must be construed in a manner consistent with federal antitrust laws. Because Plaintiff's injuries are too speculative, derivative, indirect, and remote to confer standing under federal antitrust law, they also do not confer standing under FDUTPA.

**THIRTY-SEVENTH DEFENSE**

Plaintiff's claims under Fla. Stat. §§ 501.201, *et seq.*, are barred, in whole or in part, because Plaintiff cannot establish actual damages.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

## THIRTY-EIGHTH DEFENSE

TACP adopts by reference any applicable defense pleaded by any other Defendant not otherwise expressly set forth herein.

## THIRTY-NINTH DEFENSE

TACP reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

## TACP'S PRAYER FOR RELIEF

WHEREFORE, TACP prays for judgment as follows:

1.   That Plaintiff take nothing by reason of the FAC, and that the action be dismissed with prejudice;

2.   That the Court enter judgment in favor of TACP and against Plaintiff with respect to all causes of action in the FAC;

3.   That the Court award TACP its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4.   That the Court order such other further relief for TACP as the Court may deem just and proper.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Dated:  November 4, 2013

Respectfully submitted,

**WHITE & CASE** LLP

By:  ___/s/ Lucius B. Lau_____
    Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
    Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
    Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
    701 Thirteenth Street, N.W.
    Washington, DC  20005
    tel.: (202) 626-3600
    fax: (202) 639-9355

    *Counsel to Defendant*
    *Toshiba America Consumer Products, L.L.C.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**<u>CERTIFICATE OF SERVICE</u>**

On November 4, 2013, I caused a copy of the "TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S ANSWER TO INTERBOND CORPORATION OF AMERICA'S FIRST AMENDED COMPLAINT" to be served via ECF on the other parties in this action.

By:  _/s/ Lucius B. Lau_

Lucius B. Lau (*pro hac vice*)

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'SANSWER TO INTERBOND
CORPORATION OF AMERICA'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917