Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*<br><br>Civil Action No. 3:11-05514-SC | **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO TARGET CORP.'S SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>The Honorable Samuel Conti |

*White & Case LLP*
*701 Thirteenth Street, NW*
*Washington, DC  20005*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

For its Answer to Target Corp.'s Second Amended Complaint For Damages and Injunctive Relief ("SAC"), Defendant Toshiba America Information Systems, Inc. ("TAIS") states as follows:

## I.   INTRODUCTION[1]

1.   The allegations contained in Paragraph 1 consist of Plaintiff's characterization of its claims and an explanation of defined terms used in its SAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

2.   To the extent that the allegations contained in the first sentence of Paragraph 2 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence of Paragraph 2 are directed to TAIS, TAIS denies these allegations.  TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 2 and, therefore, denies the allegations.

3.   To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to TAIS, TAIS denies these allegations.

4.   To the extent that the allegations contained in Paragraph 4 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 4 are directed to TAIS, TAIS denies these allegations.

5.   To the extent that the allegations contained in Paragraph 5 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth

---

[1] For ease of reference, the headings in this Answer correspond to the headings in the SAC.

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO TARGET CORP.'S
SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  of these allegations and, therefore, denies these allegations.   To the extent that the

2  allegations contained in Paragraph 5 are directed to TAIS, TAIS denies these allegations.

3      6.      The allegations contained in Paragraph 6 consist of Plaintiff's characterization

4  of its claims, to which no response is required.   To the extent that a response is deemed

5  required, TAIS denies the allegations contained in Paragraph 6.

6      7.      To the extent that Paragraph 7 consists of purported statements in news

7  reports or statements in public documents, those statements speak for themselves and no

8  response is required.   To the extent that the allegations contained in Paragraph 7 relate to

9  other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

10  belief as to the truth of these allegations and, therefore, denies these allegations.   To the

11  extent that the allegations contained in Paragraph 7 may be deemed to require a response

12  from TAIS, TAIS denies these allegations.

13      8.      To the extent that Paragraph 8 consists of, or refers to purported statements in

14  news reports or statements in public documents, those statements speak for themselves and

15  no response is required.   To the extent that the allegations contained in Paragraph 8 relate

16  to other Defendants or third parties, TAIS lacks knowledge or information sufficient to

17  form a belief as to the truth of these allegations and, therefore, denies these allegations.   To

18  the extent that the allegations contained in Paragraph 8 may be deemed to require a

19  response from TAIS, TAIS denies these allegations.

20      9.      Paragraph 9 consists of argument, Plaintiff's characterization of its claims, or

21  legal conclusions, to which no response is required.   To the extent that the allegations

22  contained in Paragraph 9 relate to other Defendants, TAIS lacks knowledge or information

23  sufficient to form a belief as to the truth of these allegations and, therefore, denies these

24  allegations.   To the extent that the allegations contained in Paragraph 9 may be deemed to

25  require a response from TAIS, TAIS lacks knowledge or information sufficient to form a

26  belief as to the truth of these allegations and, therefore, denies these allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

## II.   JURISDICTION AND VENUE

10.    The allegations contained in Paragraph 10 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 10.

11.    The allegations contained in Paragraph 11 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 11.

12.    The allegations contained in Paragraph 12 consist of Plaintiff's characterization of its case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 12.

13.    The allegations contained in Paragraph 13 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 13.

14.    The first and third sentences of Paragraph 14 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 14.  To the extent that the allegations contained in Paragraph 14 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 14 are directed to TAIS, TAIS denies these allegations.

15.    The allegations in Paragraph 15 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 15.

## III.   THE PARTIES

### A.    Plaintiff Target Corporation

16.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

17.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and, therefore, denies the allegations.

**B.     The Defendants**

    **1.     IRICO Entities**

19.     Paragraph 19 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

20.     Paragraph 20 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, therefore, denies the allegations.

21.     Paragraph 21 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22.     Paragraph 22 consists of Plaintiff's explanation of a defined term used in the SAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 22.

    **2.     LG Electronics Entities**

23.     Paragraph 23 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.     Paragraph 24 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.     Paragraph 25 consists of Plaintiff's explanation of a defined term used in the SAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 25.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 3.     LP Displays

26.     Paragraph 26 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

### 4.     Hitachi Entities

27.     Paragraph 27 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

28.     Paragraph 28 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, denies the allegations.

29.     Paragraph 29 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, therefore, denies the allegations.

30.     Paragraph 30 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     Paragraph 31 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.     Paragraph 32 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, therefore, denies the allegations.

33.     Paragraph 33 consists of Plaintiff's explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 33.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 5.   Panasonic Entities

34.     Paragraph 34 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.     Paragraph 35 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36.     Paragraph 36 consists of Plaintiff's explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 36.

37.     Paragraph 37 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies the allegations.

38.     Paragraph 38 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

### 6.   Phillips Entities

39.     Paragraph 39 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.     Paragraph 40 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, denies the allegations.

41.     Paragraph 41 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

42.     Paragraph 42 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

43.     Paragraph 43 consists of Plaintiff's explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 43.

### 7.     Samsung Entities

44.     Paragraph 44 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, denies the allegations.

45.     Paragraph 45 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

46.     Paragraph 46 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

47.     Paragraph 47 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, therefore, denies the allegations.

48.     Paragraph 48 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

49.     Paragraph 49 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

50.     Paragraph 50 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

51.     Paragraph 51 consists of Plaintiff's explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 51.

### 8.   Samtel

52.     Paragraph 52 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

### 9.   Thai CRT

53.     Paragraph 53 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

### 10.   Toshiba Entities

54.     Paragraph 54 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54, and therefore denies the allegations, except that TAIS admits the allegations contained in the first sentence of Paragraph 54.

55.     Paragraph 55 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, therefore, denies the allegations, except that TAIS admits the allegations contained in the first sentence of Paragraph 55.

56.     Paragraph 56 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations except that TAIS avers that Toshiba America Consumer Products, L.L.C. ("TACP") completed a merger into TAIS on February 14, 2011, whereby TACP no longer exists as a separate legal entity and TACP's former facilities are either closed or now operated entirely by TAIS.

57.    Paragraph 57 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

58.    TAIS denies the allegations of Paragraph 58, except that TAIS admits that its business address is 9740 Irvine Boulevard, Irvine, CA 92618-1697 and avers that it is a wholly-owned subsidiary of Toshiba America, Inc.   TAIS avers that it sold certain electronic devices containing cathode ray tubes during the Relevant Period.

