IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER ON TRIAL SCHEDULE FOR DIRECT PURCHASER ACTION |
| ALL DIRECT PURCHASER ACTIONS | |

Per the Court's September 13, 2013, status conference, the schedule for the Direct Purchaser Plaintiffs' ("DPPs") action was to remain governed by the scheduling order of March 13, 2013, ECF No. 1595 ("Mar. 13 Order"), while the other actions in the above-captioned MDL were advanced on the schedule provided in the Court's October 7, 2013, scheduling order, ECF No. 1991 ("Oct. 7 Order").

The Court finds that altering the DPPs' case schedule will encourage settlement and avoid factual problems that could arise from holding two related trials separately. Accordingly the Court MODIFIES the DPPs' case schedule to read as follows:

///

**SCHEDULE**

| | |
|---|---|
| November 22, 2013 | Last day for Defendants to serve expert reports on merits |
| January 31, 2013 | Last day for DPPs to serve rebuttal expert reports on merits |
| March 3, 2014 | Close of fact and expert discovery |
| April 15, 2014 | Last day to file dispositive motions |
| June 2, 2014 | Last day to file oppositions to dispositive motions |
| July 2, 2014 | Last day for dispositive motions replies |
| July 18, 2014 | Hearing on dispositive motions |
| July 31, 2014 | Mediation |

All dates and deadlines following July 31, 2014, are as provided in the October 7 Order. In other words, all proceedings will be consolidated for trial.

///
///
///
///
///
///

Since the DPPs stated that they did not need extra time for discovery -- the reason the Court modified the other cases' schedule -- the Court provides none here.

IT IS SO ORDERED.

Dated: November 1, 2013



UNITED STATES DISTRICT JUDGE