IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>AMENDED ORDER ON TRIAL SCHEDULE FOR DIRECT <u>PURCHASER ACTION</u> |

The Court posts this amended order to make a correction to a typographical error in ECF No. 2096. The last day for the Direct Purchaser Plaintiffs to serve rebuttal expert reports on the merits is January 31, 2014. A corrected schedule is below.

| | |
|---|---|
| November 22, 2013 | Last day for Defendants to serve expert reports on merits |
| January 31, 2014 | Last day for DPPs to serve rebuttal expert reports on merits |

| March 3, 2014 | Close of fact and expert discovery |
| --- | --- |
| April 15, 2014 | Last day to file dispositive motions |
| June 2, 2014 | Last day to file oppositions to dispositive motions |
| July 2, 2014 | Last day for dispositive motions replies |
| July 18, 2014 | Hearing on dispositive motions |
| July 31, 2014 | Mediation |

IT IS SO ORDERED.

Dated:   November 4, 2013

UNITED STATES DISTRICT JUDGE

2