Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-5944-SC<br>Individual Docket No. 13-cv-1173-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | **STIPULATION AND [PROPOSED] ORDER RE THOMSON SA'S AND THOMSON CONSUMER ELECTRONICS, INC.'S RESPONSE TO THE FIRST AMENDED COMPLAINT OF PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.** |

Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") and specially-appearing Defendant Thomson SA (n/k/a Technicolor SA)[1] and Defendant Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) (collectively, "Thomson") enter into this Stipulation concerning the matter entitled *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-05944, (the "MDL Proceedings") by an Order of Judge Samuel Conti on March 26, 2013.

SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on October 28, 2013, Sharp filed its First Amended Complaint (Dkt. 64; MDL Dkt. 2030); and

WHEREAS, Sharp and Thomson have agreed on a schedule for Thomson's answer to or motion to dismiss Sharp's First Amended Complaint.

NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND THOMSON, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. Thomson's answer to (or motion to dismiss) Sharp's First Amended Complaint shall be due by November 22, 2013;

2. Sharp's response to any motion to dismiss shall be due by December 20, 2013; and

3. Thomson's reply brief shall be due by January 10, 2014.

**IT IS SO STIPULATED**

Dated: November 4, 2013           By:    /s/ Jonathan A. Patchen
                                          Stephen E. Taylor (SBN 058452)
                                          Jonathan A. Patchen (SBN 237346)
                                          TAYLOR & COMPANY LAW OFFICES, LLP

---

[1] By entering into this Stipulation, specially-appearing Defendant Thomson S.A. does not waive its right to assert any defense to Sharp's First Amended Complaint, including without limitation, that Thomson S.A. is not subject to the personal jurisdiction of this Court. Thomson S.A. had filed a motion to dismiss Sharp's First Complaint for lack of personal jurisdiction, but that motion was fully briefed and still pending when Sharp filed its First Amended Complaint.

|   |   |
|---|---|
| 1 | One Ferry Building, Suite 355 |
| 2 | San Francisco, California 94111 |
|   | Telephone:  (415) 788-8200 |
|   | Facsimile:  (415) 788-8208 |
| 3 | Email: staylor@tcolaw.com |
|   | Email: jpatchen@tcolaw.com |

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

By:   /s/ Kathy L. Osborn
Kathy L. Osborn
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204, USA
Telephone:  (317) 237-8261
Facsimile:  (317) 237-8562

*Attorney for Specially-Appearing Defendant Thomson SA and Defendant Thomson Consumer Electronics, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  November 4, 2013        /s/ Jonathan A. Patchen


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____, 2013        _____