Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 12-cv-02649-SC (N.D. Cal.)<br><br>SCHULTZE AGENCY SERVICES, LLC, on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC,<br><br>    Plaintiffs,<br><br>   v.<br><br>HITACHI, LTD., *et al.*,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' MOTION TO DISMISS SCHULTZE AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT** |

Upon consideration of the Toshiba Defendants' Notice of Motion and Motion to Dismiss Schultze Agency Services, LLC's First Amended Complaint and supporting Memorandum of Points and Authorities, it is hereby

ORDERED that the Toshiba Defendants' Motion to Dismiss Schultze Agency Services, LLC's Complaint is GRANTED; and it is further

ORDERED that this action is hereby dismissed with prejudice as to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants").

IT IS SO ORDERED

DATED:_____      _____

                                                    Hon. Samuel Conti
                                        United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005