Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder (*pro hac vice*)
rich.snyder@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC<br>MDL NO. 1917<br><br>**[PROPOSED] ORDER GRANTING BMCC'S MOTION TO DISMISS CERTAIN DIRECT ACTION PURCHASER COMPLAINTS** |
| This document relates to: | |
| BEST BUY CO., INC. V. HITACHI, LTD.,<br>   Case No. 3:11-cv-05513-SC;<br>COSTCO V. HITACHI, LTD.,<br>   Case No. No. 3:11-cv-06397-SC<br>TARGET CORP. V. CHUNGHWA,<br>   Case No. 3:11-cv-05514-SC<br>TECH DATA V. HITACHI, LTD.,<br>   Case No. 3:13-cv-00157-SC | |
| | Date:    December 17, 2013<br>Time:    9:00 a.m.<br>Before the Honorable Samuel Conti |

[PROPOSED] ORDER GRANTING BMCC'S MOTION TO DISMISS CERTAIN DIRECT ACTION COMPLAINTS (Case No. 07-cv-5944-SC, MDL No. 1917)

1  Defendant BMCC's Motion to Dismiss the complaints in the above-captioned matters
2  came on regularly for hearing before this Court.
3  Having fully considered the papers on file and submitted herewith, the arguments of
4  counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant
5  BMCC's Motion is GRANTED in full, and the Complaints in the above-captioned matters
6  should be DISMISSED WITH PREJUDICE as to BMCC.

**IT IS SO ORDERED**

DATED: _____

Hon. Samuel Conti
United States District Judge