SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com
               dballard@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>    3:11-cv-05514-SC<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.<br><br>    Defendants. | Master File No. 3:07-cv-5944-SC<br><br>MDL No. 1917<br><br>(Individual Case No. CV 11-5514)<br><br>**ANSWER OF SAMSUNG SDI DEFENDANTS TO SEARS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

1       Defendants Samsung SDI America, Inc. ("SDIA"), Samsung SDI Co., Ltd.

2  ("SDI Co."), Samsung SDI (Malaysia) Sdn Bhd. ("SDI Malaysia"), Samsung SDI Mexico

3  S.A. de C.V. ("SDI Mexico"), Samsung SDI Brasil Ltda. ("SDI Brasil"), Shenzhen

4  Samsung SDI Co. Ltd. ("SDI Shenzhen"), and Tianjin Samsung SDI Co., Ltd. ("SDI

5  Tianjin") (collectively "SDI" or the "Samsung SDI Defendants"), by and through their

6  undersigned counsel of record, answer Plaintiffs Sears, Roebuck and Co. and Kmart

7  Corp.'s (collectively "Plaintiffs") Second Amended Complaint (the "Complaint") and

8  allege additional or affirmative defenses as follows.  SDI denies each and every allegation

9  in the Complaint's section headings and in all portions of the Complaint not contained in

10  numbered paragraphs.  To the extent that the Complaint's allegations concern persons

11  and/or entities other than SDI, SDI denies that such allegations support any claim for relief

12  against SDI.

13       SDI responds to the Complaint in accordance with the former Special

14  Master's Report And Recommendations Regarding Defendants' Motions To Dismiss

15  Direct Action Complaints (Dkt. No. 1664); the Court's Order Adopting In Part And

16  Modifying In Part Special Master's Report And Recommendation On Defendants' Motion

17  To Dismiss The Direct Action Complaints (Dkt. No. 1856); and related orders dismissing

18  certain parties.  As a result of those orders, the Court dismissed, inter alia: (a) plaintiffs'

19  claims under the Massachusetts Consumer Protection Act, with leave to amend; (b)

20  plaintiffs' claims under the Washington Consumer Protection Act; (c) plaintiffs' claims

21  under California's laws for restitution and unjust enrichment; (d) plaintiffs' claims under

22  the law of New York based on pre-December 3, 1998 purchases; and (e) plaintiffs' claims

23  under the Nevada Unfair Trade Practices Act based on pre-October 1, 1999 purchases.

24  **I.    Introductory Allegations.**

25       1.    To the extent that the allegations of Paragraph 1 are definitional, SDI

26  avers that no response is required.  To the extent that the allegations of Paragraph 1

27  constitute legal contentions and/or conclusions, SDI avers that no response is required.  To

28  the extent that a response is required and to the extent that the allegations of Paragraph 1

-1-

relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that a response is required as to matters relating to SDI, SDI denies all of the allegations of Paragraph 1 and all inferences arising therefrom.  Subject to the foregoing, SDI acknowledges that Plaintiffs in the Complaint purport to refer to (i) the period from at least March 1, 1995 through at least November 25, 2007 as the "Relevant Period," (ii) color picture tubes as "CPTs," (iii) color display tubes as "CDTs," and (iv) CPTs and CDTs of all sizes collectively as "CRTs," although SDI disputes the propriety of such definitions and any inferences arising therefrom.  SDI specifically denies that the conspiracy, which SDI denies the existence of, extended from March 1, 1995 through November 25, 2007.

2.      To the extent that the allegations of Paragraph 2 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 2 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 2 relate to SDI, SDI denies all of the allegations of Paragraph 2.

3.      To the extent that the allegations of Paragraph 3 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 3 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 3 relate to SDI, SDI denies all of the allegations of Paragraph 3.

4.      To the extent that the allegations of Paragraph 4 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 4 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a

-2-

belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 4 relate to SDI, SDI denies all of the allegations of Paragraph 4.

5.     To the extent that the allegations of Paragraph 5 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 5 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 5 relate to SDI, SDI denies all of the allegations of Paragraph 5.

6.     To the extent that the allegations of Paragraph 6 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 6 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 6 relate to SDI, SDI denies all of the allegations of Paragraph 6.

7.     With the exception of matters specifically admitted herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7, and therefore denies them.  SDI admits that the United States Department of Justice ("DOJ") and other foreign competition authorities have announced investigations relating to the cathode ray tubes industry.  SDI further admits on information and belief that C.Y. Lin, the former Chairman and CEO of Defendant Chunghwa Picture Tubes, Ltd., was indicted by a federal grand jury in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  SDI further admits on information and belief that six individuals have been indicted by a federal grand jury in connection with the DOJ's investigation of the color display tubes industry.

-3-

SDI DEFENDANTS' ANSWER TO SEARS
PLAINTIFFS' SECOND AMENDED COMPLAINT

8.      With the exception of matters specifically admitted herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and therefore denies them.  SDI admits that Samsung SDI Company, Ltd. entered into a plea agreement with the DOJ related to an investigation of the cathode ray tubes industry, the terms of which are matters of public record.

9.      To the extent that the allegations of Paragraph 9 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 9 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 9 relate to SDI, SDI denies all of the allegations of Paragraph 9.

II.      **Allegations Concerning Jurisdiction and Venue.**

10.     SDI admits that Plaintiffs purport to invoke the cited statutory provisions, but otherwise denies the allegations of Paragraph 10.

11.     SDI admits that Plaintiffs purport to invoke the cited statutory provisions, but otherwise denies the allegations of Paragraph 11.

12.     SDI avers that the allegations of Paragraph 12 regarding subject matter jurisdiction constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 12 relate to SDI, SDI denies all of the allegations of Paragraph 12.  To the extent that the allegations of Paragraph 13 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

13.     SDI avers that the allegations of Paragraph 13 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 13 relate to SDI, SDI

-4-

1   denies all of the allegations of Paragraph 13.  To the extent that the allegations of

2   Paragraph 13 relate to other defendants, SDI lacks knowledge or information sufficient to

3   form a belief as to the truth of those allegations, and therefore denies them.

4           14.     SDI avers that the allegations of Paragraph 14 constitute legal

5   contentions and/or conclusions to which no response is required.  To the extent that a

6   response is required, and to the extent that allegations of Paragraph 14 relate to SDI, SDI

7   denies all of the allegations of Paragraph 14.  To the extent that the allegations of

8   Paragraph 14 relate to other defendants, SDI lacks knowledge or information sufficient to

9   form a belief as to the truth of those allegations, and therefore denies them.

10          15.     SDI avers that the allegations of Paragraph 15 regarding venue

11  constitute legal contentions and/or conclusions to which no response is required.  To the

12  extent that a response is required, and to the extent that allegations of Paragraph 15 relate

13  to SDI, SDI denies all of the allegations of Paragraph 15, with the exception of matters

14  specifically admitted herein as follows.  SDI admits that SDI Co., SDI Malaysia, SDI

15  Mexico, SDI Brazil, SDI Shenzen, and SDI Tianjin maintain principal places of business

16  in foreign countries.  SDI further admits that SDIA is licensed to and is doing business in

17  California.  To the extent that the allegations of Paragraph 15 relate to other defendants,

18  SDI lacks knowledge or information sufficient to form a belief as to the truth of those

19  allegations, and therefore denies them.

20  **III.    Allegations Concerning the Parties.**

21          16.     To the extent that the allegations of Paragraph 16 relate to other

22  defendants, or a plaintiff, or other persons, SDI lacks knowledge or information sufficient

23  to form a belief as to their truth, and therefore denies them.  To the extent the allegations of

24  Paragraph 16 relate to SDI, SDI denies all of those allegations.

25          17.     To the extent that the allegations of Paragraph 17 relate to other

26  defendants, or a plaintiff, or other persons, SDI lacks knowledge or information sufficient

27  to form a belief as to their truth, and therefore denies them.  To the extent the allegations of

28  Paragraph 17 relate to SDI, SDI denies all of those allegations.

1

2          18.    SDI lacks knowledge or information sufficient to form a belief as to

3 the truth of the allegations of Paragraph 18, and therefore denies them.

4          19.    SDI lacks knowledge or information sufficient to form a belief as to

5 the truth of the allegations of Paragraph 19, and therefore denies them.

6          20.    SDI lacks knowledge or information sufficient to form a belief as to

7 the truth of the allegations of Paragraph 20, and therefore denies them.

