1  Terry Calvani (53260)
   terry.calvani@freshfields.com
2  Richard Snyder (*pro hac vice*)
   rich.snyder@freshfields.com
3  **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
   701 Pennsylvania Avenue, NW
4  Suite 600
   Washington, DC  20004
5  Tel:  (202) 777-4500
   Fax:  (202) 777-4555
6
   *Attorney for Defendant Beijing Matsushita*
7  *Color CRT Co., Ltd.*

8
                  **UNITED STATES DISTRICT COURT**
9
                  **NORTHERN DISTRICT OF CALIFORNIA**
10
                      **SAN FRANCISCO DIVISION**
11
   IN RE: CATHODE RAY TUBE (CRT)      )   Case No.: 3:07-cv-5944 SC
12 ANTITRUST LITIGATION               )   MDL NO. 1917
                                      )
13 _____)   **DEFENDANT BEIJING MATSUSHITA**
                                      )   **COLOR CRT CO., LTD.'S ANSWER**
14 This document relates to:          )   **TO ELECTROGRAPH SYSTEMS, INC.**
                                      )   **AND ELECTROGRAPH**
15 *Electrograph Systems, Inc., et al.* )  **TECHNOLOGIES CORP.'S**
              *v.*                    )   **SECOND AMENDED COMPLAINT**
16 *Hitachi, Ltd., et al.*            )
                                      )   Before the Honorable Samuel Conti
17 **Civil Action No. 11-cv-1656 SC** )
                                      )
18 _____)

19        Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") states as follows for its

20 Answer in response to Plaintiff Electrograph Systems, Inc. and Electrograph Technologies

21 Corp.'s ("Plaintiffs") Second Amended Complaint, dated October 3, 2013 (the "Complaint").  To

22 the extent the Complaint includes allegations against "Defendants" in general, BMCC's

23 responses to the allegations relate to BMCC only and to no other Defendant.  To the extent that

24 the allegations of the Complaint relate to Defendants other than BMCC, BMCC lacks knowledge

25 or information sufficient to form a belief as to their truth, and therefore denies them.  As used in

26 this Answer, and in the interest of brevity, the phrase "is without sufficient information or belief"

27 to admit the allegations means that BMCC is without knowledge or information sufficient to

28

form a belief as to the truth of an allegation of the Complaint, and denies the allegation on that basis. BMCC denies all allegations in the Complaint not specifically admitted in this Answer. BMCC denies each and every allegation in the Complaint's section headings and in all portions of the Complaint not contained in numbered paragraphs.

**INTRODUCTION**

1. BMCC denies the allegations in paragraph 1 of the Complaint.

2. Paragraph 2 of the Complaint contains Plaintiffs' definitions of their own terms and characterization of their purported claims, to which no response is required. BMCC specifically objects to Plaintiffs' definition of **"CRT Products,"** (including **"CPT Products"** and **"CDT Products"**) because this definition includes products at different levels of the production chain and creates confusion, as certain defendants (including BMCC) do not manufacture or sell Finished Products (such as televisions or computer monitors), while other defendants do not manufacture and sell cathode ray tubes, and still other defendants do not manufacture either cathode ray tubes or Finished Products. To the extent that any part of paragraph 2 is deemed to require a response, BMCC is without sufficient information or belief to admit the allegations and therefore denies them.

3. BMCC is without sufficient information or belief to admit the allegations in paragraph 3 of the Complaint and therefore denies them.

4. BMCC denies the allegations in paragraph 4 of the Complaint.

5. BMCC denies the allegations in paragraph 5 of the Complaint.

6. BMCC denies the allegations in paragraph 6 of the Complaint.

7. BMCC denies the allegations in paragraph 7 of the Complaint.

8. BMCC is without sufficient information or belief to admit the allegations in paragraph 8 of the Complaint and therefore denies them.

9. BMCC denies the allegations in paragraph 9 of the Complaint.

**JURISDICTION AND VENUE**

10. Paragraph 10 consists of Plaintiffs' characterization of their purported claims, to

which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 10 of the Complaint.

11.    Paragraph 11 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 11 of the Complaint.

12.    Paragraph 12 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 12 of the Complaint.

13.    Paragraph 13 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies that this Court has jurisdiction over the unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about BMCC or BMCC's activities in the United States, therefore BMCC denies the allegations contained in paragraph 13 of the Complaint.

14.    Paragraph 14 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 14 of the Complaint.

15.    The first three sentences of paragraph 15 consist of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in the first three sentences of paragraph 15 of the Complaint.  BMCC is without sufficient information or belief to admit the allegations in the last sentence of paragraph 15 and therefore denies them.

16.    Paragraph 16 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies that this Court has jurisdiction over the unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about BMCC or BMCC's activities in the United States; therefore, BMCC denies the allegations contained in paragraph 16 of the Complaint.

DEFENDANT BMCC'S ANSWER TO PLAINTIFF ELECTROGRAPH'S SECOND AMENDED COMPLAINT
(Case No. 3:07-cv-5944; MDL No. 1917)                                                                    -3-

17.     Paragraph 17 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 17 of the Complaint.

## PARTIES

18.     BMCC is without sufficient information or belief to admit the allegations in paragraph 18 of the Complaint describing Plaintiff and therefore denies them.

19.     BMCC is without sufficient information or belief to admit the allegations in paragraph 19 of the Complaint describing Plaintiff and therefore denies them.

20.     BMCC is without sufficient information or belief to admit the allegations in paragraph 20 of the Complaint and therefore denies them.  BMCC denies that the Plaintiffs identified suffered injuries as a result of any action or violation of law by BMCC.

