SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com
               tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-SC |
| | MDL No. 1917 |
| | (Individual Case No. 11-cv-01656-SC) |
| This Document Relates to:<br>        11-cv-01656-SC<br><br>ELECTROGRAPH SYSTEMS, INC. AND ELECTROGRAPH TECHNOLOGIES CORP.,<br><br>        Plaintiffs,<br><br>        v.<br><br>HITACHI, LTD., et al.<br><br>        Defendants. | **ANSWER OF DEFENDANTS SAMSUNG SDI AMERICA, INC., SAMSUNG SDI CO., LTD., SAMSUNG SDI (MALAYSIA) SDN. BHD., SAMSUNG SDI MEXICO S.A. DE C.V., SAMSUNG SDI BRASIL LTDA., SHENZHEN SAMSUNG SDI CO., LTD., AND TIANJIN SAMSUNG SDI CO., LTD. TO THE SECOND AMENDED COMPLAINT OF PLAINTIFFS ELECTROGRAPH SYSTEMS, INC. AND ELECTROGRAPH TECHNOLOGIES CORP.** |

Defendants Samsung SDI America, Inc. ("SDIA"), Samsung SDI Co., Ltd. ("SDI Co."), Samsung SDI (Malaysia) Sdn Bhd. ("SDI Malaysia"), Samsung SDI Mexico S.A. de C.V. ("SDI Mexico"), Samsung SDI Brasil Ltda. ("SDI Brasil"), Shenzhen Samsung SDI Co. Ltd. ("SDI Shenzhen"), and Tianjin Samsung SDI Co., Ltd. ("SDI Tianjin") (collectively "SDI" or the "Samsung SDI Defendants"), by and through their undersigned counsel of record, answer the Second Amended Complaint (the "Complaint") of Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. ("Plaintiffs") and allege additional or affirmative defenses as follows.  SDI denies each and every allegation in the Complaint's section headings and in all portions of the Complaint not contained in numbered paragraphs.  To the extent that the Complaint's allegations concern persons and/or entities other than SDI, SDI denies that such allegations support any claim for relief against SDI.

SDI responds to the Complaint in accordance with the former Special Master's Report And Recommendations Regarding Defendants' Motions To Dismiss Direct Action Complaints (Dkt. No. 1664); the Court's Order Adopting In Part And Modifying In Part Special Master's Report And Recommendation On Defendants' Motion To Dismiss The Direct Action Complaints (Dkt. No. 1856); and related orders dismissing certain parties.  As a result of those orders, the Court dismissed, inter alia: (a) plaintiffs' claims under the Massachusetts Consumer Protection Act, with leave to amend; (b) plaintiffs' claims under the Washington Consumer Protection Act; (c) plaintiffs' claims under California's laws for restitution and unjust enrichment; (d) plaintiffs' claims under the law of New York based on pre-December 3, 1998 purchases; and (e) plaintiffs' claims under claims the Nevada Unfair Trade Practices Act based on pre-October 1, 1999 purchases.

## I.      Introductory Allegations.

1.      To the extent that the allegations of Paragraph 1 are definitional, SDI avers that no response is required.  To the extent that the allegations of Paragraph 1 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To

1  the extent that a response is required and to the extent that the allegations of Paragraph 1

2  relate to other defendants or other persons, SDI lacks knowledge or information sufficient

3  to form a belief as to their truth, and therefore denies them.  To the extent that a response is

4  required as to matters relating to SDI, SDI denies all of the allegations of Paragraph 1 and

5  all inferences arising therefrom.  Subject to the foregoing, SDI acknowledges that

6  Plaintiffs purport to refer to cathode ray tubes as "CRTs," and purport to refer to the period

7  from at least March 1, 1995 through at least November 25, 2007 as the "Relevant Period,"

8  although SDI disputes the propriety of such definitions and any inferences arising

9  therefrom.  SDI specifically denies that the conspiracy, which SDI denies the existence of,

10 extended from March 1, 1995 through November 25, 2007.

11          2.      To the extent that the allegations of Paragraph 2 are definitional, SDI

12 avers that no response is required.  To the extent that a response is required and to the

13 extent that the allegations of Paragraph 2 relate to other defendants or other persons, SDI

14 lacks knowledge or information sufficient to form a belief as to their truth, and therefore

15 denies them.  To the extent that a response is required as to matters relating to SDI, SDI

16 denies all of the allegations of Paragraph 2 and all inferences arising therefrom.  Subject to

17 the foregoing, SDI acknowledges that Plaintiffs purport to refer to (i) color picture tubes as

18 "CPTs," (ii) color display tubes as "CDTs," (iii) CPTs of all sizes and the products

19 containing them collectively as "CPT Products," (iv) CDTs of all sizes and the products

20 containing them collectively as "CDT Products," and (v) CDT Products and CPT Products

21 collectively as "CRT Products" although SDI disputes the propriety of such definitions and

22 any inferences arising therefrom.  SDI specifically denies that it manufactured any

23 electronic devices containing CPTs or CDTs.

24          3.      SDI avers that the allegations of Paragraph 3 constitute legal

25 contentions and/or conclusions to which no response is required.  To the extent a response

26 is required, and to the extent the allegations of Paragraph 3 relate to other defendants or

27 other persons, SDI lacks knowledge or information sufficient to form a belief as to their

28 truth, and therefore denies them.  To the extent a response is required, and to the extent the

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT

allegations of Paragraph 3 purport to pertain to SDI, SDI denies all of the allegations of Paragraph 3.

4.      SDI avers that the allegations of Paragraph 4 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 4 to the extent they purport to pertain to SDI. Further, to the extent that the allegations of Paragraph 4 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

5.      SDI avers that the allegations of Paragraph 5 and its subparts constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 5 and its subparts to the extent they purport to pertain to SDI.  SDI further denies all factual allegations of this Paragraph to the extent such allegations pertain to SDI.  Further, to the extent that the allegations of Paragraph 5 and its subparts relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

6.      SDI avers that the allegations of Paragraph 6 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 6 to the extent they purport to pertain to SDI. SDI further denies all factual allegations of this Paragraph to the extent such allegations pertain to SDI.   Further, to the extent that the allegations of Paragraph 6 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

7.      SDI avers that the allegations of Paragraph 7 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 7 to the extent they purport to pertain to SDI. SDI further denies all factual allegations of this Paragraph to the extent such allegations pertain to SDI.   Further, to the extent that the allegations of Paragraph 7 relate to other defendants

-3-

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT

1  or persons, SDI lacks knowledge or information sufficient to form a belief as to their truth,

2  and therefore denies them.

3        8.     With the exception of matters specifically admitted herein as follows,

4  SDI lacks knowledge or information sufficient to form a belief as to the truth of the

5  allegations in Paragraph 8, and therefore denies them.  SDI admits that the United States

6  Department of Justice ("DOJ") announced an investigation relating to the cathode ray

7  tubes industry.  SDI further admits on information and belief that six individuals have been

8  indicted in connection with the DOJ's investigation of the color display tubes industry.

9        9.     To the extent that the allegations of Paragraph 9 constitute legal

10  contentions and/or conclusions, SDI avers that no response is required.  To the extent a

11  response is required, SDI denies all of the allegations of Paragraph 9 to the extent they

12  purport to pertain to SDI.  To the extent that the allegations of Paragraph 9 relate to other

13  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

14  form a belief as to their truth, and therefore denies them.

15  **II.**    **Allegations Concerning Jurisdiction and Venue.**

16        10.     SDI admits that Plaintiffs purport to invoke the cited statutory

17  provisions, but otherwise denies the allegations of Paragraph 10.

18        11.     SDI admits that Plaintiffs purport to invoke the cited statutory

19  provisions, but otherwise denies the allegations of Paragraph 11.

20        12.     SDI admits that Plaintiffs purport to invoke the cited statutory

21  provisions, but otherwise denies the allegations of Paragraph 12.

22        13.     SDI avers that the allegations of Paragraph 13 regarding subject

23  matter and supplemental jurisdiction constitute legal contentions and/or conclusions to

24  which no response is required.  To the extent that a response is required, and to the extent

25  that allegations of Paragraph 13 purport to pertain to SDI, SDI denies all of the allegations

26  of Paragraph 13.  To the extent that the allegations of Paragraph 13 relate to other

27  defendants or Plaintiffs, SDI lacks knowledge or information sufficient to form a belief as

28  to the truth of those allegations, and therefore denies them.

1        14.     SDI avers that the allegations of Paragraph 14 constitute legal

2 contentions and/or conclusions to which no response is required.  To the extent that a

3 response is required, and to the extent that allegations of Paragraph 14 purport to pertain to

4 SDI, SDI denies all of the allegations of Paragraph 14.  To the extent that the allegations of

5 Paragraph 14 relate to other defendants, SDI lacks knowledge or information sufficient to

6 form a belief as to the truth of those allegations, and therefore denies them.

7        15.     SDI avers that the allegations of Paragraph 15 constitute legal

8 contentions and/or conclusions to which no response is required.  To the extent that a

9 response is required, and to the extent that allegations of Paragraph 15 purport to pertain to

10 SDI, SDI denies all of the allegations of Paragraph 15.  To the extent that the allegations of

11 Paragraph 15 relate to other defendants or Plaintiffs, SDI lacks knowledge or information

12 sufficient to form a belief as to the truth of those allegations, and therefore denies them.

