SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-SC |
| | MDL No. 1917 |
| | (Individual Case No. CV 11-5514) |
| This Document Relates to:<br>    3:11-cv-05514-SC | **ANSWER OF SAMSUNG SDI DEFENDANTS TO TARGET CORP.'S SECOND AMENDED COMPLAINT** |
| TARGET CORP., | |
|     Plaintiff, | |
|     v. | |
| CHUNGHWA PICTURE TUBES, LTD., et al. | |
|     Defendants. | |

1    Defendants Samsung SDI America, Inc. ("SDIA"), Samsung SDI Co., Ltd.

2   ("SDI Co."), Samsung SDI (Malaysia) Sdn Bhd. ("SDI Malaysia"), Samsung SDI Mexico

3   S.A. de C.V. ("SDI Mexico"), Samsung SDI Brasil Ltda. ("SDI Brasil"), Shenzhen

4   Samsung SDI Co. Ltd. ("SDI Shenzhen"), and Tianjin Samsung SDI Co., Ltd. ("SDI

5   Tianjin") (collectively "SDI" or the "Samsung SDI Defendants"), by and through their

6   undersigned counsel of record, answer Plaintiff Target Corp.'s ("Plaintiff") Second

7   Amended Complaint (the "Complaint") and allege additional or affirmative defenses as

8   follows.  SDI denies each and every allegation in the Complaint's section headings and in

9   all portions of the Complaint not contained in numbered paragraphs.  To the extent that the

10  Complaint's allegations concern persons and/or entities other than SDI, SDI denies that

11  such allegations support any claim for relief against SDI.

12    SDI responds to the Complaint in accordance with the former Special

13  Master's Report And Recommendations Regarding Defendants' Motions To Dismiss

14  Direct Action Complaints (Dkt. No. 1664); the Court's Order Adopting In Part And

15  Modifying In Part Special Master's Report And Recommendation On Defendants' Motion

16  To Dismiss The Direct Action Complaints (Dkt. No. 1856); and related orders dismissing

17  certain parties.  As a result of those orders, the Court dismissed, inter alia: (a) plaintiffs'

18  claims under the Massachusetts Consumer Protection Act, with leave to amend; (b)

19  plaintiffs' claims under the Washington Consumer Protection Act; (c) plaintiffs' claims

20  under California's laws for restitution and unjust enrichment; (d) plaintiffs' claims under

21  the law of New York based on pre-December 3, 1998 purchases; and (e) plaintiffs' claims

22  under the Nevada Unfair Trade Practices Act based on pre-October 1, 1999 purchases.

23  **I.    Introductory Allegations.**

24    1.    To the extent that the allegations of Paragraph 1 are definitional, SDI

25  avers that no response is required.  To the extent that the allegations of Paragraph 1

26  constitute legal contentions and/or conclusions, SDI avers that no response is required.  To

27  the extent that a response is required and to the extent that the allegations of Paragraph 1

28  relate to other defendants or other persons, SDI lacks knowledge or information sufficient

SDI DEFENDANTS' ANSWER TO TARGET CORP.'S
SECOND AMENDED COMPLAINT

1   to form a belief as to their truth, and therefore denies them.  To the extent that a response is

2   required as to matters relating to SDI, SDI denies all of the allegations of Paragraph 1 and

3   all inferences arising therefrom.  Subject to the foregoing, SDI acknowledges that Plaintiff

4   in the Complaint purports to refer to (i) the period from at least March 1, 1995 through at

5   least November 25, 2007 as the "Relevant Period," (ii) color picture tubes as "CPTs," (iii)

6   color display tubes as "CDTs," and (iv) CPTs and CDTs of all sizes collectively as

7   "CRTs," although SDI disputes the propriety of such definitions and any inferences arising

8   therefrom.  SDI specifically denies that the conspiracy, which SDI denies the existence of,

9   extended from March 1, 1995 through November 25, 2007.

10           2.      To the extent that the allegations of Paragraph 2 constitute legal

11   contentions and/or conclusions, SDI avers that no response is required.  To the extent a

12   response is required, and to the extent that the allegations of Paragraph 2 relate to other

13   defendants or other persons, SDI lacks knowledge or information sufficient to form a

14   belief as to their truth, and therefore denies them.  To the extent a response is required, and

15   to the extent that the allegations of Paragraph 2 relate to SDI, SDI denies all of the

16   allegations of Paragraph 2.

17           3.      To the extent that the allegations of Paragraph 3 constitute legal

18   contentions and/or conclusions, SDI avers that no response is required.  To the extent a

19   response is required, and to the extent that the allegations of Paragraph 3 relate to other

20   defendants or other persons, SDI lacks knowledge or information sufficient to form a

21   belief as to their truth, and therefore denies them.  To the extent a response is required, and

22   to the extent that the allegations of Paragraph 3 relate to SDI, SDI denies all of the

23   allegations of Paragraph 3.

24           4.      To the extent that the allegations of Paragraph 4 or its subparts

25   constitute legal contentions and/or conclusions, SDI avers that no response is required.  To

26   the extent a response is required, and to the extent that the allegations of Paragraph 4 or its

27   subparts relate to other defendants or other persons, SDI lacks knowledge or information

28   sufficient to form a belief as to their truth, and therefore denies them.  To the extent a

1  response is required, and to the extent that the allegations of Paragraph 4 or its subparts

2  relate to SDI, SDI denies all of the allegations of Paragraph 4.

3         5.    To the extent that the allegations of Paragraph 5 constitute legal

4  contentions and/or conclusions, SDI avers that no response is required.  To the extent a

5  response is required, and to the extent that the allegations of Paragraph 5 relate to other

6  defendants or other persons, SDI lacks knowledge or information sufficient to form a

7  belief as to their truth, and therefore denies them.  To the extent a response is required, and

8  to the extent that the allegations of Paragraph 5 relate to SDI, SDI denies all of the

9  allegations of Paragraph 5.

10         6.    To the extent that the allegations of Paragraph 6 constitute legal

11  contentions and/or conclusions, SDI avers that no response is required.  To the extent a

12  response is required, and to the extent that the allegations of Paragraph 6 relate to other

13  defendants or other persons, SDI lacks knowledge or information sufficient to form a

14  belief as to their truth, and therefore denies them.  To the extent a response is required, and

15  to the extent that the allegations of Paragraph 6 relate to SDI, SDI denies all of the

16  allegations of Paragraph 6.

17         7.    With the exception of matters specifically admitted herein as follows,

18  SDI lacks knowledge or information sufficient to form a belief as to the truth of the

19  allegations in Paragraph 7, and therefore denies them.  SDI admits that the United States

20  Department of Justice ("DOJ") and other foreign competition authorities have announced

21  investigations relating to the cathode ray tubes industry.  SDI further admits on

22  information and belief that C.Y. Lin, the former Chairman and CEO of Defendant

23  Chunghwa Picture Tubes, Ltd., was indicted by a federal grand jury in connection with the

24  DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of

25  public record.  SDI further admits on information and belief that six individuals have been

26  indicted by the DOJ in connection with the DOJ's investigation of the color display tubes

27  industry.

28         8.    With the exception of matters specifically admitted herein as follows,

-3-

    SDI DEFENDANTS' ANSWER TO TARGET CORP.'S
SECOND AMENDED COMPLAINT

1   SDI lacks knowledge or information sufficient to form a belief as to the truth of the

2   allegations in Paragraph 8, and therefore denies them.  SDI admits that Samsung SDI

3   Company, Ltd. entered into a plea agreement with the DOJ related to an investigation of

4   the cathode ray tubes industry, the terms of which are matters of public record.

5          9.     To the extent that the allegations of Paragraph 9 constitute legal

6   contentions and/or conclusions, SDI avers that no response is required.  To the extent a

7   response is required, and to the extent that the allegations of Paragraph 9 relate to other

8   defendants or other persons, SDI lacks knowledge or information sufficient to form a

9   belief as to their truth, and therefore denies them.  To the extent a response is required, and

10   to the extent that the allegations of Paragraph 9 relate to SDI, SDI denies all of the

11   allegations of Paragraph 9.

