1   DAVID L. YOHAI (*pro hac vice*)
    ADAM C. HEMLOCK (*pro hac vice*)
2   DAVID E. YOLKUT (*pro hac vice*)
    **WEIL, GOTSHAL & MANGES LLP**
3   767 Fifth Avenue
    New York, New York 10153-0119
4   Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
5   Email: david.yohai@weil.com

6   GREGORY D. HULL (57367)
    **WEIL, GOTSHAL & MANGES LLP**
7   201 Redwood Shores Parkway
    Redwood Shores, California 94065-1175
8   Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
9   E-mail: greg.hull@weil.com

10  JEFFREY L. KESSLER (*pro hac vice*)
    A. PAUL VICTOR (*pro hac vice*)
11  ALDO A. BADINI (257086)
    EVA W. COLE (*pro hac vice*)
12  MOLLY M. DONOVAN (*pro hac vice*)
    **WINSTON & STRAWN LLP**
13  200 Park Avenue
    New York, New York 10166-4193
14  Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
15  Email: jkessler@winston.com

16  *Attorneys for Defendant Matsushita Toshiba Picture Display Co., Ltd.*

17               **IN THE UNITED STATES DISTRICT COURT**
18               **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
19

20                                              | **Case No. 07-5944 SC**
                                                 | **MDL No. 1917**
21

22  **In re: CATHODE RAY TUBE (CRT)**            | **DEFENDANT MATSUSHITA TOSHIBA**
    **ANTITRUST LITIGATION**                     | **PICTURE DISPLAY CO., LTD.'S**
23                                               | **ANSWER TO CIRCUIT CITY'S FIRST**
                                                 | **AMENDED COMPLAINT**
24  This Document Relates to:

25  CIRCUIT CITY ACTION
    11-CV-05502
26

27

28

1    Defendant MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD. ("MTPD"), by

2  and through its attorneys, answers the allegations set forth in the First Amended Complaint filed

3  on October 16, 2013 (the "Complaint") by plaintiff Alfred H. Siegel, as Trustee of the Circuit City

4  Stores, Inc. Liquidating Trust ("Plaintiff"), and alleges additional or affirmative defenses as

5  follows.  To the extent not specifically admitted herein, all allegations of the Complaint are

6  denied.  Furthermore, the section headings included herein are included only for purposes of

7  clarity and organization, and MTPD does not admit, but rather hereby specifically denies, any

8  factual or legal allegations in the headings used in the Complaint.

9  I.    "INTRODUCTION"

10    1.    MTPD denies the allegations contained in Paragraph 1 of the Complaint as they

11  relate to MTPD and denies the remaining allegations for lack of knowledge or information

12  sufficient to form a belief as to the truth thereof.

13    2.    The allegations contained in Paragraph 2 of the Complaint include

14  characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is

15  required.  To the extent that a response is required, MTPD denies all of the allegations, except

16  admits that color display tubes ("CDTs") can be used in computer monitors and certain other

17  specialized applications, admits that color picture tubes ("CPTs") can be used in televisions,

18  admits that CDTs and CPTs are types of cathode ray tubes ("CRTs"), and admits that at various

19  times certain affiliates of MTPD manufactured some CRTs and some products containing CRTs.

20    3.    MTPD denies the allegations contained in Paragraph 3 of the Complaint as they

21  relate to MTPD and denies the remaining allegations for lack of knowledge or information

22  sufficient to form a belief as to the truth thereof.

23    4.    MTPD denies the allegations contained in Paragraph 4 of the Complaint as they

24  relate to MTPD and denies the remaining allegations for lack of knowledge or information

25  sufficient to form a belief as to the truth thereof.

26    5.    MTPD denies the allegations contained in Paragraph 5 of the Complaint as they

27  relate to MTPD and denies the remaining allegations for lack of knowledge or information

28  sufficient to form a belief as to the truth thereof.

1

6.      MTPD denies the allegations contained in Paragraph 6 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

7.      MTPD denies the allegations contained in Paragraph 7 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

8.      MTPD denies the allegations contained in Paragraph 8 of the Complaint, except admits that an alleged conspiracy concerning CRTs is or was being investigated by the United States Department of Justice ("DOJ"), and by certain foreign competition authorities, and that it has been publicly reported that individuals have been indicted in connection with the DOJ investigation.

9.      MTPD denies the allegations contained in Paragraph 9 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

10.      MTPD denies the allegations contained in Paragraph 10 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

11.      MTPD denies the allegations contained in Paragraph 11 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

II.      **"JURISDICTION AND VENUE"**

12.      MTPD denies the allegations contained in Paragraph 12 of the Complaint except admits that Plaintiff purports to bring this action pursuant to the federal statutes identified therein and seek the relief sought therein.

13.      MTPD denies the allegations contained in Paragraph 13 of the Complaint, except admits that Plaintiff purports to bring this action pursuant to various state laws identified therein and seeks the relief sought therein.

14.      The allegations contained in Paragraph 14 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

response is required, MTPD denies the allegations contained in Paragraph 14 of the Complaint, except admits that Plaintiff purports to base subject matter jurisdiction on the federal statutes identified therein.

15.     MTPD denies the allegations contained in Paragraph 15 of the Complaint as they relate to MTPD, except admits that certain affiliates of MTPD have done some business within certain jurisdictions within the United States, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

16.     The allegations contained in Paragraph 16 of the Complaint regarding jurisdiction constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations as they relate to MTPD except admits that certain affiliates of MTPD have done some business within certain jurisdictions within the United States, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

17.     The allegations contained in Paragraph 17 of the Complaint regarding venue constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations as they relate to MTPD except admits that certain affiliates of MTPD have done some business within certain jurisdictions within the United States, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

III.    "PARTIES"

A.    "Plaintiff"

18.     MTPD denies the allegations contained in Paragraph 18 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

19.     MTPD denies the allegations contained in Paragraph 19 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

20.     MTPD denies the allegations contained in Paragraph 20 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

3

1    sufficient to form a belief as to the truth thereof.

2         21.    MTPD denies the allegations contained in Paragraph 21 of the Complaint for lack

3    of knowledge or information sufficient to form a belief as to the truth thereof.

4         22.    MTPD denies the allegations contained in Paragraph 22 of the Complaint for lack

5    of knowledge or information sufficient to form a belief as to the truth thereof.

6    **B.**    **"Defendants"**

7         **1.**    **"Hitachi Entities"**

8         23.    MTPD denies the allegations contained in Paragraph 23 of the Complaint for lack

9    of knowledge or information sufficient to form a belief as to the truth thereof.

10        24.    MTPD denies the allegations contained in Paragraph 24 of the Complaint for lack

11   of knowledge or information sufficient to form a belief as to the truth thereof.

12        25.    MTPD denies the allegations contained in Paragraph 25 of the Complaint for lack

13   of knowledge or information sufficient to form a belief as to the truth thereof.

14        26.    MTPD denies the allegations contained in Paragraph 26 of the Complaint for lack

15   of knowledge or information sufficient to form a belief as to the truth thereof.

16        27.    MTPD denies the allegations contained in Paragraph 27 of the Complaint for lack

17   of knowledge or information sufficient to form a belief as to the truth thereof.

18        28.    MTPD denies the allegations contained in Paragraph 28 of the Complaint for lack

19   of knowledge or information sufficient to form a belief as to the truth thereof.

20        29.    MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph

21   29 of the Complaint collectively as "Hitachi."

22        **2.**    **"IRICO Entities"**

23        30.    MTPD denies the allegations contained in Paragraph 30 of the Complaint for lack

24   of knowledge or information sufficient to form a belief as to the truth thereof.

25        31.    MTPD denies the allegations contained in Paragraph 31 of the Complaint for lack

26   of knowledge or information sufficient to form a belief as to the truth thereof.

