DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

GREGORY D. HULL (57367)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: greg.hull@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

*Attorneys for Defendant Matsushita Toshiba Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>TARGET CORP. ACTION<br>11-CV-05514-SC | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br><br>**DEFENDANT MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD.'S ANSWER TO TARGET CORPORATION'S SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

Defendant MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD. ("MTPD"), by and through its attorneys, answers the allegations set forth in the Second Amended Complaint filed October 3, 2013 (the "Complaint") by plaintiff Target Corporation ("Plaintiff"), and alleges additional or affirmative defenses as follows.  To the extent not specifically admitted herein, all allegations of the Complaint are denied.  Furthermore, the section headings included herein are included only for purposes of clarity and organization, and MTPD does not admit, but rather hereby specifically denies, any factual or legal allegations in the headings used in the Complaint.

## I.     "INTRODUCTION"

1.     The allegations contained in Paragraph 1 of the Complaint include characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD denies all of the allegations, except admits that color display tubes ("CDTs") can be used in computer monitors and certain other specialized applications, admits that color picture tubes ("CPTs") can be used in televisions, admits that CDTs and CPTs are types of cathode ray tubes ("CRTs"), and admits that at various times certain affiliates of MTPD manufactured some CRTs and some products containing CRTs.

2.     MTPD denies the allegations contained in Paragraph 2 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

3.     MTPD denies the allegations contained in Paragraph 3 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

4.     MTPD denies the allegations contained in Paragraph 4 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

5.     MTPD denies the allegations contained in Paragraph 5 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

6.     MTPD denies the allegations contained in Paragraph 6 of the Complaint as they

1

relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

7.    MTPD denies the allegations contained in Paragraph 7 of the Complaint, except admits that an alleged conspiracy concerning CRTs is or was being investigated by the United States Department of Justice ("DOJ"), and by certain foreign competition authorities, and that it has been publicly reported that individuals have been indicted in connection with the DOJ investigation.

8.    MTPD denies the allegations contained in Paragraph 8 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around March 18, 2011, the DOJ issued a press release concerning Samsung SDI Company, Ltd. and that on or around May 17, 2011, an amended plea agreement was filed in an action brought by the United States against Samsung SDI Company, Ltd.; MTPD respectfully refers the Court to those documents for a review of their contents.

9.    MTPD denies the allegations contained in Paragraph 9 of the Complaint as they relate to MTPD and denies the remainder for lack of knowledge or information sufficient to form a belief as to the truth thereof.

II.    "JURISDICTION AND VENUE"

10.    MTPD denies the allegations contained in Paragraph 10 of the Complaint, except admits that Plaintiff purports to bring this action pursuant to the federal statutes identified therein and seek the relief sought therein.

11.    MTPD denies the allegations contained in Paragraph 11 of the Complaint, except admits that Plaintiff purports to bring this action pursuant to the state statute identified therein and seek the relief sought therein.

12.    The allegations contained in Paragraph 12 of the Complaint include legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 12 of the Complaint, except admits that Plaintiff purports to base subject matter jurisdiction on the federal statutes identified therein.

13.    MTPD denies the allegations contained in Paragraph 13 of the Complaint as they

2

relate to MTPD, except admits that certain affiliates of MTPD have done some business within certain jurisdictions within the United States, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

14.    The allegations contained in Paragraph 14 of the Complaint regarding jurisdiction include legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations as they relate to MTPD except admits that certain affiliates of MTPD have done some business within certain jurisdictions within the United States, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

15.    The allegations contained in Paragraph 15 of the Complaint regarding venue include legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations as they relate to MTPD except admits that certain affiliates of MTPD have done some business within certain jurisdictions within the United States, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

III.    **"PARTIES"**

    A.    **"Plaintiff Target Corporation"**

16.    MTPD denies the allegations contained in Paragraph 16 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

17.    MTPD denies the allegations contained in Paragraph 17 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

18.    MTPD denies the allegations contained in Paragraph 18 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

    B.    **"Defendants"**

        1.    **"IRICO Entities"**

19.    MTPD denies the allegations contained in Paragraph 19 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

20.    MTPD denies the allegations contained in Paragraph 20 of the Complaint for lack

3

1   of knowledge or information sufficient to form a belief as to the truth thereof.

2         21.     MTPD denies the allegations contained in Paragraph 21 of the Complaint for lack

3   of knowledge or information sufficient to form a belief as to the truth thereof.

4         22.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph

5   22 of the Complaint collectively as "IRICO."

6              **2.**    **"LG Electronics Entities"**

7         23.     MTPD denies the allegations contained in Paragraph 23 of the Complaint for lack

8   of knowledge or information sufficient to form a belief as to the truth thereof.

9         24.     MTPD denies the allegations contained in Paragraph 24 of the Complaint for lack

10  of knowledge or information sufficient to form a belief as to the truth thereof.

11        25.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph

12  25 of the Complaint collectively as "LG Electronics."

13             **3.**    **"LP Displays"**

14        26.     MTPD denies the allegations contained in Paragraph 26 of the Complaint for lack

15  of knowledge or information sufficient to form a belief as to the truth thereof.

16             **4.**    **"Hitachi Entities"**

17        27.     MTPD denies the allegations contained in Paragraph 27 of the Complaint for lack

18  of knowledge or information sufficient to form a belief as to the truth thereof.

19        28.     MTPD denies the allegations contained in Paragraph 28 of the Complaint for lack

20  of knowledge or information sufficient to form a belief as to the truth thereof.

21        29.     MTPD denies the allegations contained in Paragraph 29 of the Complaint for lack

22  of knowledge or information sufficient to form a belief as to the truth thereof.

23        30.     MTPD denies the allegations contained in Paragraph 30 of the Complaint for lack

24  of knowledge or information sufficient to form a belief as to the truth thereof.

25        31.     MTPD denies the allegations contained in Paragraph 31 of the Complaint for lack

26  of knowledge or information sufficient to form a belief as to the truth thereof.

27        32.     MTPD denies the allegations contained in Paragraph 32 of the Complaint for lack

28  of knowledge or information sufficient to form a belief as to the truth thereof.

4

1    33.    MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph

2    33 of the Complaint collectively as "Hitachi."

3                        **5.    "Panasonic Entities"**

4    34.    MTPD denies the allegations contained in Paragraph 34 of the Complaint in their

5    entirety, except admits that Panasonic Corporation ("Panasonic") is a Japanese entity with an

6    office in Osaka, Japan at the address listed in Paragraph 34, and that it was known as Matsushita

7    Electric Industrial Co., Ltd. ("MEI") prior to October 1, 2008.

8    35.    MTPD denies the allegations contained in Paragraph 35 of the Complaint in their

9    entirety, except admits that Panasonic Corporation of North America ("PNA") is a Delaware

10    corporation with its principal place of business formerly located at the address listed in Paragraph

11    35.  MTPD avers that PNA's principal place of business is now located at Two Riverfront Plaza,

12    Newark, New Jersey, 07102.  MTPD further admits that PNA is a wholly-owned subsidiary of

13    Panasonic.

14    36.    MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph

15    36 of the Complaint collectively as "Panasonic."

