DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

GREGORY D. HULL (57367)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: greg.hull@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

*Attorneys for Defendant Matsushita Toshiba Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>SEARS ACTION<br>11-CV-05514-SC | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br><br>**DEFENDANT MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD.'S ANSWER TO SEARS ROEBUCK AND KMART PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

1    Defendant MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD. ("MTPD"), by

2  and through its attorneys, answers the allegations set forth in the Second Amended Complaint

3  filed October 3, 2013 (the "Complaint") by plaintiffs Sears, Roebuck and Company, and Kmart

4  Corp.  (collectively "Plaintiffs"), and alleges additional or affirmative defenses as follows.  To the

5  extent not specifically admitted herein, all allegations of the Complaint are denied.  Furthermore,

6  the section headings included herein are included only for purposes of clarity and organization,

7  and MTPD does not admit, but rather hereby specifically denies, any factual or legal allegations in

8  the headings used in the Complaint.

9  **I.    "INTRODUCTION"**

10    1.    The    allegations    contained    in    Paragraph    1    of    the    Complaint    include

11  characterizations of the allegations of Plaintiffs' Complaint to which no responsive pleading is

12  required.  To the extent that a response is required, MTPD denies all of the allegations, except

13  admits that color display tubes ("CDTs") can be used in computer monitors and certain other

14  specialized applications, admits that color picture tubes ("CPTs") can be used in televisions,

15  admits that CDTs and CPTs are types of cathode ray tubes ("CRTs"), and admits that at various

16  times certain affiliates of MTPD manufactured some CRTs and some products containing CRTs.

17    2.    MTPD denies the allegations contained in Paragraph 2 of the Complaint as they

18  relate to MTPD and denies the remaining allegations for lack of knowledge or information

19  sufficient to form a belief as to the truth thereof.

20    3.    MTPD denies the allegations contained in Paragraph 3 of the Complaint as they

21  relate to MTPD and denies the remaining allegations for lack of knowledge or information

22  sufficient to form a belief as to the truth thereof.

23    4.    MTPD denies the allegations contained in Paragraph 4 of the Complaint as they

24  relate to MTPD and denies the remaining allegations for lack of knowledge or information

25  sufficient to form a belief as to the truth thereof.

26    5.    MTPD denies the allegations contained in Paragraph 5 of the Complaint as they

27  relate to MTPD and denies the remaining allegations for lack of knowledge or information

28  sufficient to form a belief as to the truth thereof.

6.     MTPD denies the allegations contained in Paragraph 6 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

7.     MTPD denies the allegations contained in Paragraph 7 of the Complaint, except admits that an alleged conspiracy concerning CRTs is or was being investigated by the United States Department of Justice ("DOJ"), and by certain foreign competition authorities, and that it has been publicly reported that individuals have been indicted in connection with the DOJ investigation.

8.     MTPD denies the allegations contained in Paragraph 8 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around March 18, 2011, the DOJ issued a press release concerning Samsung SDI Company, Ltd. and that on or around May 17, 2011, an amended plea agreement was filed in an action brought by the United States against Samsung SDI Company, Ltd.; MTPD respectfully refers the Court to those documents for a review of their contents.

9.     MTPD denies the allegations contained in Paragraph 9 of the Complaint as they relate to MTPD and denies the remainder for lack of knowledge or information sufficient to form a belief as to the truth thereof.

## II.     "JURISDICTION AND VENUE"

10.     MTPD denies the allegations contained in Paragraph 10 of the Complaint, except admits that Plaintiffs purport to bring this action pursuant to the federal statutes identified therein and seek the relief sought therein.

11.     MTPD denies the allegations contained in Paragraph 11 of the Complaint, except admits that Plaintiffs purport to bring this action pursuant to the state statute identified therein and seek the relief sought therein.

12.     The allegations contained in Paragraph 12 of the Complaint constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 12 of the Complaint, except admits that Plaintiffs purport to base subject matter jurisdiction on the federal statutes identified therein.

2

13.     MTPD denies the allegations contained in Paragraph 13 of the Complaint as they relate to MTPD, except admits that certain affiliates of MTPD have done some business within certain jurisdictions within the United States, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

14.     The allegations contained in Paragraph 14 of the Complaint regarding jurisdiction include legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations as they relate to MTPD except admits that certain affiliates of MTPD have done some business within certain jurisdictions within the United States, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

15.     The allegations contained in Paragraph 15 of the Complaint regarding venue include legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, MTPD denies the allegations as they relate to MTPD except admits that certain affiliates of MTPD have done some business within certain jurisdictions within the United States, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

III.     "**PARTIES**"

A.     "**Plaintiffs**"

16.     MTPD denies the allegations contained in Paragraph 16 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

17.     MTPD denies the allegations contained in Paragraph 17 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

18.     MTPD denies the allegations contained in Paragraph 18 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

19.     MTPD denies the allegations contained in Paragraph 19 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

B.     "**Defendants**"

1.     "**IRICO Entities**"

3

20.     MTPD denies the allegations contained in Paragraph 20 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

21.     MTPD denies the allegations contained in Paragraph 21 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

22.     MTPD denies the allegations contained in Paragraph 22 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

23.     MTPD admits that Plaintiffs purport to refer to the entities identified in Paragraph 23 of the Complaint collectively as "IRICO."

### 2.     "**LG Electronics Entities**"

24.     MTPD denies the allegations contained in Paragraph 24 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

25.     MTPD denies the allegations contained in Paragraph 25 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

26.     MTPD denies the allegations contained in Paragraph 26 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

27.     MTPD admits that Plaintiffs purport to refer to the entities identified in Paragraph 27 of the Complaint collectively as "LG Electronics."

### 3.     "**LP Displays**"

28.     MTPD denies the allegations contained in Paragraph 28 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 4.     "**Hitachi Entities**"

29.     MTPD denies the allegations contained in Paragraph 29 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

30.     MTPD denies the allegations contained in Paragraph 30 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

31.     MTPD denies the allegations contained in Paragraph 31 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

32.     MTPD denies the allegations contained in Paragraph 32 of the Complaint for lack

4

1    of knowledge or information sufficient to form a belief as to the truth thereof.

2        33.    MTPD denies the allegations contained in Paragraph 33 of the Complaint for lack

3    of knowledge or information sufficient to form a belief as to the truth thereof.

4        34.    MTPD denies the allegations contained in Paragraph 34 of the Complaint for lack

5    of knowledge or information sufficient to form a belief as to the truth thereof.

6        35.    MTPD admits that Plaintiffs purport to refer to the entities identified in Paragraph

7    35 of the Complaint collectively as "Hitachi."

8                    **5.    "Panasonic Entities"**

9        36.    MTPD denies the allegations contained in Paragraph 36 of the Complaint in their

10   entirety, except admits that Panasonic Corporation ("Panasonic") is a Japanese entity with an

11   office in Osaka, Japan at the address listed in Paragraph 36, and that it was known as Matsushita

12   Electric Industrial Co., Ltd. ("MEI") prior to October 1, 2008.

13       37.    MTPD denies the allegations contained in Paragraph 37 of the Complaint in their

14   entirety, except admits that Panasonic Corporation of North America ("PNA") is a Delaware

15   corporation with its principal place of business formerly located at the address listed in Paragraph

16   37.  MTPD avers that PNA's principal place of business is now located at Two Riverfront Plaza,

17   Newark, New Jersey, 07102.  MTPD further admits that PNA is a wholly-owned subsidiary of

18   Panasonic Corporation.

19       38.    MTPD admits that Plaintiffs purport to refer to the entities identified in Paragraph

20   38 of the Complaint collectively as "Panasonic."

