1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| --- | --- |
| | MDL No. 1917 |
| This Document Relates to: *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 | **[PROPOSED] ORDER GRANTING SAMSUNG SDI DEFENDANTS' MOTION TO DISMISS CLAIMS ALLEGED IN COSTCO'S FIRST AMENDED COMPLAINT** |

The motion of defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd. (collectively, "SDI") to dismiss claims alleged in plaintiff Costco Wholesale Corp. ("Plaintiff")'s First Amended Complaint, came on regularly for hearing before this Court.

The Court having considered all papers filed in support of and in opposition to said motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that SDI's Motion to Dismiss is GRANTED as set forth below.

1. Plaintiff's claims against SDI under the Arizona Antitrust Act, Ariz. Rev. Stat. §§ 44-1401, *et seq*.; the California Cartwright Act, Cal. Bus. & Prof. Code §§ 16700, *et seq*.; the Florida Deceptive and Unfair Trade Practices Act, Florida Stat. §§ 501.201, *et seq*.; and the Illinois Antitrust Act, 740 Illinois Code 10/1 *et seq*., are dismissed, without leave to amend, because they are barred by the applicable statutes of limitations.

2. Plaintiff's claims against SDI under the Arizona Antitrust Act, Ariz. Rev. Stat. §§ 44-1401, *et seq*.; the California Cartwright Act, Cal. Bus. & Prof. Code §§ 16700, *et seq*.; the Florida Deceptive and Unfair Trade Practices Act, Florida Stat. §§ 501.201, *et seq*.; and the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq*., are dismissed, without leave to amend, because the choice-of-law analysis favors Washington law.

**IT IS SO ORDERED.**

Dated: _____       _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE