SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **SAMSUNG SDI DEFENDANTS' REQUEST FOR JUDICIAL NOTICE OF PUBLIC DOCUMENTS IN SUPPORT OF MOTION TO DISMISS CLAIMS ALLEGED IN COSTCO'S FIRST AMENDED COMPLAINT** |
| *Costco Wholesale Corp. v. Hitachi, Ltd., et al.,* No. 11-cv-06397 | |
| | Date:    December 20, 2013 Time:    10 a.m. Ctrm:    1 Judge:   Hon. Samuel P. Conti |

PLEASE TAKE NOTICE that defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd. (collectively, "SDI") hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the following documents, true and correct copies of which are attached hereto:

- Exhibit A: Complaint, *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 2:11-cv-01909-RSM (W.D. Wash. Dkt. No. 1);

- Exhibit B: Form 10-K for Price/Costco Inc., dated November 30, 1995;

- Exhibit C: Form 10-K for Costco Companies Inc., dated November 25, 1998;

- Exhibit D: Form 10-K for Costco Wholesale Corp., dated November 22, 2002;

- Exhibit E: Form 10-K for Costco Wholesale Corp., dated November 16, 2006;

- Exhibit F: Complaint, *Costco Wholesale Corp. v. AU Optronics Corp.*, No. 3:11-cv-00058-SI (N.D. Cal. Dkt. No. 1);

- Exhibit G: Amended Complaint, *Costco Wholesale Corp. v. AU Optronics Corp.*, No. 3:11-cv-00058-SI (N.D. Cal. Dkt. No. 49).

The Court may take judicial notice of these documents pursuant to Federal Rule of Evidence 201.  *See Lyon v. Gila River Indian Cmty.*, 626 F.3d 1059 (9th Cir. 2010) (courts may take judicial notice of a fact whose existence is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (court may take judicial notice of "matters of public record" in conjunction with motion to dismiss); *Howard v. Gap, Inc.*, 2007 WL 164322, at *5 (N.D. Cal. 2007) (court may take judicial notice of annual reports).

This request is based upon this submission, the pleadings and papers on file in this action, and such oral argument as this Court may entertain.

SAMSUNG SDI'S REQUEST FOR JUDICIAL NOTICE I/S/O MOTION TO DISMISS
CLAIMS ALLEGED IN COSTCO'S FIRST AMENDED COMPLAINT

1

Respectfully Submitted,

2

Dated:  November 4, 2013

3

By:  _____ /s/ Tyler M. Cunningham _____
GARY L. HALLING (66087)

4

Email: ghalling@sheppardmullin.com
JAMES L. McGINNIS (95788)

5

Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (203524)

6

Email: mscarborough@sheppardmullin.com
TYLER M. CUNNINGHAM (243694)

7

Email: tcunningham@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER &**

8

**HAMPTON LLP**
Four Embarcadero Center, 17th Floor

9

San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

10

11

12

13

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-