SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:    ghalling@sheppardmullin.com
           jmcginnis@sheppardmullin.com
           mscarborough@sheppardmullin.com
           tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF SAMSUNG SDI DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:    December 20, 2013<br>Time:    10 a.m.<br>Ctrm:    1<br>Judge:    Hon. Samuel P. Conti |
| This Document Relates to:<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 | |

I, Tyler M. Cunningham, declare as follows:

1. I am an associate with Sheppard, Mullin, Richter & Hampton, counsel for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd. (collectively, "SDI") in these actions. I am a member of the bar of the State of California. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Attached to the Request for Judicial Notice as Exhibit A is a true and correct copy of the Complaint filed in *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 2:11-cv-01909-RSM (W.D. Wash. Dkt. No. 1).

3. Attached to the Request for Judicial Notice as Exhibit B is a true and correct copy of Form 10-K for Price/Costco Inc., dated November 30, 1995.

4. Attached to the Request for Judicial Notice as Exhibit C is a true and correct copy of Form 10-K for Costco Companies Inc., dated November 25, 1998.

5. Attached to the Request for Judicial Notice as Exhibit D is a true and correct copy of Form 10-K for Costco Wholesale Corp., dated November 22, 2002.

6. Attached to the Request for Judicial Notice as Exhibit E is a true and correct copy of Form 10-K for Costco Wholesale Corp., dated November 16, 2006.

7. Attached to the Request for Judicial Notice as Exhibit F is a true and correct copy of the Complaint filed in *Costco Wholesale Corp. v. AU Optronics Corp.*, No. 3:11-cv-00058-SI (N.D. Cal. Dkt. No. 1).

8. Attached to the Request for Judicial Notice as Exhibit G is a true and correct copy of the Amended Complaint filed in *Costco Wholesale Corp. v. AU Optronics Corp.*, No. 3:11-cv-00058-SI (N.D. Cal. Dkt. No. 49).

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

///

-2-

1  Executed on November 4, 2013 at San Francisco, California.

2                                                */s/ Tyler M. Cunningham*

3                                                TYLER M. CUNNINGHAM

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28