1  Michael P. Kenny, Esq.
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq.
   debra.bernstein@alston.com
3  Rodney J. Ganske, Esq.
4  rod.ganske@alston.com
   **ALSTON & BIRD LLP**
5  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
6  Tel: (404) 881-7000
7  Facsimile: (404) 881-7777

8  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
10 San Francisco, California 94105-1576
   Tel: (415) 371-8500
11 Facsimile: (415) 371-0500

12 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

13 [Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br>　　　　　Plaintiffs,<br>　　v.<br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, *et al.*,<br>　　　　　Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**[PROPOSED] ORDER REGARDING DELL'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

# [PROPOSED] ORDER

Upon consideration of the Dell Plaintiffs' Administrative Motion to File Documents Under Seal, it is hereby

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file under seal portions of Dell's Reply in Support of Motion for Discovery Order and to Strike Errata and the entirety of Exhibits 1 and 2 to the Reply Declaration of James M. Wagstaffe in Support of Dell's Motion for Discovery Order and to Strike Errata.

Dated: _____, 2013

**The Honorable Samuel Conti**
**Northern District of California**

2

[PROPOSED] ORDER RE ADMIN. MOTION          MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL               MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC