Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>HITACHI, LTD., *et al.*,<br><br>　　Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**REPLY DECLARATION OF JAMES M. WAGSTAFFE IN SUPPORT OF PLAINTIFFS DELL INC. AND DELL PRODUCTS L.P.'S MOTION FOR DISCOVERY ORDER AND TO STRIKE ERRATA** |

I, **JAMES M WAGSTAFFE**, declare as follows:

1. I am a partner with the law firm of Kerr & Wagstaffe LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Reply Declaration in support of Dell's Motion for Discovery Order and to Strike Errata. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Yasuki Yamamoto, dated July 1-3, 2013.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Jae In Lee, dated July 24-27, 2013.

4. I coordinated a review of the deposition transcript of Yasuki Yamamoto. Toshiba's counsel lodged 1,061 objections after the telephonic hearing with Judge Legge.

5. I coordinated a review of the deposition transcript of Jae In Lee. Toshiba's counsel lodged 1,263 objections while participating over the phone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2013, in San Francisco, California.

DATED: November 5, 2013

By: */s/ James M. Wagstaffe*
James M. Wagstaffe, Esq.
wagstaffe@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
wagstaffe@kerrwagstaffe.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*