# EXHIBIT 1

LODGED UNDER SEAL

# EXHIBIT 2
LODGED UNDER SEAL