Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Fax:  (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al*.,<br><br>    Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF PLAINTIFFS DELL INC. AND DELL PRODUCTS L.P.'S BRIEF IN OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION TO DISMISS** |

I, **DEBRA D. BERNSTEIN**, declare as follows:

1. I am a partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of Dell's Brief in Opposition to the Toshiba Defendants' Motion to Dismiss. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. Pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding, I have been admitted *pro hac vice* in this litigation.

3. On November 6, 2009, the Indirect Purchaser Plaintiffs (IPPs) served a Rule 45 Subpoena on Dell, requesting, among other things, data reflecting Dell's purchases of CRT Products.

4. Dell produced data in response to that request in October 2010. This data described Dell's purchases of CRT Products, including the entities from which Dell purchased CRT Products.

5. On October 3, 2012, Defendant Samsung SDI served two Rule 45 Subpoenas on Dell. Dell has been providing information in response to those Subpoenas since November 2012.

6. Before Dell became a party to the MDL, Defendants and other third parties produced data describing their sales (and purchases) of CRTs and/or CRT Products. Some of this data identifies sales to Dell.

7. Because this discovery was produced in the MDL, then-parties (like Toshiba) had access to this data. As a non-party, however, Dell did not have access to this data.

8. Dell and other Direct Action Plaintiffs have served discovery on all Defendants regarding their ownership or control relationship with CRT Product manufacturers, including CRT Product manufacturers that sold monitors to Dell. The evidence obtained thus far demonstrates close corporate relationships between Dell's suppliers of CRT Products and certain Defendants.

9. In early September 2013, Albie Lau, counsel for Toshiba, drafted a stipulation regarding a briefing schedule for potential forthcoming motions to dismiss Dell's First Amended Complaint ("FAC").

10. Attached hereto as **Exhibit A** is a true and correct copy of an email from Mr. Lau to

counsel for Dell, Sharp, and Tech Data, dated September 16, 2013.

11. In his September 16, 2013, email, Mr. Lau wrote that certain Defendants desired to move to dismiss the complaints "on the basis of Illinois Brick." Mr. Lau also wrote that "[r]ather than briefing this issue, [defendants] propose resolving this issue in the attached stipulation."

12. Based on this representation and others made during the negotiation of the stipulation that was entered by the Court on October 1, 2013, Dell understood that Defendants were not planning to file motions to dismiss on *Illinois Brick*. Accordingly, Dell agreed to enter the October 1, 2013, stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2013, in Atlanta, Georgia.

DATED: November 6, 2013

By: */s/ Debra D. Bernstein*
Debra D. Bernstein, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
debra.bernstein@alston.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*