# EXHIBIT A

| | |
|---|---|
| **From:** | Lau, Albie <alau@whitecase.com> |
| **Sent:** | Monday, September 16, 2013 4:06 PM |
| **To:** | Blaise Warren; .CRT.Nardacci, Anne; Bernstein, Debra; Kent, Matthew; llustrin@bilzin.com |
| **Subject:** | CRT:  draft stipulation re: Sharp, Dell, and Tech Data |
| **Attachments:** | 09-16-2013 draft stipulation re Sharp Dell and Tech Data.DOC |

Blaise, et al.:

A draft stipulation is attached.

Certain of the defendants are planning on moving to dismiss the Sharp, Dell, and Tech Data complaints on the basis of Illinois Brick.  Recall that Judge Conti previously granted similar motions with respect to the "cost-plus" and "co-conspirator" exceptions to Illinois Brick, while denying such motions with respect to the "ownership and control" exception.

Rather than briefing this issue, we propose resolving this issue in the attached stipulation.  We could add language to the stipulation that closely follows Judge Conti's ruling on the issue.  Everyone would preserve their appeal rights.  Please let me know what you think.

Thanks,

Albie

**Lucius B. (Albie) Lau** | Counsel
**T** +1 202 626 3696   **F** +1 202 639 9355    **E** alau@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW  |  Washington, DC 20005-3807
**WHITE & CASE**

==============================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

==============================================================================