# ATTACHMENT 2

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF FUMIHIRO YAMAZOE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TOSHIBA DEFENDANTS' MOTION TO DISMISS** |
| *Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.*, Case No. 13-cv-1173 SC. | |
| | Date: December 20, 2013 |
| | Time: 10:00 a.m. |
| | Judge: Hon. Samuel Conti |

I, Fumihiro Yamazoe, hereby declare as follows:

1.     My name is Fumihiro Yamazoe and I am the head of the procurement department for Sharp Corporation ("Sharp"), a Japanese corporation. I have worked in the procurement department since 1980. I have personal knowledge of the facts stated herein.

2.     The Basic Transaction Agreement was signed in 1977, and renewed yearly through 2007.

3.     Sharp intended for the BTA to apply only between itself and Toshiba Corporation. It was intended to apply only between Sharp and Toshiba Corporation and only in Japan. Sharp did not intend for the BTA to apply to its global subsidiaries.

4.     The BTA is between Party A, Sharp Corporation, and Party B, Tokyo Shibaura Electric Corporation (now Toshiba). Neither party's subsidiaries are signatories, nor are they mentioned.

5.     The BTA is a standard form agreement Sharp uses for transactions in Japan. The BTA is the basic agreement for Japanese, domestically produced materials and research materials transactions.     Sharp Corporation's contracting policies state that for a domestic transaction (i.e., one in Japan), the BTA format is used. In contrast, other forms are specified for international agreements.

6.     Another policy at Sharp is to draft agreements between Japanese corporations in Japanese. In contrast, when drafting agreements that apply to entities in non-Japanese speaking countries, the agreements are written in English.

7.     Among other things, Sharp Corporation did not intend to restrict its global subsidiaries from bringing lawsuits in their respective jurisdictions for injuries suffered in those jurisdictions by signing the 1977 BTA. Specifically as it applies here, Sharp did not intend to restrict Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America from bringing lawsuits in the United States.

- 2 -

1  I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3  Executed this 5th day of November, 2013 in Osaka, Japan.

4

5  /s/ 山添文裕

6  Fumihiro Yamazoe

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -