# ATTACHMENT 4

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S OPPOSITION TO TOSHIBA DEFENDANTS' MOTION TO DISMISS** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |

1    I, Craig A. Benson, hereby declare as follows:

2        1.        I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP,

3    counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of

4    America, Inc. (collectively, "Sharp").  I am a member of the bar of the State of Maryland and I am

5    admitted to practice before this court *pro hac vice*.

6        2.        I submit this declaration in support of Sharp's Opposition to Toshiba Defendants'

7    Motion to Dismiss Sharp's Complaint.  I have personal knowledge of the matters set forth herein and, if

8    called as a witness, I could and would testify competently to them.

9        3.        Attached as Exhibit A to this declaration is a true and correct copy of an excerpt of

10   Sharp's Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc. and Samsung

11   SDI America, Inc.'s First Set of Interrogatories, dated July 22, 2013.

12

13       I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct.

15

16       Executed this 6th day of November, 2013, in Washington, D.C.

17

18

19                                                          Craig A. Benson

20

21

22

23

24

25

26

27

-2-

# E<u>XHIBIT</u> A

(L<small>ODGED</small> U<small>NDER</small> S<small>EAL</small> P<small>URSUANT TO</small> C<small>IVIL</small> L<small>OCAL</small>
R<small>ULE</small> 79-5 <small>AND</small> S<small>TIPULATED</small> P<small>ROTECTIVE</small> O<small>RDER</small> )