Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: *Sharp Electronics Corp.*, et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | **SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(b), Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"), by and through their counsel, respectfully submit this Administrative Motion for a Sealing Order permitting Sharp to file the following documents under seal:

1. Exhibit A to the Declaration of Vince Sampietro in Support of Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint (a true and correct copy of the Purchase Order between Sharp Electronics Manufacturing Company of America, Inc. and Toshiba America Electronic Components, Inc.); and,

2. Exhibit A to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint (a true and correct copy of an excerpt of Sharp's Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc. and Samsung SDI America, Inc.'s First Set of Interrogatories, dated July 22, 2013, which has been previously designated by Sharp as "Confidential" pursuant to the Protective Order entered in this action) ("Sharp's Responses and Objections").

This motion is supported by the Declaration of Craig A. Benson in Support of Sharp's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), dated November 6, 2013 ("Benson Declaration"). *See* Civ. L. R. 79(d)(1)(A).

Civil Local Rule 79-5(b) states that a document may only be filed under seal "pursuant to a court order that authorizes the sealing of the particular document . . . " and requires the party seeking to file a document under seal to show that the document contains information that "is privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil Local Rule 79-5 sets forth procedures applicable to the filing of sealed documents in civil cases.

Sharp seeks to file the above material under seal in good faith, because there is a "compelling reason" for doing so for these documents. *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). A party meets the "compelling reasons" standard by presenting "articulable facts" identifying the interests favoring filing a document under seal. *Id.* at 1181. As set forth in the Benson Declaration, Sharp meets this standard because the Purchase Order contains

1  confidential, non-public information about Sharp's business practices and relationship with the Toshiba
2  Defendants that remain important to Sharp's competitive position.  Likewise, Sharp meets this standard
3  as to Sharp's Responses and Objections, because this document has been previously designated by
4  Sharp as "Confidential" pursuant to the Protective Order under the standards developed under Fed. R.
5  Civ. P. 26(c).  As set forth in the Benson Declaration, Sharp's Responses and Objections contain
6  confidential, proprietary and highly sensitive business information, the disclosure of which presents a
7  risk of undermining Sharp's commercial relationships.

8  For these reasons, the standard for filing under seal is met in the present case and Sharp
9  respectfully submits this motion pursuant to Civil Local Rule 7-11 and 79-5(b).

Dated:  November 6, 2013          Respectfully submitted,

                                  By:    */s/ Craig A. Benson*

                                         Kenneth A. Gallo (*Pro Hac Vice*)
                                         Joseph J. Simons (*Pro Hac Vice*)
                                         Craig A. Benson (*Pro Hac Vice*)
                                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                         2001 K Street, NW
                                         Washington, DC  20006-1047
                                         Telephone:  (202) 223-7300
                                         Facsimile:  (202) 223-7420
                                         Email:  kgallo@paulweiss.com
                                         Email:  jsimons@paulweiss.com
                                         Email:  cbenson@paulweiss.com

                                         Stephen E. Taylor (SBN 058452)
                                         Jonathan A. Patchen (SBN 237346)
                                         TAYLOR & COMPANY LAW OFFICES, LLP
                                         One Ferry Building, Suite 355
                                         San Francisco, California 94111
                                         Telephone:  (415) 788-8200
                                         Facsimile:  (415) 788-8208
                                         Email: staylor@tcolaw.com
                                         Email: jpatchen@tcolaw.com

                                         *Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*