Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7356
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation*,
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |

I, Craig A. Benson, hereby declare as follows:

1.      I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp").  I am a member of the bar of the State of Maryland and I am admitted to practice before this court *pro hac vice*.

2.      I submit this declaration in support of Sharp's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), by which Sharp seeks to file under seal:  (1) Exhibit A to the Declaration of Vince Sampietro in Support of Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint; and, (2) Exhibit A to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3.      Exhibit A to the Declaration of Vince Sampietro is a true and correct copy of the Purchase Order between Sharp Electronics Manufacturing Company of America, Inc. and Toshiba America Electronic Components, Inc.  This document contains confidential, non-public information about Sharp's business practices and relationship with the Toshiba Defendants that remain important to Sharp's competitive position.  Because the information contained in the Purchase Order is not publicly available, disclosing the information presents a risk of undermining Sharp's relationships, would cause harm with respect to Sharp's competitors and customers, and would place Sharp at a competitive disadvantage.

4.      Exhibit A to the Declaration of Craig A. Benson is a true and correct copy of an excerpt of Sharp's Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc. and Samsung SDI America, Inc.'s First Set of Interrogatories, dated July 22, 2013.  This document has been previously designated by Sharp as "Confidential" pursuant to the Protective Order entered in this action, and contains confidential, proprietary and highly sensitive business information, the disclosure of which presents a risk of undermining Sharp's commercial relationships.

1    I declare under penalty of perjury, under the laws of the United States of America, that the

2 foregoing is true and correct.

3    Executed this 6th day of November, 2013, in Washington, D.C.

4

5                                                      /s/ Craig A. Benson

6                                                    Craig A. Benson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-3-

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)
Case Nos. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173