Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | **[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |

Upon consideration of Sharp's Administrative Motion to File a Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), submitted in connection with Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint, it is hereby:

ORDERED that the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal:

| **Document to Be Filed Under Seal** |
|---|
| Exhibit A attached to the Declaration of Vince Sampietro in Support of Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint |
| Exhibit A to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint |

**IT IS SO ORDERED.**

DATED:_____, 2013          _____

                                      HON. SAMUEL CONTI
                                      UNITED STATES DISTRICT JUDGE