Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:     305-374-7580
Facsimile:     305-374-7593
E-mail:        rturken@bilzin.com; swagner@bilzin.com;
               mwidom@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone:     (954) 356-0011
Facsimile:     (954) 356-0022
E-mail:        ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>_____<br>This Document Relates to Individual Case No. 13-CV-00157-SC<br><br>TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>          Plaintiffs,<br>    vs.<br><br>HITACHI, LTD; *et al.*<br><br>          Defendants. | Master File No. 07-5944 SC (N.D. Cal.)<br><br>MDL No. 1917<br><br>**DECLARATION OF SCOTT N. WAGNER IN SUPPORT OF PLAINTIFFS TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS** |

I, **SCOTT N. WAGNER**, declare as follows:

1. I am a partner at the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data"), and am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint titled *Office Depot, Inc. v. Hitachi, Ltd., et al.,* Case No. 3:11-cv-06276-SC (N.D. Cal.).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Complaint titled *Siegel v. Hitachi,* Ltd*., et al.,* Case No. 3:11-cv-05502-SC (N.D. Cal.).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Complaint titled *Target Corp. v. Chunghwa Picture Tubes, Ltd., et. al,*. Case No. 3:11-cv-05514-SC (N.D. Cal.).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Complaint titled *Costco Wholesale Corp. v. Hitachi, Ltd., et al.,* Case No. 3:11-cv-06397-SC (N.D. Cal.).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint titled *Best Buy Co., Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513-SC (N.D. Cal.).

7. Attached hereto as Exhibit 6 is a true and correct copy of the Complaint titled *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et. al.*, 3:07-cv-5944-SC (N.D. Cal.).

8. Attached hereto as Exhibit 7 is a true and correct copy of the Complaint titled *Art's TV & Appliance v. Chunghwa Picture Tubes, Ltd., et. al.,* Case No. 3:07-cv-06416-SC (N.D. Cal.).

9. Attached hereto as Exhibit 8 is a true and correct copy of the Complaint titled *Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et. al.*, Case No. 3:07-cv-06279-SC (N.D. Cal.).

10. Attached hereto as Exhibit 9 is a true and correct copy of the Complaint titled *State of Florida v. LG Electronics, Inc., et al*, Case No. 3:11-cv-06205-SC (N.D. Cal.).

1     11.    Attached hereto as Exhibit 10 is a true and correct copy of the Complaint titled *Gonzalez v. Chunghwa Picture Tubes, Ltd., et. al.*, Case No. 3:08-cv-01108-SC (N.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of November, 2013, at Miami, FL.

*/s/ Scott N. Wagner*
Scott N. Wagner

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS      3      MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC

Dated:  November 6, 2013

Respectfully Submitted,

  /s/Scott N. Wagner
ROBERT W. TURKEN
SCOTT N. WAGNER
MITCHELL E. WIDOM
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593
E-mail:      rturken@bilzin.com
                   swagner@bilzin.com
                   mwidom@bilzin.com

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:         ssinger@bsfllp.com

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
E-mail:         wisaacson@bsfllp.com
                     mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail:         piovieno@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on November 6, 2013.

/s/Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS

5

MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC