Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:      305-374-7580
Facsimile:       305-374-7593
E-mail:           rturken@bilzin.com; swagner@bilzin.com
                      mwidom@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to Individual Case No. 13-CV-00157-SC | **TECH DATA CORPORATION AND TECH DATA PRODUCT MANGEMENT, INC.'S REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS ATTACHED TO DECLARATION OF SCOTT N. WAGNER** |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., | |
| Plaintiffs, vs. | Judge: Hon. Samuel P. Conti
Court: Courtroom 1, 17th Floor
Date:   December 20, 2013, 10 a.m |
| HITACHI, LTD; *et al.* | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs Tech Data Corporation and Tech Data Product
3  Management, Inc. (together, "Tech Data"), who have opposed Defendants' Joint Motion to
4  Dismiss Certain Direct Action Plaintiffs' Claims, hereby request that the Court take judicial
5  notice, pursuant to Federal Rule of Evidence 201, of the documents annexed as Exhibit 10 to the
6  Declaration of Scott N. Wagner filed herewith. This request is noticed in connection with
7  Docket Entry [1992], Defendants' Joint Motion to Dismiss Certain Direct Action Plaintiffs'
8  Claims, filed on October 7, 2013.

9  The Court may take judicial notice of adjudicative facts that are "not subject to
10 reasonable dispute." Fed. R. Evid. 201(b); *see also MGIC Indem. Corp. v. Weisman*, 803 F. 2d
11 500, 504 (9th Cir. 1986) (judicial notice permissible in conjunction with motion to dismiss). A
12 fact is not subject to reasonable dispute, and is thus subject to judicial notice, when the fact is
13 either "(1) generally known within the territorial jurisdiction of the trial court or (2) capable of
14 accurate and ready determination by resort to sources whose accuracy cannot reasonably be
15 questioned." Fed. R. Evid. 201(b).

16 This request is made based on the pleadings and papers on file in this action, and such
17 oral argument as the Court may entertain.

18 Dated: November 6, 2013

19 Respectfully Submitted,

20 /s/Scott N. Wagner
21 ROBERT W. TURKEN
   SCOTT N. WAGNER
22 MITCHELL E. WIDOM
23 BILZIN SUMBERG BAENA PRICE &
   AXELROD LLP
24 1450 Brickell Ave., Suite 2300
   Miami, Florida 33131-3456
25 Telephone: (305) 374-7580
   Facsimile: (305) 374-7593
26 E-mail: rturken@bilzin.com
           swagner@bilzin.com
27         mwidom@bilzin.com

28

TECH DATA'S REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS ATTACHED TO THE WAGNER DECLARATION   1   MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:          ssinger@bsfllp.com

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
E-mail:          wisaacson@bsfllp.com
                 mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail:          piovieno@bsfllp.com

*Counsel for Plaintiffs Tech
Data Corporation and Tech Data Product
Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

TECH DATA'S REQUEST FOR JUDICIAL NOTICE
OF DOCUMENTS ATTACHED TO THE WAGNER
DECLARATION

2

MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on November 6, 2013.

/s/ Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

TECH DATA'S REQUEST FOR JUDICIAL NOTICE
OF DOCUMENTS ATTACHED TO THE WAGNER
DECLARATION

3

MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC