LIDIA MAHER (CSBN 222253)
TAI SNOW MILDER (CSBN 267070)
MAY LEE HEYE (CSBN 209366)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. cv-07-5944 (SC) MDL NO. 1917 |
|---|---|
| This Document relates to: ALL ACTIONS | NOTICE OF WITHDRAWAL OF MAY LEE HEYE AS ATTORNEY FOR THE UNITED STATES |

///

///

///

///

///

///

///

///

///

///

///

1.

NOTICE OF WITHDRAWAL OF ATTORNEY
No. CV-07-5944 SC MDL 1917

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that May Lee Heye is no longer associated with this case and hereby withdraws as counsel for the United States in this matter.  The government will continue to be represented by Lidia Maher of the Antitrust Division of the United States Department of Justice.

DATED: November 6, 2013.       Respectfully submitted,

                By   /s/  May Lee Heye
                      May Lee Heye
                      Lidia Maher
                      Tai Snow Milder
                      Attorneys
                      United States Department of Justice
                      Antitrust Division