Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>HITACHI, LTD., et al.,<br><br>　　　　　　Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>PLAINTIFF DELL INC.'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>FED. R. CIV. P. 7.1; CIV. L.R. 3-16 |

1    Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Dell Inc. provides this supplementary
2    disclosure: that it is a privately held corporation and its direct parent company is Denali
3    Intermediate Inc. There is no publicly held corporation owning 10% or more of its stock.
4    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
5    named parties, there is no such interest to report.

7    DATED: November 7, 2013

By:    */s/ Debra D. Bernstein*
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Rodney J. Ganske, Esq. (GA Bar No. 283819)
rod.ganske@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
Elizabeth Jordan, Esq. (GA Bar No. 415161)
elizabeth.jordan@alston.com
Melissa Mahurin Whitehead, Esq. (GA Bar No. 667932)
melissa.whitehead@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

---

DELL INC.'S SUPPLEMENTAL CERTIFICATION                MASTER FILE NO. 3:07-CV-05944-SC
OF INTERESTED ENTITIES OR PERSONS                     MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC