

| KAMALA D. HARRIS<br>*Attorney General* | State of California<br>DEPARTMENT OF JUSTICE |
|---|---|

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5908
Facsimile: (415) 703-5480
E-Mail: Emilio.Varanini@doj.ca.gov

November 8, 2013

<u>*Via ECF*</u>

The Honorable Samuel Conti
United States District Judge
Northern District of California
Courtroom No. 1, 17th floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917

Your Honor:

    The California Attorney General represents a group of California natural persons and government entities in the related antitrust litigation *State of California, et al. v. Samsung SDI Co., Ltd., et al.*, (Case No. CGC-11-515784), currently pending before The Honorable Curtis E.A. Karnow in San Francisco Superior Court. By Court Order, the Attorney General's related state court action is coordinated with MDL 1917 insofar as discovery, mediation, and settlement are concerned. Thus, pursuant to this Court's November 4, 2013 Order on Discovery Disputes (Docket# 2095), the Attorney General submits this letter to support the appointment of the Honorable Vaughn Walker as discovery master.

    Thank your for your consideration.

Respectfully submitted,

/s/ Emilio Varanini

EMILIO VARANINI
Deputy Attorney General

For    KAMALA D. HARRIS
        Attorney General