1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>DIRECT PURCHASER CLASS ACTIONS | Master File No. CV- 07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
|---|---|

1    On November 11, 2013, Plaintiffs filed an Administrative Motion to Seal Documents
2  Pursuant To Civil Local Rules 7-11 And 79-5(d) to file the following document under seal:

- Gray highlighted Portions of the Reply Brief in Support of Direct Purchaser Plaintiffs' Motion for Class Certification that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential";

- Exhibits 1, 5, 6, and 7 to the Declaration of Geoffrey C. Rushing in Support Reply Brief in Support of Direct Purchaser Plaintiffs' Motion for Class Certification that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential"; and

- The Reply Expert Report of Jeffrey J. Leitzinger, Ph.D.

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion To Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) is GRANTED.

**IT IS SO ORDERED.**

Dated: _____.

_____
Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE