Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**[PROPOSED] ORDER REGARDING DELL'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

# [PROPOSED] ORDER

Upon consideration of the Dell Plaintiffs' Administrative Motion to File Documents Under Seal, it is hereby

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file under seal portions of Dell's Motion for Discovery Order and to Strike Errata and the entirety of Exhibits A-H to the Declaration of James M. Wagstaffe in Support of Dell's Motion for Discovery Order and to Strike Errata.

Dated: _____, 2013

**The Honorable Samuel Conti**
**Northern District of California**

2

[PROPOSED] ORDER RE ADMIN. MOTION                           MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                                MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC