**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LP DISPLAYS INTERNATIONAL, LTD.; LG.PHILIPS DISPLAYS HOLDING B.V.; LG.PHILIPS DISPLAYS INTERNATIONAL B.V.; MERIDIAN SOLAR & DISPLAY CO., LTD.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC CONSUMER ELECTRONICS CO.; MT PICTURE DISPLAY CO., LTD.; MATSUSHITA ELECTRONIC CORPORATION (MALAYSIA) SDN BHD.; BEIJING MATSUSHITA COLOR CRT CO., LTD.; PT.MT PICTURE DISPLAY INDONESIA; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD.; | Case No. 13-cv-01173-SC <br><br> Case No. 07-cv-05944-SC <br><br> MDL No. 1917 <br><br> [~~PROPOSED~~] **ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

- 1 -

[~~PROPOSED~~] ORDER RE: MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S FIRST AMENDED COMPLAINT.  CASE NO. 07-cv-05944 (SC), RELATED TO CASE NO. 13-cv-01173 (SC)

SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (HONG KONG), LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.; THOMSON SA (N/K/A TECHNICOLOR SA); THOMSON CONSUMER ELECTRONICS, INC. (N/K/A TECHNICOLOR USA, INC.); VIDEOCON INDUSTRIES, LTD.; TECHNOLOGIES DISPLAYS AMERICAS LLC,

Defendants.

1   This matter comes before the Court on the Administrative Motion to Seal Portions of
2  Plaintiffs' First Amended Complaint ("Motion to Seal").  Having considered Plaintiffs' Motion
3  to Seal, the Declaration of Craig A. Benson in support thereof, and any additional declarations
4  subsequently filed in support of the Motion to Seal, and good cause appearing therefore:

5   The Court hereby GRANTS the motion to seal and orders that the portions of Plaintiffs'
6  First Amended Complaint identified below are properly sealable and shall be sealed:

| |
|---|
| Portions of ¶¶ 196-199 |
| ¶ 239 |
| ¶ 240 |
| Portions of ¶ 259 |

IT IS SO ORDERED.

DATED: November 12, 2013

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S FIRST AMENDED COMPLAINT.  CASE NO. 07-CV-05944 (SC), RELATED TO CASE NO. 13-CV-01173 (SC)