1  ~~Michael P. Kenny, Esq.~~
   ~~mike.kenny@alston.com~~
2  ~~Debra D. Bernstein, Esq.~~
   ~~debra.bernstein@alston.com~~
3  ~~Rodney J. Ganske, Esq.~~
   ~~rod.ganske@alston.com~~
4  **~~ALSTON & BIRD LLP~~**
5  ~~1201 West Peachtree Street~~
   ~~Atlanta, Georgia 30309-3424~~
6  ~~Tel: (404) 881-7000~~
7  ~~Facsimile: (404) 881-7777~~

8  ~~James M. Wagstaffe, Esq. (SBN 95535)~~
   ~~wagstaffe@kerrwagstaffe.com~~
9  **~~KERR & WAGSTAFFE LLP~~**
   ~~100 Spear Street, 18th Floor~~
10 ~~San Francisco, California 94105-1576~~
   ~~Tel: (415) 371-8500~~
11 ~~Facsimile: (415) 371-0500~~

12 *~~Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.~~*

13 [Additional Counsel Listed on Signature Page]

14            **UNITED STATES DISTRICT COURT**
15            **NORTHERN DISTRICT OF CALIFORNIA**
16                 **SAN FRANCISCO DIVISION**

17

18 DELL INC. and DELL PRODUCTS L.P.,

19            Plaintiffs,                          Master File No. 3:07-cv-05944-SC

20    v.                                           MDL No. 1917

21 PHILIPS ELECTRONICS NORTH AMERICA               Individual Case No. 3:13-cv-02171-SC
   CORPORATION, *et al.*,
22            Defendants.                          **[~~PROPOSED~~] ORDER REGARDING DELL'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

23

24

25

26

27

28

---

**[~~PROPOSED~~] ORDER**

Upon consideration of the Dell Plaintiffs' Administrative Motion to File Documents Under Seal, it is hereby

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file under seal portions of Dell's Motion for Discovery Order and to Strike Errata and the entirety of Exhibits A-H to the Declaration of James M. Wagstaffe in Support of Dell's Motion for Discovery Order and to Strike Errata.

Dated: __November 12__, 2013

_____
**The Honorable Samuel Conti
Northern District of California**

2

[~~PROPOSED~~] ORDER RE ADMIN. MOTION                          MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                          MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC