Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.  3:07-5944-SC<br>Individual Docket No.  13-cv-1173-SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE TECHONOLOGIES DISPLAYS AMERICAS, LLC'S RESPONSE TO THE FIRST AMENDED COMPLAINT OF PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.** |
| This Document Relates to:<br><br>*Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | |

1   Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company
2   of America, Inc. (collectively, "Sharp") and Defendant Technologies Displays Americas LLC ("TDA")
3   enter into this Stipulation concerning the matter entitled *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et*
4   *al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-
5   cv-05944, (the "MDL Proceedings") by an Order of Judge Samuel Conti on March 26, 2013.
6   SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND
7   AGREE AS FOLLOWS:
8   WHEREAS, on October 28, 2013, Sharp filed its First Amended Complaint (Dkt. 64;
9   MDL Dkt. 2030); and
10  WHEREAS, Sharp and TDA have agreed on a schedule for TDA's answer to or motion
11  to dismiss Sharp's First Amended Complaint.
12  NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND
13  TECHNOLOGIES DISPLAYS AMERICAS LLC, BY AND THROUGH THEIR RESPECTIVE
14  COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:
15      1. TDA's answer to (or motion to dismiss) Sharp's First Amended Complaint shall be
16  due by November 22, 2013;
17      2. Sharp's response to any motion to dismiss shall be due by December 20, 2013; and
18      3. TDA's reply brief shall be due by January 10, 2014.
19  **IT IS SO STIPULATED**

20  Dated: October 31, 2013        By:      /s/ Jonathan A. Patchen
                                            Stephen E. Taylor (SBN 058452)
21                                          Jonathan A. Patchen (SBN 237346)
                                            TAYLOR & COMPANY LAW OFFICES, LLP
22                                          One Ferry Building, Suite 355
                                            San Francisco, California 94111
23                                          Telephone: (415) 788-8200
                                            Facsimile: (415) 788-8208
24                                          Email: staylor@tcolaw.com
                                            Email: jpatchen@tcolaw.com
25
                                            Kenneth A. Gallo (*Pro Hac Vice*)
26                                          Joseph J. Simons (*Pro Hac Vice*)
                                            Craig A. Benson (*Pro Hac Vice*)
27                                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP

2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

By:   /s/ Nathan Lane
Nathan Lane III
Mark C. Dosker
SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 954-0200
Fax: (415) 393-9887

*Attorney for Defendant Technologies Displays Americas LLC*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: October 31, 2013      /s/ Jonathan A. Patchen

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____11/13_____, 2013      [Signature: Judge Samuel Conti — United States District Court, Northern District of California seal]