Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder (*pro hac vice*)
rich.snyder@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Tel: (202) 777-4500
Fax: (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC<br>MDL NO. 1917 |
| This document relates to:<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*<br>Case No. 3:11-cv-06397-SC | **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.**<br><br>Judge: The Honorable Samuel Conti |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiff and Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") as follows:

1. The First Amended Complaint filed by Plaintiff Costco Wholesale Corporation ("Costco") in the above-captioned action and all claims asserted therein by Costco against BMCC are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2. BMCC's Motion to Dismiss [MDL Dkt. 2118] is withdrawn as to Costco; and

3. The parties will bear their own attorneys' fees and costs.

4.	The undersigned parties respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

Dated:  November 13, 2013

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:   /s/ Richard S. Snyder
Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder (*pro hac vice*)
rich.snyder@freshfields.com
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
T: (202) 777-4500
F: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

Dated:  November 13, 2013

PERKINS COIE LLP

By:   /s/ David J. Burman
David J. Burman (*pro hac vice*)
dburman@perkinscoie.com
Cori G. Moore (*pro hac vice*)
cgmoore@perkinscoie.com
Eric J. Weiss (*pro hac vice*)
eweiss@perkinscoie.com
Nicholas H. Hesterberg (*pro hac vice*)
nhesterberg@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
T: (206) 359-8000
F: (206) 359-9000

Joren S. Bass (208143)
jbass@perkinscoie.com
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
T: (415) 344-7120
F: (415) 344-7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____

Honorable Samuel Conti
United States District Court Judge