# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>(CIVIL LOCAL RULE 11-3) |

I, <u>Jennifer Stewart</u>, an active member in good standing of the bar of <u>New York</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.</u>, in the above-entitled action. My local co-counsel in this case is <u>Aldo Badini</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Winston & Strawn LLP<br>200 Park Avenue<br>New York, New York 10166 | Winston & Strawn LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 294-4743 | (650) 858-6424 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jstewart@winston.com | abadini@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>4691911.</u>

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 11, 2013

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Jennifer Stewart</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  11/14/2013

_____
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER