UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>(CIVIL LOCAL RULE 11-3) |

I, James Lerner, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd., in the above-entitled action. My local co-counsel in this case is Aldo Badini, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Winston & Strawn LLP<br>200 Park Avenue<br>New York, New York 10166 | Winston & Strawn LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 294-4621 | (650) 858-6424 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Jlerner@winston.com | abadini@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2371599.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 12, 2013

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of James Lerner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/14/2013

_____
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER