1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  Steven D. Merriman (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:     206.359.8000
   Facsimile:     206.359.9000
6
   Joren Bass, State Bar No. 208143
7  JBass@perkinscoie.com
   **PERKINS COIE LLP**
8  Four Embarcadero Center, Suite 2400
   San Francisco, CA  94111-4131
9  Telephone:     415.344.7120
   Facsimile:     415.344.7320
10
   *Attorneys for Plaintiff*
11 *Costco Wholesale Corporation*

12
                  UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14
                   SAN FRANCISCO DIVISION
15

16
   IN RE: CATHODE RAY TUBE (CRT)          Case No. 3:07-cv-05944-SC
17 ANTITRUST LITIGATION                   MDL NO. 1917

18
   This Document Relates to:             Individual Case No.:  3:11-CV-06397-SC
19
        Case No. 3:11-06397-SC
20                                        **STIPULATION AND [PROPOSED]
   COSTCO WHOLESALE CORPORATION,          ORDER REGARDING DISMISSAL OF
21                                        COSTCO'S STATE LAW CLAIMS
                  Plaintiff,              AGAINST SAMSUNG SDI**
22
             v.
23
   HITACHI LTD., et al.,
24
                  Defendants.
25

26

27

28
   STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
   OF COSTCO'S STATE LAW CLAIMS AGAINST SAMSUNG SDI
   Case No. 3:07-cv-05944-SC

1    WHEREAS, on November 14, 2011, Costco Wholesale Corporation ("Costco") filed a

2    Complaint and Jury Demand in the United States District Court for the Western District of

3    Washington, *Costco Wholesale Corp. v. Hitachi, Ltd.*, Case No. 2:11-cv-01909-RSM, alleging

4    violations of Section 1 of the Sherman Act (15 U.S.C. § 1), the California Cartwright Act (Cal.

5    Bus. & Prof. Code § 16700 *et seq.*), the Washington Consumer Protection Act (RCW 19.86.030),

6    the Arizona Antitrust Act (Ariz. Rev. Stat. § 14-1401 *et seq.*), the Florida Deceptive and Unfair

7    Trade Practices Act (Florida Stat. § 501.201 *et seq.*), and the Illinois Antitrust Act (740 Illinois

8    Code 10/1 *et seq.*);

9    WHEREAS, on November 28, 2011, the Judicial Panel on Multidistrict Litigation issued a

10   conditional transfer order pursuant to 28 U.S.C. § 1407, transferring the Costco action to the

11   Northern District of California, to be consolidated with MDL No. 1917, *In re Cathode Ray Tube*

12   *(CRT) Antitrust Litigation*, No. 07-cv-5944-SC (the "MDL");

13   WHEREAS, the Costco Action was transferred to the Northern District of California;

14   WHEREAS, on August 17, 2012, various defendants filed a joint Motion to Dismiss and

15   for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims, including Costco's,

16   on various grounds (Dkt. No. 1317);

17   WHEREAS, on March 26, 2013, Direct Action Plaintiffs filed a Motion for Leave to File

18   Amended Complaints, which included a request by Costco to amend its complaint to add

19   Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd.,

20   Samsung SDI Mexico S.A de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd.,

21   and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") as defendants (Dkt. No. 1609);

22   WHEREAS, on August 21, 2013, the Court issued an order adopting the Special Master's

23   recommendation that Costco's claim under Washington state law be dismissed without leave to

24   amend (Dkt. No. 1856);

25   WHEREAS, on September 26, 2013, the Court issued an order adopting the Interim

26   Special Master's recommendation that Costco be allowed to amend its complaint to add SDI as a

27   defendant (Dkt. No. 1959);

28

- 1 -

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
OF COSTCO'S STATE LAW CLAIMS AGAINST SAMSUNG SDI
Case No. 3:07-cv-05944-SC

1       WHEREAS, on October 3, 2013, Costco filed a First Amended Complaint in the Northern

2   District of California, *Costco Wholesale Corporation v. Hitachi, Ltd.*, Case No. 3:11-cv-06397,

3   Master File No. 3:07-cv-05944-SC (Dkt. No. 1982), naming SDI as a defendant;

4       WHEREAS, on November 4, 2013, SDI filed a Motion to Dismiss Costco's claims under

5   the California Cartwright Act, the Arizona Antitrust Act, the Florida Deceptive and Unfair Trade

6   Practices Act, and the Illinois Antitrust Act (Dkt. No. 2171);

7       NOW, THEREFORE, COSTCO AND SDI, BY AND THROUGH THEIR RESPECTIVE

8   COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

9       1.      Costco's claims against SDI under the California Cartwright Act, the Arizona

10  Antitrust Act, the Florida Deceptive and Unfair Trade Practices Act, and the Illinois Antitrust Act

11  are dismissed with prejudice;

12      2.      SDI's Motion to Dismiss Costco's state-law claims is withdrawn as moot;

13      3.      This stipulation and the Court's order thereon shall have no bearing on Costco's

14  Sherman Act claim against SDI;

15      4.      SDI's answer to Costco's First Amended Complaint shall be due on the first

16  business day thirty (30) days after the Court enters this stipulation as an order; and

17      5.      The undersigned parties jointly and respectfully request that the Court enter this

18  stipulation as an order.

19

20

21

22

23

24

25

26

27

28
- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
OF COSTCO'S STATE LAW CLAIMS AGAINST SAMSUNG SDI
Case No. 3:07-cv-05944-SC

1    Dated:  November 13, 2013

By: /s/ David J. Burman
2                                                                          David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
3                                                                          Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
4                                                                          Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
5                                                                          1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
6                                                                          Telephone:      206.359.8000
Facsimile:      206.359.9000
7

8                                                                          Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
9                                                                          **PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
10                                                                         San Francisco, CA  94111-4131
Telephone:      415.344.7120
11                                                                         Facsimile:      415.344.7320

12
*Attorneys for Plaintiff Costco Wholesale Corporation*
13

14
By: /s/ Tyler M. Cunningham
15                                                                         GARY L. HALLING (66087)
Email: ghalling@sheppardmullin.com
16                                                                         JAMES L. McGINNIS (95788)
Email: jmcginnis@sheppardmullin.com
17                                                                         MICHAEL W. SCARBOROUGH (203524)
Email: mscarborough@sheppardmullin.com
18                                                                         TYLER M. CUNNINGHAM (243694)
Email: tcunningham@sheppardmullin.com
19                                                                         **SHEPPARD, MULLIN, RICHTER &**
**HAMPTON LLP**
20                                                                         Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
21                                                                         Telephone: (415) 434-9100
Facsimile: (415) 434-3947
22

23
*Attorneys for Defendants Samsung SDI America,*
24                                                                        *Inc., Samsung SDI Co., Ltd., Samsung SDI*
*(Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de*
25                                                                        *C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI*
*Co. Ltd. and Tianjin Samsung SDI Co., Ltd.*
26

27

28                                                                                          - 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
OF COSTCO'S STATE LAW CLAIMS AGAINST SAMSUNG SDI
Case No. 3:07-cv-05944-SC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

document has been obtained from each of the above signatories.

Dated:  November 13, 2013


By: /s/ David J. Burman
     David J. Burman

- 4 -

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: _____          _____

4                                              Hon. Samuel A. Conti
                                               United States District Judge

5

6

7

8

9

10

11   LEGAL28430194.2

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         - 5 -

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
OF COSTCO'S STATE LAW CLAIMS AGAINST SAMSUNG SDI
Case No. 3:07-cv-05944-SC