Seymour J. Mansfield (admitted *pro hac vice*)
**FOLEY & MANSFIELD**
250 Marquette Avenue, Suite 1200
Minneapolis, MN  55401
Telephone:  (612) 338-8788
Facsimile:  (612) 338-8690
Email: smansfield@foleymansfield.com

**Attorney for Plaintiffs Brigid Terry and David Norby**

**United States District Court**

**Northern District of California**

**San Francisco Division**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | Master File Number: 3:07-cv-5944-SC<br>MDL No. 1917<br>The Honorable Samuel Conti<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Seymour J. Mansfield is no longer with the firm of Mansfield, Tanick & Cohen. He has moved to the firm of Foley & Mansfield, in their Minneapolis office. Mr. Mansfield continues to represent Plaintiffs Brigid Terry and David Norby in the above-referenced action at the firm of Foley & Mansfield.

Please update service lists and address all correspondence, notices, e-notices and pleadings pertaining to this matter accordingly.

Dated:  November 14, 2013          **FOLEY & MANSFIELD**

                                   By:    s/ Seymour J. Mansfield
                                          Seymour J. Mansfield

                                   **Attorney for Plaintiffs Brigid Terry and David Norby**