Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Consumer Products, L.L.C., Toshiba America*
*Electronic Components, Inc., and Toshiba*
*America Information Systems, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| This Document Relates to:<br><br>DIRECT PURCHASER CLASS ACTIONS | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Direct Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 2208) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On November 11, 2013, the Direct Purchaser Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), documents and portions of documents containing information designated "Confidential" or "Highly Confidential":

    a. Portions of the Reply Brief in Support of Direct Purchaser Plaintiffs' Motion for Class Certification ("Reply Brief");

    b. Exhibits 1, 5, 6, and 7 to the Declaration of Geoffrey C. Rushing in Support of Reply Brief in Support of Direct Purchaser Plaintiffs' Motion for Class Certification ("Rushing Reply Declaration"); and

    c. The Reply Expert Report of Jeffrey J. Leitzinger, Ph.D. ("Leitzinger Report").

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

6.     On November 11, 2013, the Direct Purchaser Plaintiffs filed the Declaration of Travis L. Manfredi in Support of Direct Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 2208-1) which states that the documents identified in Paragraph 5 have been designated confidential by the Toshiba Defendants and other defendants.

7.     Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following documents or redacted portions of documents, should be maintained under seal and redacted from the Rushing Reply Declaration and the Leitzinger Report:

    a.   Exhibit 1 to the Rushing Reply Declaration which is the Direct Purchaser Plaintiffs' Supplemental Responses to Samsung SDI America, Inc.'s First Set of Interrogatories to Direct Purchaser Plaintiffs that cites to and quotes from documents that the Toshiba Defendants have designated "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order;

    b.   The numerous redacted paragraphs and footnotes from Exhibit 5 to the Rushing Reply Declaration which is a previously sealed Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Testimony of Dr. Janet S. Netz that describes, quotes from, and/or summarizes information from documents and the transcripts of Rule 30(b)(6) depositiona that the Toshiba Defendants have designated "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order; and

    c.   The Leitzinger Report which consists of information and analysis derived from documents produced in this litigation and designated "Confidential" or "Highly Confidential" by the Toshiba Defendants and other defendants pursuant to the Stipulated Protective Order.

8.     Each of the documents listed in Paragraph 7 consist of, quote from, and/or contain confidential, non-public, proprietary and highly sensitive business information. The documents contain confidential, non-public information about the Toshiba

1    Defendants' sales practices, business and supply agreements, and competitive positions.

2    The documents describe relationships with companies — including customers and

3    vendors — that remain important to the Toshiba Defendants' competitive positions.  Upon

4    information and belief, publicly disclosing this sensitive information presents a risk of

5    undermining the Toshiba Defendants' relationships, would cause harm with respect to the

6    Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at

7    a competitive disadvantage.

8         I declare under penalty of perjury under the laws of the United States of America

9    that the foregoing is true and correct.

10

11   Executed this 15th day of November, 2013, in Washington, D.C.

12

13

14                                        _____

15                                              Dana E. Foster

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## CERTIFICATE OF SERVICE

On November 15, 2013, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_____
Dana E. Foster