JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS | |

1  I, Jennifer M. Stewart, declare as follows:

2      1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic
3  Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a
4  Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions.
5  I am a member of the bar of the State of New York and I am admitted to practice before this Court
6  *pro hac vice*. Except for those matters stated on information and belief, about which I am informed
7  and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a
8  witness, I could and would competently testify thereto.

9      2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter
10 (Dkt. No. 306). On November 11, 2013, direct purchaser plaintiffs ("DPPs") filed an Administrative
11 Motion to Seal (Dkt. No. 2208), and lodged conditionally under seal, the following documents
12 pursuant to Civil Local Rule 7-11:

13     (a) Portions of DPPs' Reply Brief in Support of DPPs' Motion for Class Certification
14 (the "Reply Brief");

15     (b) Exhibits 1, 5, 6, and 7 to the Declaration of Geoffrey C. Rushing in Support of the
16 Reply Brief (the "Rushing Declaration"); and

17     (c) The Reply Expert Report of Jeffrey J. Leitzinger, Ph.D. (the "Leitzinger Report").

18     3. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the
19 Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents
20 and information designated by the Panasonic Defendants as "Confidential" or "Highly Confidential"
21 pursuant to the Stipulated Protective Order, and all references to those documents and information in
22 the Reply Brief, the Rushing Declaration and exhibits, and the Leitzinger Report.

23     4. Specifically, the Panasonic Defendants request that the following documents and
24 excerpts of documents be maintained under seal: (i) Exhibit 5 to the Rushing Declaration (a copy of
25 the Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert
26 Testimony of Dr. Janet S. Netz (the "Motion to Strike")); and (ii) all references to information

27

28

- 2 -

DECL. OF JENNIFER M. STEWART I/S/O DIRECT      Case No. 07-5944 SC
PURCHASER PLAINTIFFS' MOTION TO SEAL      MDL NO. 1917

- 3 -

designated "Confidential" or "Highly Confidential" by the Panasonic Defendants in the Reply Brief and the Leitzinger Report.

5. Attached as Exhibit 5 to the Rushing Declaration is a copy of the Motion to Strike filed under seal pursuant to Defendants' Joint Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79(c), Dec. 17, 2012 (Dkt. No. 1489) ("Joint Motion") and served in this action. The Joint Motion was supported in part by the Declaration of Eva W. Cole in Support of Defendants' Joint Motion (Dkt. No. 1489-1), which set forth the basis for maintaining under seal the Motion to Strike, among other documents, which quotes from, references or describes information designated as "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order. On December 27, 2012, this Court granted Defendants' Joint Motion for good cause shown (*see* Dkt. No. 1523) and Defendants' subsequently filed a redacted version of the Motion to Strike in the public record pursuant to the Court's order (*see* Dkt. No. 1659).

6. Upon information and belief, the Reply Brief and the Leitzinger Report likewise quote from, reference or describe documents or information designated as "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order. The Reply Brief and Leitzinger Report contain, cite, and/or identify confidential information about the Panasonic Defendants' sales processes, business practices, business plans, pricing practices and competitive positions. The Reply Brief and the Leitzinger Report describe relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

7. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Exhibit 5 and referenced in the Reply Brief and the Leitzinger Report.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| DATED:  November 15, 2013 | By: /s/ *Jennifer M. Stewart* |

                                JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
JENNIFER M. STEWART (*pro hac vice*)
Email: jstewart@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*