1  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone:  (415) 788-8200
4  Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
5  Email: jpatchen@tcolaw.com

6
   Kenneth A. Gallo (*Pro Hac Vice*)
7  Joseph J. Simons (*Pro Hac Vice*)
   Craig A. Benson (*Pro Hac Vice*)
8  PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
   2001 K Street, NW
9  Washington, DC  20006-1047
   Telephone:  (202) 223-7300
10 Facsimile:  (202) 202-7420
   Email: kgallo@paulweiss.com
11 Email: jsimons@paulweiss.com
   Email: cbenson@paulweiss.com
12
   *Attorneys for Plaintiffs Sharp Electronics Corporation and*
13 *Sharp Electronics Manufacturing Company of America, Inc.*

14
                   **UNITED STATES DISTRICT COURT**
15
                   **NORTHERN DISTRICT OF CALIFORNIA**
16
                        **SAN FRANCISCO DIVISION**
17

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C 07-5944 (SC) |
|---|---|
|  | MDL No. 1917 |
| This Document Relates To: | **PROOF OF SERVICE RE: MERIDIAN SOLAR & DISPLAY CO., LTD.** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) |  |

- 1 -

PROOF OF SERVICE
Case No. C 07-5944, MDL No. 1917; Case No. C 13-1173 (SC)

# CERTIFICATE

Daegu District Court, Gimcheon Branch has the honor to certify, the following facts regarding the Request for Service of Judicial Documents from <u>NORTHERN DISTRICT OF CALIFORNIA, THE US FEDERAL COURT.</u>

1. The document has been served as follows*
   Date <u>July 18, 2013</u>
   Place <u>Gongdan-dong 184, Gumi-si</u>
   Method:
   a) in accordance with the manner prescribed by the law of the Requested Party*

   Recipient
   Name <u>     **Jung Man YU** [or YOO]               </u>
   Relationship to the addressee (Family, Employment, or Other)
   <u>     Clerk   (employee)                              </u>

   Annexes

   Documents establishing the service, if appropriate*
   <u>                    Post Delivery Confirmation Statement          </u>

   Date <u>July 30, 2013         </u>
   Place <u>Gimcheon-Branch, Daegu District Court</u>
   Signature or stamp
   <u>Deputy Administrator of Court,  Won Ho CHANG</u> /(Seal)/

* Delete if inappropriate.

A2620

| 2013REO1 | MAIL SERIVCE NOTIFICATION | DATE OF MAILING OUT: 07/17/2013. FEE: 3,740 WON | | | |
|---|---|---|---|---|---|
| ADMINISTRATION DIVISION, NO.4 EXCLUSIVE | | REASON OF SERVICE FAILURE | | | |
| | | Classification/Round | 1st | 2nd | 3rd |
| 0. Service Document:     Summons, etc. | | 1.Addressee not available | | | |
| | | 2. Gate is closed and nobody inside | | | |
| GIMCHEON-BRANCH, DAEGU DISTRICT COURT (ZIP: 740-200) | | 3. Addressee unknown | | | |
| 0. Sender: Won Ho CHANG, Court Clerk | | 4. Address unknown | | | |
| 0. Addressee:  Meridian Solar & Display Co., Ltd. | | 5. Moved out without new address | | | |
| Opposing party 1 | | 6. Other | | | |
| 730-030, | | 7. Wrong service | | | |
| Gongdan-dong 184, Gumi-si | | Delivery date | | | |
| | | Confirmation of Process server | Hyun Kyun LEE /(Seal)/ | | |
| | | REASON INDICATION | | | |

| SERVICE METHOD | | RECIPIENT | | |
|---|---|---|---|---|
| | | NAME | RELATIONSHIP | SIGNATURE or SEAL |
| 1 | It was hand-delivered to the addressee. | | | |
| 2 | Failed to see the addressee, so it was given to another party ① or ③ | ① Staff or employee of Business or Office of the addressee | JUNG MAN YU [or YOO] | Clerk | |
| | | ② Cohabitant of residency or mailing address of the addressee | | | /(s)/Jung Man Yu [or Yoo] |
| | | ③ User or employee, etc. at the workplace of the addressee | | | |
| 3 | Person ① or ③ refused to receive, so the document was left at the location. | ① The addressee to be served | | | |
| | | ② Business premises of the addressee, or staff or employee of the office | | | |
| | | ③ Cohabitant at the residence or mailing address of the addressee | | | |
| SERVICE DATE | 07/18/2013, at 11:57 O'clock | | | |
| SERVICE LOCATION | Gongdan-dong, Gumi-si 184 | | | |
| CONFIRMATION BY PERSON TO FILE | I certify that the document was delivered in person as indicated above. 2013REO1<br>July 18, 2013            ADMINISTRAION DIVISION, NO. 4 EXCLUSIVE<br>GUMI POST OFFICE<br>Process server:           HYUN KYUN LEE       (Seal) 8153688 | | | |

NOTES: 1. For the column of service method, please record recipient's name and relationship to the addressee in the corresponding section [3] (when a party refused to receive the document). (For [2] ③, please record the content, only when the document for service is delivered at the workplace of the addressee).

2. Please have the recipient sign or seal personally in the column for the recipient. When the process server signs on behalf of the recipient, he/she must indicate "ghostwrite". For every items of service method [3], the process server should sign or seal.

3. For [service location], please indicate the details, such as bunji No., dong (road), myun (village), eup (township), gun (district) and si (city). However, please write only "OO post-office window" if it was picked up from the post office window.

