1  Kathy L. Osborn (*pro hac vice*)
   Ryan M. Hurley (*pro hac vice*)
2  Faegre Baker Daniels LLP
3  300 N. Meridian Street, Suite 2700
   Indianapolis, IN  46204
4  Telephone: +1 317-237-0300
   Facsimile: +1 317-237-1000
5  kathy.osborn@FaegreBD.com
   ryan.hurley@FaegreBD.com
6

7  Jeffrey S. Roberts (*pro hac vice*)
   Faegre Baker Daniels LLP
8  3200 Wells Fargo Center
   1700 Lincoln Street
9  Denver, CO  80203
10 Telephone: +1 303-607-3500
   Facsimile:  +1 303-607-3600
11 jeff.roberts@FaegreBD.com

12 Calvin L. Litsey (SBN 289659)
   Faegre Baker Daniels LLP
13 1950 University Avenue, Suite 450
   East Palo Alto, CA  94303-2279
14 Telephone: +1 650-324-6700
   Facsimile: +1 650-324-6701
15 calvin.litsey@FaegreBD.com

16
   ***Attorneys for Defendants Thomson S.A. and***
17 ***Thomson Consumer Electronics, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp. et al. v. Hitachi, Ltd. Et al., No. 13-cv-01173* | **AMENDED STIPULATION AND [PROPOSED] ORDER RE THOMSON DEFENDANTS' RESPONSE TO SHARP'S FIRST AMENDED COMPLAINT** |

AMENDED STIPULATION AND [PROPOSED] ORDER   1   Case No. 07-5944-SC; MDL No. 1917
RE RESPONSE TO AMENDED COMPLAINT

Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") and Defendants Thomson S.A.[1] and Thomson Consumer Electronics, Inc. (collectively "Thomson Defendants") enter into this Amended Stipulation concerning the matter entitled *Sharp Electronics Corp., et al. v. Hitachi, Ltd. et al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-05944, by an Order of Judge Samuel Conti on March 26, 2013.

SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on October 28, 2013, Sharp filed its First Amended Complaint [Dkt. No. 2030] captioned *Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 13-cv-01173;

WHEREAS, on November 4, 2013, Sharp and the Thomson Defendants entered into a Stipulation [Dkt. No. 2106] setting forth a briefing schedule on the Thomson Defendants' response to Sharp's First Amended Complaint that set the following deadlines:

1. The deadline for the Thomson Defendants to file their responses to Sharp's First Amended Complaint was Friday, November 22, 2013;
2. The deadline for Sharp's response to any motions to dismiss filed by the Thomson Defendants was Friday, December 20, 2013; and
3. The deadline for the Thomson Defendants' reply briefs was Friday, January 10, 2014.

WHEREAS, on November 7, 2013, the Court entered an Order [Dkt. No. 2200] granting the Stipulation.

WHEREAS, Sharp and the Thomson Defendants have agreed to an extension of time regarding the briefing schedule on the Thomson Defendants' response to Sharp's First Amended Complaint and Sharp's opposition to the Thomson Defendants' response;

---

[1] By entering into this Amended Stipulation, Thomson S.A. does not waive its right to assert any defense to Sharp's First Amended Complaint, including, without limitation, that Thomson S.A. is not subject to the personal jurisdiction of this Court.

NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND THE THOMSON DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for the Thomson Defendants to file their responses to Sharp's First Amended Complaint shall be Monday, November 25, 2013;

2. The deadline for Sharp's response to any motions to dismiss filed by the Thomson Defendants shall be Monday, December 23, 2013; and

3. The deadline for the Thomson Defendants' reply briefs shall remain Friday, January 10, 2014.

**IT IS SO STIPULATED.**

Dated:  November 22, 2013     By:  */s/ Jeffrey S. Roberts*

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendants Thomson S.A.***
***and Thomson Consumer Electronics, Inc.***

By: /s/ Craig A. Benson
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

***Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.***

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 22, 2013

By: /s/ Jeffrey S. Roberts

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November ___, 2013 _____

AMENDED STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO AMENDED COMPLAINT
4
Case No. 07-5944-SC; MDL No. 1917