| | |
|---|---|
| 1 | Squire Sanders (US) LLP |
| 2 | Nathan Lane III  (CA State Bar # 50961)<br>nathan.lane@squiresanders.com |
| 3 | Mark C. Dosker (CA State Bar # 114789)<br>mark.dosker@squiresanders.com |
| 4 | 275 Battery Street, Suite 2600<br>San Francisco, California  94111 |
| 5 | Telephone:      +1 415 954 0200<br>Facsimile:       +1 415 393 9887 |
| 6 | Attorneys for Defendant |
| 7 | TECHNOLOGIES DISPLAYS AMERICAS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-5944-SC<br>Individual Docket No. 13-cv-1173-SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173 | **[PROPOSED] ORDER GRANTING TECHNOLOGIES DISPLAYS AMERICAS, LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date:             February 7, 2013<br>Time:             10:00 A.M.<br>Courtroom:    1, 17th Floor<br>Judge:            Hon. Samuel Conti |

**SQUIRE SANDERS (US) LLP**
**275 Battery Street, Suite 2600**
**San Francisco, California  94111**

[PROPOSED] ORDER GRANTING TECHNOLOGIES DISPLAYS AMERICAS, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT - Master File #3:07-5944-SC; MDL #1917; Case #13-cv-01173

1  This matter having come regularly for hearing on February 7, 2014, on defendant
2  Technologies Displays Americas, LLC's Motion to Dismiss, and the Court having considered the
3  papers filed in support of and in opposition thereto, and the Court having considered the
4  arguments of all parties,
5  GOOD CAUSE APPEARING THEREFOR, Plaintiffs Sharp Electronics Corporation and
6  Sharp Electronics Manufacturing Company of America, Inc.'s First Amended Complaint, is
7  hereby dismissed as with prejudice as to Technologies Displays Americas, LLC
8  **IT IS SO ORDERED.**

10  Dated: _____, 2014            _____
11                                              Honorable Samuel Conti
                                                United States District Court Judge

**SQUIRE SANDERS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111

[PROPOSED] ORDER GRANTING TECHNOLOGIES DISPLAYS AMERICAS, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT - Master File #3:07-5944-SC; MDL #1917; Case #13-cv-01173