Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Specially Appearing Defendant,*
*Thomson SA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-01173.* | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**(Civil Local Rule 79-5(d))** |

1   In accordance with Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), specially appearing Defendant, Thomson SA, respectfully submits this Administrative Motion for a Sealing Order regarding Thomson SA's concurrently filed Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint ("Motion") and sections thereof which reference allegations in Sharp's First Amended Complaint ("FAC") that have been sealed because they allegedly have been derived from documents previously designated as "Confidential" or "Highly Confidential" by other parties in this action.

Thomson SA's concurrently filed Motion discusses and/or references allegations contained in paragraph 196 of Sharp's FAC that were previously filed under seal because they allegedly were derived from documents produced and designated as "Confidential" or "Highly Confidential" by other parties in this action under the terms of the Stipulated Protective Order entered in this case. (*See* Declaration of Jeffrey S. Roberts in Support of Thomson SA's Administrative Motion to Seal at ¶ 3; *see also* Sharp's Administrative Motion to Seal Portions of FAC [Dkt. No. 2030]; *see also,* Stipulated Protective Order [Dkt. No. 306].) On November 12, 2013, the Court entered an Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint ("Order Sealing Portions of Sharp's FAC") [Dkt. No. 2211] sealing "portions of ¶¶ 196-199, ¶ 239, ¶ 240, and portions of ¶ 259."

WHEREFORE, because Thomson SA's concurrently filed Motion discusses and/or references allegations contained in paragraph 196 of the FAC that have been ordered sealed by the Court, consistent with Thomson SA's obligations under the Court's Order Sealing Portions of Sharp's FAC, Thomson SA respectfully requests that Court enter an Order sealing the portions of its Motion that discuss and/or reference sealed allegations contained in paragraph 196 of Sharp's FAC.

THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL     1     No. 07-5944-SC; MDL No. 1917

Dated:  November 25, 2013

Respectfully submitted,

　/s/Jeffrey S. Roberts
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Specially Appearing Defendant, Thomson SA***