1   Kathy L. Osborn (*pro hac vice*)
    Ryan M. Hurley (*pro hac vice*)
2   Faegre Baker Daniels LLP
    300 N. Meridian Street, Suite 2700
3   Indianapolis, IN  46204
    Telephone: +1-317-237-0300
4   Facsimile: +1-317-237-1000
    kathy.osborn@FaegreBD.com
5   ryan.hurley@FaegreBD.com

6   Jeffrey S. Roberts (*pro hac vice*)
    Faegre Baker Daniels LLP
7   3200 Wells Fargo Center
    1700 Lincoln Street
8   Denver, CO  80203
    Telephone: +1-303-607-3500
9   Facsimile:  +1-303-607-3600
    jeff.roberts@FaegreBD.com
10
    Calvin L. Litsey (SBN 289659)
11  Faegre Baker Daniels LLP
    1950 University Avenue, Suite 450
12  East Palo Alto, CA  94303-2279
    Telephone: +1-650-324-6700
13  Facsimile: +1-650-324-6701
    calvin.litsey@FaegreBD.com
14
    ***Attorneys for Specially Appearing Defendant,***
15  ***Thomson SA***

16              **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18                 **SAN FRANCISCO DIVISION**

19  IN RE CATHODE RAY TUBE (CRT)        No. 07-cv-5944-SC
    ANTITRUST LITIGATION               MDL No. 1917
20
                                       **DECLARATION OF JEFFREY S.**
21  This Document Relates to:          **ROBERTS IN SUPPORT OF THOMSON**
                                       **SA'S ADMINISTRATIVE MOTION TO**
22  *Sharp Electronics Corp., et al. v.*   **SEAL AND MOTION TO DISMISS**
    *Hitachi, Ltd., et al., No. 13-cv-01173.*  **SHARP'S FIRST AMENDED**
23                                     **COMPLAINT**

24

25

26

27

28

DECLARATION OF JEFFREY S. ROBERTS IN              1        No. 07-5944-SC; MDL No. 1917
SUPPORT OF THOMSON SA'S MOTION TO DISMISS
SHARP'S FIRST AMENDED COMPLAINT

1    I, Jeffrey S. Roberts, declare and states as follows:

2    1.    I make this declaration in support of Defendant Thomson SA's (n/k/a Technicolor

3    SA) Motion to Dismiss the First Amended Complaint filed by Sharp on October 28, 2013

4    ("Motion" ) and its Administrative Motion to Seal portions of the same in *Sharp Electronics*

5    *Corp., et al. v. Hitachi, et al.*, No. 3:07-cv-5944, MDL No. 1917.  The statements contained in

6    this declaration are based on my personal knowledge and, if called as a witness, I could

7    competently testify to the following facts.

8    2.    I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel

9    for specially-appearing Defendant, Thomson SA.  I am admitted to practice *pro hac vice* before

10   the United States District Court for the Northern District of California.

11   3.    Thomson SA's concurrently filed Motion discusses and/or references allegations

12   contained in paragraph 196 of Sharp's FAC that were: (1) previously filed under seal because

13   they allegedly were derived from documents produced and designated as "Confidential" or

14   "Highly Confidential" by other parties in this action under the terms of the Stipulated Protective

15   Order entered in this case; and (2) were ordered sealed by the Court's Order Regarding

16   Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint [Dkt. No. 2211].

17   Accordingly, the undersigned believes good cause exist to seal the portions of Thomson SA's

18   Motion that discuss and/or reference the previously sealed allegations contained in paragraph 196

19   of Sharp's First Amended Complaint.

20   4.    Attached as **Exhibit 1** to this Declaration is a true and correct copy of Thomson

21   SA's Statement of Beneficial Ownership Form 13D/A dated February 8, 2000.

22   5.    Attached as **Exhibit 2** to this Declaration is a true and correct copy of the

23   declaration of Fredric Rose submitted in the matter *In re: Petition of Fredric Rose*, [Dkt. No. 3]

24   Case No. 09-17355 (Bankr. S.D.N.Y. Dec. 16, 2009).

25   6.    Attached as **Exhibit 3** to this Declaration is a true and correct copy of the

26   declaration of Adrien Cadieux dated June 28, 2013.

27   7.    Attached as **Exhibit 4** to this Declaration is a true and correct copy of excerpts

28   from Thomson SA's Annual Report Form 20-F dated May 6, 2009.

1   8.   Attached as **Exhibit 5** to this Declaration is a true and correct copy of the affidavit

2   of Michael O'Hara dated September 28, 2005.

3   9.   Attached as **Exhibit 6** to this Declaration is a true and correct copy of the affidavit

4   of Marie-Ange Debon dated September 2, 2005.

5   10.   Attached as *Exhibit 7* to this Declaration is a true and correct copy of the court's

6   Oct. 17, 2005 Order in *Audio MPEG, Inc. v. Thomson SA, et al.*, 05-cv-0565 (E.D. Va. Oct. 17,

7   2005).

8   I declare under penalty of perjury under the laws of the United States of America that the

9   foregoing is true and correct.

10

11   DATED:  November 25, 2013

12                                                    /s/ Jeffrey S. Roberts

13                                                   Jeffrey S. Roberts (*pro hac vice*)
                                                    Faegre Baker Daniels LLP
14                                                   3200 Wells Fargo Center
                                                    1700 Lincoln Street
15                                                   Denver, CO  80203
                                                    Telephone: +1-303-607-3500
16                                                   Facsimile:  +1-303-607-3600
17                                                   jeff.roberts@FaegreBD.com

18

19

20

21

22

23

24

25

26

27

28