# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>*Sharp Electronics Corp, et al. v. Hitachi, Ltd., et al., No. 13-cv-001173* | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Upon consideration of Thomson SA's Administrative Motion to Seal portions of its Motion to Dismiss Sharp's First Amended Complaint, the Declaration of Jeffrey S. Roberts in support thereof, and the Court's Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint [Dkt. No. 2211], and good cause appearing therefore:

The Court hereby GRANTS Thomson SA's motion to seal and orders that the portions of Thomson SA's Motion to Dismiss Sharp's First Amended Complaint that reference previously sealed portions of paragraph 196 of Sharp's First Amended Complaint are properly sealable and shall be sealed.

IT IS SO ORDERED.

DATED: _____

Hon. Samuel Conti
United States District Judge