**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp, et al. v. Hitachi, Ltd., et al., No. 13-cv-001173* | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING THOMSON CONSUMER'S MOTION TO DISMISS SHARP'S FIRST AMENDED COMPLAINT** |

Upon consideration of the Thomson Consumer's Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint and supporting Memorandum of Authorities, it is hereby

ORDERED that the Thomson Consumer's Motion to Dismiss Sharp's First Amended Complaint is GRANTED, and the claims against Thomson Consumer in Sharp's First Amended Complaint are dismissed WITH PREJUDICE.

IT IS SO ORDERED.


DATED: _____        _____
                                                               Hon. Samuel Conti
                                                               United States District Judge