# EXHIBIT B

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**PJH**

**0836**

WEN JUN CHENG, a.k.a. TONY CHENG

DEFENDANT(S).

---

# INDICTMENT

15 U.S.C. Section 1
(Conspiracy in Restrain of Trade)

A true bill.

_____
Foreman

Filed in open court this ___ day of

August 2009

_____
Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

### OFFENSE CHARGED

15 U.S.C. Section 1 (Conspiracy in Restraint of Trade)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   See attachment

┌─ DEFENDANT - U.S

▶ WEN JUN CHENG, a.k.a. TONY CHENG

DISTRICT COURT NUMBER

PJH

CR 09    0836

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

**FEDERAL BUREAU OF INVESTIGATION**

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form        JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        Lidia Maher, Trial Attorney, ATD

### DEFENDANT

IS *NOT IN CUSTODY*
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes        If "Yes"
been filed?    ☐ No         give date
filed

DATE OF
ARREST                  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED           Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT        Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or
[warrant] needed, since Magistrate has scheduled arraignment

Defendant Address:

Before Judge:

Comments:

PENALTY SHEET

Individual:    WEN JUN CHENG, a.k.a. TONY CHENG

Offense Charged: 15 U.S.C. Section 1 (Conspiracy in Restrain of Trade)

<u>Maximum Penalties</u>:

     1.    A fine in an amount equal to the largest of:

          A.    $1,000,000.00

          B.    Twice the gross pecuniary gain derived from the crime.

          C.    Twice the gross pecuniary loss caused to the victims of the crime.

     2.    A term of imprisonment for ten years.

     3.    A term of supervised release of at least two years but not more than three years.

     4.    $100 special assessment.

     5.    Restitution.

FILED

09 AUG 18   2: 58

PJH

0836

1  LIDIA MAHER (CSBN 222253)
   ANNA TRYON PLETCHER (CSBN 239730)
2  MAY LEE HEYE (CSBN 209366)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA  94102
5  Telephone:  (415) 436-6660

6  Attorneys for the United States

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA          )     CR09        0836
                                      )
12            v.                      )     INDICTMENT
                                      )
13                                    )     VIOLATION:
    WEN JUN CHENG, a.k.a. TONY CHENG  )     Title 15, United States Code,
14                                    )     Section 1 (Conspiracy in Restraint of Trade)
                                      )
15            Defendant.              )     San Francisco Venue
    ──────────────────────────────────
16

17        The Grand Jury charges that:

18                              I.

19                  DESCRIPTION OF THE OFFENSE

20        1.    The following individual is hereby indicted and made a defendant on the charge

21  stated below:  WEN JUN CHENG, a.k.a. TONY CHENG.

22        2.    Beginning at least as early as January 1997, until at least as late as March 2006,

23  the exact dates being unknown to the Grand Jury, coconspirators of the defendant joined, entered

24  into, and engaged in a combination and conspiracy to suppress and eliminate competition by

25  fixing prices, reducing output, and allocating market shares of color display tubes ("CDTs") to be

26  sold in the United States and elsewhere.  The combination and conspiracy engaged in by the

27  defendant and coconspirators was in unreasonable restraint of interstate and foreign trade and

28  commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

    INDICTMENT – PAGE 1

1    3.      Defendant WEN JUN CHENG joined and participated in the conspiracy from at

2   least as early as January 1999 and continuing until at least September 2004.

3    4.      The charged combination and conspiracy consisted of a continuing agreement,

4   understanding, and concert of action among the defendant and coconspirators, the substantial

5   terms of which were to agree to fix prices, reduce output, and allocate market shares of CDTs to

6   be sold in the United States and elsewhere for use in computer monitors and other products with

7   similar technological requirements.

