# EXHIBIT D

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 15, United States Code, Section 1 (Conspiracy in Restraint of Trade)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───
▶ SEUNG-KYU LEE, a.k.a. SIMON LEE

DISTRICT COURT NUMBER
CR 10-0817 WHA

FILED
2010 NOV -9 P 2:51
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── PROCEEDING ───
Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   Melinda Haag
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Lidia Maher, Antitrust Div.

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET

Individuals:     SEUNG-KYU LEE, a.k.a. SIMON LEE

Offense Charged:     15 U.S.C. Section 1 (Conspiracy in Restraint of Trade)

<u>Maximum Penalties</u>:

1. A fine in an amount equal to the largest of:

    A.     $1,000,000.00

    B.     Twice the gross pecuniary gain derived from the crime.

    C.     Twice the gross pecuniary loss caused to the victims of the crime.

2. A term of imprisonment for ten years.

3. A term of supervised release of at least two years but not more than three years.

4. $100 special assessment.

5. Restitution.

CR 10-0817 WHA (filing stamp: FILED 2010 NOV -9, Richard W. Wieking, Clerk, U.S. District Court, Northern District of California)

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Title 15, United States Code, Section 1 (Conspiracy in Restraint of Trade)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CR 10 0817

**DEFENDANT - U.S.**
YEONG-UG YANG, a.k.a. YEONG-WOO YANG, a.k.a.
YONG-SHU YANG, a.k.a. YONG-SHU LIANG, a.k.a.
YOUNG-UK YANG, a.k.a. YEONG-EUG YANG, a.k.a.
ALBERT YANG

DISTRICT COURT NUMBER

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    Melinda Haag
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Lidia Maher, Antitrust Div.

**DEFENDANT**

IS **NOT** IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET

Individuals:     YEONG-UG YANG, a.k.a. YEONG-WOOK YANG, a.k.a. YONG-SHU YANG, a.k.a. YONG-SHU LIANG, a.k.a. YOUNG-UK YANG, a.k.a. YEONG-EUG YANG, a.k.a. ALBERT YANG

Offense Charged:     15 U.S.C. Section 1 (Conspiracy in Restraint of Trade)

Maximum Penalties:

1. A fine in an amount equal to the largest of:

    A. $1,000,000.00

    B. Twice the gross pecuniary gain derived from the crime.

    C. Twice the gross pecuniary loss caused to the victims of the crime.

2. A term of imprisonment for ten years.

3. A term of supervised release of at least two years but not more than three years.

4. $100 special assessment.

5. Restitution.


AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2010 NOV -9 … 2:57
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 15, United States Code, Section 1 (Conspiracy in Restraint of Trade)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

### DEFENDANT - U.S.

▶ JAE-SIK KIM

**DISTRICT COURT NUMBER**
CR 10 0817 WHA

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Melinda Haag
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Lidia Maher, Antitrust Div.

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed; since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

PENALTY SHEET

Individuals:        JAE-SIK KIM

Offense Charged:    15 U.S.C. Section 1 (Conspiracy in Restraint of Trade)

FILED
2010 NOV -9  P 2:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 10 0817 WHA

Maximum Penalties:

1. A fine in an amount equal to the largest of:

    A. $1,000,000.00

    B. Twice the gross pecuniary gain derived from the crime.

    C. Twice the gross pecuniary loss caused to the victims of the crime.

2. A term of imprisonment for ten years.

3. A term of supervised release of at least two years but not more than three years.

4. $100 special assessment.

5. Restitution.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2010 NOV -9  P 2:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**CR 10 0817**

SEUNG-KYU LEE, a.k.a. SIMON LEE;
YEONG-UG YANG, a.k.a.
YEONG-WOOK YANG, a.k.a.
YONG-SHU YANG, a.k.a. YONG-SHU
LIANG, a.k.a., YOUNG-UK YANG, a.k.a.
YEONG-EUG YANG, a.k.a. ALBERT
YANG; and JAE-SIK KIM

DEFENDANT(S).

