(Stipulating Parties Listed on Signature Pages)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Sharp Elecs. Corp. v. Hitachi Ltd.*<br>Case No. 3:13-cv-1173-SC<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*<br>Case No. 3:13-cv-2776-SC | **Master Case No. 3:07-cv-5944-SC<br>MDL No. 1917**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS THE SHARP COMPLAINT** |

1     Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned Defendants and Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp" or the "Stipulating Plaintiffs") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT finished products, captioned as In re: Cathode Ray Tube (CRT) Antitrust Litigation, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, on March 15, 2013, Sharp filed a Summons and Complaint in the Northern District of California, Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., Case No. 13-cv-1173 (the "Sharp Action");

WHEREAS, on March 26, 2013, this Court entered an Order finding that Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al. is related to the MDL Proceedings (MDL Dkt. No. 1608);

WHEREAS, on April 23, 2013, Sharp filed a Stipulation and Proposed Order Regarding the Complaint in the Sharp Action (MDL Dkt. 1649) requesting the Court to enter an order authorizing the Defendants and Sharp, once the Court has ruled on the Defendants' motions to dismiss and for judgment on the pleadings with respect to certain Direct Action Plaintiff complaints (MDL Dkt. Nos. 1316, 1317, 1319), to set a reasonable deadline for Defendants' answers and/or a reasonable briefing schedule for Defendants' motions to dismiss Sharp's Complaint;

WHEREAS, on April 24, 2013, the Court entered an Order pursuant to the Stipulation Regarding the Complaint in the Sharp Action (MDL Dkt. No. 1652);

WHEREAS, on May 17, 2013, Thomson Consumer Electronics, Inc. ("Thomson") filed a Notice of Motion and Motion to Dismiss Sharp's claims in the Sharp Action (MDL Dkt. No. 1677);

1

STIPULATION AND [PROPOSED] ORDER                                          Case No. 07-5944 SC
RE: DEFENDANTS' MOTION TO DISMISS THE SHARP COMPLAINT                     MDL NO. 1917
US_ACTIVE:\44367326\9\62130.0354

WHEREAS, on September 26, 2013, the Court entered an Order granting Thomson's Motion to Dismiss and granting Sharp thirty (30) days from the date of this Order to file an amended complaint (MDL Dkt. 1960);

WHEREAS, on October 1, 2013, undersigned Defendants filed a Stipulation and Proposed Order Setting Schedule for Defendants to Answer or Otherwise Respond to the Dell Amended Complaint, Sharp Complaint, and Tech Data Amended Complaint (MDL Dkt. 1969), to set deadlines for Defendants' answers and/or motions to dismiss Sharp's Complaint;

WHEREAS, on October 1, 2013, the Court entered an Order pursuant to the Stipulation and Proposed Order Setting Schedule for Defendants to Answer or Otherwise Respond to the Dell Amended Complaint, Sharp Complaint, and Tech Data Amended Complaint (MDL Dkt. 1971);

WHEREAS, on October 7, 2013, pursuant to the stipulated deadline, the Defendants filed a Joint Notice of Motion and Motion to Dismiss certain of Sharp's state law claims (MDL Dkt. No. 1992) ("Defendants' Joint Motion to Dismiss");

WHEREAS, on October 7, 2013, pursuant to the stipulated deadline, Defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Electronic Components, Inc.; and Toshiba America Information Systems, Inc. (collectively, "Toshiba Defendants") filed a Notice of Motion and Motion to Dismiss Sharp's federal and state law claims (MDL Dkt. No. 2000) ("Toshiba Defendants' Motion to Dismiss");

WHEREAS, on October 28, 2013, Sharp filed a First Amended Complaint and Demand for Jury Trial (Attachment 4, filed under seal, to MDL Dkt. No. 2030) (the "Sharp First Amended Complaint");

WHEREAS, on November 6, 2013, Sharp filed an Opposition to Defendants' Joint Motion to Dismiss (MDL Dkt. 2194) and an Opposition to Toshiba Defendants' Motion to Dismiss (MDL Dkt. 2195);

WHEREAS, on November 20, 2013, Defendants filed a joint Reply in support of Defendants' Joint Motion to Dismiss (MDL Dkt. 2231) and Toshiba Defendants filed a Reply in support of Toshiba Defendants' Motion to Dismiss (MDL Dkt. 2229);

WHEREAS, the Stipulating Plaintiffs and the Defendants seek to resolve the Defendants' arguments in a manner that conserves the resources of the Court and avoids repetitive briefing on the same issues;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for the Stipulating Plaintiffs and counsel for the undersigned Defendants in the above-captioned actions, as follows:

1. The Stipulating Plaintiffs and Defendants agree that Defendants' Joint Motion to Dismiss (MDL Dkt. No. 1992) and Toshiba Defendants' Motion to Dismiss (MDL Dkt. No. 2000) shall be deemed to apply to the Sharp First Amended Complaint;

