# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
415.434.9100 main
415.434.3947 main fax
www.sheppardmullin.com

Writer's Direct Line: 415-774-3234
ghalling@sheppardmullin.com

December 2, 2013

Our File Number: 08Z8-134298

**VIA ECF**
The Honorable Samuel Conti
Senior United States District Judge
United States District Court
Northern District of California
Courtroom No. 1, 17th Fl.
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *In re: Cathode Ray Tube (CRT) Antitrust Litigation*
     Master File No. 07-5944 SC; MDL No. 1917

Dear Judge Conti:

I write on behalf of Samsung SDI defendants in response to a letter from Mr. Saveri, counsel for direct purchaser plaintiffs ("DPPs") to the Court, dated November 26, 2013, suggesting that the Court decide the DPPs' class motion without a hearing. The sole basis stated is that the Court already has certified an indirect purchaser plaintiff ("IPP") class.

SDI disagrees with the DPPs' suggestion. The Court's certification of the IPP class has nothing to do with this. The DPPs' class motion raises many different issues that were not germane to certifying the IPP class, including unique over-breadth, standing and ascertainability concerns. For example, the IPP class did not combine both direct *and* indirect purchasers, as the DPPs propose to do here. Moreover, the IPPs' claims are under various state *Illinois Brick* repealer statutes, not the Sherman Act, which – subject to narrow exceptions – generally bars indirect purchaser claims and imposes strict standing requirements.

SDI respectfully requests a conference at the Court's convenience, or with Judge Walker, as appropriate, to set a hearing date for the DPPs' class motion.

Respectfully,

*/s/ Gary Halling*

Gary L. Halling
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
cc:     All counsel via ECF
SMRH:414228756.2