Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7356
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation*,
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S MOTION TO COMPEL** |

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp").  I am a member of the bar of the State of Maryland and I am admitted to practice before this court *pro hac vice*.

2. I submit this declaration in support of Sharp's Motion to Compel.  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. Pursuant to Fed. R. Civ. P. 37 and Local Rule 37, Sharp has in good faith conferred with the Toshiba and Panasonic defendants in an effort to obtain discovery without court action.  The substance of those conferences is recounted in Exhibits L through P attached hereto.  Sharp also has contacted the Direct Purchaser Plaintiffs in attempts to obtain materials from that plaintiff class that would be helpful in evaluating the Toshiba and Panasonic defendants' responses, but the Direct Purchaser Plaintiffs have not provided any such materials or information to Sharp.

4. Exhibit A is a true and correct copy of the redacted Expert Report of Robert D. Willig, dated December 17, 2012.

5. Exhibit B is a true and correct copy of the Direct Purchaser Plaintiffs' First Set of Interrogatories, dated March 12, 2010.

6. Exhibit C is a true and correct copy of Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012.

7. Exhibit D is a true and correct copy of Toshiba America Electronic Components, Inc.'s Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012.

8. Exhibit E is a true and correct copy of Attachment A to the Responses and Objections of Defendants Panasonic Corp. of North America, MT Picture Display Co., Ltd., and Panasonic Corp. (f/k/a Matsushita Electric Industrial Co., Ltd.) to Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s First Set of Interrogatories to Defendants.

1    9.  Exhibit F is a true and correct copy of Sharp's First Set of Interrogatories to Defendants,

2    served on September 19, 2013.

3    10.  Exhibit G is a true and correct copy of Toshiba Corporation's Objections and Responses to

4    Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s First

5    Set of Interrogatories to Defendants, dated October 24, 2013.

6    11.  Exhibit H is a true and correct copy of Toshiba America Electronic Components, Inc.'s

7    Objections and Responses to Sharp Electronics Corporation and Sharp Electronics Manufacturing

8    Company of America, Inc.'s First Set of Interrogatories to Defendants, dated October 24, 2013.

9    12.  Exhibit I is a true and correct copy of Toshiba America, Inc.'s Objections and Responses to

10   Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s First

11   Set of Interrogatories to Defendants, dated October 24, 2013.

12   13.  Exhibit J is a true and correct copy of Toshiba America Information Systems, Inc.'s

13   Objections and Responses to Sharp Electronics Corporation and Sharp Electronics Manufacturing

14   Company of America, Inc.'s First Set of Interrogatories to Defendants, dated October 24, 2013.

15   14.  Exhibit K is a true and correct copy of the Responses and Objections of Defendants

16   Panasonic Corp. of North America, MT Picture Display Co., Ltd., and Panasonic Corp. (f/k/a Matsushita

17   Electric Industrial Co., Ltd.) to Plaintiffs Sharp Electronics Corporation and Sharp Electronics

18   Manufacturing Company of America, Inc.'s First Set of Interrogatories to Defendants, dated October 24,

19   2013.

20   15.  Exhibit L is a true and correct copy of the letter dated November 1, 2013 from William

21   Blaise Warren to Dana E. Foster.

22   16.  Exhibit M is a true and correct copy of the letter dated November 5, 2013 from Dana E.

23   Foster to William Blaise Warren.

24   17.  Exhibit N is true and correct copy of the letter dated November 7, 2013 from William Blaise

25   Warren to Dana E. Foster.

26   18.  Exhibit O is a true and correct copy of the letter dated November 7, 2013 from William

27   Blaise Warren to Kevin B. Goldstein.

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S MOTION TO COMPEL
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

1    19.  Exhibit P is a true and correct copy of the letter dated November 13, 2013 from Lara Veblen

2    to William Blaise Warren.

3

4    I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct.

6    Executed this 3rd day of December, 2013, in Washington, D.C.

7

8                    */s/ Craig A. Benson*

9                        Craig A. Benson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S MOTION TO COMPEL
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173