# E̲x̲h̲i̲b̲i̲t̲ ̲L̲

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS     (1927-1950)
JOHN F. WHARTON    (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7348

WRITER'S DIRECT FACSIMILE
(202) 204-7378

WRITER'S DIRECT E-MAIL ADDRESS
bwarren@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                JEH C. JOHNSON
CRAIG A. BENSON              MARK F. MENDELSOHN*
PATRICK S. CAMPBELL          ALEX YOUNG K. OH
CHARLES E. DAVIDOW           JOSEPH J. SIMONS
KENNETH A. GALLO             BETH A. WILKINSON

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*           MEREDITH J. KANE*
ALLAN J. ARFFA*              ROBERTA A. KAPLAN*
ROBERT A. ATKINS*            BRAD S. KARP*
JOHN F. BAUGHMAN*            JOHN C. KENNEDY*
LYNN B. BAYARD*              ALAN W. KORNBERG
DANIEL J. BELLER*            DANIEL J. KRAMER*
MITCHELL L. BERG*            DAVID K. LAKHDHIR
MARK S. BERGMAN*             STEPHEN P. LAMB*
BRUCE BIRENBOIM*             JOHN E. LANGE*
H. CHRISTOPHER BOEHNING*     DANIEL J. LEFFELL*
ANGELO BONVINO*              XIAOYU GREG LIU*
JAMES L. BROCHIN             JEFFREY D. MARELL*
RICHARD J. BRONSTEIN*        MARCO V. MASOTTI*
DAVID W. BROWN*              EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*          DAVID W. MAYO*
JESSICA S. CAREY*            ELIZABETH R. McCOLM*
JEANETTE K. CHAN*            WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*           TOBY S. MYERSON*
LEWIS R. CLAYTON             CATHERINE NYARADY*
JAY COHEN                    JOHN J. O'NEIL*
KELLEY A. CORNISH*           BRAD R. OKUN*
CHRISTOPHER J. CUMMINGS*     KELLEY D. PARKER*
DOUGLAS R. DAVIS*            MARC E. PERLMUTTER*
THOMAS V. DE LA BASTIDE III* VALERIE E. RADWANER*
ARIEL J. DECKELBAUM*         CARL L. REISNER*
ALICE BELISLE EATON*         WALTER G. RICCIARDI*
ANDREW J. EHRLICH*           WALTER RIEMAN*
GREGORY A. EZRING*           RICHARD A. ROSEN*
LESLIE GORDON FAGEN          ANDREW N. ROSENBERG*
MARC FALCONE*                JACQUELINE P. RUBIN*
ANDREW C. FINCH              RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*         JEFFREY D. SAFERSTEIN*
ROBERTO FINZI                JEFFREY B. SAMUELS*
PETER E. FISCH*              DALE M. SARRO
ROBERT C. FLEDER*            TERRY E. SCHIMEK*
MARTIN FLUMENBAUM            KENNETH M. SCHNEIDER*
ANDREW J. FOLEY*             ROBERT B. SCHUMER*
HARRIS B. FREIDUS*           JAMES H. SCHWAB*
MANUEL S. FREY*              JOHN M. SCOTT*
ANDREW L. GAINES*            STEPHEN J. SHIMSHAK*
MICHAEL E. GERTZMAN*         DAVID R. SICULAR*
PAUL D. GINSBERG*            MOSES SILVERMAN*
ADAM M. GIVERTZ*             STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*      MARILYN SOBEL*
ROBERT D. GOLDBAUM*          AUDRA J. SOLOWAY*
NEIL GOLDMAN*                TARUN M. STEWART*
ERIC S. GOLDSTEIN*           ERIC ALAN STONE*
ERIC GOODISON*               AIDAN SYNNOTT*
CHARLES H. GOOGE, JR.*       ROBYN F. TARNOFSKY*
ANDREW G. GORDON*            MONICA K. THURMOND*
UDI GROFMAN*                 DANIEL J. TOAL*
NICHOLAS GROOMBRIDGE*        LIZA M. VELAZQUEZ*
BRUCE A. GUTENPLAN*          MARIA T. VULLO*
GAINES GWATHMEY, III*        LAWRENCE G. WEE*
ALAN S. HALPERIN*            THEODORE V. WELLS, JR.
JUSTIN G. HAMILL*            STEVEN J. WILLIAMS*
CLAUDIA HAMMERMAN*           LAWRENCE I. WITDORCHIC*
GERARD E. HARPER             MARK B. WLAZLO*
BRIAN S. HERMANN*            JULIA T.M. WOOD
ROBERT M. HIRSH*             JORDAN E. YARETT*
MICHELE HIRSHMAN*            KAYE N. YOSHINO*
MICHAEL S. HONG*             TONG YU*
JOYCE S. HUANG*              TRACEY A. ZACCONE*
DAVID S. HUNTINGTON*         T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

