# EXHIBIT N

# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(202) 223-7348

WRITER'S DIRECT FACSIMILE

(202) 204-7378

WRITER'S DIRECT E-MAIL ADDRESS

bwarren@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                MARK F. MENDELSOHN
CRAIG A. BENSON              ALEX YOUNG K. OH
PATRICK S. CAMPBELL          JOSEPH J. SIMONS
CHARLES E. DAVIDOW           ALEXANDRA M. WALSH
KENNETH A. GALLO             BETH A. WILKINSON
JEH C. JOHNSON

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*           MEREDITH J. KANE*
ALLAN J. ARFFA*              ROBERTA A. KAPLAN*
ROBERT A. ATKINS*            BRAD S. KARP*
JOHN F. BAUGHMAN*            JOHN C. KENNEDY*
LYNN B. BAYARD*              ALAN W. KORNBERG
DANIEL J. BELLER             DANIEL J. KRAMER*
MITCHELL L. BERG*            DAVID K. LAKHDHIR
MARK S. BERGMAN              STEPHEN P. LAMB*
BRUCE BIRENBOIM*             JOHN E. LANGE*
H. CHRISTOPHER BOEHNING*     DANIEL J. LEFFELL*
ANGELO BONVINO*              XIAOYU GREG LIU*
JAMES L. BROCHIN             JEFFREY D. MARELL*
RICHARD J. BRONSTEIN*        MARCO V. MASOTTI*
DAVID W. BROWN*              EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*          DAVID W. MAYO*
JESSICA S. CAREY*            ELIZABETH R. McCOLM*
JEANETTE K. CHAN*            WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*           TOBY S. MYERSON*
LEWIS R. CLAYTON*            CATHERINE NYARADY*
JAY COHEN                    JOHN J. O'NEIL
KELLEY A. CORNISH*           BRAD R. OKUN*
CHRISTOPHER J. CUMMINGS*     KELLEY D. PARKER*
DOUGLAS R. DAVIS*            MARC E. PERLMUTTER*
THOMAS V. DE LA BASTIDE III* VALERIE E. RADWANER*
ARIEL J. DECKELBAUM*         CARL L. REISNER*
ALICE BELISLE EATON*         WALTER G. RICCIARDI*
ANDREW J. EHRLICH*           WALTER RIEMAN*
GREGORY A. EZRING*           RICHARD A. ROSEN*
LESLIE GORDON FAGEN          ANDREW N. ROSENBERG*
MARC FALCONE*                JACQUELINE P. RUBIN*
ANDREW C. FINCH*             RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*         JEFFREY D. SAFERSTEIN*
ROBERTO FINZI                JEFFREY B. SAMUELS*
PETER E. FISCH*              DALE M. SARRO
ROBERT C. FLEDER*            TERRY E. SCHIMEK*
MARTIN FLUMENBAUM            KENNETH M. SCHNEIDER*
ANDREW J. FOLEY*             ROBERT B. SCHUMER*
HARRIS B. FREIDUS*           JAMES H. SCHWAB*
MANUEL S. FREY*              JOHN M. SCOTT*
ANDREW L. GAINES*            STEPHEN J. SHIMSHAK*
MICHAEL E. GERTZMAN*         DAVID R. SICULAR*
PAUL D. GINSBERG*            MOSES SILVERMAN*
ADAM M. GIVERTZ*             STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*      MARILYN SOBEL*
ROBERT D. GOLDBAUM*          AUDRA J. SOLOWAY*
NEIL GOLDMAN*                TARUN M. STEWART*
ERIC S. GOLDSTEIN*           ERIC ALAN STONE*
ERIC GOODISON*               AIDAN SYNNOTT*
CHARLES H. GOOGE, JR.*       ROBYN F. TARNOFSKY*
ANDREW G. GORDON*            MONICA K. THURMOND*
UDI GROFMAN*                 DANIEL J. TOAL*
NICHOLAS GROOMBRIDGE*        LIZA M. VELAZQUEZ*
BRUCE A. GUTENPLAN*          MARIA T. VULLO*
GAINES GWATHMEY, III*        LAWRENCE G. WEE*
ALAN S. HALPERIN*            THEODORE V. WELLS, JR.
JUSTIN G. HAMILL*            STEVEN J. WILLIAMS*
CLAUDIA HAMMERMAN*           LAWRENCE I. WITDORCHIC*
GERARD E. HARPER             MARK B. WLAZLO*
BRIAN S. HERMANN*            JULIA T.M. WOOD
ROBERT M. HIRSH*             JORDAN E. YARETT*
MICHELE HIRSHMAN*            KAYE N. YOSHINO*
MICHAEL S. HONG*             TONG YU*
JOYCE S. HUANG*              TRACEY A. ZACCONE*
DAVID S. HUNTINGTON*         T. ROBERT ZOCHOWSKI, JR.*
LORETTA A. IPPOLITO*

*NOT AN ACTIVE MEMBER OF THE DC BAR

November 7, 2013

Via Email

Dana E. Foster
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
defoster@whitecase.com

      RE: In re CRT Antitrust Litigation, No. 07-cv-5944 (N.D. Cal.)

Dear Dana:

      I write in response to your November 5, 2013 letter. Thank you for sending the discovery responses we requested during our October 30 call.

      As Sharp has consistently maintained, its First Set of Interrogatories ask different questions and require different answers than the Direct Purchaser Plaintiff ("DPP") First Set of Interrogatories Nos. 4 and 5 – to which Sharp was referred in Toshiba Corp.'s and TAEC's responses to Sharp's Interrogatories. We maintain that Toshiba Corp.'s and TAEC's responses to those DPP Interrogatories Nos. 4 and 5 are not responsive to Sharp's Interrogatories Nos. 2 and 3, because they contain customer exchanges and are not limited to the U.S., Mexico, and Brazil.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Dana E. Foster                                                                                      2

        We note that you still have not explained how or why Toshiba's burden would be the same as the burden on Sharp to review the information which you identified in the DPP Interrogatories Nos. 4 and 5 and the thousands of records Toshiba has produced in this litigation, in order to determine which meetings and communications are responsive to Sharp's Interrogatories Nos. 2 and 3. You also have not explained whether the answers to Sharp's Interrogatories Nos. 2 and 3 are readily available to Toshiba, ascertainable to Toshiba without much additional effort, or whether Toshiba already has done the research necessary to answer Sharp's Interrogatories Nos. 2 and 3 in preparing its own case. We ask again that you provide an explanation to these questions.

                              Best regards,

                              Blaise Warren