# EXHIBIT O

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
202-237-7348

WRITER'S DIRECT FACSIMILE
202-204-7378

WRITER'S DIRECT E-MAIL ADDRESS
bwarren@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL            MARK F. MENDELSOHN
CRAIG A. BENSON          ALEX YOUNG K. OH
PATRICK S. CAMPBELL      JOSEPH J. SIMONS
CHARLES E. DAVIDOW       ALEXANDRA M. WALSH
KENNETH A. GALLO         BETH A. WILKINSON
JEH C. JOHNSON

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*       MEREDITH J. KANE*
ALLAN J. ARFFA*          ROBERTA A. KAPLAN*
ROBERT A. ATKINS*        BRAD S. KARP*
JOHN F. BAUGHMAN*        JOHN C. KENNEDY*
LYNN B. BAYARD*          ALAN W. KORNBERG
DANIEL J. BELLER         DANIEL J. KRAMER*
MITCHELL L. BERG*        DAVID K. LAKHDHIR
MARK S. BERGMAN          STEPHEN P. LAMB*
BRUCE BIRENBOIM*         JOHN E. LANGE*
H. CHRISTOPHER BOEHNING* DANIEL J. LEFFELL*
ANGELO BONVINO*          XIAOYU GREG LIU*
JAMES L. BROCHIN         JEFFREY D. MARELL*
RICHARD J. BRONSTEIN*    MARCO V. MASOTTI*
DAVID W. BROWN*          EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*      DAVID W. MAYO*
JESSICA S. CAREY*        ELIZABETH R. McCOLM*
JEANETTE K. CHAN*        WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*       TOBY S. MYERSON*
LEWIS R. CLAYTON         CATHERINE NYARADY*
JAY COHEN                JOHN J. O'NEIL
KELLEY A. CORNISH*       BRAD R. OKUN*
CHRISTOPHER J. CUMMINGS* KELLEY D. PARKER*
DOUGLAS R. DAVIS*        MARC E. PERLMUTTER*
THOMAS V. DE LA BASTIDE III* VALERIE E. RADWANER*
ARIEL J. DECKELBAUM*     CARL L. REISNER*
ALICE BELISLE EATON*     WALTER G. RICCIARDI*
ANDREW J. EHRLICH*       WALTER RIEMAN*
GREGORY A. EZRING*       RICHARD A. ROSEN*
LESLIE GORDON FAGEN      ANDREW N. ROSENBERG*
MARC FALCONE*            JACQUELINE P. RUBIN*
ANDREW C. FINCH          RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*     JEFFREY D. SAFERSTEIN*
ROBERTO FINZI            JEFFREY B. SAMUELS*
PETER E. FISCH*          DALE M. SARRO
ROBERT C. FLEDER*        TERRY E. SCHIMEK*
MARTIN FLUMENBAUM        KENNETH M. SCHNEIDER*
ANDREW J. FOLEY*         ROBERT B. SCHUMER*
HARRIS B. FREIDUS*       JAMES H. SCHWAB*
MANUEL S. FREY*          JOHN M. SCOTT*
ANDREW L. GAINES*        STEPHEN J. SHIMSHAK*
MICHAEL E. GERTZMAN*     DAVID R. SICULAR*
PAUL D. GINSBERG*        MOSES SILVERMAN*
ADAM M. GIVERTZ*         STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*  MARILYN SOBEL*
ROBERT D. GOLDBAUM*      AUDRA J. SOLOWAY*
NEIL GOLDMAN*            TARUN M. STEWART*
ERIC S. GOLDSTEIN*       ERIC ALAN STONE*
ERIC GOODISON*           AIDAN SYNNOTT*
CHARLES H. GOOGE, JR.*   ROBYN F. TARNOFSKY*
ANDREW G. GORDON*        MONICA K. THURMOND*
UDI GROFMAN*             DANIEL J. TOAL*
NICHOLAS GROOMBRIDGE*    LIZA M. VELAZQUEZ*
BRUCE A. GUTENPLAN*      MARIA T. VULLO*
GAINES GWATHMEY, III*    LAWRENCE G. WEE*
ALAN S. HALPERIN*        THEODORE V. WELLS, JR.
JUSTIN G. HAMILL*        STEVEN J. WILLIAMS*
CLAUDIA HAMMERMAN*       LAWRENCE I. WITDORCHIC*
GERARD E. HARPER         MARK B. WLAZLO*
BRIAN S. HERMANN*        JULIA T.M. WOOD
ROBERT M. HIRSH*         JORDAN E. YARETT*
MICHELE HIRSHMAN*        KAYE N. YOSHINO*
MICHAEL S. HONG*         TONG YU*
JOYCE S. HUANG*          TRACEY A. ZACCONE*
DAVID S. HUNTINGTON*     T. ROBERT ZOCHOWSKI, JR.*
LORETTA A. IPPOLITO*

