Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **DECLARATION OF CRAIG A. BENSON IN SUPPORT SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member of the bar of the State of Maryland and I am admitted to practice before this court *pro hac vice*.

2. I submit this declaration in support of Sharp's Administrative Motion to File Documents Under Seal. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Sharp, by and through counsel, respectfully requests an Order permitting it to file under seal portions of Sharp's Motion to Compel, filed contemporaneously herewith, and Exhibits C, D, and E of the Declaration of Craig Benson in Support of Sharp's Motion to Compel ("Benson Declaration").

4. Exhibit C is a true and correct copy of Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, designated by Toshiba Corporation as Confidential.

5. Exhibit D is a true and correct copy of Toshiba America Electronic Components, Inc.'s Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, designated by Toshiba America Electronic Components, Inc. as Confidential.

6. Exhibit E is a true and correct copy of Attachment A to the Responses and Objections of Defendants Panasonic Corp. of North America, MT Picture Display Co., Ltd., and Panasonic Corp. (f/k/a Matsushita Electric Industrial Co., Ltd.) to Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s First Set of Interrogatories to Defendants, portions of which were designated Confidential by Panasonic Corp. of North America, MT Picture Display Co., Ltd., and Panasonic Corp. (f/k/a Matsushita Electric Industrial Co., Ltd.).

7. Exhibit K is a true and correct copy of the Responses and Objections of Defendants Panasonic

1  Corp. of North America, MT Picture Display Co., Ltd., and Panasonic Corp. (f/k/a Matsushita Electric
2  Industrial Co., Ltd.) to Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing
3  Company of America, Inc.'s First Set of Interrogatories to Defendants, dated October 24, 2013,
4  designated Confidential by Panasonic Corp. of North America, MT Picture Display Co., Ltd., and
5  Panasonic Corp.
6      8.  Sharp's Motion to Compel and Exhibits C, D, E and K refer to or contain excerpts from
7  documents that Counsel for Defendants have designated as "Confidential" under the Stipulated
8  Protective Order [Docket Nos. 306, 1142].
9      9.  Accordingly, Sharp requests that the documents identified herein be filed under seal.

11 I declare under penalty of perjury under the laws of the United States of America that the
12 foregoing is true and correct.

14 Executed this 3rd day of December, 2013, in Washington, D.C.

16                                                        /s/ Craig A. Benson
17                                                          Craig A. Benson