Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S MOTION TO COMPEL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |
| This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |

1 | Upon consideration of Sharp's Administrative Motion to File Documents Related to
2 | Sharp's Motion to Compel Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), submitted in
3 | connection with Sharp's Motion to Compel, it is hereby:
4 | ORDERED that the Administrative Motion is hereby GRANTED; and it is further
5 | ORDERED that the Clerk shall file and maintain under seal Sharp's Unredacted Motion
6 | to Compel and Exhibits C, D and E and K attached to the Declaration of Craig Benson in Support of
7 | Sharp's Motion to Compel.

**IT IS SO ORDERED.**

DATED:_____, 2013          _____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE