# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION**                                    MDL No. 1917

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –8)

On February 15, 2008, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 536 F.Supp.2d 1364 (J.P.M.L. 2008). Since that time, 25 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Samuel Conti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Conti.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of California for the reasons stated in the order of February 15, 2008, and, with the consent of that court, assigned to the Honorable Samuel Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 04, 2013**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION**                                    MDL No. 1917

## SCHEDULE CTO−8 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 13−62482 | Interbond Corporation of America v. Mitsubishi Electric &Electronics USA, Inc. et al |
| FLS | 9 | 13−81174 | Office Depot, Inc. v. TECHNICOLOR SA et al |
| **NEW YORK EASTERN** | | | |
| NYE | 2 | 13−06323 | Schultze Agency Services, LLC v. Technicolor SA et al |
| NYE | 2 | 13−06325 | Electrograph Systems, Inc. et al v. Technicolor SA et al |
| NYE | 2 | 13−06327 | P.C. Richard &Son Long Island Corporation et al v. Technicolor SA et al |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 13−02037 | Costco Wholesale Corporation v. Technicolor SA et al |