# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Philips Electronics North America Corporation
1251 Avenue of the Americas
NY, NY 10020-1104

Re:  **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Philips Electronics North America Corporation and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
/s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC*