# Exhibit A

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION;<br>SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HITACHI, LTD., *et al.*,<br><br>　　　　　　　　Defendants. | **THE TOSHIBA DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS SHARP'S COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date:　　　　January 24, 2014<br>Time:　　　　10:00 a.m.<br>Before:　　　Hon. Samuel Conti |

## AMENDED NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 24, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Samuel Conti, Toshiba Corporation ("TSB"), Toshiba America, Inc. ("TAI"), Toshiba America Information Systems, Inc. ("TAIS"), and Toshiba America Electronic Components, Inc. ("TAEC") (collectively, the "Toshiba Defendants") will and hereby do move the Court for an order dismissing the Complaint of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("collectively, the "Plaintiffs" or "Sharp") ("Complaint") as against the Toshiba Defendants pursuant to the doctrine of *forum non conveniens* and Rule 12(b)(6) of the Federal Rules of Civil Procedure. Sharp's Complaint must be dismissed against the Toshiba Defendants because its claims are based on purchases that are governed by a contract containing a mandatory forum selection clause that selects the Osaka District Court, in Osaka, Japan, as the forum to resolve disputes arising out of the contract. In the alternative, Sharp's federal and New Jersey state law claims for damages for its alleged purchases of products that contain CRTs ("CRT Products") must be dismissed against the Toshiba Defendants because Sharp has failed to allege facts sufficient to support standing under the "ownership or control" exception to *Illinois Brick's* bar on indirect purchaser actions.

This Amended Motion is based upon this Amended Notice of Motion, the Memorandum of Points and Authorities filed by the Toshiba Defendants on October 7, 2013, the Reply Memorandum filed by the Toshiba Defendants on November 20, 2013, the complete files and records in this action, oral argument of counsel, and such other and further matters as this Court may consider.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated:  December 9, 2013 | **WHITE & CASE** LLP |
| 3 | | |
| 4 | | By: */s/ Lucius B. Lau* |
| | | Christopher M. Curran (*pro hac vice*) |
| 5 | | ccurran@whitecase.com |
| 6 | | Lucius B. Lau (*pro hac vice*) |
| | | alau@whitecase.com |
| 7 | | Dana E. Foster (*pro hac vice*) |
| 8 | | defoster@whitecase.com |
| | | 701 Thirteenth Street, N.W. |
| 9 | | Washington, DC  20005 |
| 10 | | tel.: (202) 626-3600 |
| | | fax: (202) 639-9355 |
| 11 | | |
| 12 | | *Counsel to Defendants Toshiba* |
| 13 | | *Corporation, Toshiba America, Inc.,* |
| | | *Toshiba America Information Systems,* |
| 14 | | *Inc., and Toshiba America Electronic* |
| | | *Components, Inc.* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

THE TOSHIBA DEFENDANTS' AMENDED NOTICE OF MOTION
AND MOTION TO DISMISS SHARP'S COMPLAINT
Case No. 07-5944 SC
MDL No. 1917
3