1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Information Systems, Inc., and Toshiba*
   *America Electronic Components, Inc.*
11

12
                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA
                        (SAN FRANCISCO DIVISION)
14

15

16 | IN RE: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC
   | ANTITRUST LITIGATION          | MDL No. 1917
17

18
   This Document Relates to
19 Case No. 13-cv-1173-SC (N.D. Cal.)

20 SHARP ELECTRONICS CORPORATION;
21 SHARP ELECTRONICS MANUFACTURING
   COMPANY OF AMERICA, INC.,
22
                                              **[PROPOSED] ORDER GRANTING**
23              Plaintiffs,                   **THE TOSHIBA DEFENDANTS'**
                                              **MOTION FOR LEAVE TO**
24       v.                                   **AMEND THEIR MOTION TO**
                                              **DISMISS SHARP'S COMPLAINT**
25
26 HITACHI, LTD., *et al.*,

27              Defendants.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  Upon consideration of the Toshiba Defendants' Notice of Motion and Motion for
2 Leave to Amend Their Motion to Dismiss Sharp's Complaint and supporting Memorandum
3 of Points and Authorities, it is hereby
4  ORDERED that the Toshiba Defendants' Motion for Leave to Amend Their Motion
5 to Dismiss Sharp's Complaint is GRANTED; and it is further
6  ORDERED that the Toshiba Defendants have leave to file their Amended Motion to
7 Dismiss Sharp's Complaint.

9  IT IS SO ORDERED

11 DATED:_____       _____
12                                 Hon. Samuel Conti
13                                 United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005