Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION;<br>SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>     Plaintiffs,<br><br>     v.<br><br>HITACHI, LTD., *et al.*,<br><br>     Defendants. | **THE TOSHIBA DEFENDANTS' STATEMENT OF RECENT DECISION** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1 Pursuant to Rule 7-3(d)(2) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. respectfully submit this Statement of Recent Decision and hereby bring to the Court's attention the attached Supreme Court decision, *Atlantic Marine Const. Co., Inc. v. U.S. Dist. Ct for the W. Dist. Tex.*, No 12-929, slip op. (U.S. Dec. 3, 2013), which is relevant to the Toshiba Defendants' Motion to Dismiss Sharp's Complaint. A copy of the slip opinion is attached hereto as Exhibit A.

Dated:  December 9, 2013

Respectfully submitted,

**WHITE & CASE** LLP

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

THE TOSHIBA DEFENDANTS' STATEMENT OF RECENT DECISION
Case No. 07-5944 SC
MDL No. 1917

## CERTIFICATE OF SERVICE

On December 9, 2013, I caused a copy of "THE TOSHIBA DEFENDANTS' STATEMENT OF RECENT DECISION" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau