~~Michael P. Kenny, Esq.~~
~~mike.kenny@alston.com~~
~~Debra D. Bernstein, Esq.~~
~~debra.bernstein@alston.com~~
~~Rodney J. Ganske, Esq.~~
~~rod.ganske@alston.com~~
~~**ALSTON & BIRD LLP**~~
~~1201 West Peachtree Street~~
~~Atlanta, Georgia 30309-3424~~
~~Tel: (404) 881-7000~~
~~Facsimile: (404) 881-7777~~

~~James M. Wagstaffe, Esq. (SBN 95535)~~
~~wagstaffe@kerrwagstaffe.com~~
~~**KERR & WAGSTAFFE LLP**~~
~~100 Spear Street, 18th Floor~~
~~San Francisco, California 94105-1576~~
~~Tel: (415) 371-8500~~
~~Facsimile: (415) 371-0500~~

~~*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*~~

~~[Additional Counsel Listed on Signature Page]~~

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, *et al.*,<br><br>　　　　Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**[~~PROPOSED~~] ORDER REGARDING DELL'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

**[PROPOSED] ORDER**

Upon consideration of the Dell Plaintiffs' Administrative Motion to File Documents Under Seal, it is hereby

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file under seal portions of Dell's Reply in Support of Motion for Discovery Order and to Strike Errata and the entirety of Exhibits 1 and 2 to the Reply Declaration of James M. Wagstaffe in Support of Dell's Motion for Discovery Order and to Strike Errata.

Dated: __December 11__, 2013

_____
**The Honorable Samuel Conti
Northern District of California**

2

[PROPOSED] ORDER RE ADMIN. MOTION                     MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                          MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC