~~Kenneth A. Gallo (*pro hac vice*)~~
~~Joseph J. Simons (*pro hac vice*)~~
~~Craig A. Benson (*pro hac vice*)~~
~~PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP~~
~~2001 K Street, NW~~
~~Washington, DC  20006-1047~~
~~Telephone:  (202) 223-7356~~
~~Facsimile:  (202) 223-7420~~
~~Email: kgallo@paulweiss.com~~
~~Email: jsimons@paulweiss.com~~
~~Email: cbenson@paulweiss.com~~

~~Stephen E. Taylor (SBN 058452)~~
~~Jonathan A. Patchen (SBN 237346)~~
~~TAYLOR & COMPANY LAW OFFICES, LLP~~
~~One Ferry Building, Suite 355~~
~~San Francisco, California 94111~~
~~Telephone:  (415) 788-8200~~
~~Facsimile:  (415) 788-8208~~
~~Email: staylor@tcolaw.com~~
~~Email: jpatchen@tcolaw.com~~

~~*Attorneys for Plaintiffs Sharp Electronics Corporation,*~~
~~*Sharp Electronics Manufacturing Company of America, Inc.*~~

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**[PROPOSED]** ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b) |

Upon consideration of Sharp's Administrative Motion to File a Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), submitted in connection with Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint, it is hereby:

ORDERED that the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal:

| **Document to Be Filed Under Seal** |
|---|
| Exhibit A attached to the Declaration of Vince Sampietro in Support of Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint |
| Exhibit A to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Toshiba Defendants' Motion to Dismiss Sharp's Complaint |

**IT IS SO ORDERED.**

DATED: December 11, 2013

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE