~~Kenneth A. Gallo (*pro hac vice*)~~
~~Joseph J. Simons (*pro hac vice*)~~
~~Craig A. Benson (*pro hac vice*)~~
~~PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP~~
~~2001 K Street, NW~~
~~Washington, DC 20006-1047~~
~~Telephone: (202) 223-7356~~
~~Facsimile: (202) 204-7356~~
~~Email: kgallo@paulweiss.com~~
~~Email: jsimons@paulweiss.com~~
~~Email: cbenson@paulweiss.com~~

~~Stephen E. Taylor (SBN 058452)~~
~~Jonathan A. Patchen (SBN 237346)~~
~~TAYLOR & COMPANY LAW OFFICES, LLP~~
~~One Ferry Building, Suite 355~~
~~San Francisco, California 94111~~
~~Telephone: (415) 788-8200~~
~~Facsimile: (415) 788-8208~~
~~Email: staylor@tcolaw.com~~
~~Email: jpatchen@tcolaw.com~~

*~~Attorneys for Plaintiffs Sharp Electronics Corporation,~~*
*~~Sharp Electronics Manufacturing Company of America, Inc.~~*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | **[PROPOSED]** ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S MOTION TO COMPEL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b) |

1  Upon consideration of Sharp's Administrative Motion to File Documents Related to
2 Sharp's Motion to Compel Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), submitted in
3 connection with Sharp's Motion to Compel, it is hereby:

4  ORDERED that the Administrative Motion is hereby GRANTED; and it is further

5  ORDERED that the Clerk shall file and maintain under seal Sharp's Unredacted Motion
6 to Compel and Exhibits C, D and E and K attached to the Declaration of Craig Benson in Support of
7 Sharp's Motion to Compel.

**IT IS SO ORDERED.**

DATED: December 11, 2013

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE