IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER RE: THE COURT'S ORDER ON THOMSON S.A.'s MOTION TO DISMISS |
| Case No. C-13-1173 SC | |
| SHARP ELECTRONICS CORP. and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., | |
| Plaintiffs, | |
| v. | |
| HITACHI LTD., et al, | |
| Defendants. | |

   The Court WITHDRAWS the order denying without prejudice Defendant Thomson S.A.'s motion to dismiss and granting jurisdictional discovery.  ECF Nos. 2252 ("Order"), 1765 ("MTD"). The parties superseded the disputed complaint with an amended complaint, filed under seal.

///

///

1    Given the voluminous record in this case, the Court requests
2 that the parties be aware of pending motions, stipulations, and
3 other deadlines, and to terminate or withdraw them when necessary.
4
5    IT IS SO ORDERED.
6
7    Dated: December 13, 2013                
8                                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California