##################

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL CASES | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>AFFIDAVIT OF VAUGHN R WALKER REGARDING PROPOSED APPOINTMENT AS DISCOVERY MASTER |

I, VAUGHN R WALKER, declare under penalty of perjury:

    1.   I am a retired judge of the United States District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently as follows.

    2.   I have been proposed as a discovery master in the above-captioned matter.

    3.   I am competent and willing to serve in the capacity of discovery master.

    4.   I have familiarized myself with the issues and parties in the above-captioned case.

5. I attest and affirm that I know of no grounds for disqualification under 28 USC § 455 that would prevent me from serving as a discovery master in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on December 11, 2013 in San Francisco, California.

_____
JUDGE VAUGHN R WALKER (RET)