IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to<br>Case No. 13-cv-1173-SC<br><br>SHARP ELECTRONICS CORP.; SHARP ELECTRONICS MANUFACTURING CO. OF AMERICA, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>HITACHI, LTD., et al.,<br><br>　　　　　　　Defendants. | Case No. C 07-5944 SC<br><br>ORDER GRANTING TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO AMEND MOTION TO DISMISS |

　　　The Toshiba Defendants' motion for leave to amend their motion to dismiss the Sharp Plaintiffs' complaint, ECF No. 2249, is GRANTED.  The Court agrees that the amendment is minor.  The Sharp Plaintiffs have seven (7) days from the signature date of this Order to respond to the amendment, if they feel it necessary.

　　　Dated: December 17, 2013　　　　　　　　　　_[signature]_

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE