1  BAMBO OBARO (SBN 267683)
   Email:  bambo.obaro@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
3  Redwood Shores, California  94065-1175
   Telephone:  (650) 802-3000
4  Facsimile:  (650) 802-3100

5  DAVID L. YOHAI (admitted *pro hac vice*)
   Email:  david.yohai@weil.com
6  ADAM C. HEMLOCK (admitted *pro hac vice*)
   Email:  adam.hemlock@weil.com
7  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
8  New York, New York  10153-0119
   Telephone:  (212) 310-8000
9  Facsimile:  (212) 310-8007

10 JEFFREY L. KESSLER (admitted *pro hac vice*)
   Email: jkessler@winston.com
11 EVA W. COLE (admitted *pro hac vice*)
   Email:  ewcole@winston.com
12 WINSTON & STRAWN LLP
   200 Park Avenue
13 New York, New York  10166-4193
   Telephone: (212) 294-6700
14 Facsimile:  (212) 294-7400

15 Attorneys for Defendants
   PANASONIC CORPORATION OF NORTH
16 AMERICA, MT PICTURE DISPLAY CO., LTD., AND
   PANASONIC CORPORATION (F/K/A
17 MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.)

18              UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA

20                      SAN FRANCISCO

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITGATION | Case No. 3:07 cv 05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Honorable Samuel Conti |

NOTICE OF SUBSTITUTION OF COUNSEL

Case No. 3:07 cv 05944 SC
MDL No. 1917

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** Defendants Panasonic Corporation of North America,

3  MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial

4  Co., Ltd.) substitute Bambo Obaro of Weil, Gotshal & Manges LLP, State Bar No. 267683, as co-

5  counsel in place of:

6      GREGORY D. HULL (Bar No. 57367)
    Email:  greg.hull@weil.com
7      WEIl, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
8      Redwood Shores, California  94065-1175
    Telephone:  (650) 802-3000
9      Facsimile:  (650) 802-3100

10      Contact information for new co-counsel is as follows:

11      BAMBO OBARO (Bar No. 267683)
    Email:  bambo.obaro@weil.com
12      WEIl, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
13      Redwood Shores, California  94065-1175
    Telephone:  (650) 802-3000
14      Facsimile:  (650) 802-3100

15  I consent to the above substitution.

16  Dated:  December 18, 2013      WEIL, GOTSHAL & MANGES LLP

17      By:  _/s/ Gregory D. Hull_
        Gregory D. Hull
18

19      Email:  greg.hull@weil.com
    201 Redwood Shores Parkway
20      Redwood Shores, CA  94065-1175
    Tel:  (650) 802-3000
21      Fax:  (650) 802-3100

22  Dated:  December 18, 2013      WEIL, GOTSHAL & MANGES LLP

23      By:  _/s/ Bambo Obaro_
        Bambo Obaro
24

25      Email:  bambo.obaro@weil.com
    201 Redwood Shores Parkway
26      Redwood Shores, CA  94065-1175
    Tel:  (650) 802-3000
    Fax:  (650) 802-3100
27

28