1  GREGORY D. HULL (SBN 57367)
   Email:  greg.hull@weil.com
2  BAMBO OBARO (SBN 267683)
   Email:  bambo.obaro@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, California  94065-1175
   Telephone:  (650) 802-3000
5  Facsimile:  (650) 802-3100

6  DAVID L. YOHAI (admitted *pro hac vice*)
   Email:  david.yohai@weil.com
7  ADAM C. HEMLOCK (admitted *pro hac vice*)
   Email:  adam.hemlock@weil.com
8  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
9  New York, New York  10153-0119
   Telephone:  (212) 310-8000
10 Facsimile:  (212) 310-8007

11 JEFFREY L. KESSLER (admitted *pro hac vice*)
   Email: jkessler@winston.com
12 EVA W. COLE (admitted *pro hac vice*)
   Email:  ewcole@winston.com
13 WINSTON & STRAWN LLP
   200 Park Avenue
14 New York, New York  10166-4193
   Telephone:  (212) 294-6700
15 Facsimile:  (212) 294-7400

16 Attorneys for Defendants
   PANASONIC CORPORATION OF NORTH
17 AMERICA, MT PICTURE DISPLAY CO., LTD., AND
   PANASONIC CORPORATION (F/K/A
18 MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.)

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                          SAN FRANCISCO DIVISION

| 22  IN RE; CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07 cv 5944 SC<br>MDL No. 1917 |
|---|---|
| 24  This Document Relates to:<br><br>25  ALL ACTIONS | **NOTICE OF WITHDRAWAL OF GREGORY D. HULL**<br><br>Honorable Samuel Conti |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** the following attorney, who has previously entered an appearance as counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) withdraws his appearance and requests to be removed from the service list in the above-captioned matter.

> GREGORY D. HULL (Bar No. 57367)
> WEIl, GOTSHAL & MANGES LLP
> 201 Redwood Shores Parkway
> Redwood Shores, CA  94065-1175
> Tel:  (650) 802-3000
> Fax:  (650) 802-3100
> Email:  greg.hull@weil.com

**PLEASE TAKE FURTHER NOTICE** that all other attorneys at the firm of Weil, Gotshal & Manges LLP who are currently listed as counsel of record will continue to represent Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), shall remain as counsel of record, and should not be removed from the service list.

Dated:  December 18, 2013                     WEIL, GOTSHAL & MANGES LLP

By:  */s/ Gregory D. Hull*
  Gregory D. Hull
Email:  greg.hull@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA  94065-1175
Tel:  (650) 802-3000
Fax:  (650) 802-3100