| | |
|---|---|
| 1 | BAMBO OBARO (SBN 267683) |
| | Email:  bambo.obaro@weil.com |
| 2 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 3 | Redwood Shores, California  94065-1175 |
| | Telephone:  (650) 802-3000 |
| 4 | Facsimile:  (650) 802-3100 |
| | |
| 5 | DAVID L. YOHAI (admitted *pro hac vice*) |
| | Email:  david.yohai@weil.com |
| 6 | ADAM C. HEMLOCK (admitted *pro hac vice*) |
| | Email:  adam.hemlock@weil.com |
| 7 | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| 8 | New York, New York  10153-0119 |
| | Telephone:  (212) 310-8000 |
| 9 | Facsimile:   (212) 310-8007 |
| | |
| 10 | JEFFREY L. KESSLER (admitted *pro hac vice*) |
| | Email:  jkessler@winston.com |
| 11 | EVA W. COLE (admitted *pro hac vice*) |
| | Email:  ewcole@winston.com |
| 12 | WINSTON & STRAWN LLP |
| | 200 Park Avenue |
| 13 | New York, New York  10166-4193 |
| | Telephone:  (212) 294-6700 |
| 14 | Facsimile:  (212) 294-7400 |
| | |
| 15 | Attorneys for Defendants |
| | PANASONIC CORPORATION OF NORTH |
| 16 | AMERICA, MT PICTURE DISPLAY CO., LTD., AND |
| | PANASONIC CORPORATION (F/K/A |
| 17 | MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITGATION | Case No. 3:07 cv 05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Honorable Samuel Conti |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) substitute Bambo Obaro of Weil, Gotshal & Manges LLP, State Bar No. 267683, as co-counsel in place of:

>GREGORY D. HULL (Bar No. 57367)
>Email:  greg.hull@weil.com
>WEIL, GOTSHAL & MANGES LLP
>201 Redwood Shores Parkway
>Redwood Shores, California  94065-1175
>Telephone:  (650) 802-3000
>Facsimile:  (650) 802-3100

Contact information for new co-counsel is as follows:

>BAMBO OBARO (Bar No. 267683)
>Email:  bambo.obaro@weil.com
>WEIL, GOTSHAL & MANGES LLP
>201 Redwood Shores Parkway
>Redwood Shores, California  94065-1175
>Telephone:  (650) 802-3000
>Facsimile:  (650) 802-3100

I consent to the above substitution.

Dated:  December 18, 2013                WEIL, GOTSHAL & MANGES LLP

                                         By:  */s/ Gregory D. Hull*
                                                   Gregory D. Hull

                                         Email:  greg.hull@weil.com
                                         201 Redwood Shores Parkway
                                         Redwood Shores, CA  94065-1175
                                         Tel:  (650) 802-3000
                                         Fax:  (650) 802-3100

Dated:  December 18, 2013                WEIL, GOTSHAL & MANGES LLP

                                         By:  */s/ Bambo Obaro*
                                                   Bambo Obaro

                                         Email:  bambo.obaro@weil.com
                                         201 Redwood Shores Parkway
                                         Redwood Shores, CA  94065-1175
                                         Tel:  (650) 802-3000
                                         Fax:  (650) 802-3100