1    *Counsel Listed on Signature Block*

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12   IN RE: CATHODE RAY TUBE (CRT)          Mater Case No.: 3:07-cv-05944-SC
     ANTITRUST LITIGATION                   MDL No. 1917
13                                          Individual Case Nos. 3:11-cv-05513-SC;
                                            3:11-cv-06396-SC
14
                                            **JOINT STIPULATION AND
15   This document relates to:              [PROPOSED] ORDER TO CONTINUE
                                            HEARING DATE AND BRIEFING
16   *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*   SCHEDULE ON DEFENDANT
     *No. 11-cv-05513-SC*                   BEIJING MATSUSHITA COLOR CRT
17                                          CO., LTD.'S MOTION TO DISMISS
     *Target Corp. v. Chunghwa, et al.,*    CERTAIN DIRECT ACTION
18   *No. 11-cv-05514-SC*                   PURCHASER COMPLAINTS**

19   *Tech Data v. Hitachi, Ltd., et al.*
     *No. 13-cv-00157-SC*

20

21          WHEREAS, on November 4, 2013, Defendant Beijing Matsushita Color CRT Co., Ltd.

22   ("BMCC") filed a Notice of Motion and Motion to Dismiss Certain Direct Action Purchaser

23   Complaints ("Motion to Dismiss") (Dkt. #2118) against certain Plaintiffs, including Best Buy

24   Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P.,

25   Bestbuy.com, LLC, and Magnolia Hi-Fi, LLC (collectively, "Best Buy"); Target Corp.

26   ("Target"); and Tech Data Corporation and Tech Data Product Management, Inc. (collectively,

27   "Tech Data");

28

     ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
     ATTORNEYS AT LAW
     LOS ANGELES

1    WHEREAS, pursuant to the parties' prior stipulation and Court Order dated November

2  14, 2013 (Dkt. #2233), BMCC's Motion to Dismiss is set for hearing on January 24, 2014 at

3  10:00 a.m. before this Court;

4    WHEREAS, the parties are currently considering the potential resolution of the Motion to

5  Dismiss or a narrowing of the issues for the Court to consider;

6    WHEREAS, in light of the parties' ongoing discussions, BMCC, Best Buy, Target, and

7  Tech Data have conferred and agreed to continue the hearing date and briefing schedule on

8  BMCC's Motion to Dismiss;

9    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

10  counsel to the respective parties, that, subject to the Court's approval, the hearing date on

11  BMCC's Motion to Dismiss shall be continued to February 14, 2014 at 10:00 a.m.;

12    IT IS FURTHER STIPULATED AND AGREED, by and between counsel to the

13  respective parties, that any oppositions to BMCC's Motion to Dismiss shall be filed on or before

14  January 17, 2014, and any replies to BMCC's Motion to Dismiss shall be filed on or before

15  January 31, 2014.

16  Dated:  December 19, 2013          Respectfully,

17
                                      By:   */s/ Richard Snyder*
18                                    **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
                                      Richard Snyder (Admitted *Pro Hac Vice*)
19                                    richard.snyder@freshfields.com
                                      701 Pennsylvania Avenue, NW, Suite 600
20                                    Washington, DC  20004
                                      Telephone:  (202) 777-4565
21                                    Facsimile:   (202) 777-4555

22                                    *Attorneys for Beijing Matsushita Color CRT Co., LTD*

23                                    By:   */s/ David Martinez*
                                      **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
24                                    David Martinez, Bar No. 193183
                                      dmartinez@rkmc.com
25                                    2049 Century Park East, Suite 3400
                                      Los Angeles, CA 90067-3208
26                                    Telephone: (310) 552-0130
                                      Facsimile:  (310) 229-5800
27
                                      *Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy*
28                                    *Purchasing LLC; Best Buy Enterprise Services, Inc.; Best*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

*Buy Stores, L.P.; Bestbuy.com, L.L.C.; and Magnolia Hi-Fi, LLC*

By:   */s/ Astor Heaven*
**CROWELL & MORING LLP**
Astor Heaven (Admitted *Pro Hac Vice*)
aheaven@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile:  (202) 628-5116

*Attorneys for Plaintiff Target Corp.*

By:   */s/ Scott N. Wagner*
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Scott N. Wagner (Admitted *Pro Hac Vice*)
swagner@bilzin.com
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile:  (305) 374-7593

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1

**[PROPOSED ORDER]**

2    Pursuant to stipulation of the parties, and good cause appearing, the hearing on Defendant

3 Beijing Matsushita Color CRT Co., Ltd.'s ("BMCC") Motion to Dismiss Certain Direct Action

4 Purchaser Complaints shall be continued from January 24, 2014 to February 14, 2014 at 10:00

5 a.m.

6    All oppositions to BMCC's Motion to Dismiss shall be filed no later than January 17,

7 2014.

8    All replies to BMCC's Motion to Dismiss shall be filed no later than January 31, 2014.

9    IT IS SO ORDERED.

10

11 DATED: _____        _____

12                                                    SAMUEL CONTI
                                                United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND BRIEFING        - 4 -
SCHEDULE ON BMCC'S MOTION TO DISMISS (Case No. 07-5944-SC; MDL No. 1917)