1  William A. Isaacson
   BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C.  20015
3  Telephone:  (202) 237-2727
   Facsimile:  (202) 237-6131
4  Email:  wisaacson@bsfllp.com

5  Philip J. Iovieno
   Anne M. Nardacci
6  BOIES, SCHILLER & FLEXNER LLP
   30 South Pearl Street, 11th Floor
7  Albany, NY  12207
   Telephone:  (518) 434-0600
8  Facsimile:  (518) 434-0665
   Email:  piovieno@bsfllp.com
9  Email:  anardacci@bsfllp.com

10 *Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC*

11 [additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation* | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AMENDED COMPLAINTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724-SC; | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727-SC; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726-SC; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725-SC; | |
| *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668-SC | |

Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. ("Electrograph"), Interbond Corporation of America ("BrandsMart"), Office Depot, Inc. ("Office Depot"), P.C. Richard & Son Long Island Corporation ("P.C. Richard"), MARTA Cooperative of America, Inc. ("MARTA"), ABC Appliance, Inc. ("ABC Warehouse"), and Schultze Agency Services, LLC ("Tweeter") (collectively, "Plaintiffs") hereby respectfully submit this administrative motion for an order permitting Plaintiffs to file under seal the highlighted portions of the following documents:

- Electrograph's First Amended Complaint;
- BrandsMart's First Amended Complaint;
- Office Depot's First Amended Complaint;
- P.C. Richard's, MARTA's, and ABC Warehouse's First Amended Complaint; and
- Tweeter's First Amended Complaint.

Plaintiffs submit this application as the parties wishing to file documents referencing, containing, or analyzing, in whole or in part, the documents described above. Plaintiffs attach hereto the Declaration of Philip J. Iovieno in support of this application. *See* Civ. L.R. 79-5(e).

Plaintiffs request that the highlighted portions of their respective Complaints be filed under seal pursuant to Civil Local Rule 79-5(d) because they refer to and contain excerpts of documents and testimony that have been designated "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered in this litigation [Dkt. 306, June 18, 2008] ("Stipulated Protective Order"). The confidential/highly confidential designations have been made by certain of the defendants in this litigation. To qualify under the Stipulated Protective Order as "confidential" or "highly confidential," information must contain trade secrets or other confidential research, development or commercial information or other private or competitively sensitive information. Stipulated Protective Order at ¶ 1.

Plaintiffs seek to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Because certain defendants contend that the material they have designated is confidential in nature, it is their burden to establish that the designated information is sealable. Civil L.R. 79-5(e); *see Kamakana v. City of*

1  *Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006).  Plaintiffs leave it to this Court's discretion to determine whether the above material should be filed under seal.  Courts have repeatedly emphasized that a party must make a "particularized showing of good cause" and show a "compelling reason" to justify the sealing of motions and papers filed with a court.  *See Foliz v. State Farm Mutual Auto. Ins. Co.,* 331 F.3d 1122, 1138 (9th Cir. 2002) (reversing a lower court's sealing of records because there was no "compelling reason to justify sealing" under the protective order).  As the Ninth Circuit has stated, the "hazard of stipulated protective orders" is that they "often contain provisions that purport to put the entire litigation under lock and key without regard to the actual requirements of Rule 26(c)." *Kamakana*, 447 F.3d at 1193.  Plaintiffs file this administrative motion in order to comply with the Protective Order entered in this action.

Plaintiffs are filing herewith redacted copies of their respective Complaints, in accordance with Civil Local Rule 79-5.  Plaintiffs are also filing herewith under seal unredacted versions of their respective Amended Complaints, which indicate by highlighting the portions of the Amended Complaints that have been omitted from the redacted version due to "confidential" or "highly confidential" designations.

Contemporaneous with the filing of this administrative motion, Plaintiffs are giving notice to the defendants in the CRT Antitrust MDL of this motion and of the Amended Complaints to be filed in this case.  Plaintiffs' request is narrowly tailored to include the sealing of only the information that may require confidentiality, pursuant to the provisions of the Stipulated Protective Order.

Accordingly, Plaintiffs request that the court grant this Administrative Motion to Seal Portions of their Amended Complaints.

DATED: December 20, 2013 /s/ Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services, LLC*