William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com
Email:  anardacci@bsfllp.com

*Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation* | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724-SC ;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727-SC ;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726-SC ;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725-SC ;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668-SC | **DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AMENDED COMPLAINTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1   I, **PHILIP J. IOVIENO**, declare as follows:

2       1.      I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel for

3   several of the Direct Action Plaintiffs ("DAPs") in this matter, including Electrograph Systems,

4   Inc. and Electrograph Technologies Corp. ("Electrograph"), Interbond Corporation of America

5   ("BrandsMart"), Office Depot, Inc. ("Office Depot"), P.C. Richard & Son Long Island

6   Corporation ("P.C. Richard"), MARTA Cooperative of America, Inc. ("MARTA"), ABC

7   Appliance, Inc. ("ABC Warehouse"), and Schultze Agency Services, LLC ("Tweeter")

8   (collectively, "Plaintiffs"), and I am licensed to practice law in the State of New York and

9   admitted to practice *pro hac vice* before this Court. Except for those matters stated on

10  information and belief, which I believe to be true, I have personal knowledge of the facts recited

11  in this declaration and, if called upon to do so, I would competently testify under oath thereto.

12      2.      I submit this Declaration in support of Plaintiffs' motion to file the highlighted

13  portions of the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5(d):

14      • Electrograph's First Amended Complaint

15      • BrandsMart's First Amended Complaint;

16      • Office Depot's First Amended Complaint;

17      • P.C. Richard's, MARTA's, and ABC Warehouse's First Amended Complaint; and

18      • Tweeter's First Amended Complaint.

19      3.      Portions of Plaintiffs' Amended Complaints in this case contain excerpts from

20  and/or statements derived from documents and testimony which have been designated

21  "confidential" or "highly confidential" pursuant to the Stipulated Protective Order governing this

22  litigation [Dkt. 306, June 18, 2008] ("Stipulated Protective Order"). The confidential/highly

23  confidential designations were made by certain defendants in this litigation. To qualify as

24  confidential or highly confidential under the Stipulated Protective Order, information must

25  contain trade secrets or other confidential research, development or commercial information or

26  private or competitively sensitive information.  Stipulated Protective Order at ¶ 1.

27      4.      The Stipulated Protective Order requires that a party may not file any confidential

28  material in the public record.  Stipulated Protective Order at ¶ 10. The Stipulated Protective

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF
CERTAIN DIRECT ACTION PLAINTIFFS'          - 1 -          Master File No. 3:07-md-05944-SC
ADMINISTRATIVE MOTION TO SEAL

1   Order further provides that any party seeking to file any confidential material under seal must

2   comply with Civil Local Rule 79-5.  Stipulated Protective Order at ¶¶ 1, 10.

3        5.      The highlighted portions of Plaintiffs' respective Amended Complaints contain

4   such material, and, pursuant to Local Rule 79-5(e), Plaintiffs seek to submit this material under

5   seal in good faith in order to comply with the Stipulated Protective Order and the applicable

6   Local Rules.

7        6.      Therefore, Plaintiff respectfully requests an order sealing portions of Plaintiffs'

8   respective Amended Complaints.

9        I declare under penalty of perjury that the foregoing is true and correct.

10  Executed on this 20th day of December, 2013 at Albany, New York.

11

12                                          /s/ *Philip J. Iovieno*

13                                          Philip J. Iovieno

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the documents listed below to be served by ECF filing on December 20, 2013 to each of the persons as set forth on the attached service list.

- Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints Pursuant to Civil Local Rules 7-11 and 79-5(d)

- Declaration of Philip J. Iovieno in Support of Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints Pursuant to Civil Local Rules 7-11 and 79-5(d)

- Proposed Order Granting Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints Pursuant to Civil Local Rules 7-11 and 79-5(d)


Dated: December 20, 2013                    /s/     *Adam Weber*

                                                         Adam Weber

**SERVICE LIST**

| | |
|---|---|
| James L. McGinnis<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Telephone: 415-434-9100<br>Facsimile: 415-434-3947<br>E-mail: jmcginnis@sheppardmullin.com<br><br>*Counsel for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* | Lucius B. Lau<br>Charise Naifeh<br>White & Case LLP<br>701 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>Email: alau@whitecase.com<br>       cnaifeh@whitecase.com<br><br>*Counsel for Defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, LLC; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.* |
| Steven A. Reiss<br>David L. Yohai<br>David Yolkut<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:    212-310-8000<br>Fax:    212-310-8007<br>Email:  steven.reiss@weil.com<br>      david.yohai@weil.com<br>      david.yolkut@weil.com<br><br>Bambo Obaro<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175<br>Tel:    (650) 802-3000<br>Fax:    (650) 802-3100<br>Email: bambo.obaro@weil.com<br><br>*Counsel for Panasonic Corporation; Panasonic Corporation of North America; and MT Picture Display Co., Ltd.* | Jeffrey L. Kessler<br>A. Paul Victor<br>Eva W. Cole<br>Molly M. Donovan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel:    212-294-4692<br>Fax:    212-294-4700<br>Email: jkessler@winston.com<br>      pvictor@winston.com<br>      ewcole@winston.com<br>      mmdonovan@winston.com<br><br>*Counsel for Panasonic Corporation; Panasonic Corporation of North America; and MT Picture Display Co., Ltd.* |

Eliot A. Adelson
James Maxwell Cooper
Kirkland & Ellis LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Tel:     415-439-1400
Fax:     415-439-15001
Email: eliot.adelson@kirkland.com
          max.cooper@kirkland.com

James H. Mutchnik
Kate Wheaton
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Tel:  312-862-2000
Fax:  312-862-2200
Email: james.mutchnik@kirkland.com
          kate.wheaton@kirkland.com

*Counsel for Hitachi, Ltd.; Hitachi Displays,
Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.;
and Hitachi Electronic Devices (USA), Inc.*

William Temko
Jonathan Altman
Hojoon Hwang
Laura Sullivan
Munger, Tolles & Olson LLP
560 Mission Street
San Francisco, CA 94105
Tel:     415-512-4009
Fax:     415-512-4077
Email: william.temko@mto.com
          jonathan.altman@mto.com
          hojoon.hwang@mto.com
          laura.sullivan@mto.com

*Counsel for  LG Electronics, Inc.; LG
Electronics USA, Inc.*

John M. Taladay
Erik Koons
Charles Malaise
Baker Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Tel:     202-639-7700
Fax:     202-639-7890
Email: john.taladay@bakerbotts.com
          erik.koons@bakerbotts.com
          charles.malaise@bakerbotts.com

Jon V. Swenson
Baker Botts L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Tel:     650-739-7500
Fax:     650-739-7699
Email: jon.swenson@bakerbotts.com

*Counsel for Koninklijke Philips Electronics
N.V. and Philips Electronics North America
Corporation*

Joel S. Sanders
Rachel S. Brass
Gibson, Dunn & Crutcher LLP
555 Madison Street, Suite 3000
San Francisco, CA 94105
Tel:     415-393-8200
Fax:     415-393-8206
Email: jsanders@gibsondunn.com
          rbrass@gibsondunn.com

*Counsel for Chunghwa Picture Tubes, Ltd.
and Chunghwa Picture Tubes (Malaysia)*