
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com
Email:  anardacci@bsfllp.com

*Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation* | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724-SC ; | **[PROPOSED] ORDER GRANTING CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AMENDED COMPLAINTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727-SC ; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726-SC ; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725-SC ; | |
| *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668-SC | |

1   On December 20, 2013, Direct Action Plaintiffs Electrograph Systems, Inc., Electrograph
2   Technologies Corp. ("Electrograph"), Interbond Corporation of America ("BrandsMart"), Office
3   Depot, Inc. ("Office Depot"), P.C. Richard & Son Long Island Corporation ("P.C. Richard"),
4   MARTA Cooperative of America, Inc. ("MARTA"), ABC Appliance, Inc. ("ABC Warehouse"),
5   and Schultze Agency Services, LLC ("Tweeter") filed an Administrative Motion to Seal Portions
6   of Amended Complaints Pursuant to Civil Local Rules 7-11 and 79-5(d) to file under seal the
7   highlighted portions of the following documents:

- Electrograph's First Amended Complaint
- BrandsMart's First Amended Complaint;
- Office Depot's First Amended Complaint;
- P.C. Richard's, MARTA's, and ABC Warehouse's First Amended Complaint; and
- Tweeter's First Amended Complaint.

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints Pursuant to Local Civil Rules 7-11 and 79-5(d) is GRANTED.

**IT IS SO ORDERED**

Dated: _____          _____
                                          Hon. Samuel Conti
                                          UNITED STATES DISTRICT JUDGE