FILED

DEC 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TOSHIBA CORPORATION; et al., <br><br> Defendants - Petitioners, <br><br> v. <br><br> INDIRECT PURCHASER PLAINTIFFS; et al., <br><br> Plaintiffs - Respondents. | No. 13-80210 <br><br> D.C. No. 3:07-cv-05944-SC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: FISHER and HURWITZ, Circuit Judges.

Petitioners' motion for leave to file a reply brief in support of the petition for permission to appeal is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's September 24, 2013 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

AT/MOATT