(*Stipulating Parties Listed on Signature Pages*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| This Document Relates to: | **MDL No. 1917** |
| ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;

*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276;

*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

*Tech Data Corp. v. Hitachi, Ltd,* No. 13-cv-00157;

*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;

*Dell Inc. v. Hitachi Ltd.*, No. 13-cv-02171;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776.

WHEREAS, Indirect Purchaser Class Plaintiffs ("IPPs"), the Direct Action Plaintiffs ("DAPs"), and Defendants agree that a modification to the existing expert discovery schedule will aid in the efficient resolution of this litigation;

WHEREAS, the proposed modification will change the existing deadlines for serving expert reports, but will not change the existing fact discovery deadline (September 5, 2014) or the trial date (March 9, 2015) in this litigation;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs, DAPs, and counsel for the undersigned Defendants[1] in the above-captioned actions as follows:

## SCHEDULE

| Date | Description |
|---|---|
| March 25, 2014* | Last day for IPPs and DAPs to serve opening expert reports on the merits; last day for Defendants to serve opening expert reports on affirmative defenses; |
| June 24, 2014* | Last day for Defendants to serve opposition expert reports on the merits; last day for IPPs and DAPs to serve opposition expert reports on affirmative defenses; |
| August 5, 2014 | Last day for IPPs and DAPs to serve rebuttal expert reports on the merits; last day for Defendants to serve rebuttal expert reports on affirmative defenses; |
| September 12, 2014 | Last day for IPPs, DAPs and Defendants to serve sur-rebuttal reports to any expert they are opposing and who serves a rebuttal report; |

---

[1] The following entities do not join in this stipulation: Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corporation, Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric and Electronics, USA, Inc.). In addition, on August 1, 2013, Special Master Legge entered an Order (Dkt. No. 1820) staying discovery against Thomson Consumer Electronics, Inc., so it is not participating in discovery.

1  *For any depositions that Plaintiffs have noticed, but have not yet taken, by March 25, 2014, the IPPs, DAPs and Defendants may supplement their opening and opposition expert reports to the extent that the supplements are limited to evidence that is elicited during such depositions.  Any such supplements must be served by July 11, 2014.

All parties reserve the right to seek modification of the schedule based on the number of expert reports, which is presently unknown.

\*\*\*

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____              _____
                                            Hon. Samuel Conti
                                            United States District Judge

DATED:  December 23, 2013

                      KIRKLAND & ELLIS LLP

                      By: /s/ Eliot A. Adelson
                      ELIOT A. ADELSON (SBN 205284)
                      Email: eadelson@kirkland.com
                      JAMES MAXWELL COOPER (SBN 284054)
                      max.cooper@kirkland.com
                      **KIRKLAND & ELLIS LLP**
                      555 California Street
                      27th Floor
                      San Francisco, CA 94104
                      Telephone: (415) 439-1400
                      Facsimile: (415) 439-1500

                      JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
                      jmutchnik@kirkland.com
                      KATE WHEATON (*pro hac vice*)
                      kate.wheaton@kirkland.com
                      **KIRKLAND & ELLIS LLP**
                      300 North LaSalle
                      Chicago, Illinois  60654
                      Telephone: (312) 862-2000
                      Facsimile: (312) 862-2200
                      *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: /s/ Jeffrey L. Kessler |
| | JEFFREY L. KESSLER (*pro hac vice*) |
| 3 | Email: JKessler@winston.com |
| | A. PAUL VICTOR (*pro hac vice*) |
| 4 | Email: PVictor@winston.com |
| | ALDO A. BADINI (SBN 257086) |
| 5 | Email: ABadini@winston.com |
| | EVA W. COLE (*pro hac vice*) |
| 6 | Email: EWCole@winston.com |
| | MOLLY M. DONOVAN |
| 7 | Email: MMDonovan@winston.com |
| | **WINSTON & STRAWN LLP** |
| 8 | 200 Park Avenue |
| | New York, NY 10166 |
| 9 | Telephone: (212) 294-6700 |
| | Facsimile: (212) 294-4700 |
| 10 | |
| | STEVEN A. REISS (*pro hac vice*) |
| 11 | Email: steven.reiss@weil.com |
| | DAVID L. YOHAI (*pro hac vice*) |
| 12 | Email: david.yohai@weil.com |
| | ADAM C. HEMLOCK (*pro hac vice*) |
| 13 | Email: adam.hemlock@weil.com |
| | **WEIL, GOTSHAL & MANGES LLP** |
| 14 | 767 Fifth Avenue |
| | New York, New York 10153-0119 |
| 15 | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| 16 | |
| 17 | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT* |
| 18 | *Picture Display Co., Ltd.* |
| 19 | FRESHFIELDS BRUCKHAUS |
| | DERINGER US LLP |
| 20 | |
| | By: /s/ Richard Snyder |
| 21 | TERRY CALVANI (SBN 53260) |
| | Email: terry.calvani@freshfields.com |
| 22 | CHRISTINE LACIAK(*pro hac vice*) |
| | Email: christine.laciak@freshfields.com |
| 23 | RICHARD SNYDER (*pro hac vice*) |
| | Email: richard.snyder@freshfields.com |
| 24 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| 25 | 701 Pennsylvania Avenue NW, Suite 600 |
| | Washington, DC  20004 |
| 26 | Telephone: (202) 777-4565 |
| | Facsimile: (202) 777-4555 |
| 27 | |
| 28 | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |

4

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

| | |
|---|---|
| 1 | JOHN M. TALADAY (*pro hac vice*) |
| | Email: john.taladay@bakerbotts.com |
| 2 | JOSEPH OSTOYICH (*pro hac vice*) |
| | Email: joseph.ostoyich@bakerbotts.com |
| 3 | ERIK T. KOONS (*pro hac vice*) |
| | Email: erik.koons@bakerbotts.com |
| 4 | CHARLES M. MALAISE (*pro hac vice*) |
| | Email: charles.malaise@bakerbotts.com |
| 5 | **BAKER BOTTS LLP** |
| | 1299 Pennsylvania Ave., N.W. |
| 6 | Washington, DC 20004-2400 |
| | Telephone: (202) 639-7700 |
| 7 | Facsimile: (202) 639-7890 |

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
RACHEL S. BRASS (SBN 219301)
Email: rbrass@gibsondunn.com
JOEL S. SANDERS (SBN 107234)
Email: jsanders@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

|   |   |
|---|---|
| 1 | |
| 2 | BOIES, SCHILLER & FLEXNER LLP |
| 3 | By: /s/ Philip J. Iovieno |

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno
PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
Email: ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.