SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
E-mail: ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com
tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. AND
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724-SC;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727-SC;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726-SC;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725-SC<br><br>*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668-SC | **DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AMENDED COMPLAINTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>[Samsung SDI Defendants] |

I, TYLER M. CUNNINGHAM, declare as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of the motion by plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. ("Electrograph"), Interbond Corporation of America ("BrandsMart"), Office Depot, Inc. ("Office Depot"), P.C. Richard & Son Long Island Corporation ("P.C. Richard"), MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services, LLC ("Tweeter") (collectively, "Plaintiffs") to seal portions of Plaintiffs' First Amended Complaints (Dkt. No. 2279) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) (the "Protective Order").

3. On December 20, 2013, Plaintiffs filed the Motion to Seal requesting that the Court maintain under seal portions of Plaintiffs' concurrently lodged amended complaints. I have reviewed the portions of Plaintiffs' Amended Complaint sought to be maintained under seal.

4. Pursuant to Civil Local Rules 7-11 and 79-5, this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal portions of Plaintiffs' amended complaints that quote from, describe, or otherwise summarize documents and/or information that SDI has designated as "Confidential" or "Highly Confidential."

5. Upon information and belief, the following paragraphs of Plaintiffs'

-1-

1  amended complaints quote from, describe or otherwise summarize documents or information that
2  SDI has designated as "Confidential" or "Highly Confidential:"

3  - Electrograph First Amended Complaint, ¶¶ 152, 153, 156, 159, 160, 238
4    and 239;
5  - BrandsMart's First Amended Complaint, ¶¶ 137, 138, 141, 144, 145, 223
6    and 224;
7  - Office Depot's First Amended Complaint, ¶¶ 138, 140, 143, 146, 147, 226
8    and 227;
9  - P.C. Richard's First Amended Complaint, ¶¶ 142, 144, 147, 150, 151, 229
10   and 230; and
11 - Tweeter's First Amended Complaint, ¶¶ 141, 143, 146, 149, 150, 228 and
12   229.

13         6.      The documents or information quoted from, described, or otherwise
14 summarized in Plaintiffs' amended complaints consist of, cite to, or identify confidential,
15 nonpublic, proprietary and highly sensitive business information about SDI's market analyses,
16 business practices, internal practices and/or competitive positions.  I am informed and believe that
17 this is sensitive information, and public disclosure of this information presents a risk of
18 undermining SDI's business relationships, would cause it harm with respect to its competitors and
19 customers, and would put SDI at a competitive disadvantage.

20         7.      Upon information and belief, Plaintiffs' amended complaints quote from,
21 describe or otherwise summarize several "Highly Confidential" documents produced by SDI that
22 the Court has previously sealed.  For example, upon information and belief, Plaintiffs' amended
23 complaints quote from, describe or otherwise summarize the following "Highly Confidential"
24 documents produced by SDI: SDCRT-0002526 to 28; SDCRT-0002526E to 28E; SDCRT-
25 0086490 to 92; SDCRT-00086490E to 92E; SDCRT-0006632 to 33; and SDCRT-0006632E to
26 33E.  These documents are internal reports that contain, cite and/or refer to confidential business
27 information about SDI's market analyses, sales strategy, business and supply plans, or
28

-2-

SMRH:414873826.1
Master File No. 3:07-md-05944-SC

CUNNINGHAM DECLARATION I/S/O PLAINTIFFS'
ADMINISTRATIVE MOTION SEAL AMENDED COMPLAINTS

-3-

1  relationships with companies that remain important to SDI's competitive position.  Accordingly,
2  the Court previously sealed these documents.  *See* Order Granting Sharp Plaintiffs' Administrative
3  Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1852).

4        8. In addition, the Court recently granted a motion to seal several substantially
5  similar paragraphs in a complaint filed by Sharp Electronics Corp. and Sharp Electronics
6  Manufacturing Corp.  *See* Order Regarding Administrative Motion to Seal Portions of Plaintiffs'
7  First Amended Complaint (Dkt. No. 2211).

8        9. Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Protective Order,
9  for the reasons stated above, SDI requests that the Court maintain under seal the above-cited
10 portions of Plaintiffs' amended complaints.

11       I declare under penalty of perjury of the laws of the United States that the foregoing
12 is true and correct.

14       Executed on December 23, 2013 at San Francisco, California.

16                                           */s/ Tyler M. Cunningham*
17                                           TYLER M. CUNNINGHAM