# Exhibit 1

# Hanrahan James

**From:** Hanrahan James
**Sent:** Tuesday, June 10, 2003 4:07 PM
**To:** Brunk Jack; Lissorgues Christian
**Subject:** RE: Samsung

Jack:

No, your assumption is not correct. Over the past 12 months Thomson has attempted to meet the target pricing established by Samsung, and will continue to respond to this customers requests. Certainly Thomson has demonstrated the Thomson commitment to rebuilding the business relationship with the change in Account Management and also the visit of Mr. Lissorgues to Samsung.

As you know from previous email announcements authored by me, all pricing deviations outside of the MYF pricing must be submitted to Mr. Lissorgues, and approved by both Messrs. Lissorgues and Lecoq. The decision regarding pricing deviations beyond the MYF pricing was made at levels above Mr. Lissorgues and myself; thus, we must follow our Managements direction with regard to approval of all pricing deviations.

Mr. Lissorgues is in China, without a telephone. He is scheduled back in the Boulogne office on Friday. Mr. Lissorgues is aware of your Samsung email sent June 6, and has committed to discussing multiple subjects with me on 13 June (his arrival back in the office). He is also copied on this email so that he is aware of what I am proposing to you in the short term. I do know that Mr. Lissorgues is attempting to read his email while in China.

I recall a telephone conversation between you and I on the subject of Samsung. I think this call took place on Friday, 6 June. From my memory, and with your 6 June email, I have constructed a single page chart that attempts to respond where possible.

Review the chart. I have shown the MYF pricing on each size, so the parameters are clearly identified to you. I cannot respond to the W76TF and the A68TF without specific approvals from Management. Bottom line is that you can discuss curved 25, 27, and 32's, along with the 32TF. You will have to negotiate some additional time to respond to the A68TF and W76TF.

If you have questions, you can telephone me in the Indianapolis office until around 6pm, or my mobile.


samsung10June03.
   xls

-----Original Message-----
**From:** Brunk Jack
**Sent:** Tuesday, June 10, 2003 2:05 PM
**To:** Hanrahan James
**Subject:** Samsung

Given that I have a dinner meeting this evening with Fred Lee in which he was expecting a price response from Thomson, am I to assume that we are not interested?

JKB

TDA01360

TDA01246

10 June, 2003
Hanrahan

## Samsung

| Size | Invoice | Half 1 Price rebate | Net price | Half 2 Price Samsung Goal | Thomson response |
|---|---|---|---|---|---|
| 25V | $80 | $2 | $78 | $70 | no change in invoice/rebate price<br>*MYF price is $77* |
| 27V1R X01<br>27V1R X881 | $98<br>$100 | $2<br>$2 | $96<br>$98 | $80<br>$82 | propose $91 invoice/$2 rebate<br>propose $93 invoice/$2 rebate<br>*MYF price is $85 - I am using the difference to offset VHP pricing* |
| 27VHP 1H | | | | $86 | Samsung importing tube during Half 1<br>Propose $91 invoice/$5 rebate<br>*MYF price is $90 - using 1Rs as the offset* |
| 27VHP 2H | | | | ??? | 6 June email called out this type - perhaps a typo?<br>Propose $99 invoice/$5 rebate<br>*MYF price is $90 - using 1Rs as the offset* |
| 27TF 1H<br>27TF 2H | $125 | $2 | $123 | $106 | *I cannot respond to the target without CL's and FL's approval*<br>*I cannot respond to the target without CL's and FL's approval*<br>*MYF price is $112 for 1H types* |
| 32VHP | $168 | $2 | $166 | ??? | If there is a chance, we could go $160 invoice/$5 rebate<br>2H type would be a premium of $8 |
| 32TF | | | | ??? | We could do $255 invoice/$3 rebate in Q4<br>2H type would be a premium of $8<br>*MYF price is $262 Q3; and $250 Q4* |
| W76TF | | | | $203 | *I cannot respond to the target without CL's and FL's approval*<br>There will be no NAFTA production of this type in 2003<br>We can ship the tube from a NAFTA warehouse, but the CRT will be Anagni m<br>*NO price set for the MYF* |

TDA01361