Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp.*, et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**(CIVIL LOCAL RULE 79-5(d))** |

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") respectfully submit this Administrative Motion for a Sealing Order regarding Sharp's concurrently filed Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint.

Sharp's concurrently filed Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint, and certain exhibits referenced therein, discuss or contain information that has been designated by Toshiba Corporation, Panasonic Corporation, Panasonic Corporation of North America, Chunghwa Picture Tubes, Ltd., Hitachi Electronic Devices (USA), Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc., Samsung SDI Brasil Ltda., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd., Koninklijke Philips N.V., and Philips Electronics North America Corporation (the "Designating Parties") as "Confidential" or "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case. Case No. 07-cv-05944 ECF 306, amended at ECF 1142. Specifically, Sharp's Opposition references or quotes directly from (1) portions of its First Amended Complaint in this matter (ECF 2030-4), and (2) exhibits designated by the Designating Parties as "Confidential" or "Highly Confidential" under the terms of the Protective Order. All documents and information sought to be sealed by the present Motion have previously been subject to administrative motions to file under seal in this case, and the Court has granted such motions.

On October 28, 2013, Sharp filed an administrative motion to file under seal portions of its First Amended Complaint that discussed, analyzed, or referenced information taken directly from material designated by a Defendant or Defendants in this matter as "Confidential" or "Highly Confidential," (ECF 2030), and in accordance with Local Rule 79-5(e)(1), the Designating Parties filed declarations establishing that all of the designated material was properly sealable (ECF 2034, 2036, and 2191). Having considered the motion to file under seal and the declarations in support thereof, the Court found good cause to seal portions of Sharp's First Amended Complaint, and on November 12, 2013, ordered that the identified portions of ¶¶ 196-199, ¶¶ 239-240, and the identified portions of ¶ 259 should be sealed. Order at ECF 2211. Portions of Sharp's concurrently filed Opposition to Motion to

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (CIVIL L.R. 79-5(D))
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

1

Dismiss quote, reference, or discuss the sealed portions of the First Amended Complaint referenced above.

Similarly, on August 7, 2013, Sharp filed an administrative motion to file under seal portions of its Opposition to Thomson S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction and Exhibits B through R, LL through SS, and UU attached thereto. A description of the documents designated "Confidential" or "Highly Confidential" is available at ECF 1835-1. In accordance with Local Rule 79-5(e)(1), the Designating Parties filed declarations establishing that all of the designated material was properly sealable (ECF 1843, 1844, 1847, and 1848), and this Court, finding good cause, ordered that the designated portions of Sharp's Opposition to Thompson S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction, and the referenced exhibits thereto, were properly sealable and should be sealed. ECF 1852. Portions of Sharp's concurrently filed Opposition to Motion to Dismiss quote, reference, or discuss Exhibits B through R, LL through SS, or UU referenced above. .

Sharp is simply seeking to seal portions of its Opposition to Thomson, S.A.'s Motion to Dismiss the First Amended Complaint at pages 2:10-22, 5:10-24, 5:28, 6:6-11, 6:15-19, 6:21-24, 9:4-6, 9:15-20, 9:23-28, 10:8-9, 12:23-24, 13:1-9, and 21:21-23 that discuss or contain information that has already been sealed by this Court. ECF 1852 & 2211. Therefore, Sharp requests that the Court grant the present Motion to Seal.

Dated: December 23, 2013          Respectfully submitted,

By:   */s/ Craig A. Benson*

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (CIVIL L.R. 79-5(D))
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

2