Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |
| | **(CIVIL LOCAL RULE 79-5(d))** |

I, Craig A. Benson, hereby declare as follows:

1. I am an active member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia and on March 20, 2013 was granted leave to appear *pro hac vice*. (ECF 12.) I am associated with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I submit this Declaration in support of Sharp's Administrative Motion to Seal Portions of Sharp's Opposition to Thomson, S.A.'s Motion to Dismiss Sharp's First Amended Complaint ("Motion to Seal"). I have personal knowledge of the facts stated herein and could competently testify to these facts if called as a witness.

2. Portions of Sharp's Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint ("Motion to Dismiss") contain discussion, analysis, references to, or information taken directly from material designated by a Defendant or Defendants in this matter as "Confidential" or "Highly Confidential." pursuant to the Protective Order applicable in this action. Specifically, portions of Sharp's Opposition to Thomson, S.A.'s Motion to Dismiss the First Amended Complaint at pages 2:10-22, 5:10-24, 5:28, 6:6-11, 6:15-19, 6:21-24, 9:4-6, 9:15-20, 9:23-28, 10:8-9, 12:23-24, 13:1-9, and 21:21-23 contain such information.

3. As more fully described in the concurrently filed Motion to Seal, all information sought to be sealed in the instant Motion to Seal Sharp's Motion to Dismiss have been the subject of prior motions to seal in this case (ECF 1834 & 2030), and the Court has granted the motions to seal the information referenced in paragraph 2, above, in connection with those sealing motions. Orders at ECF 1852 & 2211.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 28th day of October, 2013 in Washington, DC.

*/s/ Craig A. Benson*

Craig A. Benson

---

DECLARATION OF CRAIG BENSON IN SUPPORT OF SHARP'S MOTION TO FILE UNDER SEAL
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

1