1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RELATED TO SHARP'S OPPOSITION TO THOMSON S.A.'s MOTION TO DISMISS SHARP'S FIRST AMENDED COMPLAINT** |

[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

Upon consideration of Sharp's Administrative Motion to File Under Seal portions of its Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint, it is hereby:

ORDERED that the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal Sharp's Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint and Exhibits thereto as identified below.

| **Portions of Sharp's Opposition to Motion to Dismiss to be Sealed (Page:Line)** |
| --- |
| 2:10-22 |
| 5:10-24, 5:28 |
| 6:6-11, 6:15-19, 6:21-24 |
| 9:4-6, 9:15-20, 9:23-28 |
| 10:8-9 |
| 12:23-24 |
| 13:1-9 |
| 21:21-23 |

**IT IS SO ORDERED.**

DATED:_____                    _____

                                           HON. SAMUEL CONTI
                                           UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

1