Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation*, | MASTER FILE NO. 3:07-MD-05944-SC |
| This Document Relates To: | |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724-SC; | **DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727-SC; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726-SC; | [Civil L.R. 79-5(d)] |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725-SC; | |
| *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668-SC | |

COOPER DECLARATION IN SUPPORT OF CERTAIN
DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE
MOTION TO SEAL

Master File No. 3:07-md-05944-SC
Individual Cases: 13-cv-05724-SC; 13-cv-05727-SC;
13-cv-05726-SC; 13-cv-05725-SC; 13-cv-05668-SC

I, James Maxwell Cooper, declare as follows:

1. I am a member of the bar of the State of California and an attorney at the law firm of Kirkland & Ellis LLP, counsel for defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2. Except for those matters stated on information and belief, about which I am informed and believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" (Dkt No. 306).

4. On December 20, 2013, Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp. ("Electrograph"), Interbond Corporation of America ("BrandsMart"), Office Depot, Inc. ("Office Depot"), P.C. Richard & Son Long Island Corporation ("P.C. Richard"), MARTA Cooperative of America, Inc. ("MARTA"), ABC Appliance, Inc. ("ABC Warehouse"), and Schultze Agency Services ("Tweeter") filed an Administrative Motion to Seal (Dkt. No. 2279), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of the following documents (the "Amended Complaints") that contain information from documents or deposition testimony that the Hitachi Defendants have designated "Confidential" or "Highly Confidential:"

   a. Electrograph's First Amended Complaint;
   b. BrandsMart's First Amended Complaint;
   c. Office Depot's First Amended Complaint;
   d. P.C. Richard's, MARTA's, and ABC Warehouse's First Amended Complaint; and
   e. Tweeter's First Amended Complaint.

5. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Hitachi Defendants to provide the basis for the Court to maintain under seal certain documents and information quoted from, described, or otherwise summarized in the Amended Complaints that have

COOPER DECLARATION IN SUPPORT OF CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

2

Master File No. 3:07-md-05944-SC
Individual Cases: 13-cv-05724-SC; 13-cv-05727-SC; 13-cv-05726-SC; 13-cv-05725-SC; 13-cv-05668-SC

been designated by the Hitachi Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

6. I am informed and believe that the following paragraphs of the Amended Complaints quote from, describe, or otherwise summarize documents or information that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential":

    a. Electrograph First Amended Complaint, ¶¶ 152, 153, and 159;

    b. BrandsMart's First Amended Complaint, ¶¶ 137, 138, and 144;

    c. Office Depot's First Amended Complaint, ¶¶ 138, 140, and 146;

    d. P.C. Richard's, MARTA's, and ABC Warehouse's First Amended Complaint, ¶¶ 142, 144, and 150; and

    e. Tweeter's First Amended Complaint, ¶¶ 141, 143, and 149.

7. I am informed and believe that the documents and information quoted from, described, or otherwise summarized in the Amended Complaints consist of, cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the Hitachi Defendants' business practices, pricing practices, confidential business agreements, and competitive positions. The documents describe relationships with companies that remain important to the Hitachi Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Hitachi Defendants' business relationships, would cause them harm with respect to their competitors and customers, and would put the Hitachi Defendants at a competitive disadvantage.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 27th day of December, 2013, at San Francisco, California.

*/s/ James Maxwell Cooper*
James Maxwell Cooper