SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
E-mail:         ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
                    mscarborough@sheppardmullin.com
                    tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>[Samsung SDI defendants] |
| This Document Relates to:<br><br>  *Sharp Electronics Corp. et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-1173 SC | |

I, TYLER M. CUNNINGHAM, declare as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of Plaintiffs' Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc. (collectively "Sharp") Administrative Motion to Seal portions of Plaintiffs' Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 2289) (the "Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) (the "Protective Order").

3. On December 23, 2013, Sharp filed the Motion to Seal, and lodged conditionally under seal Plaintiffs' Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint (the "Opposition"). I have reviewed the portions of Sharp's Opposition sought to be maintained under seal, the Declaration of Craig A. Benson in Support of Sharp's Opposition to Thomson S.A.'s Motion to Dismiss Sharp's Amended Complaint ("Benson Declaration"), and the exhibit thereto.

4. Pursuant to Civil Local Rules 7-11 and 79-5(e), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal certain documents and information quoted from, described, or otherwise summarized in

1 Sharp's Opposition that have been designated by SDI as "Confidential" or "Highly Confidential."

2          5.      Sharp's Opposition references or directly quotes from (1) portions of its
3 First Amended Complaint in this matter (Dkt. No. 2030-4) and (2) exhibits that SDI has
4 designated as "Confidential" or "Highly Confidential" under the terms of the Stipulated Protective
5 Order.  All documents and information sought to be sealed by Sharp's present Administrative
6 Motion have previously been subject to administrative motions to file under seal in this case, and
7 the Court has granted such motions.  *See* Order Regarding Administrative Motion to Seal Portions
8 of Plaintiffs' First Amended Complaint (Dkt. No. 2211); Order Granting Sharp Plaintiffs'
9 Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt.
10 No. 1852).

11          6.      Specifically, upon information and belief, the following portions of Sharp's
12 Opposition quote from, describe or otherwise summarize documents or information that SDI has
13 designated as "Confidential" or "Highly Confidential:"  page 2, lines 10-22; page 5, lines 10-24
14 and lines 27-28; page 6, lines 21-24; page 10, lines 8-9; and page 13, lines 1-9.

15          7.      The documents or information quoted from, described, or otherwise
16 summarized in Sharp's Opposition consist of, cite to, or identify confidential, nonpublic,
17 proprietary and highly sensitive business information about SDI's market analyses, business
18 practices, internal practices and/or competitive positions.  I am informed and believe that this is
19 sensitive information, and public disclosure of this information presents a risk of undermining
20 SDI's business relationships, would cause it harm with respect to its competitors and customers,
21 and would put SDI at a competitive disadvantage.

22          8.      Sharp's Opposition appears to quote from, describe or otherwise summarize
23 several "Highly Confidential" documents produced by SDI that the Court has previously sealed.
24 For example, upon information and belief, Sharp's Opposition quotes from, describes or otherwise
25 summarizes the following "Highly Confidential" documents produced by SDI:  SDCRT-0088604
26 to 28; SDCRT-0002526 to 28; SDCRT-0002526E to 28E; SDCRT-0002585 to 87; and SDCRT-
27 0002585E to 87E.  These documents are internal reports that contain, cite and/or refer to
28

-2-
SMRH:414888899.1
CUNNINGHAM DECLARATION I/S/O PLAINTFFS'
ADMINISTRATIVE MOTION TO SEAL DOCUMENTS

confidential business information about SDI's market analyses, sales strategy, business and supply plans, or relationships with companies that remain important to SDI's competitive position. Accordingly, the Court previously sealed these documents. *See* Order Granting Sharp Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1852).

9. In addition, the Court recently granted a motion to seal several substantially similar paragraphs in a complaint filed by Sharp. *See* Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint (Dkt. No. 2211).

10. Pursuant to Civil Local Rules 7-11 and 79-5(e), and the Protective Order, for the reasons stated above, SDI requests that the Court maintain under seal the above-cited portions of Sharp's Opposition.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on December 27, 2013 at San Francisco, California.

          */s/ Tyler M. Cunningham*
          TYLER M. CUNNINGHAM