Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice)*
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 07-CV-0944-SC<br>MDL. NO. 1917 |
| This document relates to:<br><br>*Sharp Elecs. Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173 | **DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO SEAL**<br><br>[Civil L.R. 79-5(d)] |

I, James Maxwell Cooper, declare as follows:

1. I am a member of the bar of the State of California and an attorney at the law firm of Kirkland & Ellis LLP, counsel for defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2. Except for those matters stated on information and belief, about which I am informed and believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" (Dkt. No. 306). On December 23, 2013, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") filed an Administrative Motion to Seal (Dkt. 2289), and lodged conditionally under seal its Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint ("Opposition") pursuant to Civil Local Rules 7-11 and 79-5(d).

4. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Hitachi Defendants to provide the basis for the Court to maintain under seal certain documents and information quoted from, described, or otherwise summarized in Sharp's Opposition that have been designated by the Hitachi Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. Specifically, Sharp's Opposition references or quotes directly from (1) portions of its First Amended Complaint in this matter (Dkt. No. 2030-4), and (2) exhibits designated by the Hitachi Defendants as "Confidential" or "Highly Confidential" under the terms of the Stipulated Protective Order. All documents and information sought to be sealed by Sharp's present Administrative Motion have previously been subject to administrative motions to file under seal in this case, and the Court has granted such motions.

6. I am informed and believe that the documents and information quoted from, described, or otherwise summarized in page 6:6-11 of Sharp's Opposition consist of, cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the

1 Hitachi Defendants' business practices, pricing practices, confidential business agreements, and competitive positions. The documents describe relationships with companies that remain important to the Hitachi Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Hitachi Defendants' business relationships, would cause them harm with respect to their competitors and customers, and would put the Hitachi Defendants at a competitive disadvantage.

7. As with the documents themselves, I understand that the Hitachi Defendants consider any statements in the Opposition purporting to summarize any documents or information designated "Confidential" or "Highly Confidential" by the Hitachi Defendants confidential and proprietary. I am informed and believe that the Hitachi Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in page 6:6-11 of Sharp's Opposition.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 30th day of December, 2013, at San Francisco, California.

*/s/ James Maxwell Cooper*
James Maxwell Cooper