1  ~~David J. Burman (admitted *pro hac vice*)~~
   ~~Cori G. Moore (admitted *pro hac vice*)~~
2  ~~Eric J. Weiss (admitted *pro hac vice*)~~
   ~~Nicholas H. Hesterberg (admitted *pro hac vice*)~~
3  ~~Steven D. Merriman (admitted *pro hac vice*)~~
   ~~**PERKINS COIE LLP**~~
4  ~~1201 Third Avenue, Suite 4900~~
   ~~Seattle, WA 98101-3099~~
5  ~~Telephone:   (206) 359-8000~~
   ~~Facsimile:   (206) 359-9000~~
6
   ~~Joren Bass, State Bar No. 208143~~
7  ~~JBass@perkinscoie.com~~
   ~~**PERKINS COIE LLP**~~
8  ~~Four Embarcadero Center, Suite 2400~~
   ~~San Francisco, CA 94111-4131~~
9  ~~Telephone:   (415) 344-7120~~
   ~~Facsimile:   (415) 344-7320~~
10
   ~~*Counsel for Plaintiff*~~
11 ~~*Costco Wholesale Corporation*~~

12 [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Costco Wholesale Corporation v. Technicolor SA et al.*, No. 13-cv-02037 (W.D. Wash);<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA et al.*, No. 13-cv-05261 (N.D. Cal.)<br><br>*Best Buy Co., Inc. et al. v. Technicolor SA et al.*, No. 13-cv-05264 (N.D. Cal.);<br><br>*P.C. Richard & Son Long Island Corporation et al. v. Technicolor SA et al.*, No. 13-cv-06327 (E.D.N.Y.); | **STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF SERVICE AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS** |

1  *Electrograph Systems, Inc. et al. v. Technicolor SA et al.*, No. 13-cv-06325 (E.D.N.Y.);

2

3  *Schultze Agency Services, LLC v. Technicolor SA et al.*, No. 13-cv-06323 (E.D.N.Y.);

4

5  *Office Depot, Inc. v. Technicolor SA et al.*, No. 13-cv-81174 (S.D. Fla.);

6  *Interbond Corporation of America v. Mitsubishi Electric & Electronics USA, Inc. et al.*, No. 13-cv-62482 (S.D. Fla.);

7

8

9  *Sears, Roebuck and Co. & Kmart Corp. v. Technicolor SA et al.*, No. 13-cv-05262 (N.D. Cal.);

10

11  *Target Corp. v. Technicolor SA et al.*, No. 13-cv-05686 (N.D. Cal.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF SERVICE
AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS
Case No. 07-05944 SC; MDL No. 1917

WHEREAS, Plaintiffs Costco Wholesale Corporation (No. 13-cv-02037, W.D. Wash.); Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust (No. 13-cv-05261, N.D. Cal.); Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC (No. 13-cv-05264, N.D. Cal.); P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., and ABC Appliance, Inc. (No. 13-cv-06327, E.D.N.Y.); Electrograph Systems, Inc., and Electrograph Technologies Corp. (13-cv-06325, E.D.N.Y.); Schultze Agency Services, LLC (No. 13-cv-06323, E.D.N.Y.); Office Depot, Inc. (No. 13-cv-81174, S.D. Fla.); Interbond Corporation of America (No. 13-cv-62482, S.D. Fla.); Sears, Roebuck and Co. and Kmart Corp. (No. 13-cv-05262, N.D. Cal.); and Target Corp. (No. 13-cv-05686, N.D. Cal.) (collectively "Direct Action Plaintiffs") filed complaints in the above-referenced actions against, among others, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (collectively "Thomson Defendants");

WHEREAS, the above-referenced out-of-district actions were transferred to the *In re Cathode Ray Tube (CRT)* Multidistrict Litigation in the United States District Court for the Northern District of California, MDL No. 1917, on December 4, 2013 (Dkt. No. 2244);

WHEREAS, the Direct Action Plaintiffs wish to avoid the burden and expense of serving process on the Thomson Defendants and the Thomson Defendants desire a reasonable amount of time to respond to Plaintiffs' Complaints;

