Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, California  94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendants Technicolor SA and Technicolor USA, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Alfred H. Siegel v. Technicolor SA, et al.,* No. 13-cv-05261-SC<br><br>*Sears, Roebuck and Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05262-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-5686-SC | **DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11)**<br><br>[Proposed] Order Granting Defendants' Administrative Motion to Relate Cases Filed Concurrently Herewith |

In accordance with Civil Local Rules 3-12 and 7-11 of this Court, Defendants Technicolor SA[1] (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (collectively the "Thomson Defendants") and Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc. (collectively the "Mitsubishi Electric Defendants") respectfully submit this Administrative Motion to consider whether the following recently filed complaints ("Recently Filed Complaints") filed by the Plaintiffs identified below should be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917):

1.  *Alfred H. Siegel v. Technicolor SA, et al.,* Case No. 13-cv-05261-SC, complaint filed November 12, 2013 in United States District Court for the Northern District of California and assigned to the Honorable Samuel Conti. (*See* **Ex. A**.)

2.  *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05262-SC, complaint filed November 13, 2013 in United States District Court for the Northern District of California and assigned to the Honorable Samuel Conti. (*See* **Ex. B**.)

3.  *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05264-SC, complaint filed November 13, 2013 in United States District Court for the Northern District of California and assigned to the Honorable Samuel Conti. (*See* **Ex. C**.)

4.  *Target Corp. v. Technicolor SA, et al.,* Case No. 13-cv-05686-SC, complaint filed December 9, 2013 in United States District Court for the Northern District of California and assigned to the Honorable Samuel Conti. (*See* **Ex. D**.)

Under Civil Local Rule 3-12(a), an action is related to another when the actions "concern substantially the same parties, property, transaction or event" and it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *See* Civil L.R. 3-12(a). As each of the Plaintiffs allege in their Recently Filed Complaints, these claims are "related to and concern[] the same anticompetitive

---

[1] By joining in this Administrative Motion, Thomson SA does not waive its right to assert any defense to any claim asserted by the Plaintiffs, including, without limitation, that Thomson SA is not subject to the personal jurisdiction of this Court.

1  conspiracy and many of the same transactions and events" as the actions previously filed by these
2  same Plaintiffs against other Defendants in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case
3  No. 07-cv-5944-SC (MDL No. 1917).  (**Ex. A** at ¶14; **Ex. B** at ¶12; **Ex. C** at ¶11; **Ex. D** at ¶13.)
4  Each of the complaints previously filed by these Plaintiffs against other Defendants involving the
5  same alleged antitrust conspiracy have already been consolidated into *In re Cathode Ray Tube*
6  *(CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917).  *See Siegel v. Hitachi, Ltd.,*
7  *et al.*, No. 11-cv-05502; *Best Buy Co., Inc., et al. v. Hitachi Ltd., et al.*, No. 11-cv-05513*; Target*
8  *Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514.  Moreover, on the civil
9  cover sheet filed with each Recently Filed Complaint, the Plaintiffs have designated their claims as
10 related to MDL No. 1917.  As such, in accordance with Civil Local Rule 3-12, the Plaintiffs have
11 admitted that the Recently Filed Complaints are related to the action in MDL No. 1917.  Finally, as
12 set forth in the attached Stipulation, Plaintiffs have stipulated that their Recently Filed Complaints
13 should be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC
14 (MDL No. 1917). (*See* **Ex. E**.)

15      Given the closely related nature of the Recently Filed Complaints and the actions in MDL
16 No. 1917 – each involving substantially similar questions of law and fact – the Recently Filed
17 Complaints should be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-
18 cv-5944-SC (MDL No. 1917).  Accordingly, the Thomson Defendants and the Mitsubishi Electric
19 Defendants respectfully request that Case Nos. 13-cv-05261-SC, 13-cv-05262-SC, 13-cv-05264-
20 SC, and 13-cv-5686-SC be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No.
21 07-cv-5944-SC (MDL No. 1917).

22
23
24
25
26
27
28

| | |
|---|---|
| Dated:  January 7, 2014 | Respectfully submitted, |

By:    /s/ Jeffrey S. Roberts
     Jeffrey S. Roberts (*pro hac vice*)
     Faegre Baker Daniels LLP
     3200 Wells Fargo Center
     1700 Lincoln Street
     Denver, CO  80203
     Telephone:  +1-303-607-3500
     Facsimile:  +1-303-607-3600
     jeff.roberts@FaegreBD.com

     Kathy L. Osborn (*pro hac vice*)
     Ryan M. Hurley (*pro hac vice*)
     Faegre Baker Daniels LLP
     300 N. Meridian Street, Suite 2700
     Indianapolis, IN  46204
     Telephone:  +1-317-237-0300
     Facsimile:  +1-317-237-1000
     kathy.osborn@FaegreBD.com
     ryan.hurley@FaegreBD.com

     Calvin L. Litsey (SBN 289659)
     Faegre Baker Daniels LLP
     1950 University Avenue, Suite 450
     East Palo Alto, CA  94303-2279
     Telephone:  +1-650-324-6700
     Facsimile:  +1-650-324-6701
     calvin.litsey@FaegreBD.com

     ***Attorneys for Defendants Technicolor SA and Technicolor USA, Inc.***


     /s/ *Brent Caslin*
     Brent Caslin (Cal. Bar. No. 198682)
     JENNER & BLOCK LLP
     633 West Fifth Street, Suite 3600
     Los Angeles, CA  90071
     Telephone:  +1-213-239-5100
     Facsimile:  +1-213-239-5199
     bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:  +1-312-222-9350
Facsimile:  +1-312-527-0484
ttruax@jenner.com
mbrody@jenner.com

***Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc.***

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: January 7, 2014

By:  /s/ Jeffrey S. Roberts