~~William A. Isaacson~~
~~BOIES, SCHILLER & FLEXNER LLP~~
~~5301 Wisconsin Ave. NW, Suite 800~~
~~Washington, D.C. 20015~~
~~Telephone: (202) 237-2727~~
~~Facsimile: (202) 237-6131~~
~~Email: wisaacson@bsfllp.com~~

~~Philip J. Iovieno~~
~~Anne M. Nardacci~~
~~BOIES, SCHILLER & FLEXNER LLP~~
~~30 South Pearl Street, 11th Floor~~
~~Albany, NY 12207~~
~~Telephone: (518) 434-0600~~
~~Facsimile: (518) 434-0665~~
~~Email: piovieno@bsfllp.com~~
~~Email: anardacci@bsfllp.com~~

*~~Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC~~*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation* | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AMENDED COMPLAINTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724-SC ; | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727-SC ; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726-SC ; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725-SC ; | |
| *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668-SC | |

1  On December 20, 2013, Direct Action Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp. ("Electrograph"), Interbond Corporation of America ("BrandsMart"), Office Depot, Inc. ("Office Depot"), P.C. Richard & Son Long Island Corporation ("P.C. Richard"), MARTA Cooperative of America, Inc. ("MARTA"), ABC Appliance, Inc. ("ABC Warehouse"), and Schultze Agency Services, LLC ("Tweeter") filed an Administrative Motion to Seal Portions of Amended Complaints Pursuant to Civil Local Rules 7-11 and 79-5(d) to file under seal the highlighted portions of the following documents:

- Electrograph's First Amended Complaint
- BrandsMart's First Amended Complaint;
- Office Depot's First Amended Complaint;
- P.C. Richard's, MARTA's, and ABC Warehouse's First Amended Complaint; and
- Tweeter's First Amended Complaint.

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints Pursuant to Local Civil Rules 7-11 and 79-5(d) is GRANTED.

**IT IS SO ORDERED**

Dated: January 8, 2014

Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE