1  (*Stipulating Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING |

WHEREAS, the California Attorney General, whose state court action is coordinated with this action for purposes only of fact and expert discovery, and Defendants agree that a modification to the existing expert discovery schedule will aid in the efficient resolution of this litigation;

WHEREAS, the proposed modification will change the existing deadlines for serving expert reports, but will not change the existing fact discovery deadline (September 5, 2014) or the trial date (March 9, 2015) in the federal litigation and is intended only to put the California Attorney General's case on the same expert discovery schedule as that recently approved by this Court as to the Indirect Purchaser Class Plaintiffs ("IPPs") and Direct Action Plaintiffs ("DAPs");

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the California Attorney General and counsel for the undersigned Defendants[1] in the above-captioned actions as follows:

**SCHEDULE**

| | |
|---|---|
| March 25, 2014* | Last day for the California Attorney General to serve opening expert reports on the merits; last day for Defendants to serve opening expert reports on affirmative defenses; |
| June 24, 2014* | Last day for Defendants to serve opposition expert reports on the merits; last day for the California Attorney General to serve opposition expert reports on affirmative defenses; |
| August 5, 2014 | Last day for the California Attorney General to serve rebuttal expert reports on the merits; last day for Defendants to serve rebuttal expert reports on affirmative defenses; |
| September 12, 2014 | Last day for the California Attorney General and Defendants to serve sur-rebuttal reports to any expert they are opposing and who serves a rebuttal report; |

*For any depositions that Plaintiffs have noticed, but have not yet taken, by March 25, 2014, the California Attorney General and Defendants may supplement their opening and opposition expert reports to the extent that the supplements are limited to evidence that is elicited during such depositions. Any such supplements must be served by July 11, 2014.

All parties reserve the right to seek modification of the schedule based on the number of expert reports, which is presently unknown.

***

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

---

[1] The following entities do not join in this stipulation: Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corporation, Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric and Electronics, USA, Inc.). In addition, on August 1, 2013, Special Master Legge entered an Order (Dkt. No. 1820) staying discovery against Thomson Consumer Electronics, Inc., so it is not participating in discovery.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3 | Dated:_____

4 |                                         Hon. Samuel Conti
United States District Judge

5 | DATED:   January 8, 2014

6 |                             KIRKLAND & ELLIS LLP

By: /s/ Eliot A. Adelson
ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
JAMES MAXWELL COOPER (SBN 284054)
max.cooper@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
jmutchnik@kirkland.com
KATE WHEATON (*pro hac vice*)
kate.wheaton@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN
Email: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

| | |
|---|---|
| 1 | STEVEN A. REISS (*pro hac vice*) |
| | Email: steven.reiss@weil.com |
| 2 | DAVID L. YOHAI (*pro hac vice*) |
| | Email: david.yohai@weil.com |
| 3 | ADAM C. HEMLOCK (*pro hac vice*) |
| | Email: adam.hemlock@weil.com |
| 4 | **WEIL, GOTSHAL & MANGES LLP** |
| | 767 Fifth Avenue |
| 5 | New York, New York 10153-0119 |
| | Telephone: (212) 310-8000 |
| 6 | Facsimile: (212) 310-8007 |
| | *Attorneys for Defendants Panasonic Corporation* |
| 7 | *(f/k/a Matsushita Electric Industrial Co., Ltd.),* |
| | *Panasonic Corporation of North America, MT* |
| 8 | *Picture Display Co., Ltd.* |
| 9 | FRESHFIELDS BRUCKHAUS |
| | DERINGER US LLP |
| 10 | |
| | By: /s/ Richard Snyder |
| 11 | TERRY CALVANI (SBN 53260) |
| | Email: terry.calvani@freshfields.com |
| 12 | CHRISTINE LACIAK(*pro hac vice*) |
| | Email: christine.laciak@freshfields.com |
| 13 | RICHARD SNYDER (*pro hac vice*) |
| | Email: richard.snyder@freshfields.com |
| 14 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| 15 | 701 Pennsylvania Avenue NW, Suite 600 |
| | Washington, DC  20004 |
| 16 | Telephone: (202) 777-4565 |
| | Facsimile: (202) 777-4555 |
| 17 | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |
| 18 | |
| | SHEPPARD MULLIN RICHTER & HAMPTON |
| 19 | |
| | By: /s/ Gary L. Halling |
| 20 | GARY L. HALLING (SBN 66087) |
| | Email: ghalling@sheppardmullin.com |
| 21 | JAMES L. MCGINNIS (SBN 95788) |
| | Email: jmcginnis@sheppardmullin.com |
| 22 | MICHAEL W. SCARBOROUGH, (SBN 203524) |
| | Email: mscarborough@sheppardmullin.com |
| 23 | **SHEPPARD MULLIN RICHTER & HAMPTON** |
| | Four Embarcadero Center, 17th Floor |
| 24 | San Francisco, California  94111 |
| | Telephone:  (415) 434-9100 |
| 25 | Facsimile:  (415) 434-3947 |
| | *Attorneys for Defendants Samsung SDI America,* |
| 26 | *Inc.; Samsung SDI Co., Ltd.; Samsung SDI* |
| | *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.* |
| 27 | *DE C.V.; Samsung SDI Brasil Ltda.; Shenzen* |
| | *Samsung SDI Co., Ltd. and Tianjin Samsung SDI* |
| 28 | *Co., Ltd.* |

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG (SBN 184950)
Email: Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
WILLIAM D. TEMKO (SBN 098858)
Email: William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Email: Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Email: Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

KAMALA D. HARRIS
Attorney General of California


_/s/ Emilio Varanini_
EMILIO VARANINI
Deputy Attorney General
*Attorneys for the State of California et al.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.