Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, California  94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Technicolor SA*
*and Technicolor USA, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **MOTION TO WITHDRAW DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11)** |
| *Alfred H. Siegel v. Technicolor SA, et al., No. 13-cv-05261-SC* | |
| *Sears, Roebuck and Co., et al. v. Technicolor SA, et al., No. 13-cv-05262-SC* | [Proposed] Order Granting Defendants' Motion to Withdraw Administrative Motion to Relate Cases Filed Concurrently Herewith |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264-SC* | |
| *Target Corp. v. Technicolor SA, et al., No. 13-cv-5686-SC* | |

**MOTION**

1.      On January 7, 2013 Defendants Technicolor SA[1] (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (collectively the "Thomson Defendants") and Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc. (collectively the "Mitsubishi Electric Defendants") filed "Defendants' Joint Administrative Motion to Consider Whether Cases Should Be Related" [Dkt. No. 2306]  (hereinafter "Motion").

2.      Due to an error by undersigned counsel for the Thomson Defendants, Defendants' Motion was filed on behalf of the Thomson Defendants and Mitsubishi Electric Defendants, and not jointly on behalf of all parties to the Stipulation attached as Exhibit E to the Motion. Accordingly, the Thomson Defendants and Mitsubishi Electric Defendants respectfully request that the Court withdraw their Motion.

3.      Furthermore, undersigned counsel for the Thomson Defendants respectfully provides notice that that he intends to file a forthcoming "Amended Stipulated Motion to Consider Whether Cases Should Be Related" on behalf of all parties to the Stipulation attached as Exhibit E to the Motion.


Dated:  January 9, 2014                         Respectfully submitted,


                                                By:   */s/ Jeffrey S. Roberts*
                                                Jeffrey S. Roberts (*pro hac vice*)
                                                Faegre Baker Daniels LLP
                                                3200 Wells Fargo Center
                                                1700 Lincoln Street
                                                Denver, CO  80203
                                                Telephone:  +1-303-607-3500
                                                Facsimile:  +1-303-607-3600
                                                jeff.roberts@FaegreBD.com

                                                Kathy L. Osborn (*pro hac vice*)

---

[1] By filing this Motion, Thomson SA does not waive its right to assert any defense to any claim asserted by the Plaintiffs, including, without limitation, that Thomson SA is not subject to the personal jurisdiction of this Court.

MOTION TO WITHDRAWAL MOTION TO          1          No. 07-5944-SC; MDL No. 1917
CONSIDER WHETHER CASES SHOULD BE
RELATED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  +1-317-237-0300
Facsimile:  +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone:  +1-650-324-6700
Facsimile:  +1-650-324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Technicolor SA and*
*Technicolor USA, Inc.*


    /s/ *Brent Caslin*
_____
Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, CA  90071
Telephone:  +1-213-239-5100
Facsimile:  +1-213-239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:  +1-312-222-9350
Facsimile:  +1-312-527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: January 9, 2014

By:  _/s/ Jeffrey S. Roberts_ _____