UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>*Alfred H. Siegel v. Technicolor SA, et al.*, No. 13-cv-05261-SC<br><br>*Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-5686-SC | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER WITHDRAWING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Upon consideration of the Motion to Withdraw Motion to Consider Whether Cases Should Be Related the Court hereby GRANTS the motion and ORDERS that:

1. the "Defendants' Joint Administrative Motion to Consider Whether Cases Should Be Related" [Dkt. No. 2306] is hereby withdrawn.

**IT IS SO ORDERED.**

DATED: _____

                                                Hon. Samuel Conti
                                                United States District Judge