Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, California  94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendants Technicolor SA
and Technicolor USA, Inc.***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Alfred H. Siegel v. Technicolor SA, et al.*, No. 13-cv-05261-SC<br><br>*Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-5686-SC | **AMENDED STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11)**<br><br>[Proposed] Order Granting Defendants' Administrative Motion to Relate Cases Filed Concurrently Herewith |

In accordance with Civil Local Rules 3-12 and 7-11 of this Court, Plaintiffs Alfred H. Siegel (as Trustee of the Circuit City Stores, Inc. Liquidating Trust), Sears, Roebuck and Co., Kmart Corp., Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, LLC, Magnolia Hi-Fi, LLC, and Target Corp. (all collectively, "Plaintiffs") and Defendants Technicolor SA[1] (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (collectively the "Thomson Defendants") and Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc. (collectively the "Mitsubishi Electric Defendants") submit this Amended[2] Stipulated Administrative Motion to Consider Whether Cases Should Be Related concerning the matters entitled *Alfred H. Siegel v. Technicolor SA, et al.,* Case No. 13-cv-05261-SC, *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05262-SC, *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05264-SC, and *Target Corp. v. Technicolor SA, et al.,* Case No. 13-cv-05686-SC.

SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on November 12, 2013, Plaintiff Alfred H. Siegel filed a complaint entitled *Alfred H. Siegel v. Technicolor SA, et al.,* Case No. 13-cv-05261-SC, alleging antitrust claims against the Thomson Defendants and Mitsubishi Electric Defendants in United States District Court for the Northern District of California (**Ex. A**);

WHEREAS, on November 13, 2013, Plaintiffs Sears, Roebuck and Co. and Kmart Corp. filed a complaint entitled *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05262-SC, alleging antitrust claims against the Thomson Defendants and Mitsubishi Electric Defendants in United States District Court for the Northern District of California (**Ex. B**.);

---

[1] By joining in this Stipulation, Thomson SA does not waive its right to assert any defense to any claim asserted by the Plaintiffs, including, without limitation, that Thomson SA is not subject to the personal jurisdiction of this Court.

[2] The stipulation reflected herein was reached before Dkt. No. 2306 was filed.

| STIPULATED MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED | 1 | No. 07-5944-SC; MDL No. 1917 |

WHEREAS, on November 13, 2013, Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, LLC, and Magnolia Hi-Fi, LLC filed a complaint entitled *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05264-SC, alleging antitrust claims against the Thomson Defendants and Mitsubishi Electric Defendants in United States District Court for the Northern District of California (**Ex. C**);

WHEREAS, on December 9, 2013, Plaintiff Target Corp. filed a complaint entitled *Target Corp. v. Technicolor SA, et al.,* Case No. 13-cv-05686-SC, alleging antitrust claims against the Thomson Defendants and Mitsubishi Electric Defendants in United States District Court for the Northern District of California (Ex. D); and

WHEREAS, pursuant to Civil Local Rule 3-12(a), each of Plaintiffs' complaints against the Thomson Defendants and Mitsubishi Electric Defendants are related to the cases being adjudicated in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917).

NOW, THEREFORE, PURSUANT TO LOCAL RULE 7-11, THE PLAINTIFFS, THE THOMSON DEFENDANTS, AND THE MITSUBISHI ELECTRIC DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS

1. The Plaintiffs' complaints filed in *Alfred H. Siegel v. Technicolor SA, et al*., Case No. 13-cv-05261-SC; *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05262-SC; *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05264-SC; and *Target Corp. v. Technicolor SA, et al.*, Case No. 13-cv-05686-SC should be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917).

**IT IS SO STIPULATED**.

Dated: January 9, 2013

Respectfully submitted,

By: */s/ Jeffrey S. Roberts*
Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone:  +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  +1-317-237-0300
Facsimile:  +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone:  +1-650-324-6700
Facsimile:  +1-650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendants Technicolor SA and Technicolor USA, Inc.***

 */s/ Brent Caslin*
Brent Caslin (Cal. Bar No. 198682)
Jenner & Block LLP
633 West Fifth Street, Suite 3600
Los Angeles, CA  90071
Telephone:  +1-213-239-5100
Facsimile:  +1-213-239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
Telephone:  +1-312-222-9350
Facsimile:  +1-312-527-0484
ttruax@jenner.com
mbrody@jenner.com

***Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc.***


  */s/ Steven Sklaver*
Steven Sklaver (Cal. Bar No. 237612)
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone:  +1-310-789-3100
Facsimile:  +1-310-789-3150
ssklaver@SusmanGodfrey.com

Kenneth S. Marks (*pro hac vice*)
Jonathan Ross (*pro hac vice*)
Johnny W. Carter (*pro hac vice*)
David M. Peterson (*pro hac vice*)
John P. Lahad (*pro hac vice*)
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX  77002-5096
Telephone:  +1-713-651-9366
Facsimile:  +1-713-654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com
jlahad@susmangodfrey.com

Parker C. Folse III (*pro hac vice*)
Rachel S. Black (*pro hac vice*)
Jordan Connors (*pro hac vice*)
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Telephone:  +1-206-516-3880
Facsimile:  +1-206-516-3883
pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

**Attorneys for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust**


  */s/ Kevin J. Murray*
Richard Alan Arnold (*pro hac vice*)
William J. Blechman (*pro hac vice*)
Kevin J. Murray (*pro hac vice*)
Samuel J. Randall (*pro hac vice*)
Kenny Nachwalter, P.A.
201 South Biscayne Boulevard, Suite 1100
Miami, FL  33131
Telephone:  +1-305-373-1000
Facsimile:  +1-305-372-1861
rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

**Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.**


  */s/ David Martinez*
Roman M. Silberfeld (Cal. Bar No. 62783)
David Martinez (Cal. Bar No. 193183)
Jill S. Casselman (Cal. Bar No. 266085)
Robins, Kaplan, Miller & Ciresi, LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  +1-310-552-0130
Facsimile:  +1-310-229-5800
rmsilberfeld@rkmc.com
dmartinez@rkmc.com
jscasselman@rkmc.com

Elliot S. Kaplan (Cal. Bar No. 53624)
K. Craig Wildfang (pro hac vice)
Laura E. Nelson (Cal. Bar No. 231856)
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  +1-612-349-8500
Facsimile:  +1-612-339-4181
eskaplan@rkmc.com
ckwildfang@rkmc.com
lenelson@rkmc.com

***Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, LLC; and Magnolia Hi-Fi, LLC***


  */s/ Jason C. Murray*
Jason C. Murray (Cal. Bar No. 169806)
Crowell & Moring LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  +1-213-443-5582
Facsimile:  +1-213-622-2690
jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  +1-202-624-2500
Facsimile:  +1-202-628-5116
jmurphy@crowell.com
aheaven@crowell.com

***Attorneys for Plaintiff Target Corp.***

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

Dated: January 9, 2013            By:  */s/ Jeffrey S. Roberts*