**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER RELATING CASES** |
| *Alfred H. Siegel v. Technicolor SA, et al.*, No. 13-cv-05261-SC | |
| *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262-SC | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-5686-SC | |

Upon consideration of the Stipulated Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12 the Court hereby GRANTS the motion and ORDERS that the following cases are related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-CV-5944-SC; MDL No. 1917:

Case No. 13-cv-05261-SC   *Alfred H. Siegel v. Technicolor SA, et al.*

Case No. 13-cv-05262-SC   *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

Case No. 13-cv-05264-SC   *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*

Case No. 13-cv-05686-SC   *Target Corp. v. Technicolor SA, et al.*

**IT IS SO ORDERED.**

DATED: _____

Hon. Samuel Conti
United States District Judge