**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: | **Case No. 07-5944 SC** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | **MDL No. 1917** |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261; | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725; | |
| *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv- 05686 | |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Electrograph Systems, Inc.; Electrograph
2  Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating
3  Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best
4  Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;
5  Office Depot, Inc.;  Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation;
6  ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC,
7  (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart
8  Corp.; and Target Corp., (collectively "Plaintiffs"), and Mitsubishi Electric Corporation,
9  Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc., (collectively
10 "Defendants"), have conferred by and through their counsel and, subject to the Court's approval,
11 HEREBY STIPULATE AS FOLLOWS:
12 WHEREAS, Plaintiffs have filed complaints asserting claims under federal and various
13 states' laws against the Defendants based on an alleged conspiracy to fix the prices of CRTs from
14 March 1, 1995 to November 25, 2007;
15 WHEREAS, on December 30, 2013, Defendants filed a Notice of Motion and Motion to
16 Dismiss ("Motion to Dismiss") [Dkt. No. 2299] the undersigned Plaintiffs' complaints;
17 WHEREAS, Local Rule 7-3 requires the Plaintiffs to respond to the Motion to Dismiss no
18 later than January 13, 2014 and requires Defendants to file any reply no later than January 20,
19 2014;
20 WHEREAS, Plaintiffs and Defendants have agreed to an extension of time regarding the
21 Plaintiffs' Opposition to the Motion to Dismiss and Defendants' Reply to that Motion;
22 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel
23 for Plaintiffs and counsel for Defendants as follows:

### SCHEDULE

| | |
|---|---|
| January 27, 2014 | Last day for Plaintiffs to file Opposition to the Motion to Dismiss. |
| February 7, 2014 | Last day for Defendants to file any reply to Plaintiffs' Opposition to the Motion to Dismiss. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____
                                            Hon. Samuel Conti
                                         United States District Judge

| | |
|---|---|
| DATED:  January 10, 2014 | BOIES, SCHILLER & FLEXNER LLP |
| | By: */s/ Philip J. Iovieno* |
| | PHILIP J. IOVIENO |
| | piovieno@bsfllp.com |
| | ANNE M. NARDACCI |
| | anardacci@bsfllp.com |
| | **BOIES, SCHILLER & FLEXNER LLP** |
| | 30 South Pearl St., 11th Floor |
| | Albany, NY 12207 |
| | Telephone: (518) 434-0600 |
| | Facsimile: (518) 434-0665 |
| | |
| | WILLIAM A. ISAACSON |
| | wisaacson@bsfllp.com |
| | **BOIES, SCHILLER & FLEXNER LLP** |
| | 5301 Wisconsin Ave. NW, Suite 800 |
| | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| | Facsimile: (202) 237-6131 |
| | |
| | STUART SINGER |
| | ssinger@bsfllp.com |
| | **BOIES, SCHILLER & FLEXNER LLP** |
| | 401 East Las Olas Blvd., Suite 1200 |
| | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 356-0011 |
| | Facsimile: (954) 356-0022 |
| | |
| | *Liaison Counsel for Direct Action Plaintiffs* |

|   |   |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | By: */s/ Terrence J. Truax* |
| 3 | TERRENCE J. TRUAX |
|   | MICHAEL T. BRODY |
|   | **JENNER & BLOCK LLP** |
|   | 353 North Clark Street |
|   | Chicago, Illinois 60654-3456 |
|   | Telephone: (312) 222-9350 |
|   | Facsimile: (312) 527-0484 |
|   | ttruax@jenner.com |
|   | mbrody@jenner.com |
|   |   |
|   | BRENT CASLIN (Cal. Bar. No. 198682) |
|   | **JENNER & BLOCK LLP** |
|   | 633 West Fifth Street, Suite 3600 |
|   | Los Angeles, California 90071 |
|   | Telephone: 213 239-5100 |
|   | Facsimile: 213 239-5199 |
|   | bcaslin@jenner.com |
|   |   |
|   | *Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.