David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation* | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723-SC | **COSTCO WHOLESALE CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1    Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiff Costco Wholesale Corporation

2    ("Costco")  respectfully submits this administrative motion for an order permitting Costco to

3    maintain under seal portions of its Complaint, which it filed in redacted form in the Western

4    District of Washington prior to transfer to the MDL.  Costco requests that the highlighted portions

5    of its Complaint be maintained under seal pursuant to Civil Local Rule 79-5(d) because they refer

6    to and contain excerpts of documents and testimony that have been designated "confidential" or

7    "highly confidential" pursuant to the Stipulated Protective Order entered in this litigation [Dkt.

8    306, June 18, 2008] ("Stipulated Protective Order").  The confidential/highly confidential

9    designations have been made by certain of the defendants in this litigation.  To qualify under the

10   Stipulated Protective Order as "confidential" or "highly confidential," information must contain

11   trade secrets or other confidential research, development or commercial information, or other

12   private or competitively sensitive information. Stipulated Protective Order at ¶ 1.

13   Pursuant to Local Rule 79-5(d), Costco is filing with this motion an unredacted version of

14   its Complaint, highlighting the portions of the Complaint that have been omitted from the

15   redacted version due to "confidential" or "highly confidential" designations.  *See* Declaration of

16   Eric J. Weiss in Support of Costco's Administrative Motion to Seal Portions of Amended

17   Complaints.

18   Costco seeks to maintain the Complaint under seal in good faith in order to comply with

19   the Protective Order in this action and the applicable Local Rules.  Because certain of the

20   defendants contend that the material they have designated is confidential in nature, it is their

21   burden to establish that the designated information is sealable.  Civil L.R. 79-5(e); *see Kamakana*

22   *v. City of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006).  Costco files this administrative

23   motion in order to comply with the Protective Order entered in this action.

24   The Court has recently granted motions to seal similar provisions in other DAP

25   complaints in the MDL.  *See, e.g.*, *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc.*

26   *Liquidating Trust v. Technicolor SA et al.*, No. 13-cv-05261-SC (Dkt. No. 5); *Best Buy Co., Inc.*

27   *et al. v. Technicolor SA et al.*, No. 13-cv-05264-SC (Dkt. No. 9); *Electrograph Systems, Inc., et*

28   *al. v. Technicolor SA, et al.*, No. 3:07-cv-05944-SC (Dkt. No. 2310); *Interbond Corporation of*

1     *America v. Technicolor SA, et al.*, No. 3:07-cv-05944-SC (Dkt. No. 2310); Office Depot, Inc. v.

2     Technicolor SA, et al., No. 3:07-cv-05944-SC (Dkt. No. 2310); P.C. Richard & Son Long Island

3     Corporation, et al. v. Technicolor SA, No. 3:07-cv-05944-SC (Dkt. No. 2310); Schultze Agency

4     Services, LLC v. Technicolor SA, et al., No. 13-cv-05668-SC, 3:07-cv-05944-SC (Dkt. No.

5     2310); *Sears, Roebuck and Co. & Kmart Corp. v. Technicolor SA et al.*, No. 13-cv-05262 (Dkt.

6     No. 9); *Target Corp. v. Technicolor SA et al.*, No. 13-cv-05686 (Dkt. No. 4).

7         Costco's request is narrowly tailored to include the sealing of only the information that

8     may require confidentiality, pursuant to the provisions of the Stipulated Protective Order.

9     Accordingly, Costco requests that the Court grant this Administrative Motion to Seal Portions of

10     its Amended Complaint.

11

12     DATED:  January 13, 2014

        s/ David J. Burman

        David J. Burman (admitted *pro hac vice*)

13         Cori G. Moore (admitted *pro hac vice*)

        Eric J. Weiss (admitted *pro hac vice*)

14         Nicholas H. Hesterberg (admitted *pro hac vice*)

        Steven D. Merriman (admitted *pro hac vice*)

15         **PERKINS COIE LLP**

        1201 Third Avenue, Suite 4900

16         Seattle, WA 98101-3099

        Telephone:  206.359.8000

17         Facsimile:  206.359.9000

18         Joren Bass, Bar No. 208143

        JBass@perkinscoie.com

19         **PERKINS COIE LLP**

        Four Embarcadero Center, Suite 2400

20         San Francisco, CA 94111-4131

        Telephone:  415.344.7120

21         Facsimile:  415.344.7320

22         Attorneys for Plaintiff

        Costco Wholesale Corporation

23     29040-0318/LEGAL28963953

24

25

26

27

28