David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation*<br><br>This document relates to:<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723-SC | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING COSTCO WHOLESALE CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1    On January 13, 2014, Costco Wholesale Corporation filed an administrative motion to
2    maintain under seal the highlighted portions of the following document pursuant to Local Rules
3    7-11 and 79-5(d):

- Costco's Complaint against Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.); Videocon Industries Ltd.; Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC); Mitsubishi Electric Corporation; Mitsubishi Electric Visual Solutions America, Inc.; and Mitsubishi Electric & Electronics USA, Inc. (originally filed W.D. Wash, Nov. 12, 2013)

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Costco's motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                 Hon. Samuel A. Conti
                                                 UNITED STATES DISTRICT JUDGE

29040-0318/LEGAL28984474.1

[Proposed] Order Granting Costco's                                    Case No. 07-5944-SC
Administrative Motion to Seal                                         MDL No. 1917