David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  415.344.7120
Facsimile:  415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation* | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723-SC | **DECLARATION OF ERIC J. WEISS IN SUPPORT OF COSTCO WHOLESALE CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Eric J. Weiss, declare as follows:

1.      I am an attorney with Perkins Coie LLP, counsel for Plaintiff Costco Wholesale Corporation ("Costco").  I am admitted to practice law in the states of Wisconsin, Illinois, and Washington and am admitted to appear *pro hac vice* in this action pursuant to Pretrial Order No. 1, Dkt. 230 (Apr. 4, 2008).  I am over the age of 18 and competent to testify to the matters in this Declaration, which is based on my personal knowledge.

2.      I submit this Declaration in support of Costco's administrative motion to maintain under seal the highlighted portions of the following document pursuant to Local Rules 7-11 and 79-5(d):

- Costco's Complaint against Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.); Videocon Industries Ltd.; Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC); Mitsubishi Electric Corporation; Mitsubishi Electric Visual Solutions America, Inc.; and Mitsubishi Electric & Electronics USA, Inc. (originally filed W.D. Wash, Nov. 12, 2013)

3.      Portions of Costco's Complaint contain excerpts from and/or statements derived from documents and testimony which have been designated "confidential" or "highly confidential" pursuant to the Stipulated Protective Order governing this litigation [Dkt. 306, June 18, 2008] ("Stipulated Protective Order").  The confidential/highly confidential designations were made by certain Defendants in this litigation.  To qualify as confidential or highly confidential under the Stipulated Protective Order, information must contain trade secrets or other confidential research, development or commercial information, or private or competitively sensitive information.  Stipulated Protective Order at ¶ 1.  The Order further provides that any party seeking to file any confidential material under seal must comply with Civil Local Rule 79-5. Stipulated Protective Order at ¶¶ 1, 10.

5.      The highlighted portions of Costco's Complaint contain such material.  Costco filed its Complaint in the United States District Court for the Western  District of Washington prior to transfer to this MDL, redacting those portions that quote or reference material certain of the defendants previously designated as confidential or highly confidential.  Pursuant to Local

Rule 79-5, Costco seeks to maintain this material under seal in good faith in order to comply with the Stipulated Protective Order and the applicable Local Rules.

6.      The Court has recently granted motions to seal similar provisions in other DAP complaints in the MDL.  *See, e.g.*, *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA et al.*, No. 13-cv-05261-SC (Dkt. No. 5); *Best Buy Co., Inc. et al. v. Technicolor SA et al.*, No. 13-cv-05264-SC (Dkt. No. 9); *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:07-cv-05944-SC (Dkt. No. 2310); *Interbond Corporation of America v. Technicolor SA, et al.*, No. 3:07-cv-05944-SC (Dkt. No. 2310); Office Depot, Inc. v. Technicolor SA, et al., No. 3:07-cv-05944-SC (Dkt. No. 2310); P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, No. 3:07-cv-05944-SC (Dkt. No. 2310); Schultze Agency Services, LLC v. Technicolor SA, et al., No. 13-cv-05668-SC, 3:07-cv-05944-SC (Dkt. No. 2310); *Sears, Roebuck and Co. & Kmart Corp. v. Technicolor SA et al.*, No. 13-cv-05262 (Dkt. No. 9); *Target Corp. v. Technicolor SA et al.*, No. 13-cv-05686 (Dkt. No. 4).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of January, 2014, at Seattle, Washington.

By:   /s/ Eric J. Weiss
Eric J. Weiss

29040-0318/LEGAL28963953