Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Pursuant to Civil Local Rules 7-11 and 79-5(b), Defendants Toshiba Corporation,
2  Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America
3  Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their
4  counsel, respectfully request an order permitting the Toshiba Defendants to file the following
5  materials under seal: (1) the redacted portions of the Toshiba Defendants' Motion for Leave
6  to File Supplemental Reply in Support of Their Motion to Dismiss Sharp's Complaint;
7  (2) the redacted portions of Exhibit A to the Toshiba Defendants' Motion for Leave to File
8  Supplemental Reply; and (3) Exhibit 1 to the Toshiba Defendants' Proposed Supplemental
9  Reply.

10  This motion is supported by the Declaration of Lucius B. Lau in Support of the
11  Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil
12  Local Rules 7-11 and 79-5(d), dated January 13, 2014. *See* Civ. L. R. 79-5(d)(1)(A) (stating
13  that an administrative motion to seal must be accompanied by a declaration "establishing that
14  the document sought to be filed under seal, or portions therefore, are sealable.").

15  Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of
16  documents that contain material that is "privileged, protectable as a trade secret or otherwise
17  entitled to protection under law." Civ. L. R. 79-5(b). This Court's General Order No. 62 sets
18  forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule
19  79-5(e) requires a party seeking to file under seal a document designated as confidential by
20  the opposing party pursuant to a protective order, or a document containing information so
21  designated to file a declaration in support specifically identifying the designating party. Civ.
22  L. R. 79-5(e).

23  The Toshiba Defendants seek to file the above-specified documents under seal in
24  order to comply with the Protective Order and applicable Local Rules. Because Plaintiffs
25  Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America,
26  Inc. have designated content in these documents as "Confidential", it is their burden to
27  establish that the designated material is in fact sealable. Civ. L. R. 79-5(d); *see Kamakana v.*
28  *City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

1  For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to
2  Civil Local Rules 7-11 and 79-5 and hereby notify the parties of their burden to establish that
3  the designated material is in fact sealable.

Respectfully submitted,

Dated:  January 13, 2014                                     WHITE & CASE LLP

By: _/s/ Lucius B. Lau_
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Electronic Components, Inc.*

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917