White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al.*,<br><br>        Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Upon consideration of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with the Toshiba Defendants' Motion for Leave to File Supplemental Reply in Support of Their Amended Motion to Dismiss Sharp's Complaint, it is hereby:

ORDERED that the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the portions of the Toshiba Defendants' Motion for Leave to File Supplemental Reply and Exhibit A to the Motion for Leave to File Supplemental Reply that contain quotations from, or discussion of, discovery responses that the parties have designated as "Confidential"; and the Clerk shall maintain under seal Exhibit 1 to the Proposed Supplemental Reply which consists wholly of material designated as "Confidential" by the parties.

**IT IS SO ORDERED.**

Dated: _____    _____
                                   HONORABLE SAMUEL CONTI
                                   UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005