UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION;<br>SHARP ELECTRONICS MANUFACTURING<br>COMPANY OF AMERICA, INC.,<br><br>           Plaintiffs,<br><br>  v.<br><br>HITACHI, LTD., *et al.*,<br><br>           Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY IN SUPPORT OF THEIR MOTION TO DISMISS SHARP'S COMPLAINT** |

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL REPLY IN SUPPORT OF THEIR MOTION TO DISMISS SHARP'S COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

1  Upon consideration of the Toshiba Defendants' Notice of Motion and Motion for
2  Leave to File Supplemental Reply In Support of Their Motion to Dismiss Sharp's Complaint
3  and supporting Memorandum of Points and Authorities, it is hereby
4  ORDERED that the Toshiba Defendants' Motion for Leave to File Supplemental
5  Reply In Support of Their Motion to Dismiss Sharp's Complaint GRANTED; and it is further
6  ORDERED that the Toshiba Defendants have leave to file their Supplemental Reply in
7  Support of Their Motion to Dismiss Sharp's Complaint.

9  IT IS SO ORDERED

11  DATED:_____          _____
12                                    Hon. Samuel Conti
13                                    United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL REPLY IN SUPPORT OF THEIR MOTION TO DISMISS SHARP'S COMPLAINT
Case No. 07-5944 SC
MDL No. 1917
2