GUIDO SAVERI (Bar No. 22349)
Email: guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
Email: rick@saveri.com
CADIO ZIRPOLI (Bar No. 179108)
Email: cadio@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display Inc.),
Hitachi Asia, Ltd., Hitachi America, Ltd., and
Hitachi Electronic Devices (USA), Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT NOTICE**<br><br>Judge: Hon. Samuel Conti |
| This Document Relates to:<br><br>DIRECT PURCHASER CLASS ACTION | |

1     WHEREAS, on January 8, 2014, this Court entered its Order Granting Class Certification and Preliminary Approval of Class Action Settlement with the Hitachi Defendants (Dkt. No. 2311) ("Hitachi Preliminary Approval Order"), which granted certification of a Direct Purchaser Plaintiff ("DPP") class and preliminary approval of DPPs' settlement with Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively "Hitachi");

    WHEREAS, the Hitachi Preliminary Approval Order set deadlines for, *inter alia*, notice of the settlement to the class, objections, and requests for exclusions;

    WHEREAS, DPPs have recently reached a settlement with Samsung SDI Co. Ltd. (f/k/a Samsung Display Devices Co., Ltd.); Samsung SDI America, Inc.; Samsung SDI Brasil, Ltd.; (4) Tianjin Samsung SDI Co., Ltd.; Samsung Shenzhen SDI Co., Ltd.; SDI Malaysia Sdn. Bhd.; and SDI Mexico S.A. de C.V. (collectively, "Samsung SDI");

    WHEREAS, the Settlement Agreement with Hitachi (which has been preliminarily approved by this Court) states in paragraph 19(b) that "If Lead Counsel enters into any other settlements on behalf of the Class before notice of this Agreement is given to the Class, Lead Counsel shall use its reasonable best efforts to provide a single notice to prospective Class members of all of the settlements";

    WHEREAS, all parties believe it would further judicial efficiency and would save the class a significant amount of money to provide notice of both settlements in a single notice, and proceed on a joint briefing and hearing schedule;

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DPPs and counsel for Hitachi in the above-captioned actions, as follows:

(1)     All deadlines set forth in the Hitachi Preliminary Approval Order are vacated; and

(2)     DPPs and Samsung SDI will move for preliminary approval of the settlement between DPPs and Samsung SDI at the earliest practical time, at which time a joint schedule for both the Hitachi and Samsung SDI settlements can be set.

    The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

| | | |
|---|---|---|
| 1 | Dated: January 14, 2014 | SAVERI & SAVERI, INC. |
| 2 | | By: */s/ R. Alexander Saveri* |
| | | GUIDO SAVERI (Bar No. 22349) |
| 3 | | Email: guido@saveri.com |
| | | R. ALEXANDER SAVERI (Bar No. 173102) |
| 4 | | Email: rick@saveri.com |
| | | CADIO ZIRPOLI (Bar No. 179108) |
| 5 | | Email: cadio@saveri.com |
| | | **SAVERI & SAVERI, INC.** |
| 6 | | 706 Sansome Street |
| | | San Francisco, California 94111 |
| 7 | | Telephone: (415) 217-6810 |
| | | Facsimile: (415) 217-6913 |

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C.
Kate Wheaton
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)**

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2014, at San Francisco, California.

/s/ R. Alexander Saveri

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Samuel Conti
United States District Judge

crt.642