KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO VARANINI
Deputy Attorney General
State Bar No. 163952
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5908
  Fax: (415) 703-5480
  E-mail: Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Documents Relates To:<br><br>ALL ACTIONS | **DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1.     I am a Deputy Attorney General with the California Attorney General's Office and lead counsel for the California Attorney General in the state court case of *State of California et al. v. Samsung SDI, Co., Ltd.,* Case No. 11-51584 (California Superior Court, San Francisco). This case has been coordinated with this Court's MDL No. 1917 for purposes of fact and expert discovery as well as mediation and settlement. I am admitted to this Court and could, if called as a witness, testify competently to the matters set forth herein. I make this declaration under penalty of perjury under the laws of the United States and the State of California.

1

2. Portions of the Administrative Motion for Order Issuing Request for Deposition of Leo Mink and of the Declaration of Emilio E. Varanini in Support of that motion, as well the entirety of two exhibits attached to that Declaration and the Letter of Request itself (including the Dutch translation of that latter) refer to the following information: (1) confidential documents and interrogatory responses produced pursuant to the Protective Order applicable in these proceedings and (2) confidential information received from Defendant Philips pursuant to a settlement agreement that it has with the Attorney General, including the personal address of a witness the Attorney General seeks to depose.

3. Specifically, pages 5:25-28, 6:1-2, and 6: 6-13 of the Administrative Motion for Order Issuing Request for Deposition of Leo Mink, pages 2:22-26, 3:1-2, 3:6-8, and 3:10-11 of the Declaration of Emilio E. Varanini in support of that motion, Exhibits 2 and 3 of that declaration, and the Letter of Request, all contain this confidential information. This confidential information has been submitted in support of a non-dispositive motion.

3. The references to, and attachment of, the contention interrogatories and the document from Defendant Philips, involve documents provided in the course of discovery in this case and have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order applicable in this case. The references to confidential information provided to the Attorney General by Defendant Philips, such as the personal address of the witness the Attorney General seeks to depose, concern information provided to the Attorney General pursuant to the settlement agreement entered into between those two parties.

4. While only portions of the motion and declaration referenced above were lodged under seal, the Attorney General also has lodged under seal the entirety of Exhibits 2 and 3 of that declaration as well as the entirety of the Letter of Request and its Dutch translation. The Attorney General believes that it is not practical for only portions of these documents to be filed under seal given the extensive reference to confidential information throughout the entirety of these documents.

| | | |
|---|---|---|
| 1 | Dated: January 16, 2014 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | |
| 4 | | |
| 5 | | _____/s/ Emilio Varanini_____<br>EMILIO VARANINI<br>Deputy Attorney General |
| 6 | | *Attorneys for the State of California et al.* |
| 7 | SF2011203501 | |