| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MARK BRECKLER<br>Chief Assistant Attorney General |
| 3 | KATHLEEN FOOTE<br>Senior Assistant Attorney General |
| 4 | State Bar No. 65819<br>EMILIO E. VARANINI |
| 5 | Deputy Attorney General<br>State Bar No. 163952 |
| 6 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| 7 | Telephone: (415) 703-5908<br>Fax: (415) 703-5480 |
| 8 | E-mail: Emilio.Varanini@doj.ca.gov |
| 9 | *Attorneys for* State of California *et al* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Documents Relates To:<br><br>ALL ACTIONS | **REDACTED VERSION OF EXHIBIT 2 TO DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF THE ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTER OF REQUEST FOR DEPOSITION OF LEO MINK** |

**FILED UNDER SEAL**