1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE:  CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION,

This Documents Relates To:

ALL ACTIONS

Master File No. 3:07-cv-05944-SC

MDL No. 1917

**REDACTED VERSION OF
ATTACHMENT A (DUTCH VERSION –
NOTICE OF DEPOSITION OF LEO
MINK) TO [PROPOSED] ORDER
GRANTING ADMINISTRATIVE
MOTION FOR ORDER ISSUING
LETTER OF REQUEST FOR
DEPOSITION OF
LEO MINK**

**<u>FILED UNDER SEAL</u>**

REDACTED VERSION OF EXH. A TO [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO ISSUE
LETTER OF REQUEST FOR DEPOSITION OF LEO MINK – CASE NO. CV 07-5944-SC