1
2
3
4
5
6
7
8
9           **UNITED STATES DISTRICT COURT**
10          **NORTHERN DISTRICT OF CALIFORNIA**
11          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Documents Relates To: | **REDACTED VERSION OF ATTACHMENT B (ENGLISH VERSION – LETTER OF REQUEST) TO [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTER OF REQUEST FOR DEPOSITION OF LEO MINK** |
| ALL ACTIONS | |

**FILED UNDER SEAL**

REDACTED VERSION OF EXH. B TO [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO ISSUE
LETTER OF REQUEST FOR DEPOSITION OF LEO MINK – CASE NO. CV 07-5944-SC