1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Documents Relates To:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL RELATED TO ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTER OF REQUEST FOR DEPOSITION OF LEO MINK |

13

14

15

16

17

18

19

Upon consideration of the California Attorney General's administrative motion to file

under seal portions of, and certain documents submitted in conjunction with, her administrative

motion for an order issuing a Letter of Request for the deposition of Leo Mink, and finding good

cause for the requested sealing, the administrative motion to file under seal should be, and hereby

is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:  The Clerk shall file and

maintain under seal the Administrative Motion for an Order Issuing the Letter of Request for the

Deposition of Leo Mink, the Declaration of Emilio E. Varanini, and other documents filed in

support, as identified below:

20

21

22

23

24

25

26

27

28

1

**Portions of the Attorney General's Administrative Motion for an Order Issuing the Letter of Request for the Deposition of Leo Mink to be Sealed:**

1. Pages 5:25-28, 6:1-2, and 6: 6-13 of the Administrative Motion for Order Issuing Request for Deposition of Leo Mink and pages 2:22-26, 3:1-2, 3:6-8, and 3:10-11 of the Declaration of Emilio E. Varanini in support of that motion.

2. Exhibits 2 and 3 of the Declaration of Emilio E. Varanini in support of that motion.

3. The Letter of Request and its Dutch translation.

**IT IS SO ORDERED.**

Dated: _____, 2014          _____
                                       SAMUEL CONTI
                                       United States District Judge

2