1  KAMALA D. HARRIS
   Attorney General of California
2  MARK BRECKLER
   Chief Assistant Attorney General
3  KATHLEEN FOOTE
   Senior Assistant Attorney General
4  State Bar No. 65819
   EMILIO E. VARANINI
5  Deputy Attorney General
   State Bar No. 163952
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5908
     Fax:  (415) 703-5480
8    E-mail:  Emilio.Varanini@doj.ca.gov

9  *Attorneys for* State of California *et al*

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14

15  IN RE:  CATHODE RAY TUBE (CRT)          Master File No. 3:07-cv-05944-SC
    ANTITRUST LITIGATION,
16                                          MDL No. 1917

17  _____        **REDACTED VERSION OF EXHIBIT 3
                                            TO DECLARATION OF EMILIO E.**
18  This Documents Relates To:              **VARANINI IN SUPPORT OF THE
                                            ADMINISTRATIVE MOTION FOR**
    ALL ACTIONS                             **ORDER ISSUING LETTER OF**
19                                          **REQUEST FOR DEPOSITION OF**
20                                          **LEO MINK**

21

22                       **FILED UNDER SEAL**

23

24

25

26

27

28
                                      1
    REDACTED EXH. 3 TO VARANINI DECL. ISO ADMIN MOTION FOR ORDER ISSUING LETTER
                                                      (Master File No. CV-07-5944-SC)