1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTER OF REQUEST FOR DEPOSITION OF LEO MINK** |
| This Documents Relates To:<br><br>ALL ACTIONS | |

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO ISSUE LETTER OF REQUEST FOR DEPOSITION OF LEO MINK – CASE NO. CV 07-5944-SC

1  The California Attorney General, joined by the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and the Direct Action Plaintiffs, has moved under Civil Local Rule 7.11 for an order issuing a Letter of Request to the relevant authorities in the Netherlands for the deposition of Leo Mink, an ex-employee of Philips.

The Court, having reviewed the administrative motion, any opposition filed to that motion, the Letter of Request and Notice of Deposition, and any other relevant records on file in this action, finds that the administrative motion of the California Attorney General should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:  The Letter of Request, attached to this Order, shall be executed and issued out of this Court under this Court's seal to the relevant authorities in the Netherlands requesting that the deposition of Leo Mink be taken at the time and place set forth in that Letter of Request and its accompanying Notice of Deposition and Subpoena.

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
SAMUEL CONTI
United States District Judge