1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| --- | --- |
| | MDL No. 1917 |
| This Documents Relates To:<br><br>ALL ACTIONS | **REDACTED VERSION OF ATTACHMENT A (DUTCH VERSION – NOTICE OF DEPOSITION OF LEO MINK) TO [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTER OF REQUEST FOR DEPOSITION OF LEO MINK** |

**FILED UNDER SEAL**

---

REDACTED VERSION OF EXH. A TO [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO ISSUE
LETTER OF REQUEST FOR DEPOSITION OF LEO MINK – CASE NO. CV 07-5944-SC