1

2

3

4

5

6

7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13   IN RE:  CATHODE RAY TUBE (CRT)          Master File No. 3:07-cv-05944-SC
     ANTITRUST LITIGATION,
                                             MDL No. 1917
14

15   This Documents Relates To:             **REDACTED VERSION OF
                                             ATTACHMENT B (DUTCH VERSION –
16   ALL ACTIONS                             LETTER OF REQUEST) TO
                                             [PROPOSED] ORDER GRANTING
17                                           ADMINISTRATIVE MOTION FOR
                                             ORDER ISSUING LETTER OF
                                             REQUEST FOR DEPOSITION OF
18                                           LEO MINK**

19

20                            **<u>FILED UNDER SEAL</u>**

21

22

23

24

25

26

27

28

REDACTED VERSION OF EXH. B TO [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO ISSUE
LETTER OF REQUEST FOR DEPOSITION OF LEO MINK – CASE NO. CV 07-5944-SC