UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> This Documents Relates To: <br><br> ALL ACTIONS | Master File No. 3:07-cv-05944-SC <br><br> MDL No. 1917 <br><br> **REDACTED VERSION OF ATTACHMENT B (ENGLISH VERSION – LETTER OF REQUEST) TO [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTER OF REQUEST FOR DEPOSITION OF LEO MINK** |

**FILED UNDER SEAL**