UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**REDACTED VERSION OF ATTACHMENT C (DUTCH VERSION – SUBPOENA TO LEO MINK) TO [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTER OF REQUEST FOR DEPOSITION OF LEO MINK** |
| This Documents Relates To:<br><br>ALL ACTIONS | |

**FILED UNDER SEAL**