**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> This Document Relates to: <br><br> *Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157* | No. 07-cv-5944-SC <br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING THOMSON CONSUMER'S MOTION TO STRIKE TECH DATA'S FIRST AMENDED COMPLAINT** |

Upon consideration of Thomson Consumer's Notice of Motion and Motion to Strike Tech Data's First Amended Complaint and supporting Memorandum of Authorities, it is hereby

ORDERED that Thomson Consumer's Motion to Strike Tech Data's First Amended Complaint is GRANTED and allegations in Tech Data's First Amended Complaint regarding Thomson Consumer are stricken WITH PREJUDICE, including those contained in ¶¶ 62-64, 126, 141, and 159.

IT IS SO ORDERED.


DATED: _____

                                                          Hon. Samuel Conti <br>
                                                        United States District Judge