JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> *Costco Wholesale Corp. v. Technicolor SA.*, No. 13-cv-05723-SC | Case No. 07-5944 SC <br><br> MDL. No. 1917 <br><br> **DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF COSTCO'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** <br><br> **[re Panasonic Documents]** |

- 1 -

- 2 -

1  I, Jennifer M. Stewart, declare as follows:

2  1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On January 13, 2014, Plaintiff Costco Wholesale Corporation ("Costco") filed an Administrative Motion to Seal (Dkt. 2320), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of Costco's Complaint that contain information from documents or deposition testimony that the Panasonic Defendants have designated "Confidential" or "Highly Confidential."

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents and information quoted from, described, or otherwise summarized in Costco's Complaint that have been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

4. The documents and information quoted from, described, or otherwise summarized in Paragraphs 146, 147, 149, 152, 229 and 230 of Costco's Complaint consist of, cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the Panasonic Defendants' business practices, pricing practices, confidential business agreements and competitive positions. The documents describe relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic

DECL. OF JENNIFER M. STEWART
I/S/O COSTCO'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

1  Defendants' business relationships, would cause it harm with respect to its competitors and
2  customers, and would put the Panasonic Defendants at a competitive disadvantage.

3  5. Paragraphs 146, 147, 149, 152, 229 and 230 of Costco's Complaint quote from or
4  describe documents, testimony or information designated as "Confidential" or "Highly Confidential"
5  by the Panasonic Defendants pursuant to the Stipulated Protective Order.  I understand that the
6  Panasonic Defendants consider any statements in Costco's Complaint purporting to summarize any
7  documents or information designated "Confidential" or "Highly Confidential" by the Panasonic
8  Defendants confidential and proprietary.  I am informed and believe that the Panasonic Defendants
9  have taken reasonable steps to preserve the confidentiality of information of the type contained,
10 identified, or cited to in Paragraphs 146, 147, 149, 152, 229 and 230 of Costco's Complaint.

11 6. In addition, the Court has recently granted motions to seal substantially similar
12 paragraphs in other complaints in the MDL.  *See, e.g.*, Order Regarding Administrative Motion to
13 Seal Portions of Plaintiffs' First Amended Complaint (Dkt. No. 2211); Order Granting Certain
14 Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints (Dkt. No.
15 2310).

16 I declare under penalty of perjury under the laws of the United States of America that the
17 foregoing is true and correct.

18
19 DATED:  January 17, 2014                    By:  /s/ *Jennifer M. Stewart*
                                                    JEFFREY L. KESSLER (*pro hac vice*)
20                                                  Email: jkessler@winston.com
                                                    A. PAUL VICTOR (*pro hac vice*)
21                                                  Email: pvictor@winston.com
                                                    ALDO A. BADINI (257086)
22                                                  Email: abadini@winston.com
                                                    EVA W. COLE (*pro hac vice*)
23                                                  Email: ewcole@winston.com
                                                    MOLLY M. DONOVAN (*pro hac vice*)
24                                                  Email: mmdonovan@winston.com
                                                    JENNIFER M. STEWART
25                                                  Email: jstewart@winston.com
                                                    **WINSTON & STRAWN LLP**
26                                                  200 Park Avenue
27                                                  New York, New York 10166-4193
28

- 3 -

DECL. OF JENNIFER M. STEWART                                            Case No. 07-5944 SC
I/S/O COSTCO'S MOTION TO SEAL                                           MDL NO. 1917

Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

BAMBO OBARO (267683)
Email: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 4 -

DECL. OF JENNIFER M. STEWART
I/S/O COSTCO'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917