(*Stipulating Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | **Case No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING** |

WHEREAS, the California Attorney General, whose state court action is coordinated with this action for purposes only of fact and expert discovery, and Defendants agree that a modification to the existing expert discovery schedule will aid in the efficient resolution of this litigation;

WHEREAS, the proposed modification will change the existing deadlines for serving expert reports, but will not change the existing fact discovery deadline (September 5, 2014) or the trial date (March 9, 2015) in the federal litigation and is intended only to put the California Attorney General's case on the same expert discovery schedule as that recently approved by this Court as to the Indirect Purchaser Class Plaintiffs ("IPPs") and Direct Action Plaintiffs ("DAPs");

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the California Attorney General and counsel for the undersigned Defendants[1] in the above-captioned actions as follows:

**SCHEDULE**

| | |
|---|---|
| March 25, 2014* | Last day for the California Attorney General to serve opening expert reports on the merits; last day for Defendants to serve opening expert reports on affirmative defenses; |
| June 24, 2014* | Last day for Defendants to serve opposition expert reports on the merits; last day for the California Attorney General to serve opposition expert reports on affirmative defenses; |
| August 5, 2014 | Last day for the California Attorney General to serve rebuttal expert reports on the merits; last day for Defendants to serve rebuttal expert reports on affirmative defenses; |
| September 12, 2014 | Last day for the California Attorney General and Defendants to serve sur-rebuttal reports to any expert they are opposing and who serves a rebuttal report; |

*For any depositions that Plaintiffs have noticed, but have not yet taken, by March 25, 2014, the California Attorney General and Defendants may supplement their opening and opposition expert reports to the extent that the supplements are limited to evidence that is elicited during such depositions. Any such supplements must be served by July 11, 2014.

All parties reserve the right to seek modification of the schedule based on the number of expert reports, which is presently unknown.

***

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

---

[1] The following entities do not join in this stipulation: Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corporation, Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric and Electronics, USA, Inc.). In addition, on August 1, 2013, Special Master Legge entered an Order (Dkt. No. 1820) staying discovery against Thomson Consumer Electronics, Inc., so it is not participating in discovery.

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated: 01/17/2014

4    _____

      *Judge Samuel Conti*

5    DATED:   January 8, 2014

6                                                KIRKLAND & ELLIS

7                                                By: /s/ Eliot A. Adelson
                                                 ELIOT A. ADELSON (SBN 205284)
                                                 Email: eadelson@kirkland.com
8                                                JAMES MAXWELL COOPER (SBN 284054)
                                                 max.cooper@kirkland.com
9                                                **KIRKLAND & ELLIS LLP**
                                                 555 California Street
10                                               27th Floor
                                                 San Francisco, CA 94104
11                                               Telephone: (415) 439-1400
                                                 Facsimile: (415) 439-1500
12
                                                 JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
13                                               jmutchnik@kirkland.com
                                                 KATE WHEATON (*pro hac vice*)
14                                               kate.wheaton@kirkland.com
                                                 **KIRKLAND & ELLIS LLP**
15                                               300 North LaSalle
                                                 Chicago, Illinois  60654
16                                               Telephone: (312) 862-2000
                                                 Facsimile: (312) 862-2200
17                                               *Attorneys for Defendants Hitachi, Ltd., Hitachi
                                                 Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi
18                                               Asia, Ltd., Hitachi America, Ltd., and Hitachi
                                                 Electronic Devices (USA), Inc.*
19
                                                 WINSTON & STRAWN LLP
20
                                                 By: /s/ Jeffrey L. Kessler
21                                               JEFFREY L. KESSLER (*pro hac vice*)
                                                 Email: JKessler@winston.com
22                                               A. PAUL VICTOR (*pro hac vice*)
                                                 Email: PVictor@winston.com
23                                               ALDO A. BADINI (SBN 257086)
                                                 Email: ABadini@winston.com
24                                               EVA W. COLE (*pro hac vice*)
                                                 Email: EWCole@winston.com
25                                               MOLLY M. DONOVAN
                                                 Email: MMDonovan@winston.com
26                                               **WINSTON & STRAWN LLP**
                                                 200 Park Avenue
27                                               New York, NY 10166
                                                 Telephone: (212) 294-6700
28                                               Facsimile: (212) 294-4700

3

STIPULATION AND [PROPOSED] ORDER                                     Case No. 07-5944
REGARDING SCHEDULING                                                 MDL NO. 1917

| | |
|---|---|
| 1 | STEVEN A. REISS (*pro hac vice*) |
|  | Email: steven.reiss@weil.com |
| 2 | DAVID L. YOHAI (*pro hac vice*) |
|  | Email: david.yohai@weil.com |
| 3 | ADAM C. HEMLOCK (*pro hac vice*) |
|  | Email: adam.hemlock@weil.com |
| 4 | **WEIL, GOTSHAL & MANGES LLP** |
|  | 767 Fifth Avenue |
| 5 | New York, New York 10153-0119 |
|  | Telephone: (212) 310-8000 |
| 6 | Facsimile: (212) 310-8007 |
|  | *Attorneys for Defendants Panasonic Corporation* |
| 7 | *(f/k/a Matsushita Electric Industrial Co., Ltd.),* |
|  | *Panasonic Corporation of North America, MT* |
| 8 | *Picture Display Co., Ltd.* |
| 9 | FRESHFIELDS BRUCKHAUS |
|  | DERINGER US LLP |
| 10 | |
|  | By: /s/ Richard Snyder |
| 11 | TERRY CALVANI (SBN 53260) |
|  | Email: terry.calvani@freshfields.com |
| 12 | CHRISTINE LACIAK(*pro hac vice*) |
|  | Email: christine.laciak@freshfields.com |
| 13 | RICHARD SNYDER (*pro hac vice*) |
|  | Email: richard.snyder@freshfields.com |
| 14 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| 15 | 701 Pennsylvania Avenue NW, Suite 600 |
|  | Washington, DC  20004 |
| 16 | Telephone: (202) 777-4565 |
|  | Facsimile: (202) 777-4555 |
| 17 | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |
| 18 | |
|  | SHEPPARD MULLIN RICHTER & HAMPTON |
| 19 | |
|  | By: /s/ Gary L. Halling |
| 20 | GARY L. HALLING (SBN 66087) |
|  | Email: ghalling@sheppardmullin.com |
| 21 | JAMES L. MCGINNIS (SBN 95788) |
|  | Email: jmcginnis@sheppardmullin.com |
| 22 | MICHAEL W. SCARBOROUGH, (SBN 203524) |
|  | Email: mscarborough@sheppardmullin.com |
| 23 | **SHEPPARD MULLIN RICHTER & HAMPTON** |
|  | Four Embarcadero Center, 17th Floor |
| 24 | San Francisco, California  94111 |
|  | Telephone:  (415) 434-9100 |
| 25 | Facsimile:  (415) 434-3947 |
|  | *Attorneys for Defendants Samsung SDI America,* |
| 26 | *Inc.; Samsung SDI Co., Ltd.; Samsung SDI* |
|  | *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.* |
| 27 | *DE C.V.; Samsung SDI Brasil Ltda.; Shenzen* |
|  | *Samsung SDI Co., Ltd. and Tianjin Samsung SDI* |
| 28 | *Co., Ltd.* |

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*


MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG (SBN 184950)
Email: Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
WILLIAM D. TEMKO (SBN 098858)
Email: William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Email: Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Email: Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

KAMALA D. HARRIS
Attorney General of California


_____*/s/ Emilio Varanini*_____
EMILIO VARANINI
Deputy Attorney General
*Attorneys for the State of California et al.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.