**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261; *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725; *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; *Target Corp. v. Technicolor SA, et al.*, No. 13-cv- 05686 | **Case No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**<br><br>IT IS SO ORDERED AS MODIFIED |

Pursuant to Civil Local Rules 6-2 and 7-12, Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp., (collectively "Plaintiffs"), and Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc., (collectively "Defendants"), have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Plaintiffs have filed complaints asserting claims under federal and various states' laws against the Defendants based on an alleged conspiracy to fix the prices of CRTs from March 1, 1995 to November 25, 2007;

WHEREAS, on December 30, 2013, Defendants filed a Notice of Motion and Motion to Dismiss ("Motion to Dismiss") [Dkt. No. 2299] the undersigned Plaintiffs' complaints;

WHEREAS, Local Rule 7-3 requires the Plaintiffs to respond to the Motion to Dismiss no later than January 13, 2014 and requires Defendants to file any reply no later than January 20, 2014;

WHEREAS, Plaintiffs and Defendants have agreed to an extension of time regarding the Plaintiffs' Opposition to the Motion to Dismiss and Defendants' Reply to that Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiffs and counsel for Defendants as follows:

### SCHEDULE

| Date | Event |
|---|---|
| January 27, 2014 | Last day for Plaintiffs to file Opposition to the Motion to Dismiss. |
| February 7, 2014 | Last day for Defendants to file any reply to Plaintiffs' Opposition to the Motion to Dismiss. |

The hearing on the Motion to Dismiss shall be submitted on papers.

2

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULING

Case No. 07-5944
MDL NO. 1917

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 01/17/2014

*IT IS SO ORDERED AS MODIFIED*
*Judge Samuel Conti*

DATED:  January 10, 2014             BOIES, SCHILLER & FLEXNER LLP

By: */s/ Philip J. Iovieno*
PHILIP J. IOVIENO
piovieno@bsfllp.com
ANNE M. NARDACCI
anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
wisaacson@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs*

JENNER & BLOCK LLP

By: */s/ Terrence J. Truax*

TERRENCE J. TRUAX
MICHAEL T. BRODY
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

BRENT CASLIN (Cal. Bar. No. 198682)
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.