Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., and Toshiba*
*America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to Case No. 13-cv-1173-SC (N.D. Cal.) SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., Plaintiffs, v. HITACHI, LTD., *et al.*, Defendants. | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1    Pursuant to Civil Local Rules 7-11 and 79-5(b), Defendants Toshiba Corporation,

2    Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America

3    Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their

4    counsel, respectfully request an order permitting the Toshiba Defendants to file the following

5    materials under seal: (1) the redacted portions the Toshiba Defendants' Supplemental Reply

6    in Support of Their Amended Motion to Dismiss Sharp's Complaint; and (2) Exhibit 1 to the

7    Toshiba Defendants' Supplemental Reply.

8    This motion is supported by the Declaration of Lucius B. Lau in Support of the

9    Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil

10   Local Rules 7-11 and 79-5(d), dated January 17, 2014.  *See* Civ. L. R. 79-5(d)(1)(A) (stating

11   that an administrative motion to seal must be accompanied by a declaration "establishing that

12   the document sought to be filed under seal, or portions therefore, are sealable.").

13   Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of

14   documents that contain material that is "privileged, protectable as a trade secret or otherwise

15   entitled to protection under law."  Civ. L. R. 79-5(b).  This Court's General Order No. 62 sets

16   forth procedures applicable to the filing of sealed documents in civil cases.  Civil Local Rule

17   79-5(e) requires a party seeking to file under seal a document designated as confidential by

18   the opposing party pursuant to a protective order, or a document containing information so

19   designated to file a declaration in support specifically identifying the designating party.  Civ.

20   L. R. 79-5(e).

21   The Toshiba Defendants seek to file the above-specified documents under seal in

22   order to comply with the Protective Order and applicable Local Rules.  Because Plaintiffs

23   Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America,

24   Inc. have designated content in these documents as "Confidential", it is their burden to

25   establish that the designated material is in fact sealable.  Civ. L. R. 79-5(d); *see Kamakana v.*

26   *City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

27   For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to

28   Civil Local Rules 7-11 and 79-5 and hereby notify the parties of their burden to establish that

the designated material is in fact sealable.

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: January 17, 2014

**WHITE & CASE** LLP

By: _/s/ Lucius B. Lau_
    Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
    Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
    Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
    701 Thirteenth Street, N.W.
    Washington, DC  20005
    tel.: (202) 626-3600
    fax: (202) 639-9355

    *Counsel to Defendants Toshiba*
    *Corporation, Toshiba America, Inc.,*
    *Toshiba America Information Systems,*
    *Inc., Toshiba America Electronic*
    *Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005