Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendant, Thomson SA***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp, et al. v. Hitachi, Ltd., et al., No. 13-cv-001173* | **THOMSON SA'S STATEMENT OF RECENT DECISION RELEVANT TO ITS MOTION TO DISMISS SHARP'S FIRST AMENDED COMPLAINT** |

1    Pursuant to Local Rule 7-3(d)(2), Thomson SA (n/k/a Technicolor SA) respectfully submits for the Court's reference the attached copy of the Supreme Court's recent decision in *Daimler AG v. Bauman, et al.*, No. 11-965 (U.S. Jan. 14, 2014) (reversing *Bauman v. Daimler-Chrysler Corp.*, 644 F.3d 909 (9th Cir. 2011), rejecting the Ninth Circuit's "agency theory" of general jurisdiction as overbroad, and holding that a corporation is subject to general jurisdiction only if "that corporation's affiliations with the [forum] State are so continuous and systematic as to render it essentially at home in the forum State" (internal quotations omitted)).  *Daimler* was decided after Thomson SA filed its reply brief and is relevant to the discussion in Sections I(A) and I(B) of its Motion to Dismiss Sharp's First Amended Complaint [Dkt. 2235-3] and Section I(A) of its Reply in Support of its Motion to Dismiss [Dkt. 2319].  A copy of the Supreme Court's opinion is attached hereto as **Ex. A**.

| | |
|---|---|
| Dated: January 17, 2014 | Respectfully submitted, |
| | |
| | */s/ Kathy L. Osborn* |
| | Kathy L. Osborn (*pro hac vice*) |
| | Ryan M. Hurley (*pro hac vice*) |
| | Faegre Baker Daniels LLP |
| | 300 N. Meridian Street, Suite 2700 |
| | Indianapolis, IN  46204 |
| | Telephone: +1-317-237-0300 |
| | Facsimile: +1-317-237-1000 |
| | kathy.osborn@FaegreBD.com |
| | ryan.hurley@FaegreBD.com |
| | |
| | Jeffrey S. Roberts (*pro hac vice*) |
| | Faegre Baker Daniels LLP |
| | 3200 Wells Fargo Center |
| | 1700 Lincoln Street |
| | Denver, CO  80203 |
| | Telephone: +1-303-607-3500 |
| | Facsimile:  +1-303-607-3600 |
| | jeff.roberts@FaegreBD.com |
| | |
| | Calvin L. Litsey (SBN 289659) |
| | Faegre Baker Daniels LLP |
| | 1950 University Avenue, Suite 450 |
| | East Palo Alto, CA  94303-2279 |
| | Telephone: +1-650-324-6700 |
| | Facsimile: +1-650-324-6701 |
| | calvin.litsey@FaegreBD.com |
| | |
| | **Attorneys for Defendant, Thomson SA** |