SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. AND
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Costco Wholesale Corp. v. Technicolor SA (f/k/a Thomson SA), et al.*, No. 13-cv-05723-SC | **DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF COSTCO WHOLESALE CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>[Samsung SDI Defendants] |

I, TYLER M. CUNNINGHAM, declare as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of the administrative motion by plaintiff Costco Wholesale Corporation ("Plaintiff") to seal portions of Plaintiff's Complaint (Dkt. No. 2320) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) (the "Protective Order").

3. On January 13, 2014, Plaintiff filed the Motion to Seal requesting that the Court maintain under seal portions of Plaintiff's complaint. I have reviewed the portions of Plaintiff's complaint sought to be maintained under seal.

4. Pursuant to Civil Local Rules 7-11 and 79-5, this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal portions of Plaintiff's complaints that quote from, describe, or otherwise summarize documents and/or information that SDI has designated as "Confidential" or "Highly Confidential."

5. Upon information and belief, paragraphs 145, 146, 149, 152, 229 and 230 of Plaintiff's complaint quote from, describe or otherwise summarize documents or information that SDI has designated as "Confidential" or "Highly Confidential."

6. The documents or information quoted from, described, or otherwise

summarized in Plaintiff's complaint consist of, cite to, or identify confidential, nonpublic, proprietary and highly sensitive business information about SDI's market analyses, business practices, internal practices and/or competitive positions.  I am informed and believe that this is sensitive information, and that public disclosure of this information risks undermining SDI's business relationships, causing harm with respect to its competitors and customers, and putting SDI at a competitive disadvantage.

7. Upon information and belief, Plaintiff's complaint quotes from, describes or otherwise summarizes several "Highly Confidential" documents produced by SDI that the Court has previously sealed.  For example, upon information and belief, Plaintiff's complaint quotes from, describes or otherwise summarizes the following "Highly Confidential" documents produced by SDI: SDCRT-0002526 to 28; SDCRT-0002526E to 28E; SDCRT-0086490 to 92; SDCRT-00086490E to 92E; SDCRT-0006632 to 33; and SDCRT-0006632E to 33E.  These documents are internal reports that contain, cite and/or refer to confidential business information about SDI's market analyses, sales strategy, business and supply plans, or relationships with companies that remain important to SDI's competitive position.  Accordingly, the Court previously sealed these documents.  *See* Order Granting Sharp Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1852).

8. In addition, the Court recently granted motions to seal several paragraphs in complaints filed by the Sharp, Electrograph, BrandsMart, Office Depot, P.C. Richard and Tweeter plaintiffs that are substantially similar to the paragraphs in Plaintiff's complaint that SDI seeks to maintain under seal.  *See* Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint (Dkt. No. 2211); Order Granting Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 2310).

9. Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Protective Order, for the reasons stated above, SDI requests that the Court maintain under seal paragraphs 145, 146, 149, 152, 229 and 230 of Plaintiff's complaint.

1   I declare under penalty of perjury of the laws of the United States that the foregoing
2  is true and correct.

3

4   Executed on January 17, 2014 at San Francisco, California.

5

6                    */s/ Tyler M. Cunningham*
7                    TYLER M. CUNNINGHAM

-3-
MDL No. 1917; Case No. 07-5944-SC   CUNNINGHAM DECLARATION I/S/O COSTCO'S
                                    ADMINISTRATIVE MOTION TO SEAL COMPLAINT