*Counsel Listed on Signature Block*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case Nos. 3:11-cv-05513-SC; 3:11-cv-06396-SC |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*<br>No. 11-cv-05513-SC<br><br>*Target Corp. v. Chunghwa, et al.,*<br>No. 11-cv-05514-SC<br><br>*Tech Data v. Hitachi, Ltd., et al.*<br>No. 13-cv-00157-SC | **PLAINTIFFS BEST BUY, TECH DATA, AND TARGET'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Before the Honorable Samuel Conti |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and Magnolia Hi-Fi, LLC, Plaintiff Target Corp., and Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Plaintiffs") respectfully request an order permitting Plaintiffs to file under seal portions of their Consolidated Opposition to Defendant Beijing Matsushita Color CRT Co., Ltd.'s ("BMCC") Motion to Dismiss Certain Direct Action Purchaser Complaints ("Consolidated Opposition"), and Exhibits A, B, D-Z, BB, and CC to the Declaration of Vincent S. Loh filed in support of the Consolidated Opposition ("Designated Exhibits") in their entirety.

Plaintiffs request that portions of the Consolidated Opposition and the entirety of the Designated Exhibits be filed under seal pursuant to Civil Local Rule 79-5(d). Specifically, they refer to, contain, and/or reflect excerpts of documents and testimony that have been designated as "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 by Judge Samuel Conti in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC (MDL No. 1917), in the United States District Court for the Northern District of California, San Francisco Division ("*CRT Antitrust MDL*"). The Stipulated Protective Order is document number 306 on the Court's docket in the *CRT Antitrust MDL*. The confidential/highly confidential designations have been made by certain of the defendants in the CRT Antitrust MDL. To qualify under the Stipulated Protective Order as "confidential" or "highly confidential," the information must contain trade secrets or other confidential research, development or commercial information or other private or competitively sensitive information. (¶1)

Plaintiffs are filing redacted copies of their Consolidated Opposition and the Designated Exhibits in accordance with Civil Local Rule 79-5. Plaintiffs are also filing under seal an unredacted version of the Consolidated Opposition and Designated Exhibits, which indicate by light grey highlighting the portions of the Consolidated Opposition that have been omitted from the redacted version due to "confidential" or "highly confidential" designations.

Plaintiffs submit this Application as the parties wishing to file documents referencing, containing, or analyzing, in whole or in part, the documents described above. Plaintiffs attach

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1  hereto the Declaration of Vincent S. Loh in support of this Application. Contemporaneous with
2  filing this Application, Plaintiffs are giving notice to the defendants in the *CRT Antitrust MDL* of
3  this Application and of the Consolidated Opposition and Designated Exhibits to be filed in this
4  case. Plaintiffs' request is narrowly tailored to include only the information that may require
5  confidentiality pursuant to the provisions of the Stipulated Protective Order.
6      Accordingly, Plaintiffs request that the court grant this Administrative Motion to File
7  Under Seal portions of the Consolidated Opposition and the entirety of the Designated Exhibits.

8  Dated: January 17, 2014      Respectfully submitted,

By:  */s/ David Martinez*
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
David Martinez, Bar No. 193183
dmartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile:  (310) 229-5800

*Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, L.L.C.; and Magnolia Hi-Fi, LLC*

By:  */s/ Astor Heaven*
**CROWELL & MORING LLP**
Astor Heaven (Admitted *Pro Hac Vice*)
aheaven@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile:  (202) 628-5116

*Attorneys for Plaintiff Target Corp.*

By:  */s/ Scott N. Wagner*
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Scott N. Wagner (Admitted *Pro Hac Vice*)
swagner@bilzin.com
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile:  (305) 374-7593

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES