# EXHIBIT  C

1 | Terry Calvani (53260)
terry.calvani@freshfields.com
2 | Kate S. McMillan (*pro hac vice*)
kate.mcmillan@freshfields.com
3 | **FRESHFIELDS BRUCKHAUS DERINGER
US LLP**
4 | 701 Pennsylvania Avenue, NW
Suite 600
5 | Washington, DC  20004
Tel:  (202) 777-4500
6 | Fax:  (202) 777-4555

7 | ***Counsel for Defendant Beijing Matsushita
Color CRT Company, Ltd.***

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 | **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | )  Case No.: 3:07-CV-5944 )  MDL NO. 1917 – ALL CASES |
| 13 | ) |
| 14 | )  **INITIAL DISCLOSURE** )  **STATEMENT OF BEIJING** )  **MATSUSHITA COLOR CRT CO.,** |
| 15  This document relates to: | )  **LTD.** )  |
| 16  ALL ACTIONS | )  **(Fed. R. Civ. P. 26(a)(1))** )  |
| 17 | )  Before the Honorable Samuel Conti |

18        Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") hereby submits its initial

19 disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

20        The fact that BMCC makes these initial disclosures does not constitute a waiver of

21 BMCC's right to assert the defense of lack of personal jurisdiction.  The disclosures and

22 descriptions contained herein do not constitute a waiver of BMCC's objections to the production

23 or discoverability of any information disclosed herein.  BMCC expressly reserves all objections

24 and reserves the right to retract any inadvertent disclosures of documents or information that are

25 protected by the attorney-client privilege, the work-product doctrine, or any other applicable

26 protection or privilege.

27

28

INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO., LTD.        -1-
Case No. 07-5944-SC; MDL No. 1917

1    BMCC makes these initial disclosures based on the information currently known to it.

2    BMCC continues to investigate the allegations and will amend, revise or supplement this

3    disclosure if additional facts, witnesses, or other information so warrants pursuant to Federal

4    Rule of Civil Procedure 26(e).

5    As of the time of these disclosures, Plaintiffs have yet to file an amended consolidated

6    complaint. BMCC reserves the right to amend, modify, clarify, or supplement the information

7    contained in these initial disclosures to address the allegations in the amended consolidated

8    complaint once filed. BMCC is in the process of assessing issues relevant to the case and

9    anticipates bringing a motion to dismiss when appropriate. BMCC also reserves the right to

10   supplement these initial disclosures through discovery responses.

11   BMCC reserves the right to continue its investigation and discovery of witnesses,

12   documents, and facts which may be relevant to this case. BMCC reserves the right at the time of

13   trial to produce, refer to and offer into evidence any additional documents, facts, and evidence

14   from any source and testimony from any witness which may be revealed through its continuing

15   investigation, discovery, and trial preparation, notwithstanding the reference to documents and

16   information in these initial disclosures.

17   **I.    Disclosure of Individuals**

18   BMCC believes that the following individual is likely to have potentially discoverable,

19   non-expert information that BMCC may use to support its defenses in this action. BMCC

20   reserves the right to call as witnesses, or rely upon information from, other individuals whose

21   identities may become known during the progression of the action, and to rely upon information

22   from other sources for purposes of impeachment. BMCC also expressly reserves the right to

23   amend, modify, clarify, or supplement this disclosure after Plaintiffs file an amended

24   consolidated complaint. The following individual may only be contacted through the

25   undersigned counsel:

26   Mr. Toshiyuki Hamada.

27

28

INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO., LTD.        -2-
Case No. 07-5944-SC; MDL No. 1917

1    This individual is likely to possess knowledge and information relating to BMCC's

2  cathode ray tube ("CRT") business, including marketing, pricing, sales and distribution.

3    BMCC also identifies as likely to have discoverable, non-expert information that BMCC

4  may use to support its defenses in this action, one or more representatives of the defendants

5  named herein to be contacted through their counsel of record concerning any involvement of

6  BMCC in the conspiracy alleged in the CRT complaint served on BMCC to date.

7  **II.    Disclosure of Information**

8    Relevant documents, electronically stored information, and tangible things that BMCC

9  may use to support its defenses in this action may be located at:

10    Beijing Matsushita Color CRT Company Ltd.
      9 Jiuxianqiao N Road
11    Dashanzi
      Beijing
12    China

13    or

14    Panasonic Company Information System Centre
15    9th Floor, HSBC Tower, 1000 Lujiazui Ring Road
      Pudong New Area
16    Shanghai
      China
17

18  These documents or electronically stored information may relate to the market for CRTs, sales of

19  CRTs, CRT customers, and CRT production.  BMCC reserves the right to amend, modify,

20  clarify, or supplement this list after Plaintiffs file their amended consolidated complaint.  BMCC

21  reserves the right to rely upon additional documents and information that may be discovered

22  during the course of this action, and for the purposes of impeachment.

23  **III.    Damages**

24    Not applicable.

25  **IV.    Insurance**

26    BMCC is not aware of any insurance agreement under which an insurer may be liable to

27  satisfy part or all of a judgment in this action or to reinsure for payments made to satisfy a

28  judgment or any portion of a judgment.

INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO., LTD. · -3-
Case No. 07-5944-SC; MDL No. 1917

1

2

3    Dated:  October 15, 2008                    FRESHFIELDS BRUCKHAUS
                                                 DERINGER US LLP
4
                                                 By:/s/ *Terry Calvani*
5                                                Terry Calvani (CA Bar No. 53260)
                                                     Freshfields Bruckhaus Deringer
6                                                     US LLP
                                                 Email: terry.calvani@freshfields.com
7                                                701 Pennsylvania Avenue NW
                                                 Suite 600
8                                                Washington, DC  20004
                                                 Tel: (202) 777-4505
9                                                Fax: (202) 777-4555

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO., LTD.      -4-
Case No. 07-5944-SC; MDL No. 1917

**CERTIFICATE OF SERVICE**

I, Kate S. McMillan, declare that I am over the age of eighteen (18) and not a party to the within action.  I am an associate at the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.  On October 15, 2008, I served the within document, **INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO.,** via electronic transmission to the email addresses shown below:

| | |
|---|---|
| **A. Paul Victor** <br> pvictor@dl.com | **Alan Feigenbaum** <br> Alan.Feigenbaum@weil.com |
| **Andrew R. Tillman** <br> art@paineter.com | **Anthony J. Viola** <br> aviola@eapdlaw.com |
| **Barry J. Bendes** <br> bbendes@eapdlaw.com | **Bernadette Shawan Gillians** <br> sgillians@buistmoore.com |
| **Brendan P. Cullen** <br> cullenb@sullcrom.com | **Bruce H. Jackson** <br> bruce.h.jackson@bakernet.com |
| **Christine S. Safreno** <br> csafreno@morganlewis.com | **Christopher M. Curran** <br> ccurran@whitecase.com |
| **David Michael Lisi** <br> lisid@howrey.com | **David W. Evans** <br> devans@hbblaw.com |
| **Ethan E. Litwin** <br> litwine@howrey.com | **Eva W. Cole** <br> ecole@dl.com |
| **Gary L. Halling** <br> ghalling@smrh.com | **George L. Paul** <br> gpaul@whitecase.com |
| **Gregory Hull** <br> greg.hull@weil.com | **Guido Saveri** <br> guido@saveri.com |
| **Cadio Zirpoli** <br> zirpoli@saveri.com | **Lauren Clare Russell** <br> laurenrussell@tatp.com |
| **James Landon McGinnis** <br> jmcginnis@sheppardmullin.com | **Jason de Bretteville** <br> debrettevillej@sullcrom.com |
| **Jeffrey L. Kessler** <br> jkessler@dl.com | **Jeremy James Calsyn** <br> jcalsyn@cgsh.com |
| **John M. Taladay** <br> TaladayJ@howrey.com | **Jonathan DeGooyer** <br> jdegooyer@morganlewis.com |
| **Joseph A. Ostoyich** <br> OstoyichJ@howrey.com | **Joseph E. Czerniawski** <br> jczerniawski@eapdlaw.com |
| **Joseph R. Tiffany, II** <br> joseph.tiffany@pillsburylaw.com | **Joseph Richard Wetzel** <br> joseph.wetzel@weil.com |
| **Kent Michael Roger** <br> kroger@morganlewis.com | **Kris Hue Chau Man** <br> kman@dl.com |
| **Laura Elizabeth Kabler** <br> kablerl@sullcrom.com | **Lucius B. Lau** <br> alau@whitecase.com |
| **Mario N. Alioto** <br> malioto@tatp.com | **Mark D. Marino** <br> mark.marino@klgates.com |
| **Michael Robert Lazerwitz** <br> mlazerwitz@cgsh.com | **Michael W. Scarborough** <br> mscarborough@smrh.com |
| **Michelle Lo** <br> mlo@dl.com | **Nancy Chung Allred** <br> nancy.c.allred@bakernet.com |
| **Paul Lionel Yanosy , Jr.** <br> pyanosy@sidley.com | **Philip Andrew Simpkins** <br> philip.simpkins@pillsburylaw.com |

INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO., LTD.        -5-
Case No. 07-5944-SC; MDL No. 1917

| Rebecca Ann Falk<br>rfalk@morganlewis.com | Robert Walter Tarun<br>robert.w.tarun@bakernet.com |
|---|---|
| Ryan Sandrock<br>rsandrock@sidley.com | Samuel Ray Miller<br>srmiller@sidley.com |
| Steven Alan Reiss<br>steven.reiss@weil.com | Terrence A. Callan<br>terrence.callan@pillsburylaw.com |
| Thomas R. Green<br>tgreen@morganlewis.com | William C. Cleveland<br>wcleveland@buistmoore.com |

Dated:  October 15, 2008

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By:/s/ *Kate S. McMillan*
Kate S. McMillan (*pro hac vice*)
   Freshfields Bruckhaus Deringer
    US LLP
   Email: kate.mcmillan@freshfields.com
   701 Pennsylvania Avenue NW
   Suite 600
   Washington, DC  20004
   Tel: (202) 777-4505
   Fax: (202) 777-4555

***Counsel for Defendant Beijing
Matsushita Color CRT Company, Ltd.***