# EXHIBIT W

# [FILED UNDER SEAL]