# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On January 17, 2014**,** I served the foregoing document described as:

1. **PLAINTIFFS BEST BUY, TECH DATA, AND TARGET'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5;**

2. **DECLARATION OF VINCENT S. LOH IN SUPPORT OF PLAINTIFFS BEST BUY, TECH DATA, AND TARGET'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5;**

3. **[PROPOSED] ORDER GRANTING PLAINTIFFS BEST BUY, TECH DATA, AND TARGET'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5;**

4. **PLAINTIFFS BEST BUY, TARGET, AND TECH DATA'S CONSOLIDATED OPPOSITION TO DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S MOTION TO DISMISS CERTAIN DIRECT ACTION PURCHASER COMPLAINTS [UNREDACTED AND REDACTED VERSIONS];**

5. **DECLARTION OF VINCENT S. LOH IN SUPPORT OF PLAINTIFFS BEST BUY, TARGET, AND TECH DATA'S, CONSOLIDATED OPPOSITION TO DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD'S MOTION TO DISMISS CERTAIN DIRECT ACTION PURCHASER COMPLAINTS, AND EXHIBITS A-CC ATTACHED THERETO [UNREDACTED AND REDACTED VERSIONS]**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ ]   **BY FEDERAL EXPRESS - OVERNIGHT:**  I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[ ]   **BY MAIL:**  I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in

60573727.1                                                                                   CERTIFICATE OF SERVICE

1  the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]**  **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the offices of the addressees.

**[X]**  **BY ELECTRONIC MAIL**:  I caused a true copy of the document described to be served by electronic mail to the addressees.

[X]  (FEDERAL) I declare that I am a member of the bar of this court.

Executed on January 17, 2014, at Los Angeles, California.

*/s/ Vincent S. Loh*
VINCENT S. LOH

# SERVICE LIST

| | |
|---|---|
| Jeffrey L. Kessler<br>jkessler@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Tel: (212) 294-6700<br><br>David L. Yohai<br>david.yohai@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>William D. Temko<br>william.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>Bethany W. Kristovich<br>Bethany.kristovich@mto.com<br>Laura K. Sullivan<br>Laura.sullivan@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Tel: (415) 512-4000<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |
| John Taladay<br>john.taladay@bakerbotts.com<br>Erik Koons<br>erik.koons@bakerbotts.com<br>Charles Malaise<br>charles.malaise@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>Tel: (202) 639-7909<br><br>*Counsel for Defendants Koninklijke Philips Electronics NV, Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd, and Philips da Amazonia Industria Electronica Ltda.* | Terrence A. Callan<br>terrence.callan@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880<br>Tel: (415) 983-1000<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd, IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* |
| Michael R. Lazerwitz<br>mlazerwitz@cgsh.com<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Tel: (202) 974-1500<br><br>*Counsel for Defendant LP Displays International, Ltd.* | Joel S. Sanders<br>jsanders@gibsondunn.com<br>Rachel S. Brass<br>rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER 555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel: (415) 393-8200<br><br>*Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chungwha Picture Tubes (Malaysia)* |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Christine Laciak<br>christine.laciak@freshfields.com<br>Richard Snyder<br>richard.snyder@freshfields.com<br>FRESHFIELDS BRUCKHAUS<br> & DERINGER US, LLP<br>701 Pennsylvania Avenue, NW, Suite 6000<br>Washington, DC 20004<br>Tel: (202) 777-4500<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Tel: (202) 626-3600<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| Eliot A. Adelson<br>eadelson@kirkland.com<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>Sarah Farley<br>sfarley@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik<br>jmutchnik@kirkland.com<br>Kate Wheaton<br>kate.wheaton@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Defendants Hitachi, Ltd, Hitachi Displays, Ltd, Hitachi Asia, Ltd., Hitachi America, Ltd, and Hitachi Electronic Devices (USA), Inc.* | James L. McGinnis<br>jmcginnis@sheppardrnullin.com<br>Michael Scarborough<br>mscarborough@sheppardmullin.corn<br>SHEPPARD MULLIN RICHTER<br> & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Tel: (415) 434-9100<br><br>*Counsel for Defendants Samsung SDI America Samsung SDI Co., Ltd, Samsung SDI Mexico S.A. de C. V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd, and Samsung SDI (Malaysia) Sdn. Bhd* |

| | |
|---|---|
| Guido Saveri<br>guido@saveri.com<br>R. Alexander Saveri<br>rick@saveri.com<br>Geoffrey C. Rushing<br>grushing@saveri.com<br>Cadio Zirpoli<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br><br>*Interim Lead Counsel for The Direct Purchaser Plaintiffs Class* | Mario N. Alioto<br>malioto@tatp.com<br>Lauren C. Russell<br>laurenrussell@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs Class* |
| Philip J. Iovieno<br>piovieno@bellp.com<br>Anne M. Nardacci<br>anardacci@bsfflp.com<br>BOLES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br><br>*Counsel for the Direct Purchaser Plaintiffs Class* | Gary L. Specks<br>gspecks@kaplanfox.com<br>KAPLAN FOX<br>423 Sumac Road<br>Highland Park, IL 60035<br>Tel: (847) 831-1585<br><br>*Counsel for the Direct Purchaser Plaintiffs Class* |
| Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio e. Varanini<br>emilio.varanini@dog.ca.gov<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel:  (415) 703-5908 | |

60573727.1    -3-    CERTIFICATE OF SERVICE