# EXHIBIT C

Terry Calvani (53260)
terry.calvani@freshfields.com
Kate S. McMillan (*pro hac vice*)
kate.mcmillan@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: (202) 777-4500
Fax: (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944 <br> MDL NO. 1917 – ALL CASES <br><br> **INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO., LTD.** <br><br> (Fed. R. Civ. P. 26(a)(1)) <br><br> Before the Honorable Samuel Conti |
| This document relates to: <br> ALL ACTIONS | |

Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") hereby submits its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

The fact that BMCC makes these initial disclosures does not constitute a waiver of BMCC's right to assert the defense of lack of personal jurisdiction. The disclosures and descriptions contained herein do not constitute a waiver of BMCC's objections to the production or discoverability of any information disclosed herein. BMCC expressly reserves all objections and reserves the right to retract any inadvertent disclosures of documents or information that are protected by the attorney-client privilege, the work-product doctrine, or any other applicable protection or privilege.

BMCC makes these initial disclosures based on the information currently known to it. BMCC continues to investigate the allegations and will amend, revise or supplement this disclosure if additional facts, witnesses, or other information so warrants pursuant to Federal Rule of Civil Procedure 26(e).

As of the time of these disclosures, Plaintiffs have yet to file an amended consolidated complaint. BMCC reserves the right to amend, modify, clarify, or supplement the information contained in these initial disclosures to address the allegations in the amended consolidated complaint once filed. BMCC is in the process of assessing issues relevant to the case and anticipates bringing a motion to dismiss when appropriate. BMCC also reserves the right to supplement these initial disclosures through discovery responses.

BMCC reserves the right to continue its investigation and discovery of witnesses, documents, and facts which may be relevant to this case. BMCC reserves the right at the time of trial to produce, refer to and offer into evidence any additional documents, facts, and evidence from any source and testimony from any witness which may be revealed through its continuing investigation, discovery, and trial preparation, notwithstanding the reference to documents and information in these initial disclosures.

## I. Disclosure of Individuals

BMCC believes that the following individual is likely to have potentially discoverable, non-expert information that BMCC may use to support its defenses in this action. BMCC reserves the right to call as witnesses, or rely upon information from, other individuals whose identities may become known during the progression of the action, and to rely upon information from other sources for purposes of impeachment. BMCC also expressly reserves the right to amend, modify, clarify, or supplement this disclosure after Plaintiffs file an amended consolidated complaint. The following individual may only be contacted through the undersigned counsel:

Mr. Toshiyuki Hamada.

1  This individual is likely to possess knowledge and information relating to BMCC's cathode ray tube ("CRT") business, including marketing, pricing, sales and distribution.

BMCC also identifies as likely to have discoverable, non-expert information that BMCC may use to support its defenses in this action, one or more representatives of the defendants named herein to be contacted through their counsel of record concerning any involvement of BMCC in the conspiracy alleged in the CRT complaint served on BMCC to date.

## II.     Disclosure of Information

Relevant documents, electronically stored information, and tangible things that BMCC may use to support its defenses in this action may be located at:

Beijing Matsushita Color CRT Company Ltd.
9 Jiuxianqiao N Road
Dashanzi
Beijing
China

or

Panasonic Company Information System Centre
9th Floor, HSBC Tower, 1000 Lujiazui Ring Road
Pudong New Area
Shanghai
China

These documents or electronically stored information may relate to the market for CRTs, sales of CRTs, CRT customers, and CRT production. BMCC reserves the right to amend, modify, clarify, or supplement this list after Plaintiffs file their amended consolidated complaint. BMCC reserves the right to rely upon additional documents and information that may be discovered during the course of this action, and for the purposes of impeachment.

## III.    Damages

Not applicable.

## IV.    Insurance

BMCC is not aware of any insurance agreement under which an insurer may be liable to satisfy part or all of a judgment in this action or to reinsure for payments made to satisfy a judgment or any portion of a judgment.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated:  October 15, 2008 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| 4 | | |
| 5 | | By: /s/ *Terry Calvani* <br> Terry Calvani (CA Bar No. 53260) |
| 6 | | Freshfields Bruckhaus Deringer US LLP |
| 7 | | Email: terry.calvani@freshfields.com <br> 701 Pennsylvania Avenue NW |
| 8 | | Suite 600 <br> Washington, DC  20004 |
| 9 | | Tel: (202) 777-4505 <br> Fax: (202) 777-4555 |

