1   ~~GUIDO SAVERI (Bar No. 22349)~~
    ~~Email: guido@saveri.com~~
2   ~~R. ALEXANDER SAVERI (Bar No. 173102)~~
    ~~Email: rick@saveri.com~~
3   ~~CADIO ZIRPOLI (Bar No. 179108)~~
    ~~Email: cadio@saveri.com~~
4   ~~**SAVERI & SAVERI, INC.**~~
    ~~706 Sansome Street~~
5   ~~San Francisco, California 94111~~
    ~~Telephone: (415) 217-6810~~
6   ~~Facsimile: (415) 217-6913~~

7   ~~*Interim Lead Counsel for the*~~
    ~~*Direct Purchaser Plaintiffs Class*~~
8

9   ~~Eliot A. Adelson (State Bar No. 205284)~~
    ~~James Maxwell Cooper (State Bar No. 284054)~~
10  ~~**KIRKLAND & ELLIS LLP**~~
    ~~555 California Street, 27th Floor~~
11  ~~San Francisco, CA 94104~~
    ~~Telephone: (415) 439-1400~~
12  ~~Facsimile: (415) 439-1500~~
    ~~Email: eadelson@kirkland.com~~
13  ~~Email: max.cooper@kirkland.com~~

14  ~~*Attorneys for Defendants Hitachi, Ltd., Hitachi*~~
    ~~*Displays, Ltd. (n/k/a Japan Display Inc.),*~~
15  ~~*Hitachi Asia, Ltd., Hitachi America, Ltd., and*~~
    ~~*Hitachi Electronic Devices (USA), Inc.*~~

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT NOTICE**<br><br>Judge: Hon. Samuel Conti |
| This Document Relates to:<br><br>DIRECT PURCHASER CLASS ACTION | |

1      WHEREAS, on January 8, 2014, this Court entered its Order Granting Class Certification
2 and Preliminary Approval of Class Action Settlement with the Hitachi Defendants (Dkt. No.
3 2311) ("Hitachi Preliminary Approval Order"), which granted certification of a Direct Purchaser
4 Plaintiff ("DPP") class and preliminary approval of DPPs' settlement with Hitachi, Ltd., Hitachi
5 Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi
6 Electronic Devices (USA), Inc. (collectively "Hitachi");

7      WHEREAS, the Hitachi Preliminary Approval Order set deadlines for, *inter alia*, notice
8 of the settlement to the class, objections, and requests for exclusions;

9      WHEREAS, DPPs have recently reached a settlement with Samsung SDI Co. Ltd. (f/k/a
10 Samsung Display Devices Co., Ltd.); Samsung SDI America, Inc.; Samsung SDI Brasil, Ltd.; (4)
11 Tianjin Samsung SDI Co., Ltd.; Samsung Shenzhen SDI Co., Ltd.; SDI Malaysia Sdn. Bhd.; and
12 SDI Mexico S.A. de C.V. (collectively, "Samsung SDI");

13      WHEREAS, the Settlement Agreement with Hitachi (which has been preliminarily
14 approved by this Court) states in paragraph 19(b) that "If Lead Counsel enters into any other
15 settlements on behalf of the Class before notice of this Agreement is given to the Class, Lead
16 Counsel shall use its reasonable best efforts to provide a single notice to prospective Class
17 members of all of the settlements";

18      WHEREAS, all parties believe it would further judicial efficiency and would save the
19 class a significant amount of money to provide notice of both settlements in a single notice, and
20 proceed on a joint briefing and hearing schedule;

21      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DPPs and
22 counsel for Hitachi in the above-captioned actions, as follows:

23      (1)   All deadlines set forth in the Hitachi Preliminary Approval Order are vacated; and
24      (2)   DPPs and Samsung SDI will move for preliminary approval of the settlement
25            between DPPs and Samsung SDI at the earliest practical time, at which time a joint
26            schedule for both the Hitachi and Samsung SDI settlements can be set.

27      The undersigned Parties jointly and respectfully request that the Court enter this
28 stipulation as an order.

| | | |
|---|---|---|
| 1 | Dated:  January 14, 2014 | SAVERI & SAVERI, INC. |
| 2 | | By: */s/ R. Alexander Saveri* |
| | | GUIDO SAVERI (Bar No. 22349) |
| 3 | | Email: guido@saveri.com |
| | | R. ALEXANDER SAVERI (Bar No. 173102) |
| 4 | | Email: rick@saveri.com |
| | | CADIO ZIRPOLI (Bar No. 179108) |
| 5 | | Email: cadio@saveri.com |
| | | **SAVERI & SAVERI, INC.** |
| 6 | | 706 Sansome Street |
| | | San Francisco, California 94111 |
| 7 | | Telephone: (415) 217-6810 |
| | | Facsimile: (415) 217-6913 |

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C.
Kate Wheaton
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)**

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2014, at San Francisco, California.

/s/ R. Alexander Saveri

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 21, 2014

Hon. Samuel Conti
United States District Judge

crt.642