1  ~~David J. Burman (admitted *pro hac vice*)~~
   ~~Cori G. Moore (admitted *pro hac vice*)~~
2  ~~Eric J. Weiss (admitted *pro hac vice*)~~
   ~~Nicholas H. Hesterberg (admitted *pro hac vice*)~~
3  ~~Steven D. Merriman (admitted *pro hac vice*)~~
   ~~**PERKINS COIE LLP**~~
4  ~~1201 Third Avenue, Suite 4900~~
   ~~Seattle, WA 98101-3099~~
5  ~~Telephone: 206.359.8000~~
   ~~Facsimile: 206.359.9000~~
6
   ~~Joren Bass, Bar No. 208143~~
7  ~~JBass@perkinscoie.com~~
   ~~**PERKINS COIE LLP**~~
8  ~~Four Embarcadero Center, Suite 2400~~
   ~~San Francisco, CA 94111-4131~~
9  ~~Telephone: 415.344.7120~~
   ~~Facsimile: 415.344.7320~~
10
   ~~Attorneys for Plaintiff~~
11 ~~Costco Wholesale Corporation~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation* | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723-SC | **[PROPOSED] ORDER GRANTING COSTCO WHOLESALE CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1  On January 13, 2014, Costco Wholesale Corporation filed an administrative motion to
2  maintain under seal the highlighted portions of the following document pursuant to Local Rules
3  7-11 and 79-5(d):

4
- Costco's Complaint against Technicolor SA (f/k/a Thomson SA); Technicolor
5    USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.); Videocon Industries Ltd.;
     Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC);
6    Mitsubishi Electric Corporation; Mitsubishi Electric Visual Solutions America,
     Inc.; and Mitsubishi Electric & Electronics USA, Inc. (originally filed W.D. Wash,
7    Nov. 12, 2013)

8  Having read and considered the papers filed and arguments made by counsel, and good
9  cause appearing, IT IS HEREBY ORDERED that Costco's motion is GRANTED.

10

11 **IT IS SO ORDERED.**

12

13 Dated: __January 21, 2014__     _____
14                                  Hon. Samuel A. Conti
                                    UNITED STATES DISTRICT JUDGE

19 29040-0318/LEGAL28984474.1

[Proposed] Order Granting Costco's                                   Case No. 07-5944-SC
Administrative Motion to Seal                                        MDL No. 1917