ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Vincent S. Loh, Bar No. 238410
VSLoh@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING
LLC; BEST BUY ENTERPRISE SERVICES, INC.;
BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.;
and MAGNOLIA HI-FI, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case Nos. 3:11-cv-05513-SC;<br>3:11-cv-06396-SC |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*<br>No. 11-cv-05513-SC<br><br>*Target Corp. v. Chunghwa, et al.,*<br>No. 11-cv-05514-SC<br><br>*Tech Data v. Hitachi, Ltd., et al.*<br>No. 13-cv-00157-SC | **DECLARATION OF VINCENT S. LOH IN SUPPORT OF FILING PURSUANT TO CIVIL LOCAL RULE 5-1(e)(5)**<br><br>Before the Honorable Samuel Conti |

## DECLARATION OF VINCENT S. LOH

I, Vincent S. Loh, declare that:

1. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts recited in this declaration and, if called upon to do so, I would competently testify under oath thereto.

2. I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for the Plaintiffs, Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.Com, L.L.C.; and Magnolia Hi-Fi, LLC (collectively "Plaintiffs" or "Best Buy"), in the above-captioned lawsuit.

3. Local Rule 5-1(e)(5) of the Local Rules for the Northern District of California provides as follows: "**Technical Failure.** The Clerk shall deem the ECF system to be subject to a technical failure on a given day if the system is unable to accept filings continuously or intermittently over the course of any period of time greater than one hour after 12:00 noon that day. Filings due on the day of a technical failure which were not filed solely due to such technical failure shall be due the next court day. Such delayed filings shall be accompanied by a declaration or affidavit attesting to the filer's failed attempts to file electronically at least two times after 12:00 noon separated by at least one hour on each day of delay due to such technical failure."

4. On January 17, 2014, Best Buy attempted to file the following:

(a) Plaintiffs Best Buy, Tech Data, and Target's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5;

(b) Declaration of Vincent S. Loh in Support of Plaintiffs Best Buy, Tech Data, and Target's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5;

(c) [Proposed] Order Granting Plaintiffs' Best Buy, Tech Data, and Target's Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5;

1  (d) Plaintiffs Best Buy, Target, and Tech Data's Consolidated Opposition to Defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion to Dismiss Certain Direct Action Purchaser Complaints [UNREDACTED and REDACTED versions];

(e) Declaration of Vincent S. Loh in Support of Plaintiffs Best Buy, Target, and Tech Data's Consolidated Opposition to Defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion to Dismiss Certain Direct Action Purchaser Complaints, and Exhibits A through CC attached thereto [UNREDACTED and REDACTED versions] (collectively, the "Administrative Motion to Seal and Consolidated Opposition to BMCC's Motion to Dismiss].

5. Best Buy's first attempt to file the Administrative Motion to Seal and Consolidated Opposition to BMCC's Motion to Dismiss occurred at approximately 5:45 p.m. PST on January 17, 2014. At or around that time, the ECF system produced an error message after Best Buy clicked the "Submit" button to file.

6. Best Buy's second attempt to file the Administrative Motion to Seal and Consolidated Opposition to BMCC's Motion to Dismiss occurred at approximately 7:15 p.m. PST on January 17, 2014. At or around that time, the ECF system produced an error message after Best Buy clicked the "Submit" button to file.

7. Thus, on two separate occasions after 12:00 noon on the day of January 17, 2014, over the course of more than one hour, Best Buy attempted to file the Administrative Motion to Seal and Consolidated Opposition to BMCC's Motion to Dismiss. Best Buy could not, however, because the ECF system was unable to accept the filing.

8. But for the ECF system being unable to accept the filing, Best Buy would have filed the Administrative Motion to Seal and Consolidated Opposition to BMCC's Motion to Dismiss on January 17, 2014.

9. At or around 8:11 p.m. PST on January 17, 2014, having been unable to file the Administrative Motion to Seal and Consolidated Opposition to BMCC's Motion to Dismiss via the ECF system, I served the same via e-mail on all counsel listed on the attached service list (*see* Exhibit "A"), including counsel for Beijing Matsushita Color CRT Co., Ltd. and all counsel affected by Best Buy's Administrative Motion to Seal.

