Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:    305-374-7580
Facsimile:     305-374-7593
E-mail:         rturken@bilzin.com;
                    swagner@bilzin.com;
                    mwidom@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone:    (954) 356-0011
Facsimile:     (954) 356-0022
E-mail:         ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to Individual Case No. 13-CV-00157-SC | **DECLARATION OF SCOTT N. WAGNER IN SUPPORT OF PLAINTIFFS TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS** |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., | |
| Plaintiffs, vs. | |
| HITACHI, LTD; *et al.* | |
| Defendants. | |

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S SUPPLEMENAL BRIEF IN FURTHER OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS

MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC

I, **SCOTT N. WAGNER**, declare as follows:

1. I am a partner at the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data"), and am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint titled *State of Florida v. LG Electronics, Inc., et al*, Case No. 3:11-cv-06205-SC (N.D. Cal.) (Dec. 9, 2011).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Stipulation and [Proposed] Order Dismissing the Claims of Plaintiff State of Florida dated December 10, 2012, [Dkt. No. 1480].

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Complaint titled *Tech Data Corp. v. Hitachi, Ltd.*, Case No. Case No. 8:12-CV-02795 (M.D. Fla.) (Dec. 11, 2012).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Stipulation and Order Dismissing the Claims of Plaintiff State of Florida dated December 11, 2012 signed by Special Master Legge, [Dkt. No. 1483].

6. Attached hereto as **Exhibit 5** is a true and correct copy of Stipulation and Order Dismissing the Claims of Plaintiff State of Florida dated December 27, 2012 signed by Honorable Samuel Conti, [Dkt. No. 1511].

7. Attached hereto as **Exhibit 6** is a true and correct copy of Special Master's Report and Recommendations Regarding Defendants' Motions to Dismiss Direct Action Complaints dated May 2, 2013, [Dkt. No. 1664].

8. Attached hereto as **Exhibit 7** is a true and correct copy of Order Adopting In Part and Modifying In Part Special Master's Report and Recommendation on Defendants' Motion to Dismiss the Direct Action Plaintiffs' Complaints, [Dkt. No. 1856].

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S SUPPLEMENAL BRIEF IN FURTHER OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS

2

MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this 21st day of January, 2014, at Miami, FL.

3

4                                             */s/ Scott N. Wagner*
                                          Scott N. Wagner

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S SUPPLEMENAL BRIEF IN FURTHER OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS     3     MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC

Dated:  January 21, 2014

Respectfully Submitted,

  /s/Scott N. Wagner
ROBERT W. TURKEN
SCOTT N. WAGNER
MITCHELL E. WIDOM
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593
E-mail:         rturken@bilzin.com
                    swagner@bilzin.com
                    mwidom@bilzin.com

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:         ssinger@bsfllp.com

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
E-mail:         wisaacson@bsfllp.com
                    mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail:         piovieno@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S SUPPLEMENAL BRIEF IN FURTHER OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS   4   MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on January 21, 2014.

/s/Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S SUPPLEMENAL BRIEF IN FURTHER OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS

5

MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157-SC