# EXHIBIT 2

PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
*Pro Hac Vice*
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:   (850) 414-3300
Fax:   (850) 488-9134

Attorneys for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC<br><br>STATE OF FLORIDA,<br>OFFICE OF THE ATTORNEY GENERAL,<br>DEPARTMENT OF LEGAL AFFAIRS,<br><br>            Plaintiff,<br>    v.<br><br>LG ELECTRONICS, INC., *et al.*<br><br>            Defendants. | **STIPULATION AND [PROPOSED] ORDER DISMISSING THE CLAIMS OF PLAINTIFF STATE OF FLORIDA**<br><br>Judge:     Honorable Samuel Conti |

WHEREAS, Plaintiff, the State of Florida ("Plaintiff"), filed a Complaint against the Defendants on December 9, 2011, in Case No. 11-cv-06205 (Dkt. 1), which was consolidated as a related case in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917;

WHEREAS, Plaintiff filed an Amended Complaint on July 16, 2012 (the "Complaint") (Dkt. 1260);

WHEREAS, on November 16, 2012, the Special Master recommended that the Plaintiff's Complaint be dismissed, granting Plaintiff leave to amend its Complaint (Dkt. 1451);

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Parties, that:

1. The Complaint and all claims asserted in it by Plaintiff against the Defendants are dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

2. Both the Plaintiff and the undersigned Defendants are to bear their own costs and fees.

3. Such dismissal shall not have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against Defendants.

4. The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

DATED: December 10, 2012

PAMELA JO BONDI
Attorney General of the State of Florida

By: /s/ Satu A. Correa
LIZABETH A. BRADY (*pro hac vice*)
Email: Liz.Brady@myfloridalegal.com
PATRICIA A. CONNERS (*pro hac vice*)
Email: Trish.Conners@myfloridalegal.com
R. SCOTT PALMER (*pro hac vice*)
Email: Scott.Palmer@myfloridalegal.com
NICHOLAS J. WEILHAMMER (*pro hac vice*)
Email: Nicholas.Weilhammer@myfloridalegal.com
SATU A. CORREA (*pro hac vice*)
Email: Satu.Correa@myfloridalegal.com
**OFFICE OF THE ATTORNEY GENERAL**
State of Florida

| | |
|---|---|
| 1 | PL-01, The Capitol |
| 2 | Tallahassee, FL 32399-1050 |
|   | Telephone: (850) 414-3300 |
| 3 | Facsimile: (850) 488-9134 |
|   | *Counsel for Plaintiff State of Florida* |
| 4 | |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | |
|   | By: __/s/ Michelle Park Chiu_____ |
| 7 | KENT M. ROGER (SBN 95987) |
|   | E-mail: kroger@morganlewis.com |
| 8 | MICHELLE PARK CHIU (SBN 248421) |
|   | E-mail: mchiu@morganlewis.com |
| 9 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 10 | One Market, Spear Street Tower |
|    | San Francisco, California 94105-1126 |
| 11 | Telephone: (415) 442-1000 |
|    | Facsimile: (415) 442-1001 |
| 12 | |
| 13 | J. CLAYTON EVERETT, JR. (*pro hac vice*) |
|    | E-mail: jeverett@morganlewis.com |
| 14 | SCOTT A. STEMPEL (*pro hac vice*) |
|    | E-mail: sstempel@morganlewis.com |
| 15 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 16 | 111 Pennsylvania Avenue, NW |
|    | Washington, DC 20004 |
| 17 | Telephone: (202) 739-3000 |
|    | Facsimile: (202) 739-3001 |
| 18 | |
| 19 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,* |
|    | *Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd.,* |
| 20 | *and Hitachi Electronic Devices (USA), Inc.* |
| 21 | |
| 22 | BAKER BOTTS LLP |
| 23 | By: __/s/ John M. Taladay_____ |
|    | JOHN M. TALADAY (*pro hac vice*) |
| 24 | JOSEPH OSTOYICH (*pro hac vice*) |
|    | **BAKER BOTTS LLP** |
| 25 | 1299 Pennsylvania Ave., N.W. |
| 26 | Washington, DC 20004-2400 |
|    | Telephone: (202) 639-7700 |
| 27 | Facsimile: (202) 639-7890 |
|    | Email: john.taladay@bakerbotts.com |
| 28 | |

