# EXHIBIT 4

Case 4:07-cv-05944-JST   Document 2348-4   Filed 01/21/14   Page 2 of 8
Case3:07-cv-05944-SC   Document1483   Filed12/11/12   Page1 of 7
Case3:07-cv-05944-SC   Document1480   Filed12/10/12   Page1 of 7

1  PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
   R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
2  LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
   NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
3  SATU A. CORREA (Satu.Correa@myfloridalegal.com)
4  *Pro Hac Vice*
   Office of the Attorney General
5  State of Florida
   PL-01, The Capitol
6  Tallahassee, FL 32399-1050
7  Tel:   (850) 414-3300
   Fax:   (850) 488-9134
8
9  Attorneys for Plaintiff State of Florida

10                    **IN THE UNITED STATES DISTRICT COURT**
                      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11                                **SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| 13  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| 14 | |
| 15  This Document Relates To: | **STIPULATION AND [PROPOSED]** cAC<br>**ORDER DISMISSING THE CLAIMS OF**<br>**PLAINTIFF STATE OF FLORIDA** |
| 16  Case No. 2011-CV-6205 SC | |
| 17  STATE OF FLORIDA,<br>OFFICE OF THE ATTORNEY GENERAL,<br>18  DEPARTMENT OF LEGAL AFFAIRS, | Judge:   Honorable Samuel Conti |
| 19           Plaintiff, | |
| 20       v. | |
| 21  LG ELECTRONICS, INC., *et al.* | |
| 22           Defendants. | |
| 23 | |

24     WHEREAS, Plaintiff, the State of Florida ("Plaintiff"), filed a Complaint against the

25  Defendants on December 9, 2011, in Case No. 11-cv-06205 (Dkt. 1), which was consolidated as

26  a related case in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL

27  No. 1917;

28

Case 4:07-cv-05944-JST Document 2348-4 Filed 01/21/14 Page 3 of 8
Case3:07-cv-05944-SC Document1483 Filed12/11/12 Page2 of 7
Case3:07-cv-05944-SC Document1480 Filed12/10/12 Page2 of 7

1  WHEREAS, Plaintiff filed an Amended Complaint on July 16, 2012 (the "Complaint")

2  (Dkt. 1260);

3  WHEREAS, on November 16, 2012, the Special Master recommended that the

4  Plaintiff's Complaint be dismissed, granting Plaintiff leave to amend its Complaint (Dkt. 1451);

5

6  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

7  undersigned Parties, that:

8  1.   The Complaint and all claims asserted in it by Plaintiff against the Defendants are

9  dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

10 2.   Both the Plaintiff and the undersigned Defendants are to bear their own costs and

11

12 fees.

13 3.   Such dismissal shall not have any effect on any other claims, including under

14 federal or Florida law, brought by litigants other than the State of Florida against Defendants.

15 4.   The undersigned parties jointly and respectfully request that the Court enter this

16 Stipulation as an Order.

17

18 **IT IS SO STIPULATED.**

19 DATED: December 10, 2012          PAMELA JO BONDI
                                     Attorney General of the State of Florida
20
                                     By:  /s/ Satu A. Correa
21                                   LIZABETH A. BRADY (*pro hac vice*)
                                     Email: Liz.Brady@myfloridalegal.com
22                                   PATRICIA A. CONNERS (*pro hac vice*)
                                     Email: Trish.Conners@myfloridalegal.com
23                                   R. SCOTT PALMER (*pro hac vice*)
24                                   Email: Scott.Palmer@myfloridalegal.com
                                     NICHOLAS J. WEILHAMMER (*pro hac vice*)
25                                   Email: Nicholas.Weilhammer@myfloridalegal.com
                                     SATU A. CORREA (*pro hac vice*)
26                                   Email: Satu.Correa@myfloridalegal.com
                                     **OFFICE OF THE ATTORNEY GENERAL**
27                                   State of Florida
28

Case 4:07-cv-05944-JST Document 2348-4 Filed 01/21/14 Page 4 of 8
Case3:07-cv-05944-SC Document1483-4 Filed12/11/12 Page3 of 7
Case3:07-cv-05944-SC Document1480 Filed12/10/12 Page3 of 7

