# EXHIBIT 5

Case 4:07-cv-05944-JST Document 2349-5 Filed 01/21/14 Page 2 of 8
Case3:07-cv-05944-SC Document1583 Filed12/17/12 Page1 of 7
Case3:07-cv-05944-SC Document1480 Filed12/10/12 Page1 of 7

| | |
|---|---|
| 1 | PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com) |
| 2 | R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com) |
|   | LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com) |
| 3 | NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com) |
|   | SATU A. CORREA (Satu.Correa@myfloridalegal.com) |
| 4 | *Pro Hac Vice* |
|   | Office of the Attorney General |
| 5 | State of Florida |
|   | PL-01, The Capitol |
| 6 | Tallahassee, FL 32399-1050 |
| 7 | Tel:   (850) 414-3300 |
|   | Fax:   (850) 488-9134 |
| 8 | |
| 9 | Attorneys for Plaintiff State of Florida |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC | **STIPULATION AND [PROPOSED]** cac<br>**ORDER DISMISSING THE CLAIMS OF**<br>**PLAINTIFF STATE OF FLORIDA** |
| STATE OF FLORIDA,<br>OFFICE OF THE ATTORNEY GENERAL,<br>DEPARTMENT OF LEGAL AFFAIRS,<br><br>         Plaintiff,<br>   v.<br><br>LG ELECTRONICS, INC., *et al.*<br><br>         Defendants. | Judge:    Honorable Samuel Conti |

WHEREAS, Plaintiff, the State of Florida ("Plaintiff"), filed a Complaint against the Defendants on December 9, 2011, in Case No. 11-cv-06205 (Dkt. 1), which was consolidated as a related case in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917;

WHEREAS, Plaintiff filed an Amended Complaint on July 16, 2012 (the "Complaint") (Dkt. 1260);

WHEREAS, on November 16, 2012, the Special Master recommended that the Plaintiff's Complaint be dismissed, granting Plaintiff leave to amend its Complaint (Dkt. 1451);

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Parties, that:

1. The Complaint and all claims asserted in it by Plaintiff against the Defendants are dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

2. Both the Plaintiff and the undersigned Defendants are to bear their own costs and fees.

3. Such dismissal shall not have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against Defendants.

4. The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

DATED: December 10, 2012

PAMELA JO BONDI
Attorney General of the State of Florida

By: /s/ Satu A. Correa
LIZABETH A. BRADY (*pro hac vice*)
Email: Liz.Brady@myfloridalegal.com
PATRICIA A. CONNERS (*pro hac vice*)
Email: Trish.Conners@myfloridalegal.com
R. SCOTT PALMER (*pro hac vice*)
Email: Scott.Palmer@myfloridalegal.com
NICHOLAS J. WEILHAMMER (*pro hac vice*)
Email: Nicholas.Weilhammer@myfloridalegal.com
SATU A. CORREA (*pro hac vice*)
Email: Satu.Correa@myfloridalegal.com
**OFFICE OF THE ATTORNEY GENERAL**
State of Florida

Case 4:07-cv-05944-JST Document 2349-5 Filed 01/21/14 Page 4 of 8
Case3:07-cv-05944-SC Document1583-5 Filed12/21/12 Page3 of 7
Case3:07-cv-05944-SC Document1480 Filed12/10/12 Page3 of 7

