JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>**[re Panasonic Documents]** |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Target Corp. v. Chunghwa, et al.,* No. 11-cv-05514-SC<br><br>*Tech Data v. Hitachi, Ltd., et al.* No. 13-cv-00157-SC | |

- 1 -

I, Jennifer M. Stewart, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On January 21, 2014, Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and Magnolia Hi-Fi, LLC, Plaintiff Target Corp., and Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. (collectively, "Plaintiffs") filed an Administrative Motion to Seal (Dkt. 2339), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents:

    (a) Portions of their Consolidated Opposition to Defendant Beijing Matsushita Color CRT Co., Ltd.'s ("BMCC") Motion to Dismiss Certain Direct Action Purchaser Complaints ("Opposition"); and

    (b) Certain exhibits to the Declaration of Vincent S. Loh filed in support of the Opposition ("Loh Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents and information quoted from, described, or otherwise summarized in Plaintiffs' Opposition and the exhibits to the Loh Declaration that have been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

4. Specifically, the Panasonic Defendants request that the following documents and excerpts of documents be maintained under seal: (1) Exhibits B, D, L, N, P, Q to the Loh Declaration; and (ii) all references to information in the Plaintiffs' Opposition designated

"Confidential" or "Highly Confidential" by the Panasonic Defendants under the terms of the Stipulated Protective Order.

5. Attached as Exhibit B to the Loh Declaration are excerpts from the deposition transcript of Ayumu Kinoshita, a witness for the Panasonic Defendants.

6. Upon information and belief, the transcript excerpts appearing in Exhibit B to the Loh Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information. These transcript excerpts contain, cite, and/or identify confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

7. Attached as Exhibit D to the Loh Declaration is a document produced by the Panasonic Defendants bearing the Bates number MTPD-0263200.

8. Upon information and belief, the document appearing in full in Exhibit D to the Loh Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' business practices, internal practices, and sales plans and practices. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

9. Attached as Exhibit L to the Loh Declaration is a document produced by the Panasonic Defendants bearing the Bates numbers MTPD-0201555 to MTPD-0201556.

10. Upon information and belief, the document appearing in full in Exhibit L to the Loh Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential

DECL. OF JENNIFER M. STEWART  
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

information about the Panasonic Defendants' business practices and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

11.  Attached as Exhibit N to the Loh Declaration is a certified translation of a document produced by the Panasonic Defendants bearing the Bates numbers MTPD-0335675 to MTPD-0335678.

12.  Upon information and belief, the document appearing in full in Exhibit N to the Loh Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' business practices, sales practices, internal practices and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

13.  Attached as Exhibit P to the Loh Declaration is a document produced by the Panasonic Defendants bearing the Bates numbers MTPD-0223553 to MTPD-0223554.

14.  Upon information and belief, the document appearing in full in Exhibit P to the Loh Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal and business practices. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

DECL. OF JENNIFER M. STEWART  
I/S/O PLAINTIFFS' MOTION TO SEAL  
Case No. 07-5944 SC  
MDL NO. 1917

15. Attached as Exhibit Q to the Loh Declaration is a document produced by the Panasonic Defendants bearing the Bates numbers MTPD-0141811 to MTPD-0141812.

16. Upon information and belief, the document appearing in full in Exhibit Q to the Loh Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal and business practices. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

17. Plaintiffs' Opposition quotes from or describes documents or information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order, including but not limited to Exhibits B, D, L, N, P and Q. As with the exhibits themselves, I understand that the Panasonic Defendants consider any statements in Plaintiffs' Opposition purporting to summarize the exhibits or any other documents or information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Exhibit B, D, L, N, P and Q and referenced in Plaintiffs' Opposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 24, 2014          By:  /s/ *Jennifer M. Stewart*
                                                        JEFFREY L. KESSLER (*pro hac vice*)
                                                        Email: jkessler@winston.com
                                                        A. PAUL VICTOR (*pro hac vice*)
                                                        Email: pvictor@winston.com
                                                        ALDO A. BADINI (257086)
                                                        Email: abadini@winston.com
                                                        EVA W. COLE (*pro hac vice*)
                                                        Email: ewcole@winston.com
                                                        MOLLY M. DONOVAN (*pro hac vice*)

DECL. OF JENNIFER M. STEWART
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

Email: mmdonovan@winston.com
JENNIFER M. STEWART (*pro hac vice*)
Email: jstewart@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

BAMBO OBARO (Bar No. 267683)
Email: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 6 -

DECL. OF JENNIFER M. STEWART
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917