Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO THE TOSHIBA DEFENDANTS' SUPPLEMENTAL REPLY BRIEF** |
| This Document Relates To: <br><br> *Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |

1    Upon consideration of Sharp Electronics Corporation and Sharp Electronics
2 Manufacturing Company of America, Inc.'s Motion for Leave to File Response to the Toshiba
3 Defendants' Supplemental Reply in Support of Their Amended Motion to Dismiss Sharp's Complaint, it
4 is hereby:

5    ORDERED that Sharp's Motion for Leave to File Response to Supplemental Reply is
6 hereby GRANTED; and it is further

7    ORDERED that Sharp has leave to file its Response to the Toshiba Defendants'
8 Supplemental Reply in Support of Their Motion to Dismiss Sharp's Complaint.

10 **IT IS SO ORDERED.**

13    DATED:_____, 2014        _____

14                                              HON. SAMUEL CONTI
                                              UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER GRANTING SHARP'S MOTION FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL REPLY
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173