**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |

This Document Relates to:

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al., No. 13-cv-05724;*

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-00141;*

*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*

*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*

*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

*Target Corp. v. Technicolor SA, et al., No. 13-cv-05686*

**[PROPOSED] ORDER GRANTING THOMSON CONSUMER'S MOTION TO DISMISS NEWLY FILED DIRECT ACTION PLAINTIFFS' COMPLAINTS**

1    Upon consideration of the Thomson Consumer's Notice of Motion and Motion to Dismiss

2   Newly Filed Direct Action Plaintiff Complaints and supporting Memorandum of Authorities, it is

3   hereby

4    ORDERED that the Thomson Consumer's Motion to Dismiss Newly Filed Direct Action

5   Plaintiff Complaints is GRANTED, and the claims against Thomson Consumer in in *Best Buy Co.,*

6   *Inc. v. Technicolor SA,* No. 13-cv-05264; *Siegel v. Technicolor SA*, No. 13-cv-00141; *Costco*

7   *Wholesale Corp. v. Technicolor SA (f/k/a Thomson SA) et al.*, No. 13-cv-05723; *Electrograph*

8   *Systems, Inc. v. Technicolor SA*, No. 2:13-cv-05724; *Interbond Corp. of Am. v. Technicolor SA*, No.

9   13-cv-05727; *Office Depot, Inc. v. Technicolor SA*, No. 13-cv-05726; *P.C. Richard & Son Long*

10  *Island Corp. v. Technicolor SA*, No. 13-cv-05725; *Sears, Roebuck & Co. v. Technicolor SA*, No. 13-

11  cv-05262; *Schultze Agency Services, LLC v. Technicolor SA*, No. 13-cv-05668; and *Target Corp. v.*

12  *Technicolor SA,* No. 13-cv-05686 are dismissed WITH PREJUDICE.

13   IT IS SO ORDERED.

14

15  DATED: _____    _____

16                                                                     Hon. Samuel Conti
                                                                          United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28