1  Kathy L. Osborn (*pro hac vice*)
   Ryan M. Hurley (*pro hac vice*)
2  Faegre Baker Daniels LLP
   300 N. Meridian Street, Suite 2700
3  Indianapolis, IN  46204
   Telephone: +1 317-237-0300
4  Facsimile: +1 317-237-1000
   kathy.osborn@FaegreBD.com
5  ryan.hurley@FaegreBD.com

6  Jeffrey S. Roberts (*pro hac vice*)
   Faegre Baker Daniels LLP
7  3200 Wells Fargo Center
   1700 Lincoln Street
8  Denver, CO  80203
   Telephone: +1 303-607-3500
9  Facsimile:  +1 303-607-3600
   jeff.roberts@FaegreBD.com
10
   Calvin L. Litsey (SBN 289659)
11 Faegre Baker Daniels LLP
   1950 University Avenue, Suite 450
12 East Palo Alto, CA  94303-2279
   Telephone: +1 650-324-6700
13 Facsimile: +1 650-324-6701
   calvin.litsey@FaegreBD.com
14
15 *Attorneys for Specially Appearing Defendant*
   *Thomson SA*
16

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19               **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC MDL No. 1917 |
| 21 | |
| 22  This Document Relates to: | **THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 23  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al., No. 13-cv-05724;* | **(Civil Local Rule 79-5(d))** |
| 24 | |
| 25  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-00141;* | |
| 26 | |
| 27  *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;* | |
| 28 | |

1

2
*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*

3

4
*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

5

6
*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*

7

8
*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*

9

10
*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

11

12
*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

13
*Target Corp. v. Technicolor SA, et al., No. 13-cv-05686*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 07-5944-SC; MDL No. 1917

In accordance with Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), specially appearing Defendant, Thomson SA, respectfully submits this Administrative Motion for a Sealing Order regarding Thomson SA's concurrently filed Notice of Motion and Motion to Dismiss  Newly Filed Direct Action Plaintiffs' Complaints[1] ("Motion") and sections thereof which reference allegations in Office Depot, Inc.'s First Amended Complaint ("Office Depot's FAC") that have been sealed because they allegedly have been derived from documents previously designated as "Confidential" or "Highly Confidential" by other parties in this action.

Thomson SA's concurrently filed Motion discusses and/or references allegations contained in ¶ 138 of Office Depot's FAC that were previously filed under seal because they allegedly were derived from documents produced and designated as "Confidential" or "Highly Confidential" by other parties in this action under the terms of the Stipulated Protective Order entered in this case.  (*See* Declaration of Jeffrey S. Roberts in Support of Thomson SA's Administrative Motion to Seal at ¶ 3; *see also* Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints [Dkt. No. 2279]; *see also* Stipulated Protective Order [Dkt. No. 306].)  On January 8, 2014, the Court entered an Order Granting Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints ("Order Sealing Portions of Certain DAPs' Amended Complaints") [Dkt. No. 2310] sealing, *inter alia*, "highlighted portions" of Office Depot's FAC, including highlighted portions of ¶ 138.

WHEREFORE, because Thomson SA's concurrently filed Motion discusses and/or references allegations contained in the highlighted portions of ¶ 138 of Office Depot's FAC that have been ordered sealed by the Court, consistent with Thomson SA's obligations under the

---

[1] Thomson SA moves to dismiss the following complaints:  *Siegel v. Technicolor SA*, No. 13-cv-05261 ("Circuit City Compl."); *Sears, Roebuck & Co. v. Technicolor SA*, No. 13-cv-05262 ("Sears Compl."); *Best Buy Co., Inc. v. Technicolor SA,* No. 13-cv-05264 ("Best Buy Compl."); *Target Corp. v. Technicolor SA,* No. 13-cv-05686 ("Target Compl."); and *Costco Wholesale Corp. v. Technicolor SA (f/k/a Thomson SA), et al.*, No. 13-cv-05723 ("Costco Compl."); and the following first amended complaints:  *Electrograph Systems, Inc. v. Technicolor SA*, No. 2:13-cv-05724 ("Electrograph FAC"); *P.C. Richard & Son Long Island Corp. v. Technicolor SA*, No. 13-cv-05725 ("P.C. Richard FAC"); *Office Depot, Inc. v. Technicolor SA*, No. 13-cv-05726 ("Office Depot FAC"); *Interbond Corp. of Am. v. Technicolor SA*, No. 13-cv-05727 ("Interbond FAC"); and *Schultze Agency Services, LLC v. Technicolor SA*, No. 13-cv-05668 ("Tweeter FAC").

1    Court's Order Sealing Portions of Office Depot's Amended Complaint, Thomson SA respectfully

2    requests that Court enter an Order sealing the portions of its Motion that discuss and/or reference

3    sealed allegations contained in ¶ 138 of Office Depot's FAC.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  January 27, 2014                    Respectfully submitted,

2

3                                                     */s/Jeffrey S. Roberts*
4                                                Kathy L. Osborn (*pro hac vice*)
                                                 Ryan M. Hurley (*pro hac vice*)
5                                                Faegre Baker Daniels LLP
                                                 300 N. Meridian Street, Suite 2700
6                                                Indianapolis, IN  46204
                                                 Telephone: +1 317-237-0300
7                                                Facsimile: +1 317-237-1000
                                                 kathy.osborn@FaegreBD.com
8                                                ryan.hurley@FaegreBD.com

9                                                Jeffrey S. Roberts (*pro hac vice*)
                                                 Faegre Baker Daniels LLP
10                                               3200 Wells Fargo Center
                                                 1700 Lincoln Street
11                                               Denver, CO  80203
                                                 Telephone: +1 303-607-3500
12                                               Facsimile:  +1 303-607-3600
                                                 jeff.roberts@FaegreBD.com
13
                                                 Calvin L. Litsey (SBN 289659)
14                                               Faegre Baker Daniels LLP
                                                 1950 University Avenue, Suite 450
15                                               East Palo Alto, CA  94303-2279
                                                 Telephone: +1 650 324-6700
16                                               Facsimile: +1 650 324-6701
                                                 calvin.litsey@FaegreBD.com
17
                                                 ***Attorneys for Specially Appearing Defendant***
18                                               ***Thomson SA***

19

20

21

22

23

24

25

26

27

28