UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp, et al. v. Hitachi, Ltd., et al., No. 13-cv-001173* | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Upon consideration of Thomson SA's Administrative Motion to Seal portions of its Motion to Dismiss Newly Filed Direct Action Plaintiffs' Complaints, the Declaration of Jeffrey S. Roberts in support thereof, and the Court's Order Granting Administrative Motion to Seal Portions of Certain DAPs' Amended Complaints [Dkt. No. 2310], and good cause appearing therefore:

The Court hereby GRANTS Thomson SA's motion to seal and orders that the portions of Thomson SA's Motion to Dismiss Newly Filed Direct Action Plaintiffs' Complaints that reference previously sealed portions of ¶ 138 of Office Depot's First Amended Complaint are properly sealable and shall be sealed.

IT IS SO ORDERED.

DATED: _____

                                          Hon. Samuel Conti
                                          United States District Judge