Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendant Technicolor SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-00141;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;* | **DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF THOMSON SA'S ADMINISTRATIVE MOTION TO SEAL AND MOTION TO DISMISS DAPS' NEWLY FILED COMPLAINTS** |

1  *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;
2
3  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;
4
5  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;
6
7  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725;
8
9  *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;
10
11 *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;
12
13 *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL AND MOTION TO DISMISS DAP COMPLAINTS

2

No. 07-5944-SC; MDL No. 1917

I, Jeffrey S. Roberts, declare and states as follows:

1. I make this declaration in support of Thomson SA's (n/k/a Technicolor SA) Motion to Dismiss Newly Filed Direct Action Plaintiffs' Complaints ("Motion") and Administrative Motion to Seal portions of the same. The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.). I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California.

3. Thomson SA's concurrently filed Motion discusses and/or references allegations contained in paragraph ¶ 138 of Office Depot, Inc.'s First Amended Complaint ("Office Depot's FAC") that were: (1) previously filed under seal because they allegedly were derived from documents produced and designated as "Confidential" or "Highly Confidential" by other parties in this action under the terms of the Stipulated Protective Order entered in this case; and (2) were ordered sealed by the Court's Order Granting Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints [Dkt. No. 2310]. Accordingly, the undersigned believes good cause exist to seal the portions of Thomson SA's Motion that discuss and/or reference the previously sealed allegations contained in paragraph.

4. Attached as **Exhibit 1** to this Declaration is a true and correct copy of Thomson SA's Statement of Beneficial Ownership Form 13D/A dated February 8, 2000.

5. Attached as **Exhibit 2** to this Declaration is a true and correct copy of the declaration of Fredric Rose submitted in the matter *In re Petition of Fredric Rose*, [Dkt. No. 3] Case No. 09-17355 (Bankr. S.D.N.Y. Dec. 16, 2009).

6. Attached as **Exhibit 3** to this Declaration is a true and correct copy of the declaration of Adrien Cadieux dated June 28, 2013.

7. Attached as **Exhibit 4** to this Declaration is a true and correct copy of excerpts from Thomson SA's Annual Report Form 20-F dated May 6, 2009.

8. Attached as **Exhibit 5** to this Declaration is a true and correct copy of the affidavit of Michael O'Hara dated September 28, 2005.

9. Attached as **Exhibit 6** to this Declaration is a true and correct copy of the affidavit of Marie-Ange Debon dated September 2, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 27, 2014 at Denver, Colorado.

           */s/ Jeffrey S. Roberts*
           Jeffrey S. Roberts (*pro hac vice*)
           Faegre Baker Daniels LLP
           3200 Wells Fargo Center
           1700 Lincoln Street
           Denver, CO  80203
           Telephone: +1-303-607-3500
           Facsimile:  +1-303-607-3600
           jeff.roberts@FaegreBD.com