Terry Calvani (53260)
Richard Sutton Snyder (*pro hac vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Attorneys for Defendant Beijing Matsushita*
*Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944-SC<br>MDL NO. 1917 |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Target Corp. v. Chunghwa, et al.,* No. 11-cv-05514-SC<br><br>*Tech Data v. Hitachi, Ltd. et al.* No. 13-cv-00157-SC | **DECLARATION OF RICHARD SUTTON SNYDER IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Before the Honorable Samuel Conti |

I, Richard Sutton Snyder, do declare and state as follows:

1.     I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, counsel of record for defendant Beijing Matsushita Color CRT Co., Ltd ("BMCC") in these actions.  I am a member of the bars of the State of Virginia and the District of Columbia and am admitted to practice before this Court *pro hac vice*.  Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2.     I make this declaration in support of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and Magnolia Hi-Fi, LLC, Plaintiff Target Corp., and Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. (collectively, "Plaintiffs") Administrative Motion to Seal (Dkt. # 2339) ("Motion to Seal").

3.     BMCC has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. # 306).

4.     On January 21, 2014, Plaintiffs filed the Motion to Seal, and lodged, conditionally under seal, the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

a.     Portions of their Consolidated Opposition to BMCC's Motion to Dismiss Certain Direct Action Purchaser Complaints ("Opposition") that contain information from documents that BMCC has designated "Confidential" or "Highly Confidential;" and

b.     Certain exhibits to the Declaration of Vincent S. Loh filed in support of the Opposition ("Loh Declaration") that BMCC has designated "Confidential" or "Highly Confidential."

5.      Pursuant to Civil Local Rule 79-5(e); this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010; and the Stipulated Protective Order of June 18, 2008 (Dkt # 306), I make this declaration on behalf of BMCC to provide the basis for the Court to maintain under seal certain documents and information designated by BMCC as "Confidential" or "Highly Confidential" and attached to the Loh Declaration, and all references to those documents and information in the Opposition.

6.      Specifically, BMCC requests that the following documents and excerpts of documents be maintained under seal: (i) Exhibits A, C, M, O, R, S, T, U, V, W, X, Y, Z, and BB to the Loh Declaration; and (ii) all references to information in the Plaintiffs' Opposition designated "Confidential" or "Highly Confidential" by BMCC under the terms of the Stipulated Protective Order.

7.      Attached as Exhibit A to the Loh Declaration is BMCC's Supplemental Responses and Objections to Direct Purchaser Plaintiffs' First Set of Interrogatories.

8.      Upon information and belief, the document appearing in Exhibit A to the Loh Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly sensitive business information.  The document contains, cites, and/or identifies confidential information about BMCC's internal practices, sales processes, business practices, and competitive position.  I am informed and believe that this is sensitive information and public disclosure of this confidential information would be substantially likely to irreparably harm BMCC.

9.      Attached as Exhibit C to the Loh Declaration is BMCC's Initial Disclosure Statement.

10.      Upon information and belief, the document appearing in Exhibit C to the Loh Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly sensitive business information.  The document contains, cites, and/or identifies confidential information about BMCC's internal practices, sales processes, business practices, and competitive position.  I am informed and believe that this is sensitive information and public

1   disclosure of this confidential information would be substantially likely to irreparably harm

2   BMCC.

3          11.    Attached as Exhibit M to the Loh Declaration is a document produced by BMCC,

4   bates labeled BMCC-CRT000296247.

5          12.    Upon information and belief, the document appearing in Exhibit M to the Loh

6   Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

7   sensitive business information.  The document contains, cites, and/or identifies confidential

8   information about BMCC's internal practices, sales processes, business practices, and

9   competitive position.  I am informed and believe that this is sensitive information and public

10  disclosure of this confidential information would be substantially likely to irreparably harm

11  BMCC.

12         13.    Attached as Exhibit O to the Loh Declaration is a document produced by BMCC,

13  bates labeled BMCC-CRT000124448 to BMCC-CRT000124455.

14         14.    Upon information and belief, the document appearing in Exhibit O to the Loh

15  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

16  sensitive business information.  The document contains, cites, and/or identifies confidential

17  information about BMCC's internal practices, sales processes, business practices, and

18  competitive position.  I am informed and believe that this is sensitive information and public

19  disclosure of this confidential information would be substantially likely to irreparably harm

20  BMCC.

21         15.    Attached as Exhibit R to the Loh Declaration is a document produced by BMCC,

22  bates labeled BMCC-CRT000001186.

23         16.    Upon information and belief, the document appearing in Exhibit R to the Loh

24  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

25  sensitive business information.  The document contains, cites, and/or identifies confidential

26  information about BMCC's internal practices, sales processes, business practices, and

27  competitive position.  I am informed and believe that this is sensitive information and public

28

1  disclosure of this confidential information would be substantially likely to irreparably harm

2  BMCC.

3       17.    Attached as Exhibit S to the Loh Declaration is a document produced by BMCC,

4  bates labeled BMCC-CRT000073042 to BMCC-CRT000073044.

5       18.    Upon information and belief, the document appearing in Exhibit S to the Loh

6  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

7  sensitive business information.  The document contains, cites, and/or identifies confidential

8  information about BMCC's internal practices, sales processes, business practices, and

9  competitive position.  I am informed and believe that this is sensitive information and public

10  disclosure of this confidential information would be substantially likely to irreparably harm

11  BMCC.

12       19.    Attached as Exhibit T to the Loh Declaration is a document produced by BMCC,

13  bates labeled BMCC-CRT000115766 to BMCC-CRT000115767.

