1  William A. Isaacson
   BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave. NW, Suite 800
2  Washington, D.C.  20015
   Telephone:  (202) 237-2727
3  Facsimile:   (202) 237-6131
   Email:  wisaacson@bsfllp.com
4
   Philip J. Iovieno
5  Anne M. Nardacci
   BOIES, SCHILLER & FLEXNER LLP
6  30 South Pearl Street, 11th Floor
   Albany, NY  12207
7  Telephone:  (518) 434-0600
   Facsimile:   (518) 434-0665
8  Email:  piovieno@bsfllp.com
   Email:  anardacci@bsfllp.com
9
   *Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs Electrograph Systems, Inc.,*
10 *Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C.*
   *Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance,*
11 *Inc., and Schultze Agency Services LLC*

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13               **SAN FRANCISCO DIVISION**

14  **IN RE CATHODE RAY TUBE (CRT)**          Master File No. 3:07-md-05944-SC
    **ANTITRUST LITIGATION**
15                                            MDL No. 1917

16  This Document Relates To:                 **DECLARATION OF PHILIP J. IOVIENO**
                                              **IN SUPPORT OF  DIRECT ACTION**
17  *Best Buy Co, Inc. v. Technicolor*        **PLAINTIFFS' ADMINISTRATIVE**
    *SA, et al.,* No. 13-cv-05264;            **MOTION TO SEAL PORTIONS OF**
18                                            **THEIR OPPOSITION TO MITSUBISHI'S**
    *Siegel v. Technicolor SA,  et al.,* No. 13-cv-  **MOTION TO DISMISS PURSUANT TO**
19  00141;                                    **CIVIL LOCAL RULES 7-11 AND 79-5(d)**

20
    *Costco Wholesale Corp. v. Technicolor SA, et*
21  *al.*, No. 13-cv-05723;

22
    *Electrograph Systems, Inc. v. Technicolor SA*,
23  *et al.,* No. 13-cv-05724;

24  *Interbond Corp. of Am. v. Technicolor SA*, *et*
    *al.,* No. 13-cv-05727;
25
    *Office Depot, Inc. v. Technicolor SA, et al.,*
26  No. 13-cv-05726;

27
    *P.C. Richard & Son Long Island Corp. v.*
28  *Technicolor SA, et al.,* No. 13-cv-05725;

    DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF          Master File No. 3:07-md-05944-SC
    CERTAIN DIRECT ACTION PLAINTIFFS'
    ADMINISTRATIVE MOTION TO SEAL

1

2    *Sears, Roebuck & Co. v. Technicolor SA, et al.,* No. 13-cv-05262;

3

4    *Schultze Agency Services, LLC v. Technicolor SA, et al.,* No. 13-cv-05668; and

5    *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF
DIRECT ACTION PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL

Master File No. 3:07-md-05944-SC

1    I, **PHILIP J. IOVIENO**, declare as follows:

2        1.    I am a partner at the law firm of Boies, Schiller & Flexner LLP, liaison counsel

3    for Direct Action Plaintiffs ("DAPs"), and counsel for Electrograph Systems, Inc. and

4    Electrograph Technologies Corp. ("Electrograph"), Interbond Corporation of America

5    ("BrandsMart"), Office Depot, Inc. ("Office Depot"), P.C. Richard & Son Long Island

6    Corporation ("P.C. Richard"), MARTA Cooperative of America, Inc. ("MARTA"), ABC

7    Appliance, Inc. ("ABC Warehouse"), and Schultze Agency Services, LLC ("Tweeter")

8    (collectively, "Plaintiffs"), and I am licensed to practice law in the State of New York and

9    admitted to practice *pro hac vice* before this Court. Except for those matters stated on

10   information and belief, which I believe to be true, I have personal knowledge of the facts recited

11   in this declaration and, if called upon to do so, I would competently testify under oath thereto.

12       2.    I submit this Declaration in support of Plaintiffs' motion to file the highlighted

13   portions of the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5(d):

14       •   Direct Action Plaintiffs' Opposition to Mitsubishi's Motion to Dismiss Complaints

15           ("Opposition")

16       3.    Portions of Plaintiffs' Opposition in this case contain excerpts from and/or

17   statements derived from documents and testimony which have been designated "confidential" or

18   "highly confidential" pursuant to the Stipulated Protective Order governing this litigation [Dkt.

19   306, June 18, 2008] ("Stipulated Protective Order"). The confidential/highly confidential

20   designations were made by certain defendants in this litigation. To qualify as confidential or

21   highly confidential under the Stipulated Protective Order, information must contain trade secrets

22   or other confidential research, development or commercial information or private or

23   competitively sensitive information.  Stipulated Protective Order at ¶ 1.

