1   Robert W. Turken
    Scott N. Wagner
2   Mitchell E. Widom
3   BILZIN SUMBERG BAENA PRICE &
    AXELROD LLP
4   1450 Brickell Avenue, Suite 2300
    Miami, Florida 33131-3456
5   Telephone:      305-374-7580
    Facsimile:      305-374-7593
6   E-mail:         rturken@bilzin.com;
                    swagner@bilzin.com
7                   mwidom@bilzin.com
8   Stuart H. Singer
    BOIES, SCHILLER, & FLEXNER LLP
9   401 East Las Olas Boulevard, Suite 1200
    Fort Lauderdale, Florida 33301
10  Telephone:      (954) 356-0011
11  Facsimile:      (954) 356-0022
    E-mail:         ssinger@bsfllp.com
12
13  *Counsel for Plaintiffs Tech
    Data Corporation and Tech Data Product
    Management, Inc.*
14
15  [Additional counsel listed on signature page]

16              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
17                  **(SAN FRANCISCO DIVISION)**

18  In re: CATHODE RAY TUBE (CRT)          Master File No. 07-5944 SC (N.D. Cal.)
19  ANTITRUST LITIGATION
                                           MDL No. 1917
20  _____
21  This Document Relates to Individual Case   **STIPULATION AND [PROPOSED] ORDER**
    No. 13-CV-00157-SC                         **REGARDING BRIEFING SCHEDULE FOR**
                                               **THOMPSON CONSUMER'S MOTION TO**
22                                             **STRIKE WITH PREJUDICE TECH DATA'S**
    TECH DATA CORPORATION; TECH                **FIRST AMENDED COMPLAINT**
23  DATA PRODUCT MANAGEMENT,
    INC.,
24
25              Plaintiffs,
        vs.
26                                         Judge:  Hon. Samuel Conti
    HITACHI, LTD; *et al.*
27
                Defendants.
28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1    Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively,

2  "Tech Data") and Defendant Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA,

3  Inc.) ("Thomson Consumer") hereby stipulate as follows:

4    WHEREAS, on January 16, 2014 Thomson Consumer filed its Notice of Motion and

5  Motion to Strike With Prejudice Tech Data's First Amended Complaint [Dkt. No. 2329] (the

6  "Motion to Strike");

7    WHEREAS, Tech Data's Response to the Motion to Strike is currently due on January

8  30, 2014 and Thomson Consumer's Reply in support of its Motion to Strike is currently due

9  February 6, 2014;

10    WHEREAS, the parties have agreed to alter the current briefing schedule for the Motion

11  to Strike as follows:

12    • Tech Data's Response to the Motion to Strike will be filed by February 20, 2014.

13    • Thomson Consumer's Reply will be filed by March 6, 2014.

14  NOW, THEREFORE, IT IS HERBY STIPULATED AND AGREED between counsel for Tech

15  Data and Thomson Consumer as follows:

16  1.  The last day for Tech Data to file its Response to the Motion to Strike shall be February 20,

17  2014.

18  2.  The last day for Thomson Consumer to file its Reply in support of its Motion to Strike shall

19  be March 6, 2014.

20  **IT IS SO STIPULATED.**

21    Dated:  January 28, 2014.

22

23    Respectfully Submitted,

24  By:    /s/Scott N. Wagner

25    ROBERT W. TURKEN
      SCOTT N. WAGNER

26    MITCHELL E. WIDOM
      BILZIN SUMBERG BAENA PRICE &

27    AXELROD LLP
      1450 Brickell Ave., Suite 2300

28    Miami, Florida 33131-3456

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULEFOR THOMPSON CONSUMER'S
MOTION TO STRIKE WITH PREJUDICE TECH DATA'S
FIRST AMENDED COMPLAINT

-1-

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1    Telephone:  (305) 374-7580
     Facsimile:  (305) 374-7593
2    E-mail:      rturken@bilzin.com
3                 swagner@bilzin.com
                  mwidom@bilzin.com

4         /s/ Philip J. Iovieno
5    STUART H. SINGER
     BOIES, SCHILLER, & FLEXNER LLP
6    401 East Las Olas Boulevard, Suite 1200
     Fort Lauderdale, Florida 33301
7    Telephone: (954) 356-0011
8    Facsimile: (954) 356-0022
     E-mail:      ssinger@bsfllp.com
9
10   WILLIAM A. ISAACSON
     MELISSA WILLETT
11   BOIES, SCHILLER & FLEXNER
12   5301 Wisconsin Ave. NW, Suite 800
     Washington, DC 20015
13   Telephone:  (202) 237-2727
     Facsimile:  (202) 237-6131
14   E-mail:      wisaacson@bsfllp.com
                  mwillett@bsfllp.com
15
16   PHILIP J. IOVIENO
     BOIES, SCHILLER & FLEXNER
17   30 South Pearl Street, 11th Floor
     Albany, NY 12207
18   Telephone:  (518) 434-0600
     Facsimile:  (518) 434-0665
19   E-mail:      piovieno@bsfllp.com

20   *Counsel for Plaintiffs Tech*
     *Data Corporation and Tech Data Product*
21   *Management, Inc.*

22
     By:              /s/ Calvin L. Litsey
23   Calvin L. Litsey (SBN 289659)
     Faegre Baker Daniels LLP
24   1950 University Avenue, Suite 450
     East Palo Alto, CA  94303-2279
25   Telephone: +1 650-324-6700
     Facsimile: +1 650-324-6701
26   calvin.litsey@FaegreBD.com

27   Kathy L. Osborn (*pro hac vice*)
28   Ryan M. Hurley (*pro hac vice*)

STIPULATION AND [PROPOSED] ORDER REGARDING        -2-        MASTER FILE NO. 07-5944 SC (N.D. CAL.)
BRIEFING SCHEDULEFOR THOMPSON CONSUMER'S                      INDIVIDUAL CASE NO.: 13-CV-00157 SC
MOTION TO STRIKE WITH PREJUDICE TECH DATA'S
FIRST AMENDED COMPLAINT

1    Faegre Baker Daniels LLP
     300 N. Meridian Street, Suite 2700
2    Indianapolis, IN  46204
     Telephone: +1 317-237-0300
3    Facsimile: +1 317-237-1000
     kathy.osborn@FaegreBD.com
4    ryan.hurley@FaegreBD.com

5    Jeffrey S. Roberts (*pro hac vice*)
     Faegre Baker Daniels LLP
6    3200 Wells Fargo
     1700 Lincoln Street
7    Denver, CO  80203
     Telephone: +1 303-607-3500
8    Facsimile:  +1 303-607-3600
     jeff.roberts@FaegreBD.com
9

10   ***Attorneys for Specially Appearing Defendant Thomson
     S.A. and Defendant Thomson Consumer Electronics, Inc.***

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1

## FILER'S ATTESTATION

2      I, Scott N. Wagner, am the ECF user whose identification and password are being used

3 to file this Stipulation.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence

4 in the filing of this document has been obtained from the signatories above.

5

6                             /s/ Scott N. Wagner

7                              Scott N. Wagner

8

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11 Dated:  January _____, 2014              _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULEFOR THOMPSON CONSUMER'S
MOTION TO STRIKE WITH PREJUDICE TECH DATA'S
FIRST AMENDED COMPLAINT

-4-

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC