SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Siegel v. Technicolor S.A., et al.*, No. 13-cv-00141<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723<br><br>*Electrograph Systems, Inc. v. Technicolor SA, et al.*, No. 13-cv-05724<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727 | **DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO MITSUBISHI'S MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726

2

3  *P.C. Richard & Son Long Island Corp. v. Technicolor SA, et al.*, No. 13-cv-05725

4  *Sears, Roebuck & Co. v. Technicolor SA, et al.*, No. 13-cv-05262

5

6  *Schultze Agency Services, LLC v. Techicolor SA, et al.*, No. 13-cv-05668

7  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, TYLER M. CUNNINGHAM, do declare and state as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing, LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, LLC; Magnolia Hi-Fi, LLC; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Electrograph Systems, Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABV Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC (on behalf of Tweeter Opco, LLC , and Tweeter Newco, LLC); Sears Roebuck and Co.; Kmart Corp.; and Target Corp.'s (collectively, "Plaintiffs") Administrative Motion to Seal Portions of their Opposition to Mitsubishi's Motion to Dismiss Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 2358) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) ("Protective Order").

3. I have reviewed Plaintiffs' Opposition to Mitsubishi's Motion to Dismiss Complaints ("Opposition").

4. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal the following portions of the Opposition: p. 4:3-12.

5. I am informed and believe that this portion of the Opposition quotes from, describes or otherwise summarizes documents and/or information that SDI has designated

-1-

1  "Confidential" or "Highly Confidential" pursuant to the Protective Order, and the documents or
2  information quoted from, described or summarized in the Opposition consist of, cite to, or identify
3  confidential, nonpublic, proprietary or highly sensitive business information about SDI's market
4  analyses, business practices, internal practices and/or competitive positions.  I am informed and
5  believe that this is sensitive information, and public disclosure of this information presents a risk
6  of undermining SDI's business relationships, causing harm with respect to its competitors or
7  putting SDI at a competitive disadvantage.

8        6.     The Court previously sealed portions of plaintiff Interbond Corporation of
9  America's First Amended Complaint that contain language identical to the language quoted in
10  page 4, lines 3-12 of the Opposition.  *See* Order Granting Certain Direct Action Plaintiffs'
11  Administrative Motion to Seal Portions of Amended Complaints (Dkt. No. 2310).

12        I declare under penalty of perjury of the laws of the United States that the foregoing
13  is true and correct.

14        Executed on January 31, 2014 at San Francisco, California.

15                                                    */s/ Tyler M. Cunningham*
16                                                    TYLER M. CUNNINGHAM