Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:     305-374-7580
Facsimile:      305-374-7593
E-mail:           rturken@bilzin.com;
                      swagner@bilzin.com
                      mwidom@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone:     (954) 356-0011
Facsimile:      (954) 356-0022
E-mail:           ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC (N.D. Cal.) <br><br> MDL No. 1917 |
| This Document Relates to Individual Case No. 13-CV-00157-SC <br><br> TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., <br><br> Plaintiffs, <br> vs. <br><br> HITACHI, LTD; *et al.* <br><br> Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THOMPSON CONSUMER'S MOTION TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT** <br><br> Judge: Hon. Samuel Conti |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULEFOR THOMPSON CONSUMER'S MOTION TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC

Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data") and Defendant Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.) ("Thomson Consumer") hereby stipulate as follows:

WHEREAS, on January 16, 2014 Thomson Consumer filed its Notice of Motion and Motion to Strike With Prejudice Tech Data's First Amended Complaint [Dkt. No. 2329] (the "Motion to Strike");

WHEREAS, Tech Data's Response to the Motion to Strike is currently due on January 30, 2014 and Thomson Consumer's Reply in support of its Motion to Strike is currently due February 6, 2014;

WHEREAS, the parties have agreed to alter the current briefing schedule for the Motion to Strike as follows:

- Tech Data's Response to the Motion to Strike will be filed by February 20, 2014.
- Thomson Consumer's Reply will be filed by March 6, 2014.

NOW, THEREFORE, IT IS HERBY STIPULATED AND AGREED between counsel for Tech Data and Thomson Consumer as follows:

1. The last day for Tech Data to file its Response to the Motion to Strike shall be February 20, 2014.

2. The last day for Thomson Consumer to file its Reply in support of its Motion to Strike shall be March 6, 2014.

**IT IS SO STIPULATED.**

Dated: January 28, 2014.

                              Respectfully Submitted,

By:               /s/Scott N. Wagner
                    ROBERT W. TURKEN
                    SCOTT N. WAGNER
                    MITCHELL E. WIDOM
                    BILZIN SUMBERG BAENA PRICE &
                    AXELROD LLP
                    1450 Brickell Ave., Suite 2300
                    Miami, Florida 33131-3456

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

|   |   |
|---|---|
| 1 | Telephone:  (305) 374-7580 |
| 2 | Facsimile:  (305) 374-7593 |
|   | E-mail: rturken@bilzin.com |
| 3 | swagner@bilzin.com |
|   | mwidom@bilzin.com |

  /s/ Philip J. Iovieno
STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
E-mail: wisaacson@bsfllp.com
mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail: piovieno@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

By:       /s/ Calvin L. Litsey
Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THOMPSON CONSUMER'S MOTION TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT

-2-

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC

1
2
3
4
5
6
7
8
9

Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Specially Appearing Defendant Thomson S.A. and Defendant Thomson Consumer Electronics, Inc.***

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULEFOR THOMPSON CONSUMER'S MOTION TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT

-3-

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC

**FILER'S ATTESTATION**

I, Scott N. Wagner, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Scott N. Wagner
Scott N. Wagner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~January~~ 02/03, 2014



Judge Samuel Conti

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456