1  Christopher M. Curran (*pro hac vice*)
2  ccurran@whitecase.com
   Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
4  Dana E. Foster (*pro hac vice*)
   defoster@whitecase.com
5  White & Case LLP
6  701 Thirteenth Street, N.W.
   Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
10 *Toshiba America, Inc., Toshiba America*
   *Information Systems, Inc., and Toshiba*
11 *America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>           Plaintiffs,<br><br>  v.<br><br>HITACHI, LTD., *et al.*,<br><br>           Defendants. | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file under seal the redacted portions of the Toshiba Defendants' Opposition to Sharp's Motion for Leave to File Response to the Toshiba Defendants' Supplemental Reply Brief.

This motion is supported by the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Administrative Motion to File Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated February 4, 2014.  *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal, or portions therefore, are sealable.").

Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of documents that contain material that is "privileged, protectable as a trade secret or otherwise entitled to protection under law." Civ. L. R. 79-5(b).  This Court's General Order No. 62 sets forth procedures applicable to the filing of sealed documents in civil cases.  Civil Local Rule 79-5(e) requires a party seeking to file under seal a document designated as confidential by the opposing party pursuant to a protective order, or a document containing information so designated by an opposing party or non-party, to file a declaration in support specifically identifying the designating party. Civ. L. R. 79-5(e).

The Toshiba Defendants seek to file the above-specified document under seal in order to comply with the Protective Order and applicable Local Rules.  Because Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. have designated content in this document as "Confidential," it is their burden to establish that the designated material is in fact sealable.  Civ. L. R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to Civil Local Rules 7-11 and 79-5 and hereby notify the parties of their burden to establish that the designated material is in fact sealable.

| | |
|---|---|
| | Respectfully submitted, |
| Dated:  February 4, 2014 | **WHITE & CASE** LLP |
| | By:  */s/ Lucius B. Lau* <br> Christopher M. Curran (*pro hac vice*) <br> ccurran@whitecase.com <br> Lucius B. Lau (*pro hac vice*) <br> alau@whitecase.com <br> Dana E. Foster (*pro hac vice*) <br> defoster@whitecase.com <br> 701 Thirteenth Street, N.W. <br> Washington, DC  20005 <br> tel.: (202) 626-3600 <br> fax: (202) 639-9355 |
| | *Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Electronic Components, Inc.* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005