White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION;<br>SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Upon consideration of the Toshiba Defendants' Administrative Motion to File Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with the Toshiba Defendants' Opposition to Sharp's Motion for Leave to File Response to the Toshiba Defendants' Supplemental Reply Brief, it is hereby:

ORDERED that the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the portions of the Toshiba Defendants' Opposition to Sharp's Motion for Leave to File Response to the Toshiba Defendants' Supplemental Reply Brief that contain discussion of discovery responses that the parties have designated as "Confidential."

**IT IS SO ORDERED.**

Dated: _____        _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005