Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., and Toshiba America*
*Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to Case No. 13-cv-1173-SC (N.D. Cal.) SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., Plaintiffs, v. HITACHI, LTD., *et al.*, Defendants. | **THE TOSHIBA DEFENDANTS' OPPOSITION TO SHARP'S MOTION FOR LEAVE TO FILE RESPONSE TO THE TOSHIBA DEFENDANTS' SUPPLEMENTAL REPLY BRIEF** |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

THE TOSHIBA DEFENDANTS' OPPOSITION TO SHARP'S MOTION FOR LEAVE TO FILE RESPONSE
TO THE TOSHIBA DEFENDANTS' SUPPLEMENTAL REPLY BRIEF
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2 **ARGUMENT**

3 On behalf of the Toshiba Defendants, we oppose the Sharp Plaintiffs' Motion for

4 Leave to File Response to the Toshiba Defendants' Supplemental Reply Brief because the

5 arguments in the Sharp Plaintiffs' proposed response go beyond the scope of the arguments

6 and additional evidence presented to the Court in the Toshiba Defendants' January 17, 2014

7 supplemental reply brief.

8 On January 13, 2014, the Toshiba Defendants filed a motion for leave to file a

9 supplemental reply in order to alert the Court to the new and significant admissions

10 contained in the discovery responses that the Sharp Plaintiffs served on December 20, 2013.

11 Dkt. No. 2322.  On January 17, 2014, this Court issued an order granting the Toshiba

12 Defendants' motion for leave to file a supplemental reply, an order that did not contemplate

13 any response by the Sharp Plaintiffs.  Dkt. No. 2331.  Nevertheless, on

14 January 24, 2014, the Sharp Plaintiffs filed their motion for leave and proposed response,

15 purporting to address the Toshiba Defendants' arguments, but also improperly reiterating

16 arguments already made to the Court that go beyond the scope of the Toshiba Defendants'

17 supplemental reply.  Dkt. Nos. 2352, 2354.  Because the Sharp Plaintiffs chose to include

18 these additional and reiterative arguments in their proposed response, the Court should deny

19 their motion for leave.

20 Should the Court grant the Sharp Plaintiffs' motion for leave, however, it should

21 consider their response carefully.  Despite the Sharp Plaintiffs' argument otherwise, the

22 admissions contained in the Sharp Plaintiffs' December 20, 2013 discovery responses are

23 *different* from those contained in their complaint, briefs, and previous discovery responses.

24 Specifically, in their December 20, 2013 discovery responses, the Sharp Plaintiffs ███

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

THE TOSHIBA DEFENDANTS' OPPOSITION TO SHARP'S MOTION FOR LEAVE TO FILE RESPONSE
TO THE TOSHIBA DEFENDANTS' SUPPLEMENTAL REPLY BRIEF
Case No. 07-5944 SC
MDL No. 1917

█████████████████████████████████  These are new facts that had not

been previously disclosed by the Sharp Plaintiffs.

## CONCLUSION

For these reasons, this Court should deny the Sharp Plaintiffs' Motion for Leave to File Response to the Toshiba Defendants' Supplemental Reply Brief.

Dated:  February 4, 2014                                   Respectfully submitted,

**WHITE & CASE** LLP

By: */s/ Lucius B. Lau*
    Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
    Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
    Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
    701 Thirteenth Street, N.W.
    Washington, DC  20005
    tel.: (202) 626-3600
    fax: (202) 639-9355

    *Counsel to Defendants Toshiba*
    *Corporation, Toshiba America, Inc.,*
    *Toshiba America Information Systems,*
    *Inc., and Toshiba America Electronic*
    *Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

## CERTIFICATE OF SERVICE

On February 4, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' OPPOSITION TO SHARP'S MOTION FOR LEAVE TO FILE RESPONSE TO THE TOSHIBA DEFENDANTS' SUPPLEMENTAL REPLY BRIEF" to be served via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

THE TOSHIBA DEFENDANTS' OPPOSITION TO SHARP'S MOTION FOR LEAVE TO FILE RESPONSE
TO THE TOSHIBA DEFENDANTS' SUPPLEMENTAL REPLY BRIEF
Case No. 07-5944 SC
MDL No. 1917