Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder (*pro hac vice*)
rich.snyder@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC<br>MDL NO. 1917 |
| This document relates to:<br><br>BEST BUY CO., INC. V. HITACHI, LTD.,<br>    Case No. 3:11-cv-05513-SC<br>TARGET CORP. V. CHUNGHWA,<br>    Case No. 3:11-cv-05514-SC<br>TECH DATA V. HITACHI, LTD.,<br>    Case No. 3:13-cv-00157-SC | **DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S REQUEST FOR JUDICIAL NOTICE**<br><br><br><br><br><br>Date:   February 21, 2014<br>Time:   10:00 a.m.<br>Before the Honorable Samuel Conti |

BMCC'S REQUEST FOR JUDICIAL NOTICE
(Case No. 07-cv-5944-SC, MDL No. 1917)

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Beijing Matsushita Color CRT Co., LTD ("BMCC") respectively requests that this Court take judicial notice of the February 4, 2014, Order Granting Motion to Quash Service of Summons entered in Case No. CGC – 11-515784 in the Superior Court of California, County of San Francisco, which is attached as Exhibit A to the Declaration of Richard S. Snyder, filed herewith.  The court should notice the decision in connection with BMCC's Motion to Dismiss Certain Direct Action Purchaser Complaints for Lack of Personal Jurisdiction (Dkt No. 2118).

Federal Rule of Evidence 201 allows a court to take judicial notice of a fact that is "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Specifically, federal courts may take judicial notice of state court decisions.  *See Weiswasser v. Hartley*, 2009 WL 1811610, at *1 (E.D. Cal. June 25, 2009) (court granting motion for judicial notice of state court case) (citing *Lamar v. Micou,* 114 U.S. 218, 223 (1885)).  Here, Exhibit A to the Snyder Declaration is an order of the Superior Court of California quashing California's service of summons for lack of personal jurisdiction over BMCC.

For the foregoing reasons, BMCC respectfully requests that the Court take judicial notice of the document attached as Exhibit A to the Snyder Declaration.

Dated:  February 7, 2014               Respectfully submitted,

Freshfields Bruckhaus Deringer US LLP


By:  /s/ Richard Snyder
Terry Calvani (53260)
Richard Snyder (*pro hac vice*)
701 Pennsylvania Avenue, NW, Ste 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

***Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.***

**CERTIFICATE OF SERVICE**

I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the within action. I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

On February 7, 2014, I caused a copy of the foregoing **BEIJING MATSUSHITA COLOR CRT CO., LTD.'S REQUEST FOR JUDICIAL NOTICE** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.

Dated: February 7, 2014               Freshfields Bruckhaus Deringer US LLP

By: /s/ Richard Snyder
Richard Snyder (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
Email: rich.snyder@freshfields.com
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Tel: (202) 777-4565
Fax: (202) 777-4555

*Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.*