# EXHIBIT 3

1 | Robert A. Sacks (SBN 150146)
  | sacksr@sullcrom.com
2 | Rory P. Culver (SBN 271868)
  | culverr@sullcrom.com
3 | SULLIVAN & CROMWELL LLP
  | 1888 Century Park East
4 | Los Angeles, California 90067
  | Tel: (310) 712-6600
5 | Fax: (310) 712-8800

6 | Laura Kabler Oswell (SBN 241281)
  | oswelll@sullcrom.com
7 | SULLIVAN & CROMWELL LLP
  | 1870 Embarcadero Road
8 | Palo Alto, California 94303
  | Tel.: (650) 461-5600
9 | Fax: (650) 461-5700

10 | Attorneys for Specially Appearing
   | Defendant Thomson S.A.

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO DIVISION

15

16 | IN RE: CATHODE RAY TUBE          )   Master File No. 3:07-5944-SC
17 | (CRT) ANTITRUST LITIGATION       )
                                      )   MDL No. 1917
18 | ———————————————————————————      )
                                      )   DECLARATION OF ADRIEN CADIEUX
19 | This Document Relates to:        )   IN SUPPORT OF DEFENDANT
                                      )   THOMSON S.A.'S MOTION TO DISMISS
20 |                                  )   FOR LACK OF PERSONAL
                                      )   JURISDICTION
21 | *Sharp Electronics Corp., et al. v.* )
   | *Hitachi, Ltd., et al.*, No. 13-cv-01173. )   Date:  October 14, 2013
22 |                                  )   Time: 9:00 a.m.
                                      )   Place: JAMS Resolution Center,
23 |                                  )   Two Embarcadero Center, Suite 1500
                                      )   Judge: Hon. Samuel Conti
24 |                                  )   Special Master: Hon. Charles A. Legge (Ret.)
                                      )
25 |                                  )   [NOTICE OF MOTION AND MOTION TO
                                      )   DISMISS AND [PROPOSED] REPORT AND
26 |                                  )   RECOMMENDATION GRANTING
                                      )   MOTION TO DISMISS FILED
27 |                                  )   CONCURRENTLY HEREWITH]
                                      )
28 | ———————————————————————————      )

SULLIVAN & CROMWELL LLP

DECLARATION OF ADRIEN CADIEUX; CASE NO. CV-07-5944-SC

1    I, Adrien Cadieux, being duly sworn, declare and state as follows:

2    1.    I make this declaration in support of Defendant Thomson S.A.'s (n/k/a

3 Technicolor SA) motion to dismiss the complaint filed by Sharp on March 15, 2013 in *Sharp*

4 *Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 3:07-cv-5944, MDL No. 1917. The

5 statements contained in this declaration are based on my personal knowledge, my knowledge or

6 review of various books and records of Thomson S.A., and consultation with various personnel

7 of Thomson S.A. and Thomson Consumer Electronics, Inc.

8    2.    I am currently the General Secretary of Thomson S.A. (n/k/a Technicolor SA). I

9 have held this position since July 2012.

10    3.    Based on my position and experience, I am extremely familiar with the corporate

11 structure, activities, and finances of Thomson S.A.

12    4.    Thomson S.A. is a French entity incorporated under the laws of France and

13 having its principal place of business in Issy-Les-Moulineaux, France.

14    5.    Thomson S.A. is a holding company.

15    6.    Thomson S.A. has no operations in the United States.

16    7.    Thomson S.A. does not have offices or employees in the United States and does

17 not have a mailing address in the United States.

18    8.    Thomson S.A. does not own, lease, or rent any property in the United States.

19    9.    Thomson S.A. does not keep books and records in the United States.

20    10.    Thomson S.A. does not pay taxes in the United States.

21    11.    Thomson S.A. does not have a bank account in the United States.

22    12.    Thomson S.A. has not appointed a registered agent for service of process in the

23 United States.

24    13.    Thomson S.A. is not registered as a foreign corporation to do business in the

25 United States.

26    14.    Thomson S.A. has never manufactured cathode ray tubes ("CRTs") or finished

27 products containing CRTs in the United States or elsewhere.

28

-2-

SULLIVAN & CROMWELL LLP

15. Thomson S.A. has never marketed, sold, or distributed CRTs or finished products containing CRTs in the United States or elsewhere.

16. Thomson S.A. does not maintain any inventory of products in the United States.

17. Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc., f/k/a Thomson, Inc.) ("Thomson Consumer") is a Delaware corporation having its principal place of business in Indianapolis, Indiana. Thomson Consumer is a wholly-owned subsidiary of Thomson S.A.

18. Thomson S.A. and Thomson Consumer maintain separate corporate structures, including separate boards of directors, separate management, separate offices and separate employees.

19. The finances of Thomson S.A. and Thomson Consumer are managed separately.

20. Thomson S.A. does not control the day-to-day activities of Thomson Consumer and has no involvement in the management, sales, marketing, or other corporate responsibilities of Thomson Consumer.

21. Thomson Consumer was responsible for the sales and marketing of CRTs in the United States and set the prices for CRTs in the United States.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true.

Dated:  June 28, 2013

By: Adrien Cadieux

Title: General Secretary, Thomson S.A.

-3-