UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157* | **[PROPOSED] ORDER GRANTING THOMSON SA'S MOTION TO STRIKE TECH DATA'S FIRST AMENDED COMPLAINT** |

Upon consideration of Thomson SA's Notice of Motion and Motion to Strike Tech Data's First Amended Complaint and supporting Memorandum of Authorities, it is hereby ORDERED that Thomson SA's Motion to Strike Tech Data's First Amended Complaint is GRANTED and allegations in Tech Data's First Amended Complaint regarding Thomson SA are stricken WITH PREJUDICE, including those contained in ¶¶ 62-64, 126, 141, and 159.

IT IS SO ORDERED.


DATED: _____

Hon. Samuel Conti
United States District Judge