Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>This Document Relates To:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | Case No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS REPLY IN SUPPORT OF MITSUBISHI ELECTRIC'S MOTION TO DISMISS LATE-FILED COMPLAINTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**(d)<br><br>Date: February 7, 2014<br>Time: 10 a.m.<br>Judge: Honorable Samuel Conti |

1  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

2

3  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

4

5  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725;

6  *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*,

7  No. 13-cv-05668;

8  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

9

10 *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  [PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC'S ADMINISTRATIVE MOTION TO SEAL
Case No. 3:07-cv-5944 SC
2

On February 7, 2014, Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric") filed an Administrative Motion to Seal Portions of Mitsubishi Electric's Reply In Support Of Mitsubishi Electric's Motion To Dismiss Late-Filed Complaints.

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Mitsubishi Electric's Administrative Motion To Seal Portions of Its Reply In Support Of Mitsubishi Electric's Motion To Dismiss Late-Filed Complaints Pursuant To Local Civil Rules 7-11 And 79-5(d) is GRANTED.

**IT IS SO ORDERED**

Dated: _____          _____
                                                 Hon. Samuel Conti
                                                 UNITED STATES DISTRICT JUDGE