William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**

This Document Relates To:

*Best Buy Co, Inc. v. Technicolor SA, et al.,* No. 13-cv-05264;

*Siegel v. Technicolor SA, et al.,* No. 13-cv-00141;

*Costco Wholesale Corp. v. Technicolor SA, et al*., No. 13-cv-05723;

*Electrograph Systems, Inc. v. Technicolor SA, et al.,* No. 13-cv-05724;

*Interbond Corp. of Am. v. Technicolor SA, et al.,* No. 13-cv-05727;

*Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA, et al.,* No. 13-cv-05725;

Master File No. 3:07-md-05944-SC

MDL No. 1917

**DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO THOMSON CONSUMER'S MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**

*Sears, Roebuck & Co. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; and

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686

DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

Master File No. 3:07-md-05944-SC

Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, L.L.C.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Electrograph Systems, Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp., (collectively "Plaintiffs") hereby respectfully submit this administrative motion for an order permitting Plaintiffs to file under seal the highlighted portions of the following documents:

- Direct Action Plaintiffs' Opposition to Thomson Consumer's Motion to Dismiss Complaints ("Opposition")

Plaintiffs submit this application as the parties wishing to file documents referencing, containing, or analyzing, in whole or in part, the documents described above. Plaintiffs attach hereto the Declaration of Philip J. Iovieno in support of this application. *See* Civ. L.R. 79-5(e).

Plaintiffs request that the highlighted portions of their Opposition be filed under seal pursuant to Civil Local Rule 79-5(d) because they refer to and contain excerpts of and/or statements derived from documents and testimony that have been designated "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered in this litigation [Dkt. 306, June 18, 2008] ("Stipulated Protective Order").  The confidential/highly confidential designations have been made by certain of the defendants in this litigation.  To qualify under the Stipulated Protective Order as "confidential" or "highly confidential," information must contain trade secrets or other confidential research, development or commercial information or other private or competitively sensitive information. Stipulated Protective Order at ¶ 1.

Plaintiffs seek to file the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules.  Because certain defendants contend that the material they have designated is confidential in nature, it is their burden to establish that the designated information is sealable. Civil L.R. 79-5(e); *see Kamakana v. City of*

*Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Plaintiffs leave it to this Court's discretion to determine whether the above material should be filed under seal. Courts have repeatedly emphasized that a party must make a "particularized showing of good cause" and show a "compelling reason" to justify the sealing of motions and papers filed with a court. *See Foliz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th Cir. 2002) (reversing a lower court's sealing of records because there was no "compelling reason to justify sealing" under the protective order). As the Ninth Circuit has stated, the "hazard of stipulated protective orders" is that they "often contain provisions that purport to put the entire litigation under lock and key without regard to the actual requirements of Rule 26(c)." *Kamakana*, 447 F.3d at 1193.

Plaintiffs are filing herewith a redacted copy of their Opposition, in accordance with Civil Local Rule 79-5. Plaintiffs are also filing herewith under seal an unredacted version of their Opposition, which indicates by highlighting the portions of the Opposition that have been omitted from the redacted version due to "confidential" or "highly confidential" designations.

Contemporaneous with the filing of this administrative motion, Plaintiffs are giving notice to the defendants in the CRT Antitrust MDL of this motion and of the Opposition to be filed in this case. Plaintiffs' request is narrowly tailored to include the sealing of only the information that may require confidentiality, pursuant to the provisions of the Stipulated Protective Order.

Accordingly, Plaintiffs request that the court grant this Administrative Motion to Seal Portions of their Opposition.

DATED: February 10, 2014

/s/ Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services, LLC*

/s/ David Martinez

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
dmartinez@rkmc.com
jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue

2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

*/s/ Steven Sklaver*

Steven Sklaver
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: ssklaver@susmangodfrey.com

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
John P. Lahad
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com
jlahad@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

*/s/ David J. Burman*

David J. Burman
Cori G. Moore
Eric J. Weiss
Nicholas H. Hesterberg
Steven D. Merriman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: DBurman@perkinscoie.com
CGmoore@perkinscoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7120
Facsimile: (415) 344-7320
Email: JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

*/s/ William J. Blechman*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com

*Counsel for Plaintiff Sears Roebuck and Co. and Kmart Corp.*

*/s/ Jason C. Murray*

Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp.*

DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL - 6 - Master File No. 3:07-md-05944-SC