1
2
3
4

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com

5
6
7
8
9

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com
Email:  anardacci@bsfllp.com

10
11

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC*

12
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

14
15

IN RE CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

16

This Document Relates To:

17
18

*Best Buy Co, Inc. v. Technicolor
SA, et al.,* No. 13-cv-05264;

19
20

*Siegel v. Technicolor SA,  et al.,* No. 13-cv-
00141;

21

*Costco Wholesale Corp. v. Technicolor SA, et
al.,* No. 13-cv-05723;

22
23

*Electrograph Systems, Inc. v. Technicolor SA,
et al.,* No. 13-cv-05724;

24
25

*Interbond Corp. of Am. v. Technicolor SA*, et
al., No. 13-cv-05727;

26

*Office Depot, Inc. v. Technicolor SA*, et al.,
No. 13-cv-05726;

27
28

*P.C. Richard & Son Long Island Corp. v.
Technicolor SA, et al.,* No. 13-cv-05725;

Master File No. 3:07-md-05944-SC

MDL No. 1917

**DECLARATION OF PHILIP J. IOVIENO
IN SUPPORT OF  DIRECT ACTION
PLAINTIFFS' ADMINISTRATIVE
MOTION TO SEAL PORTIONS OF
THEIR OPPOSITION TO THOMSON
CONSUMER'S MOTION TO DISMISS
PURSUANT TO CIVIL LOCAL RULES 7-
11 AND 79-5(d)**

1
2
*Sears, Roebuck & Co. v. Technicolor SA*, et al., No. 13-cv-05262;

3
4
*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; and

5
6
*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, **PHILIP J. IOVIENO**, declare as follows:

1.      I am a partner at the law firm of Boies, Schiller & Flexner LLP, liaison counsel for Direct Action Plaintiffs ("DAPs"), and counsel for Electrograph Systems, Inc. and Electrograph Technologies Corp. ("Electrograph"), Interbond Corporation of America ("BrandsMart"), Office Depot, Inc. ("Office Depot"), P.C. Richard & Son Long Island Corporation ("P.C. Richard"), MARTA Cooperative of America, Inc. ("MARTA"), ABC Appliance, Inc. ("ABC Warehouse"), and Schultze Agency Services, LLC ("Tweeter") (collectively, "Plaintiffs"), and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts recited in this declaration and, if called upon to do so, I would competently testify under oath thereto.

2.      I submit this Declaration in support of Plaintiffs' motion to file the highlighted portions of the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5(d):

- Direct Action Plaintiffs' Opposition to Thomson Consumer's Motion to Dismiss Complaints ("Opposition")

3.      Portions of Plaintiffs' Opposition in this case contain excerpts from and/or statements derived from documents and testimony which have been designated "confidential" or "highly confidential" pursuant to the Stipulated Protective Order governing this litigation [Dkt. 306, June 18, 2008] ("Stipulated Protective Order").  The confidential/highly confidential designations were made by certain defendants in this litigation.  To qualify as confidential or highly confidential under the Stipulated Protective Order, information must contain trade secrets or other confidential research, development or commercial information or private or competitively sensitive information.  Stipulated Protective Order at ¶ 1.

4.      The Stipulated Protective Order requires that a party may not file any confidential material in the public record.  Stipulated Protective Order at ¶ 10.  The Stipulated Protective Order further provides that any party seeking to file any confidential material under seal must comply with Civil Local Rule 79-5.  Stipulated Protective Order at ¶¶ 1, 10.

5.      The highlighted portions of Plaintiffs' Opposition contains such material, and,

1  pursuant to Local Rule 79-5(e), Plaintiffs seek to submit this material under seal in good faith in

2  order to comply with the Stipulated Protective Order and the applicable Local Rules.

3       6.     Therefore, Plaintiff respectfully requests an order sealing portions of Plaintiffs'

4  Opposition.

5       I declare under penalty of perjury that the foregoing is true and correct.

6  Executed on this 10th day of February, 2014 at Albany, New York.

7

8                 /s/ *Philip J. Iovieno*

9                 Philip J. Iovieno

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

**CERTIFICATE OF SERVICE**

3
4

I HEREBY CERTIFY that I caused a true and correct copy of the documents listed

5

below to be served by ECF filing on February 10, 2014 to each of the persons as set forth on the

6

attached service list.

7
8
9

- Direct Action Plaintiffs' Administrative Motion to Seal Portions of Their Opposition to Thomson Consumer's Motion to Dismiss Pursuant to Civil Local Rules 7-11 and 79-5(d)

10
11
12
13

- Declaration of Philip J. Iovieno in Support of Direct Action Plaintiffs' Administrative Motion to Seal Portions of Their Opposition to Thomson Consumer's Motion to Dismiss Pursuant to Civil Local Rules 7-11 and 79-5(d)

14
15
16

- Proposed Order Granting Direct Action Plaintiffs' Administrative Motion to Seal Portions of Their Opposition to Thomson Consumer's Motion to Dismiss Pursuant to Civil Local Rules 7-11 and 79-5(d)

