**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO THOMSON CONSUMER'S MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *Best Buy Co, Inc. v. Technicolor SA, et al.,* No. 13-cv-05264; | |
| *Siegel v. Technicolor SA, et al.,* No. 13-cv-00141; | |
| *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Electrograph Systems, Inc. v. Technicolor SA, et al.,* No. 13-cv-05724; | |
| *Interbond Corp. of Am. v. Technicolor SA, et al.,* No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-05726; | |
| *P.C. Richard & Son Long Island Corp. v. Technicolor SA, et al.,* No. 13-cv-05725; | |
| *Sears, Roebuck & Co. v. Technicolor SA, et al.,* No. 13-cv-05262; | |
| *Schultze Agency Services, LLC v. Technicolor SA, et al.,* No. 13-cv-05668; and | |
| *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686 | |

On February 10, 2014, Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, L.L.C.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Electrograph Systems, Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp., (collectively "Plaintiffs") filed an Administrative Motion to Seal Portions of their Opposition to Thomson Consumer's Motion to Dismiss Pursuant to Civil Local Rules 7-11 and 79-5(d) to file under seal the highlighted portions of the following documents:

- Direct Action Plaintiffs' Opposition to Thomson Consumer's Motion to Dismiss Complaints ("Opposition")

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of Their Opposition to Thomson Consumer's Motion to Dismiss Pursuant to Local Civil Rules 7-11 and 79-5(d) is GRANTED.

**IT IS SO ORDERED**

Dated: _____      _____
                                    Hon. Samuel Conti
                                    UNITED STATES DISTRICT JUDGE