ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Vincent S. Loh, Bar No. 238410
VSLoh@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:      310-552-0130
Facsimile:      310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:     612-349-8500
Facsimile:     612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; BESTBUY.COM, L.L.C.; and
MAGNOLIA HI-FI, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261; | **DECLARATION OF VINCENT S. LOH IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Before the Honorable Samuel Conti |

1  *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

2  *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;

3  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

4  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

5  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

6  *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

7  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

8  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686

I, Vincent S. Loh, declare that:

1. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts recited in this declaration and, if called upon to do so, I would competently testify under oath thereto.

2. I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.Com, L.L.C.; and Magnolia Hi-Fi, LLC (collectively "Best Buy"), in the above-captioned lawsuit.

3. On February 10, 2014, the Direct Action Plaintiffs ("DAPs")[1] filed their Opposition to Thomson SA's Motion to Dismiss ("Opposition"). Filed contemporaneously with the Opposition was the Declaration of Vincent S. Loh ("Loh Declaration"), which attaches evidence in support of the Opposition.

4. Portions of the DAPs' Opposition, and the entirety of exhibits A through H and O through U to the Loh Declaration ("Designated Exhibits"), contain excerpts from and/or statements derived from documents and testimony which have been designated "confidential" or "highly confidential" pursuant to the Stipulated Protective Order governing the CRT Antitrust MDL, which was entered by Judge Samuel Conti on June 18, 2008 (Document No. 306). The confidential/highly confidential designations were made by certain defendants in the CRT Antitrust MDL. To qualify as confidential or highly confidential under the Stipulated Protective Order, the information must contain trade secrets or other confidential research, development or commercial information or private or competitively sensitive information. (¶1)

---

[1] The Direct Action Plaintiffs include the following plaintiffs: Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, LLC; Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Shultze Agency Services, LLC; Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Costco Wholesale Corporation; Sears Roebuck and Co. and Kmart Corp.; and Target Corp.

60740243.1 — - 1 - — DECLARATION OF VINCENT S. LOH ISO DAPS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

5.   The Stipulated Protective Order requires that a party may not file any confidential material in the public record (¶10). The Stipulated Protective Order further provides that any party seeking to file any confidential material under seal must comply with Civil Local Rule 79-5 (¶¶1, 10.)

6.   Portions of the Opposition to Thomson SA's Motion to Dismiss and the entirety of the Designated Exhibits contain such confidential material and, pursuant to Local Rule 79-5(e), the DAPs seek to submit the above material under seal in good faith in order to comply with the Protective Order in the CRT Antitrust MDL and the applicable Local Rules. Specifically:

7.   Pages 3, 4, 5, 7, 8, 14, and 16 of the Opposition refer, contain, and/or reflect excerpts of documents and testimony that have been designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

8.   Exhibit A is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0006632 and SDCRT-0006632E, produced by Samsung SDI on approximately June18, 2010 with the custodian designation of K.C. Oh, designated by counsel for Samsung SDI as "Privileged and Confidential" or "Highly Confidential."

9.   Exhibit B is a true and correct copy of excerpts from Samsung SDI's Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 (Oct. 17, 2011), designated by counsel for Samsung SDI as "Confidential."

10.   Exhibit C is a true and correct copy of a document, Bates Numbered TAEC-CRT-00116979, produced by Toshiba America Electronic Components, Inc. ("TAEC") on approximately Aug. 31, 2011 with the custodian designation of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

11.   Exhibit D is a true and correct copy of a document, Bates Numbered SDCRT-0088604, produced by Samsung SDI on approximately Sept. 19, 2011 with the custodian designation of Samsung SDI, designated by counsel for Samsung SDI as "Highly Confidential."

12.   Exhibit E is a true and correct copy of the original document and its certified translation, Bates Numbered MTPD-0426066 and MTPD-0426066E, produced by Panasonic

Corporation on approximately Oct. 17, 2011 with the custodian designation of Koichi Nishiyama, designated by counsel for Panasonic Corporation as "Confidential."

13. Exhibit F is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0002526 and SDCRT-0002526E, produced by Samsung SDI on approximately Dec. 8, 2010, designated by counsel for Samsung SDI as "Privileged and Confidential" or "Highly Confidential."

14. Exhibit G is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0002585 and SDCRT-0002585E, produced by Samsung SDI on approximately Dec. 8, 2010, designated by counsel for Samsung SDI as "Privileged and Confidential" or "Highly Confidential."

15. Exhibit H is a true and correct copy of the original document and its translation, Bates Numbered CHU00030040 and CHU00030040E, produced by Chunghwa Picture Tubes, Ltd. on approximately March 8, 2010, designated by counsel for Chunghwa Pictures Tubes, Ltd. as "Confidential."

16. Exhibit O is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095077, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

17. Exhibit P is a true and correct copy of a document, Bates Numbered TAEC-CRT-00090061, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins, designated by counsel for TAEC as "Confidential."

18. Exhibit Q is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095072, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

19. Exhibit R is a true and correct copy of a document, Bates Numbered TAEC-CRT-00086226, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

20. Attached hereto as Exhibit S is a true and correct copy of a document, Bates Numbered TAEC-CRT-00094042, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

21. Exhibit T is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095092, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins, designated by counsel for TAEC as "Confidential."

22. Exhibit U is a true and correct copy of document, Bates Numbered HEDUS-CRT00162777, produced by Hitachi Electronic Devices (USA), Inc. ("HEDUS") on approximately Dec. 16, 2011 with the custodian designation of Tom Heiser, designated by counsel for HEDUS as "Confidential."

23. Therefore, Plaintiffs respectfully request an order sealing portions of the Opposition and the entirety of the Designated Exhibits in this case.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 10th day of February, 2014, at Los Angeles, California.

_____
Vincent S. Loh

60740243.1 - 4 - DECLARATION OF VINCENT S. LOH ISO DAPS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL