1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   David Martinez, Bar No. 193183
3  DMartinez@rkmc.com
   Jill S. Casselman, Bar No. 266085
4  JSCasselman@rkmc.com
   Vincent S. Loh, Bar No. 238410
5  VSLoh@rkmc.com
   2049 Century Park East, Suite 3400
6  Los Angeles, CA  90067-3208
   Telephone:     310-552-0130
7  Facsimile:      310-229-5800

8  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Elliot S. Kaplan, Bar No. 53624
9  ESKaplan@rkmc.com
   K. Craig Wildfang (*Pro Hac Vice*)
10 KCWildfang@rkmc.com
   Laura E. Nelson, Bar No. 231856
11 LENelson@rkmc.com
   800 LaSalle Avenue
12 2800 LaSalle Plaza
   Minneapolis, MN 55402
13 Telephone:     612-349-8500
   Facsimile:      612-339-4181
14
   Attorneys for Plaintiffs
15 BEST BUY CO., INC.; BEST BUY
   PURCHASING LLC; BEST BUY ENTERPRISE
16 SERVICES, INC.; BEST BUY STORES, L.P.;
   BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI,
17 INC.

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                         **SAN FRANCISCO DIVISION**

21

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;* | **DECLARATION OF VINCENT S. LOH IN SUPPORT OF DIRECT ACTION PLAINTIFFS' OPPOSITION TO THOMSON SA'S MOTION TO DISMISS**<br><br>Date:      March 7, 2014<br>Time:     10:00 a.m.<br>Before the Honorable Samuel Conti |

1 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;
2 |
3 | *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;
4 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;
5 |
6 | *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;
7 | *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;
8 |
9 | *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;
10 |
11 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;
12 |
13 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686

I, VINCENT S. LOH, declare as follows:

1. I am a duly licensed attorney admitted to practice in the State of California and before this Court. I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. in Los Angeles, California, counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com and Magnolia Hi-Fi, LLC (collectively, "Best Buy") in this action. Each of the facts stated herein is true and correct within my personal knowledge, and if called as a witness, I would competently testify thereto.

2. I submit this declaration in support of the Direct Action Plaintiffs' ("DAPs")[1] Opposition to Thomson SA's Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0006632 and SDCRT-0006632E, produced by Samsung SDI on approximately June 18, 2010 with the custodian designation of K.C. Oh. **FILED UNDER SEAL.**

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from Samsung SDI's Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 (Oct. 17, 2011). **FILED UNDER SEAL.**

5. Attached hereto as Exhibit C is a true and correct copy of a document, Bates Numbered TAEC-CRT-00116979, produced by Toshiba America Electronic Components, Inc. ("TAEC") on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

6. Attached hereto as Exhibit D is a true and correct copy of a document, Bates Numbered SDCRT-0088604, produced by Samsung SDI on approximately Sept. 19, 2011 with the custodian designation of Samsung SDI. **FILED UNDER SEAL.**

---

[1] The Direct Action Plaintiffs include the following plaintiffs: Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, LLC; Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Shultze Agency Services, LLC; Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Costco Wholesale Corporation; Sears Roebuck and Co. and Kmart Corp.; and Target Corp.

60739479.2 — - 1 - — LOH DECLARATION IN SUPPORT OF THE DAPS' OPPOSITION TO THOMSON SA'S MOTION TO DISMISS

|   |   |
|---|---|
| 1 | 7. Attached hereto as Exhibit E is a true and correct copy of the original document and its certified translation, Bates Numbered MTPD-0426066 and MTPD-0426066E, produced by Panasonic Corporation on approximately Oct. 17, 2011 with the custodian designation of Koichi Nishiyama. **FILED UNDER SEAL.** |

7. Attached hereto as Exhibit E is a true and correct copy of the original document and its certified translation, Bates Numbered MTPD-0426066 and MTPD-0426066E, produced by Panasonic Corporation on approximately Oct. 17, 2011 with the custodian designation of Koichi Nishiyama. **FILED UNDER SEAL.**

