# EXHIBIT E

# [FILED UNDER SEAL]

# EXHIBIT F

# [FILED UNDER SEAL]

# EXHIBIT G

# [FILED UNDER SEAL]

# EXHIBIT H

# [FILED UNDER SEAL]