# EXHIBIT O

# [FILED UNDER SEAL]

# EXHIBIT P

# [FILED UNDER SEAL]

# EXHIBIT Q

# [FILED UNDER SEAL]

# EXHIBIT R

# [FILED UNDER SEAL]

# EXHIBIT S

# [FILED UNDER SEAL]

# EXHIBIT T

# [FILED UNDER SEAL]

# EXHIBIT U

# [FILED UNDER SEAL]