# EXHIBIT  V

Westlaw.                                                                    **News**Room

6/25/03 Tech Eur. 301
2003 WLNR 17220569
Loaded Date: 01/17/2009

<div align="center">

Tech Europe
Copyright 2003 Europolitics

June 25, 2003

</div>

### THOMSON CUTS EARNINGS FORECAST; DEMAND FOR TVS SLOWS.

Thomson SA, the biggest seller of televisions in the U.S., cut its earnings forecast on June 13, blaming deteriorating demand for its TVs and increasing competition from China. Paris-based Thomson said first-half operating profit will be as low as Euro 140 million (USD165 million), down from a forecast of more than Euro 200 million. The 2003 operating margin, or profit before interest and tax as a%age of sales, may be 6.5%, one percentage point lower than an April prediction, Chief Executive Officer Charles Dehelly said.

Thomson, which makes TVs under the RCA brand, is cutting 1,200 jobs in the U.S. partly by closing two **tube**-production lines in Indiana to save about Euro 50 million a year. More than half of Thomson's 2002 sales of Euro 10.2 billion came from the U.S., compared with 30% for rival Royal Philips Electronics NV.

Thomson, which sells products in more than 100 countries, produces 45% of its **tubes** in the U.S. Demand for its TVs has contracted by a quarter due to the availability of imported televisions, not imported **tubes**, Julian Waldron, chief financial officer, said on a conference call with analysts. "There's been a significant volume decline and price declines on top of that," Waldron said. "There's been a fairly brutal downshift."

Thomson sells its television components to local manufacturers in the U.S. Those manufacturers are seeing their market share reduced as Chinese-based companies are shipping in cheaper TVs, meaning less demand locally for **tubes**, Thomson spokesman Stephane Rougeot said. Thomson's RCA brand has a 15% shares of the U.S. TV market, and a 40% share of the **tube** market for TVs larger than 19 inches.

The French company is expanding in China to increase access to the world's largest and fastest-growing TV manufacturing market. It agreed in April to supply about 2 million **tubes** to the Sichuan Changhong Electric Co., China's biggest maker of televisions, and a second **tube** line will open in Foshan, in southeast China in the third quarter.

<div align="center">

---- INDEX REFERENCES ---

</div>

COMPANY: THOMSON SA; KONINKLIJKE PHILIPS ELECTRONIC

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

6/25/03 TECHEURO 301                                                                    Page 2

NEWS SUBJECT: (HR & Labor Management (1HR87); Layoffs (1LA48); Business Management (1BU42); Labor Relations (1LA21))

REGION: (China (1CH15); Far East (1FA27); Eastern Asia (1EA61); Asia (1AS61))

Language: EN

OTHER INDEXING: (RCA; ROYAL PHILIPS ELECTRONICS NV; SICHUAN CHANGHONG ELECTRIC CO; TV) (Charles Dehelly; Julian Waldron; Stephane Rougeot; Thomson; THOMSON CUTS EARNINGS; Thomson SA; TVs; Waldron) (France)

KEYWORDS: (Business, international); (High technology industry); (Forecasts, trends, outlooks); (Electronics industry)

COMPANY TERMS: THOMSON SA

Word Count: 400
6/25/03 TECHEURO 301
END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT  W

**Hanrahan James**

| | |
|---|---|
| From: | Hanrahan James |
| Sent: | Tuesday, June 10, 2003 4:07 PM |
| To: | Brunk Jack; Lissorgues Christian |
| Subject: | RE: Samsung |

Jack:

No, your assumption is not correct. Over the past 12 months Thomson has attempted to meet the target pricing established by Samsung, and will continue to respond to this customers requests. Certainly Thomson has demonstrated the Thomson commitment to rebuilding the business relationship with the change in Account Management and also the visit of Mr. Lissorgues to Samsung.

As you know from previous email announcements authored by me, all pricing deviations outside of the MYF pricing must be submitted to Mr. Lissorgues, and approved by both Messrs. Lissorgues and Lecoq. The decision regarding pricing deviations beyond the MYF pricing was made at levels above Mr. Lissorgues and myself; thus, we must follow our Managements direction with regard to approval of all pricing deviations.

Mr. Lissorgues is in China, without a telephone. He is scheduled back in the Boulogne office on Friday. Mr. Lissorgues is aware of your Samsung email sent June 6, and has committed to discussing multiple subjects with me on 13 June (his arrival back in the office). He is also copied on this email so that he is aware of what I am proposing to you in the short term. I do know that Mr. Lissorgues is attempting to read his email while in China.

I recall a telephone conversation between you and I on the subject of Samsung. I think this call took place on Friday, 6 June. From my memory, and with your 6 June email, I have constructed a single page chart that attempts to respond where possible.

Review the chart. I have shown the MYF pricing on each size, so the parameters are clearly identified to you. I cannot respond to the W76TF and the A68TF without specific approvals from Management. Bottom line is that you can discuss curved 25, 27, and 32's, along with the 32TF. You will have to negotiate some additional time to respond to the A68TF and W76TF.

If you have questions, you can telephone me in the Indianapolis office until around 6pm, or my mobile.



samsung10June03.
xls

——Original Message——

| | |
|---|---|
| From: | Brunk Jack |
| Sent: | Tuesday, June 10, 2003 2:05 PM |
| To: | Hanrahan James |
| Subject: | Samsung |

Given that I have a dinner meeting this evening with Fred Lee in which he was expecting a price response from Thomson, am I to assume that we are not interested?

JKB

1

**TDA01360**

TDA01246

10 June, 2003
Hanrahan

## Samsung

| Size | Invoice | Half 1 Price rebate | Net price | Half 2 Price Samsung Goal | Thomson response |
|---|---|---|---|---|---|
| 25V | $80 | $2 | $78 | $70 | no change in invoice/rebate price<br>*MYF price is $77* |
| 27V1R X01<br>27V1R X881 | $98<br>$100 | $2<br>$2 | $96<br>$98 | $80<br>$82 | propose $91 invoice/$2 rebate<br>propose $93 invoice/$2 rebate<br>*MYF price is $85 - I am using the difference to offset VHP pricing* |
| 27VHP 1H | | | | $86 | Samsung importing tube during Half 1<br>Propose  $91 invoice/$5 rebate<br>*MYF price is $90 - using 1Rs as the offset* |
| 27VHP 2H | | | | ??? | 6 June email called out this type - perhaps a typo?<br>Propose  $99 invoice/$5 rebate<br>*MYF price is $90 - using 1Rs as the offset* |
| 27TF 1H<br>27TF 2H | $125 | $2 | $123 | $106 | *I cannot respond to the target without CL's and FL's approval*<br>*I cannot respond to the target without CL's and FL's approval*<br>*MYF price is $112 for 1H types* |
| 32VHP | $168 | $2 | $166 | ??? | If there is a chance, we could go $160 invoice/$5 rebate<br>2H type would be a premium of $8 |
| 32TF | | | | ??? | We could do $255 invoice/$3rebate in Q4<br>2H type would be a premium of $8<br>*MYF price is $262 Q3; and $250 Q4* |
| W76TF | | | | $203 | *I cannot respond to the target without CL's and FL's approval*<br>There will be no NAFTA production of this type in 2003<br>We can ship the tube from a NAFTA warehouse, but the CRT will be Anagni m<br>*NO price set for the MYF* |

TDA01361

TDA01246

# EXHIBIT  X

Thomson 2003



FORM - 20 F

THOMSON

As filed with the Securities and Exchange Commission on June 29, 2004

**UNITED STATES**

# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 20-F

(Mark One)

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
for the fiscal year ended December 31, 2003

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
for the transition period from         to

**Commission File Number: 0-3003**

## THOMSON

*(Exact name of Registrant as specified in its charter)*

| | |
|---|---|
| **Not Applicable** | **Republic of France** |
| (Translation of Registrant's | (Jurisdiction of incorporation |
| name into English) | or organization) |

**46, quai Alphonse Le Gallo**
**92100 Boulogne-Billancourt**
**FRANCE**
*(Address of principal executive offices)*

**Securities registered or to be registered pursuant to Section 12 (b) of the Act:**

| **Title of each class:** | **Name of each exchange on which registered:** |
|---|---|
| Common Stock, nominal value €3.75 per share, and American Depositary Shares, each representing one share of Common Stock | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12 (g) of the Act:**
None

**Securities for which there is a reporting obligation pursuant to Section 15 (d) of the Act:**
None

Indicate the number of outstanding shares of each of the issuer's classes of capital
or common stock as of the close of the period covered by the annual report:
Common Stock, nominal value €3.75 per share: 280,613,508

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by
Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months
(or for such shorter period that the Registrant was required to file such reports) and (2) has been subject
to such filing requirements for the past 90 days: Yes ☒     No ☐

Indicate by check mark which financial statement item the Registrant has elected to follow:

Item 17 ☐     Item 18 ☒

## TABLE OF CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
FORWARD-LOOKING STATEMENTS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
STATEMENTS REGARDING COMPETITIVE POSITION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
REPORTING CURRENCY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

PART I       . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
ITEM 1     — IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS  . . . . . . . . . 5
ITEM 2     — OFFER STATISTICS AND EXPECTED TIMETABLE  . . . . . . . . . . . . . . . . . . . . . . . . 5
ITEM 3     — KEY INFORMATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
ITEM 4     — INFORMATION ON THE COMPANY  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
ITEM 5     — OPERATING AND FINANCIAL REVIEW AND PROSPECTS  . . . . . . . . . . . . . . . . 40
ITEM 6     — DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES  . . . . . . . . . . . . . . . . . 72
ITEM 7     — MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS . . . . . . . . . . 91
ITEM 8     — FINANCIAL INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
ITEM 9     — THE OFFER AND LISTING  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
ITEM 10   — ADDITIONAL INFORMATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
ITEM 11   — QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK  . . . . 125
ITEM 12   — DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES . . . . . . . . 131

PART II       . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132
ITEM 13   — DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES  . . . . . . . . . . . . . 132
ITEM 14   — MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS
              AND USE OF PROCEEDS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132
ITEM 15   — CONTROLS AND PROCEDURES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132
ITEM 16A — AUDIT COMMITTEE FINANCIAL EXPERT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132
ITEM 16B — CODE OF ETHICS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132
ITEM 16C — PRINCIPAL ACCOUNTANT FEES AND SERVICES  . . . . . . . . . . . . . . . . . . . . . . 133

PART III      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134
ITEM 17   — FINANCIAL STATEMENTS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134
ITEM 18   — FINANCIAL STATEMENTS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134
ITEM 19   — EXHIBITS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134

INTRODUCTION

In this Annual Report on Form 20-F, the terms the "Company", the "Group", "Thomson", "we" and "our" mean THOMSON (formerly THOMSON multimedia S.A.) together with its consolidated subsidiaries.

## FORWARD-LOOKING STATEMENTS

In order to utilize the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995, we are providing the following cautionary statement. This Annual Report contains certain forward-looking statements with respect to our financial condition, results of operations and business and certain of our plans and objectives. These statements are based on management's current expectations and beliefs in light of the information currently available and are subject to a number of factors and uncertainties that could cause actual results to differ materially from those described in the forward-looking statements. In addition to statements that are forward-looking by reason of context, other forward-looking statements may be identified by use of the terms "may", "will", "should", "expects", "plans", "intends", "anticipates", "believes", "estimates", "projects", "predicts" and "continue" and similar expressions identify forward-looking statements. By their nature, forward-looking statements involve risk and uncertainty because they relate to events and depend on circumstances that are anticipated to occur in the future. Such statements are also subject to assumptions concerning, among other things: our anticipated business strategies; our intention to introduce new products; anticipated trends in our business; and our ability to continue to control costs and maintain quality. We caution that these statements may, and often do, vary from actual results and the differences between these statements and actual results can be material. Some of the factors that could cause actual results and events to differ materially from those expressed or implied in any forward-looking statements are:

- our ability to design, develop and sell innovative products and services, which are offered in highly competitive markets characterized by rapid technology changes and subjective and changing consumer preferences;

- economic conditions, including consumer spending, in countries in which our hardware devices and services are sold or patents licensed, particularly in the United States, Europe, Asia and, through TTE, our joint venture with TCL International, in the process of being formed, and certain other partnerships and joint ventures that we may not control;

- our ability to protect our patents and other intellectual property rights and the outcome of any claims against us for the alleged infringement of third parties' intellectual property rights;

- general economic trends, changes in raw materials and employee costs and political and social uncertainty in markets where we manufacture goods, purchase components and finished goods and license patents, particularly in Latin America and Asia;

- increased competition in video technologies, components, systems and services and finished products and services sold to consumers and professionals in the entertainment and media industries;

- force majeure risks, especially related to our just-in-time inventory, supply, and distribution policy;

- challenges inherent in our repositioning strategy, as detailed in Item 4: "Information on the Company—History and Development of the Company";

- the consummation and success of TTE, which is in the process of being formed, and the success of certain other partnerships and joint ventures that we may not control, as well as future business acquisitions, combinations or dispositions;

- technological advancements in the entertainment and media industries;

- changes in exchange rates, notably between the euro and the U.S. dollar, Japanese yen, Chinese yuan, Canadian dollar, Mexican peso and Polish zloty and the British pound;

- warranty claims, product recalls or litigation that exceed or are not covered by our available insurance coverage;

- our failure to maintain over the long term contractual arrangements with our customers, or material adverse changes in the financial condition or creditworthiness of our key customers and clients; and

- capital and financial market conditions, prevailing interest rates and availability of financing.

Furthermore, a review of the reasons why actual results and developments may differ materially from the expectations disclosed or implied within forward-looking statements can be found under "Risk Factors" below. Forward-looking statements speak only as of the date they are made, and we undertake no obligation to publicly update any of them in light of new information or future events. We advise you to consult any documents we may file or furnish with the U.S. Securities and Exchange Commission ("SEC"), as described under "Documents on Display".

## STATEMENTS REGARDING COMPETITIVE POSITION

This Annual Report contains statements regarding our market share, market position and products and businesses. Unless otherwise noted herein, market estimates are based on the following outside sources, in some cases in combination with internal estimates:

- *Understanding & Solutions* for information on CD and DVD (Digital Media Solutions);

- *Gesellschaft für Konsumer Markt- und Absatzforschung* ("GfK") for information on TV, VCR, DVD and audio in the "Europe 5" market which comprises France, Germany, the United Kingdom, Italy and Spain (Consumer Products); and

- *SYNOVATE* (formerly *Institute for Market Research*) for information on TV, VCR, DVD, audio and telephony in the Americas (Consumer Products); and

- *Kinetic Strategies and Cable Datacom News* for information on cable modems (Consumer Products)

Statements contained in this Annual Report that make reference to "value market share" or market share "based on value" mean that the related market estimate is based on sales, and statements referring to "volume market share" or market share "based on volume" mean that the related market estimate is based on the number of units sold.

Market share and market position statements are generally based on sources published in the fourth quarter of 2003 or beginning 2004. Statements concerning our Technicolor businesses are based on a combination of internal estimates and external sources published mid to late 2003.

## REPORTING CURRENCY

Our consolidated financial statements that form part of this Annual Report on Form 20-F are presented in euro. Effective January 1, 2001, our consolidated financial statements are presented using the euro as our reporting currency.

For your convenience, this Annual Report contains translations of certain euro amounts into U.S. dollars. Unless otherwise indicated, dollar amounts have been translated from euro at the rate of €1.00 = U.S.$1.2102, the noon buying rate in New York City for cable transfers in euro as announced by the Federal Reserve Bank of New York for customs purposes (the "Noon Buying Rate") on May 26, 2004.

For informational purposes, the Noon Buying Rate on June 28, 2004 is €1.00 = U.S. $1.2193.

4

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
*All amounts indicated in the tables are expressed in millions of euro, unless otherwise stated*

## 1. THE GROUP AND SUMMARY OF SIGNIFICANT ACCOUNTING PRINCIPLES

Thomson provides a wide range of video (and enabling) technologies, systems, finished products and services to customers and professionals in the entertainment and media industries. To advance and enable the digital media transition, Thomson has four principal activities: Content & Networks, Components, Consumer Products and Licensing. Thomson distributes its products under the THOMSON®, RCA®, TECHNICOLOR® and Grass Valley® brand names.

In these financial statements, the terms "Thomson group" (formerly the Thomson multimedia group), "the Group" and "Thomson" mean Thomson S.A. together with its consolidated subsidiaries. Thomson S.A. refers to the Thomson group parent company (formerly Thomson multimedia S.A.).

The consolidated financial statements of Thomson have been prepared in accordance with French generally accepted accounting principles ("French GAAP") as set forth in the French law on consolidation (the Act of January 3, 1985) and within Regulation 99-02, approved by the decree dated June 22, 1999 of the *Comité de la Réglementation Comptable (CRC)*.

Financial statements of consolidated subsidiaries, when prepared in accordance with the accounting principles generally accepted in their country of origin, have been adjusted accordingly in consolidation. All figures are presented in millions of euro unless otherwise stated.

**Cash Flow presentation:** In 2002, Thomson elected to present the breakdown of its "cash flow from operating activities" using the reconciliation from *"operating income"* according to the method permitted by regulation 99-02, instead of the reconciliation from "net income". Under this new method, operating income instead of net income is reconciled to the cash provided by operating activities. Thomson believes that such a change provides more useful information to the users of its financial statements. Also, *"others"* includes interest, non-current items and income tax, which are determined using the direct method (i.e., the net cash paid or received). 2001 amounts have been restated, but as the definition of *"net cash provided by operating activities"* is unchanged, the amounts for this and other sub-totals related to 2001 are the same as previously reported.

**Reclassification in the presentation of income statements:** In 2001, the Emerging Issues Task Force (EITF) issued EITF 01-09, "Accounting for Consideration Given by a Vendor to a Customer or a Reseller of the Vendor's Products", which codified and reconciled EITF Issue 00-14, "Accounting for Certain Sales Incentives", EITF 00-22 "Accounting for Points and Certain Other Time-Based or Volume Based Sales Incentives Offers, and Offers for Free Products or Services to Be Delivered in the Future" and EITF 00-25, "Vendor Income Statement Characterization of Consideration Paid to a Reseller of the Vendor's Products". These EITFs prescribe guidance regarding the timing of recognition and income statement classification of costs incurred for certain sales incentive programs to resellers and end consumers. The effect of this pronouncement (which was effective for users for 2002) on Thomson's financial statements was to decrease *"net sales"* of the Consumer Products segment by €84 million and €103 million, respectively, for the years ended December 2002 and 2001, with a symmetrical reduction in *"selling, general and administrative expenses"* for some cooperative advertising and promotion expenses previously classified under marketing expenses. Consequently, there is no impact on operating profit. Thomson elected to apply this rule, which is not specifically addressed under French GAAP, in order to limit the differences with the financial statements filed with the U.S. SEC. Thomson's financial statements for 2001 have been restated accordingly.

