1   Philip J. Iovieno
    Anne M. Nardacci
2   BOIES, SCHILLER & FLEXNER LLP
    30 South Pearl Street, 11th Floor
3   Albany, NY  12207
    Telephone:  (518) 434-0600
4   Facsimile:   (518) 434-0665
    Email:  piovieno@bsfllp.com
5   Email:  anardacci@bsfllp.com

6   *Liaison Counsel for Direct Action Plaintiffs*

7                 **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
8                   **SAN FRANCISCO DIVISION**

9   **IN RE CATHODE RAY TUBE (CRT)**          Master File No. 3:07-md-05944-SC
    **ANTITRUST LITIGATION**
10                                            MDL No. 1917

11  This Document Relates To:

12  *Best Buy Co, Inc. v. Technicolor*        **DIRECT ACTION PLAINTIFFS'**
    *SA, et al.,* No. 13-cv-05264;            **MOTION TO REMOVE INCORRECTLY**
13                                            **FILED DOCUMENT**

14  *Siegel v. Technicolor SA,  et al.,* No. 13-cv-
    00141;

15
    *Costco Wholesale Corp. v. Technicolor SA, et*
16  *al.,* No. 13-cv-05723;

17  *Electrograph Systems, Inc. v. Technicolor SA,*
    *et al.,* No. 13-cv-05724;
18

19  *Interbond Corp. of Am. v. Technicolor SA, et*
    *al.,* No. 13-cv-05727;
20

21  *Office Depot, Inc. v. Technicolor SA, et al.,*
    No. 13-cv-05726;

22
    *P.C. Richard & Son Long Island Corp. v.*
23  *Technicolor SA, et al.,* No. 13-cv-05725;

24  *Sears, Roebuck & Co. v. Technicolor SA, et*
    *al.,* No. 13-cv-05262;
25

26  *Schultze Agency Services, LLC v. Technicolor*
    *SA, et al.,* No. 13-cv-05668; and

27
    *Target Corp. v. Technicolor SA, et al.,* No. 13-
28  cv-05686

DIRECT ACTION PLAINTIFFS' MOTION TO                    Master File No. 3:07-md-05944-SC
REMOVE INCORRECTLY FILED DOCUMENT

On January 27, 2013, Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing L.L.C; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, L.L.C.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Electrograph Systems, Inc.; Electrograph Technologies Corp.; Interbond Corporation of America;   Office Depot, Inc.;  Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp., (collectively "Plaintiffs") filed an Administrative Motion to Seal Portions of their Opposition to Mitsubishi's Motion to Dismiss Pursuant to Civil Local Rules 7-11 and 79-5(d) to file under seal the highlighted portions of the following documents:

- Direct Action Plaintiffs' Opposition to Mitsubishi's Motion to Dismiss Complaints ("Opposition") [Dkt. No. 2358-3]

Plaintiffs have since learned that the redacted version of the above referenced document [Dkt. No. 2358-3] contains a technical error.  Consequently, this document may not comply with Local Rule 79-5(f)(1).

Therefore, Plaintiffs respectfully request that the Court order removal of this incorrectly filed document, as well as removal of the identical document that was filed in the following matters:

- *Electrograph Systems, Inc. v. Technicolor SA, et al.*, No. 13-cv-05724, Dkt. No. 13-3

- *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727, Dkt. No. 13-3

- *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726, Dkt. No. 13-3

- *P.C. Richard & Son Long Island Corp. v. Technicolor SA, et al.*, No. 13-cv-05725, Dkt. No. 14-3

- *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668, Dkt. No. 14-3

A corrected version of this document has been electronically filed at Docket No. 2380.

DIRECT ACTION PLAINTIFFS MOTION TO
REMOVE INCORRECTLY FILED DOCUMENT
- 1 -
Master File No. 3:07-md-05944-SC

1

2   DATED: February 11, 2014          /s/  Philip J. Iovieno

3                                      Philip J. Iovieno
                                       Anne M. Nardacci
4                                      BOIES, SCHILLER & FLEXNER LLP
                                       30 South Pearl Street, 11th Floor
5                                      Albany, NY  12207
                                       Telephone:  (518) 434-0600
6                                      Facsimile:  (518) 434-0665
                                       Email:  piovieno@bsfllp.com
7                                      Email:  anardacci@bsfllp.com

8                                      *Liaison Counsel for Direct Action Plaintiffs
                                       and Counsel for Plaintiffs Electrograph
9                                      Systems, Inc., Electrograph Technologies,
                                       Corp., Office Depot, Inc., Interbond
10                                     Corporation of America, P.C. Richard &
                                       Son Long Island Corporation, MARTA
11                                     Cooperative of America, Inc., ABC
                                       Appliance, Inc., and Schultze Agency
12                                     Services, LLC*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DIRECT ACTION PLAINTIFFS MOTION TO                    - 2 -                    Master File No. 3:07-md-05944-SC
 REMOVE INCORRECTLY FILED DOCUMENT