ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case Nos. 3:11-cv-05513-SC;<br>3:11-cv-06396-SC |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*<br>*No. 11-cv-05513-SC*<br><br>*Target Corp. v. Chunghwa, et al.,*<br>*No. 11-cv-05514-SC*<br><br>*Tech Data v. Hitachi, Ltd., et al.*<br>*No. 13-cv-00157-SC* | **[PROPOSED] ORDER GRANTING PLAINTIFFS BEST BUY, TECH DATA, AND TARGET'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Before the Honorable Samuel Conti |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and Magnolia Hi-Fi, LLC, Plaintiff Target Corp., and Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Plaintiffs") January 17, 2014 Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 ("Motion to Seal"). Having considered the Motion to Seal, the Declaration of Vincent S. Loh in support thereof, and any additional declarations subsequently filed in support, and good cause appearing therefore:

The Court hereby GRANTS the Motion to Seal and orders that the following are properly sealable and shall be sealed:

| |
|---|
| Highlighted portions of Plaintiffs' Best Buy, Target, and Tech Data's Consolidated Opposition to Defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion to Dismiss Certain Direct Action Purchaser Complaints ("Consolidated Opposition"), found on pages 2, 4-10, 15, and 16 of the Consolidated Opposition. |
| Exhibit A to the Declaration of Vincent S. Loh in Support of Plaintiffs Best Buy, Target, and Tech Data's Consolidated Opposition to Defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion to Dismiss Certain Direct Action Purchaser Complaints ("Loh Declaration"). |
| Exhibit B to the Loh Declaration |
| Exhibit D to the Loh Declaration |
| Exhibit E to the Loh Declaration |

60736218.1

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | |
|---|---|
| 1 | Exhibit F to the Loh Declaration |
| 2 | Exhibit G to the Loh Declaration |
| 3 | Exhibit H to the Loh Declaration |
| 4 | Exhibit I to the Loh Declaration |
| 5 | Exhibit J to the Loh Declaration |
| 6 | Exhibit K to the Loh Declaration |
| 7 | Exhibit L to the Loh Declaration |
| 8 | Exhibit M to the Loh Declaration |
| 9 | Exhibit N to the Loh Declaration |
| 10 | Exhibit O to the Loh Declaration |
| 11 | Exhibit P to the Loh Declaration |
| 12 | Exhibit Q to the Loh Declaration |
| 13 | Exhibit R to the Loh Declaration |
| 14 | Exhibit S to the Loh Declaration |
| 15 | Exhibit T to the Loh Declaration |
| 16 | Exhibit U to the Loh Declaration |
| 17 | Exhibit V to the Loh Declaration |
| 18 | Exhibit W to the Loh Declaration |
| 19 | Exhibit X to the Loh Declaration |
| 20 | Exhibit Y to the Loh Declaration |
| 21 | Exhibit Z to the Loh Declaration |
| 22 | Exhibit BB to the Loh Declaration |
| 23 | Exhibit CC to the Loh Declaration |

IT IS SO ORDERED.

DATED: __2/12/2014_____    _____

HONORABLE SAMUEL CONTI
United States District Court Judge