**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Best Buy Co, Inc. v. Technicolor SA, et al.,* No. 13-cv-05264;<br><br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-00141;<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*Electrograph Systems, Inc. v. Technicolor SA*, *et al.,* No. 13-cv-05724;<br><br>*Interbond Corp. of Am. v. Technicolor SA*, *et al.,* No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-05726;<br><br>*P.C. Richard & Son Long Island Corp. v. Technicolor SA*, *et al.,* No. 13-cv-05725;<br><br>*Sears, Roebuck & Co. v. Technicolor SA*, *et al.,* No. 13-cv-05262;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, et al.,* No. 13-cv-05668; and<br><br>*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686 | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO MITSUBISHI'S MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

On January 27, 2014, Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, LLC; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Electrograph Systems, Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp., (collectively "Plaintiffs") filed an Administrative Motion to Seal Portions of Amended Complaints Pursuant to Civil Local Rules 7-11 and 79-5(d) to file under seal the highlighted portions of the following documents:

- Direct Action Plaintiffs' Opposition to Mitsubishi's Motion to Dismiss Complaints ("Opposition")

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of Their Opposition to Mitsubishi's Motion to Dismiss Pursuant to Local Civil Rules 7-11 and 79-5(d) is GRANTED.

**IT IS SO ORDERED**

Dated: 2/12/2014

                                            Hon. Samuel Conti
                                            UNITED STATES DISTRICT JUDGE