UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al.*,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1    Upon consideration of the Toshiba Defendants' Administrative Motion to File
2 Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in
3 connection with the Toshiba Defendants' Opposition to Sharp's Motion for Leave to File
4 Response to the Toshiba Defendants' Supplemental Reply Brief, it is hereby:

5    ORDERED that the Administrative Motion is hereby GRANTED; and it is further

6    ORDERED that the Clerk shall file and maintain under seal the portions of the Toshiba
7 Defendants' Opposition to Sharp's Motion for Leave to File Response to the Toshiba
8 Defendants' Supplemental Reply Brief that contain discussion of discovery responses that
9 the parties have designated as "Confidential."

**IT IS SO ORDERED.**

Dated:  2/12/2014            _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917