Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:      305-374-7580
Facsimile:      305-374-7593
E-mail:         rturken@bilzin.com;
                swagner@bilzin.com
                mwidom@bilzin.com
Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone:      (954) 356-0011
Facsimile:      (954) 356-0022
E-mail:         ssinger@bsfllp.com

*Counsel for Plaintiffs Tech
Data Corporation and Tech Data Product
Management, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC (N.D. Cal.) |
| | MDL No. 1917 |
| _____ This Document Relates to Individual Case No. 13-CV-00157-SC | **AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR THOMPSON DEFENDANTS' MOTIONS TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT** |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., | |
| Plaintiffs, vs. | Judge:  Hon. Samuel Conti |
| HITACHI, LTD; *et al.* | |
| Defendants. | |

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

AMENDED STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR THOMPSON
DEFENDANTS'  MOTIONS TO STRIKE WITH PREJUDICE
TECH DATA'S FIRST AMENDED COMPLAINT

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC

1    Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively,

2  "Tech Data") and Defendants Thomson S.A. (n.k.a. Technicolor S.A.)[1] ("Thomson SA") and

3  Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.) ("Thomson Consumer" and

4  together with Thomson SA, the "Thomson Defendants") hereby stipulate as follows:

5    WHEREAS, on January 16, 2014 Thomson Consumer filed its Notice of Motion and

6  Motion to Strike With Prejudice Tech Data's First Amended Complaint [Dkt. No. 2329]

7  ("Thomson Consumer's Motion to Strike");

8    WHEREAS, on February 3, 2014 the Court entered an Order [Dkt. No. 2368] extending

9  the deadline: (1) for Tech Data to file its Response to Thomson Consumer's Motion to Strike

10  until February 20, 2014 and (2) for Thomson Consumer to file its Reply in support of its Motion

11  to Strike until March 6, 2014.

12    WHEREAS, on February 7, 2014 Thomson SA filed its Notice of Motion and Motion to

13  Strike With Prejudice Tech Data's First Amended Complaint [Dkt. No. 2373] ("Thomson SA's

14  Motion to Strike" and collectively with Thomson Consumer's Motion to Strike, the "Thomson

15  Defendants' Motions to Strike");

16    WHEREAS, Tech Data's Response to Thomson SA's Motion to Strike is currently due

17  on February 21, 2014 and Thomson SA's Reply in support of its Motion to Strike is currently

18  due February 28, 2014;

19    WHEREAS, the parties have agreed to alter the current briefing schedule for the

20  Thomson Defendants' Motions to Strike to provide for simultaneous deadlines as follows:

21    • The last day for Tech Data to file its Responses to the Thomson Defendants'

22    Motions to Strike will be February 27, 2014.

23    • The last day for the Thomson Defendants' to file their Reply briefs in support of

24    their Motions to Strike will be March 13, 2014.

25

26

27  [1] Specially appearing Defendant Thomson S.A., a French holding company headquartered in
Issy-les-Moulineaux, France, contests the Court's personal jurisdiction over it. By entering into

28  this Stipulation with Tech Data Thomson S.A. does not waive its right to assert any defenses
available to it, including lack of personal jurisdiction.

AMENDED STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR THOMPSON       -1-
DEFENDANTS' MOTIONS TO STRIKE WITH PREJUDICE
TECH DATA'S FIRST AMENDED COMPLAINT

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1    WHEREAS, to accommodate this modification to the briefing schedule on Thomson

2  Consumer's Motion to Strike, counsel for Tech Data and Thomson Consumer have agreed that

3  the motions hearing on Thomson Consumer's Motion to Strike should be reset for March 21,

4  2014;

5    NOW, THEREFORE, IT IS HERBY STIPULATED AND AGREED between counsel

6  for Tech Data and the Thomson Defendants as follows:

7    1.    The last day for Tech Data to file its Responses to the Thomson Defendants'

8  Motions to Strike shall be February 27, 2014.

9    2.    The last day for the Thomson Defendants to file their Reply briefs in support of

10  their Motions to Strike shall be March 13, 2014.

11    3.    The motions hearing on Thomson Consumer's Motion to Strike shall be set for

12  March 21, 2014.

13    **IT IS SO STIPULATED.**

14    Dated: February 13, 2014.

15

16                              Respectfully Submitted,

17  By:                          /s/Scott N. Wagner
                                 ROBERT W. TURKEN
18                               SCOTT N. WAGNER
                                 MITCHELL E. WIDOM
19                               BILZIN SUMBERG BAENA PRICE &
                                 AXELROD LLP
20                               1450 Brickell Ave., Suite 2300
21                               Miami, Florida 33131-3456

22                               Telephone:  (305) 374-7580
                                 Facsimile:  (305) 374-7593
23                               E-mail:       rturken@bilzin.com
                                               swagner@bilzin.com
24                                             mwidom@bilzin.com

25
                                  /s/ Philip J. Iovieno
26

27

28

AMENDED STIPULATION AND [PROPOSED] ORDER          -2-          MASTER FILE NO. 07-5944 SC (N.D. CAL.)
REGARDING BRIEFING SCHEDULE FOR THOMPSON                       INDIVIDUAL CASE NO.: 13-CV-00157 SC
DEFENDANTS'  MOTIONS TO STRIKE WITH PREJUDICE
TECH DATA'S FIRST AMENDED COMPLAINT

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1

2

3

4

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:        ssinger@bsfllp.com

5

6

7

8

9

10

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
E-mail:        wisaacson@bsfllp.com
                    mwillett@bsfllp.com

11

12

13

14

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail:        piovieno@bsfllp.com

15

16

17

*Counsel for Plaintiffs Tech
Data Corporation and Tech Data Product
Management, Inc.*

18

19

20

21

22

By:            /s/ Calvin L. Litsey
Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

23

24

25

26

27

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

28

Jeffrey S. Roberts (*pro hac vice*)

AMENDED STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR THOMPSON
DEFENDANTS' MOTIONS TO STRIKE WITH PREJUDICE
TECH DATA'S FIRST AMENDED COMPLAINT

-3-

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC

Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Specially Appearing Defendant Thomson
S.A. and Defendant Thomson Consumer Electronics, Inc.***

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

AMENDED STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR THOMPSON
DEFENDANTS' MOTIONS TO STRIKE WITH PREJUDICE
TECH DATA'S FIRST AMENDED COMPLAINT

-4-

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

**FILER'S ATTESTATION**

I, Scott N. Wagner, am the ECF user whose identification and password are being used to file this Stipulation.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Scott N. Wagner
Scott N. Wagner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February____, 2014      _____

AMENDED STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR THOMPSON
DEFENDANTS' MOTIONS TO STRIKE WITH PREJUDICE
TECH DATA'S FIRST AMENDED COMPLAINT

-5-

MASTER FILE NO. 07-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO.: 13-CV-00157 SC