1
2
3
4
5

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California  90071
Telephone:  213 239-5100
Facsimile:   213 239-5199
bcaslin@jenner.com

6
7
8
9
10

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com

11
12

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and*
*Mitsubishi Electric Visual Solutions America, Inc.*

13

IN THE UNITED STATES DISTRICT COURT

14

FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

SAN FRANCISCO DIVISION

16
17

In Re: Cathode Ray Tube (CRT) Antitrust
Litigation

18

This Document Relates To:

19
20

*Electrograph Systems, Inc. et al. v. Technicolor*
*SA, et al., No. 13-cv-05724;*

20
21
22

*Alfred H. Siegel, as Trustee of the Circuit City*
*Stores, Inc. Liquidating Trust v. Technicolor SA,*
*et al., No. 13-cv-05261;*

22
23

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,*
*No. 13-cv-05264;*

24
25

*Interbond Corporation of America v. Technicolor*
*SA, et al., No. 13-cv-05727;*

26

Case No. 3:07-cv-5944 SC

MDL No. 1917

[~~PROPOSED~~] ORDER GRANTING
MITSUBISHI ELECTRIC'S
ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF ITS REPLY IN SUPPORT
OF MITSUBISHI ELECTRIC'S MOTION
TO DISMISS LATE-FILED
COMPLAINTS PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5(d)

Date:    February 7, 2014
Time:    10 a.m.
Judge:   Honorable Samuel Conti

1
2
*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

3
*Costco  Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*

4
5
*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*

6
7
*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

8
9
*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

10
*Target Corp. v. Technicolor SA, et al., No. 13-cv-05686*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

On February 7, 2014, Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric") filed an Administrative Motion to Seal Portions of Mitsubishi Electric's Reply In Support Of Mitsubishi Electric's Motion To Dismiss Late-Filed Complaints.

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Mitsubishi Electric's Administrative Motion To Seal Portions of Its Reply In Support Of Mitsubishi Electric's Motion To Dismiss Late-Filed Complaints Pursuant To Local Civil Rules 7-11 And 79-5(d) is GRANTED.

**IT IS SO ORDERED**

Dated: _02/12/2014_____          _____
                                                                         Hon. Samuel Conti
                                                                         UNITED STATES DISTRICT JUDGE