JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO THOMSON CONSUMER'S MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| This Document Relates to:<br><br>*Best Buy Co, Inc. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-00141;<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; | |

- 1 -

- 2 -

*Electrograph Systems, Inc. v. Technicolor SA, et al.*, No. 13-cv-05724;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Sears, Roebuck & Co. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; and

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686

1  I, Jennifer M. Stewart, declare as follows:

2      1.    I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

    2.    On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306). On February 10, 2014, direct action plaintiffs filed an Administrative Motion to Seal (Dkt. No. 2377), and lodged conditionally under seal, pursuant to Civil Local Rule 7-11, portions of their opposition to Thomson Consumer's motion to dismiss (the "Opposition").

    3.    Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Opposition.

    4.    Specifically, lines 16 to 21 of page 10 of the Opposition consist of, cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the Panasonic Defendants' business practices and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage. In addition, the Court recently granted a motion to seal portions of the Electrograph FAC, including paragraph 154, which is the basis for the confidential information identified at lines 16 to 21 of page 10 of the Opposition. *See* Order Granting Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints (Dkt. No. 2310).

DECL. OF JENNIFER M. STEWART I/S/O DIRECT ACTION PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

1  5.  I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the Opposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  February 14, 2014                By: /s/ *Jennifer M. Stewart*
                                         JEFFREY L. KESSLER (*pro hac vice*)
                                         Email: jkessler@winston.com
                                         A. PAUL VICTOR (*pro hac vice*)
                                         Email: pvictor@winston.com
                                         ALDO A. BADINI (257086)
                                         Email: abadini@winston.com
                                         EVA W. COLE (*pro hac vice*)
                                         Email: ewcole@winston.com
                                         MOLLY M. DONOVAN (*pro hac vice*)
                                         Email: mmdonovan@winston.com
                                         JENNIFER M. STEWART (*pro hac vice*)
                                         Email: jstewart@winston.com
                                         **WINSTON & STRAWN LLP**
                                         200 Park Avenue
                                         New York, New York 10166-4193
                                         Telephone: (212) 294-6700
                                         Facsimile: (212) 294-4700

                                         STEVEN A. REISS (*pro hac vice*)
                                         Email: steven.reiss@weil.com
                                         DAVID L. YOHAI (*pro hac vice*)
                                         Email: david.yohai@weil.com
                                         ADAM C. HEMLOCK (*pro hac vice*)
                                         Email: adam.hemlock@weil.com
                                         **WEIL, GOTSHAL & MANGES LLP**
                                         767 Fifth Avenue
                                         New York, New York 10153-0119
                                         Telephone:  (212) 310-8000
                                         Facsimile:  (212) 310-8007

                                         BAMBO OBARO (Bar No. 267683)
                                         Email: bambo.obaro@weil.com
                                         **WEIL, GOTSHAL & MANGES LLP**
                                         201 Redwood Shores Parkway
                                         Redwood Shores, California 94065-1175
                                         Telephone: (650) 802-3000
                                         Facsimile: (650) 802-3100

- 4 -

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*