JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL. No. 1917 |
| | **DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| This Document Relates to: | |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co, Inc. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; | |

- 1 -

1    *Electrograph Systems, Inc. v. Technicolor SA, et al.*,
2    No. 13-cv-05724;

3    *Interbond Corp. of Am. v. Technicolor SA, et al.*, No.
     13-cv-05727;

4
5    *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-
     05726;

6    *P.C. Richard & Son Long Island Corp. v. Technicolor
7    SA, et al.*, No. 13-cv-05725;

8    *Sears, Roebuck & Co. v. Technicolor SA, et al.*, No. 13-
     cv-05262;

9
10   *Schultze Agency Services, LLC v. Technicolor SA, et
     al.*, No. 13-cv-05668; and

11   *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-
12   05686

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JENNIFER M. STEWART I/S/O DIRECT                    Case No. 07-5944 SC
ACTION PLAINTIFFS' MOTION TO SEAL                           MDL NO. 1917

1    I, Jennifer M. Stewart, declare as follows:

2        1.      I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic

3    Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a

4    Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions.

5    I am a member of the bar of the State of New York and I am admitted to practice before this Court

6    *pro hac vice*.  Except for those matters stated on information and belief, about which I am informed

7    and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a

8    witness, I could and would competently testify thereto.

9        2.      On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter

10   (Dkt. No. 306).  On February 10, 2014, direct action plaintiffs ("DAPs") filed an Administrative

11   Motion to Seal (Dkt. No. 2378), and lodged conditionally under seal, pursuant to Civil Local Rule 7-

12   11, the following documents:

13           (a) Portions of the DAPs' Opposition to Thomson SA's Motion to Dismiss

14               ("Opposition"); and

15           (b) Certain exhibits  to the Declaration of Vincent S. Loh in Support of the Opposition

16               ("Loh Declaration").

17       3.      Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the

18   Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents

19   and information quoted from, described, or otherwise summarized in the Opposition and the exhibits

20   to the Loh Declaration that have been designated by the Panasonic Defendants as "Confidential" or

21   "Highly Confidential" pursuant to the Stipulated Protective Order.

22       4.      Specifically, the Panasonic Defendants request that the following documents be

23   maintained under seal:  (i) Exhibit E to the Loh Declaration; and (ii) all references to information in

24   the Opposition designated "Confidential" or "Highly Confidential" by the Panasonic Defendants

25   under the terms of the Stipulated Protective Order.

26

27

28

- 3 -

5.      Attached as Exhibit E to the Loh Declaration is a document produced by the Panasonic Defendants bearing the Bates number MTPD-0426066, along with an English translation of that document bearing the Bates number MTPD-0426066E.

6.      Upon information and belief, the documents appearing in Exhibit E to the Loh Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information.   The documents contain, cite, and/or identify confidential information about the Panasonic Defendants' internal practices, business practices and competitive position.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

7.      Lines 8 to 10 of page 16 of the Opposition consist of, cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the Panasonic Defendants' business practices and competitive positions.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.  In addition, the Court recently granted a motion to seal portions of the Electrograph FAC, including paragraph 156, which is the basis for the confidential information identified at lines 8 to 10 of page 16 of the Opposition.  *See* Order Granting Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints (Dkt. No. 2310).

8.      The Opposition quotes from or describes documents or information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order, including but not limited to Exhibit E.  As with the exhibits themselves, I understand that the Panasonic Defendants consider any statements in the Opposition purporting to summarize the exhibits or any other documents or information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary.  I am informed and believe

- 4 -

1   that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of

2   information of the type contained, identified, or cited to in Exhibit E and referenced in the

3   Opposition.

4        I declare under penalty of perjury under the laws of the United States of America that the

5   foregoing is true and correct.

6   DATED:  February 14, 2014            By: /s/ Jennifer M. Stewart

7                                       JEFFREY L. KESSLER (*pro hac vice*)
                                        Email: jkessler@winston.com

8                                       A. PAUL VICTOR (*pro hac vice*)
                                        Email: pvictor@winston.com

9                                       ALDO A. BADINI (257086)
                                        Email: abadini@winston.com

10                                      EVA W. COLE (*pro hac vice*)
                                        Email: ewcole@winston.com

11                                      MOLLY M. DONOVAN (*pro hac vice*)
                                        Email: mmdonovan@winston.com

12                                      JENNIFER M. STEWART (*pro hac vice*)
                                        Email: jstewart@winston.com

13                                      **WINSTON & STRAWN LLP**

14                                      200 Park Avenue

15                                      New York, New York 10166-4193
                                        Telephone: (212) 294-6700

16                                      Facsimile: (212) 294-4700

17                                      STEVEN A. REISS (*pro hac vice*)
                                        Email: steven.reiss@weil.com

18                                      DAVID L. YOHAI (*pro hac vice*)
                                        Email: david.yohai@weil.com

19                                      ADAM C. HEMLOCK (*pro hac vice*)

20                                      Email: adam.hemlock@weil.com
                                        **WEIL, GOTSHAL & MANGES LLP**

21                                      767 Fifth Avenue

22                                      New York, New York 10153-0119
                                        Telephone:  (212) 310-8000

23                                      Facsimile:  (212) 310-8007

24                                      BAMBO OBARO (Bar No. 267683)
                                        Email: bambo.obaro@weil.com

25                                      **WEIL, GOTSHAL & MANGES LLP**

26                                      201 Redwood Shores Parkway
                                        Redwood Shores, California 94065-1175

27                                      Telephone: (650) 802-3000
                                        Facsimile: (650) 802-3100

28

- 5 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

DECL. OF JENNIFER M. STEWART I/S/O DIRECT
ACTION PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917