BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:*Electrograph Systems, Inc. et at. v. Technicolor SA, et al.,* No. 13-cv-05724-SC;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.,* No. 13-cv-05727-SC;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726-SC<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.,* No. 13-cv-05725-SC;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, et al.,* No. 13-cv-05668-SC | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO THOMSON CONSUMER'S MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

MDL 1917

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO THOMSON CONSUMER'S MOTION TO DISMISS

I, Charles M. Malaise, hereby declare as follows:

1) I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2) I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3) On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On February 10, 2014, Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC,, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., Magnolia Hi-Fi, L.L.C., Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Electrograph Systems, Inc., Electrograph Technologies Corp., Interbond Corporation of America, Office Depot, Inc., Costco Wholesale Corporation, P.C. Richard & Son Long Island Corporation, ABC Appliance, Inc., MARTA Cooperative of America, Inc. ("MARTA"), Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC), Sears Roebuck and Co., and Kmart Corp., and Target Corp. (collectively, "DAP Plaintiffs") filed an Administrative Motion to Seal (Dkt. 2377), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of the following document that contain information from documents that the Philips Defendants have designated "Confidential" or "Highly Confidential:"

    i. Direct Action Plaintiffs' Opposition to Thomson Consumer's Motion to Dismiss Complaints ("Opposition").

4) The Philips Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5) The documents and information quoted from, described, or otherwise summarized on page 3 of the Opposition, which cites to various paragraphs from the Electrograph First Amended

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF CERTAIN DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO THOMSON CONSUMER'S MOTION TO DISMISS

Complaint,[1] relies on materials that quoted from, described, or otherwise summarized documents designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because the documents contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions.  The documents describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions.  Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' competitors and customers, and would put the Philips Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2014 in Washington, D.C.

_____
Charles M. Malaise

---

[1] The Court already granted the DAP Plaintiffs' administrative motion to file the Electrograph First Amended Complaint under seal on January 8, 2014. (Dkt. 2310).