1  Kathy L. Osborn (*pro hac vice*)
   Ryan M. Hurley (*pro hac vice*)
2  Faegre Baker Daniels LLP
   300 N. Meridian Street, Suite 2700
3  Indianapolis, IN  46204
   Telephone: +1-317-237-0300
4  Facsimile: +1-317-237-1000
   kathy.osborn@FaegreBD.com
5  ryan.hurley@FaegreBD.com

6  Jeffrey S. Roberts (*pro hac vice*)
   Faegre Baker Daniels LLP
7  3200 Wells Fargo Center
   1700 Lincoln Street
8  Denver, CO  80203
   Telephone: +1-303-607-3500
9  Facsimile:  +1-303-607-3600
   jeff.roberts@FaegreBD.com
10
   Calvin L. Litsey (SBN 289659)
11 Faegre Baker Daniels LLP
   1950 University Avenue, Suite 450
12 East Palo Alto, CA  94303-2279
   Telephone: +1-650-324-6700
13 Facsimile: +1-650-324-6701
   calvin.litsey@FaegreBD.com
14
   *Attorneys for Defendant Technicolor SA*

15

**UNITED STATES DISTRICT COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA**

17

**SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19  IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| 20 | |
| 21  This Document Relates to: | **DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF THOMSON SA'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS DAPS' NEWLY FILED COMPLAINTS UNDER SEAL** |
| 22 | |
| 23  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al., No. 13-cv-05724;* | |
| 24  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-00141;* | |
| 25 | |
| 26  *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;* | |
| 27 | |

28

1  *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;
2
3  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;
4
5  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;
6
7  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725;
8
9  *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;
10
11  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;
12
13  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    I, Jeffrey S. Roberts, declare and states as follows:

2    1. I make this declaration in support of Thomson SA's (n/k/a Technicolor SA) Administrative Motion to File Portions of its Reply in Support of Its Motion to Dismiss Newly Filed Direct Action Plaintiffs' ("DAPs") Complaints Under Seal ("Motion to Seal"). The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

3    2. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.). I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California.

4    3. Thomson SA's concurrently filed Reply discusses and/or references Exhibits A through D and F though H to DAPs' Opposition to Thomson SA's Motion to Dismiss ("Opposition"), exhibits that were previously filed under seal because they refer to, contain, and/or reflect excerpts of documents and testimony that have been designated as "Confidential" or "Highly Confidential" by other parties in this action under the terms of the Stipulated Protective Order entered in this case. Accordingly, the undersigned believes good cause exists to seal the portions of Thomson SA's Reply that discuss and/or reference these exhibits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 18, 2014 at Denver, Colorado.

                                                 */s/ Jeffrey S. Roberts*
                                               Jeffrey S. Roberts (*pro hac vice*)
                                               Faegre Baker Daniels LLP
                                               3200 Wells Fargo Center
                                               1700 Lincoln Street
                                               Denver, CO  80203
                                               Telephone: +1-303-607-3500
                                               Facsimile:  +1-303-607-3600
                                               jeff.roberts@FaegreBD.com