| | |
|---|---|
| 1 | Daniel A. Sasse (CA Bar No. 236234) |
| | dsasse@crowell.com |
| 2 | Deborah E. Arbabi (CA Bar No. 167275) |
| | darbabi@crowell.com |
| 3 | CROWELL & MORING LLP |
| | 3 Park Plaza, 20th Floor |
| 4 | Irvine, CA 92614 |
| | Telephone:  949-263-8400 |
| 5 | Facsimile:  949-263-8414 |

*Counsel for Old Comp Inc.,
RadioShack Corporation, and
ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE BY DANIEL A. SASSE** |
| All Direct Purchaser Actions | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Daniel A. Sasse of Crowell & Moring LLP hereby appears in this action as counsel on behalf of Old Comp Inc., RadioShack Corporation, and ViewSonic Corporation.  Old Comp, RadioShack, and ViewSonic respectfully request that all pleadings and other documents be served upon Daniel A. Sasse using the contact information set forth below.

Daniel A. Sasse (CA Bar No. 236234)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone:  949-263-8400
Facsimile:  949-263-8414
Email: dsasse@crowell.com

| | | |
|---|---|---|
| 1 | Dated: February 20, 2014 | Respectfully submitted, |
| 2 | | */s/ Daniel A. Sasse* |
| 3 | | Daniel A. Sasse (CA Bar No. 236234) |
| | | dsasse@crowell.com |
| 4 | | Deborah E. Arbabi (CA Bar No. 167275) |
| | | darbabi@crowell.com |
| 5 | | CROWELL & MORING LLP |
| | | 3 Park Plaza, 20th Floor |
| 6 | | Irvine, CA 92614 |
| | | Telephone:  949-263-8400 |
| 7 | | Facsimile:  949-263-8414 |
| 8 | | *Counsel for Old Comp Inc.,* |
| | | *RadioShack Corporation, and* |
| 9 | | *ViewSonic Corporation* |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

NOTICE OF APPEARANCE;
CASE NO. CV 11-5514; MDL 1917