# Exhibit A

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

July 23, 2012

VIA FIRST CLASS & CERTIFIED MAIL
RETURN RECEIPT REQUESTED

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

Re: *In In re Cathode Ray Tube CRT Antitrust Litigation*, No. CV-07-5944-SC, MDL
No. 1917

Dear Sir or Madam:

We are writing to inform you that ViewSonic Corporation ("ViewSonic") and each of its
respective parents, predecessors, successors, subsidiaries, agents, affiliates, partners,
acquisitions, assignors, divisions, departments and offices request exclusion from the Direct
Purchaser Settlement Class described in the Long Form Notice ("Notice") dated June 7, 2012 in
*In re Cathode Ray Tube CRT Antitrust Litigation*, No. 07-cv-5944-SC. The entities requesting
exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-
out letter is intended to apply both to any other federal or state class action that purports to assert
an antitrust claim on behalf of the opt-out entities and to comply with the Notice dated June 7,
2012. It is not intended for any other purpose. Please remove the foregoing entities from any
Class list you have compiled or that you compile in the future regarding the litigation described
in the Notice.

Thank you for your assistance in this matter. Please contact us if you have any questions
or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc:   Julie Yao
      Jeffrey H. Howard
      Jason C. Murray

## Schedule A

ViewSonic Corporation
381 Brea Canyon Road
Walnut, CA 91789

ViewSonic International Corporation
9F, No. 192, Lien Chen Road
Chung Ho, 235, Taipei, Taiwan

ViewSonic Display Limited
Level 28, Three Pacific Place
1 Queen's Road East, Hong Kong

ViewSonic Hong Kong Limited
C/o Kai Tak Commercial Building
161 Connaught Road Central
Rooms 1905-8, 19th Floor
Hong Kong



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595  ▪ p202 624-2500  ▪ f202 628-5116

Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

October 25, 2012

VIA FIRST CLASS & CERTIFIED MAIL
RETURN RECEIPT REQUESTED

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

      Re:    *In re Cathode Ray Tube CRT Antitrust Litigation*, No. CV-07-5944-SC, MDL No. 1917

Dear Sir or Madam:

      We are writing to inform you that ViewSonic Corporation ("ViewSonic") and each of its respective parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments and offices request exclusion from the Panasonic Direct Purchaser Settlement Class described in the Long Form Notice ("Notice") dated August 27, 2012 in *In re Cathode Ray Tube CRT Antitrust Litigation*, No. 07-cv-5944-SC. The entities requesting exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the Notice dated August 27, 2012. It is not intended for any other purpose. Please remove the foregoing entities from any Class list you have compiled or that you compile in the future regarding the litigation described in the Notice.

      Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

                    Sincerely,

                    Jerome A. Murphy

Enclosure

cc:    Julie Yao
       Jeffrey H. Howard
       Jason C. Murray

### Schedule A

ViewSonic Corporation
381 Brea Canyon Road
Walnut, CA 91789

ViewSonic International Corporation
9F, No. 192, Lien Chen Road
Chung Ho, 235, Taipei, Taiwan

ViewSonic Display Limited
Level 28, Three Pacific Place
1 Queen's Road East, Hong Kong

ViewSonic Hong Kong Limited
C/o Kai Tak Commercial Building
161 Connaught Road Central
Rooms 1905-8, 19th Floor
Hong Kong

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 11, 2013

VIA FIRST CLASS & CERTIFIED MAIL
RETURN RECEIPT REQUESTED

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

     Re:    *In In re Cathode Ray Tube CRT Antitrust Litigation*, No. CV-07-5944-SC, MDL No. 1917

Dear Sir or Madam:

    We are writing to inform you that ViewSonic Corporation ("ViewSonic") and each of its respective parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments and offices request exclusion from the LG Direct Purchaser Settlement Class described in the Long Form Notice ("Notice") dated November 13, 2012 in *In re Cathode Ray Tube CRT Antitrust Litigation*, No. 07-cv-5944-SC. The entities requesting exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the Notice dated November 13, 2012. It is not intended for any other purpose. Please remove the foregoing entities from any Class list you have compiled or that you compile in the future regarding the litigation described in the Notice.

    Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

           Sincerely,

           Jerome A. Murphy/LT

           Jerome A. Murphy

Enclosure

cc:    Julie Yao
       Jeffrey H. Howard
       Jason C. Murray

**Schedule A**

ViewSonic Corporation
381 Brea Canyon Road
Walnut, CA 91789

ViewSonic International Corporation
9F, No. 192, Lien Chen Road
Chung Ho, 235, Taipei, Taiwan

ViewSonic Display Limited
Level 28, Three Pacific Place
1 Queen's Road East, Hong Kong

ViewSonic Hong Kong Limited
C/o Kai Tak Commercial Building
161 Connaught Road Central
Rooms 1905-8, 19th Floor
Hong Kong

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

May 16, 2013

VIA FIRST CLASS & CERTIFIED MAIL
RETURN RECEIPT REQUESTED

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

Re:   *In In re Cathode Ray Tube CRT Antitrust Litigation*, No. CV-07-5944-SC, MDL
No. 1917

Dear Sir or Madam:

We are writing to inform you that ViewSonic Corporation ("ViewSonic") and each of its
respective parents, predecessors, successors, subsidiaries, agents, affiliates, partners,
acquisitions, assignors, divisions, departments and offices request exclusion from the Toshiba
Direct Purchaser Settlement Class described in the Long Form Notice ("Notice") dated April 1,
2013 in *In re Cathode Ray Tube CRT Antitrust Litigation*, No. 07-cv-5944-SC.  The entities
requesting exclusion include, but are not limited to, the entities listed on the attached Schedule
A.  This opt-out letter is intended to apply both to any other federal or state class action that
purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the
Notice dated April 1, 2013.  It is not intended for any other purpose.  Please remove the
foregoing entities from any Class list you have compiled or that you compile in the future
regarding the litigation described in the Notice.

Thank you for your assistance in this matter.  Please contact us if you have any questions
or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc:   Julie Yao
      Jeffrey H. Howard
      Jason C. Murray

## Schedule A

ViewSonic Corporation
381 Brea Canyon Road
Walnut, CA 91789

ViewSonic International Corporation
9F, No. 192, Lien Chen Road
Chung Ho, 235, Taipei, Taiwan

ViewSonic Display Limited
Level 28, Three Pacific Place
1 Queen's Road East, Hong Kong

ViewSonic Hong Kong Limited
C/o Kai Tak Commercial Building
161 Connaught Road Central
Rooms 1905-8, 19th Floor
Hong Kong

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

> Re:   In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No.
> 1917, Chunghwa Settlement

Dear Sir or Madam:

We are writing to inform you that ViewSonic Corporation ("ViewSonic") and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the Detailed Notice ("Notice") from the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. The entities requesting exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the Notice described in the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. It is not intended for any other purpose. Please remove the foregoing entities from any Class list you have compiled or that you compile in the future regarding the litigation described in the Notice.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc:   Jeffrey H. Howard
      Jason C. Murray

**Schedule A**

ViewSonic Corporation
381 Brea Canyon Road
Walnut, CA 91789

ViewSonic International Corporation
9F, No. 192, Lien Chen Road
Chung Ho, 235, Taipei, Taiwan

ViewSonic Display Limited
Level 28, Three Pacific Place
1 Queen's Road East, Hong Kong

ViewSonic Hong Kong Limited
C/o Kai Tak Commercial Building
161 Connaught Road Central
Rooms 1905-8, 19th Floor
Hong Kong

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116



**Jerome A. Murphy**
**(202) 624-2985**
**jmurphy@crowell.com**

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

Re:     In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No.
        1917, Chunghwa Settlement

Dear Sir or Madam:

        We are writing to inform you that RadioShack Corporation ("RadioShack") and each of its
parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors,
divisions, departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement
Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the
Detailed Notice ("Notice") from the Order Granting Preliminary Approval Of Class Action Settlement
With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. The entities requesting
exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter
is intended to apply both to any other federal or state class action that purports to assert an antitrust claim
on behalf of the opt-out entities and to comply with the Notice described in the Order Granting
Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed
on August 10, 2011. It is not intended for any other purpose. Please remove the foregoing entities from
any Class list you have compiled or that you compile in the future regarding the litigation described in the
Notice.

        Thank you for your assistance in this matter. Please contact us if you have any questions or
require additional information.

