# Exhibit B



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116

Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

March 18, 2013

VIA FIRST CLASS & CERTIFIED MAIL
RETURN RECEIPT REQUESTED

CRT Indirect Exclusions
c/o The Notice Company, Inc.
PO Box 778
Hingham, MA 02043

Re:   *In In re Cathode Ray Tube CRT Antitrust Litigation*, No. CV-07-5944-SC, MDL No. 1917

Dear Sir or Madam:

On January 30, 2012, Old Comp Inc. and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, as identified in Schedule A to its letter, (collectively "Old Comp") requested exclusion from the Indirect Purchaser Plaintiffs Settlement Class (the "Class") certified in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC and the Order Granting Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd. (the "Settlement"). You will find a copy of the exclusion request letter enclosed herein.

Old Comp hereby withdraws its request to be excluded from the Class, the Settlement, and any and all other federal or state class actions. Old Comp instead requests that it be reinstated as a member of the Class, included in the Settlement, and included on any Class lists you have compiled or that you compile in the future regarding this litigation.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc:   Jeffrey H. Howard
      Jason C. Murray

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ New York ■ San Francisco ■ Los Angeles ■ Orange County ■ Anchorage ■ London ■ Brussels



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

April 30, 2013

VIA FIRST CLASS & CERTIFIED MAIL
RETURN RECEIPT REQUESTED

CRT Indirect Exclusions
c/o The Notice Company, Inc.
PO Box 778
Hingham, MA 02043

Re:   *In In re Cathode Ray Tube CRT Antitrust Litigation*, No. CV-07-5944-SC, MDL No. 1917

Dear Sir or Madam:

On January 30, 2012, RadioShack Corporation ("RadioShack") requested exclusion from the Indirect Purchaser Plaintiffs Settlement Class (the "Class") certified in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC. You will find a copy of the exclusion request letter enclosed herein. RadioShack and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, as identified in Schedule A to its letter, now request to be reinstated as members of the Class and included on any Class list you have compiled or that you compile in the future regarding this litigation.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc:   Jeffrey H. Howard
      Jason C. Murray



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116

Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

Re:   In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No. 1917, Chunghwa Settlement

Dear Sir or Madam:

We are writing to inform you that RadioShack Corporation ("RadioShack") and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the Detailed Notice ("Notice") from the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. The entities requesting exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the Notice described in the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. It is not intended for any other purpose. Please remove the foregoing entities from any Class list you have compiled or that you compile in the future regarding the litigation described in the Notice.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc:   Jeffrey H. Howard
      Jason C. Murray

## Schedule A

RadioShack Corporation
300 RadioShack Circle
Fort Worth, TX 76102-1964