UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Direct Purchaser Actions | Master Docket No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING OPT-IN PLAINTIFFS' MOTION TO WITHDRAW REQUESTS FOR EXCLUSION FROM THE SETTLEMENT CLASSES AND TO JOIN THE CLASS SETTLEMENTS** |
|---|---|

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CASE NO. 3:07-CV-05944-SC

[PROPOSED] ORDER GRANTING OPT-IN PLAINTIFFS' MOTION TO WITHDRAW REQUESTS
FOR EXCLUSION FROM THE SETTLEMENT CLASSES AND TO JOIN THE CLASS SETTLEMENTS

Having considered the Motion to Withdraw Requests for Exclusion from the Settlement Classes and to Join the Class Settlements filed by Old Comp Inc., RadioShack Corporation, Unisys Corporation, and ViewSonic Corporation (together, "Opt-In Plaintiffs"),

IT IS HEREBY ORDERED THAT Opt-In Plaintiffs' Motion to Withdraw Requests for Exclusion from the Settlement Classes and to Join the Class Settlements is GRANTED.

**IT IS SO ORDERED**.

Dated:  April ___, 2014

_____
The Hon. Samuel Conti
United States District Judge