1   David J. Burman (admitted *pro hac vice*)
    Cori G. Moore (admitted *pro hac vice*)
2   Eric J. Weiss (admitted *pro hac vice*)
    Nicholas H. Hesterberg (admitted *pro hac vice*)
3   Steven D. Merriman (admitted *pro hac vice*)
    **PERKINS COIE** LLP
4   1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
5   Telephone:      206.359.8000
    Facsimile:      206.359.9000
6
    Joren Bass, State Bar No. 208143
7   JBass@perkinscoie.com
    **PERKINS COIE** LLP
8   Four Embarcadero Center, Suite 2400
    San Francisco, CA 94111-4131
9   Telephone:      415.344.7120
    Facsimile:      415.344.7320
10
    *Attorneys for Plaintiff*
11  *Costco Wholesale Corporation*

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16  | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC MDL NO. 1917 |

17

18  This Document Relates to:                        Individual Case No. 3:11-CV-06397-SC

19       Case No. 3:11-06397-SC                      **STIPULATION OF DISMISSAL WITH PREJUDICE**

20  COSTCO WHOLESALE CORPORATION,

21              Plaintiff,

22              v.

23  HITACHI LTD., et al.,

24              Defendants.

25

26

27

28

1

2    Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Chunghwa Picture

3    Tubes, Ltd. and Chunghwa Picture Tubes, Sdn, (Malaysia) (collectively "Chunghwa"), by their

4    respective attorneys hereby stipulate and agree as follows:

5        1.    On September 26, 2013—pursuant to the parties' confidential written Settlement

6    Agreement—the Court ordered that Chunghwa would not participate in further pretrial

7    proceedings as long as it fulfilled the terms of the Settlement Agreement. Dkt. No. 1962.

8        2.    With the fulfilment of certain terms in the Settlement Agreement, Costco and

9    Chunghwa now seek dismissal of this action with prejudice.

10

11       3.    This stipulation does not affect the rights or claims of Costco against any other

12   defendant or alleged co-conspirator in this litigation.

13       4.    WHEREFORE, the parties respectfully request that this Court issue an Agreed

14   Order of Dismissal.

15

16   DATED:  February 20, 2014                    By: s/ David J. Burman
                                                  David J. Burman (*pro hac vice*)
17                                                Cori G. Moore (*pro hac vice*)
                                                  Steven D. Merriman (*pro hac vice*)
18                                                **Perkins Coie LLP**
                                                  1201 Third Avenue, Suite 4900
19                                                Seattle, WA  98101
                                                  (206) 359-8000
20                                                DBurman@perkinscoie.com
                                                  CGMoore@perkinscoie.com
21                                                SMerriman@perkinscoie.com

22                                                Attorneys for Plaintiff
                                                  Costco Wholesale Corporation
23

24

25

26

27
                                        - 1 -
28   STIPULATION AND [PROPOSED] ORDER
     Case No. 3:07-cv-05944-SC

     LEGAL29449912.2

1

2

3

4

5

6

7

8

9

By: s/ Rachel S. Brass
Joel S. Sanders, SBN 107234
Rachel S. Brass, SBN 219301
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
E-mail: JSanders@gibsondunn.com
RBrass@gibsondunn.com

Attorneys for Defendants Chunghwa Picture
Tubes, Ltd. and Chunghwa Picture Tubes, Sdn,
(Malaysia)

10    Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

11    document has been obtained from each of the above signatories.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 2 -

28    STIPULATION AND [PROPOSED] ORDER
      Case No. 3:07-cv-05944-SC

LEGAL29449912.2