David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:     206.359.8000
Facsimile:     206.359.9000

Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:     415.344.7120
Facsimile:     415.344.7320

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC MDL NO. 1917 |
| This Document Relates to: | Individual Case No. 3:11-CV-06397-SC |
| Case No. 3:11-06397-SC | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| COSTCO WHOLESALE CORPORATION, | |
| Plaintiff, | |
| v. | |
| HITACHI LTD., et al., | |
| Defendants. | |

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:07-cv-05944-SC

LEGAL29449912.2

1     The Court, having considered the stipulation of the parties, and good cause appearing,

2 orders as follows:

3     1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as

4        against Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes, Sdn,

5        (Malaysia).

6     2. Each party shall bear its own costs and attorneys' fees.

7     **IT IS SO ORDERED.**

8

9 DATED: _____     _____

10                               The Honorable Samuel Conti
                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    - 4 -

28 STIPULATION AND [PROPOSED] ORDER
Case No. 3:07-cv-05944-SC

LEGAL29449912.2

1

## CERTIFICATE OF SERVICE

2       I certify that on February 20, 2014, I electronically filed the foregoing Stipulation and

3  [Proposed] Order of Dismissal with Prejudice with the Clerk of the Court using the CM/ECF

4  system, which will send notification of such filing to all attorneys of record.

5       I certify under penalty of perjury that the foregoing is true and correct.

6       DATED this 20th day of February, 2014.

7
                                    s/Steven D. Merriman
8                                   Steven D. Merriman (*pro hac vice*)
                                    SMerriman@perkinscoie.com
9                                   **Perkins Coie LLP**
                                    1201 Third Avenue, Suite 4900
10                                  Seattle, WA  98101-3099
                                    Telephone:  206.359.8000
11                                  Facsimile:  206.359.9000

12                                  Attorney for Plaintiff
                                    Costco Wholesale Corporation
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                        - 5 -
28  STIPULATION AND [PROPOSED] ORDER
    Case No. 3:07-cv-05944-SC

    LEGAL29449912.2