1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  Steven D. Merriman (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:  206.359.8000
   Facsimile:   206.359.9000

6  Joren Bass, State Bar No. 208143
7  JBass@perkinscoie.com
   **PERKINS COIE LLP**
8  Four Embarcadero Center, Suite 2400
   San Francisco, CA  94111-4131
9  Telephone:  415.344.7120
   Facsimile:   415.344.7320

10 *Attorneys for Plaintiff*
11 *Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>Case No. 3:11-06397-SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI LTD., et al.,<br><br>Defendants. | Individual Case No. 3:11-CV-06397-SC<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:07-cv-05944-SC

LEGAL29449912.2

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as against Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes, Sdn, (Malaysia).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: __02/25/2014__



Judge Samuel Conti

- 4 -

STIPULATION AND [PROPOSED] ORDER
Case No. 3:07-cv-05944-SC

LEGAL29449912.2