Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Consumer Products, L.L.C., Toshiba America
Electronic Components, Inc.*, *and Toshiba
America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC MDL No. 1917 |
| This Document Relates to: *Best Buy Co, Inc. v. Technicolor SA, et al.*, No. 13-cv-05264; *Siegel v. Technicolor SA, et al.*, No. 13-cv-00141; *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; *Electrograph Systems, Inc. v. Technicolor SA, et al.*, No. 13-cv-05724; *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF THOMSON SA'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS DAPS' NEWLY FILED COMPLAINTS UNDER SEAL** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  *Office Depot, Inc. v. Technicolor SA, et al.*,
2  No. 13-cv-05726;

3  *P.C. Richard & Son Long Island Corp. v.*
   *Technicolor SA, et al.*, No. 13-cv-05725;
4

5  *Sears, Roebuck & Co. v. Technicolor SA, et*
   *al.*, No. 13-cv-05262;
6

7  *Schultze Agency Services, LLC v.*
   *Technicolor SA, et al.*, No. 13-cv-05668; and
8

9  *Target Corp. v. Technicolor SA, et al.*, No.
   13-cv-05686

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
THOMSON SA'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF ITS REPLY
IN SUPPORT OF ITS MOTION TO DISMISS DAPS' NEWLY FILED COMPLAINTS UNDER SEAL
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1.    I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants").  I make this declaration in support of Thomson SA's Administrative Motion to File Portions of its Reply in Support of its Motion to Dismiss DAPs' Newly Filed Complaints Under Seal (Dkt. No. 2398) (the "Motion to Seal").

2.    Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.    On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4.    The Toshiba Defendants have produced in this action certain documents and information designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

5.    On February 18, 2014, Thomson SA filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), its Reply in Support of its Motion to Dismiss Newly Filed Direct Action Plaintiffs' Complaints (the "Reply") (Dkt. No. 2398-3).

6.    On February 18, 2014, Thomson SA filed the Declaration of Jeffrey S. Roberts in Support of the Motion to Seal (Dkt. No. 2398-2), which states that the redacted portions of the Reply discuss and/or reference documents that Defendants have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7.    The confidential documents referenced in the Reply were lodged under seal on February 10, 2014, as exhibits to Direct Action Plaintiffs' Opposition to Thomson SA's Motion to Dismiss (the "Opposition") (Dkt. No. 2378-3).  On February 18, 2014, I filed

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
THOMSON SA'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF ITS REPLY
IN SUPPORT OF ITS MOTION TO DISMISS DAPS' NEWLY FILED COMPLAINTS UNDER SEAL
Case No. 07-5944 SC, MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    the Declaration of Dana E. Foster in Support of Direct Action Plaintiffs' Administrative

2    Motion to file these exhibits under seal (Dkt. No. 2396).

3         8.    Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective

4    Order, the redacted material on page 4 of the Reply which cites to, and quotes from,

5    Exhibit C to the Opposition should remain under seal.  Exhibit C is a document produced

6    by TAEC in this litigation and designated "Highly Confidential" under the Stipulated

7    Protective Order.

8         9.    The redacted portions of the Reply identified in Paragraph 8 consist of, quote

9    from, and/or contain confidential, non-public, proprietary and highly sensitive business

10   information.  The redacted material contains confidential, non-public information about

11   the Toshiba Defendants' sales practices, business and supply agreements, and competitive

12   positions.  It describes relationships with companies — including customers and vendors

13   — that remain important to the Toshiba Defendants' competitive positions.   Upon

14   information and belief, publicly disclosing this sensitive information presents a risk of

15   undermining the Toshiba Defendants' relationships, would cause harm with respect to the

16   Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at

17   a competitive disadvantage.

18        I declare under penalty of perjury under the laws of the United States of America

19   that the foregoing is true and correct.

20        Executed this 26th day of February, 2014, in Washington, D.C.

21

22

23                                    _____
                                           Dana E. Foster

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

**CERTIFICATE OF SERVICE**

On February 26, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF THOMSON SA'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS DAPS' NEWLY FILED COMPLAINTS UNDER SEAL" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
THOMSON SA'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF ITS REPLY
IN SUPPORT OF ITS MOTION TO DISMISS DAPS' NEWLY FILED COMPLAINTS UNDER SEAL
Case No. 07-5944 SC, MDL No. 1917