UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL ACTIONS | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br><br>(CIVIL LOCAL RULE 11-3) |

  I, Meaghan P. Thomas-Kennedy, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd., in the above-entitled action. My local co-counsel in this case is Gregory D. Hull, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 310-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 802-3000 |
| MY EMAIL ADDRESS OF RECORD:<br>meaghan.thomas-kennedy@weil.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>greg.hull@weil.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5035977.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 26, 2014

                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

  IT IS HEREBY ORDERED THAT the application of Meaghan P. Thomas-Kennedy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                         UNITED STATES DISTRICT JUDGE