PHILIP J. IOVIENO  (*Pro Hac Vice*)
ANNE M. NARDACCI (*Pro Hac Vice*)
Boies, Schiller & Flexner LLP
30 South Pearl Street
Albany, NY 12207
(518) 434-0600
Fax: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

WILLIAM A. ISAACSON (*Pro Hac Vice*)
JENNIFER MILICI (*Pro Hac Vice*)
Boies Schiller & Flexner
5301 Wisconsin Avenue
Suite 800
Washington, DC 20015
(202) 237-2727
Fax: (202) 237-6131
Email: wisaacson@bsfllp.com
Email: jmilici@bsfllp.com

STUART SINGER
Bois Schiller & Flexner LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL  33301
(954) 356-0011
Fax: (954) 356-0022
Email: ssinger@bsfllp.com

McKool Smith, P.C.
MIKE MCKOOL, JR. (*Pro Hac Vice*)
LEWIS T. LECLAIR (*Pro Hac Vice*)
SCOTT R. JACOBS (*Pro Hac Vice*)
300 Crescent Court
Suite 1500
Dallas, TX 75201
(214) 978-4000
Fax: (214) 978-4044
Email: mmkool@mckoolsmith.com
Email: lleclair@mckoolsmith.com
Email: srjacobs@mckoolsmith.com

**Attorneys for Plaintiff Compucom Systems, Inc.**

McKool 968547v1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-CV-05944-SC |
| This Document Relates to | MDL No. 1917 |
| ALL ACTIONS and Individual Case No. 11-cv-06396 | NOTICE OF WITHDRAWAL OF COUNSEL, SCOTT R. JACOBS |
| *Compucom Systems, Inc. v. Hitachi, Ltd., et al.* | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Scott R. Jacobs will no longer be associated with the law firm of McKool Smith, P.C. as of February 28, 2014, and hereby withdraws as counsel of record for the above-named Plaintiff. Plaintiff's counsel requests that Mr. Jacobs be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket. All other counsel of record for Plaintiff remains the same.

Dated this 27th day of February, 2014.    Respectfully submitted,

By: */s/ Lewis T. LeClair*
MIKE MCKOOL, JR. (*Pro Hac Vice*)
LEWIS T. LECLAIR (*Pro Hac Vice*)
McKool Smith, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
(214) 978-4000
Fax: (214) 978-4044
Email: mmkool@mckoolsmith.com
Email: lleclair@mckoolsmith.com

PHILIP J. IOVIENO (*Pro Hac Vice*)
ANNE M. NARDACCI (*Pro Hac Vice*)
Boies, Schiller & Flexner LLP
30 South Pearl Street
Albany, NY 12207
(518) 434-0600
Fax: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

-2-

| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro Hac Vice*) |
| 2 | JENNIFER MILICI (*Pro Hac Vice*)<br>Boies Schiller & Flexner |
| 3 | 5301 Wisconsin Avenue<br>Suite 800 |
| 4 | Washington, DC 20015<br>(202) 237-2727 |
| 5 | Fax: (202) 237-6131<br>Email: wisaacson@bsfllp.com<br>Email: jmilici@bsfllp.com |
| 6 | STUART SINGER |
| 7 | Bois Schiller & Flexner LLP<br>401 East Las Olas Boulevard |
| 8 | Suite 1200<br>Fort Lauderdale, FL  33301 |
| 9 | (954) 356-0011<br>Fax: (954) 356-0022<br>Email: ssinger@bsfllp.com |

**ATTORNEYS FOR PLAINTIFF COMPUCOM SYSTEMS, INC.**

-3-

McKool 968547v1