Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; mwidom@bilzin.com;
         swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>_____<br>This Document Relates to Individual Case No. 13-CV-00157-SC<br><br>TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>Plaintiffs,<br>vs.<br><br>HITACHI, LTD; *et al.*<br><br>Defendants. | Individual Case No. 13-CV-00157-SC<br><br>Master File No.  07-cv-5944-SC (N.D. Cal)<br><br>MDL No. 1917<br><br>**TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5**<br><br>Before the Honorable Samuel Conti |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Tech Data Corporation and Tech Data
2    Product Management, Inc. ("Tech Data") respectfully submits this Administrative Motion to File
3    Documents Under Seal ("Motion") and requests an order permitting Tech Data to file under seal
4    portions of its Opposition to Defendants Thomson Consumer Electronics, Inc. and Thomson
5    SA's Motions to Strike with Prejudice Tech Data's First Amended Complaint ("Opposition"), as
6    well as entire Exhibits G, J, K, L, M, N, O, P, Q, S, T U, V, W, and X ("Designated Exhibits"),
7    attached to the Declaration of Scott N. Wagner in Support of the Opposition.

8    Tech Data requests that portions of the Opposition and the entireties of the Designated
9    Exhibits be filed under seal pursuant to Civil Local Rule 79-5(d). Specifically, these documents
10   refer to, contain, and/or reflect excerpts of documents and testimony that have been designated as
11   "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered on
12   June 18, 2008 by Judge Samuel Conti in *In re Cathode Ray Tube (CRT) Antitrust Litigation*,
13   Case No. 07-5944-SC (MDL No. 1917), in the United States District Court for the Northern
14   District of California, San Francisco Division ("*CRT Antitrust MDL*"). The Stipulated Protective
15   Order is document number 306 on the Court's docket in the *CRT Antitrust MDL*. The
16   confidential/highly confidential designations have been made by certain of the defendants in the
17   *CRT Antitrust MDL*. To qualify under the Stipulated Protective Order as "confidential" or
18   "highly confidential," the information must contain trade secrets or other confidential research,
19   development or commercial information or other private or competitively sensitive information.
20   (Stipulated Protective Order at ¶1).

21   Tech Data is filing redacted copies of its Opposition and the Designated Exhibits in
22   accordance with Civil Local Rule 79-5. Tech Data is also filing under seal unredacted versions
23   of the Opposition and Designated Exhibits. The portions of the Opposition that have been
24   omitted from the redacted version due to "confidential" or "highly confidential" designations are
25   indicated by light grey highlighting.

26   Tech Data submits this Motion as the party wishing to file documents referencing,
27   containing, or analyzing, in whole or in part, the documents described above. Tech Data attaches
28   hereto the Declaration of Scott N. Wagner in support of this Motion. Contemporaneous with

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

filing this Motion, Tech Data gives notice to the defendants in the *CRT Antitrust MDL* of this Motion and of the Opposition and Designated Exhibits to be filed in this case. Tech Data's request is narrowly tailored to include only the information that may require confidentiality pursuant to the provisions of the Stipulated Protective Order.

Accordingly, Tech Data respectfully requests that the Court grant this Administrative Motion to File Documents Under Seal.

Dated: February 27, 2014

                                        Respectfully Submitted,

                                          /s/Scott N. Wagner
ROBERT W. TURKEN
SCOTT N. WAGNER
MITCHELL E. WIDOM
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
E-mail:    rturken@bilzin.com
           swagner@bilzin.com
           mwidom@bilzin.com

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:    ssinger@bsfllp.com

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
E-mail:    wisaacson@bsfllp.com
           mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
30 South Pearl Street, 11th Floor

Albany, NY 12207

Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail:         piovieno@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on February 27, 2014.

/s/Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456