Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; mwidom@bilzin.com;
           swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>_____<br>This Document Relates to Individual Case No. 13-CV-00157-SC<br><br>TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>Plaintiffs,<br>vs.<br><br>HITACHI, LTD; *et al.*<br><br>Defendants. | Individual Case No. 13-CV-00157-SC<br><br>Master File No.  07-cv-5944-SC (N.D. Cal)<br><br>MDL No. 1917<br><br>**DECLARATION OF SCOTT N. WAGNER IN SUPPORT OF TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Before the Honorable Samuel Conti |

I, SCOTT N. WAGNER, declare as follows:

I am a partner at the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data"), and I am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court.  Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

On February 27, 2014, Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data") filed their Opposition to Defendants Thomson Consumer Electronics, Inc. and Thomson SA's Motions to Strike with Prejudice Tech Data's First Amended Complaint ("Opposition").  Filed contemporaneously with the Opposition was the Declaration of Scott N. Wagner ("Wagner Declaration"), which attaches evidence in support of the Opposition.

Portions of Tech Data's Opposition, and the entireties of Exhibits G, J, K, L, M, N, O, P, Q, S, T, U, V, W, X ("Designated Exhibits") to the Wagner Declaration, contain excerpts from and/or statements derived from documents and testimony which have been designated "confidential" or "highly confidential" pursuant to the Stipulated Protective Order governing the CRT Antitrust MDL, which was entered by Judge Samuel Conti on June 18, 2008 (Document No. 306).  The confidential/highly confidential designations were made by certain defendants in the CRT Antitrust MDL. To qualify as confidential or highly confidential under the Stipulated Protective Order, the information must contain trade secrets or other confidential research, development or commercial information or private or competitively sensitive information. (Stipulated Protective Order at ¶1)

The Stipulated Protective Order requires that a party may not file any confidential material in the public record. (Stipulated Protective Order at ¶10)  The Stipulated Protective Order further provides that any party seeking to file any confidential material under seal must comply with Civil Local Rule 79-5. (Stipulated Protective Order at ¶¶1, 10.)

Portions of the Opposition and the entireties of the Designated Exhibits contain such confidential material and, pursuant to Local Rule 79-5(e), Tech Data seeks to submit the above material under seal in good faith in order to comply with the Protective Order in the CRT Antitrust MDL and the applicable Local Rules.  Specifically:

Pages 7, 8, 10, and 11 of the Opposition refer, contain, and/or reflect excerpts of documents and testimony that have been designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

Exhibit G is a true and correct copy of document, Bates Numbered HEDUS-CRT00162777, produced by Hitachi Electronic Devices (USA), Inc. ("HEDUS") on approximately Dec. 16, 2011 with the custodian designation of Tom Heiser, designated by counsel for HEDUS as "Confidential."

Exhibit J is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095077, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

Exhibit K is a true and correct copy of a document, Bates Numbered SDCRT-0088604, produced by Samsung SDI on approximately Sept. 19, 2011 with the custodian designation of Samsung SDI, designated by counsel for Samsung SDI as "Highly Confidential."

Exhibit L is a true and correct copy of a document, Bates Numbered TAEC-CRT-00116979, produced by Toshiba America Electronic Components, Inc. ("TAEC") on approximately Aug. 31, 2011 with the custodian designation of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

Exhibit M is a true and correct copy of the original document and its certified translation, Bates Numbered MTPD-0426066 and MTPD-0426066E, produced by Panasonic Corporation on approximately Oct. 17, 2011 with the custodian designation of Koichi Nishiyama, designated by counsel for Panasonic Corporation as "Confidential."

1    Exhibit N is a true and correct copy of a document, Bates Numbered TAEC-CRT-
2 00095072, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation
3 of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

4    Exhibit O is a true and correct copy of a document, Bates Numbered TAEC-CRT-
5 00086226, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation
6 of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

7    Exhibit P is a true and correct copy of a document, Bates Numbered TAEC-CRT-
8 00094042, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation
9 of Sean Collins, designated by counsel for TAEC as "Highly Confidential."

10   Exhibit Q is a true and correct copy of a document, Bates Numbered TAEC-CRT-
11 00095092, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation
12 of Sean Collins, designated by counsel for TAEC as "Confidential."

13   Exhibit S is a true and correct copy of the original document and its translation, Bates
14 Numbered CHU00030040 and CHU00030040E, produced by Chunghwa Picture Tubes, Ltd. on
15 approximately March 8, 2010, designated by counsel for Chunghwa Pictures Tubes, Ltd. as
16 "Confidential."

17   Exhibit T is a true and correct copy of excerpts from Samsung SDI's Supplemental
18 Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 (Oct. 17,
19 2011), designated by counsel for Samsung SDI as "Confidential."

20   Exhibit U is a true and correct copy of a document, Bates Numbered TAEC-CRT-
21 00090061, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation
22 of Sean Collins, designated by counsel for TAEC as "Confidential."

23   Exhibit V is a true and correct copy of the original document and its certified translation,
24 Bates Numbered SDCRT-0006632 and SDCRT-0006632E, produced by Samsung SDI on
25 approximately June18, 2010 with the custodian designation of K.C. Oh, designated by counsel
26 for Samsung SDI as "Privileged and Confidential" or "Highly Confidential."

27   Exhibit W is a true and correct copy of the original document and its certified translation,
28 Bates Numbered SDCRT-0002526 and SDCRT-0002526E, produced by Samsung SDI on

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL     -3-     MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

1  approximately Dec. 8, 2010, designated by counsel for Samsung SDI as "Privileged and
2  Confidential" or "Highly Confidential."
3      Exhibit X is a true and correct copy of the original document and its certified translation,
4  Bates Numbered SDCRT-0002585 and SDCRT-0002585E, produced by Samsung SDI on
5  approximately Dec. 8, 2010, designated by counsel for Samsung SDI as "Privileged and
6  Confidential" or "Highly Confidential."
7      Therefore, Tech Data respectfully requests an order sealing portions of the Opposition
8  and the entireties of the Designated Exhibits in this case.
9      I declare under penalty of perjury under the laws of the United States and the State of
10 Florida that the foregoing is true and correct.
11     Executed this 27th day of February, 2014, in Miami, Florida.

          _____/s/Scott N. Wagner_____
                   Scott N. Wagner

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL     -4-     MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

Dated: February 27, 2014

Respectfully Submitted,

  /s/Scott N. Wagner
ROBERT W. TURKEN
SCOTT N. WAGNER
MITCHELL E. WIDOM
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
E-mail:         rturken@bilzin.com
                swagner@bilzin.com
                mwidom@bilzin.com

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:         ssinger@bsfllp.com

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
E-mail:         wisaacson@bsfllp.com
                mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
E-mail:         piovieno@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on February 27, 2014.

/s/Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC