Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; mwidom@bilzin.com;
           swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No.  13-CV-00157-SC |
| | Master File No. 07-cv-5944-SC (N.D. Cal) |
| This Document Relates to Individual Case No. 13-CV-00157-SC | MDL No. 1917 |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., <br><br>         Plaintiffs, <br>    vs. <br><br>HITACHI, LTD; *et al.* <br><br>         Defendants. | **[PROPOSED] ORDER GRANTING TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

**[PROPOSED] ORDER**

This matter comes before the Court on Tech Data's February 27, 2014 Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 ("Motion to Seal"). Having considered the Motion to Seal, the Declaration of Scott N. Wagner in support thereof, and any additional declarations subsequently filed in support, and good cause appearing therefore:

The Court hereby GRANTS the Motion to Seal and orders that the following are properly sealable and shall be sealed:

| |
|---|
| Highlighted portions of Tech Data's Opposition to Thomson SA's Motion to Strike ("Opposition"), found on pages 7, 8, 10, 11 of the Opposition. |
| Exhibit G to the Declaration of Scott N. Wagner in Support of Tech Data's Opposition ("Wagner Declaration"). |
| Exhibit J to the Wagner Declaration |
| Exhibit K to the Wagner Declaration |
| Exhibit L to the Wagner Declaration |
| Exhibit M to the Wagner Declaration |
| Exhibit N to the Wagner Declaration |
| Exhibit O to the Wagner Declaration |
| Exhibit P to the Wagner Declaration |
| Exhibit Q to the Wagner Declaration |
| Exhibit S to the Wagner Declaration |
| Exhibit T to the Wagner Declaration |
| Exhibit U to the Wagner Declaration |

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

PROPOSED ORDER GRANTING TECH
DATA'S MOTION TO SEAL

MASTER FILE NO. 07-MD-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

| Exhibit V to the Wagner Declaration |
| Exhibit W to the Wagner Declaration |
| Exhibit X to the Wagner Declaration |

IT IS SO ORDERED.

DATED: _____       _____

HONORABLE SAMUEL CONTI

United States District Court Judge

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

PROPOSED ORDER GRANTING TECH DATA'S MOTION TO SEAL

MASTER FILE NO. 07-MD-5944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456