Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; mwidom@bilzin.com;
          swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Individual Case No. 13-CV-00157-SC |
| | Master File No.  07-cv-5944-SC (N.D. Cal) |
| This Document Relates to Individual Case No. 13-CV-00157-SC | MDL No. 1917 |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., | **DECLARATION OF SCOTT N. WAGNER IN SUPPORT OF TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S OPPOSITION TO THOMSON CONSUMER ELECTRONICS, INC. AND THOMSON SA'S MOTION TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT** |
| Plaintiffs, vs. | |
| HITACHI, LTD; *et al.* | |
| Defendants. | |
| | Before the Honorable Samuel Conti |

I, SCOTT N. WAGNER, declare as follows:

1. I am a partner at the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data"), and am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court.  Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Tech Data's Opposition to Thomson Consumer Electronics, Inc. and Thomson SA's Motions to Strike with Prejudice Tech Data's First Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0006632 and SDCRT-0006632E, produced by Samsung SDI on approximately June18, 2010 with the custodian designation of K.C. Oh. **FILED UNDER SEAL.**

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from Samsung SDI's Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 (Oct. 17, 2011). **FILED UNDER SEAL.**

5. Attached hereto as Exhibit C is a true and correct copy of a document, Bates Numbered TAEC-CRT-00116979, produced by Toshiba America Electronic Components, Inc. ("TAEC") on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

6. Attached hereto as Exhibit D is a true and correct copy of a document, Bates Numbered SDCRT-0088604, produced by Samsung SDI on approximately Sept. 19, 2011 with the custodian designation of Samsung SDI. **FILED UNDER SEAL.**

7. Attached hereto as Exhibit E is a true and correct copy of the original document and its certified translation, Bates Numbered MTPD-0426066 and MTPD-0426066E, produced

1  by Panasonic Corporation on approximately Oct. 17, 2011 with the custodian designation of
2  Koichi Nishiyama. **FILED UNDER SEAL.**
3        8.    Attached hereto as Exhibit F is a true and correct copy of the original document
4  and its certified translation, Bates Numbered SDCRT-0002526 and SDCRT-0002526E,
5  produced by Samsung SDI on approximately Dec. 8, 2010. **FILED UNDER SEAL.**
6        9.    Attached hereto as Exhibit G is a true and correct copy of the original document
7  and its certified translation, Bates Numbered SDCRT-0002585 and SDCRT-0002585E,
8  produced by Samsung SDI on approximately Dec. 8, 2010. **FILED UNDER SEAL.**
9        10.    Attached hereto as Exhibit H is a true and correct copy of the original document
10  and its translation, Bates Numbered CHU00030040 and CHU00030040E, produced by
11  Chunghwa Picture Tubes, Ltd. on approximately March 8, 2010. **FILED UNDER SEAL.**
12        11.    Attached hereto as Exhibit I is a true and correct copy of excerpts from
13  THOMSON multimedia S.A.'s Annual Report (Form 20-F) (June 30, 1999).
14        12.    Attached hereto as Exhibit J is a true and correct copy of excerpts from the
15  Declaration of Frederic Rose, *In re Petition of Frederic Rose* (Dkt. No. 3, Case No. 09-17355
16  (Bankr. S.D.N.Y. Dec. 16, 2009)).
17        13.    Attached hereto as Exhibit K is a true and correct copy of excerpts from
18  THOMSON S.A.'s Annual Report (Form 20-F) (May 30, 2003).
19        14.    Attached hereto as Exhibit L is a true and correct copy of excerpts from the Brief
20  for Plaintiff-Appellant Thomson S.A. in *Thomson S.A. v. Quixote Corp.,* 166 F.3d 1172 (Fed.
21  Cir. 1999).
22        15.    Attached hereto as Exhibit M is a true and correct copy of *Digital Sales Lift*
23  *Thomson SA*, Calgary Herald, Oct. 13, 2006 at D9.
24        16.    Attached hereto as Exhibit N is a true and correct copy of excerpts from
25  THOMSON multimedia S.A.'s Annual Report (Form 20-F) (Mar. 29, 2002).
26
27
28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

17. Attached hereto as Exhibit O is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095077, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

18. Attached hereto as Exhibit P is a true and correct copy of a document, Bates Numbered TAEC-CRT-00090061, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

19. Attached hereto as Exhibit Q is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095072, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

20. Attached hereto as Exhibit R is a true and correct copy of a document, Bates Numbered TAEC-CRT-00086226, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

21. Attached hereto as Exhibit S is a true and correct copy of a document, Bates Numbered TAEC-CRT-00094042, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

22. Attached hereto as Exhibit T is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095092, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

23. Attached hereto as Exhibit U is a true and correct copy of document, Bates Numbered HEDUS- CRT00162777, produced by Hitachi Electronic Devices (USA), Inc. ("HEDUS") on approximately Dec. 16, 2011 with the custodian designation of Tom Heiser. **FILED UNDER SEAL.**

24. Attached hereto as Exhibit V is a true and correct copy of *Thomson Cuts Earnings Forecast; Demand for TVs Slows*, Tech Europe, June 25, 2003, at 301.

25. Attached hereto as Exhibit W is a true and correct copy of a document, Bates Numbered TDA01360, produced by Technologies Displays Americas LLC on approximately October 8, 2013 with the custodian designation of Technologies Displays Americas LLC.

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

MIAMI 4039009.3 75245/43034

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S OPPOSITION TO THOMPSON'S MOTIONS TO STRIKE FIRST AMENDED COMPLAINT

MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

-3-

26. Attached hereto as Exhibit X is a true and correct copy of excerpts from THOMSON multimedia S.A.'s Annual Report (Form 20-F) (June 29, 2004).

27. Attached hereto as Exhibit Y is a true and correct copy of the docket obtained from LexisNexis CourtLink on February 4, 2013 regarding *Thomson S.A. v. Time Warner, Inc., et al.,* filed in the United States District Court, District of Delaware by Thomson S.A. on February 25, 1994.

28. Attached hereto as Exhibit Z is a true and correct copy of THOMSON multimedia S.A.'s Statement of Beneficial Ownership (Form 13D/A) (Feb. 8, 2000).

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct.

Executed this 27th day of February, 2014, in Miami, Florida.

                                                      /s/Scott N. Wagner
                                                           Scott N. Wagner

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

MIAMI 4039009.3 75245/43084

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S OPPOSITION TO THOMPSON'S MOTIONS TO STRIKE FIRST AMENDED COMPLAINT

MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

-4-

Dated: February 27, 2014

Respectfully Submitted,

  /s/Scott N. Wagner
ROBERT W. TURKEN
SCOTT N. WAGNER
MITCHELL E. WIDOM
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593
E-mail:         rturken@bilzin.com
                    swagner@bilzin.com
                    mwidom@bilzin.com

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:          ssinger@bsfllp.com

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
E-mail:          wisaacson@bsfllp.com
                     mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail:          piovieno@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

WAGNER DECLARATION  IN SUPPORT OF TECH DATA'S OPPOSITION TO THOMPSON'S MOTIONS TO STRIKE FIRST AMENDED COMPLAINT

5

MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on February 27, 2014.

/s/Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S OPPOSITION TO THOMPSON'S MOTIONS TO STRIKE FIRST AMENDED COMPLAINT

MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC