# EXHIBIT D

10/13/06 Calgary Herald (Can.) D9
2006 WLNR 26097701
Loaded Date: 10/14/2006

Calgary Herald (Canada)
Copyright 2006 Compiled from Herald News Services

October 13, 2006

Section: Calgary Business

**Digital sales lift Thomson SA**

**Thomson SA**, the world's largest supplier of television set-top boxes, said third-quarter **sales** rose 8.3 per cent as demand for **digital** decoders rose.

Revenue for the three months through Sept. 30 rose to 1.42 billion euros ($1.79 billion US), from 1.31 billion euros in the same period a year earlier, the Paris-based company said.

"Our operational programs are performing in line with our expectations and are also being expanded,' chief executive Frank Dangeard said. Shares rose 3.8 per cent to 13.16 euros ($16.50) on Euronext in Paris.

---- INDEX REFERENCES ---

COMPANY: DTS DISTRIBUIDORA DE TELEVISION DIGITAL SA; DIGITAL DOMAIN; DIGITAL CIRCUITS PVT LTD

INDUSTRY: (Electronics (1EL16); Consumer Electronics (1CO61); Cable Set Top Boxes (1CA79); Consumer Products & Services (1CO62); Telecom Consumer Equipment (1TE03))

REGION: (Europe (1EU83))

Language: EN

OTHER INDEXING: (DIGITAL) (Frank Dangeard; Revenue; Thomson SA)

KEYWORDS: (Business); (Statistics); (Brief)

EDITION: Final

Word Count: 87
10/13/06 CALGHERALD D9
END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT E

```
>

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7zlT+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 T8orof6G7Awmn0C9fIg4KVrLi0QlyhezDPUNvL42iu9U1myipLMLoDMbjXtt63cl
 HS6b9NrmZXry6AemG5Jy/A==

<SEC-DOCUMENT>0000927946-00-000018.txt : 20000209
<SEC-HEADER>0000927946-00-000018.hdr.sgml : 20000209
ACCESSION NUMBER:             0000927946-00-000018
CONFORMED SUBMISSION TYPE:    SC 13D/A
PUBLIC DOCUMENT COUNT:        3
FILED AS OF DATE:             20000208

SUBJECT COMPANY:

        COMPANY DATA:
                COMPANY CONFORMED NAME:           GEMSTAR INTERNATIONAL GROUP LTD
                CENTRAL INDEX KEY:                0000923282
                STANDARD INDUSTRIAL CLASSIFICATION:   HOUSEHOLD AUDIO & VIDEO EQUIPMENT [3651]
                IRS NUMBER:                       980139960
                FISCAL YEAR END:                  0331

        FILING VALUES:
                FORM TYPE:            SC 13D/A
                SEC ACT:
                SEC FILE NUMBER:      005-50973
                FILM NUMBER:          526192

        BUSINESS ADDRESS:
                STREET 1:             135 NORTH LOS ROBLES AVE
                STREET 2:             STE 800
                CITY:                 PASADENA
                STATE:                CA
                ZIP:                  91101
                BUSINESS PHONE:       8187925700

        MAIL ADDRESS:
                STREET 1:             135 N LOS ROBLES AVE
                STREET 2:             STE 800
                CITY:                 PASADENA
                STATE:                CA
                ZIP:                  91101

FILED BY:

        COMPANY DATA:
                COMPANY CONFORMED NAME:           THOMSON MULTIMEDIA
                CENTRAL INDEX KEY:                0001080259
                STANDARD INDUSTRIAL CLASSIFICATION:   HOUSEHOLD AUDIO & VIDEO EQUIPMENT [3651]

        FILING VALUES:
                FORM TYPE:            SC 13D/A

        BUSINESS ADDRESS:
                STREET 1:             46 QUAI A LE GALLO
                STREET 2:             92100
                CITY:                 BOULOGNEFRANCE
                STATE:                IO

        MAIL ADDRESS:
                STREET 1:             46 QUAI A LE GALLO
                CITY:                 BOULOGNE FRANCE
                STATE:                IO
</SEC-HEADER>
<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<DESCRIPTION>SC 13D/A
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D

Under the Securities Exchange Act of 1934
(Amendment No. 1)


GEMSTAR INTERNATIONAL GROUP LIMITED
(Name of Issuer)


Ordinary Shares, par value $.01 per share
(Title or Class of Securities)


G-3788-V106
(CUSIP Number)


Philippe Andrau
THOMSON multimedia S.A.
46 Quai A. LeGallo
92100 Boulogne

FRANCE
331-4126-5174

(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)


October 3, 1999
(Date of Event Which Requires Filing of this Statement)



If the filing person has previously filed on Schedule 13G to report the
acquisition which is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(b)(3) or (4), check the following box |_|.

Page 1 of 22


<PAGE>


CUSIP No.  G-3788-V106

1.      NAME OF REPORTING PERSON
        I.R.S. IDENTIFICATION NO. OF ABOVE PERSON (ENTITIES ONLY)

             THOMSON multimedia S.A.

2.      CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
             (a)        |_|
             (b)        |X|

3.      SEC USE ONLY

4.      SOURCE OF FUNDS

             WC

5.      CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
        PURSUANT TO ITEMS 2(d) OR 2(e) |_|

6.      CITIZENSHIP OR PLACE OF ORGANIZATION

             France

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH

```
        7.    SOLE VOTING POWER................................None
        8.    SHARED VOTING POWER.........................12,307,464
        9.    SOLE DISPOSITIVE POWER..........................None
        10.   SHARED DISPOSITIVE POWER....................12,307,464
```

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

      12,307,464

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN
      SHARES  |_|

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 11

      6.1%

14.    TYPE OF REPORTING PERSON
      CO

<PAGE>

CUSIP No.  G-3788-V106

1.     NAME OF REPORTING PERSON
      I.R.S. IDENTIFICATION NO. OF ABOVE PERSON (ENTITIES ONLY)

      Thomson S.A.

2.     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
           (a)       |_|
           (b)       |X|

3.     SEC USE ONLY

4.     SOURCE OF FUNDS

      AF

5.     CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
      PURSUANT TO ITEMS 2(d) OR 2(e) |_|

6.     CITIZENSHIP OR PLACE OF ORGANIZATION

      France

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH

