# EXHIBIT J

# [FILED UNDER SEAL]

# EXHIBIT K

# [FILED UNDER SEAL]

# EXHIBIT L

# [FILED UNDER SEAL]

# EXHIBIT M

# [FILED UNDER SEAL]

# EXHIBIT N

# [FILED UNDER SEAL]

# EXHIBIT O

# [FILED UNDER SEAL]

# EXHIBIT P

# [FILED UNDER SEAL]

# EXHIBIT Q

# [FILED UNDER SEAL]