# EXHIBIT S

# [FILED UNDER SEAL]

# EXHIBIT T

# [FILED UNDER SEAL]

# EXHIBIT U

# [FILED UNDER SEAL]

# EXHIBIT V

# [FILED UNDER SEAL]

# EXHIBIT W

# [FILED UNDER SEAL]

# EXHIBIT X

# [FILED UNDER SEAL]