Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; mwidom@bilzin.com;
           swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Individual Case No. 13-CV-00157-SC |
| | Master File No. 07-cv-5944-SC (N.D. Cal) |
| This Document Relates to Individual Case No. 13-CV-00157-SC | MDL No. 1917 |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., <br><br>Plaintiffs, <br>vs. <br><br>HITACHI, LTD; *et al.* <br><br>Defendants. | **DECLARATION OF SCOTT N. WAGNER IN SUPPORT OF TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S OPPOSITION TO THOMSON CONSUMER ELECTRONICS AND THOMSON SA'S MOTIONS TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT** <br><br>Before the Honorable Samuel Conti |

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S OPPOSITION TO THOMSON DEFENDANTS' MOTIONS TO STRIKE FIRST AMENDED COMPLAINT

MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

I, SCOTT N. WAGNER, declare as follows:

1. I am a partner at the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data"), and am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Tech Data's Opposition to Thomson Consumer Electronics and Thomson SA's Motions to Strike with Prejudice Tech Data's First Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from THOMSON multimedia S.A.'s Annual Report (Form 20-F) (June 29, 2004).

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Declaration of Frederic Rose, *In re Petition of Frederic Rose* (Dkt. No. 3, Case No. 09-17355 (Bankr. S.D.N.Y. Dec. 16, 2009)).

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Brief for Plaintiff-Appellant Thomson S.A. in *Thomson S.A. v. Quixote Corp.,* 166 F.3d 1172 (Fed. Cir. 1999).

6. Attached hereto as Exhibit D is a true and correct copy of *Digital Sales Lift Thomson SA*, Calgary Herald, Oct. 13, 2006 at D9.

7. Attached hereto as Exhibit E is a true and correct copy of THOMSON multimedia S.A.'s Statement of Beneficial Ownership (Form 13D/A) (Feb. 8, 2000).

8. Attached hereto as Exhibit F is a true and correct copy of excerpts from THOMSON multimedia S.A.'s Annual Report (Form 20-F) (June 30, 1999).

9. Attached hereto as Exhibit G is a true and correct copy of document, Bates Numbered HEDUS- CRT00162777, produced by Hitachi Electronic Devices (USA), Inc.

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1    ("HEDUS") on approximately Dec. 16, 2011 with the custodian designation of Tom Heiser.
2    **FILED UNDER SEAL.**

3        10.    Attached hereto as Exhibit H is a true and correct copy of excerpts from
4    THOMSON S.A.'s Annual Report (Form 20-F) (May 30, 2003).

5        11.    Attached hereto as Exhibit I is a true and correct copy of a document, Bates
6    Numbered TDA01360, produced by Technologies Displays Americas LLC on approximately
7    October 8, 2013 with the custodian designation of Technologies Displays Americas LLC.

8        12.    Attached hereto as Exhibit J is a true and correct copy of a document, Bates
9    Numbered TAEC-CRT-00095077, produced by TAEC on approximately Aug. 31, 2011 with the
10   custodian designation of Sean Collins. **FILED UNDER SEAL.**

11       13.    Attached hereto as Exhibit K is a true and correct copy of a document, Bates
12   Numbered SDCRT-0088604, produced by Samsung SDI on approximately Sept. 19, 2011 with
13   the custodian designation of Samsung SDI. **FILED UNDER SEAL.**

14       14.    Attached hereto as Exhibit L is a true and correct copy of a document, Bates
15   Numbered TAEC-CRT-00116979, produced by Toshiba America Electronic Components, Inc.
16   ("TAEC") on approximately Aug. 31, 2011 with the custodian designation of Sean Collins.
17   **FILED UNDER SEAL.**

18       15.    Attached hereto as Exhibit M is a true and correct copy of the original document
19   and its certified translation, Bates Numbered MTPD-0426066 and MTPD-0426066E, produced
20   by Panasonic Corporation on approximately Oct. 17, 2011 with the custodian designation of
21   Koichi Nishiyama. **FILED UNDER SEAL.**

22       16.    Attached hereto as Exhibit N is a true and correct copy of a document, Bates
23   Numbered TAEC-CRT-00095072, produced by TAEC on approximately Aug. 31, 2011 with the
24   custodian designation of Sean Collins. **FILED UNDER SEAL.**

25       17.    Attached hereto as Exhibit O is a true and correct copy of a document, Bates
26   Numbered TAEC-CRT-00086226, produced by TAEC on approximately Aug. 31, 2011 with the
27   custodian designation of Sean Collins. **FILED UNDER SEAL.**

28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S OPPOSITION TO THOMSON DEFENDANTS' MOTIONS TO STRIKE FIRST AMENDED COMPLAINT   -2-   MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

18. Attached hereto as Exhibit P is a true and correct copy of a document, Bates Numbered TAEC-CRT-00094042, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

19. Attached hereto as Exhibit Q is a true and correct copy of a document, Bates Numbered TAEC-CRT-00095092, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

20. Attached hereto as Exhibit R is a true and correct copy of excerpts from THOMSON multimedia S.A.'s Annual Report (Form 20-F) (Mar. 29, 2002).

21. Attached hereto as Exhibit S is a true and correct copy of the original document and its translation, Bates Numbered CHU00030040 and CHU00030040E, produced by Chunghwa Picture Tubes, Ltd. on approximately March 8, 2010. **FILED UNDER SEAL.**

22. Attached hereto as Exhibit T is a true and correct copy of excerpts from Samsung SDI's Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 (Oct. 17, 2011). **FILED UNDER SEAL.**

23. Attached hereto as Exhibit U is a true and correct copy of a document, Bates Numbered TAEC-CRT-00090061, produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of Sean Collins. **FILED UNDER SEAL.**

24. Attached hereto as Exhibit V is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0006632 and SDCRT-0006632E, produced by Samsung SDI on approximately June18, 2010 with the custodian designation of K.C. Oh. **FILED UNDER SEAL.**

25. Attached hereto as Exhibit W is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0002526 and SDCRT-0002526E, produced by Samsung SDI on approximately Dec. 8, 2010. **FILED UNDER SEAL.**

26. Attached hereto as Exhibit X is a true and correct copy of the original document and its certified translation, Bates Numbered SDCRT-0002585 and SDCRT-0002585E,

1  produced by Samsung SDI on approximately Dec. 8, 2010. **FILED UNDER SEAL.**

2  I declare under penalty of perjury under the laws of the United States and the State of
3  Florida that the foregoing is true and correct.

6  Executed this 28th day of February, 2014, in Miami, Florida.

_____*/s/Scott N. Wagner*_____
Scott N. Wagner

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S OPPOSITION TO THOMSON DEFENDANTS' MOTIONS TO STRIKE FIRST AMENDED COMPLAINT         -4-         MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on February 28, 2014.

/s/Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

WAGNER DECLARATION IN SUPPORT OF TECH DATA'S OPPOSITION TO THOMSON DEFENDANTS' MOTIONS TO STRIKE FIRST AMENDED COMPLAINT

MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)
INDIVIDUAL CASE NO. 13-CV-00157 SC