Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 3:07-MD-05944-SC |
| This Document Relates To:<br><br>Individual Case No. 13-CV-00157-SC;<br>*Tech Data Corporation; Tech Data Product Management, Inc.*,<br><br>Plaintiffs,<br><br>*vs.*<br><br>*Hitachi, Ltd.; et al.*<br><br>Defendants. | **DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5**<br><br>[Civil L.R. 79-5(d)] |

I, James Maxwell Cooper, declare as follows:

1. I am a member of the bar of the State of California and an attorney at the law firm of Kirkland & Ellis LLP, counsel for defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2. Except for those matters stated on information and belief, about which I am informed and believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" (Dkt No. 306).

4. On February 27, 2014, Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data") filed an Administrative Motion to Seal (Dkt. No. 2409), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d) portions of their Opposition to Defendants Thomson Consumer Electronics, Inc. and Thomson SA's Motions to Strike with Prejudice Tech Data's First Amended Complaint ("Opposition"), as well as Exhibits G, J, K, L, M, N, O, P, Q, S, T, U, V, W, and X attached to the Declaration of Scott N. Wagner in Support of the Opposition. The document Bates labeled HEDUS-CRT00162777 is both Exhibit G of the Opposition, and Exhibit U to the Declaration of Scott N. Wagner in Support of the Opposition.

5. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Hitachi Defendants to provide the basis for the Court to maintain under seal (1) HEDUS-CRT00162777, which has been designated by the Hitachi Defendants as "Confidential" pursuant to the Stipulated Protective Order; and (2) page 7, lines 23-25 of the Opposition, which quotes from, describes, and otherwise summarizes HEDUS-CRT00162777.

6. I am informed and believe that HEDUS-CRT00162777 consists of, cites to, or identifies confidential, nonpublic, proprietary, and highly sensitive business information about the Hitachi Defendants' business practices, pricing practices, confidential business agreements, and competitive positions. The document describes relationships with companies that remain important to the Hitachi Defendants' competitive position. I am informed and believe that this is sensitive

information and public disclosure of this information presents a risk of undermining the Hitachi Defendants' business relationships, would cause them harm with respect to their competitors and customers, and would put the Hitachi Defendants at a competitive disadvantage.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 3rd day of March, 2014, at San Francisco, California.

*/s/ James Maxwell Cooper*
James Maxwell Cooper