SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:      415-434-3947
E-mail:          ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
                    mscarborough@sheppardmullin.com
                    tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Individual Case No. 13-cv-00157-SC |
| | Master File No. 3:07-cv-5944-SC |
| This Document Relates to: | MDL No. 1917 |
| *Tech Data Corp. v. Hitachi, Ltd., et al.*, No. 13-cv-00157-SC | **DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5**<br><br>**[Re Samsung SDI documents]** |

1  I, TYLER M. CUNNINGHAM, do declare and state as follows:

2  1. I am a member of the bar of the State of California and an associate with
3  Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI
4  America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico
5  S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung
6  SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of Tech
7  Data Corporation and Tech Data Product Management, Inc.'s ("Plaintiffs") Administrative Motion
8  to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 (Dkt. No. 2409) ("Motion to
9  Seal"). Except for those matters stated on information and belief, which I believe to be true, I
10 have personal knowledge of the matters set forth herein, and could and would testify competently
11 to each of them.

12 2. SDI has disclosed or produced to the parties in this action certain
13 documents and information designated as either "Confidential" or "Highly Confidential" pursuant
14 to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) ("Protective Order").

15 3. I have reviewed Plaintiffs' Opposition to Thomson Consumer Electronics,
16 Inc. and Thomson SA's Motions to Strike with Prejudice Tech Data's First Amended Complaint
17 ("Opposition"), dated February 27, 2014; the Declaration of Scott N. Wagner in support thereof
18 ("Wagner Declaration"); and exhibits K, T, V, W and X to the Wagner Declaration.

19 4. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of
20 SDI to provide the Court with a basis to maintain under seal the following documents and
21 information designated by SDI as "Confidential" or "Highly Confidential:" Wagner Declaration
22 Ex. T (Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set
23 of Interrogatories, Nos. 4 and 5); *Id*. Ex. V (SDCRT-0006632 to 33 and SDCRT-0006632E to
24 33E); *Id*. Ex. W (SDCRT-002526 to 58 and SDCRT-002526E to 28E); *Id*. Ex. X (SDCRT-
25 0002585 to 87 and SDCRT-0002585E to 87E); and the following portions of the Opposition: pp.
26 10:16-24, 11:10-18 and 11:24-26.

27 5. The Wagner Declaration also attaches as Exhibit K a document produced by
28

-1-

MDL No. 1917  
Case No. 13-CV-00157-SC

CUNNINGHAM DECLARATION I/S/O  
TECH DATA'S MOTION TO SEAL

-2-

1  SDI bearing Bates label SDCRT-0088604 to 28.  SDI does not object to the filing of Exhibit K to
2  the Wagner Declaration, or any portion of the Opposition purporting to discuss or summarize
3  Exhibit K, in the public record.

4        6.   Wagner Declaration Exhibit T is a copy of excerpts from the Samsung SDI
5  Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories,
6  Nos. 4 and 5, designated by SDI as "Confidential" under the Protective Order.  Exhibit T is a
7  voluminous fifty-seven (57) page document lodged under seal by Plaintiffs; however, it is only
8  briefly discussed in the Opposition, at p. 11 n.5.  Where confidential documents or information are
9  not material to the disposition of the underlying motion, the documents and information should be
10 kept under seal. *See, e.g., The Wilderness Society v. Wisely*, 524 F. Supp. 2d 1285, 1296 (D. Colo.
11 Aug. 6, 2007) (ordering documents to be kept under seal "[b]ecause the Court has not considered
12 the [documents] in reaching its decisions in this case, [thus] there is no public interest to be served
13 by providing access to them"); *McConnell v. Fed. Election Comm.*, 251 F. Supp. 2d 919, 937, 943
14 (D.D.C. 2003) (ordering documents and information not relied upon by the Court to be kept under
15 seal); *Davis v. Miner*, 2007 WL 1237924, at *3 n.8 (M.D. Penn. Apr. 26, 2007) (same).

16       7.   Wagner Declaration Exhibit T contains confidential, nonpublic, proprietary
17 and highly sensitive business information about SDI's sales processes, business practices,
18 negotiating tactics and competitive positions.  I am informed and believe that public disclosure of
19 this document would risk undermining SDI's business relationships, causing harm with respect to
20 its competitors or putting SDI at a competitive disadvantage.  Sealing Exhibit T is particularly
21 appropriate where there is no need to release the entire fifty-seven (57) page exhibit.

22       8.   The Court has, on at least three occasions, ordered that the document
23 submitted as Wagner Declaration Exhibit T be sealed.  *See* Order Granting Direct Purchaser
24 Plaintiffs' Administrative Motion to Seal Documents (Dkt. No. 1120); Order Re Administrative
25 Motions to File Under Seal (Dkt. No. 1512); Order Granting Direct Purchaser Plaintiffs'
26 Administrative Motion to Seal Documents (Dkt. No. 1698).

27       9.   Wagner Declaration exhibits V, W and X are documents that SDI has
28

produced in discovery, and purported English translations. SDI designated these documents "Highly Confidential" under the Protective Order. These documents are internal reports that contain, cite and/or refer to confidential business information about SDI's market analyses, sales strategy, business and supply plans, and relationships with companies that remain important to SDI's competitive position. I am informed and believe that public disclosure of these documents would risk undermining SDI's business relationships, causing it harm with respect to its competitors or putting SDI at a competitive disadvantage.

10.     The Court has previously sealed the documents submitted as Wagner Declaration exhibits V, W and X. *See* Order Granting Sharp Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1852).

11.     Plaintiffs' Opposition quotes from or describes documents or information designated as "Confidential" or "Highly Confidential" by SDI pursuant to the Protective Order, including Wagner Declaration exhibits T, V, W and X. As with the exhibits themselves, I understand that SDI considers any statements in the Opposition purporting to summarize these exhibits or any other documents or information designated "Confidential" or "Highly Confidential" by SDI to be confidential.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on March 3, 2014 at San Francisco, California.

           */s/ Tyler M. Cunningham*
           TYLER M. CUNNINGHAM