Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-CV-00157-SC (N.D. Cal.)<br><br>TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD; *et al.*<br><br>Defendants. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Tech Data Corporation and Tech Data Management, Inc.'s Administrative Motion to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5. (Dkt. No. 2409) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and information designated as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On February 27, 2014, Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data") filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), their Opposition to Thomson Consumer Electronics, Inc. and Thomson SA's Motions to Strike with Prejudice Tech Data's First Amended Complaint (the "Opposition") (Dkt. No. 2409-4) and exhibits to the Declaration of Scott N. Wagner in Support of Tech Data's Opposition to Thomson Consumer Electronics, Inc. and Thomson SA's Motion to Strike with Prejudice Tech Data's First Amended Complaint (the "Wagner Declaration") (Dkt. No. 2410).

6. On February 27, 2014, Tech Data filed the Declaration of Scott N. Wagner in Support of the Motion to Seal (Dkt. No. 2409-1), which states that the redacted portions of the Opposition and the exhibits to the Wagner Declaration contain excerpts from,

1 statements derived from, and/or consist of documents that Defendants have designated as
2 "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

3   7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective
4 Order, the following redacted portions of the Opposition and the Wagner Declaration
5 should be maintained under seal:

- a. The numerous references and citations on pages 8, 10, and 11 to documents that TAEC has designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order;
- b. Exhibit J to the Wagner Declaration, which is a document produced by TAEC in this litigation and designated "Highly Confidential" under the Stipulated Protective Order;
- c. Exhibit L to the Wagner Declaration, which is a document produced by TAEC in this litigation and designated "Highly Confidential" under the Stipulated Protective Order;
- d. Exhibit N to the Wagner Declaration, which is a document produced by TAEC in this litigation and designated "Highly Confidential" under the Stipulated Protective Order;
- e. Exhibit O to the Wagner Declaration, which is a document produced by TAEC in this litigation and designated "Highly Confidential" under the Stipulated Protective Order;
- f. Exhibit P to the Wagner Declaration, which is a document produced by TAEC in this litigation and designated "Highly Confidential" under the Stipulated Protective Order;
- g. Exhibit Q to the Wagner Declaration, which is a document produced by TAEC in this litigation and designated "Confidential" under the Stipulated Protective Order; and

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

h. Exhibit U to the Wagner Declaration, which is a document produced by TAEC in this litigation and designated "Confidential" under the Stipulated Protective Order.

8. The sealed exhibits listed in paragraph 7 and excerpted in the Opposition consist of, quote from, and/or contain confidential, non-public, proprietary and highly sensitive business information. The sealed exhibits contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2014, in Washington, D.C.

Dana E. Foster

**CERTIFICATE OF SERVICE**

On March 6, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UDNER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster