GUIDO SAVERI (22349)
 *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
 *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
 *grushing@saveri.com*
CADIO ZIRPOLI (179108)
 *cadio@saveri.com*
TRAVIS L. MANFREDI (281779)
 *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for*
*Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-SC<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>DIRECT PURCHASER CLASS ACTIONS | **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' OPPOSITION TO OPT-IN PLAINTIFFS' MOTION TO WITHDRAW REQUESTS FOR EXCLUSION FROM THE SETTLEMENT CLASSES AND TO JOIN THE CLASS SETTLEMENTS**<br><br>Judge:  Honorable Samuel Conti<br>Date:    April 4, 2014<br>Time:   10:00 a.m.<br>Ctrm:   1, 17th floor |

I, R. ALEXANDER SAVERI, declare:

1.    I am the managing partner of Saveri & Saveri, Inc., which the Court has appointed to act as interim lead counsel on behalf of the Direct Purchaser Plaintiffs ("Plaintiffs") in this action. I have been involved in almost every aspect of this case since its inception. I submit this declaration in support of Direct Purchaser Plaintiffs' Opposition to Opt-In Plaintiffs' Motion to Withdraw Requests for Exclusion from the Settlement Classes and to Join the Class Settlements. Except as otherwise noted, I make this declaration of my own personal knowledge, and if called upon to do so, could and would testify competently to the facts contained herein.

2.    ViewSonic excluded itself from the settlement and litigated classes in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827. Attached hereto as <u>Exhibit 1</u> is true and correct copy of Direct Purchaser Class Plaintiffs' Notice of Class Member Exclusions, *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (Dkt. No. 2343) (Jan. 18, 2011), which contains "a list of persons and entities who timely requested exclusion from the Chunghwa Settlement Class, the Epson Settlement Class, and from the Litigation Class" that includes ViewSonic.

3.    The amount of commerce accounted for by expected requests for exclusion—or, stated another way, the amount of commerce that will remain in the class after opt-outs—is a critical part of settlement negotiation, including the settlements involved here.

4.    The Philips settlement here contained a provision reducing the consideration to be paid based on the amount of opt-out claims.

5.    All of the class settlements in this case contain "blow provisions" that allow a defendant to cancel the settlement if opt-out claims substantially exceed expectations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of March, 2014 at San Francisco, California.


_____*/s/ R. Alexander Saveri*_____
R. Alexander Saveri

SAVERI DECL ISO DPPS' OPP. TO OPT-IN PLTFS' MOTION TO WITHDRAW REQUESTS FOR EXCL. FROM THE SETTLEMENT CLASSES AND TO JOIN THE CLASS SETTLEMENTS—Case No. 07-CV-5944 SC

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)

2          I, Guido Saveri, attest that concurrence in the filing of this document has been obtained from

3   all signatories.  I declare under penalty of perjury under the laws of the United States of America

4   that the foregoing is true and correct.  Executed on March 6, 2014, at San Francisco, California.

5

6                                                        _____/s/ Guido Saveri_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAVERI DECL ISO DPPS' OPP. TO OPT-IN PLTFS' MOTION TO WITHDRAW REQUESTS FOR EXCL.
FROM THE SETTLEMENT CLASSES AND TO JOIN THE CLASS SETTLEMENTS—Case No. 07-CV-5944 SC

# EXHIBIT 1

1  Richard M. Heimann (State Bar No. 063607)
2  Joseph R. Saveri (State Bar No. 130064)
   Eric B. Fastiff (State Bar No. 182260)
3  Brendan Glackin (State Bar No. 199643)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
4  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
5  Telephone:  415.956.1000
   Facsimile:  415.956.1008
6
7  Bruce L. Simon (State Bar No. 096241)
   PEARSON, SIMON, WARSHAW & PENNY, LLP
8  44 Montgomery Street, Suite 2450
   San Francisco, CA  94104
9  Telephone: (415)    433-9000
   Facsimile: (415)    433-9008
10
11 *Co-Lead Counsel for the Direct Purchaser Plaintiffs*

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15 | IN RE: TFT-LCD (FLAT PANEL) | No. M: 07-1827 SI |
16 | ANTITRUST LITIGATION | MDL No. 1827 |

17

18 | This Document Relates To: | **DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF CLASS MEMBER EXCLUSIONS** |
19 | *Direct Purchaser Class Actions* | |

20
21
22
23
24
25
26
27
28

Attached as Exhibit A is a list of persons and entities who timely requested exclusion from the Chunghwa Settlement Class, the Epson Settlement Class, and from the Litigation Classes.

Dated: January 14, 2011                    Respectfully submitted,

                                           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                           By:        /s/ Eric B. Fastiff
                                             Eri            c B. Fastiff

                                           Richard M. Heimann (State Bar No. 063607)
                                           Joseph R. Saveri (State Bar No. 130064)
                                           Eric B. Fastiff (State Bar No. 182260)
                                           Brendan P. Glackin (State Bar No. 199643)
                                           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                           275 Battery Street, 29th Floor
                                           San Francisco, CA  94111-3339

                                           Bruce L. Simon (State Bar No. 096241)
                                           PEARSON, SIMON, WARSHAW & PENNY, LLP
                                           44 Montgomery Street, Suite 2450
                                           San Francisco, CA  94104

