Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-00 II
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Counsel for Plaintiff Office Depot, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation* | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **PROOF OF SERVICE OF TECHNOLOGIES DISPLAYS AMERICAS LLC** |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726 | |

| Attorney or Party without Attorney: <br> STUART H. SINGER, Bar #377325 <br> BOIES, SCHILLER & FLEXNER LLP <br> 401 E. LAS OLAS BLVD. <br> SUITE 1200 <br> FORT LAUDERDALE, FL 33301 <br> Telephone No: 954-356-0011   FAX No: 954-356-0022 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Southern District Of Florida

Plaintiff: OFFICE DEPOT, INC.
Defendant: TECHNICOLOR SA, ETC., ET AL.

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 13-CV-81174-COHN/SELTZER |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STIPULATED PROTECTIVE ORDER

3. a. Party served: TECHNOLOGIES DISPLAYS AMERICAS LLC (F/K/A THOMSON DISPLAYS AMERICAS LLC)
   b. Person served: MILTON VONG, PROCESS SPECIALIST, PARACORP INCORPORATED, REGISTERED AGENT, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 2804 GATEWAY OAKS DRIVE
   SUITE 200
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Mar. 05, 2014 (2) at: 10:45AM

7. **Person Who Served Papers:**
   a. Michael Morris
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2012-33
      (iii) County: Sacramento
      (iv) Expiration Date: Tue, Jul. 01, 2014

Recoverable Cost Per CCP 1033.5(a)(4)(B)



1814 "I" Street
Sacramento, CA 95814
Telephone  (916) 444–5111
Fax        (916) 443–3111
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Thu, Mar. 06, 2014

   (Michael Morris)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

5791603  .boisc-fl.597951