William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Counsel for Plaintiffs P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Cathode Ray Tube (CRT) Antitrust Litigation* | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | |
| *P.C. Richard & Son Long Island Corp. v. Technicolor SA, et al.*, No. 13-cv-05725 | **PROOF OF SERVICE OF TECHNOLOGIES DISPLAYS AMERICAS LLC** |

| Attorney or Party without Attorney: <br> PHILLIP J. LOVIENO <br> BOIES, SCHILLER & FLEXNER LLP <br> 10 N. PEARL ST. <br> 4TH FLOOR <br> ALBANY, NY 12207 <br> Telephone No: 518-434-0600 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Eastern District Of New York |
| Plaintiff: P.C. RICHARD & SON LONG ISLAND CORPORATION, ET AL. |
| Defendant: TECHNICOLOR SA, ETC., ET AL. |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: CV13-6327 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STIPULATED PROTECTIVE ORDER.

3. a. Party served: TECHNOLOGIES DISPLAYS AMERICAS LLC (F/K/A THOMSON DISPLAYS AMERICAS LLC)
   b. Person served: MILTON VONG, PROCESS SPECIALIST, PARACORP INCORPORATED, REGISTERED AGENT, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 2804 GATEWAY OAKS DRIVE
   SUITE 200
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Mar. 05, 2014 (2) at: 10:45AM

7. **Person Who Served Papers:**
   a. Michael Morris



1814 "I" Street
Sacramento, CA 95814
Telephone  (916) 444-5111
Fax        (916) 443-3111
www.firstlegalnetwork.com

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:*
e. I am: (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:  2012-33
   (iii) County:            Sacramento
   (iv)  Expiration Date:   Tue, Jul. 01, 2014

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Thu, Mar. 06, 2014

(Michael Morris)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

5791608  .boisch.597948