1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  Steven D. Merriman (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:     206.359.8000
   Facsimile:     206.359.9000
6
   Joren Bass, State Bar No. 208143
7  JBass@perkinscoie.com
   **PERKINS COIE LLP**
8  Four Embarcadero Center, Suite 2400
   San Francisco, CA  94111-4131
9  Telephone:     415.344.7120
   Facsimile:     415.344.7320
10
   *Attorneys for Plaintiff*
11 *Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723 | **PROOF OF SERVICE OF TECHNOLOGIES DISPLAYS AMERICAS LLC** |

| Attorney or Party without Attorney: <br> DAVID J. BURMAN, Bar #10611 <br> PERKINS COIE LLP <br> 1201 THIRD AVENUE <br> SUITE 4900 <br> SEATTLE, WA 98101 <br> Telephone No: 206-359-6179   FAX No: 206-359-7179 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Western District Of Washington | | |
| Plaintiff: COSTCO WHOLESALE CORPORATION | | |
| Defendant: TECHNICOLOR SA, ETC., ET AL. | | |
| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date:   Time:   Dept/Div: | Case Number: <br> CV13-2037JCC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STIPULATED PROTECTIVE ORDER.

3. a. Party served: TECHNOLOGIES DISPLAYS AMERICAS LLC (F/K/A THOMSON DISPLAYS AMERICAS LLC)

   b. Person served: MILTON VONG, PROCESS SPECIALIST, PARACORP INCORPORATED, REGISTERED AGENT, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 2804 GATEWAY OAKS DRIVE
   SUITE 200
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Mar. 05, 2014 (2) at: 10:45AM

7. **Person Who Served Papers:**
   a. Michael Morris

   

   1814 "I" Street
   Sacramento, CA 95814
   Telephone   (916) 444-5111
   Fax         (916) 443-3111
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2012-33
      (iii) County:              Sacramento
      (iv)  Expiration Date:     Tue, Jul. 01, 2014

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Mar. 06, 2014

                                                                                        (Michael Morris)

Judicial Council Form                       PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS IN A CIVIL                          5791585  .percowa.597953