1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC MDL No. 1917 |

This document relates to:

*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*

*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*

*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*

*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 13-cv-05725;*

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

**[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

Before the Honorable Samuel Conti

60740244.1

1

2   *Sears, Roebuck and Co. and Kmart Corp. v.*
    *Technicolor SA, No. 3:13-cv-05262;*

3   *Target Corp. v. Technicolor SA, et al., No. 13-*
    *cv-05686*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING DAPS'
ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

**[PROPOSED] ORDER**

This matter comes before the Court on the Direct Action Plaintiffs' ("DAPs")[1] February 10, 2014 Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 ("Motion to Seal"). Having considered the Motion to Seal, the Declaration of Vincent S. Loh in support thereof, and any additional declarations subsequently filed in support, and good cause appearing therefore:

The Court hereby GRANTS the Motion to Seal and orders that the following are properly sealable and shall be sealed:

| |
|---|
| Highlighted portions of the DAPs' Opposition to Thomson SA's Motion to Dismiss ("Opposition"), found on pages 3, 4, 5, 7, 8, 14, and 16 of the Opposition. |
| Exhibit A to the Declaration of Vincent S. Loh in Support of the DAP's Opposition ("Loh Declaration"). |
| Exhibit B to the Loh Declaration |
| Exhibit C to the Loh Declaration |
| Exhibit D to the Loh Declaration |
| Exhibit E to the Loh Declaration |
| Exhibit F to the Loh Declaration |
| Exhibit G to the Loh Declaration |
| Exhibit H to the Loh Declaration |

---

[1] The Direct Action Plaintiffs include the following plaintiffs: Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, LLC; Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Shultze Agency Services, LLC; Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Costco Wholesale Corporation; Sears Roebuck and Co. and Kmart Corp.; and Target Corp.

| |
|---|
| Exhibit O to the Loh Declaration |
| Exhibit P to the Loh Declaration |
| Exhibit Q to the Loh Declaration |
| Exhibit R to the Loh Declaration |
| Exhibit S to the Loh Declaration |
| Exhibit T to the Loh Declaration |
| Exhibit U to the Loh Declaration |

IT IS SO ORDERED.

DATED: _____March 7, 2014_____

HONORABLE SAMUEL CONTI
United States District Court Judge

60740244.1

[PROPOSED] ORDER GRANTING DAPS'
ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES