# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-00141;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725;<br><br>*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686 | **[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

[PROPOSED] ORDER GRANTING THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

No. 07-5944-SC; MDL No. 1917

Upon consideration of Thomson SA's Administrative Motion to Seal portions of its Reply in Support of Its Motion to Dismiss Newly Filed Direct Action Plaintiffs' ("DAPs") Complaints, the Declaration of Jeffrey S. Roberts in support thereof, and good cause appearing therefore:

The Court hereby GRANTS Thomson SA's motion to seal and orders that the portions of Thomson SA's Reply in Support of Its Motion to Dismiss Newly Filed DAPs' Complaints that reference Exhibits A through D and F though H to the DAPs' Opposition to Thomson SA's Motion to Dismiss shall be sealed.

IT IS SO ORDERED.

DATED: March 7, 2014

_____
Hon. Samuel Conti
United States District Judge