| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ROMAN M. SILBERFELD, ESQ., Bar #62783<br>ROBINS, KAPLAN, MILLER & CIRESI, LLP<br>2049 CENTURY PARK EAST<br>SUITE 3400<br>LOS ANGELES, CA 90067 | | |
| Telephone No: 310-552-0130    FAX No: 310-229-5800 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court For The Northern District Of California | | |
| Plaintiff: BEST BUY CO., INC., ET AL. | | |
| Defendant: TECHNICOLOR SA, ETC., ET AL. | | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV13-05264 SC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STIPULATED PROTECTIVE ORDER

3. a. Party served: TECHNOLOGIES DISPLAYS AMERICAS LLC (F/K/A THOMSON DISPLAYS AMERICAS LLC)

   b. Person served: MILTON VONG, PROCESS SPECIALIST, PARACORP INCORPORATED, REGISTERED AGENT, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 2804 GATEWAY OAKS DRIVE
   SUITE 200
   SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Mar. 05, 2014 (2) at: 10:45AM

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Morris
   d. The Fee for Service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 2012-33
       (iii) County: Sacramento
       (iv) Expiration Date: Tue, Jul. 01, 2014

First Legal
1814 "I" Street
Sacramento, CA 95814
Telephone   (916) 444-5111
Fax         (916) 443-3111
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Mar. 06, 2014

   (Michael Morris)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                   3791557 .romsi.598003