Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111
T: (415) 871-2888
F: (415) 871-2890
E: vrw@judgewalker.com
Special Master

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No 1917 |
| This Order Relates To: | **REPORT AND RECOMMENDATION** |
| Case No C-07-5944-SC | |

On January 31, 2014, counsel on behalf of the Direct Action Plaintiffs in the above litigation and pursuant to the December 17, 2013 appointing the undersigned as Special Master requested an order of the Special Master requiring defendants Chungwha Picture Tubes, Ltd, LG Electronics, Phillips, Samsung SDI, Toshiba Corp, Panasonic and MTPD defendants to produce a reportedly confidential European Commission decision relating to its investigation regarding color display tubes and color picture tubes.

The motion appears largely to involve questions of law as to which the Special Master possesses no special knowledge not available to the court. Furthermore, it appears that whatever the Special Master decides on this issue one or more of the parties will likely seek review of that decision by the court. Consideration of the motion by the Special Master would, therefore, likely entail unnecessary duplication of time and effort by the parties. Accordingly, the Special Master recommends that the court withdraw the reference to the Special Master of the foregoing motion and place the motion on the court's docket for consideration.

Dated: March 5, 2014

Hon Vaughn R Walker
United States District Judge (Ret)
Special Master

The Report and Recommendation is Accepted and Ordered / Denied / Modified.

Dated: March 12, 2014

Hon Samuel Conti
United States District Judge