Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
Email:  anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | |
| *Best Buy Co, Inc. v. Technicolor SA, et al.,* No. 13-cv-05264; | **DIRECT ACTION PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| *Siegel v. Technicolor SA, et al.,* No. 13-cv-00141; | |
| *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Electrograph Systems, Inc. v. Technicolor SA, et al.,* No. 13-cv-05724; | |
| *Interbond Corp. of Am. v. Technicolor SA, et al.,* No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-05726; | |
| *P.C. Richard & Son Long Island Corp. v. Technicolor SA, et al.,* No. 13-cv-05725; | |
| *Sears, Roebuck & Co. v. Technicolor SA, et al.,* No. 13-cv-05262; | |
| *Schultze Agency Services, LLC v. Technicolor SA, et al.,* No. 13-cv-05668; and | |
| *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686 | |

On January 27, 2013, Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing L.L.C; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, L.L.C.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Electrograph Systems, Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp., (collectively "Plaintiffs") filed an Administrative Motion to Seal Portions of their Opposition to Mitsubishi's Motion to Dismiss Pursuant to Civil Local Rules 7-11 and 79-5(d) to file under seal the highlighted portions of the following documents:

- Direct Action Plaintiffs' Opposition to Mitsubishi's Motion to Dismiss Complaints ("Opposition") [Dkt. No. 2358-3]

Plaintiffs have since learned that the redacted version of the above referenced document [Dkt. No. 2358-3] contains a technical error. Consequently, this document may not comply with Local Rule 79-5(f)(1).

Therefore, Plaintiffs respectfully request that the Court order removal of this incorrectly filed document, as well as removal of the identical document that was filed in the following matters:

- *Electrograph Systems, Inc. v. Technicolor SA, et al.*, No. 13-cv-05724, Dkt. No. 13-3
- *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727, Dkt. No. 13-3
- *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726, Dkt. No. 13-3
- *P.C. Richard & Son Long Island Corp. v. Technicolor SA, et al.*, No. 13-cv-05725, Dkt. No. 14-3
- *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668, Dkt. No. 14-3

A corrected version of this document has been electronically filed at Docket No. 2380.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 11, 2014 | /s/  Philip J. Iovieno |
| 3 | | Philip J. Iovieno |
| | | Anne M. Nardacci |
| 4 | | BOIES, SCHILLER & FLEXNER LLP |
| | | 30 South Pearl Street, 11th Floor |
| 5 | | Albany, NY  12207 |
| | | Telephone:  (518) 434-0600 |
| 6 | | Facsimile:   (518) 434-0665 |
| | | Email:  piovieno@bsfllp.com |
| 7 | | Email:  anardacci@bsfllp.com |

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services, LLC*



March 13, 2014

---

DIRECT ACTION PLAINTIFFS MOTION TO REMOVE INCORRECTLY FILED DOCUMENT      - 2 -      Master File No. 3:07-md-05944-SC