IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No. CV 07-5944 SC

ORDER RE: DIRECT ACTION PLAINTIFFS' LETTER ON <u>SUPPLEMENTAL BRIEFING</u>

The Court has read the Direct Action Plaintiffs' ("DAPs") letter of March 11, 2014, in which they note the possible availability of alternate grounds for tolling in their actions against the Thomson Defendants and Mitsubishi, based on tolling agreements between those defendants and the putative Direct Purchaser Plaintiff class.  The DAPs request supplemental briefing on the matter.  Since the Court has found other grounds for tolling in those cases and has also addressed the relations of those defendants to the DPP actions, the Court finds the DAPs' request moot.  If the issue arises again in the future, the parties may fully brief it at that time.

Dated: March 13, 2014

UNITED STATES DISTRICT JUDGE