Case COMP/39437 - TV and computer monitor tubes

**Commission Decision of 5 December 2012**

**No public version available**

As DG Competition and the companies involved are in the process of establishing a version of the decision that does not contain any business secrets or other confidential information, no public version of this text is available for the time being. DG Competition is trying to settle this issue as soon as possible with a view to a quick publication. You are therefore invited to check the present section of DG Competition's website regularly in order to remain aware of any further developments.