

# European Commission - Competition

What's new? | Manuals | Contact

## / and computer monitor tubes

| | |
|---|---|
| **Companies:** | CPTF Optronics Co. Ltd. / Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. / Chunghwa Picture Tubes Ltd / Koninklijke Philips Electronics NV / LG Electronics Inc. / MT Pictures Display Co. Ltd. / Panasonic Corporation / Samsung SDI (Malaysia) Berhad / Samsung SDI Co. Ltd. / Samsung SDI Germany GmbH / Technicolor S.A. / Toshiba Corporation |
| **Economic Activity:** | C.26.11 - Manufacture of electronic components |
| **Events:** | (see table below) |

| Date | Document Type | Document |
|---|---|---|
| 05.12.2012 | Summary Decision | Summary decision: Multilingual |
| 05.12.2012 | No Public Version available |  en |
| 05.12.2012 | Press Release | Commission fines producers of TV and computer monitor tubes € 1.47 billion for two decadelong cartels: en |
| 03.12.2012 | Opinion of the Advisory Committee | Opinion of the Advisory Committee of 03/12/2012: Multilingual |
| 03.12.2012 | Report of the Hearing Officer | Final report of the Hearing Officer: Multilingual |
| 19.11.2012 | Opinion of the Advisory Committee | Opinion of the Advisory Committee 19/11/2012: Multilingual |
| 26.11.2009 | Memo | Antitrust: Commission confirms sending Statement of Objections to alleged participants in TV and computer monitor tubes cartels: en |
| 08.11.2007 | Memo | Antitrust: Commission carries out inspections in the cathode ray tubes sector: en |

*These publications are for information purposes only and should not be considered as an official publication*

New Search