

European Commission - Competition

What's new? | Manuals | Contact

**freight**

| Companies: | Air Canada / Air France / British Airways Plc / Cargolux Airlines International SA / Cathay Pacific Airways Limited / Deutsche Lufthansa AG / JAL / KLM / LAN Cargo SA / Martinair Holland NV / Quantas / Scandinavian Airlines System Denmark-Norway-Sweden / Singapore Airlines Limited / Swiss International Air Lines AG |
|---|---|
| Economic Activity: | H.51 - Air transport |

Events:

| Date | Document Type | Document |
|---|---|---|
| 09.11.2010 | No Public Version available | en |
| 09.11.2010 | Press Release | Antitrust: la Commission inflige à onze transporteurs de fret aérien des amendes pour un montant de 799 millions EUR(1):<br>fr |
| 21.12.2007 | Memo | Antitrust: Commission confirms sending Statement of Objections to alleged participants in a air freight cartel:<br>en |

*These publications are for information purposes only and should not be considered as an official publication*

New Search