Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Specially Appearing Defendant Thomson SA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157* | **THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT**<br><br>**(Civil Local Rule 79-5(d))** |

1  In accordance with Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), specially appearing Defendant, Thomson SA, respectfully submits this Administrative Motion for a Sealing Order sealing sections of Thomson SA's concurrently filed Reply in Support of Its Motion to Strike with Prejudice Tech Data's First Amended Complaint ("Reply") which references certain exhibits to Tech Data's Opposition to Thomson Consumer's and Thomson SA's Motions to Strike ("Opposition") that have been filed under seal because they have been previously designated as "Confidential" or "Highly Confidential" by other parties in this action.

Thomson SA's concurrently filed Reply discusses and/or references Exhibits K, L, N, O, P, and S though X of Tech Data's Opposition, which were previously filed under seal because they refer to, contain, and/or reflect excerpts of documents and/or testimony that have been designated as "Confidential" or "Highly Confidential" by other parties in this action under the terms of the Stipulated Protective Order entered in this case. (*See* Declaration of Jeffrey S. Roberts in Support of Thomson SA's Administrative Motion to File Portions of its Reply in Support of Its Motion to Strike with Prejudice Tech Data's First Amended Complaint under Seal at ¶ 3; *see also* Tech Data's Administrative Motion to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 [Dkt. No. 2409]; *see also* Stipulated Protective Order [Dkt. No. 306].)

WHEREFORE, because Thomson SA's concurrently filed Reply discusses and/or references Exhibits K, L, N, O, P, and S though X to Tech Data's Opposition, exhibits that have been filed under seal because they have been designated "Confidential" or "Highly Confidential" by other parties under the terms of the stipulated protective Order entered in this case, Thomson SA respectfully requests that Court enter an Order sealing the portions of its Reply that discuss and/or reference Exhibits B, K, L, N, O, P, and S though X to Tech Data's Opposition.

THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL    1    No. 07-5944-SC; MDL No. 1917

| | | |
|---|---|---|
| 1 | Dated: March 13, 2014 | Respectfully submitted, |
| 2 | | |
| 3 | |   */s/ Jeffrey S. Roberts* |
| | | Kathy L. Osborn (*pro hac vice*) |
| 4 | | Ryan M. Hurley (*pro hac vice*) |
| | | Faegre Baker Daniels LLP |
| 5 | | 300 N. Meridian Street, Suite 2700 |
| | | Indianapolis, IN  46204 |
| 6 | | Telephone: +1-317-237-0300 |
| | | Facsimile: +1-317-237-1000 |
| 7 | | kathy.osborn@FaegreBD.com |
| | | ryan.hurley@FaegreBD.com |
| 8 | | |
| | | Jeffrey S. Roberts (*pro hac vice*) |
| 9 | | Faegre Baker Daniels LLP |
| | | 3200 Wells Fargo Center |
| 10 | | 1700 Lincoln Street |
| | | Denver, CO  80203 |
| 11 | | Telephone: +1-303-607-3500 |
| | | Facsimile:  +1-303-607-3600 |
| 12 | | jeff.roberts@FaegreBD.com |
| 13 | | Calvin L. Litsey (SBN 289659) |
| | | Faegre Baker Daniels LLP |
| 14 | | 1950 University Avenue, Suite 450 |
| | | East Palo Alto, CA  94303-2279 |
| 15 | | Telephone: +1-650 324-6700 |
| | | Facsimile: +1-650 324-6701 |
| 16 | | calvin.litsey@FaegreBD.com |
| 17 | | ***Attorneys for Specially Appearing Defendant Thomson SA*** |

THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL     2     No. 07-5944-SC; MDL No. 1917