Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendant Technicolor SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No. 13-cv-00157 | **DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT** |

1     I, Jeffrey S. Roberts, declare and states as follows:

2     1.     I make this declaration in support of Thomson SA's (n/k/a Technicolor SA) Administrative Motion to File Under Seal Portions of Its Reply in Support of Its Motion to Strike With Prejudice Tech Data's First Amended Complaint ("Motion to Seal").  The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

3     2.     I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.).  I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California.

4     3.     Thomson SA's concurrently filed Reply discusses and/or references Exhibits K, L, N, O, P, and S through X of Tech Data's Opposition to Thomson Consumer's and Thomson SA's Motions to Strike, exhibits that were previously filed under seal because they refer to, contain, and/or reflect excerpts of documents and testimony that have been designated as "Confidential" or "Highly Confidential" by other parties in this action under the terms of the Stipulated Protective Order entered in this case.  Accordingly, the undersigned believes good cause exists to seal the portions of Thomson SA's Reply that discuss and/or reference these exhibits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  March 13, 2014 at Denver, Colorado.

　　　　　　　　　　　　　　　　　　　　　　 */s/ Jeffrey S. Roberts*
　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Roberts (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Faegre Baker Daniels LLP
　　　　　　　　　　　　　　　　　　　　　　3200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　　　1700 Lincoln Street
　　　　　　　　　　　　　　　　　　　　　　Denver, CO  80203
　　　　　　　　　　　　　　　　　　　　　　Telephone: +1-303-607-3500
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  +1-303-607-3600
　　　　　　　　　　　　　　　　　　　　　　jeff.roberts@FaegreBD.com