# BOIES, SCHILLER & FLEXNER LLP

30 SOUTH PEARL STREET • 11TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

March 4, 2014

**VIA E-MAIL AND FIRST CLASS MAIL**

Hon. Vaughn R. Walker (Ret.)
c/o Mr. Jay Weil
Federal Arbitration, Inc.
288 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
jay.weil@fedarb.com

      **Re**: *In re Cathode Ray Tube (CRT) Antitrust Litigation*
            MDL No. 1917; Case No. 07-cv-5944 SC (N.D. Cal.)

Dear Judge Walker:

    Pursuant to Rule 7-3(d)(2) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the Direct Action Plaintiffs respectfully submit this Statement of Recent Decision and hereby bring to your attention the recent decision in *Vichi v. Koninklijke Philips Electronics, N.V., et al.*, C.A. No. 2578-VCP, slip op. (Del. Ch. Feb. 18, 2014) ("*Vichi* Decision").

    This decision pertains to the Direct Action Plaintiffs' Motion to Compel production of the European Commission's decision concerning its investigation into the price-fixing of CRTs. *See Vichi* Decision at 36-37 & n.180 (describing how the European Commission made a partially redacted copy of its CRT decision available to the Delaware Court of Chancery, as well as to the parties to the *Vichi* litigation).

    A copy of the *Vichi* Decision is attached hereto as Exhibit A.

                                          Respectfully,

                                          */s/ Philip J. Iovieno*

                                          Philip J. Iovieno

                                          *Liaison Counsel for the Direct Action Plaintiffs*

Exhibit A

cc (via electronic mail only):

Defense counsel of record
Class counsel of record
California Attorney General