# EXHIBIT B

08/02/2002 11:19 FAX 213 243 2539        JONES DAY

```
 1 │ Jeffrey A. LeVee (State Bar No. 125863)
   │ Peter G. McAllen (State Bar No. 107416)
 2 │ JONES, DAY, REAVIS & POGUE
   │ 555 West Fifth Street, Suite 4600
 3 │ Los Angeles, CA 90013-1025
   │ Telephone:   (213) 489-3939
 4 │ Facsimile:   (216) 243-2539

 5 │ Michelle K. Fischer (admitted pro hac vice)
   │ Melissa J. Nandi (admitted pro hac vice)
 6 │ JONES, DAY, REAVIS & POGUE
   │ 901 Lakeside Avenue
 7 │ Cleveland, OH 44114-1190
   │ Telephone:   (216) 586-3939
 8 │ Facsimile:   (216) 579-0212

 9 │ John Majoras (admitted pro hac vice)
   │ JONES, DAY, REAVIS & POGUE
10 │ 51 Louisiana Avenue, N.W.
   │ Washington, D.C. 20001-2113
11 │ Telephone:   (202) 879-3939
   │ Facsimile:   (202) 626-1700
12 │
   │ Attorneys for Defendant
13 │ RHÔNE-POULENC SA (n/k/a AVENTIS SA),
   │ RHÔNE-POULENC ANIMAL NUTRITION SA
14 │ (n/k/a AVENTIS ANIMAL NUTRITION SA)
```

RECEIVED ORIGINAL
02 JUL 29 AM 9:36
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 29 2002
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-SERVED
08/02/02 02:10 PM ET
Methionine Lit.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re Methionine Antitrust Litigation | Case No. C-99-3491 CRB (JCS) |
|---|---|
| This Document Relates to All Actions | MDL No. 1311 |
| | [PROPOSED] ORDER AFFIRMING JUDGE LEGGE'S ORDER DENYING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS SUBMITTED TO GOVERNMENTAL AUTHORITIES |
| | Before the Hon. Charles R. Breyer |

LAI-2001904v1

1

[PROPOSED] ORDER

E-SERVED
08/02/02 02:10 PM ET
Methionine Ltd.

1      Based upon the Court's consideration of Defendants' Opposition to Plaintiffs' Rule

2  Objection, the memoranda and other papers submitted by the parties, upon review and

3  consideration of all other papers before the Court, and the entire record, Judge Legge's Order of

4  June 17, 2002 is hereby AFFIRMED and Plaintiffs' Rule 53 Objection to that Order is hereby

5  DENIED.

6  Dated: July 29, 2002

                                                            The Honorable Charles R. Breyer
                                                             United States District Court Judge