# EXHIBIT C

| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 12/19/11 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:30 p.m. |
| | | END TIME: | 4:00 p.m. |
| DOCKET NO. | MD 06-1775 | JUDGE: | JG |

CASE NAME:   In re Air Cargo Shipping Services Antitrust Litigation

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Discovery Hearing

APPEARANCES:   Plaintiffs   See annexed list
Defendants   See annexed list
Court Reporter   Alan Sherman

SCHEDULING AND RULINGS:

1. Argument heard and rulings made on the record concerning the following motions:

    a. The motion to compel production of an unredacted copy of the EC final decision concerning certain defendants [1486] is denied on grounds of comity for reasons stated on the record both at today's hearing and at the prior hearing on September 27, 2011;
    b. The plaintiff's motion for a protective order [1487] is withdrawn without prejudice to renewal;
    c. The motion seeking a determination that the attorney-client privilege does not apply to two documents identified on the privilege log of defendant Singapore Airlines [1550] is denied for reasons stated on the record;

2. The defendant Korean Air Lines Co., Ltd. shall advise the plaintiffs by letter by January 9, 2012 whether they received any communication from the former employee Moon Ho Song in response to their request that he appear in the United States for his deposition, and whether the communication was oral or in writing. If in writing, the defendant shall produce a copy of the communication or assert any privilege that may apply.

3. The defendants' motion to compel testimony from class representatives shall be made by letter by January 4, 2012; opposition is to be filed by January 18, 2012; argument will be heard on January 26, 2012 at 11:00 a.m.

4. The next conference will be held on **March 6, 2012 at 2:30 p.m.**

# AIR CARGO ANTITRUST LITIGATION: APPEARANCE LIST*

Plaintiffs:	Robert Kaplan, Esq.
Greg Arenson, Esq.
Gary L. Specks, Esq.
Austin Cohen, Esq.
Howard Sedran, Esq.
Gregory Asciolla, Esq.
Brent W. Landau, Esq.
Hilary Scherrer, Esq.


Defendants:	Ashley Antler, Esq. (Air Canada)
NO APPEARANCE NOTED (Air China/Air China Cargo)
NO APPEARANCE NOTED (Air France)
E. Christopher Murray, Esq. (Air India)
NO APPEARANCE NOTED (Air New Zealand)
NO APPEARANCE NOTED (All Nippon Airways)
Angela Wilks, Ben Bradshaw, Esqs. (Asiana)
NO APPEARANCE NOTED (British Air)
NO APPEARANCE NOTED (Cargolux)
David H. Bamberger, Deana L. Cairo, Esqs. (Cathay Pacific Airways, Ltd.)
James Dick, Esq. (China Airlines and Lan Cargo)
NO APPEARANCE NOTED (El Al)
NO APPEARANCE NOTED (Emirates)
Kate Wheaton, Esq. (EVA Airways)
Kevin Logue, Esq. (Korean Air)
NO APPEARANCE NOTED (Malaysia Air)
NO APPEARANCE NOTED (Martinair)
NO APPEARANCE NOTED (Nippon Cargo)
NO APPEARANCE NOTED (Polar/Atlas)
NO APPEARANCE NOTED (Qantas)
NO APPEARANCE NOTED (Saudi Arabian Airlines)
NO APPEARANCE NOTED (Scandinavian)
William Sherman, Esq. (Singapore Air Cargo)
NO APPEARANCE NOTED (South African Airways)
NO APPEARANCE (Thai Air)
NO APPEARANCE NOTED (Sanfilippo)
NO APPEARANCE NOTED (Foucault)
NO APPEARANCE (Graber)
NO APPEARANCE (Moreau)
NO APPEARANCE (Packer)
NO APPEARANCE (McCaffery)

*Not all attorneys in attendance signed in; attendance by attorneys not representing parties arguing the motion were excused.