# BOIES, SCHILLER & FLEXNER LLP

30 SOUTH PEARL STREET * 11th FLOOR * ALBANY, NY 12207 * 518-434-0600 * FAX 518-434-0665

March 17, 2014

**VIA ECF AND HAND DELIVERY**

The Honorable Samuel P. Conti
United States District Court
Northern District of California
Courtroom No. 1, 17th Fl.
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *In re Cathode Ray Tube ("CRT") Antitrust Litigation*
     Case No. 07-5944 SC; MDL No. 1917

Dear Judge Conti:

  The Direct Action Plaintiffs ("DAPs") write to respond to the letter submitted by Defendants on March 12, 2014 regarding the DAPs' Motion to Compel production of the European Commission's (the "EC") decision concerning its investigation into the price-fixing of CRTs. *See* Letter from John Talladay to Special Master Vaughn R. Walker, Mar. 12, 2014 [Dkt. 2452] (attached hereto as Exhibit A). This motion was fully briefed before Judge Walker, and Judge Walker subsequently recommended that the referral of this motion be withdrawn. The Court adopted that recommendation [Dkt. 2432], and the motion stands submitted to the Court for resolution.

  Defendants' letter addresses the applicability of the Delaware Chancery Court's decision in *Vichi v. Koninklijke Philips Electronics, N.V., et al.*, which had been brought to this Court's attention in the DAPs' Statement of Recent Decision submitted to Special Master Walker on March 4, 2014 [Dkt. 2448].

  The DAPs note that concerns about confidentiality which existed in the *Vichi* case, where only Philips and LPD were parties, do not exist here—*each and every* defendant found liable by the EC is a party in this MDL litigation and subject to the Stipulated Protective Order [Dkt. 306]. As such, no redaction of the opinion by the EC would be necessary. In addition, and in light of concerns about confidentiality raised in Defendants' letter and their opposition to the motion to compel, the DAPs will agree not to challenge any designation of the EC decision as highly confidential pursuant to the protective order.

            Sincerely,

            */s/ Philip J. Iovieno*

            Philip J. Iovieno

            *Liaison Counsel for Direct Action Plaintiffs*