PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
TELEPHONE (202) 223-7300

WASHINGTON, DC 20006-1047

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

CRAIG BENSON
PARTNER

TELEPHONE (202) 223-7343
FACSIMILE (202) 204-7343

E-MAIL: cbenson@paulweiss.com

March 19, 2014

**VIA ECF AND HAND DELIVERY**

The Honorable Samuel P. Conti
United States District Court
Northern District of California
Courtroom No. 1, 17th Fl.
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *In re Cathode Ray Tube ("CRT") Antitrust Litigation*
            Case No. 07-5944 SC; MDL No. 1917

Dear Judge Conti:

       Sharp respectfully notifies the Court that there appear to be two clerical errors in the Court's order on the Mitsubishi defendants' motion to dismiss various Direct Action Purchaser Plaintiffs' complaints. ECF No. 2439. Sharp's First Amended Complaint does not name any Mitsubishi entity as a defendant. Sharp submits that the portion of the order caption reading "SHARP'S FIRST AMENDED COMPLAINT" should be deleted. Sharp further submits that the phrase "Sharp argues that its" on page nine, line four should be replaced with "The DAPs argue that their."

                                   Respectfully submitted,

                                   /s/ *Craig A. Benson*

                                   Craig A. Benson
                                   *Counsel for the Sharp Plaintiffs*