UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. XX 1917 |
| | CERTIFICATION OF CLASS MEMBER DONALD SILVESTRI |
| | Honorable Samuel Conti |
| This document relates to: ALL INDIRECT PURCHASER ACTIONS | |

**CERTIFICATION OF DONALD SILVESTRI**

I, Donald Silvestri, reside at 9977 N. Springs Way, Coral Springs, Florida 33076.

I am a direct purchaser of a both a Toshiba CRT Television with model no. 20AF44 and serial number 9221B2224 C and a Samsung CRT Television model no. TXR2435X/XXA and serial number 391X3CCL502223L. These televisions were purchased approximately 8 years ago.

These CRTs were purchased for my own consumption.

I have retained David Lake, Esquire to represent me in objecting to the Settlement.

I intend to have Mr. Lake argue for me in Court at the Final Approval Hearing that the Settlement is unfair in that the legal fees should be limited and expenses monitored by the Court.

_____
Donald Silvestri

Date: 3-17-14







