1 **PROOF OF SERVICE**

2  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 16130 Ventura Boulevard, Suite 650, Encino, CA 91436.
3 On March 19, 2014, I served the within document(s) described as: **CLASS MEMBER DONALD SILVESTRI'S OBJECTION TO FEE REQUEST AND EXPENSE REQUEST** on the interested parties in this action as stated
4 on the attached mailing list:

5 [x]  (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list.  I am readily familiar with my office's practice for collection and
6  processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of
7  business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing
8  contained in affidavit.

9
10 [ ]   (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express
11  service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing
 list, with fees for overnight delivery paid or provided for.
12

13 [ ]   (BY PERSONAL DELIVERY) By providing a true and correct copy of the foregoing document(s) in a sealed envelope to each of the addressees listed above.
14

15  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

16  Executed on March 19, 2014, at Encino, California.

17

18  David N. Lake        /s/
  (Type or print name)      (Signature)

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

Clerk's Office
United States District Court
 for the Northern District of California
16th Floor
450 Golden Gate Ave.
San Francisco, CA 94102


Mario N. Alioto, Esq.
Trump, Alioto, Trump & Prescott
2280 Union Street
San Francisco, CA 94123


Hojoon Hwang, Esq.
Munger Tolles & Olson
560 Mission Street
27th Floor
San Francisco, CA 94105