Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-CV-00157-SC (N.D. Cal.)<br><br>TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD; *et al.*<br><br>Defendants. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT** |

I, Dana E. Foster, hereby declare as follows:

1.  I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Thomson SA's Administrative Motion to File Under Seal Portions of its Reply in Support of its Motion to Strike with Prejudice Tech Data's First Amended Complaint. (Dkt. No. 2447) (the "Motion to Seal").

2.  Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.  On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4.  The Toshiba Defendants have produced in this action certain documents and information designated as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order.

5.  On March 13, 2014, Thomson SA filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), its Reply in Support of its Motion to Strike with Prejudice Tech Data's First Amended Complaint (the "Reply") (Dkt. No. 2447-3).

6.  On March 13, 2014, Thomson SA filed the Declaration of Jeffrey S. Roberts in Support of the Motion to Seal (Dkt. No. 2447-2), which states that the redacted portions of the Reply refer to and discuss previously sealed exhibits to Tech Data's Opposition to Thomson Consumer's and Thomson SA's Motions to Strike with Prejudice Tech Data's First Amended Complaint. These exhibits were previously filed under seal because they contain excerpts from, statements derived from, and/or consist of documents that Defendants have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following redacted portions of the Reply should be maintained under seal:

    a. The redacted portion of page 6 of the Reply which quotes from a document produced by TAEC in this litigation and designated "Highly Confidential" under the Stipulated Protective Order; and

    b. The redacted portion of footnote 3 of the Reply which cites to four documents produced by TAEC in this litigation and designated "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

8. The documents referenced in Paragraph 7, and quoted from and/or cited to, in the Reply consist of, quote from, and/or contain confidential, non-public, proprietary and highly sensitive business information. The redacted portions of the Reply contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2014, in Washington, D.C.

_____
Dana E. Foster

**CERTIFICATE OF SERVICE**

On March 20, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION TO STRIKE WITH PREJUDICE TECH DATA'S FIRST AMENDED COMPLAINT" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005