(*Stipulating Parties Listed on Signature Pages*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**

This Document Relates to:

ALL INDIRECT PURCHASER ACTIONS;

*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;

*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276;

*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

*Tech Data Corp. v. Hitachi, Ltd*, No. 13-cv-00157;

*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;

*Dell Inc. v. Hitachi Ltd.*, No. 13-cv-02171;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776;

*State of California v. Samsung SDI Co., LTD.*, No. CGC-11-515784.

**Case No. 07-5944 SC**

**MDL No. 1917**

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING SCHEDULING**

WHEREAS, the Indirect Purchaser Plaintiffs ("IPPs"), the Direct Action Plaintiffs ("DAPs"), the California Attorney General,[1] and the undersigned Defendants[2] agree that a modest modification of the case schedule will ultimately aid in the efficient resolution of the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs, counsel for the DAPs, and counsel for the undersigned Defendants in the above-captioned actions as follows:

**SCHEDULE**

| | |
|---|---|
| April 15, 2014 | Last day for IPPs, DAPs and the California Attorney General to serve opening expert reports on the merits; last day for Defendants to serve opening expert reports on affirmative defenses; |
| July 3, 2014 | For any depositions noticed, but not yet taken, by April 15, 2014, the Parties may supplement their opening reports to the extent that the supplements are limited to evidence that is elicited during such depositions; |
| August 5, 2014 | Last day for Defendants to serve opposition expert reports on the merits; last day for IPPs, DAPs and California Attorney General to serve opposition expert reports on affirmative defenses; |
| September 5, 2014 | Close of fact discovery; |
| September 23, 2014 | Last day for IPPs, DAPs and California Attorney General to serve rebuttal expert reports on the merits; last day for Defendants to serve rebuttal expert reports on affirmative defenses; |

[1] The California Attorney General joins in this stipulation, but only insofar as it concerns the close of fact and expert discovery on Defendants and the date of expert reports.

[2] The following Defendants do not join in this stipulation: Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corporation, Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric and Electronics, USA, Inc.). The Court ruled only last week on the motions to dismiss filed by the Thomson and Mitsubishi defendants. Having not been parties to the previous scheduling orders in these matters, they obviously need to work with their clients, plaintiffs and the Court to determine the schedule going forward and therefore do not join in this stipulation at this time.

| | |
|---|---|
| October 31, 2014 | Last day for Defendants to serve sur-rebuttal expert reports on the merits; last day for IPPs, DAPs and California Attorney General to serve sur-rebuttal expert reports on affirmative defenses; |
| November 7, 2014 | Last day to file dispositive motions; |
| December 5, 2014 | Last day to file pre-trial Daubert motions (parties may decide to reserve these motions for trial if they desire to do so); |
| December 5, 2014* | Plaintiffs' exchange of trial exhibits, deposition excerpts, and witness lists (with objections, including objections to translations); |
| December 23, 2014 | Last day to file oppositions to dispositive motions; |
| January 9, 2015* | First simultaneous exchange of jury instructions and special verdict forms; |
| January 16, 2015 | Last day to file oppositions to pre-trial Daubert motions; |
| January 23, 2015 | Last day to file replies in support of dispositive motions; |
| January 23, 2015* | Last day for filing motions in limine and other non-dispositive pre-trial motions; |
| January 26, 2015* | Second simultaneous exchange of jury instructions and special verdict forms; |
| January 29, 2015* | Defendants' exchange of trial exhibits, deposition excerpts, and witness lists (with objections, including objections to translations); |
| January 30, 2015* | Last day to meet and confer re pre-trial order; |
| February 6, 2015* | Last day for parties to exchange proposed exhibits and witness lists; file pretrial order, agreed set of jury instructions, and verdict forms |
| February 9, 2015 | Last day to file replies in support of pre-trial Daubert motions; |
| February 13, 2015* | Last day for filing oppositions to motions in limine and other non-dispositive pre-trial motions; |
| February 20, 2015* | Last day for filing replies in support of motions in limine and other |

| | |
|---|---|
| | non-dispositive pre-trial motions; |
| February 27, 2015* | Hearing on motions in limine and other non-dispositive pre-trial motions, and final pre-trial conference; |
| March 9, 2015* | Trial(s). |

*All deadlines marked with an asterisk do not apply to those actions that were filed outside of the N.D. Cal. and, following the Court's rulings on dispositive motions and Daubert motions, those actions will be returned to the courts in which they were originally filed.

All parties reserve the right to seek modification of the schedule based on the number of expert reports and the number of motions which will be filed, both of which are presently unknown.

* * *

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 21, 2014

Hon. Samuel Conti
United States District Judge

DATED: March 19, 2014

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN
Email: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Richard Snyder

TERRY CALVANI (SBN 53260)
Email: terry.calvani@freshfields.com
CHRISTINE LACIAK(*pro hac vice*)
Email: christine.laciak@freshfields.com
RICHARD SNYDER (*pro hac vice*)
Email: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

KIRKLAND & ELLIS LLP

By: /s/ Eliot A. Adelson

ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

JOHN M. TALADAY (*pro hac vice*)

Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass

RACHEL S. BRASS (SBN 219301)
Email: rbrass@gibsondunn.com
JOEL S. SANDERS (SBN 107234)
Email: jsanders@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: /s/ Mario N. Alioto

MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno
PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com
JENNIFER MILICI
Email: jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
Email: ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*
KAMALA D. HARRIS
Attorney General of California

*/s/ Emilio Varanini*
EMILIO VARANINI
Deputy Attorney General
*Attorneys for the State of California et al.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.