MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| | [Fed. R. Civ. P. 4(f)(3)] |
| | The Honorable Samuel Conti |
| This document relates to: | |
| ALL INDIRECT PURCHASER ACTIONS | |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
MDL NO. 1917
CASE NO. 3:07-cv-05944 SC

I, Lauren C. Capurro, declare as follows:

I am over 18 years of age and not a party to this action. On February 18, 2014, pursuant to Federal Rule of Civil Procedure 4(f)(3), I served the following documents by certified mail, return receipt requested, on Erik Koons, Esq., Baker Botts LLP, The Warner, 1299 Pennsylvania Ave., NW, Washington, D.C. 20004-2400, on behalf of defendants Philips Electronics Industries (Taiwan), Ltd. and Philips da Amazonia Industria Electronica Ltda.:

- Summons;
- Operative Complaint (FCAC);
- A copy of the Order Setting Initial Case Management Conference and ADR deadlines issued pursuant to Civil L.R. 16-2(a);
- Judge Conti's Standing Order;
- The Northern District of California's ADR Handbook;
- A Case Management Statement Form, pursuant to Civil L.R. 16-10; and
- A copy of the form allowing a party to consent to assignment of the case to a Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2014.

By: */s/ Lauren C. Capurro*
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone:(415) 563-7200
Facsimile: (415) 346-0679
laurenrussell@tatp.com

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
MDL NO. 1917
CASE NO. 3:07-cv-05944 SC