Scott E. Poynter *(pro hac vice)*
Email: scott@emersonpoynter.com
William T. Crowder
Email: wcrowder@emersonpoynter.com
Corey D. McGaha
Email: cmcgaha@emersonpoynter.com
EMERSON POYNTER LLP
The Rozelle-Murphy House
1301 Scott Street
Little Rock, Arkansas 72202
Telephone: (501) 907-2555
Facsimile: (501) 907-2556

John G. Emerson *(pro hac vice)*
Email: jemerson@emersonpoynter.com
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

*Attorney for Plaintiff Paula Call*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No.: 3:07-CV-5944 ) ) ) MDL NO. 1917 ) |
| This document relates to:<br><br>ALL ACTIONS | ) **NOTICE OF WITHDRAWAL** ) **AS COUNSEL OF RECORD** ) ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Christopher D. Jennings is no longer associated with Emerson Poynter LLP and should be removed as counsel of record for Plaintiffs in this case. John G. Emerson, Scott E. Poynter, William T. Crowder and Corey D. McGaha of Emerson Poynter LLP continue to represent Plaintiff(s) and request that all future correspondence and papers in this action continue to be directed to them.

Dated: March 26, 2014                               **EMERSON POYNTER LLP**

                                                          /s/ Scott E. Poynter
Scott E. Poynter
William T. Crowder
Corey D. McGaha
The Rozelle-Murphy House
1301 Scott Street
Little Rock, Arkansas 72202
Telephone: (501) 907-2555
Facsimile: (501) 907-2556

John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston, Texas 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

Attorneys for Plaintiff Paula Call

Scott E. Poynter *(pro hac vice)*
Email: scott@emersonpoynter.com
William T. Crowder
Email: wcrowder@emersonpoynter.com
Corey D. McGaha
Email: cmcgaha@emersonpoynter.com
EMERSON POYNTER LLP
The Rozelle-Murphy House
1301 Scott Street
Little Rock, Arkansas 72202
Telephone: (501) 907-2555
Facsimile: (501) 907-2556

John G. Emerson *(pro hac vice)*
Email: jemerson@emersonpoynter.com
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

*Attorney for Plaintiff Paula Call*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION ) ) _____ ) ) This document relates to: ) ) ALL ACTIONS ) _____ ) | Master File No.: 3:07-CV-5944  MDL NO. 1917  **CERTIFICATE OF SERVICE** |

NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD                Case No. 3:07-cv-5944

I, Scott E. Poynter, declare that I am over the age of eighteen (18) and not a party to the within action.  I am a partner in the law firm of Emerson Poynter LLP, The Rozelle-Murphy House, 1301 Scott Street, Little Rock, Arkansas 72202.

On March 26, 2014, I caused a copy of the **NOTICE OF WITHDRAWAL** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also served a copy upon all counsel not registered via the ECF system by depositing the same in the U.S. mail, postage paid, on this date to all parties listed on the attached service list.

Dated:   March 26, 2014                        /s/  Scott E. Poynter
                                                        Scott E. Poynter