BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile:  (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich  (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Philips Electronics
North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No. 13-cv-02776 |
| | Master File No. 07-5944 SC |
| This Document Relates To Individual Case No. 13-cv-02776 | MDL No. 1917 |
| SHARP ELECTRONICS CORPORATION; and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., | **ANSWER OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S COMPLAINT** |
| Plaintiffs, vs. | |
| KONINKLIJKE PHILIPS ELECTRONICS N.V., a/k/a ROYAL PHILIPS ELECTRONICS; PHILIPS ELECTRONICS INDUSTRIES (TAIWAN) LTD.; PHILIPS ELECTRONICS | |

MDL 1917

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S COMPLAINT

NORTH AMERICA CORPORATION; PHILIPS
CONSUMER ELECTRONICS CO.; PHILIPS
DA AMAZONIA INDUSTRIA ELECTRONICA
LTDA.; and ORION ENGINEERING &
SERVICE, INC.,

Defendants.

Defendant Philips Electronics North America Corporation ("PENAC"), by and through

its undersigned counsel of record, answers Sharp Electronics Corporation's and Sharp Electronics

Manufacturing Company of America, Inc.'s ("Plaintiffs") Complaint (the "Complaint") and

alleges additional or affirmative defenses as follows. PENAC denies each and every allegation in

the Complaint's section headings asserted herein and in all portions of the Complaint not

contained in numbered paragraphs. To the extent that the Complaint's allegations concern

persons and/or entities other than PENAC, PENAC denies that such allegations support any claim

for relief against PENAC. PENAC denies any allegations not explicitly admitted herein.

## I.     INTRODUCTION[1]

1.      To the extent that the allegations in Paragraph 1 state legal contentions, no

response is required. To the extent that the allegations in Paragraph 1 are definitional, no

response is required. To the extent that the allegations in Paragraph 1 relate to other defendants,

PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that

basis, denies them. To the extent that the allegations in Paragraph 1 relate to PENAC, PENAC

denies all of the allegations.

2.      To the extent that the allegations in Paragraph 2 state legal contentions, no

response is required. To the extent that the allegations in Paragraph 2 are definitional, no

response is required. To the extent that the allegations in Paragraph 2 relate to other defendants,

PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that

basis, denies them. To the extent that the allegations in Paragraph 2 relate to PENAC, PENAC

denies all of the allegations.

[1]For ease of reference, the headings in this Answer correspond to the headings in the Complaint.

1                                                         MDL 1917

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

3.    To the extent that the allegations in Paragraph 3 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 3 are definitional, no response is required.  PENAC avers that the use of the terms **"CPTs," "CDTs," "CPT Products," "CDT Products," and "CRT Products,"** which improperly conflate numerous distinct and non-substitutable products (of, among other things, various sizes, qualities, uses, technologies, and products at different points in the production chain) together, renders the allegations of the Complaint indefinite and uncertain.  To the extent that the allegations in Paragraph 3 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 3 relate to PENAC, PENAC denies all of the allegations.

4.    To the extent that the allegations in Paragraph 4 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 4 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.  To the extent that the allegations in Paragraph 4 relate to PENAC, PENAC denies all of the allegations.

5.    To the extent that the allegations in Paragraph 5 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 5 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.  To the extent that the allegations in Paragraph 5 relate to PENAC, PENAC denies all of the allegations.

6.    To the extent that the allegations in Paragraph 6 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 6 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denies them.  To the extent that the allegations in Paragraph 6 relate to PENAC, PENAC denies all of the allegations.

7.    To the extent that the allegations in Paragraph 7 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 7 relate to other defendants,

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

1  PENAC lacks knowledge or information sufficient to form a belief as to the truth of the

2  allegations, and, on that basis, denies them.  To the extent that the allegations in Paragraph 7

3  relate to PENAC, PENAC denies all of the allegations.

4        8.     To the extent that the allegations in Paragraph 8 state legal contentions, no

5  response is required.  PENAC lacks knowledge or information sufficient to form a belief as to the

6  truth of any remaining allegations in Paragraph 8 and, on that basis, denies them. To the extent

7  the allegations in Paragraph 8 relate to PENAC, PENAC denies all of the allegations.

8        9.     PENAC admits that government authorities in the United States and other

9  countries have commenced investigations of the CRT industry, the details of which are matters of

10  public record and such records speak for themselves.  PENAC admits that an indictment was

11  issued against C.Y. Lin, the details of which are matters of public record and such records speak

12  for themselves.  PENAC admits that other individuals have been indicted by the DOJ, the details

13  of which are matters of public record and such records speak for themselves.

14       10.     To the extent that the allegations in Paragraph 10 refer to public filings and

15  statements by government authorities, those filings and statements speak for themselves and no

16  response is required.  To the extent that the allegations in Paragraph 10 are derived from or

17  purport to quote a press release, that press release speaks for itself and no response is required.

18  PENAC denies any remaining allegations in Paragraph 10.

19       11.     To the extent that the allegations in Paragraph 11 state legal contentions, no

20  response is required.  To the extent that the allegations in Paragraph 11 relate to Plaintiffs,

21  PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that

22  basis, denies them.  To the extent that the allegations in Paragraph 11 relate to other defendants,

23  PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that

24  basis, denies them.  To the extent the allegations in Paragraph 11 relate to PENAC, PENAC

25  denies all of the allegations.  PENAC denies that Plaintiffs are entitled to any relief under any

26  theory by means of the allegations set forth in the Complaint and alleged in Paragraph 11.

27      **II.**     **ALLEGATIONS CONCERNING JURISDICTION AND VENUE**

28

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

12.     To the extent that the allegations in Paragraph 12 constitute legal contentions, no response is required. To the extent that the allegations in Paragraph 12 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  PENAC admits that Plaintiffs purport to bring this action to obtain injunctive relief under Section 16 of the Clayton Act, and to recover damages for alleged violations of Section 1 of the Sherman Act (15 U.S.C. § 1), but denies that Plaintiffs are entitled to any relief under those statutes.  To the extent that a response is required and the allegations in Paragraph 12 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 12 relate to PENAC, PENAC denies them.

13.     To the extent that the allegations in Paragraph 13 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 13 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required.  PENAC admits that Plaintiffs purport to bring this action pursuant to California state laws, but denies that Plaintiffs are entitled to any relief under those laws.  To the extent that a response is required and the allegations in Paragraph 13 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 13 relate to PENAC, PENAC denies them.

14.     To the extent that the allegations in Paragraph 14 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 14 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required.  PENAC admits that Plaintiffs purport to bring this action pursuant to New York state laws, but denies that Plaintiffs are entitled to any relief under those laws.  To the extent that a response is required and the allegations in Paragraph 14 relate to other defendants, PENAC

lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 14 relate to PENAC, PENAC denies them.

15.     The allegations in Paragraph 15 relate to some of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), and, therefore, no response is required.

16.     The allegations in Paragraph 16 relate to some of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), and, therefore, no response is required.

17.     The allegations in Paragraph 17 regarding jurisdiction constitute legal contentions to which no response is required.  To the extent the allegations in Paragraph 17 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required.  To the extent that the allegations in Paragraph 17 require a response, PENAC denies that this district has subject matter jurisdiction based on the conduct of PENAC as alleged in the Complaint.

18.     The allegations in Paragraph 18 regarding jurisdiction constitute legal contentions to which no response is required.  To the extent that a response is required and the allegations in Paragraph 18 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 18 relate to PENAC, PENAC denies that this district has subject matter jurisdiction based on the conduct of PENAC as alleged in the Complaint.

19.     The allegations in Paragraph 19 regarding jurisdiction constitute legal contentions to which no response is required.  To the extent the allegations in Paragraph 19 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required.  To the extent that a response is required and the allegations in Paragraph 19 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is

required and the allegations in Paragraph 19 relate to PENAC, PENAC denies that this district has subject matter jurisdiction based on the conduct of PENAC as alleged in the Complaint.

20.     The allegations in Paragraph 20 regarding venue constitute legal contentions to which no response is required.  To the extent that a response is required and the allegations in Paragraph 20 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 20 relate to PENAC, PENAC denies these allegations and denies that venue lies with this district based on the conduct of PENAC as alleged in the Complaint.

## III.     ALLEGATIONS CONCERNING MULTIDISTRICT AND INTRADISTRICT ASSIGNMENT

21.     The allegations in Paragraph 21 constitute legal contentions to which no response is required.  To the extent that a response is required and the allegations in Paragraph 21 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 21 relate to PENAC, PENAC denies these allegations.

## IV.     ALLEGATIONS CONCERNING THE PARTIES

22.     To the extent that the allegations in Paragraph 22 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and, on that basis, denies them.

23.     To the extent that the allegations in Paragraph 23 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and, on that basis, denies them.

24.     To the extent that the allegations in Paragraph 24 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 24 relate to Plaintiffs,

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, on that basis, denies them.

25.     To the extent that the allegations in Paragraph 25 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 25 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and, on that basis, denies them.

