BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys Specially Appearing for Defendants*
*Philips Taiwan Limited and Philips do Brasil Ltda.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF ERIK T. KOONS IN SUPPORT OF PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION** |

MDL 1917

DECLARATION OF ERIK T. KOONS IN SUPPORT OF PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION (3:07-CV-05944 SC, MDL NO. 1917)

I, Erik T. Koons, hereby declare as follows:

1. I am a partner with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. ("KPNV") and Philips Electronics North America Corporation ("PENAC"). I make this declaration in support of Philips Taiwan Limited's ("PTL") and Philips do Brasil Ltda.'s ("PDBL") Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction.

2. Attached as Exhibit A to this declaration is a true and correct copy of PTL and PDBL's motion to dismiss for lack of personal jurisdiction and insufficient service of process, among other bases, that was filed on May 18, 2009, and related documents. This motion was originally filed by Philips Electronics Industries (Taiwan), Ltd. and Philips da Amazonia Industria Electronica Ltda., which have since been merged into PTL and PDBL, respectively. This declaration will refer to these entities by their current names.

3. I was admitted to appear *pro hac vice* in this case on behalf of Defendants KPNV and PENAC. *See* Dkt Nos. 1517, 1519. I have not appeared on behalf of PTL or PDBL in this action.

4. Attached as Exhibit B to this declaration is a true and correct copy of the May 24, 2010 letter from Ethan E. Litwin to Special Master Charles A. Legge, which was filed on May 25, 2010, at docket number 720.

5. On November 13, 2013, counsel for the Indirect Purchaser Plaintiffs ("IPPs") contacted me to discuss PTL and PDBL's May 18, 2009 motion to dismiss for lack of personal jurisdiction and insufficient service of process.

6. On November 15, 2013, I participated in a telephonic meet-and-confer with counsel for IPPs regarding the pending jurisdictional motion. During the conference, counsel for the IPPs stated that they were considering whether they would continue to pursue claims against PTL and PDBL, or simply dismiss these entities.

7. On February 5, 2014, counsel for the IPPs contacted me and asked if I would accept service on behalf of PTL and PDBL. I informed counsel for the IPPs that I was not authorized to accept service on behalf of PTL and PDBL and stated that the IPPs would need to serve these

- 2 -

defendants through formal and proper channels. IPPs' counsel stated that they would nonetheless serve me personally and consider subsequent service of process through the Hague Convention or other formal service of process.

8. In disregard of my instructions, the IPPs delivered a copy of the IPPs' Fourth Consolidated Amended Complaint ("Fourth Amended Complaint") and summons by certified mail dated February 18, 2014, stating in the cover letter that this mailing was to purportedly effect service on PTL and PDBL. This mailing was addressed to me and was delivered to my office in Washington, D.C.

9. Attached as Exhibit C to this declaration is the cover letter that accompanied the IPPs' February 18, 2014 mailing.

10. On March 4, 2014, I participated in a telephonic meet-and-confer with counsel for the IPPs during which I again informed IPP counsel that service of the Fourth Amended Complaint and summons was defective and thus ineffective. I again encouraged IPP counsel to formally serve PTL and PDBL through proper channels and inquired whether the IPPs intended to effectuate such formal service. Counsel for the IPPs stated that they had elected not to effect service through alternative, formal means.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of March, 2014, in Washington, D.C.

/s/ Erik T. Koons
Erik T. Koons

- 3 -

DECLARATION OF ERIK T. KOONS IN SUPPORT OF PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION (3:07-CV-05944 SC, MDL NO. 1917)