# EXHIBIT C

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
Tel. (415) 563-7200
Fax (415) 346-0679

February 18, 2014

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Erik Koons
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation* – MDL 1917
      Philips da Amazonia Industria Electronica Ltda.;
      Philips Electronics Industries (Taiwan), Ltd.

Dear Erik:

   Pursuant to recent communications between you and Mario, and pursuant to the Court's Order Granting Indirect Purchaser Plaintiffs' Motion to Authorize Service on Certain Foreign Defendants Pursuant to Fed. R. Civ. P. 4(f)(3) (Dkt. No. 374), we are serving the following documents upon you as the domestic agent for the above-referenced entities:

- Summons;
- Operative Complaint (FCAC);
- A copy of the Order Setting Initial Case Management Conference and ADR deadlines issued pursuant to Civil L.R. 16-2(a);
- Judge Conti's Standing Order;
- The Northern District of California's ADR Handbook;
- A Case Management Statement Form, pursuant to Civil L.R. 16-10; and
- A copy of the form allowing a party to consent to assignment of the case to a Magistrate Judge.

Sincerely,

Lauren C. Capurro