BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys Specially Appearing for Defendants*
*Philips Taiwan Limited and Philips do Brasil Ltda.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION** |

MDL 1917

[PROPOSED] ORDER GRANTING PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR
INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION  (3:07-CV-05944 SC, MDL NO. 1917).

Upon consideration of the motion to dismiss filed by Philips Taiwan Limited ("PTL") and Philips do Brasil Ltda. ("PDBL"), seeking the dismissal of the claims asserted by the Indirect Purchaser Plaintiffs ("IPPs") in their Fourth Consolidated Amended Complaint for insufficient service of process and lack of personal jurisdiction.

ORDERED that PTL's and PDBL's motion to dismiss is GRANTED; and it is further

ORDERED that the IPPs' claims against PTL and PDBL are dismissed with prejudice.

IT IS SO ORDERED

Dated: _____, 2014

_____
The Honorable Samuel Conti
Northern District of California

MDL 1917

[PROPOSED] ORDER GRANTING PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION (3:07-CV-05944 SC, MDL NO. 1917).