59.    Paragraph 59 consists of Plaintiff's explanation of a defined term used in the SAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 59.

**11.   Chunghwa Entities**

60.    Paragraph 60 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies the allegations.

61.    Paragraph 61 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations.

62.    Paragraph 62 consists of Plaintiff's explanation of a defined term used in the SAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 62.

**IV.   AGENTS AND CO-CONSPIRATORS**

63.    To the extent that the allegations contained in Paragraph 63 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 63 are directed to TAIS, TAIS denies these allegations.

64.    To the extent that the allegations contained in Paragraph 64 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    of these allegations and, therefore, denies these allegations.  To the extent that the

2    allegations contained in Paragraph 64 are directed to TAIS, TAIS denies these allegations.

3        65.     Paragraph 65 relates to other companies.  Accordingly, TAIS lacks knowledge

4    or information sufficient to form a belief as to the truth of the allegations contained in

5    Paragraph 65 and, therefore, denies the allegations.

6        66.     Paragraph 66 relates to other companies.  Accordingly, TAIS lacks knowledge

7    or information sufficient to form a belief as to the truth of the allegations contained in

8    Paragraph 66 and, therefore, denies the allegations.

9        67.     Paragraph 67 consists of Plaintiff's explanation of a defined term used in the

10   SAC, to which no response is required.  To the extent that a response is deemed required,

11   TAIS denies the allegations contained in Paragraph 67.

12       68.     Paragraph 68 relates to another company.  Accordingly, TAIS lacks

13   knowledge or information sufficient to form a belief as to the truth of the allegations

14   contained in Paragraph 68 and, therefore, denies the allegations.

15       69.     Paragraph 69 relates to another company.  Accordingly, TAIS lacks

16   knowledge or information sufficient to form a belief as to the truth of the allegations

17   contained in Paragraph 69 and, therefore, denies the allegations.

18       70.     Paragraph 70 relates to another company.  Accordingly, TAIS lacks

19   knowledge or information sufficient to form a belief as to the truth of the allegations

20   contained in Paragraph 70 and, therefore, denies the allegations.

21       71.     To the extent that the allegations contained in Paragraph 71 relate to other

22   Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth

23   of these allegations and, therefore, denies these allegations.  To the extent that the

24   allegations contained in Paragraph 71 are directed to TAIS, TAIS denies these allegations.

25   **V.    TRADE AND COMMERCE**

26       72.     TAIS lacks knowledge or information sufficient to form a belief as to the truth

27   of the allegations contained in Paragraph 72 and, therefore, denies the allegations.

28

73.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and, therefore, denies the allegations.

74.     Paragraph 74 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 74.

## VI.   FACTUAL ALLEGATIONS

### A.   CRT Technology

75.     TAIS admits the allegations contained in Paragraph 75.

76.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and, therefore, denies the allegations.

77.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, therefore, denies the allegations.

78.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, therefore, denies the allegations.

79.     To the extent that Paragraph 79 describes CRT technology generally, and claims that that CDTs and CPTs are separate products, TAIS admits the allegations in Paragraph 79, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.  TAIS denies the remaining allegations in Paragraph 79.

80.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, denies the allegations.

81.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, denies the allegations.

82.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations.  The second sentence of Paragraph 82 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in the second sentence of Paragraph 82.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

83.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, therefore, denies the allegations.  The second sentence of Paragraph 83 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in the second sentence of Paragraph 83.

84.     Paragraph 84 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 84.

### B.     Structure of the CRT Industry

85.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the allegations.

#### 1.     Market Concentration

86.     To the extent that the allegations contained in Paragraph 86 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 86 are directed to TAIS, TAIS denies these allegations.

#### 2.     Information Sharing

87.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations.

88.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, therefore, denies the allegations.

#### 3.     Consolidation

89.     To the extent that the allegations contained in Paragraph 89 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

### 4.   Multiple Interrelated Business Relationships

90.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, denies the allegations.

91.     To the extent that the allegations contained in Paragraph 91 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 91 are directed to TAIS, TAIS denies these allegations.

### 5.   High Costs of Entry Into the Industry

92.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

93.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and, therefore, denies the allegations.

### 6.   The Maturity of the CRT Product Market

94.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, therefore, denies the allegations.

95.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, therefore, denies the allegations.

96.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, therefore, denies the allegations.

97.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

98.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

99.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

### 7.    Homogeneity of CRT Products

100.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

101.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

### C.    Pre-Conspiracy Market

102.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

103.    Paragraph 103 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, therefore, denies the allegations.

### D.  Defendants' and Co-Conspirators' Illegal Agreements

104.    To the extent that the allegations contained in Paragraph 104 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 104 are directed to TAIS, TAIS denies these allegations.

105.    To the extent that the allegations contained in Paragraph 105 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 105 are directed to TAIS, TAIS denies these allegations.

106.    Paragraph 106 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and, therefore, denies the allegations.

107.    To the extent that the allegations contained in Paragraph 107 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 107 are directed to TAIS, TAIS denies these allegations.

108.    To the extent that the allegations contained in Paragraph 108 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 108 are directed to TAIS, TAIS denies these allegations.

### 1.    "Glass Meetings"

109.    To the extent that the allegations contained in Paragraph 109 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 109 are directed to TAIS, TAIS denies these allegations.

110.    To the extent that the allegations contained in Paragraph 110 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 110 are directed to TAIS, TAIS denies these allegations.

111.    To the extent that the allegations contained in Paragraph 111 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 111 are directed to TAIS, TAIS denies these allegations.

112.    To the extent that the allegations contained in Paragraph 112 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 112 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

113.    To the extent that the allegations contained in Paragraph 113 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 113 are directed to TAIS, TAIS denies these allegations.

114.    To the extent that the allegations contained in Paragraph 114 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 114 are directed to TAIS, TAIS denies these allegations.

115.    To the extent that the allegations contained in Paragraph 115 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 115 are directed to TAIS, TAIS denies these allegations.

116.    To the extent that the allegations contained in Paragraph 116 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 116 are directed to TAIS, TAIS denies these allegations.

117.    To the extent that the allegations contained in Paragraph 117 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 117 are directed to TAIS, TAIS denies these allegations.

118.    To the extent that the allegations contained in Paragraph 118 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 118 are directed to TAIS, TAIS denies these allegations.