8          21.    SDI lacks knowledge or information sufficient to form a belief as to

9 the truth of the allegations of Paragraph 21, and therefore denies them.

10         22.    SDI lacks knowledge or information sufficient to form a belief as to

11 the truth of the allegations of Paragraph 22, and therefore denies them.

12         23.    SDI avers that the allegations of Paragraph 23 are definitional, to

13 which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

14 IRICO Group Corporation, IRICO Group Electronics Co., Ltd., and IRICO Display

15 Devices Co., Ltd. collectively in the Complaint as "IRICO."

16         24.    SDI lacks knowledge or information sufficient to form a belief as to

17 the truth of the allegations of Paragraph 24, and therefore denies them.

18         25.    SDI lacks knowledge or information sufficient to form a belief as to

19 the truth of the allegations of Paragraph 25, and therefore denies them.

20         26.    SDI lacks knowledge or information sufficient to form a belief as to

21 the truth of the allegations of Paragraph 26, and therefore denies them.

22         27.    SDI avers that the allegations of Paragraph 27 are definitional, to

23 which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

24 LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co.,

25 Ltd. collectively in the Complaint as "LG Electronics."

26         28.    SDI lacks knowledge or information sufficient to form a belief as to

27 the truth of the allegations of Paragraph 28, and therefore denies them.

28         29.    SDI lacks knowledge or information sufficient to form a belief as to

-6-

1   the truth of the allegations of Paragraph 29, and therefore denies them.

2          30.    SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 30, and therefore denies them.

4          31.    SDI lacks knowledge or information sufficient to form a belief as to

5   the truth of the allegations of Paragraph 31, and therefore denies them.

6          32.    SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 32, and therefore denies them.

8          33.    SDI lacks knowledge or information sufficient to form a belief as to

9   the truth of the allegations of Paragraph 33, and therefore denies them.

10         34.    SDI lacks knowledge or information sufficient to form a belief as to

11   the truth of the allegations of Paragraph 34, and therefore denies them.

12         35.    SDI avers that the allegations of Paragraph 35 are definitional, to

13   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

14   Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi

15   Electronic Devices (USA), Inc., and SEG Hitachi Color Display Devices, Ltd. collectively

16   in the Complaint as "Hitachi."

17         36.    SDI lacks knowledge or information sufficient to form a belief as to

18   the truth of the allegations of Paragraph 36, and therefore denies them.

19         37.    SDI lacks knowledge or information sufficient to form a belief as to

20   the truth of the allegations of Paragraph 37, and therefore denies them.

21         38.    SDI avers that the allegations of Paragraph 38 are definitional, to

22   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

23   Panasonic Corporation and Panasonic Corporation of North America collectively in the

24   Complaint as "Panasonic."

25         39.    SDI lacks knowledge or information sufficient to form a belief as to

26   the truth of the allegations of Paragraph 39, and therefore denies them.

27         40.    SDI lacks knowledge or information sufficient to form a belief as to

28   the truth of the allegations of Paragraph 40, and therefore denies them.

-7-

1        41.     SDI lacks knowledge or information sufficient to form a belief as to

2   the truth of the allegations of Paragraph 41, and therefore denies them.

3        42.     SDI lacks knowledge or information sufficient to form a belief as to

4   the truth of the allegations of Paragraph 42, and therefore denies them.

5        43.     SDI lacks knowledge or information sufficient to form a belief as to

6   the truth of the allegations of Paragraph 43, and therefore denies them.

7        44.     SDI lacks knowledge or information sufficient to form a belief as to

8   the truth of the allegations of Paragraph 44, and therefore denies them.

9        45.     SDI avers that the allegations of Paragraph 45 are definitional, to

10  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

11  Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation,

12  Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria

13  Electronica Ltda. collectively in the Complaint as "Philips."

14       46.     SDI lacks knowledge or information sufficient to form a belief as to

15  the truth of the allegations of Paragraph 46, and therefore denies them.

16       47.     SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 47, and therefore denies them.

18       48.     SDI denies all of the allegations of Paragraph 48, with the exception

19  of matters specifically admitted herein.  SDI specifically denies that it has offices in

20  Chicago and San Diego.  SDI admits that SDI Co. is a publicly traded South Korean

21  company, but denies that its principal place of business is 575 Shin-dong, Youngtong-gu,

22  Suwon, South Korea.  SDI admits that Samsung Electronics Co., Ltd. ("SEC") holds

23  almost 20% of SDI Co.'s stock, but specifically denies that SEC dominated or controlled

24  SDI Co.  The Samsung SDI Defendants aver that SDI Co. and SEC are independent,

25  separately-owned, publicly traded corporations, and demand strict proof to the contrary.

26       49.     SDI denies each and every allegation of Paragraph 49.

27       50.     SDI denies all of the allegations of Paragraph 50, with the exception

28  of matters specifically admitted herein as follows.  SDI specifically denies that SDI

-8-

Mexico is a wholly-owned subsidiary of Samsung SDI and that SDI Mexico manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated and controlled SDI Mexico.   SDI admits that SDI Mexico is a Mexican company with its principal place of business located at Blvd. Los Olivos, No. 21014, Parque Industrial El Florido, Tijuana, B.C. Mexico.

51.     SDI denies all of the allegations of Paragraph 51, with the exception of matters specifically admitted herein as follows.  SDI specifically denies that SDI Brazil is a wholly-owned subsidiary of Samsung SDI and that SDI Brazil manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated and controlled SDI Brazil.  SDI admits that SDI Brazil is a Brazilian company with its principal place of business located at Av. Eixo Norte Sul, S/N, Distrito Industrial, 69088-480 Manaus, Amazonas, Brazil.

52.     SDI denies all of the allegations of Paragraph 52, with the exception of matters specifically admitted herein as follows.  SDI specifically denies that SDI Shenzhen is a wholly-owned subsidiary of Samsung SDI and that SDI Shenzhen manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated and controlled SDI Shenzhen.   SDI admits that SDI Shenzhen is a Chinese company with its principal place of business located at Huanggang Bei Lu, Futian Gu, Shenzhen, China.

53.     SDI denies all of the allegations of Paragraph 53, with the exception of matters specifically admitted herein as follows.  SDI specifically denies that SDI Tianjin is a wholly-owned subsidiary of Samsung SDI and that SDI Tianjin manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated and controlled SDI Tianjin.  SDI admits that SDI Tianjin is a Chinese company with its principal place of business located at Developing Zone of Yi-Xian Park, Wuqing County, Tianjin, China.

54.     SDI denies all of the allegations of Paragraph 54, with the exception of matters specifically admitted herein as follows.  SDI specifically denies that SDI Malaysia is a wholly-owned subsidiary of Samsung SDI and that SDI Malaysia

-9-

1   manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that

2   SEC dominated and controlled SDI Malaysia.   SDI admits that SDI Malaysia is a

3   Malaysian company with its principal place of business at Lots 635 & 660, Kawasan

4   Perindustrian, Tuanku Jafaar, 71450 Sungai Gadut, Negeri Sembilan Darul Khusus,

5   Malaysia.

6              55.    SDI avers that the allegations of Paragraph 55 are definitional, to

7   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

8   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., SDI Co., SDIA, SDI

9   Mexico, SDI Brasil, SDI Shenzhen, SDI Tianjin, and SDI Malaysia collectively in the

10  Complaint as "Samsung," although SDI disputes the propriety of such reference and any

11  inferences that may be drawn therefrom.

12             56.    SDI lacks knowledge or information sufficient to form a belief as to

13  the truth of the allegations of Paragraph 56, and therefore denies them.

14             57.    SDI lacks knowledge or information sufficient to form a belief as to

15  the truth of the allegations of Paragraph 57, and therefore denies them.

16             58.    SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 58, and therefore denies them.

18             59.    SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 59, and therefore denies them.

20             60.    SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 60, and therefore denies them.

22             61.    SDI lacks knowledge or information sufficient to form a belief as to

23  the truth of the allegations of Paragraph 61, and therefore denies them.

24             62.    SDI lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations of Paragraph 62, and therefore denies them.

26             63.    SDI avers that the allegations of Paragraph 63 are definitional, to

27  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

28  Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC,

-10-

1  Toshiba America Electronic Components, Inc., and Toshiba America Information

2  Systems, Inc. collectively in the Complaint as "Toshiba."

3          64.    SDI lacks knowledge or information sufficient to form a belief as to

4  the truth of the allegations of Paragraph 64, and therefore denies them.