21.     BMCC is without sufficient information or belief to admit the allegations in paragraph 21 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 21 suffered injuries as a result of any action or violation of law by BMCC.

22.     BMCC is without sufficient information or belief to admit the allegations in paragraph 22 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 22 suffered injuries as a result of any action or violation of law by BMCC.

23.     BMCC is without sufficient information or belief to admit the allegations in paragraph 23 of the Complaint and therefore denies them.  BMCC denies that the entity identified in paragraph 23 suffered injuries as a result of any action or violation of law by BMCC.

24.     BMCC is without sufficient information or belief to admit the allegations in paragraph 24 of the Complaint and therefore denies them.

25.     BMCC is without sufficient information or belief to admit the allegations in paragraph 25 of the Complaint and therefore denies them.  BMCC denies that the entity

1   identified in paragraph 25 suffered injuries as a result of any action or violation of law by

2   BMCC.

3          26.     BMCC is without sufficient information or belief to admit the allegations in

4   paragraph 26 of the Complaint and therefore denies them.

5          27.     BMCC is without sufficient information or belief to admit the allegations in

6   paragraph 27 of the Complaint and therefore denies them.  BMCC denies that the entity

7   identified in paragraph 27 suffered injuries as a result of any action or violation of law by

8   BMCC.

9          28.     BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 28 of the Complaint and therefore denies them.

11         29.     BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 29 of the Complaint and therefore denies them.  BMCC denies that the entity

13  identified in paragraph 29 suffered injuries as a result of any action or violation of law by

14  BMCC.

15         30.     BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 30 of the Complaint and therefore denies them.

17         31.     BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 31 of the Complaint and therefore denies them.  BMCC denies that the entity

19  identified in paragraph 31 suffered injuries as a result of any action or violation of law by

20  BMCC.

21         32.     BMCC is without sufficient information or belief to admit the allegations in

22  paragraph 32 of the Complaint and therefore denies them.

23         33.     BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 33 of the Complaint and therefore denies them.  BMCC denies that the entities

25  identified in paragraph 33 suffered injuries as a result of any action or violation of law by

26  BMCC.

27

28

1      34.     BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 34 of the Complaint and therefore denies them.

3      35.     BMCC is without sufficient information or belief to admit the allegations in

4   paragraph 35 of the Complaint and therefore denies them.

5      36.     BMCC is without sufficient information or belief to admit the allegations in

6   paragraph 36 of the Complaint and therefore denies them.

7      37.     BMCC is without sufficient information or belief to admit the allegations in

8   paragraph 37 of the Complaint and therefore denies them.

9      38.     BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 38 of the Complaint and therefore denies them.

11      39.     BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 39 of the Complaint and therefore denies them.

13      40.     Paragraph 40 of the Complaint consists of a defined term to which no response is

14   required.  To the extent that a response is required, BMCC is without sufficient information or

15   belief to admit the allegations in paragraph 40 of the Complaint and therefore denies them.

16      41.     BMCC is without sufficient information or belief to admit the allegations in

17   paragraph 41 of the Complaint and therefore denies them.

18      42.     BMCC is without sufficient information or belief to admit the allegations in

19   paragraph 42 of the Complaint and therefore denies them.

20      43.     BMCC is without sufficient information or belief to admit the allegations in

21   paragraph 43 of the Complaint and therefore denies them.

22      44.     Paragraph 44 of the Complaint consists of a defined term to which no response is

23   required.  To the extent that a response is required, BMCC is without sufficient information or

24   belief to admit the allegations in paragraph 44 of the Complaint and therefore denies them.

25      45.     BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 45 of the Complaint and therefore denies them.

27

28

1    46.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 46 of the Complaint and therefore denies them.

3    47.    Paragraph 47 of the Complaint consists of a defined term to which no response is

4    required.  To the extent that a response is required, BMCC is without sufficient information or

5    belief to admit the allegations in paragraph 47 of the Complaint and therefore denies them.

6    48.    BMCC is without sufficient information or belief to admit the allegations in

7    paragraph 48 of the Complaint and therefore denies them.

8    49.    BMCC is without sufficient information or belief to admit the allegations in

9    paragraph 49 of the Complaint and therefore denies them.

10   50.    BMCC is without sufficient information or belief to admit the allegations in

11   paragraph 50 of the Complaint and therefore denies them.

12   51.    Paragraph 51 of the Complaint consists of a defined term to which no response is

13   required.  To the extent that a response is required, BMCC is without sufficient information or

14   belief to admit the allegations in paragraph 51 of the Complaint and therefore denies them.

15   52.    BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 52 of the Complaint and therefore denies them.

17   53.    BMCC admits that it is a Chinese joint venture company with its principal place

18   of business located at No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China.

19   BMCC admits that it is a joint venture company, and at one time 50% of BMCC was held by MT

20   Picture Display Co., Ltd., and the other 50% was held by Beijing Orient Electronics (Group) Co.,

21   Ltd., China National Electronics Import & Export Beijing Company, and Beijing Yayunchun

22   Branch of the Industrial and Commercial Bank of China, Ltd.  BMCC admits that it was

23   established in 1987.  BMCC denies the other allegations in paragraph 53 of the Complaint.

24   54.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 54 of the Complaint and therefore denies them.

26   55.    BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 55 of the Complaint and therefore denies them.

28

1       56.    BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 56 of the Complaint and therefore denies them.

3       57.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 57 of the Complaint and therefore denies them.

5       58.    Paragraph 58 of the Complaint consists of a defined term to which no response is

6  required.  To the extent that a response is required, BMCC is without sufficient information or

7  belief to admit the allegations in paragraph 58 of the Complaint and therefore denies them.