13        16.     SDI avers that the allegations of Paragraph 16 constitute legal

14 contentions and/or conclusions to which no response is required.  To the extent that a

15 response is required, and to the extent that allegations of Paragraph 16 purport to pertain to

16 SDI, SDI denies all of the allegations of Paragraph 16.  To the extent that the allegations of

17 Paragraph 16 relate to other defendants, SDI lacks knowledge or information sufficient to

18 form a belief as to the truth of those allegations, and therefore denies them.

19        17.     SDI avers that the allegations of Paragraph 17 regarding venue

20 constitute legal contentions and/or conclusions to which no response is required.  To the

21 extent that a response is required, and to the extent that allegations of Paragraph 17 purport

22 to pertain to SDI, SDI denies all of the allegations of Paragraph 17, with the exception of

23 matters specifically admitted herein as follows.  SDI admits that SDI Co., SDI Malaysia,

24 SDI Mexico, SDI Brazil, SDI Shenzen, and SDI Tianjin maintain principal places of

25 business in foreign countries.  SDI further admits that SDIA is licensed to and is doing

26 business in California.  To the extent that the allegations of Paragraph 17 relate to other

27 defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth

28 of those allegations, and therefore denies them.

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT

### III.     Allegations Concerning the Parties.

18.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18, and therefore denies them.

19.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19, and therefore denies them.

20.     To the extent that allegations of Paragraph 20 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 20 purport to pertain to SDI, SDI denies all of the allegations of Paragraph 20.  To the extent that the allegations of Paragraph 20 relate to other defendants, Plaintiffs, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

21.     To the extent that allegations of Paragraph 21 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 21 purport to pertain to SDI, SDI denies all of the allegations of Paragraph 21.  To the extent that the allegations of Paragraph 21 relate to other defendants, Plaintiffs, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

22.     To the extent that allegations of Paragraph 22 constitute legal contentions and/or conclusions, SDI avers that no response is required. To the extent that the allegations of Paragraph 22 relate to other defendants, Plaintiffs, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 22 purport to pertain to SDI, SDI denies all of those allegations.

23.     To the extent that allegations of Paragraph 23 constitute legal contentions and/or conclusions, SDI avers that no response is required. To the extent that the allegations of Paragraph 23 relate to other defendants, Plaintiffs, or other persons, SDI

1    lacks knowledge or information sufficient to form a belief as to their truth, and therefore

2    denies them.  To the extent the allegations of Paragraph 23 purport to pertain to SDI, SDI

3    denies all of those allegations.

4             24.    SDI lacks knowledge or information sufficient to form a belief as to

5    the truth of the allegations of Paragraph 24, and therefore denies them.

6             25.    To the extent that allegations of Paragraph 25 constitute legal

7    contentions and/or conclusions, SDI avers that no response is required. To the extent that

8    the allegations of Paragraph 25 relate to other defendants, Plaintiffs, or other persons, SDI

9    lacks knowledge or information sufficient to form a belief as to their truth, and therefore

10   denies them.  To the extent the allegations of Paragraph 25 purport to pertain to SDI, SDI

11   denies all of those allegations.

12            26.    SDI lacks knowledge or information sufficient to form a belief as to

13   the truth of the allegations of Paragraph 26, and therefore denies them.

14            27.    To the extent that allegations of Paragraph 27 constitute legal

15   contentions and/or conclusions, SDI avers that no response is required. To the extent that

16   the allegations of Paragraph 27 relate to other defendants, Plaintiffs, or other persons, SDI

17   lacks knowledge or information sufficient to form a belief as to their truth, and therefore

18   denies them.  To the extent the allegations of Paragraph 27 purport to pertain to SDI, SDI

19   denies all of those allegations.

20            28.    SDI lacks knowledge or information sufficient to form a belief as to

21   the truth of the allegations of Paragraph 28, and therefore denies them.

22            29.    To the extent that allegations of Paragraph 29 constitute legal

23   contentions and/or conclusions, SDI avers that no response is required. To the extent that

24   the allegations of Paragraph 29 relate to other defendants, Plaintiffs, or other persons, SDI

25   lacks knowledge or information sufficient to form a belief as to their truth, and therefore

26   denies them.  To the extent the allegations of Paragraph 29 purport to pertain to SDI, SDI

27   denies all of those allegations.

28            30.    SDI lacks knowledge or information sufficient to form a belief as to

-7-

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT

1    the truth of the allegations of Paragraph 30, and therefore denies them.

2            31.    To the extent that allegations of Paragraph 31 constitute legal

3    contentions and/or conclusions, SDI avers that no response is required. To the extent that

4    the allegations of Paragraph 31 relate to other defendants, Plaintiffs, or other persons, SDI

5    lacks knowledge or information sufficient to form a belief as to their truth, and therefore

6    denies them.  To the extent the allegations of Paragraph 31 purport to pertain to SDI, SDI

7    denies all of those allegations.

8            32.    SDI lacks knowledge or information sufficient to form a belief as to

9    the truth of the allegations of Paragraph 32, and therefore denies them.

10           33.    To the extent that allegations of Paragraph 33 constitute legal

11   contentions and/or conclusions, SDI avers that no response is required. To the extent that

12   the allegations of Paragraph 33 relate to other defendants, Plaintiffs, or other persons, SDI

13   lacks knowledge or information sufficient to form a belief as to their truth, and therefore

14   denies them.  To the extent the allegations of Paragraph 33 purport to pertain to SDI, SDI

15   denies all of those allegations.

16           34.    SDI lacks knowledge or information sufficient to form a belief as to

17   the truth of the allegations of Paragraph 34, and therefore denies them.

18           35.    SDI lacks knowledge or information sufficient to form a belief as to

19   the truth of the allegations of Paragraph 35, and therefore denies them.

20           36.    SDI lacks knowledge or information sufficient to form a belief as to

21   the truth of the allegations of Paragraph 36, and therefore denies them.

22           37.    SDI lacks knowledge or information sufficient to form a belief as to

23   the truth of the allegations of Paragraph 37, and therefore denies them.

24           38.    SDI lacks knowledge or information sufficient to form a belief as to

25   the truth of the allegations of Paragraph 38, and therefore denies them.

26           39.    SDI lacks knowledge or information sufficient to form a belief as to

27   the truth of the allegations of Paragraph 39, and therefore denies them.

28           40.    SDI avers that the allegations of Paragraph 40 are definitional, to

1   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

2   Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi

3   Electronic Devices (USA), Inc., and Shenzhen SEG Hitachi Color Display Devices, Ltd.

4   collectively in the Complaint as "Hitachi."

5   41.   SDI lacks knowledge or information sufficient to form a belief as to

6   the truth of the allegations of Paragraph 41, and therefore denies them.

7   42.   SDI lacks knowledge or information sufficient to form a belief as to

8   the truth of the allegations of Paragraph 42, and therefore denies them.

9   43.   SDI lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations of Paragraph 43, and therefore denies them.

11  44.   SDI avers that the allegations of Paragraph 44 are definitional, to

12  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

13  Irico Group Corporation, Irico Group Electronics Co., Ltd., and Irico Display Devices Co.,

14  Ltd. collectively in the Complaint as "Irico."

15  45.   SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 45, and therefore denies them.

17  46.   SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 46, and therefore denies them.

19  47.   SDI avers that the allegations of Paragraph 47 are definitional, to

20  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

21  LG Electronics, Inc., and LG Electronics USA, Inc. collectively in the Complaint as "LG

22  Electronics."

23  48.   SDI lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations of Paragraph 48, and therefore denies them.

25  49.   SDI lacks knowledge or information sufficient to form a belief as to

26  the truth of the allegations of Paragraph 49, and therefore denies them.

27  50.   SDI lacks knowledge or information sufficient to form a belief as to

28  the truth of the allegations of Paragraph 50, and therefore denies them.

-9-

1          51.     SDI avers that the allegations of Paragraph 51 are definitional, to

2    which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

3    Panasonic Corporation and Panasonic Corporation of North America collectively as

4    "Panasonic."

5          52.     SDI lacks knowledge or information sufficient to form a belief as to

6    the truth of the allegations of Paragraph 52, and therefore denies them.

7          53.     SDI lacks knowledge or information sufficient to form a belief as to

8    the truth of the allegations of Paragraph 53, and therefore denies them.

9          54.     SDI lacks knowledge or information sufficient to form a belief as to

10   the truth of the allegations of Paragraph 54, and therefore denies them.

11         55.     SDI lacks knowledge or information sufficient to form a belief as to

12   the truth of the allegations of Paragraph 55, and therefore denies them.

13         56.     SDI lacks knowledge or information sufficient to form a belief as to

14   the truth of the allegations of Paragraph 56, and therefore denies them.

15         57.     SDI lacks knowledge or information sufficient to form a belief as to

16   the truth of the allegations of Paragraph 57, and therefore denies them.

17         58.     SDI avers that the allegations of Paragraph 58 are definitional, to

18   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

19   Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation,

20   Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria

21   Electronica Ltda. collectively in the Complaint as "Philips."

22         59.     SDI denies all of the allegations of Paragraph 59, with the exception

23   of matters specifically admitted herein.  SDI specifically denies that it has offices in

24   Chicago and San Diego.  SDI admits that SDI Co. is a publicly traded South Korean

25   company, but denies that its principal place of business is 575 Shin-dong, Youngtong-gu,

26   Suwon, South Korea.  SDI admits that Samsung Electronics Co., Ltd. ("SEC") holds

27   almost 20% of SDI Co.'s stock, but specifically denies that SEC dominated or controlled

28   SDI Co.  The Samsung SDI Defendants aver that SDI Co. and SEC are independent,

-10-

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT

1   separately-owned, publicly traded corporations, and demand strict proof to the contrary.