12   **II.     Allegations Concerning Jurisdiction and Venue.**

13          10.    SDI admits that Plaintiff purports to invoke the cited statutory

14   provisions, but otherwise denies the allegations of Paragraph 10.

15          11.    SDI admits that Plaintiff purports to invoke the cited statutory

16   provisions, but otherwise denies the allegations of Paragraph 11.

17          12.    SDI avers that the allegations of Paragraph 12 regarding subject

18   matter jurisdiction constitute legal contentions and/or conclusions to which no response is

19   required.  To the extent that a response is required, and to the extent that allegations of

20   Paragraph 12 relate to SDI, SDI denies all of the allegations of Paragraph 12.  To the

21   extent that the allegations of Paragraph 13 relate to other defendants, SDI lacks knowledge

22   or information sufficient to form a belief as to the truth of those allegations, and therefore

23   denies them.

24          13.    SDI avers that the allegations of Paragraph 13 constitute legal

25   contentions and/or conclusions to which no response is required.  To the extent that a

26   response is required, and to the extent that allegations of Paragraph 13 relate to SDI, SDI

27   denies all of the allegations of Paragraph 13.  To the extent that the allegations of

28   Paragraph 13 relate to other defendants, SDI lacks knowledge or information sufficient to

-4-

1  form a belief as to the truth of those allegations, and therefore denies them.

2      14.     SDI avers that the allegations of Paragraph 14 constitute legal

3  contentions and/or conclusions to which no response is required.  To the extent that a

4  response is required, and to the extent that allegations of Paragraph 14 relate to SDI, SDI

5  denies all of the allegations of Paragraph 14.  To the extent that the allegations of

6  Paragraph 14 relate to other defendants, SDI lacks knowledge or information sufficient to

7  form a belief as to the truth of those allegations, and therefore denies them.

8      15.     SDI avers that the allegations of Paragraph 15 regarding venue

9  constitute legal contentions and/or conclusions to which no response is required.  To the

10  extent that a response is required, and to the extent that allegations of Paragraph 15 relate

11  to SDI, SDI denies all of the allegations of Paragraph 15, with the exception of matters

12  specifically admitted herein as follows.  SDI admits that SDI Co., SDI Malaysia, SDI

13  Mexico, SDI Brazil, SDI Shenzen, and SDI Tianjin maintain principal places of business

14  in foreign countries.  SDI further admits that SDIA is licensed to and is doing business in

15  California.  To the extent that the allegations of Paragraph 15 relate to other defendants,

16  SDI lacks knowledge or information sufficient to form a belief as to the truth of those

17  allegations, and therefore denies them.

18  **III.    Allegations Concerning the Parties.**

19      16.     To the extent that the allegations of Paragraph 16 relate to other

20  defendants, or a plaintiff, or other persons, SDI lacks knowledge or information sufficient

21  to form a belief as to their truth, and therefore denies them.  To the extent the allegations of

22  Paragraph 16 relate to SDI, SDI denies all of those allegations.

23      17.     To the extent that the allegations of Paragraph 17 relate to other

24  defendants, or a plaintiff, or other persons, SDI lacks knowledge or information sufficient

25  to form a belief as to their truth, and therefore denies them.  To the extent the allegations of

26  Paragraph 17 relate to SDI, SDI denies all of those allegations.

27      18.     SDI lacks knowledge or information sufficient to form a belief as to

28  the truth of the allegations of Paragraph 18, and therefore denies them.

1

2          19.    SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 19, and therefore denies them.

4          20.    SDI lacks knowledge or information sufficient to form a belief as to

5   the truth of the allegations of Paragraph 20, and therefore denies them.

6          21.    SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 21, and therefore denies them.

8          22.    SDI avers that the allegations of Paragraph 22 are definitional, to

9   which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

10  IRICO Group Corporation, IRICO Group Electronics Co., Ltd., and IRICO Display

11  Devices Co., Ltd. collectively in the Complaint as "IRICO."

12         23.    SDI lacks knowledge or information sufficient to form a belief as to

13  the truth of the allegations of Paragraph 23, and therefore denies them.

14         24.    SDI lacks knowledge or information sufficient to form a belief as to

15  the truth of the allegations of Paragraph 24, and therefore denies them.

16         25.    SDI avers that the allegations of Paragraph 25 are definitional, to

17  which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

18  LG Electronics, Inc. and LG Electronics USA, Inc. collectively in the Complaint as "LG

19  Electronics."

20         26.    SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 26, and therefore denies them.

22         27.    SDI lacks knowledge or information sufficient to form a belief as to

23  the truth of the allegations of Paragraph 27, and therefore denies them.

24         28.    SDI lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations of Paragraph 28, and therefore denies them.

26         29.    SDI lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations of Paragraph 29, and therefore denies them.

28         30.    SDI lacks knowledge or information sufficient to form a belief as to

-6-

1   the truth of the allegations of Paragraph 30, and therefore denies them.

2           31.     SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 31, and therefore denies them.

4           32.     SDI lacks knowledge or information sufficient to form a belief as to

5   the truth of the allegations of Paragraph 32, and therefore denies them.

6           33.     SDI avers that the allegations of Paragraph 33 are definitional, to

7   which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

8   Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi

9   Electronic Devices (USA), Inc., and SEG Hitachi Color Display Devices, Ltd. collectively

10  in the Complaint as "Hitachi."

11          34.     SDI lacks knowledge or information sufficient to form a belief as to

12  the truth of the allegations of Paragraph 34, and therefore denies them.

13          35.     SDI lacks knowledge or information sufficient to form a belief as to

14  the truth of the allegations of Paragraph 35, and therefore denies them.

15          36.     SDI avers that the allegations of Paragraph 36 are definitional, to

16  which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

17  Panasonic Corporation and Panasonic Corporation of North America collectively in the

18  Complaint as "Panasonic."

19          37.     SDI lacks knowledge or information sufficient to form a belief as to

20  the truth of the allegations of Paragraph 37, and therefore denies them.

21          38.     SDI lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations of Paragraph 38, and therefore denies them.

23          39.     SDI lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations of Paragraph 39, and therefore denies them.

25          40.     SDI lacks knowledge or information sufficient to form a belief as to

26  the truth of the allegations of Paragraph 40, and therefore denies them.

27          41.     SDI lacks knowledge or information sufficient to form a belief as to

28  the truth of the allegations of Paragraph 41, and therefore denies them.

1

2          42.     SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 42, and therefore denies them.

4          43.     SDI avers that the allegations of Paragraph 43 are definitional, to

5   which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

6   Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation,

7   Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria

8   Electronica Ltda. collectively in the Complaint as "Philips."

9          44.     SDI denies all of the allegations of Paragraph 44, with the exception

10   of matters specifically admitted herein.  SDI specifically denies that it has offices in

11   Chicago and San Diego. SDI admits that SDI Co. is a publicly traded South Korean

12   company, but denies that its principal place of business is 575 Shin-dong, Youngtong-gu,

13   Suwon, South Korea.  SDI admits that Samsung Electronics Co., Ltd. ("SEC") holds

14   almost 20% of SDI Co.'s stock, but specifically denies that SEC dominated or controlled

15   SDI Co.  The Samsung SDI Defendants aver that SDI Co. and SEC are independent,

16   separately-owned, publicly traded corporations, and demand strict proof to the contrary.

17          45.     SDI denies each and every allegation of Paragraph 45.

18          46.     SDI denies all of the allegations of Paragraph 46, with the exception

19   of matters specifically admitted herein as follows.  SDI specifically denies that SDI

20   Mexico is a wholly-owned subsidiary of Samsung SDI and that SDI Mexico manufactured,

21   marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated

22   and controlled Samsung SDI Mexico.  SDI admits that SDI Mexico is a Mexican company

23   with its principal place of business located at Blvd. Los Olivos, No. 21014, Parque

24   Industrial El Florido, Tijuana, B.C. Mexico.

25          47.     SDI denies all of the allegations of Paragraph 47, with the exception

26   of matters specifically admitted herein as follows.  SDI specifically denies that SDI Brazil

27   is a wholly-owned subsidiary of Samsung SDI and that SDI Brazil manufactured,

28   marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated

1   and controlled SDI Brazil.  SDI admits that SDI Brasil is a Brazilian company with its

2   principal place of business located at Av. Eixo Norte Sul, S/N, Distrito Industrial, 69088-

3   480 Manaus, Amazonas, Brazil.