27        32.    MTPD denies the allegations contained in Paragraph 32 of the Complaint for lack

28   of knowledge or information sufficient to form a belief as to the truth thereof.

4

33.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph 33 of the Complaint collectively as "IRICO."

### 3.     "**LG Electronics Entities**"

34.     MTPD denies the allegations contained in Paragraph 34 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

35.     MTPD denies the allegations contained in Paragraph 35 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

36.     MTPD denies the allegations contained in Paragraph 36 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

37.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph 37 of the Complaint collectively as "LG Electronics."

### 4.     "**LP Displays**"

38.     MTPD denies the allegations contained in Paragraph 38 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 5.     "**Panasonic Entities**"

39.     MTPD denies the allegations contained in Paragraph 39 of the Complaint in their entirety, except admits that Panasonic Corporation ("Panasonic") is a Japanese entity with an office in Osaka, Japan at the address listed in Paragraph 39, and that it was known as Matsushita Electric Industrial Co., Ltd. ("MEI") prior to October 1, 2008.

40.     MTPD denies the allegations contained in Paragraph 40 of the Complaint in their entirety, except admits that Panasonic Corporation of North America ("PNA") is a Delaware corporation with its principal place of business formerly located at the address listed in Paragraph 40.  MTPD avers that PNA's principal place of business is now located at Two Riverfront Plaza, Newark, New Jersey, 07102.  MTPD further admits that PNA is a wholly-owned subsidiary of Panasonic.

41.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph 41 of the Complaint collectively as "Panasonic."

42.     MTPD denies the allegations contained in Paragraph 42 of the Complaint in their

DEFENDANT MT PICTURE DISPLAY'S
ANSWER TO CIRCUIT CITY'S FIRST AMENDED COMPLAINT

Case No. 07-5944 SC
MDL NO. 1917

entirety, except admits that it was a Japanese entity with an office in Osaka, Japan at the address listed in Paragraph 42.  MTPD further admits that it was established as a joint venture between Panasonic and Toshiba Corporation ("Toshiba"), but avers that MTPD was formed in 2003, not 2002.  MTPD further admits that Panasonic held 64.5% of MTPD at the time MTPD was formed in 2003.  MTPD further admits that Panasonic acquired Toshiba's 35.5% interest in MTPD on March 30, 2007, that MTPD became a wholly-owned subsidiary of Panasonic, and that MTPD was renamed.  MTPD further admits that certain of its affiliates sold CRTs or products containing CRTs in the United States at various times during the purported Relevant Period.

43.     MTPD denies the allegations contained in Paragraph 43 of the Complaint in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that Beijing-Matsushita Color CRT Company, Ltd. ("BMCC") is a Chinese entity with its headquarters in Beijing, China at the address listed in Paragraph 43.  MTPD further admits that BMCC is a joint venture formed in 1987, and further admits that MTPD at one time had a 50% equity ownership interest in BMCC.

### 6.     "Philips Entities"

44.     MTPD denies the allegations contained in Paragraph 44 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

45.     MTPD denies the allegations contained in Paragraph 45 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

46.     MTPD denies the allegations contained in Paragraph 46 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

47.     MTPD denies the allegations contained in Paragraph 47 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

48.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph 48 of the Complaint collectively as "Philips."

### 7.     "Samsung Entities"

49.     MTPD denies the allegations contained in Paragraph 49 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

50.    MTPD denies the allegations contained in Paragraph 50 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

51.    MTPD denies the allegations contained in Paragraph 51 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

52.    MTPD denies the allegations contained in Paragraph 52 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

53.    MTPD denies the allegations contained in Paragraph 53 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

54.    MTPD denies the allegations contained in Paragraph 54 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

55.    MTPD denies the allegations contained in Paragraph 55 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

56.    MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph 56 of the Complaint collectively as "Samsung."

### 8.    "Samtel"

57.    MTPD denies the allegations contained in Paragraph 57 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 9.    "Thai CRT"

58.    MTPD denies the allegations contained in Paragraph 58 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 10.    "Toshiba Entities"

59.    MTPD denies the allegations contained in Paragraph 59 of the Complaint in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that Panasonic entered into a joint venture with Toshiba to form MTPD, but avers that MTPD was formed in 2003, not 2002.

60.    MTPD denies the allegations contained in Paragraph 60 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

61.    MTPD denies the allegations contained in Paragraph 61 of the Complaint for lack

7

1   of knowledge or information sufficient to form a belief as to the truth thereof.

2       62.     MTPD denies the allegations contained in Paragraph 62 of the Complaint for lack

3   of knowledge or information sufficient to form a belief as to the truth thereof.

4       63.     MTPD denies the allegations contained in Paragraph 63 of the Complaint for lack

5   of knowledge or information sufficient to form a belief as to the truth thereof.

6       64.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph

7   64 of the Complaint collectively as "Toshiba."

8   **IV.    "AGENTS AND CO-CONSPIRATORS"**

9       65.     MTPD denies the allegations contained in Paragraph 65 of the Complaint as they

10  relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or

11  information sufficient to form a belief as to the truth thereof.

12      66.     MTPD denies the allegations contained in Paragraph 66 of the Complaint as they

13  relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or

14  information sufficient to form a belief as to the truth thereof.

15      67.     The allegations contained in Paragraph 67 of the Complaint include legal

16  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

17  response is required, MTPD denies the allegations in their entirety for lack of knowledge or

18  information sufficient to form a belief as to the truth thereof.  MTPD avers that the entity formerly

19  known as Matsushita Electronic Corporation (Malaysia) Sdn. Bhd. ("Matsushita Malaysia") was

20  dissolved on October 8, 2007.

21      68.     MTPD denies the allegations contained in Paragraph 68 of the Complaint for lack

22  of knowledge or information sufficient to form a belief as to the truth thereof.

23      69.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph

24  69 of the Complaint collectively as "Daewoo."

25      70.     MTPD denies the allegations contained in Paragraph 70 of the Complaint in its

26  entirety, except admits that Matsushita Malaysia was a Malaysian entity that had an office located

27  at the address listed in Paragraph 70 in Shah Alam, Malaysia, and was a direct subsidiary of

28  Panasonic from 2001 until 2003, operating as Matsushita Display Devices (Malaysia) Sdn. Bhd.

8

1   MTPD further admits that Matsushita Malaysia was transferred to MTPD in 2003, renamed as

2   MT Picture Display (Malaysia) Sdn. Bhd., and operated as a wholly-owned subsidiary of MTPD.

3   MTPD avers that the entity formerly known as Matsushita Malaysia was dissolved on October 8,

4   2007.

5        71.     MTPD denies the allegations contained in Paragraph 71 of the Complaint in their

6   entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof,

7   except admits that P.T. Tosummit Electronic Devices Indonesia ("TEDI") was transferred to

8   MTPD in 2003, and its name changed to PT.MT Picture Display Indonesia.  MTPD further avers

9   that PT.MT Picture Display Indonesia discontinued its production on September 13, 2007, and

10   was dissolved on September 28, 2007.

11        72.     MTPD denies the allegations contained in Paragraph 72 of the Complaint in their

12   entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof,

13   except admits that Toshiba Display Devices (Thailand) Company, Ltd. ("TDDT") was transferred

14   to MTPD in 2003 and changed its name to MT Picture Display (Thailand) Co., Ltd. ("MTPDT"),

15   but denies that MTPDT was a wholly-owned subsidiary of MTPD.  MTPD further avers that

16   MTPDT passed a resolution of dissolution on May 13, 2009, and is now dissolved.

17        73.     MTPD denies the allegations contained in Paragraph 73 of the Complaint as they

18   relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or

19   information sufficient to form a belief as to the truth thereof.