16    37.    MTPD denies the allegations contained in Paragraph 37 of the Complaint in their

17    entirety, except admits that it was a Japanese entity with an office in Osaka, Japan at the address

18    listed in Paragraph 37.  MTPD further admits that it was established as a joint venture between

19    Panasonic and Toshiba Corporation ("Toshiba"), but avers that MTPD was formed in 2003, not

20    2002.  MTPD further admits that Panasonic held 64.5% of MTPD at the time MTPD was formed

21    in 2003.  MTPD further admits that Panasonic acquired Toshiba's 35.5% interest in MTPD on

22    March 30, 2007, that MTPD became a wholly-owned subsidiary of Panasonic, and that MTPD

23    was renamed.  MTPD further admits that certain of its affiliates sold some CRTs in the United

24    States at various times during the purported Relevant Period.

25    38.    MTPD denies the allegations contained in Paragraph 38 of the Complaint in their

26    entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof,

27    except admits that Beijing-Matsushita Color CRT Company, Ltd. ("BMCC") is a Chinese entity

28    with its headquarters in Beijing, China at the address listed in Paragraph 38.  MTPD further

5

1   admits that BMCC is a joint venture formed in 1987, and further admits that MTPD at one time

2   had a 50% equity ownership interest in BMCC.

3         6.    "**Philips Entities**"

4         39.    MTPD denies the allegations contained in Paragraph 39 of the Complaint for lack

5   of knowledge or information sufficient to form a belief as to the truth thereof.

6         40.    MTPD denies the allegations contained in Paragraph 40 of the Complaint for lack

7   of knowledge or information sufficient to form a belief as to the truth thereof.

8         41.    MTPD denies the allegations contained in Paragraph 41 of the Complaint for lack

9   of knowledge or information sufficient to form a belief as to the truth thereof.

10         42.    MTPD denies the allegations contained in Paragraph 42 of the Complaint for lack

11   of knowledge or information sufficient to form a belief as to the truth thereof.

12         43.    MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph

13   43 of the Complaint collectively as "Philips."

14         7.    "**Samsung Entities**"

15         44.    MTPD denies the allegations contained in Paragraph 44 of the Complaint for lack

16   of knowledge or information sufficient to form a belief as to the truth thereof.

17         45.    MTPD denies the allegations contained in Paragraph 45 of the Complaint for lack

18   of knowledge or information sufficient to form a belief as to the truth thereof.

19         46.    MTPD denies the allegations contained in Paragraph 46 of the Complaint for lack

20   of knowledge or information sufficient to form a belief as to the truth thereof.

21         47.    MTPD denies the allegations contained in Paragraph 47 of the Complaint for lack

22   of knowledge or information sufficient to form a belief as to the truth thereof.

23         48.    MTPD denies the allegations contained in Paragraph 48 of the Complaint for lack

24   of knowledge or information sufficient to form a belief as to the truth thereof.

25         49.    MTPD denies the allegations contained in Paragraph 49 of the Complaint for lack

26   of knowledge or information sufficient to form a belief as to the truth thereof.

27         50.    MTPD denies the allegations contained in Paragraph 50 of the Complaint for lack

28   of knowledge or information sufficient to form a belief as to the truth thereof.

51.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph 51 of the Complaint collectively as "Samsung."

### 8.     "Samtel"

52.     MTPD denies the allegations contained in Paragraph 52 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 9.     "Thai CRT"

53.     MTPD denies the allegations contained in Paragraph 53 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 10.     "Toshiba Entities"

54.     MTPD denies the allegations contained in Paragraph 54 of the Complaint in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that Panasonic entered into a joint venture with Toshiba to form MTPD, but avers that MTPD was formed in 2003, not 2002.

55.     MTPD denies the allegations contained in Paragraph 55 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

56.     MTPD denies the allegations contained in Paragraph 56 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

57.     MTPD denies the allegations contained in Paragraph 57 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

58.     MTPD denies the allegations contained in Paragraph 58 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

59.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph 59 of the Complaint collectively as "Toshiba."

### 11.     "Chunghwa Entities"

60.     MTPD denies the allegations contained in Paragraph 60 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

61.     MTPD denies the allegations contained in Paragraph 61 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

62.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph 62 of the Complaint collectively as "Chunghwa."

## IV.     "AGENTS AND CO-CONSPIRATORS"

63.     MTPD denies the allegations contained in Paragraph 63 of the Complaint as they relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

64.     MTPD denies the allegations contained in Paragraph 64 of the Complaint as they relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

65.     The allegations contained in Paragraph 65 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.  MTPD avers that the entity formerly known as Matsushita Electronic Corporation (Malaysia) Sdn. Bhd. ("Matsushita Malaysia") was dissolved on October 8, 2007.

66.     MTPD denies the allegations contained in Paragraph 66 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

67.     MTPD admits that Plaintiff purports to refer to the entities identified in Paragraph 67 of the Complaint collectively as "Daewoo."

68.     MTPD denies the allegations contained in Paragraph 68 of the Complaint in its entirety, except admits that Matsushita Malaysia was a Malaysian entity that had an office located at the address listed in Paragraph 75 in Shah Alam, Malaysia, and was a direct subsidiary of Panasonic from 2001 until 2003, operating as Matsushita Display Devices (Malaysia) Sdn. Bhd. MTPD further admits that Matsushita Malaysia was transferred to MTPD in 2003, renamed as MT Picture Display (Malaysia) Sdn. Bhd., and operated as a wholly-owned subsidiary of MTPD. MTPD avers that the entity formerly known as Matsushita Malaysia was dissolved on October 8, 2007.

69.     MTPD denies the allegations contained in Paragraph 69 of the Complaint in their

8

1   entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof,

2   except admits that P.T. Tosummit Electronic Devices Indonesia ("TEDI") was transferred to

3   MTPD in 2003, and its name changed to PT.MT Picture Display Indonesia.  MTPD further avers

4   that PT.MT Picture Display Indonesia discontinued its production on September 13, 2007, and

5   was dissolved on September 28, 2007.

6         70.     MTPD denies the allegations contained in Paragraph 70 of the Complaint in their

7   entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof,

8   except admits that Toshiba Display Devices (Thailand) Company, Ltd. ("TDDT") was transferred

9   to MTPD in 2003 and changed its name to MT Picture Display (Thailand) Co., Ltd. ("MTPDT"),

10   but denies that MTPDT was a wholly-owned subsidiary of MTPD.  MTPD further avers that

11   MTPDT passed a resolution of dissolution on May 13, 2009, and is now dissolved.

12         71.     MTPD denies the allegations contained in Paragraph 71 of the Complaint as they

13   relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or

14   information sufficient to form a belief as to the truth thereof.

15   **V.    "<u>TRADE AND COMMERCE</u>"**

16         72.     MTPD denies the allegations contained in Paragraph 72 of the Complaint as they

17   relate to MTPD, except admits that it or certain of its affiliates sold some CRTs in the United

18   States at various times during the purported Relevant Period, and denies the remaining allegations

19   in their entirety for lack of knowledge or information sufficient to form a belief as to the truth

20   thereof.

21         73.     MTPD denies the allegations contained in Paragraph 73 of the Complaint as they

22   relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or

23   information sufficient to form a belief as to the truth thereof.