21       39.    MTPD denies the allegations contained in Paragraph 39 of the Complaint in their

22   entirety, except admits that it was a Japanese entity with an office in Osaka, Japan at the address

23   listed in Paragraph 39.  MTPD further admits that it was established as a joint venture between

24   Panasonic and Toshiba Corporation ("Toshiba"), but avers that MTPD was formed in 2003, not

25   2002.  MTPD further admits that Panasonic held 64.5% of MTPD at the time MTPD was formed

26   in 2003.  MTPD further admits that Panasonic acquired Toshiba's 35.5% interest in MTPD on

27   March 30, 2007, that MTPD became a wholly-owned subsidiary of Panasonic, and that MTPD

28   was renamed.  MTPD further admits that certain of its affiliates sold some CRTs in the United

States at various times during the purported Relevant Period

40.    MTPD denies the allegations contained in Paragraph 40 of the Complaint in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that Beijing-Matsushita Color CRT Company, Ltd. ("BMCC") is a Chinese entity with its headquarters in Beijing, China at the address listed in Paragraph 40.   MTPD further admits that BMCC is a joint venture formed in 1987, and further admits that MTPD at one time had a 50% equity ownership interest in BMCC.

**6.     "Philips Entities"**

41.    MTPD denies the allegations contained in Paragraph 41 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

42.    MTPD denies the allegations contained in Paragraph 42 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

43.    MTPD denies the allegations contained in Paragraph 43 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

44.    MTPD denies the allegations contained in Paragraph 44 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

45.    MTPD admits that Plaintiffs purport to refer to the entities identified in Paragraph 45 of the Complaint collectively as "Philips."

**7.     "Samsung Entities"**

46.    MTPD denies the allegations contained in Paragraph 46 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

47.    MTPD denies the allegations contained in Paragraph 47 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

48.    MTPD denies the allegations contained in Paragraph 48 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

49.    MTPD denies the allegations contained in Paragraph 49 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

50.    MTPD denies the allegations contained in Paragraph 50 of the Complaint for lack

1  of knowledge or information sufficient to form a belief as to the truth thereof.

2      51.      MTPD denies the allegations contained in Paragraph 51 of the Complaint for lack

3  of knowledge or information sufficient to form a belief as to the truth thereof.

4      52.      MTPD denies the allegations contained in Paragraph 52 of the Complaint for lack

5  of knowledge or information sufficient to form a belief as to the truth thereof.

6      53.      MTPD denies the allegations contained in Paragraph 53 of the Complaint for lack

7  of knowledge or information sufficient to form a belief as to the truth thereof.

8      54.      MTPD denies the allegations contained in Paragraph 54 of the Complaint for lack

9  of knowledge or information sufficient to form a belief as to the truth thereof.

10     55.      MTPD admits that Plaintiffs purport to refer to the entities identified in Paragraph

11  55 of the Complaint collectively as "Samsung."

12          **8.      "Samtel"**

13     56.      MTPD denies the allegations contained in Paragraph 56 of the Complaint for lack

14  of knowledge or information sufficient to form a belief as to the truth thereof.

15          **9.      "Thai CRT"**

16     57.      MTPD denies the allegations contained in Paragraph 57 of the Complaint for lack

17  of knowledge or information sufficient to form a belief as to the truth thereof.

18          **10.      "Toshiba Entities"**

19     58.      MTPD denies the allegations contained in Paragraph 58 of the Complaint in their

20  entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof,

21  except admits that Panasonic entered into a joint venture with Toshiba to form MTPD, but avers

22  that MTPD was formed in 2003, not 2002.

23     59.      MTPD denies the allegations contained in Paragraph 59 of the Complaint for lack

24  of knowledge or information sufficient to form a belief as to the truth thereof.

25     60.      MTPD denies the allegations contained in Paragraph 60 of the Complaint for lack

26  of knowledge or information sufficient to form a belief as to the truth thereof.

27     61.      MTPD denies the allegations contained in Paragraph 61 of the Complaint for lack

28  of knowledge or information sufficient to form a belief as to the truth thereof.

7

62.     MTPD denies the allegations contained in Paragraph 62 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

63.     MTPD admits that Plaintiffs purport to refer to the entities identified in Paragraph 63 of the Complaint collectively as "Toshiba."

### 11.     "Chunghwa Entities"

64.     MTPD denies the allegations contained in Paragraph 64 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

65.     MTPD denies the allegations contained in Paragraph 65 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

66.     MTPD admits that Plaintiffs purport to refer to the entities identified in Paragraph 66 of the Complaint collectively as "Chunghwa."

## IV.     "AGENTS AND CO-CONSPIRATORS"

67.     MTPD denies the allegations contained in Paragraph 67 of the Complaint as they relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

68.     MTPD denies the allegations contained in Paragraph 68 of the Complaint as they relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

69.     The allegations contained in Paragraph 69 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.  MTPD avers that the entity formerly known as Matsushita Electronic Corporation (Malaysia) Sdn. Bhd. ("Matsushita Malaysia") was dissolved on October 8, 2007.

70.     MTPD denies the allegations contained in Paragraph 70 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

71.     MTPD admits that Plaintiffs purport to refer to the entities identified in Paragraph 71 of the Complaint collectively as "Daewoo."

8

72.    MTPD denies the allegations contained in Paragraph 72 of the Complaint in its entirety, except admits that Matsushita Malaysia was a Malaysian entity that had an office located at the address listed in Paragraph 72 in Shah Alam, Malaysia, and was a direct subsidiary of Panasonic Corporation from 2001 until 2003, operating as Matsushita Display Devices (Malaysia) Sdn. Bhd.  MTPD further admits that Matsushita Malaysia was transferred to MTPD in 2003, renamed as MT Picture Display (Malaysia) Sdn. Bhd., and operated as a wholly-owned subsidiary of MTPD.  MTPD avers that the entity formerly known as Matsushita Malaysia was dissolved on October 8, 200.

73.    MTPD denies the allegations contained in Paragraph 73 of the Complaint in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that P.T. Tosummit Electronic Devices Indonesia ("TEDI") was transferred to MTPD in 2003, and its name changed to PT.MT Picture Display Indonesia.  MTPD further avers that PT.MT Picture Display Indonesia discontinued its production on September 13, 2007, and was dissolved on September 28, 2007.

74.    MTPD denies the allegations contained in Paragraph 74 of the Complaint in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that Toshiba Display Devices (Thailand) Company, Ltd. ("TDDT") was transferred to MTPD in 2003 and changed its name to MT Picture Display (Thailand) Co., Ltd. ("MTPDT"), but denies that MTPDT was a wholly-owned subsidiary of MTPD.  MTPD further avers that MTPDT passed a resolution of dissolution on May 13, 2009, and is now dissolved.

75.    MTPD denies the allegations contained in Paragraph 75 of the Complaint as they relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

V.    "TRADE AND COMMERCE"

76.    MTPD denies the allegations contained in Paragraph 76 of the Complaint as they relate to MTPD, except admits that it or certain of its affiliates sold some CRTs in the United States at various times during the purported Relevant Period, and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth

9

thereof.