4. For column [6, other] of [reason for delivery failure] in the right upper section, it can be recorded when none of the reasons for delivery failure is applicable. For the column 'reason indication', and please make a brief description on the above-mentioned causes and what you noted during the delivery process (e.g. long-term traveling of the addressee, military enlistment, incarceration, etc.).

# 증 명 서

김천법원은 미국 연방법원의 재판상 서류의 송달촉탁과 관련하여 다음 사항을 확인합니다.

1) 서류가 다음과 같이 송달됨*

   일　　자　2013. 7. 18.
   장　　소　구미시 공단동 184
   방식
   　　가) 수탁국의 법에 규정된 방식*

   서류의 수령인
   　　성명　유정만
   　　송달받을 사람과의 관계 (가족, 고용관계 및 그 밖의 사항)
   　　　　서무계원(직원)

첨부서류

적절한 경우, 송달을 증명하는 서류*
　　우편송달통지서

　　　　　　　　　　　　　일자　2013. 7. 30.
　　　　　　　　　　　　　관할법원　대구지방법원김천지원
　　　　　　　　　　　　　직위・성명
　　　　　　　　　　　　　법원주사 장 원 호

*적절하지 아니한 경우에는 삭제합니다.

# CERTIFICATE

Daegu District Court, Gimcheon Branch has the honor to certify, the following facts regarding the Request for Service of Judicial Documents from 미합중국 연방법원 캘리포니아 북부지구.

1. The documents have been served as follows*
   Date ___2013. 7. 18.___
   Place ___구미시 공단동 184___
   Method:
   a) in accordance with the manner prescribed by the law of the Requested Party*

   Recipient
   Name ___유정만___
   Relationship to the Addressee (Family, Employment, or Other)
   ___서무계원(직원)___

   Annexes
   Documents establishing the service, if appropriate*
   ___Post Delivery Confirmation Statement___

                                    Date ___2013. 7. 30.___
                                    Place ___대구지방법원김천지원___
                        Signature or Seal ___법원주사 장원호___

* Delete if inappropriate.

| 2013러1 | 우편송달통지서 | 발송일:2013.7.17. 요금:3,740원 |
|---|---|---|

사무과 4단독

0. 송달서류 소환장 등

대구지방법원 김천지원 (우:740-200)
0. 발송하는 사람   법원주사 장원호
0. 송달받을 사람   730-030
　　　　　　　　　구미시 공단동
　　　　　　　　　184

상대방1
메르디안솔라앤디스플레이주식회사

| 배달 못한 사유 | | | |
|---|---|---|---|
| 구분/회수 | 1회 | 2회 | 3회 |
| 1. 수취인부재 | | | |
| 2. 폐문 부재 | | | |
| 3. 수취인불명 | | | |
| 4. 주소 불명 | | | |
| 5. 이사 불명 | | | |
| 6. 기    타 | | | |
| 7. 잘못된송달 | | | |
| 배 달 날 짜 | | | |
| 집배원 확인 | 이현균 | | (인) |
| 사유 기재 | | | |

| | 송 달 방 법 | | 영 수 인 | | |
|---|---|---|---|---|---|
| | | | 이   름 | 관   계 | 서명 또는 날인 |
| 1 | 본인에게 주었다. | | | | |
| 2 | 본인을 만나지 못하여 ① 내지 ③ 사람에게 주었다. | ① 본인 영업소,사무소의 사무원 또는 피용자 | 유정만 | 서무계원 | 유정만 (서명) |
| | | ② 본인주소,거소의 동거인 | | | |
| | | ③ 본인 근무장소의 사용자, 종업원등 | | | |
| 3 | ① 내지 ③ 사람이 수령을 거부하므로 그 장소에 서류를 두었다. | ① 송달받을 본인 | | | |
| | | ② 본인 영업소,사무소의 사무원 또는 피용자 | | | |
| | | ③ 본인주소,거소의 동거인 | | | |
| 송 달 한 날 짜 | 2013 년 7 월 18 일  11:57 | | | | |
| 송 달 장 소 | 구미시 공단동 184 | | | | |
| 접 수 인 란 | 위와 같이 송달하였습니다. 2013 년   7 월   18 일 구미  우체국 우편집배원   이현균   (인) 8153688 | | | | 2013러1 사무과 4단독 |

주의: 1. 송달방법 중 해당하는 항목(송달방법 [3]의 경우에는 수령을 거부한 사람)의
　　　　영수인란에 이름 및 관계를 적기 바랍니다.(송달방법 [2] ③ 란은 송달받을 사람의
　　　　근무장소에서 송달서류를 전달한 경우에 한하여 그 내용을 적기 바랍니다).
　　　2. 송달받은 사람으로 하여금 영수인란에 직접 서명 또는 날인하게 하기
　　　　바랍니다. 집배원이 대필한 경우에는 "대필"이라고 적어야 합니다. 송달방법 [3]의
　　　　경우에는 모두 집배원이 서명 또는 날인하기 바랍니다.
　　　3. [송달장소]란에는 시.군.읍.면.동.번지 등을 상세하게 명확히 기입하기 바랍니다.
　　　　다만, 우체국 창구에서 교부한 때에는 "○○우체국 창구"라고만 적기 바랍니다.
　　　4. 우측 상단의 [배달못한 사유] 중 [6. 기타]란에는 1 내지 5의 송달불능사유 어디에도
　　　　해당되지 아니하는 경우에 표시하고, [사유기재란]에는 위와 같은 사유 및
　　　　우편집배원이 배달하는 과정에서 알게 된 특이사항(예 : 송달받을 사람의 장기여행,
　　　　군 입대, 교도소 수감 등)을 간략히 적기 바랍니다.