8                                              II.

9                       MEANS AND METHODS OF THE CONSPIRACY

10   5.      For the purpose of forming and carrying out the charged combination and

11   conspiracy, the defendant and coconspirators did those things that they combined and conspired

12   to do, including, among other things:

13           (a)      attending meetings and engaging in conversations and communications in

14                    Taiwan, Korea, Malaysia, China, and elsewhere to discuss the prices,

15                    output, and market shares of CDTs;

16           (b)      agreeing during those meetings, conversations, and communications to

17                    charge prices of CDTs at certain target levels or ranges;

18           (c)      agreeing during those meetings, conversations, and communications to

19                    reduce output of CDTs by shutting down CDT production lines for certain

20                    periods of time;

21           (d)      agreeing during those meetings, conversations, and communications to

22                    allocate target market shares for the CDT market overall and for certain

23                    CDT customers;

24           (e)      exchanging CDT sales, production, market share, and pricing

25                    information for the purpose of implementing, monitoring, and enforcing

26                    adherence to the agreed-upon prices, output reduction, and market share

27                    allocation;

28           (f)      implementing an auditing system that permitted coconspirators to visit each

INDICTMENT – PAGE 2

1    other's production facilities to verify that CDT production lines had been

2    shut down as agreed;

3    (g)    authorizing and approving the participation of subordinate employees in the

4    conspiracy;

5    (h)    issuing price quotations and reducing output in accordance with the

6    agreements reached; and

7    (i)    taking steps to conceal the conspiracy and conspiratorial contacts through

8    various means.

9                                         III.

10                       DEFENDANT AND COCONSPIRATORS

11    6.    Defendant WEN JUN CHENG is a resident of Taiwan, Republic of China. From

12    at least as early as January 1999 and continuing until at least September 2004, WEN JUN

13    CHENG was employed by Company A and, beginning in March 2002, was Assistant Vice

14    President of Sales and Marketing for Company A. During the period covered by this Indictment,

15    Company A was a Taiwanese company engaged in the business of producing and selling, among

16    other things, CDTs to customers in the United States and elsewhere.

17    7.    Various corporations and individuals not made defendants in this Indictment

18    participated as coconspirators in the offense charged in this Indictment and performed acts and

19    made statements in furtherance of it.

20    8.    Whenever in this Indictment reference is made to any act, deed, or transaction of

21    any corporation, the allegation means that the corporation engaged in the act, deed, or transaction

22    by or through its officers, directors, employees, agents, or other representatives while they were

23    actively engaged in the management, direction, control, or transaction of its business or affairs.

24                                         IV.

25                            TRADE AND COMMERCE

26    9.    CDTs are a type of cathode ray tube. Cathode ray tubes consist of evacuated glass

27    envelopes that contain an electron gun and a phosphorescent screen. When electrons strike the

28    screen, light is emitted, creating an image on the screen. CDTs are the specialized cathode ray

INDICTMENT – PAGE 3

1  tubes manufactured for use in computer monitors and other products with similar technological

2  requirements.

3          10.     During the period covered by this Indictment, Company A and coconspirators sold

4  and distributed substantial quantities of CDTs in a continuous and uninterrupted flow of interstate

5  and foreign trade and commerce to customers located in states or countries other than the states or

6  countries in which Company A and coconspirators produced CDTs.  In addition, payments for

7  CDTs traveled in interstate and foreign trade and commerce.

8          11.     During the period covered by this Indictment, the business activities of the

9  defendant and coconspirators related to the sale and distribution of CDTs that are the subject of

10  this Indictment were within the flow of, and substantially affected, interstate and foreign trade and

11  commerce.

12                                              V.

13                          JURISDICTION AND VENUE

14          12.     The combination and conspiracy charged in this Indictment was carried out, in

15  part, in the Northern District of California, within the five years preceding the filing of this

16  Indictment.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

INDICTMENT – PAGE 4

1    ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

2    DATED:                  8/18/09

3                                                    A TRUE BILL

4
     _____                       _____  8/18/09
5    Christine A. Varney                             FOREPERSON
     Assistant Attorney General

6
     _____                       _____
7    Scott D. Hammond                                Phillip H. Warren
     Deputy Assistant Attorney General               Chief, San Francisco Office

8
9    _____                       _____
     Marc Siegel                                     Lidia Maher
10   Director of Criminal Enforcement                Anna Tryon Pletcher
                                                     May Lee Heye
11   United States Department of Justice             Attorneys
     Antitrust Division                              U.S. Dept. of Justice, Antitrust Division
12                                                   450 Golden Gate Avenue
     _____                       Box 36046, Room 10-0101
13   Joseph P. Russoniello   for JPR                 San Francisco, CA 94102
     United States Attorney                          (415) 436-6660
14   Northern District of California

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     INDICTMENT – PAGE 5