## INDICTMENT

Title 15 U.S.C. Section 1 (Conspiracy in Restraint of Trade)

---

A true bill.

_____
Foreman

Filed in open court this ___9___ day of
November, 2010

BETTY P. LEE    Clerk

Bail, $ No Bail Warrant

Timothy J. Bommer
U.S. Magistrate Judge

1  LIDIA MAHER (CSBN 222253)
   MAY LEE HEYE (CSBN 209366)
2  TAI S. MILDER (CSBN 267070)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA 94102
5  Telephone: (415) 436-6660

6  Attorneys for the United States

7

              UNITED STATES DISTRICT COURT
8
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                  SAN FRANCISCO DIVISION
10
                                              CR 10 0817

11 | UNITED STATES OF AMERICA      ) No.
                                   )
12 |         v.                    ) **INDICTMENT**
                                   )
13 | SEUNG-KYU LEE, a.k.a. SIMON LEE; ) VIOLATION:
   | YEONG-UG YANG, a.k.a.         ) Title 15, United States Code,
14 | YEONG-WOOK YANG, a.k.a.       ) Section 1 (Conspiracy in Restraint of Trade)
   | YONG-SHU YANG, a.k.a. YONG-SHU )
15 | LIANG, a.k.a., YOUNG-UK YANG, a.k.a. ) San Francisco Venue
   | YEONG-EUG YANG, a.k.a. ALBERT )
16 | YANG; and JAE-SIK KIM,        )
                                   )
17 |         Defendants.           )
   |_____)
18

19      The Grand Jury charges that:

20                              I.

21              DESCRIPTION OF THE OFFENSE

22      1.      The following individuals are hereby indicted and made defendants on the charge

23 stated below: SEUNG-KYU LEE, a.k.a. SIMON LEE; YEONG-UG YANG, a.k.a. YEONG-

24 WOOK YANG, a.k.a. YONG-SHU YANG, a.k.a. YONG-SHU LIANG, a.k.a. YOUNG-UK YANG,

25 a.k.a. YEONG-EUG YANG, a.k.a. ALBERT YANG; and JAE-SIK KIM.

26      2.      Beginning at least as early as January 1997, until at least as late as March 2006,

27 the exact dates being unknown to the Grand Jury, coconspirators of the defendants joined,

28 entered into, and engaged in a combination and conspiracy to suppress and eliminate competition

INDICTMENT – PAGE 1

1  by fixing prices, reducing output, and allocating market shares of color display tubes ("CDTs") to
2  be sold in the United States and elsewhere. The combination and conspiracy engaged in by the
3  defendants and coconspirators was in unreasonable restraint of interstate and foreign trade and
4  commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).
5      3.   Defendant SEUNG-KYU LEE joined and participated in the conspiracy from at
6  least as early as January 2000 and continuing until at least December 2005.
7      4.   Defendant YEONG-UG YANG joined and participated in the conspiracy from at
8  least as early as June 2003 and continuing until at least March 2006.
9      5.   Defendant JAE-SIK KIM joined and participated in the conspiracy from at least as
10 early as June 2003 and continuing until at least March 2006.
11     6.   The charged combination and conspiracy consisted of a continuing agreement,
12 understanding, and concert of action among the defendants and coconspirators, the substantial
13 terms of which were to agree to fix prices, reduce output, and allocate market shares of CDTs to
14 be sold in the United States and elsewhere for use in computer monitors and other products with
15 similar technological requirements.