2. The undersigned Defendants do not need to otherwise respond to the Sharp First Amended Complaint;

3. In the event that the Court grants either motion to dismiss with leave to amend, the undersigned Defendants will not argue that, because Sharp filed its First Amended Complaint, it should be prohibited from filing a Second Amended Complaint consistent with the Court's order. Additionally, at oral argument on Defendants' Joint Motion to Dismiss and Toshiba Defendants' Motion to Dismiss, the undersigned Defendants will not argue that Sharp's First Amended Complaint should be dismissed with prejudice for the reason that Sharp has already been given one opportunity to file an amended complaint and correct pleading deficiencies; Sharp agrees that this limitation does not prevent Defendants from arguing that Sharp's First Amended Complaint should be dismissed with prejudice for any other reason; and

4. By virtue of this Stipulation, the undersigned Defendants and the Stipulating Plaintiffs do not waive any of their appeal rights to any issues addressed and resolved in this Stipulation.

| | |
|---|---|
| Dated:  December 2, 2013 | Respectfully submitted, |
| | By: */s/ Adam C. Hemlock*<br>DAVID L. YOHAI (*pro hac vice*)<br>E-mail: david.yohai@weil.com<br>ADAM C. HEMLOCK (*pro hac vice*)<br>E-mail: adam.hemlock@weil.com<br>DAVID E. YOLKUT (*pro hac vice)*<br>E-mail: david.yolkut@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
| | JEFFREY L. KESSLER (*pro hac vice*)<br>E-mail: jkessler@winston.com<br>A. PAUL VICTOR (*pro hac vice*)<br>E-mail: pvictor@winston.com<br>ALDO A. BADINI (SBN 257086)<br>E-mail: ABadini@winston.com<br>EVA W. COLE (*pro hac vice*)<br>E-mail: ewcole@winston.com<br>MOLLY M. DONOVAN<br>E-mail: mmdonovan@winston.com<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| | *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* |
| | By: */s/ Lucius B. Lau*<br>CHRISTOPHER M. CURRAN (*pro hac vice*)<br>E-mail: ccurran@whitecase.com<br>LUCIUS B. LAU (*pro hac vice*)<br>E-mail: alau@whitecase.com<br>DANA E. FOSTER (*pro hac vice*)<br>E-mail: defoster@whitecase.com<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355 |

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

By: */s/ Erik T. Koons*
JOHN M. TALADAY (*pro hac vice*)
E-mail: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
E-mail: joseph.ostoyich@ bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
E-mail: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
E-mail: charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

By: */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
E-mail: Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
E-mail: William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
E-mail: Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
E-mail: Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

```
 1                                By: /s/ Eliot A. Adelson
                                  ELIOT A. ADELSON (SBN 205284)
 2                                E-mail: eadelson@kirkland.com
                                  KIRKLAND & ELLIS LLP
 3                                555 California Street
                                  27th Floor
 4                                San Francisco, CA 94104
                                  Telephone: (415) 439-1413
 5                                Facsimile: (415) 439-1500
 6
                                  Attorneys for Defendants Hitachi, Ltd.; Hitachi
 7                                Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi
                                  America, Ltd.; Hitachi Asia, Ltd.; and Hitachi
 8                                Electronic Devices (USA), Inc.
 9
                                  By: /s/ James McGinnis
10                                GARY L. HALLING (SBN 66087)
                                  E-mail: ghalling@sheppardmullin.com
11                                JAMES L. MCGINNIS (SBN 95788)
                                  E-mail: jmcginnis@sheppardmullin.com
12                                MICHAEL W. SCARBOROUGH, (SBN 203524)
                                  E-mail: mscarborough@sheppardmullin.com
13                                SHEPPARD MULLIN RICHTER & HAMPTON
                                  Four Embarcadero Center, 17th Floor
14                                San Francisco, CA 94111
                                  Telephone: (415) 434-9100
15                                Facsimile: (415) 434-3947
16
17                                Attorneys for Defendants Samsung SDI America,
                                  Inc.; Samsung SDI Co., Ltd.; Samsung SDI
18                                (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.
                                  DE C.V.; Samsung SDI Brasil Ltda.; Shenzen
19                                Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co.,
                                  Ltd.
20
21                                By: /s/ Craig A. Benson
                                  KENNETH A. GALLO (pro hac vice)
22                                E-mail: kgallo@paulweiss.com
                                  JOSEPH J. SIMONS (pro hac vice)
23                                E-mail: jsimons@paulweiss.com
                                  CRAIG A. BENSON (pro hac vice)
24                                E-mail: cbenson@paulweiss.com
                                  PAUL, WEISS, RIFKIND, WHARTON &
25                                GARRISON LLP
                                  2001 K Street, NW
26                                Washington, DC 20006
                                  Telephone: (202) 223-7356
27                                Facsimile: (202) 204-7356
28
```

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                                                Hon. Samuel Conti
                                                                United States District Judge