November 1, 2013

Via Email

Dana E. Foster
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
defoster@whitecase.com

   RE: In re CRT Antitrust Litigation, No. 07-cv-5944 (N.D. Cal.)

Dear Dana:

   Thank you for conferring with us on October 30, 2013. This letter memorializes our discussions. They concerned the Objections and Responses to Sharp's First Set of Interrogatories (the "Interrogatories") filed by defendants Toshiba America, Inc. ("TAI"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba Corporation, and Toshiba America Electronic Components, Inc. ("TAEC"), dated October 24, 2013.

   We noted that Toshiba Corp.'s Responses to the Direct Purchaser Plaintiff ("DPP") First Set of Interrogatories Nos. 4 and 5 – to which Sharp was referred in Toshiba Corp.'s responses to Sharp's Interrogatories – are not responsive to Sharp's Interrogatories Nos. 2 and 3, because they contain customer exchanges and are not limited to the U.S., Mexico, and Brazil. You understood that our Interrogatories asked

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Dana E. Foster     2

only about discussions outside the context of a customer-supplier relationship and only to the extent they relate to the U.S., Mexico, and Brazil. You agreed that Toshiba Corp.'s response to DPP Interrogatory No. 4 references documents that include customer agreements and geographies beyond the U.S., Mexico, and Brazil. You also agreed that Toshiba Corp.'s response to DPP Interrogatory No. 5 provides information regarding meetings and communications, including those that occurred in the context of a customer-supplier relationship, in geographies beyond the U.S., Mexico, and Brazil.

Moreover, you confirmed that the documents listed in Toshiba Corp.'s responses to DPP Interrogatory No. 4 and the meetings and communications identified in response to DPP Interrogatory No. 5 do not correlate with one another, such that the meetings listed in response to DPP Interrogatory No. 5 cannot be identified by referring to the list of documents identified in Toshiba Corp.'s response to DPP Interrogatory No. 4. Toshiba maintains that Sharp must search through the documents Toshiba has produced in this litigation, and those of other defendants, in order to determine whether the meetings and communications Toshiba Corp. listed in response to DPP Interrogatory No. 5 related to the United States, Mexico or Brazil and occurred outside the context of a customer-supplier relationship. Toshiba acknowledges that Sharp cannot do this merely by referring to the documents identified by Toshiba Corp. in response to the DPP's Interrogatory No. 4.

You have not identified which communications and meetings occurred outside the context of a customer-supplier relationship and relate to the U.S., Mexico, and Brazil, or pointed Sharp to the location and identity of documents that would enable Sharp to do so. You have not explained how or why Toshiba's burden would be the same as the burden on Sharp to review the information which you identified in the DPP Interrogatories Nos. 4 and 5 and the mass of records Toshiba has produced in this litigation, in order to determine which meetings and communications are responsive to Sharp's Interrogatories Nos. 2 and 3. Nor have you explained whether the answers to Sharp's Interrogatories Nos. 2 and 3 are readily available to Toshiba, ascertainable to Toshiba without much additional effort, or whether Toshiba already has done the research necessary to answer Sharp's Interrogatories Nos. 2 and 3 in preparing its own case.

Regarding TAEC's responses to Interrogatories Nos. 2 and 3, your position is also that Sharp must review Toshiba's productions to identify documents that may be responsive to Sharp's Interrogatories Nos. 2 and 3, because the documents and meetings referenced in TAEC's response to DPP Interrogatories Nos. 4 and 5 also do not track with each other.

Finally, we discussed TAI's and TAIS's objections and responses, in which you referred Sharp to TAI's and TAIS's Objections and Responses and Supplemental Responses to the DPPs' First Set of Interrogatories. Thank you for

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Dana E. Foster                                                                                                                  3

agreeing to send us those TAI and TAIS responses, and we look forward to receiving them.

>                    Best regards,
>
>                    *[signature]*
>
>                    Blaise Warren