*NOT AN ACTIVE MEMBER OF THE DC BAR

November 7, 2013

By Email

Kevin B. Goldstein
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
kevin.goldstein@weil.com

          In re CRT Antitrust Litigation, No. 07-cv-5944 (N.D. Cal.)

Dear Kevin:

        Thank you for conferring with us on November 6, 2013 regarding the October 24, 2013 responses by Panasonic Corp. of North America, MT Picture Display Co., Ltd., and Panasonic Corp. (collectively, "Panasonic") to the First Set of Interrogatories (the "Interrogatories") of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp").

        Panasonic stated its position that its responses to the Direct Purchaser Plaintiffs ("DPP") First Set of Interrogatories – to which Sharp was referred in Panasonic's responses to Sharp's Interrogatories, attached as Attachment A to Panasonic's responses – are fully responsive to Sharp's Interrogatories Nos. 2 and 3. As I explained during our conference, Panasonic's previous responses to the DPP's Interrogatories are not responsive to Sharp's Interrogatories because the Sharp

Doc#: US1:9007993v1

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kevin B. Goldstein                                                                                              2

Interrogatories ask different questions than the DPP Interrogatories. As Panasonic admitted, both during our conference and in its responses to the DPP Interrogatories, Panasonic's responses to the DPP Interrogatories include customer-supplier exchanges and are not limited to the U.S., Mexico, and Brazil, and thus include documents and descriptions that are not responsive to Sharp's Interrogatories.

    Panasonic maintains that Sharp must search through the approx. 7,500 documents Panasonic identified in its Second Supplemental Response to DPP Interrogatory No. 5 in order to determine whether the meetings and communications Panasonic listed in response to DPP Interrogatory No. 5 related to the United States, Mexico or Brazil and occurred outside the context of a customer-supplier relationship. You have not identified which communications and meetings occurred outside the context of a customer-supplier relationship and relate to the U.S., Mexico, and Brazil. You also explained today that the over 5,000 documents identified in Panasonic's Third Supplemental Response to the DPP Interrogatories may not overlap completely with the approx. 7,500 documents Panasonic identified in its Second Supplemental Response to the DPP Interrogatories, and Sharp would have to independently investigate where the two lists of thousands of documents overlap and where they do not. You also confirmed that you have additional work product related to the meetings and documents identified in Panasonic's responses to DPP Interrogatory No. 5 that provide additional information about the contents of the documents identified in Panasonic's responses. You confirmed that you have English language translations of some of the documents identified in response to those DPP Interrogatories.

    You have not explained how or why Panasonic's burden would be the same as the burden on Sharp to review the information and documents which you identified in response to the DPP Interrogatories, in order to determine which meetings and communications described therein are responsive to Sharp's Interrogatories Nos. 2 and 3. Nor have you explained whether the answers to Sharp's Interrogatories Nos. 2 and 3 are readily available to Panasonic, ascertainable to Panasonic without much additional effort, or whether Panasonic already has done the research necessary to answer Sharp's Interrogatories Nos. 2 and 3 in preparing its own case.

    Please let us know if any of our understandings is incorrect. In light of the timing for expert reports and other filings, we are eager to resolve these issues as promptly as possible, including, if necessary, litigating the issues before Judge Conti.

              Very truly yours,

               Blaise Warren

cc:  Lara Veblen
    Craig A. Benson