WHEREAS, Thomson SA has moved to dismiss the First Amended Complaint of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively "Sharp Plaintiffs") (Dkt. No. 2235);

WHEREAS, Thomson Consumer Electronics, Inc., has separately moved to dismiss the Sharp Plaintiffs' First Amended Complaint (Dkt. No. 2236);

WHEREAS, the Direct Action Plaintiffs and the Thomson Defendants believe that proceeding on a unified response date after the Court has ruled on the Thomson Defendants' motions to dismiss the Sharp Plaintiff's First Amended Complaint will create efficiency for the

- 1 -

1  Court and for the parties;

2  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

3  undersigned counsel, on behalf of their respective clients, as follows:

4  1. Pursuant to Federal Rule of Civil Procedure 4(d), the Thomson Defendants waive

5  service of the Complaints filed by the Direct Action Plaintiffs.

6  2. Technicolor USA, Inc.'s (f/k/a Thomson Consumer Electronics, Inc.) deadline to

7  move to dismiss, answer, or otherwise respond to the Direct Action Plaintiffs' Complaints will be

8  the later of (1) February 4, 2014, or (2) thirty days after the Court enters an order on Thomson

9  Consumer Electronics, Inc.'s Motion to Dismiss the Sharp Plaintiffs' First Amended Complaint;

10  3. Technicolor SA's (f/k/a Thomson SA) deadline to move to dismiss, answer, or

11  otherwise respond to the Direct Action Plaintiffs' Complaints will be the later of (1) March 6,

12  2014, or (2) thirty days after the Court enters an order on Thomson SA's Motion to Dismiss the

13  Sharp Plaintiffs' First Amended Complaint;

14  4. The undersigned parties jointly and respectfully request that the Court enter this

15  stipulation as an order.

16  Dated:  December 31, 2013      By: /s/ David J. Burman
                                   David J. Burman
17                                 Cori G. Moore
                                   Eric J. Weiss
18                                 Nicholas H. Hesterberg
                                   Steven D. Merriman
19                                 **PERKINS COIE LLP**
20                                 1201 Third Avenue, Suite 4900
                                   Seattle, WA 98101-3099
21                                 Telephone:     (206) 359-8000
                                   Facsimile:     (206) 359-9000
22

23                                 Joren Bass, State Bar No. 208143
                                   JBass@perkinscoie.com
24                                 **PERKINS COIE LLP**
                                   Four Embarcadero Center, Suite 2400
25                                 San Francisco, CA  94111-4131
                                   Telephone:     (415) 344-7120
26                                 Facsimile:     (415) 344-7320

27                                 *Counsel for Plaintiff Costco Wholesale Corporation*
28                                          - 2 -

Dated: December 31, 2013

By: /s/ Philip J. Iovieno
Philip J. Iovieno
Anne M. Nardacci
Christopher V. Fenlon
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

William A. Isaacson
**BOIES SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Counsel for Electrograph Systems; Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC; ABC Appliance, Inc.; Marta Cooperative of American, Inc., P.C. Richard & Son Long Island Corporation*

Dated: December 31, 2013

By: /s/ Kevin J. Murray
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
James Almon
Ryan C. Zagare
Jalaine Garcia
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

Gavin D. Whitis
**POND NORTH LLP**
100 Spear Street, Suite 1200
San Francisco, CA 94015
Telephone: (415) 217-1240
Facsimile: (415) 644-0578

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING WAIVER OF SERVICE
AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS
Case No. 07-05944 SC; MDL No. 1917