# CERTIFICATE OF SERVICE

I, Kate S. McMillan, declare that I am over the age of eighteen (18) and not a party to the within action. I am an associate at the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004. On October 15, 2008, I served the within document, **INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO.,** via electronic transmission to the email addresses shown below:

| | |
|---|---|
| **A. Paul Victor** <br> pvictor@dl.com | **Alan Feigenbaum** <br> Alan.Feigenbaum@weil.com |
| **Andrew R. Tillman** <br> art@paineter.com | **Anthony J. Viola** <br> aviola@eapdlaw.com |
| **Barry J. Bendes** <br> bbendes@eapdlaw.com | **Bernadette Shawan Gillians** <br> sgillians@buistmoore.com |
| **Brendan P. Cullen** <br> cullenb@sullcrom.com | **Bruce H. Jackson** <br> bruce.h.jackson@bakernet.com |
| **Christine S. Safreno** <br> csafreno@morganlewis.com | **Christopher M. Curran** <br> ccurran@whitecase.com |
| **David Michael Lisi** <br> lisid@howrey.com | **David W. Evans** <br> devans@hbblaw.com |
| **Ethan E. Litwin** <br> litwine@howrey.com | **Eva W. Cole** <br> ecole@dl.com |
| **Gary L. Halling** <br> ghalling@smrh.com | **George L. Paul** <br> gpaul@whitecase.com |
| **Gregory Hull** <br> greg.hull@weil.com | **Guido Saveri** <br> guido@saveri.com |
| **Cadio Zirpoli** <br> zirpoli@saveri.com | **Lauren Clare Russell** <br> laurenrussell@tatp.com |
| **James Landon McGinnis** <br> jmcginnis@sheppardmullin.com | **Jason de Bretteville** <br> debrettevillej@sullcrom.com |
| **Jeffrey L. Kessler** <br> jkessler@dl.com | **Jeremy James Calsyn** <br> jcalsyn@cgsh.com |
| **John M. Taladay** <br> TaladayJ@howrey.com | **Jonathan DeGooyer** <br> jdegooyer@morganlewis.com |
| **Joseph A. Ostoyich** <br> OstoyichJ@howrey.com | **Joseph E. Czerniawski** <br> jczerniawski@eapdlaw.com |
| **Joseph R. Tiffany, II** <br> joseph.tiffany@pillsburylaw.com | **Joseph Richard Wetzel** <br> joseph.wetzel@weil.com |
| **Kent Michael Roger** <br> kroger@morganlewis.com | **Kris Hue Chau Man** <br> kman@dl.com |
| **Laura Elizabeth Kabler** <br> kablerl@sullcrom.com | **Lucius B. Lau** <br> alau@whitecase.com |
| **Mario N. Alioto** <br> malioto@tatp.com | **Mark D. Marino** <br> mark.marino@klgates.com |
| **Michael Robert Lazerwitz** <br> mlazerwitz@cgsh.com | **Michael W. Scarborough** <br> mscarborough@smrh.com |
| **Michelle Lo** <br> mlo@dl.com | **Nancy Chung Allred** <br> nancy.c.allred@bakernet.com |
| **Paul Lionel Yanosy, Jr.** <br> pyanosy@sidley.com | **Philip Andrew Simpkins** <br> philip.simpkins@pillsburylaw.com |

INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO., LTD.    -5-
Case No. 07-5944-SC; MDL No. 1917

| 1 | **Rebecca Ann Falk** <br> rfalk@morganlewis.com | **Robert Walter Tarun** <br> robert.w.tarun@bakernet.com |
|---|---|---|
| 2 | **Ryan Sandrock** <br> rsandrock@sidley.com | **Samuel Ray Miller** <br> srmiller@sidley.com |
| 3 | **Steven Alan Reiss** <br> steven.reiss@weil.com | **Terrence A. Callan** <br> terrence.callan@pillsburylaw.com |
| 4 | **Thomas R. Green** <br> tgreen@morganlewis.com | **William C. Cleveland** <br> wcleveland@buistmoore.com |

Dated: October 15, 2008

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By: /s/ *Kate S. McMillan*
Kate S. McMillan (*pro hac vice*)
Freshfields Bruckhaus Deringer
  US LLP
Email: kate.mcmillan@freshfields.com
701 Pennsylvania Avenue NW
Suite 600
Washington, DC  20004
Tel: (202) 777-4505
Fax: (202) 777-4555

***Counsel for Defendant Beijing
Matsushita Color CRT Company, Ltd.***

INITIAL DISCLOSURE STATEMENT OF BEIJING MATSUSHITA COLOR CRT CO., LTD.   -6-
Case No. 07-5944-SC; MDL No. 1917