10. On January 21, 2014, Best Buy filed the Administrative Motion to Seal and Consolidated Opposition to BMCC's Motion to Dismiss via the ECF system. The technical difficulties with the ECF system described above are the sole reason why Best Buy filed the Administrative Motion to Seal and Consolidated Opposition to BMCC's Motion to Dismiss on January 21, 2014 as opposed to January 17, 2014.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 21st day of January, 2014, at Los Angeles, California.

*/s/ Vincent S. Loh*

Vincent S. Loh

# EXHIBIT A

## SERVICE LIST

| | |
|---|---|
| Jeffrey L. Kessler<br>jkessler@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Tel: (212) 294-6700<br><br>David L. Yohai<br>david.yohai@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>William D. Temko<br>william.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>Bethany W. Kristovich<br>Bethany.kristovich@mto.com<br>Laura K. Sullivan<br>Laura.sullivan@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Tel: (415) 512-4000<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |
| John Taladay<br>john.taladay@bakerbotts.com<br>Erik Koons<br>erik.koons@bakerbotts.com<br>Charles Malaise<br>charles.malaise@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>Tel: (202) 639-7909<br><br>*Counsel for Defendants Koninklijke Philips Electronics NV, Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd, and Philips da Amazonia Industria Electronica Ltda.* | Terrence A. Callan<br>terrence.callan@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880<br>Tel: (415) 983-1000<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd, IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* |
| Michael R. Lazerwitz<br>mlazerwitz@cgsh.com<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Tel: (202) 974-1500<br><br>*Counsel for Defendant LP Displays International, Ltd.* | Joel S. Sanders<br>jsanders@gibsondunn.com<br>Rachel S. Brass<br>rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER 555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel: (415) 393-8200<br><br>*Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chungwha Picture Tubes (Malaysia)* |

| | |
|---|---|
| Christine Laciak<br>christine.laciak@freshfields.com<br>Richard Snyder<br>richard.snyder@freshfields.com<br>FRESHFIELDS BRUCKHAUS<br> & DERINGER US, LLP<br>701 Pennsylvania Avenue, NW, Suite 6000<br>Washington, DC 20004<br>Tel: (202) 777-4500<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Tel: (202) 626-3600<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| Eliot A. Adelson<br>eadelson@kirkland.com<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>Sarah Farley<br>sfarley@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik<br>jmutchnik@kirkland.com<br>Kate Wheaton<br>kate.wheaton@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Defendants Hitachi, Ltd, Hitachi Displays, Ltd, Hitachi Asia, Ltd., Hitachi America, Ltd, and Hitachi Electronic Devices (USA), Inc.* | James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER<br> & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Tel: (415) 434-9100<br><br>*Counsel for Defendants Samsung SDI America Samsung SDI Co., Ltd, Samsung SDI Mexico S.A. de C. V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd, and Samsung SDI (Malaysia) Sdn. Bhd* |

| | |
|---|---|
| Guido Saveri<br>guido@saveri.com<br>R. Alexander Saveri<br>rick@saveri.com<br>Geoffrey C. Rushing<br>grushing@saveri.com<br>Cadio Zirpoli<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br><br>*Interim Lead Counsel for The Direct Purchaser Plaintiffs Class* | Mario N. Alioto<br>malioto@tatp.com<br>Lauren C. Russell<br>laurenrussell@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs Class* |
| Philip J. Iovieno<br>piovieno@bellp.com<br>Anne M. Nardacci<br>anardacci@bsfflp.com<br>BOLES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br><br>*Counsel for the Direct Purchaser Plaintiffs Class* | Gary L. Specks<br>gspecks@kaplanfox.com<br>KAPLAN FOX<br>423 Sumac Road<br>Highland Park, IL 60035<br>Tel: (847) 831-1585<br><br>*Counsel for the Direct Purchaser Plaintiffs Class* |
| Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio e. Varanini<br>emilio.varanini@dog.ca.gov<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel:  (415) 703-5908 | |