STIPULATION AND [PROPOSED] ORDER                              MASTER CASE NO. 3:07-CV-05944 SC
DISMISSING THE CLAIMS OF PLAINTIFF      - 3 -      INDIVIDUAL CASE NO. 3:11-CV-06205 SC
STATE OF FLORIDA

Email: joseph.ostoyich@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
E-mail: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
E-mail: PVictor@winston.com
EVA COLE (*pro hac vice*)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN
E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

| | |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | By: /s/ Hojoon Hwang |
| 3 | HOJOON HWANG (SBN 184950) |
| | Hojoon.Hwang@mto.com |
| 4 | WILLIAM D. TEMKO (SBN 098858) |
| | William.Temko@mto.com |
| 5 | JONATHAN E. ALTMAN (SBN 170607) |
| | Jonathan.Altman@mto.com |
| 6 | BETHANY W. KRISTOVICH (SBN 241891) |
| 7 | Bethany.Kristovich@mto.com |
| | JEROME C. ROTH (SBN 159483) |
| 8 | Jerome.Roth@mto.com |
| | LAURA K. SULLIVAN (SBN 281542) |
| 9 | Laura.Sullivan@mto.com |
| 10 | **MUNGER, TOLLES & OLSON LLP** |
| | 560 Mission Street, Twenty-Seventh Floor |
| 11 | San Francisco, CA 94105-2907 |
| | Telephone: (415) 512-4000 |
| 12 | Facsimile: (415) 512-4077 |

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Michael W. Scarborough
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

|     |     |
| --- | --- |
| 1   | WHITE & CASE LLP |
| 2   | By: /s/ Lucius B. Lau |
| 3   | CHRISTOPHER M. CURRAN (*pro hac vice*) E-mail: ccurran@whitecase.com |
| 4   | GEORGE L. PAUL (*pro hac vice*) E-mail: gpaul@whitecase.com |
| 5   | LUCIUS B. LAU (*pro hac vice*) E-mail: alau@whitecase.com |
| 6   | **WHITE & CASE LLP** |
| 7   | 701 Thirteenth Street, N.W. Washington, DC 20005 |
| 8   | Telephone: (202) 626-3600 Facsimile: (202) 639-9355 |
| 9   | |
| 10  | *Attorneys for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.* |
| 11  | |
| 12  | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| 13  | By: /s/ Terry Calvani |
| 14  | TERRY CALVANI (SBN 53260) E-mail: terry.calvani@freshfields.com |
| 15  | RICHARD SNYDER (*Pro Hac Vice*) E-mail: richard.snyder@freshfields.com |
| 16  | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| 17  | 701 Pennsylvania Avenue, N.W. Suite 600 |
| 18  | Washington, DC 20004 Telephone: (202) 777-4565 |
| 19  | Facsimile: (202) 777-4555 |
| 20  | *Attorneys for Beijing Matsushita Color CRT Co., Ltd* |
| 21  | |
| 22  | |
| 23  | Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this |
| 24  | document has been obtained from each of the above signatories. |
| 25  | |
| 26  | |
| 27  | |
| 28  | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December ____, 2012

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

Dated: December ____, 2012

_____
Hon. Samuel Conti
United States District Judge

STIPULATION AND [PROPOSED] ORDER
DISMISSING THE CLAIMS OF PLAINTIFF          - 7 -
STATE OF FLORIDA

MASTER CASE NO. 3:07-CV-05944 SC
INDIVIDUAL CASE NO. 3:11-CV-06205 SC