|   |   |
|---|---|
| 1 | PL-01, The Capitol |
|   | Tallahassee, FL 32399-1050 |
| 2 | Telephone: (850) 414-3300 |
|   | Facsimile: (850) 488-9134 |
| 3 | *Counsel for Plaintiff State of Florida* |
| 4 |   |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 |   |
|   | By: /s/ Michelle Park Chiu |
| 7 | KENT M. ROGER (SBN 95987) |
|   | E-mail: kroger@morganlewis.com |
| 8 | MICHELLE PARK CHIU (SBN 248421) |
|   | E-mail: mchiu@morganlewis.com |
| 9 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 10 | One Market, Spear Street Tower |
|   | San Francisco, California 94105-1126 |
| 11 | Telephone: (415) 442-1000 |
|   | Facsimile: (415) 442-1001 |
| 12 |   |
| 13 | J. CLAYTON EVERETT, JR. (*pro hac vice*) |
|   | E-mail: jeverett@morganlewis.com |
| 14 | SCOTT A. STEMPEL (*pro hac vice*) |
|   | E-mail: sstempel@morganlewis.com |
| 15 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 16 | 111 Pennsylvania Avenue, NW |
|   | Washington, DC 20004 |
| 17 | Telephone: (202) 739-3000 |
|   | Facsimile: (202) 739-3001 |
| 18 |   |
| 19 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,* |
|   | *Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd.,* |
| 20 | *and Hitachi Electronic Devices (USA), Inc.* |
| 21 |   |
| 22 | BAKER BOTTS LLP |
| 23 | By: /s/ John M. Taladay |
|   | JOHN M. TALADAY (*pro hac vice*) |
| 24 | JOSEPH OSTOYICH (*pro hac vice*) |
|   | **BAKER BOTTS LLP** |
| 25 | 1299 Pennsylvania Ave., N.W. |
|   | Washington, DC 20004-2400 |
| 26 | Telephone: (202) 639-7700 |
| 27 | Facsimile: (202) 639-7890 |
|   | Email: john.taladay@bakerbotts.com |
| 28 |   |

STIPULATION AND [PROPOSED] ORDER                                    MASTER CASE NO. 3:07-CV-05944-SC
DISMISSING THE CLAIMS OF PLAINTIFF              - 3 -               INDIVIDUAL CASE NO. 3:11-CV-06205-SC
STATE OF FLORIDA

Case 4:07-cv-05944-JST   Document 2349-4   Filed 01/21/14   Page 5 of 8
Case3:07-cv-05944-SC   Document1483-4   Filed12/11/12   Page4 of 5
Case3:07-cv-05944-SC   Document1480   Filed12/10/12   Page4 of 7

1  Email: joseph.ostoyich@bakerbotts.com

2  *Attorneys for Defendants Koninklijke Philips Electronics
3  N.V., Philips Electronics North America Corporation,
   Philips Electronics Industries (Taiwan), Ltd., and Philips
4  da Amazonia Industria Electronica Ltda.*

5

6  WINSTON & STRAWN LLP

7  By: /s/ Jeffrey L. Kessler
   JEFFREY L. KESSLER (*pro hac vice*)
8  E-mail: JKessler@winston.com
   A. PAUL VICTOR (*pro hac vice*)
9  E-mail: PVictor@winston.com
   EVA COLE (*pro hac vice*)
10 E-mail: EWCole@winston.com
   MOLLY M. DONOVAN
11 E-mail: MMDonovan@winston.com
   **WINSTON & STRAWN LLP**
12 200 Park Avenue
   New York, NY 10166
13 Telephone: (212) 294-6700

14

15 STEVEN A. REISS (*pro hac vice*)
   E-mail: steven.reiss@weil.com
16 DAVID L. YOHAI (*pro hac vice*)
   E-mail: david.yohai@weil.com
17 ADAM C. HEMLOCK (*pro hac vice*)
   E-mail: adam.hemlock@weil.com
18 **WEIL, GOTSHAL & MANGES LLP**
   767 Fifth Avenue
19 New York, New York 10153-0119
   Telephone: (212) 310-8000
20 Facsimile: (212) 310-8007

21

22 *Attorneys for Defendants Panasonic Corporation (f/k/a
   Matsushita Electric Industrial Co., Ltd.), Panasonic
23 Corporation of North America, MT Picture Display Co.,
   Ltd.*

24

25
26
27
28

Case 4:07-cv-05944-JST Document 2349-4 Filed 01/21/14 Page 6 of 8
Case3:07-cv-05944-SC Document1483-4 Filed12/11/12 Page5 of 7
Case3:07-cv-05944-SC Document1480 Filed12/10/12 Page5 of 7

MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
LAURA K. SULLIVAN (SBN 281542)
Laura.Sullivan@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*


SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Michael W. Scarborough
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

Case 4:07-cv-05944-JST Document 2349-4 Filed 01/21/14 Page 7 of 8
Case3:07-cv-05944-SC Document1483 Filed12/11/12 Page6 of 8
Case3:07-cv-05944-SC Document1480 Filed12/10/12 Page6 of 7

|   |   |
|---|---|
| 1 | WHITE & CASE LLP |
| 2 | By: /s/ Lucius B. Lau |
| 3 | CHRISTOPHER M. CURRAN (*pro hac vice*) |
|   | E-mail: ccurran@whitecase.com |

WHITE & CASE LLP

By:  /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:  /s/ Terry Calvani
TERRY CALVANI (SBN 53260)
E-mail: terry.calvani@freshfields.com
RICHARD SNYDER (*Pro Hac Vice*)
E-mail: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing Matsushita Color CRT Co., Ltd*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Case 4:07-cv-05944-JST   Document 2349-4   Filed 01/21/14   Page 8 of 8
Case3:07-cv-05944-SC   Document1483   Filed12/11/12   Page9 of 9
Case3:07-cv-05944-SC   Document1480   Filed12/10/12   Page7 of 7

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December  11 , 2012

_Charles A. Legge_
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

Dated: December ____, 2012

_____
Hon. Samuel Conti
United States District Judge