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | PL-01, The Capitol                                                                   |
| 2   | Tallahassee, FL 32399-1050<br>Telephone: (850) 414-3300                              |
| 3   | Facsimile: (850) 488-9134                                                            |
| 4   | *Counsel for Plaintiff State of Florida*                                             |
| 5   | MORGAN, LEWIS & BOCKIUS LLP                                                          |
| 6   |                                                                                      |
| 7   | By:  /s/ Michelle Park Chiu<br>KENT M. ROGER (SBN 95987)                             |
| 8   | E-mail: kroger@morganlewis.com<br>MICHELLE PARK CHIU (SBN 248421)                    |
| 9   | E-mail: mchiu@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**                     |
| 10  | One Market, Spear Street Tower<br>San Francisco, California 94105-1126               |
| 11  | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001                               |
| 12  |                                                                                      |
| 13  | J. CLAYTON EVERETT, JR. (*pro hac vice*)<br>E-mail: jeverett@morganlewis.com         |
| 14  | SCOTT A. STEMPEL (*pro hac vice*)<br>E-mail: sstempel@morganlewis.com                |
| 15  | **MORGAN, LEWIS & BOCKIUS LLP**                                                      |
| 16  | 111 Pennsylvania Avenue, NW<br>Washington, DC 20004                                  |
| 17  | Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001                               |
| 18  |                                                                                      |
| 19  | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*                          |
| 20  | *Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd.,*<br>*and Hitachi Electronic Devices (USA), Inc.* |
| 21  |                                                                                      |
| 22  | BAKER BOTTS LLP                                                                      |
| 23  | By:  /s/ John M. Taladay                                                             |
| 24  | JOHN M. TALADAY (*pro hac vice*)<br>JOSEPH OSTOYICH (*pro hac vice*)                 |
| 25  | **BAKER BOTTS LLP**<br>1299 Pennsylvania Ave., N.W.                                  |
| 26  | Washington, DC 20004-2400                                                            |
| 27  | Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890                               |
| 28  | Email: john.taladay@bakerbotts.com                                                   |

Case 4:07-cv-05944-JST Document 2349-5 Filed 01/21/14 Page 5 of 8
Case3:07-cv-05944-SC Document1583-5 Filed12/21/12 Page4 of 7
Case3:07-cv-05944-SC Document1480 Filed12/10/12 Page4 of 7

| | |
|---|---|
| 1 | Email: joseph.ostoyich@bakerbotts.com |
| 2 | *Attorneys for Defendants Koninklijke Philips Electronics* |
| 3 | *N.V., Philips Electronics North America Corporation,* |
| | *Philips Electronics Industries (Taiwan), Ltd., and Philips* |
| 4 | *da Amazonia Industria Electronica Ltda.* |
| 5 | |
| 6 | WINSTON & STRAWN LLP |
| 7 | By: /s/ Jeffrey L. Kessler |
| | JEFFREY L. KESSLER (*pro hac vice*) |
| 8 | E-mail: JKessler@winston.com |
| | A. PAUL VICTOR (*pro hac vice*) |
| 9 | E-mail: PVictor@winston.com |
| | EVA COLE (*pro hac vice*) |
| 10 | E-mail: EWCole@winston.com |
| 11 | MOLLY M. DONOVAN |
| | E-mail: MMDonovan@winston.com |
| 12 | **WINSTON & STRAWN LLP** |
| 13 | 200 Park Avenue |
| | New York, NY 10166 |
| 14 | Telephone: (212) 294-6700 |
| 15 | |
| 16 | STEVEN A. REISS (*pro hac vice*) |
| | E-mail: steven.reiss@weil.com |
| 17 | DAVID L. YOHAI (*pro hac vice*) |
| | E-mail: david.yohai@weil.com |
| 18 | ADAM C. HEMLOCK (*pro hac vice*) |
| | E-mail: adam.hemlock@weil.com |
| 19 | **WEIL, GOTSHAL & MANGES LLP** |
| 20 | 767 Fifth Avenue |
| | New York, New York 10153-0119 |
| 21 | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| 22 | |
| 23 | *Attorneys for Defendants Panasonic Corporation (f/k/a* |
| | *Matsushita Electric Industrial Co., Ltd.), Panasonic* |
| 24 | *Corporation of North America, MT Picture Display Co.,* |
| | *Ltd.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER
DISMISSING THE CLAIMS OF PLAINTIFF        - 4 -        MASTER CASE NO. 3:07-CV-05944 SC
STATE OF FLORIDA                                      INDIVIDUAL CASE NO. 3:11-CV-06205 SC