14       20.    Upon information and belief, the document appearing in Exhibit T to the Loh

15  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

16  sensitive business information.  The document contains, cites, and/or identifies confidential

17  information about BMCC's internal practices, sales processes, business practices, and

18  competitive position.  I am informed and believe that this is sensitive information and public

19  disclosure of this confidential information would be substantially likely to irreparably harm

20  BMCC.

21       21.    Attached as Exhibit U to the Loh Declaration is a document produced by BMCC,

22  bates labeled BMCC-CRT000120243.

23       22.    Upon information and belief, the document appearing in Exhibit U to the Loh

24  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

25  sensitive business information.  The document contains, cites, and/or identifies confidential

26  information about BMCC's internal practices, sales processes, business practices, and

27  competitive position.  I am informed and believe that this is sensitive information and public

28

1    disclosure of this confidential information would be substantially likely to irreparably harm

2    BMCC.

3            23.     Attached as Exhibit V to the Loh Declaration is a document produced by BMCC,

4    bates labeled BMCC-CRT000120244.

5            24.     Upon information and belief, the document appearing in Exhibit V to the Loh

6    Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

7    sensitive business information.  The document contains, cites, and/or identifies confidential

8    information about BMCC's internal practices, sales processes, business practices, and

9    competitive position.  I am informed and believe that this is sensitive information and public

10   disclosure of this confidential information would be substantially likely to irreparably harm

11   BMCC.

12           25.     Attached as Exhibit W to the Loh Declaration is a document produced by BMCC,

13   bates labeled BMCC-CRT000120246 to BMCC-CRT000120247.

14           26.     Upon information and belief, the document appearing in Exhibit W to the Loh

15   Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

16   sensitive business information.  The document contains, cites, and/or identifies confidential

17   information about BMCC's internal practices, sales processes, business practices, and

18   competitive position.  I am informed and believe that this is sensitive information and public

19   disclosure of this confidential information would be substantially likely to irreparably harm

20   BMCC.

21           27.     Attached as Exhibit X to the Loh Declaration is a document produced by BMCC,

22   bates labeled BMCC-CRT000120248 to BMCC-CRT000120256.

23           28.     Upon information and belief, the document appearing in Exhibit X to the Loh

24   Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

25   sensitive business information.  The document contains, cites, and/or identifies confidential

26   information about BMCC's internal practices, sales processes, business practices, and

27   competitive position.  I am informed and believe that this is sensitive information and public

28

1  disclosure of this confidential information would be substantially likely to irreparably harm

2  BMCC.

3       29.    Attached as Exhibit Y to the Loh Declaration is a document produced by BMCC,

4  bates labeled BMCC-CRT000125601 to BMCC-CRT000125603.

5       30.    Upon information and belief, the document appearing in Exhibit Y to the Loh

6  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

7  sensitive business information.  The document contains, cites, and/or identifies confidential

8  information about BMCC's internal practices, sales processes, business practices, and

9  competitive position.  I am informed and believe that this is sensitive information and public

10 disclosure of this confidential information would be substantially likely to irreparably harm

11 BMCC.

12      31.    Attached as Exhibit Z to the Loh Declaration is a document produced by BMCC,

13 bates labeled BMCC-CRT000087322 to BMCC-CRT000087329.

14      32.    Upon information and belief, the document appearing in Exhibit Z to the Loh

15 Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

16 sensitive business information.  The document contains, cites, and/or identifies confidential

17 information about BMCC's internal practices, sales processes, business practices, and

18 competitive position.  I am informed and believe that this is sensitive information and public

19 disclosure of this confidential information would be substantially likely to irreparably harm

20 BMCC.

21      33.    Attached as Exhibit BB to the Loh Declaration is a document produced by

22 BMCC, bates label range BMCC-CRT000123772 to BMCC-CRT000123777.

23      34.    Upon information and belief, the document appearing in Exhibit BB to the Loh

24 Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary, and highly

25 sensitive business information.  The document contains, cites, and/or identifies confidential

26 information about BMCC's internal practices, sales processes, business practices, and

27 competitive position.  I am informed and believe that this is sensitive information and public

28

1  disclosure of this confidential information would be substantially likely to irreparably harm

2  BMCC.

3       I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.

5       Executed this 27th day of January, 2014, at Washington, DC.

6

7       By:  /s/ Richard Snyder

8  Richard Snyder (*pro hac vice*)
   Freshfields Bruckhaus Deringer US LLP
   Email: rich.snyder@freshfields.com

9  701 Pennsylvania Avenue NW, Suite 600
   Washington, DC  20004

10 Tel: (202) 777-4565
   Fax: (202) 777-4555

11

12 ***Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.***

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

    I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the

3

within action.  I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, 701

4

Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

5

    On January 27, 2014, I caused a copy of the foregoing **DECLARATION OF**

6

**RICHARD SUTTON SNYDER IN SUPPORT OF DIRECT ACTION PLAINTIFFS'**

7

**ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL**

8

**LOCAL RULES 7-11 AND 79-5** to be electronically filed and served via the Official Court

9

Electronic Document Filing System, which served copies on all parties registered for electronic

10

filing.

11

Dated:  January 27, 2014           Freshfields Bruckhaus Deringer US LLP

12

13

             By:  /s/ Richard Snyder
                Richard Snyder (*pro hac vice*)

14

                Freshfields Bruckhaus Deringer US LLP
                Email: rich.snyder@freshfields.com

15

                701 Pennsylvania Avenue NW, Suite 600
                Washington, DC  20004

16

                Tel: (202) 777-4565
                Fax: (202) 777-4555

17

                ***Counsel to Defendant Beijing***
                ***Matsushita Color CRT Co., Ltd.***

18

19

20

21

22

23

24

25

26

27

28