24       4.    The Stipulated Protective Order requires that a party may not file any confidential

25   material in the public record.  Stipulated Protective Order at ¶ 10. The Stipulated Protective

26   Order further provides that any party seeking to file any confidential material under seal must

27   comply with Civil Local Rule 79-5.  Stipulated Protective Order at ¶¶ 1, 10.

28       5.    The highlighted portions of Plaintiffs' Opposition contains such material, and,

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF
DIRECT ACTION PLAINTIFFS'                             - 1 -                Master File No. 3:07-md-05944-SC
ADMINISTRATIVE MOTION TO SEAL

1   pursuant to Local Rule 79-5(e), Plaintiffs seek to submit this material under seal in good faith in

2   order to comply with the Stipulated Protective Order and the applicable Local Rules.

3         6.     Therefore, Plaintiff respectfully requests an order sealing portions of Plaintiffs'

4   Opposition.

5       I declare under penalty of perjury that the foregoing is true and correct.

6   Executed on this 27th day of January, 2014 at Albany, New York.

7

8                   /s/ *Philip J. Iovieno*

9                   Philip J. Iovieno

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF
DIRECT ACTION PLAINTIFFS'         - 2 -         Master File No. 3:07-md-05944-SC
ADMINISTRATIVE MOTION TO SEAL

1

2

## CERTIFICATE OF SERVICE

3

4

I HEREBY CERTIFY that I caused a true and correct copy of the documents listed

5

below to be served by ECF filing on January 27, 2014 to each of the persons as set forth on the

6

attached service list.

7

- Direct Action Plaintiffs' Administrative Motion to Seal Portions of Their Opposition to

8

Mitsubishi's Motion to Dismiss Pursuant to Civil Local Rules 7-11 and 79-5(d)

9

- Declaration of Philip J. Iovieno in Support of Certain Direct Action Plaintiffs'

10

Administrative Motion to Seal Portions of Their Opposition to Mitsubishi's Motion to

11

Dismiss Pursuant to Civil Local Rules 7-11 and 79-5(d)

12

- Proposed Order Granting Certain Direct Action Plaintiffs' Administrative Motion to

13

Seal Portions of Their Opposition to Mitsubishi's Motion to Dismiss Pursuant to Civil

14

15

Local Rules 7-11 and 79-5(d)

16

17

Dated: January 27, 2014                    /s/      Adam Weber

18

Adam Weber

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF
DIRECT ACTION PLAINTIFFS'                                  - 3 -                    Master File No. 3:07-md-05944-SC
ADMINISTRATIVE MOTION TO SEAL

1

**SERVICE LIST**

2

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:    415-563-7200<br>Fax:    415-346-0679<br>Email: malioto@tatp.com<br>        laurenrussell@tatp.com<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:    415-217-6810<br>Fax:    415-217-6813<br>Email: guido@saveri.com<br>        rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |
| Emilio Varanini<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:    415-703-5908<br>Fax:    415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | James L. McGinnis<br>Michael W. Scarborough<br>Dylan Ballard<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:    415-434-9100<br>Fax:    415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>        mscarborough@sheppardmullin.com<br>        dballard@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* |

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF
DIRECT ACTION PLAINTIFFS'                                    - 4 -                        Master File No. 3:07-md-05944-SC
ADMINISTRATIVE MOTION TO SEAL