17
18
19

Dated: February 10, 2014            */s/    Adam Weber*

20

Adam Weber

21
22
23
24
25
26
27
28

1

## SERVICE LIST

2

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:   415-563-7200<br>Fax:   415-346-0679<br>Email: malioto@tatp.com<br>       laurenrussell@tatp.com<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:   415-217-6810<br>Fax:   415-217-6813<br>Email: guido@saveri.com<br>       rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |
| Emilio Varanini<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:   415-703-5908<br>Fax:   415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | James L. McGinnis<br>Michael W. Scarborough<br>Dylan Ballard<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:   415-434-9100<br>Fax:   415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>       mscarborough@sheppardmullin.com<br>       dballard@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffrey L. Kessler
A. Paul Victor
Eva W. Cole
Molly M. Donovan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Tel:    212-294-4692
Fax:    212-294-4700
Email: jkessler@winston.com
         pvictor@winston.com
         ewcole@winston.com
         mmdonovan@winston.com

*Counsel for Panasonic Corporation;*
*Panasonic Corporation of North America; and*
*MT Picture Display Co., Ltd.*

Steven A. Reiss
David L. Yohai
David Yolkut
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel:    212-310-8000
Fax:    212-310-8007
Email: steven.reiss@weil.com
         david.yohai@weil.com
         david.yolkut@weil.com

Bambo Obaro
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Tel:    (650) 802-3000
Fax:    (650) 802-3100
Email: bambo.obaro@weil.com

*Counsel for Panasonic Corporation;*
*Panasonic Corporation of North America;*
*and MT Picture Display Co., Ltd.*

Eliot A. Adelson
James Maxwell Cooper
Kirkland & Ellis LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Tel:    415-439-1400
Fax:    415-439-15001
Email: eliot.adelson@kirkland.com
         max.cooper@kirkland.com

James H. Mutchnik
Kate Wheaton
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Tel:  312-862-2000
Fax:  312-862-2200
Email: james.mutchnik@kirkland.com
         kate.wheaton@kirkland.com

*Counsel for Hitachi, Ltd.; Hitachi Displays,*
*Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.;*
*and Hitachi Electronic Devices (USA), Inc.*

Calvin L. Litsey
Kathy L. Osborn
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo, CA 94303-2279
Tel:  (650) 324-6700
Fax:  (650) 324-6701
Email: calvin.litsey@faegrebd.com
         kathy.osborn@faegrebd.com

*Counsel for Technicolor SA and Technicolor*
*USA, Inc.*

| | |
|---|---|
| Brent Caslin<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel: (213) 239-5100<br>Fax: (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>Terrence J. Truax<br>Michael T. Brody<br>Shaun M. Van Horn<br>Jenner & Block<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>Fax: (312) 527-0484<br>Email: ttruax@jenner.com<br>     mbrody@jenner.com<br>     svanhorn@jenner.com<br><br>*Counsel for Mitsubishi Electric Corporation,*<br>*Mitsubishi Electric & Electronics USA, Inc.*<br>*and Mitsubishi Digital Electronic Americas,*<br>*Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel:    415-393-8200<br>Fax:    415-393-8206<br>Email: jsanders@gibsondunn.com<br>     rbrass@gibsondunn.com<br>     cfujita@gibsondunn.com<br><br>*Counsel for Chunghwa Picture Tubes, Ltd.*<br>*and Chunghwa Picture Tubes (Malaysia)* |
| Christopher M. Curran<br>Lucius B. Lau<br>Charise Naifeh<br>Dana Foster<br>White & Case<br>701 Thirteenth Street N.W.<br>Washington, DC 20005<br>Tel:    202-626-3600<br>Fax:    202-639-9355<br>Email: ccurran@whitecase.com<br>     alau@whitecase.com<br>     cnaifeh@whitecase.com<br>     dfoster@whitecase.com<br><br>*Counsel for Toshiba Corporation; Toshiba*<br>*America, Inc.; Toshiba America Consumer*<br>*Products, L.L.C.; Toshiba America Electronics*<br>*Components, Inc.; Toshiba America*<br>*Information Systems, Inc.* | William Temko<br>Jonathan Altman<br>Hojoon Hwang<br>Laura Lin<br>Munger, Tolles & Olson LLP<br>560 Mission Street<br>San Francisco, CA 94105<br>Tel:    415-512-4009<br>Fax:    415-512-4077<br>Email: william.temko@mto.com<br>     jonathan.altman@mto.com<br>     hojoon.hwang@mto.com<br>     laura.lin@mto.com<br><br>*Counsel for  LG Electronics, Inc.; LG*<br>*Electronics USA, Inc.* |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John M. Taladay
Erik Koons
Charles Malaise
Baker Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Tel:     202-639-7700
Fax:    202-639-7890
Email: john.taladay@bakerbotts.com
           erik.koons@bakerbotts.com
           charles.malaise@bakerbotts.com

Jon V. Swenson
Baker Botts L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Tel:     650-739-7500
Fax:    650-739-7699
Email: jon.swenson@bakerbotts.com

*Counsel for Koninklijke Philips Electronics
N.V. and Philips Electronics North America
Corporation*

Mark C. Dosker
Nathan Lane, III
Squire Sanders  LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel:     415-954-0200
Fax:    415-393-9887
Email: mark.dosker@squiresanders.com
           nathan.lane@squiresanders.com

*Counsel for Technologies Displays Americas
LLC and Videocon Industries, Ltd.*