8. Attached hereto as Exhibit F is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0002526 and SDCRT-0002526E, produced by Samsung SDI on approximately Dec. 8, 2010. **FILED UNDER SEAL.**

9. Attached hereto as Exhibit G is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0002585 and SDCRT-0002585E, produced by Samsung SDI on approximately Dec. 8, 2010. **FILED UNDER SEAL.**

10. Attached hereto as Exhibit H is a true and correct copy of the original document and its translation, Bates Numbered CHU00030040 and CHU00030040E, produced by Chunghwa Picture Tubes, Ltd. on approximately March 8, 2010. **FILED UNDER SEAL.**

11. Attached hereto as Exhibit I is a true and correct copy of excerpts from THOMSON multimedia S.A.'s Annual Report (Form 20-F) (June 30, 1999).

12. Attached hereto as Exhibit J is a true and correct copy of excerpts from the Declaration of Frederic Rose, *In re Petition of Frederic Rose* (Dkt. No. 3, Case No. 09-17355 (Bankr. S.D.N.Y. Dec. 16, 2009)).

13. Attached hereto as Exhibit K is a true and correct copy of excerpts from THOMSON S.A.'s Annual Report (Form 20-F) (May 30, 2003).

14. Attached hereto as Exhibit L is a true and correct copy of excerpts from the Brief for Plaintiff-Appellant Thomson S.A. in *Thomson S.A. v. Quixote Corp.*, 166 F.3d 1172 (Fed. Cir. 1999).

15. Attached hereto as Exhibit M is a true and correct copy of *Digital Sales Lift Thomson SA*, Calgary Herald, Oct. 13, 2006 at D9.

16. Attached hereto as Exhibit N is a true and correct copy of excerpts from THOMSON multimedia S.A.'s Annual Report (Form 20-F) (Mar. 29, 2002).

///

17. Attached hereto as Exhibit O is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095077, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

18. Attached hereto as Exhibit P is a true and correct copy of a document, Bates Numbered TAEC-CRT-00090061, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

19. Attached hereto as Exhibit Q is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095072, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

20. Attached hereto as Exhibit R is a true and correct copy of a document, Bates Numbered TAEC-CRT-00086226, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

21. Attached hereto as Exhibit S is a true and correct copy of a document, Bates Numbered TAEC-CRT-00094042, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

22. Attached hereto as Exhibit T is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095092, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

23. Attached hereto as Exhibit U is a true and correct copy of document, Bates Numbered HEDUS- CRT00162777, produced by Hitachi Electronic Devices (USA), Inc. ("HEDUS") on approximately Dec. 16, 2011 with the custodian designation of Tom Heiser. **FILED UNDER SEAL.**

24. Attached hereto as Exhibit V is a true and correct copy of *Thomson Cuts Earnings Forecast; Demand for TVs Slows*, Tech Europe, June 25, 2003, at 301.

25. Attached hereto as Exhibit W is a true and correct copy of a document, Bates Numbered TDA01360, produced by Technologies Displays Americas LLC on approximately October 8, 2013 with the custodian designation of Technologies Displays Americas LLC.

///

26. Attached hereto as Exhibit X is a true and correct copy of excerpts from THOMSON multimedia S.A.'s Annual Report (Form 20-F) (June 29, 2004).

27. Attached hereto as Exhibit Y is a true and correct copy of the docket obtained from LexisNexis CourtLink on February 4, 2013 regarding *Thomson S.A. v. Time Warner, Inc., et al.,* filed in the United States District Court, District of Delaware by Thomson S.A. on February 25, 1994.

28. Attached hereto as Exhibit Z is a true and correct copy of THOMSON multimedia S.A.'s Statement of Beneficial Ownership (Form 13D/A) (Feb. 8, 2000).

Executed this 10th day of February 2014, at Los Angeles, California.

_____
Vincent S. Loh