*The accompanying notes are an integral part of the consolidated financial statements.*

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)
*All amounts indicated in the tables are expressed in millions of euro, unless otherwise stated*

## 30. LIST OF CONSOLIDATED SUBSIDIARIES

| COMPANY - (Country) | % share held by Thomson [1] | | |
|---|---|---|---|
| | December 31, | | |
| | 2001 | 2002 | 2003 |
| **1) Fully consolidated** | | | |
| Thomson (France) (formerly Thomson multimedia) | | Parent company | |
| ATLINKS S.A.S. (France) | 50.0 | 50.0 | 100.0 |
| ATLINKS Australia Pty Ltd. (Australia) | 50.0 | 50.0 | 100.0 |
| ATLINKS Communications Canada, Inc. (Canada) | 50.0 | 50.0 | 100.0 |
| ATLINKS España S.A. (Spain) | 50.0 | 50.0 | 100.0 |
| ATLINKS Telecommunication (Guangzhou) Cie Ltd. (People's Republic of China) | 50.0 | 50.0 | 100.0 |
| ATLINKS Hong Kong Ltd. (Hong Kong) | 50.0 | 50.0 | 100.0 |
| ATLINKS Mexico, S.A. de C.V. (Mexico) | 50.0 | 50.0 | 100.0 |
| ATLINKS USA, Inc. (U.S.) | 50.0 | 50.0 | 100.0 |
| Comercializadora de Productos Electronicos del Norte, S.A. de C.V. (Mexico) | 100.0 | 100.0 | 100.0 |
| Deutsche Thomson Brandt GmbH (Germany) | 99.9 | 99.9 | 99.9 |
| Direct Solutions, Inc. (U.S.) | - | - | 100.0 |
| European Audio Products (HK) Ltd. (Hong Kong) | 100.0 | 100.0 | 100.0 |
| European Thai Electronic Company Ltd. (Thailand) | - | - | 100.0 |
| Ex Camera (France) | - | - | 100.0 |
| GALLO 1 S.A. (France) | - | - | 100.0 |
| GALLO 3 S.A. (France) | - | - | 100.0 |
| GALLO 4 S.A. (France) | - | - | 100.0 |
| Gallo 7 S.A.S. (France) | - | - | 100.0 |
| Gallo 15 S.A.S. (France) | - | - | 100.0 |
| Gallo 17 S.A.S. (France) | - | - | 100.0 |
| Homefront DSL, Inc. (U.S.) | 100.0 | 100.0 | (*) |
| Immobilière LE GALLO (France) | 100.0 | 100.0 | 100.0 |
| J2T Holding GmbH (Germany) | - | 100.0 | (*) |
| Laboratories Thomson Ltd. (Switzerland) | - | - | 100.0 |
| Manufacturas Avanzadas, S.A. de C.V. (Mexico) | 100.0 | 100.0 | 100.0 |
| Multimedia Insurance Brokerage (France) | - | - | 100.0 |
| Nextream S.A. (France) | 75.0 | 75.0 | 75.0 |
| Nextream France S.A. (France) | 75.0 | 75.0 | 75.0 |
| Productos Electronicos de la Laguna, S.A. de C.V. (Mexico) | 100.0 | 100.0 | 100.0 |
| RCA Componentes, S.A. de C.V. (Mexico) | 100.0 | 100.0 | 100.0 |
| RCA Trademark Management S.A. (France) | 100.0 | 100.0 | 100.0 |
| S.A. Immobilière Cesson (France) | 100.0 | 100.0 | 100.0 |
| Servi-Centro de Mexico, S.A. de C.V. (Mexico) | - | - | 100.0 |
| Singingfish.com, Inc. (U.S.) | 100.0 | 100.0 | - |
| Société Tonnerroise d'Electronique Industrielle - STELI (France) | 100.0 | 100.0 | 100.0 |
| Société Française d'Investissement et d'Arbitrage - Sofia (France) | 100.0 | 100.0 | 100.0 |
| TAK S.A.S. (France) | - | 80.6 | 100.0 |
| TCE Purchasing Company Taiwan (Taiwan) | - | - | 100.0 |
| TCE Purchasing Company Japan (Japan) | - | - | 100.0 |
| TCE Purchasing Company Korea (South Korea) | - | - | 100.0 |
| TCE Television Taiwan Ltd. (Taiwan) | 100.0 | 100.0 | 100.0 |
| Thomson Audio Muar Sdn Bhd (Malaysia) | 100.0 | 100.0 | 100.0 |
| Thomson Asia Pacific Holdings Pte Ltd. (Singapore) (formerly Thomson multimedia Asia Pacific Pte Ltd.) | 100.0 | 100.0 | 100.0 |

*The accompanying notes are an integral part of the consolidated financial statements.*

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)
*All amounts indicated in the tables are expressed in millions of euro, unless otherwise stated*

| COMPANY - (Country) | % share held by Thomson [1] | | |
|---|---|---|---|
| | December 31, | | |
| | 2001 | 2002 | 2003 |
| Thomson Asia Pacific Investments Pte Ltd. (Singapore) | | | |
| (formerly Thomson multimedia Asia Pte Ltd.) | 100.0 | 100.0 | 100.0 |
| Thomson Batam (Indonesia) | - | - | 100.0 |
| Thomson Broadcast & Media Solutions Ltd. (United Kingdom) | | | |
| (formerly Thomson Broadcast Ltd.) | 100.0 | 100.0 | 100.0 |
| Thomson Broadcast Systems S.A. (France) | 100.0 | 100.0 | 100.0 |
| Thomson Consumer Electronics International S.A. (France) | 100.0 | 100.0 | 100.0 |
| Thomson Crown Wood Products Company (U.S.) | 100.0 | 100.0 | 100.0 |
| Thomson Displays & Components Holding S.A.S. (France) | - | - | 100.0 |
| Thomson Displays & Components Singapore Pte Ltd. (Singapore) | | | |
| (formerly Thomson Television Singapore Pte Ltd.) | 100.0 | 100.0 | 100.0 |
| Thomson Displays Mexicana, S.A. de C.V. (Mexico) | 100.0 | 100.0 | 100.0 |
| Thomson Guangdong Display Company Ltd. (People's Republic of China) | | | |
| (formerly Thomson Foshan Colour Picture Company Ltd.) | 55.0 | 55.0 | 55.0 |
| Thomson India Private Ltd. (India) | 86.0 | 89.0 | 100.0 |
| Thomson Japan KK (Japan) | - | - | 100.0 |
| Thomson Licensing, Inc. (U.S.) | 100.0 | 100.0 | 100.0 |
| Thomson Licensing, S.A. (France) | 100.0 | 100.0 | 100.0 |
| Thomson Management Growth Fund (U.S.) | - | - | 55.2 |
| Thomson Marketing Australia Pty Ltd. (Australia) | - | - | 100.0 |
| Thomson MPH LLC (U.S.) | - | - | 55.2 |
| Thomson multimedia (Dongguan) Ltd. (People's Republic of China) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Chile S.A. (Chile) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Czech, S.r.o. (Czech Republic) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Digital France (France) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Engineering Laboratories Ltd. (Japan) | - | - | 100.0 |
| Thomson Hong Kong Holdings Ltd. (Hong Kong) | | | |
| (formerly Thomson multimedia Hong Kong Ltd.) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Hungary K.f.t. (Hungary) | 100.0 | 100.0 | 100.0 |
| Thomson, Inc. (U.S.) | | | |
| (formerly Thomson Consumer Electronics, Inc. & Thomson multimedia, Inc.) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Kulim Sdn Bhd (Malaysia) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Ltd. (Canada) | | | |
| (formerly Thomson Consumer Electronics Canada, Inc.). | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Marketing Co., Ltd. (Thailand) | - | - | 100.0 |
| Thomson multimedia Maroc (Morocco) | - | - | 90.5 |
| Thomson multimedia Netherlands B.V. (Netherlands) | - | - | 100.0 |
| Thomson Manufacturing Operation Co., Ltd. (Thailand) | | | |
| (formerly Thomson multimedia Operations Co., Ltd.) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Pensionsverwaltungs GmbH (Germany) | 99.9 | 99.9 | 99.9 |
| Thomson multimedia Polska sp.zo.o. (Poland) | | | |
| (formerly Thomson Polkolor sp.zo.o.) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia R&D France S.N.C. (France) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Sales Europe (France) | | | |
| (formerly Thomson multimedia Marketing France) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Sales France (France) | 100.0 | 100.0 | 100.0 |
| Thomson multimedia Sales Germany and Austria GmbH (Germany) | 99.9 | 99.9 | 99.9 |
| Thomson multimedia Sales Germany GmbH & Co O.H.G. (Germany) | 99.9 | 99.9 | 99.9 |

*The accompanying notes are an integral part of the consolidated financial statements.*



Headquarters
**Thomson**
46, quai Alphonse Le Gallo
92100 Boulogne-Billancourt - France

Email : webmaster@thomson.net
Tel.: 33 (0) 1 41 86 50 00
Fax: 33 (0) 1 41 86 58 59

**www.thomson.net**

Thomson
S.A. with capital of 1 052 300 655 €
333 773 174 R.C.S. Nanterre

# EXHIBIT  Y

LexisNexis® CourtLink®

Switch Client | My Briefcase | Order Runner Documents | Lexis.com | Sign Out
Welcome, Silvia Green

**Single Search - with Terms and Connectors**

Enter keywords - Search multiple dockets & documents  [Search]  Info

[My CourtLink] [Search] [Dockets & Documents] [Track] [Alert] [Strategic Profiles]    [My Account] [Court Info]

🔍 Search > Docket Search > Thomson S.A. v. Time Warner, Inc., et al

[New Docket Search]  [Search in Same Court]

**Docket Tools**

| [Get Updated Docket] | [Track Docket Activity] | [Search for Similar] | [Set Alert for Similar Dockets] | [Add to My Briefcase] |
|---|---|---|---|---|

This docket was retrieved from the court on 2/4/2014 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case | [Email this Docket]
[Printer Friendly Format]

A LexisNexis Case Law Summary, related documents or opinions are available for this case.
In order to view this information you must have a LexisNexis account.
When you view this information standard LexisNexis charges will apply.
To view this information click on the LexisNexis Cite below.
1997 U.S. Dist. LEXIS 16827
If you do not have a LexisNexis account click here for subscription information.

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

View patents concerning this case.

**Docket**                                                     Lexis®Web Search is enabled on this docket

---

### US District Court Civil Docket

U.S. District - Delaware
(Wilmington)

### 1:94cv83

### Thomson S.A. v. Time Warner, Inc., et al

This case was retrieved from the court on Tuesday, February 04, 2014

[Update Now]

---

| | |
|---|---|
| Date Filed: 02/25/1994 | Class Code: CLOSED |
| Assigned To: Judge Joseph J. Longobardi | Closed: 06/24/1997 |
| Referred To: | Statute: 35:271 |
| Nature of suit: Patent (830) | Jury Demand: Both |
| Cause: Patent Infringement | Demand Amount: $0 |
| Lead Docket: None | NOS Description: Patent |
| Other Docket: 97-01485 | |
| Jurisdiction: Federal Question | |

| Litigants | Attorneys |
|---|---|
| Thomson S.A. Plaintiff | Charles S. Crompton , Jr. LEAD ATTORNEY;ATTORNEY TO BE NOTICED Potter Anderson & Corroon, LLP 1313 N. Market St., Hercules Plaza, 6th Flr. P.O. Box 951 Wilmington , DE  19899-0951 USA (302) 984-6000 |
| Time Warner, Inc. [Term: 09/27/1994] Defendant | Robert H. Richards , III LEAD ATTORNEY;ATTORNEY TO BE NOTICED [Term: 09/27/1994] Richards, Layton & Finger One Rodney Square P.O. Box 551 Wilmington , DE  19899 USA (302) 658-6541 Email:Rrichards@rlf.Com |
| Wea Manufacturing Inc. [Term: 09/27/1994] Defendant | Robert H. Richards , III LEAD ATTORNEY;ATTORNEY TO BE NOTICED [Term: 09/27/1994] Richards, Layton & Finger One Rodney Square P.O. Box 551 Wilmington , DE  19899 USA |

(302) 658-6541
Email:Rrichards@rlf.Com

Warner Music Group, Inc.
[Term: 09/27/1994]
Defendant

Robert H. Richards , III
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 09/27/1994]
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington , DE  19899
USA
(302) 658-6541
Email:Rrichards@rlf.Com

Elektra Entertainment, Inc.
[Term: 09/27/1994]
Defendant

Robert H. Richards , III
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 09/27/1994]
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington , DE  19899
USA
(302) 658-6541
Email:Rrichards@rlf.Com

Warner Communications, Inc.
[Term: 09/27/1994]
Defendant

Robert H. Richards , III
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 09/27/1994]
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington , DE  19899
USA
(302) 658-6541
Email:Rrichards@rlf.Com

Warner Brothers Records, Inc.
[Term: 09/27/1994]
Defendant

Robert H. Richards , III
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 09/27/1994]
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington , DE  19899
USA
(302) 658-6541
Email:Rrichards@rlf.Com

Atlantic Recording Corporation
[Term: 09/27/1994]
Defendant

Robert H. Richards , III
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 09/27/1994]
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington , DE  19899
USA
(302) 658-6541
Email:Rrichards@rlf.Com

Bertelsmann Music Group, Inc.
[Term: 07/12/1996]
Defendant

Josy W. Ingersoll
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Young, Conaway, Stargatt & Taylor LLP
Rodney Square 1000 North King Street
Wilmington , DE  19801
USA
(302) 571-6600
Email:Jingersoll@ycst.Com

Bertelsmann, Inc.
[Term: 07/12/1996]
Defendant

Josy W. Ingersoll
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Young, Conaway, Stargatt & Taylor LLP
Rodney Square 1000 North King Street
Wilmington , DE  19801
USA
(302) 571-6600
Email:Jingersoll@ycst.Com

Arista Records, Inc.
[Term: 07/12/1996]
Defendant

Josy W. Ingersoll
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Young, Conaway, Stargatt & Taylor LLP
Rodney Square 1000 North King Street
Wilmington , DE  19801
USA
(302) 571-6600
Email:Jingersoll@ycst.Com

Sonopress, Inc.
[Term: 07/12/1996]
Defendant

Josy W. Ingersoll
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Young, Conaway, Stargatt & Taylor LLP

|  | Rodney Square 1000 North King Street<br>Wilmington , DE  19801<br>USA<br>(302) 571-6600<br>Email:Jingersoll@ycst.Com |
|---|---|
| Bmg Direct Marketing, Inc.<br>[Term: 07/12/1996]<br>Defendant | Josy W. Ingersoll<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Young, Conaway, Stargatt & Taylor LLP<br>Rodney Square 1000 North King Street<br>Wilmington , DE  19801<br>USA<br>(302) 571-6600<br>Email:Jingersoll@ycst.Com |
| Thorn Emi North America, Incorporated<br>[Term: 07/12/1996]<br>Defendant | Donald F. Parsons , Jr.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Delaware Court of Chancery<br>500 N. King Street<br>Wilmington , DE  19801<br>USA<br>(302) 577-2444 |
| Emi Music, Inc.<br>[Term: 07/12/1996]<br>Defendant | Donald F. Parsons , Jr.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Delaware Court of Chancery<br>500 N. King Street<br>Wilmington , DE  19801<br>USA<br>(302) 577-2444 |
| Capitol-Emi Music, Incorporated<br>[Term: 07/12/1996]<br>Defendant | Donald F. Parsons , Jr.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Delaware Court of Chancery<br>500 N. King Street<br>Wilmington , DE  19801<br>USA<br>(302) 577-2444 |
| Capitol Records, Inc<br>[Term: 07/12/1996]<br>Defendant | Donald F. Parsons , Jr.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Delaware Court of Chancery<br>500 N. King Street<br>Wilmington , DE  19801<br>USA<br>(302) 577-2444 |
| Quixote Corporation<br>Defendant | Thomas C. Grimm<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington , DE  19899<br>USA<br>(302) 658-9200<br>Email:Tcgefiling@mnat.Com |
| Disc Manufacturing, Inc.<br>Defendant | Thomas C. Grimm<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington , DE  19899<br>USA<br>(302) 658-9200<br>Email:Tcgefiling@mnat.Com |
| Nippon Columbia, Ltd<br>[Term: 07/12/1996]<br>Defendant |  |
| Denon Corporation<br>[Term: 07/12/1996]<br>Defendant | Mary B. Graham<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington , DE  19899<br>USA<br>(302) 658-9200<br>Email:Mbgefiling@mnat.Com |
| John Doe I<br>[Term: 09/27/1994]<br>Defendant |  |
| John Does II<br>[Term: 09/27/1994] |  |

Defendant

John Does III
[Term: 09/27/1994]
Defendant

John Does IV
[Term: 09/27/1994]
Defendant

John Does V
[Term: 09/27/1994]
Defendant

John Does VI
[Term: 09/27/1994]
Defendant

John Does Vii
[Term: 09/27/1994]
Defendant

John Does Viii
[Term: 09/27/1994]
Defendant

John Does IX
[Term: 09/27/1994]
Defendant

John Does X
[Term: 09/27/1994]
Defendant

John Does XI
[Term: 07/12/1996]
Defendant

John Does Xii
[Term: 07/12/1996]
Defendant

John Does Xiii
[Term: 07/12/1996]
Defendant

John Does Xiv
[Term: 07/12/1996]
Defendant

John Does XV
[Term: 07/12/1996]
Defendant

John Does Xvi
[Term: 07/12/1996]
Defendant

John Does Xvii
[Term: 07/12/1996]
Defendant

John Does Xviii
[Term: 07/12/1996]
Defendant

John Does Xix
[Term: 07/12/1996]
Defendant

John Does XX
[Term: 07/12/1996]
Defendant

John Does Xxi
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE  19801
USA
(302) 577-2444

John Does Xxii
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE  19801
USA
(302) 577-2444

John Does Xxiii
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE  19801
USA
(302) 577-2444

John Does Xxiv
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE 19801
USA
(302) 577-2444

John Does Xxv
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE 19801
USA
(302) 577-2444

John Does Xxvi
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE 19801
USA
(302) 577-2444

John Does Xxvii
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE 19801
USA
(302) 577-2444

John Does Xxviii
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE 19801
USA
(302) 577-2444

John Does Xxix
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE 19801
USA
(302) 577-2444

John Does Xxx
[Term: 07/12/1996]
Defendant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE 19801
USA
(302) 577-2444

Emi Music, Inc.
[Term: 07/12/1996]
Counter Claimant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE 19801
USA
(302) 577-2444

Capitol Records, Inc
[Term: 07/12/1996]
Counter Claimant

Donald F. Parsons , Jr.
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Term: 07/12/1996]
Delaware Court of Chancery
500 N. King Street
Wilmington , DE 19801
USA
(302) 577-2444

Quixote Corporation
Counter Claimant

Thomas C. Grimm
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington , DE 19899
USA
(302) 658-9200
Email:Tcgefiling@mnat.Com

Disc Manufacturing, Inc.

Thomas C. Grimm

| | |
|---|---|
| Counter Claimant | LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington , DE  19899<br>USA<br>(302) 658-9200<br>Email:Tcgefiling@mnat.Com |
| Thomson S.A.<br>Counter Defendant | Charles S. Crompton , Jr.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington , DE  19899-0951<br>USA<br>(302) 984-6000 |
| Bertelsmann Music Group, Inc.<br>[Term: 07/12/1996]<br>Counter Claimant | Josy W. Ingersoll<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Young, Conaway, Stargatt & Taylor LLP<br>Rodney Square 1000 North King Street<br>Wilmington , DE  19801<br>USA<br>(302) 571-6600<br>Email:Jingersoll@ycst.Com |
| Bertelsmann, Inc.<br>[Term: 07/12/1996]<br>Counter Claimant | Josy W. Ingersoll<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Young, Conaway, Stargatt & Taylor LLP<br>Rodney Square 1000 North King Street<br>Wilmington , DE  19801<br>USA<br>(302) 571-6600<br>Email:Jingersoll@ycst.Com |
| Arista Records, Inc.<br>[Term: 07/12/1996]<br>Counter Claimant | Josy W. Ingersoll<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Young, Conaway, Stargatt & Taylor LLP<br>Rodney Square 1000 North King Street<br>Wilmington , DE  19801<br>USA<br>(302) 571-6600<br>Email:Jingersoll@ycst.Com |
| Sonopress, Inc.<br>[Term: 07/12/1996]<br>Counter Claimant | Josy W. Ingersoll<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Young, Conaway, Stargatt & Taylor LLP<br>Rodney Square 1000 North King Street<br>Wilmington , DE  19801<br>USA<br>(302) 571-6600<br>Email:Jingersoll@ycst.Com |
| Bmg Direct Marketing, Inc.<br>[Term: 07/12/1996]<br>Counter Claimant | Josy W. Ingersoll<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 07/12/1996]<br>Young, Conaway, Stargatt & Taylor LLP<br>Rodney Square 1000 North King Street<br>Wilmington , DE  19801<br>USA<br>(302) 571-6600<br>Email:Jingersoll@ycst.Com |
| Thomson S.A.<br>Counter Defendant | Charles S. Crompton , Jr.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington , DE  19899-0951<br>USA<br>(302) 984-6000 |
| Time Warner, Inc.<br>[Term: 09/28/1994]<br>Counter Claimant | Robert H. Richards , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 09/28/1994]<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box SS1<br>Wilmington , DE  19899<br>USA<br>(302) 658-6541<br>Email:Richards@rlf.Com |
| Wea Manufacturing Inc.<br>[Term: 09/28/1994]<br>Counter Claimant | Robert H. Richards , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 09/28/1994]<br>Richards, Layton & Finger |