                                        Sincerely,

                                        Jerome A. Murphy

Enclosure

cc:     Jeffrey H. Howard
        Jason C. Murray

## Schedule A

RadioShack Corporation
300 RadioShack Circle
Fort Worth, TX 76102-1964

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

Re:  In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No.
     1917, Chunghwa Settlement

Dear Sir or Madam:

       We are writing to inform you that Old Comp Inc. ("Old Comp") and each of its parents,
predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions,
departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement Class in the
*In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the Detailed Notice
("Notice") from the Order Granting Preliminary Approval Of Class Action Settlement With Defendant
Chunghwa Picture Tubes, Ltd., filed on August 10, 2011.  The entities requesting exclusion include, but
are not limited to, the entities listed on the attached Schedule A.  This opt-out letter is intended to apply
both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-
out entities and to comply with the Notice described in the Order Granting Preliminary Approval Of Class
Action Settlement With Defendant Chunghwa Picture Tubes, LTD., filed on August 10, 2011.  It is not
intended for any other purpose.  Please remove the foregoing entities from any Class list you have
compiled or that you compile in the future regarding the litigation described in the Notice.

       Thank you for your assistance in this matter.  Please contact us if you have any questions or
require additional information.

                                                  Sincerely,

                                                  Jerome A. Murphy

Enclosure

cc:    Jeffrey H. Howard
       Jason C. Murray

## Schedule A

Old Comp Inc. (formerly known as CompUSA Inc.)
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompUSA GP Holdings Company
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompUSA Holdings Company
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompUSA Stores L.P.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompUSA Management Company
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompTeam Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Cozone.com Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

BeOn Inc. (formerly known as CompUSA PC Inc.)
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

BeOn Operating Company (formerly known as CompUSA PC Operating Company)
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Computer City, Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Good Guys Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Good Guys California, Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Goodguys.com Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Office of the General Counsel

**UNISYS**

Unisys Corporation
801 Lakeview Drive, Suite 100
Mail Stop 2NW
Blue Bell, PA 19422

Direct Dial: 215-986-5541
E-Mail: Elizabeth.Parker@unisys.com

July 20, 2012

*Via Certified Mail - Return Receipt Requested*

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

**Re:  In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917**

Dear Sir/Madam:

Please be advised that Unisys Corporation, 801 Lakeview Drive, Suite 100, Blue Bell, Pennsylvania, 19422 (telephone 215-986-4011), elects to be excluded from the Settlement Class in the In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL NO. 1917, CPT Settlement and Phillips Settlement.

If you have any further questions, please contact me directly at 215-986-5541.

Sincerely yours,

Elizabeth T. Parker
Assistant General Counsel

/jb
Enclosures

cc:    Kitty Palazzolo (w/enclosure)

Office of the General Counsel

Unisys Corporation
Suite 100
801 Lakeview Drive
Blue Bell PA 19422

# UNISYS

October 24, 2012

*Via Certified Mail - Return Receipt*

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

       **Re: In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917**
       **(CRT Direct Purchaser Antitrust Settlement)**

Dear Sir/Madam:

      Please be advised that Unisys Corporation, and all subsidiaries and related entities, 801 Lakeview Drive, Suite 100, Blue Bell, Pennsylvania, 19422 (telephone 215-986-4011), elects to be excluded from the Settlement Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL NO. 1917, Panasonic Settlement.

      If you have any further questions, please contact me directly at 215-986-5541.

Sincerely yours,

Elizabeth T. Parker
Assistant General Counsel

Unisys Corporation
Suite 100
801 Lakeview Drive
Blue Bell PA 19422

# UNISYS

Direct Dial:  215-986-5541
E-Mail:  Elizabeth.Parker@unisys.com

December 20, 2012

*Via Certified Mail - Return Receipt*

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

**Re:  *In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917*
(CRT Direct Purchaser Antitrust Settlement)**

Dear Sir/Madam:

Please be advised that Unisys Corporation, and all subsidiaries and
related entities, 801 Lakeview Drive, Suite 100, Blue Bell, Pennsylvania, 19422
(telephone 215-986-4011), elects to be excluded from the Settlement Class in
the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL NO. 1917, LG
Settlement.

If you have any further questions, please contact me directly at 215-986-
5541.

Sincerely yours,

Elizabeth T. Parker
Assistant General Counsel

Office of the General Counsel

Unisys Corporation
Suite 100
801 Lakeview Drive
Blue Bell PA 19422



May 13, 2013

***Via Certified Mail - Return Receipt***

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

> **Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917***
> **(CRT Direct Purchaser Antitrust Settlement - Toshiba)**

Dear Sir/Madam:

Please be advised that Unisys Corporation, and all subsidiaries and related entities, 801 Lakeview Drive, Suite 100, Blue Bell, Pennsylvania, 19422 (telephone 215-986-4011), elects to be excluded from the Settlement Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL NO. 1917, Toshiba Settlement.

If you have any further questions, please contact me directly at 215-986-5541.

Sincerely yours,

Elizabeth T. Parker
Assistant General Counsel