```
        7.    SOLE VOTING POWER................................None
        8.    SHARED VOTING POWER.........................12,307,464
        9.    SOLE DISPOSITIVE POWER..........................None
        10.   SHARED DISPOSITIVE POWER....................12,307,464
```

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

      12,307,464

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN
      SHARES  |_|

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 11

      6.1%

14.    TYPE OF REPORTING PERSON
      CO

<PAGE>

SCHEDULE 13D
AMENDMENT NO. 1

The following information updates and revises the material contained in
the original  Schedule 13D report,  filed April 23, 1998 (the "Original 13D") by
THOMSON  multimedia S.A.,  a French societe anonyme (the "Company"),  relating to
the voting Ordinary Shares, par value $.01 per share (the "Ordinary Shares"), of
Gemstar  International  Group  Limited,  a  British  Virgin  Islands  corporation
("Gemstar").

Item 1.   Security and Issuer.

This  Schedule  13D relates to the  Ordinary  Shares of Gemstar,  with
principal  executive offices located at 135 North Los Robles Avenue,  Suite 800,
Pasadena, California 91101.

Item 2.   Identity and Background.

This  Schedule  13D is being  filed  jointly by the Company and Thomson
S.A., a French societe anonyme.  The Company's principal  business involves the
manufacture and distribution of consumer  electronics products.  The Company is
organized under the laws of France and has its principal executive offices at 46
Quai  A.  Le Gallo,  92100  Boulogne,  France.  The  Company  is a  wholly-owned
subsidiary of Thomson S.A.

Thomson  S.A.'s principal  executive  offices  are  at 173 Boulevard
Haussmann 75008 Paris, France. Thomson S.A. principally  acts as a holding
company for the French government. All of the outstanding shares of Thomson S.A.
are owned by the French government.

Schedules A, B, C and D respectively,  attached hereto and incorporated
herein by reference,  set forth the name,  business address,  present principal
occupation or employment of the executive  officers and directors of the Company
and Thomson S.A. and the name,  principal business and address of any company or
organization in which such employment is carried on, and the citizenship of each
director,  executive  officer and controlling  person of the Company and Thomson
S.A.

During the last five years, none of the Company, Thomson S.A. or any of
the persons named on the attached Schedules A, B, C or D has been convicted in a
criminal  proceeding  (excluding traffic violations or similar  misdemeanors) or
was a party  to a civil  proceeding  of a  judicial  or  administrative  body of
competent jurisdiction as a result of which any such person was or is subject to
a judgment, decree or final order enjoining future violations of, or prohibiting
or mandating  activities subject to, federal or state securities laws or finding
any violation with respect to such laws.

Page 4 of 22

<PAGE>

Item 3.  Sources and Amount of Funds or Other Consideration.

2,020,666  Ordinary  Shares were acquired by the Company as a result of
the merger of Starsight Telecast, Inc. ("Starsight"),  in which the Company held
shares, with a subsidiary of Gemstar on May 8, 1997 (the "Merger").  At the time
of the Merger,  the Company also held two warrants to purchase  Starsight shares
which were  converted into warrants to purchase  Ordinary  Shares as a result of
the Merger.  Each warrant entitled the Company to purchase an additional 606,200
Ordinary  Shares,  the first at a  purchase  price of  $12.30  per share and the
second at a purchase price of $16.50 per share.

On February 12, 1998, the Company purchased  600,000  Ordinary  Shares
from Viacom  International Inc.  ("Viacom") at an aggregate price of $19,200,000
(equal to $32.00  per Ordinary  Share)  pursuant  to a Letter  Agreement  dated
February 7, 1998, between the Company and Viacom (the "Letter  Agreement").  The
purchase was consummated using the Company's general corporate funds.

Item 4.  Purposes of Transaction.

The shares reported were acquired in connection with the Merger and the
transaction described in Item 3 and are held for investment purposes.

On October 4, 1999, Gemstar,  TV Guide,  Inc., a Delaware  corporation
("TV  Guide") , and G  Acquisition  Subsidiary Corp.,  a  Delaware  corporation

("Sub"), entered into an Agreement and Plan of Merger (the "Merger Agreement"), pursuant to which upon consummation of the transactions contemplated therein, TV Guide will become a wholly owned subsidiary of Gemstar. Concurrently with the execution of the Merger Agreement, the Company entered into an agreement (the "Voting Agreement") pursuant to which the Company agreed to vote its shares in favor of the transactions contemplated by the Merger Agreement (including the issuance of Gemstar's Ordinary Shares in connection with the Merger and the redomestication of Gemstar from the British Virgin Islands to the State of Delaware) and against any inconsistent proposals or transactions. In addition, the Company granted an irrevocable proxy to certain officers of TV Guide and appointed such officers as its attorney-in-fact to vote all the shares beneficially owned by the Company in accordance with the provisions of the Voting Agreement. The Voting Agreement is attached hereto as Exhibit 99.1.

Although the Company may, from time to time, purchase and sell Ordinary Shares in public or private transactions, other than as described above and as contemplated by the Voting Agreement, neither the Company or Thomson S.A. has present plans or proposals which may relate to or would result in (a) the acquisition or disposition of additional securities of Gemstar; (b) an extraordinary corporate transaction, such as a merger, reorganization or liquidation, involving Gemstar or any of its subsidiaries; (c) a sale or transfer of a material amount of assets of Gemstar or any of its subsidiaries; (d) any change in the present Board of Directors or management of Gemstar, including any plans or proposals to change the number or term of directors or to fill any existing vacancies on the Board; (e) any material change in the present capitalization or dividend policy of Gemstar; (f) any other material change in Gemstar's business or corporate

<PAGE>

structure; (g) changes in Gemstar's charter, by-laws or instruments corresponding thereto or other actions which may impede the acquisition of control of Gemstar by any person; (h) causing a class of securities of Gemstar to be delisted from a national securities exchange or to cease to be authorized to be quoted in an inter-dealer quotation system of a registered national securities association; (i) a class of equity securities of Gemstar becoming eligible for termination of a registration pursuant to section 12(g)(4) of the Securities Exchange Act of 1934, as amended; or (j) any action similar to any of those enumerated above.

Item 5.  Interest in Securities of the Issuer.

The Company beneficially owns 12,307,464 Ordinary Shares, which represent approximately 6.1% of the Ordinary Shares of Gemstar outstanding on September 30, 1999, as reported on Gemstar's Form 10-Q report for the quarter ended as of September 30, 1999, with this number of Ordinary Shares outstanding adjusted for Gemstar's two-for-one stock split paid in December 1999. On January 30, 1998, the Company agreed to the cancellation of the first of the two warrants to purchase 606,200 Ordinary Shares in exchange for a payment from Gemstar of $12,807,700 or $21.13 per Ordinary Share. In January 1999, the Company exercised the remaining warrant for 606,200 Ordinary Shares, paying Gemstar $10,002,300 or $16.50 per Ordinary Share. In April and May of 1999, the Company sold Ordinary Shares of Gemstar in open market transactions on the New York Stock Exchange as follows:

| Date of Sale | Number of Ordinary Shares Sold | Price per Ordinary Share |
| --- | --- | --- |
| April 22, 1999 | 5,000 | $102.1250 |
| April 23, 1999 | 45,000 | 100.6000 |
| April 26, 1999 | 50,000 | 110.0000 |
| April 27, 1999 | 25,000 | 120.5375 |
| May 6, 1999 | 15,000 | 125.1000 |
| May 12, 1999 | 10,000 | 125.0000 |

In April 1999, Gemstar's Board of Directors approved a two-for-one stock split in the form of a stock dividend which was paid in May 1999 to shareholders of record as of May 14, 1999.

In November 1999, Gemstar's Board of Directors approved a second two-for-one stock split in the form of a stock dividend which was paid in December 1999 to shareholders of record as of November 29, 1999.

Page 6 of 22

<PAGE>

        The Company shares voting and investment power with respect to all shares reported with Thomson S.A. as the Company's majority shareholder. Thomson S.A., as the majority shareholder of the Company, may be deemed to be the beneficial owner of all of the Ordinary Shares owned by the Company.

Item 6. Contracts, Arrangements, Understandings or Relationships with Respect to Securities of the Issuer.

        The Company entered into the Voting Agreement on October 3, 1999.

Item 7. Material to be Filed as Exhibits.

        99.1    Voting Agreement dated October 3, 1999 between TV Guide, Inc. and THOMSON multimedia S.A.(The number of Ordinary Shares beneficially owned by the Company as stated on Schedule 1 to the Voting Agreement does not reflect the sale of 150,000 Ordinary Shares by the Company in April and May of 1999 or the two-for-one stock split paid in December 1999.)

        99.2    Agreement relating to filing of joint statements as required by Rule 13d-1(k).

Page 7 of 22

<PAGE>

                              SIGNATURE

        After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Date:  February 7, 2000

                              THOMSON MULTIMEDIA S.A.


                              By:/s/ Jim Meyer
                                 Jim Meyer
                                 Senior Executive Vice
                                 President


                              THOMSON S.A.



                              By:/s/ Patrice Maynial
                                 Patrice Maynial
                                 Corporate Secretary




Page 8 of 22

<PAGE>



                         SCHEDULE A
                    THOMSON MULTIMEDIA S.A.
                     EXECUTIVE OFFICERS