                                           *Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Bruce L. Simon.**

# Exhibit A

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| 1 | 1st National Bank of South Florida | | | Yes |
| 2 | Amazon.com, Inc. | Yes | Yes | Yes |
| 3 | Ambort, Beverly K. | | | Yes |
| 4 | ABC Appliance Inc. | | | Yes |
| 5 | Acer America Corporation | | | Yes |
| | Acer Incorporated | | | Yes |
| | Gateway, Inc. | | | Yes |
| 6 | Adams, Daniel H. | Yes | Yes | Yes |
| 7 | Aitoro Appliance Co. Inc. | Yes | Yes | Yes |
| 8 | All American Semiconductor, Inc. (through Kenneth A. Welt, Liquidating Trustee) Access Micro Products, Inc., All American A.V.E.O., Inc., All American Added Value, Inc., All American Semiconductor of Atlanta, Inc., All American Semiconductor of Chicago, Inc., All American Semiconductor of Florida, Inc., All American Semiconductor of Huntsville, Inc., All American Semiconductor of Massachusetts, Inc., All American Semiconductor of Michigan, Inc., All American Semiconductor of Minnesota, Inc., All American Semiconductor of New York, Inc., All American Semiconductor of Philadelphia, Inc., All American Semiconductor of Phoenix, Inc., All American Semiconductor of Portland, Inc., All American Semiconductor of Rockville, Inc., All American Semiconductor of Salt Lake, Inc., All American Semiconductor of Texas, Inc., All American SemiconductorNorthern California, Inc., All American Semiconductor of Washington, Inc., All American Technologies, Inc., All American Transistor of California, Inc., Aved Industries, Inc., Palm Electronics Manufacturing Corp., All American Semiconductor of Ohio, Inc., All American Semiconductor of Wisconsin, Inc., All American Semiconductor of Rhode Island, Inc., All American lOT, Inc., | Yes | Yes | Yes |

1 of 21

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | AmeriCapital, LLC,<br>AGO China, Inc.,<br>All American Semiconductor of Canada, Inc.,<br>AllAmMex Components, S. de R.L. de C.V.,<br>AGO Electronics Asia Pacific Co., Ltd.,<br>AGO Electronics Limited | | | |
| 9 | Apple Inc. (f/k/a Apple Computer, Inc.)<br>Apple Operations<br>Apple Operations Europe (f/k/a Apple Computer Ltd.)<br>Apple Sales International (f/ka Apple Computer International)<br>Apple Operations Europe | | | Yes |
| 10 | Appliance Center of Toledo, Inc. | Yes | Yes | Yes |
| 11 | Appliance Dealers Cooperative Inc. | Yes | Yes | Yes |
| 12 | AT&T Mobility LLC<br>AT&T Corp.<br>AT&T DataComm, Inc.<br>AT&T Operations, Inc.<br>AT&T Services, Inc.<br>Southwestern Bell Telephone Company<br>BellSouth Telecommunications, Inc.<br>Pacific Bell Telephone Company | Yes | Yes | Yes |
| 13 | ATS Claim, LLC | Yes | Yes | Yes |
| 14 | Best Buy Co., Inc.<br>Best Buy Purchasing, LLC<br>Best Buy Enterprise Services, Inc.<br>Best Buy Stores, LP<br>Magnolia Hi-Fi, Inc.<br>Best Buy China Ltd. | Yes | Yes | Yes |
| 15 | Casa Linda Furniture, Inc. | Yes | Yes | Yes |
| 16 | Cingcade, Judith | Yes | Yes | Yes |
| 17 | Circuit City Stores, Inc.<br>(through Alfred H. Siegel, Liquidating Trustee) | Yes | Yes | Yes |
| 18 | Colder's Inc. | Yes | Yes | Yes |
| 19 | CompuCom Systems, Inc. | Yes | Yes | Yes |
| 20 | CompUSA GP Holdings Company<br>CompUSA Holdings Company<br>Old Comp Inc. (formerly known as CompUSA Inc.) | Yes | Yes | Yes |

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | CompUSA Management Company<br>CompUSA Stores L.P.<br>BeOn Inc. (formerly known as CompUSA PC Inc.)<br>BeOn Operating Company (formerly known as CompUSA PC Operating Company)<br>CompTeam Inc.<br>Computer City, Inc.<br>Cozone.com Inc.<br>Good Guys California, Inc.<br>Goodguys.com Inc.<br>Good Guys Inc. | | | |
| 21 | Costco Wholesale Corporation | Yes | Yes | Yes |
| 22 | DePue Unit School District #103 | | | Yes |
| 23 | Dell Inc.<br>Abu Dhabi Branch of PSC Healthcare Software, Inc.<br>Dell Gesm.b.H.<br>Dell FZ-LLC — Bahrain Branch<br>Dell N.V.<br>Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bulgaria)<br>Dell Emerging Markets (EMEA) Limited — RepresentativeOffice (Republic of Croatia)<br>Dell Computer spol. sro.<br>Perot Systems (Czech Republic) s.r.o.<br>Dell A/S<br>Dell Emerging Markets (EMEA) Limited — Egypt Representative Office<br>Perot Systems Europe Limited<br>Perot Systems (UK) Ltd.<br>Oy Dell A.B.<br>26éme Avenue SAS<br>Dell International Holdings SAS<br>Dell S.A.<br>SCI New-Tech<br>SCI Siman<br>Perot Systems S.AS.<br>Dell GmbH<br>Dell Halle GmbH<br>Perot Systems GmbH<br>HighQIT for the Manufacturing Industry GmbH<br>Fleetwood Personal & Marketing GmbH | Yes | | Yes |

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | Perot Systems (Germany) GmbH | | | |
| | Dell Distribution (EMEA) Limited External Company (Ghana) | | | |
| | Dell Technology Products and Services S.A | | | |
| | Dell DFS Holdings Kft. | | | |
| | Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet — Rep. Office | | | |
| | Dell Hungary Technology Solutions Trade LLC | | | |
| | Dell International Holdings Kft. | | | |
| | Perot Systems TSI (Hungary) Liquidity Management LLC | | | |
| | Alienware Limited | | | |
| | Dell Direct | | | |
| | Dell International Holdings XI | | | |
| | Dell Products | | | |
| | Dell Products Manufacturing | | | |
| | Dell Research | | | |
| | Original Solutions Limited | | | |
| | Persys Ireland Limited | | | |
| | Persys TSI (Ireland) Limited | | | |
| | Dell Technology & Solutions Israel Ltd. | | | |
| | Dell S.p.A. | | | |
| | Dell Services S.r.l. | | | |
| | Perot Systems S.r.l. | | | |
| | Dell Emerging Markets (EMEA) Limited — Representative Office (Jordan) | | | |
| | Jordan Branch of Perot Systems Europe Limited | | | |
| | Dell Emerging Markets (EMEA) Limited (Kazakhstan Representative Office) | | | |
| | Dell Emerging Markets (EMEA) Limited Representative Office — Lebanon | | | |
| | Dell SA | | | |
| | Perot Systems TSI (Mauritius) Pvt. Ltd. | | | |
| | Dell Distribution Maroc (Succ) | | | |
| | Dell SAS | | | |
| | Dell Asia B.V. | | | |
| | Dell B.V. | | | |
| | Dell Global B.V. | | | |
| | Dell Global Holdings I BV | | | |
| | Dell Global Holdings II BV | | | |
| | Dell Global Holdings III BV | | | |
| | Dell Global International B.V. | | | |
| | Dell International Holdings IX B.V. | | | |
| | Dell International Holdings VIII B.V. | | | |