26.     The allegations in Paragraph 26 are an explanation of terminology, for which no response is required.

27.     To the extent that the allegations in Paragraph 27 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 27 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 27 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 27 relate to PENAC, PENAC denies all of the allegations.

28.     To the extent that the allegations in Paragraph 28 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 28 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 28 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 28 relate to PENAC, PENAC denies all of the allegations.

29.     To the extent that the allegations in Paragraph 29 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 29 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that

basis, denies them.  To the extent that the allegations in Paragraph 29 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 29 relate to PENAC, PENAC denies all of the allegations.

30.     To the extent that the allegations in Paragraph 30 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 30 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 30 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 30 relate to PENAC, PENAC denies all of the allegations.

31.     To the extent that the allegations in Paragraph 31 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 31 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and, on that basis, denies them.

32.     To the extent that the allegations in Paragraph 32 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 40 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and, on that basis, denies them.  PENAC admits that Koninklijke Philips N.V. ("KPNV") is a Dutch entity with its principal place of business at Brenner Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands, but avers that KPNV legally changed its corporate name to Koninklijke Philips N.V. PENAC admits that Philips & Co. was founded in 1891 but denies the remaining allegations found in the second and third sentences of Paragraph 32.  PENAC admits that in 2001, LG.Philips Displays was formed when LG Electronics, Inc. transferred its entire CRT business and KPNV transferred its entire CRT business into the 50/50 joint venture.   PENAC denies that it manufactured, marketed, sold and/or distributed CRT products on behalf of KPNV in the United

8                                                      MDL 1917

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

States.  PENAC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 32 and, on that basis, denies them.

33.     The allegations in Paragraph 33 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and, on that basis, denies them.

34.     PENAC admits that it is a Delaware corporation with its principal place of business at 1251 Avenue of the Americas, New York, New York, 10020.  PENAC admits that it is an indirect subsidiary of KPNV.  Owing to the vagueness of "CRT Products," PENAC denies the third sentence of Paragraph 34.  PENAC denies that KPNV dominated or controlled its finances, policies, and affairs.  KPNV denies any remaining allegations in Paragraph 34.

35.     The allegations in Paragraph 35 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and, on that basis, denies them.

36.     The allegations in Paragraph 36 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and, on that basis, denies them.

37.     The allegations in Paragraph 37 are an explanation of terminology, for which no response is required.  PENAC avers, however, that Paragraph 37 renders the Complaint indefinite and uncertain as to PENAC.

38.     The allegations in Paragraph 38 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and, on that basis, denies them.

39.     The allegations in Paragraph 39 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and, on that basis, denies them.

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

40. The allegations in Paragraph 40 are not directed at PENAC and, therefore, no response is required. PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and, on that basis, denies them.

41. The allegations in Paragraph 41 are an explanation of terminology, for which no response is required.

## V. ALLEGATIONS CONCERNING OTHER AGENTS AND CO-CONSPIRATORS

42. The allegations of Paragraph 42 state legal contentions to which no response is required. To the extent a response is required and the allegations in Paragraph 42 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. To the extent a response is required and the allegations in Paragraph 42 relate to PENAC, PENAC denies all of the allegations.

43. The allegations in Paragraph 43 are ambiguous and/or unintelligible. To the extent that the allegations in Paragraph 43 state legal contentions, no response is required. To the extent a response is required and the allegations in Paragraph 43 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. To the extent a response is required and the allegations in Paragraph 43 relate to PENAC, PENAC denies all of the allegations.

44. The allegations in Paragraph 44 are ambiguous and/or unintelligible. To the extent that the allegations in Paragraph 44 state legal contentions, no response is required. To the extent a response is required and the allegations in Paragraph 44 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. To the extent a response is required and the allegations in Paragraph 44 relate to PENAC, PENAC denies all of the allegations.

45. To the extent that the allegations in Paragraph 45 state legal contentions, no response is required. To the extent a response is required and the allegations in Paragraph 45 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as

1    to their truth and, on that basis, denies them.   To the extent a response is required and the

2    allegations in Paragraph 45 relate to PENAC, PENAC denies all of the allegations.

3          46.    The allegations in Paragraph 46 are not directed at PENAC and, therefore, no

4    response is required.   The allegations in Paragraph 46 also state legal contentions, for which no

5    response is required.   PENAC otherwise lacks knowledge or information sufficient to form a

6    belief as to the truth of the allegations in Paragraph 46 and, on that basis, denies them.   To the

7    extent a response is required and the allegations in Paragraph 46 relate to PENAC, PENAC

8    denies all of the allegations.

9          47.    The allegations in Paragraph 47 are not directed at PENAC and, therefore, no

10   response is required.   PENAC otherwise lacks knowledge or information sufficient to form a

11   belief as to the truth of the allegations in Paragraph 47 and, on that basis, denies them.

12         48.    The allegations in Paragraph 48 are not directed at PENAC and, therefore, no

13   response is required.   PENAC otherwise lacks knowledge or information sufficient to form a

14   belief as to the truth of the allegations in Paragraph 48 and, on that basis, denies them.

15         49.    The allegations in Paragraph 49 are not directed at PENAC and, therefore, no

16   response is required.   PENAC otherwise lacks knowledge or information sufficient to form a

17   belief as to the truth of the allegations in Paragraph 49 and, on that basis, denies them.

18         50.    The allegations in Paragraph 50 are not directed at PENAC and, therefore, no

19   response is required.   PENAC otherwise lacks knowledge or information sufficient to form a

20   belief as to the truth of the allegations in Paragraph 50 and, on that basis, denies them.

21         51.    The allegations in Paragraph 51 are not directed at PENAC and, therefore, no

22   response is required.   PENAC otherwise lacks knowledge or information sufficient to form a

23   belief as to the truth of the allegations in Paragraph 51 and, on that basis, denies them.

24         52.    The allegations in Paragraph 52 are not directed at PENAC and, therefore, no

25   response is required.   PENAC otherwise lacks knowledge or information sufficient to form a

26   belief as to the truth of the allegations in Paragraph 52 and, on that basis, denies them.

27

28

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

53.     The allegations in Paragraph 53 are an explanation of terminology, for which no response is required.

54.     To the extent that the allegations in Paragraph 54 state legal contentions, no response is required.  PENAC admits that in 2001, LG.Philips Displays was formed when LG Electronics, Inc. transferred its entire CRT business and KPNV transferred its entire CRT business into the 50/50 CRT joint venture.  The remaining allegations in Paragraph 54 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 54 and, on that basis, denies them.

55.     The allegations in Paragraph 55 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and, on that basis, denies them.

56.     The allegations in Paragraph 56 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and, on that basis, denies them.

57.     The allegations in Paragraph 57 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and, on that basis, denies them.

58.     The allegations in Paragraph 58 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and, on that basis, denies them.

59.     The allegations in Paragraph 59 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and, on that basis, denies them.

60.     The allegations in Paragraph 60 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and, on that basis, denies them.

61.     The allegations in Paragraph 61 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and, on that basis, denies them.

62.     The allegations in Paragraph 62 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and, on that basis, denies them.

63.     The allegations in Paragraph 63 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and, on that basis, denies them.

64.     The allegations in Paragraph 64 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and, on that basis, denies them.

65.     The allegations in Paragraph 65 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and, on that basis, denies them.

66.     The allegations in Paragraph 66 are an explanation of terminology, for which no response is required.

67.     The allegations in Paragraph 67 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 and, on that basis, denies them.

68.     The allegations in Paragraph 68 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 and, on that basis, denies them.

69.     The allegations in Paragraph 69 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 and, on that basis, denies them.

70.     The allegations in Paragraph 70 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and, on that basis, denies them.

71.     The allegations in Paragraph 71 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 and, on that basis, denies them.

72.     The allegations in Paragraph 72 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 and, on that basis, denies them.

73.     The allegations in Paragraph 73 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 and, on that basis, denies them.

74.     The allegations in Paragraph 74 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 and, on that basis, denies them.

75.     The allegations in Paragraph 75 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 and, on that basis, denies them.

76.     The allegations in Paragraph 76 are an explanation of terminology, for which no response is required.

77.     The allegations in Paragraph 77 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and, on that basis, denies them.

78.     The allegations in Paragraph 78 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 and, on that basis, denies them.

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

79.     The allegations in Paragraph 79 are not directed at PENAC and, therefore, no response is required.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and, on that basis, denies them.

80.     The allegations in Paragraph 80 are not directed at PENAC and, therefore, no response is required.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and, on that basis, denies them.

81.     The allegations in Paragraph 81 are not directed at PENAC and, therefore, no response is required.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and, on that basis, denies them.

82.     The allegations in Paragraph 82 are not directed at PENAC and, therefore, no response is required.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 and, on that basis, denies them.

83.     The allegations in Paragraph 83 are not directed at PENAC and, therefore, no response is required.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 and, on that basis, denies them.

84.     The allegations in Paragraph 84 are not directed at PENAC and, therefore, no response is required.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 and, on that basis, denies them.