119.    To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 119 are directed to TAIS, TAIS denies these allegations.

120.    To the extent that the allegations contained in Paragraph 120 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 120 are directed to TAIS, TAIS denies these allegations.

121.    To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 121 are directed to TAIS, TAIS denies these allegations.

122.    To the extent that the allegations contained in Paragraph 122 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 122 are directed to TAIS, TAIS denies these allegations.

123.    To the extent that the allegations contained in Paragraph 123 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 123 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

124.    To the extent that the allegations contained in Paragraph 124 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 124 are directed to TAIS, TAIS denies these allegations.

### 2.    Bilateral Discussions

125.    To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 125 are directed to TAIS, TAIS denies these allegations.

126.    To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 126 are directed to TAIS, TAIS denies these allegations.

127.    To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 127 are directed to TAIS, TAIS denies these allegations.

128.    To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 128 are directed to TAIS, TAIS denies these allegations.

129.    To the extent that the allegations contained in Paragraph 129 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 129 are directed to TAIS, TAIS denies these allegations.

130.    To the extent that the allegations contained in Paragraph 130 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 130 are directed to TAIS, TAIS denies these allegations.

### 3. Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions

131.    Paragraph 131 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 and, therefore, denies the allegations.

132.    Paragraph 132 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, therefore, denies the allegations.

133.    Paragraph 133 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, therefore, denies the allegations.

134.    Paragraph 134 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, therefore, denies the allegations.

135.    Paragraph 135 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and, therefore, denies the allegations.

136.    Paragraph 136 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

137.     Paragraph 137 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and, therefore, denies the allegations.

138.     Paragraph 138 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and, therefore, denies the allegations.

139.     Paragraph 139 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and, therefore, denies the allegations.

140.     Paragraph 140 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and, therefore, denies the allegations.

141.     Paragraph 141 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and, therefore, denies the allegations.

142.     Paragraph 142 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and, therefore, denies the allegations.

143.     Paragraph 143 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and, therefore, denies the allegations.

144.     Paragraph 144 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, therefore, denies the allegations.

145.     Paragraph 145 relates to other Defendants.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

146.    Paragraph 146 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and, therefore, denies the allegations.

147.    To the extent that the allegations contained in Paragraph 147 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 147 are directed to TAIS, TAIS denies these allegations.

148.    To the extent that the allegations contained in Paragraph 148 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 148 are directed to TAIS, TAIS denies these allegations.

149.    Paragraph 149 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 and, therefore, denies the allegations.

150.    Paragraph 150 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 and, therefore, denies the allegations.

151.    To the extent that Paragraph 151 consists of Plaintiff's characterization of its claims and Plaintiff's explanation of a defined term used in the SAC, no response is required.  To the extent that the allegations contained in Paragraph 151 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 151 may be deemed to require a response from TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

**E.      The CRT Market During the Conspiracy**

2

152.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

3

of the allegations contained in Paragraph 152 and, therefore, denies the allegations.

4

153.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

5

of the allegations contained in Paragraph 153 and, therefore, denies the allegations.

6

154.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

7

of the allegations contained in Paragraph 154 and, therefore, denies the allegations.

8

155.    To the extent that Paragraph 155 consists of purported statements in news

9

reports or statements in public documents, those statements speak for themselves and no

10

response is required.  To the extent that the allegations contained in Paragraph 155 relate to

11

other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

12

belief as to the truth of these allegations and, therefore, denies these allegations.  To the

13

extent that the allegations contained in Paragraph 155 may be deemed to require a response

14

from TAIS, TAIS denies these allegations.

15

156.    To the extent that Paragraph 156 consists of purported statements in news

16

reports or statements in public documents, those statements speak for themselves and no

17

response is required.  To the extent that the allegations contained in Paragraph 156 may be

18

deemed to require a response from TAIS, TAIS denies these allegations.

19

157.    To the extent that the allegations contained in Paragraph 157 relate to other

20

Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

21

belief as to the truth of these allegations and, therefore, denies these allegations.  To the

22

extent that the allegations contained in Paragraph 157 are directed to TAIS, TAIS denies

23

these allegations.

24

158.    To the extent that Paragraph 158 consists of purported statements in news

25

reports or statements in public documents, those statements speak for themselves and no

26

response is required.  To the extent that the allegations contained in Paragraph 158 relate to

27

other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

28

belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   extent that the allegations contained in Paragraph 158 are directed to TAIS, TAIS denies
2   these allegations.

3        159.    To the extent that Paragraph 159 consists of purported statements in news
4   reports or statements in public documents, those statements speak for themselves and no
5   response is required.  To the extent that the allegations contained in Paragraph 159 relate to
6   other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
7   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
8   extent that the allegations contained in Paragraph 159 are directed to TAIS, TAIS denies
9   these allegations.

10        160.    To the extent that Paragraph 160 consists of purported statements in news
11   reports or statements in public documents, those statements speak for themselves and no
12   response is required.  To the extent that the allegations contained in Paragraph 160 relate to
13   other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
14   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
15   extent that the allegations contained in Paragraph 160 are directed to TAIS, TAIS denies
16   these allegations.

17        161.    To the extent that the allegations contained in Paragraph 161 relate to other
18   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
19   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
20   extent that the allegations contained in Paragraph 161 are directed to TAIS, TAIS denies
21   these allegations.

22        162.    To the extent that the allegations contained in Paragraph 162 relate to other
23   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
24   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
25   extent that the allegations contained in Paragraph 162 are directed to TAIS, TAIS denies
26   these allegations.

27        163.    To the extent that Paragraph 163 consists of purported statements in news
28   reports or statements in public documents, those statements speak for themselves and no

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

response is required. To the extent that the allegations contained in Paragraph 163 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 163 may be deemed to require a response from TAIS, TAIS denies these allegations.

164. To the extent that the allegations contained in Paragraph 164 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 164 are directed to TAIS, TAIS denies these allegations.

165. To the extent that the allegations contained in Paragraph 165 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 165 are directed to TAIS, TAIS denies these allegations.

## F. International Government Antitrust Investigations

166. To the extent that Paragraph 166 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 166 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 166 are directed to TAIS, TAIS denies these allegations.

167. To the extent that Paragraph 167 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 167 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   denies these allegations.  To the extent that the allegations contained in Paragraph 167 may

2   be deemed to require a response from TAIS, TAIS denies these allegations.