5          65.    SDI lacks knowledge or information sufficient to form a belief as to

6  the truth of the allegations of Paragraph 65, and therefore denies them.

7          66.    SDI avers that the allegations of Paragraph 66 are definitional, to

8  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

9  Chunghwa Picture Tubes, Ltd., and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.

10 collectively in the Complaint as "Chunghwa."

11 **IV.    Allegations Concerning Supposed Agents and Co-Conspirators.**

12         67.    To the extent that the allegations of Paragraph 67 relate to other

13 defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

14 and therefore denies them.  To the extent that the allegations of Paragraph 67 relate to SDI,

15 SDI denies all of those allegations.

16         68.    To the extent that the allegations of Paragraph 68 relate to other

17 defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

18 and therefore denies them.  To the extent that the allegations of Paragraph 68 relate to SDI,

19 SDI denies all of those allegations.

20         69.    To the extent that the allegations of Paragraph 69 relate to other

21 defendants or other persons, SDI lacks knowledge or information sufficient to form a

22 belief as to their truth, and therefore denies them.  To the extent that the allegations of

23 Paragraph 69 relate to SDI, SDI denies all of those allegations.

24         70.    SDI lacks knowledge or information sufficient to form a belief as to

25 the truth of the allegations of Paragraph 70, and therefore denies them.

26         71.    SDI avers that the allegations of Paragraph 71 are definitional, to

27 which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

28 Daewoo Electronics Co., Ltd., Orion Electronic Co. and Daewoo-Orion Societe Anonyme

-11-

1  collectively in the Complaint as "Daewoo."

2       72.    SDI lacks knowledge or information sufficient to form a belief as to

3  the truth of the allegations of Paragraph 72, and therefore denies them.

4       73.    SDI lacks knowledge or information sufficient to form a belief as to

5  the truth of the allegations of Paragraph 73, and therefore denies them.

6       74.    SDI lacks knowledge or information sufficient to form a belief as to

7  the truth of the allegations of Paragraph 74, and therefore denies them.

8       75.    To the extent that the allegations of Paragraph 75 relate to other

9  defendants or other persons, SDI lacks knowledge or information sufficient to form a

10  belief as to their truth, and therefore denies them.  To the extent that the allegations of

11  Paragraph 75 relate to SDI, SDI denies all of those allegations.

12  **V.    Allegations Concerning Trade and Commerce.**

13       76.    SDI avers that the allegations of Paragraph 76 constitute legal

14  contentions and/or conclusions to which no response is required, but SDI nonetheless

15  denies all of the allegations of Paragraph 76 to the extent they purport to pertain to SDI.

16  Further, to the extent that the allegations of Paragraph 76 relate to other defendants, SDI

17  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

18  denies them.

19       77.    SDI avers that the allegations of Paragraph 77 constitute legal

20  contentions and/or conclusions to which no response is required, but SDI nonetheless

21  denies all of the allegations of Paragraph 77 to the extent they purport to pertain to SDI.

22  Further, to the extent that the allegations of Paragraph 77 relate to other defendants, SDI

23  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

24  denies them.

25       78.    SDI avers that the allegations of Paragraph 78 constitute legal

26  contentions and/or conclusions to which no response is required, but SDI nonetheless

27  denies all of the allegations of Paragraph 78 to the extent they purport to pertain to SDI.

28  Further, to the extent that the allegations of Paragraph 78 relate to other defendants, SDI

-12-

1  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

2  denies them.

3  **VI.      Factual Allegations.**

4            79.      To the extent that the allegations of Paragraph 79 are definitional, SDI

5  avers that no response is required.  To the extent a response is required, SDI lacks

6  knowledge or information sufficient to form a belief as to the truth of the allegations of

7  Paragraph 79, and therefore denies them.

8            80.      SDI lacks knowledge or information sufficient to form a belief as to

9  the truth of the allegations of Paragraph 80, and therefore denies them.

10           81.      To the extent that the allegations of Paragraph 81 are definitional, SDI

11 avers that no response is required.  To the extent a response is required, SDI lacks

12 knowledge or information sufficient to form a belief as to the truth of the allegations of

13 Paragraph 81, and therefore denies them.

14           82.      SDI lacks knowledge or information sufficient to form a belief as to

15 the truth of the allegations of Paragraph 82, and therefore denies them.

16           83.      To the extent that the allegations of Paragraph 83 are definitional, SDI

17 avers that no response is required.  To the extent a response is required, SDI lacks

18 knowledge or information sufficient to form a belief as to the truth of the allegations of

19 Paragraph 83, and therefore denies them, with the exception of matters specifically

20 admitted herein as follows.  SDI admits that CRTs can be subdivided into CDTs and CPTs.

21 SDI further admits that CPTs are used primarily in televisions and related devices and that

22 CDTs are primarily used in computer monitors and similar devices.

23           84.      SDI lacks knowledge or information sufficient to form a belief as to

24 the truth of the allegations of Paragraph 84, and therefore denies them.

25           85.      SDI lacks knowledge or information sufficient to form a belief as to

26 the truth of the allegations of Paragraph 85, and therefore denies them.

27           86.      To the extent that the allegations of Paragraph 86 relate to other

28 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

-13-

1    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

2    of Paragraph 86 relate to SDI, SDI denies all of those allegations.

3            87.     To the extent that the allegations of Paragraph 87 relate to other

4    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

5    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

6    of Paragraph 87 relate to SDI, SDI denies all of those allegations.

7            88.     To the extent that the allegations of Paragraph 88 relate to other

8    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

9    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

10   of Paragraph 88 relate to SDI, SDI denies all of those allegations.

11           89.     SDI avers that the allegations of Paragraph 88 constitute legal

12   contentions and/or conclusions to which no response is required, but SDI nonetheless

13   denies all of the allegations of Paragraph 89.

14           90.     To the extent that the allegations of Paragraph 90 relate to other

15   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

16   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17   of Paragraph 90 relate to SDI, SDI denies all of those allegations.

18           91.     To the extent that the allegations of Paragraph 91 relate to other

19   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21   of Paragraph 91 relate to SDI, SDI denies all of those allegations.

22           92.     To the extent that the allegations of Paragraph 92 relate to other

23   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

24   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

25   of Paragraph 92 relate to SDI, SDI denies all of those allegations.

26           93.     SDI lacks knowledge or information sufficient to form a belief as to

27   the truth of the allegations of Paragraph 93, and therefore denies them.

28           94.     To the extent that the allegations of Paragraph 94 relate to other

1  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

2  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

3  of Paragraph 94 relate to SDI, SDI denies all of those allegations.

4           95.     To the extent that the allegations of Paragraph 95 and its subparts

5  relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or

6  information sufficient to form a belief as to their truth, and therefore denies them.  To the

7  extent that the allegations of Paragraph 95 and its subparts relate to SDI, SDI denies all of

8  those allegations.

9           96.     SDI lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations of Paragraph 96, and therefore denies them.

11          97.     To the extent that the allegations of Paragraph 97 relate to other

12  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

13  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

14  of Paragraph 97 relate to SDI, SDI denies all of those allegations.

15          98.     SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 98, and therefore denies them.

17          99.     SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 99, and therefore denies them.

19          100.    To the extent that the allegations of Paragraph 100 relate to other

20  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

21  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

22  of Paragraph 100 relate to SDI, SDI denies all of those allegations.

23          101.    To the extent that the allegations of Paragraph 101 relate to other

24  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

25  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

26  of Paragraph 101 relate to SDI, SDI denies all of those allegations.

27          102.    SDI lacks knowledge or information sufficient to form a belief as to

28  the truth of the allegations of Paragraph 102, and therefore denies them.

-15-

1    103.   SDI lacks knowledge or information sufficient to form a belief as to

2  the truth of the allegations of Paragraph 103, and therefore denies them.

3    104.   SDI denies each and every allegation of Paragraph 104.

4    105.   SDI lacks knowledge or information sufficient to form a belief as to

5  the truth of the allegations of Paragraph 105, and therefore denies them.

6    106.   To the extent that the allegations of Paragraph 106 relate to other

7  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

8  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

9  of Paragraph 106 relate to SDI, SDI denies all of those allegations.

10    107.   To the extent that the allegations of Paragraph 107 relate to other

11  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

12  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

13  of Paragraph 107 relate to SDI, SDI denies all of those allegations.

14    108.   To the extent that the allegations of Paragraph 108 relate to other

15  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

16  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17  of Paragraph 108 relate to SDI, SDI denies all of those allegations.