8       59.    BMCC is without sufficient information or belief to admit the allegations in

9  paragraph 59 of the Complaint and therefore denies them.

10       60.    BMCC is without sufficient information or belief to admit the allegations in

11  paragraph 60 of the Complaint and therefore denies them..

12       61.    BMCC is without sufficient information or belief to admit the allegations in

13  paragraph 61 of the Complaint and therefore denies them.

14       62.    BMCC is without sufficient information or belief to admit the allegations in

15  paragraph 62 of the Complaint and therefore denies them.

16       63.    BMCC is without sufficient information or belief to admit the allegations in

17  paragraph 63 of the Complaint and therefore denies them.

18       64.    BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 64 of the Complaint and therefore denies them.

20       65.    BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 65 of the Complaint and therefore denies them.

22       66.    Paragraph 66 of the Complaint consists of a defined term to which no response is

23  required.  To the extent that a response is required, BMCC is without sufficient information or

24  belief to admit the allegations in paragraph 66 of the Complaint and therefore denies them.

25       67.    BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 67 of the Complaint and therefore denies them.

27

28

1   68.   BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 68 of the Complaint and therefore denies them.

3   69.   BMCC is without sufficient information or belief to admit the allegations in

4   paragraph 69 of the Complaint and therefore denies them.

5   70.   BMCC is without sufficient information of a belief to admit the allegations in

6   paragraph 70 of the Complaint and therefore denies them.

7   71.   BMCC is without sufficient information or belief to admit the allegations in

8   paragraph 71 of the Complaint and therefore denies them.

9   72.   BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 72 of the Complaint and therefore denies them.

11   73.   BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 73 of the Complaint and therefore denies them.

13   74.   Paragraph 74 of the Complaint consists of a defined term to which no response is

14   required.  To the extent that a response is required, BMCC is without sufficient information or

15   belief to admit the allegations in paragraph 74 of the Complaint and therefore denies them.

16   **AGENTS AND CO-CONSPIRATORS**

17   75.   BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 75 of the Complaint and therefore denies them.

19   76.   BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 76 of the Complaint and therefore denies them.

21   77.   BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 77 of the Complaint and therefore denies them.

23   78.   BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 78 of the Complaint and therefore denies them.

25   79.   Paragraph 79 of the Complaint consists of a defined term to which no response is

26   required.  To the extent that a response is required, BMCC is without sufficient information or

27   belief to admit the allegations in paragraph 79 of the Complaint and therefore denies them.

28

1   80.   BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 80 of the Complaint and therefore denies them.

3   81.   BMCC is without sufficient information or belief to admit the allegations in

4   paragraph 81 of the Complaint and therefore denies them.

5   82.   BMCC is without sufficient information or belief to admit the allegations in

6   paragraph 82 of the Complaint and therefore denies them.

7   83.   BMCC is without sufficient information or belief to admit the allegations in

8   paragraph 83 of the Complaint and therefore denies them.

9   **TRADE AND COMMERCE**

10   84.   BMCC denies the allegations in paragraph 84 of the Complaint.

11   85.   BMCC denies the allegations in paragraph 85 of the Complaint.

12   86.   Paragraph 86 consists of conclusions of law to which no response is required.  To

13   the extent that a response is required, BMCC denies the allegations in paragraph 86 of the

14   Complaint.

15   **FACTUAL ALLEGATIONS**

16   87.   BMCC admits that paragraph 87 of the Complaint purports to contain descriptions

17   of CRT technology.  BMCC denies that paragraph 87 describes CRT technology completely and

18   accurately.  BMCC denies the remaining allegations contained in paragraph 87.

19   88.   BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 88 of the Complaint and therefore denies them.

21   89.   BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 89 of the Complaint and therefore denies them.

23   90.   BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 90 of the Complaint and therefore denies them.

25   91.   BMCC admits that paragraph 91 of the Complaint purports to contain descriptions

26   of CRT technology.  BMCC denies that paragraph 91 describes CRT technology completely and

27   accurately.  BMCC denies the remaining allegations contained in paragraph 91.

28

1    92.    BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 92 of the Complaint and therefore denies them.

3    93.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 93 of the Complaint and therefore denies them.

5    94.    BMCC is without sufficient information or belief to admit the allegations in

6  paragraph 94 of the Complaint and therefore denies them.  BMCC specifically denies that it

7  participated in any unlawful conspiracy and that Plaintiffs have been injured by an action or

8  violation of law by BMCC.

9    95.    BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 95 of the Complaint and therefore denies them.  BMCC specifically denies that it

11  participated in any unlawful conspiracy.

12    96.    BMCC is without sufficient information or belief to admit the allegations in

13  paragraph 96 of the Complaint and therefore denies them.  BMCC denies that Plaintiffs have

14  been injured by an action or violation of law by BMCC.

15    97.    BMCC denies the allegations in paragraph 97 of the Complaint.

16    98.    BMCC denies the allegations in paragraph 98 of the Complaint.

17    99.    BMCC denies the allegations in paragraph 99 of the Complaint.

18    100.    BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 100 as to other defendants' participation in trade associations and therefore denies

20  them.  BMCC denies the other allegations in paragraph 100 of the Complaint.

21    101.    BMCC is without sufficient information or belief to admit the allegations in

22  paragraph 101 of the Complaint and therefore denies them.

23    102.    BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 102 of the Complaint and therefore denies them.

25    103.    BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 103 of the Complaint, including all subparagraphs thereto, and therefore denies them.

27

28

1    104.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 104 of the Complaint and therefore denies them.

3    105.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 105 of the Complaint and therefore denies them.  BMCC specifically denies that it

5    participated in any unlawful conspiracy.