2           60.     SDI denies each and every allegation of Paragraph 60.

3           61.     SDI denies all of the allegations of Paragraph 61, with the exception

4   of matters specifically admitted herein as follows.  SDI specifically denies that SDI

5   Mexico is a wholly-owned subsidiary of Samsung SDI and that SDI Mexico manufactured,

6   marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated

7   and controlled SDI Mexico.   SDI admits that SDI Mexico is a Mexican company with its

8   principal place of business located at Blvd. Los Olivos, No. 21014, Parque Industrial El

9   Florido, Tijuana, B.C. Mexico.

10          62.     SDI denies all of the allegations of Paragraph 62, with the exception

11  of matters specifically admitted herein as follows.  SDI specifically denies that SDI Brazil

12  is a wholly-owned subsidiary of Samsung SDI and that SDI Brazil manufactured,

13  marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated

14  and controlled SDI Brazil.   SDI admits that SDI Brasil is a Brazilian company with its

15  principal place of business located at Av. Eixo Norte Sul, S/N, Distrito Industrial, 69088-

16  480 Manaus, Amazonas, Brazil.

17          63.     SDI denies all of the allegations of Paragraph 63, with the exception

18  of matters specifically admitted herein as follows.  SDI specifically denies that SDI

19  Shenzhen is a wholly-owned subsidiary of Samsung SDI and that SDI Shenzhen

20  manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that

21  SEC dominated and controlled SDI Shenzhen.  SDI admits that SDI Shenzhen is a Chinese

22  company with its principal place of business located at Huanggang Bei Lu, Futian Gu,

23  Shenzhen, China.

24          64.     SDI denies all of the allegations of Paragraph 64, with the exception

25  of matters specifically admitted herein as follows.  SDI specifically denies that SDI Tianjin

26  is a wholly-owned subsidiary of Samsung SDI and that SDI Tianjin manufactured,

27  marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated

28  and controlled SDI Tianjin.  SDI admits that SDI Tianjin is a Chinese company with its

-11-

1   principal place of business located at Developing Zone of Yi-Xian Park, Wuqing County,

2   Tianjin, China.

3       65.     SDI denies all of the allegations of Paragraph 65, with the exception

4   of matters specifically admitted herein as follows.  SDI specifically denies that SDI

5   Malaysia is a wholly-owned subsidiary of Samsung SDI and that SDI Malaysia

6   manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that

7   SEC dominated and controlled SDI Malaysia.   SDI admits that SDI Malaysia is a

8   Malaysian company with its principal place of business at Lots 635 & 660, Kawasan

9   Perindustrian, Tuanku Jafaar, 71450 Sungai Gadut, Negeri Sembilan Darul Khusus,

10  Malaysia.

11      66.     SDI avers that the allegations of Paragraph 66 are definitional, to

12  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

13  SDI Co., SDIA, SDI Mexico, SDI Brasil, SDI Shenzhen, SDI Tianjin, and SDI Malaysia

14  collectively in the Complaint as "Samsung," although SDI disputes the propriety of such

15  reference and any inferences that may be drawn therefrom.

16      67.     SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 67, and therefore denies them.

18      68.     SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 68, and therefore denies them.

20      69.     SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 69, and therefore denies them.

22      70.     SDI lacks knowledge or information sufficient to form a belief as to

23  the truth of the allegations of Paragraph 70, and therefore denies them.

24      71.     SDI lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations of Paragraph 71, and therefore denies them.

26      72.     SDI lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations of Paragraph 72, and therefore denies them.

28      73.     SDI lacks knowledge or information sufficient to form a belief as to

1 the truth of the allegations of Paragraph 73, and therefore denies them.

2        74.    SDI avers that the allegations of Paragraph 74 are definitional, to

3 which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

4 Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC,

5 Toshiba America Electronic Components, Inc., and Toshiba America Information

6 Systems, Inc. collectively in the Complaint as "Toshiba."

7 **IV.    Allegations Concerning Supposed Agents and Co-Conspirators.**

8        75.    To the extent that the allegations of Paragraph 75 relate to other

9 defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

10 and therefore denies them.  To the extent that the allegations of Paragraph 75 purport to

11 pertain to SDI, SDI denies all of those allegations.

12        76.    To the extent that the allegations of Paragraph 76 relate to other

13 defendants or other persons, SDI lacks knowledge or information sufficient to form a

14 belief as to their truth, and therefore denies them.  To the extent that the allegations of

15 Paragraph 76 purport to pertain to SDI, SDI denies all of those allegations.

16        77.    To the extent that the allegations of Paragraph 77 relate to other

17 defendants or other persons, SDI lacks knowledge or information sufficient to form a

18 belief as to their truth, and therefore denies them.  To the extent that the allegations of

19 Paragraph 77 purport to pertain to SDI, SDI denies all of those allegations.

20        78.    SDI lacks knowledge or information sufficient to form a belief as to

21 the truth of the allegations of Paragraph 78, and therefore denies them.

22        79.    SDI avers that the allegations of Paragraph 79 are definitional, to

23 which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

24 Daewoo Electronics Co., Ltd., Orion Electronic Co. and Daewoo-Orion Societe Anonyme

25 collectively in the Complaint as "Daewoo."

26        80.    SDI lacks knowledge or information sufficient to form a belief as to

27 the truth of the allegations of Paragraph 80, and therefore denies them.

28        81.    SDI lacks knowledge or information sufficient to form a belief as to

-13-

1   the truth of the allegations of Paragraph 81, and therefore denies them.

2            82.    SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 82, and therefore denies them.

4            83.    To the extent that the allegations of Paragraph 83 relate to other

5   defendants or other persons, SDI lacks knowledge or information sufficient to form a

6   belief as to their truth, and therefore denies them.  To the extent that the allegations of

7   Paragraph 83 purport to pertain to SDI, SDI denies all of those allegations.

8   **V.      Allegations Concerning Trade and Commerce.**

9            84.    SDI avers that the allegations of Paragraph 84 constitute legal

10  contentions and/or conclusions to which no response is required, but SDI nonetheless

11  denies all of the allegations of Paragraph 84 to the extent they purport to pertain to SDI.

12  Further, to the extent that the allegations of Paragraph 84 relate to other defendants, SDI

13  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

14  denies them.

15           85.    SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 85, and therefore denies them.

17           86.    SDI avers that the allegations of Paragraph 86 constitute legal

18  contentions and/or conclusions to which no response is required, but SDI nonetheless

19  denies all of the allegations of Paragraph 86 to the extent they purport to pertain to SDI.

20  Further, to the extent that the allegations of Paragraph 86 relate to other defendants, SDI

21  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

22  denies them.

23  **VI.     Factual Allegations.**

24           87.    To the extent that the allegations of Paragraph 87 are definitional, SDI

25  avers that no response is required.  To the extent a response is required, SDI lacks

26  knowledge or information sufficient to form a belief as to the truth of the allegations of

27  Paragraph 87, and therefore denies them.

28           88.    SDI lacks knowledge or information sufficient to form a belief as to

-14-

1   the truth of the allegations of Paragraph 88, and therefore denies them.

2          89.    To the extent that the allegations of Paragraph 89 are definitional, SDI

3   avers that no response is required.  To the extent a response is required, SDI lacks

4   knowledge or information sufficient to form a belief as to the truth of the allegations of

5   Paragraph 89, and therefore denies them.

6          90.    SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 90, and therefore denies them.

8          91.    To the extent that the allegations of Paragraph 91 are definitional, SDI

9   avers that no response is required.  To the extent a response is required, SDI lacks

10  knowledge or information sufficient to form a belief as to the truth of the allegations of

11  Paragraph 91, and therefore denies them, with the exception of matters specifically

12  admitted herein as follows.  SDI admits that CRTs can be subdivided into CDTs and CPTs.

13  SDI further admits that CPTs are used primarily in televisions and related devices and that

14  CDTs are primarily used in computer monitors and similar devices.

15         92.    SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 92, and therefore denies them.

17         93.    SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 93, and therefore denies them.

19         94.    SDI avers that the allegations of Paragraph 94 constitute legal

20  contentions and/or conclusions to which no response is required, but SDI nonetheless

21  denies all of the allegations of Paragraph 94.

22         95.    SDI denies each and every allegation of Paragraph 95.

23         96.    SDI denies each and every allegation of Paragraph 96.

24         97.    SDI lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations of Paragraph 97, and therefore denies them.

26         98.    To the extent that the allegations of Paragraph 98 relate to other

27  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

28  and therefore denies them.  To the extent that the allegations of Paragraph 98 purport to

-15-

1   pertain to SDI, SDI denies all of those allegations.

2          99.     To the extent that the allegations of Paragraph 99 relate to other

3   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

4   and therefore denies them.  To the extent that the allegations of Paragraph 99 purport to

5   pertain to SDI, SDI denies all of those allegations.