4      48. SDI denies all of the allegations of Paragraph 48, with the exception of

5   matters specifically admitted herein as follows.  SDI specifically denies that SDI Shenzhen

6   is a wholly-owned subsidiary of Samsung SDI and that SDI Shenzhen manufactured,

7   marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated

8   and controlled SDI Shenzhen.  SDI admits that SDI Shenzhen is a Chinese company with

9   its principal place of business located at Huanggang Bei Lu, Futian Gu, Shenzhen, China.

10      49. SDI denies all of the allegations of Paragraph 49, with the exception

11   of matters specifically admitted herein as follows.  SDI specifically denies that SDI Tianjin

12   is a wholly-owned subsidiary of Samsung SDI and that SDI Tianjin manufactured,

13   marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated

14   and controlled SDI Tianjin. SDI admits that SDI Tianjin is a Chinese company with its

15   principal place of business located at Developing Zone of Yi-Xian Park, Wuqing County,

16   Tianjin, China.

17      50. SDI denies all of the allegations of Paragraph 54, with the exception

18   of matters specifically admitted herein as follows.  SDI specifically denies that SDI

19   Malaysia is a wholly-owned subsidiary of Samsung SDI and that SDI Malaysia

20   manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that

21   SEC dominated and controlled SDI Malaysia.  SDI admits that SDI Malaysia is a

22   Malaysian company with its principal place of business at Lots 635 & 660, Kawasan

23   Perindustrian, Tuanku Jafaar, 71450 Sungai Gadut, Negeri Sembilan Darul Khusus,

24   Malaysia.

25      51. SDI avers that the allegations of Paragraph 51 are definitional, to

26   which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

27   SDI Co., SDIA, SDI Mexico, SDI Brasil, SDI Shenzhen, SDI Tianjin, and SDI Malaysia

28   collectively in the Complaint as "Samsung," although SDI disputes the propriety of such

-9-

reference and any inferences that may be drawn therefrom.

52.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52, and therefore denies them.

53.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53, and therefore denies them.

54.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 54, and therefore denies them.

55.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 55, and therefore denies them.

56.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 56, and therefore denies them.

57.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 57, and therefore denies them.

58.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 58, and therefore denies them.

59.     SDI avers that the allegations of Paragraph 59 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. collectively in the Complaint as "Toshiba."

60.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 60, and therefore denies them.

61.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 61, and therefore denies them.

62.     SDI avers that the allegations of Paragraph 62 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to Chunghwa Picture Tubes, Ltd., and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. collectively in the Complaint as "Chunghwa."

**IV.      Allegations Concerning Supposed Agents and Co-Conspirators.**

63.      To the extent that the allegations of Paragraph 63 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 63 relate to SDI, SDI denies all of those allegations.

64.      To the extent that the allegations of Paragraph 64 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 64 relate to SDI, SDI denies all of those allegations.

65.      To the extent that the allegations of Paragraph 65 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 65 relate to SDI, SDI denies all of those allegations.

66.      SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66, and therefore denies them.

67.      SDI avers that the allegations of Paragraph 67 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to Daewoo Electronics Co., Ltd., Orion Electronic Co. and Daewoo-Orion Societe Anonyme collectively in the Complaint as "Daewoo."

68.      SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68, and therefore denies them.

69.      SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 69, and therefore denies them.

70.      SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 70, and therefore denies them.

71.      To the extent that the allegations of Paragraph 71 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of

1  Paragraph 71 relate to SDI, SDI denies all of those allegations.

2  **V.      Allegations Concerning Trade and Commerce.**

3            72.      SDI avers that the allegations of Paragraph 72 constitute legal

4  contentions and/or conclusions to which no response is required, but SDI nonetheless

5  denies all of the allegations of Paragraph 72 to the extent they purport to pertain to SDI.

6  Further, to the extent that the allegations of Paragraph 72 relate to other defendants, SDI

7  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

8  denies them.

9            73.      SDI avers that the allegations of Paragraph 73 constitute legal

10 contentions and/or conclusions to which no response is required, but SDI nonetheless

11 denies all of the allegations of Paragraph 73 to the extent they purport to pertain to SDI.

12 Further, to the extent that the allegations of Paragraph 73 relate to other defendants, SDI

13 lacks knowledge or information sufficient to form a belief as to their truth, and therefore

14 denies them.

15           74.      SDI avers that the allegations of Paragraph 74 constitute legal

16 contentions and/or conclusions to which no response is required, but SDI nonetheless

17 denies all of the allegations of Paragraph 74 to the extent they purport to pertain to SDI.

18 Further, to the extent that the allegations of Paragraph 74 relate to other defendants, SDI

19 lacks knowledge or information sufficient to form a belief as to their truth, and therefore

20 denies them.

21 **VI.     Factual Allegations.**

22           75.      To the extent that the allegations of Paragraph 75 are definitional, SDI

23 avers that no response is required.  To the extent a response is required, SDI lacks

24 knowledge or information sufficient to form a belief as to the truth of the allegations of

25 Paragraph 75, and therefore denies them.

26           76.      SDI lacks knowledge or information sufficient to form a belief as to

27 the truth of the allegations of Paragraph 76, and therefore denies them.

28           77.      To the extent that the allegations of Paragraph 77 are definitional, SDI

1  avers that no response is required.  To the extent a response is required, SDI lacks

2  knowledge or information sufficient to form a belief as to the truth of the allegations of

3  Paragraph 77, and therefore denies them.

4         78.     SDI lacks knowledge or information sufficient to form a belief as to

5  the truth of the allegations of Paragraph 78, and therefore denies them.

6         79.     To the extent that the allegations of Paragraph 79 are definitional, SDI

7  avers that no response is required.  To the extent a response is required, SDI lacks

8  knowledge or information sufficient to form a belief as to the truth of the allegations of

9  Paragraph 79, and therefore denies them, with the exception of matters specifically

10  admitted herein as follows.  SDI admits that CRTs can be subdivided into CDTs and CPTs.

11  SDI further admits that CPTs are used primarily in televisions and related devices and that

12  CDTs are primarily used in computer monitors and similar devices.

13         80.     SDI lacks knowledge or information sufficient to form a belief as to

14  the truth of the allegations of Paragraph 80, and therefore denies them.

15         81.     SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 81, and therefore denies them.

17         82.     To the extent that the allegations of Paragraph 82 relate to other

18  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

19  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

20  of Paragraph 82 relate to SDI, SDI denies all of those allegations.

21         83.     To the extent that the allegations of Paragraph 83 relate to other

22  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

23  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

24  of Paragraph 83 relate to SDI, SDI denies all of those allegations.

25         84.     To the extent that the allegations of Paragraph 84 relate to other

26  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

27  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

28  of Paragraph 84 relate to SDI, SDI denies all of those allegations.

-13-

1        85.      To the extent that the allegations of Paragraph 85 relate to other

2  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

3  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

4  of Paragraph 85 relate to SDI, SDI denies all of those allegations.

5        86.      To the extent that the allegations of Paragraph 86 relate to other

6  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

7  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

8  of Paragraph 86 relate to SDI, SDI denies all of those allegations.

9        87.      To the extent that the allegations of Paragraph 87 relate to other

10  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

11  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

12  of Paragraph 87 relate to SDI, SDI denies all of those allegations.

13        88.      To the extent that the allegations of Paragraph 88 relate to other

14  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

15  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

16  of Paragraph 88 relate to SDI, SDI denies all of those allegations.

17        89.      SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 89, and therefore denies them.

19        90.      To the extent that the allegations of Paragraph 90 relate to other

20  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

21  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

22  of Paragraph 90 relate to SDI, SDI denies all of those allegations.

23        91.      To the extent that the allegations of Paragraph 91 and its subparts

24  relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or

25  information sufficient to form a belief as to their truth, and therefore denies them.  To the

26  extent that the allegations of Paragraph 91 and its subparts relate to SDI, SDI denies all of

27  those allegations.

28        92.      SDI lacks knowledge or information sufficient to form a belief as to

-14-

1   the truth of the allegations of Paragraph 92, and therefore denies them.