20   **V.      "TRADE AND COMMERCE"**

21        74.     MTPD denies the allegations contained in Paragraph 74 of the Complaint as they

22   relate to MTPD, and denies the remaining allegations in their entirety for lack of knowledge or

23   information sufficient to form a belief as to the truth thereof.

24        75.     MTPD denies the allegations contained in Paragraph 75 of the Complaint as they

25   relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or

26   information sufficient to form a belief as to the truth thereof.

27        76.     MTPD denies the allegations contained in Paragraph 76 of the Complaint as they

28   relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or

information sufficient to form a belief as to the truth thereof.

## VI.   "FACTUAL ALLEGATIONS"

### A.   "CRT Technology"

77.    The allegations contained in Paragraph 77 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD admits that the CRT is a specialized vacuum tube in which images are produced when an electron beam strikes a phosphorescent surface, but otherwise denies the allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

78.    The allegations contained in Paragraph 78 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD admits that CRT technology was used in making tubes for televisions in the 1990's, but otherwise denies the allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

79.    The allegations contained in Paragraph 79 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD admits that a lower quality CRT produces a poor display, but otherwise denies the allegations contained in Paragraph 79 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

80.    The allegations contained in Paragraph 80 of the Complaint constitute characterizations of Plaintiff's Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD admits that CRT production was refined over time, but otherwise denies the allegations contained in Paragraph 80 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

81.    The allegations contained in Paragraph 81 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD admits that CDTs and CPTs are types of CRTs, admits that CDTs can be used in computer monitors and certain other specialized

10

1   applications, and admits that CPTs can be used in televisions, but otherwise denies the allegations

2   contained in Paragraph 81 of the Complaint for lack of knowledge or information sufficient to

3   form a belief as to the truth thereof.

4        82.    The allegations contained in Paragraph 82 of the Complaint constitute

5   characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is

6   required.  To the extent that a response is required, MTPD denies the allegations contained in

7   Paragraph 82 of the Complaint for lack of knowledge or information sufficient to form a belief as

8   to the truth thereof.

9        83.    The allegations contained in Paragraph 83 of the Complaint constitute legal

10   contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

11   response is required, MTPD denies the allegations contained in Paragraph 83 of the Complaint for

12   lack of knowledge or information sufficient to form a belief as to the truth thereof.

13        84.    MTPD denies the allegations contained in Paragraph 84 of the Complaint as they

14   relate to MTPD and denies the remaining allegations for lack of knowledge or information

15   sufficient to form a belief as to the truth thereof.

16        85.    MTPD denies the allegations contained in Paragraph 85 of the Complaint as they

17   relate to MTPD and denies the remaining allegations for lack of knowledge or information

18   sufficient to form a belief as to the truth thereof.

19        86.    MTPD denies the allegations contained in Paragraph 86 of the Complaint.

20   **B.**     **"Structure of the CRT Industry"**

21        87.    MTPD denies the allegations contained in Paragraph 87 of the Complaint.

22       **1.**     **"Market Concentration"**

23        88.    MTPD denies the allegations contained in the second sentence of Paragraph 88 of

24   the Complaint for lack of knowledge or information sufficient to form a belief as to the truth

25   thereof, and denies the remaining allegations in their entirety.

26       **2.**     **"Information Sharing"**

27        89.    MTPD denies the allegations contained in Paragraph 89 of the Complaint as they

28   relate to MTPD and denies the remaining allegations for lack of knowledge or information

11

1    sufficient to form a belief as to the truth thereof.

2         90.    MTPD denies the allegations contained in Paragraph 90 of the Complaint as they

3    relate to MTPD and denies the remaining allegations for lack of knowledge or information

4    sufficient to form a belief as to the truth thereof.

5              **3.    "Consolidation"**

6         91.    MTPD denies the allegations contained in Paragraph 91 of the Complaint as they

7    relate to MTPD, except admits that a merger between Toshiba and Panasonic's CRT businesses

8    resulted in the creation of MTPD, and denies the remaining allegations for lack of knowledge or

9    information sufficient to form a belief as to the truth thereof.  MTPD avers that MTPD was

10   created in 2003, not 2002.

11             **4.    "Multiple Interrelated Business Relationships"**

12        92.    MTPD denies the allegations contained in Paragraph 92 of the Complaint.

13        93.    MTPD denies the allegations contained in Paragraph 93, including its subparts, for

14   lack of knowledge or information sufficient to form a belief as to the truth thereof, with the

15   exception that Toshiba Corporation and Panasonic formed a CRT joint venture, MTPD, in 2003,

16   and that Toshiba Corporation and Panasonic formed a joint venture to manufacture TFT-LCD

17   panels.

18             **5.    "High Costs of Entry Into the Industry"**

19        94.    MTPD denies the allegations contained in Paragraph 94 of the Complaint for lack

20   of knowledge or information sufficient to form a belief as to the truth thereof.

21        95.    MTPD denies the allegations contained in the first sentence of Paragraph 95 of the

22   Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof,

23   and denies the remaining allegations in their entirety.

24             **6.    "The Maturity of the CRT Product Market"**

25        96.    MTPD denies the allegations contained in Paragraph 96 of the Complaint for lack

26   of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

27   the CRT market is mature.

28        97.    MTPD denies the allegations contained in Paragraph 97 of the Complaint as they

relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

98.     MTPD denies the allegations contained in Paragraph 98 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

99.     MTPD denies the allegations contained in Paragraph 99 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

100.     MTPD denies the allegations contained in Paragraph 100 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

101.     MTPD denies the allegations contained in Paragraph 101 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 7.     "Homogeneity of CRT Products"

102.     MTPD denies the allegations contained in Paragraph 102 of the Complaint.

103.     MTPD denies the allegations contained in Paragraph 103 of the Complaint.

### C.     "Pre-Conspiracy Market"

104.     MTPD denies the allegations contained in Paragraph 104 of the Complaint as they relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

105.     MTPD denies the allegations contained in Paragraph 105 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### D.     "Defendants' and Co-Conspirators' Illegal Agreements"

106.     MTPD denies the allegations contained in Paragraph 106 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

107.     MTPD denies the allegations contained in Paragraph 107 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

1 sufficient to form a belief as to the truth thereof.

2       108.   MTPD denies the allegations contained in Paragraph 108 of the Complaint for lack

3 of knowledge or information sufficient to form a belief as to the truth thereof.

4       109.   MTPD denies the allegations contained in Paragraph 109 of the Complaint as they

5 relate to MTPD and denies the remaining allegations for lack of knowledge or information

6 sufficient to form a belief as to the truth thereof.

7       110.   MTPD denies the allegations contained in Paragraph 110 of the Complaint as they

8 relate to MTPD and denies the remaining allegations for lack of knowledge or information

9 sufficient to form a belief as to the truth thereof.

10       **1.**    **"Glass Meetings"**

11       111.   MTPD denies the allegations contained in Paragraph 111 of the Complaint as they

12 relate to MTPD and denies the remaining allegations for lack of knowledge or information

13 sufficient to form a belief as to the truth thereof.

14       112.   MTPD denies the allegations contained in Paragraph 112 of the Complaint as they

15 relate to MTPD and denies the remaining allegations for lack of knowledge or information

16 sufficient to form a belief as to the truth thereof.

17       113.   MTPD denies the allegations contained in Paragraph 113 of the Complaint as they

18 relate to MTPD and denies the remaining allegations for lack of knowledge or information

19 sufficient to form a belief as to the truth thereof.

20       114.   MTPD denies the allegations contained in Paragraph 114 of the Complaint as they

21 relate to MTPD and denies the remaining allegations for lack of knowledge or information

22 sufficient to form a belief as to the truth thereof.