24         74.     MTPD denies the allegations contained in Paragraph 74 of the Complaint as they

25   relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or

26   information sufficient to form a belief as to the truth thereof.

27   **VI.    "<u>FACTUAL ALLEGATIONS</u>"**

28        **A.    "<u>CRT Technology</u>"**

9

75. The allegations contained in Paragraph 75 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required. To the extent that a response is required, MTPD admits that the CRT is a specialized vacuum tube in which images are produced when an electron beam strikes a phosphorescent surface, but otherwise denies the allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

76. The allegations contained in Paragraph 76 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required. To the extent that a response is required, MTPD admits that CRT technology was used in making tubes for televisions in the 1990's, but otherwise denies the allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

77. The allegations contained in Paragraph 77 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required. To the extent that a response is required, MTPD admits that a lower quality CRT produces a poor display, but otherwise denies the allegations contained in Paragraph 77 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

78. The allegations contained in Paragraph 78 of the Complaint constitute characterizations of Plaintiff's Complaint to which no responsive pleading is required. To the extent that a response is required, MTPD admits that CRT production was refined over time, but otherwise denies the allegations contained in Paragraph 78 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

79. The allegations contained in Paragraph 79 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required. To the extent that a response is required, MTPD admits that CDTs and CPTs are types of CRTs, admits that CDTs can be used in computer monitors and certain other specialized applications, and admits that CPTs can be used in televisions, but denies the allegations contained in Paragraph 79 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

10

80.     The allegations contained in Paragraph 80 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 80 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

81.     The allegations contained in Paragraph 81 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 81 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

82.     MTPD denies the allegations contained in Paragraph 82 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

83.     MTPD denies the allegations contained in Paragraph 83 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

84.     MTPD denies the allegations contained in Paragraph 84 of the Complaint.

**B.     "Structure of the CRT Industry"**

85.     MTPD denies the allegations contained in Paragraph 85 of the Complaint.

**1.     "Market Concentration"**

86.     MTPD denies the allegations contained in the second sentence of Paragraph 86 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, and denies the remaining allegations in their entirety.

**2.     "Information Sharing"**

87.     MTPD denies the allegations contained in Paragraph 87 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

88.     MTPD denies the allegations contained in Paragraph 88 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

11

1  sufficient to form a belief as to the truth thereof.

2                **3.**     **"Consolidation"**

3        89.     MTPD denies the allegations contained in Paragraph 89 of the Complaint as they

4  relate to MTPD, except admits that a merger between Toshiba and Panasonic's CRT businesses

5  resulted in the creation of MTPD, and denies the remaining allegations for lack of knowledge or

6  information sufficient to form a belief as to the truth thereof.  MTPD avers that MTPD was

7  created in 2003, not 2002.

8                **4.**     **"Multiple Interrelated Business Relationships"**

9        90.     MTPD denies the allegations contained in Paragraph 90 of the Complaint.

10        91.     MTPD denies the allegations contained in Paragraph 91, including its subparts, for

11  lack of knowledge or information sufficient to form a belief as to the truth thereof, with the

12  exception that Toshiba Corporation and Panasonic formed a CRT joint venture, MTPD, in 2003,

13  and that Toshiba Corporation and Panasonic formed a joint venture to manufacture TFT-LCD

14  panels.

15                **5.**     **"High Costs of Entry Into the Industry"**

16        92.     MTPD denies the allegations contained in Paragraph 92 of the Complaint for lack

17  of knowledge or information sufficient to form a belief as to the truth thereof.

18        93.     MTPD denies the allegations contained in the first sentence of Paragraph 93 of the

19  Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof,

20  and denies the remaining allegations in their entirety.

21                **6.**     **"The Maturity of the CRT Product Market"**

22        94.     MTPD denies the allegations contained in Paragraph 94 of the Complaint for lack

23  of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

24  the CRT market is mature.

25        95.     MTPD denies the allegations contained in Paragraph 95 of the Complaint as they

26  relate to MTPD and denies the remaining allegations for lack of knowledge or information

27  sufficient to form a belief as to the truth thereof.

28        96.     MTPD denies the allegations contained in Paragraph 96 of the Complaint as they

relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

97.     MTPD denies the allegations contained in Paragraph 97 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

98.     MTPD denies the allegations contained in Paragraph 98 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

99.     MTPD denies the allegations contained in Paragraph 99 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**7.     "Homogeneity of CRT Products"**

100.     MTPD denies the allegations contained in Paragraph 100 of the Complaint.

101.     MTPD denies the allegations contained in Paragraph 101 of the Complaint.

**C.     "Pre-Conspiracy Market"**

102.     MTPD denies the allegations contained in Paragraph 102 of the Complaint as they relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

103.     MTPD denies the allegations contained in Paragraph 103 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**D.     "Defendants' and Co-Conspirators' Illegal Agreements"**

104.     MTPD denies the allegations contained in Paragraph 104 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

105.     MTPD denies the allegations contained in Paragraph 105 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

106.     MTPD denies the allegations contained in Paragraph 106 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

DEFENDANT MT PICTURE DISPLAY'S                                        Case No. 07-5944 SC
ANSWER TO TARGET'S SECOND AMENDED COMPLAINT                          MDL NO. 1917

107.    MTPD denies the allegations contained in Paragraph 107 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

108.    MTPD denies the allegations contained in Paragraph 108 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 1.    "Glass Meetings"

109.    MTPD denies the allegations contained in Paragraph 109 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

110.    MTPD denies the allegations contained in Paragraph 110 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

111.    MTPD denies the allegations contained in Paragraph 111 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

112.    MTPD denies the allegations contained in Paragraph 112 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

113.    MTPD denies the allegations contained in Paragraph 113 of the Complaint in their entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

114.    MTPD denies the allegations contained in Paragraph 114 of the Complaint in their entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

115.    MTPD denies the allegations contained in Paragraph 115 of the Complaint in their entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

14

116.     MTPD denies the allegations contained in Paragraph 116 of the Complaint in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

117.     MTPD denies the allegations contained in Paragraph 117 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

118.     MTPD denies the allegations contained in Paragraph 118 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

119.     MTPD denies the allegations contained in Paragraph 119 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

120.     MTPD denies the allegations contained in Paragraph 120 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

121.     MTPD denies the allegations contained in Paragraph 121 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

122.     MTPD denies the allegations contained in Paragraph 122 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

123.     MTPD denies the allegations contained in Paragraph 123 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

124.     MTPD denies the allegations contained in Paragraph 124 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**2.     "Bilateral Discussions"**

125.     MTPD denies the allegations contained in Paragraph 125 of the Complaint as they

15

relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

126.    MTPD denies the allegations contained in Paragraph 126 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

127.    MTPD denies the allegations contained in Paragraph 127 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

128.    MTPD denies the allegations contained in Paragraph 128 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

129.    MTPD denies the allegations contained in Paragraph 129 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

130.    MTPD denies the allegations contained in Paragraph 130 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 3.    "Defendants' and Co-Conspirators' Participation in Group and Bilateral Discussions"

131.    MTPD denies the allegations contained in Paragraph 131 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

132.    MTPD denies the allegations contained in Paragraph 132 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

133.    MTPD denies the allegations contained in Paragraph 133 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

134.    MTPD denies the allegations contained in Paragraph 134 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

1   sufficient to form a belief as to the truth thereof.