77.    MTPD denies the allegations contained in Paragraph 77 of the Complaint as they relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

78.    MTPD denies the allegations contained in Paragraph 78 of the Complaint as they relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

## VI.    "FACTUAL ALLEGATIONS"

### A.    "CRT Technology"

79.    The allegations contained in Paragraph 79 of the Complaint constitute characterizations of the allegations of Plaintiffs' Complaint to which no responsive pleading is required.  To the extent a response is required, MTPD admits that the CRT is a specialized vacuum tube in which images are produced when an electron beam strikes a phosphorescent surface, but otherwise denies the allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

80.    The allegations contained in Paragraph 80 of the Complaint constitute characterizations of the allegations of Plaintiffs' Complaint to which no responsive pleading is required.  To the extent a response is required, MTPD admits that CRT technology was used in making tubes for televisions in the 1990's, but otherwise denies the allegations in their entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

81.    The allegations contained in Paragraph 81 of the Complaint constitute characterizations of the allegations of Plaintiffs' Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD admits that a lower quality CRT produces a poor display, but otherwise denies the allegations contained in Paragraph 81 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

82.    The allegations contained in Paragraph 82 of the Complaint constitute characterizations of Plaintiffs' Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD admits that CRT production was refined over time, but

10

otherwise denies the allegations contained in Paragraph 82 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

83.     The allegations contained in Paragraph 83 of the Complaint constitute characterizations of the allegations of Plaintiffs' Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD admits that CDTs and CPTs are types of CRTs, admits that CDTs can be used in computer monitors and certain other specialized applications, and admits that CPTs can be used in televisions, but denies the allegations contained in Paragraph 83 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

84.     The allegations contained in Paragraph 84 of the Complaint constitute characterizations of the allegations of Plaintiffs' Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 84 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

85.     The allegations contained in Paragraph 85 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 85 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

86.     MTPD denies the allegations contained in Paragraph 86 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

87.     MTPD denies the allegations contained in Paragraph 87 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

88.     MTPD denies the allegations contained in Paragraph 88 of the Complaint.

**B.     "Structure of the CRT Industry"**

89.     MTPD denies the allegations contained in Paragraph 89 of the Complaint.

**1.     "Market Concentration"**

11

1    90.    MTPD denies the allegations contained in the second sentence of Paragraph 90 of

2    the Complaint for lack of knowledge or information sufficient to form a belief as to the truth

3    thereof, and denies the remaining allegations in their entirety.

4                      **2.    "Information Sharing"**

5    91.    MTPD denies the allegations contained in Paragraph 91 of the Complaint as they

6    relate to MTPD and denies the remaining allegations for lack of knowledge or information

7    sufficient to form a belief as to the truth thereof.

8    92.    MTPD denies the allegations contained in Paragraph 92 of the Complaint as they

9    relate to MTPD and denies the remaining allegations for lack of knowledge or information

10   sufficient to form a belief as to the truth thereof.

11                     **3.    "Consolidation"**

12   93.    MTPD denies the allegations contained in Paragraph 93 of the Complaint as they

13   relate to MTPD, except admits that a merger between Toshiba and Panasonic's CRT businesses

14   resulted in the creation of MTPD, and denies the remaining allegations for lack of knowledge or

15   information sufficient to form a belief as to the truth thereof.  MTPD avers that MTPD was

16   created in 2003, not 2002.

17                     **4.    "Multiple Interrelated Business Relationships"**

18   94.    MTPD denies the allegations contained in Paragraph 94 of the Complaint.

19   95.    MTPD denies the allegations contained in Paragraph 95, including its subparts, for

20   lack of knowledge or information sufficient to form a belief as to the truth thereof, with the

21   exception that Toshiba and Panasonic formed a CRT joint venture, MTPD, in 2003, and that

22   Toshiba and Panasonic formed a joint venture to manufacture TFT-LCD panels.

23                     **5.    "High Costs of Entry Into the Industry"**

24   96.    MTPD denies the allegations contained in Paragraph 96 of the Complaint for lack

25   of knowledge or information sufficient to form a belief as to the truth thereof.

26   97.    MTPD denies the allegations contained in the first sentence of Paragraph 97 of the

27   Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof,

28   and denies the remaining allegations in their entirety.

12

1      **6.    "The Maturity of the CRT Product Market"**

2      98.    MTPD denies the allegations contained in Paragraph 98 of the Complaint for lack

3  of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

4  the CRT market is mature.

5      99.    MTPD denies the allegations contained in Paragraph 99 of the Complaint as they

6  relate to MTPD and denies the remaining allegations for lack of knowledge or information

7  sufficient to form a belief as to the truth thereof.

8      100.    MTPD denies the allegations contained in Paragraph 100 of the Complaint as they

9  relate to MTPD and denies the remaining allegations for lack of knowledge or information

10  sufficient to form a belief as to the truth thereof.

11      101.    MTPD denies the allegations contained in Paragraph 101 of the Complaint as they

12  relate to MTPD and denies the remaining allegations for lack of knowledge or information

13  sufficient to form a belief as to the truth thereof.

14      102.    MTPD denies the allegations contained in Paragraph 102 of the Complaint for lack

15  of knowledge or information sufficient to form a belief as to the truth thereof.

16      103.    MTPD denies the allegations contained in Paragraph 103 of the Complaint for lack

17  of knowledge or information sufficient to form a belief as to the truth thereof.

18      **7.    "Homogeneity of CRT Products"**

19      104.    MTPD denies the allegations contained in Paragraph 104 of the Complaint.

20      105.    MTPD denies the allegations contained in Paragraph 105 of the Complaint.

21      **C.    "Pre-Conspiracy Market"**

22      106.    MTPD denies the allegations contained in Paragraph 106 of the Complaint as they

23  relate to MTPD and denies the remaining allegations in their entirety for lack of knowledge or

24  information sufficient to form a belief as to the truth thereof.

25      107.    MTPD denies the allegations contained in Paragraph 107 of the Complaint for lack

26  of knowledge or information sufficient to form a belief as to the truth thereof.

27      **D.    "Defendants' and Co-Conspirators' Illegal Agreements"**

28

108.   MTPD denies the allegations contained in Paragraph 108 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

109.   MTPD denies the allegations contained in Paragraph 109 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

110.   MTPD denies the allegations contained in Paragraph 110 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

111.   MTPD denies the allegations contained in Paragraph 111 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

112.   MTPD denies the allegations contained in Paragraph 112 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

1.   **"Glass Meetings"**

113.   MTPD denies the allegations contained in Paragraph 113 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

114.   MTPD denies the allegations contained in Paragraph 114 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

115.   MTPD denies the allegations contained in Paragraph 115 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

116.   MTPD denies the allegations contained in Paragraph 116 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

117.   MTPD denies the allegations contained in Paragraph 117 of the Complaint in their

14

1   entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or

2   information sufficient to form a belief as to the truth thereof.

3          118.   MTPD denies the allegations contained in Paragraph 118 of the Complaint in their

4   entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or

5   information sufficient to form a belief as to the truth thereof.

6          119.   MTPD denies the allegations contained in Paragraph 119 of the Complaint in their

7   entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or

8   information sufficient to form a belief as to the truth thereof.

9          120.   MTPD denies the allegations contained in Paragraph 120 of the Complaint in their

10  entirety for lack of knowledge or information sufficient to form a belief as to the truth thereof.

11         121.   MTPD denies the allegations contained in Paragraph 121 of the Complaint as they

12  relate to MTPD and denies the remaining allegations for lack of knowledge or information

13  sufficient to form a belief as to the truth thereof.

14         122.   MTPD denies the allegations contained in Paragraph 122 of the Complaint as they

15  relate to MTPD and denies the remaining allegations for lack of knowledge or information

16  sufficient to form a belief as to the truth thereof.

17         123.   MTPD denies the allegations contained in Paragraph 123 of the Complaint as they

18  relate to MTPD and denies the remaining allegations for lack of knowledge or information

19  sufficient to form a belief as to the truth thereof.

20         124.   MTPD denies the allegations contained in Paragraph 124 of the Complaint as they

21  relate to MTPD and denies the remaining allegations for lack of knowledge or information

22  sufficient to form a belief as to the truth thereof.