## II.

## MEANS AND METHODS OF THE CONSPIRACY

7.   For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and coconspirators did those things that they combined and conspired to do, including, among other things:

    (a) attending meetings and engaging in conversations and communications in Taiwan, Korea, Malaysia, China, and elsewhere to discuss the prices, output, and market shares of CDTs;

    (b) agreeing during those meetings, conversations, and communications to charge prices of CDTs at certain target levels or ranges;

    (c) agreeing during those meetings, conversations, and communications to reduce output of CDTs by shutting down CDT production lines for certain periods of time;

INDICTMENT – PAGE 2

(d) agreeing during those meetings, conversations, and communications to allocate target market shares for the CDT market overall and for certain CDT customers;

(e) exchanging CDT sales, production, market share, and pricing information for the purpose of implementing, monitoring, and enforcing adherence to the agreed-upon prices, output reduction, and market share allocation;

(f) implementing an auditing system that permitted coconspirators to visit each other's production facilities to verify that CDT production lines had been shut down as agreed;

(g) authorizing and approving the participation of subordinate employees in the conspiracy;

(h) issuing price quotations and reducing output in accordance with the agreements reached; and

(i) taking steps to conceal the conspiracy and conspiratorial contacts through various means.

III.

DEFENDANTS AND COCONSPIRATORS

8. Defendant SEUNG-KYU LEE is or was a resident of Korea. From at least as early as January 2000 and continuing until at least December 2005, SEUNG-KYU LEE was employed by Company A and later by Company B. Company B was a joint venture formed in approximately 2001 between Company A and Company C. Beginning around 2004, SEUNG-KYU LEE was responsible for CDT sales for Company B. During the period covered by this Indictment, Company A was a Korean company, and Company B was a company incorporated in the Netherlands, headquartered in Hong Kong, and engaged in the business of producing and selling, among other things, CDTs to customers in the United States and elsewhere.

9. Defendant YEONG-UG YANG is or was a resident of Korea. From at least as early as June 2003 and continuing until at least March 2006, YEONG-UG YANG was employed

INDICTMENT – PAGE 3

by Company B and, beginning around 2004, was responsible for CRT sales for Company B. During the period covered by this Indictment, Company B was a company incorporated in the Netherlands, headquartered in Hong Kong, and engaged in the business of producing and selling, among other things, CDTs to customers in the United States and elsewhere.

10. Defendant JAE-SIK KIM is or was a resident of Korea. From at least as early as June 2003 and continuing until at least March 2006, JAE-SIK KIM was employed by Company D and, beginning around 2002, was CRT Sales Division Head for Company D. During the period covered by this Indictment, Company D was a Korean company engaged in the business of producing and selling, among other things, CDTs to customers in the United States and elsewhere.

11. Various corporations and individuals not made defendants in this Indictment participated as coconspirators in the offense charged in this Indictment and performed acts and made statements in furtherance of it.

12. Whenever in this Indictment reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

## IV.
## TRADE AND COMMERCE

13. CDTs are a type of cathode ray tube. Cathode ray tubes consist of evacuated glass envelopes that contain an electron gun and a phosphorescent screen. When electrons strike the screen, light is emitted, creating an image on the screen. CDTs are the specialized cathode ray tubes manufactured for use in computer monitors and other products with similar technological requirements.

14. During the period covered by this Indictment, Company B, Company D, and coconspirators sold and distributed substantial quantities of CDTs in a continuous and uninterrupted flow of interstate and foreign trade and commerce to customers located in states or countries other than the states or countries in which Company B, Company D, and coconspirators produced CDTs. In addition, payments for CDTs traveled in interstate and foreign trade and

INDICTMENT – PAGE 4

commerce.

15. During the period covered by this Indictment, the business activities of the defendants and coconspirators related to the sale and distribution of CDTs that are the subject of this Indictment were within the flow of, and substantially affected, interstate and foreign trade and commerce.

V.

JURISDICTION AND VENUE

16. The combination and conspiracy charged in this Indictment was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Indictment.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

DATED:

_____
Christine A. Varney
Assistant Attorney General

_____
Scott D. Hammond
Deputy Assistant Attorney General

United States Department of Justice
Antitrust Division

_____
Melinda L. Haag
United States Attorney
Northern District of California

A TRUE BILL

_____
FOREPERSON

_____
Phillip H. Warren
Chief, San Francisco Office

_____
Lidia Maher
May Lee Heye
Tai S. Milder
Attorneys
U.S. Dept. of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660

INDICTMENT – PAGE 5