|   |   |   |
|---|---|---|
| 1 |   | *Counsel for Plaintiffs Sears Roebuck & Co.; Kmart Corp.* |
| 2 |   |   |
| 3 | Dated: December 31, 2013 | By: /s/ Roman N. Silberfeld |
| 4 |   | Roman M. Silberfeld |
|   |   | David A. Martinez |
| 5 |   | Jill S. Casselman |
| 6 |   | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 7 |   | 2049 Century Park East, Suite 3400 |
|   |   | Los Angeles, CA 90067 |
| 8 |   | Telephone: (310) 552-0130 |
|   |   | Facsimile: (310) 229-5800 |
| 9 |   |   |
| 10 |   | Laura E. Nelson |
|   |   | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 11 |   | 800 LaSalle Avenue |
| 12 |   | 2800 LaSalle Plaza |
|   |   | Minneapolis, MN 55402 |
| 13 |   | Telephone: (612) 349-8500 |
|   |   | Facsimile: (612) 339-4181 |
| 14 |   |   |
| 15 |   | *Counsel for Plaintiffs Best Buy Co., Inc.; Best Buy Enterprise Services, Inc.; Best Buy Purchasing, LLC;* |
| 16 |   | *Best Buy Stores L.P.; BestBuy.com LLC; Magnolia Hi-Fi, Inc.* |
| 17 |   |   |
| 18 |   |   |
| 19 | Dated: December 31, 2013 | By: /s/ Jason C. Murray |
|   |   | Jason C. Murray |
| 20 |   | **CROWELL & MORING LLP** |
|   |   | 515 South Flower Street, 40th Floor |
| 21 |   | Los Angeles, CA 90071 |
|   |   | Telephone: (213) 622-4750 |
| 22 |   | Facsimile: (213) 622-2690 |
| 23 |   | Jerome A. Murphy |
|   |   | Astor H.L. Heaven |
| 24 |   | **CROWELL & MORING LLP** |
|   |   | 1001 Pennsylvania Avenue, N.W. |
| 25 |   | Washington, D.C. 20004 |
| 26 |   | Telephone: (202) 624-2985 |
|   |   | Facsimile: (202) 628-5116 |
| 27 |   |   |
| 28 |   | *Counsel for Plaintiff Target Corp.* |

- 4 -

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING WAIVER OF SERVICE
AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS
Case No. 07-05944 SC; MDL No. 1917

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 31, 2013 | By: /s/ Kenneth S. Marks |
| 3 | | H. Lee Godfrey |
| | | Kenneth S. Marks |
| 4 | | David M. Peterson |
| | | John W. Carter |
| 5 | | Jonathan Jeffrey Ross |
| 6 | | John Lahad |
| | | **SUSMAN GODFREY LLP** |
| 7 | | 1000 Louisiana Street, Suite 5100 |
| | | Houston, TX 77002-5096 |
| 8 | | Telephone:    (713) 653-7873 |
| | | Facsimile:    (713) 654-6666 |
| 9 | | |
| 10 | | *Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| 11 | | |
| 12 | Dated: December 31, 2013 | By: /s/ Kathy L. Osborn |
| | | Kathy L. Osborn |
| 13 | | Ryan M. Hurley |
| 14 | | **Faegre Baker Daniels LLP** |
| | | 300 N. Meridian Street, Suite 2700 |
| 15 | | Indianapolis, IN 46204 |
| | | Telephone:    (317) 237-0300 |
| 16 | | Facsimile:    (317) 237-1000 |
| 17 | | Jeffrey S. Roberts |
| 18 | | **Faegre Baker Daniels LLP** |
| | | 3200 Wells Fargo Center |
| 19 | | 1700 Lincoln Street |
| | | Denver, CO 80203 |
| 20 | | Telephone:    (303) 607-3500 |
| | | Facsimile:    (303) 607-3600 |
| 21 | | |
| 22 | | Calvin L. Litsey |
| | | **Faegre Baker Daniels LLP** |
| 23 | | 1950 University Avenue, Suite 450 |
| | | East Palo Alto, CA 94303-2279 |
| 24 | | Telephone:    (650) 324-6700 |
| | | Facsimile:    (650) 324-6701 |
| 25 | | |
| 26 | | *Counsel for Defendants Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.)* |
| 27 | | |
| 28 | | - 5 - |

STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF SERVICE
AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS
Case No. 07-05944 SC; MDL No. 1917

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: December 31, 2013

>By: /s/ David J. Burman
>David J. Burman

- 6 -

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: _January 3, 2014_____            _____
                                            Hon. Samuel A. Conti
4                                           United States District Judge

5

6

7  LEGAL28681155.2

- 7 -

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING WAIVER OF SERVICE
AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS
Case No. 07-05944 SC; MDL No. 1917