Case 4:07-cv-05944-JST   Document 2349-5   Filed 01/21/14   Page 6 of 8
Case3:07-cv-05944-SC   Document1583   Filed12/21/12   Page5 of 7
Case3:07-cv-05944-SC   Document1480   Filed12/10/12   Page5 of 7

|   |   |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | By: /s/ Hojoon Hwang |
| 3 | HOJOON HWANG (SBN 184950)<br>Hojoon.Hwang@mto.com |
| 4 | WILLIAM D. TEMKO (SBN 098858)<br>William.Temko@mto.com |
| 5 | JONATHAN E. ALTMAN (SBN 170607)<br>Jonathan.Altman@mto.com |
| 6 | BETHANY W. KRISTOVICH (SBN 241891) |
| 7 | Bethany.Kristovich@mto.com<br>JEROME C. ROTH (SBN 159483) |
| 8 | Jerome.Roth@mto.com<br>LAURA K. SULLIVAN (SBN 281542) |
| 9 | Laura.Sullivan@mto.com |
| 10 | **MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty-Seventh Floor |
| 11 | San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 |
| 12 | Facsimile: (415) 512-4077 |
| 13 | |
| 14 | *Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.* |
| 15 | |
| 16 | SHEPPARD MULLIN RICHTER & HAMPTON |
| 17 | By: /s/ Michael W. Scarborough |
| 18 | GARY L. HALLING (SBN 66087)<br>E-mail: ghalling@sheppardmullin.com |
| 19 | JAMES L. MCGINNIS (SBN 95788)<br>E-mail: jmcginnis@sheppardmullin.com |
| 20 | MICHAEL W. SCARBOROUGH, (SBN 203524) |
| 21 | E-mail: mscarborough@sheppardmullin.com<br>**SHEPPARD MULLIN RICHTER & HAMPTON** |
| 22 | Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111 |
| 23 | Telephone: (415) 434-9100 |
| 24 | Facsimile: (415) 434-3947 |
| 25 | *Attorneys for Defendants Samsung SDI America, Inc.;* |
| 26 | *Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.*<br>*BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI* |
| 27 | *Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin*<br>*Samsung SDI Co., Ltd.* |
| 28 | |

Case 4:07-cv-05944-JST   Document 2349-5   Filed 01/21/14   Page 7 of 8
Case3:07-cv-05944-SC   Document1583   Filed12/17/12   Page6 of 7
Case3:07-cv-05944-SC   Document1480   Filed12/10/12   Page6 of 7

|   |   |
|---|---|
| 1 | WHITE & CASE LLP |
| 2 | By: /s/ Lucius B. Lau |
| 3 | CHRISTOPHER M. CURRAN (*pro hac vice*) E-mail: ccurran@whitecase.com |
| 4 | GEORGE L. PAUL (*pro hac vice*) E-mail: gpaul@whitecase.com |
| 5 | LUCIUS B. LAU (*pro hac vice*) E-mail: alau@whitecase.com |
| 6 | **WHITE & CASE LLP** |
| 7 | 701 Thirteenth Street, N.W. Washington, DC 20005 |
| 8 | Telephone: (202) 626-3600 Facsimile: (202) 639-9355 |

*Attorneys for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Terry Calvani
TERRY CALVANI (SBN 53260)
E-mail: terry.calvani@freshfields.com
RICHARD SNYDER (*Pro Hac Vice*)
E-mail: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing Matsushita Color CRT Co., Ltd*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Case 4:07-cv-05944-JST Document 2349-5 Filed 01/21/14 Page 8 of 8
Case3:07-cv-05944-SC Document1568-5 Filed12/27/12 Page9 of 9
Case3:07-cv-05944-SC Document1480 Filed12/10/12 Page7 of 7

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: December 11, 2012

4  _____
   Hon. Charles A. Legge
5  United States District Judge (Ret.)
   Special Master
6

7  Dated: December 27, 2012

8  _____
   Hon. Samuel Conti
   United States District Judge