| | | |
|---|---|---|
| 1 | Jeffrey L. Kessler<br>A. Paul Victor | Steven A. Reiss<br>David L. Yohai |
| 2 | Eva W. Cole<br>Molly M. Donovan | David Yolkut<br>Weil, Gotshal & Manges LLP |
| 3 | Winston & Strawn LLP<br>200 Park Avenue | 767 Fifth Avenue<br>New York, NY 10153-0119 |
| 4 | New York, NY 10166<br>Tel:    212-294-4692 | Tel:    212-310-8000 |
| 5 | Fax:   212-294-4700<br>Email: jkessler@winston.com | Fax:    212-310-8007<br>Email: steven.reiss@weil.com |
| 6 | pvictor@winston.com<br>ewcole@winston.com | david.yohai@weil.com<br>david.yolkut@weil.com |
| 7 | mmdonovan@winston.com | |
| 8 | *Counsel for Panasonic Corporation;* | Bambo Obaro<br>Weil, Gotshal & Manges LLP |
| 9 | *Panasonic Corporation of North America; and*<br>*MT Picture Display Co., Ltd.* | 201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175 |
| 10 | | Tel:    (650) 802-3000 |
| 11 | | Fax:    (650) 802-3100<br>Email: bambo.obaro@weil.com |
| 12 | | |
| 13 | | *Counsel for Panasonic Corporation;*<br>*Panasonic Corporation of North America;*<br>*and MT Picture Display Co., Ltd.* |
| 14 | | |
| 15 | Eliot A. Adelson<br>James Maxwell Cooper | Calvin L. Litsey<br>Kathy L. Osborn |
| 16 | Kirkland & Ellis LLP<br>555 California Street, 27th Floor | Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450 |
| 17 | San Francisco, CA 94104<br>Tel:    415-439-1400 | East Palo, CA 94303-2279<br>Tel:  (650) 324-6700 |
| 18 | Fax:   415-439-15001<br>Email: eliot.adelson@kirkland.com | Fax:  (650) 324-6701<br>Email: calvin.litsey@faegrebd.com |
| 19 | max.cooper@kirkland.com | kathy.osborn@faegrebd.com |
| 20 | | |
| 21 | James H. Mutchnik<br>Kate Wheaton | *Counsel for Technicolor SA and Technicolor*<br>*USA, Inc.* |
| 22 | Kirkland & Ellis LLP<br>300 North LaSalle | |
| 23 | Chicago, IL 60654<br>Tel: 312-862-2000 | |
| 24 | Fax:  312-862-2200<br>Email: james.mutchnik@kirkland.com | |
| 25 | kate.wheaton@kirkland.com | |
| 26 | *Counsel for Hitachi, Ltd.; Hitachi Displays,* | |
| 27 | *Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.;*<br>*and Hitachi Electronic Devices (USA), Inc.* | |
| 28 | | |

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF
DIRECT ACTION PLAINTIFFS'                                    - 5 -                    Master File No. 3:07-md-05944-SC
ADMINISTRATIVE MOTION TO SEAL

| | |
|---|---|
| Brent Caslin<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel:  (213) 239-5100<br>Fax:  (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>Terrence J. Truax<br>Michael T. Brody<br>Jenner & Block<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel:  (312) 222-9350<br>Fax:  (312) 527-0484<br>Email: ttruax@jenner.com<br>        mbrody@jenner.com<br><br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel:     415-393-8200<br>Fax:    415-393-8206<br>Email: jsanders@gibsondunn.com<br>           rbrass@gibsondunn.com<br>           cfujita@gibsondunn.com<br><br>*Counsel for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| Christopher M. Curran<br>Lucius B. Lau<br>Charise Naifeh<br>Dana Foster<br>White & Case<br>701 Thirteenth Street N.W.<br>Washington, DC 20005<br>Tel:     202-626-3600<br>Fax:    202-639-9355<br>Email: ccurran@whitecase.com<br>           alau@whitecase.com<br>           cnaifeh@whitecase.com<br>           dfoster@whitecase.com<br><br>*Counsel for Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronics Components, Inc.; Toshiba America Information Systems, Inc.* | William Temko<br>Jonathan Altman<br>Hojoon Hwang<br>Laura Sullivan<br>Munger, Tolles & Olson LLP<br>560 Mission Street<br>San Francisco, CA 94105<br>Tel:     415-512-4009<br>Fax:    415-512-4077<br>Email: william.temko@mto.com<br>           jonathan.altman@mto.com<br>           hojoon.hwang@mto.com<br>           laura.sullivan@mto.com<br><br>*Counsel for  LG Electronics, Inc.; LG Electronics USA, Inc.;LG Electronics Taiwan Taipei Co., Ltd.* |

| | |
|---|---|
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel:     202-639-7700<br>Fax:    202-639-7890<br>Email: john.taladay@bakerbotts.com<br>        erik.koons@bakerbotts.com<br>        charles.malaise@bakerbotts.com<br><br>Jon V. Swenson<br>Baker Botts L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Tel:     650-739-7500<br>Fax:    650-739-7699<br>Email: jon.swenson@bakerbotts.com<br><br>*Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation* | Mark C. Dosker<br>Nathan Lane, III<br>Squire Sanders  LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel:     415-954-0200<br>Fax:    415-393-9887<br>Email: mark.dosker@squiresanders.com<br>        nathan.lane@squiresanders.com<br><br>*Counsel for Technologies Displays Americas LLC and Videocon Industries, Ltd.* |

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

- 7 -

Master File No. 3:07-md-05944-SC