One Rodney Square
P.O. Box 551
Wilmington , DE  19899
USA
(302) 658-6541
Email:Rrichards@rlf.Com

| | |
|---|---|
| Warner Music Group, Inc.<br>[Term: 09/28/1994]<br>Counter Claimant | Robert H. Richards , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 09/28/1994]<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington , DE  19899<br>USA<br>(302) 658-6541<br>Email:Rrichards@rlf.Com |
| Elektra Entertainment, Inc.<br>[Term: 09/28/1994]<br>Counter Claimant | Robert H. Richards , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 09/28/1994]<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington , DE  19899<br>USA<br>(302) 658-6541<br>Email:Rrichards@rlf.Com |
| Warner Communications, Inc.<br>[Term: 09/28/1994]<br>Counter Claimant | Robert H. Richards , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 09/28/1994]<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington , DE  19899<br>USA<br>(302) 658-6541<br>Email:Rrichards@rlf.Com |
| Warner Brothers Records, Inc.<br>[Term: 09/28/1994]<br>Counter Claimant | Robert H. Richards , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 09/28/1994]<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington , DE  19899<br>USA<br>(302) 658-6541<br>Email:Rrichards@rlf.Com |
| Atlantic Recording Corporation<br>[Term: 09/28/1994]<br>Counter Claimant | Robert H. Richards , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 09/28/1994]<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington , DE  19899<br>USA<br>(302) 658-6541<br>Email:Rrichards@rlf.Com |
| Thomson S.A.<br>Counter Defendant | Charles S. Crompton , Jr.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington , DE  19899-0951<br>USA<br>(302) 984-6000 |

## Documents

[ Retrieve Document(s) ]   [ Send to TimeMap ]

| | No.▲ | Date | Proceeding Text | Source |
|---|---|---|---|---|
| Items 1 to 423 of 423 | | | | |
| | | | Filter | |
| ☐ Runner | 1 | 02/25/1994 | COMPLAINT filed; FILING FEE $ 120.00 RECEIPT # 104300 (nj) (Entered: 03/01/1994) | |
| ☐ Runner | | 02/25/1994 | SUMMONS(ES) issued for Time Warner, Inc., WEA Manufacturing, Warner Music Group, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording, Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing, Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc., Quixote Corporation, Disc Manufacturing, Nippon Columbia, LTD, Denon Corporation, John Doe I, John Does II, John Does III, John Does IV, John Does V, John Does VI, John Does VII, John Does VIII, John Does IX, John Does X, John Does XI, John Does XII, John Does XIII, John Does XIV, John Does XV, John Does XVI, John Does XVII, John Does XVIII, John Does XIX, John Does XX, John Does XXI, John Does XXII, John DOES XXIII, John Does XXIV, John Does XXV, John Does XXVI, John Does XXVII, John Does XXVIII, John Does XXIX, John Does XXX (nj) (Entered: 03/01/1994) | |

| | | | | |
|---|---|---|---|---|
| ☐ | Runner | | 02/25/1994 | DEMAND for jury trial by Thomson S.A. (nj) (Entered: 03/01/1994) |
| ☐ | Runner | 3 | 02/28/1994 | RETURN OF SERVICE executed as to Disc Manufacturing 2/28/94 Answer due on 3/21/94 for Disc Manufacturing (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 4 | 02/28/1994 | RETURN OF SERVICE executed as to Bertelsmann, Inc. 2/28/94 Answer due on 3/21/94 for Bertelsmann, Inc. (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 5 | 02/28/1994 | RETURN OF SERVICE executed as to Bertelsmann Music 2/28/94 Answer due on 3/21/94 for Bertelsmann Music (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 6 | 02/28/1994 | RETURN OF SERVICE executed as to BMG Direct Marketing 2/28/94 Answer due on 3/21/94 for BMG Direct Marketing (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 7 | 02/28/1994 | RETURN OF SERVICE executed as to Arista Records, Inc. 2/28/94 Answer due on 3/21/94 for Arista Records, Inc. (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 8 | 02/28/1994 | RETURN OF SERVICE executed as to Sonopress, Inc. 2/28/94 Answer due on 3/21/94 for Sonopress, Inc. (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 9 | 02/28/1994 | RETURN OF SERVICE executed as to Denon Corporation 2/28/94 Answer due on 3/21/94 for Denon Corporation (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 10 | 02/28/1994 | RETURN OF SERVICE executed as to Elektra 2/28/94 Answer due on 3/21/94 for Elektra (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 11 | 02/28/1994 | RETURN OF SERVICE executed as to Time Warner, Inc. 2/28/94 Answer due on 3/21/94 for Time Warner, Inc. (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 12 | 02/28/1994 | RETURN OF SERVICE executed as to Capitol-EMI Music 2/28/94 Answer due on 3/21/94 for Capitol-EMI Music (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 13 | 02/28/1994 | RETURN OF SERVICE executed as to Warner Bros. Records 2/28/94 Answer due on 3/21/94 for Warner Bros. Records (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 14 | 02/28/1994 | RETURN OF SERVICE executed as to Atlantic Recording 2/28/94 Answer due on 3/21/94 for Atlantic Recording (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 15 | 02/28/1994 | RETURN OF SERVICE executed as to Capitol Records, Inc 2/28/94 Answer due on 3/21/94 for Capitol Records, Inc (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 16 | 02/28/1994 | RETURN OF SERVICE executed as to Thorn EMI North 2/28/94 Answer due on 3/21/94 for Thorn EMI North (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 17 | 02/28/1994 | RETURN OF SERVICE executed as to EMI Music, Inc. 2/28/94 Answer due on 3/21/94 for EMI Music, Inc. (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 18 | 02/28/1994 | RETURN OF SERVICE executed as to WEA Manufacturing 2/28/94 Answer due on 3/21/94 for WEA Manufacturing (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 19 | 02/28/1994 | RETURN OF SERVICE executed as to Warner Communication 2/28/94 Answer due on 3/21/94 for Warner Communication (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 20 | 02/28/1994 | RETURN OF SERVICE executed as to Warner Music Group 2/28/94 Answer due on 3/21/94 for Warner Music Group (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 2 | 03/01/1994 | Report to Commissioner of Patents and Trademarks. Exit original. (nj) (Entered: 03/01/1994) |
| ☐ | Runner | 21 | 03/01/1994 | RETURN OF SERVICE executed as to Quixote Corporation 2/28/94 Answer due on 3/21/94 for Quixote Corporation (nj) (Entered: 03/02/1994) |
| ☐ | Runner | 22 | 03/02/1994 | PRAECIPE re: issuance of summons. (nj) (Entered: 03/08/1994) |
| ☐ | Runner | | 03/02/1994 | SUMMONS(ES) issued for Nippon Columbia, LTD (nj) (Entered: 03/08/1994) |
| ☐ | Runner | 23 | 03/03/1994 | RETURN OF SERVICE executed as to Nippon Columbia, LTD 3/3/94 Answer due on 3/23/94 for Nippon Columbia, LTD (nj) (Entered: 03/08/1994) |
| ☐ | Runner | 24 | 03/10/1994 | NOTICE of attorney appearance for Bertelsmann, Inc., Sonopress, Inc. by Josy W. Ingersoll (ds) (Entered: 03/14/1994) |
| ☐ | Runner | 25 | 03/10/1994 | MOTION by Bertelsmann, Inc., Sonopress, Inc. with Proposed Order for Karen J. Choi to Appear Pro Hac Vice re: [25-1] motion (exit SLR duty judge) (ds) (Entered: 03/14/1994) |
| ☐ | Runner | 26 | 03/10/1994 | MOTION by Bertelsmann, Inc., Sonopress, Inc. with Proposed Order for Thomas L. Giannetti to Appear Pro Hac Vice re: [26-1] motion (exit SLR duty judge) (ds) (Entered: 03/14/1994) |
| ☐ | Runner | 27 | 03/11/1994 | PRAECIPE re issuance of alias summons and complaint upon deft Denon Corp. c/o Secretary of State (ds) (Entered: 03/14/1994) |
| ☐ | Runner | 28 | 03/14/1994 | RETURN OF SERVICE executed as to Denon Corporation c/o Secretary of State on 3/14/94 Answer due on 4/4/94 for Denon Corporation (ds) (Entered: 03/14/1994) |
| ☐ | Runner | 29 | 03/14/1994 | STIPULATION with proposed order re time for defts Time Warner Inc, WEA Manufacturing Inc, Warner Music Group Inc, Elektra Entertainment Inc, Warner Communications Inc, Warner Bros Records Inc and Atlantic Recording Corp to resp to the complaint is ext. until 4/20/94 (exit SLR duty judge) (ds) (Entered: 03/16/1994) |
| ☐ | Runner | | 03/14/1994 | So Ordered granting [25-1] motion for Karen J. Choi to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (ds) (Entered: 03/18/1994) |
| ☐ | Runner | | 03/14/1994 | So Ordered granting [26-1] motion for Thomas L. Giannetti to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (ds) (Entered: 03/18/1994) |
| ☐ | Runner | 30 | 03/15/1994 | NOTICE of attorney appearance for Bertelsmann Music, Arista Records, Inc., BMG Direct Marketing by Josy W. Ingersoll (ds) (Entered: 03/21/1994) |
| ☐ | Runner | 31 | 03/16/1994 | STIPULATION and order that the time w/in which the "Thorn EMI Defendants" shall answer, move or otherwise respond to pltf.'s complaint is extended until 4/20/94. (exit SLR) (nj) Modified on 03/21/1994 (Entered: 03/21/1994) |
| ☐ | Runner | | 03/17/1994 | So Ordered granting [29-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (ds) (Entered: 03/18/1994) |
| ☐ | Runner | | 03/17/1994 | Deadline updated per stip (see D.I.29) reset Answer deadline to 4/20/94 for Atlantic Recording, for Warner Bros. Records, for Warner Communication, for Elektra, for Warner Music Group, for WEA Manufacturing, for Time Warner, Inc. (ds) (Entered: 03/18/1994) |
| ☐ | Runner | 32 | 03/18/1994 | STIPULATION with proposed order re time for deft Quixote Corp Disc Manufacturing Inc to resp to the complaint is ext. until 4/20/94 (exit SLR) (ds) (Entered: 03/22/1994) |
| ☐ | Runner | | 03/23/1994 | So Ordered granting [32-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (ds) (Entered: 03/23/1994) |
| ☐ | Runner | | 03/23/1994 | Deadline updated per stip (see D.I.32) reset Answer deadline to 4/20/94 for Quixote Corporation Disc Manufacturing, Inc (ds) (Entered: 03/23/1994) |
| ☐ | Runner | | 03/23/1994 | So Ordered granting [31-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (ds) (Entered: 03/23/1994) |
| ☐ | Runner | | 03/23/1994 | Deadline updated per stip (see D.I.31) reset Answer deadline to 4/20/94 for John Does XXX, for John Does XXIX, for John Does XXVIII, for John Does XXVII, for John Does XXVI, for John Does XXV, for John Does XXIV, for John DOES XXIII, for John Does XXII, for John Does XXI, for Capitol Records, Inc, for Capitol-EMI Music, for EMI Music, Inc., for Thorn EMI North (ds) (Entered: 03/23/1994) |

| | | | | |
|---|---|---|---|---|
| ☐ | Runner | 33 | 03/24/1994 | STIPULATION and proposed order the time for defts. Bertelsmann, Inc., Bertelsmann Music Group, Inc., Arista Records, Inc., Sonopress, Inc. and BMG Direct Marketing, Inc. to move, answer or otherwise respond to the complaint is extended until 4/20/94. (exit SLR) (nj) (Entered: 03/28/1994) |
| ☐ | Runner | | 03/28/1994 | So Ordered granting [33-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (ds) (Entered: 03/30/1994) |
| ☐ | Runner | | 03/28/1994 | Deadline updated per stip (see D.I.33) reset Answer deadline to 4/20/94 for BMG Direct Marketing, for Sonopress, Inc., for Arista Records, Inc., for Bertelsmann, Inc., for Bertelsmann Music (ds) (Entered: 03/30/1994) |
| ☐ | Runner | 36 | 03/31/1994 | PRAECIPE to issue an alias summons for Nippon Columbia, Ltd. c/o The Hague Convention. Summons issued for Nippon Columbia, Ltd. (nj) (Entered: 04/06/1994) |
| ☐ | Runner | 34 | 04/04/1994 | MOTION and proposed order by Thorn EMI North for More Definite Statement (lf) (Entered: 04/05/1994) |
| ☐ | Runner | 35 | 04/04/1994 | Opening Brief Filed by Thorn EMI North [34-1] motion for More Definite Statement Answer Brief due 4/18/94 (lf) (Entered: 04/05/1994) |
| ☐ | Runner | 38 | 04/05/1994 | MOTION by Time Warner, Inc., WEA Manufacturing, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording for More Definite Statement re: [38-1] motion (bkb) (Entered: 05/05/1994) |
| ☐ | Runner | 37 | 04/06/1994 | CASE assigned to Judge Joseph J. Longobardi Notice to all parties (ds) (Entered: 04/06/1994) |
| ☐ | Runner | 39 | 04/06/1994 | MOTION by Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing for More Definite Statement Answer Brief due 4/20/94 re: [39-1] motion (bkb) (Entered: 04/07/1994) |
| ☐ | Runner | 40 | 04/06/1994 | MOTION by Thomson S.A. with Proposed Order for Howard O. Bell to Appear Pro Hac Vice (bkb) (Entered: 04/07/1994) |
| ☐ | Runner | 41 | 04/06/1994 | MOTION by Thomson S.A. with Proposed Order for Robert F. Perry to Appear Pro Hac Vice (bkb) (Entered: 04/07/1994) |
| ☐ | Runner | 42 | 04/06/1994 | MOTION by Thomson S.A. with Proposed Order for George E. Badenoch to Appear Pro Hac Vice (bkb) (Entered: 04/07/1994) |
| ☐ | Runner | 43 | 04/06/1994 | MOTION by Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc, John Doe I, John Does II, John Does III, John Does IV, John Does V, John Does VI, John Does VII, John Does VIII, John Does IX, John Does X, John Does XI, John Does XII, John Does XIII, John Does XIV, John Does XV, John Does XVI, John Does XVII, John Does XVIII, John Does XIX, John Does XX, John Does XXI, John Does XXII, John DOES XXIII, John Does XXIV, John Does XXV, John Does XXVI, John Does XXVII, John Does XXVIII, John Does XXIX, John Does XXX with Proposed Order for Thomas G. Carulli to Appear Pro Hac Vice (bkb) (Entered: 04/07/1994) |
| ☐ | Runner | 44 | 04/06/1994 | MOTION by Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc, John Doe I, John Does II, John Does III, John Does IV, John Does V, John Does VI, John Does VII, John Does VIII, John Does IX, John Does X, John Does XI, John Does XII, John Does XIII, John Does XIV, John Does XV, John Does XVI, John Does XVII, John Does XVIII, John Does XIX, John Does XX, John Does XXI, John Does XXII, John DOES XXIII, John Does XXIV, John Does XXV, John Does XXVI, John Does XXVII, John Does XXVIII, John Does XXIX, John Does XXX with Proposed Order for Ivan S. Kavrukov to Appear Pro Hac Vice (bkb) (Entered: 04/07/1994) |
| ☐ | Runner | 45 | 04/06/1994 | MOTION by Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc, John Doe I, John Does II, John Does III, John Does IV, John Does V, John Does VI, John Does VII, John Does VIII, John Does IX, John Does X, John Does XI, John Does XII, John Does XIII, John Does XIV, John Does XV, John Does XVI, John Does XVII, John Does XVIII, John Does XIX, John Does XX, John Does XXI, John Does XXII, John DOES XXIII, John Does XXIV, John Does XXV, John Does XXVI, John Does XXVII, John Does XXVIII, John Does XXIX, John Does XXX with Proposed Order for Christopher C. Dunham to Appear Pro Hac Vice (bkb) (Entered: 04/07/1994) |
| ☐ | Runner | 46 | 04/08/1994 | STIPULATION with proposed order the time for defts. to answer the complaint is ext. until 4/20/94 (ds) (Entered: 04/14/1994) |
| ☐ | Runner | | 04/11/1994 | So Ordered granting [40-1] motion for Howard O. Bell to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (ds) (Entered: 04/14/1994) |
| ☐ | Runner | | 04/11/1994 | So Ordered granting [41-1] motion for Robert F. Perry to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (ds) (Entered: 04/14/1994) |
| ☐ | Runner | | 04/11/1994 | So Ordered granting [42-1] motion for George E. Badenoch to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (ds) (Entered: 04/14/1994) |
| ☐ | Runner | | 04/11/1994 | So Ordered granting [43-1] motion for Thomas G. Carulli to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (ds) (Entered: 04/14/1994) |
| ☐ | Runner | | 04/11/1994 | So Ordered granting [44-1] motion for Ivan S. Kavrukov to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (ds) (Entered: 04/14/1994) |
| ☐ | Runner | | 04/11/1994 | So Ordered granting [45-1] motion for Christopher C. Dunham to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (ds) (Entered: 04/14/1994) |
| ☐ | Runner | 47 | 04/11/1994 | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for Harold V. Johnson to Appear Pro Hac Vice re: [47-1] motion (ds) (Entered: 04/14/1994) |
| ☐ | Runner | 48 | 04/11/1994 | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for James B. Blanchard to Appear Pro Hac Vice re: [48-1] motion (ds) (Entered: 04/14/1994) |
| ☐ | Runner | 49 | 04/11/1994 | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for Leif R. Sigmond, Jr. to Appear Pro Hac Vice re: [49-1] motion (ds) (Entered: 04/14/1994) |
| ☐ | Runner | 50 | 04/12/1994 | MOTION by Quixote Corporation, Disc Manufacturing for More Definite Statement Answer Brief due 4/26/94 re: [50-1] motion; defts adopt Thorn EMI defts opening brief in support of their motion for a more definite statement (ds) (Entered: 04/14/1994) |
| ☐ | Runner | 51 | 04/13/1994 | MOTION by Denon Corporation for More Definite Statement Answer Brief due 4/27/94 re: [51-1] motion; deft Denon adopts OB filed by The Thorn EMI in support of their motion for a more definite statement (ds) (Entered: 04/15/1994) |
| ☐ | Runner | | 04/15/1994 | So Ordered granting [46-1] stipulation reset Answer deadline to 4/20/94 for Denon Corporation ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 04/20/1994) |
| ☐ | Runner | | 04/15/1994 | So Ordered granting [47-1] motion for Harold V. Johnson to Appear Pro Hac Vice granting [48-1] motion for James B. Blanchard to Appear Pro Hac Vice granting [49-1] motion for Leif R. Sigmond, Jr. to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 04/20/1994) |
| ☐ | Runner | 52 | 04/18/1994 | MOTION by Time Warner, Inc., WEA Manufacturing, Warner Music Group, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording with Proposed Order for Jaime A. Siegel to Appear Pro Hac Vice re: [52-1] motion (bkb) (Entered: 04/20/1994) |
| ☐ | Runner | 53 | 04/18/1994 | MOTION by Time Warner, Inc., WEA Manufacturing, Warner Music Group, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording with Proposed Order for Daniel M. Gantt to Appear Pro Hac Vice (bkb) (Entered: 04/20/1994) |
| ☐ | Runner | 54 | 04/18/1994 | MOTION by Time Warner, Inc., WEA Manufacturing, Warner Music Group, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording with Proposed Order for John E. Nathan to Appear Pro Hac Vice (bkb) (Entered: 04/20/1994) |
| ☐ | Runner | 55 | 04/18/1994 | Answer Brief Filed by Thomson S.A. [51-1] motion for More Definite Statement Reply Brief due 4/25/94; [50-1] motion for More Definite Statement Reply Brief due 4/25/94; [39-1] motion for More Definite Statement Reply Brief due 4/25/94; [38-1] motion for a more definite statement Reply Brief due 4/25/94; [34-1] motion for More Definite Statement Reply Brief due 4/25/94 (bkb) Modified on 05/24/1994 (Entered: 04/20/1994) |
| ☐ | Runner | 56 | 04/20/1994 | STANDING ORDER NO. 1; dismissing w/o prej. motions for more def. statement-DI 38,39,50 & 51; no motions to be filed w/o prior conf. w/Court; motion(s) and briefs to be filed simultaneously as set forth in order; SEE ORDER FOR FURTHER DETAILS. signed by Judge Joseph J. Longobardi (copies to cnsl) (bkb) (Entered: 04/22/1994) |