```
<TABLE>
<CAPTION>
```

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT (Reported positions are with THOMSON multimedia S.A.) | CITIZENSHIP |
|------|------------------|------------------------------------------------------------------------------------------|-------------|
| `<S>` | `<C>` | `<C>` | `<C>` |
| Thierry Breton | 46 Quai A. LeGallo 92100 Boulogne France | Chairman of the Board and Chief Executive Officer | French |
| Patrice Maynial | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President, Corporate Secretary and Legal Counsel | French |
| Olivier Mallet | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President of Finance | French |
| Olivier Barberot | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President of Human Resources | French |
| Herve Hannebicque | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President of Entrepreneurship | French |
| Christophe Ripert | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of SBU Europe | French |
| Jim Meyer | 10330 N. Meridian St. Indianapolis, IN USA | Senior Executive Vice President of SBUs Americas, Multimedia Products and New Media Services | American |
| Alain Carlotti | 1000 Toa Payoh North Singapore 31899 | Executive Vice President of SBU Asia | French |

```
<PAGE>
```

| | | | |
|------|------------------|------------------------------------------------------------------------------------------|-------------|
| Al Arras | 10330 N. Meridian St. Indianapolis, IN USA | Executive Vice President of SBU Audio and Communications | American |
| Gilles Taldu | 46 Quai A. LeGallo 92100 Boulogne France | Executive Vice President of SBU Displays and Key Components | French |
| John Neville | 46 Quai A. LeGallo 92100 Boulogne France | Intellectual Property Coordination (Senior Executive Vice President) | American |
| Charles Dehelly | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of Operations Coordination | French |
| Frank Dangeard | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of Corporate Coordination | French |
| Michael O'Hara | 10330 N. Meridian St. Indianapolis, IN USA | Senior Vice President of SBU Americas | American |
| Enrique Rodriguez | 10330 N. Meridian St. Indianapolis, IN USA | Vice President of SBU Multimedia Products | Mexican |

```
</TABLE>
```

Page 10 of 22

```
<PAGE>
```

SCHEDULE B
THOMSON MULTIMEDIA S.A.
DIRECTORS

```
<TABLE>
<CAPTION>
```

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT | CITIZENSHIP |
|---|---|---|---|
| `<S>` | `<C>` | `<C>` | `<C>` |
| Thierry Breton | 46 Quai A. LeGallo 92100 Boulogne France | Chairman of the Board and Chief Executive Officer of THOMSON multimedia S.A. | French |
| Emmanuel Caquot | Le Bervil - 12 rue Villiot Digitip 3 75572 Paris Cedex 12 France | Section Head, French Department of Industry | French |
| Jacques-Louis Lions | 3, rue d'Anjou 75008 Paris France | Professor Emeritus at College de France | French |
| Stephane Pallez | 139 rue de Berry - Teledoc 227 75231 Paris Cedex 05 France | Deputy Director, French Department of Treasury | French |
| Marcel Roulet | 11, rue d'Anjou 75008 Paris France | Former Chairman and CEO of Thomson S.A., Former Chairman and CEO of France Telecom | French |
| Frank Dangeard | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of THOMSON multimedia S.A., Senior Executive Vice President of Thomson S.A. | French |
| Pierre Cabanes | 173, Bd Haussmann 75008 Paris France | Senior Executive Vice President of Thomson S.A. | French |

Page 11 of 22