**LCD Direct Purchaser Class Member Exclusions**

| Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|------|------|------|------|
| Dell International Holdings X B.V. | | | |
| Dell International Holdings XII Coöperatoef U.A. | | | |
| Dell Products (Europe) B.V. | | | |
| Dell Taiwan B.V. | | | |
| DIH VI CV | | | |
| DIH VII CV | | | |
| DIH VIII CV | | | |
| DIH IX CV | | | |
| Perot Systems B.V. | | | |
| Perot Systems Nederland B.V. | | | |
| Perot Systems Investments B.V. | | | |
| Perot Systems TSI (Netherlands) B.V. | | | |
| Dell Technology & Solutions (Nigeria) Limited | | | |
| Dell Corporation Limited — Northern Ireland Place of Business Ireland | | | |
| Dell A.S. | | | |
| Dell Products (Poland) Sp. z o.o. | | | |
| Dell Sp.z.o.o. | | | |
| Dell Computer Holding I, SGPS, Unipessoal Lda | | | |
| Dell Computer Holding II, SGPS, Unipessoal Lda | | | |
| Dell Computer International (II) Comercio de Computadores Sociedade Unipessoal Lda | | | |
| Dell III — Comercio de Computadores, Unipessoal LDA   Portugal | | | |
| Dell Emerging Markets (EMEA) Limited — Representative Office | | | |
| Perot Systems Romania SRL | | | |
| Dell Emerging Market (EMEA) Ltd (Russia Representative Office) | | | |
| Dell L.L.C. | | | |
| Branch of Dell (Free Zone Company L.L.C.) | | | |
| Dell s.r.o. | | | |
| Perot Systems (Slovakia) s.r.o. | | | |
| Dell Computer (Proprietary) Ltd | | | |
| Dell Computer S.A. | | | |
| Dell A.B. | | | |
| Dell International Holdings Kft. — Zurich Branch | | | |
| Dell S.A | | | |
| Perot Systems A.G. | | | |
| Queequeg A.G. | | | |
| Perot Systems (Switzerland) GmbH | | | |
| Dell Emerging Markets (EMEA) Limited — Turkey (Istanbul) Liaison Office | | | |
| Dell Teknoloji Limited Şirketi | | | |
| Dell FZ — LLC | | | |

**LCD Direct Purchaser Class Member Exclusions**

| Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|
| Dell Emerging Markets (EMEA) Limited (Uganda Representative Office) | | | |
| Dell Emerging Markets (EMEA) Limited — Representative Office Ukraine | | | |
| LLC Dell Ukraine | | | |
| Perot Systems TSI (Middle East) FZ-LLC | | | |
| Bracknell Boulevard Management Company Limited | | | |
| Dell Computer EEIG | | | |
| Dell Corporation Limited | | | |
| Dell Emerging Markets (EMEA) Limited | | | |
| Dell Solutions (UK) Limited | | | |
| The Networked Storage Company Limited | | | |
| Alienware Corporation (Pacific Rim), Pty Ltd. | | | |
| Dell Australia Pty. Limited | | | |
| Australia Branch of Perot Systems (Singapore) Pte. Ltd. | | | |
| Dell (China) Co., Ltd., Guangzhou Liaison Office | | | |
| Dell (China) Company Limited | | | |
| Dell (China) Company Limited, Beijing Branch | | | |
| Dell (China) Company Limited, Beijing Liaison Office | | | |
| Dell (China) Company Limited, Chengdu Liaison Office | | | |
| Dell (China) Company Limited, Chengdu Branch | | | |
| Dell (China) Company Limited, Dalian Branch | | | |
| Dell (China) Company Limited, Guangzhou Branch | | | |
| Dell (China) Company Limited, Hangzhou Liaison Office | | | |
| Dell (China) Company Limited, Nanjing Liaison Office | | | |
| Dell (China) Company Limited, Shanghai Branch | | | |
| Dell (China) Company Limited, Shanghai Liaison Office | | | |
| Dell (China) Company Limited, Shenzhen Liaison Office | | | |
| Dell (China) Company Limited, Xiamen Branch | | | |
| Dell (Xiamen) Company Limited | | | |
| Dell (Xiamen) Company Limited, Dalian Branch | | | |
| Dell Procurement (Xiamen) Company Limited | | | |
| Dell Procurement (Xiamen) Company Limited, Shanghai Branch | | | |
| Dell Procurement (Xiamen) Company Limited, Shenzhen Liaison Office | | | |
| Perot Systems (Shanghai) Consulting Co., Limited | | | |
| Perot Systems (Shanghai) Consulting Co., Ltd. | | | |
| Dell Hong Kong Limited | | | |
| Hong Kong Branch of Perot Systems (Singapore) Pte. Ltd. | | | |
| ACS (India) Limited | | | |
| Dell India Private Ltd. | | | |
| Dell International Services India Private Limited | | | |