85.     The allegations in Paragraph 85 are an explanation of terminology, for which no response is required.

86.     The allegations in Paragraph 86 are not directed at PENAC and, therefore, no response is required.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and, on that basis, denies them.

87.     The allegations in Paragraph 87 are not directed at PENAC and, therefore, no response is required.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 and, on that basis, denies them.

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

88.    The allegations in Paragraph 88 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 and, on that basis, denies them.

89.    The allegations in Paragraph 89 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 and, on that basis, denies them.

90.    The allegations in Paragraph 90 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 and, on that basis, denies them.

91.    The allegations in Paragraph 91 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 and, on that basis, denies them.

92.    The allegations in Paragraph 92 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 and, on that basis, denies them.

93.    The allegations in Paragraph 93 are an explanation of terminology, for which no response is required.

94.    The allegations in Paragraph 94 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 and, on that basis, denies them.

95.    The allegations in Paragraph 95 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 and, on that basis, denies them.

96.    The allegations in Paragraph 96 are an explanation of terminology, for which no response is required.

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

97.     The allegations in Paragraph 97 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 and, on that basis, denies them.

98.     The allegations in Paragraph 98 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and, on that basis, denies them.

99.     The allegations in Paragraph 99 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 and, on that basis, denies them.

100.     The allegations in Paragraph 100 are an explanation of terminology, for which no response is required.

101.     The allegations in Paragraph 101 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 and, on that basis, denies them.

102.     The allegations in Paragraph 102 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 and, on that basis, denies them.

103.     The allegations in Paragraph 103 are an explanation of terminology, for which no response is required.

104.     The allegations in Paragraph 104 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 and, on that basis, denies them.

105.     The allegations in Paragraph 105 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 and, on that basis, denies them.

106.     The allegations in Paragraph 106 state legal contentions, no response is required. Additionally, the allegations in Paragraph 106 are not directed at PENAC and, therefore, no

response is required.  To the extent that the allegations in Paragraph 106 relate to PENAC, PENAC denies them.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and, on that basis, denies them.

107.    The allegations in Paragraph 107 are an explanation of terminology, for which no response is required.

108.    The allegations in Paragraph 108 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 and, on that basis, denies them.

109.    The allegations in Paragraph 109 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 and, on that basis, denies them.

110.    The allegations in Paragraph 110 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and, on that basis, denies them.

111.    The allegations in Paragraph 111 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 and, on that basis, denies them.

112.    The allegations in Paragraph 112 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and, on that basis, denies them.

113.    The allegations in Paragraph 113 are an explanation of terminology, for which no response is required.

## VI.    ALLEGATIONS CONCERNING TRADE AND COMMERCE

114.    The allegations in Paragraph 114 regarding **"continuous and uninterrupted flow of interstate commerce and foreign commerce"** are legal contentions to which no response is required.  To the extent that the allegations in Paragraph 114 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

denies them.  To the extent that the remaining allegations in Paragraph 114 require a response, PENAC denies all of the allegations.

115.   The allegations in Paragraph 115 state legal contentions to which no response is required.  To the extent a response is required and the allegations relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 115, and, on that basis, denies them.  To the extent a response is required and the allegations in Paragraph 115 relate to PENAC, PENAC denies them.

116.   The allegations in Paragraph 116 state legal contentions to which no response is required.  To the extent a response is required and the allegations relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 116, and, on that basis, denies them.  To the extent a response is required and the allegations in Paragraph 116 relate to PENAC, PENAC denies them.

### VII.   ALLEGATIONS CONCERNING FACTUAL ALLEGATIONS

117.   PENAC admits that the allegations in Paragraph 117 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

118.   PENAC admits that the allegations in Paragraph 118 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

119.   PENAC admits that the allegations in Paragraph 119 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

120.   PENAC admits that the allegations in Paragraph 120 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

121.   PENAC admits that the allegations in Paragraph 121 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

122.   PENAC admits that the allegations in Paragraph 122 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

123.   To the extent that the allegations in Paragraph 123 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 123 relate to Plaintiffs,

PENAC lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.  To the extent that the allegations in Paragraph 123 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.  To the extent that the allegations in Paragraph 123 relate to PENAC, PENAC denies all of the allegations.  In particular, PENAC denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in the Complaint and alleged in Paragraph 123.

124.    The allegations in Paragraph 124 are legal contentions to which no response is required.  To the extent that a response is required, PENAC denies every allegation in Paragraph 124.

125.    The allegations in Paragraph 125 are legal contentions to which no response is required.  To the extent a response is required and the allegations in Paragraph 125 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent a response is required and the allegations in Paragraph 125 relate to PENAC, PENAC denies all allegations.

126.    To the extent that the allegations in Paragraph 126 state legal contentions, no response is required.  To the extent that the other allegations in Paragraph 126 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 126 relate to PENAC, PENAC denies all of the allegations.

127.    PENAC avers that the use of the term **"Philips"** renders the Complaint indefinite and uncertain as to PENAC.  The allegations in Paragraph 127 are legal contentions to which no response is required.  To the extent that a response is required, PENAC admits that in 2001, LG.Philips Displays was formed when LG Electronics, Inc. transferred its entire CRT business and KPNV transferred its entire CRT business into the 50/50 joint venture.  To the extent that the allegations in Paragraph 127 relate to other defendants, PENAC lacks knowledge or information

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

sufficient to form a belief as to their truth and, on that basis, denies them.  PENAC denies any remaining allegations in Paragraph 127.

128.    The allegations in Paragraph 128 are legal contentions to which no response is required.  To the extent that the allegations in Paragraph 128 require a response, PENAC denies all of the allegations.

129.    The allegations in Paragraph 129 are legal contentions to which no response is required.  To the extent a response is required and that the allegations in Paragraph 129 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 129 require a response, PENAC denies all of the allegations.

130.    The allegations in Paragraph 130 are legal contentions to which no response is required.  To the extent a response is required and the allegations in Paragraph 130 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent a response is required and the allegations in Paragraph 130 relate to PENAC, PENAC denies all of the allegations.

131.    The allegations in Paragraph 131 are legal contentions to which no response is required.  To the extent a response is required, PENAC denies all of the allegations in Paragraph 131.

132.    To the extent that the allegations contained in Paragraph 132 refer to public filings by government authorities, those filings speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and, on that basis, denies them.

133.    To the extent that the allegations contained in Paragraph 133 refer to public filings by government authorities, those filings speak for themselves and no response is required. To the extent that the allegations in Paragraph 133 purport to quote a press release, that press release speaks for itself and no response is required.  PENAC otherwise lacks knowledge or information

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

sufficient to form a belief as to the truth of the allegations in Paragraph 133 and, on that basis, denies them.

134.   To the extent that the allegations contained in Paragraph 134 refer to public statements by government authorities, those statements speak for themselves and no response is required. To the extent that the allegations in Paragraph 134 are derived from or purport to quote a press release or news article, that press release or article speaks for itself and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 and, on that basis, denies them.

135.   To the extent that the allegations contained in Paragraph 135 refer to public statements or filings by other defendants, those statements or filings speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 and, on that basis, denies them.

136.   To the extent that the allegations contained in Paragraph 136 refer to public statements by a Samsung spokesperson, those statements speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 and, on that basis, denies them.

137.   To the extent that the allegations contained in Paragraph 137 refer to public statements by Chunghwa, those statements speak for themselves and no response is required. PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137 and, on that basis, denies them.

138.   PENAC avers that the use of the term **"Philips"** renders the Complaint indefinite and uncertain as to PENAC.  To the extent that allegations in Paragraph 138 relate to a new article, that article speaks for itself and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 and, on that basis, denies them.

139.   To the extent the allegations contained in Paragraph 139 refer to a public statement by Toshiba, that statement speaks for itself and no response is required.  PENAC otherwise lacks

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139 and, on that basis, denies them.

140.    To the extent that the allegations contained in Paragraph 140 refer to public statements and filings by government authorities, those statements and filings speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 and, on that basis, denies them.

141.    To the extent that the allegations contained in Paragraph 141 refer to public statements by government authorities, those statements speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 and, on that basis, denies them.

142.    To the extent that the allegations contained in Paragraph 142 refer to public statements by government authorities, those statements speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and, on that basis, denies them.

143.    To the extent that the allegations contained in Paragraph 143 refer to public statements by government authorities, those statements speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and, on that basis, denies them.

144.    To the extent that the allegations contained in Paragraph 144 refer to public statements by government authorities, those statements speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 and, on that basis, denies them.

145.    To the extent that the allegations contained in Paragraph 145 refer to public statements by government authorities, those statements speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 and, on that basis, denies them.

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

146.    To the extent that the allegations contained in Paragraph 146 refer to public statements or filings by government authorities, those statements or filings speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 and, on that basis, denies them.

147.    PENAC avers that the use of the term **"Philips"** renders the Complaint indefinite and uncertain as to PENAC.  To the extent that the allegations contained in Paragraph 147 refer to public statements or filings by government authorities, those statements or filings speak for themselves and no response is required.  PENAC admits that the European Commission fined seven companies, the details of which are matters of public record and such records speak for themselves.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 and, on that basis, denies them.