3        168.   To the extent that Paragraph 168 consists of purported statements by

4   government authorities or statements in public documents, those statements speak for

5   themselves and no response is required.  To the extent that the allegations contained in

6   Paragraph 168 relate to other Defendants or third parties, TAIS lacks knowledge or

7   information sufficient to form a belief as to the truth of these allegations and, therefore,

8   denies these allegations.  To the extent that the allegations contained in Paragraph 168 may

9   be deemed to require a response from TAIS, TAIS denies these allegations.

10       169.   To the extent that Paragraph 169 consists of purported statements by

11  government authorities or statements in public documents, those statements speak for

12  themselves and no response is required.  To the extent that the allegations contained in

13  Paragraph 169 relate to other Defendants or third parties, TAIS lacks knowledge or

14  information sufficient to form a belief as to the truth of these allegations and, therefore,

15  denies these allegations.  To the extent that the allegations contained in Paragraph 169 may

16  be deemed to require a response from TAIS, TAIS denies these allegations.

17       170.   To the extent that Paragraph 170 consists of purported statements by

18  government authorities or statements in public documents, those statements speak for

19  themselves and no response is required.  To the extent that the allegations contained in

20  Paragraph 170 relate to other Defendants or third parties, TAIS lacks knowledge or

21  information sufficient to form a belief as to the truth of these allegations and, therefore,

22  denies these allegations.  To the extent that the allegations contained in Paragraph 170 may

23  be deemed to require a response from TAIS, TAIS denies these allegations.

24       171.   To the extent that Paragraph 171 consists of purported statements by

25  government authorities or statements in public documents, those statements speak for

26  themselves and no response is required.  To the extent that the allegations contained in

27  Paragraph 171 relate to other Defendants or third parties, TAIS lacks knowledge or

28  information sufficient to form a belief as to the truth of these allegations and, therefore,

denies these allegations.  To the extent that the allegations contained in Paragraph 171 may be deemed to require a response from TAIS, TAIS denies these allegations.

172.   To the extent that Paragraph 172 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 172 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 172 may be deemed to require a response from TAIS, TAIS denies these allegations.

173.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 and, therefore, denies these allegations.

174.   To the extent that the allegations contained in Paragraph 174 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 174 are directed to TAIS, TAIS denies these allegations.

175.   To the extent that the allegations contained in Paragraph 175 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 175 are directed to TAIS, TAIS denies these allegations.

176.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 and, therefore, denies these allegations.

177.   To the extent that Paragraph 177 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 177 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 177 may be deemed to require a response from TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

178.   To the extent that Paragraph 178 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 178 may be deemed to require a response from TAIS, TAIS denies these allegations.

179.   To the extent that Paragraph 179 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 179 may be deemed to require a response from TAIS, TAIS denies these allegations.

180.   To the extent that Paragraph 180 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 180 may be deemed to require a response from TAIS, TAIS denies these allegations.

**G.    The Role of Trade Associations During the Relevant Period**

181.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and, therefore, denies these allegations.

182.   Paragraph 182 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and, therefore, denies these allegations.

183.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, therefore, denies these allegations.

184.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and, therefore, denies these allegations.

185.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**H.   Effects of Defendants' Antitrust Violations**

**1.   Examples of Reductions in Manufacturing Capacity by Defendants**

186.   To the extent that the allegations contained in Paragraph 186 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 186 are directed to TAIS, TAIS denies these allegations.

187.   Paragraph 187 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and, therefore, denies these allegations.

188.   Paragraph 188 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, therefore, denies these allegations.

189.   Paragraph 189 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and, therefore, denies these allegations.

190.   Paragraph 190 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and, therefore, denies these allegations.

191.   Paragraph 191 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and, therefore, denies these allegations.

**2.   Examples of Collusive Pricing for CRT Products**

192.   To the extent that Paragraph 192 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 192 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    extent that the allegation contained in Paragraph 192 may be deemed to require a response

2    from TAIS, TAIS denies these allegations.

3        193.    To the extent that Paragraph 193 consists of purported statements in news

4    reports or statements in public documents, those statements speak for themselves and no

5    response is required.  To the extent that the allegations contained in Paragraph 193 relate to

6    other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

7    belief as to the truth of these allegations and, therefore, denies these allegations.  To the

8    extent that the allegation contained in Paragraph 193 may be deemed to require a response

9    from TAIS, TAIS denies these allegations.

10       194.    To the extent that the allegations contained in Paragraph 194 relate to other

11   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

12   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

13   extent that the allegations contained in Paragraph 194 are directed to TAIS, TAIS denies

14   these allegations.

15       195.    To the extent that Paragraph 195 consists of purported statements in news

16   reports or statements in public documents, those statements speak for themselves and no

17   response is required.  To the extent that the allegations contained in Paragraph 195 relate to

18   other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

19   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

20   extent that the allegations contained in Paragraph 195 may be deemed to require a response

21   from TAIS, TAIS denies these allegations.

22       196.    To the extent that Paragraph 196 consists of purported statements in news

23   reports or statements in public documents, those statements speak for themselves and no

24   response is required.  To the extent that the allegations contained in Paragraph 196 relate to

25   other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

26   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

27   extent that the allegations contained in Paragraph 196 may be deemed to require a response

28   from TAIS, TAIS denies these allegations.

197.    To the extent that the allegations contained in Paragraph 197 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 197 are directed to TAIS, TAIS denies these allegations.

198.    To the extent that Paragraph 198 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 198 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 198 may be deemed to require a response from TAIS, TAIS denies these allegations.

199.    Paragraph 199 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199 and, therefore, denies these allegations.

200.    To the extent that Paragraph 200 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 200 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 200 may be deemed to require a response from TAIS, TAIS denies these allegations.

201.    To the extent that the allegations contained in Paragraph 201 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 201 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**I.      Summary of Effects of the Conspiracy Involving CRT Products**

202.    Paragraph 202 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 202 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 202 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**VII. PLAINTIFF'S INJURIES**

203.    To the extent that Paragraph 203 contains argument, Plaintiff's characterization of its claims, or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 203 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 203 are directed to TAIS, TAIS denies these allegations.

204.    To the extent that the allegations contained in Paragraph 204 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 204 are directed to TAIS, TAIS denies these allegations.

205.    To the extent that Paragraph 205 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 205 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 205 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

206.   To the extent that Paragraph 206 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 206 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 206 are directed to TAIS, TAIS denies these allegations.