18    109.   To the extent that the allegations of Paragraph 109 relate to other

19  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21  of Paragraph 109 relate to SDI, SDI denies all of those allegations.

22    110.   To the extent that the allegations of Paragraph 110 relate to other

23  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

24  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

25  of Paragraph 110 relate to SDI, SDI denies all of those allegations.

26    111.   To the extent that the allegations of Paragraph 111 relate to other

27  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

28  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

-16-

of Paragraph 111 relate to SDI, SDI denies all of those allegations.

112.   To the extent that the allegations of Paragraph 112 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 112 relate to SDI, SDI denies all of those allegations.

113.   To the extent that the allegations of Paragraph 113 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 113 relate to SDI, SDI denies all of those allegations.

114.   To the extent that the allegations of Paragraph 114 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 114 relate to SDI, SDI denies all of those allegations.

115.   To the extent that the allegations of Paragraph 115 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 115 relate to SDI, SDI denies all of those allegations.

116.   To the extent that the allegations of Paragraph 116 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 116 relate to SDI, SDI denies all of those allegations.

117.   To the extent that the allegations of Paragraph 117 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 117 relate to SDI, SDI denies all of those allegations.

118.   To the extent that the allegations of Paragraph 118 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations

-17-

1   of Paragraph 118 relate to SDI, SDI denies all of those allegations.

2   119.   To the extent that the allegations of Paragraph 119 relate to other

3   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

4   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

5   of Paragraph 119 relate to SDI, SDI denies all of those allegations.

6   120.   To the extent that the allegations of Paragraph 120 relate to other

7   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

8   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

9   of Paragraph 120 relate to SDI, SDI denies all of those allegations.

10   121.   To the extent that the allegations of Paragraph 121 relate to other

11   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

12   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

13   of Paragraph 121 relate to SDI, SDI denies all of those allegations.

14   122.   To the extent that the allegations of Paragraph 122 relate to other

15   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

16   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17   of Paragraph 122 relate to SDI, SDI denies all of those allegations.

18   123.   To the extent that the allegations of Paragraph 123 relate to other

19   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21   of Paragraph 123 relate to SDI, SDI denies all of those allegations.

22   124.   To the extent that the allegations of Paragraph 124 relate to other

23   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

24   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

25   of Paragraph 124 relate to SDI, SDI denies all of those allegations.

26   125.   To the extent that the allegations of Paragraph 125 relate to other

27   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

28   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

-18-

1   of Paragraph 125 relate to SDI, SDI denies all of those allegations.

2       126.    To the extent that the allegations of Paragraph 125 and its subparts

3   relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or

4   information sufficient to form a belief as to their truth, and therefore denies them.  To the

5   extent that the allegations of Paragraph 125 and its subparts relate to SDI, SDI denies all of

6   those allegations.

7       127.    To the extent that the allegations of Paragraph 127 relate to other

8   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

9   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

10  of Paragraph 127 relate to SDI, SDI denies all of those allegations.

11      128.    To the extent that the allegations of Paragraph 128 relate to other

12  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

13  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

14  of Paragraph 128 relate to SDI, SDI denies all of those allegations.

15      129.    To the extent that the allegations of Paragraph 129 relate to other

16  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

17  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

18  of Paragraph 129 relate to SDI, SDI denies all of those allegations.

19      130.    To the extent that the allegations of Paragraph 130 relate to other

20  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

21  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

22  of Paragraph 130 relate to SDI, SDI denies all of those allegations.

23      131.    To the extent that the allegations of Paragraph 131 relate to other

24  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

25  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

26  of Paragraph 131 relate to SDI, SDI denies all of those allegations.

27      132.    To the extent that the allegations of Paragraph 132 relate to other

28  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

-19-

1  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

2  of Paragraph 132 relate to SDI, SDI denies all of those allegations.

3         133.  To the extent that the allegations of Paragraph 133 relate to other

4  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

5  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

6  of Paragraph 133 relate to SDI, SDI denies all of those allegations.

7         134.  To the extent that the allegations of Paragraph 134 relate to other

8  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

9  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

10  of Paragraph 134 relate to SDI, SDI denies all of those allegations.

11         135.  To the extent that the allegations of Paragraph 135 relate to other

12  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

13  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

14  of Paragraph 135 relate to SDI, SDI denies all of those allegations.

15         136.  To the extent that the allegations of Paragraph 136 relate to other

16  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

17  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

18  of Paragraph 136 relate to SDI, SDI denies all of those allegations.

19         137.  To the extent that the allegations of Paragraph 137 relate to other

20  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

21  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

22  of Paragraph 137 relate to SDI, SDI denies all of those allegations.

23         138.  To the extent that the allegations of Paragraph 138 relate to other

24  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

25  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

26  of Paragraph 138 relate to SDI, SDI denies all of those allegations.

27         139.  To the extent that the allegations of Paragraph 139 and its subparts

28  relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or

-20-

1  information sufficient to form a belief as to their truth, and therefore denies them.  To the

2  extent that the allegations of Paragraph 139 and its subparts relate to SDI, SDI denies all of

3  those allegations.

4          140.    To the extent that the allegations of Paragraph 140 relate to other

5  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

6  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

7  of Paragraph 140 relate to SDI, SDI denies all of those allegations.

8          141.    To the extent that the allegations of Paragraph 141 relate to other

9  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

10  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

11  of Paragraph 141 relate to SDI, SDI denies all of those allegations.

12          142.    To the extent that the allegations of Paragraph 142 relate to other

13  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

14  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

15  of Paragraph 142 relate to SDI, SDI denies all of those allegations.

16          143.    To the extent that the allegations of Paragraph 143 relate to other

17  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

18  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

19  of Paragraph 143 relate to SDI, SDI denies all of those allegations.

20          144.    To the extent that the allegations of Paragraph 144 relate to other

21  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

22  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

23  of Paragraph 144 relate to SDI, SDI denies all of those allegations.

24          145.    To the extent that the allegations of Paragraph 145 relate to other

25  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

26  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

27  of Paragraph 145 relate to SDI, SDI denies all of those allegations.

28          146.    To the extent that the allegations of Paragraph 146 relate to other

-21-

1 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

2 form a belief as to their truth, and therefore denies them.  To the extent that the allegations

3 of Paragraph 146 relate to SDI, SDI denies all of those allegations.

4             147.   SDI denies each and every allegation of Paragraph 147.

5             148.   SDI denies each and every allegation of Paragraph 148.

6             149.   To the extent that the allegations of Paragraph 149 relate to other

7 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

8 form a belief as to their truth, and therefore denies them.  To the extent that the allegations

9 of Paragraph 149 relate to SDI, SDI denies all of those allegations.

10             150.   To the extent that the allegations of Paragraph 150 relate to other

11 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

12 form a belief as to their truth, and therefore denies them.  To the extent that the allegations

13 of Paragraph 150 relate to SDI, SDI denies all of those allegations.

14             151.   To the extent that the allegations of Paragraph 151 relate to other

15 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

16 form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17 of Paragraph 151 relate to SDI, SDI denies all of those allegations.

18             152.   To the extent that the allegations of Paragraph 152 relate to other

19 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20 form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21 of Paragraph 152 relate to SDI, SDI denies all of those allegations.

22             153.   To the extent that the allegations of Paragraph 153 relate to other

23 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

24 form a belief as to their truth, and therefore denies them.  To the extent that the allegations

25 of Paragraph 153 relate to SDI, SDI denies all of those allegations.

26             154.   To the extent that the allegations of Paragraph 154 relate to other

27 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

28 form a belief as to their truth, and therefore denies them.  To the extent that the allegations

1   of Paragraph 154 relate to SDI, SDI denies all of those allegations.

2         155.   To the extent that the allegations of Paragraph 155 relate to other

3   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

4   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

5   of Paragraph 155 relate to SDI, SDI denies all of those allegations.

6         156.   SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 156, and therefore denies them.

8         157.   SDI lacks knowledge or information sufficient to form a belief as to

9   the truth of the allegations of Paragraph 157, and therefore denies them.

10        158.   SDI lacks knowledge or information sufficient to form a belief as to

11  the truth of the allegations of Paragraph 158, and therefore denies them.

12        159.   To the extent that the allegations of Paragraph 159 relate to other

13  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

14  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

15  of Paragraph 159 relate to SDI, SDI denies all of those allegations.

16        160.   SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 160, and therefore denies them.

18        161.   To the extent that the allegations of Paragraph 161 relate to other

19  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21  of Paragraph 161 relate to SDI, SDI denies all of those allegations.