6    106.    BMCC is without sufficient information or belief to admit the allegations in

7    paragraph 106 of the Complaint and therefore denies them.

8    107.    BMCC is without sufficient information or belief to admit the allegations in

9    paragraph 107 of the Complaint and therefore denies them.

10   108.    BMCC is without sufficient information or belief to admit the allegations in

11   paragraph 108 of the Complaint and therefore denies them.

12   109.    The first sentence of paragraph 109 consists of conclusions of law to which no

13   response is required.  To the extent that a response is required, BMCC denies the allegations in

14   the first sentence of paragraph 109 of the Complaint.  BMCC is without sufficient information or

15   belief to admit the remaining allegations in paragraph 109 of the Complaint and therefore denies

16   them.

17   110.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 110 of the Complaint and therefore denies them.

19   111.    BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 111 of the Complaint and therefore denies them.

21   112.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 112 of the Complaint and therefore denies them.

23   113.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 113 of the Complaint and therefore denies them.

25   114.    BMCC denies the allegations in paragraph 114 of the Complaint.

26   115.    BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 115 of the Complaint and therefore denies them.

28

1    116.    BMCC denies the allegations in paragraph 116 of the Complaint.

2    117.    BMCC denies the allegations in paragraph 117 of the Complaint.

3    118.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 118 of the Complaint and therefore denies them.

5    119.    BMCC denies the allegations in paragraph 119 of the Complaint.

6    120.    BMCC denies the allegations in paragraph 120 of the Complaint.

7    121.    BMCC denies the allegations in paragraph 121 of the Complaint.

8    122.    BMCC denies the allegations in paragraph 122 of the Complaint.

9    123.    BMCC denies the allegations in paragraph 123 of the Complaint.

10    124.    BMCC denies the allegations in paragraph 124 of the Complaint.

11    125.    BMCC denies the allegations in paragraph 125 of the Complaint.

12    126.    BMCC denies the allegations in paragraph 126 of the Complaint.

13    127.    BMCC denies the allegations in paragraph 127 of the Complaint.

14    128.    BMCC denies the allegations in paragraph 128 of the Complaint.

15    129.    BMCC denies the allegations in paragraph 129 of the Complaint.

16    130.    BMCC denies the allegations in paragraph 130 of the Complaint.

17    131.    BMCC denies the allegations in paragraph 131 of the Complaint.

18    132.    BMCC denies the allegations in paragraph 132 of the Complaint.

19    133.    BMCC denies the allegations in paragraph 133 of the Complaint, including all

20  subparagraphs thereto.

21    134.    BMCC denies the allegations in paragraph 134 of the Complaint.

22    135.    BMCC denies the allegations in paragraph 135 of the Complaint.

23    136.    BMCC denies the allegations in paragraph 136 of the Complaint.

24    137.    BMCC denies the allegations in paragraph 137 of the Complaint.

25    138.    BMCC denies the allegations in paragraph 138 of the Complaint.

26    139.    BMCC denies the allegations in paragraph 139 of the Complaint.

27    140.    BMCC denies the allegations in paragraph 140 of the Complaint.

28

141.    BMCC denies the allegations in paragraph 141 of the Complaint.

142.    BMCC is without sufficient information or belief to admit the allegations in paragraph 142 of the Complaint and therefore denies them.

143.    BMCC is without sufficient information or belief to admit the allegations in paragraph 143 of the Complaint and therefore denies them.

144.    BMCC is without sufficient information or belief to admit the allegations in paragraph 144 of the Complaint and therefore denies them.

145.    BMCC is without sufficient information or belief to admit the allegations in paragraph 145 of the Complaint and therefore denies them.

146.    BMCC is without sufficient information or belief to admit the allegations in paragraph 146 of the Complaint and therefore denies them.

147.    BMCC is without sufficient information or belief to admit the allegations in paragraph 147 of the Complaint and therefore denies them.

148.    BMCC is without sufficient information or belief to admit the allegations in paragraph 148 of the Complaint and therefore denies them.

149.    BMCC is without sufficient information or belief to admit the allegations in paragraph 149 of the Complaint and therefore denies them.

150.    BMCC is without sufficient information or belief to admit the allegations in paragraph 150 of the Complaint and therefore denies them.

151.    BMCC denies the allegations in paragraph 151 of the Complaint.

152.    BMCC is without sufficient information or belief to admit the allegations in paragraph 152 of the Complaint and therefore denies them.

153.    BMCC is without sufficient information or belief to admit the allegations in paragraph 153 of the Complaint and therefore denies them.

154.    BMCC is without sufficient information or belief to admit the allegations in paragraph 154 of the Complaint and therefore denies them.

1      155.    BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 155 of the Complaint and therefore denies them.

3      156.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 156 of the Complaint and therefore denies them.

5      157.    BMCC is without sufficient information or belief to admit the allegations in

6  paragraph 157 of the Complaint and therefore denies them.

7      158.    BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 158 of the Complaint and therefore denies them.

9      159.    BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 159 of the Complaint and therefore denies them.

11      160.    BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 160 of the Complaint and therefore denies them.

13      161.    Paragraph 161 consists of conclusions of law to which no response is required.

14  To the extent that a response is required, BMCC denies the allegations in paragraph 161 of the

15  Complaint.

16      162.    BMCC is without sufficient information or belief to admit the allegations in

17  paragraph 162 of the Complaint and therefore denies them.

18      163.    BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 163 of the Complaint and therefore denies them.

20      164.    BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 164 of the Complaint and therefore denies them.

22      165.    BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 165 of the Complaint and therefore denies them.

24      166.    BMCC is without sufficient information or belief to admit the allegations in

25  paragraph 166 of the Complaint and therefore denies them.