6          100.    To the extent that the allegations of Paragraph 100 relate to other

7   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

8   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 100

9   purport to pertain to SDI, SDI denies all of those allegations, with the exception of matters

10  specifically admitted herein as follows.  SDI admits that, during at least portions of the

11  alleged period, SDI Co. was a member of EDIRAK (the Electronic Display Industrial

12  Research Association of Korea) and KODEMIA (the Korean Display Equipment Material

13  Industry Association).  SDI specifically denies that such trade associations furthered or in

14  any way connected with the "conspiracy" alleged in Paragraph 100 of Complaint.

15         101.    SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 101, and therefore denies them.

17         102.    To the extent that the allegations of Paragraph 102 relate to other

18  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

19  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 102

20  purport to pertain to SDI, SDI denies all of those allegations.

21         103.    To the extent that the allegations of Paragraph 103 and its subparts

22  relate to other defendants or entities, SDI lacks knowledge or information sufficient to

23  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

24  of Paragraph 103 and its subparts purport to pertain to SDI, SDI denies all of those

25  allegations.

26         104.    To the extent that the allegations of Paragraph 104 relate to other

27  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

28  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 104

-16-

1    purport to pertain to SDI, SDI denies all of those allegations.

2              105.    To the extent that the allegations of Paragraph 105 relate to other

3    defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

4    their truth, and therefore denies them.  To the extent that the allegations of Paragraph 105

5    purport to pertain to SDI, SDI denies all of those allegations.

6              106.    SDI lacks knowledge or information sufficient to form a belief as to

7    the truth of the allegations of Paragraph 106, and therefore denies them.

8              107.    SDI lacks knowledge or information sufficient to form a belief as to

9    the truth of the allegations of Paragraph 107, and therefore denies them.

10             108.    To the extent that the allegations of Paragraph 108 relate to other

11   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

12   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 108

13   purport to pertain to SDI, SDI denies all of those allegations.

14             109.    To the extent that the allegations of Paragraph 109 relate to other

15   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

16   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 109

17   purport to pertain to SDI, SDI denies all of those allegations.

18             110.    To the extent that the allegations of Paragraph 110 relate to other

19   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

20   and therefore denies them.  To the extent that the allegations of Paragraph 110 purport to

21   pertain to SDI, SDI denies all of those allegations.

22             111.    To the extent that the allegations of Paragraph 111 relate to other

23   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

24   and therefore denies them.  To the extent that the allegations of Paragraph 111 purport to

25   pertain to SDI, SDI denies all of those allegations.

26             112.    To the extent that the allegations of Paragraph 112 relate to other

27   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

28   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 112

-17-

1   purport to pertain to SDI, SDI denies all of those allegations.

2           113.    To the extent that the allegations of Paragraph 113 relate to other

3   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

4   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 113

5   purport to pertain to SDI, SDI denies all of those allegations.

6           114.    To the extent that the allegations of Paragraph 114 relate to other

7   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

8   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 114

9   purport to pertain to SDI, SDI denies all of those allegations.

10          115.    To the extent that the allegations of Paragraph 115 relate to other

11  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

12  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 115

13  purport to pertain to SDI, SDI denies all of those allegations.

14          116.    To the extent that the allegations of Paragraph 116 relate to other

15  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

16  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 116

17  purport to pertain to SDI, SDI denies all of those allegations.

18          117.    To the extent that the allegations of Paragraph 117 relate to other

19  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

20  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 117

21  purport to pertain to SDI, SDI denies all of those allegations.

22          118.    To the extent that the allegations of Paragraph 118 relate to other

23  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

24  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 118

25  purport to pertain to SDI, SDI denies all of those allegations.

26          119.    To the extent that the allegations of Paragraph 119 relate to other

27  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

28  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 119

-18-

1   purport to pertain to SDI, SDI denies all of those allegations.

2          120.    SDI denies each and every allegation of Paragraph 120.

3          121.    To the extent that the allegations of Paragraph 121 relate to other

4   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

5   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 121

6   purport to pertain to SDI, SDI denies all of those allegations.

7          122.    To the extent that the allegations of Paragraph 122 relate to other

8   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

9   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 122

10  purport to pertain to SDI, SDI denies all of those allegations.

11         123.    To the extent that the allegations of Paragraph 123 relate to other

12  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

13  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 123

14  purport to pertain to SDI, SDI denies all of those allegations.

15         124.    To the extent that the allegations of Paragraph 124 relate to other

16  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

17  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 124

18  purport to pertain to SDI, SDI denies all of those allegations.

19         125.    To the extent that the allegations of Paragraph 125 relate to other

20  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

21  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 125

22  purport to pertain to SDI, SDI denies all of those allegations.

23         126.    To the extent that the allegations of Paragraph 126 relate to other

24  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

25  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 126

26  purport to pertain to SDI, SDI denies all of those allegations.

27         127.    To the extent that the allegations of Paragraph 127 relate to other

28  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

-19-

their truth, and therefore denies them.  To the extent that the allegations of Paragraph 127 purport to pertain to SDI, SDI denies all of those allegations.

128.    To the extent that the allegations of Paragraph 128 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 128 purport to pertain to SDI, SDI denies all of those allegations.

129.    To the extent that the allegations of Paragraph 129 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 129 purport to pertain to SDI, SDI denies all of those allegations.

130.    To the extent that the allegations of Paragraph 130 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 130 purport to pertain to SDI, SDI denies all of those allegations.

131.    To the extent that the allegations of Paragraph 131 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 131 purport to pertain to SDI, SDI denies all of those allegations.

132.    To the extent that the allegations of Paragraph 132 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 132 purport to pertain to SDI, SDI denies all of those allegations.

133.    To the extent that the allegations of Paragraph 133 and its subparts relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 133 and its subparts purport to pertain to SDI, SDI denies all of those allegations.

134.    To the extent that the allegations of Paragraph 134 and its subparts

1  relate to other defendants or entities, SDI lacks knowledge or information sufficient to
2  form a belief as to their truth, and therefore denies them.  To the extent that the allegations
3  of Paragraph 134 and its subparts purport to pertain to SDI, SDI denies all of those
4  allegations.

5          135.    To the extent that the allegations of Paragraph 135 relate to other
6  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
7  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 135
8  purport to pertain to SDI, SDI denies all of those allegations.

9          136.    To the extent that the allegations of Paragraph 136 relate to other
10  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
11  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 136
12  purport to pertain to SDI, SDI denies all of those allegations.

13          137.    To the extent that the allegations of Paragraph 137 relate to other
14  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
15  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 137
16  purport to pertain to SDI, SDI denies all of those allegations.

17          138.    To the extent that the allegations of Paragraph 138 relate to other
18  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
19  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 138
20  purport to pertain to SDI, SDI denies all of those allegations.

21          139.    To the extent that the allegations of Paragraph 139 relate to other
22  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
23  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 139
24  purport to pertain to SDI, SDI denies all of those allegations.

25          140.    To the extent that the allegations of Paragraph 140 relate to other
26  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
27  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 140
28  purport to pertain to SDI, SDI denies all of those allegations.

-21-

1          141.    To the extent that the allegations of Paragraph 141 relate to other

2   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

3   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 141

4   purport to pertain to SDI, SDI denies all of those allegations.

5          142.    To the extent that the allegations of Paragraph 142 relate to other

6   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

7   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 142

8   purport to pertain to SDI, SDI denies all of those allegations.

9          143.    To the extent that the allegations of Paragraph 143 relate to other

10  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

11  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 143

12  purport to pertain to SDI, SDI denies all of those allegations.

13         144.    To the extent that the allegations of Paragraph 144 relate to other

14  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

15  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 144

16  purport to pertain to SDI, SDI denies all of those allegations.

17         145.    To the extent that the allegations of Paragraph 145 relate to other

18  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

19  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 145

20  purport to pertain to SDI, SDI denies all of those allegations.

21         146.    To the extent that the allegations of Paragraph 146 relate to other

22  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

23  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 146

24  purport to pertain to SDI, SDI denies all of those allegations.

25         147.    To the extent that the allegations of Paragraph 147 relate to other

26  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

27  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 147

28  purport to pertain to SDI, SDI denies all of those allegations.

SMRH:411275197.1
MDL No. 1917; Case No. 11-cv-01656

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT

148.    To the extent that the allegations of Paragraph 148 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 148 purport to pertain to SDI, SDI denies all of those allegations.

149.    To the extent that the allegations of Paragraph 149 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 149 purport to pertain to SDI, SDI denies all of those allegations.

150.    To the extent that the allegations of Paragraph 150 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 150 purport to pertain to SDI, SDI denies all of those allegations.

151.    To the extent that the allegations of Paragraph 151 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 151 purport to pertain to SDI, SDI denies all of those allegations.

152.    To the extent that the allegations of Paragraph 152 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 152 purport to pertain to SDI, SDI denies all of those allegations.

153.    To the extent that the allegations of Paragraph 153 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 153 purport to pertain to SDI, SDI denies all of those allegations.

154.    To the extent that the allegations of Paragraph 154 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 154 purport to pertain to SDI, SDI denies all of those allegations.

SMRH:411275197.1
MDL No. 1917; Case No. 11-cv-01656
SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT

1      155.    To the extent that the allegations of Paragraph 155 relate to other

2  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

3  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 155

4  purport to pertain to SDI, SDI denies all of those allegations.