2        93.     To the extent that the allegations of Paragraph 93 relate to other

3   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

4   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

5   of Paragraph 93 relate to SDI, SDI denies all of those allegations.

6        94.     SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 94, and therefore denies them.

8        95.     SDI lacks knowledge or information sufficient to form a belief as to

9   the truth of the allegations of Paragraph 95, and therefore denies them.

10       96.     To the extent that the allegations of Paragraph 96 relate to other

11  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

12  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

13  of Paragraph 96 relate to SDI, SDI denies all of those allegations.

14       97.     To the extent that the allegations of Paragraph 97 relate to other

15  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

16  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17  of Paragraph 97 relate to SDI, SDI denies all of those allegations.

18       98.     SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 98, and therefore denies them.

20       99.     SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 99, and therefore denies them.

22       100.    SDI denies each and every allegation of Paragraph 100.

23       101.    SDI lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations of Paragraph 101, and therefore denies them.

25       102.    To the extent that the allegations of Paragraph 102 relate to other

26  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

27  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

28  of Paragraph 102 relate to SDI, SDI denies all of those allegations.

SDI DEFENDANTS' ANSWER TO TARGET CORP.'S
SECOND AMENDED COMPLAINT

1          103.     To the extent that the allegations of Paragraph 103 relate to other

2    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

3    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

4    of Paragraph 103 relate to SDI, SDI denies all of those allegations.

5          104.     To the extent that the allegations of Paragraph 104 relate to other

6    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

7    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

8    of Paragraph 104 relate to SDI, SDI denies all of those allegations.

9          105.     To the extent that the allegations of Paragraph 105 relate to other

10   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

11   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

12   of Paragraph 105 relate to SDI, SDI denies all of those allegations.

13         106.     To the extent that the allegations of Paragraph 106 relate to other

14   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

15   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

16   of Paragraph 106 relate to SDI, SDI denies all of those allegations.

17         107.     To the extent that the allegations of Paragraph 107 relate to other

18   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

19   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

20   of Paragraph 107 relate to SDI, SDI denies all of those allegations.

21         108.     To the extent that the allegations of Paragraph 108 relate to other

22   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

23   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

24   of Paragraph 108 relate to SDI, SDI denies all of those allegations.

25         109.     To the extent that the allegations of Paragraph 109 relate to other

26   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

27   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

28   of Paragraph 109 relate to SDI, SDI denies all of those allegations.

1          110.    To the extent that the allegations of Paragraph 110 relate to other

2    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

3    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

4    of Paragraph 110 relate to SDI, SDI denies all of those allegations.

5          111.    To the extent that the allegations of Paragraph 111 relate to other

6    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

7    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

8    of Paragraph 111 relate to SDI, SDI denies all of those allegations.

9          112.    To the extent that the allegations of Paragraph 112 relate to other

10   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

11   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

12   of Paragraph 112 relate to SDI, SDI denies all of those allegations.

13         113.    To the extent that the allegations of Paragraph 113 relate to other

14   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

15   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

16   of Paragraph 113 relate to SDI, SDI denies all of those allegations.

17         114.    To the extent that the allegations of Paragraph 114 relate to other

18   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

19   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

20   of Paragraph 114 relate to SDI, SDI denies all of those allegations.

21         115.    To the extent that the allegations of Paragraph 115 relate to other

22   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

23   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

24   of Paragraph 115 relate to SDI, SDI denies all of those allegations.

25         116.    To the extent that the allegations of Paragraph 116 relate to other

26   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

27   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

28   of Paragraph 116 relate to SDI, SDI denies all of those allegations.

1        117.    To the extent that the allegations of Paragraph 117 relate to other

2    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

3    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

4    of Paragraph 117 relate to SDI, SDI denies all of those allegations.

5        118.    To the extent that the allegations of Paragraph 118 relate to other

6    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

7    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

8    of Paragraph 118 relate to SDI, SDI denies all of those allegations.

9        119.    To the extent that the allegations of Paragraph 119 relate to other

10    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

11    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

12    of Paragraph 119 relate to SDI, SDI denies all of those allegations.

13        120.    To the extent that the allegations of Paragraph 120 relate to other

14    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

15    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

16    of Paragraph 120 relate to SDI, SDI denies all of those allegations.

17        121.    To the extent that the allegations of Paragraph 121 relate to other

18    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

19    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

20    of Paragraph 121 relate to SDI, SDI denies all of those allegations.

21        122.    To the extent that the allegations of Paragraph 122 and its subparts

22    relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or

23    information sufficient to form a belief as to their truth, and therefore denies them.  To the

24    extent that the allegations of Paragraph 122 and its subparts relate to SDI, SDI denies all of

25    those allegations.

26        123.    To the extent that the allegations of Paragraph 123 relate to other

27    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

28    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

-18-

1   of Paragraph 123 relate to SDI, SDI denies all of those allegations.

2          124.    To the extent that the allegations of Paragraph 124 relate to other

3   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

4   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

5   of Paragraph 124 relate to SDI, SDI denies all of those allegations.

6          125.    To the extent that the allegations of Paragraph 125 relate to other

7   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

8   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

9   of Paragraph 125 relate to SDI, SDI denies all of those allegations.

10          126.    To the extent that the allegations of Paragraph 126 relate to other

11   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

12   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

13   of Paragraph 126 relate to SDI, SDI denies all of those allegations.

14          127.    To the extent that the allegations of Paragraph 127 relate to other

15   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

16   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17   of Paragraph 127 relate to SDI, SDI denies all of those allegations.

18          128.    To the extent that the allegations of Paragraph 128 relate to other

19   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21   of Paragraph 128 relate to SDI, SDI denies all of those allegations.

22          129.    To the extent that the allegations of Paragraph 129 relate to other

23   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

24   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

25   of Paragraph 129 relate to SDI, SDI denies all of those allegations.

26          130.    To the extent that the allegations of Paragraph 130 relate to other

27   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

28   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

1  of Paragraph 130 relate to SDI, SDI denies all of those allegations.

2  131.  To the extent that the allegations of Paragraph 131 relate to other

3  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

4  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

5  of Paragraph 131 relate to SDI, SDI denies all of those allegations.

6  132.  To the extent that the allegations of Paragraph 132 relate to other

7  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

8  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

9  of Paragraph 132 relate to SDI, SDI denies all of those allegations.

10  133.  To the extent that the allegations of Paragraph 133 relate to other

11  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

12  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

13  of Paragraph 133 relate to SDI, SDI denies all of those allegations.

14  134.  To the extent that the allegations of Paragraph 134 relate to other

15  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

16  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17  of Paragraph 134 relate to SDI, SDI denies all of those allegations.

18  135.  To the extent that the allegations of Paragraph 135 relate to other

19  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21  of Paragraph 135 relate to SDI, SDI denies all of those allegations.

22  136.  To the extent that the allegations of Paragraph 136 relate to other

23  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

24  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

25  of Paragraph 136 relate to SDI, SDI denies all of those allegations.

26  137.  To the extent that the allegations of Paragraph 137 relate to other

27  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

28  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

-20-

1    of Paragraph 137 relate to SDI, SDI denies all of those allegations.

2           138.    To the extent that the allegations of Paragraph 138 relate to other

3    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

4    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

5    of Paragraph 138 relate to SDI, SDI denies all of those allegations.

6           139.    To the extent that the allegations of Paragraph 139 relate to other

7    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

8    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

9    of Paragraph 139 relate to SDI, SDI denies all of those allegations.

10          140.    To the extent that the allegations of Paragraph 140 relate to other

11   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

12   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

13   of Paragraph 140 relate to SDI, SDI denies all of those allegations.

14          141.    To the extent that the allegations of Paragraph 141 relate to other

15   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

16   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17   of Paragraph 141 relate to SDI, SDI denies all of those allegations.

18          142.    To the extent that the allegations of Paragraph 142 relate to other

19   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21   of Paragraph 142 relate to SDI, SDI denies all of those allegations.

22          143.    SDI denies each and every allegation of Paragraph 143.

23          144.    SDI denies each and every allegation of Paragraph 144.