23       115.   MTPD denies the allegations contained in Paragraph 115 of the Complaint in their

24 entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or

25 information sufficient to form a belief as to the truth thereof.

26       116.   MTPD denies the allegations contained in Paragraph 116 of the Complaint in their

27 entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or

28 information sufficient to form a belief as to the truth thereof.

117.   MTPD denies the allegations contained in Paragraph 117 of the Complaint in their entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

118.   MTPD denies the allegations contained in Paragraph 118 of the Complaint in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

119.   MTPD denies the allegations contained in Paragraph 119 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

120.   MTPD denies the allegations contained in Paragraph 120 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

121.   MTPD denies the allegations contained in Paragraph 121 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

122.   MTPD denies the allegations contained in Paragraph 122 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

123.   MTPD denies the allegations contained in Paragraph 123 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

124.   MTPD denies the allegations contained in Paragraph 124 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

125.   MTPD denies the allegations contained in Paragraph 125 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

126.   MTPD denies the allegations contained in Paragraph 126 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

1    sufficient to form a belief as to the truth thereof.

2              **2.      "Bilateral Discussions"**

3              127.    MTPD denies the allegations contained in Paragraph 127 of the Complaint as they

4    relate to MTPD and denies the remaining allegations for lack of knowledge or information

5    sufficient to form a belief as to the truth thereof.

6              128.    MTPD denies the allegations contained in Paragraph 128 of the Complaint for lack

7    of knowledge or information sufficient to form a belief as to the truth thereof.

8              129.    MTPD denies the allegations contained in Paragraph 129 of the Complaint for lack

9    of knowledge or information sufficient to form a belief as to the truth thereof.

10             130.    MTPD denies the allegations contained in Paragraph 130 of the Complaint as they

11   relate to MTPD and denies the remaining allegations for lack of knowledge or information

12   sufficient to form a belief as to the truth thereof.

13             131.    MTPD denies the allegations contained in Paragraph 131 of the Complaint as they

14   relate to MTPD and denies the remaining allegations for lack of knowledge or information

15   sufficient to form a belief as to the truth thereof.

16             132.    MTPD denies the allegations contained in Paragraph 132 of the Complaint as they

17   relate to MTPD and denies the remaining allegations for lack of knowledge or information

18   sufficient to form a belief as to the truth thereof.

19             **3.      "Defendants' and Co-Conspirators' Participation in Group and**

20                      **Bilateral Discussions"**

21             133.    MTPD denies the allegations contained in Paragraph 133 of the Complaint as they

22   relate to MTPD and denies the remaining allegations for lack of knowledge or information

23   sufficient to form a belief as to the truth thereof.

24             134.    MTPD denies the allegations contained in Paragraph 134 of the Complaint as they

25   relate to MTPD and denies the remaining allegations for lack of knowledge or information

26   sufficient to form a belief as to the truth thereof.

27             135.    MTPD denies the allegations contained in Paragraph 135 of the Complaint as they

28   relate to MTPD and denies the remaining allegations for lack of knowledge or information

1   sufficient to form a belief as to the truth thereof.

2        136.    MTPD denies the allegations contained in Paragraph 136 of the Complaint as they

3   relate to MTPD and denies the remaining allegations for lack of knowledge or information

4   sufficient to form a belief as to the truth thereof.

5        137.    MTPD denies the allegations contained in Paragraph 137 of the Complaint as they

6   relate to MTPD and denies the remaining allegations for lack of knowledge or information

7   sufficient to form a belief as to the truth thereof.

8        138.    MTPD denies the allegations contained in Paragraph 138 of the Complaint as they

9   relate to MTPD and denies the remaining allegations for lack of knowledge or information

10  sufficient to form a belief as to the truth thereof.

11       139.    MTPD denies the allegations contained in Paragraph 139 of the Complaint in their

12  entirety.

13       140.    MTPD denies the allegations contained in Paragraph 140 of the Complaint in their

14  entirety.

15       141.    MTPD denies the allegations contained in Paragraph 141 of the Complaint in their

16  entirety.

17       142.    MTPD denies the allegations contained in Paragraph 142 of the Complaint as they

18  relate to MTPD and denies the remaining allegations for lack of knowledge or information

19  sufficient to form a belief as to the truth thereof.

20       143.    MTPD denies the allegations contained in Paragraph 143 of the Complaint as they

21  relate to MTPD and denies the remaining allegations for lack of knowledge or information

22  sufficient to form a belief as to the truth thereof.

23       144.    MTPD denies the allegations contained in Paragraph 144 of the Complaint as they

24  relate to MTPD and denies the remaining allegations for lack of knowledge or information

25  sufficient to form a belief as to the truth thereof.

26       145.    MTPD denies the allegations contained in Paragraph 145 of the Complaint as they

27  relate to MTPD and denies the remaining allegations for lack of knowledge or information

28  sufficient to form a belief as to the truth thereof.

1   146.   MTPD denies the allegations contained in Paragraph 146 of the Complaint as they

2   relate to MTPD and denies the remaining allegations for lack of knowledge or information

3   sufficient to form a belief as to the truth thereof.

4   147.   MTPD denies the allegations contained in Paragraph 147 of the Complaint as they

5   relate to MTPD and denies the remaining allegations for lack of knowledge or information

6   sufficient to form a belief as to the truth thereof.

7   148.   MTPD denies the allegations contained in Paragraph 148 of the Complaint as they

8   relate to MTPD and denies the remaining allegations for lack of knowledge or information

9   sufficient to form a belief as to the truth thereof.

10   149.   MTPD denies the allegations contained in Paragraph 149 of the Complaint as they

11   relate to MTPD and denies the remaining allegations for lack of knowledge or information

12   sufficient to form a belief as to the truth thereof.

13   150.   MTPD denies the allegations contained in Paragraph 150 of the Complaint as they

14   relate to MTPD and denies the remaining allegations for lack of knowledge or information

15   sufficient to form a belief as to the truth thereof.

16   151.   MTPD denies the allegations contained in Paragraph 151 of the Complaint as they

17   relate to MTPD and denies the remaining allegations for lack of knowledge or information

18   sufficient to form a belief as to the truth thereof.

19   152.   MTPD denies the allegations contained in Paragraph 152 of the Complaint as they

20   relate to MTPD and denies the remaining allegations for lack of knowledge or information

21   sufficient to form a belief as to the truth thereof.

22   153.   MTPD denies the allegations contained in Paragraph 153 of the Complaint as they

23   relate to MTPD and denies the remaining allegations for lack of knowledge or information

24   sufficient to form a belief as to the truth thereof.

25   **E.   "The CRT Market During the Conspiracy"**

26   154.   MTPD denies the allegations contained in Paragraph 154 of the Complaint for lack

27   of knowledge or information sufficient to form a belief as to the truth thereof.

28   155.   MTPD denies the allegations contained in Paragraph 155 of the Complaint for lack

18

1    of knowledge or information sufficient to form a belief as to the truth thereof.

2         156.   MTPD denies the allegations contained in Paragraph 156 of the Complaint for lack

3    of knowledge or information sufficient to form a belief as to the truth thereof.

4         157.   MTPD denies the allegations contained in Paragraph 157 of the Complaint in their

5    entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or

6    information sufficient to form a belief as to the truth thereof.

7         158.   MTPD denies the allegations contained in Paragraph 158 of the Complaint for lack

8    of knowledge or information sufficient to form a belief as to the truth thereof.

9         159.   MTPD denies the allegations contained in Paragraph 159 of the Complaint for lack

10   of knowledge or information sufficient to form a belief as to the truth thereof.

11        160.   MTPD denies the allegations contained in Paragraph 160 of the Complaint for lack

12   of knowledge or information sufficient to form a belief as to the truth thereof.