2   135.   MTPD denies the allegations contained in Paragraph 135 of the Complaint as they

3   relate to MTPD and denies the remaining allegations for lack of knowledge or information

4   sufficient to form a belief as to the truth thereof.

5   136.   MTPD denies the allegations contained in Paragraph 136 of the Complaint as they

6   relate to MTPD and denies the remaining allegations for lack of knowledge or information

7   sufficient to form a belief as to the truth thereof.

8   137.   MTPD denies the allegations contained in Paragraph 137 of the Complaint in their

9   entirety.

10   138.   MTPD denies the allegations contained in Paragraph 138 of the Complaint in their

11   entirety.

12   139.   MTPD denies the allegations contained in Paragraph 139 of the Complaint in their

13   entirety.

14   140.   MTPD denies the allegations contained in Paragraph 140 of the Complaint as they

15   relate to MTPD and denies the remaining allegations for lack of knowledge or information

16   sufficient to form a belief as to the truth thereof.

17   141.   MTPD denies the allegations contained in Paragraph 141 of the Complaint as they

18   relate to MTPD and denies the remaining allegations for lack of knowledge or information

19   sufficient to form a belief as to the truth thereof.

20   142.   MTPD denies the allegations contained in Paragraph 142 of the Complaint as they

21   relate to MTPD and denies the remaining allegations for lack of knowledge or information

22   sufficient to form a belief as to the truth thereof.

23   143.   MTPD denies the allegations contained in Paragraph 143 of the Complaint as they

24   relate to MTPD and denies the remaining allegations for lack of knowledge or information

25   sufficient to form a belief as to the truth thereof.

26   144.   MTPD denies the allegations contained in Paragraph 144 of the Complaint as they

27   relate to MTPD and denies the remaining allegations for lack of knowledge or information

28   sufficient to form a belief as to the truth thereof.

17

145.    MTPD denies the allegations contained in Paragraph 145 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

146.    MTPD denies the allegations contained in Paragraph 146 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

147.    MTPD denies the allegations contained in Paragraph 147 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

148.    MTPD denies the allegations contained in Paragraph 148 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

149.    MTPD denies the allegations contained in Paragraph 149 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

150.    MTPD denies the allegations contained in Paragraph 150 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

151.    MTPD denies the allegations contained in Paragraph 151 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**E.    "The CRT Market During the Conspiracy"**

152.    MTPD denies the allegations contained in Paragraph 152 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

153.    MTPD denies the allegations contained in Paragraph 153 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

154.    MTPD denies the allegations contained in Paragraph 154 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

18

155.   MTPD denies the allegations contained in Paragraph 155 of the Complaint in their entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

156.   MTPD denies the allegations contained in Paragraph 156 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

157.   MTPD denies the allegations contained in Paragraph 157 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

158.   MTPD denies the allegations contained in Paragraph 158 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

159.   MTPD denies the allegations contained in Paragraph 159 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

160.   MTPD denies the allegations contained in Paragraph 160 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

161.   MTPD denies the allegations contained in Paragraph 161 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

162.   MTPD denies the allegations contained in Paragraph 162 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

163.   MTPD denies the allegations contained in Paragraph 163 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

164.   MTPD denies the allegations contained in Paragraph 164 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

165.   MTPD denies the allegations contained in Paragraph 165 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

F.   "<u>International Government Antitrust Investigations</u>"

166.   MTPD denies the allegations contained in Paragraph 166 of the Complaint for lack

19

1   of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

2   on or around May 6, 2008, the Hungarian Competition Authority issued a press release

3   concerning its initiation of a competition supervision proceeding in connection with an alleged

4   conspiracy in the Hungarian market involving CRTs and respectfully refers the Court to that

5   document for a review of its contents.

6          167.   MTPD denies the allegations contained in Paragraph 167 of the Complaint for lack

7   of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

8   on or around February 10, 2009, the DOJ issued a press release concerning the indictment of an

9   executive of Chunghwa Picture Tubes, Ltd., and respectfully refers the Court to that document for

10  a review of its contents.

11         168.   MTPD denies the allegations contained in Paragraph 168 of the Complaint for lack

12  of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

13  on or around August 19, 2009, the DOJ issued a press release concerning the indictment of a CDT

14  industry executive and respectfully refers the Court to that document for a review of its contents.

15         169.   MTPD denies the allegations contained in Paragraph 169 of the Complaint for lack

16  of knowledge or information sufficient to form a belief as to the truth thereof, excepts admits that

17  on or around March 30, 2010, the DOJ issued a press release concerning the indictment of a CDT

18  industry executive and respectfully refers the Court to that document for a review of its contents.

19         170.   MTPD denies the allegations contained in Paragraph 170 of the Complaint for lack

20  of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

21  on or around November 9, 2010, the DOJ issued a press release concerning the indictment of a

22  CDT industry executive and respectfully refers the Court to that document for a review of its

23  contents.

24         171.   MTPD denies the allegations contained in Paragraph 171 of the Complaint for lack

25  of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

26  on or around March 18, 2011, the DOJ issued a press release concerning a plea agreement entered

27  into by a CDT industry participant and respectfully refers the Court to that document for a review

28  of its contents.

172.   MTPD denies the allegations contained in Paragraph 172 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around December 5, 2012, the European Commission issued an announcement of certain fines relating to the CRT industry and respectfully refers the Court to that document for a review of its contents.

173.   MTPD denies the allegations contained in Paragraph 173 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

174.   MTPD denies the allegations contained in Paragraph 174 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

175.   MTPD denies the allegations contained in Paragraph 175 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

176.   MTPD denies the allegations contained in Paragraph 176 of the Complaint, except admits that an alleged conspiracy concerning the TFT-LCD market is or was being investigated by the DOJ, and by certain other international competition authorities, and that this investigation was revealed on or around December 2006. MTPD further avers that it is not a subject of these investigations.

177.   MTPD denies the allegations contained in Paragraph 177 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

178.   MTPD denies the allegations contained in Paragraph 178 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

179.   MTPD denies the allegations contained in Paragraph 179 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

180.   MTPD denies the allegations contained in Paragraph 180 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### G.   **"The Role of Trade Associations During the Relevant Period"**

181.   MTPD denies the allegations contained in Paragraph 181 of the Complaint as they

21

relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

182.     MTPD denies the allegations contained in Paragraph 182 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

183.     MTPD denies the allegations contained in Paragraph 183 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

184.     MTPD denies the allegations contained in Paragraph 184 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

185.     MTPD denies the allegations contained in Paragraph 185 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**H.     "Effects of Defendants' Antitrust Violations"**

        **1.     "Examples of Reductions in Manufacturing Capacity by Defendants"**

186.     The allegations contained in Paragraph 186 of the Complaint constitute characterizations of the allegations of Plaintiff's Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 186 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

187.     MTPD denies the allegations contained in Paragraph 187 of the Complaint, except admits that its subsidiary in New York ceased operations in December 2004, and admits that a press release contained the phrases quoted in Paragraph 198 of the Complaint.