23         125.   MTPD denies the allegations contained in Paragraph 125 of the Complaint as they

24  relate to MTPD and denies the remaining allegations for lack of knowledge or information

25  sufficient to form a belief as to the truth thereof.

26         126.   MTPD denies the allegations contained in Paragraph 126 of the Complaint,

27  including its subparts, as they relate to MTPD and denies the remaining allegations for lack of

28  knowledge or information sufficient to form a belief as to the truth thereof.

15

127. MTPD denies the allegations contained in Paragraph 127 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

128. MTPD denies the allegations contained in Paragraph 128 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 2. "Bilateral Discussions"

129. MTPD denies the allegations contained in Paragraph 129 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

130. MTPD denies the allegations contained in Paragraph 130 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

131. MTPD denies the allegations contained in Paragraph 131 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

132. MTPD denies the allegations contained in Paragraph 132 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

133. MTPD denies the allegations contained in Paragraph 133 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

134. MTPD denies the allegations contained in Paragraph 134 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### 3. "Defendants' and Co-Conspirators' Participation in Group and Bilateral Discussions"

135. MTPD denies the allegations contained in Paragraph 135 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

16

136.   MTPD denies the allegations contained in Paragraph 136 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

137.   MTPD denies the allegations contained in Paragraph 137 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

138.   MTPD denies the allegations contained in Paragraph 138 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

139.   MTPD denies the allegations contained in Paragraph 139 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

140.   MTPD denies the allegations contained in Paragraph 140 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

141.   MTPD denies the allegations contained in Paragraph 141 of the Complaint in their entirety.

142.   MTPD denies the allegations contained in Paragraph 142 of the Complaint in their entirety.

143.   MTPD denies the allegations contained in Paragraph 143 of the Complaint in their entirety.

144.   MTPD denies the allegations contained in Paragraph 144 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

145.   MTPD denies the allegations contained in Paragraph 145 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

146.   MTPD denies the allegations contained in Paragraph 146 of the Complaint as they

17

1    relate to MTPD and denies the remaining allegations for lack of knowledge or information

2    sufficient to form a belief as to the truth thereof.

3         147.    MTPD denies the allegations contained in Paragraph 147 of the Complaint as they

4    relate to MTPD and denies the remaining allegations for lack of knowledge or information

5    sufficient to form a belief as to the truth thereof.

6         148.    MTPD denies the allegations contained in Paragraph 148 of the Complaint as they

7    relate to MTPD and denies the remaining allegations for lack of knowledge or information

8    sufficient to form a belief as to the truth thereof.

9         149.    MTPD denies the allegations contained in Paragraph 149 of the Complaint as they

10   relate to MTPD and denies the remaining allegations for lack of knowledge or information

11   sufficient to form a belief as to the truth thereof.

12        150.    MTPD denies the allegations contained in Paragraph 150 of the Complaint as they

13   relate to MTPD and denies the remaining allegations for lack of knowledge or information

14   sufficient to form a belief as to the truth thereof.

15        151.    MTPD denies the allegations contained in Paragraph 151 of the Complaint as they

16   relate to MTPD and denies the remaining allegations for lack of knowledge or information

17   sufficient to form a belief as to the truth thereof.

18        152.    MTPD denies the allegations contained in Paragraph 152 of the Complaint as they

19   relate to MTPD and denies the remaining allegations for lack of knowledge or information

20   sufficient to form a belief as to the truth thereof.

21        153.    MTPD denies the allegations contained in Paragraph 153 of the Complaint as they

22   relate to MTPD and denies the remaining allegations for lack of knowledge or information

23   sufficient to form a belief as to the truth thereof.

24        154.    MTPD denies the allegations contained in Paragraph 154 of the Complaint as they

25   relate to MTPD and denies the remaining allegations for lack of knowledge or information

26   sufficient to form a belief as to the truth thereof.

27        155.    MTPD denies the allegations contained in Paragraph 155 of the Complaint as they

28   relate to MTPD and denies the remaining allegations for lack of knowledge or information

18

1 | sufficient to form a belief as to the truth thereof.

2 |     **E.**    **"The CRT Market During the Conspiracy"**

3 |     156.    MTPD denies the allegations contained in Paragraph 156 of the Complaint for lack
4 | of knowledge or information sufficient to form a belief as to the truth thereof.

5 |     157.    MTPD denies the allegations contained in Paragraph 157 of the Complaint for lack
6 | of knowledge or information sufficient to form a belief as to the truth thereof.

7 |     158.    MTPD denies the allegations contained in Paragraph 158 of the Complaint for lack
8 | of knowledge or information sufficient to form a belief as to the truth thereof.

9 |     159.    MTPD denies the allegations contained in Paragraph 159 of the Complaint in their
10 | entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or
11 | information sufficient to form a belief as to the truth thereof.

12 |     160.    MTPD denies the allegations contained in Paragraph 160 of the Complaint for lack
13 | of knowledge or information sufficient to form a belief as to the truth thereof.

14 |     161.    MTPD denies the allegations contained in Paragraph 161 of the Complaint for lack
15 | of knowledge or information sufficient to form a belief as to the truth thereof.

16 |     162.    MTPD denies the allegations contained in Paragraph 162 of the Complaint for lack
17 | of knowledge or information sufficient to form a belief as to the truth thereof.

18 |     163.    MTPD denies the allegations contained in Paragraph 163 of the Complaint for lack
19 | of knowledge or information sufficient to form a belief as to the truth thereof.

20 |     164.    MTPD denies the allegations contained in Paragraph 164 of the Complaint for lack
21 | of knowledge or information sufficient to form a belief as to the truth thereof.

22 |     165.    MTPD denies the allegations contained in Paragraph 165 of the Complaint as they
23 | relate to MTPD and denies the remaining allegations for lack of knowledge or information
24 | sufficient to form a belief as to the truth thereof.

25 |     166.    MTPD denies the allegations contained in Paragraph 166 of the Complaint as they
26 | relate to MTPD and denies the remaining allegations for lack of knowledge or information
27 | sufficient to form a belief as to the truth thereof.

28 |     167.    MTPD denies the allegations contained in Paragraph 167 of the Complaint as they

relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

168.     MTPD denies the allegations contained in Paragraph 168 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

169.     MTPD denies the allegations contained in Paragraph 169 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

F.     **"International Government Antitrust Investigations"**

170.     MTPD denies the allegations contained in Paragraph 170 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around May 6, 2008, the Hungarian Competition Authority issued a press release concerning its initiation of a competition supervision proceeding in connection with an alleged conspiracy in the Hungarian market involving CRTs and respectfully refers the Court to that document for a review of its contents.

171.     MTPD denies the allegations contained in Paragraph 171 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around February 10, 2009, the DOJ issued a press release concerning the indictment of an executive of Chunghwa Picture Tubes, Ltd., and respectfully refers the Court to that document for a review of its contents.

172.     MTPD denies the allegations contained in Paragraph 172 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around August 19, 2009, the DOJ issued a press release concerning the indictment of a CDT industry executive and respectfully refers the Court to that document for a review of its contents.

173.     MTPD denies the allegations contained in Paragraph 173 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, excepts admits that on or around March 30, 2010, the DOJ issued a press release concerning the indictment of a CDT industry executive and respectfully refers the Court to that document for a review of its contents.

174.     MTPD denies the allegations contained in Paragraph 174 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

20

on or around November 9, 2010, the DOJ issued a press release concerning the indictment of a CDT industry executive and respectfully refers the Court to that document for a review of its contents.

175.   MTPD denies the allegations contained in Paragraph 175 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around March 18, 2011, the DOJ issued a press release concerning a plea agreement entered into by a CDT industry participant and respectfully refers the Court to that document for a review of its contents.