| | Runner | | 04/21/1994 | So Ordered granting [52-1] motion for Jaime A. Siegel to Appear Pro Hac Vice granting [53-1] motion for Daniel M. Gantt to Appear Pro Hac Vice granting [54-1] motion for John E. Nathan to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 04/22/1994) |
| | Runner | 57 | 04/22/1994 | STANDING ORDER NO. 1;Thorn EMI's mot. (DI 34) is dismissed w/o prejudice.; no motions to be filed w/o prior conf. w/Court; motion(s) and briefs to be filed simultaneously as set forth in order; SEE ORDER FOR FURTHER DETAILS. ( signed by Judge Joseph J. Longobardi )(copies to cnsl) (bkb) (Entered: 04/25/1994) |
| | Runner | 58 | 05/02/1994 | MOTION by Time Warner, Inc., WEA Manufacturing, Warner Music Group, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording with Proposed Order for Marie H. MacNichol to Appear Pro Hac Vice (bkb) (Entered: 05/02/1994) |
| | Runner | 59 | 05/04/1994 | NOTICE by various defts. (See Notice) of refiling motions (DI 34, 38, 39, 50 & 51) prev. dismissed purs. to Standing Orders (DI 56 & 57). (bkb) (Entered: 05/05/1994) |
| | Runner | 60 | 05/04/1994 | Reply Brief Filed by Quixote Corporation, Disc Manufacturing [50-1] motion for More Definite Statement (bkb) (Entered: 05/05/1994) |
| | Runner | 61 | 05/04/1994 | Reply Brief Filed by Denon Corporation [51-1] motion for More Definite Statement (bkb) (Entered: 05/05/1994) |
| | Runner | 62 | 05/04/1994 | Reply Brief Filed re Time Warner Defts.' [38-1] motion for More Definite Statement (bkb) (Entered: 05/05/1994) |
| | Runner | 63 | 05/04/1994 | Reply Brief Filed by Bertelsmann Music, Bertelsmann, Inc. [39-1] motion for More Definite Statement (bkb) (Entered: 05/05/1994) |
| | Runner | 64 | 05/04/1994 | Reply Brief Filed by Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc [34-1] motion for More Definite Statement (bkb) (Entered: 05/05/1994) |
| | Runner | | 05/10/1994 | So Ordered granting [58-1] motion for Marie H. MacNichol to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 05/11/1994) |
| | Runner | 65 | 05/16/1994 | RESPONSE by Thomson S.A. in opposition to [64-1] reply brief, [63-1] reply brief, [61-1] reply brief, [60-1] reply brief (bkb) (Entered: 05/17/1994) |
| | Runner | 66 | 05/26/1994 | Letter from Clerk to counsel, sched. Rule 16 conf. for 6/30/94 at 11:00 a.m. (cc;LON) (bkb) (Entered: 06/06/1994) |
| | Runner | | 06/03/1994 | Deadline updated; set Tele-Scheduling Conference for 11:00 6/30/94 (bkb) (Entered: 06/06/1994) |
| | Runner | 67 | 06/03/1994 | ORDER denying [51-1] motion for More Definite Statement, denying [50-1] motion for More Definite Statement, denying [39-1] motion for More Definite Statement, denying [38-1] motion for More Definite Statement, denying [34-1] motion for More Definite Statement, reset Answer deadline to 6/22/94 for John Does XXX, for John Does XXIX, for John Does XXVIII, for John Does XXVII, for John Does XXVI, for John Does XXV, for John Does XXIV, for John Does XXIII, for John Does XXII, for John Does XXI, for John Does XX, for John Does XIX, for John Does XVIII, for John Does XVII, for John Does XVI, for John Does XV, for John Does XIV, for John Does XIII, for John Does XII, for John Does XI, for John Does X, for John Does IX, for John Does VIII, for John Does VII, for John Does VI, for John Does V, for John Does IV, for John Does III, for John Does II, for John Does I, for Denon Corporation, for Nippon Columbia, LTD, for Disc Manufacturing, for Quixote Corporation, for Capitol Records, Inc, for Capitol-EMI Music, for EMI Music, Inc., for Thorn EMI North, for BMG Direct Marketing, for Sonopress, Inc., for Arista Records, Inc., for Bertelsmann, Inc., for Bertelsmann Music, for Atlantic Recording, for Warner Bros. Records, for Warner Communication, for Elektra, for Warner Music Group, for WEA Manufacturing, for Time Warner, Inc. , set Tele-Scheduling Conference for June 30,1994 at 11:00 a.m. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 06/06/1994) |
| | Runner | 68 | 06/13/1994 | CERTIFICATE OF SERVICE by Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc re 1st set interrogs. & 1st rqts. prod. docs. to Thomson. (bkb) (Entered: 06/14/1994) |
| | Runner | 69 | 06/14/1994 | CERTIFICATE OF SERVICE by Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing re defts' 1st set interrogs. & defts' 1st rqst. docs. & things. (bkb) (Entered: 06/15/1994) |
| | Runner | 70 | 06/15/1994 | CERTIFICATE OF SERVICE by Quixote Corporation, Disc Manufacturing re defts' 1st set rqsts. docs. & things (bkb) (Entered: 06/16/1994) |
| | Runner | 71 | 06/15/1994 | CERTIFICATE OF SERVICE by Quixote Corporation, Disc Manufacturing re 1st set interrogs. (bkb) (Entered: 06/16/1994) |
| | Runner | 72 | 06/22/1994 | NOTICE of intent to seek determination of complexity by Quixote Corporation, Disc Manufacturing (bkb) (Entered: 06/28/1994) |
| | Runner | 73 | 06/22/1994 | NOTICE of intent to seek determination of complexity by Time Warner, Inc., WEA Manufacturing, Warner Music Group, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording (bkb) (Entered: 06/28/1994) |
| | Runner | 74 | 06/22/1994 | NOTICE of intent to seek determination of complexity by Thorn EMI North, Capitol-EMI Music, Capitol Records, Inc, Quixote Corporation (bkb) (Entered: 06/28/1994) |
| | Runner | 75 | 06/22/1994 | NOTICE of intent to seek determination of complexity by Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing (bkb) (Entered: 06/28/1994) |
| | Runner | 76 | 06/22/1994 | ANSWER to Complaint & affirm. defenses by Quixote Corporation, Disc Manufacturing (bkb) (Entered: 06/28/1994) |
| | Runner | 77 | 06/22/1994 | ANSWER to complaint and COUNTERCLAIM by EMI Music, Inc., Capitol Records, Inc Quixote Corporation, Disc Manufacturing against Thomson S.A. (bkb) (Entered: 06/28/1994) |
| | Runner | 78 | 06/22/1994 | ANSWER to Complaint by Denon Corporation ; jury demand (bkb) (Entered: 06/28/1994) |
| | Runner | 79 | 06/22/1994 | ANSWER to complaint and COUNTERCLAIM by Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing against Thomson S.A. (bkb) (Entered: 06/28/1994) |
| | Runner | 80 | 06/22/1994 | ANSWER to complaint and COUNTERCLAIM by Time Warner, Inc., WEA Manufacturing, Warner Music Group, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording against Thomson S.A. (bkb) (Entered: 06/29/1994) |
| | Runner | 81 | 06/23/1994 | CERTIFICATE OF SERVICE by Thomson S.A. re interrogs. 1-8 & rqsts. prod. 1-13 to each deft. (bkb) (Entered: 06/29/1994) |
| | Runner | 82 | 06/29/1994 | RESPONSE by Thomson S.A. in opposition to [75-1] notice, [74-1] notice, [73-1] notice, [72-1] notice (bkb) (Entered: 06/30/1994) |
| | Runner | 83 | 06/29/1994 | MOTION by Denon Corporation with Proposed Order for Douglas V. Rigler to Appear Pro Hac Vice (bkb) (Entered: 06/30/1994) |
| | Runner | 84 | 06/29/1994 | Proposed Order filed by Time Warner, Inc. re scheduling (bkb) (Entered: 07/05/1994) |
| | Runner | | 06/30/1994 | Scheduling conference held (bkb) (Entered: 07/05/1994) |
| | Runner | | 07/06/1994 | So Ordered granting [83-1] motion for Douglas V. Rigler to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 07/06/1994) |
| | Runner | 85 | 07/08/1994 | AMENDED ANSWER to Complaint by Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing : amends [79-1] answer1 & counterclaim (bkb) (Entered: 07/11/1994) |
| | Runner | 86 | 07/08/1994 | SCHEDULING ORDER setting Status Conference for 2:30 2/5/96; Discovery cutoff 6/15/95 ; Deadline for filing dispositive motions 9/13/95, as set forth in order--NO MOTIONS TO BE FILED W/O A PRIOR CONF. W/COURT; MOTIONS & BRIEFS TO BE FILED SIMULTANEOUSLY AFTER ALL BRIEFING HAS BEEN COMPLETED; BRIEF SCHED-op. br. 8/21/95.;ssn. br. 9/5/95;rply. br. 9/13/95;NO briefing to be submitted re discovery disputes; Pretrial conference for 10:00 1/5/96 ; Trial Date Deadline 9:00 2/5/96 ; Proposed Pretrial Order due on 12/21/95; PLEASE |

| | | | |
|---|---|---|---|
| | | | SEE ORDER FOR FURTHER DETAILS. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 07/11/1994) |
| Runner | 87 | 07/11/1994 | CERTIFICATE OF SERVICE by Thomson S.A. re pltf's resp. to Thorn EMI's; 1st set interrogs; 1st set rqsts. prod. docs. (bkb) (Entered: 07/12/1994) |
| Runner | 88 | 07/12/1994 | TRANSCRIPT filed [0-0] Scheduling conference for dates of 6/30/94 (bkb) (Entered: 07/12/1994) |
| Runner | 89 | 07/12/1994 | ANSWER by Thomson S.A. to [80-2] counter claim (bkb) (Entered: 07/13/1994) |
| Runner | 90 | 07/12/1994 | ANSWER by Thomson S.A. to [77-2] counter claim (bkb) (Entered: 07/13/1994) |
| Runner | 91 | 07/12/1994 | ANSWER by Thomson S.A. to [79-2] counter claim (bkb) (Entered: 07/13/1994) |
| Runner | 92 | 07/14/1994 | ORDER amending Scheduling Order re filing list of expert witnesses-due 4/14/95. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 07/15/1994) |
| Runner | 93 | 07/14/1994 | CERTIFICATE OF SERVICE re Thomson's resp. to Bertelsmann defts'; 1st set interrogs. & 1st rqsts. prod. docs. (bkb) (Entered: 07/15/1994) |
| Runner | 94 | 07/14/1994 | CERTIFICATE OF SERVICE by Thomson S.A.'s resp. to Quixote defts'; 1st set interrogs. & 1st rqsts. for docs.,etc. (bkb) (Entered: 07/15/1994) |
| Runner | 95 | 07/19/1994 | MOTION by Time Warner, Inc., WEA Manufacturing, Warner Music Group, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording with Proposed Order for Bernard R. Sorkin to Appear Pro Hac Vice (bkb) (Entered: 07/19/1994) |
| | | 07/20/1994 | So Ordered granting [95-1] motion for Bernard R. Sorkin to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 07/21/1994) |
| Runner | 96 | 08/01/1994 | CERTIFICATE OF SERVICE by Sonopress, Inc. re resp. to pltf's 1st; set interrogs. & rqsts. prod. (bkb) (Entered: 08/02/1994) |
| Runner | 97 | 08/01/1994 | CERTIFICATE OF SERVICE by Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., BMG Direct Marketing re resp. to pltf's; 1st set interrogs.; 1st rqsts. prod. (bkb) (Entered: 08/02/1994) |
| Runner | 98 | 08/01/1994 | CERTIFICATE OF SERVICE by Bertelsmann, Inc. re resp. to pltf's 1st set interrogs. & to pltf's 1st rqsts. prod. (bkb) (Entered: 08/02/1994) |
| Runner | 99 | 08/01/1994 | CERTIFICATE OF SERVICE by Time Warner, Inc.defts. re resp. to various discovery. (bkb) (Entered: 08/02/1994) |
| Runner | 100 | 08/02/1994 | CERTIFICATE OF SERVICE by Quixote defts re resp. to pltf's interrogs. 1-8 & pltf's rqsts. prod. nos. 1-13. (bkb) (Entered: 08/02/1994) |
| Runner | 101 | 08/02/1994 | Steno Notes for 6/30/94 conf. by rptr. Slate. (bkb) (Entered: 08/02/1994) |
| Runner | 102 | 08/02/1994 | CERTIFICATE OF SERVICE by Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc re discovery requests. (bkb) (Entered: 08/04/1994) |
| Runner | 103 | 08/04/1994 | RETURN OF SERVICE executed as to Nippon Columbia, LTD 7/20/94 Answer due on 8/9/94 for Nippon Columbia, LTD (bkb) (Entered: 08/08/1994) |
| | | 08/17/1994 | Deadline updated; set Telephone Conference for 10:00 8/23/94 (bkb) (Entered: 08/17/1994) |
| Runner | 104 | 08/22/1994 | PROPOSED CONSENT JUDGMENT for Thomson S.A. against Nippon Columbia, LTD, Denon Corporation (bkb) (Entered: 08/22/1994) |
| Runner | 105 | 08/23/1994 | Steno Notes for 8/23/94 by rptr. K. Maurer (bkb) (Entered: 08/23/1994) |
| | | 08/23/1994 | Deadline updated; set Telephone Conference for 11:00 11/28/94 (bkb) (Entered: 08/23/1994) |
| | | 08/23/1994 | Tele-conference held (bkb) (Entered: 08/23/1994) |
| | | 08/24/1994 | So Ordered granting [104-1] judgment order ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 08/25/1994) |
| Runner | 106 | 08/25/1994 | ORDER, defts' mot. to bifurcate is denied w/o prej.; parties are to submit requests for bifurcation, if any, by 11/20/95; response to rqsts. due by 11/22/95; tele-conf. sched. for 11/28/95 at 11:00 a.m.; PLEASE SEE ORDER FOR DETAILS. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 08/25/1994) |
| | | 08/25/1994 | EXIT: Copy of DI 2 w/copy of DI 104 attached, sent to Commissioner of Patents. (bkb) (Entered: 08/25/1994) |
| Runner | 107 | 09/26/1994 | PROPOSED CONSENT JUDGMENT for Thomson S.A. against Time Warner, Inc., WEA Manufacturing, Warner Music Group, Elektra, Warner Communication, Warner Bros. Records, Atlantic Recording, John Doe I, John Does II, John Does III, John Does IV, John Does V, John Does VI, John Does VII, John Does VIII, John Does IX, John Does X; PLEASE SEE JUDGMENT FOR DETAILS. (bkb) (Entered: 09/26/1994) |
| | | 09/27/1994 | So Ordered granting [107-1] judgment order ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 09/28/1994) |
| Online | 108 | 10/17/1994 | Proposed PROTECTIVE Order filed (bkb) (Entered: 10/19/1994) |
| | | 10/27/1994 | Deadline updated; reset Telephone Conference for 11:00 11/28/95 (bkb) (Entered: 10/27/1994) |
| | | 10/28/1994 | So Ordered [108-1] proposed order ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 11/01/1994) |
| Online | 109 | 10/31/1994 | NOTICE of subpoena dir. to Zenith Electronics, Corp. by Bertelsmann Music, Bertelsmann, Inc. (bkb) (Entered: 11/01/1994) |
| Online | 110 | 11/07/1994 | NOTICE of by Bertelsmann defts. re subpoena served on Frederick S. Frei,Esq. (bkb) (Entered: 11/08/1994) |
| Online | 111 | 11/15/1994 | CERTIFICATE OF SERVICE by Bertelsmann Music, Bertelsmann, Inc., et al.'s 1st rqsts. adm. & 2d rqsts. docs. & things. (bkb) (Entered: 11/18/1994) |
| Online | 112 | 11/18/1994 | STIPULATED PROTECTIVE ORDER; with proposed order (bkb) (Entered: 11/18/1994) |
| Runner | 113 | 11/22/1994 | CERTIFICATE OF SERVICE by Quixote defts' suppl. ans. to pltf's interrogs. (bkb) (Entered: 11/29/1994) |
| | | 11/22/1994 | So Ordered granting [112-1] stipulation ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 11/29/1994) |
| Runner | 114 | 12/01/1994 | NOTICE of ntoce to Philips Electronics North America Corp., by Bertelsmann Music, Bertelsmann, Inc. (bkb) (Entered: 12/02/1994) |
| Runner | 115 | 12/06/1994 | CERTIFICATE OF SERVICE by Bertelsmann, Inc., Arista Records, Inc., BMG Direct Marketing re 3d rqst. for docs.; suppl. resp. to pltf's 1st set interrogs.; suppl. resp. to pltf 1st rqsts. prod. (bkb) (Entered: 12/07/1994) |
| Runner | 116 | 12/13/1994 | CERTIFICATE OF SERVICE by Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc. re resp. to pltf's discovery. (bkb) (Entered: 12/19/1994) |
| | | | CERTIFICATE OF SERVICE by Thomson S.A. re resp. to Bertelsmann deft's 2d rqsts. for. docs. & things & resp. to |