```
<PAGE>
```

| | | | |
|---|---|---|---|
| Jacques Dunogue | 54 rue de la Boelie 75008 Paris France | Secretary General, Alcatel S.A. | French |
| Eddy W. Hartenstein | 2230 East Imperial Highway El Segundo, CA 90245 USA | Corporate Senior Vice President of Hughes Electronics Corporation, President of DIRECTV | American |
| Bernard Vergnes | 92977 Paris Le Defense Cedex, France | Chairman of Microsoft, Europe | French |

| | | | |
|---|---|---|---|
| Iwao Shinohara | 7-1, Shiba 5-Chome Minato-Ku Tokyo 108-01 - Japan | Senior Vice President of NEC Corporation | Japanese |
| Gerard Meymarian | 46 Quai A. LeGallo 92100 Boulogne France | General Manager, Europe TV Profit Center, THOMSON multimedia S.A. | French |
| Jean de Rotalier | 46 Quai A. LeGallo 92100 Boulogne France | Sales Planning Manager of THOMSON multimedia S.A. | French |
| Catherine Cavallari | 46 Quai A. LeGallo 92100 Boulogne France | Financial Controller of THOMSON multimedia S.A. | French |

</TABLE>

Page 12 of 22

<PAGE>

SCHEDULE C
THOMSON S.A.
EXECUTIVE OFFICERS

<TABLE>
<CAPTION>

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT | CITIZENSHIP |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Thierry Breton | 173 Boulevard Haussmann, 75008 Paris, France | Chairman and Chief Executive Officer of Thomson S.A. | French |
| Pierre Cabanes | 173 Boulevard Haussmann, 75008 Paris, France | Senior Executive Vice President of Thomson S.A. | French |
| Frank Dangeard | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of Thomson S.A. | French |
| Patrice Maynial | 46 Quai A. LeGallo 92100 Boulogne France | Corporate Secretary of Thomson S.A. | French |

</TABLE>

Page 13 of 22

<PAGE>

SCHEDULE D
THOMSON S.A.
DIRECTORS

<TABLE>
<CAPTION>

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT | CITIZENSHIP |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Thierry Breton | 46 Quai A. LeGallo 92100 Boulogne France | Chairman of the Board and Chief Executive Officer of THOMSON multimedia S.A. | French |

| | | | |
|---|---|---|---|
| Jean-Paul<br>Gillyboeuf | 26, Bd. Victor<br>00460 Paris Armees<br>France | Adjoint au Delegue General<br>pour l'Armement<br>Delegation Generale pour<br>l'Armement (French<br>government) | French |
| Jean-Pierre<br>Noblanc | 31/33 rue de la<br>Federation 75752 Paris,<br>Cedex 15<br>France | Directeur aupres du<br>President de CEA Industrie,<br>charge des Composants<br>President du Conseil de<br>Surveillance de SGS-<br>THOMSON (Semiconductor<br>company) | French |
| Paul Hamon | 17, Boulevard Gaston-<br>Birge<br>BP 826<br>49808 Anges Cedex<br>France | Operateur for Thomson<br>Television Angers, a<br>subsidiary of Thomson S.A. | French |
| Serge Bourget | 17, Boulevard Gaston-<br>Birge<br>BP 826<br>49808 Anges Cedex<br>France | Analyste programmer,<br>Thomson Television Angers,<br>a subsidiary of Thomson<br>S.A. | French |

Page 14 of 22

<PAGE>

| | | | |
|---|---|---|---|
| M. Didier<br>Bureau | Le Bervil - 12 rue<br>Villiot<br>DIGITIP 3<br>75572 Paris Cedex 12<br>France | Ministere De L'Economie,<br>Des Finances Et De<br>L'Industrie - Secretariat A<br>L'Industrie (French<br>Government) | French |
| M. Michel Colin | 16, avenue de Saint-<br>Cloud<br>78018 Versailles Cedex<br>France | Tresoner Payeur General des<br>Yvelines<br>Tresorere Generale Des<br>Yvelnes (French<br>Government) | French |
| M. Jerome Haas | 139 rue de Bercy -<br>Teledoc 227<br>75572 Paris Cedex 12<br>France | Sous-Directeur au Service<br>des Participations a la<br>Direction du Tresor<br>Ministere De L'Economie,<br>Des Finances Et De<br>L'Industrie (French<br>Government) | French |
| M. Guy de<br>Monchy | 139 rue de Berch -<br>Teledoc 653<br>75572 Paris Cedex 12<br>France | Chef de Service<br>Direction de la Prevision<br>Ministere De L'Economie,<br>Des Finances Et De<br>L'Industrie (French<br>Government) | French |
| M. Marc Tessier | 7 Esplanada Henri de<br>France<br>75907 Paris Cedex 165<br>France | President de FRANCE<br>Television (television<br>broadcasting company) | French |
| M. Thierry<br>Aulagnon | 2 rue Pilet-Will<br>75009 Paris<br>France | Directeur General du G.A.N.<br>Direction Generale Deleguee<br>Finances et Logistique | French |
| M. Bernard<br>Larrouturou | Domaine de Voluceau<br>Rocquencourt - BP 105<br>78153 Le Chesnay<br>Cedex, France | President Directeur General<br>de INRIA (French<br>Government) | French |

Page 15 of 22

<PAGE>

| | | | |
|---|---|---|---|
| M. Guy de Panafieu | Bureau 59A64 - 68 route de Versailles BP 434 78434 Louveciennes Cedex, France | President Directeur General du Groupe BULL (computer equipment and information services company) | French |
| M Ervin Rosenberg | Direction des Grandes Entreprises 2 rue Laffitte 75450 Paris Cedex 09 | Membre du Cornite de Direction Generale de la B.N.P. (financial institution) | French |
| M. Jean-Marie Duboc | 46, Quai Alphonse Le Gallo 92100 Boulogne France | Representant des salaries Thomson Multimedia S.A. | French |
| M. Alain Rocoplan | Route de Dole 21110 Genlis France | Representant des salaries Thomson Tubes & Display | French |
| M. Gilles Bujot | Rue Du Gatinais BP 3 77167 Bagneaux Sur Long France | Representant des salaries Thomson Videoglass | French |
| M. Berirand Le Menestrel | 14 rue Saint-Dominque 00450 Paris Armees France | Controleur General des Armees Groupe de Controle des Services et des Industries d'Armement (French Government) | French |
| M. Thierry Colin | Tour Franatome Cedex 16 92084 Paris La Defense France | Commissaire aux Comptes titulaire Cabinet Mazars & Guerard (French Government) | French |
| M. Christian Chiarasini | 41 rue Ybry 92576 Neuilly Sur Seine Cedex, France | Commissaire aux Comptes titulaire Cabinet Barbier Frinault & Autres (French Government) | French |

Page 16 of 22

<PAGE>

| | | | |
|---|---|---|---|
| M. Patrick de Cambourg | Tour Framatome Cedex 16 92084 Paris La Defense France | Commissaire aux Comptes supplant Cabinet Mazars & Guerard (French Government) | French |
| M. Alain Grosmahn | 41, rue Ybry 92576 Neuilly Sur Seine Cedex, France | Commissaire aux Comptes supplant Cabinet Barbier Frinault & Autres (French Government) | French |

</TABLE>

Page 17 of 22

</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-99.1