**LCD Direct Purchaser Class Member Exclusions**

| Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|
| Perot Systems TSI (India) Private Limited | | | |
| Perot Systems Business Process Solutions India Private Limited | | | |
| Perot Systems India Foundation | | | |
| Dell Global BV (Indonesia Representative Office) | | | |
| PT Dell Indonesia | | | |
| Dell Japan Inc. | | | |
| EqualLogic Japan Company Limited | | | |
| Perot Systems (Japan) Ltd. | | | |
| Dell Asia Pacific Sdn. | | | |
| Dell Asia Pacific Sdn. Bhd. | | | |
| Dell Global Business Center Sdn. Bhd | | | |
| Dell Global Procurement Malaysia Sdn. Bhd. | | | |
| Dell Sales Malaysia Sdn Bhd | | | |
| Perot Systems (Malaysia) Sdn. Bhd. | | | |
| Dell New Zealand Limited   New Zealand | | | |
| Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office) | | | |
| Dell Global BV (Pakistan Liaison Office) | | | |
| Dell Asia Pacific Sdn. Philippines Representative Office | | | |
| Dell Catalog Sales L.P. — Rep Office | | | |
| Dell Global BV (Philippines Representative Office) | | | |
| Dell International Services Philippines Inc. | | | |
| Perot Systems Philippines, Inc. | | | |
| Dell Asia Holdings Pte. Ltd. | | | |
| Dell Asia Pte. Ltd. | | | |
| Dell Global B.V., Singapore Branch | | | |
| Dell Global Pte. Ltd. | | | |
| Dell Singapore Pte. Ltd. | | | |
| Perot Systems Holdings Pte. Ltd | | | |
| Perot Systems (Singapore) Pte. Ltd. | | | |
| Perot Systems Holdings Pte. Ltd. | | | |
| Dell International Inc. | | | |
| Dell Asia B.V., Taiwan Branch | | | |
| Dell B.V., Taiwan Branch | | | |
| Dell Taiwan B.V., Taiwan Branch | | | |
| Dell (Thailand) Co., Ltd. | | | |
| Dell Global BV (Vietnam Representative Office) | | | |
| Health Systems Design Corp. | | | |
| Kay Software, Inc. | | | |
| Bracknell Boulevard (Block C) L.L.C. | | | |
| Bracknell Boulevard (Block D) L.L.C. | | | |
| DCC Executive Security Inc. | | | |
| Dell America Latina Corp. | | | |

**LCD Direct Purchaser Class Member Exclusions**

| Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|------|------|------|------|
| Dell Asset Revolving Trust | | | |
| Dell Asset Securitization GP L.L.C. | | | |
| Dell Asset Securitization Holding L.P. | | | |
| Dell Colombia Inc. | | | |
| Dell Conduit Funding L.P. | | | |
| Dell Conduit GP L.L.C. | | | |
| Dell DFS Corporation | | | |
| Dell DFS Holdings L.L.C. | | | |
| Dell Equipment Funding L.P. | | | |
| Dell Equipment GP L.L.C | | | |
| Dell Federal Systems Corporation | | | |
| Dell Federal Systems GP L.L.C. | | | |
| Dell Federal Systems LP L.L.C. | | | |
| Dell Financial Services L.L.C. | | | |
| Dell Global Holdings IV L.L.C. | | | |
| Dell Global Holdings L.L.C. | | | |
| Dell Global Holdings IX L.L.C. | | | |
| Dell International Holdings I L:.L.C | | | |
| Dell International L.L.C. | | | |
| Dell Marketing Corporation | | | |
| Dell Marketing GP L.L.C. | | | |
| Dell Marketing LP L.L.C. | | | |
| Dell Marketing USA GP L.L.C. | | | |
| Dell Marketing USA LP L.L.C. | | | |
| Dell Products Corporation | | | |
| Dell Products GP L.L.C. | | | |
| Dell Products LP L.L.C. | | | |
| Dell Protective Services Inc. | | | |
| Dell Receivables Corporation | | | |
| Dell Receivables GP L.L.C. | | | |
| Dell Receivables LP L.L.C. | | | |
| Dell Revolver Company L.P. | | | |
| Dell Revolver GP. L.L.C. | | | |
| Dell USA Corporation | | | |
| Dell USA GP L.L.C. | | | |
| Dell USA LP L.L.C. | | | |
| Dell World Trade Corporation | | | |
| Dell World Trade GP L.L.C. | | | |
| Dell World Trade LP L.L.C. | | | |
| DFS Equipment General Partner L.L.C. | | | |
| DFS Funding L.L.C. | | | |
| DFS-SPV L.L.C. | | | |

908290.1
1/18/11 10:27 AM

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | License Technologies Group, Inc. | | | |
| | Plural Acquisition I, Inc. | | | |
| | Dell Global Holdings VI L.L.C. | | | |
| | Dell Global Holdings VII L.L.C. | | | |
| | Dell Global Holdings VIII L.L.C. | | | |
| | Perot Systems Corporation | | | |
| | Perot Systems Government Solutions, Inc. | | | |
| | Perot Systems Government Healthcare Solutions, Inc. | | | |
| | perot.com inc. | | | |
| | Perot Systems Application Solutions Inc. | | | |
| | PS eServe Corp. | | | |
| | Solutions Consulting LLC | | | |
| | Perot Systems Communications Services, Inc. | | | |
| | Perot Systems Healthcare Services LLC | | | |
| | PSC Healthcare Software, Inc. | | | |
| | The Technical Resource Connection, Inc. | | | |
| | Vision Business Process Solution, Inc. | | | |
| | Perot Systems Revenue Cycle Solutions, Inc. | | | |
| | Hospital Revenue Associates LLC | | | |
| | PS BP Services LLC | | | |
| | Perot Systems BPS, LLC | | | |
| | PSC LP Corporation | | | |
| | PSC GP Corporation | | | |
| | KACE Networks, Inc. | | | |
| | Alienware Corporation | | | |
| | ASAP Software Express Inc. | | | |
| | QSS Group, Inc. | | | |
| | Perot Systems Healthcare Solutions, Inc. | | | |
| | Technical Management, Inc. | | | |
| | Transaction Applications Group, Inc. | | | |
| | Third Party Administration Group, Inc. | | | |
| | Dell Funding L.L.C. | | | |
| | Dell Revolver Funding L.L.C. | | | |
| | PrSM Corporation | | | |
| | Dell Computer Holdings L.P. | | | |
| | Dell Federal Systems L.P. | | | |
| | Dell Marketing L.P. | | | |
| | Dell Marketing USA L.P. | | | |
| | Dell Products L.P. | | | |
| | Dell Receivables L.P. | | | |
| | Dell USA L.P. | | | |
| | Dell World Trade L.P. | | | |