148.    To the extent that the allegations in Paragraph 148 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 148 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 148 relate to PENAC, PENAC denies all of the allegations.

149.    The allegations in Paragraph 149 are not directed at PENAC and, therefore, no response is required.  To the extent a response is required, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 and, on that basis, denies them.

150.    To the extent that the allegations in Paragraph 150 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 150 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 150 relate to PENAC, PENAC denies all of the allegations.

151.    PENAC avers that the use of the term **"Philips"** renders the Complaint indefinite and uncertain as to PENAC.  To the extent that the allegations in Paragraph 151 state legal

contentions, no response is required. To the extent that the allegations in Paragraph 151 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. To the extent that the remaining allegations in Paragraph 151 concern PENAC, PENAC denies them.

152. To the extent that the allegations in Paragraph 152 state legal contentions, no response is required. To the extent that the allegations in Paragraph 152 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. To the extent that the remaining allegations in Paragraph 152 concern PENAC, PENAC denies them.

153. The allegations in Paragraph 153 are not directed at PENAC and, therefore, no response is required. PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 and, on that basis, denies them.

154. To the extent that the allegations in Paragraph 154 state legal contentions, no response is required. To the extent that the allegations in Paragraph 154 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. To the extent that the allegations in Paragraph 154 relate to PENAC, PENAC denies them.

155. To the extent that the allegations in Paragraph 155 state legal contentions, no response is required. To the extent that the allegations in Paragraph 155 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. To the extent the allegations in Paragraph 155 relate to PENAC, PENAC denies all of the allegations.

156. The allegations in Paragraph 156 state legal contentions to which no response is required. To the extent a response is required, PENAC denies each and every allegation of Paragraph 156.

157. To the extent that the allegations in Paragraph 157 state legal contentions, no response is required. To the extent that the allegations in Paragraph 157 relate to other

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 157 relate to PENAC, PENAC denies all of the allegations.

158.    To the extent that the allegations in Paragraph 158 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 158 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 158 relate to PENAC, PENAC denies all of the allegations.

159.     To the extent that the allegations in Paragraph 159 and its subparts state legal contentions, no response is required.  To the extent that the allegations in Paragraph 159 and its subparts relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 159 and its subparts relate to PENAC, PENAC denies all of the allegations.

160.    To the extent that the allegations in Paragraph 160 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 160 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 160 relate to PENAC, PENAC denies all of the allegations.

161.    PENAC avers that the use of the term **"Philips"** renders the Complaint indefinite and uncertain as to PENAC.  To the extent that the allegations in Paragraph 161 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 161 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 161 relate to PENAC, PENAC denies all of the allegations.

162.    To the extent that the allegations in Paragraph 162 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 162 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth

and, on that basis, denies them.  To the extent that the allegations in Paragraph 162 relate to PENAC, PENAC denies all of the allegations.

163.    To the extent that the allegations in Paragraph 163 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 163 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 163 relate to PENAC, PENAC denies all of the allegations.

164.    To the extent that the allegations in Paragraph 164 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 164 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 164 relate to PENAC, PENAC denies all of the allegations.

165.    To the extent that the allegations in Paragraph 165 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 165 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 165 relate to PENAC, PENAC denies all of the allegations.

166.    To the extent that the allegations in Paragraph 166 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 166 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 166 relate to PENAC, PENAC denies all of the allegations.

167.    To the extent that the allegations in Paragraph 167 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 167 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 167 relate to PENAC, PENAC denies all of the allegations.

168.    To the extent that the allegations in Paragraph 168 state legal contentions, no response is required.   To the extent that the allegations in Paragraph 168 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   To the extent that the allegations in Paragraph 168 relate to PENAC, PENAC denies all of the allegations.

169.    To the extent that the allegations in Paragraph 169 state legal contentions, no response is required.   To the extent that the allegations in Paragraph 169 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   To the extent that the allegations in Paragraph 169 relate to PENAC, PENAC denies all of the allegations.

170.    To the extent that the allegations in Paragraph 170 state legal contentions, no response is required.   To the extent that the allegations in Paragraph 170 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   To the extent that the allegations in Paragraph 170 relate to PENAC, PENAC denies all of the allegations.

171.    To the extent that the allegations in Paragraph 171 state legal contentions, no response is required.   To the extent that the allegations in Paragraph 171 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   To the extent that the allegations in Paragraph 171 relate to PENAC, PENAC denies all of the allegations.

172.    To the extent that the allegations in Paragraph 172 state legal contentions, no response is required.   To the extent that the allegations in Paragraph 172 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   To the extent that the allegations in Paragraph 172 relate to PENAC, PENAC denies all of the allegations.

173.    To the extent that the allegations in Paragraph 173 state legal contentions, no response is required.   To the extent that the allegations in Paragraph 173 relate to other

defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 173 relate to PENAC, PENAC denies all of the allegations.

174.    To the extent that the allegations in Paragraph 174 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 174 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 174 relate to PENAC, PENAC denies all of the allegations.

175.    To the extent that the allegations in Paragraph 175 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 175 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 175 relate to PENAC, PENAC denies all of the allegations.

176.    To the extent that the allegations in Paragraph 176 and its subparts state legal contentions, no response is required.  To the extent that the allegations in Paragraph 176 and its subparts relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 176 and its subparts relate to PENAC, PENAC denies all of the allegations.

177.    To the extent that the allegations in Paragraph 177 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 177 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 177 relate to PENAC, PENAC denies all of the allegations.

178.    To the extent that the allegations in Paragraph 178 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 178 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth

1   and, on that basis, denies them.  To the extent that the allegations in Paragraph 178 relate to

2   PENAC, PENAC denies all of the allegations.

3        179.    To the extent that the allegations in Paragraph 179 state legal contentions, no

4   response is required.   To the extent that the allegations in Paragraph 179 relate to other

5   defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth

6   and, on that basis, denies them.  To the extent that the allegations in Paragraph 179 relate to

7   PENAC, PENAC denies all of the allegations.

8        180.    To the extent that the allegations in Paragraph 180 state legal contentions, no

9   response is required.   With respect to the third sentence in Paragraph 180, PENAC lacks

10  knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that

11  basis, denies them.  To the extent that the remaining allegations in Paragraph 180 relate to other

12  defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth

13  and, on that basis, denies them.  To the extent that the remaining allegations in Paragraph 180

14  relate to PENAC, PENAC denies all of the allegations.

15       181.    To the extent that the allegations in Paragraph 181 state legal contentions, no

16  response is required.   To the extent that the allegations in Paragraph 181 relate to other

17  defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth

18  and, on that basis, denies them.  To the extent that the allegations in Paragraph 181 relate to

19  PENAC, PENAC denies all of the allegations.

20       182.    To the extent that the allegations in sentence one of Paragraph 182 are an

21  explanation of terminology, no response is required.   To the extent that the allegations in

22  Paragraph 182 state legal contentions, no response is required.   PENAC, however, avers that

23  Plaintiffs' reference to "a corporate family or companies by a single name in its allegations of

24  participation in the conspiracy" renders the Complaint indefinite and uncertain.  To the extent that

25  the remaining allegations in Paragraph 182 relate to other defendants, PENAC lacks knowledge

26  or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the

27

28

1    extent the remaining allegations in Paragraph 182 relate to PENAC, PENAC denies all of the

2    allegations.

3        183.    The allegations in Paragraph 183 state legal contentions to which no response is

4    required.    Additionally, the allegations in Paragraph 183 are not directed at PENAC and,

5    therefore, no response is required.  To the extent the allegations in Paragraph 183 relate to

6    PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or

7    information sufficient to form a belief as to the truth of the allegations in Paragraph 183 and, on

8    that basis, denies them.

9        184.    The allegations in Paragraph 184 state legal contentions to which no response is

10   required.    Additionally, the allegations in Paragraph 184 are not directed at PENAC and,

11   therefore, no response is required.  To the extent the allegations in Paragraph 184 relate to

12   PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or

13   information sufficient to form a belief as to the truth of the allegations in Paragraph 184 and, on

14   that basis, denies them.

15       185.    PENAC avers that the use of the term **"Philips"** renders the Complaint indefinite

16   and uncertain as to PENAC.    The allegations in Paragraph 185 state legal contentions, no

17   response is required.  Additionally, the allegations in Paragraph 185 are not directed at PENAC

18   and, therefore, no response is required.  To the extent that the allegations in Paragraph 185 relate

19   to PENAC, PENAC denies them.    PENAC otherwise lacks knowledge or information sufficient

20   to form a belief as to the truth of the allegations in Paragraph 185 and, on that basis, denies them.

21       186.    The allegations in Paragraph 186 state legal contentions to which no response is

22   required.    Additionally, the allegations in Paragraph 186 are not directed at PENAC and,

23   therefore, no response is required.  To the extent the allegations in Paragraph 186 relate to

24   PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or

25   information sufficient to form a belief as to the truth of the allegations in Paragraph 186 and, on

26   that basis, denies them.