207.   To the extent that Paragraph 207 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 207 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 207 are directed to TAIS, TAIS denies these allegations.

208.   Paragraph 208 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 208 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 208 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

209.   Paragraph 209 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 209 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 209 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    **VIII. FRAUDULENT CONCEALMENT**

2        210.    Paragraph 210 consists of argument, Plaintiff's characterization of its claims,

3    or legal conclusions, to which no response is required.  To the extent that the allegations

4    contained in Paragraph 210 relate to other Defendants or third parties, TAIS lacks

5    knowledge or information sufficient to form a belief as to the truth of these allegations and,

6    therefore, denies these allegations.    To the extent that the allegations contained in

7    Paragraph 210 may be deemed to require a response from TAIS, TAIS lacks knowledge or

8    information sufficient to form a belief as to the truth of these allegations and, therefore,

9    denies these allegations.

10        211.    Paragraph 211 consists of argument, Plaintiff's characterization of its claims,

11   or legal conclusions, to which no response is required.  To the extent that the allegations

12   contained in Paragraph 211 relate to other Defendants or third parties, TAIS lacks

13   knowledge or information sufficient to form a belief as to the truth of these allegations and,

14   therefore, denies these allegations.    To the extent that the allegations contained in

15   Paragraph 211 may be deemed to require a response from TAIS, TAIS lacks knowledge or

16   information sufficient to form a belief as to the truth of these allegations and, therefore,

17   denies these allegations.

18        212.    Paragraph 212 consists of argument, Plaintiff's characterization of its claims,

19   or legal conclusions, to which no response is required.  To the extent that the allegations

20   contained in Paragraph 212 relate to other Defendants or third parties, TAIS lacks

21   knowledge or information sufficient to form a belief as to the truth of these allegations and,

22   therefore, denies these allegations.    To the extent that the allegations contained in

23   Paragraph 212 may be deemed to require a response from TAIS, TAIS lacks knowledge or

24   information sufficient to form a belief as to the truth of these allegations and, therefore,

25   denies these allegations.

26        213.    Paragraph 213 consists of argument, Plaintiff's characterization of its claims,

27   or legal conclusions, to which no response is required.  To the extent that the allegations

28   contained in Paragraph 213 relate to other Defendants or third parties, TAIS lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

214.   Paragraph 214 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 214 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 214 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

215.   Paragraph 215 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 215 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 215 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

216.   Paragraph 216 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 216 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 216 may be deemed to require a response from TAIS, TAIS lacks knowledge or

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

217.    Paragraph 217 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 217 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 217 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

218.    Paragraph 218 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 218 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 218 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

219.    Paragraph 219 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 219 and, therefore, denies the allegations.

220.    Paragraph 220 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 220 and, therefore, denies the allegations.

221.    Paragraph 221 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 221 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   therefore, denies these allegations.   To the extent that the allegations contained in

2   Paragraph 221 may be deemed to require a response from TAIS, TAIS lacks knowledge or

3   information sufficient to form a belief as to the truth of these allegations and, therefore,

4   denies these allegations.

5       222.   Paragraph 222 consists of argument, Plaintiff's characterization of its claims,

6   or legal conclusions, to which no response is required.   To the extent that the allegations

7   contained in Paragraph 222 relate to other Defendants or third parties, TAIS lacks

8   knowledge or information sufficient to form a belief as to the truth of these allegations and,

9   therefore, denies these allegations.   To the extent that the allegations contained in

10  Paragraph 222 may be deemed to require a response from TAIS, TAIS lacks knowledge or

11  information sufficient to form a belief as to the truth of these allegations and, therefore,

12  denies these allegations.

## IX.   *AMERICAN PIPE*, GOVERNMENT ACTION AND CROSS-JURISDICTIONAL TOLLING

13

14

15      223.   Paragraph 223 consists of argument, Plaintiff's characterization of its claims,

16  or legal conclusions, to which no response is required.   To the extent that the allegations

17  contained in Paragraph 223 relate to other Defendants or third parties, TAIS lacks

18  knowledge or information sufficient to form a belief as to the truth of these allegations and,

19  therefore, denies these allegations.   To the extent that the allegations contained in

20  Paragraph 223 may be deemed to require a response from TAIS, TAIS lacks knowledge or

21  information sufficient to form a belief as to the truth of these allegations and, therefore,

22  denies these allegations.

23      224.   Paragraph 224 consists of argument, Plaintiff's characterization of its claims,

24  or legal conclusions, to which no response is required.   To the extent that the allegations

25  contained in Paragraph 224 relate to other Defendants or third parties, TAIS lacks

26  knowledge or information sufficient to form a belief as to the truth of these allegations and,

27  therefore, denies these allegations.   To the extent that the allegations contained in

28  Paragraph 224 may be deemed to require a response from TAIS, TAIS lacks knowledge or

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

225.    Paragraph 225 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 225 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 225 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## X.    CLAIM FOR VIOLATIONS

### First Claim for Relief

### (Violation of Section 1 of the Sherman Act)

226.    TAIS hereby incorporates by reference its responses to Paragraphs 1-225 of the SAC, as set forth above.

227.    Paragraph 227 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 227 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

228.    Paragraph 228 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 228 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Paragraph 228 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

229.    Paragraph 229 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 229 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 229 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

230.    Paragraph 230 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 230 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 230 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

231.    Paragraph 231 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 231 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 231 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

232.    Paragraph 232 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 232 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 232 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## Second Claim for Relief

### (Violation of the California Cartwright Act)

233.    TAIS hereby incorporates by reference its responses to Paragraphs 1-232 of the SAC, as set forth above.

234.    Paragraph 234 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 234 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 234 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

235.    Paragraph 235 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 235 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 235 are directed to TAIS, TAIS denies these allegations, except that TAIS avers that it maintained offices in California during the Relevant Period.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

236.    Paragraph 236 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 236 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 236 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

237.    Paragraph 237 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 237 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 237 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

238.    Paragraph 238 consists of argument, Plaintiff's characterization of its claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 238 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 238 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

239.    Paragraph 239 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 239 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 239 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

240.  Paragraph 240 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 240 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 240 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

241.  Paragraph 241 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 241 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 241 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### Third Claim for Relief

### (Violation Of State Antitrust and Unfair Competition Law)

242.  TAIS hereby incorporates by reference its responses to Paragraphs 1-241 of the SAC, as set forth above.

243.  Paragraph 243 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 243 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 243 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