22        162.   SDI lacks knowledge or information sufficient to form a belief as to

23  the truth of the allegations of Paragraph 162, and therefore denies them.

24        163.   SDI lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations of Paragraph 163, and therefore denies them.

26        164.   SDI lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations of Paragraph 164, and therefore denies them.

28        165.   To the extent that the allegations of Paragraph 165 relate to other

1   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

2   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

3   of Paragraph 165 relate to SDI, SDI denies all of those allegations.

4           166.    To the extent that the allegations of Paragraph 166 relate to other

5   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

6   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

7   of Paragraph 166 relate to SDI, SDI denies all of those allegations.

8           167.    To the extent that the allegations of Paragraph 167 relate to other

9   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

10  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

11  of Paragraph 167 relate to SDI, SDI denies all of those allegations.

12          168.    To the extent that the allegations of Paragraph 168 relate to other

13  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

14  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

15  of Paragraph 168 relate to SDI, SDI denies all of those allegations.

16          169.    To the extent that the allegations of Paragraph 169 relate to other

17  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

18  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

19  of Paragraph 169 relate to SDI, SDI denies all of those allegations.

20          170.    To the extent that the allegations of Paragraph 170 relate to other

21  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

22  and therefore denies them.  To the extent that the allegations of Paragraph 170 relate to

23  SDI, SDI denies all of those allegations, with the exception of matters specifically

24  admitted herein as follows.  SDI admits that, in or about May, 2008, the Hungarian

25  Competition Authority ("HCA") announced its own investigation of the cathode ray tubes

26  industry.  With respect to the HCA announcement purportedly quoted from in Paragraph

27  170, SDI refers Plaintiffs to the referenced document for a description of its content.

28          171.    With the exception of matters specifically admitted on information

-24-

1  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

2  belief as to the truth of the allegations in Paragraph 171, and therefore denies them.  SDI

3  admits on information and belief that C.Y. Lin, the former Chairman and CEO of

4  Defendant Chunghwa Picture Tubes, Ltd., was indicted by a federal grand jury in

5  connection with the DOJ's investigation of the cathode ray tubes industry, the terms of

6  which are a matter of public record.  With respect to the press release purportedly quoted

7  from in Paragraph 171, SDI refers Plaintiffs to the referenced document for a description

8  of its content.

9          172.  With the exception of matters specifically admitted on information

10  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

11  belief as to the truth of the allegations in Paragraph 172, and therefore denies them.  SDI

12  admits on information and belief that Wu Jen Cheng, formerly of Chunghwa Picture

13  Tubes, Ltd., was indicted by a federal grand jury in connection with the DOJ's

14  investigation of the cathode ray tubes industry, the terms of which are a matter of public

15  record.  With respect to the press release purportedly characterized in Paragraph 172, SDI

16  refers Plaintiffs to the referenced document for a description of its content.

17          173.  With the exception of matters specifically admitted on information

18  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

19  belief as to the truth of the allegations in Paragraph 173, and therefore denies them.  SDI

20  admits on information and belief that Chung Cheng Yeh was indicted by a federal grand

21  jury in connection with the DOJ's investigation of the cathode ray tubes industry, the terms

22  of which are a matter of public record.  With respect to the press release purportedly

23  quoted from n Paragraph 173, SDI refers Plaintiffs to the referenced document for a

24  description of its content.

25          174.  With the exception of matters specifically admitted on information

26  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

27  belief as to the truth of the allegations in Paragraph 174, and therefore denies them.  SDI

28  admits on information and belief that Seung-Kyu Lee and Jae-Sik Kim were indicted by a

-25-

1   federal grand jury in connection with the DOJ's investigation of the cathode ray tubes

2   industry, the terms of which are a matter of public record.  With respect to the press release

3   purportedly quoted from in Paragraph 174, SDI refers Plaintiffs to the referenced

4   document for a description of its content.

5          175.    SDI denies the allegations in Paragraph 175, with the exception of

6   matters specifically admitted herein as follows.  SDI admits that SDI Co. entered into an

7   amended plea agreement with the United States related to an investigation of the cathode

8   ray tubes industry, the terms of which are a matter of public record.

9          176.    With the exception of matters specifically admitted herein as follows,

10  SDI lacks knowledge or information sufficient to form a belief as to the truth of the

11  allegations in Paragraph 176, and therefore denies them.  SDI admits that the European

12  Commission has announced fines relating to its investigation into the cathode ray tubes

13  industry, and the details regarding that announcement are matters of public record.  With

14  respect to the documents purportedly quoted in Paragraph 176, SDI refers Plaintiffs to the

15  referenced documents for a description of their specific contents.

16         177.    To the extent that the allegations of Paragraph 177 relate to other

17  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

18  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

19  of Paragraph 177 relate to SDI, SDI denies all of those allegations.

20         178.    To the extent that the allegations of Paragraph 178 relate to SDI, SDI

21  denies all of those allegations.  To the extent that the allegations of Paragraph 178 relate to

22  other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

23  truth, and therefore denies them, with the exception of matters specifically admitted herein

24  as follows.  SDI admits on information and belief that SEC entered into a plea agreement

25  with the DOJ related to an investigation of dynamic random access memory, the terms of

26  which are a matter of public record.

27         179.    To the extent that the allegations of Paragraph 179 relate to SDI, SDI

28  denies all of those allegations.  To the extent that the allegations of Paragraph 179 relate to

-26-

other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

truth, and therefore denies them.

180.    To the extent that the allegations of Paragraph 180 relate to other

defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

and therefore denies them.  To the extent that the allegations of Paragraph 180 relate to

SDI, SDI denies all of those allegations, with the exception of matters specifically

admitted herein as follows.  SDI admits that, in or about December, 2006, authorities in

Japan, Korea, and the European Union announced investigations of the TFT-LCD industry.

181.    To the extent that the allegations of Paragraph 181 relate to SDI, SDI

denies all of those allegations.  To the extent that the allegations of Paragraph 181 relate to

other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

truth, and therefore denies them.

182.    With the exception of matters specifically admitted on information

and belief herein as follows, SDI lacks knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 182, and therefore denies them.  SDI

admits on information and belief that LG Display Co., Ltd., Sharp Corporation, and

Chunghwa Picture Tubes, Ltd. entered into plea agreements with the DOJ related to an

investigation of the TFT-LCD industry, the terms of which are matters of public record.

183.    With the exception of matters specifically admitted on information

and belief herein as follows, SDI lacks knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 183, and therefore denies them.  SDI

admits on information and belief that Hitachi, Ltd. entered into a plea agreement with the

DOJ related to an investigation of the TFT-LCD industry, the terms of which are matters

of public record.

184.    SDI lacks knowledge or information sufficient to form a belief as to

the truth of the allegations of Paragraph 184, and therefore denies them.

185.    To the extent that the allegations of Paragraph 185 relate to other

defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

-27-

their truth, and therefore denies them.  To the extent that the allegations of Paragraph 185 relate to SDI, SDI denies all of those allegations.

186.     To the extent that the allegations of Paragraph 166 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 166 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, SDI Co. attended the Korea Display Conference.  SDI further admits that, during at least portions of the alleged period, SDI Co. was a member of KODEMIA and EDIRAK.  SDI specifically denies that such trade associations furthered or in any way connected with the "collusive activities" alleged in Paragraph 186 of Complaint.

187.     To the extent that the allegations of Paragraph 187 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 187 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, H.K. Chung, Woo Jong Lee, Bae Choel-Han, Jung Ho-Gyun and H.C. Kim attended the Korea Display Conference.

188.     To the extent that the allegations of Paragraph 188 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 188 relate to SDI, SDI denies all of those allegations.

189.     To the extent that the allegations of Paragraph 189 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 189 relate to SDI, SDI denies all of those allegations.

190.     To the extent that the allegations of Paragraph 190 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

-28-

1   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 190
2   relate to SDI, SDI denies all of those allegations.

3               191.   SDI lacks knowledge or information sufficient to form a belief as to
4   the truth of the allegations of Paragraph 191, and therefore denies them.

5               192.   SDI lacks knowledge or information sufficient to form a belief as to
6   the truth of the allegations of Paragraph 192, and therefore denies them.

7               193.   SDI lacks knowledge or information sufficient to form a belief as to
8   the truth of the allegations of Paragraph 193, and therefore denies them.

9               194.   SDI denies all the allegations of Paragraph 194, with the exception of
10  matters specifically admitted herein as follows.  SDI admits that, in late 2005, SDI closed
11  its cathode ray tube factory in Germany.