26      167.    BMCC is without sufficient information or belief to admit the allegations in

27  paragraph 167 of the Complaint and therefore denies them.

28

168.     BMCC is without sufficient information or belief to admit the allegations in paragraph 168 of the Complaint and therefore denies them.

169.     BMCC is without sufficient information or belief to admit the allegations in paragraph 169 of the Complaint and therefore denies them.

170.     BMCC is without sufficient information or belief to admit the allegations in paragraph 170 of the Complaint and therefore denies them.

171.     BMCC denies the allegations in paragraph 171 of the Complaint.

172.     BMCC denies the allegations in paragraph 172 of the Complaint.

173.     BMCC denies the allegations in the first sentence of paragraph 173 of the Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 173 of the Complaint and therefore denies them.

174.     BMCC is without sufficient information or belief to admit the allegations in paragraph 174 of the Complaint and therefore denies them.

175.     BMCC is without sufficient information or belief to admit the allegations in paragraph 175 of the Complaint and therefore denies them.

176.     BMCC denies the allegations in paragraph 176 of the Complaint.

177.     BMCC is without sufficient information or belief to admit the allegations in paragraph 177 of the Complaint and therefore denies them.

178.     BMCC is without sufficient information or belief to admit the allegations in paragraph 178 of the Complaint and therefore denies them.

179.     BMCC is without sufficient information or belief to admit the allegations in paragraph 179 of the Complaint and therefore denies them.

180.     BMCC is without sufficient information or belief to admit the allegations in paragraph 180 of the Complaint and therefore denies them.

181.     BMCC is without sufficient information or belief to admit the allegations in paragraph 181 of the Complaint and therefore denies them.

182.    BMCC is without sufficient information or belief to admit the allegations in paragraph 182 of the Complaint and therefore denies them.

183.    BMCC is without sufficient information or belief to admit the allegations in paragraph 183 of the Complaint and therefore denies them.

184.    BMCC is without sufficient information or belief to admit the allegations in paragraph 184 of the Complaint and therefore denies them.

185.    BMCC is without sufficient information or belief to admit the allegations in paragraph 185 of the Complaint and therefore denies them.

186.    BMCC is without sufficient information or belief to admit the allegations in paragraph 186 of the Complaint and therefore denies them.

187.    BMCC is without sufficient information or belief to admit the allegations in paragraph 187 of the Complaint and therefore denies them.

188.    BMCC is without sufficient information or belief to admit the allegations in paragraph 188 of the Complaint and therefore denies them.

189.    BMCC is without sufficient information or belief to admit the allegations in paragraph 189 of the Complaint and therefore denies them.

190.    BMCC is without sufficient information or belief to admit the allegations in paragraph 190 of the Complaint and therefore denies them.

191.    BMCC is without sufficient information or belief to admit the allegations in paragraph 191 of the Complaint and therefore denies them.

192.    BMCC is without sufficient information or belief to admit the allegations in paragraph 192 of the Complaint and therefore denies them.

193.    BMCC denies the allegations in paragraph 193 of the Complaint.

194.    BMCC denies the allegations in the first sentence of paragraph 194 of the Complaint. BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 194 of the Complaint and therefore denies them.

195.    BMCC is without sufficient information or belief to admit the allegations in paragraph 195 of the Complaint and therefore denies them.

196.    BMCC is without sufficient information or belief to admit the allegations in paragraph 196 of the Complaint and therefore denies them.

197.    BMCC is without sufficient information or belief to admit the allegations in paragraph 197 of the Complaint and therefore denies them.

198.    BMCC is without sufficient information or belief to admit the allegations in paragraph 198 of the Complaint and therefore denies them.

199.    BMCC is without sufficient information or belief to admit the allegations in paragraph 199 of the Complaint and therefore denies them.

200.    BMCC is without sufficient information or belief to admit the allegations in paragraph 200 of the Complaint and therefore denies them.

201.    BMCC denies the allegations in the first sentence of paragraph 201 of the Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 201 of the Complaint and therefore denies them.

202.    BMCC is without sufficient information or belief to admit the allegations in paragraph 202 of the Complaint and therefore denies them.

203.    BMCC is without sufficient information or belief to admit the allegations in paragraph 203 of the Complaint and therefore denies them.

204.    BMCC denies the allegations in paragraph 204 of the Complaint.

205.    BMCC denies the allegations in paragraph 205 of the Complaint.

206.    BMCC admits that it is located in China.  BMCC denies the other allegations in paragraph 206 of the Complaint.

207.    BMCC is without sufficient information or belief to admit the allegations in paragraph 207 of the Complaint and therefore denies them.

208.    BMCC is without sufficient information or belief to admit the allegations in paragraph 208 of the Complaint and therefore denies them.

209.     BMCC is without sufficient information or belief to admit the allegations in paragraph 209 of the Complaint and therefore denies them.

210.     BMCC is without sufficient information or belief to admit the allegations in paragraph 210 of the Complaint and therefore denies them.

211.     BMCC is without sufficient information or belief to admit the allegations in paragraph 211 of the Complaint and therefore denies them.

212.     BMCC denies the allegations in paragraph 212 of the Complaint.

213.     BMCC is without sufficient information or belief to admit the allegations in paragraph 213 of the Complaint and therefore denies them.

214.     BMCC is without sufficient information or belief to admit the allegations in paragraph 214 of the Complaint and therefore denies them.

215.     BMCC is without sufficient information or belief to admit the allegations in the first and second sentences of paragraph 215 and therefore denies them.  BMCC denies the remaining allegations in paragraph 215 of the Complaint.

216.     BMCC is without sufficient information or belief to admit the allegations in paragraph 216 of the Complaint and therefore denies them.