5      156.    To the extent that the allegations of Paragraph 156 relate to other

6  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

7  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 156

8  purport to pertain to SDI, SDI denies all of those allegations.

9      157.    To the extent that the allegations of Paragraph 157 relate to other

10  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

11  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 157

12  purport to pertain to SDI, SDI denies all of those allegations.

13      158.    To the extent that the allegations of Paragraph 158 relate to other

14  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

15  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 158

16  purport to pertain to SDI, SDI denies all of those allegations.

17      159.    To the extent that the allegations of Paragraph 159 relate to other

18  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

19  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 159

20  purport to pertain to SDI, SDI denies all of those allegations.

21      160.    To the extent that the allegations of Paragraph 160 relate to other

22  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

23  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 160

24  purport to pertain to SDI, SDI denies all of those allegations.

25      161.    SDI denies each and every allegation of Paragraph 161.

26      162.    SDI lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations of Paragraph 162, and therefore denies them, with the exception

28  of matters specifically admitted herein as follows.  SDI admits that cathode ray tubes can

-24-

1   be used in certain television and computer monitor products.

2       163.   SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 163, and therefore denies them.

4       164.   SDI lacks knowledge or information sufficient to form a belief as to

5   the truth of the allegations of Paragraph 164, and therefore denies them.

6       165.   To the extent that the allegations of Paragraph 165 relate to other

7   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

8   and therefore denies them.  To the extent that the allegations of Paragraph 165 purport to

9   pertain to SDI, SDI denies all of those allegations.

10      166.   SDI lacks knowledge or information sufficient to form a belief as to

11  the truth of the allegations of Paragraph 166, and therefore denies them.

12      167.   To the extent that the allegations of Paragraph 167 relate to other

13  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

14  and therefore denies them.  To the extent that the allegations of Paragraph 167 purport to

15  pertain to SDI, SDI denies all of those allegations.

16      168.   SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 168, and therefore denies them.

18      169.   SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 169, and therefore denies them.

20      170.   SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 170, and therefore denies them.

22      171.   SDI denies each and every allegation of Paragraph 171.

23      172.   To the extent that the allegations of Paragraph 172 relate to other

24  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

25  and therefore denies them.  To the extent that the allegations of Paragraph 172 purport to

26  pertain to SDI, SDI denies all of those allegations.

27      173.   To the extent that the allegations of Paragraph 173 relate to other

28  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

-25-

1    and therefore denies them.  To the extent that the allegations of Paragraph 173 purport to

2    pertain to SDI, SDI denies all of those allegations.

3            174.    SDI lacks knowledge or information sufficient to form a belief as to

4    the truth of the allegations of Paragraph 174, and therefore denies them.

5            175.    SDI lacks knowledge or information sufficient to form a belief as to

6    the truth of the allegations of Paragraph 175, and therefore denies them.

7            176.    To the extent that the allegations of Paragraph 176 relate to other

8    defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

9    and therefore denies them.  To the extent that the allegations of Paragraph 176 purport to

10   pertain to SDI, SDI denies all of those allegations, with the exception of matters

11   specifically admitted herein as follows.  SDI admits that the DOJ announced an

12   investigation related to the cathode ray tubes industry.

13           177.    With the exception of matters specifically admitted on information

14   and belief herein as follows, SDI lacks knowledge or information sufficient to form a

15   belief as to the truth of the allegations in Paragraph 177, and therefore denies them. SDI

16   admits that, in or about November, 2007, it was reported that antitrust authorities in

17   Europe, Japan, and South Korea conducted investigations of the offices of certain cathode

18   ray tube manufacturers as part of their own respective investigations.

19           178.    SDI lacks knowledge or information sufficient to form a belief as to

20   the truth of the allegations of Paragraph 178, and therefore denies them.

21           179.    To the extent that the allegations of Paragraph 179 relate to other

22   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

23   and therefore denies them.  To the extent that the allegations of Paragraph 179 purport to

24   pertain to SDI, SDI denies all of those allegations.  With respect to the article purportedly

25   quoted from in Paragraph 179, SDI refers Plaintiffs to the referenced article for a

26   description of its content.

27           180.    To the extent that the allegations of Paragraph 180 purport to pertain

28   to SDI, SDI denies all of those allegations, with the exception of matters specifically

admitted herein as follows. SDI admits that, in or about November 2007, it was announced that the Korean Fair Trade Commission ("KFTC") was conducting an investigation of SDI Co. as part of the KFTC's investigation of the cathode ray tubes industry.

181.    To the extent that the allegations of Paragraph 181 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 181 purport to pertain to SDI, SDI denies all of those allegations.  With respect to the article purportedly quoted from in Paragraph 181, SDI refers Plaintiffs to the referenced article for a description of its content.

182.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 182, and therefore denies them.

183.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 183, and therefore denies them.

184.    To the extent that the allegations of Paragraph 184 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 184 purport to pertain to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, in or about May, 2008, the Hungarian Competition Authority ("HCA") announced its own investigation of the cathode ray tubes industry.  With respect to the HCA announcement purportedly quoted from in Paragraph 184, SDI refers Plaintiffs to the referenced document for a description of its content.

185.    With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185, and therefore denies them.  SDI admits on information and belief that C.Y. Lin, the former Chairman and CEO of Defendant Chunghwa Picture Tubes, Ltd., was indicted by a federal grand jury in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of

-27-

1    which are a matter of public record.  With respect to the press release purportedly quoted

2    from Paragraph 185, SDI refers Plaintiffs to the referenced document for a description of

3    its content.

4                    186.    With the exception of matters specifically admitted on information

5    and belief herein as follows, SDI lacks knowledge or information sufficient to form a

6    belief as to the truth of the allegations in Paragraph 186, and therefore denies them.  SDI

7    admits on information and belief that Wu Jen Cheng, formerly of Chunghwa Picture

8    Tubes, Ltd., was indicted by a federal grand jury in connection with the DOJ's

9    investigation of the cathode ray tubes industry, the terms of which are a matter of public

10   record.  With respect to the press release purportedly characterized in Paragraph 186, SDI

11   refers Plaintiffs to the referenced document for a description of its content.

12                   187.    With the exception of matters specifically admitted on information

13   and belief herein as follows, SDI lacks knowledge or information sufficient to form a

14   belief as to the truth of the allegations in Paragraph 187, and therefore denies them.  SDI

15   admits on information and belief that Chung Cheng Yeh was indicted by a federal grand

16   jury in connection with the DOJ's investigation of the cathode ray tubes industry, the terms

17   of which are a matter of public record.  With respect to the press release purportedly

18   quoted from in Paragraph 187, SDI refers Plaintiffs to the referenced document for a

19   description of its content.

20                   188.    With the exception of matters specifically admitted on information

21   and belief herein as follows, SDI lacks knowledge or information sufficient to form a

22   belief as to the truth of the allegations in Paragraph 188, and therefore denies them.  SDI

23   admits on information and belief that Seung-Kyu Lee, Yeong-Ug Yang, and Jae-Sik Kim

24   were indicted by the DOJ in connection with the DOJ's investigation of the cathode ray

25   tubes industry, the terms of which are a matter of public record.  With respect to the press

26   release purportedly quoted from in Paragraph 188, SDI refers Plaintiffs to the referenced

27   document for a description of its content.

28                   189.    SDI denies the allegations of Paragraph 189, with the exception of

matters specifically admitted herein as follows.  SDI admits that SDI Co. entered into an amended plea agreement with the United States related to an investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly quoted and/or referenced in Paragraph 189, SDI refers Plaintiffs to the referenced document for a description of its specific contents.

190.    SDI denies the allegations of Paragraph 190, with the exception of matters specifically admitted herein as follows.  SDI admits that SDI Co. entered into an amended plea agreement with the United States related to an investigation of the cathode ray tubes industry, the terms of which are a matter of public record.

191.    SDI denies the allegations of paragraph 191, with the exception of matters specifically admitted herein as follows.  SDI admits that SDI Co. entered into an amended plea agreement with the United States related to an investigation of the cathode ray tubes industry, the terms of which are a matter of public record.

192.    With the exception of matters specifically admitted herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192, and therefore denies them.  SDI admits that the European Commission has announced fines relating to its investigation into the cathode ray tubes industry, and the details regarding that announcement are matters of public record.  With respect to the documents and/or persons purported quoted and/or referenced in Paragraph 192, SDI refers Plaintiffs to the referenced documents or statements for a description of their content.

193.    To the extent that the allegations of Paragraph 193 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 193 purport to pertain to SDI, SDI denies all of those allegations.

194.    To the extent that the allegations of Paragraph 194 purport to pertain to SDI, SDI denies all of those allegations.  To the extent that the allegations of Paragraph 194 relate to other defendants or entities, SDI lacks knowledge or information sufficient to

-29-

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT

1   form a belief as to their truth, and therefore denies them, with the exception of matters

2   specifically admitted herein as follows.  SDI admits on information and belief that SEC

3   entered into a plea agreement with the DOJ related to an investigation of dynamic random

4   access memory, the terms of which are a matter of public record.

5              195.   SDI lacks knowledge or information sufficient to form a belief as to

6   truth of the allegations in Paragraph 195, and therefore denies them.

7              196.   SDI lacks knowledge or information sufficient to form a belief as to

8   the truth of the allegations in Paragraph 196, and therefore denies them.