24          145.    To the extent that the allegations of Paragraph 145 relate to other

25   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

26   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

27   of Paragraph 145 relate to SDI, SDI denies all of those allegations.

28          146.    To the extent that the allegations of Paragraph 146 relate to other

1    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

2    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

3    of Paragraph 146 relate to SDI, SDI denies all of those allegations.

4            147.    To the extent that the allegations of Paragraph 147 relate to other

5    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

6    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

7    of Paragraph 147 relate to SDI, SDI denies all of those allegations.

8            148.    To the extent that the allegations of Paragraph 148 relate to other

9    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

10    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

11    of Paragraph 148 relate to SDI, SDI denies all of those allegations.

12            149.    To the extent that the allegations of Paragraph 149 relate to other

13    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

14    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

15    of Paragraph 149 relate to SDI, SDI denies all of those allegations.

16            150.    To the extent that the allegations of Paragraph 150 relate to other

17    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

18    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

19    of Paragraph 150 relate to SDI, SDI denies all of those allegations.

20            151.    To the extent that the allegations of Paragraph 151 relate to other

21    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

22    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

23    of Paragraph 151 relate to SDI, SDI denies all of those allegations.

24            152.    SDI lacks knowledge or information sufficient to form a belief as to

25    the truth of the allegations of Paragraph 152, and therefore denies them.

26            153.    SDI lacks knowledge or information sufficient to form a belief as to

27    the truth of the allegations of Paragraph 153, and therefore denies them.

28            154.    SDI lacks knowledge or information sufficient to form a belief as to

1    the truth of the allegations of Paragraph 154, and therefore denies them.

2            155.   To the extent that the allegations of Paragraph 155 relate to other

3    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

4    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

5    of Paragraph 155 relate to SDI, SDI denies all of those allegations.

6            156.   SDI lacks knowledge or information sufficient to form a belief as to

7    the truth of the allegations of Paragraph 156, and therefore denies them.

8            157.   To the extent that the allegations of Paragraph 157 relate to other

9    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

10   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

11   of Paragraph 157 relate to SDI, SDI denies all of those allegations.

12           158.   SDI lacks knowledge or information sufficient to form a belief as to

13   the truth of the allegations of Paragraph 158, and therefore denies them.

14           159.   SDI lacks knowledge or information sufficient to form a belief as to

15   the truth of the allegations of Paragraph 159, and therefore denies them.

16           160.   SDI lacks knowledge or information sufficient to form a belief as to

17   the truth of the allegations of Paragraph 160, and therefore denies them.

18           161.   To the extent that the allegations of Paragraph 161 relate to other

19   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21   of Paragraph 161 relate to SDI, SDI denies all of those allegations.

22           162.   To the extent that the allegations of Paragraph 162 relate to other

23   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

24   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

25   of Paragraph 162 relate to SDI, SDI denies all of those allegations.

26           163.   To the extent that the allegations of Paragraph 163 relate to other

27   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

28   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

1   of Paragraph 163 relate to SDI, SDI denies all of those allegations.

2           164.    To the extent that the allegations of Paragraph 164 relate to other

3   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

4   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

5   of Paragraph 164 relate to SDI, SDI denies all of those allegations.

6           165.    To the extent that the allegations of Paragraph 165 relate to other

7   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

8   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

9   of Paragraph 165 relate to SDI, SDI denies all of those allegations.

10          166.    To the extent that the allegations of Paragraph 166 relate to other

11  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

12  and therefore denies them.  To the extent that the allegations of Paragraph 166 relate to

13  SDI, SDI denies all of those allegations, with the exception of matters specifically

14  admitted herein as follows.  SDI admits that, in or about May, 2008, the Hungarian

15  Competition Authority ("HCA") announced its own investigation of the cathode ray tubes

16  industry.  With respect to the HCA announcement purportedly quoted from in Paragraph

17  170, SDI refers Plaintiff to the referenced document for a description of its content.

18          167.    With the exception of matters specifically admitted on information

19  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

20  belief as to the truth of the allegations in Paragraph 167, and therefore denies them.  SDI

21  admits on information and belief that C.Y. Lin, the former Chairman and CEO of

22  Defendant Chunghwa Picture Tubes, Ltd., was indicted by a federal grand jury in

23  connection with the DOJ's investigation of the cathode ray tubes industry, the terms of

24  which are a matter of public record.  With respect to the press release purportedly quoted

25  from in Paragraph 167, SDI refers Plaintiff to the referenced document for a description of

26  its content.

27          168.    With the exception of matters specifically admitted on information

28  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

1  belief as to the truth of the allegations in Paragraph 168, and therefore denies them.  SDI

2  admits on information and belief that Wu Jen Cheng, formerly of Chunghwa Picture

3  Tubes, Ltd., was indicted by a federal grand jury in connection with the DOJ's

4  investigation of the cathode ray tubes industry, the terms of which are a matter of public

5  record.  With respect to the press release purportedly characterized in Paragraph 168, SDI

6  refers Plaintiff to the referenced document for a description of its content.

7          169.    With the exception of matters specifically admitted on information

8  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

9  belief as to the truth of the allegations in Paragraph 169, and therefore denies them.  SDI

10  admits on information and belief that Chung Cheng Yeh was indicted by a federal grand

11  jury in connection with the DOJ's investigation of the cathode ray tubes industry, the terms

12  of which are a matter of public record.  With respect to the press release purportedly

13  quoted from n Paragraph 169, SDI refers Plaintiff to the referenced document for a

14  description of its content.

15          170.    With the exception of matters specifically admitted on information

16  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

17  belief as to the truth of the allegations in Paragraph 170, and therefore denies them.  SDI

18  admits on information and belief that Seung-Kyu Lee and Jae-Sik Kim were indicted by a

19  federal grand jury in connection with the DOJ's investigation of the cathode ray tubes

20  industry, the terms of which are a matter of public record.  With respect to the press release

21  purportedly quoted from in Paragraph 170, SDI refers Plaintiff to the referenced document

22  for a description of its content.

23          171.    SDI denies the allegations in Paragraph 171, with the exception of

24  matters specifically admitted herein as follows.  SDI admits that SDI Co. entered into an

25  amended plea agreement with the United States related to an investigation of the cathode

26  ray tubes industry, the terms of which are a matter of public record.

27          172.    With the exception of matters specifically admitted herein as follows,

28  SDI lacks knowledge or information sufficient to form a belief as to the truth of the

-25-

1    allegations in Paragraph 172, and therefore denies them.  SDI admits that the European

2    Commission has announced fines relating to its investigation into the cathode ray tubes

3    industry, and the details regarding that announcement are matters of public record.  With

4    respect to the documents purportedly quoted in Paragraph 172, SDI refers Plaintiffs to the

5    referenced documents for a description of their specific contents.

6            173.    To the extent that the allegations of Paragraph 173 relate to other

7    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

8    form a belief as to their truth, and therefore denies them.  To the extent that the allegations

9    of Paragraph 173 relate to SDI, SDI denies all of those allegations.

10           174.    To the extent that the allegations of Paragraph 174 relate to SDI, SDI

11   denies all of those allegations.  To the extent that the allegations of Paragraph 174 relate to

12   other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

13   truth, and therefore denies them, with the exception of matters specifically admitted herein

14   as follows.  SDI admits on information and belief that SEC entered into a plea agreement

15   with the DOJ related to an investigation of dynamic random access memory, the terms of

16   which are a matter of public record.

17           175.    To the extent that the allegations of Paragraph 175 relate to SDI, SDI

18   denies all of those allegations.  To the extent that the allegations of Paragraph 175 relate to

19   other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

20   truth, and therefore denies them.

21           176.    To the extent that the allegations of Paragraph 176 relate to other

22   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

23   and therefore denies them.  To the extent that the allegations of Paragraph 176 relate to

24   SDI, SDI denies all of those allegations, with the exception of matters specifically

25   admitted herein as follows.  SDI admits on information and belief that, in or about

26   December, 2006, authorities in Japan, Korea, and the European Union announced

27   investigations of the TFT-LCD industry.