13        161.   MTPD denies the allegations contained in Paragraph 161 of the Complaint for lack

14   of knowledge or information sufficient to form a belief as to the truth thereof.

15        162.   MTPD denies the allegations contained in Paragraph 162 of the Complaint for lack

16   of knowledge or information sufficient to form a belief as to the truth thereof.

17        163.   MTPD denies the allegations contained in Paragraph 163 of the Complaint as they

18   relate to MTPD and denies the remaining allegations for lack of knowledge or information

19   sufficient to form a belief as to the truth thereof.

20        164.   MTPD denies the allegations contained in Paragraph 164 of the Complaint as they

21   relate to MTPD and denies the remaining allegations for lack of knowledge or information

22   sufficient to form a belief as to the truth thereof.

23        165.   MTPD denies the allegations contained in Paragraph 165 of the Complaint as they

24   relate to MTPD and denies the remaining allegations for lack of knowledge or information

25   sufficient to form a belief as to the truth thereof.

26        166.   MTPD denies the allegations contained in Paragraph 166 of the Complaint for lack

27   of knowledge or information sufficient to form a belief as to the truth thereof.

28        167.   MTPD denies the allegations contained in Paragraph 167 of the Complaint for lack

19

of knowledge or information sufficient to form a belief as to the truth thereof.

**F.    "International Government Antitrust Investigations"**

168.    MTPD denies the allegations contained in Paragraph 168 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

169.    MTPD denies the allegations contained in Paragraph 169 of the Complaint, except admits that an alleged conspiracy concerning CRTs is or was being investigated by certain foreign competition authorities.

170.    MTPD denies the allegations contained in Paragraph 170 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

171.    MTPD denies the allegations contained in Paragraph 171 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around May 6, 2008, the Hungarian Competition Authority issued a press release concerning its initiation of a competition supervision proceeding in connection with an alleged conspiracy in the Hungarian market involving CRTs and respectfully refers the Court to that document for a review of its contents.

172.    MTPD denies the allegations contained in Paragraph 172 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around February 10, 2009, the DOJ issued a press release concerning the indictment of an executive of Chunghwa Picture Tubes, Ltd., and respectfully refers the Court to that document for a review of its contents.

173.    MTPD denies the allegations contained in Paragraph 173 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around August 19, 2009, the DOJ issued a press release concerning the indictment of a CDT industry executive and respectfully refers the Court to that document for a review of its contents.

174.    MTPD denies the allegations contained in Paragraph 174 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, excepts admits that on or around March 30, 2010, the DOJ issued a press release concerning the indictment of a CDT industry executive and respectfully refers the Court to that document for a review of its contents.

175.   MTPD denies the allegations contained in Paragraph 175 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around November 9, 2010, the DOJ issued a press release concerning the indictment of a CDT industry executive and respectfully refers the Court to that document for a review of its contents.

176.   MTPD denies the allegations contained in Paragraph 176 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around March 18, 2011, the DOJ issued a press release concerning a plea agreement entered into by a CDT industry participant and respectfully refers the Court to that document for a review of its contents.

177.   MTPD denies the allegations contained in Paragraph 177 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

178.   MTPD denies the allegations contained in Paragraph 178 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

179.   MTPD denies the allegations contained in Paragraph 179 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

180.   MTPD denies the allegations contained in Paragraph 180 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

181.   MTPD denies the allegations contained in Paragraph 181 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

182.   MTPD denies the allegations contained in Paragraph 182 of the Complaint, except admits that an alleged conspiracy concerning the TFT-LCD market is or was being investigated by the DOJ, and by certain other international competition authorities, and that this investigation was revealed on or around December 2006. MTPD further avers that it is not a subject of these investigations.

DEFENDANT MT PICTURE DISPLAY'S                                    Case No. 07-5944 SC
ANSWER TO CIRCUIT CITY'S FIRST AMENDED COMPLAINT                  MDL NO. 1917

183.    MTPD denies the allegations contained in Paragraph 183 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

184.    MTPD denies the allegations contained in Paragraph 184 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

185.    MTPD denies the allegations contained in Paragraph 185 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

186.    MTPD denies the allegations contained in Paragraph 186 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**G.    "The Role of Trade Associations During the Relevant Period"**

187.    MTPD denies the allegations contained in Paragraph 187 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

188.    MTPD denies the allegations contained in Paragraph 188 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

189.    MTPD denies the allegations contained in Paragraph 189 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

190.    MTPD denies the allegations contained in Paragraph 190 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

191.    MTPD denies the allegations contained in Paragraph 191 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**H.    "Effects of Defendants' Antitrust Violations"**

**1.    "Examples of Reductions in Manufacturing Capacity by Defendants"**

192.    The allegations contained in Paragraph 192 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 192 of the Complaint as they relate to MTPD and denies the remaining allegations for

22

1   lack of knowledge or information sufficient to form a belief as to the truth thereof.

2           193.   MTPD denies the allegations contained in Paragraph 193 of the Complaint, except

3   admits that its subsidiary in New York ceased operations in December 2004, and admits that a

4   press release contained the phrases quoted in Paragraph 193 of the Complaint.

5           194.   MTPD denies the allegations contained in Paragraph 194 of the Complaint for lack

6   of knowledge or information sufficient to form a belief as to the truth thereof.

7           195.   MTPD denies the allegations contained in Paragraph 195 of the Complaint for lack

8   of knowledge or information sufficient to form a belief as to the truth thereof, except avers that it

9   was announced on November 30, 2005, not in December 2005, that MTPD's American subsidiary

10  in Ohio and German subsidiary would discontinue operations.

11          196.   MTPD denies the allegations contained in Paragraph 196 of the Complaint for lack

12  of knowledge or information sufficient to form a belief as to the truth thereof.

13          197.   MTPD denies the allegations contained in Paragraph 197 of the Complaint for lack

14  of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

15  the closure of Matsushita Malaysia was announced in July 2006.

16          **2.    "Examples of Collusive Pricing for CRTs"**

17          198.   MTPD denies the allegations contained in Paragraph 198 of the Complaint in their

18  entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or

19  information sufficient to form a belief as to the truth thereof.

20          199.   MTPD denies the allegations contained in Paragraph 199 of the Complaint for lack

21  of knowledge or information sufficient to form a belief as to the truth thereof.

22          200.   MTPD denies the allegations contained in Paragraph 200 of the Complaint for lack

23  of knowledge or information sufficient to form a belief as to the truth thereof.

24          201.   MTPD denies the allegations contained in Paragraph 201 of the Complaint as they

25  relate to MTPD and denies the remaining allegations for lack of knowledge or information

26  sufficient to form a belief as to the truth thereof.

27          202.   MTPD denies the allegations contained in Paragraph 202 of the Complaint for lack

28  of knowledge or information sufficient to form a belief as to the truth thereof.

203. MTPD denies the allegations contained in Paragraph 203 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

204. MTPD denies the allegations contained in Paragraph 204 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

205. MTPD denies the allegations contained in Paragraph 205 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

206. MTPD denies the allegations contained in Paragraph 206 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

207. MTPD denies the allegations contained in Paragraph 207 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**3. "Summary Of Effects Of The Conspiracy Involving CRTs"**

208. MTPD denies the allegations contained in Paragraph 208 of the Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**VII. "PLAINTIFF'S INJURIES"**

209. MTPD denies the allegations contained in Paragraph 209 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

210. MTPD denies the allegations contained in Paragraph 210 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

211. The allegations contained in Paragraph 211 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required. To the extent that a response is required, MTPD denies the allegations as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the

1    truth thereof.

2         212.    MTPD denies the allegations contained in Paragraph 212 of the Complaint as they

3    relate to MTPD and denies the remaining allegations for lack of knowledge or information

4    sufficient to form a belief as to the truth thereof.