188.     MTPD denies the allegations contained in Paragraph 188 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

189.     MTPD denies the allegations contained in Paragraph 189 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except avers that it was announced on November 30, 2005, not in December 2005, that MTPD's American subsidiary in Ohio and German subsidiary would discontinue operations.

1    190.    MTPD denies the allegations contained in Paragraph 190 of the Complaint for lack

2    of knowledge or information sufficient to form a belief as to the truth thereof.

3    191.    MTPD denies the allegations contained in Paragraph 191 of the Complaint for lack

4    of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

5    the closure of Matsushita Malaysia was announced in July 2006.

6    **2.    "Examples of Collusive Pricing for CRTs"**

7    192.    MTPD denies the allegations contained in Paragraph 192 of the Complaint in their

8    entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or

9    information sufficient to form a belief as to the truth thereof.

10    193.    MTPD denies the allegations contained in Paragraph 193 of the Complaint for lack

11    of knowledge or information sufficient to form a belief as to the truth thereof.

12    194.    MTPD denies the allegations contained in Paragraph 194 of the Complaint for lack

13    of knowledge or information sufficient to form a belief as to the truth thereof.

14    195.    MTPD denies the allegations contained in Paragraph 195 of the Complaint as they

15    relate to MTPD and denies the remaining allegations for lack of knowledge or information

16    sufficient to form a belief as to the truth thereof.

17    196.    MTPD denies the allegations contained in Paragraph 196 of the Complaint for lack

18    of knowledge or information sufficient to form a belief as to the truth thereof.

19    197.    MTPD denies the allegations contained in Paragraph 197 of the Complaint as they

20    relate to MTPD and denies the remaining allegations for lack of knowledge or information

21    sufficient to form a belief as to the truth thereof.

22    198.    MTPD denies the allegations contained in Paragraph 198 of the Complaint for lack

23    of knowledge or information sufficient to form a belief as to the truth thereof.

24    199.    MTPD denies the allegations contained in Paragraph 199 of the Complaint for lack

25    of knowledge or information sufficient to form a belief as to the truth thereof.

26    200.    MTPD denies the allegations contained in Paragraph 200 of the Complaint for lack

27    of knowledge or information sufficient to form a belief as to the truth thereof.

28    201.    MTPD denies the allegations contained in Paragraph 201 of the Complaint as they

relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**H.    "Summary Of Effects Of The Conspiracy Involving CRTs"**

202.    MTPD denies the allegations contained in Paragraph 202 of the Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

## VII.   "TARGET'S INJURIES"

203.    MTPD denies the allegations contained in Paragraph 203 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

204.    MTPD denies the allegations contained in Paragraph 204 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

205.    The allegations contained in Paragraph 205 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

206.    MTPD denies the allegations contained in Paragraph 206 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

207.    The allegations contained of Paragraph 207 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 207 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

208.    MTPD denies the allegations contained in Paragraph 208 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

1  sufficient to form a belief as to the truth thereof.

2       209.    MTPD denies the allegations contained in Paragraph 209 of the Complaint as they

3  relate to MTPD and denies the remaining allegations for lack of knowledge or information

4  sufficient to form a belief as to the truth thereof.

5  **IX.    "FRAUDULENT CONCEALMENT"**

6       210.    MTPD denies the allegations contained in Paragraph 210 of the Complaint as they

7  relate to MTPD and denies the remaining allegations for lack of knowledge or information

8  sufficient to form a belief as to the truth thereof.

9       211.    MTPD denies the allegations contained in Paragraph 211 of the Complaint as they

10  relate to MTPD and denies the remaining allegations for lack of knowledge or information

11  sufficient to form a belief as to the truth thereof.

12       212.    MTPD denies the allegations contained in Paragraph 212 of the Complaint as they

13  relate to MTPD and denies the remaining allegations for lack of knowledge or information

14  sufficient to form a belief as to the truth thereof.

15       213.    MTPD denies the allegations contained in Paragraph 213 of the Complaint as they

16  relate to MTPD and denies the remaining allegations for lack of knowledge or information

17  sufficient to form a belief as to the truth thereof.

18       214.    MTPD denies the allegations contained in Paragraph 214 of the Complaint as they

19  relate to MTPD and denies the remaining allegations for lack of knowledge or information

20  sufficient to form a belief as to the truth thereof.

21       215.    MTPD denies the allegations contained in Paragraph 215 the Complaint as they

22  relate to MTPD and denies the remaining allegations for lack of knowledge or information

23  sufficient to form a belief as to the truth thereof.

24       216.    MTPD denies the allegations contained in Paragraph 216 of the Complaint as they

25  relate to MTPD and denies the remaining allegations for lack of knowledge or information

26  sufficient to form a belief as to the truth thereof.

27       217.    MTPD denies the allegations contained in Paragraph 217 of the Complaint as they

28  relate to MTPD and denies the remaining allegations for lack of knowledge or information

25

1  sufficient to form a belief as to the truth thereof.

2      218.   MTPD denies the allegations contained in Paragraph 218 of the Complaint as they

3  relate to MTPD and denies the remaining allegations for lack of knowledge or information

4  sufficient to form a belief as to the truth thereof.

5      219.   MTPD denies the allegations contained in Paragraph 219 of the Complaint as they

6  relate to MTPD and denies the remaining allegations for lack of knowledge or information

7  sufficient to form a belief as to the truth thereof.

8      220.   MTPD denies the allegations contained in Paragraph 220 of the Complaint as they

9  relate to MTPD and denies the remaining allegations for lack of knowledge or information

10  sufficient to form a belief as to the truth thereof.

11      221.   MTPD denies the allegations contained in Paragraph 221 of the Complaint as they

12  relate to MTPD and denies the remaining allegations for lack of knowledge or information

13  sufficient to form a belief as to the truth thereof.

14      222.   MTPD denies the allegations contained in Paragraph 222 of the Complaint as they

15  relate to MTPD, and denies the remaining allegations for lack of knowledge or information

16  sufficient to form a belief as to the truth thereof.

17

18  IX.    "*AMERICAN PIPE*, GOVERNMENT ACTION AND CROSS-JURISDICTIONAL
       TOLLING"

19      223.   MTPD incorporates and realleges its responses to Paragraphs 181-195 above, as if

20  fully set forth herein.  The allegations contained in Paragraph 223 of the Complaint constitute

21  legal contentions and/or conclusions to which no responsive pleading is required.  To the extent

22  that a response is required, MTPD denies the allegations contained in Paragraph 223 of the

23  Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

24  information sufficient to form a belief as to the truth thereof.

25      224.   The allegations contained in Paragraph 224 of the Complaint constitute legal

26  contentions and/or conclusions to which no response is required.  To the extent that a response is

27  required, MTPD denies the allegations contained in Paragraph 224 of the Complaint as they relate

28

1    to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to

2    form a belief as to the truth thereof.

3          225.    The allegations contained in Paragraph 225 of the Complaint constitute legal

4    contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

5    response is required, MTPD denies the allegations contained in Paragraph 225 of the Complaint

6    as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

7    information sufficient to form a belief as to the truth thereof.