176.   MTPD denies the allegations contained in Paragraph 176 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof, except admits that on or around December 5, 2012, the European Commission issued an announcement of certain fines relating to the CRT industry and respectfully refers the Court to that document for a review of its contents.

177.   MTPD denies the allegations contained in Paragraph 177 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

178.   MTPD denies the allegations contained in Paragraph 178 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

179.   MTPD denies the allegations contained in Paragraph 179 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

180.   MTPD denies the allegations contained in Paragraph 180 of the Complaint, except admits that an alleged conspiracy concerning the TFT-LCD market is or was being investigated by the DOJ, and by certain other international competition authorities, and that this investigation was revealed on or around December 2006. MTPD further avers that it is not a subject of these investigations.

181.   MTPD denies the allegations contained in Paragraph 181 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

21

182.   MTPD denies the allegations contained in Paragraph 182 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

183.   MTPD denies the allegations contained in Paragraph 183 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

184.   MTPD denies the allegations contained in Paragraph 184 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**G.**   **"The Role of Trade Associations During the Relevant Period"**

185.   MTPD denies the allegations contained in Paragraph 185 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

186.   MTPD denies the allegations contained in Paragraph 186 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

187.   MTPD denies the allegations contained in Paragraph 187 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

188.   MTPD denies the allegations contained in Paragraph 188 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

189.   MTPD denies the allegations contained in Paragraph 189 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**H.**   **"Effects of Defendants' Antitrust Violations"**

**1.**   **"Examples of Reductions in Manufacturing Capacity by Defendants"**

190.   The allegations contained in Paragraph 190 of the Complaint constitute characterizations of the allegations of Plaintiffs' Complaint to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 190 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

191.   MTPD denies the allegations contained in Paragraph 191 of the Complaint, except

22

1    admits that its subsidiary in New York ceased operations in December 2004, and admits that a

2    press release contained the phrases quoted in Paragraph 191 of the Complaint.

3         192.    MTPD denies the allegations contained in Paragraph 192 of the Complaint for lack

4    of knowledge or information sufficient to form a belief as to the truth thereof.

5         193.    MTPD denies the allegations contained in Paragraph 193 of the Complaint for lack

6    of knowledge or information sufficient to form a belief as to the truth thereof, except avers that it

7    was announced on November 30, 2005, not in December 2005, that MTPD's American subsidiary

8    in Ohio and German subsidiary would discontinue operations.

9         194.    MTPD denies the allegations contained in Paragraph 194 of the Complaint for lack

10   of knowledge or information sufficient to form a belief as to the truth thereof.

11        195.    MTPD denies the allegations contained in Paragraph 195 of the Complaint for lack

12   of knowledge or information sufficient to form a belief as to the truth thereof, except admits that

13   the closure of Matsushita Malaysia was announced in July 2006.

14             **2.       "Examples of Collusive Pricing for CRTs"**

15        196.    MTPD denies the allegations contained in Paragraph 196 of the Complaint in their

16   entirety as they relate to MTPD and denies the remaining allegations for lack of knowledge or

17   information sufficient to form a belief as to the truth thereof.

18        197.    MTPD denies the allegations contained in Paragraph 197 of the Complaint for lack

19   of knowledge or information sufficient to form a belief as to the truth thereof.

20        198.    MTPD denies the allegations contained in Paragraph 198 of the Complaint for lack

21   of knowledge or information sufficient to form a belief as to the truth thereof.

22        199.    MTPD denies the allegations contained in Paragraph 199 of the Complaint as they

23   relate to MTPD and denies the remaining allegations for lack of knowledge or information

24   sufficient to form a belief as to the truth thereof.

25        200.    MTPD denies the allegations contained in Paragraph 200 of the Complaint for lack

26   of knowledge or information sufficient to form a belief as to the truth thereof.

27        201.    MTPD denies the allegations contained in Paragraph 201 of the Complaint as they

28   relate to MTPD and denies the remaining allegations for lack of knowledge or information

23

sufficient to form a belief as to the truth thereof.

202.    MTPD denies the allegations contained in Paragraph 202 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

203.    MTPD denies the allegations contained in Paragraph 203 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

204.    MTPD denies the allegations contained in Paragraph 204 of the Complaint for lack of knowledge or information sufficient to form a belief as to the truth thereof.

205.    MTPD denies the allegations contained in Paragraph 205 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

### H.      "Summary Of Effects Of The Conspiracy Involving CRTs"

206.    MTPD denies the allegations contained in Paragraph 206 of the Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

## VII.    "PLAINTIFFS' INJURIES"

207.    MTPD denies the allegations contained in Paragraph 207 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

208.    MTPD denies the allegations contained in Paragraph 208 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

209.    The allegations contained in Paragraph 209 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

210.    MTPD denies the allegations contained in Paragraph 210 of the Complaint as they

1  relate to MTPD and denies the remaining allegations for lack of knowledge or information
2  sufficient to form a belief as to the truth thereof.

3      211.    The allegations contained in Paragraph 211 of the Complaint constitute legal
4  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a
5  response is required, MTPD denies the allegations contained in Paragraph 211 of the Complaint
6  for lack of knowledge or information sufficient to form a belief as to the truth thereof.

7      212.    MTPD denies the allegations contained in Paragraph 212 of the Complaint as they
8  relate to MTPD and denies the remaining allegations for lack of knowledge or information
9  sufficient to form a belief as to the truth thereof.

10      213.    MTPD denies the allegations contained in Paragraph 213 of the Complaint as they
11  relate to MTPD and denies the remaining allegations for lack of knowledge or information
12  sufficient to form a belief as to the truth thereof.

13  **IX.    "FRAUDULENT CONCEALMENT"**

14      214.    MTPD denies the allegations contained in Paragraph 214 of the Complaint as they
15  relate to MTPD and denies the remaining allegations for lack of knowledge or information
16  sufficient to form a belief as to the truth thereof.

17      215.    MTPD denies the allegations contained in Paragraph 215 of the Complaint as they
18  relate to MTPD and denies the remaining allegations for lack of knowledge or information
19  sufficient to form a belief as to the truth thereof.

20      216.    MTPD denies the allegations contained in Paragraph 216 of the Complaint as they
21  relate to MTPD and denies the remaining allegations for lack of knowledge or information
22  sufficient to form a belief as to the truth thereof.

23      217.    MTPD denies the allegations contained in Paragraph 217 of the Complaint as they
24  relate to MTPD and denies the remaining allegations for lack of knowledge or information
25  sufficient to form a belief as to the truth thereof.

26      218.    MTPD denies the allegations contained in Paragraph 218 of the Complaint as they
27  relate to MTPD and denies the remaining allegations for lack of knowledge or information
28  sufficient to form a belief as to the truth thereof.