| | | | |
|---|---|---|---|
| Runner | 117 | 12/15/1994 | Bertelsmann's 1rst. rqst. adm. (bkb) (Entered: 12/19/1994) |
| Runner | 118 | 12/28/1994 | NOTICE by Capitol Records, Inc to take deposition of Le Carvennec, Lacotte, et al. on 1/17/95 at 10:00 a.m. (bkb) (Entered: 01/03/1995) |
| Runner | 119 | 01/05/1995 | CERTIFICATE OF SERVICE by Thomson S.A. re resp. to Bertelsmann defts' 3d rqsts. for docs. & things. (bkb) (Entered: 01/06/1995) |
| Runner | 120 | 01/06/1995 | CERTIFICATE OF SERVICE by Bertelsmann Music, Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing re 4th rqsts. for prod. docs. & things (bkb) (Entered: 01/09/1995) |
| Runner | 121 | 01/17/1995 | NOTICE by Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing to take deposition of Thomson S.A. designees on 1/25/95 at 10:00 a.m. (bkb) (Entered: 01/17/1995) |
| Runner | 122 | 02/01/1995 | CERTIFICATE OF SERVICE by Quixote Corporation, Disc Manufacturing re suppl. ans. to pltf's rqsts. nos. 1-13 (bkb) (Entered: 02/03/1995) |
| Runner | 123 | 02/03/1995 | CERTIFICATE OF SERVICE by Thomson S.A. re pltf's 2d set interrogs. 9-17 (bkb) (Entered: 02/06/1995) |
| Runner | 124 | 02/06/1995 | CERTIFICATE OF SERVICE by Thomson S.A. re resp. to Bertelsmann defts' 4th rqst. for docs. & things. (bkb) (Entered: 02/07/1995) |
| Runner | 125 | 02/13/1995 | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for Barry F. Irwin to Appear Pro Hac Vice (bkb) (Entered: 02/13/1995) |
| Runner | 126 | 02/13/1995 | CERTIFICATE OF SERVICE by Bertelsmann Music, Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing re their 5th rqst. for docs & things & their 2d set interrogs. & 2d rqsts. adm. (bkb) (Entered: 02/13/1995) |
| Runner | 127 | 02/13/1995 | Non-Expert Witness list by Quixote Corporation, Disc Manufacturing (bkb) (Entered: 02/14/1995) |
| Runner | 128 | 02/13/1995 | CERTIFICATE OF SERVICE by Thomson S.A. re rqst. for prod. No. 16 to ea. deft. (bkb) (Entered: 02/14/1995) |
| Runner | 129 | 02/13/1995 | Witness list by Thomson S.A.; "IDENTIFICATION OF FACT WITNESSES" (bkb) (Entered: 02/14/1995) |
| Runner | 130 | 02/13/1995 | NOTICE by Thomson S.A. to take deposition of "the Bertelsmann Defendants" on 2/23/95 at 9:30 a.m. (bkb) (Entered: 02/14/1995) |
| Runner | 131 | 02/13/1995 | NOTICE by Thomson S.A. to take deposition of "the Thorn EMI Defendants" on 2/27/95 at 9:30 a.m. (bkb) (Entered: 02/14/1995) |
| Runner | 132 | 02/13/1995 | NOTICE by Thomson S.A. to take deposition of "the Quixote Defendants" on 2/28/95 at 9:30 a.m. (bkb) (Entered: 02/14/1995) |
| Runner | 133 | 02/13/1995 | NOTICE by Quixote Corporation, Disc Manufacturing to take deposition of Thomsom S.A. designee(s) on as agreed upon by cnsl. (bkb) (Entered: 02/14/1995) |
| Runner | 134 | 02/14/1995 | CERTIFICATE OF SERVICE by Bertelsmann Defts. re list of non-expert trial witnesses. (bkb) (Entered: 02/14/1995) |
| Runner | 135 | 02/14/1995 | CERTIFICATE OF SERVICE by Thorn EMI defts. discovery rqsts. (2d set interrogs.; 2d rqst. prod.; Non-Expert trial witness list) (bkb) (Entered: 02/14/1995) |
| Runner | 136 | 02/14/1995 | CERTIFICATE OF SERVICE by Quixote Corporation, Disc Manufacturing re 2d set interrogs.---DI 136 AMENDED w/filing of DI 137 (bkb) Modified on 02/15/1995 (Entered: 02/14/1995) |
| Runner | 137 | 02/15/1995 | AMENDED CERTIFICATE OF SERVICE by Quixote Corporation, Disc Manufacturing re DMI's 1st set interrogs. (NOT The Quixote defts' 2d set interrogs.) (bkb) (Entered: 02/15/1995) |
| Runner | | 02/16/1995 | So Ordered granting [125-1] motion for Barry F. Irwin to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 02/21/1995) |
| Runner | 138 | 02/21/1995 | NOTICE of subpoena upon Discovision Associates by Bertelsmann defts. (bkb) (Entered: 02/21/1995) |
| Runner | 139 | 03/02/1995 | CERTIFICATE OF SERVICE by Thomson S.A. re 4 subpoenas. (bkb) (Entered: 03/03/1995) |
| Runner | 140 | 03/02/1995 | CERTIFICATE OF SERVICE by Bertelsmann Defts. re subpoena upon Don A. Hollingsworth. (bkb) (Entered: 03/03/1995) |
| Runner | 141 | 03/06/1995 | NOTICE of subpoena to Richard L. Wilkinson by Bertelsmann defts. (bkb) (Entered: 03/06/1995) |
| Runner | 142 | 03/06/1995 | CERTIFICATE OF SERVICE by Bertelsmann defts. re resp. to pltf's 2d set of interrogs. (Nos. 9-17) (bkb) (Entered: 03/08/1995) |
| Runner | 143 | 03/08/1995 | CERTIFICATE OF SERVICE by Quixote Corporation, Disc Manufacturing re resp. to pltf's 2d set interrogs. (bkb) (Entered: 03/08/1995) |
| Runner | 144 | 03/08/1995 | CERTIFICATE OF SERVICE by Thomson S.A. re svc. of subpoena upon Robert H. Thau re prod. docs. on 3/15/95 at 9:00 a.m. (bkb) (Entered: 03/09/1995) |
| Runner | 145 | 03/09/1995 | NOTICE of subpoena served upon Lawrence S. Canino by Bertelsmann defts. (bkb) (Entered: 03/09/1995) |
| Runner | 146 | 03/15/1995 | CERTIFICATE OF SERVICE by Thomson S.A. re subpoena served upon Marvin H. Kleinberg, Esq. (bkb) (Entered: 03/16/1995) |
| Runner | 147 | 03/15/1995 | CERTIFICATE OF SERVICE by Thomson S.A.re service of subpoena uopn Discovision Associates (bkb) (Entered: 03/16/1995) |
| Runner | 148 | 03/16/1995 | CERTIFICATE OF SERVICE by Bertelsmann defts. re ntc. under 35 USC 282 ; suppl. resp. to pltf's 2d set interrogs.; resp. to pltf's doc. rqst. No. 16. (bkb) (Entered: 03/16/1995) |
| Runner | 149 | 03/16/1995 | CERTIFICATE OF SERVICE by Thomson S.A. re responses to defts' discovery; see doc. for details. (bkb) (Entered: 03/16/1995) |
| Runner | 150 | 03/16/1995 | CERTIFICATE OF SERVICE by Quixote Corporation, Disc Manufacturing re ntc. under 35 USC 282. (bkb) (Entered: 03/16/1995) |
| Runner | 151 | 03/16/1995 | CERTIFICATE OF SERVICE by Quixote Corporation, Disc Manufacturing re ans. to pltf's rqst. prod. No. 16. (bkb) (Entered: 03/16/1995) |
| Runner | 152 | 03/17/1995 | CERTIFICATE OF SERVICE by Thorn EMI defts. re discovery responses & ntc. of prior art. (bkb) (Entered: 03/18/1995) |
| Runner | 153 | 03/17/1995 | CERTIFICATE OF SERVICE by Thorn EMI defts. resp. to pltf's 2d set interrogs. (bkb) (Entered: 03/18/1995) |
| Runner | 154 | 03/30/1995 | STIPULATION with proposed order re modifications to scheduling order as to expert reports & depostions of expert witnesses; expert discovery to be completed by 6/30/95. (bkb) (Entered: 04/07/1995) |
| Runner | | 04/04/1995 | So Ordered granting [154-1] stipulation reset Discovery deadline to 6/30/95 ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 04/07/1995) |
| Runner | 155 | 05/01/1995 | Expert Report (filed by pltf.) of Tom Arnold---SEALED (bkb) (Entered: 05/05/1995) |
| Runner | 156 | 05/01/1995 | Expert report by Dr. Cardinal Warde (bkb) (Entered: 05/05/1995) |
| Runner | 157 | 05/01/1995 | Expert report of Donald W. Banner, Esq. (bkb) (Entered: 05/05/1995) |

| | | | |
|---|---|---|---|
| ☐ Runner | 158 | 05/01/1995 | Expert report of Leonard Laub (bkb) (Entered: 05/05/1995) |
| ☐ Runner | 159 | 05/01/1995 | Expert report of Gary G. Slaten---SEALED (bkb) (Entered: 05/05/1995) |
| ☐ Runner | 160 | 05/17/1995 | Expert report of Donald J. Quigg (bkb) (Entered: 05/18/1995) |
| ☐ Runner | 161 | 05/22/1995 | Expert report of Ken C. Pohlman (bkb) (Entered: 05/31/1995) |
| ☐ Runner | 162 | 05/22/1995 | Expert report of Allan G. Kennedy----SEALED (bkb) (Entered: 05/31/1995) |
| ☐ Runner | 163 | 05/22/1995 | Expert report of Leonard Laub in rebuttal to expert rpt. of Dr. Cardinal Warde (bkb) (Entered: 05/31/1995) |
| ☐ Runner | 164 | 05/22/1995 | Expert report of Leonard Laub in rebuttal to expert rpt. of Gary G. Slaten-----SEALED (bkb) (Entered: 05/31/1995) |
| ☐ Runner | 165 | 05/23/1995 | Expert report of Tom Milster (bkb) (Entered: 05/31/1995) |
| ☐ Runner | 166 | 05/24/1995 | Corrected rpt. of Leonard Laub in rebuttal to expert rpt. of Dr. Cardinal Warde (bkb) (Entered: 05/31/1995) |
| ☐ Runner | 167 | 05/24/1995 | Corrected expert report of Leonard Laub in rebuttal to expert rpt. of Gary L. Slaten----SEALED (bkb) (Entered: 05/31/1995) |
| ☐ Runner | 168 | 05/25/1995 | CORRECTED Expert report of Tom Milster (bkb) (Entered: 05/31/1995) |
| ☐ Runner | 169 | 07/13/1995 | STIPULATION with proposed order; expert disc. ext. till 7/6/95; case disp. mot. due by 7/14/95; undisputed facts to be exchanged by 7/21/95. (bkb) (Entered: 07/14/1995) |
| ☐ Runner | 170 | 07/14/1995 | NOTICE of Intent to file case dispositive motions by Quixote defts. (bkb) (Entered: 07/19/1995) |
| ☐ Runner | 171 | 07/14/1995 | NOTICE of Intent to file case dispositive motions by Thorn EMI North, et al. (bkb) (Entered: 07/19/1995) |
| ☐ Runner | 172 | 07/14/1995 | NOTICE of intent to file case dispositive motions by Bertelsmann Music, Bertelsmann, Inc. (bkb) (Entered: 07/19/1995) |
| ☐ Runner | | 07/19/1995 | So Ordered granting [169-1] stipulation reset Scheduling Order Deadlines: Discovery deadline on 7/6/95 ; SEE STIP. FOR FURTHER DETAILS. ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 07/20/1995) |
| ☐ Runner | 173 | 07/31/1995 | STIPULATION with proposed order ext. time till 8/2/95 to submit statement re undisputed & disputed facts. (bkb) (Entered: 08/01/1995) |
| ☐ Runner | 174 | 08/01/1995 | TRANSCRIPT filed for dates of 7/26/95 tele-conf. (bkb) (Entered: 08/02/1995) |
| ☐ Runner | 175 | 08/02/1995 | ORDER,for the reasons set forth at 7/26/95 tele-conf., Thomson shall produce unredacted copies of the license agreements and settlement documents involving the patents-in-suit. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 08/03/1995) |
| ☐ Runner | 176 | 08/04/1995 | Parties' joint statement of undisputed and disputed facts---SEALED. (bkb) Modified on 08/07/1995 (Entered: 08/04/1995) |
| ☐ Runner | | 08/08/1995 | So Ordered granting [173-1] stipulation ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 08/10/1995) |
| ☐ Runner | | 09/06/1995 | Status conference held (bkb) (Entered: 09/12/1995) |
| ☐ Runner | 177 | 09/20/1995 | STIPULATION with proposed order that pltf's op. br. supp. mot. part. sum. jgm. may exceed 40, but no more than 49, pages. (bkb) (Entered: 10/06/1995) |
| ☐ Runner | 178 | 09/20/1995 | Quixote defts' ntc. of joinder in Thorn EMI defts' br. in oppos. to mot. part. sum. jgm. (bkb) (Entered: 10/06/1995) |
| ☐ Runner | 179 | 09/20/1995 | MOTION by Quixote defts for PArtial Summary Judgment limiting Thomson's recovery for damages (bkb) (Entered: 10/06/1995) |
| ☐ Runner | 180 | 09/20/1995 | MOTION by Quixote defts. for Partial Summary Judgment on claim of interpretation (bkb) (Entered: 10/06/1995) |
| ☐ Runner | 181 | 09/20/1995 | Quixote defts' joinder in Thorn EMI defts' mot. for part. sum. jgm. re est. royalty (bkb) (Entered: 10/06/1995) |
| ☐ Runner | 182 | 09/20/1995 | Opening Brief Filed by Quixote Defts. [180-1] motion for Partial Summary Judgment on claim of interpretation (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 183 | 09/20/1995 | Answer Brief Filed by Thomson S.A. [180-1] motion for Partial Summary Judgment on claim of interpretation (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 184 | 09/20/1995 | Reply Brief Filed by Quixote Defts. [180-1] motion for Partial Summary Judgment on claim of interpretation (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 185 | 09/20/1995 | MOTION by Thomson S.A. for Partial Summary Judgment dismissing deft's prior invention defense (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 186 | 09/20/1995 | Opening Brief Filed by Thomson S.A. [185-1] motion for Partial Summary Judgment dismissing deft's prior invention defense----SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 187 | 09/20/1995 | Appendix to Brief Filed by Thomson S.A. Appending [186-1] opening brief---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 188 | 09/20/1995 | Answer Brief Filed by Bertelsmann Defts. [185-1] motion for Partial Summary Judgment dismissing deft's prior invention defense---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 189 | 09/20/1995 | Appendix to Brief Filed by Bertelsmann Defts. Appending [188-1] answer brief---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 190 | 09/20/1995 | Reply Brief Filed by Thomson S.A. [185-1] motion for Partial Summary Judgment dismissing deft's prior invention defense--~---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 191 | 09/20/1995 | MOTION by Thomson S.A. for Partial Summary Judgment dismissing deft's prior knowledge & use defense (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 192 | 09/20/1995 | Opening Brief Filed by Thomson S.A. [191-1] motion for Partial Summary Judgment dismissing deft's prior knowledge & use defense---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 193 | 09/20/1995 | Appendix to Brief Filed by Thomson S.A. Appending [192-1] opening brief---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 194 | 09/20/1995 | Answer Brief Filed by Bertelsmann defts. [191-1] motion for Partial Summary Judgment dismissing deft's prior knowledge & use defense----SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 195 | 09/20/1995 | Appendix to Brief Filed by Bertelsmann defts. Appending [194-1] answer brief---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 196 | 09/20/1995 | Reply Brief Filed by Thomson S.A. [191-1] motion for Partial Summary Judgment dismissing deft's prior knowledge & use defense----SEALED (bkb) (Entered: 10/10/1995) |
| | | | Opening Brief Filed by Quixote defts. [179-1] motion for Partial Summary Judgment limiting Thomson's recovery |

| | | | |
|---|---|---|---|
| ☐ Runner | 197 | 09/20/1995 | for damages---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 198 | 09/20/1995 | Answer Brief Filed by Thomson S.A. [179-1] motion for PArtial Summary Judgment limiting Thomson's recovery for damages----SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 199 | 09/20/1995 | Reply Brief Filed by Quixote defts. [179-1] motion for PArtial Summary Judgment limiting Thomson's recovery for damages----SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 200 | 09/20/1995 | MOTION by Thomson S.A. for Partial Summary Judgment that patents-in-suit are infringed (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 201 | 09/20/1995 | Opening Brief Filed by Thomson S.A. [200-1] motion for Partial Summary Judgment that patents-in-suit are infringed----SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 202 | 09/20/1995 | Appendix to Brief Filed by Thomson S.A. Appending [201-1] opening brief---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 203 | 09/20/1995 | Answer Brief Filed by Quixote Corporation, Disc Manufacturing [200-1] motion for Partial Summary Judgment that patents-in-suit are infringed---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 204 | 09/20/1995 | Appendix to Brief Filed by Quixote Corporation, Disc Manufacturing Appending [203-1] answer brief---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 205 | 09/20/1995 | Reply Brief Filed by Thomson S.A. [200-1] motion for Partial Summary Judgment that patents-in-suit are infringed---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 206 | 09/20/1995 | MOTION by Bertelsmann defts. for Summary Judgment on issue of claim interpretation (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 207 | 09/20/1995 | MOTION by Thorn EMI defts. for Summary Judgment on issue of claim interpretation (bkb) Modified on 11/30/1995 (Entered: 10/10/1995) |
| ☐ Runner | 208 | 09/20/1995 | Appendix to Brief Filed by Quixote Corporation, Disc Manufacturing Appending [184-1] reply brief---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 209 | 09/20/1995 | MOTION & memo. of law in supp. by Bertelsmann defts. for Partial Summary Judgment re Reasonable Royalty ---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 210 | 09/20/1995 | MOTION by Thorn EMI deft. for Partial Summary Judgment re reasonable royalty (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 211 | 09/20/1995 | Opening Brief Filed by Thorn EMI defts. [210-1] motion for Partial Summary Judgment re reasonable royalty---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 212 | 09/20/1995 | Appendix to Brief Filed by Thorn EMI defts. Appending [211-1] opening brief---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 213 | 09/20/1995 | Answer Brief Filed by Thomson S.A. [210-1] motion for Partial Summary Judgment re reasonable royalty---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 214 | 09/20/1995 | Appendix to Brief Filed by Thomson S.A. Appending [213-1] answer brief---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | 215 | 09/20/1995 | Reply Brief Filed by Thorn EMI defts. [210-1] motion for Partial Summary Judgment re reasonable royalty---SEALED (bkb) (Entered: 10/10/1995) |
| ☐ Runner | | 10/11/1995 | So Ordered granting [177-1] stipulation ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 10/13/1995) |
| ☐ Runner | 216 | 10/12/1995 | MEMORANDUM by Bertelsmann defts. in opposition to pltf's rply. br. re pltf's mot. for part. sum. judg. dismissing defts' prior invention defense.----SEALED (bkb) (Entered: 10/13/1995) |
| ☐ Runner | 217 | 10/16/1995 | ORDER; setting conf. for 10/25/95 at 10:00 a.m. to discuss Markman decision & bifurcation; SEE ORDER FOR DETAILS. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 10/31/1995) |
| ☐ Runner | 218 | 10/17/1995 | ORDER, Bertelsmann defts. are granted leave to file a surreply brief to pltf's reply. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 10/31/1995) |
| ☐ Runner | | 10/25/1995 | Hearing re: scheduling matters & pretrial matter. (bkb) (Entered: 11/06/1995) |
| ☐ Runner | 219 | 10/31/1995 | TRANSCRIPT filed [0-0] motion hearing for dates of 10/25/95 (bkb) (Entered: 11/06/1995) |
| ☐ Runner | 220 | 11/14/1995 | ORDER; defts' renewed motion to bifurcate is GRANTED; issues of infringement & validity will be tried separately from the issues of willfulness & damages; 3 wk. jury trial sched. for 2/5/96 is continued; a hearing is sched. for 2/12/96 ("Markman/summary judgment hearing"); P/T conf. sched. for 1/5/96 is redesignated as a pre-Markman/summary judgment hearing conf.; P/T conf. is sched. for 7/12/95 at 8:30; P/T order, jury instr. & voir dire to be filed by 7/8/96; jury trial on issues of infringement & validity is sched. (2 wks.) to comm. 7/22/95 at 9:00 a.m.; cnsl. are to meet in chambers at 8:30 a.m.; a jury trial on issues of willfulness & damages will be scheduled at a later date. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 11/15/1995) |
| ☐ Runner | | 11/15/1995 | Deadline updated; set Jury Trial for 9:00 7/22/96 , set In Chambers Conference for 8:30 7/22/96 , set Status Conference for 10:00 1/5/96 (bkb) (Entered: 11/15/1995) |
| ☐ Runner | | 11/15/1995 | Deadline updated; reset Pretrial Conference for 8:30 7/12/96 , set Scheduling Order Deadlines: Proposed Pretrial Order due on or before 7/8/96 (bkb) (Entered: 11/15/1995) |
| ☐ Runner | | 12/21/1995 | Deadline updated; Motion Hearing set for 10:00 2/12/96 for [180-1] motion for Partial Summary Judgment on claim of interpretation, set for 10:00 2/12/96 for [179-1] motion for Partial Summary Judgment limiting Thomson's recovery for damages, set for 10:00 2/12/96 for [210-1] motion for Partial Summary Judgment re reasonable royalty, set for 10:00 2/12/96 for [209-1] motion for Partial Summary Judgment re Reasonable Royalty, set for 10:00 2/12/96 for [207-1] motion for Summary Judgment on issue of claim interpretation, set for 10:00 2/12/96 for [206-1] motion for Summary Judgment on issue of claim interpretation, set for 10:00 2/12/96 for [191-1] motion for Partial Summary Judgment that patents-in-suit are infringed, set for 10:00 2/12/96 for [191-1] motion for Partial Summary Judgment dismissing deft's prior knowledge & use defense, set for 10:00 2/12/96 for [185-1] motion for Partial Summary Judgment dismissing deft's prior invention defense (bkb) (Entered: 12/21/1995) |
| ☐ Runner | 221 | 12/22/1995 | JOINT Proposed PREHEARING Order filed by Thomson S.A., Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing, Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc, Quixote Corporation, Disc Manufacturing, Nippon Columbia, LTD, Denon Corporation (bkb) Modified on 01/03/1996 (Entered: 01/03/1996) |
| ☐ Runner | 222 | 01/04/1996 | ORDER, reset Status Conference for 11:00 2/7/96 ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 01/19/1996) |
| ☐ Runner | | 02/07/1996 | In-chambers conference held (bkb) (Entered: 02/12/1996) |
| ☐ Runner | 223 | 02/08/1996 | Steno Notes for 2/7/96 by rptr. Dibbs (bkb) (Entered: 02/12/1996) |
| ☐ Runner | 224 | 02/09/1996 | MOTION by Bertelsmann, Inc. with Proposed Order for Michael Phillipps to Appear Pro Hac Vice (bkb) (Entered: 02/12/1996) |
| ☐ Runner | | 02/12/1996 | Motion hearing re:"Markman" hearing . (day 1 of 3) (bkb) (Entered: 02/20/1996) |
| ☐ Runner | | 02/13/1996 | Motion hearing re: "Markman" hrg. (day 2 of 3) (bkb) (Entered: 02/20/1996) |
| ☐ Runner | | 02/14/1996 | Motion hearing re:"Markman" hrg. (day 3 of 3) (bkb) (Entered: 02/20/1996) |