```
<SEQUENCE>2
<DESCRIPTION>EXHIBIT 99.1
<TEXT>
```

Exhibit 99.1

October 3, 1999

TV Guide, Inc.
7140 S. Lewis Avenue
Tulsa, Oklahoma 74136-5422

Re:     Agreement of Principal Stockholder Concerning Transfer and
        Voting of Shares of Gemstar International Group Limited

  The undersigned understands that TV Guide, Inc., A Delaware corporation
("TV Guide"), and Gemstar International Group Limited, a British Virgin Islands
corporation ("Gemstar"), of which the undersigned is a stockholder, are prepared
to enter into an agreement for the merger (the "Merger") of G Acquisition
Subsidiary Corp., a Delaware corporation ("Sub"), into TV Guide, but that TV
Guide has conditioned its willingness to proceed with such agreement (the
"Merger Agreement") upon receipt from the undersigned of assurances satisfactory
to TV Guide of the undersigned's support of and commitment to the Merger. In
order to evidence such commitment and to induce TV Guide to enter into the
Merger Agreement, the undersigned hereby represents and warrants to TV Guide and
agrees with TV Guide as follows:

  1. Voting. The undersigned will vote or cause to be voted at any
meeting of the stockholders of Gemstar and in any action by consent by the
stockholders of Gemstar all shares of capital stock of Gemstar owned of record
or beneficially owned or held in any capacity by the undersigned or under the
control of the undersigned in favor of the Merger and the issuance of the Parent
Common Stock in connection with the Merger and other transactions provided for
in or contemplated by the Merger Agreement (including the domestication of
Gemstar from the British Virgin Islands to the State of Delaware), and against
any inconsistent proposals or transactions.

  2. Ownership. As of the date hereof, Schedule 1 hereto sets forth the
shares of Parent Common Stock owned by the undersigned of record or
beneficially, including shares issuable upon the exercise or conversion of
options or convertible securities of Gemstar (collectively, the "Shares").

  3. No Ownership Interest. Except as set forth in Section 1, nothing
contained in this Voting Agreement shall be deemed to vest in anyone other than
the undersigned any direct or indirect ownership or incidents of ownership of or
with respect to any Shares. All rights, ownership and economic benefits of and
relating to the Shares shall remain and belong to the undersigned, and no one
shall have any authority to manage, direct, restrict, regulate, govern, or
administer any of the policies or operations of Gemstar or exercise any power or
authority to direct the voting of any of the Shares as a result of this Voting
Agreement, except to the extent otherwise expressly provided herein.

<div align="center">Page 18 of 22</div>

```
<PAGE>
```

  4. Restrictions on Transfer. During the period from the date of the
Merger Agreement and continuing until the earlier of (i) September 30, 2000;
(ii) the termination of the Merger Agreement pursuant to its terms; or (iii) the
Effective Time (as defined in the Merger Agreement), the undersigned will not
sell, transfer, pledge or otherwise dispose of any of the Shares or any interest
therein or agree to sell, transfer, pledge or otherwise dispose of any of the
Shares or any interest therein, without your express written consent, unless the
transferee of the Shares agrees in writing to be bound by the terms of this
Voting Agreement; provided, however, that (x) the undersigned may, without your
consent, sell up to 15% of the Shares owned, in the aggregate, by the
undersigned, and (y) the undersigned may pledge the Shares to secure bona fide
indebtedness or bona fide monetization transactions or to secure the obligations
of a person in connection with derivative transactions and settlement

obligations thereunder (including, without limitation, puts, calls, collars, swaps, etc.) with respect to the Shares of Common Stock, provided that the terms of such derivative transaction permit cash settlement of a party's obligations thereunder and do not restrict our obligations to vote their pledged Shares in accordance with Section 1 hereof. The provisions of Section 5 of this Agreement shall not apply to Shares disposed of under clause (x) of the preceding sentence of this Section 4.

     5.  Grant of Irrevocable Proxy; Appointment of Proxy.

         (a) The undersigned hereby irrevocably grants to, and appoints, Peter Boylan and Joe Kiener, in their respective capacities as officers of the TV Guide, any individual who hereafter shall succeed to any such office of TV Guide, and each of them individually, the undersigned's proxy and attorney-in-fact (with full power of substitution), for and in the undersigned's name, place and stead, to vote the Shares, or grant a consent or approval in respect of such Shares, in accordance with our covenants in Section 1 hereof.

         (b) The undersigned represents that any proxies heretofore given in respect of the Shares are not irrevocable, and that all such proxies are hereby revoked.

         (c) The undersigned hereby affirms that the irrevocable proxy set forth in this Section 5 is given in connection with the execution of the Merger Agreement, and that such irrevocable proxy is given to secure the performance of the undersigned's duties under this Agreement. The undersigned hereby further affirms that the irrevocable proxy is coupled with an interest an may under no circumstances be revoked. The undersigned hereby ratifies and confirms all that such irrevocable proxy may lawfully do or cause to be done by virtue hereof.

     6.  Termination. This letter agreement and the undersigned's obligations hereunder will terminate upon the earlier to occur of (i) the Effective Time as defined in the Merger Agreement; (ii) the date on which the Merger Agreement is terminated; or (iii) September 30, 2000.

&lt;PAGE&gt;

     7.  Effective Date; Succession; Remedies. Upon your acceptance and execution of the Agreement, this letter agreement shall mutually bind and benefit you and the undersigned, any of the undersigned's heirs, successors and assigns any of your successors. You will not assign the benefit of this letter agreement other than to a wholly owned subsidiary. The undersigned agrees that in light of the inadequacy of damages as a remedy, specific performances shall be available to you, in addition to any other remedies you may have for the violation of this letter agreement.

     8.  Nature of Holdings; Shares. All references herein to our holdings of the Shares shall be deemed to include Shares held or controlled by any of us, individually, jointly (as community property or otherwise), or in any capacity, and shall extend to any securities issued to any of us in respect of the Shares.

     9.  Defined Terms. All capitalized terms used herein shall have the meaning ascribed to such term in the Merger Agreement, unless otherwise defined herein.

     10. Specific Performance. The parties hereto agree that irreparable damage would occur in the event any provision of this Agreement was not performed in accordance with the terms hereof and that the parties shall be entitled to specific performance of the terms hereof, in addition to any other remedy at law or equity.

                   Very truly yours,

                   Principal Stockholder

                   THOMSON multimedia S.A.

                   By:   /s/ J.E. Meyer

                   Name: J.E. Meyer

```
                                         Its:  Senior Executive
                                               Vice President

ACCEPTED:
TV GUIDE, INC.