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | Perot Systems Business Process Solutions, Inc.<br>Perot Systems FS Limited Partnership<br>PSC Management Limited Partnership<br>Protega Services, LLC<br>Perot Systems Government Services, Inc.<br>Dell America Latina Corp., Argentina Branch<br>Dell Export Sales Corporation<br>Perot Systems TSI (Bermuda) Ltd.<br>TXZ Holding Company Limited<br>Dell Computadores do Brasil Ltda.<br>EqualLogic Canada<br>Canada Branch of Perot Systems Healthcare Solutions, Inc.<br>Canada Branch ofPerot Systems Corporation<br>Dell Global Holdings Ltd.<br>Dell Global Holdings III L.P.<br>Dell Computer de Chile Ltda.<br>Dell Colombia Inc., Colombia Branch<br>Alienware Latin America, S.A<br>Dell Technology Services Inc. S.R.L<br>Dell Ecuador Cia Ltda<br>Dell Guatemala Ltda<br>Dell Honduras S de RL de CV<br>Dell Computer Services de Mexico SA de CV<br>Dell Mexico, S.A. de C.V.<br>Perot Systems Mexico, S. de R.L. de C.V.<br>Perot Systems Services Mexico, S.C<br>Dell Canada Inc.<br>Dell Panama S. de R.L<br>Dell Perú, SAC<br>Dell Puerto Rico Corp.<br>Dell Quebec Inc.<br>Perot Systems (Canada) Corporation<br>Dell Trinidad and Tobago Limited<br>Corporacion Dell de Venezuela SA | | | |
| 24 | Design Research Engineering LLC | Yes | Yes | |
| 25 | Durochers TV & Appliance, Inc. | Yes | Yes | Yes |
| 26 | Dynamic Marketing, Inc. | Yes | Yes | Yes |
| 27 | Electrograph Technologies Corp.<br>and its affiliates, subsidiaires and prdecessor entities:<br><br>Electrograph Systems, Inc.; | Yes | Yes | Yes |

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | International Computer Graphics, Inc.;<br>ActiveLight, Inc.;<br>CineLight Corporation;<br>Manchester Technologies, Inc.;<br>Manchester Equipment Co., Inc.;<br>Champion Vision, Inc.;<br>Coastal Office Products, Inc. | | | |
| 28 | Electronic Express, Inc. | Yes | Yes | Yes |
| 29 | Farag, Mohamed | | | Yes |
| 30 | Frederick Boulevard Baptist Church | | | Yes |
| 31 | Gnanam, Vijayalakshmi | | | Yes |
| 32 | Hayden, Michael V. | Yes | Yes | Yes |
| 33 | Helsel, Joy | | | Yes |
| 34 | Hewlett-Packard Company<br>Hewlett-Packard Japan Ltd.<br>Hewlett-Packard AP (Hong Kong) Limited<br>Hewlett-Packard GmbH<br>Hewlett-Packard International Pte. Ltd.<br>Hewlett-Packard Singapore (Private) Ltd.<br>Hewlett-Packard Asia Pacific Pte. Ltd.<br>Hewlett-Packard Products, C.V.<br>Hewlett-Packard International Pte. Ltd.<br>Hewlett-Packard Taiwan Ltd.<br>Hewlett-Packard Technology (Shanghai) Co. Ltd.<br>Hewlett-Packard Mexico, S. De RL. de C.V.<br>Hewlett-Packard India Sales Private Ltd.<br>Hewlett-Packard Servicios Profesionales, S. de RL. de C.V.<br>Hewlett-Packard Centro de Servicios Globales, S. de RL. de C.V.<br>Hewlett-Packard Caribe B.V.<br>Hewlett-Packard International Sari<br>Hewlett-Packard Centre de Competences France SaS<br>Hewlett-Packard Australia Pty. Limited<br>Hewlett-Packard Computadores Limitada<br>Hewlett-Packard Marigalante Ltd.<br>Hewlett-Packard Korea Ltd.<br>Hewlett-Packard Indigo, Ltd.<br>Hewlett-Packard Technology Licenses and Licensing Limited Liability Company, Luxembourg<br>Hewlett-Packard Espanola S.L. | Yes | Yes | Yes |

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | Hewlett-Packard (Chongqing) Manufacturing, Export, Procurement and Settlement Co., Ltd. <br> Hewlett-Packard Brasil Ltda. <br> Hewlett-Packard s.r.o. <br> Hewlett-Packard (Manufacturing) Ltd. <br> Hewlett-Packard (Canada) Co. <br> Hewlett-Packard (Chongqing) Co. Ltd. <br> Shanghai Hewlett-Packard Co. Ltd. <br> Hewlett-Packard Trading (Shanghai) Co. Ltd. <br> Com pal Electronics Inc. <br> Flextronics International Limited <br> Innolux Display Corporation (acquired by and now part of Chi Mei Innolux Corporation) <br> Inventec Corporation, Inventec Building <br> LiteOn Technology Corporation <br> Qisda Corporation <br> Quanta Computer Inc. <br> Tatung Company <br> TPV Technology Limited <br> Wistron Corporation | | | |
| 35 | IEC Electronics | | | Yes |
| 36 | IMTS/JBDevelopers | | | Yes |
| 37 | Interbond Corp. of America (and all affiliates) | Yes | Yes | Yes |
| 38 | Interface Electronics Corp. | Yes | Yes | Yes |
| 39 | Jabil Circuit, Inc. | Yes | Yes | Yes |
| 40 | Jaco Electronics, Inc. <br> Corona Electronics, Inc. <br> Distel Inc. <br> Quality Components, Inc. <br> R.C. Components, Inc. <br> Micatron Inc. <br> Reptron, Inc. | Yes | Yes | Yes |
| 41 | Longs Electronics Inc. | Yes | Yes | Yes |
| 42 | Marta Cooperative of America, Inc. | Yes | Yes | Yes |
| 43 | Mazzi, Marco | | | Yes |
| 44 | MetroPCS Communications, Inc. <br> MetroPCS, Inc. | Yes | Yes | Yes |