27

28

187.   PENAC avers that the use of the term **"Philips"** renders the Complaint indefinite and uncertain as to PENAC.  To the extent that the allegations in Paragraph 187 state legal contentions, no response is required.  To the extent the allegations in Paragraph 187 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   To the extent the allegations in Paragraph 187 relate to PENAC, PENAC denies all of the allegations.  PENAC specifically denies that any employee of LP Displays or LG.Philips Displays previously attended any meeting described in this Paragraph on its behalf.

188.   The allegations in Paragraph 188 state legal contentions to which no response is required.  Additionally, the allegations in Paragraph 188 are not directed at PENAC and, therefore, no response is required.  To the extent the allegations in Paragraph 188 relate to PENAC, PENAC denies all of the allegations.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188 and, on that basis, denies them.

189.   The allegations in Paragraph 189 state legal contentions to which no response is required.  Additionally, the allegations in Paragraph 189 are not directed at PENAC and, therefore, no response is required.  To the extent the allegations in Paragraph 189 relate to PENAC, PENAC denies all of the allegations.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189 and, on that basis, denies them.

190.   The allegations in Paragraph 190 state legal contentions to which no response is required.  Additionally, the allegations in Paragraph 190 are not directed at PENAC and, therefore, no response is required.  To the extent the allegations in Paragraph 190 relate to PENAC, PENAC denies all of the allegations.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 and, on that basis, denies them.

191.   The allegations in Paragraph 191 state legal contentions to which no response is required.   Additionally, the allegations in Paragraph 191 are not directed at PENAC and, therefore, no response is required.   To the extent the allegations in Paragraph 191 relate to PENAC, PENAC denies all of the allegations.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191 and, on that basis, denies them.

192.   The allegations in Paragraph 192 state legal contentions to which no response is required.   Additionally, the allegations in Paragraph 192 are not directed at PENAC and, therefore, no response is required.   To the extent the allegations in Paragraph 192 relate to PENAC, PENAC denies all of the allegations.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192 and, on that basis, denies them.

193.   The allegations in Paragraph 193 state legal contentions to which no response is required.   Additionally, the allegations in Paragraph 193 are not directed at PENAC and, therefore, no response is required.   To the extent the allegations in Paragraph 193 relate to PENAC, PENAC denies all of the allegations.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193 and, on that basis, denies them.

194.   PENAC avers that the use of the term "Philips" renders the Complaint indefinite and uncertain as to PENAC.   To the extent that the allegations in Paragraph 194 state legal contentions, no response is required.   PENAC denies that it participated in any such "bilateral" or "group meetings" after 2001 "through" LG.Philips Displays.   To the extent that the allegations in Paragraph 194 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   In all other respects, PENAC denies the allegations in Paragraph 194.

195.   To the extent that the allegations in Paragraph 195 state legal contentions, no response is required.   PENAC denies that it participated in, engaged in or was represented at any

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

of "those meetings" at which agreements were reached.  To the extent that the allegations in Paragraph 195 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  In all other respects, PENAC denies the allegations in Paragraph 195.

196.    The allegations in Paragraph 196 state legal contentions to which no response is required.  Additionally, the allegations in Paragraph 196 are not directed at PENAC and, therefore, no response is required.  To the extent the allegations in Paragraph 196 relate to PENAC, PENAC denies all of the allegations.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 and, on that basis, denies them.

197.    The allegations in Paragraph 197 state legal contentions to which no response is required.  Additionally, the allegations in Paragraph 197 are not directed at PENAC and, therefore, no response is required.  To the extent that the allegations in Paragraph 197 relate to PENAC, PENAC denies all of the allegations.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 and, on that basis, denies them.

198.    The allegations in Paragraph 198 state legal contentions to which no response is required.  Additionally, the allegations in Paragraph 198 are not directed at PENAC and, therefore, no response is required.  To the extent the allegations in Paragraph 198 relate to PENAC, PENAC denies all of the allegations.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198 and, on that basis, denies them.

199.    The allegations in Paragraph 199 state legal contentions to which no response is required.  Additionally, the allegations in Paragraph 199 are not directed at PENAC and, therefore, no response is required.  To the extent that the allegations in Paragraph 199 relate to PENAC, PENAC denies all of the allegations.  PENAC otherwise lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 199 and, on that basis, denies them.

200.    The allegations in Paragraph 200 state legal contentions to which no response is required.    Additionally, the allegations in Paragraph 200 are not directed at PENAC and, therefore, no response is required.    To the extent the allegations in Paragraph 200 relate to PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 and, on that basis, denies them.

201.    The allegations in Paragraph 201 state legal contentions to which no response is required.    Additionally, the allegations in Paragraph 201 are not directed at PENAC and, therefore, no response is required.    To the extent that the allegations in Paragraph 201 relate to PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 and, on that basis, denies them.

202.    The allegations in Paragraph 202 state legal contentions to which no response is required.    Additionally, the allegations in Paragraph 202 are not directed at PENAC and, therefore, no response is required.    To the extent the allegations in Paragraph 202 relate to PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 and, on that basis, denies them. .

203.    The allegations in Paragraph 203 state legal contentions to which no response is required.    Additionally, the allegations in Paragraph 203 are not directed at PENAC and, therefore, no response is required.    To the extent that the allegations in Paragraph 203 relate to PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203 and, on that basis, denies them.

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

204.    The allegations in Paragraph 204 state legal contentions to which no response is required.    Additionally, the allegations in Paragraph 204 are not directed at PENAC and, therefore, no response is required.    To the extent the allegations in Paragraph 204 relate to PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204 and, on that basis, denies them.

205.    The allegations in Paragraph 205 state legal contentions to which no response is required.    Additionally, the allegations in Paragraph 205 are not directed at PENAC and, therefore, no response is required.    To the extent that the allegations in Paragraph 205 relate to PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205 and, on that basis, denies them.

206.    The allegations in Paragraph 206 state legal contentions to which no response is required.    Additionally, the allegations in Paragraph 206 are not directed at PENAC and, therefore, no response is required.    To the extent the allegations in Paragraph 206 relate to PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 and, on that basis, denies them.

207.    The allegations in Paragraph 207 state legal contentions to which no response is required.    Additionally, the allegations in Paragraph 207 are not directed at PENAC and, therefore, no response is required.    To the extent that the allegations in Paragraph 207 relate to PENAC, PENAC denies all of the allegations.    PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207 and, on that basis, denies them.

208.    The allegations in Paragraph 208 state legal contentions to which no response is required.    Additionally, the allegations in Paragraph 208 are not directed at PENAC and, therefore, no response is required.    To the extent the allegations in Paragraph 208 relate to

PENAC, PENAC denies all of the allegations.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208 and, on that basis, denies them.

209.   The allegations in Paragraph 209 state legal contentions to which no response is required.   Additionally, the allegations in Paragraph 209 are not directed at PENAC and, therefore, no response is required.   To the extent the allegations in Paragraph 209 relate to PENAC, PENAC denies all of the allegations.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 and, on that basis, denies them.

210.   The allegations in Paragraph 210 state legal contentions to which no response is required.   Additionally, the allegations in Paragraph 210 are not directed at PENAC and, therefore, no response is required.   To the extent the allegations in Paragraph 210 relate to PENAC, PENAC denies all of the allegations.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210 and, on that basis, denies them.  .

211.   To the extent that the allegations in Paragraph 211 state legal contentions, no response is required.  PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 and, on that basis, denies them.

212.   The allegations in Paragraph 212 are vague and ambiguous, as they do not identify any underlying product or service and, on that basis, PENAC denies them.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 and, on that basis, denies them.  To the extent that the allegations contained in Paragraph 212 are derived from an analyst report, that report speaks for itself and no response is required.

213.   To the extent that the allegations in Paragraph 213 state legal contentions, no response is required.  To the extent that the allegations contained in Paragraph 213 are derived from analyst reports, those reports speak for themselves and no response is required.  PENAC

otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 and, on that basis, denies them.

214.    To the extent the allegations of Paragraph 214 state legal contentions, no response is required.  To the extent that the allegations in the third sentence of Paragraph 214 are derived from or purport to quote published statements made by the President of Skyworth Macao Commercial Offshore Co., Ltd., those published statements speak for themselves and no response is required.  To the extent that the allegations in Paragraph 214 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 214 relate to PENAC, PENAC denies all of the allegations.

215.    The allegation in the first sentence of Paragraph 215 is a legal contention to which no response is required.  With regard to the allegations in the second sentence, to the extent that these allegations are derived from or purport to quote analyst reports, those reports speak for themselves and no response is required.   PENAC denies any remaining allegations contained in Paragraph 215.

216.    To the extent that the allegations in the first sentence of Paragraph 216 are derived from or purport to quote an analyst report, that report speaks for itself and no response is required.  PENAC lacks the knowledge to form a belief as to the truth of the allegation in the second sentence of Paragraph 216 and, on that basis, denies them.