244.    Paragraph 244 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 244 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 244 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

245.    Paragraph 245 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 245 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 245 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

246.    Paragraph 246 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 246 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 246 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

247.     Paragraph 247 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 247 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 247 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

248.     Paragraph 248 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 248 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 248 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

249.     Paragraph 249 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 249 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 249 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

250.     Paragraph 250 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 250 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 250 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

251.   Paragraph 251 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 251 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 251 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

252.   Paragraph 252 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 252 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 252 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

253.   Paragraph 253 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 253 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 253 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   254.   Paragraph 254 consists of argument, Plaintiff's characterization of its claims,
2   or legal conclusions, to which no response is required.   To the extent that the allegations
3   contained in Paragraph 254 relate to other Defendants or third parties, TAIS lacks
4   knowledge or information sufficient to form a belief as to the truth of these allegations and,
5   therefore, denies these allegations.   To the extent that the allegations contained in
6   Paragraph 254 may be deemed to require a response from TAIS, TAIS lacks knowledge or
7   information sufficient to form a belief as to the truth of these allegations and, therefore,
8   denies these allegations.

9   255.   Paragraph 255 consists of argument, Plaintiff's characterization of its claims,
10  or legal conclusions, to which no response is required.   To the extent that the allegations
11  contained in Paragraph 255 relate to other Defendants or third parties, TAIS lacks
12  knowledge or information sufficient to form a belief as to the truth of these allegations and,
13  therefore, denies these allegations.   To the extent that the allegations contained in
14  Paragraph 255 may be deemed to require a response from TAIS, TAIS lacks knowledge or
15  information sufficient to form a belief as to the truth of these allegations and, therefore,
16  denies these allegations.

17  256.   Paragraph 256 consists of argument, Plaintiff's characterization of its claims,
18  or legal conclusions, to which no response is required.   To the extent that the allegations
19  contained in Paragraph 256 relate to other Defendants or third parties, TAIS lacks
20  knowledge or information sufficient to form a belief as to the truth of these allegations and,
21  therefore, denies these allegations.   To the extent that the allegations contained in
22  Paragraph 256 may be deemed to require a response from TAIS, TAIS lacks knowledge or
23  information sufficient to form a belief as to the truth of these allegations and, therefore,
24  denies these allegations.

25  257.   Paragraph 257 consists of argument, Plaintiff's characterization of its claims,
26  or legal conclusions, to which no response is required.   To the extent that the allegations
27  contained in Paragraph 257 relate to other Defendants or third parties, TAIS lacks
28  knowledge or information sufficient to form a belief as to the truth of these allegations and,

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO TARGET CORP.'S
SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  therefore, denies these allegations.   To the extent that the allegations contained in

2  Paragraph 257 may be deemed to require a response from TAIS, TAIS lacks knowledge or

3  information sufficient to form a belief as to the truth of these allegations and, therefore,

4  denies these allegations.

5     258.   Paragraph 258 consists of argument, Plaintiff's characterization of its claims,

6  or legal conclusions, to which no response is required.   To the extent that the allegations

7  contained in Paragraph 258 relate to other Defendants or third parties, TAIS lacks

8  knowledge or information sufficient to form a belief as to the truth of these allegations and,

9  therefore, denies these allegations.   To the extent that the allegations contained in

10  Paragraph 258 may be deemed to require a response from TAIS, TAIS lacks knowledge or

11  information sufficient to form a belief as to the truth of these allegations and, therefore,

12  denies these allegations.

13  **XI.   PRAYER FOR RELIEF**

14     In answer to the Prayer for Relief, TAIS denies each and every allegation in the

15  Prayer and further specifically denies that Plaintiff is entitled to any of the relief requested

16  or any remedy whatsoever against TAIS.

17     All allegations of the SAC not heretofore admitted or denied are here and now denied

18  as though specifically denied herein.

19  **DEFENSES/AFFIRMATIVE DEFENSES**

20     Without assuming any burden it would not otherwise bear, and reserving its right to

21  amend its Answer to assert additional defenses as they may become known during

22  discovery, TAIS asserts the following separate and additional defenses:

23  **FIRST DEFENSE**

24     Plaintiff's claims are barred, in whole or in part, by the Foreign Trade Antitrust

25  Improvements Act, 15 U.S.C. § 6a.

26  **SECOND DEFENSE**

27     The SAC fails to state a claim upon which relief can be granted.

28

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO TARGET CORP.'S
SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**THIRD DEFENSE**

Plaintiff's claims are barred in whole or part because the SAC fails to plead conspiracy with particularity required under applicable law.

**FOURTH DEFENSE**

Plaintiff has failed to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

**FIFTH DEFENSE**

Plaintiff's state law claims are barred or limited in whole or in part by the doctrine of *forum non conveniens* and improper venue. Plaintiff's claims, to the extent they rely on the laws of foreign states, would be better adjudicated in those foreign courts.

**SIXTH DEFENSE**

Plaintiff's claims against TAIS are barred to the extent that it has agreed to arbitration or chosen a different forum for the resolution of its claims.

**SEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to bring or maintain the claims set forth in the SAC.

**EIGHTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff was not validly assigned those claims.

**NINTH DEFENSE**

TAIS asserts as defenses to Plaintiff's claims any additional defense that it might have against Plaintiff's purported assignors, as to whom additional defenses cannot presently be ascertained.

**TENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent that it did not purchase CRTs directly from Defendants, because it is an indirect purchaser and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

**ELEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no antitrust injury.

**TWELFTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitations, including but not limited to:  15 U.S.C. § 15b; Ariz. Rev. Stat. Ann. § 44-1410; Cal. Bus. & Prof. Code § 17208; Cal. Bus. & Prof. Code § 16750.1; Cal. Civ. Proc. Code §§ 337-340; Fla. Stat. § 95.11(f); 740 Ill. Comp. Stat. 10/7; Iowa Code §§ 553.12 and 553.16; Kan. Stat. Ann. § 60-512(2); Mich. Comp. Laws §§ 445.781 and 600.5813; Minn. Stat. § 325D.64(1); N.Y. C.P.L.R. 214(2); N.C. Gen. Stat. § 75-16.2; and Wis. Stat. § 133.18.

**THIRTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**FOURTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

**FIFTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**SIXTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because no Plaintiff has been injured in its business or property by reason of any action of TAIS.

**SEVENTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any alleged injuries and damages were not legally or proximately caused by any acts or omissions of TAIS or were caused, if at all, solely and proximately by the conduct of third parties including, without limitation, the prior, intervening or superseding conduct of such third parties.

**EIGHTEENTH DEFENSE**

To the extent that any actionable conduct occurred, Plaintiff's claims against TAIS are barred because all such conduct would have been committed by individuals acting *ultra vires*.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### NINETEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no damages as a result of any actions taken by TAIS or the other Defendants.

### TWENTIETH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

### TWENTY-FIRST DEFENSE

Plaintiff is barred from recovery of any damages because of, and to the extent of, its failure to mitigate damages.

### TWENTY-SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, because any actions or practices of TAIS that are the subject of the SAC were undertaken unilaterally for legitimate business reasons and in pursuit of TAIS's independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between TAIS and any other person or entity.

### TWENTY-THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, because any acts or practices of TAIS that are the subject of the SAC were adopted in furtherance of legitimate business interests of TAIS and of its customers and did not unreasonably restrain competition.

### TWENTY-FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any acts or practices of TAIS that are the subject of the SAC were cost justified or otherwise economically justified and resulted from a good-faith effort to meet competition or market conditions.

### TWENTY-FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the alleged conduct complained of was caused by, due to, based upon, or in response to directives, laws,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

regulations, policies or acts of governments, governmental agencies and entities or regulatory agencies, and as such is non-actionable or privileged.

### TWENTY-SIXTH DEFENSE

To the extent there is a finding of an illegal overcharge, Plaintiff's claims are barred, in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by others, and was not passed through to the indirect purchasers.

### TWENTY-SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because, as an indirect purchaser, it fails to meet its burden of proving that it was damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge of which complaint is made and which was not absorbed by predecessors to Plaintiff in the chain of distribution was not passed on to a third party.

### TWENTY-EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent it seeks improper multiple damage awards and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the United States Constitution.

### TWENTY-NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

### THIRTIETH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

### THIRTY-FIRST DEFENSE

Plaintiff's claims for injunctive relief should be dismissed because Plaintiff has available an adequate remedy at law.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**THIRTY-SECOND DEFENSE**

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, for failure to join indispensable parties.

**THIRTY-THIRD DEFENSE**

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TAIS contends that it is entitled to set off any amounts paid to Plaintiff by any Defendants other than TAIS who have settled, or do settle, Plaintiff's claims against them in this action.

**THIRTY-FOURTH DEFENSE**

Plaintiff's claims for injunctive relief are barred, in whole or in part, insofar as Plaintiff seeks to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

**THIRTY-FIFTH DEFENSE**

Plaintiff lacks standing to prosecute its state antitrust claims, in whole or in part, under, without limitation, the following statutes:  Ariz. Rev. Stat. Ann. §§ 44-1401, *et seq.*; Cal. Bus. & Prof. Code §§ 16700, *et seq.*; Cal. Bus. & Prof. Code §§ 17200, *et seq.*; 740 Ill. Comp. Stat. 10/1, *et seq.*; Iowa Code §§ 553.1, *et seq.*; Kan. Stat. Ann. §§ 50-101, *et seq.*; Mich. Comp. Laws §§ 445.771, *et seq.*; Minn. Stat. §§ 325D.52, *et seq.*; N.Y. Gen. Bus. Law §§ 340 *et seq.*; N.C. Gen. Stat. §§ 75-1, *et seq.*; and Wis. Stat. §§ 133.01, *et seq.*

**THIRTY-SIXTH DEFENSE**

Plaintiff lacks standing to prosecute its state consumer protection claims, in whole or in part, under, without limitation, the following statutes:  Cal. Bus. & Prof. Code §§ 17200, *et seq.*; Fla. Stat. §§ 501.201, *et seq.*; N.Y. Gen. Bus. Law §§ 349, *et seq.*; and N.C. Gen. Stat. §§ 75-1.1, *et seq.*

**THIRTY-SEVENTH DEFENSE**

Plaintiff's claims under Ariz. Rev. Stat. Ann. §§ 44-1401, *et seq.*, are barred, in whole or in part, because Plaintiff failed to comply with the requirements of Ariz. Rev. Stat. Ann. § 44-1415.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**THIRTY-EIGHTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent that the claims are based on California law and any of the alleged events took place outside the state of California without impact on California residents.

**THIRTY-NINTH DEFENSE**

Any award of restitution under Cal. Bus. & Prof. Code § 17203 based upon asserted interests or injuries of Plaintiff would violate the Excessive Fines Clause of the Eighth Amendment (as incorporated by the Due Process Clause of the Fourteenth Amendment) to the United States Constitution and Article I, Section 17 of the California Constitution.

**FORTIETH DEFENSE**

Plaintiff's claims for monetary relief under Cal. Bus. & Prof. Code § 17203 are barred, in whole or in part, because TAIS did not acquire any money or property from Plaintiff.

**FORTY-FIRST DEFENSE**

Any finding of liability under Cal. Bus. & Prof. Code §§ 17200, 17203 or 17204 would violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution and Article I, Section 7 of the California Constitution, because the standards of liability under these statutes are unduly vague and subjective, permitting retroactive, random, arbitrary and capricious punishment that serves no legitimate governmental interest.

**FORTY-SECOND DEFENSE**

Any award of restitution to Plaintiff under Cal. Bus. & Prof. Code § 17203 would constitute a taking of property without just compensation in violation of the Takings Clause of the Fifth Amendment to the United States Constitution (as incorporated by the Due Process Clause of the Fourteenth Amendment to the United States Constitution) and Article I, Section 19 of the California Constitution.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

### FORTY-THIRD DEFENSE

Any award of restitution under Cal. Bus. & Prof. Code § 17203 to persons who refuse to execute an acknowledgement that the payment is in full settlement of claims against Defendants would violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

### FORTY-FOURTH DEFENSE

Plaintiff's claims under Cal. Bus. & Prof. Code §§ 16700, *et seq.*, are barred, in whole or in part, because the application of §§ 16700, *et seq.*, to wholly interstate or foreign commerce violates the Commerce Clause of the United States Constitution.

### FORTY-FIFTH DEFENSE

Any award of treble damages, punitive damages or restitution pursuant to Cal. Bus. & Prof. Code §§ 16720, 16727, 16750, or 16761 would violate the Excessive Fines and Due Process Clauses of the United States Constitution and equivalent clauses in the California Constitution.