12              195.   SDI lacks knowledge or information sufficient to form a belief as to
13  the truth of the allegations of Paragraph 195, and therefore denies them.

14              196.   To the extent that the allegations of Paragraph 196 relate to other
15  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
16  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 196
17  relate to SDI, SDI denies all of those allegations.

18              197.   SDI lacks knowledge or information sufficient to form a belief as to
19  the truth of the allegations of Paragraph 197, and therefore denies them.

20              198.   SDI lacks knowledge or information sufficient to form a belief as to
21  the truth of the allegations of Paragraph 198, and therefore denies them.

22              199.   To the extent that the allegations of Paragraph 199 relate to other
23  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
24  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 199
25  relate to SDI, SDI denies all of those allegations.

26              200.   SDI lacks knowledge or information sufficient to form a belief as to
27  the truth of the allegations of Paragraph 200, and therefore denies them.

28              201.   To the extent that the allegations of Paragraph 201 relate to other

-29-

1   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

2   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 201

3   relate to SDI, SDI denies all of those allegations.

4           202.   SDI lacks knowledge or information sufficient to form a belief as to

5   the truth of the allegations of Paragraph 202, and therefore denies them.

6           203.   SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 203, and therefore denies them.

8           204.   SDI lacks knowledge or information sufficient to form a belief as to

9   the truth of the allegations of Paragraph 204, and therefore denies them.

10          205.   To the extent that the allegations of Paragraph 205 relate to other

11  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

12  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 205

13  relate to SDI, SDI denies all of those allegations.

14          206.   To the extent that the allegations of Paragraph 206 and its subparts

15  relate to other defendants or entities, SDI lacks knowledge or information sufficient to

16  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17  of Paragraph 206 and its subparts relate to SDI, SDI denies all of those allegations.

18  **VII.   Allegations Concerning Plaintiffs' Alleged Injuries**

19          207.   To the extent that the allegations of Paragraph 207 relate to other

20  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

21  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 207

22  relate to SDI, SDI denies all of those allegations.

23          208.   To the extent that the allegations of Paragraph 208 relate to other

24  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

25  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 208

26  relate to SDI, SDI denies all of those allegations.

27          209.   To the extent that the allegations of Paragraph 209 relate to other

28  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

-30-

1   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 209

2   relate to SDI, SDI denies all of those allegations.

3            210.   To the extent that the allegations of Paragraph 210 relate to other

4   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

5   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 210

6   relate to SDI, SDI denies all of those allegations.

7            211.   To the extent that the allegations of Paragraph 211 relate to other

8   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

9   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 211

10  relate to SDI, SDI denies all of those allegations.

11           212.   To the extent that the allegations of Paragraph 212 relate to other

12  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

13  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 212

14  relate to SDI, SDI denies all of those allegations.

15           213.   To the extent that the allegations of Paragraph 213 relate to other

16  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

17  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 213

18  relate to SDI, SDI denies all of those allegations.

19  **VIII.   Allegations Concerning Supposed Fraudulent Concealment.**

20           214.   SDI denies each and every allegation of Paragraph 214.

21           215.   SDI denies each and every allegation of Paragraph 215.

22           216.   To the extent that the allegations of Paragraph 216 relate to other

23  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

24  and therefore denies them.  To the extent that the allegations of Paragraph 216 relate to

25  SDI, SDI denies all of those allegations.

26           217.   To the extent that the allegations of Paragraph 217 relate to other

27  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

28  and therefore denies them.  To the extent that the allegations of Paragraph 217 relate to

-31-

1    SDI, SDI denies all of those allegations.

2             218.   To the extent that the allegations of Paragraph 218 relate to other

3    defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

4    and therefore denies them.  To the extent that the allegations of Paragraph 218 relate to

5    SDI, SDI denies all of those allegations.

6             219.   To the extent that the allegations of Paragraph 219 relate to other

7    defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

8    and therefore denies them.  To the extent that the allegations of Paragraph 219 relate to

9    SDI, SDI denies all of those allegations.

10            220.   To the extent that the allegations of Paragraph 220 relate to other

11   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

12   and therefore denies them.  To the extent that the allegations of Paragraph 220 relate to

13   SDI, SDI denies all of those allegations.

14            221.   To the extent that the allegations of Paragraph 221 relate to other

15   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

16   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 221

17   relate to SDI, SDI denies all of those allegations.

18            222.   To the extent that the allegations of Paragraph 222 relate to other

19   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

20   and therefore denies them.  To the extent that the allegations of Paragraph 222 relate to

21   SDI, SDI denies all of those allegations.

22            223.   To the extent that the allegations of Paragraph 223 relate to other

23   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

24   and therefore denies them.  To the extent that the allegations of Paragraph 223 relate to

25   SDI, SDI denies all of those allegations.

26            224.   To the extent that the allegations of Paragraph 224 relate to other

27   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

28   and therefore denies them.  To the extent that the allegations of Paragraph 224 relate to

-32-

1   SDI, SDI denies all of those allegations.

2   225.   To the extent the allegations of Paragraph 225 constitute legal

3   conclusions and/or contentions, SDI avers that no response is required.  To the extent that

4   a response is required, and the allegations of Paragraph 225 relate to other defendants, or

5   other persons, SDI lacks knowledge or information sufficient to form a belief as to their

6   truth, and therefore denies them.  To the extent that the allegations of Paragraph 225 relate

7   to SDI, SDI denies all of those allegations.

8   226.   To the extent the allegations of Paragraph 226 constitute legal

9   conclusions and/or contentions, SDI avers that no response is required.  To the extent that

10   a response is required, and the allegations of Paragraph 226 relate to other defendants, or

11   other persons, SDI lacks knowledge or information sufficient to form a belief as to their

12   truth, and therefore denies them.  To the extent that the allegations of Paragraph 226 relate

13   to SDI, SDI denies all of those allegations.

14   **IX.   Allegations Concerning Supposed American Pipe, Government Action, and**

15   **Cross-Jurisdictional Tolling**

16   227.   SDI avers that the allegations of Paragraph 227 constitute legal

17   contentions and/or conclusions to which no response is required.  To the extent that a

18   response is required, and to the extent that allegations of Paragraph 227 relate to SDI, SDI

19   denies all of the allegations of Paragraph 227, with the exception of matters specifically

20   admitted herein as follows.  SDI admits that indictments have been issued by a federal

21   grand jury in connection with DOJ's investigation of the color display tubes industry, the

22   terms of which are a matter of public record.  To the extent that the allegations of

23   Paragraph 227 relate to other defendants, SDI lacks knowledge or information sufficient to

24   form a belief as to the truth of those allegations, and therefore denies them.

25   228.   SDI avers that the allegations of Paragraph 228 constitute legal

26   contentions and/or conclusions to which no response is required.  To the extent that a

27   response is required, and to the extent that allegations of Paragraph 228 relate to SDI, SDI

28   denies all of those allegations.  To the extent that the allegations of Paragraph 228 relate to

-33-

1    other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

2    truth of those allegations, and therefore denies them.

3         229.   SDI avers that the allegations of Paragraph 229 constitute legal

4    contentions and/or conclusions to which no response is required.  To the extent that a

5    response is required, SDI lacks knowledge or information sufficient to form a belief as to

6    the truth of the allegations of Paragraph 229, and therefore denies them.

7    **X.    Allegations Concerning Claim for Violations**

8         230.   SDI repeats and incorporates by reference its responses to

9    Paragraphs 1 through 229 of the Complaint with the same force and effect as if set forth

10   herein at length.

11        231.   SDI avers that the allegations of Paragraph 231 constitute legal

12   contentions and/or conclusions to which no response is required, but SDI nonetheless

13   denies all of those allegations.

14        232.   SDI denies each and every allegation of Paragraph 232.

15        233.   SDI denies each and every allegation of Paragraph 233.

16        234.   SDI denies each and every allegation of Paragraph 234.

17        235.   SDI denies each and every allegation of Paragraph 235, including its

18   subparts.

19        236.   SDI denies each and every allegation of Paragraph 236.

20        237.   SDI repeats and incorporates by reference its responses to Paragraphs

21   1 through 236 of the Complaint with the same force and effect as if set forth herein at

22   length.

23        238.   SDI avers that the allegations of Paragraph 238 constitute legal

24   contentions and/or conclusions to which no response is required, but SDI nonetheless

25   denies all of those allegations.

26        239.   SDI denies each and every allegation of Paragraph 239.