217.     BMCC denies the allegations in paragraph 217 of the Complaint.

218.     BMCC is without sufficient information or belief to admit the allegations in paragraph 218 of the Complaint and therefore denies them.

219.     BMCC is without sufficient information or belief to admit the allegations in paragraph 219 of the Complaint and therefore denies them.

220.     BMCC is without sufficient information or belief to admit the allegations in paragraph 220 of the Complaint and therefore denies them.

221.     BMCC denies the allegations in paragraph 221 of the Complaint.

222.     Paragraph 222 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 222 of the Complaint, including all subparagraphs thereto.

1 **PLAINTIFFS' INJURIES**

2      223.     Paragraph 223 consists of conclusions of law to which no response is required.

3 To the extent that a response is required, BMCC denies the allegations in paragraph 223 of the

4 Complaint.

5      224.     Paragraph 224 consists of conclusions of law to which no response is required.

6 To the extent that a response is required, BMCC denies the allegations in paragraph 224 of the

7 Complaint.

8      225.     Paragraph 225 consists of conclusions of law to which no response is required.

9 To the extent that a response is required, BMCC denies the allegations in paragraph 225 of the

10 Complaint.

11      226.     BMCC is without sufficient information or belief to admit the allegations in

12 paragraph 226 of the Complaint and therefore denies them.

13      227.     BMCC denies the allegations in paragraph 227 of the Complaint.

14      228.     BMCC denies the allegations in paragraph 228 of the Complaint.

15      229.     BMCC denies the allegations in paragraph 229 of the Complaint.

16 **FRAUDULENT CONCEALMENT**

17      230.     Paragraph 230 consists of conclusions of law to which no response is required.

18 To the extent that a response is required, BMCC denies the allegations in paragraph 230 of the

19 Complaint.

20      231.     Paragraph 231 consists of conclusions of law to which no response is required.

21 To the extent that a response is required, BMCC denies the allegations in paragraph 231 of the

22 Complaint.

23      232.     Paragraph 232 consists of conclusions of law to which no response is required.

24 To the extent that a response is required, BMCC denies the allegations in paragraph 232 of the

25 Complaint.

26

27

28

233.   Paragraph 233 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 233 of the Complaint.

234.   Paragraph 234 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 234 of the Complaint.

235.   BMCC denies the allegations in paragraph 235 of the Complaint.

236.   BMCC denies the allegations in paragraph 236 of the Complaint.

237.   BMCC denies the allegations in paragraph 237 of the Complaint.

238.   BMCC denies the allegations in paragraph 238 of the Complaint.

239.   BMCC is without sufficient information or belief to admit the allegations in paragraph 239 of the Complaint and therefore denies them.

240.   BMCC is without sufficient information or belief to admit the allegations in paragraph 240 of the Complaint and therefore denies them.

241.   BMCC denies the allegations in paragraph 241 of the Complaint.

242.   BMCC denies the allegations in paragraph 242 of the Complaint.

243.   Paragraph 243 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in paragraph 243 relate to other Defendants or third parties, BMCC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in paragraph 243 may be deemed to require a response from BMCC, BMCC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

244.   Paragraph 244 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in paragraph 244 relate to other Defendants or third parties, BMCC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies

these allegations.  To the extent that the allegations contained in paragraph 244 may be deemed to require a response from BMCC, BMCC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

245.    Paragraph 245 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in paragraph 245 relate to other Defendants or third parties, BMCC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in paragraph 245 may be deemed to require a response from BMCC, BMCC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**CLAIM FOR VIOLATIONS**

246.    In response to paragraph 246 of the Complaint, BMCC restates its responses to paragraphs 1 through 245.

247.    BMCC denies the allegations in paragraph 247 of the Complaint.

248.    BMCC denies the allegations in paragraph 248 of the Complaint.

249.    BMCC denies the allegations in paragraph 249 of the Complaint.

250.    BMCC denies the allegations in paragraph 250 of the Complaint.

251.    BMCC denies the allegations in paragraph 251 of the Complaint, including all subparagraphs thereto.

252.    BMCC denies the allegations in paragraph 252 of the Complaint.

253.    In response to paragraph 253 of the Complaint, BMCC restates its responses to paragraphs 1 through 252.

254.    BMCC is without sufficient information or belief to admit the allegations in paragraph 254 of the Complaint and therefore denies them.

255.    BMCC is without sufficient information or belief to admit the allegations in paragraph 255 of the Complaint and therefore denies them.

256.    BMCC denies the allegations in paragraph 256 of the Complaint.

1    257.    BMCC denies the allegations in paragraph 257 of the Complaint.

2    258.    BMCC denies the allegations in paragraph 258 of the Complaint, including all

3    subparagraphs thereto.

4    259.    BMCC denies the allegations in paragraph 259 of the Complaint, including all

5    subparagraphs thereto.

6    260.    BMCC denies the allegations in paragraph 260 of the Complaint.

7    261.    BMCC denies the allegations in paragraph 261 of the Complaint.

8    262.    In response to paragraph 262 of the Complaint, BMCC restates its responses to

9    paragraphs 1 through 261.

10   263.    BMCC is without sufficient information or belief to admit the allegations in

11   paragraph 263 of the Complaint and therefore denies them.

12   264.    BMCC denies the allegations in paragraph 264 of the Complaint.

13   265.    BMCC denies the allegations in paragraph 265 of the Complaint.

14   266.    BMCC denies the allegations in paragraph 266 of the Complaint.

15   267.    BMCC denies the allegations in paragraph 267 of the Complaint.

16   268.    BMCC denies the allegations in paragraph 268 of the Complaint.

17   269.    BMCC denies the allegations in paragraph 269 of the Complaint.