9              197.   SDI lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations in Paragraph 197, and therefore denies them.

11             198.   With the exception of matters specifically admitted on information

12  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

13  belief as to the truth of the allegations in Paragraph 198, and therefore denies them.  SDI

14  admits on information and belief that LG Display Co., Ltd., Sharp Corporation, and

15  Chunghwa Picture Tubes, Ltd. entered into plea agreements with the DOJ related to an

16  investigation of the TFT-LCD industry, the terms of which are matters of public record.

17             199.   With the exception of matters specifically admitted on information

18  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

19  belief as to the truth of the allegations in Paragraph 199, and therefore denies them.  SDI

20  admits on information and belief that Hitachi, Ltd. entered into a plea agreement with the

21  DOJ related to an investigation of the TFT-LCD industry, the terms of which are matters

22  of public record.

23             200.   With the exception of matters specifically admitted on information

24  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

25  belief as to the truth of the allegations in Paragraph 200, and therefore denies them.  SDI

26  admits on information and belief that LG Display Co., Ltd., Sharp Corporation, Chunghwa

27  Picture Tubes, Ltd., and Hitachi Ltd. entered into plea agreements with the DOJ related to

28  an investigation of the TFT-LCD industry, the terms of which are matters of public record.

-30-

1        201.    To the extent that the allegations of Paragraph 201 relate to other

2   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

3   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 201

4   purport to pertain to SDI, SDI denies all of those allegations, with the exception of matters

5   specifically admitted herein as follows.  SDI admits that, during at least portions of the

6   alleged period, SDI Co. attended the Korea Display Conference.  SDI specifically denies

7   that such trade associations furthered or in any way connected with the "collusive

8   activities" alleged in Paragraph 201 of Complaint.

9        202.    To the extent that the allegations of Paragraph 202 relate to other

10  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

11  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 202

12  purport to pertain to SDI, SDI denies all of those allegations, with the exception of matters

13  specifically admitted herein as follows.  SDI admits that, during at least portions of the

14  alleged period, SDI Co. attended the Korea Display Conference.  SDI further admits that,

15  during at least portions of the alleged period, SDI Co. was a member of KODEMIA and

16  EDIRAK.

17       203.    To the extent that the allegations of Paragraph 203 relate to other

18  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

19  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 203

20  purport to pertain to SDI, SDI denies all of those allegations, with the exception of matters

21  specifically admitted herein as follows.  SDI admits that, during at least portions of the

22  alleged period, H.K. Chung, Woo Jong Lee, Bae Choel-Han, Jung Ho-Gyun and H.C. Kim

23  attended the Korea Display Conference.

24       204.    To the extent that the allegations of Paragraph 204 relate to other

25  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

26  and therefore denies them. To the extent that the allegations of Paragraph 204 purport to

27  pertain to SDI, SDI denies all of those allegations.

28       205.    To the extent that the allegations of Paragraph 205 relate to other

defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 205 purport to pertain to SDI, SDI denies all of those allegations.

206.    To the extent that the allegations of Paragraph 206 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 206 purport to pertain to SDI, SDI denies all of those allegations.

207.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 207, and therefore denies them.

208.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 208, and therefore denies them.

209.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 209, and therefore denies them.

210.    SDI denies all the allegations of Paragraph 210, with the exception of matters specifically admitted herein as follows.  SDI admits that, in late 2005, SDI closed its cathode ray tube factory in Germany.

211.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 211, and therefore denies them.

212.    To the extent that the allegations of Paragraph 212 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 212 purport to pertain to SDI, SDI denies all of those allegations.

213.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 213, and therefore denies them.

214.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 214, and therefore denies them.

215.    SDI denies the allegations in the last sentence of Paragraph 215.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining

-32-

allegations of Paragraph 215, and therefore denies them.

216.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 216, and therefore denies them.

217.   SDI denies the allegations in the last sentence of Paragraph 217.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 217, and therefore denies them.

218.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 218, and therefore denies them.

219.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 219, and therefore denies them.

220.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 220, and therefore denies them.

221.   SDI denies each and every allegation of Paragraph 221.

222.   To the extent that the allegations of Paragraph 222 and its subparts relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 222 and its subparts purport to pertain to SDI, SDI denies all of those allegations.  SDI specifically denies that Plaintiffs has been injured as a result of any alleged act or omission by SDI, or that Plaintiffs is entitled to any relief or remedy based on the allegations of its Complaint.

**VII.    Allegations Concerning Plaintiffs' Purported Injuries.**

223.   To the extent the allegations of Paragraph 223 constitute legal conclusions and/or contentions, SDI avers that no response is required.  To the extent that a response is required, and the allegations of Paragraph 223 relate to other defendants, Plaintiffs, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them. To the extent that the allegations of Paragraph 223 relate to SDI, SDI denies all of those allegations. SDI denies all of those allegations.

224.   To the extent that the allegations of Paragraph 224 relate to other

-33-

1  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

2  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

3  of Paragraph 224 purport to pertain to SDI, SDI denies all of those allegations.

4          225.    To the extent that the allegations of Paragraph 225 relate to other

5  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

6  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

7  of Paragraph 225 purport to pertain to SDI, SDI denies all of those allegations.

8          226.    SDI lacks knowledge or information sufficient to form a belief as to

9  the truth of the allegations of Paragraph 226, and therefore denies them.

10         227.    To the extent that the allegations of Paragraph 227 relate to other

11  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

12  and therefore denies them.  To the extent that the allegations of Paragraph 227 purport to

13  pertain to SDI, SDI denies all of those allegations.

14         228.    To the extent that the allegations of Paragraph 228 relate to other

15  defendants or other persons, SDI lacks knowledge or information sufficient to form a

16  belief as to their truth, and therefore denies them.  To the extent that the allegations of

17  Paragraph 228 purport to pertain to SDI, SDI denies all of those allegations.

18         229.    SDI denies each and every allegation of Paragraph 229.

19  **VIII.   Allegations Concerning Supposed Fraudulent Concealment.**

20         230.    SDI denies each and every allegation of Paragraph 230.

21         231.    SDI denies each and every allegation of Paragraph 231.

22         232.    To the extent that the allegations of Paragraph 232 relate to other

23  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

24  and therefore denies them.  To the extent that the allegations of Paragraph 232 purport to

25  pertain to SDI, SDI denies all of those allegations.

26         233.    SDI denies each and every allegation of Paragraph 233.

27         234.    SDI denies each and every allegation of Paragraph 234.

28         235.    To the extent that the allegations of Paragraph 235 relate to other

1   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

2   and therefore denies them.  To the extent that the allegations of Paragraph 235 purport to

3   pertain to SDI, SDI denies all of those allegations.

4          236.   To the extent that the allegations of Paragraph 236 relate to other

5   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

6   and therefore denies them.  To the extent that the allegations of Paragraph 236 purport to

7   pertain to SDI, SDI denies all of those allegations.

8          237.   SDI denies the allegations in the last sentence of Paragraph 237.  SDI

9   lacks knowledge or information sufficient to form a belief as to the truth of the remaining

10  allegations of Paragraph 237, and therefore denies them.

11         238.   SDI denies the allegations in the last sentence of Paragraph 238.  SDI

12  lacks knowledge or information sufficient to form a belief as to the truth of the remaining

13  allegations of Paragraph 238, and therefore denies them.

14         239.   To the extent that the allegations of Paragraph 239 relate to other

15  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

16  and therefore denies them.  To the extent that the allegations of Paragraph 239 purport to

17  pertain to SDI, SDI denies all of those allegations.

18         240.   To the extent that the allegations of Paragraph 240 relate to other

19  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

20  and therefore denies them.  To the extent that the allegations of Paragraph 240 purport to

21  pertain to SDI, SDI denies all of those allegations.

22         241.   To the extent that the allegations of Paragraph 241 to other

23  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

24  and therefore denies them.  To the extent that the allegations of Paragraph 241 purport to

25  pertain to SDI, SDI denies all of those allegations.

26         242.   To the extent the allegations of Paragraph 242 constitute legal

27  conclusions and/or contentions, SDI avers that no response is required.  To the extent that

28  a response is required, SDI denies all of the allegations of Paragraph 242.

-35-

1  IX.   **Allegations Concerning Purported *American Pipe*, Government Action, and**
2  **Cross-Jurisdictional Tolling.**

3        243.   SDI repeats and incorporates by reference its responses to Paragraphs
4  185-191 of the Complaint with the same force and effect as if set forth herein at length.
5  SDI avers that the allegations of Paragraph 243 constitute legal contentions and/or
6  conclusions to which no response is required.  To the extent a response is required, SDI
7  denies the allegations of the second sentence of Paragraph 243.  To the extent a response is
8  required, and to the extent the first sentence of Paragraph 243 relates to other defendants or
9  entities, SDI lacks knowledge or information sufficient to form a belief as to their truth,
10 and therefore denies them.  To the extent a response is required, and to the extent the first
11 sentence of Paragraph 243 purports to pertain to SDI, SDI denies those allegations, with
12 the exception of matters specifically admitted herein as follows.  SDI admits that SDI Co.
13 entered into an amended plea agreement with the United States related to an investigation
14 of the cathode ray tubes industry, the terms of which are a matter of public record.

15       244.   SDI avers that the allegations of Paragraph 244 constitute legal
16 contentions and/or conclusions to which no response is required.  To the extent a response
17 is required, SDI lacks knowledge or information sufficient to form a belief as to the truth
18 of the allegations of Paragraph 244, and therefore denies them.