28           177.    To the extent that the allegations of Paragraph 177 relate to SDI, SDI

-26-

denies all of those allegations.  To the extent that the allegations of Paragraph 177 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

178.   With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178, and therefore denies them.  SDI admits on information and belief that LG Display Co., Ltd., Sharp Corporation, and Chunghwa Picture Tubes, Ltd. entered into plea agreements with the DOJ related to an investigation of the TFT-LCD industry, the terms of which are matters of public record.

179.   With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179, and therefore denies them.  SDI admits on information and belief that Hitachi, Ltd. entered into a plea agreement with the DOJ related to an investigation of the TFT-LCD industry, the terms of which are matters of public record.

180.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 180, and therefore denies them.

181.   To the extent that the allegations of Paragraph 181 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 181 relate to SDI, SDI denies all of those allegations.

182.   To the extent that the allegations of Paragraph 182 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 182 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, SDI Co. attended the Korea Display Conference.  SDI further admits that, during at least portions of the alleged period, SDI Co. was a member of KODEMIA and EDIRAK.  SDI

specifically denies that such trade associations furthered or in any way connected with the "collusive activities" alleged in Paragraph 182 of Complaint.

183.   To the extent that the allegations of Paragraph 183 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 183 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, H.K. Chung, Woo Jong Lee, Bae Choel-Han, Jung Ho-Gyun and H.C. Kim attended the Korea Display Conference.

184.   To the extent that the allegations of Paragraph 184 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 184 relate to SDI, SDI denies all of those allegations.

185.   To the extent that the allegations of Paragraph 185 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 185 relate to SDI, SDI denies all of those allegations.

186.   To the extent that the allegations of Paragraph 186 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 186 relate to SDI, SDI denies all of those allegations.

187.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 187, and therefore denies them.

188.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 188, and therefore denies them.

189.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 189, and therefore denies them.

190.   SDI denies all the allegations of Paragraph 190, with the exception of

matters specifically admitted herein as follows.  SDI admits that, in late 2005, SDI closed its cathode ray tube factory in Germany.

191.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 191, and therefore denies them.

192.    To the extent that the allegations of Paragraph 192 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 192 relate to SDI, SDI denies all of those allegations.

193.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 193, and therefore denies them.

194.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 194, and therefore denies them.

195.    To the extent that the allegations of Paragraph 195 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 195 relate to SDI, SDI denies all of those allegations.

196.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 196, and therefore denies them.

197.    To the extent that the allegations of Paragraph 197 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 197 relate to SDI, SDI denies all of those allegations.

198.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 198, and therefore denies them.

199.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 199, and therefore denies them.

200.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 200, and therefore denies them.

-29-

1          201.   To the extent that the allegations of Paragraph 201 relate to other

2  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

3  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 201

4  relate to SDI, SDI denies all of those allegations.

5          202.   To the extent that the allegations of Paragraph 202 and its subparts

6  relate to other defendants or entities, SDI lacks knowledge or information sufficient to

7  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

8  of Paragraph 202 and its subparts relate to SDI, SDI denies all of those allegations.

9  **VII.    Allegations Concerning Plaintiff's Alleged Injuries**

10          203.   To the extent that the allegations of Paragraph 203 relate to other

11  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

12  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 203

13  relate to SDI, SDI denies all of those allegations.

14          204.   To the extent that the allegations of Paragraph 204 relate to other

15  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

16  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 204

17  relate to SDI, SDI denies all of those allegations.

18          205.   To the extent that the allegations of Paragraph 205 relate to other

19  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

20  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 205

21  relate to SDI, SDI denies all of those allegations.

22          206.   To the extent that the allegations of Paragraph 206 relate to other

23  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

24  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 206

25  relate to SDI, SDI denies all of those allegations.

26          207.   To the extent that the allegations of Paragraph 207 relate to other

27  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

28  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 207

1   relate to SDI, SDI denies all of those allegations.

2   208.   To the extent that the allegations of Paragraph 208 relate to other

3   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

4   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 208

5   relate to SDI, SDI denies all of those allegations.

6   209.   To the extent that the allegations of Paragraph 209 relate to other

7   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

8   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 209

9   relate to SDI, SDI denies all of those allegations.

10   **VIII.   Allegations Concerning Supposed Fraudulent Concealment.**

11   210.   SDI denies each and every allegation of Paragraph 214.

12   211.   SDI denies each and every allegation of Paragraph 215.

13   212.   To the extent that the allegations of Paragraph 212 relate to other

14   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

15   and therefore denies them.  To the extent that the allegations of Paragraph 212 relate to

16   SDI, SDI denies all of those allegations.

17   213.   To the extent that the allegations of Paragraph 213 relate to other

18   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

19   and therefore denies them.  To the extent that the allegations of Paragraph 213 relate to

20   SDI, SDI denies all of those allegations.

21   214.   To the extent that the allegations of Paragraph 214 relate to other

22   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

23   and therefore denies them.  To the extent that the allegations of Paragraph 214 relate to

24   SDI, SDI denies all of those allegations.

25   215.   To the extent that the allegations of Paragraph 215 relate to other

26   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

27   and therefore denies them.  To the extent that the allegations of Paragraph 215 relate to

28   SDI, SDI denies all of those allegations.

216.   To the extent that the allegations of Paragraph 216 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 216 relate to SDI, SDI denies all of those allegations.

217.   To the extent that the allegations of Paragraph 217 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 217 relate to SDI, SDI denies all of those allegations.

218.   To the extent that the allegations of Paragraph 218 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 218 relate to SDI, SDI denies all of those allegations.

219.   To the extent that the allegations of Paragraph 219 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 219 relate to SDI, SDI denies all of those allegations.

220.   To the extent that the allegations of Paragraph 220 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 220 relate to SDI, SDI denies all of those allegations.

221.   To the extent the allegations of Paragraph 221 constitute legal conclusions and/or contentions, SDI avers that no response is required.  To the extent that a response is required, and the allegations of Paragraph 221 relate to other defendants, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 221 relate to SDI, SDI denies all of those allegations.

222.   To the extent the allegations of Paragraph 222 constitute legal conclusions and/or contentions, SDI avers that no response is required.  To the extent that

1   a response is required, and the allegations of Paragraph 222 relate to other defendants, or

2   other persons, SDI lacks knowledge or information sufficient to form a belief as to their

3   truth, and therefore denies them.  To the extent that the allegations of Paragraph 222 relate

4   to SDI, SDI denies all of those allegations.

5   **IX.    Allegations Concerning Supposed American Pipe, Government Action, and**

6   **        Cross-Jurisdictional Tolling**

7                  223.    SDI avers that the allegations of Paragraph 223 constitute legal

8   contentions and/or conclusions to which no response is required.  To the extent that a

9   response is required, and to the extent that allegations of Paragraph 223 relate to SDI, SDI

10  denies all of the allegations of Paragraph 223, with the exception of matters specifically

11  admitted herein as follows.  SDI admits that indictments have been issued by a federal

12  grand jury in connection with DOJ's investigation of the color display tubes industry, the

13  terms of which are a matter of public record.  To the extent that the allegations of

14  Paragraph 223 relate to other defendants, SDI lacks knowledge or information sufficient to

15  form a belief as to the truth of those allegations, and therefore denies them.

16                 224.    SDI avers that the allegations of Paragraph 224 constitute legal

17  contentions and/or conclusions to which no response is required.  To the extent that a

18  response is required, and to the extent that allegations of Paragraph 224 relate to SDI, SDI

19  denies all of those allegations.  To the extent that the allegations of Paragraph 224 relate to

20  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

21  truth of those allegations, and therefore denies them.

22                 225.    SDI avers that the allegations of Paragraph 225 constitute legal

23  contentions and/or conclusions to which no response is required.  To the extent that a

24  response is required, SDI lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations of Paragraph 225, and therefore denies them.

26  **X.    Allegations Concerning Claim for Violations**

27                 226.    SDI repeats and incorporates by reference its responses to

28  Paragraphs 1 through 225 of the Complaint with the same force and effect as if set forth

1  herein at length.

2          227.    SDI avers that the allegations of Paragraph 227 constitute legal

3  contentions and/or conclusions to which no response is required, but SDI nonetheless

4  denies all of those allegations.

5          228.    SDI denies each and every allegation of Paragraph 228.

6          229.    SDI denies each and every allegation of Paragraph 229.

7          230.    SDI denies each and every allegation of Paragraph 230.