5         213.    The allegations contained in Paragraph 213 of the Complaint constitute legal

6    contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

7    response is required, MTPD denies the allegations contained in Paragraph 213 of the Complaint

8    for lack of knowledge or information sufficient to form a belief as to the truth thereof.

9         214.    MTPD denies the allegations contained in Paragraph 214 of the Complaint as they

10   relate to MTPD and denies the remaining allegations for lack of knowledge or information

11   sufficient to form a belief as to the truth thereof.

12        215.    MTPD denies the allegations contained in Paragraph 215 of the Complaint as they

13   relate to MTPD and denies the remaining allegations for lack of knowledge or information

14   sufficient to form a belief as to the truth thereof.

15   **VIII.   "FRAUDULENT CONCEALMENT"**

16        216.    MTPD denies the allegations contained in Paragraph 216 of the Complaint as they

17   relate to MTPD and denies the remaining allegations for lack of knowledge or information

18   sufficient to form a belief as to the truth thereof.

19        217.    MTPD denies the allegations contained in Paragraph 217 of the Complaint as they

20   relate to MTPD and denies the remaining allegations for lack of knowledge or information

21   sufficient to form a belief as to the truth thereof.

22        218.    MTPD denies the allegations contained in Paragraph 218 of the Complaint as they

23   relate to MTPD and denies the remaining allegations for lack of knowledge or information

24   sufficient to form a belief as to the truth thereof.

25        219.    MTPD denies the allegations contained in Paragraph 219 of the Complaint as they

26   relate to MTPD and denies the remaining allegations for lack of knowledge or information

27   sufficient to form a belief as to the truth thereof.

28        220.    MTPD denies the allegations contained in Paragraph 220 of the Complaint as they

relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

221.   MTPD denies the allegations contained in Paragraph 221 the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

222.   MTPD denies the allegations contained in Paragraph 222 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

223.   MTPD denies the allegations contained in Paragraph 223 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

224.   MTPD denies the allegations contained in Paragraph 224 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

225.   MTPD denies the allegations contained in Paragraph 225 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

226.   MTPD denies the allegations contained in Paragraph 226 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

227.   MTPD denies the allegations contained in Paragraph 227 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

228.   MTPD denies the allegations contained in Paragraph 228 of the Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

IX.   "*AMERICAN PIPE*, GOVERNMENT ACTION AND CROSS-JURISDICTIONAL

1     **TOLLING"**

2          229.    MTPD incorporates and realleges its responses to Paragraphs 184-203 above, as if

3    fully set forth herein.   The allegations contained in Paragraph 229 of the Complaint constitute

4    legal contentions and/or conclusions to which no responsive pleading is required.   To the extent

5    that a response is required, MTPD denies the allegations contained in Paragraph 229 of the

6    Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

7    information sufficient to form a belief as to the truth thereof.

8          230.    The allegations contained in Paragraph 230 of the Complaint constitute legal

9    contentions and/or conclusions to which no responsive pleading is required.   To the extent that a

10   response is required, MTPD denies the allegations contained in Paragraph 230 of the Complaint

11   as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

12   information sufficient to form a belief as to the truth thereof.

13         231.    The allegations contained in Paragraph 231 of the Complaint constitute legal

14   contentions and/or conclusions to which no responsive pleading is required.   To the extent that a

15   response is required, MTPD denies the allegations contained in Paragraph 231 of the Complaint

16   as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

17   information sufficient to form a belief as to the truth thereof.

18   **X.     "CLAIM FOR VIOLATIONS"**

19                          **"First Claim for Relief"**

20                **"(Violation of Section 1 of the Sherman Act)"**

21

22         232.    MTPD incorporates and realleges its responses to Paragraphs 1-231 above, as if

     fully set forth herein.

23         233.    The allegations contained in Paragraph 233 of the Complaint constitute legal

24   contentions and/or conclusions to which no responsive pleading is required.   To the extent that a

25   response is required, MTPD denies the allegations contained in Paragraph 233 of the Complaint

26   as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

27   information sufficient to form a belief as to the truth thereof.

28

234.   MTPD denies the allegations contained in Paragraph 234 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

235.   MTPD denies the allegations contained in Paragraph 235 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

236.   MTPD denies the allegations contained in Paragraph 236 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

237.   MTPD denies the allegations contained in Paragraph 237 of the Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

238.   MTPD denies the allegations contained in Paragraph 238 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

<b>"<u>Second Claim for Relief</u>"</b>

<b>"<u>(Violation of California Cartwright Act)</u>"</b>

239.   MTPD incorporates and realleges its responses to Paragraphs 1-238 above, as if fully set forth herein.

240.   MTPD denies the allegations contained in Paragraph 240 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

241.   MTPD denies the allegations contained in Paragraph 241 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

242.   The allegations contained in Paragraph 242 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 242 of the Complaint

28

1  as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

2  sufficient to form a belief as to the truth thereof.

3      243.   The allegations contained in Paragraph 243 of the Complaint constitute legal

4  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

5  response is required, MTPD denies the allegations contained in Paragraph 243 of the Complaint

6  as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

7  sufficient to form a belief as to the truth thereof.

8      244.   MTPD denies the allegations contained in Paragraph 244 of the Complaint,

9  including its subparts, as they relate to MTPD and denies the remaining allegations for lack of

10  knowledge or information sufficient to form a belief as to the truth thereof.

11      245.   MTPD denies the allegations contained in Paragraph 245 of the Complaint,

12  including its subparts, as they relate to MTPD and denies the remaining allegations for lack of

13  knowledge or information sufficient to form a belief as to the truth thereof.

14      246.   MTPD denies the allegations contained in Paragraph 246 of the Complaint as they

15  relate to MTPD and denies the remaining allegations for lack of knowledge or information

16  sufficient to form a belief as to the truth thereof.

17      247.   The allegations contained in Paragraph 247 of the Complaint constitute legal

18  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

19  response is required, MTPD denies the allegations contained in Paragraph 247 of the Complaint

20  as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

21  sufficient to form a belief as to the truth thereof.

22                    **"Third Claim for Relief"**

23            **("Violation of California Unfair Competition Law")**

24      248.   MTPD incorporates and realleges its responses to Paragraphs 1-247 above, as if

25  fully set forth herein.

26      249.   The allegations contained in Paragraph 249 of the Complaint constitute legal

27  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

28  response is required, MTPD denies the allegations contained in Paragraph 249 of the Complaint

29

1   as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

2   information sufficient to form a belief as to the truth thereof.

3        250.   The allegations contained in Paragraph 250 of the Complaint constitute legal

4   contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

5   response is required, MTPD denies the allegations contained in Paragraph 250 of the Complaint

6   as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

7   information sufficient to form a belief as to the truth thereof.

8        251.   The allegations contained in Paragraph 251 of the Complaint, including its

9   subparts, constitute legal contentions and/or conclusions to which no responsive pleading is

10   required.  To the extent that a response is required, MTPD denies the allegations contained in

11   Paragraph 251 of the Complaint, including its subparts, as they relate to MTPD, and denies the

12   remaining allegations for lack of knowledge or information sufficient to form a belief as to the

13   truth thereof.

14        252.   The allegations contained in Paragraph 252 of the Complaint constitute legal

15   contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

16   response is required, MTPD denies the allegations contained in Paragraph 252 of the Complaint

17   as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

18   information sufficient to form a belief as to the truth thereof.

19        253.   The allegations contained in Paragraph 253 of the Complaint constitute legal

20   contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

21   response is required, MTPD denies the allegations contained in Paragraph 253 of the Complaint

22   as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

23   information sufficient to form a belief as to the truth thereof.