8
     **X.      "CLAIM FOR VIOLATIONS"**
9
                              **"First Claim for Relief"**
10
                      **"(Violation of Section 1 of the Sherman Act)"**
11
          226.    MTPD incorporates and realleges its responses to Paragraphs 1-225 above, as if
12
     fully set forth herein.
13
          227.    The allegations contained in Paragraph 227 of the Complaint constitute legal
14
     contentions and/or conclusions to which no responsive pleading is required.  To the extent that a
15
     response is required, MTPD denies the allegations contained in Paragraph 227 of the Complaint
16
     as they relate to MTPD, and denies the remaining allegations for lack of knowledge or
17
     information sufficient to form a belief as to the truth thereof.
18
          228.    MTPD denies the allegations contained in Paragraph 228 of the Complaint as they
19
     relate to MTPD and denies the remaining allegations for lack of knowledge or information
20
     sufficient to form a belief as to the truth thereof.
21
          229.    MTPD denies the allegations contained in Paragraph 229 of the Complaint as they
22
     relate to MTPD and denies the remaining allegations for lack of knowledge or information
23
     sufficient to form a belief as to the truth thereof.
24
          230.    MTPD denies the allegations contained in Paragraph 230 of the Complaint as they
25
     relate to MTPD and denies the remaining allegations for lack of knowledge or information
26
     sufficient to form a belief as to the truth thereof.
27
          231.    MTPD denies the allegations contained in Paragraph 231 of the Complaint,
28

27

1   including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of

2   knowledge or information sufficient to form a belief as to the truth thereof.

3       232.   MTPD denies the allegations contained in Paragraph 232 of the Complaint as they

4   relate to MTPD and denies the remaining allegations for lack of knowledge or information

5   sufficient to form a belief as to the truth thereof.

6                           **"Second Claim for Relief"**

7                    **"(Violation of the California Cartwright Act)"**

8       233.   MTPD incorporates and realleges its responses to Paragraphs 1-232 above, as if

9   fully set forth herein.

10      234.   The allegations contained in Paragraph 234 of the Complaint constitute legal

11  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

12  response is required, MTPD denies the allegations contained in Paragraph 234 of the Complaint

13  as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

14  information sufficient to form a belief as to the truth thereof.

15      235.   The allegations contained in Paragraph 235 of the Complaint constitute legal

16  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

17  response is required, MTPD denies the allegations contained in Paragraph 235 of the Complaint

18  as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

19  information sufficient to form a belief as to the truth thereof.

20      236.   The allegations contained in Paragraph 236 of the Complaint constitute legal

21  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

22  response is required, MTPD denies the allegations contained in Paragraph 236 of the Complaint

23  as they relate to MTPD, and denies the remaining allegations for lack of knowledge or

24  information sufficient to form a belief as to the truth thereof.

25      237.   The allegations contained in Paragraph 237 of the Complaint constitute legal

26  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

27  response is required, MTPD denies the allegations contained in Paragraph 237 of the Complaint

28  as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

28

1  sufficient to form a belief as to the truth thereof.

2       238.    MTPD denies the allegations contained in Paragraph 238 of the Complaint,

3  including its subparts, as they relate to MTPD and denies the remaining allegations for lack of

4  knowledge or information sufficient to form a belief as to the truth thereof.

5       239.    MTPD denies the allegations contained in Paragraph 239 of the Complaint,

6  including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of

7  knowledge or information sufficient to form a belief as to the truth thereof.

8       240.    MTPD denies the allegations contained in Paragraph 240 of the Complaint as they

9  relate to MTPD and denies the remaining allegations for lack of knowledge or information

10  sufficient to form a belief as to the truth thereof.

11       241.    The allegations contained in Paragraph 241 of the Complaint constitute legal

12  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

13  response is required, MTPD denies the allegations contained in Paragraph 241 of the Complaint

14  as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

15  sufficient to form a belief as to the truth thereof.

16                           **"Third Claim for Relief"**

17            **"(Violation of State Antitrust and Unfair Competition Laws)"**

18       242.    MTPD incorporates and realleges its responses to Paragraphs 1-241 above, as if

19  fully set forth herein

20       243.    The allegations contained in Paragraph 243 of the Complaint constitute legal

21  contentions and/or conclusions to which no response is required.  To the extent that a response is

22  required, MTPD denies the allegations contained in Paragraph 243 of the Complaint as they relate

23  to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to

24  form a belief as to the truth thereof.

25       244.    MTPD denies the allegations contained in Paragraph 244 of the Complaint as they

26  relate to MTPD and denies the remaining allegations for lack of knowledge or information

27  sufficient to form a belief as to the truth thereof.

28       245.    MTPD denies the allegations contained in Paragraph 245 of the Complaint,

29

1   including its subparts, as they relate to MTPD and denies the remaining allegations for lack of

2   knowledge or information sufficient to form a belief as to the truth thereof.

3          246.    MTPD denies the allegations contained in Paragraph 246 of the Complaint,

4   including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of

5   knowledge or information sufficient to form a belief as to the truth thereof.

6          247.    MTPD denies the allegations contained in Paragraph 247 of the Complaint as they

7   relate to MTPD and denies the remaining allegations for lack of knowledge or information

8   sufficient to form a belief as to the truth thereof.

9          248.    The allegations contained in Paragraph 248 of the Complaint, including its

10  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

11  extent that a response is required, MTPD denies the allegations contained in Paragraph 248 of the

12  Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

13  lack of knowledge or information sufficient to form a belief as to the truth thereof.

14         249.    The allegations contained in Paragraph 249 of the Complaint, including its

15  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

16  extent that a response is required, MTPD denies the allegations contained in Paragraph 249 of the

17  Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

18  lack of knowledge or information sufficient to form a belief as to the truth thereof.

19         250.    The allegations contained in Paragraph 250 of the Complaint, including its

20  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

21  extent that a response is required, MTPD denies the allegations contained in Paragraph 250 of the

22  Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

23  lack of knowledge or information sufficient to form a belief as to the truth thereof.

24         251.    The allegations contained in Paragraph 251 of the Complaint, including its

25  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

26  extent that a response is required, MTPD denies the allegations contained in Paragraph 251 of the

27  Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations

28  for lack of knowledge or information sufficient to form a belief as to the truth thereof.

30

252.    The allegations contained in Paragraph 252 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 252 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

253.    The allegations contained in Paragraph 253 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 253 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

254.    The allegations contained in Paragraph 254 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 254 of the Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

255.    The allegations contained in Paragraph 255 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 255 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

256.    The allegations contained in Paragraph 256 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 256 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

257.    The allegations contained in Paragraph 257 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 257 of the

31

1    Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

2    lack of knowledge or information sufficient to form a belief as to the truth thereof.

3          258.   The allegations contained in Paragraph 258 of the Complaint, including its

4    subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

5    extent that a response is required, MTPD denies the allegations contained in Paragraph 258 of the

6    Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

7    lack of knowledge or information sufficient to form a belief as to the truth thereof.

8   **XI.**    **"PRAYER FOR RELIEF"**

9         MTPD denies that Plaintiff suffered any injury or incurred any damages by any act

10    or omission of MTPD as alleged in the Complaint, and further denies that Plaintiff is entitled to

11    any relief under any theory by means of the allegations set forth in each of the paragraphs and

12    their subparts in the Complaint.