219.    MTPD denies the allegations contained in Paragraph 219 the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

220.    MTPD denies the allegations contained in Paragraph 220 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

221.    MTPD denies the allegations contained in Paragraph 221 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

222.    MTPD denies the allegations contained in Paragraph 222 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

223.    MTPD denies the allegations contained in Paragraph 223 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

224.    MTPD denies the allegations contained in Paragraph 224 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

225.    MTPD denies the allegations contained in Paragraph 225 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

226.    MTPD denies the allegations contained in Paragraph 226 of the Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

## IX.    "*AMERICAN PIPE*, GOVERNMENT ACTION, AND CROSS-JURISDICTIONAL TOLLING"

227.    MTPD incorporates and realleges its responses to Paragraphs 1-226 above, as if fully set forth herein.  The allegations contained in Paragraph 227 of the Complaint constitute

26

legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 227 of the Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

228.   The allegations contained in Paragraph 228 of the Complaint constitute legal contentions and/or conclusions to which no response is required.  To the extent that a responsive pleading is required, MTPD denies the allegations contained in Paragraph 228 of the Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

229.   The allegations contained in Paragraph 229 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a responsive pleading is required, MTPD denies the allegations contained in Paragraph 229 of the Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

## X.   **"CLAIM FOR VIOLATIONS"**

### **"First Claim for Relief"**

### **"(Violation of Section 1 of the Sherman Act)"**

230.   MTPD incorporates and realleges its responses to Paragraphs 1-229 above, as if fully set forth herein.

231.   The allegations contained in Paragraph 231 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 231 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

232.   MTPD denies the allegations contained in Paragraph 232 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

27

233.   MTPD denies the allegations contained in Paragraph 233 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

234.   MTPD denies the allegations contained in Paragraph 234 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

235.   MTPD denies the allegations contained in Paragraph 235 of the Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

236.   MTPD denies the allegations contained in Paragraph 236 of the Complaint as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

**"Second Claim for Relief"**

**"(Violation of the California Cartwright Act)"**

237.   MTPD incorporates and realleges its responses to Paragraphs 1-236 above, as if fully set forth herein.

238.   The allegations contained in Paragraph 238 of the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a response is required, MTPD denies the allegations contained in Paragraph 238 of the Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

239.   The allegations contained in Paragraph 239 in the Complaint constitute legal contentions and/or conclusions to which no responsive pleading is required.  To the extent that a responsive pleading is required, MTPD denies the allegations contained in Paragraph 239 of the Complaint as they relate to MTPD, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

240.   The allegations contained in Paragraph 240 in the Complaint constitute legal contentions and/or conclusions to which no response is required.  To the extent that a responsive

28

1   pleading is required, MTPD denies the allegations contained in Paragraph 240 of the Complaint as

2   they relate to MTPD, and denies the remaining allegations for lack of knowledge or information

3   sufficient to form a belief as to the truth thereof.

4       241.    The allegations contained in Paragraph 241 of the Complaint constitute legal

5   contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

6   response is required, MTPD denies the allegations contained in Paragraph 241 of the Complaint

7   as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

8   sufficient to form a belief as to the truth thereof.

9       242.    MTPD denies the allegations contained in Paragraph 242 of the Complaint,

10  including its subparts, as they relate to MTPD and denies the remaining allegations for lack of

11  knowledge or information sufficient to form a belief as to the truth thereof.

12      243.    MTPD denies the allegations contained in Paragraph 243 of the Complaint,

13  including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of

14  knowledge or information sufficient to form a belief as to the truth thereof.

15      244.    MTPD denies the allegations contained in Paragraph 244 of the Complaint as they

16  relate to MTPD and denies the remaining allegations for lack of knowledge or information

17  sufficient to form a belief as to the truth thereof.

18      245.    The allegations contained in Paragraph 245 of the Complaint constitute legal

19  contentions and/or conclusions to which no responsive pleading is required.  To the extent that a

20  response is required, MTPD denies the allegations contained in Paragraph 245 of the Complaint

21  as they relate to MTPD and denies the remaining allegations for lack of knowledge or information

22  sufficient to form a belief as to the truth thereof.

23                      **"Third Claim for Relief"**

24          **"(Violation of State Antitrust and Unfair Competition Laws)"**

25      246.    MTPD incorporates and realleges its responses to Paragraphs 1-245 above, as if

26  fully set forth herein.

27      247.    The allegations contained in Paragraph 247 of the Complaint constitute legal

28  contentions and/or conclusions to which no response is required.  To the extent that a response is

29

1  required, MTPD denies the allegations contained in Paragraph 247 of the Complaint as they relate

2  to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to

3  form a belief as to the truth thereof.

4          248.    MTPD denies the allegations contained in Paragraph 248 of the Complaint as they

5  relate to MTPD and denies the remaining allegations for lack of knowledge or information

6  sufficient to form a belief as to the truth thereof.

7          249.    MTPD denies the allegations contained in Paragraph 249 of the Complaint,

8  including its subparts, as they relate to MTPD and denies the remaining allegations for lack of

9  knowledge or information sufficient to form a belief as to the truth thereof.

10          250.    MTPD denies the allegations contained in Paragraph 250 of the Complaint,

11  including its subparts, as they relate to MTPD, and denies the remaining allegations for lack of

12  knowledge or information sufficient to form a belief as to the truth thereof.

13          251.    MTPD denies the allegations contained in Paragraph 251 of the Complaint as they

14  relate to MTPD and denies the remaining allegations for lack of knowledge or information

15  sufficient to form a belief as to the truth thereof.

16          252.    The allegations contained in Paragraph 252 of the Complaint, including its

17  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

18  extent that a response is required, MTPD denies the allegations contained in Paragraph 252 of the

19  Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

20  lack of knowledge or information sufficient to form a belief as to the truth thereof.

21          253.    The allegations contained in Paragraph 253 of the Complaint, including its

22  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

23  extent that a response is required, MTPD denies the allegations contained in Paragraph 253 of the

24  Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

25  lack of knowledge or information sufficient to form a belief as to the truth thereof.

26          254.    The allegations contained in Paragraph 254 of the Complaint, including its

27  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

28  extent that a response is required, MTPD denies the allegations contained in Paragraph 254 of the

1   Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

2   lack of knowledge or information sufficient to form a belief as to the truth thereof.

3       255.    The allegations contained in Paragraph 255 of the Complaint, including its

4   subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

5   extent that a response is required, MTPD denies the allegations contained in Paragraph 255 of the

6   Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations

7   for lack of knowledge or information sufficient to form a belief as to the truth thereof.

8       256.    The allegations contained in Paragraph 256 of the Complaint, including its

9   subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

10  extent that a response is required, MTPD denies the allegations contained in Paragraph 256 of the

11  Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations

12  for lack of knowledge or information sufficient to form a belief as to the truth thereof.

13      257.    The allegations contained in Paragraph 257 of the Complaint, including its

14  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

15  extent that a response is required, MTPD denies the allegations contained in Paragraph 257 of the

16  Complaint, including its subparts, as they relate to MTPD, and denies the remaining allegations

17  for lack of knowledge or information sufficient to form a belief as to the truth thereof.

18      258.    The allegations contained in Paragraph 258 of the Complaint, including its

19  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

20  extent that a response is required, MTPD denies the allegations contained in Paragraph 258 of the

21  Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

22  lack of knowledge or information sufficient to form a belief as to the truth thereof.

23      259.    The allegations contained in Paragraph 259 of the Complaint, including its

24  subparts, constitute legal contentions and/or conclusions to which no response is required.  To the

25  extent that a response is required, MTPD denies the allegations contained in Paragraph 259 of the

26  Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

27  lack of knowledge or information sufficient to form a belief as to the truth thereof.

28      260.    The allegations contained in Paragraph 260 of the Complaint, including its

31

subparts, constitute legal contentions and/or conclusions to which no response is required. To the extent that a response is required, MTPD denies the allegations contained in Paragraph 260 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

261. The allegations contained in Paragraph 261 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required. To the extent that a response is required, MTPD denies the allegations contained in Paragraph 261 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

262. The allegations contained in Paragraph 262 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required. To the extent that a response is required, MTPD denies the allegations contained in Paragraph 262 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

263. The allegations contained in Paragraph 263 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required. To the extent that a response is required, MTPD denies the allegations contained in Paragraph 263 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

264. The allegations contained in Paragraph 264 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required. To the extent that a response is required, MTPD denies the allegations contained in Paragraph 264 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to the truth thereof.