| | | | |
|---|---|---|---|
| ☐ Runner | 225 | 02/14/1996 | MOTION by Thomson S.A. with Proposed Order for John Flock to Appear Pro Hac Vice (bkb) (Entered: 02/20/1996) |
| ☐ Runner | 226 | 02/20/1996 | Steno Notes for 2/15/96 (bkb) (Entered: 03/01/1996) |
| ☐ Runner | | 02/22/1996 | So Ordered granting [225-1] motion for John Flock to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 03/01/1996) |
| ☐ Runner | 227 | 02/22/1996 | Quixote's offer of proof re Professor Milster's animations (bkb) (Entered: 03/01/1996) |
| ☐ Runner | | 02/26/1996 | So Ordered granting [224-1] motion for Michael Phillipps to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 03/05/1996) |
| ☐ Runner | 228 | 02/28/1996 | ORDER [180-1] motion for Partial Summary Judgment on claim of interpretation taken under advisement; [207-1] motion for Summary Judgment on issue of claim interpretation taken under advisement; [206-1] motion for Summary Judgment on issue of claim interpretation taken under advisement; [200-1] motion for Partial Summary Judgment that patents-in-suit are infringed is dismissed w/o prej. in part & taken under advisement in part; granting [179-1] motion for Partial Summary Judgment limiting Thomson's recovery for damages; denying [210-1] motion for Partial Summary Judgment re reasonable royalty; denying [209-1] motion for Partial Summary Judgment re Reasonable Royalty; granting [191-1] motion for Partial Summary Judgment; dismissing deft's prior knowledge & use defense; denying [185-1] motion for Partial Summary Judgment; dismissing deft's prior invention defense; Pltf. & defts (collectively) to submit briefing on issue of claim interpretation, due 3/6/96 & 3/20/96---NO reply briefs; PLEASE SEE ORDER FOR FURTHER DETAILS. set Notice of Compliance deadline to 3/20/96 ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 03/05/1996) |
| ☐ Runner | 229 | 02/29/1996 | TRANSCRIPT filed [0-0] motion (Markman) hearing for dates of 2/12/96 (bkb) (Entered: 03/05/1996) |
| ☐ Runner | 230 | 02/29/1996 | TRANSCRIPT filed [0-0] motion (Markman) hearing for dates of 2/13/96 (bkb) (Entered: 03/05/1996) |
| ☐ Runner | 231 | 02/29/1996 | TRANSCRIPT filed [0-0] motion (Markman) hearing for dates of 2/14/96 (bkb) (Entered: 03/05/1996) |
| ☐ Runner | 232 | 03/06/1996 | POST (Markman) HEARING BRIEF by Thomson S.A. on issues of claim interpretation (bkb) (Entered: 03/12/1996) |
| ☐ Runner | 233 | 03/06/1996 | POST (Markman) HEARING BRIEF filed jointly by defts. (APPEARS TO BE A DUPLICATE OF DI 235, FILED 3/7/96 at 3:54 pm) (bkb) Modified on 05/20/1996 (Entered: 03/12/1996) |
| ☐ Runner | 234 | 03/06/1996 | DEFTS' Appendix to Brief Filed Appending [233-1] trial brief (bkb) (Entered: 03/12/1996) |
| ☐ Runner | 235 | 03/07/1996 | POST (Markman) HEARING BRIEF jointly filed by defts.--- APPEARS TO BE A DUPLICATE OF DI 233. (bkb) Modified on 05/20/1996 (Entered: 03/12/1996) |
| ☐ Runner | 236 | 03/08/1996 | MOTION by Thorn EMI DEFTS. with Proposed Order for Robert T. Maldonado to Appear Pro Hac Vice re: [236-1] motion (bkb) (Entered: 03/12/1996) |
| ☐ Runner | | 03/13/1996 | So Ordered granting [236-1] motion for Robert T. Maldonado to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 03/14/1996) |
| ☐ Runner | 237 | 03/20/1996 | RESPONSE by Thomson S.A. re issues of claim interpretation (bkb) (Entered: 03/22/1996) |
| ☐ Runner | 238 | 03/20/1996 | Defts' Joint Post-Markman hearing Answer Brief (bkb) (Entered: 03/22/1996) |
| ☐ Runner | | 06/07/1996 | Tele-conference held re brief sched. (bkb) (Entered: 06/17/1996) |
| ☐ Runner | 239 | 06/10/1996 | MOTION by Thomson S.A. with Proposed Order in Limine to limit testimony of Paul E. Day (bkb) (Entered: 06/19/1996) |
| ☐ Runner | 240 | 06/10/1996 | Opening Brief Filed by Thomson S.A. [239-1] motion in Limine to limit testimony of Paul E. Day Answer Brief due 6/24/96------SEALED (bkb) (Entered: 06/19/1996) |
| ☐ Runner | 241 | 06/11/1996 | ORDER, re filing of and briefing of pltf's motion in limine (See DI 239 & 240); reset Answer Brief Deadline to 6/21/96 re: [239-1] motion in Limine to limit testimony of Paul E. Day , reset Reply Brief Deadline to 6/28/96 re: [239-1] motion in Limine to limit testimony of Paul E. Day ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 06/19/1996) |
| ☐ Runner | | 06/19/1996 | Deadline updated; reset Pretrial Conference for 9:00 7/9/96 (bkb) (Entered: 06/19/1996) |
| ☐ Runner | 242 | 06/20/1996 | MOTION by Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing with Proposed Order for Frances M. Lynch to Appear Pro Hac Vice (bkb) (Entered: 06/26/1996) |
| ☐ Runner | 243 | 06/21/1996 | Answer Brief Filed by Thorn EMI defts' [239-1] motion in Limine to limit testimony of Paul E. Day Reply Brief due 6/28/96 (bkb) (Entered: 06/26/1996) |
| ☐ Runner | 244 | 06/28/1996 | Reply Brief Filed by Thomson S.A. [239-1] motion in Limine to limit testimony of Paul E. Day (bkb) (Entered: 07/09/1996) |
| ☐ Runner | 245 | 06/28/1996 | MEMORANDUM OPINION ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 07/09/1996) |
| ☐ Runner | 246 | 06/28/1996 | ORDER denying [180-1] motion for Partial Summary Judgment on claim of interpretation; denying [206-1] motion for Summary Judgment on issue of claim interpretation; denying [207-1] motion for Summary Judgment on issue of claim interpretation; granting in part, denying in part [200-1] motion for Partial Summary Judgment that patents-in-suit are infringed; SEE ORDER FOR FURTHER DETAILS. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 07/09/1996) |
| ☐ Runner | | 07/01/1996 | Deadline updated; set Telephone Conference for 10:30 7/2/96 (bkb) (Entered: 07/01/1996) |
| ☐ Runner | 247 | 07/01/1996 | Reply Brief (corrected version) Filed by Thomson S.A. [239-1] motion in Limine to limit testimony of Paul E. Day (bkb) (Entered: 07/09/1996) |
| ☐ Runner | | 07/02/1996 | Tele-conference held (bkb) (Entered: 07/09/1996) |
| ☐ Runner | 248 | 07/02/1996 | TRANSCRIPT filed [0-0] telephone conference for dates of 7/2/96 (bkb) (Entered: 07/09/1996) |
| ☐ Runner | | 07/03/1996 | So Ordered granting [242-1] motion for Frances M. Lynch to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 07/09/1996) |
| ☐ Runner | | 07/08/1996 | Deadline updated; reset Pretrial Conference for 9:00 7/16/96 (bkb) (Entered: 07/08/1996) |
| ☐ Runner | 249 | 07/08/1996 | MOTION by Thomson S.A. with Proposed Order in Limine to limit testimony of Donald J. Quigg (bkb) (Entered: 07/09/1996) |
| ☐ Runner | 250 | 07/08/1996 | Opening Brief Filed by Thomson S.A. [249-1] motion in Limine to limit testimony of Donald J. Quigg (bkb) (Entered: 07/09/1996) |
| ☐ Runner | 251 | 07/08/1996 | Answer Brief Filed by Thorn EMI North [249-1] motion in Limine to limit testimony of Donald J. Quigg (bkb) (Entered: 07/09/1996) |
| ☐ Runner | 252 | 07/08/1996 | Reply Brief Filed by Thomson S.A. [249-1] motion in Limine to limit testimony of Donald J. Quigg (bkb) (Entered: 07/09/1996) |
| | | | MOTION by Thomson S.A. with Proposed Order in Limine to exclude jury nullification arguments (bkb) (Entered: |

| | | | | |
|---|---|---|---|---|
| ☐ | Runner | 253 | 07/08/1996 | 07/09/1996) |
| ☐ | Runner | 254 | 07/08/1996 | Opening Brief Filed by Thomson S.A. [253-1] motion in Limine to exclude jury nullification arguments (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 255 | 07/08/1996 | Answer Brief Filed by Thorn EMI defts re [253-1] motion in Limine to exclude jury nullification arguments (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 256 | 07/08/1996 | Reply Brief Filed by Thomson S.A. [253-1] motion in Limine to exclude jury nullification arguments (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 257 | 07/08/1996 | MOTION by Thomson S.A. with Proposed Order in Limine to exclude German Court decisions & opinions (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 258 | 07/08/1996 | Opening Brief Filed by Thomson S.A. [257-1] motion in Limine to exclude German Court decisions & opinions (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 259 | 07/08/1996 | MOTION by Bertelsmann Music in Limine to set order of trial in accord. w/burdens of proof (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 260 | 07/08/1996 | Opening Brief Filed by Bertelsmann defts. re [259-1] motion in Limine to set order of trial in accord. w/burdens of proof (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 261 | 07/08/1996 | MOTION ("corrected") by Bertelsmann defts. in Limine to exclude certain testimony & exhibits proferred by pltf. (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 262 | 07/08/1996 | Opening Brief ("corrected") Filed by Bertelsmann defts. [261-1] motion in Limine to exclude certain testimony & exhibits proferred by pltf. (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 266 | 07/08/1996 | ORDER, reset Pretrial Conference for 9:30 7/16/96 ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 07/10/1996) |
| ☐ | Runner | 263 | 07/09/1996 | PROPOSED CONSENT JUDGMENT between Thomson S.A. AND Bertelsmann Music, Bertelsmann, Inc., Arista Records, Inc., Sonopress, Inc., BMG Direct Marketing, John Does XI, John Does XII, John Does XIII, John Does XIV, John Does XVI, John Does XVII, John Does XVIII, John Does XIX, John Does XX-----PLEASE SEE CONSENT JUDGMENT FOR DETAILS. (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | 264 | 07/09/1996 | Reply Brief Filed by defts. re [269-1] motion in Limine to exclude certain testimony & exhibits proferred by pltf. (bkb) Modified on 07/15/1996 (Entered: 07/09/1996) |
| ☐ | Runner | 265 | 07/09/1996 | Reply Brief Filed by Quixote Corporation, Disc Manufacturing [261-1] motion in Limine to exclude certain testimony & exhibits proferred by pltf. (bkb) (Entered: 07/09/1996) |
| ☐ | Runner | | 07/10/1996 | So Ordered granting [263-1] judgment order ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 07/12/1996) |
| ☐ | Runner | 267 | 07/10/1996 | CONSENT JUDGMENT for Thomson S.A. against Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc, John Does XXI, John Does XXII, John Does XXIII, John Does XXIV, John Does XXV, John Does XXVI, John Does XXVII, John Does XXVIII, John Does XXIX, John Does XXX; PLEASE SEE JUDGMENT FOR DETAILS. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 07/12/1996) |
| ☐ | Runner | 268 | 07/11/1996 | Proposed pre-trial order filed by Thomson S.A., Quixote Corporation, Disc Manufacturing (bkb) (Entered: 07/12/1996) |
| ☐ | Runner | 269 | 07/11/1996 | MOTION by Thorn defts. in Limine to limit testimony of Leonard Laub (bkb) (Entered: 07/12/1996) |
| ☐ | Runner | 270 | 07/11/1996 | Opening Brief Filed by Thorn EMI North, EMI Music, Inc., Capitol-EMI Music, Capitol Records, Inc, John Does XXI, John Does XXII, John DOES XXIII, John Does XXIV, John Does XXV, John Does XXVI, John Does XXVII, John Does XXVIII, John Does XXIX, John Does XXX [269-1] motion in Limine to limit testimony of Leonard Laub (bkb) (Entered: 07/12/1996) |
| ☐ | Runner | | 07/12/1996 | Tele-conference held re expert witness. (bkb) (Entered: 07/12/1996) |
| ☐ | Runner | 271 | 07/12/1996 | Answer Brief Filed by Thomson S.A. [261-1] motion in Limine to exclude certain testimony & exhibits proferred by pltf. (bkb) (Entered: 07/12/1996) |
| ☐ | Runner | 272 | 07/12/1996 | Answer Brief Filed by Thomson S.A. [269-1] motion in Limine to limit testimony of Leonard Laub-------SEALED (bkb) (Entered: 07/12/1996) |
| ☐ | Runner | 273 | 07/12/1996 | 2d Amended Trial Exhibit list by Thomson S.A. (bkb) (Entered: 07/15/1996) |
| ☐ | Runner | 274 | 07/12/1996 | RESPONSE by Thomson S.A. in opposition to defts' demonstrative exhibits (bkb) (Entered: 07/15/1996) |
| ☐ | Runner | 275 | 07/12/1996 | Pltf's depos. testimony counter-designations (bkb) (Entered: 07/15/1996) |
| ☐ | Runner | 276 | 07/12/1996 | RESPONSE by Thomson S.A. in opposition to defts' pro. trial exhibit list (bkb) (Entered: 07/15/1996) |
| ☐ | Runner | 277 | 07/12/1996 | Proposed AMENDED pre-trial order filed by Thomson S.A., Quixote Corporation, Disc Manufacturing (bkb) (Entered: 07/16/1996) |
| ☐ | Runner | | 07/16/1996 | Pre-trial conference held (bkb) (Entered: 07/16/1996) |
| ☐ | Runner | 278 | 07/16/1996 | TRANSCRIPT filed [0-0] pre-trial conference for dates of 7/16/96 (bkb) (Entered: 07/17/1996) |
| ☐ | Runner | 279 | 07/16/1996 | TRANSCRIPT filed [0-0] telephone conference for dates of 7/12/96 (bkb) (Entered: 07/17/1996) |
| ☐ | Runner | 280 | 07/17/1996 | ORDER denying [239-1] motion in Limine to limit testimony of Paul E. Day; granting [249-1] motion in Limine to limit testimony of Donald J. Quigg; granting [253-1] motion in Limine to exclude jury nullification arguments; dismissing as moot [257-1] motion in Limine to exclude German Court decisions opinions; dismissing as moot [259-1] motion in Limine to set order of trial in accord. w/burdens of proof; granting in part, denying in part [261-1] motion in Limine to exclude certain testimony & exhibits proferred by pltf.; granting in part, denying in part [269-1] motion in Limine to limit testimony of Leonard Laub ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 07/17/1996) |
| ☐ | Runner | 281 | 07/18/1996 | ORDER; defts' mot. for continuance of trial is denied; Paul Day shall not testify as a non-rebuttal expert witness; depos. transcripts of Ken C. Pohlman & Gary B. Slayten shall be admissable at trial; parties may conduct new depositions of Pohlman & Slayten for use at trial. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 07/19/1996) |
| ☐ | Runner | 282 | 07/19/1996 | Proposed Jury instructions by Thomson S.A., Quixote Corporation, Disc Manufacturing (bkb) (Entered: 07/19/1996) |
| ☐ | Runner | 283 | 07/19/1996 | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for Christopher M. Cavan to Appear Pro Hac Vice (bkb) (Entered: 07/19/1996) |
| ☐ | Runner | 284 | 07/19/1996 | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for Thomas L. Gianetti to Appear Pro Hac Vice (bkb) (Entered: 07/19/1996) |
| ☐ | Runner | 285 | 07/19/1996 | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for Michael H. Baniak to Appear Pro Hac Vice (bkb) (Entered: 07/19/1996) |
| ☐ | Runner | 286 | 07/19/1996 | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for Thomas G. Carulli to Appear Pro Hac Vice (bkb) (Entered: 07/19/1996) |
| ☐ | Runner | 287 | 07/19/1996 | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for Ivan S. Kavrukov to Appear Pro Hac Vice (bkb) (Entered: 07/19/1996) |

| | | | |
|---|---|---|---|
| ☐ | Runner | | 07/22/1996 In-chambers conference held (bkb) (Entered: 07/23/1996) |
| ☐ | Runner | | 07/22/1996 Jury trial held--Day 1. (bkb) (Entered: 07/23/1996) |
| ☐ | Runner | | 07/23/1996 Jury trial held---Day 2. (bkb) (Entered: 07/23/1996) |
| ☐ | Runner | | 07/24/1996 Jury trial held----Day #3. (bkb) (Entered: 07/25/1996) |
| ☐ | Runner | | 07/24/1996 So Ordered granting [287-1] motion for Ivan S. Kavrukov to Appear Pro Hac Vice, granting [286-1] motion for Thomas G. Carulli to Appear Pro Hac Vice, granting [285-1] motion for Michael H. Baniak to Appear Pro Hac Vice, granting [284-1] motion for Thomas L. Gianetti to Appear Pro Hac Vice, granting [283-1] motion for Christopher M. Cavin to Appear Pro Hac Vice ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 07/25/1996) |
| ☐ | Runner | 288 | 07/24/1996 Steno Notes for 7/23/96 (Daily copy--Vol. 2) by rptr. Gaffigan. (bkb) (Entered: 07/25/1996) |
| ☐ | Runner | | 07/25/1996 Jury trial held----Day #4. (bkb) (Entered: 07/25/1996) |
| ☐ | Runner | 289 | 07/25/1996 AMENDED Proposed Jury instructions by Thomson S.A., Quixote Corporation, Disc Manufacturing (bkb) (Entered: 07/26/1996) |
| ☐ | Runner | | 07/26/1996 Jury trial held---Day #5. (bkb) (Entered: 07/26/1996) |
| ☐ | Runner | 290 | 07/26/1996 STIPULATION that deft. Quixote owns & controls Disc Manufacturing, such that the parties agree that Quixote will be bound by and liable for any judgment entered agnst. Disc Manufacturing. (bkb) (Entered: 07/29/1996) |
| ☐ | Runner | 291 | 07/26/1996 Pltf's amended proposed Voir dire questions by Thomson S.A. (bkb) (Entered: 07/29/1996) |
| ☐ | Runner | 292 | 07/26/1996 Amened proposed Voir dire questions by Quixote Corporation, Disc Manufacturing (bkb) (Entered: 07/29/1996) |
| ☐ | Runner | 293 | 07/26/1996 Steno Notes for 7/25/96 (daily copy-jury trial--Vol. 4) bt rptr. Gaffigan. (bkb) (Entered: 07/29/1996) |
| ☐ | Runner | | 07/29/1996 Jury trial held---Day 6; closing arguments; Court's charge to jury; jury deliberations. (bkb) Modified on 07/29/1996 (Entered: 07/29/1996) |
| ☐ | Runner | | 07/30/1996 Jury trial held---Day 7 (bkb) (Entered: 07/30/1996) |
| ☐ | Runner | 294 | 07/30/1996 SPECIAL JURY VERDICT FORM; verdict in favor of pltf. re infringement; verdict in favor of defts. re invalidity. (bkb) (Entered: 07/30/1996) |
| ☐ | Runner | 295 | 07/30/1996 JUDGMENT for Thomson S.A. & agnst. Quixote Corporation and Disc Manufacturing on issue(s) of INFRINGEMENT; against Thomson S.A. and for Quixote Corporation & Disc Manufacturing on issue(s) of invalidity. ( signed by Judge Joseph J. Longobardi ) copies to: cnsl.l (bkb) (Entered: 07/30/1996) |
| ☐ | Runner | | 07/30/1996 Case closed (bkb) (Entered: 07/30/1996) |
| ☐ | Runner | 296 | 07/30/1996 Steno Notes for 7/29/96 (Vol. # 6) by rptr. Gaffigan (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 297 | 07/30/1996 Steno Notes for 7/30/96 (vol. 7) by rptr. Gaffigan (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 298 | 07/31/1996 STIPULATION with proposed order that cnsl. be allowed to w/draw the following trial exhbts; DTX-350,351,353,354,355,356 & 258; PTX-1A,2A,3A & 4A. (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 299 | 07/31/1996 TRANSCRIPT filed [0-0] jury trial, [0-0] in chambers conference for dates of 7/22/96 (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 300 | 07/31/1996 TRANSCRIPT filed [0-0] jury trial for dates of 7/23/96 (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 301 | 07/31/1996 TRANSCRIPT filed [0-0] jury trial for dates of 7/24/96 (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 302 | 07/31/1996 TRANSCRIPT filed [0-0] jury trial for dates of 7/25/96 (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 303 | 07/31/1996 TRANSCRIPT filed [0-0] jury trial for dates of 7/26/96 (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 304 | 07/31/1996 TRANSCRIPT filed [0-0] jury trial for dates of 7/29/96 (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 305 | 07/31/1996 TRANSCRIPT filed [0-0] jury trial for dates of 7/30/96 (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | 306 | 07/31/1996 ORDER re payment for jury's lunches for 7/29/96 & 7/30/96. ( signed by Judge Joseph J. Longobardi ) copies to: financial dpty. (bkb) (Entered: 07/31/1996) |
| ☐ | Runner | | 08/05/1996 So Ordered granting [298-1] stipulation ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 08/05/1996) |
| ☐ | Runner | | 08/07/1996 Re Report to Comm. of Patents (DI 2); copy of report w/copy of 7/30/96 judgment attach. were mailed to Commissioner this date. (bkb) (Entered: 08/07/1996) |
| ☐ | Runner | | 08/13/1996 Case reopened (bkb) (Entered: 08/13/1996) |
| ☐ | Runner | 307 | 08/13/1996 MOTION by Thomson S.A. for Judgment As a Matter of Law , or, in the alternative, for A New Trial Answer Brief due 8/27/96 re: [307-1] motion, Answer Brief due 8/27/96 re: [307-2] motion (bkb) (Entered: 08/13/1996) |
| ☐ | Runner | 308 | 08/13/1996 Opening Brief Filed by Thomson S.A. [307-1] motion for Judgment As a Matter of Law, [307-2] motion for A New Trial (bkb) (Entered: 08/13/1996) |
| ☐ | Runner | 309 | 08/27/1996 MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order to Extend Time to file ans. br. (bkb) (Entered: 08/30/1996) |
| ☐ | Runner | 310 | 08/29/1996 Answer Brief Filed by Quixote Corporation, Disc Manufacturing [307-1] motion for Judgment As a Matter of Law Reply Brief due 9/5/96, [307-2] motion for A New Trial Reply Brief due 9/5/96 (bkb) (Entered: 08/30/1996) |
| ☐ | Runner | 311 | 08/29/1996 Appendix to Brief Filed by Quixote Corporation, Disc Manufacturing Appending [310-1] answer brief (bkb) (Entered: 08/30/1996) |
| ☐ | Runner | 312 | 09/05/1996 STIPULATION with proposed order ext. time till 9/10/96 for filing of reply brief re pltf's motion for judg. as a matter of law. (bkb) (Entered: 09/06/1996) |
| ☐ | Runner | | 09/06/1996 So Ordered granting [309-1] motion to Extend Time to file ans. br. ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 09/10/1996) |
| ☐ | Runner | 313 | 09/10/1996 Reply Brief Filed by Thomson S.A. [307-1] motion for Judgment As a Matter of Law, [307-2] motion for A New Trial (bkb) (Entered: 09/11/1996) |
| ☐ | Runner | | 09/12/1996 So Ordered granting [312-1] stipulation ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 09/12/1996) |
| ☐ | Runner | | MOTION by Quixote Corporation, Disc Manufacturing with Proposed Order for Leave to File sur-reply memo re: |