By:   /s/ Peter C. Boylan III
Name: Peter C. Boylan III
Its:  President

                          Page 20 of 22


<PAGE>



                         Schedule 1


Beneficial Owner                     Ordinary Shares Owned
- ----------------------             ---------------------
THOMSON multimedia S.A.                 6,453,732


                          Page 21 of 22


</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-99.2
<SEQUENCE>3
<DESCRIPTION>EXHIBIT 99.2
<TEXT>

                                             EXHIBIT 99.2

                         AGREEMENT

        Each of the  undersigned  persons  hereby  agrees that any statement on
Schedule 13D,  including any  amendments  thereto,  filed by any of such persons
with the Securities and Exchange  Commission pursuant to Section 13(d) under the
Securities  Exchange  Act of 1934,  as amended,  in respect  of the  beneficial
ownership of equity securities of Gemstar International Group Limited.  shall be
deemed to be filed on behalf of each of such persons.

        IN WITNESS  WHEREOF,  this  Agreement  has been executed by the parties
hereto effective on the 7th day of February, 2000.

                          THOMSON S.A.


                          By:/s/Patrice Maynial
                             Patrice Maynial
                             Corporate Secretary



                          THOMSON MULTIMEDIA S.A.


                          By:/s/ Jim Meyer
                             Jim Meyer
                             Senior Executive Vice
                             President



                          Page 22 of 22
```

```
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```

EXHIBIT F

As filed with the Securities and Exchange Commission on June 30, 1999

# SECURITIES AND EXCHANGE COMMISSION
### Washington D.C. 20549



99 07 4459

## FORM 20-F

(Mark One)

☐    REGISTRATION STATEMENT PURSUANT TO SECTION 12(B) OR (G) OF THE SECURITIES EXCHANGE ACT OF 1934

☒    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934
     For the fiscal year ended:  December 31, 1998

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934
     For the transition period from _____ to _____

Commission file number 0-3003

# THOMSON multimedia
### (Exact name of Registrant as specified in its charter)

PROCEEDED BY
JUL 06 1999
PRIMARK
CORPORATION

JUN 3 0 1999
081

France
(Jurisdiction of incorporation or organization)

46, quai A. Le Gallo
92100 Boulogne
33 (1) 41-86-50-00
(Address of principal executive offices)

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class to be so registered | Name of each exchange on which each class is to be registered |
|---|---|
| Common Stock, nominal value Euro 15.24 per share . | N/A |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:  None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:  None**

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:**

     Common Stock, nominal value Euro 15.24 per share: 45,948,122

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days:
         Yes ☒     No ☐

Indicate by check mark which financial statement item the Registrant has elected to follow:
         Item 17 ☐     Item 18 ☒

## INTRODUCTION

In this Annual Report on Form 20-F, "THOMSON multimedia" means THOMSON multimedia S.A., without its subsidiaries. The terms "we", "our", "us", the "Company", the "Group" and the "THOMSON multimedia group" mean THOMSON multimedia S.A. together with its consolidated subsidiaries.

The Company's financial statements that form part of this Annual Report on Form 20-F are presented in French francs and are prepared in accordance with French generally accepted accounting principles (French GAAP), which differ in certain material respects from U.S. generally accepted accounting principles (US GAAP). For a discussion of the principal differences between French GAAP and US GAAP as they relate to the THOMSON multimedia group, see Notes 28 and 29 to the consolidated financial statements.

This Annual Report contains statements regarding the market share and market position of the THOMSON multimedia group and its products and businesses. This market information is based on the Company's internal estimates. These estimates have been derived from publicly available statistics, information published by competitors and internal sources.

The Company is a *société anonyme* organized under the laws of France. Its principal executive offices are located at 46 quai A. Le Gallo, 92100 Boulogne, France and its telephone number is 33 (1) 41 86 50 00.

## EXCHANGE RATE INFORMATION

Prior to January 1, 1999, the French franc was a part of the European Monetary System exchange rate mechanism. Within the EMS, exchange rates fluctuated within permitted margins, fixed by central bank intervention. Under the provisions of the Treaty on European Union, a single European currency, the euro, superseded the EMS on January 1, 1999. The following 11 Member States have adopted the euro: Austria, Belgium, Finland, France, Germany, Ireland, Italy, Luxembourg, The Netherlands, Portugal and Spain. The rate of conversion for the French franc was fixed on December 31, 1998 at FF 6.55957 per euro.

Approximately 30% of the THOMSON multimedia group's 1998 net sales were denominated in French francs and in other currencies that were part of the EMS and which are being replaced by the euro. While the THOMSON multimedia group believes that the introduction of the euro will eliminate exchange rate risks in respect of the currencies of those member states that have adopted the euro, there can be no assurance as to the relative strength of the euro against other currencies.

For the convenience of the reader, this Annual Report contains translations of certain French franc amounts into U.S. dollars at specified rates. This does not mean that we actually converted these amounts into U.S. dollars. Unless otherwise stated, the translations of French francs into U.S. dollars have been made at the noon buying rate in New York City for cable transfers as certified for customs purposes by the Federal Reserve Bank of New York (the "Noon Buying Rate") of FF 6.3267 per $1.00 on June 18, 1999. At December 31, 1998, the Noon Buying Rate was FF 5.5870 per $1.00.

The following table sets out, for the periods and dates indicated, certain information concerning the French franc/U.S. dollar exchange rate for 1995 through 1998 based on the Noon Buying Rate expressed in French francs per $1.00 and, for 1999, the euro/U.S. dollar exchange rate based on the Noon Buying Rate expressed in euro per $1.00. Such rates are provided solely for the convenience of the reader and are not necessarily the rates used by the THOMSON multimedia group in the preparation of its consolidated financial statements. No representation is made that the French franc or the euro could have been converted into U.S. dollars at the rate shown or at any other rate for such periods or at such dates.

| Year | Period End | Average rate (1) | High | Low |
|---|---|---|---|---|
| Euro/U.S. dollar | | | | |
| 1999 (through June 18, 1999)................................ | 0.96 | 0.92 | 0.97 | 0.85 |
| French franc/U.S. dollar | | | | |
| 1999 (through June 18,1999).............................. | FF 6.33 | FF 6.01 | FF 6.37 | FF 5.55 |
| 1998.................................................................... | FF 5.59 | FF 5.90 | FF 6.21 | FF 5.39 |
| 1997.................................................................... | 6.02 | 5.85 | 6.35 | 5.19 |
| 1996.................................................................... | 5.19 | 5.12 | 5.29 | 4.90 |
| 1995.................................................................... | 4.90 | 4.96 | 5.39 | 4.78 |

*3*

**PART I**

**ITEM 1 : DESCRIPTION OF BUSINESS**

**General**

With sales of FF 37,039 million in 1998 and approximately 46,000 employees in over 30 countries, we believe that we are the fourth largest global supplier of audiovisual products. We have four Activities : Displays and Components, Consumer Products, New Media and Services, Patents and Licensing. Within these activities, we develop, manufacture and sell television displays and components, consumer products such as televisions, video cassette recorders, DVD players, digital decoders, audio and communications products and professional broadcasting equipment.