**LCD Direct Purchaser Class Member Exclusions**

|  | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
|  | MetroPCS Wireless, Inc. |  |  |  |
| 45 | Midwest Sales & Service, Inc. | Yes | Yes | Yes |
| 46 | Motorola Asia Limited<br>Motorola Asia Pacific Limited<br>Motorola (China) Electronics Limited<br>Motorola (China) Investment Limited<br>Motorola de Nogales, S.A. de C.V.<br>Motorola Electronics Pte. Ltd.<br>Motorola GmbH<br>Hangzhou Motorola Cellular Equipment Co. Ltd.<br>Motorola, Inc.<br>Motorola Solutions, Inc.<br>Motorola India Private Limited<br>Motorola Industrial Ltda.<br>Motorola Korea, Inc.<br>Motorola Limited<br>Motorola de Mexico, S.A.<br>Motorola Mobility, Inc.<br>Motorola South Israel Limited<br>General Instrument of Taiwan, Ltd.<br>Motorola Technology Sdn. Bhd.<br>Motorola Trading Center Pte. Ltd. | Yes | Yes | Yes |
| 47 | Nationwide of Connecticut, Inc. | Yes | Yes | Yes |
| 48 | The New England Appliance & Electronics Group Inc. | Yes | Yes | Yes |
| 49 | NECO Alliance LLC (and all affiliates) | Yes | Yes | Yes |
| 50 | Newegg Inc.<br>Magnell Associate, Inc.<br>USOPC, Inc.<br>Rosewill Inc.<br>Nutrend Computer Products, Inc. | Yes | Yes | Yes |
| 51 | Nokia Corporation<br>Nokia Incorporated<br>Nokia Mexico S.A. de C.V. | Yes | Yes | Yes |
| 52 | Office Depot Asia Holding Limited<br>Office Depot BA SAS<br>(formerly, Guilbert France S.AS.)<br>Office Depot BVBA<br>(f.k.a Guilbert Belgium BVBA)<br>Office Depot Brasil Limitada (inactive) | Yes | Yes | Yes |

**LCD Direct Purchaser Class Member Exclusions**

| Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|
| Office Depot Brasil Participacoes Limitad | | | |
| Office Depot Centro America, SA de CV | | | |
| Office Depot Chile Limitada (inactive) | | | |
| Office Depot Cyprus Limited (f.k.a Claigan Ltd.) | | | |
| Office Depot Delaware Overseas Finance No.1, LLC | | | |
| (f.k.a Office Depot Delaware Overseas Finance No.1, Inc.) | | | |
| Office Depot de Mexico SA de CV | | | |
| Office Depot Deutschland GmbH | | | |
| (f.k.a Guilbert Deutschland GmbH) | | | |
| Office Depot France SNC (f.k.a Office Depot France SAS ) | | | |
| Office Depot Hungary Kft (f.k.a Elso Iroda Superstore Kft.) | | | |
| Office Depot, Inc. | | | |
| Office Depot International BVBA | | | |
| OD International (Luxembourg) Finance | | | |
| Office Depot, B. V. | | | |
| (formerly Guilbert Netherland BV) | | | |
| Office Depot Cooperatief W.A. | | | |
| Office Depot Europe B. V. | | | |
| Office Depot Europe Holdings Ltd. | | | |
| Office Depot GmbH + Switzerland | | | |
| Office Depot Holding GmbH + Switzerland | | | |
| Office Depot Holdings Ltd. | | | |
| Office Depot Holdings 2 Ltd. | | | |
| Office Depot Holdings 3 Ltd. | | | |
| Office Depot International B.V. | | | |
| Office Depot International (UK) Ltd. | | | |
| Office Depot Ireland Limited (f.k.a Guilbert Ireland Ltd) | | | |
| Office Depot (Israel) Ltd. | | | |
| Office Depot Italia S.r.l. | | | |
| Office Depot Japan Limited | | | |
| Office Depot Korea Limited (f.k.a Best Office Co., Ltd.) | | | |
| Office Depot Latin American Holdings B.V. | | | |
| Office Depot MDF SNC | | | |
| Office Depot NA B. V. | | | |
| Office Depot N.A. Shares Services LLC | | | |
| Office Depot Netherland B.V. (f.k.a Office Depot International, B.V.) | | | |
| (f.k.a Viking Direct (Holdings) B.V.) | | | |
| Office Depot Network Technology Ltd. | | | |
| Office Depot (Operations) Holding B.V. (f.k.a Guilbert Trademarks B.V.) | | | |
| Office Depot Overseas Limited | | | |
| Office Depot Overseas Holding Limited | | | |