217.    With regard to the first and second sentences of Paragraph 217, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.  The third sentence of Paragraph 217 states legal contentions to which no response is required.   To the extent that the allegations in Paragraph 217 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 217 relate to PENAC, PENAC denies all of the allegations.

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

218.    To the extent that the allegations in Paragraph 218 are derived from or purport to quote an analyst report, that report speaks for itself and no response is required.   PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 and, on that basis, denies them.  To the extent that the allegations in Paragraph 218 relate to PENAC, PENAC denies all of the allegations.

219.    To the extent the allegations in Paragraph 219 are derived from or purport to quote an analyst report, that report speaks for itself and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219 and, on that basis, denies them.

220.    To the extent that the allegations in Paragraph 220 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 220 are derived from or purport to quote published statements, those statements speak for themselves and no response is required.  To the extent that the allegations in Paragraph 220 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  PENAC otherwise denies all of the allegations in Paragraph 220.

221.    The allegations in Paragraph 221 are legal contentions to which no response is required. To the extent that the allegations in Paragraph 221 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 221 relate to PENAC, PENAC denies all of the allegations.

222.    The allegations in Paragraph 222 are legal contentions to which no response is required.   To the extent that the allegations in Paragraph 222 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the remaining allegations in Paragraph 222 relate to PENAC, PENAC denies all of the allegations.

223.    The allegations in Paragraph 223 are not directed at PENAC and, on that basis, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223 and, on that basis, denies them.

224.    The allegations in Paragraph 224 are not directed at PENAC and, on that basis, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224 and, on that basis, denies them.

225.    The allegations in Paragraph 225 are not directed at PENAC and, on that basis, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225 and, on that basis, denies them.

226.    The allegations in Paragraph 226 are not directed at PENAC and, on that basis, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226 and, on that basis, denies them.

227.    The allegations in Paragraph 227 are not directed at PENAC and, on that basis, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227 and, on that basis, denies them.

228.    To the extent the allegations of Paragraph 228 and its subparts state legal contentions, no response is required.  To the extent a response is required, PENAC denies each and every allegation in Paragraph 228, including its subparts.

## VIII.   ALLEGATIONS CONCERNING PLAINTIFFS' INJURIES

229.    The allegations in Paragraph 229 state legal contentions, for which no response is required.  To the extent that a response is required and the allegations in Paragraph 229 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 229 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 229 relate to PENAC, PENAC denies them.  PENAC denies that Plaintiffs suffered any injury or incurred any damages by any act or omission of

PENAC as alleged in the Complaint, and further denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in the Complaint.

230.    The allegations in Paragraph 230 state legal contentions, for which no response is required.  To the extent that a response is required and the allegations in Paragraph 230 relate to PENAC, PENAC denies them.

231.    The allegations in Paragraph 231 state legal contentions, for which no response is required.  PENAC admits that the allegations in Paragraph 231 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

232.    The allegations in Paragraph 232 state legal contentions, for which no response is required.  To the extent that a response is required and the allegations in Paragraph 232 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 232 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 232 relate to PENAC, PENAC denies them.

233.    The allegations in Paragraph 233 state legal contentions, for which no response is required.  To the extent that a response is required and the allegations in Paragraph 233 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 233 relate to PENAC, PENAC denies them.

### IX.    ALLEGATIONS CONCERNING TOLLING

234.    The allegations in Paragraph 234 state legal contentions to which no response is required.

235.    The allegations in Paragraph 235 state legal contentions to which no response is required. To the extent the allegations in Paragraph 235 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response

is required. To the extent the allegations in Paragraph 235 require a response, PENAC denies them.

## X.     ALLEGATIONS CONCERNING FRAUDULENT CONCEALMENT

236.    To the extent that the allegations in Paragraph 236 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 236 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 236 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 236 relate to PENAC, PENAC denies all of the allegations.

237.    To the extent that the allegations in Paragraph 237 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 237 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 237 relate to PENAC, PENAC denies all of the allegations.

238.    To the extent that the allegations in Paragraph 238 state legal contentions, no response is required.   PENAC otherwise denies all of the allegations in Paragraph 238.

239.    To the extent that the allegations in Paragraph 239 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 239 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 239 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 239 relate to PENAC, PENAC denies all of the allegations.

240.    To the extent that the allegations in Paragraph 240 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 240 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

basis, denies them.  To the extent that the allegations in Paragraph 240 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 240 relate to PENAC, PENAC denies all of the allegations.

241.    To the extent that the allegations in Paragraph 241 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 241 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 241 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 241 relate to PENAC, PENAC denies all of the allegations.

242.    With regard to the first and second sentences of Paragraph 242, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.  The allegations in the third sentence of Paragraph 242 state legal contentions, for which no response is required.  To the extent a response is required and the allegations in the third sentence relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent a response is required and the allegations in third sentence relate to PENAC, PENAC denies all of the allegations.

243.    With regard to the first and second sentences of Paragraph 243, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.  The allegations in the second and third sentences of Paragraph 243 state legal contentions, for which no response is required.  To the extent that the third sentence of Paragraph 243 requires a response, PENAC denies all of the allegations.

244.    PENAC avers that the use of the term **"Philips"** in Paragraph 244 renders the allegations indefinite and uncertain as to PENAC.  To the extent that the allegations in Paragraph 244 are derived from or purport to quote published statements made by a Deputy General

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

Manager for an LG Electronics distributor, those statements speak for themselves and no response is required.  To the extent that the allegations in Paragraph 244 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 244 relate to PENAC, PENAC denies all of the allegations.

245.    The allegations in Paragraph 245 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and the allegations relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245 and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 245 relate to PENAC, PENAC denies all of the allegations.

246.    To the extent that the allegations in Paragraph 246 state legal contentions, no response is required.  To the extent that the allegations in Paragraph 246 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 246 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 246 relate to PENAC, PENAC denies all of the allegations.

247.    The allegations in Paragraph 247 state legal contentions to which no response is required. To the extent the allegations in Paragraph 247 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent the allegations in Paragraph 247 require a response, PENAC denies them.

## XI.    ALLEGATIONS CONCERNING CLAIM FOR VIOLATIONS

248.    PENAC repeats and incorporates by reference its responses to Paragraph 1 through 247 of the Complaint with the same force and effect as if set forth herein at length.

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

249.    The allegations in Paragraph 249 constitute legal contentions and/or conclusions to which no response is required.  To the extent the allegations in Paragraph 249 require a response, PENAC denies all allegations.

250.    The allegations in Paragraph 250 constitute legal contentions and/or conclusions to which no response is required.  To the extent the allegations in Paragraph 250 require a response, PENAC denies all allegations.

251.    The allegations in Paragraph 251 constitute legal contentions and/or conclusions to which no response is required.  To the extent the allegations in Paragraph 251 require a response, PENAC denies each and every allegation.

252.    The allegations in Paragraph 252 constitute legal contentions and/or conclusions to which no response is required.  To the extent the allegations in Paragraph 252 require a response, PENAC denies each and every allegation.

253.    The allegations in Paragraph 253 and its subparts constitute legal contentions and/or conclusions to which no response is required.  To the extent that the allegations in Paragraph 253 and its subparts relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 253 and its subparts relate to PENAC, PENAC denies all of the allegations.

254.    The allegations in Paragraph 254 constitute legal contentions and/or conclusions to which no response is required.  To the extent that the allegations in Paragraph 254 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 254 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 254 relate to PENAC, PENAC denies all of the allegations.

255.    PENAC repeats and incorporates by reference its responses to Paragraph 1 through 254 of the Complaint with the same force and effect as if set forth herein at length.

256.    To the extent that the allegations in Paragraph 256 state legal contentions, no response is required.  To the extent the allegations in Paragraph 256 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that the allegations in Paragraph 256 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 256 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 256 relate to PENAC, PENAC denies all of the allegations.  In particular, PENAC denies that Plaintiffs suffered any injury or incurred any damages by any act or omission of PENAC as alleged in the Complaint, and further denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in the Complaint.

257.    To the extent that the allegations in Paragraph 257 state legal contentions, no response is required.  To the extent the allegations in Paragraph 257 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that the allegations in Paragraph 257 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. To the extent that the allegations in Paragraph 257 relate to PENAC, PENAC denies them.  In particular, PENAC denies that Plaintiffs suffered any injury or incurred any damages by any act or omission of PENAC as alleged in the Complaint, and further denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in the Complaint.