### FORTY-SIXTH DEFENSE

Plaintiff's claims under Cal. Bus. & Prof. Code §§ 16700, *et seq.*, §§ 17200, *et seq.*, and California unjust enrichment law are barred, in whole or in part, because those statutes are inapplicable to alleged wrongs suffered by non-California residents based on alleged conduct of TAIS occurring outside of California.

### FORTY-SEVENTH DEFENSE

Plaintiff's claims for unjust enrichment brought under California law are barred, in whole or in part, because TAIS did not receive a benefit from Plaintiff, TAIS did not retain any benefit, or the receipt of any benefit was not unjust.

### FORTY-EIGHTH DEFENSE

Plaintiff's claims under Fla. Stat. §§ 501.201, *et seq.*, are barred, in whole or in part, because pursuant to § 501.202(3), the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") must be construed in a manner consistent with federal antitrust laws.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Because Plaintiff's injuries are too speculative, derivative, indirect, and remote to confer standing under federal antitrust law, they also do not confer standing under FDUTPA.

### FORTY-NINTH DEFENSE

Plaintiff's claims under Fla. Stat. §§ 501.201, *et seq.*, are barred, in whole or in part, because Plaintiff cannot establish actual damages.

### FIFTIETH DEFENSE

Plaintiff's claims under Iowa Code §§ 553.1, *et seq.*, are barred, in whole or in part, because Plaintiff has not suffered actual, cognizable injury under the Iowa Competition Law.

### FIFTY-FIRST DEFENSE

Plaintiff's claims under Iowa Code §§ 553.1, *et seq.*, are barred, in whole or in part, because Plaintiff cannot establish actual damages.

### FIFTY-SECOND DEFENSE

Plaintiff's claims under Kan. Stat. Ann. §§ 50-101, *et seq.*, are barred, in whole or in part, because Plaintiff has not suffered any actual, cognizable injury under Kansas law.

### FIFTY-THIRD DEFENSE

Plaintiff's claims under Kansas law are barred, in whole or in part, because the remedies sought are unconstitutional and contrary to public policy.

### FIFTY-FOURTH DEFENSE

Plaintiff's claims under Kansas law are barred, in whole or in part, because Plaintiff is not entitled to "full consideration" damages.

### FIFTY-FIFTH DEFENSE

Plaintiff's claims under Mich. Comp. Laws §§ 445.771, *et seq.*, are barred, in whole or in part, because the Michigan Antitrust Reform Act is not applicable to conduct occurring outside of Michigan.

### FIFTY-SIXTH DEFENSE

Plaintiff's claims under Mich. Comp. Laws §§ 445.771, *et seq.*, are barred, in whole or in part, because Plaintiff cannot establish actual damages.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

## FIFTY-SEVENTH DEFENSE

Plaintiff's claims under Minn. Stat. §§ 325D.52, *et seq.*, are barred, in whole or in part, because under Minn. Stat. § 325D.57, courts should take efforts to avoid imposition of duplicative damages in successive suits.

## FIFTY-EIGHTH DEFENSE

Plaintiff's claims under Minn. Stat. §§ 325D.52, *et seq.*, are barred, in whole or in part, because the alleged conduct did not affect the trade or commerce in Minnesota as required by Minn. Stat. § 325D.54.

## FIFTY-NINTH DEFENSE

Plaintiff's claims under New York law and other applicable laws are barred by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

## SIXTIETH DEFENSE

Plaintiff's claims under N.Y. Gen. Bus. Law § 349 are barred, in whole or in part, because Plaintiff cannot establish actual damages.

## SIXTY-FIRST DEFENSE

Plaintiff's claims under N.Y. Gen. Bus. Law § 349 are barred, in whole or in part, because any alleged conduct by TAIS is, or if in interstate commerce would be, subject to and compliant with the rules and regulations of, and statutes administered by, the Federal Trade Commission or other official department, division, commission or agency of the United States, as these rules, regulations, or statutes are interpreted by the Federal Trade Commission or such department, division, commission or agency of the federal courts. N.Y. Gen. Bus. Law § 349(d).

## SIXTY-SECOND DEFENSE

Plaintiff's claims under N.C. Gen. Stat. § 75-1.1, *et seq.*, are barred, in whole or in part, because Plaintiff has not suffered any actual cognizable injuries or damages under N.C. Gen. Stat. § 75-16 or otherwise under the laws of North Carolina as a result of the conduct alleged in the SAC.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### SIXTY-THIRD DEFENSE

Plaintiff's claims under N.C. Gen. Stat. § 75-1.1, *et seq.*, are barred, in whole or in part, to the extent that an award of damages under N.C. Gen. Stat. § 75-16 is unconstitutional when applied to the facts of the instant matter.

### SIXTY-FOURTH DEFENSE

Plaintiff lacks standing to prosecute its North Carolina state antitrust claims against TAIS, in whole or in part, because they have not met the modified *Associated General Contractors* test set forth in *Crouch v. Crompton Corp.*, Nos. 02-4375, 03-2514, 2004 WL 2414027, at *18-20 (N.C. Super. Oct. 28, 2004).

### SIXTY-FIFTH DEFENSE

TAIS adopts by reference any applicable defense pleaded by any other Defendant not otherwise expressly set forth herein.

### SIXTY-SIXTH DEFENSE

TAIS reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

### TAIS'S PRAYER FOR RELIEF

WHEREFORE, TAIS prays for judgment as follows:

1.   That Plaintiff take nothing by reason of the SAC, and that the action be dismissed with prejudice;

2.   That the Court enter judgment in favor of TAIS and against Plaintiff with respect to all causes of action in the SAC;

3.   That the Court award TAIS its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4.   That the Court order such other further relief for TAIS as the Court may deem just and proper.

Dated:  November 4, 2013

Respectfully submitted,

**WHITE & CASE** LLP

By:   _/s/ Lucius B. Lau_
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendant*
*Toshiba America Information Systems, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

## <u>CERTIFICATE OF SERVICE</u>

2      On November 4, 2013, I caused a copy of the "TOSHIBA AMERICA

3  INFORMATION SYSTEMS, INC.'S ANSWER TO TARGET CORP.'S SECOND

4  AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF" to be served

5  via ECF on the other parties in this action.

6

7

8

9                              By:   */s/ Lucius B. Lau*
                                    Lucius B. Lau (*pro hac vice*)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005