27        240.   SDI denies each and every allegation of Paragraph 240.

28        241.   SDI denies each and every allegation of Paragraph 241.

-34-

1  242.   SDI denies each and every allegation of Paragraph 242, including its
2  subparts.

3  243.   SDI denies each and every allegation of Paragraph 243, including its
4  subparts.

5  244.   SDI denies each and every allegation of Paragraph 244.

6  245.   SDI denies each and every allegation of Paragraph 245.

7  246.   SDI repeats and incorporates by reference its responses to Paragraphs
8  1 through 245 of the Complaint with the same force and effect as if set forth herein at
9  length.

10  247.   SDI avers that the allegations of Paragraph 247 constitute legal
11  contentions and/or conclusions to which no response is required, but SDI nonetheless
12  denies all of those allegations.

13  248.   SDI denies each and every allegation of Paragraph 248.

14  249.   SDI denies each and every allegation of Paragraph 249, including its
15  subparts.

16  250.   SDI denies each and every allegation of Paragraph 250, including its
17  subparts.

18  251.   SDI denies each and every allegation of Paragraph 251.

19  252.   SDI denies each and every allegation of Paragraph 252, including its
20  subparts.  Further, in light of the Court's Order Adopting In Part And Modifying In Part
21  Special Master's Report And Recommendation On Defendants' Motion To Dismiss The
22  Direct Action Complaints (Dkt. No. 1856), Plaintiffs' claims against SDI under California
23  laws for restitution and unjust enrichment have been dismissed.

24  253.   SDI denies each and every allegation of Paragraph 253, including its
25  subparts.

26  254.   SDI denies each and every allegation of Paragraph 254, including its
27  subparts.

28  255.   SDI denies each and every allegation of Paragraph 255, including its

1   subparts.

2           256.   SDI denies each and every allegation of Paragraph 256, including its

3   subparts.  Further, in light of the Court's Order Adopting In Part And Modifying In Part

4   Special Master's Report And Recommendation On Defendants' Motion To Dismiss The

5   Direct Action Complaints (Dkt. No. 1856), Plaintiffs' claims against SDI under

6   Massachusetts' Consumer Protection Act have been dismissed.

7           257.   SDI denies each and every allegation of Paragraph 257, including its

8   subparts.

9           258.   SDI denies each and every allegation of Paragraph 258, including its

10  subparts.

11          259.   SDI denies each and every allegation of Paragraph 259, including its

12  subparts.

13          260.   SDI denies each and every allegation of Paragraph 260, including its

14  subparts.

15          261.   SDI denies each and every allegation of Paragraph 261, including its

16  subparts.  Further, in light of the Court's Order Adopting In Part And Modifying In Part

17  Special Master's Report And Recommendation On Defendants' Motion To Dismiss The

18  Direct Action Complaints (Dkt. No. 1856), Plaintiffs' claims against SDI under the

19  Nevada Unfair Trade Practices Act based on pre-October 1, 1999 purchases have been

20  dismissed.

21          262.   SDI denies each and every allegation of Paragraph 262, including its

22  subparts.

23          263.   SDI denies each and every allegation of Paragraph 263, including its

24  subparts.  Further, in light of the Court's Order Adopting In Part And Modifying In Part

25  Special Master's Report And Recommendation On Defendants' Motion To Dismiss The

26  Direct Action Complaints (Dkt. No. 1856), Plaintiffs' claims against SDI under the

27  Donnelly Act based on pre-December 3, 1998 purchases have been dismissed.

28          264.   SDI denies each and every allegation of Paragraph 264, including its

-36-

1   subparts.

2          265.   SDI denies each and every allegation of Paragraph 265, including its

3   subparts.

4   **XI.     Allegations Concerning Plaintiffs' Prayer for Relief.**

5          SDI denies that Plaintiffs suffered any injury or incurred any damages by any

6   act or omission of SDI as alleged in the Complaint, and further denies that Plaintiffs are

7   entitled to any relief under any theory by means of the allegations set forth in the

8   Complaint.

9                        **ADDITIONAL OR AFFIRMATIVE DEFENSES**

10         Without assuming any burden it would not otherwise bear, SDI asserts the

11  following additional and/or affirmative defenses to Plaintiffs' Complaint:

12                     **FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**

13                                **(Failure to State a Claim)**

14         The Complaint fails to state a claim upon which relief can be granted.

15                   **SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**

16                                **(Waiver and Estoppel)**

17         Plaintiffs' claims should be dismissed to the extent that they are barred, in

18  whole or in part, by the doctrines of waiver and/or estoppel.

19                    **THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**

20                                       **(Laches)**

21         Plaintiffs' claims should be dismissed to the extent that they are barred, in

22  whole or in part, by the equitable doctrine of laches.

23                   **FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

24                                   **(Unclean Hands)**

25         Plaintiffs' claims should be dismissed to the extent that they are barred, in

26  whole or in part, by the equitable doctrine of unclean hands.

27

28

## FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Remedies Unconstitutional, Unauthorized or Contrary to Public Policy)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized.

## SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Absence of Damages)

Plaintiffs' claims should be dismissed because Plaintiffs have suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent that Plaintiffs purportedly suffered injury or damage, which SDI specifically denies, SDI further contends that any such purported injury or damage was not by reason of any act or omission of SDI.

## SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Antitrust Injury)

Plaintiffs' claims should be dismissed because Plaintiffs have not suffered actual, cognizable antitrust injury of the type antitrust laws are intended to remedy.

## EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Uncertainty of Damages)

Plaintiffs' claims should be dismissed because the alleged damages sought are too speculative and uncertain, and cannot be practicably ascertained or allocated.

## NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiffs' claims should be dismissed, in whole or in part, because Plaintiffs failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any.

## TENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Statutes of Limitation)

Plaintiffs' claims should be dismissed to the extent that they are barred, in

-38-

whole or in part, by the applicable statute(s) of limitations.

## ELEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs would be unjustly enriched if they were allowed to recover any part of the damages alleged in the Complaint.

## TWELFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Proximate Cause)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, due to the absence of any injury or damage for which SDI's actions, conduct, or omissions were the proximate cause.

## THIRTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs have available an adequate remedy at law.

## FOURTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Privilege)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any action taken by or on behalf of SDI was justified, constituted bona fide business competition and was taken in pursuit of its own legitimate business and economic interests, and is therefore privileged.

-39-

**FIFTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Non-actionable or Governmental Privilege)**

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of SDI that is the subject of the Complaint was caused by, due to, based upon, or in response to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, and/or regulatory agencies, and such is non-actionable or privileged.

**SIXTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Failure to Join Indispensable Parties)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, for failure to join indispensable parties.

**SEVENTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any and all injuries alleged in the Complaint, the fact and extent of which SDI specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other than SDI.

**EIGHTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Acquiescence)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by Plaintiffs' acquiescence in and/or confirmation of any and all conduct and/or omissions alleged as to SDI.

**NINETEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Lack of Subject Matter Jurisdiction and/or Failure to State a Claim Under the Foreign Trade Antitrust Improvements Act)**

Plaintiffs' claims based on foreign purchases, if any, should be dismissed to the extent that they are barred, in whole or in part, because they are outside the Court's

-40-

1  subject matter jurisdiction as defined by the Foreign Trade Antitrust Improvements Act, 15
2  U.S.C. § 6a and/or analogous state authority.

### TWENTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

#### (Uncertainty)

Plaintiffs' claims should be dismissed for uncertainty and vagueness and because their claims are ambiguous, and/or unintelligible.  SDI avers that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit SDI to ascertain what other defenses may exist.  SDI therefore reserves the right to amend its Answer to assert additional defenses and/or supplement, alter, or change its Answer and/or defenses upon the discovery of more definitive facts upon the completion of its investigation and discovery.

### TWENTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

#### (Lack of Standing to Sue for Injuries Alleged)

Plaintiffs' claims should be dismissed, in whole or in part, to the extent Plaintiffs lack standing to sue for the injuries alleged in the Complaint.  To the extent that Plaintiffs purchased products containing CRTs, as opposed to CRTs themselves, their alleged injuries are even more speculative, derivative, indirect, and remote.  Plaintiffs' damage claims create an impermissible risk of duplicative recoveries and complex damage apportionment.

### TWENTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

#### (Competition Not Harmed)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because SDI's actions did not lessen competition in the relevant market(s).

### TWENTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

#### (Intervening or Superseding Acts of Third Parties)

Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom SDI had no control or responsibility.  The acts of such third parties

-41-

1   constitute intervening or superseding causes of harm, if any, suffered by Plaintiffs.

2   **TWENTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

3   **(Injury or Damages Offset by Benefits Received)**

4   Plaintiffs' claims should be dismissed to the extent that they are barred, in

5   whole or in part, because any claimed injury or damage has been offset by benefits

6   Plaintiffs received with respect to the challenged conduct.

7   **TWENTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

8   **(Increased Output and Lower Prices)**

9   SDI, without admitting the existence of any contract, combination, or

10  conspiracy in restraint of trade as alleged in the Complaint, avers that the matters about

11  which Plaintiffs complain resulted in increased output and lower prices for CRTs and/or

12  CRT Products.

13  **TWENTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

14  **(Prices Fixed by Plaintiffs)**

15  Plaintiffs' claims should be dismissed to the extent they are barred, in whole

16  or in part, because the price of CRTs and/or CRT Products was fixed, if at all, by Plaintiffs

17  and/or other purchasers of CRTs and/or CRT Products, either individually or collectively.

18  **TWENTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

19  **(Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)**

20  Plaintiffs' claims should be dismissed to the extent that they are barred, in

21  whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment

22  with sufficient particularity.

23  **TWENTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

24  **(Failure to Plead Conspiracy with Particularity)**

25  Plaintiffs' claims should be dismissed to the extent that they are barred, in

26  whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient

27  particularity.

28

-42-

1

## TWENTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

2

### (No Detrimental Reliance)

3      Plaintiffs' claims should be dismissed to the extent that they are barred, in

4  whole or in part, because Plaintiffs did not detrimentally rely upon any alleged deceptive

5  trade conduct as alleged in the Complaint.

6

## THIRTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

7

### (Arbitration Agreements)

8      Plaintiffs' claims should be dismissed to the extent that they are barred, in

9  whole or in part, by agreements that require arbitration of the matters alleged in the

10  Complaint.

11

## THIRTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

12

### (Settlement Set Off)

13      Without admitting that plaintiffs are entitled to recover damages in this

14  matter, SDI is entitled to set off from any recovery Plaintiffs may obtain against SDI any

15  amount paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs'

16  claims in this matter.

17

## THIRTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

18

### (Failure to State a Claim for Injunctive Relief)

19      Plaintiffs' claims should be dismissed to the extent that they are barred, in

20  whole or in part, because Plaintiffs have failed to state a claim for injunctive relief insofar

21  as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite

22  showing of threatened harm or continuing harm.

23

## THIRTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

24

### (Lack of Jurisdiction)

25      Plaintiffs' claims should be dismissed to the extent that they are barred, in

26  whole or in part, because any alleged conduct of SDI occurred outside of the jurisdiction of

27  the Court.

28

## THIRTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Damages Passed On)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint, which SDI specifically denies, was passed on to persons or entities other than the Plaintiffs and/or was passed on by Plaintiffs to other parties.

## THIRTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Damages Not Passed Through to Plaintiffs)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint was not incurred by or passed on to Plaintiffs, or was incurred by or passed on to persons or entities other than Plaintiffs.

## THIRTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Unreasonable Restraint Of Trade)

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of SDI did not unreasonably restrain trade.

## THIRTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Ultra Vires)

To the extent that any actionable conduct may have occurred, Plaintiffs' claims against SDI are barred because all such alleged conduct would have been committed by individuals acting ultra vires.

## THIRTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Proportionality)

To the extent SDI is found liable for damages, the fact and extent of which are expressly denied by SDI, those damages must be reduced in proportion to SDI's degree of fault.

## THIRTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Forum Non Conveniens)

Plaintiffs' claims are barred, in whole or in part, because of the doctrine of forum non conveniens.

## FORTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Permitted By Law)

Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct or statements that are specifically permitted by law.

## FORTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Multiple Recoveries)

To the extent Plaintiffs' claims would result in SDI paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple recoveries would violate rights guaranteed to SDI by the U.S. Constitution and other law, including, without limitation, rights guaranteed under the Due Process Clause of the Fourteenth Amendment.

## FORTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Extraterritorial Application)

Plaintiffs' claims are barred, in whole or in part, by the U.S. Constitution and/or other applicable law to the extent their claims seek the improper extraterritorial application of the laws cited to any transactions occurring outside the United States.

## FORTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acts Outside The Jurisdiction)

Plaintiff's claims under the laws of the various States cited are barred, in whole or in part, to the extent SDI's alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor affected persons, entities, or commerce in the various States cited.

-45-

**FORTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Restitution Unmanageable And Inequitable)**

Plaintiff's requests for relief are barred, in whole or in part, to the extent the restitution sought in the Complaint is unmanageable and inequitable.

**FORTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Market Power)**

Plaintiffs' claims are barred, in whole or in part, to the extent they have failed to allege or prove that SDI possessed or possesses market power in any legally cognizable relevant market.

**FORTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Privity Of Contract)**

Plaintiffs' claims are barred, in whole or in part, to the extent that privity of contract is required to establish their claims.

**FORTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Release)**

Plaintiffs' claims are barred, in whole or in part, because they have been released by Plaintiffs and/or others.

**FORTY-EIGHTHEIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Voluntary Payment)**

Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

**FORTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Federal Trade Commission)**

Any alleged conduct by SDI is, or if in interstate commerce would be, subject to and complies with the rules and regulations of, and the statutes administered by, the Federal Trade Commission or other official department, division, commission or agency of the United States as such rules, regulations, or statutes are interpreted by the Federal Trade Commission or such department, division, commission or agency of the

-46-

1 federal courts.

## FIFTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Intrastate Conduct)

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff does not allege conduct and/or effects that are wholly or predominantly intrastate within the various States at issue.

## FIFTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Not Entitled To Seek Damages)

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff is not entitled to seek damages under the laws of the various States cited.

## FIFTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure To Allege Predicate Acts For Unfair Competition Claims)

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff has failed to allege predicate acts necessary to invoke application of the unfair competition laws of the various States cited.

## FIFTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure To Plead Special Damages With Specificity)

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff has failed to plead special damages with specificity as required by the laws of the various States cited.

## FIFTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Taking)

Any award of restitution or monetary recovery pursuant to California Business and Professions Code §§ 17200, et seq. would constitute a taking of property without just compensation in violation of the Takings Clause of the U.S. Constitution and of Article 1, Section 19 of the California Constitution.

**FIFTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Improper Remedy)**

To the extent Plaintiff seeks disgorgement of revenues and profits under the California Business and Professions §§ 17200, et seq. beyond any monies Plaintiff directly paid to SDI, if any, such remedy is not authorized by Section 17200, et seq.

**FIFTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Other Defenses Incorporated by Reference)**

SDI adopts and incorporates by reference any and all other additional or affirmative defenses asserted or to be asserted by any other defendant in this proceeding to the extent that Samsung SDI may share in such affirmative defenses.

**FIFTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Reservation of Rights to Assert Additional Defenses)**

SDI has not knowingly or intentionally waived any applicable defenses and explicitly reserves the right to assert and rely on such other applicable defenses as may become available or apparent during discovery proceedings.  SDI further reserves the right to amend its Answer and/or its defenses accordingly, and/or to delete defenses that it determines are not applicable during the course of subsequent discovery.

WHEREFORE, the Samsung SDI Defendants pray for judgment as follows:

1.     That Plaintiffs take nothing under the Complaint, and the Complaint be dismissed with prejudice;

2.     That judgment be entered in favor of the Samsung SDI Defendants and against Plaintiffs on each and every cause of action set forth in the Complaint;

3.     That the Samsung SDI Defendants recover their costs of suit and attorneys' fees incurred herein; and

4.     That the Samsung SDI Defendants be granted such other and further relief as the Court deems just and proper.

1  Dated:  November 4, 2013          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2

3

4                                      By _____/s/ Michael W. Scarborough_____
                                              MICHAEL W. SCARBOROUGH
5

6                                             Attorneys for Defendants
                                         SAMSUNG SDI AMERICA, INC.,
7                                           SAMSUNG SDI CO., LTD.,
                                      SAMSUNG SDI (MALAYSIA) SDN. BHD.,
8                                      SAMSUNG SDI MEXICO S.A. DE C.V.,
                                           SAMSUNG SDI BRASIL LTDA.,
9                                      SHENZEN SAMSUNG SDI CO., LTD. and
10                                       TIANJIN SAMSUNG SDI CO., LTD.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -49-