18   270.    BMCC denies the allegations in paragraph 270 of the Complaint.

19   271.    In response to paragraph 271 of the Complaint, BMCC restates its responses to

20   paragraphs 1 through 270.

21   272.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 272 of the Complaint and therefore denies them.

23   273.    BMCC denies the allegations in paragraph 273 of the Complaint.

24   274.    BMCC denies the allegations in paragraph 274 of the Complaint.

25   275.    BMCC denies the allegations in paragraph 275 of the Complaint.

26   276.    BMCC denies the allegations in paragraph 276 of the Complaint.

27   277.    BMCC denies the allegations in paragraph 277 of the Complaint.

28

278. In response to paragraph 278 of the Complaint, BMCC restates its responses to paragraphs 1 through 277.

279. BMCC denies the allegations in paragraph 279 of the Complaint.

280. BMCC denies the allegations in paragraph 280 of the Complaint.

281. BMCC denies the allegations in paragraph 281 of the Complaint.

282. BMCC denies the allegations in paragraph 282 of the Complaint.

283. BMCC denies the allegations in paragraph 283 of the Complaint.

284. Paragraph 284 does not contain allegations of fact or law that require a response from BMCC; however, to the extent that a response is required, BMCC denies the allegations in paragraph 284 and denies that the relief sought by Plaintiffs is appropriate or available.

### PRAYER FOR RELIEF

Plaintiffs' Prayer for Relief does not contain allegations of fact or law that require a response from BMCC; however, to the extent that a response is required, BMCC denies the allegations in the Prayer for Relief and all subparagraphs therein, and denies that the relief sought by Plaintiffs is appropriate or available.

### JURY TRIAL DEMANDED

Plaintiffs' request for a jury trial does not contain allegations of fact or law that require a response from BMCC.

### DEFENSES

Without assuming any burden of proof that it otherwise would not bear under applicable law, BMCC asserts the following defenses to each and every cause of action alleged in the Complaint:

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by applicable statute(s) of limitations.

1

**THIRD DEFENSE**

2   Plaintiffs' claims are barred, in whole or in part, by the doctrine(s) of unclean hands, *in*

3   *pari delicto* and equal responsibility.

4

**FOURTH DEFENSE**

5   Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver and/or

6   estoppel.

7

**FIFTH DEFENSE**

8   Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

9

**SIXTH DEFENSE**

10   Plaintiffs' claims are barred, in whole or in part, because the remedies sought are

11   unconstitutional, contrary to public policy, or otherwise unauthorized.

12

**SEVENTH DEFENSE**

13   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to assert

14   them individually or as a class.

15

**EIGHTH DEFENSE**

16   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege

17   fraud or fraudulent concealment with sufficient particularity.

18

**NINTH DEFENSE**

19   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege

20   conspiracy with sufficient particularity.

21

**TENTH DEFENSE**

22   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs did not detrimentally

23   rely upon any deceptive conduct as alleged in the Complaint.

24

**ELEVENTH DEFENSE**

25   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any

26   injury in fact or damages as a result of the allegations in the Complaint.

27

28

**TWELFTH DEFENSE**

To the extent that Plaintiffs purport to have suffered injury or damages, the fact of which BMCC specifically denies, BMCC avers that any such purported injury or damages was not by reason of, or proximately caused by, any act, conduct or omission of BMCC.

**THIRTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered actual, cognizable antitrust injury of the type the antitrust laws are intended to remedy.

**FOURTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the alleged damages are too speculative and uncertain, and cannot be practicably ascertained or allocated.

**FIFTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC that is the subject of the Complaint either occurred outside the jurisdiction of the Court or was neither directed to nor affected persons, entities, trade or commerce in the United States, or both.

**SIXTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.  The conduct alleged by Plaintiffs in the Complaint to form the basis of certain of Plaintiffs' claims has not had a direct, substantial, and reasonably foreseeable effect on trade or commerce with the United States.

**SEVENTEENTH DEFENSE**

Plaintiffs are precluded from recovering damages, in whole or in part, because of and to the extent of their failure to mitigate damages, if any.

**EIGHTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable parties.

1

**NINETEENTH DEFENSE**

2      Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom

3   BMCC had no control.  The acts of such third parties constitute intervening or superseding

4   causes of harm, if any, suffered by Plaintiffs.

5

**TWENTIETH DEFENSE**

6      Plaintiffs' claims are barred, in whole or in part, because any action or omission by or on

7   behalf of BMCC alleged in the Complaint was reasonable, justified, and was taken in pursuit of

8   its own independent, legitimate business and economic interests, without any purpose or intent to

9   injure competition.

10

**TWENTY-FIRST DEFENSE**

11      Plaintiffs' claims are barred, in whole or in part, because the conduct of BMCC that is the

12   subject of the Complaint did not unreasonably restrain competition or lessen competition in any

13   relevant market and Plaintiffs have failed to allege or properly define any relevant market for the

14   purpose of asserting a claim against BMCC.

15

**TWENTY-SECOND DEFENSE**

16      Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged

17   acts, conduct, or statements that are specifically permitted by law.

18

**TWENTY-THIRD DEFENSE**

19      Plaintiffs' claims are barred, in whole or in part, to the extent such claims are inconsistent

20   with applicable federal laws.

21

**TWENTY-FOURTH DEFENSE**

22      Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive

23   relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the

24   requisite showing of threatened harm or continuing harm.

25

26

27

28

DEFENDANT BMCC'S ANSWER TO PLAINTIFF ELECTROGRAPH'S SECOND AMENDED COMPLAINT
(Case No. 3:07-cv-5944; MDL No. 1917)                                                                -27-

1

**TWENTY-FIFTH DEFENSE**

2       The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs and/or

3   certain members of the putative classes would be unjustly enriched if they were allowed to

4   recover any part of the damages alleged in the Complaint.