19       245.   SDI avers that the allegations of Paragraph 245 constitute legal
20 conclusions and/or contentions to which no response is required.  To the extent that a
21 response is required, SDI denies all of the allegations of Paragraph 245.

22 X.   **Allegations Concerning Claim for Violations**

23            **First Claim for Relief**

24     **(Alleged Violation of Section 1 of the Sherman Act)**

25       246.   SDI repeats and incorporates by reference its responses to
26 Paragraphs 1 through 245 of the Complaint with the same force and effect as if set forth
27 herein at length.

28       247.   SDI avers that the allegations of Paragraph 247 constitute legal

-36-

1  contentions and/or conclusions to which no response is required, but SDI nonetheless

2  denies all of those allegations.

3          248.  SDI denies each and every allegation of Paragraph 248.

4          249.  SDI denies each and every allegation of Paragraph 249.

5          250.  SDI denies each and every allegation of Paragraph 250.

6          251.  SDI denies each and every allegation of Paragraph 251, including its

7  subparts.

8          252.  SDI denies each and every allegation of Paragraph 252.

9  **Second Claim for Relief**

10  **(Alleged Violation of the California Cartwright Act)**

11          253.  SDI repeats and incorporates by reference its responses to Paragraphs

12  1 through 252 of the Complaint with the same force and effect as if set forth herein at

13  length.

14          254.  To the extent that the allegations of Paragraph 254 constitute legal

15  conclusions and/or contentions, SDI avers that no response is required.  To the extent that

16  a response is required, and to the extent the allegations of Paragraph 254 relate to other

17  defendants, Plaintiff, or other persons, SDI lacks knowledge or information sufficient to

18  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

19  of Paragraph 254 purport to pertain to SDI, SDI denies all of those allegations.

20          255.  To the extent that the allegations of Paragraph 255 relate to other

21  defendants or Plaintiff, SDI lacks knowledge or information sufficient to form a belief as

22  to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

23  255 purport to pertain to SDI, SDI denies all of those allegations, with the exception of

24  matters specifically admitted herein as follows.  SDI admits that SDIA maintained offices

25  in California during at least portions of the alleged period.

26          256.  SDI denies each and every allegation of Paragraph 256.

27          257.  SDI denies each and every allegation of Paragraph 257.

28          258.  SDI denies each and every allegation of Paragraph 258, including its

-37-

1  subparts.

2      259.    SDI denies each and every allegation of Paragraph 259, including its

3  subparts.

4      260.    SDI denies each and every allegation of Paragraph 260.

5      261.    SDI denies each and every allegation of Paragraph 261.

6                    **Third Claim for Relief**

7        **(Alleged Violation of California Unfair Competition Law)**

8      262.    SDI repeats and incorporates by reference its responses to Paragraphs

9  1 through 261 of the Complaint with the same force and effect as if set forth herein at

10 length.

11     263.    To the extent that the allegations of Paragraph 263 constitute legal

12 contentions and/or conclusions, SDI avers that no response is required.  To the extent that

13 the allegations of Paragraph 263 relate to other defendants, Plaintiffs, or other persons, SDI

14 lacks knowledge or information sufficient to form a belief as to their truth, and therefore

15 denies them.  To the extent that the allegations of Paragraph 263 purport to pertain to SDI,

16 SDI denies all of those allegations

17     264.    SDI denies each and every allegation of Paragraph 264.

18     265.    SDI denies each and every allegation of Paragraph 265.

19     266.    SDI denies each and every allegation of Paragraph 266, including its

20 subparts.

21     267.    SDI denies each and every allegation of Paragraph 267.

22     268.    SDI denies each and every allegation of Paragraph 268.

23     269.    SDI denies each and every allegation of Paragraph 269.

24     270.    SDI denies each and every allegation of Paragraph 270.

25                    **Fourth Claim for Relief**

26        **(Alleged Violation of the New York Donnelly Act)**

27     271.    SDI repeats and incorporates by reference its responses to Paragraphs

28 1 through 270 of the Complaint with the same force and effect as if set forth herein at

-38-

length.

272.    To the extent that the allegations of Paragraph 272 relate to other defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 272 purport to pertain to SDI, SDI denies all of those allegations.

273.    SDI denies each and every allegation of Paragraph 273.

274.    SDI denies each and every allegation of Paragraph 274.

275.    SDI denies each and every allegation of Paragraph 275.

276.    SDI denies each and every allegation of Paragraph 276.

277.    SDI denies each and every allegation of Paragraph 277.  SDI further avers that, in light of the August 21, 2013 Order Adopting In Part And Modifying In Part Special Master's Report and Recommendation on Defendants' Motion To Dismiss the Direct Action Plaintiffs' Complaints (Dkt. No. 1856), Plaintiffs' state law claims against SDI under the laws of New York that are based on purchases that occurred before December 23, 1998 have been dismissed.

**Fifth Claim for Relief**

**(Alleged Violation of New York Unfair Competition Law)**

278.    SDI repeats and incorporates by reference its responses to Paragraphs 1 through 277 of the Complaint with the same force and effect as if set forth herein at length.

279.    SDI denies each and every allegation of Paragraph 279.

280.    SDI denies each and every allegation of Paragraph 280.

281.    SDI denies each and every allegation of Paragraph 281, including its subparts.

282.    SDI denies each and every allegation of Paragraph 282.

283.    To the extent that the allegations of Paragraph 283 relate to other defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

-39-

283 purport to pertain to SDI, SDI denies all of those allegations.

284.    SDI denies each and every allegation of Paragraph 284, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs do not seek trebled damages under their fifth claim for relief.

**XI.    Allegations Concerning Plaintiffs' Prayer for Relief.**

SDI denies that Plaintiffs suffered any injury or incurred any damages by any act or omission of SDI as alleged in the Complaint, and further denies that Plaintiffs is entitled to any relief under any theory by means of the allegations set forth in the Complaint.

<u>**ADDITIONAL OR AFFIRMATIVE DEFENSES**</u>

Without assuming any burden it would not otherwise bear, SDI asserts the following additional and/or affirmative defenses to Plaintiffs' Complaint:

<u>**FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

**(Failure to State a Claim)**

The Complaint fails to state a claim upon which relief can be granted.

<u>**SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

**(Waiver and Estoppel)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

<u>**THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

**(Laches)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of laches.

<u>**FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

**(Unclean Hands)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of unclean hands.

SMRH:411275197.1
MDL No. 1917; Case No. 11-cv-01656

## FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Remedies Unconstitutional, Unauthorized or Contrary to Public Policy)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized.

## SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Absence of Damages)

Plaintiffs' claims should be dismissed because Plaintiffs have suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent that Plaintiffs purportedly suffered injury or damage, which SDI specifically denies, SDI further contends that any such purported injury or damage was not by reason of any act or omission of SDI.

## SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Antitrust Injury)

Plaintiffs' claims should be dismissed because Plaintiffs have not suffered actual, cognizable antitrust injury of the type antitrust laws are intended to remedy.

## EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Uncertainty of Damages)

Plaintiffs' claims should be dismissed because the alleged damages sought are too speculative and uncertain, and cannot be practicably ascertained or allocated.

## NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiffs' claims should be dismissed, in whole or in part, because Plaintiffs failed to take all necessary, reasonable, and appropriate actions to mitigate its alleged damages, if any.

## TENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Statutes of Limitation)

Plaintiffs' claims should be dismissed to the extent that they are barred, in

-41-

1   whole or in part, by the applicable statute(s) of limitations.

2   ## ELEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

3   ### (Unjust Enrichment)

4           Plaintiffs' claims should be dismissed to the extent that they are barred, in

5   whole or in part, because Plaintiffs would be unjustly enriched if they were allowed to

6   recover any part of the damages alleged in the Complaint.

7   ## TWELFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

8   ### (Lack of Proximate Cause)

9           Plaintiffs' claims should be dismissed to the extent that they are barred, in

10  whole or in part, due to the absence of any injury or damage for which SDI's actions,

11  conduct, or omissions were the proximate cause.

12  ## THIRTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

13  ### (Adequate Remedy at Law)

14          Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs

15  has available an adequate remedy at law.

16  ## FOURTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

17  ### (Privilege)

18          Plaintiffs' claims should be dismissed to the extent that they are barred, in

19  whole or in part, because any action taken by or on behalf of SDI was justified, constituted

20  bona fide business competition and was taken in pursuit of its own legitimate business and

21  economic interests, and is therefore privileged.

22

23

24

25

26

27

28

-42-

## FIFTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Non-actionable or Governmental Privilege)

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of SDI that is the subject of the Complaint was caused by, due to, based upon, or in response to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, and/or regulatory agencies, and such is non-actionable or privileged.

## SIXTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Parties)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, for failure to join indispensable parties.

## SEVENTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any and all injuries alleged in the Complaint, the fact and extent of which SDI specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other than SDI.

## EIGHTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acquiescence)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by Plaintiffs' acquiescence in and/or confirmation of any and all conduct and/or omissions alleged as to SDI.

## NINETEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction and/or Failure to State a Claim Under the Foreign Trade Antitrust Improvements Act)

Plaintiffs' claims based on foreign purchases, if any, should be dismissed to the extent that they are barred, in whole or in part, because they are outside the Court's

-43-

1  subject matter jurisdiction as defined by the Foreign Trade Antitrust Improvements Act, 15

2  U.S.C. § 6a and/or analogous state authority.

### TWENTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

#### (Uncertainty)

Plaintiffs' claims should be dismissed for uncertainty and vagueness and because its claims are ambiguous, and/or unintelligible.  SDI avers that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit SDI to ascertain what other defenses may exist.  SDI therefore reserves the right to amend its Answer to assert additional defenses and/or supplement, alter, or change its Answer and/or defenses upon the discovery of more definitive facts upon the completion of its investigation and discovery.

### TWENTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

#### (Lack of Standing to Sue for Injuries Alleged)

Plaintiffs' claims should be dismissed, in whole or in part, to the extent Plaintiffs lack standing to sue for the injuries alleged in the Complaint.  To the extent that Plaintiffs purchased products containing CRTs, as opposed to CRTs themselves, their alleged injuries are even more speculative, derivative, indirect, and remote.  Plaintiffs' damage claims create an impermissible risk of duplicative recoveries and complex damage apportionment.

### TWENTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

#### (Competition Not Harmed)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because SDI's actions did not lessen competition in the relevant market(s).

### TWENTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

#### (Intervening or Superseding Acts of Third Parties)

Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom SDI had no control or responsibility.  The acts of such third parties constitute

-44-

1  intervening or superseding causes of harm, if any, suffered by Plaintiff.

2  ## TWENTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

3  ### (Injury or Damages Offset by Benefits Received)

4  Plaintiffs' claims should be dismissed to the extent that they are barred, in

5  whole or in part, because any claimed injury or damage has been offset by benefits

6  Plaintiffs received with respect to the challenged conduct.

7  ## TWENTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

8  ### (Increased Output and Lower Prices)

9  SDI, without admitting the existence of any contract, combination, or

10  conspiracy in restraint of trade as alleged in the Complaint, avers that the matters about

11  which Plaintiffs complain resulted in increased output and lower prices for CRTs and/or

12  CRT Products.

13  ## TWENTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

14  ### (Prices Fixed by Plaintiff)

15  Plaintiffs' claims should be dismissed to the extent they are barred, in whole

16  or in part, because the price of CRTs and/or CRT Products was fixed, if at all, by Plaintiffs

17  and/or other purchasers of CRTs and/or CRT Products, either individually or collectively.

18  ## TWENTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

19  ### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

20  Plaintiffs' claims should be dismissed to the extent that they are barred, in

21  whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment

22  with sufficient particularity.

23  ## TWENTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

24  ### (Failure to Plead Conspiracy with Particularity)

25  Plaintiffs' claims should be dismissed to the extent that they are barred, in

26  whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient

27  particularity.

28

-45-

## TWENTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Detrimental Reliance)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs did not detrimentally rely upon any alleged deceptive trade conduct as alleged in the Complaint.

## THIRTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Arbitration Agreements)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by agreements that require arbitration of the matters alleged in the Complaint.

## THIRTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Settlement Set Off)

Without admitting that Plaintiffs are entitled to recover damages in this matter, SDI is entitled to set off from any recovery Plaintiffs may obtain against SDI any amount paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

## THIRTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Injunctive Relief)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to state a claim for injunctive relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

## THIRTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Jurisdiction)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any alleged conduct of SDI occurred outside of the jurisdiction of the Court.

## THIRTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Damages Passed On)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint, which SDI specifically denies, was passed on to persons or entities other than the Plaintiffs and/or was passed on by Plaintiffs to other parties.

## THIRTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Damages Not Passed Through to Plaintiff)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint was not incurred by or passed on to Plaintiff, or was incurred by or passed on to persons or entities other than Plaintiff.

## THIRTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Unreasonable Restraint Of Trade)

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of SDI did not unreasonably restrain trade.

## THIRTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Ultra Vires)

To the extent that any actionable conduct may have occurred, Plaintiffs' claims against SDI are barred because all such alleged conduct would have been committed by individuals acting ultra vires.

## THIRTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Proportionality)

To the extent SDI is found liable for damages, the fact and extent of which are expressly denied by SDI, those damages must be reduced in proportion to SDI's degree of fault.

## THIRTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Forum Non Conveniens)

Plaintiffs' claims are barred, in whole or in part, because of the doctrine of forum non conveniens.

## FORTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Permitted By Law)

Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct or statements that are specifically permitted by law.

## FORTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Multiple Recoveries)

To the extent Plaintiffs' claims would result in SDI paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple recoveries would violate rights guaranteed to SDI by the U.S. Constitution and other law, including, without limitation, rights guaranteed under the Due Process Clause of the Fourteenth Amendment.

## FORTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Extraterritorial Application)

Plaintiffs' claims are barred, in whole or in part, by the U.S. Constitution and/or other applicable law to the extent Plaintiffs claims seek the improper extraterritorial application of the laws cited to any transactions occurring outside the United States.

## FORTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acts Outside The Jurisdiction)

Plaintiffs' claims under the laws of the various States cited are barred, in whole or in part, to the extent SDI's alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor affected persons, entities, or commerce in the various States cited.

-48-

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT

## FORTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Restitution Unmanageable or Inequitable)

Plaintiffs' requests for relief are barred, in whole or in part, to the extent the restitution sought in the Complaint is unmanageable and inequitable.

## FORTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Market Power)

Plaintiffs' claims are barred, in whole or in part, to the extent it has failed to allege or prove that SDI possessed or possesses market power in any legally cognizable relevant market.

## FORTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Privity Of Contract)

Plaintiffs' claims are barred, in whole or in part, to the extent that privity of contract is required to establish its claims.

## FORTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Release)

Plaintiffs' claims are barred, in whole or in part, because they have been released by Plaintiffs and/or others.

## FORTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Voluntary Payment)

Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

## FORTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Federal Trade Commission)

Any alleged conduct by SDI is, or if in interstate commerce would be, subject to and complies with the rules and regulations of, and the statutes administered by, the Federal Trade Commission or other official department, division, commission or agency of the United States as such rules, regulations, or statutes are interpreted by the Federal Trade Commission or such department, division, commission or agency of the

-49-

1  federal courts.

2  ## FIFTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

3  ### (Intrastate Conduct)

4  Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs do not

5  allege conduct and/or effects that are wholly or predominantly intrastate within the various

6  States at issue.

7  ## FIFTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

8  ### (Not Entitled To Seek Damages)

9  Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs are

10  not entitled to seek damages under the laws of the various States cited.

11  ## FIFTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

12  ### (Failure To Allege Predicate Acts For Unfair Competition Claims)

13  Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs have

14  failed to allege predicate acts necessary to invoke application of the unfair competition

15  laws of the various States cited.

16  ## FIFTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

17  ### (Failure To Plead Special Damages With Specificity)

18  Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs have

19  failed to plead special damages with specificity as required by the laws of the various

20  States cited.

21  ## FIFTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

22  ### (Improper Taking)

23  Any award of restitution or monetary recovery pursuant to California

24  Business and Professions Code §§ 17200, et seq. would constitute a taking of property

25  without just compensation in violation of the Takings Clause of the U.S. Constitution and

26  of Article 1, Section 19 of the California Constitution.

27

28

## FIFTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Remedy)

To the extent Plaintiffs seeks disgorgement of revenues and profits under the California Business and Professions §§ 17200, et seq. beyond any monies Plaintiffs directly paid to SDI, if any, such remedy is not authorized by Section 17200, et seq.

## FIFTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Other Defenses Incorporated by Reference)

SDI adopts and incorporates by reference any and all other additional or affirmative defenses asserted or to be asserted by any other defendant in this proceeding to the extent that SDI may share in such affirmative defenses.

## FIFTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Reservation of Rights to Assert Additional Defenses)

SDI has not knowingly or intentionally waived any applicable defenses and explicitly reserves the right to assert and rely on such other applicable defenses as may become available or apparent during discovery proceedings.  SDI further reserves the right to amend its Answer and/or its defenses accordingly, and/or to delete defenses that it determines are not applicable during the course of subsequent discovery.

WHEREFORE, the Samsung SDI Defendants pray for judgment as follows:

1.    That Plaintiffs take nothing under the Complaint, and the Complaint be dismissed with prejudice;

2.    That judgment be entered in favor of the Samsung SDI Defendants and against Plaintiffs on each and every cause of action set forth in the Complaint;

3.    That the Samsung SDI Defendants recover their costs of suit and attorneys' fees incurred herein; and

4.    That the Samsung SDI Defendants be granted such other and further relief as the Court deems just and proper.

1

2    Dated:  November 4, 2013          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4

5                                     By _____
                                              /s/ Michael W. Scarborough
                                          MICHAEL W. SCARBOROUGH
6

7                                          Attorneys for Defendants
                                        SAMSUNG SDI AMERICA, INC.,
8                                          SAMSUNG SDI CO., LTD.,
                                     SAMSUNG SDI (MALAYSIA) SDN. BHD.,
9                                     SAMSUNG SDI MEXICO S.A. DE C.V.,
                                          SAMSUNG SDI BRASIL LTDA.,
10                                    SHENZEN SAMSUNG SDI CO., LTD. and
                                      TIANJIN SAMSUNG SDI CO., LTD.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-52-

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' SECOND AMENDED COMPLAINT