8          231.    SDI denies each and every allegation of Paragraph 231, including its

9  subparts.

10          232.    SDI denies each and every allegation of Paragraph 232.

11          233.    SDI repeats and incorporates by reference its responses to Paragraphs

12  1 through 232 of the Complaint with the same force and effect as if set forth herein at

13  length.

14          234.    SDI avers that the allegations of Paragraph 234 constitute legal

15  contentions and/or conclusions to which no response is required, but SDI nonetheless

16  denies all of those allegations.

17          235.    SDI denies each and every allegation of Paragraph 235.

18          236.    SDI denies each and every allegation of Paragraph 236.

19          237.    SDI denies each and every allegation of Paragraph 237.

20          238.    SDI denies each and every allegation of Paragraph 238, including its

21  subparts.

22          239.    SDI denies each and every allegation of Paragraph 239, including its

23  subparts.

24          240.    SDI denies each and every allegation of Paragraph 240.

25          241.    SDI denies each and every allegation of Paragraph 241.

26          242.    SDI repeats and incorporates by reference its responses to Paragraphs

27  1 through 241 of the Complaint with the same force and effect as if set forth herein at

28  length.

1     243. SDI avers that the allegations of Paragraph 243 constitute legal

2 contentions and/or conclusions to which no response is required, but SDI nonetheless

3 denies all of those allegations.

4     244. SDI denies each and every allegation of Paragraph 244.

5     245. SDI denies each and every allegation of Paragraph 245, including its

6 subparts.

7     246. SDI denies each and every allegation of Paragraph 246, including its

8 subparts.

9     247. SDI denies each and every allegation of Paragraph 247.

10     248. SDI denies each and every allegation of Paragraph 248, including its

11 subparts.  Further, in light of the Court's Order Adopting In Part And Modifying In Part

12 Special Master's Report And Recommendation On Defendants' Motion To Dismiss The

13 Direct Action Complaints (Dkt. No. 1856), Plaintiff's claims against SDI under California

14 laws for restitution and unjust enrichment have been dismissed.

15     249. SDI denies each and every allegation of Paragraph 249, including its

16 subparts.

17     250. SDI denies each and every allegation of Paragraph 250, including its

18 subparts.

19     251. SDI denies each and every allegation of Paragraph 251, including its

20 subparts.

21     252. SDI denies each and every allegation of Paragraph 252, including its

22 subparts.

23     253. SDI denies each and every allegation of Paragraph 253, including its

24 subparts.

25     254. SDI denies each and every allegation of Paragraph 254, including its

26 subparts.

27     255. SDI denies each and every allegation of Paragraph 255, including its

28 subparts.

256.    SDI denies each and every allegation of Paragraph 256, including its subparts.  Further, in light of the Court's Order Adopting In Part And Modifying In Part Special Master's Report And Recommendation On Defendants' Motion To Dismiss The Direct Action Complaints (Dkt. No. 1856), Plaintiff's claims against SDI under the Donnelly Act based on pre-December 3, 1998 purchases have been dismissed.

257.    SDI denies each and every allegation of Paragraph 257, including its subparts.

258.    SDI denies each and every allegation of Paragraph 258, including its subparts.

## XI.    Allegations Concerning Plaintiff' Prayer for Relief.

SDI denies that Plaintiff suffered any injury or incurred any damages by any act or omission of SDI as alleged in the Complaint, and further denies that Plaintiff is entitled to any relief under any theory by means of the allegations set forth in the Complaint.

## ADDITIONAL OR AFFIRMATIVE DEFENSES

Without assuming any burden it would not otherwise bear, SDI asserts the following additional and/or affirmative defenses to Plaintiff' Complaint:

## FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted.

## SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

## THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of laches.

-36-

## FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of unclean hands.

## FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Remedies Unconstitutional, Unauthorized or Contrary to Public Policy)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized.

## SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Absence of Damages)

Plaintiff's claims should be dismissed because Plaintiff has suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent that Plaintiff purportedly suffered injury or damage, which SDI specifically denies, SDI further contends that any such purported injury or damage was not by reason of any act or omission of SDI.

## SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Antitrust Injury)

Plaintiff's claims should be dismissed because Plaintiff has not suffered actual, cognizable antitrust injury of the type antitrust laws are intended to remedy.

## EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Uncertainty of Damages)

Plaintiff's claims should be dismissed because the alleged damages sought are too speculative and uncertain, and cannot be practicably ascertained or allocated.

## NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff's claims should be dismissed, in whole or in part, because Plaintiff failed to take all necessary, reasonable, and appropriate actions to mitigate its alleged

1  damages, if any.

## TENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Statutes of Limitation)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by the applicable statute(s) of limitations.

## ELEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiff would be unjustly enriched if it was allowed to recover any part of the damages alleged in the Complaint.

## TWELFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Proximate Cause)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, due to the absence of any injury or damage for which SDI's actions, conduct, or omissions were the proximate cause.

## THIRTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

Plaintiff's claims for injunctive relief should be dismissed because Plaintiff has available an adequate remedy at law.

## FOURTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Privilege)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because any action taken by or on behalf of SDI was justified, constituted bona fide business competition and was taken in pursuit of its own legitimate business and economic interests, and is therefore privileged.

## FIFTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Non-actionable or Governmental Privilege)

Plaintiff's claims are barred, in whole or in part, because the alleged conduct

-38-

of SDI that is the subject of the Complaint was caused by, due to, based upon, or in response to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, and/or regulatory agencies, and such is non-actionable or privileged.

## SIXTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Parties)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, for failure to join indispensable parties.

## SEVENTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because any and all injuries alleged in the Complaint, the fact and extent of which SDI specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiff and/or third parties or entities, other than SDI.

## EIGHTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acquiescence)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by Plaintiff's acquiescence in and/or confirmation of any and all conduct and/or omissions alleged as to SDI.

## NINETEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction and/or Failure to State a Claim Under the Foreign Trade Antitrust Improvements Act)

Plaintiff's claims based on foreign purchases, if any, should be dismissed to the extent that they are barred, in whole or in part, because they are outside the Court's subject matter jurisdiction as defined by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a and/or analogous state authority.

## TWENTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Uncertainty)

Plaintiff's claims should be dismissed for uncertainty and vagueness and because their claims are ambiguous, and/or unintelligible.  SDI avers that Plaintiff's claims do not describe the events or legal theories with sufficient particularity to permit SDI to ascertain what other defenses may exist.  SDI therefore reserves the right to amend its Answer to assert additional defenses and/or supplement, alter, or change its Answer and/or defenses upon the discovery of more definitive facts upon the completion of its investigation and discovery.

## TWENTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Standing to Sue for Injuries Alleged)

Plaintiff's claims should be dismissed, in whole or in part, to the extent Plaintiff lacks standing to sue for the injuries alleged in the Complaint.  To the extent that Plaintiff purchased products containing CRTs, as opposed to CRTs themselves, its alleged injuries are even more speculative, derivative, indirect, and remote.  Plaintiff's damage claims create an impermissible risk of duplicative recoveries and complex damage apportionment.

## TWENTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Competition Not Harmed)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because SDI's actions did not lessen competition in the relevant market(s).

## TWENTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Intervening or Superseding Acts of Third Parties)

Plaintiff's damages, if any, resulted from the acts or omissions of third parties over whom SDI had no control or responsibility.  The acts of such third parties constitute intervening or superseding causes of harm, if any, suffered by Plaintiff.

1

## TWENTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

2

### (Injury or Damages Offset by Benefits Received)

3      Plaintiff's claims should be dismissed to the extent that they are barred, in

4  whole or in part, because any claimed injury or damage has been offset by benefits

5  Plaintiff received with respect to the challenged conduct.

6

## TWENTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

7

### (Increased Output and Lower Prices)

8      SDI, without admitting the existence of any contract, combination, or

9  conspiracy in restraint of trade as alleged in the Complaint, avers that the matters about

10 which Plaintiff complains resulted in increased output and lower prices for CRTs and/or

11 CRT Products.

12

## TWENTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

13

### (Prices Fixed by Plaintiff)

14      Plaintiff's claims should be dismissed to the extent they are barred, in whole

15 or in part, because the price of CRTs and/or CRT Products was fixed, if at all, by Plaintiff

16 and/or other purchasers of CRTs and/or CRT Products, either individually or collectively.