24        254.   The allegations contained in Paragraph 254 of the Complaint constitute legal

25   contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

26   response is required, MTPD denies the allegations contained in Paragraph 254 of the Complaint

27   as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

28   information sufficient to form a belief as to the truth thereof.

1    255.    The allegations contained in Paragraph 255 of the Complaint constitute legal

2  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

3  response is required, MTPD denies the allegations contained in Paragraph 255 of the Complaint

4  as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

5  information sufficient to form a belief as to the truth thereof.

6                              **"Fourth Claim for Relief"**

7              **("Violation of of the Illinois Antitrust Act, 740 Illinois Code 10/1 _et seq._")**

8    256.    MTPD incorporates and realleges its responses to Paragraphs 1-255 above, as if

9  fully set forth herein.

10    257.    The allegations contained in Paragraph 257 of the Complaint constitute legal

11  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

12  response is required, MTPD denies the allegations contained in Paragraph 257 of the Complaint

13  as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

14  information sufficient to form a belief as to the truth thereof.

15    258.    The allegations contained in Paragraph 258 of the Complaint constitute legal

16  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

17  response is required, MTPD denies the allegations contained in Paragraph 258 of the Complaint

18  as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

19  information sufficient to form a belief as to the truth thereof.

20    259.    The allegations contained in Paragraph 259 of the Complaint constitute legal

21  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

22  response is required, MTPD denies the allegations contained in Paragraph 259 of the Complaint

23  as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

24  information sufficient to form a belief as to the truth thereof.

25    260.    MTPD denies the allegations contained in Paragraph 260 of the Complaint as they

26  relate to MTPD and denies the remaining allegations for lack of knowledge or information

27  sufficient to form a belief as to the truth thereof.

28    261.    The allegations contained in Paragraph 261 of the Complaint constitute legal

DEFENDANT MT PICTURE DISPLAY'S                                    Case No. 07-5944 SC
ANSWER TO CIRCUIT CITY'S FIRST AMENDED COMPLAINT                  MDL NO. 1917

contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 261 of the Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

## XI.    "PRAYER FOR RELIEF"

MTPD denies that Plaintiff suffered any injury or incurred any damages by any act or omission of MTPD as alleged in the Complaint, and further denies that Plaintiff is entitled to any relief under any theory by means of the allegations set forth in each of the paragraphs and their subparts in the Complaint.

## XII.   "JURY TRIAL DEMAND"

The allegations contained under the heading "Jury Trial Demand" contain no factual assertions for which a response is required.  To the extent that a response is required, MTPD denies the allegations contained under the heading "Jury Trial Demand" in their entirety, except admits that Plaintiff demands a trial by jury.

## DEFENSES

FURTHER, MTPD asserts the following defenses and affirmative defenses to the Complaint.  MTPD does not concede that it has the burden of proof as to any of the defenses listed below:

## FIRST DEFENSE

(Failure to State a Claim for Relief)

Neither Plaintiff's Complaint nor any claim for relief asserted therein states facts sufficient to constitute a claim for relief against MTPD.

## SECOND DEFENSE

(Statute of Limitations)

The relief sought by Plaintiff is barred, in whole or in part, by the applicable statutes of limitations.

1

### THIRD DEFENSE

2

(Actual and Proximate Injury)

3        The relief sought by Plaintiff is barred, in whole or in part, because the Plaintiff

4   was not actually and proximately injured in their business or property by reason of any action(s)

5   or omission(s) of MTPD.

6

### FOURTH DEFENSE

7

(No Damages)

8        The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

9   suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent

10   that Plaintiff purportedly suffered injury or damage, which MTPD specifically denies, MTPD

11   further contends that any such purported injury or damage was not by reason of any act or

12   omission of MTPD.

13

### FIFTH DEFENSE

14

(No Antitrust Injury)

15        The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

16   failed to allege "antitrust injury" – *i.e.*, injury that is of the type the antitrust laws were intended to

17   remedy.

18

### SIXTH DEFENSE

19

(Speculative Damages)

20        The relief sought by Plaintiff is barred, in whole or in part, because the alleged

21   damages sought are too speculative and uncertain, and because of the impossibility of the

22   ascertainment and allocation of such alleged damages.

23

### SEVENTH DEFENSE

24

(Mitigation)

25        The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

26   failed to take appropriate and necessary steps to mitigate their alleged damages, if any.

27

### EIGHTH DEFENSE

28

(Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

33

1    The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

2  failed to allege fraud or fraudulent concealment with sufficient particularity.

3  ### NINTH DEFENSE

4  (Failure to Plead Conspiracy with Particularity)

5    The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

6  failed to allege conspiracy with sufficient particularity.

7  ### TENTH DEFENSE

8  (Lack of Standing to Sue for Injuries Alleged)

9    The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff lacks

10 standing to sue for the injuries alleged in the complaint.  To the extent that Plaintiff purchased

11 products containing CRTs, as opposed to CRTs themselves, its alleged injuries are even more

12 speculative, derivative, indirect, and remote.  Plaintiff's damage claims create an impermissible

13 risk of duplicative recoveries and complex damage apportionment.

14 ### ELEVENTH DEFENSE

15 (Due Process)

16    To the extent Plaintiff's claims would result in MTPD paying damages to more

17 than one claimant for the same alleged overcharges to customers, they are barred because such

18 multiple liability would violate rights guaranteed to MTPD by the United States Constitution,

19 including, without limitation, rights guaranteed by the Due Process Clause of the Fourteenth

20 Amendment, and by applicable state law.

21 ### TWELFTH DEFENSE

22 (Other/Superseding Causation)

23    The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff's

24 damages, if any, resulted from the acts or omissions of third parties over whom MTPD had no

25 control or responsibility.  The acts of such third parties constitute intervening or superseding cases

26 of harm, if any, suffered by Plaintiff.

27 ### THIRTEENTH DEFENSE

28 (Waiver and Estoppel)

34

1           The relief sought by Plaintiff is barred, in whole or in part, by the doctrines of

2   waiver and/or estoppel.

3   **FOURTEENTH DEFENSE**

4   (Laches)

5           The relief sought by Plaintiff is barred, in whole or in part, by the equitable

6   doctrine of laches.

7   **FIFTEENTH DEFENSE**

8   (Unclean Hands)

9           The relief sought by Plaintiff is barred, in whole or in part, by the equitable

10  doctrine of unclean hands.

11  **SIXTEENTH DEFENSE**

12  (Unjust Enrichment)

13          The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff would

14  be unjustly enriched if it were allowed to recover any part of the damages alleged in the

15  Complaint.

16  **SEVENTEENTH DEFENSE**

17  (Adequate Remedy at Law)

18          The equitable relief sought by Plaintiff is barred, in whole or in part, because

19  Plaintiff has available an adequate remedy at law.

20  **EIGHTEENTH DEFENSE**

21  (Comparative Fault)

22          The relief sought by Plaintiff is barred, in whole or in part, because any and all

23  injuries alleged in the Complaint, the fact and extent of which MTPD specifically denies, were

24  directly and proximately caused or contributed to by the statements, acts, and/or omissions of

25  Plaintiff and/or third parties or entities, other than MTPD.

26  **NINETEENTH DEFENSE**

27  (Acquiescence)

28

35

1         The relief sought by Plaintiff is barred, in whole or in part, by Plaintiff's

2   acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to MTPD.

3   ### TWENTIETH DEFENSE

4   (No Detrimental Reliance)

5         The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff did

6   not detrimentally rely upon any alleged deceptive trade conduct as alleged in the Complaint.