13   **XII.**    **"JURY TRIAL DEMAND"**

14         The allegations contained under the heading "Jury Trial Demand" contain no

15    factual assertions for which a response is required.  To the extent that a response is required,

16    MTPD denies the allegations contained under the heading "Jury Trial Demand" in their entirety,

17    except admits that Plaintiff demands a trial by jury.

18                         **DEFENSES**

19         FURTHER, MTPD asserts the following defenses and affirmative defenses to the

20    Complaint.  MTPD does not concede that it has the burden of proof as to any of the defenses

21    listed below:

22                   **FIRST DEFENSE**

23              (Failure to State a Claim for Relief)

24         Neither Plaintiff's Complaint nor any claim for relief asserted therein states facts

25    sufficient to constitute a claim for relief against MTPD.

26                **SECOND DEFENSE**

27                 (Statute of Limitations)

28

1           The relief sought by Plaintiff is barred, in whole or in part, by the applicable

2    statutes of limitations.

3                              **THIRD DEFENSE**

4                      (Actual and Proximate Injury)

5           The relief sought by Plaintiff is barred, in whole or in part, because the Plaintiff

6    was not actually and proximately injured in their business or property by reason of any action(s)

7    or omission(s) of MTPD.

8                          **FOURTH DEFENSE**

9                      (No Damages)

10           The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

11    suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent

12    that Plaintiff purportedly suffered injury or damage, which MTPD specifically denies, MTPD

13    further contends that any such purported injury or damage was not by reason of any act or

14    omission of MTPD.

15                         **FIFTH DEFENSE**

16                  (No Antitrust Injury)

17           The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

18    failed to allege "antitrust injury" – *i.e.*, injury that is of the type the antitrust laws were intended to

19    remedy.

20                         **SIXTH DEFENSE**

21                (Speculative Damages)

22           The relief sought by Plaintiff is barred, in whole or in part, because the alleged

23    damages sought are too speculative and uncertain, and because of the impossibility of the

24    ascertainment and allocation of such alleged damages.

25                     **SEVENTH DEFENSE**

26                     (Mitigation)

27

28

1    The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

2  failed to take appropriate and necessary steps to mitigate their alleged damages, if any.

3  ### EIGHTH DEFENSE

4  (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

5    The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

6  failed to allege fraud or fraudulent concealment with sufficient particularity.

7  ### NINTH DEFENSE

8  (Failure to Plead Conspiracy with Particularity)

9    The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

10  failed to allege conspiracy with sufficient particularity.

11  ### TENTH DEFENSE

12  (Lack of Standing to Sue for Injuries Alleged)

13    The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff lack

14  standing to sue for the injuries alleged in the complaint.  To the extent that Plaintiff purchased

15  products containing CRTs, as opposed to CRTs themselves, its alleged injuries are even more

16  speculative, derivative, indirect, and remote.  Plaintiff's damage claims create an impermissible

17  risk of duplicative recoveries and complex damage apportionment.

18  ### ELEVENTH DEFENSE

19  (Due Process)

20    To the extent Plaintiff's claims would result in MTPD paying damages to more

21  than one claimant for the same alleged overcharges to customers, they are barred because such

22  multiple liability would violate rights guaranteed to MTPD by the United States Constitution,

23  including, without limitation, rights guaranteed by the Due Process Clause of the Fourteenth

24  Amendment, and by applicable state law.

25  ### TWELFTH DEFENSE

26  (Other/Superseding Causation)

27

28

DEFENDANT MT PICTURE DISPLAY'S                                Case No. 07-5944 SC
ANSWER TO TARGET'S SECOND AMENDED COMPLAINT                   MDL NO. 1917

1   The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff's

2   damages, if any, resulted from the acts or omissions of third parties over whom MTPD had no

3   control or responsibility.  The acts of such third parties constitute intervening or superseding cases

4   of harm, if any, suffered by Plaintiff.

5   **THIRTEENTH DEFENSE**

6   (Waiver and Estoppel)

7   The relief sought by Plaintiff is barred, in whole or in part, by the doctrines of

8   waiver and/or estoppel.

9   **FOURTEENTH DEFENSE**

10   (Laches)

11   The relief sought by Plaintiff is barred, in whole or in part, by the equitable

12   doctrine of laches.

13   **FIFTEENTH DEFENSE**

14   (Unclean Hands)

15   The relief sought by Plaintiff is barred, in whole or in part, by the equitable

16   doctrine of unclean hands.

17   **SIXTEENTH DEFENSE**

18   (Unjust Enrichment)

19   The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff would

20   be unjustly enriched if they were allowed to recover any part of the damages alleged in the

21   Complaint.

22   **SEVENTEENTH DEFENSE**

23   (Adequate Remedy at Law)

24   The equitable relief sought by Plaintiff is barred, in whole or in part, because

25   Plaintiff has available an adequate remedy at law.

26   **EIGHTEENTH DEFENSE**

27   (Comparative Fault)

28   The relief sought by Plaintiff is barred, in whole or in part, because any and all

35

injuries alleged in the Complaint, the fact and extent of which MTPD specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiff and/or third parties or entities, other than MTPD.

### NINETEENTH DEFENSE

(Acquiescence)

The relief sought by Plaintiff is barred, in whole or in part, by Plaintiff's acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to MTPD.

### TWENTIETH DEFENSE

(No Detrimental Reliance)

The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff did not detrimentally rely upon any alleged deceptive trade conduct as alleged in the Complaint.

### TWENTY-FIRST DEFENSE

(Set Off)

Without admitting that Plaintiff is entitled to recover damages in this matter, MTPD is entitled to set off from any recovery Plaintiff may obtain against MTPD, any amount paid to Plaintiff by any other Defendants who have settled, or do settle, Plaintiff's claims in this matter.

### TWENTY-SECOND DEFENSE

(Failure to State a Claim for Injunctive Relief)

The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has failed to state a claim for injunctive relief insofar as Plaintiff seeks to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

### TWENTY-THIRD DEFENSE

(Lack of Jurisdiction)

The relief sought by Plaintiff is barred, in whole or in part, because any alleged conduct of MTPD occurred outside of the jurisdiction of the Court.

### TWENTY-FOURTH DEFENSE

(Foreign Trade Antitrust Improvements Act)

36

1    The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has

2 failed to make a single specific allegation to support the claim that the alleged conduct had "a

3 direct, substantial, and reasonably foreseeable effect" on U.S. commerce giving rise to a Sherman

4 Act claim, as required under the Foreign Trade Antitrust Improvements Act of 1982, 15 U.S.C. §

5 6a.

6    **TWENTY-FIFTH DEFENSE**

7    (Foreign Conduct)

8    Plaintiff's claims are barred to the extent that they are based on conduct beyond the

9 territorial reach of the laws or courts of the United States.

10    **TWENTY-SIXTH DEFENSE**

11    (Damages Not Passed Through To Plaintiff)

12    The relief sought by Plaintiff is barred, in whole or in part, because any injury or

13 damage alleged in the Complaint was not incurred by or passed on to Plaintiff, or was incurred by

14 or passed on to persons or entities other than Plaintiff.

15    **TWENTY-SEVENTH DEFENSE**

16    (Damages Passed On)

17    The relief sought by Plaintiff is barred, in whole or in part, because any injury or

18 damage alleged in the Complaint, which MTPD specifically denies, was passed on to persons or

19 entities other than the Plaintiff and/or was passed on by Plaintiff to other parties.