265. The allegations contained in Paragraph 265 of the Complaint, including its subparts, constitute legal contentions and/or conclusions to which no response is required. To the extent that a response is required, MTPD denies the allegations contained in Paragraph 265 of the Complaint, including its subparts, as they relate to MTPD and denies the remaining allegations for

32

lack of knowledge or information sufficient to form a belief as to the truth thereof.

## XI.   "<u>PRAYER FOR RELIEF</u>"

MTPD denies that Plaintiffs suffered any injury or incurred any damages by any act or omission of MTPD as alleged in the Complaint, and further denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in each of the paragraphs and their subparts in the Complaint.

## XII.   "<u>JURY TRIAL DEMAND</u>"

The allegations contained under the heading "Jury Trial Demand" contain no factual assertions for which a response is required.  To the extent that a response is required, MTPD denies the allegations contained under the heading "Jury Trial Demand" in their entirety, except admits that Plaintiffs demand a trial by jury.

<b>DEFENSES</b>

FURTHER, MTPD asserts the following defenses and affirmative defenses to the Complaint.  MTPD does not concede that it has the burden of proof as to any of the defenses listed below:

<b><u>FIRST DEFENSE</u></b>

(Failure to State a Claim for Relief)

Neither Plaintiffs' Complaint nor any claim for relief asserted therein states facts sufficient to constitute a claim for relief against MTPD.

<b><u>SECOND DEFENSE</u></b>

(Statute of Limitations)

The relief sought by Plaintiffs is barred, in whole or in part, by the applicable statutes of limitations.

33

### THIRD DEFENSE

(Actual and Proximate Injury)

The relief sought by Plaintiffs is barred, in whole or in part, because the Plaintiffs were not actually and proximately injured in their business or property by reason of any action(s) or omission(s) of MTPD.

### FOURTH DEFENSE

(No Damages)

The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent that Plaintiffs purportedly suffered injury or damage, which MTPD specifically denies, MTPD further contends that any such purported injury or damage was not by reason of any act or omission of MTPD.

### FIFTH DEFENSE

(No Antitrust Injury)

The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have failed to allege "antitrust injury" – *i.e.*, injury that is of the type the antitrust laws were intended to remedy.

### SIXTH DEFENSE

(Speculative Damages)

The relief sought by Plaintiffs is barred, in whole or in part, because the alleged damages sought are too speculative and uncertain, and because of the impossibility of the ascertainment and allocation of such alleged damages.

### SEVENTH DEFENSE

(Mitigation)

The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have failed to take appropriate and necessary steps to mitigate their alleged damages, if any.

### EIGHTH DEFENSE

(Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

34

1       The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have

2   failed to allege fraud or fraudulent concealment with sufficient particularity.

3                                   **NINTH DEFENSE**

4                        (Failure to Plead Conspiracy with Particularity)

5       The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have

6   failed to allege conspiracy with sufficient particularity.

7                                   **TENTH DEFENSE**

8                        (Lack of Standing to Sue for Injuries Alleged)

9       The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs lack

10  standing to sue for the injuries alleged in the complaint.  To the extent that Plaintiffs purchased

11  products containing CRTs, as opposed to CRTs themselves, their alleged injuries are even more

12  speculative, derivative, indirect, and remote.  Plaintiffs' damage claims create an impermissible

13  risk of duplicative recoveries and complex damage apportionment.

14                                  **ELEVENTH DEFENSE**

15                                     (Due Process)

16      To the extent Plaintiffs' claims would result in MTPD paying damages to more

17  than one claimant for the same alleged overcharges to customers, they are barred because such

18  multiple liability would violate rights guaranteed to MTPD by the United States Constitution,

19  including, without limitation, rights guaranteed by the Due Process Clause of the Fourteenth

20  Amendment, and by applicable state law.

21                                  **TWELFTH DEFENSE**

22                             (Other/Superseding Causation)

23      The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs'

24  damages, if any, resulted from the acts or omissions of third parties over whom MTPD had no

25  control or responsibility.  The acts of such third parties constitute intervening or superseding cases

26  of harm, if any, suffered by Plaintiffs.

27                                  **THIRTEENTH DEFENSE**

28                                  (Waiver and Estoppel)

35

1    The relief sought by Plaintiffs is barred, in whole or in part, by the doctrines of

2  waiver and/or estoppel.

3  ### FOURTEENTH DEFENSE

4  (Laches)

5    The relief sought by Plaintiffs is barred, in whole or in part, by the equitable

6  doctrine of laches.

7  ### FIFTEENTH DEFENSE

8  (Unclean Hands)

9    The relief sought by Plaintiffs is barred, in whole or in part, by the equitable

10  doctrine of unclean hands.

11  ### SIXTEENTH DEFENSE

12  (Unjust Enrichment)

13    The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs

14  would be unjustly enriched if they were allowed to recover any part of the damages alleged in the

15  Complaint.

16  ### SEVENTEENTH DEFENSE

17  (Adequate Remedy at Law)

18    The equitable relief sought by Plaintiffs is barred, in whole or in part, because

19  Plaintiffs have available an adequate remedy at law.

20  ### EIGHTEENTH DEFENSE

21  (Comparative Fault)

22    The relief sought by Plaintiffs is barred, in whole or in part, because any and all

23  injuries alleged in the Complaint, the fact and extent of which MTPD specifically denies, were

24  directly and proximately caused or contributed to by the statements, acts, and/or omissions of

25  Plaintiffs and/or third parties or entities, other than MTPD.

26  ### NINETEENTH DEFENSE

27  (Acquiescence)

28

36

1    The relief sought by Plaintiffs is barred, in whole or in part, by Plaintiffs'
2    acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to MTPD.

3    **TWENTIETH DEFENSE**

4    (No Detrimental Reliance)

5    The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs did
6    not detrimentally rely upon any alleged deceptive trade conduct as alleged in the Complaint.

7    **TWENTY-FIRST DEFENSE**

8    (Set Off)

9    Without admitting that Plaintiffs are entitled to recover damages in this matter,
10   MTPD is entitled to set off from any recovery Plaintiffs may obtain against MTPD, any amount
11   paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs' claims in this
12   matter.

13   **TWENTY-SECOND DEFENSE**

14   (Failure to State a Claim for Injunctive Relief)

15   The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have
16   failed to state a claim for injunctive relief insofar as Plaintiffs seek to enjoin alleged events that
17   have already transpired without the requisite showing of threatened harm or continuing harm.

18   **TWENTY-THIRD DEFENSE**

19   (Lack of Jurisdiction)

20   The relief sought by Plaintiffs is barred, in whole or in part, because any alleged
21   conduct of MTPD occurred outside of the jurisdiction of the Court.

22   **TWENTY-FOURTH DEFENSE**

23   (Foreign Trade Antitrust Improvements Act)

24   The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have
25   failed to make a single specific allegation to support the claim that the alleged conduct had "a
26   direct, substantial, and reasonably foreseeable effect" on U.S. commerce giving rise to a Sherman
27   Act claim, as required under the Foreign Trade Antitrust Improvements Act of 1982, 15 U.S.C. §
28   6a.

1

### TWENTY-FIFTH DEFENSE

2

(Foreign Conduct)

3      Plaintiffs' claims are barred to the extent that they are based on conduct beyond the

4  territorial reach of the laws or courts of the United States.

5

### TWENTY-SIXTH DEFENSE

6

(Damages Not Passed Through To Plaintiffs)

7      The relief sought by Plaintiffs is barred, in whole or in part, because any injury or

8  damage alleged in the Complaint was not incurred by or passed on to Plaintiffs, or was incurred

9  by or passed on to persons or entities other than Plaintiffs.

10

### TWENTY-SEVENTH DEFENSE

11

(Damages Passed On)

12      The relief sought by Plaintiffs is barred, in whole or in part, because any injury or

13  damage alleged in the Complaint, which MTPD specifically denies, was passed on to persons or

14  entities other than the Plaintiffs and/or was passed on by Plaintiffs to other parties.