| | | | |
|---|---|---|---|
| ☐ Runner | 314 | 09/17/1996 | [314-1] motion (bkb) (Entered: 09/18/1996) |
| ☐ Runner | 315 | 09/17/1996 | SUR-REPLY MEMORANDUM by Quixote Corporation, Disc Manufacturing in opposition to [307-1] motion for Judgment As a Matter of Law, [307-2] motion for A New Trial (bkb) (Entered: 09/18/1996) |
| ☐ Runner | 316 | 09/23/1996 | MEMORANDUM by Thomson S.A. in opposition to [314-1] motion for Leave to File sur-reply memo (bkb) (Entered: 10/01/1996) |
| ☐ Runner | | 09/25/1996 | So Ordered denying [314-1] motion for Leave to File sur-reply memo ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 10/01/1996) |
| ☐ Runner | 317 | 06/24/1997 | MEMORANDUM OPINION ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 06/25/1997) |
| ☐ Runner | 318 | 06/24/1997 | ORDER denying [307-1] motion for Judgment As a Matter of Law; denying [307-2] motion for A New Trial ( signed by Judge Joseph J. Longobardi ) copies to: cnsl. (bkb) (Entered: 06/25/1997) |
| ☐ Runner | | 06/24/1997 | Case closed (bkb) (Entered: 06/25/1997) |
| ☐ Runner | 319 | 07/23/1997 | NOTICE OF APPEAL by Thomson S.A. to FEDERAL CIRCUIT re; [318-1] order, [295-1] judgment order . Time: 4:29 p.m. Fee Status: PAID #117385 (bkb) (Entered: 07/24/1997) |
| ☐ Runner | | 07/28/1997 | Notice of appeal and certified copy of docket to the Federal Circuit Court of Appeals: [319-1] appeal by Thomson S.A. (ds) (Entered: 07/28/1997) |
| ☐ Runner | | 07/28/1997 | copies of appeal to Honorable Joseph J. Longobardi, Charles S. Crompton, Jr., and Thomas C. Grimm, Esq., Kevin Maurer, Brian Gaffigan and Valerie Gunning (ds) (Entered: 07/28/1997) |
| ☐ Runner | 320 | 08/01/1997 | Transcript NOT requested (already on file) [319-1] appeal by Thomson S.A. (bkb) (Entered: 08/11/1997) |
| ☐ Runner | | 08/04/1997 | NOTICE of Docketing ROA from USCA Re: [319-1] appeal by Thomson S.A. USCA NUMBER: 97-1485 (bkb) (Entered: 08/11/1997) |
| ☐ Runner | | 08/13/1997 | Certified and transmitted certified list in lieu of record on appeal to the Federal Circuit Court of Appeals: [319-1] appeal by Thomson S.A. (ds) (Entered: 08/13/1997) |
| ☐ Runner | 321 | 01/30/1998 | STIPULATION with proposed order granting pltf. permission to temporarily w/dr. 3 trial exhibits. (bkb) (Entered: 01/30/1998) |
| ☐ Runner | 322 | 01/30/1998 | Acknowledgment form signed by pltf's rep. re w/draw of trial exhibits; PX-150-2; PX150-1A; and PX 150-1B. (bkb) (Entered: 01/30/1998) |
| ☐ Runner | | 02/05/1998 | Exhibits referenced in DI 322 were ret'd to Court. (bkb) (Entered: 03/26/1998) |
| ☐ Runner | | 02/11/1998 | So Ordered granting [321-1] stipulation ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (bkb) (Entered: 02/11/1998) |
| ☐ Runner | 323 | 02/18/1999 | JUDGMENT & OPINION OF USCA-Federal Circuit (certified copy) Re: [319-1] appeal; USDC judgment is AFFIRMED. (cc:LON) (bkb) (Entered: 03/01/1999) |
| ☐ Runner | 324 | 03/02/1999 | Bill of costs by Quixote Corporation, Disc Manufacturing (bkb) (Entered: 03/10/1999) |
| ☐ Runner | 325 | 03/16/1999 | RESPONSE by Thomson S.A. in opposition to [324-1] defts' bill of costs (bkb) (Entered: 03/17/1999) |
| ☐ Runner | 326 | 03/22/1999 | Letter to Clerk from Quixote's counsel in oppos. to Thomson's resp. to bill of costs. (bkb) (Entered: 03/24/1999) |
| ☐ Runner | 327 | 03/25/1999 | Letter to Clerk from Mr. Crompton in resp. to Quixote's 3/22/99 letter re bill of costs. (bkb) (Entered: 04/07/1999) |
| ☐ Runner | 328 | 05/26/2000 | Clerk's Taxation of Cost; costs taxed in favor of defts. & agnst. pltf. in total amt. of $4,346.50. (cc:cnsl.). (bkb) (Entered: 05/26/2000) |
| ☐ Runner | 329 | 10/13/2000 | Letter to counsel from D. Clk. Strickler re return of sealed documents. (bkb) (Entered: 10/16/2000) |
| ☐ Runner | 330 | 10/17/2000 | ACKNOWLEDGMENT OF receipt of sealed documents (DI 159, et al.) by Ms. Ingersoll. (bkb) (Entered: 10/17/2000) |
| ☐ Runner | 331 | 10/23/2000 | ACKNOWLEDGEMENT OF SERVICE as to Quixote Corporation, Disc Manufacturing 10/23/00 re receipt of sealed documents (bkb) (Entered: 10/23/2000) |
| ☐ Runner | 332 | 11/27/2000 | Letter to Mr. Crompton from clerk's office, w/ack. of receipt, re return of sealed docs. to counsel. (bkb) (Entered: 11/29/2000) |
| ☐ Runner | 333 | 11/29/2000 | Letter to Mr. Grimm from D. Clk. Blansfield re return of sealed documents; receipt of sealed docs. ack. 11/29/00. (bkb) (Entered: 12/11/2000) |
| ☐ Runner | 334 | 02/14/2001 | Letter to Dpty Clerk Strickler from Stacie L. Roberts re release of sealed docket item #176 (dab) (Entered: 02/28/2001) |
| ☐ Runner | 335 | 02/15/2001 | ACKNOWLEDGEMENT OF SERVICE 2/15/01 of Sealed Document 176 by Potter, Anderson & Corroon (dab) (Entered: 02/28/2001) |
| ☐ Runner | 336 | 07/02/2001 | Letter from Clerk to counsel re disposition of trial exhibits. (bkb) (Entered: 07/02/2001) |
| ☐ Runner | 337 | 07/24/2001 | Letter from Mr. Grimm to D. Clk. Blackwell in resp. to 7/2/01 letter; clerk may dispose of defts' exhibits. (bkb) (Entered: 07/24/2001) |
| ☐ Runner | 338 | 08/07/2001 | Return Acknowledgment of receipt of trial exhibits by counsel for pltf. (bkb) (Entered: 08/07/2001) |

Items 1 to 423 of 423

[ Retrieve Document(s) ]    [ Send to TimeMap ]

**Need a better solution for receiving and sending service in your cases?** Get more control over managing service in all of your cases and reduce associated overhead with LexisNexis File & Serve E-Service. Getting started is easy. Call 1.800.869.1910 or click here.

[ New Docket Search ]    [ Search in Same Court ]

® LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2014 LexisNexis®. All rights reserved.

# EXHIBIT  Z

```
>

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 T8orof6G7Awmn0C9fIg4KVrLi0QlyhezDPUNvL42iu9U1myipLMLoDMbjXtt63c1
 HS6b9NrmZXry6AemG5Jy/A==

<SEC-DOCUMENT>0000927946-00-000018.txt : 20000209
<SEC-HEADER>0000927946-00-000018.hdr.sgml : 20000209
ACCESSION NUMBER:                0000927946-00-000018
CONFORMED SUBMISSION TYPE:       SC 13D/A
PUBLIC DOCUMENT COUNT:           3
FILED AS OF DATE:                20000208

SUBJECT COMPANY:

        COMPANY DATA:
                COMPANY CONFORMED NAME:              GEMSTAR INTERNATIONAL GROUP LTD
                CENTRAL INDEX KEY:                   0000923282
                STANDARD INDUSTRIAL CLASSIFICATION:  HOUSEHOLD AUDIO & VIDEO EQUIPMENT [3651]
                IRS NUMBER:                          980139960
                FISCAL YEAR END:                     0331

        FILING VALUES:
                FORM TYPE:              SC 13D/A
                SEC ACT:
                SEC FILE NUMBER:        005-50973
                FILM NUMBER:            526192

        BUSINESS ADDRESS:
                STREET 1:               135 NORTH LOS ROBLES AVE
                STREET 2:               STE 800
                CITY:                   PASADENA
                STATE:                  CA
                ZIP:                    91101
                BUSINESS PHONE:         8187925700

        MAIL ADDRESS:
                STREET 1:               135 N LOS ROBLES AVE
                STREET 2:               STE 800
                CITY:                   PASADENA
                STATE:                  CA
                ZIP:                    91101

FILED BY:

        COMPANY DATA:
                COMPANY CONFORMED NAME:              THOMSON MULTIMEDIA
                CENTRAL INDEX KEY:                   0001080259
                STANDARD INDUSTRIAL CLASSIFICATION:  HOUSEHOLD AUDIO & VIDEO EQUIPMENT [3651]

        FILING VALUES:
                FORM TYPE:              SC 13D/A

        BUSINESS ADDRESS:
                STREET 1:               46 QUAI A LE GALLO
                STREET 2:               92100
                CITY:                   BOULOGNEFRANCE
                STATE:                  IO

        MAIL ADDRESS:
                STREET 1:               46 QUAI A LE GALLO
                CITY:                   BOULOGNE FRANCE
                STATE:                  IO
</SEC-HEADER>
<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<DESCRIPTION>SC 13D/A
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D

Under the Securities Exchange Act of 1934
(Amendment No. 1)


GEMSTAR INTERNATIONAL GROUP LIMITED
(Name of Issuer)


Ordinary Shares, par value $.01 per share
(Title or Class of Securities)


G-3788-V106
(CUSIP Number)


Philippe Andrau
THOMSON multimedia S.A.
46 Quai A. LeGallo
92100 Boulogne

FRANCE
331-4126-5174

(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)


October 3, 1999
(Date of Event Which Requires Filing of this Statement)



If the filing person has previously filed on Schedule 13G to report the
acquisition which is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(b)(3) or (4), check the following box |_|.

Page 1 of 22


<PAGE>


CUSIP No.  G-3788-V106

1.      NAME OF REPORTING PERSON
        I.R.S. IDENTIFICATION NO. OF ABOVE PERSON (ENTITIES ONLY)

            THOMSON multimedia S.A.

2.      CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
                (a)        |_|
                (b)        |X|

3.      SEC USE ONLY

4.      SOURCE OF FUNDS

            WC

5.      CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
        PURSUANT TO ITEMS 2(d) OR 2(e) |_|

6.      CITIZENSHIP OR PLACE OF ORGANIZATION

            France

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH

```
        7.    SOLE VOTING POWER..............................None
        8.    SHARED VOTING POWER........................12,307,464
        9.    SOLE DISPOSITIVE POWER.........................None
       10.    SHARED DISPOSITIVE POWER...................12,307,464

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

             12,307,464

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN
       SHARES  |_|

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 11

             6.1%

14.    TYPE OF REPORTING PERSON
             CO
```

                        Page 2 of 22


<PAGE>


```
CUSIP No.  G-3788-V106

1.     NAME OF REPORTING PERSON
       I.R.S. IDENTIFICATION NO. OF ABOVE PERSON (ENTITIES ONLY)

             Thomson S.A.

2.     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
                        (a)     |_|
                        (b)     |X|

3.     SEC USE ONLY

4.     SOURCE OF FUNDS

             AF

5.     CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
       PURSUANT TO ITEMS 2(d) OR 2(e) |_|

6.     CITIZENSHIP OR PLACE OF ORGANIZATION

             France

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH

        7.    SOLE VOTING POWER..............................None
        8.    SHARED VOTING POWER........................12,307,464
        9.    SOLE DISPOSITIVE POWER.........................None
       10.    SHARED DISPOSITIVE POWER...................12,307,464

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

             12,307,464

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN
       SHARES  |_|

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 11

             6.1%

14.    TYPE OF REPORTING PERSON
             CO
```

                        Page 3 of 22


<PAGE>

SCHEDULE 13D
AMENDMENT NO. 1

The following information updates and revises the material contained in the original Schedule 13D report, filed April 23, 1998 (the "Original 13D") by THOMSON multimedia S.A., a French societe anonyme (the "Company"), relating to the voting Ordinary Shares, par value $.01 per share (the "Ordinary Shares"), of Gemstar International Group Limited, a British Virgin Islands corporation ("Gemstar").

Item 1.   Security and Issuer.

This Schedule 13D relates to the Ordinary Shares of Gemstar, with principal executive offices located at 135 North Los Robles Avenue, Suite 800, Pasadena, California 91101.

Item 2.   Identity and Background.

This Schedule 13D is being filed jointly by the Company and Thomson S.A., a French societe anonyme. The Company's principal business involves the manufacture and distribution of consumer electronics products. The Company is organized under the laws of France and has its principal executive offices at 46 Quai A. Le Gallo, 92100 Boulogne, France. The Company is a wholly-owned subsidiary of Thomson S.A.

Thomson S.A.'s principal executive offices are at 173 Boulevard Haussmann 75008 Paris, France. Thomson S.A. principally acts as a holding company for the French government. All of the outstanding shares of Thomson S.A. are owned by the French government.

Schedules A, B, C and D respectively, attached hereto and incorporated herein by reference, set forth the name, business address, present principal occupation or employment of the executive officers and directors of the Company and Thomson S.A. and the name, principal business and address of any company or organization in which such employment is carried on, and the citizenship of each director, executive officer and controlling person of the Company and Thomson S.A.

During the last five years, none of the Company, Thomson S.A. or any of the persons named on the attached Schedules A, B, C or D has been convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors) or was a party to a civil proceeding of a judicial or administrative body of competent jurisdiction as a result of which any such person was or is subject to a judgment, decree or final order enjoining future violations of, or prohibiting or mandating activities subject to, federal or state securities laws or finding any violation with respect to such laws.

Page 4 of 22

<PAGE>

Item 3.   Sources and Amount of Funds or Other Consideration.

2,020,666 Ordinary Shares were acquired by the Company as a result of the merger of Starsight Telecast, Inc. ("Starsight"), in which the Company held shares, with a subsidiary of Gemstar on May 8, 1997 (the "Merger"). At the time of the Merger, the Company also held two warrants to purchase Starsight shares which were converted into warrants to purchase Ordinary Shares as a result of the Merger. Each warrant entitled the Company to purchase an additional 606,200 Ordinary Shares, the first at a purchase price of $12.30 per share and the second at a purchase price of $16.50 per share.

On February 12, 1998, the Company purchased 600,000 Ordinary Shares from Viacom International Inc. ("Viacom") at an aggregate price of $19,200,000 (equal to $32.00 per Ordinary Share) pursuant to a Letter Agreement dated February 7, 1998, between the Company and Viacom (the "Letter Agreement"). The purchase was consummated using the Company's general corporate funds.

Item 4.   Purposes of Transaction.

The shares reported were acquired in connection with the Merger and the transaction described in Item 3 and are held for investment purposes.

On October 4, 1999, Gemstar, TV Guide, Inc., a Delaware corporation ("TV Guide"), and G Acquisition Subsidiary Corp., a Delaware corporation

("Sub"), entered into an Agreement and Plan of Merger (the "Merger Agreement"), pursuant to which upon consummation of the transactions contemplated therein, TV Guide will become a wholly owned subsidiary of Gemstar. Concurrently with the execution of the Merger Agreement, the Company entered into an agreement (the "Voting Agreement") pursuant to which the Company agreed to vote its shares in favor of the transactions contemplated by the Merger Agreement (including the issuance of Gemstar's Ordinary Shares in connection with the Merger and the redomestication of Gemstar from the British Virgin Islands to the State of Delaware) and against any inconsistent proposals or transactions. In addition, the Company granted an irrevocable proxy to certain officers of TV Guide and appointed such officers as its attorney-in-fact to vote all the shares beneficially owned by the Company in accordance with the provisions of the Voting Agreement. The Voting Agreement is attached hereto as Exhibit 99.1.

Although the Company may, from time to time, purchase and sell Ordinary Shares in public or private transactions, other than as described above and as contemplated by the Voting Agreement, neither the Company or Thomson S.A. has present plans or proposals which may relate to or would result in (a) the acquisition or disposition of additional securities of Gemstar; (b) an extraordinary corporate transaction, such as a merger, reorganization or liquidation, involving Gemstar or any of its subsidiaries; (c) a sale or transfer of a material amount of assets of Gemstar or any of its subsidiaries; (d) any change in the present Board of Directors or management of Gemstar, including any plans or proposals to change the number or term of directors or to fill any existing vacancies on the Board; (e) any material change in the present capitalization or dividend policy of Gemstar; (f) any other material change in Gemstar's business or corporate

<center>Page 5 of 22</center>

&lt;PAGE&gt;

structure; (g) changes in Gemstar's charter, by-laws or instruments corresponding thereto or other actions which may impede the acquisition of control of Gemstar by any person; (h) causing a class of securities of Gemstar to be delisted from a national securities exchange or to cease to be authorized to be quoted in an inter-dealer quotation system of a registered national securities association; (i) a class of equity securities of Gemstar becoming eligible for termination of a registration pursuant to section 12(g)(4) of the Securities Exchange Act of 1934, as amended; or (j) any action similar to any of those enumerated above.

Item 5.  Interest in Securities of the Issuer.

The Company beneficially owns 12,307,464 Ordinary Shares, which represent approximately 6.1% of the Ordinary Shares of Gemstar outstanding on September 30, 1999, as reported on Gemstar's Form 10-Q report for the quarter ended as of September 30, 1999, with this number of Ordinary Shares outstanding adjusted for Gemstar's two-for-one stock split paid in December 1999. On January 30, 1998, the Company agreed to the cancellation of the first of the two warrants to purchase 606,200 Ordinary Shares in exchange for a payment from Gemstar of $12,807,700 or $21.13 per Ordinary Share. In January 1999, the Company exercised the remaining warrant for 606,200 Ordinary Shares, paying Gemstar $10,002,300 or $16.50 per Ordinary Share. In April and May of 1999, the Company sold Ordinary Shares of Gemstar in open market transactions on the New York Stock Exchange as follows:

| Date of Sale | Number of Ordinary Shares Sold | Price per Ordinary Share |
| --- | --- | --- |
| April 22, 1999 | 5,000 | $102.1250 |
| April 23, 1999 | 45,000 | 100.6000 |
| April 26, 1999 | 50,000 | 110.0000 |
| April 27, 1999 | 25,000 | 120.5375 |
| May 6, 1999 | 15,000 | 125.1000 |
| May 12, 1999 | 10,000 | 125.0000 |

In April 1999, Gemstar's Board of Directors approved a two-for-one stock split in the form of a stock dividend which was paid in May 1999 to shareholders of record as of May 14, 1999.

In November 1999, Gemstar's Board of Directors approved a second two-for-one stock split in the form of a stock dividend which was paid in December 1999 to shareholders of record as of November 29, 1999.

Page 6 of 22

<PAGE>

The Company shares voting and investment power with respect to all shares reported with Thomson S.A. as the Company's majority shareholder. Thomson S.A., as the majority shareholder of the Company, may be deemed to be the beneficial owner of all of the Ordinary Shares owned by the Company.

Item 6. Contracts, Arrangements, Understandings or Relationships with Respect to Securities of the Issuer.

The Company entered into the Voting Agreement on October 3, 1999.

Item 7. Material to be Filed as Exhibits.

99.1    Voting Agreement dated October 3, 1999 between TV Guide, Inc. and THOMSON multimedia S.A.(The number of Ordinary Shares beneficially owned by the Company as stated on Schedule 1 to the Voting Agreement does not reflect the sale of 150,000 Ordinary Shares by the Company in April and May of 1999 or the two-for-one stock split paid in December 1999.)

99.2    Agreement relating to filing of joint statements as required by Rule 13d-1(k).

Page 7 of 22

<PAGE>

SIGNATURE

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Date:  February 7, 2000

THOMSON MULTIMEDIA S.A.

By:/s/ Jim Meyer
   Jim Meyer
   Senior Executive Vice
   President

THOMSON S.A.

By:/s/ Patrice Maynial
   Patrice Maynial
   Corporate Secretary

Page 8 of 22

<PAGE>

SCHEDULE A
THOMSON MULTIMEDIA S.A.
EXECUTIVE OFFICERS