The following table sets forth annual net sales in 1998, 1997 and 1996 for our principal lines of products and services.

**Net Sales by principal product lines**

| | Year ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | (in FF millions except percentages) | | | | | |
| | 1998 | % | 1997 | % | 1996 | % |
| Displays and components.... | 7,548 | 20.4 | 8,082 | 21.2 | 6,245 | 16.6 |
| Television............................ | 13,971 | 37.7 | 14,242 | 37.4 | 14,250 | 37.9 |
| Video................................. | 4,292 | 11.6 | 4,982 | 13.1 | 5,286 | 14.0 |
| Accessories and after sales .. | 1,635 | 4.4 | 1,401 | 3.7 | 1,295 | 3.4 |
| Audio................................. | 2,668 | 7.2 | 2,735 | 7.2 | 2,685 | 7.1 |
| Communication.................... | 2,361 | 6.4 | 2,570 | 6.7 | 2,165 | 5.8 |
| Decoders and DVD.............. | 3,134 | 8.6 | 2,686 | 7.1 | 4,372 | 11.6 |
| Professional equipment........ | 949 | 2.5 | 848 | 2.2 | 765 | 2.0 |
| Licensing............................ | 439 | 1.2 | 438 | 1.2 | 465 | 1.3 |
| Others ............................... | 42 | 0.1 | 91 | 0.2 | 122 | 0.3 |
| Total ........................ | 37,039 | 100% | 38,075 | 100% | 37,650 | 100% |

Our most important markets are North America and Europe. Approximately two thirds of our revenues are derived from sales in North America. We are one of the leading providers of audiovisual products in the U.S., where we market most of our products under the RCA, ProScan and GE brand names. We have a strong market presence in Europe, where our products are marketed under the Thomson, Saba, Telefunken, Brandt and Ferguson brand names. We plan to continue to develop our growing presence in selected emerging markets in Latin America, Eastern Europe and Asia.

**Organization**

The THOMSON multimedia group has recently reorganized its business Activities and now operates them through four groups. These four groups are referred to as our "Activities" :

1.   Displays and Components;

2.   Consumer Products. This Activity includes products such as television, video, audio, communications, accessories and digital products;

   The above two Activities represent our traditional core businesses. In addition to these two Activities, we have recently focused on newer services and intellectual property Activities;

3.   New Media and Services. This Activity has recently emerged in response to the convergence of consumer electronics, telecommunications and personal computers;

We believe that alliances with the Corporate Investors will strengthen our consumer products manufacturing operations by incorporating new technologies in our component activities and interactive television applications. We note, however, that these alliances remain in large part preliminary in nature, with numerous details and agreements to be completed before these will contribute significantly to THOMSON multimedia's operating results.

*Other Key Partners*

*Gemstar.* We own approximately 5% of the outstanding equity of Gemstar International Group Ltd., a leader in electronic program guides (EPGs) for televisions. As more programs become available through analog and digital TV, EPG services offer increased convenience to viewers. Gemstar's EPG features one-button tuning and recording, which enables the viewer to record or tune into any program highlighted on the program guide at the touch of a button.

*Hitachi.* We are working with Hitachi on the development of high definition projection televisions that will be marketed independently under each company's respective brands. Hitachi will provide advanced large screen displays for the projection receivers and we will be responsible for digital technology that includes reception and decoding devices.

## Description of Business by Activity

The following table sets forth the net sales of each Activity for the years ended December 31, 1998, 1997 and 1996.

### Net sales by Activity

| Activities (1) | Year ended December 31, (in FF million) | | |
|---|---|---|---|
| | 1998 | 1997 | 1996 |
| Displays and Components | 7,548 | 8,082 | 6,245 |
| Consumer Products | 29,010 | 29,464 | 30,818 |
| Patents and Licensing (2) | 439 | 438 | 465 |
| Total (3) | 36,997 | 37,984 | 37,528 |

(1)     Does not include "New Media and Services" which was formed in 1999.
(2)     Prior to RCA.TL assumption on January 1, 1999
(3)     Does not include other activities, which represented FF 42 million, FF 91 million and FF 122 million in 1998, 1997 and 1996 respectively

### Displays and Components

Our Displays and Components Activity generated external sales of FF 7,548 million in 1998, representing 20 % of our total net sales of the year. Our Displays and Components Activity includes the production of tubes for direct view screens, other display devices, optical components and television and video components. Our principal competitors are Matsushita, Philips and Samsung.

*Television Tubes for Direct View Displays.* Television tubes represent the most important part of our component manufacturing operations. The production of tubes represents 89% of our Displays and Components Activity. We produce 15.0 million tubes per year. Approximately 60% of our tubes are sold to outside manufacturers. Consolidated net sales of tubes to outside manufacturers totaled FF 6,694 million in 1998. Although the television tube market is relatively mature, we believe that there continues to be strong growth opportunity in higher-end tube sales.

We are one of the leading global manufacturers of color picture tubes for display panels larger than 21 inches, with a worldwide market share estimated at more than 20%. Large tubes constitute the fastest growing segment of the tube market, and we prioritize the production of larger tubes for higher-end televisions. Our production of large and very large screens tubes represents 66% of our overall tube production in 1998.

Moreover, we expect that the expanding market for digital televisions should positively impact our revenues. Color tubes currently can receive both analog and digital signals. However, only certain types of tubes can deliver the high definition picture quality of digital reception. For example, digital television is expected to increase the demand for large 16 x 9 format television tubes. Since part of our product mix improvement strategy has been to focus on production of large format tubes, we believe we are well positioned to benefit from the growth in demand for digital television.

and common shares acquired by the THOMSON multimedia group will be held in escrow and released in stages as the THOMSON multimedia group makes its funding contributions to the joint marketing program.