**LCD Direct Purchaser Class Member Exclusions**

| Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|------|------|------|------|
| Office Depot Overseas 2 Limited | | | |
| Office Depot Poland Sp Z.O.o. (f.k.a Fontinalis) | | | |
| Office Depot Private Limited | | | |
| Office Depot Procurement and Sourcing (Shenzhen) Company Ltd. | | | |
| Or translated: | | | |
| Office Depot Merchandising (Shenzhen) | | | |
| Company Ltd. | | | |
| Office Depot Puerto Rico, LLC | | | |
| Office Depot SAS | | | |
| (f.k.a Guilbert SAS) | | | |
| Office Depot Service Center SRL | | | |
| Office Depot Service – und BeteiligungsGmbH&Co.KG | | | |
| Office Depot s.r.o. (f.k.a Papirius s.r.o.) | | | |
| Office Depot S.L. | | | |
| (f.k.a Guilbert Espana S.L.) | | | |
| Office Depot Tokumei Kumiai | | | |
| Office Depot UK Limited | | | |
| (f.k.a Guilbert UK Ltd ) | | | |
| Office Depot -Viking Holdings B.V. | | | |
| 2300 South Congress LLC | | | |
| 4Sure.com, Inc. | | | |
| AGE Kontor & Data AB | | | |
| AsiaEC.com Limited | | | |
| BizDepot, LLC (inactive) | | | |
| Centro de Apoyo Caribe SA de CV | | | |
| Centro de Apoyo SA de CV | | | |
| Computers4Sure.com, Inc. | | | |
| Curry's Limited | | | |
| Deo Deo Tokumei Kumiai | | | |
| eOffice Planet India Private Limited | | | |
| Erial BQ S.A. | | | |
| Europa S.A.S. | | | |
| Gosta Hansson & Co AB | | | |
| Guilbert Beteiligungsholding GmbH | | | |
| Guilbert International B.V. | | | |
| Guilbert Luxembourg S.AR.L. | | | |
| Guilbert UK Holdings Ltd | | | |
| Guilbert UK Pension Trustees Ltd | | | |
| HC Land Company LLC | | | |
| Helge Dahnberg AB + Sweden | | | |
| Heteyo Holdings B V. | | | |
| Hutter GmbH | | | |

**LCD Direct Purchaser Class Member Exclusions**

| Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|
| Japan Office Supplies, LLC | | | |
| Kontorsfackhandlarna Stockholm AB + Sweden | | | |
| Kontorsgruppen i Sverige AB + Sweden | | | |
| NEWGOH Immobilienverwaltung GmbH | | | |
| Neighborhood Retail Development Fund, LLC (inactive) | | | |
| Niceday Distribution Centre Ltd | | | |
| North American Card and Coupon Services, LLC | | | |
| Notus Aviation, Inc. | | | |
| OD Acquisition Canada ULC | | | |
| OD Aviation, Inc. | | | |
| OD Colombia Ltda | | | |
| OD El Salvador, Ltda. de C.V. | | | |
| OD France, LLC | | | |
| ODV France LLC | | | |
| ODG Caribe SA de CV (f.k.a Urguguay Cia. Papelera, SA de CV) | | | |
| OD Guatemala y Compania. Limitada | | | |
| OD Honduras S de RL | | | |
| OD International, Inc. | | | |
| OD International Holdings CV | | | |
| OD International (Luxembourg) Holdings S.A.R.L. | | | |
| OD International (Luxembourg) Participation S.A.R.L. | | | |
| OD Management SNC | | | |
| OD Medical Solutions LLC | | | |
| OD of Texas, LLC (f.k.a OD of Texas Inc.) | | | |
| ODPanamaSA | | | |
| OD S.N.C. | | | |
| ODST, LLC (inactive) | | | |
| OD Tressorerie (f.k.a om S.N.C.) | | | |
| Office 1 Ltd | | | |
| Office 1 (1995) Ltd | | | |
| Office Club, Inc. | | | |
| OfficeSupplies.com, Inc. | | | |
| Office Town, Inc. (inactive) | | | |
| Papirius Kft. | | | |
| Pappersnabben i Malmo AB + Sweden | | | |
| Patitucci Ltd. | | | |
| Reliable Uk Ltd | | | |
| Ritma AB + Sweden | | | |
| S.A.R.L. | | | |
| Servicios Administrativos Office Depot SAdeCV | | | |
| Servicios y Material De Escritorio S.L. | | | |
| Solutions4Sure.com, Inc. | | | |

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | Stichting Office Depot Charity for Children<br>Swinton Avenue Trading Limited, Inc.<br>Viking Direct B.V.<br>Viking Direct (Holdings) Limited<br>Viking Direct (Ireland) Limited (f.k.a Viking Direct (Ireland) Limited; then Office Depot International (Ireland) Limited -new change effective as of 912004)<br>Viking Direct S.A.R.L.<br>Viking Direkt GesmbH<br>Viking Finance (Ireland) Limited<br>Viking Office Products, Inc.<br>Viking Office Products KK<br>Viking Office Products S.r.l. (f.k.a Viking Direct SrI)<br>VOP (Ireland) Limited<br>VPC System S.r.l (inactive) | | | |
| 53 | Otawa, Toru | Yes | Yes | Yes |
| 54 | P.C. Richard & Son, Inc.<br>for itself and on behalf of its affiliateed and subsidiary companies including, but not limited to,<br>P.C. Richard & Son Long Island Corporation;<br>A.J. Richard & Sons, Inc.;<br>P.C. Richard & Son, LLC;<br>P.C. Richard Servcie Company;<br>Alfred Reliable Appliances, Inc.;<br>Reliable Richard's Service Corp.;<br>AGP Services Corp.;<br>Two Guys Ventures Corp.;<br>A.J. Staten Island, LLC;<br>P.C. Deer Park, LLC;<br>P.C. 185 Price Parkway, LLC;<br>P.C. 1574, Inc.;<br>P.C. 1574 Milford, LLC;<br>P.C. Lawrenceville, LLC;<br>P.C. Brick 70, LLC;<br>P.C. Richard & Son Connecticut, LLC | Yes | Yes | Yes |
| 55 | Planar Systems, Inc. | | | Yes |
| 56 | RadioShack Corporation | Yes | Yes | Yes |
| 57 | Rockwell Automation, Inc. | Yes | Yes | Yes |
| 58 | SB Liquidation Trust, Successor-in-interest to Syntax-Brillian Corporation, | Yes | Yes | Yes |