258.    To the extent that the allegations in Paragraph 258 state legal contentions, no response is required.  To the extent the allegations in Paragraph 258 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that the allegations in Paragraph 258 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth

1   and, on that basis, denies them. To the extent that the allegations in Paragraph 258 relate to

2   PENAC, PENAC denies them.

3       259.    The allegations in Paragraph 259 constitute legal contentions and/or conclusions to

4   which no response is required.  To the extent that a response is required and the allegations in

5   Paragraph 259 relate to any of Plaintiffs' state claims which were dismissed pursuant to the

6   Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that a

7   response is required and the allegations in Paragraph 259 relate to other defendants, PENAC lacks

8   knowledge or information sufficient to form a belief as to their truth and, on that basis, denies

9   them.  To the extent that a response is required and the allegations in Paragraph 259 relate to

10  PENAC, PENAC denies all of the allegations.

11      260.    The allegations in Paragraph 260 constitute legal contentions and/or conclusions to

12  which no response is required.  To the extent that a response is required and the allegations in

13  Paragraph 260 relate to any of Plaintiffs' state claims which were dismissed pursuant to the

14  Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that a

15  response is required and the allegations in Paragraph 260 relate to other defendants, PENAC lacks

16  knowledge or information sufficient to form a belief as to their truth and, on that basis, denies

17  them.  To the extent that a response is required and the allegations in Paragraph 260 relate to

18  PENAC, PENAC denies all of the allegations.

19      261.    To the extent that the allegations in Paragraph 261 and its subparts state legal

20  contentions, no response is required.  To the extent the allegations in Paragraph 261 relate to any

21  of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order

22  (Dkt. No. 2433), no response is required. To the extent that the allegations in Paragraph 261 and

23  its subparts relate to other defendants, PENAC lacks knowledge or information sufficient to form

24  a belief as to their truth and, on that basis, denies them. To the extent that the allegations in

25  Paragraph 261 and its subparts relate to PENAC, PENAC denies them.

26      262.    To the extent that the allegations in Paragraph 262 and its subparts state legal

27  contentions, no response is required.  To the extent the allegations in Paragraph 262 relate to any

28

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that the allegations in Paragraph 262 and its subparts relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. To the extent that the allegations in Paragraph 262 and its subparts relate to PENAC, PENAC denies them.

263.     The allegations in Paragraph 263 constitute legal contentions and/or conclusions to which no response is required.  To the extent the allegations in Paragraph 263 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that a response is required and the allegations in Paragraph 263 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 263 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 263 relate to PENAC, PENAC denies all of the allegations.

264.     The allegations in Paragraph 264 constitute legal contentions and/or conclusions to which no response is required.  To the extent the allegations in Paragraph 264 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that a response is required and the allegations in Paragraph 264 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 264 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 264 relate to PENAC, PENAC denies all of the allegations.  In particular, PENAC denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in the Complaint.

265.    PENAC repeats and incorporates by reference its responses to Paragraph 1 through 264 of the Second Complaint with the same force and effect as if set forth herein at length.

266.    To the extent that the allegations in Paragraph 266 state legal contentions, no response is required.  To the extent the allegations in Paragraph 266 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that the allegations in Paragraph 266 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 266 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 266 relate to PENAC, PENAC denies all of the allegations.  In particular, PENAC denies that Plaintiffs suffered any injury or incurred any damages by any act or omission of PENAC as alleged in the Complaint, and further denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in the Complaint.

267.    The allegations in Paragraph 267 constitute legal contentions and/or conclusions to which no response is required.  To the extent a response is required and the allegations in Paragraph 267 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required. To the extent that a response is required and the allegations in Paragraph 267 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 267 relate to PENAC, PENAC denies all of the allegations.

268.    The allegations in Paragraph 268 constitute legal contentions and/or conclusions to which no response is required.  To the extent a response is required and the allegations in Paragraph 268 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required.  To the extent that a response is required and the allegations in Paragraph 268 relate to other defendants, PENAC lacks

1   knowledge or information sufficient to form a belief as to their truth and, on that basis, denies

2   them.  To the extent that a response is required and the allegations in Paragraph 268 relate to

3   PENAC, PENAC denies all of the allegations.

4   269.   The allegations in Paragraph 269 constitute legal contentions and/or conclusions to

5   which no response is required.   To the extent a response is required and the allegations in

6   Paragraph 269 relate to any of Plaintiffs' state claims which were dismissed pursuant to the

7   Court's March 13, 2014 order (Dkt. No. 2433), no response is required.To the extent that a

8   response is required and the allegations in Paragraph 269 relate to other defendants, PENAC lacks

9   knowledge or information sufficient to form a belief as to their truth and, on that basis, denies

10  them.  To the extent that a response is required and the allegations in Paragraph 269 relate to

11  PENAC, PENAC denies all of the allegations.

12  270.   The allegations in Paragraph 270 constitute legal contentions and/or conclusions to

13  which no response is required.   To the extent a response is required and the allegations in

14  Paragraph 270 relate to any of Plaintiffs' state claims which were dismissed pursuant to the

15  Court's March 13, 2014 order (Dkt. No. 2433), no response is required.  To the extent that a

16  response is required and the allegations in Paragraph 270 relate to other defendants, PENAC lacks

17  knowledge or information sufficient to form a belief as to their truth and, on that basis, denies

18  them.  To the extent that a response is required and the allegations in Paragraph 270 relate to

19  PENAC, PENAC denies all of the allegations.

20  271.   The allegations in Paragraph 271 constitute legal contentions and/or conclusions to

21  which no response is required.   To the extent a response is required and the allegations in

22  Paragraph 271 relate to any of Plaintiffs' state claims which were dismissed pursuant to the

23  Court's March 13, 2014 order (Dkt. No. 2433), no response is required.  To the extent that a

24  response is required and the allegations in Paragraph 271 relate to other defendants, PENAC lacks

25  knowledge or information sufficient to form a belief as to their truth and, on that basis, denies

26  them.  To the extent that a response is required and the allegations in Paragraph 271 relate to

27  PENAC, PENAC denies all of the allegations.

28

272.    The allegations in Paragraph 272 constitute legal contentions and/or conclusions to which no response is required.   To the extent a response is required and the allegations in Paragraph 272 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required.   To the extent that a response is required and the allegations in Paragraph 272 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   To the extent that a response is required and the allegations in Paragraph 272 relate to PENAC, PENAC denies all of the allegations.

273.    The allegations in Paragraph 273 constitute legal contentions and/or conclusions to which no response is required.   To the extent a response is required and the allegations in Paragraph 273 relate to any of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required.   To the extent that a response is required and the allegations in Paragraph 273 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   To the extent that a response is required and the allegations in Paragraph 273 relate to PENAC, PENAC denies all of the allegations.

274.    PENAC repeats and incorporates by reference its responses to Paragraph 1 through 273 of the Complaint with the same force and effect as if set forth herein at length.

275.    To the extent the allegations in Paragraph 275 constitute legal contentions and/or conclusions, no response is required.   To the extent the allegations in Paragraph 275 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them. PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 275 and, on that basis, denies them

276.    The allegations in Paragraph 276 constitute legal contentions and/or conclusions to which no response is required.   To the extent that a response is required and the allegations in Paragraph 276 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.   To the extent that a response is

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

required and the allegations in Paragraph 276 relate to PENAC, PENAC denies all of the allegations.

277.    The allegations in Paragraph 277 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required and the allegations in Paragraph 277 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 277 relate to PENAC, PENAC denies all of the allegations.

278.    The allegations in Paragraph 278 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required and the allegations in Paragraph 278 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 278 relate to PENAC, PENAC denies all of the allegations.

279.    The allegations in Paragraph 279 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required and the allegations in Paragraph 279 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 279 relate to PENAC, PENAC denies all of the allegations.

280.    The allegations in Paragraph 280 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required and the allegations in Paragraph 280 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that a response is required and the allegations in Paragraph 280 relate to PENAC, PENAC denies all of the allegations.

281 - 287.  PENAC repeats and incorporates by reference its responses to Paragraph 1

through 280 of the Complaint with the same force and effect as if set forth herein at length.  The allegations in Paragraphs 281 through 287 relate to some of  Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433) and, therefore, require no response.

288 - 294.  PENAC repeats and incorporates by reference its responses to Paragraph 1 through 287 of the Complaint with the same force and effect as if set forth herein at length.  The allegations in Paragraphs 288 through 294 relate to some of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433) and, therefore, require no response.

295 - 300.  PENAC repeats and incorporates by reference its responses to Paragraph 1 through 294 of the Complaint with the same force and effect as if set forth herein at length.  The allegations in Paragraphs 295 through 300 relate to some of Plaintiffs' state claims which were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433) and, therefore, require no response.

## XII.    ALLEGATIONS CONCERNING DAMAGES

301.  The allegations in Paragraph 301 constitute legal contentions and/or conclusions to which no response is required.  To the extent that the allegations in Paragraph 301 relate to Plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent that the allegations in Paragraph 301 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 301 relate to PENAC, PENAC denies all of the allegations.

## XIII.    ALLEGATIONS CONCERNING PRAYER FOR RELIEF

With respect to Plaintiffs' allegations concerning prayer for relief, PENAC denies that Plaintiffs suffered any injury or incurred any damages by any act or omission of PENAC as alleged in the Complaint, and further denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in the Complaint. All allegations of the Complaint not

heretofore admitted or denied are here and now denied as though specifically denied herein.  To the extent that Plaintiffs' prayer for relief relates to their state law claims which  were dismissed pursuant to the Court's March 13, 2014 order (Dkt. No. 2433), no response is required.