5

**TWENTY-SIXTH DEFENSE**

6       To the extent that any actionable conduct occurred, Plaintiffs' claims against BMCC are

7   barred because all such conduct would have been committed by individuals acting *ultra vires*.

8

**TWENTY-SEVENTH DEFENSE**

9       Plaintiffs' claims against BMCC are barred to the extent that they have agreed to

10  arbitration or chosen a different forum for the resolution of their claims.

11

**TWENTY-EIGHTH DEFENSE**

12      The relief sought by Plaintiffs is barred, in whole or in part, because any and all injuries

13  alleged in the Complaint, the fact and extent of which BMCC specifically denies, were directly

14  and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs

15  and/or third parties or entities, other than BMCC.

16

**TWENTY-NINTH DEFENSE**

17      Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs did not

18  purchase CRT products directly from Defendants, because they are indirect purchasers and

19  barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

20

**THIRTIETH DEFENSE**

21      Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or

22  confirmation of any and all conduct and/or omissions alleged as to BMCC.

23

**THIRTY-FIRST DEFENSE**

24      Plaintiffs' claims are barred because the Court lacks personal jurisdiction over BMCC.

25

26

27

28

1

### THIRTY-SECOND DEFENSE

2    Without admitting that Plaintiffs are entitled to recover damages in this matter, BMCC is

3    entitled to set off from any recovery Plaintiffs may obtain against BMCC by any other

4    Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

5

### THIRTY-THIRD DEFENSE

6    Plaintiffs' claims are barred due to uncertainty and vagueness and because their claims

7    are ambiguous and/or unintelligible.  BMCC avers that Plaintiffs' claims do not describe the

8    events or legal theories with sufficient particularity to permit BMCC to ascertain what other

9    defenses may exist.

10

### THIRTY-FOURTH DEFENSE

11    Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC

12    involved or was caused by, due to, compelled by, based upon, or in response to directives, laws,

13    regulations, policies, and/or acts of foreign states, foreign governments, foreign governmental

14    agencies and entities, and/or foreign regulatory agencies.

15

### THIRTY-FIFTH DEFENSE

16    Plaintiffs' claims or causes of action should be dismissed to the extent that they are

17    barred, in whole or in part, by the doctrine of *Noerr-Pennington*.

18

### THIRTY-SIXTH DEFENSE

19    This Court should not adjudicate Plaintiffs' claims for prudential considerations including

20    international comity.

21

### THIRTY-SEVENTH DEFENSE

22    The relief sought by Plaintiffs is barred, in whole or in part, because any alleged conduct

23    of BMCC occurred outside of the jurisdiction of the Court.

24

### THIRTY-EIGHTH DEFENSE

25    Plaintiffs' claims are barred to the extent that they are based on conduct beyond the

26    territorial reach of the laws or courts of the United States.

27

28

DEFENDANT BMCC'S ANSWER TO PLAINTIFF ELECTROGRAPH'S SECOND AMENDED COMPLAINT
(Case No. 3:07-cv-5944; MDL No. 1917)                                                          -29-

1

**THIRTY-NINTH DEFENSE**

2   Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not

3  allowed under applicable federal or state law.

4

**FORTIETH DEFENSE**

5   The injunctive relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs

6  have available an adequate remedy at law.

7

**FORTY-FIRST DEFENSE**

8   BMCC adopts and incorporates by reference any applicable defense asserted or to be

9  asserted by any other Defendant in this proceeding not otherwise expressly set forth herein

10  insofar as the defense(s) may be properly asserted by BMCC.

11

**FORTY-SECOND DEFENSE**

12   BMCC has not knowingly or intentionally waived any applicable defense(s) and hereby

13  reserves the right to amend or supplement its Answer and to assert and rely on any other

14  defenses as and if they become available.  BMCC further reserves the right to delete defenses

15  that it determines are not applicable.

16

17  WHEREFORE, BMCC prays that:

18  1.  The Court dismiss with prejudice Plaintiffs Electrograph Systems, Inc. and Electrograph

19  Technologies Corp.'s Second Amended Complaint;

20  2.  Plaintiffs recover no relief of any kind against defendant BMCC;

21  3.  The Court award defendant BMCC its attorneys' fees and all other costs reasonably

22  incurred in defense of this action; and

23  4.  The Court award to defendant BMCC such other relief as it may deem just and proper.

24

25

26

27

28

1    Dated:  November 4, 2013              FRESHFIELDS BRUCKHAUS
                                              DERINGER US LLP

2

3                                 By:      */s/ Richard Snyder*

4                                 Terry Calvani (53260)
                                 terry.calvani@freshfields.com

5                                 Richard Snyder (*pro hac vice*)
                                 rich.snyder@freshfields.com

6                                 **FRESHFIELDS BRUCKHAUS DERINGER US LLP**

7                                 701 Pennsylvania Avenue, NW
                                 Suite 600

8                                 Washington, DC  20004
                                 Tel:  (202) 777-4500

9                                 Fax:  (202) 777-4555

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the within action.  I am counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

On November 4, 2013, I caused a copy of the **DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S ANSWER TO ELECTROGRAPH SYSTEMS, INC. AND ELECTROGRAPH TECHNOLOGIES CORP.'S SECOND AMENDED COMPLAINT** to be filed electronically via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dated:  November 4, 2013

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:      /s/ *Richard Snyder*

Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder (*pro hac vice*)
rich.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

***Attorney for Defendant Beijing Matsushita Color CRT Co., Ltd.***