17

## TWENTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

18

### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

19      Plaintiff's claims should be dismissed to the extent that they are barred, in

20 whole or in part, because Plaintiff has failed to allege fraud or fraudulent concealment with

21 sufficient particularity.

22

## TWENTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

23

### (Failure to Plead Conspiracy with Particularity)

24      Plaintiff's claims should be dismissed to the extent that they are barred, in

25 whole or in part, because Plaintiff has failed to allege conspiracy with sufficient

26 particularity.

27

28

-41-

## TWENTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Detrimental Reliance)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiff did not detrimentally rely upon any alleged deceptive trade conduct as alleged in the Complaint.

## THIRTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Arbitration Agreements)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by agreements that require arbitration of the matters alleged in the Complaint.

## THIRTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Settlement Set Off)

Without admitting that Plaintiff is entitled to recover damages in this matter, SDI is entitled to set off from any recovery Plaintiff may obtain against SDI any amount paid to Plaintiff by any other Defendants who have settled, or do settle, Plaintiff's claims in this matter.

## THIRTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Injunctive Relief)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiff has failed to state a claim for injunctive relief insofar as Plaintiff seeks to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

## THIRTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Jurisdiction)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because any alleged conduct of SDI occurred outside of the jurisdiction of the Court.

1

## THIRTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

2

### (Damages Passed On)

3       Plaintiff's claims should be dismissed to the extent they are barred, in whole

4   or in part, because any injury or damage alleged in the Complaint, which SDI specifically

5   denies, was passed on to persons or entities other than Plaintiff and/or was passed on by

6   Plaintiff to other parties.

7

## THIRTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

8

### (Damages Not Passed Through to Plaintiff)

9       Plaintiff's claims should be dismissed to the extent they are barred, in whole

10  or in part, because any injury or damage alleged in the Complaint was not incurred by or

11  passed on to Plaintiff, or was incurred by or passed on to persons or entities other than

12  Plaintiff.

13

## THIRTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

14

### (No Unreasonable Restraint Of Trade)

15      Plaintiff's claims are barred, in whole or in part, because the alleged conduct

16  of SDI did not unreasonably restrain trade.

17

## THIRTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

18

### (Ultra Vires)

19      To the extent that any actionable conduct may have occurred, Plaintiff's

20  claims against SDI are barred because all such alleged conduct would have been

21  committed by individuals acting ultra vires.

22

## THIRTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

23

### (Proportionality)

24      To the extent SDI is found liable for damages, the fact and extent of which

25  are expressly denied by SDI, those damages must be reduced in proportion to SDI's degree

26  of fault.

27

28

-43-

## THIRTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Forum Non Conveniens)

Plaintiff's claims are barred, in whole or in part, because of the doctrine of forum non conveniens.

## FORTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Permitted By Law)

Plaintiff's claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct or statements that are specifically permitted by law.

## FORTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Multiple Recoveries)

To the extent Plaintiff's claims would result in SDI paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple recoveries would violate rights guaranteed to SDI by the U.S. Constitution and other law, including, without limitation, rights guaranteed under the Due Process Clause of the Fourteenth Amendment.

## FORTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Extraterritorial Application)

Plaintiff's claims are barred, in whole or in part, by the U.S. Constitution and/or other applicable law to the extent their claims seek the improper extraterritorial application of the laws cited to any transactions occurring outside the United States.

## FORTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acts Outside The Jurisdiction)

Plaintiff's claims under the laws of the various States cited are barred, in whole or in part, to the extent SDI's alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor affected persons, entities, or commerce in the various States cited.

-44-

1        **FORTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

2         **(Restitution Unmanageable And Inequitable)**

3        Plaintiff's requests for relief are barred, in whole or in part, to the extent the

4 restitution sought in the Complaint is unmanageable and inequitable.

5        **FORTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

6         **(Market Power)**

7        Plaintiff's claims are barred, in whole or in part, to the extent they have

8 failed to allege or prove that SDI possessed or possesses market power in any legally

9 cognizable relevant market.

10       **FORTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

11        **(Privity Of Contract)**

12        Plaintiff's claims are barred, in whole or in part, to the extent that privity of

13 contract is required to establish their claims.

14       **FORTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

15         **(Release)**

16        Plaintiff's claims are barred, in whole or in part, because they have been

17 released by Plaintiff and/or others.

18       **FORTY-EIGHTEIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

19        **(Voluntary Payment)**

20        Plaintiff's claims are barred, in whole or in part, by the voluntary payment

21 doctrine, under which one cannot recover payments with full knowledge of the facts.

22       **FORTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

23        **(Federal Trade Commission)**

24        Any alleged conduct by SDI is, or if in interstate commerce would be,

25 subject to and complies with the rules and regulations of, and the statutes administered by,

26 the Federal Trade Commission or other official department, division, commission or

27 agency of the United States as such rules, regulations, or statutes are interpreted by the

28 Federal Trade Commission or such department, division, commission or agency of the

-45-

1    federal courts.

2    ## FIFTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

3    ### (Intrastate Conduct)

4    Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff does

5    not allege conduct and/or effects that are wholly or predominantly intrastate within the

6    various States at issue.

7    ## FIFTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

8    ### (Not Entitled To Seek Damages)

9    Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff is not

10   entitled to seek damages under the laws of the various States cited.

11   ## FIFTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

12   ### (Failure To Allege Predicate Acts For Unfair Competition Claims)

13   Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff has

14   failed to allege predicate acts necessary to invoke application of the unfair competition

15   laws of the various States cited.

16   ## FIFTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

17   ### (Failure To Plead Special Damages With Specificity)

18   Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff has

19   failed to plead special damages with specificity as required by the laws of the various

20   States cited.

21   ## FIFTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

22   ### (Improper Taking)

23   Any award of restitution or monetary recovery pursuant to California

24   Business and Professions Code §§ 17200, et seq. would constitute a taking of property

25   without just compensation in violation of the Takings Clause of the U.S. Constitution and

26   of Article 1, Section 19 of the California Constitution.

27

28

-46-

## FIFTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Remedy)

To the extent Plaintiff seeks disgorgement of revenues and profits under the California Business and Professions §§ 17200, et seq. beyond any monies Plaintiff directly paid to SDI, if any, such remedy is not authorized by Section 17200, et seq.

## FIFTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Other Defenses Incorporated by Reference)

SDI adopts and incorporates by reference any and all other additional or affirmative defenses asserted or to be asserted by any other defendant in this proceeding to the extent that Samsung SDI may share in such affirmative defenses.

## FIFTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Reservation of Rights to Assert Additional Defenses)

SDI has not knowingly or intentionally waived any applicable defenses and explicitly reserves the right to assert and rely on such other applicable defenses as may become available or apparent during discovery proceedings.  SDI further reserves the right to amend its Answer and/or its defenses accordingly, and/or to delete defenses that it determines are not applicable during the course of subsequent discovery.

WHEREFORE, the Samsung SDI Defendants pray for judgment as follows:

1.    That Plaintiff take nothing under the Complaint, and the Complaint be dismissed with prejudice;

2.    That judgment be entered in favor of the Samsung SDI Defendants and against Plaintiff on each and every cause of action set forth in the Complaint;

3.    That the Samsung SDI Defendants recover their costs of suit and attorneys' fees incurred herein; and

4.    That the Samsung SDI Defendants be granted such other and further relief as the Court deems just and proper.

Dated:  November 4, 2013            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

-47-

1

2

3          By    _____/s/ Michael W. Scarborough_____
                       MICHAEL W. SCARBOROUGH
4
                       Attorneys for Defendants
5               SAMSUNG SDI AMERICA, INC.,
                    SAMSUNG SDI CO., LTD.,
6          SAMSUNG SDI (MALAYSIA) SDN. BHD.,
           SAMSUNG SDI MEXICO S.A. DE C.V.,
7               SAMSUNG SDI BRASIL LTDA.,
           SHENZEN SAMSUNG SDI CO., LTD. and
8              TIANJIN SAMSUNG SDI CO., LTD.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-48-