7   ### TWENTY-FIRST DEFENSE

8   (Set Off)

9         Without admitting that Plaintiff is entitled to recover damages in this matter,

10   MTPD is entitled to set off from any recovery Plaintiff may obtain against MTPD, any amount

11   paid to Plaintiff by any other Defendants who have settled, or do settle, Plaintiff's claims in this

12   matter.

13   ### TWENTY-SECOND DEFENSE

14   (Failure to State a Claim for Injunctive Relief)

15         The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

16   failed to state a claim for injunctive relief insofar as Plaintiff seeks to enjoin alleged events that

17   have already transpired without the requisite showing of threatened harm or continuing harm.

18   ### TWENTY-THIRD DEFENSE

19   (Lack of Jurisdiction)

20         The relief sought by Plaintiff is barred, in whole or in part, because any alleged

21   conduct of MTPD occurred outside of the jurisdiction of the Court.

22   ### TWENTY-FOURTH DEFENSE

23   (Foreign Trade Antitrust Improvements Act)

24         The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

25   failed to make a single specific allegation to support the claim that the alleged conduct had "a

26   direct, substantial, and reasonably foreseeable effect" on U.S. commerce giving rise to a Sherman

27   Act claim, as required under the Foreign Trade Antitrust Improvements Act of 1982, 15 U.S.C. §

28   6a.

36

**TWENTY-FIFTH DEFENSE**

(Foreign Conduct)

Plaintiff's claims are barred to the extent that they are based on conduct beyond the territorial reach of the laws or courts of the United States.

**TWENTY-SIXTH DEFENSE**

(Damages Not Passed Through To Plaintiff)

The relief sought by Plaintiff is barred, in whole or in part, because any injury or damage alleged in the Complaint was not incurred by or passed on to Plaintiff, or was incurred by or passed on to persons or entities other than Plaintiff.

**TWENTY-SEVENTH DEFENSE**

(Damages Passed On)

The relief sought by Plaintiff is barred, in whole or in part, because any injury or damage alleged in the Complaint, which MTPD specifically denies, was passed on to persons or entities other than the Plaintiff and/or was passed on by Plaintiff to other parties.

**TWENTY-EIGHTH DEFENSE**

(No Unreasonable Restraint Of Trade)

The relief sought by Plaintiff is barred, in whole or in part, because the alleged conduct of MTPD did not unreasonably restrain trade.

**TWENTY-NINTH DEFENSE**

(Acts Outside The Jurisdiction)

The relief sought by Plaintiff is barred, in whole or in part, to the extent MTPD's alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor affected persons, entities, or commerce in the various States cited.

**THIRTIETH DEFENSE**

(Restitution Unmanageable And Inequitable)

The relief sought by Plaintiff is barred, in whole or in part, to the extent the restitution sought in the Complaint is unmanageable and inequitable.

1

**THIRTY-FIRST DEFENSE**

2

(Lack of Standing as Indirect Purchasers)

3

      The relief sought by Plaintiff is barred, in whole or in part, to the extent the various

4

States cited have not repealed the *Illinois Brick* doctrine.

5

**THIRTY-SECOND DEFENSE**

6

(Claims Barred)

7

      The relief sought by Plaintiff is barred, in whole or in part, to the extent Plaintiff

8

has failed to exhaust all remedies against MTPD.

9

**THIRTY-THIRD DEFENSE**

10

(Private Claim Cannot Be Brought In A Representative Capacity)

11

      The relief sought by Plaintiff is barred, in whole or in part, to the extent Plaintiff

12

brings any claims in a representative capacity, to the extent a private claim may not be brought in

13

a representative capacity under the laws of the various States cited.

14

**THIRTY-FOURTH DEFENSE**

15

(Goods Not Purchased Primarily For Personal, Family, or Household Purposes)

16

      The relief sought by Plaintiff is barred, in whole or in part, to the extent that Plaintiff did

17

not purchase goods primarily for personal, family, or household purposes.

18

**THIRTY-FIFTH DEFENSE**

19

(Independent, Legitimate Business and Economic Justification)

20

      The relief sought by Plaintiff is barred, in whole or in part, because any conduct

21

engaged in by MTPD was reasonable and based on independent, legitimate business and

22

economic justification.

23

**THIRTY-SIXTH DEFENSE**

24

(Attorneys' Fees)

25

      Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is

26

not allowed under applicable federal or state law.

27

**THIRTY-SEVENTH DEFENSE**

28

(Lack of Sufficient Contacts to States)

38

1       The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff's

2   claims lack sufficient contacts to the states under whose laws they are brought, in violation of

3   rights guaranteed to MTPD by the United States Constitution, including, without limitation, rights

4   guaranteed by the Due Process Clause of the Fourteenth Amendment, and by other applicable

5   state and federal law.

6   **INCORPORATION BY REFERENCE AND RESERVATION OF DEFENSES**

7       MTPD hereby incorporates by reference, as if set forth fully herein, all other

8   defenses and affirmative defenses to the Complaint alleged by any other defendant.   MTPD

9   presently has insufficient knowledge or information on which to form a belief as to whether it

10   may have available additional, as yet unstated, defenses.  MTPD reserves the right to assert other

11   defenses and affirmative defenses as this action proceeds, the right to file an amended answer

12   asserting additional defenses or affirmative defenses, and/or file a cross-complaint, in the event

13   that discovery indicates that such pleadings are appropriate.

14       WHEREFORE, MTPD prays for judgment as follows:

15       1.   That Plaintiff take nothing under the Complaint, and the Complaint be

16       dismissed with prejudice;

17       2.   That judgment be entered in favor of MTPD and against Plaintiff on each

18       and every cause of action set forth in the Complaint;

19       3.   That MTPD recover its costs of suit and attorneys' fees incurred herein;

20   and

21       4.   That MTPD be granted such other and further relief as the Court deems just

22       and proper.

23

24   Dated: November 4, 2013       By: ___/s/ David L. Yohai_____

25       DAVID L. YOHAI (*pro hac vice*)
    E-mail: david.yohai@weil.com

26       ADAM C. HEMLOCK (*pro hac vice*)
    E-mail: adam.hemlock@weil.com

27       DAVID E. YOLKUT (*pro hac vice*)
    E-mail: david.yolkut@weil.com

28

DEFENDANT MT PICTURE DISPLAY'S
ANSWER TO CIRCUIT CITY'S FIRST AMENDED COMPLAINT

Case No. 07-5944 SC
MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
E-mail: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-4692
Facsimile: (212) 294-4700

***Attorneys for Matsushita Toshiba Picture
Display Co., Ltd. ("MTPD")***

DEFENDANT MT PICTURE DISPLAY'S
ANSWER TO CIRCUIT CITY'S FIRST AMENDED COMPLAINT

Case No. 07-5944 SC
MDL NO. 1917

DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

GREGORY D. HULL (57367)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: greg.hull@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation,*
*Panasonic Corporation of North America, and*
*Matsushita Toshiba Picture Display Co., Ltd.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.: 07-5944 SC<br>MDL NO. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| CIRCUIT CITY ACTION<br>11-cv-05502 | |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153. I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on November 4, 2013, I served a copy of:

**DEFENDANT PANASONIC CORPORATION'S (F/K/A MATUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ANSWER TO CIRCUIT CITY'S FIRST AMENDED COMPLAINT; DEFENDANT MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD.'S ANSWER TO CIRCUIT CITY'S FIRST AMENDED COMPLAINT; AND DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S ANSWER TO CIRCUIT CITY'S FIRST AMENDED COMPLAINT**

☒   **BY ELECTRONIC FILING** by serving a true copy on this date of each document listed above via the Court's ECF Document Filing System on all interested parties registered for electronic filing in this action.

Executed on November 4, 2013 at New York, New York. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Lara E. Veblen

Certificate of Service
Individual Case No. 11-cv-05502

Case No. 07-5944 SC
MDL NO. 1917