20    **TWENTY-EIGHTH DEFENSE**

21    (No Unreasonable Restraint Of Trade)

22    The relief sought by Plaintiff is barred, in whole or in part, because the alleged

23 conduct of MTPD did not unreasonably restrain trade.

24    **TWENTY-NINTH DEFENSE**

25    (Acts Outside The Jurisdiction)

26

27

28

1  The relief sought by Plaintiff is barred, in whole or in part, to the extent MTPD's

2  alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor

3  affected persons, entities, or commerce in the various States cited.

### THIRTIETH DEFENSE

(Restitution Unmanageable And Inequitable)

6  The relief sought by Plaintiff is barred, in whole or in part, to the extent the

7  restitution sought in the Complaint is unmanageable and inequitable.

### THIRTY-FIRST DEFENSE

(Lack of Standing as Indirect Purchasers)

10  The relief sought by Plaintiff is barred, in whole or in part, to the extent the various

11  States cited have not repealed the *Illinois Brick* doctrine.

### THIRTY-SECOND DEFENSE

(Claims Barred)

14  The relief sought by Plaintiff is barred, in whole or in part, to the extent Plaintiff

15  have failed to exhaust all remedies against MTPD.

### THIRTY-THIRD DEFENSE

(Private Claim Cannot Be Brought In A Representative Capacity)

18  The relief sought by Plaintiff is barred, in whole or in part, to the extent Plaintiff

19  brings any claims in a representative capacity, to the extent a private claim may not be brought in

20  a representative capacity under the laws of the various States cited.

### THIRTY-FOURTH DEFENSE

(Goods Not Purchased Primarily For Personal, Family, or Household Purposes)

23  The relief sought by Plaintiff is barred, in whole or in part, to the extent that any Plaintiff

24  did not purchase goods primarily for personal, family, or household purposes.

### THIRTY-FIFTH DEFENSE

(Independent, Legitimate Business and Economic Justification)

38

1   The relief sought by Plaintiff is barred, in whole or in part, because any conduct

2   engaged in by MTPD was reasonable and based on independent, legitimate business and

3   economic justification.

### THIRTY-SIXTH DEFENSE

(Attorneys' Fees)

6   Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is

7   not allowed under applicable federal or state law.

### THIRTY-SEVENTH DEFENSE

(Lack of Sufficient Contacts to States)

10   The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff's

11   claims lack sufficient contacts to the states under whose laws they are brought, in violation of

12   rights guaranteed to MTPD by the United States Constitution, including, without limitation, rights

13   guaranteed by the Due Process Clause of the Fourteenth Amendment, and by other applicable

14   state and federal law.

### INCORPORATION BY REFERENCE AND RESERVATION OF DEFENSES

16   MTPD hereby incorporates by reference, as if set forth fully herein, all other

17   defenses and affirmative defenses to the Complaint alleged by any other defendant.   MTPD

18   presently has insufficient knowledge or information on which to form a belief as to whether it

19   may have available additional, as yet unstated, defenses.   MTPD reserves the right to assert other

20   defenses and affirmative defenses as this action proceeds, the right to file an amended answer

21   asserting additional defenses or affirmative defenses, and/or file a cross-complaint, in the event

22   that discovery indicates that such pleadings are appropriate.

23   WHEREFORE, MTPD prays for judgment as follows:

24   1.   That Plaintiff take nothing under the Complaint, and the Complaint be

25   dismissed with prejudice;

26   2.   That judgment be entered in favor of MTPD and against Plaintiff on each

27   and every cause of action set forth in the Complaint;

28

DEFENDANT MT PICTURE DISPLAY'S                                                          Case No. 07-5944 SC
ANSWER TO TARGET'S SECOND AMENDED COMPLAINT                                             MDL NO. 1917

1              3.      That MTPD recover its costs of suit and attorneys' fees incurred herein;

2   and

3              4.      That MTPD be granted such other and further relief as the Court deems just

4                      and proper.

5

6   Dated: November 4, 2013                    By:   __/s/ David L. Yohai_____

7                                              DAVID L. YOHAI (*pro hac vice*)
                                               E-mail: david.yohai@weil.com

8                                              ADAM C. HEMLOCK (*pro hac vice*)
                                               E-mail: adam.hemlock@weil.com

9                                              DAVID E. YOLKUT (*pro hac vice*)
                                               E-mail: david.yolkut@weil.com

10                                             **WEIL, GOTSHAL & MANGES LLP**
                                               767 Fifth Avenue

11                                             New York, New York 10153-0119
                                               Telephone: (212) 310-8000

12                                             Facsimile: (212) 310-8007

13
                                               GREGORY D. HULL (57367)
14                                             E-mail: greg.hull@weil.com

15                                             **WEIL, GOTSHAL & MANGES LLP**
                                               201 Redwood Shores Parkway

16                                             Redwood Shores, California 94065-1175
                                               Telephone: (650) 802-3000

17                                             Facsimile: (650) 802-3100

18
                                               JEFFREY L. KESSLER (*pro hac vice*)
19                                             Email: jkessler@winston.com
                                               A. PAUL VICTOR (*pro hac vice*)
20                                             Email: pvictor@winston.com
                                               ALDO A. BADINI (257086)
21                                             Email: abadini@winston.com
                                               EVA W. COLE (*pro hac vice*)
22                                             Email: ewcole@winston.com
                                               MOLLY M. DONOVAN (*pro hac vice*)
23                                             Email: mmdonovan@winston.com
                                               **WINSTON & STRAWN LLP**
24                                             200 Park Avenue
25                                             New York, New York 10166-4193
                                               Telephone: (212) 294-4692
26                                             Facsimile: (212) 294-4700

27                                             ***Attorneys for Defendant Matsushita***
                                               ***Toshiba Picture Display Co., Ltd.***
28

                                        40

DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

GREGORY D. HULL (57367)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: greg.hull@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation,*
*Panasonic Corporation of North America, and*
*Matsushita Toshiba Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.: 07-5944 SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>TARGET CORP. ACTION<br>11-cv-05514 | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

1

2            I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153.  I am not a party to the within

3    cause, and I am over the age of eighteen years.  I further declare that on November 4, 2013, I served a copy of:

4

5    **DEFENDANT PANASONIC CORPORATION'S ANSWER TO TARGET CORPORATIONS'S SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; DEFENDANT MATSUSHITA TOSHIBA PICTURE DISPLAY**

6    **CO., LTD.'S ANSWER TO TARGET CORPORATION'S SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEFENDANT**

7    **PANASONIC CORPORATION OF NORTH AMERICA'S ANSWER TO TARGET CORPORATION'S SECOND AMENDED COMPLAINT FOR DAMAGES AND**

8    **INJUNCTIVE RELIEF**

9            ☒     **BY ELECTRONIC FILING** by serving a true copy on this date of each

10    document listed above via the Court's ECF Document Filing System on all interested parties registered for electronic filing in this action.

11

12            Executed on November 4, 2013 at New York, New York.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

13

14                                              _____
                                                Lara E. Veblen
15

16

17

18

19

20

21

22

23

24

25

26

27

28