15

### TWENTY-EIGHTH DEFENSE

16

(No Unreasonable Restraint Of Trade)

17      The relief sought by Plaintiffs is barred, in whole or in part, because the alleged

18  conduct of MTPD did not unreasonably restrain trade.

19

### TWENTY-NINTH DEFENSE

20

(Acts Outside The Jurisdiction)

21      The relief sought by Plaintiffs is barred, in whole or in part, to the extent MTPD's

22  alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor

23  affected persons, entities, or commerce in the various States cited.

24

### THIRTIETH DEFENSE

25

(Restitution Unmanageable And Inequitable)

26      The relief sought by Plaintiffs is barred, in whole or in part, to the extent the

27  restitution sought in the Complaint is unmanageable and inequitable.

28

DEFENDANT MT PICTURE DISPLAY'S                                        Case No. 07-5944 SC
ANSWER TO SEARS PLAINTIFFS' SECOND AMENDED COMPLAINT                  MDL NO. 1917

1

### THIRTY-FIRST DEFENSE

2

(Lack of Standing as Indirect Purchasers)

3

       The relief sought by Plaintiffs is barred, in whole or in part, to the extent the

4

various States cited have not repealed the *Illinois Brick* doctrine.

5

### THIRTY-SECOND DEFENSE

6

(Unjust Enrichment Claims Barred)

7

       The relief sought by Plaintiffs is barred, in whole or in part, to the extent Plaintiffs

8

have failed to exhaust all remedies against MTPD.

9

### THIRTY-THIRD DEFENSE

10

(Private Claim Cannot Be Brought In A Representative Capacity)

11

       The relief sought by Plaintiffs is barred, in whole or in part, to the extent Plaintiffs

12

bring any claims in a representative capacity, to the extent a private claim may not be brought in a

13

representative capacity under the laws of the various States cited.

14

### THIRTY-FOURTH DEFENSE

15

(Goods Not Purchased Primarily For Personal, Family, or Household Purposes)

16

       The relief sought by Plaintiffs is barred, in whole or in part, to the extent that any Plaintiff

17

did not purchase goods primarily for personal, family, or household purposes.

18

### THIRTY-FIFTH DEFENSE

19

(Independent, Legitimate Business and Economic Justification)

20

       The relief sought by Plaintiffs is barred, in whole or in part, because any conduct

21

engaged in by MTPD was reasonable and based on independent, legitimate business and

22

economic justification.

23

### THIRTY-SIXTH DEFENSE

24

(Attorneys' Fees)

25

       Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is

26

not allowed under applicable federal or state law.

27

### THIRTY-SEVENTH DEFENSE

28

(Lack of Sufficient Contacts to States)

39

1    The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs'

2  claims lack sufficient contacts to the states under whose laws they are brought, in violation of

3  rights guaranteed to MTPD by the United States Constitution, including, without limitation, rights

4  guaranteed by the Due Process Clause of the Fourteenth Amendment, and by other applicable

5  state and federal law.

6  ## INCORPORATION BY REFERENCE AND RESERVATION OF DEFENSES

7    MTPD hereby incorporates by reference, as if set forth fully herein, all other

8  defenses and affirmative defenses to the Complaint alleged by any other defendant.   MTPD

9  presently has insufficient knowledge or information on which to form a belief as to whether it

10  may have available additional, as yet unstated, defenses.  MTPD reserves the right to assert other

11  defenses and affirmative defenses as this action proceeds, the right to file an amended answer

12  asserting additional defenses or affirmative defenses, and/or file a cross-complaint, in the event

13  that discovery indicates that such pleadings are appropriate.

14    WHEREFORE, MTPD prays for judgment as follows:

15    1.   That Plaintiffs take nothing under the Complaint, and the Complaint be

16       dismissed with prejudice;

17    2.   That judgment be entered in favor of MTPD and against Plaintiffs on each

18       and every cause of action set forth in the Complaint;

19    3.   That MTPD recover its costs of suit and attorneys' fees incurred herein;

20  and

21    4.   That MTPD be granted such other and further relief as the Court deems just

22       and proper.

23

24  Dated: November 4, 2013          By:   _/s/ David L. Yohai_____

25                     DAVID L. YOHAI (*pro hac vice*)
                      E-mail: david.yohai@weil.com

26                     ADAM C. HEMLOCK (*pro hac vice*)
                      E-mail: adam.hemlock@weil.com

27                     DAVID E. YOLKUT (*pro hac vice*)
                      E-mail: david.yolkut@weil.com

28

40

1

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
2
New York, New York 10153-0119
Telephone: (212) 310-8000
3
Facsimile: (212) 310-8007

4

GREGORY D. HULL (57367)
5
E-mail: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
6
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
7
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
8

9

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
10
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
11
ALDO A. BADINI (257086)
Email: abadini@winston.com
12
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
13
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
14
**WINSTON & STRAWN LLP**
15
200 Park Avenue
New York, New York 10166-4193
16
Telephone: (212) 294-4692
Facsimile: (212) 294-4700
17

18
***Attorneys for Defendant Matsushita***
***Toshiba Picture Display Co., Ltd.***
19

20

21

22

23

24

25

26

27

28

41

1   DAVID L. YOHAI (*pro hac vice*)
     ADAM C. HEMLOCK (*pro hac vice*)
2   DAVID E. YOLKUT (*pro hac vice*)
     **WEIL, GOTSHAL & MANGES LLP**
3   767 Fifth Avenue
     New York, New York 10153-0119
4   Telephone: (212) 310-8000
     Facsimile: (212) 310-8007
5   E-mail: david.yohai@weil.com

6   GREGORY D. HULL (57367)
     **WEIL, GOTSHAL & MANGES LLP**
7   201 Redwood Shores Parkway
     Redwood Shores, California 94065-1175
8   Telephone: (650) 802-3000
     Facsimile: (650) 802-3100
9   E-mail: greg.hull@weil.com

10  JEFFREY L. KESSLER (*pro hac vice*)
     A. PAUL VICTOR (*pro hac vice*)
11  ALDO A. BADINI (257086)
     EVA W. COLE (*pro hac vice*)
12  MOLLY M. DONOVAN (*pro hac vice*)
     **WINSTON & STRAWN LLP**
13  200 Park Avenue
     New York, New York 10166-4193
14  Telephone: (212) 294-6700
     Facsimile: (212) 294-4700
15  E-mail: jkessler@winston.com

16

17  *Attorneys for Defendants Panasonic Corporation,*
     *Panasonic Corporation of North America, and*
     *Matsushita Toshiba Picture Display Co., Ltd.*

18

19           **UNITED STATES DISTRICT COURT**

20          **NORTHERN DISTRICT OF CALIFORNIA**

21            **SAN FRANCISCO DIVISION**

22

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.: 07-5944 SC MDL NO. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| SEARS ACTION 11-cv-05514-SC | |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153. I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on November 4, 2013, I served a copy of:

**DEFENDANT PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ANSWER TO SEARS ROEBUCK AND KMART PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; DEFENDANT MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD.'S ANSWER TO SEARS ROEBUCK AND KMART PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; AND DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S ANSWER TO SEARS ROEBUCK AND KMART PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

☒    **BY ELECTRONIC FILING** by serving a true copy on this date of each document listed above via the Court's ECF Document Filing System on all interested parties registered for electronic filing in this action.

Executed on November 4, 2013 at New York, New York. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Lara E. Veblen

Certificate of Service
Individual Case No. 11-cv-05514

Case No. 07-5944 SC
MDL NO. 1917