```
<TABLE>
<CAPTION>
```

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT (Reported positions are with THOMSON multimedia S.A.) | CITIZENSHIP |
|------|------------------|--------------------------------------------------------------------------------------------|-------------|
| `<S>` | `<C>` | `<C>` | `<C>` |
| Thierry Breton | 46 Quai A. LeGallo 92100 Boulogne France | Chairman of the Board and Chief Executive Officer | French |
| Patrice Maynial | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President, Corporate Secretary and Legal Counsel | French |
| Olivier Mallet | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President of Finance | French |
| Olivier Barberot | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President of Human Resources | French |
| Herve Hannebicque | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President of Entrepreneurship | French |
| Christophe Ripert | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of SBU Europe | French |
| Jim Meyer | 10330 N. Meridian St. Indianapolis, IN USA | Senior Executive Vice President of SBUs Americas, Multimedia Products and New Media Services | American |
| Alain Carlotti | 1000 Toa Payoh North Singapore 31899 | Executive Vice President of SBU Asia | French |

Page 9 of 22

```
<PAGE>
```

| Al Arras | 10330 N. Meridian St. Indianapolis, IN USA | Executive Vice President of SBU Audio and Communications | American |
| Gilles Taldu | 46 Quai A. LeGallo 92100 Boulogne France | Executive Vice President of SBU Displays and Key Components | French |
| John Neville | 46 Quai A. LeGallo 92100 Boulogne France | Intellectual Property Coordination (Senior Executive Vice President) | American |
| Charles Dehelly | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of Operations Coordination | French |
| Frank Dangeard | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of Corporate Coordination | French |
| Michael O'Hara | 10330 N. Meridian St. Indianapolis, IN USA | Senior Vice President of SBU Americas | American |
| Enrique Rodriguez | 10330 N. Meridian St. Indianapolis, IN USA | Vice President of SBU Multimedia Products | Mexican |

```
</TABLE>
```

Page 10 of 22

```
<PAGE>
```

SCHEDULE B
THOMSON MULTIMEDIA S.A.
DIRECTORS

```
<TABLE>
<CAPTION>
```

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT | CITIZENSHIP |
|------|------------------|-----------------------------------|-------------|
| \<S> | \<C> | \<C> | \<C> |
| Thierry Breton | 46 Quai A. LeGallo 92100 Boulogne France | Chairman of the Board and Chief Executive Officer of THOMSON multimedia S.A. | French |
| Emmanuel Caquot | Le Bervil - 12 rue Villiot Digitip 3 75572 Paris Cedex 12 France | Section Head, French Department of Industry | French |
| Jacques-Louis Lions | 3, rue d'Anjou 75008 Paris France | Professor Emeritus at College de France | French |
| Stephane Pallez | 139 rue de Berry - Teledoc 227 75231 Paris Cedex 05 France | Deputy Director, French Department of Treasury | French |
| Marcel Roulet | 11, rue d'Anjou 75008 Paris France | Former Chairman and CEO of Thomson S.A., Former Chairman and CEO of France Telecom | French |
| Frank Dangeard | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of THOMSON multimedia S.A., Senior Executive Vice President of Thomson S.A. | French |
| Pierre Cabanes | 173, Bd Haussmann 75008 Paris France | Senior Executive Vice President of Thomson S.A. | French |

Page 11 of 22

```
<PAGE>
```

| | | | |
|------|------------------|-----------------------------------|-------------|
| Jacques Dunogue | 54 rue de la Boelie 75008 Paris France | Secretary General, Alcatel S.A. | French |
| Eddy W. Hartenstein | 2230 East Imperial Highway El Segundo, CA 90245 USA | Corporate Senior Vice President of Hughes Electronics Corporation, President of DIRECTV | American |
| Bernard Vergnes | 92977 Paris Le Defense Cedex, France | Chairman of Microsoft, Europe | French |

| | | | |
|---|---|---|---|
| Iwao Shinohara | 7-1, Shiba 5-Chome Minato-Ku Tokyo 108-01 - Japan | Senior Vice President of NEC Corporation | Japanese |
| Gerard Meymarian | 46 Quai A. LeGallo 92100 Boulogne France | General Manager, Europe TV Profit Center, THOMSON multimedia S.A. | French |
| Jean de Rotalier | 46 Quai A. LeGallo 92100 Boulogne France | Sales Planning Manager of THOMSON multimedia S.A. | French |
| Catherine Cavallari | 46 Quai A. LeGallo 92100 Boulogne France | Financial Controller of THOMSON multimedia S.A. | French |

</TABLE>

Page 12 of 22

<PAGE>

SCHEDULE C
THOMSON S.A.
EXECUTIVE OFFICERS

<TABLE>
<CAPTION>

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT | CITIZENSHIP |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Thierry Breton | 173 Boulevard Haussmann, 75008 Paris, France | Chairman and Chief Executive Officer of Thomson S.A. | French |
| Pierre Cabanes | 173 Boulevard Haussmann, 75008 Paris, France | Senior Executive Vice President of Thomson S.A. | French |
| Frank Dangeard | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of Thomson S.A. | French |
| Patrice Maynial | 46 Quai A. LeGallo 92100 Boulogne France | Corporate Secretary of Thomson S.A. | French |

</TABLE>

Page 13 of 22

<PAGE>

SCHEDULE D
THOMSON S.A.
DIRECTORS

<TABLE>
<CAPTION>

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT | CITIZENSHIP |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Thierry Breton | 46 Quai A. LeGallo 92100 Boulogne France | Chairman of the Board and Chief Executive Officer of THOMSON multimedia S.A. | French |

| | | | |
|---|---|---|---|
| Jean-Paul Gillyboeuf | 26, Bd. Victor 00460 Paris Armees France | Adjoint au Delegue General pour l'Armement Delegation Generale pour l'Armement (French government) | French |
| Jean-Pierre Noblanc | 31/33 rue de la Federation 75752 Paris, Cedex 15 France | Directeur aupres du President de CEA Industrie, charge des Composants President du Conseil de Surveillance de SGS-THOMSON (Semiconductor company) | French |
| Paul Hamon | 17, Boulevard Gaston-Birge BP 826 49808 Anges Cedex France | Operateur for Thomson Television Angers, a subsidiary of Thomson S.A. | French |
| Serge Bourget | 17, Boulevard Gaston-Birge BP 826 49808 Anges Cedex France | Analyste programmer, Thomson Television Angers, a subsidiary of Thomson S.A. | French |

Page 14 of 22

<PAGE>

| | | | |
|---|---|---|---|
| M. Didier Bureau | Le Bervil - 12 rue Villiot DIGITIP 3 75572 Paris Cedex 12 France | Ministere De L'Economie, Des Finances Et De L'Industrie - Secretariat A L'Industrie (French Government) | French |
| M. Michel Colin | 16, avenue de Saint-Cloud 78018 Versailles Cedex France | Tresoner Payeur General des Yvelines Tresorere Generale Des Yvelnes (French Government) | French |
| M. Jerome Haas | 139 rue de Bercy - Teledoc 227 75572 Paris Cedex 12 France | Sous-Directeur au Service des Participations a la Direction du Tresor Ministere De L'Economie, Des Finances Et De L'Industrie (French Government) | French |
| M. Guy de Monchy | 139 rue de Berch - Teledoc 653 75572 Paris Cedex 12 France | Chef de Service Direction de la Prevision Ministere De L'Economie, Des Finances Et De L'Industrie (French Government) | French |
| M. Marc Tessier | 7 Esplanada Henri de France 75907 Paris Cedex 165 France | President de FRANCE Television (television broadcasting company) | French |
| M. Thierry Aulagnon | 2 rue Pilet-Will 75009 Paris France | Directeur General du G.A.N. Direction Generale Deleguee Finances et Logistique | French |
| M. Bernard Larrouturou | Domaine de Voluceau Rocquencourt - BP 105 78153 Le Chesnay Cedex, France | President Directeur General de INRIA (French Government) | French |

Page 15 of 22

<PAGE>

| | | | |
|---|---|---|---|
| M. Guy de Panafieu | Bureau 59A64 - 68 route de Versailles BP 434 78434 Louveciennes Cedex, France | President Directeur General du Groupe BULL (computer equipment and information services company) | French |
| M Ervin Rosenberg | Direction des Grandes Entreprises 2 rue Laffitte 75450 Paris Cedex 09 | Membre du Cornite de Direction Generale de la B.N.P. (financial institution) | French |
| M. Jean-Marie Duboc | 46, Quai Alphonse Le Gallo 92100 Boulogne France | Representant des salaries Thomson Multimedia S.A. | French |
| M. Alain Rocoplan | Route de Dole 21110 Genlis France | Representant des salaries Thomson Tubes & Display | French |
| M. Gilles Bujot | Rue Du Gatinais BP 3 77167 Bagneaux Sur Long France | Representant des salaries Thomson Videoglass | French |
| M. Berirand Le Menestrel | 14 rue Saint-Dominque 00450 Paris Armees France | Controleur General des Armees Groupe de Controle des Services et des Industries d'Armement (French Government) | French |
| M. Thierry Colin | Tour Franatome Cedex 16 92084 Paris La Defense France | Commissaire aux Comptes titulaire Cabinet Mazars & Guerard (French Government) | French |
| M. Christian Chiarasini | 41 rue Ybry 92576 Neuilly Sur Seine Cedex, France | Commissaire aux Comptes titulaire Cabinet Barbier Frinault & Autres (French Government) | French |

Page 16 of 22

<PAGE>

| | | | |
|---|---|---|---|
| M. Patrick de Cambourg | Tour Framatome Cedex 16 92084 Paris La Defense France | Commissaire aux Comptes supplant Cabinet Mazars & Guerard (French Government) | French |
| M. Alain Grosmahn | 41, rue Ybry 92576 Neuilly Sur Seine Cedex, France | Commissaire aux Comptes supplant Cabinet Barbier Frinault & Autres (French Government) | French |

</TABLE>

Page 17 of 22

</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-99.1

```
<SEQUENCE>2
<DESCRIPTION>EXHIBIT 99.1
<TEXT>
```

Exhibit 99.1

October 3, 1999

TV Guide, Inc.
7140 S. Lewis Avenue
Tulsa, Oklahoma 74136-5422

Re:      Agreement of Principal Stockholder Concerning Transfer and
         Voting of Shares of Gemstar International Group Limited

The undersigned understands that TV Guide, Inc., A Delaware corporation
("TV Guide"), and Gemstar International Group Limited, a British Virgin Islands
corporation ("Gemstar"), of which the undersigned is a stockholder, are prepared
to enter into an agreement for the merger (the "Merger") of G Acquisition
Subsidiary Corp., a Delaware corporation ("Sub"), into TV Guide, but that TV
Guide has conditioned its willingness to proceed with such agreement (the
"Merger Agreement") upon receipt from the undersigned of assurances satisfactory
to TV Guide of the undersigned's support of and commitment to the Merger. In
order to evidence such commitment and to induce TV Guide to enter into the
Merger Agreement, the undersigned hereby represents and warrants to TV Guide and
agrees with TV Guide as follows:

1. Voting. The undersigned will vote or cause to be voted at any
meeting of the stockholders of Gemstar and in any action by consent by the
stockholders of Gemstar all shares of capital stock of Gemstar owned of record
or beneficially owned or held in any capacity by the undersigned or under the
control of the undersigned in favor of the Merger and the issuance of the Parent
Common Stock in connection with the Merger and other transactions provided for
in or contemplated by the Merger Agreement (including the domestication of
Gemstar from the British Virgin Islands to the State of Delaware), and against
any inconsistent proposals or transactions.

2. Ownership. As of the date hereof, Schedule 1 hereto sets forth the
shares of Parent Common Stock owned by the undersigned of record or
beneficially, including shares issuable upon the exercise or conversion of
options or convertible securities of Gemstar (collectively, the "Shares").

3. No Ownership Interest. Except as set forth in Section 1, nothing
contained in this Voting Agreement shall be deemed to vest in anyone other than
the undersigned any direct or indirect ownership or incidents of ownership of or
with respect to any Shares. All rights, ownership and economic benefits of and
relating to the Shares shall remain and belong to the undersigned, and no one
shall have any authority to manage, direct, restrict, regulate, govern, or
administer any of the policies or operations of Gemstar or exercise any power or
authority to direct the voting of any of the Shares as a result of this Voting
Agreement, except to the extent otherwise expressly provided herein.

Page 18 of 22

```
<PAGE>
```

4. Restrictions on Transfer. During the period from the date of the
Merger Agreement and continuing until the earlier of (i) September 30, 2000;
(ii) the termination of the Merger Agreement pursuant to its terms; or (iii) the
Effective Time (as defined in the Merger Agreement), the undersigned will not
sell, transfer, pledge or otherwise dispose of any of the Shares or any interest
therein or agree to sell, transfer, pledge or otherwise dispose of any of the
Shares or any interest therein, without your express written consent, unless the
transferee of the Shares agrees in writing to be bound by the terms of this
Voting Agreement; provided, however, that (x) the undersigned may, without your
consent, sell up to 15% of the Shares owned, in the aggregate, by the
undersigned, and (y) the undersigned may pledge the Shares to secure bona fide
indebtedness or bona fide monetization transactions or to secure the obligations
of a person in connection with derivative transactions and settlement

obligations thereunder (including, without limitation, puts, calls, collars, swaps, etc.) with respect to the Shares of Common Stock, provided that the terms of such derivative transaction permit cash settlement of a party's obligations thereunder and do not restrict our obligations to vote their pledged Shares in accordance with Section 1 hereof. The provisions of Section 5 of this Agreement shall not apply to Shares disposed of under clause (x) of the preceding sentence of this Section 4.

5. Grant of Irrevocable Proxy; Appointment of Proxy.

(a) The undersigned hereby irrevocably grants to, and appoints, Peter Boylan and Joe Kiener, in their respective capacities as officers of the TV Guide, any individual who hereafter shall succeed to any such office of TV Guide, and each of them individually, the undersigned's proxy and attorney-in-fact (with full power of substitution), for and in the undersigned's name, place and stead, to vote the Shares, or grant a consent or approval in respect of such Shares, in accordance with our covenants in Section 1 hereof.

(b) The undersigned represents that any proxies heretofore given in respect of the Shares are not irrevocable, and that all such proxies are hereby revoked.

(c) The undersigned hereby affirms that the irrevocable proxy set forth in this Section 5 is given in connection with the execution of the Merger Agreement, and that such irrevocable proxy is given to secure the performance of the undersigned's duties under this Agreement. The undersigned hereby further affirms that the irrevocable proxy is coupled with an interest an may under no circumstances be revoked. The undersigned hereby ratifies and confirms all that such irrevocable proxy may lawfully do or cause to be done by virtue hereof.

6. Termination. This letter agreement and the undersigned's obligations hereunder will terminate upon the earlier to occur of (i) the Effective Time as defined in the Merger Agreement; (ii) the date on which the Merger Agreement is terminated; or (iii) September 30, 2000.

Page 19 of 22

<PAGE>

7. Effective Date; Succession; Remedies. Upon your acceptance and execution of the Agreement, this letter agreement shall mutually bind and benefit you and the undersigned, any of the undersigned's heirs, successors and assigns any of your successors. You will not assign the benefit of this letter agreement other than to a wholly owned subsidiary. The undersigned agrees that in light of the inadequacy of damages as a remedy, specific performances shall be available to you, in addition to any other remedies you may have for the violation of this letter agreement.

8. Nature of Holdings; Shares. All references herein to our holdings of the Shares shall be deemed to include Shares held or controlled by any of us, individually, jointly (as community property or otherwise), or in any capacity, and shall extend to any securities issued to any of us in respect of the Shares.

9. Defined Terms. All capitalized terms used herein shall have the meaning ascribed to such term in the Merger Agreement, unless otherwise defined herein.

10. Specific Performance. The parties hereto agree that irreparable damage would occur in the event any provision of this Agreement was not performed in accordance with the terms hereof and that the parties shall be entitled to specific performance of the terms hereof, in addition to any other remedy at law or equity.

Very truly yours,

Principal Stockholder

THOMSON multimedia S.A.

By: /s/ J.E. Meyer

Name: J.E. Meyer

```
                                        Its:  Senior Executive
                                              Vice President

ACCEPTED:
TV GUIDE, INC.


By:   /s/ Peter C. Boylan III
Name: Peter C. Boylan III
Its:  President
```

                        Page 20 of 22


<PAGE>



                        Schedule 1


```
Beneficial Owner                      Ordinary Shares Owned
- ----------------------               ---------------------
THOMSON multimedia S.A.                  6,453,732
```

                        Page 21 of 22


```
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-99.2
<SEQUENCE>3
<DESCRIPTION>EXHIBIT 99.2
<TEXT>
```

                                        EXHIBIT 99.2

                        AGREEMENT

        Each of the  undersigned  persons  hereby  agrees that any statement on
Schedule 13D,  including any  amendments  thereto,  filed by any of such persons
with the Securities and Exchange  Commission pursuant to Section 13(d) under the
Securities  Exchange  Act of 1934,  as amended,  in respect  of the  beneficial
ownership of equity securities of Gemstar International Group Limited.  shall be
deemed to be filed on behalf of each of such persons.

        IN WITNESS  WHEREOF,  this  Agreement  has been executed by the parties
hereto effective on the 7th day of February, 2000.

                                THOMSON S.A.


                                By:/s/Patrice Maynial
                                   Patrice Maynial
                                   Corporate Secretary



                                THOMSON MULTIMEDIA S.A.


                                By:/s/ Jim Meyer
                                   Jim Meyer
                                   Senior Executive Vice
                                   President



                        Page 22 of 22

```
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```