### Radio Shack

In May, 1999, the THOMSON multimedia group entered in an agreement with the RadioShack Division of Tandy Corporation under which the full line of RCA branded consumer electronics products will become the exclusive non-Radio Shack brand of consumer electronic products sold at retail by Tandy Corporation's 5,000 company-owned RadioShack stores and many of its 2,000 independently-owned retail outlets in the United States. Tandy intends to begin remodeling its RadioShack stores in January, 2000 in order to launch the introduction of its "RCA Digital Entertainment Centers" in at least 4,000 retail stores by May 1, 2000. The THOMSON multimedia group will share in the cost of remodeling the interior of the RadioShack retail outlets.

### Foshan

In 1998, THOMSON multimedia signed a letter of intent with the city of Foshan, China, to run a jointly owned tube production facility. The principles of the license were agreed in October 1998 and a company was created in March 1999. The new facility, when fully operational, should provide us with a low cost production base from which we will expand our sales in the Chinese market as well in the rest of Asia. We believe that China has the potential to be one of the largest markets for TV manufacturing in the next five years. China has been for many years the largest export market of THOMSON multimedia for tubes, the group having a particularly strong position in the market for very large screens.

### New credit facility

In June 1999, THOMSON multimedia entered into a $350 million committed credit facility with a consortium of international banks. The facility consists of a $175 million tranche with a maturity of 364 days and a $175 million tranche with a maturity of 3 years. The facility is intended to replace committed credit lines covering THOMSON multimedia's financing needs which are currently in place in the name of Thomson S.A. and which mature in July 1999.

### Restructuring, Re-engineering and Cost Reduction Initiatives

We have launched two major restructuring and re-engineering programs and one comprehensive cost reduction program since the end of 1996. The implementation of our restructuring and re-engineering initiatives has led to a significant increase in our restructuring provisions. In accordance with French GAAP, our policy is to create provisions for restructuring costs when restructuring measures have been finalized and approved by management. This approach differs from the principles applicable to the creation of restructuring provisions under U.S. GAAP. For a further discussion of these differences as they relate to restructuring provisions, please see "— Treatment of Restructuring Provisions under French GAAP and U.S. GAAP".

### The 1996 Industrial Restructuring Plan

The industrial restructuring plan focuses on reducing manufacturing costs and making our production facilities more efficient. As part of these initiatives, we have:

- acquired new manufacturing technology;

- reorganized the layout of certain plants;

- closed older, less efficient plants; and

- opened new plants with more advanced production technology in strategic locations.

In 1996, we recorded a provision of FF 1,295 million under French GAAP for the implementation of the industrial restructuring plan. This provision was primarily composed of the following three projects:

overseeing the Group's strategy, compensation and internal auditing. The membership of these committees is indicated below.

| Name | Principal Occupation or Employment | Year Initially Appointed to Board | Strategic Committee | Audit Committee | Compensation Committee |
|---|---|---|---|---|---|
| Thierry Breton | Chairman and CEO, THOMSON multimedia S.A. Chairman, Thomson S.A. | March 1997 | Chairman | | |
| Emmanuel Caquot | Section head Department of Industry | March 1999 | Member | | |
| Jacques-Louis Lions | Professor emeritus at *College de France* | March 1999 | Member | | |
| Didier Lombard | Ambassador at-large assigned to international investments | March 1999 | Member | | |
| Stéphane Pallez | Deputy Director, Department of Treasury | March 1999 | | Chairman | |
| Marcel Roulet | Former Chairman and CEO Thomson S.A. and France Telecom | February 1999 | | Member | Chairman |
| Frank Dangeard | Senior Executive Vice President, Thomson S.A. Senior Executive Vice President, THOMSON multimedia S.A. | March 1999 | | Member | |
| Pierre Cabanes | Senior Executive Vice President, Thomson S.A. | June 1988 | | | Member |
| Jacques Dunogué | Executive Vice President, Alcatel Telecom | March 1999 | Member | Member | |
| Eddy W. Hartenstein | Corporate Senior Vice President, Hughes Electronics Corporation President of DirecTV | March 1999 | Member | | Member |
| Bernard Vergnes | Chairman, Microsoft Europe | March 1999 | Member | | Member |
| Masami Shinozaki | Executive Vice President, NEC Corporation | March 1999 | Member | Member | |
| Gerard Meymarian | General Manager, Europe, Sourcing, Thomson multimedia S.A. | October 1994 | | | |
| Jean de Rotalier | Sales Planning Manager, THOMSON multimedia S.A. | October 1994 | | | |

## Executive Committee

Under French law and THOMSON multimedia's *status*, the Chairman of the Board and Chief Executive Officer has the full authority to manage the affairs of the THOMSON multimedia group and has broad powers to act on behalf of the Group within its corporate purpose and to represent the Group in dealings with third parties, subject only to the powers expressly reserved to its Board of Directors or its shareholders by law, by THOMSON multimedia's *statutes*, by decision of the Board of Directors or by decision of the shareholders.

The table below sets out the names of the principal executive officers of the THOMSON multimedia group and their current responsibilities within the THOMSON multimedia group.

| Name | Responsibility | Year Initially Appointed to Executive Office at the Thomson multimedia group |
|---|---|---|
| *Senior Executive Committee Members* | | |
| Thierry Breton.............. | Chairman and CEO | March 1997 |
| Frank Dangeard............ | Senior Executive Vice President | July 1997 |
| Charles Dehelly............ | Senior Executive Vice-President | March 1998 |
| John Neville............... | Senior Executive Vice-President | January 1993 |
| Jim Meyer.................... | Chief Operating Officer of TCE Inc., Executive Vice-President, SBUs Americas, Digital and Multimedia, New Media and Services | December 1996 July 1997 |
| Christophe Ripert.......... | Senior Executive Vice-President, SBU Europe | July 1997 |
| *Other Executive Committee Members* | | |
| Al Arras..................... | Executive Vice-President, SBU Audio/Comm | July 1997 |
| Olivier Barberot............ | Senior Vice-President, Human Resources | July 1997 |
| Alain Carlotti.............. | Executive Vice-President, SBU Asia | January 1998 |
| Hervé Hannebicque....... | Senior Vice-President, Entrepreneurship | April 1997 |
| Olivier Mallet.............. | Senior Vice-President, Finance | November 1995 |
| Patrice Maynial ........... | Senior Vice-President, Company Secretary and Legal Counsel | July 1997 |
| Gilles Taldu................. | Executive Vice-President, SBU Displays and Components | February 1997 |