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | Syntax Groups Corporation, Syntax-Brillian SPE, Inc. | | | |
| 59 | Schaed, Doris P. | | | Yes |
| 60 | Sears, Roebuck and Co. Sears Holdings Corporation Sears Holdings Management Corporation Kmart Corporation Kmart Management Corporation Kmart Holdings Corporation | Yes | Yes | Yes |
| 61 | Sitzmann, Holly | | | Yes |
| 62 | Sony Electronics Inc. | Yes | Yes | Yes |
| 63 | Sovran Acquisition Limited Partnership | Yes | Yes | Yes |
| 64 | State Farm Mutual Automobile Insurance Company (and affiliates and subsidiaries) | | | Yes |
| 65 | Sweat, Robin C. (Thomson) | Yes | Yes | Yes |
| 66 | Symank, Patricia | | | Yes |
| 67 | T-Mobile USA, Inc. and Voicestream | Yes | Yes | Yes |
| 68 | Target Corporation | Yes | Yes | Yes |
| 69 | Tech Data, and subsidiaries, including:<br><br>AKL Telecommunications GmbH, Azlon European Finance Limited, Azlan GmbH, Azlan Limited, Azlan Logistics Limited, Azlan Overseas Holdings Limited, Azlan Scandinavia AB, Battrex B.V., Computer 2000 Distribution Ltd., Datatechnology Datech Ltd., Datech 2000 Ltd., E.C.A. Produktie B.V., European Communications Association (E.C.A.) B.V., FCB Nominees Limited, Frontline Distribution (Ireland) Limited, Frontline Distribution Ltd., | Yes | Yes | Yes |

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | Hakro-Oosterberg-Nijkerk B.V., | | | |
| | Horizon Technical Services (UK) Limited, | | | |
| | Horizon Technical Services AB, | | | |
| | Hotlamps Limited, | | | |
| | Managed Training Services Limited, | | | |
| | Managed Training Services Limited, | | | |
| | Maneboard Limited, | | | |
| | Maverick Presentation Products Limited, | | | |
| | Quadrangle Technical Services Limited, | | | |
| | Quote Components B.V., | | | |
| | Rosenmeier Electronics A/S, | | | |
| | Rosenmeier Electronics Holdings A/S, | | | |
| | Screen Expert Limited UK, | | | |
| | Soft Europe SAS, | | | |
| | TD Facilities, Ltd., | | | |
| | TD Fulfillment Services, LLC, | | | |
| | TD Tech Data AB, | | | |
| | TD Tech Data Portugal, Lda, | | | |
| | Tech Data (Netherlands) B.V., | | | |
| | Tech Data (Schweiz) GmbH, | | | |
| | Tech Data Brasil Ltda, | | | |
| | Tech Data bvba/sprl, | | | |
| | Tech Data Canada Corporation, | | | |
| | Tech Data Chile. S.A., | | | |
| | Tech Data Colombia S.A.S., | | | |
| | Tech Data Denmark ApS, | | | |
| | Tech Data Deutschland GmbH, | | | |
| | Tech Data Distribution s.r.o., | | | |
| | Tech Data Education, Inc., | | | |
| | Tech Data Espana S.L.U., | | | |
| | Data Europe GmbH, | | | |
| | Tech Data European Management GmbH, | | | |
| | Tech Data Finland OY, | | | |
| | Tech Data Florida Services. Inc., | | | |
| | Tech Data France Holding Sarl, | | | |
| | Tech Data France S.A.S., | | | |
| | Tech Data Global Finance L.P., | | | |
| | Tech Data GmbH & Co. OHG, | | | |
| | Tech Data Information Technology GmbH, | | | |
| | Tech Data International Sarl, | | | |
| | Tech Data ltalia s.r.l., | | | |
| | Tech Data Latin America, Inc., | | | |

**LCD Direct Purchaser Class Member Exclusions**

| | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
| | Tech Data Limited, Tech Data Mexico S. de R. L. de C.V., Tech Data Midrange GmbH, Tech Data Nederland B.V., Tech Data Norge AS, Tech Data Operations,Center, S.A., Tech Data Osterreich GmbH, Tech Data Peru S.A.C., Tech Data Polska Sp.z.o.o., Tech Data Product Management. Inc., Tech Data Service GmbH, Tech Data Uruguay, S.A., Triade Holding B.V., Triade Rosenmeier Electronics AS | | | |
| 70 | Time Warner Inc. | Yes | Yes | Yes |
| 71 | TracFone Wireless, Inc. | Yes | Yes | Yes |
| 72 | Tweeter Newco, LLC Tweeter Opco, LLC Tweeter Intellectual Property, LLC Tweeter Tivoli, LLC Tweeter Home Entertainment Group, Inc Sound Advice Hifi Buys Tweeter Etc. Showcase Entertainment Douglas TV United Audio Now! Audio Video Bryn Mawr Stereo Big Screen City Hillcrest Audio DOW Stereo/ Video Home Entertainment | Yes | Yes | Yes |
| 73 | Uniden America Corporation | | | Yes |
| 74 | Uni Device Corporation | | | Yes |
| 75 | ViewSonic Corporation ViewSonic International Corporation ViewSonic Display Limited ViewSonic Hong Kong Limited | Yes | Yes | Yes |

**LCD Direct Purchaser Class Member Exclusions**

|  | Name | Opt out of Epson Settlement | Opt out of Chunghwa Settlement | Opt out of Litigation Class |
|---|---|---|---|---|
|  | C/o Kai Tak Commercial Building |  |  |  |
| 76 | Vila, Alma | Yes | Yes | Yes |
| 77 | Wal-Mart Stores, Inc. and its subsidiaries and affiliates, including but not limited to, Wal-Mart-Stores East, LP; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LCC; Wal-Mart Stores Arkansas, LLC; Walmart.com USA, LCC (collectively operating as Walmart); Sam's West, Inc. and Sam's East, Inc. (collectivley operating as Sam's Club). | Yes | Yes | Yes |
| 78 | Wollaston, Charles C. | Yes | Yes |  |

908290.1
1/18/11 10:27 AM