## XIV.   ALLEGATION CONCERNING JURY TRIAL DEMAND

To the extent any response is required to Plaintiffs' Jury Trial Demand, PENAC admits that Plaintiffs purports to demand a trial by jury pursuant to Federal Rule of Civil Procedure 38(b).

## AFFIRMATIVE DEFENSES

Without assuming any burden it would not otherwise bear, PENAC asserts the following additional and/or affirmative defenses to Plaintiffs' Complaint:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Complaint, and each of its claims for relief, fails to state sufficient facts upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction)

The conduct alleged to provide a basis for the claims of Plaintiffs did not have a direct, substantial, and reasonably foreseeable effect on trade or commerce within the United States. The Court, therefore, lacks subject matter jurisdiction of the claims of Plaintiffs.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to State a Claim Under the Foreign Trade Antitrust Improvements Act)

Plaintiffs' claims for any foreign purchases, if any, should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege facts sufficient to support a claim under the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

**FOURTH AFFIRMATIVE DEFENSE**

**(Vagueness of Claims)**

Plaintiffs' claims should be dismissed for uncertainty and vagueness and because its claims are ambiguous and/or unintelligible. PENAC avers that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit PENAC to ascertain what other defenses may exist. PENAC therefore reserves the right to amend its Answer to assert additional defenses and/or supplement, alter, or change its Answer and/or defenses upon the discovery of more definitive facts upon the completion of its investigation and discovery.

**FIFTH AFFIRMATIVE DEFENSE**

**(Failure to Plead Conspiracy with Particularity)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient particularity.

**SIXTH AFFIRMATIVE DEFENSE**

**(Statute of Limitation)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the applicable statute(s) of limitations.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Unilateral Action)**

Plaintiffs' claims are barred, in whole or in part, because the actions or practices of PENAC that are the subject of the Complaint were undertaken unilaterally for legitimate business reasons and in pursuit of PENAC's independent interests, and were not the product of any contract, combination or conspiracy between PENAC and any other person or entity.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Rule of Reason)**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of PENAC that are the subject of the Complaint were adopted in furtherance of legitimate business interests of PENAC and do not unreasonable restrain competition.

## NINTH AFFIRMATIVE DEFENSE

### (Competition)

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of PENAC that are the subject of the Complaint were cost justified or otherwise economically justified and resulted from a good faith effort to meet competition or market conditions.

## TENTH AFFIRMATIVE DEFENSE

### (Non-actionable or Governmental Privilege)

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of PENAC that is the subject of the Complaint was caused by, due to, based upon, or in response to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, and/or regulatory agencies, and such is non-actionable or privileged.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Act of PENAC)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have not been injured in its business or property by reason of any action of PENAC.

## TWELFTH AFFIRMATIVE DEFENSE

### (Intervening Conduct)

Plaintiffs' claims are barred, in whole or in part, because any alleged injuries and/or damages were not legally or proximately caused by any acts or omissions of PENAC and/or were caused, if at all, solely and proximately by the conduct of third parties including, without limitations, the prior, intervening or superseding conduct of such third parties.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (*Ultra Vires*)

To the extent that any actionable conduct occurred, Plaintiffs' claims against PENAC are barred because all such conduct would have been committed by individuals acting *ultra vires*.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Damages Passed On)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint, which PENAC specifically denies, was passed on to persons or entities other than Plaintiffs and/or was passed on by Plaintiffs to other parties.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Withdrawal)

To the extent that any actionable conduct occurred for which PENAC is liable, some or all of Plaintiffs' claims against PENAC are barred because PENAC withdrew from and/or abandoned any alleged conspiracy prior to the commencement of the limitations period set forth in applicable statutes of limitations.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiffs' claims should be dismissed, in whole or in part, because Plaintiffs failed to take all necessary, reasonable, and appropriate actions to mitigate its alleged damages, if any.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs would be unjustly enriched if it was allowed to recover any part of the damages alleged in the Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Set Off)

Without admitting that Plaintiffs are entitled to recover damages in this matter, PENAC is entitled to set off from any recovery Plaintiffs may obtain against PENAC any amount paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

## NINETEENTH AFFIRMATIVE DEFENSE

### (Legal Acts)

Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct or statements that are specifically permitted by law.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of laches.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of unclean hands.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Acquiescence)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by Plaintiffs' acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to PENAC.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Accord and Satisfaction)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Improper Forum/Arbitration)

Plaintiffs' claims against PENAC are barred to the extent that Plaintiffs have agreed to

1   arbitration or chosen a different forum for the resolution of its claims.

2   ### TWENTY-SIXTH AFFIRMATIVE DEFENSE

3   **(Adequate Remedy at Law)**

4   Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs have

5   available an adequate remedy at law.

6   ### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

7   **(Failure to Join Indispensable Parties)**

8   Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in

9   part, for failure to join indispensable parties.

10   ### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

11   **(Due Process)**

12   Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper

13   multiple punitive award for a single wrong because such an award would violate PENAC's rights

14   guaranteed by the Due Process clause of the Fifth Amendment of the United States Constitution.

15   ### TWENTY-NINTH AFFIRMATIVE DEFENSE

16   **(Due Process)**

17   Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper

18   multiple punitive award for a single wrong because such an award would violate PENAC's rights

19   guaranteed by the Due Process provision of the Fourteenth Amendment of the United States

20   Constitution.

21   ### THIRTIETH AFFIRMATIVE DEFENSE

22   **(Equal Protection)**

23   Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper

24   multiple punitive award for a single wrong because such an award would violate PENAC's rights

25   guaranteed by the Equal Protection provision of the Fourteenth Amendment of the United States

26   Constitution.

27

28

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Double Jeopardy)

Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper multiple punitive award for a single wrong because such an award would violate PENAC's rights guaranteed by the Double Jeopardy Clause of the Fifth Amendment of the United States Constitution.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Excessive Fines)

Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper multiple punitive award for a single wrong because such an award would violate PENAC's rights guaranteed by the Excessive Fines provision of the Eighth Amendment of the United States Constitution.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Unconstitutional Multiplicity)

To the extent any recovery by Plaintiffs would be duplicative of recovery by other plaintiffs and other lawsuits, subjecting PENAC to the possibility of multiple recoveries, such recovery is barred by the Fifth and Eighth Amendments to the United States Constitution.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Foreign Sales)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs may not recover damages, if any, based on sales outside of the United States.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any and all injuries alleged in the Complaint, the fact and extent of which PENAC specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other than PENAC.

1

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

2

### (Failure To Plead Damages With Specificity)

3

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs have failed to

4

plead damages with specificity as required by the federal laws cited.

5

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

6

### (Injury or Damages Offset by Benefits Received)

7

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in

8

part, because any claimed injury or damage has been offset by benefits Plaintiffs received with

9

respect to the challenged conduct.

10

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

11

### (Proportionality)

12

To the extent PENAC is found liable for damages, the fact and extent of which are

13

expressly denied by PENAC, those damages must be reduced in proportion to PENAC's degree

14

of fault.

15

## THIRTY-NINTH AFFIRMATIVE DEFENSE

16

### (Release)

17

The claims of one or more of the persons or entities Plaintiffs purport to represent are

18

barred because they have been released.

19

## FORTIETH AFFIRMATIVE DEFENSE

20

### (No 'Full Consideration' Damages)

21

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs are not entitled to "full

22

consideration" damages.

23

## FORTY-FIRST AFFIRMATIVE DEFENSE

24

### (Other Defenses Incorporated by Reference)

25

PENAC adopts and incorporates by reference any and all other affirmative defenses

26

asserted or to be asserted by any other defendant in this proceeding to the extent that PENAC may

27

share in such affirmative defenses.

28

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT

### FORTY-SECOND AFFIRMATIVE DEFENSE

#### (Reservation of Rights to Assert Additional Defenses)

PENAC has not knowingly or intentionally waived any applicable defenses and explicitly reserves the right to assert and rely on such other applicable defenses as may become available or apparent during discovery proceedings. PENAC further reserves the right to amend its Answer and/or its defenses accordingly, and/or to delete defenses that it determines are not applicable during the course of subsequent discovery.

**WHEREFORE**, PENAC prays as follows:

1. That Plaintiffs take nothing by way of the Complaint and the Complaint be dismissed with prejudice;

2. That judgment be entered in favor of PENAC and against Plaintiffs on each and every claim for relief set forth in the Complaint;

3. That PENAC recover its costs of suit and attorneys' fees incurred herein; and

4. That PENAC be granted such other and further relief as the Court deems just and proper.

Dated: March 26, 2014                    Respectfully Submitted:

By: /s/ Jon V. Swenson
Jon V. Swenson (SBN 233054)
BAKER BOTTS L.L.P.

*Attorney for Defendant Philips Electronics North America Corporation*

ANSWER OF PENAC TO SHARP ELECTRONICS CORPORATION'S and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST COMPLAINT