1 | Christopher M. Curran (*pro hac vice*)
2 | ccurran@whitecase.com
   | Lucius B. Lau (*pro hac vice*)
3 | alau@whitecase.com
   | Dana E. Foster (*pro hac vice*)
4 | defoster@whitecase.com
5 | White & Case LLP
6 | 701 Thirteenth Street, N.W.
   | Washington, DC  20005
7 | Telephone:  (202) 626-3600
8 | Facsimile:  (202) 639-9355

9 | *Counsel to Defendant*
10 | *Toshiba America Consumer Products, LLC*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
|---|---|
| This Document Relates to: *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd., et al.* Civil Action No. 13-02171-SC | **TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S ANSWER TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT** The Honorable Samuel Conti |

For its Answer to Dell Inc. and Dell Products L.P.'s First Amended Complaint, Defendant Toshiba America Consumer Products, LLC ("TACP") states as follows:

## I. INTRODUCTION[1]

1. The allegations contained in Paragraph 1 consist of Plaintiffs' characterization of their claims and an explanation of defined terms used in their FAC, to which no response is required. To the extent that a response is deemed required, TACP denies the allegations in Paragraph 1. To the extent that the allegations contained in Paragraph 1 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

2. To the extent that the allegations contained in Paragraph 2 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 2 are directed to TACP, TACP denies these allegations.

3. To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 3 are directed to TACP, TACP denies these allegations. The second and third sentences of Paragraph 3 consist of Plaintiffs' explanation of defined terms used in their FAC, to which no response is required. To the extent that a response is deemed required, TACP denies the allegations in the second and third sentences of Paragraph 3.

4. To the extent that the allegations contained in Paragraph 4 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 4 are directed to TACP, TACP denies these allegations.

5. To the extent that the allegations contained in Paragraph 5 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the

[1] For ease of reference, the headings in this Answer correspond to the headings in the FAC.

TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S ANSWER
TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 5 are directed to TACP, TACP denies these allegations.

6.     To the extent that the allegations contained in Paragraph 6 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 6 are directed to TACP, TACP denies these allegations.

7.     To the extent that the allegations contained in Paragraph 7 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 7 are directed to TACP, TACP denies these allegations.

8.     To the extent that the allegations contained in Paragraph 8 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 8 are directed to TACP, TACP denies these allegations.

9.     To the extent that Paragraph 9 consists of, or refers to purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 9 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 9 may be deemed to require a response from TACP, TACP denies these allegations.

10.     To the extent that the allegations contained in Paragraph 10 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 10 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## II.   JURISDICTION AND VENUE

11.   The allegations contained in Paragraph 11 consist of Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations of Paragraph 11.

12.   The allegations contained in Paragraph 12 consist of Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations of Paragraph 12.

13.   The allegations contained in Paragraph 13 consist of Plaintiffs' characterization of their case and legal conclusions to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations of Paragraph 13.

14.   The allegations contained in Paragraph 14 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations of Paragraph 14.

15.   The allegations in Paragraph 15 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations of Paragraph 15.

## III.  THE PARTIES

### A.   Plaintiffs

16.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, therefore, denies the allegations.

17.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18.   Paragraph 18 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 18.

19.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

20.     To the extent that the allegations contained in Paragraph 20 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 20 are directed to TACP, TACP denies these allegations.

21.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22.     The allegations contained in Paragraph 22 consist of Plaintiffs' characterization of their claims to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations in Paragraph 22.

**B.     The Defendants**

**1.     Hitachi Entities**

23.     Paragraph 23 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.     Paragraph 24 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.     Paragraph 25 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the allegations.

26.     Paragraph 26 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

27.      Paragraph 27 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

28.     Paragraph 28 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, denies the allegations.

29.     Paragraph 29 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 29.

**2.    Irico Entities**

30.     Paragraph 30 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     Paragraph 31 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.     Paragraph 32 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, therefore, denies the allegations.

33.     Paragraph 33 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 33.

**3.    LG Electronics Entities**

34.     Paragraph 34 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.     Paragraph 35 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36.     Paragraph 36 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, therefore, denies the allegations.

37.     Paragraph 37 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 37.

### 4.     Mitsubishi Entities

38.     Paragraph 38 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.     Paragraph 39 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.     Paragraph 40 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, denies the allegations.

41.     Paragraph 41 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 41.

### 5.     LP Displays

42.     Paragraph 42 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

### 6.     Phillips Entities

43.     Paragraph 43 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

44.     Paragraph 44 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, denies the allegations.

45.     Paragraph 45 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

46.     Paragraph 46 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

47.     Paragraph 47 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 47.

### 7.     Samsung Entities

48.     Paragraph 48 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

49.     Paragraph 49 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

50.     Paragraph 50 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

51.     Paragraph 51 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, therefore, denies the allegations.

52.     Paragraph 52 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

53.     Paragraph 53 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

54.     Paragraph 54 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, denies the allegations.

55.     Paragraph 55 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 55.

### 8.     Samtel

56.     Paragraph 56 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations.

### 9.     Thai CRT

57.     Paragraph 57 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

### 10.    Thomson Entities

58.     Paragraph 58 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, denies the allegations.

59.     Paragraph 59 relates to another Defendant.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and, therefore, denies the allegations.

60.     Paragraph 60 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 60.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## 11.   Toshiba Entities

61.    Paragraph 61 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations except that TACP admits the allegations contained in the first sentence of Paragraph 61.

62.    TACP denies the allegations in Paragraph 62, except that TACP avers that TACP completed a merger into Toshiba America Information Systems, Inc. ("TAIS") on February 14, 2011, whereby TACP no longer exists as a separate legal entity and TACP's former facilities are either closed or now operated entirely by TAIS.   TACP avers it sold certain electronic devices containing color picture tubes during the Relevant Period.

63.    Paragraph 63 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, therefore, denies the allegations.

64.    Paragraph 64 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, denies the allegations.

65.    Paragraph 65 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 65.

## IV.  AGENTS AND CO-CONSPIRATORS

66.    To the extent that the allegations contained in Paragraph 66 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 66 are directed to TACP, TACP denies these allegations.

67.    To the extent that the allegations contained in Paragraph 67 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   allegations contained in Paragraph 67 are directed to TACP, TACP denies these

2   allegations.

3       68.     Paragraph 68 relates to other companies.   Accordingly, TACP lacks

4   knowledge or information sufficient to form a belief as to the truth of the allegations

5   contained in Paragraph 68 and, therefore, denies the allegations.

6       69.     Paragraph 69 relates to another company.   Accordingly, TACP lacks

7   knowledge or information sufficient to form a belief as to the truth of the allegations

8   contained in Paragraph 69 and, therefore, denies the allegations.

9       70.     Paragraph 70 relates to another company.   Accordingly, TACP lacks

10  knowledge or information sufficient to form a belief as to the truth of the allegations

11  contained in Paragraph 70 and, therefore, denies the allegations.

12      71.     Paragraph 71 consists of Plaintiffs' explanation of a defined term used in the

13  FAC, to which no response is required.  To the extent that a response is deemed required,

14  TACP denies the allegations contained in Paragraph 71.

15      72.     Paragraph 72 relates to other companies.   Accordingly, TACP lacks

16  knowledge or information sufficient to form a belief as to the truth of the allegations

17  contained in Paragraph 72 and, therefore, denies the allegations.

18      73.     Paragraph 73 consists of Plaintiffs' explanation of a defined term used in the

19  FAC, to which no response is required.  To the extent that a response is deemed required,

20  TACP denies the allegations contained in Paragraph 73.

21      74.     Paragraph 74 relates to another company.   Accordingly, TACP lacks

22  knowledge or information sufficient to form a belief as to the truth of the allegations and,

23  therefore, denies the allegations.

24      75.     Paragraph 75 relates to another company.   Accordingly, TACP lacks

25  knowledge or information sufficient to form a belief as to the truth of the allegations

26  contained in Paragraph 75 and, therefore, denies the allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

76.     Paragraph 76 relates to another company.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

77.     To the extent that the allegations contained in Paragraph 77 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 77 are directed to TACP, TACP denies these allegations.

## V.   TRADE AND COMMERCE

78.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, therefore, denies the allegations.

79.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, therefore, denies the allegations.

80.     Paragraph 80 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 80 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VI.   FACTUAL ALLEGATIONS

### A.   CRT Technology

81.     TACP admits the allegations contained in Paragraph 81.

82.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations.

83.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, therefore, denies the allegations.

84.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

85.     To the extent that Paragraph 85 describes CRT technology generally, and claims that that CDTs and CPTs are separate products, TACP admits the allegations in Paragraph 85, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.  TACP denies the remaining allegations in Paragraph 85.

86.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, therefore, denies the allegations.

87.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations.

88.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first two sentences of Paragraph 88 and, therefore, denies the allegations.  The third sentence of Paragraph 88 consists of argument and Plaintiffs' characterization of their claims, to which no response is required.  To the extent that allegations contained in the third sentence of Paragraph 88 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

89.     Paragraph 89 consists of argument and Plaintiffs' characterization of their claims, to which no response is required.  To the extent that allegations contained in Paragraph 89 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**B.     Structure of the CRT Industry**

90.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, denies the allegations.

**1.     Market Concentration**

91.     To the extent that the allegations contained in Paragraph 91 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 91 are directed to TACP, TACP denies these allegations.

### 2.   Information Sharing

92.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

93.   To the extent that the allegations contained in Paragraph 93 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 93 are directed to TACP, TACP denies these allegations.

### 3.   Consolidation

94.   To the extent that the allegations contained in Paragraph 94 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### 4.   Multiple Interrelated Business Relationships

95.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, therefore, denies the allegations.

96.   To the extent that the allegations contained in Paragraph 96 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 96 are directed to TACP, TACP denies these allegations.

### 5.   High Costs of Entry Into the Industry

97.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

98.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

### 6.    The Maturity of the CRT Product Market

2

99.    TACP lacks knowledge or information sufficient to form a belief as to the

3

truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

4

100.    TACP lacks knowledge or information sufficient to form a belief as to the

5

truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

6

101.    TACP lacks knowledge or information sufficient to form a belief as to the

7

truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

8

102.    TACP lacks knowledge or information sufficient to form a belief as to the

9

truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

10

### C.    Pre-Conspiracy Market

11

103.    TACP lacks knowledge or information sufficient to form a belief as to the

12

truth of the allegations contained in Paragraph 103 and, therefore, denies the allegations.

13

104.    Paragraph 104 relates to other Defendants.    Accordingly, TACP lacks

14

knowledge or information sufficient to form a belief as to the truth of the allegations

15

contained in Paragraph 104 and, therefore, denies the allegations.

16

### D.    Defendants' and Co-Conspirators' Illegal Agreements

17

105.    To the extent that the allegations contained in Paragraph 105 relate to other

18

Defendants or third parties, TACP lacks knowledge or information sufficient to form a

19

belief as to the truth of these allegations and, therefore, denies these allegations.    To

20

the extent that the allegations contained in Paragraph 105 are directed to TACP, TACP

21

denies these allegations.

22

106.    To the extent that the allegations contained in Paragraph 106 relate to other

23

Defendants or third parties, TACP lacks knowledge or information sufficient to form a

24

belief as to the truth of these allegations and, therefore, denies these allegations.    To

25

the extent that the allegations contained in Paragraph 106 are directed to TACP, TACP

26

denies these allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

107.    Paragraph 107 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, therefore, denies the allegations.

108.    To the extent that the allegations contained in Paragraph 108 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 108 are directed to TACP, TACP denies these allegations.

109.    To the extent that the allegations contained in Paragraph 109 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 109 are directed to TACP, TACP denies these allegations.

### 1.    "Glass Meetings"

110.    To the extent that the allegations contained in Paragraph 110 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 110 are directed to TACP, TACP denies these allegations.

111.    To the extent that the allegations contained in Paragraph 111 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 111 are directed to TACP, TACP denies these allegations.

112.    To the extent that the allegations contained in Paragraph 112 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

1   extent that the allegations contained in Paragraph 112 are directed to TACP, TACP denies
2   these allegations.

3       113.   To the extent that the allegations contained in Paragraph 113 relate to other
4   Defendants or third parties, TACP lacks knowledge or information sufficient to form a
5   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
6   extent that the allegations contained in Paragraph 113 are directed to TACP, TACP denies
7   these allegations.

8       114.   To the extent that the allegations contained in Paragraph 114 relate to other
9   Defendants or third parties, TACP lacks knowledge or information sufficient to form a
10  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
11  extent that the allegations contained in Paragraph 114 are directed to TACP, TACP denies
12  these allegations.

13      115.   To the extent that the allegations contained in Paragraph 115 relate to other
14  Defendants or third parties, TACP lacks knowledge or information sufficient to form a
15  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
16  extent that the allegations contained in Paragraph 115 are directed to TACP, TACP denies
17  these allegations.

18      116.   To the extent that the allegations contained in Paragraph 116 relate to other
19  Defendants or third parties, TACP lacks knowledge or information sufficient to form a
20  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
21  extent that the allegations contained in Paragraph 116 are directed to TACP, TACP denies
22  these allegations.

23      117.   To the extent that the allegations contained in Paragraph 117 relate to other
24  Defendants or third parties, TACP lacks knowledge or information sufficient to form a
25  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
26  extent that the allegations contained in Paragraph 117 are directed to TACP, TACP denies
27  these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S ANSWER
TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

118.    To the extent that the allegations contained in Paragraph 118 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 118 are directed to TACP, TACP denies these allegations.

119.    To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 119 are directed to TACP, TACP denies these allegations.

120.    To the extent that the allegations contained in Paragraph 120 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 120 are directed to TACP, TACP denies these allegations.

121.    To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 121 are directed to TACP, TACP denies these allegations.

122.    To the extent that the allegations contained in Paragraph 122 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 122 are directed to TACP, TACP denies these allegations.

123.    To the extent that the allegations contained in Paragraph 123 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

extent that the allegations contained in Paragraph 123 are directed to TACP, TACP denies these allegations.

124.    To the extent that the allegations contained in Paragraph 124 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 124 are directed to TACP, TACP denies these allegations.

125.    To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 125 are directed to TACP, TACP denies these allegations.

### 2.    Bilateral Discussions

126.    To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 126 are directed to TACP, TACP denies these allegations.

127.    To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 127 are directed to TACP, TACP denies these allegations.

128.    To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 128 are directed to TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

129.    To the extent that the allegations contained in Paragraph 129 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 129 are directed to TACP, TACP denies these allegations.

130.    To the extent that the allegations contained in Paragraph 130 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 130 are directed to TACP, TACP denies these allegations.

131.    To the extent that the allegations contained in Paragraph 131 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 131 are directed to TACP, TACP denies these allegations.

**3.    Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions**

132.    Paragraph 132 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, therefore, denies the allegations.

133.    Paragraph 133 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, therefore, denies the allegations.

134.    Paragraph 134 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3

135.   Paragraph 135 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and, therefore, denies the allegations.

4
5
6

136.   Paragraph 136 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and, therefore, denies the allegations.

7
8
9

137.   Paragraph 137 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and, therefore, denies the allegations.

10
11
12

138.   Paragraph 138 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and, therefore, denies the allegations.

13
14
15

139.   Paragraph 139 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and, therefore, denies the allegations.

16
17
18

140.   Paragraph 140 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and, therefore, denies the allegations.

19
20
21

141.   Paragraph 141 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and, therefore, denies the allegations.

22
23
24

142.   Paragraph 142 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and, therefore, denies the allegations.

25
26
27

143.   Paragraph 143 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

144.    Paragraph 144 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, therefore, denies the allegations.

145.    Paragraph 145 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and, therefore, denies the allegations.

146.    Paragraph 146 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and, therefore, denies the allegations.

147.    Paragraph 147 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and, therefore, denies the allegations.

148.    Paragraph 148 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and, therefore, denies the allegations.

149.    To the extent that the allegations contained in Paragraph 149 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 149 are directed to TACP, TACP denies these allegations.

150.    To the extent that the allegations contained in Paragraph 150 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 150 are directed to TACP, TACP denies these allegations.

151.    To the extent that the allegations contained in Paragraph 151 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies the allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 151 are directed to TACP, TACP denies these allegations.

152.   Paragraph 152 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, therefore, denies the allegations.

153.   Paragraph 153 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and, therefore, denies the allegations.

154.   Paragraph 154 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and, therefore, denies the allegations.

155.   To the extent that Paragraph 155 consists of Plaintiffs' characterization of their claims and Plaintiffs' explanation of a defined term used in the FAC, no response is required.   To the extent that the allegations contained in Paragraph 155 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 155 may be deemed to require a response from TACP, TACP denies these allegations.

**E.    The CRT Market During the Conspiracy**

156.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, therefore, denies the allegations.

157.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and, therefore, denies the allegations.

158.   To the extent that Paragraph 158 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.   To the extent that the allegations contained in Paragraph 158 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

extent that the allegations contained in Paragraph 158 may be deemed to require a response from TACP, TACP denies these allegations.

159.   To the extent that the allegations contained in Paragraph 159 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 159 are directed to TACP, TACP denies these allegations.

160.   To the extent that the allegations contained in Paragraph 160 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 160 are directed to TACP, TACP denies these allegations.

**F.   International Government Antitrust Investigations**

161.   To the extent that Paragraph 161 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 161 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 161 are directed to TACP, TACP denies these allegations.

162.   To the extent that Paragraph 162 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 162 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 162 may be deemed to require a response from TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

163.    To the extent that Paragraph 163 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 163 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 163 may be deemed to require a response from TACP, TACP denies these allegations.

164.    To the extent that Paragraph 164 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 164 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 164 may be deemed to require a response from TACP, TACP denies these allegations.

165.    To the extent that Paragraph 165 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 165 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 165 may be deemed to require a response from TACP, TACP denies these allegations.

166.    To the extent that Paragraph 166 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 166 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 166 may be deemed to require a response from TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

167.    To the extent that Paragraph 167 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 167 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 167 may be deemed to require a response from TACP, TACP denies these allegations.

168.    To the extent that Paragraph 168 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 168 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 168 may be deemed to require a response from TACP, TACP denies these allegations.

169.    To the extent that the allegations contained in Paragraph 169 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 169 are directed to TACP, TACP denies these allegations.

170.    To the extent that the allegations contained in Paragraph 170 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 170 are directed to TACP, TACP denies these allegations.

171.    To the extent that Paragraph 171 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 171 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   a belief as to the truth of these allegations and, therefore, denies these allegations.  To the
2   extent that the allegations contained in Paragraph 171 may be deemed to require a response
3   from TACP, TACP denies these allegations.

4       172.   To the extent that Paragraph 172 consists of purported statements by
5   government authorities or statements in public documents, those statements speak for
6   themselves and no response is required.  To the extent that the allegations contained in
7   Paragraph 172 may be deemed to require a response from TACP, TACP denies these
8   allegations.

9       173.   To the extent that Paragraph 173 consists of purported statements by
10  government authorities or statements in public documents, those statements speak for
11  themselves and no response is required.  To the extent that the allegations contained in
12  Paragraph 173 may be deemed to require a response from TACP, TACP denies these
13  allegations.

14      174.   To the extent that Paragraph 174 consists of purported statements by
15  government authorities or statements in public documents, those statements speak for
16  themselves and no response is required.  To the extent that the allegations contained in
17  Paragraph 174 may be deemed to require a response from TACP, TACP denies these
18  allegations.

19      **G.   The Role of Trade Associations During the Relevant Period**

20      175.   TACP lacks knowledge or information sufficient to form a belief as to the
21  truth of the allegations contained in Paragraph 175 and, therefore, denies these allegations.

22      176.   Paragraph 176 relates to other Defendants or third parties.  Accordingly,
23  TACP lacks knowledge or information sufficient to form a belief as to the truth of the
24  allegations contained in Paragraph 176 and, therefore, denies these allegations.

25      177.   TACP lacks knowledge or information sufficient to form a belief as to the
26  truth of the allegations contained in Paragraph 177 and, therefore, denies these allegations.

27      178.   TACP lacks knowledge or information sufficient to form a belief as to the
28  truth of the allegations contained in Paragraph 178 and, therefore, denies these allegations.

179.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 and, therefore, denies these allegations.

**H.    Effects of Defendants' Antitrust Violations**

    **1.    Examples of Reductions in Manufacturing Capacity by Defendants**

180.    To the extent that the allegations contained in Paragraph 180 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 180 are directed to TACP, TACP denies these allegations.

181.    To the extent that the allegations contained in Paragraph 181 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 181 are directed to TACP, TACP denies these allegations.

182.    Paragraph 182 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and, therefore, denies these allegations.

183.    Paragraph 183 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, therefore, denies these allegations.

184.    Paragraph 184 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and, therefore, denies these allegations.

185.    Paragraph 185 relates to other Defendants or third parties.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## 2.    Examples of Collusive Pricing for CRT Products

186.    To the extent that Paragraph 186 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 186 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 186 may be deemed to require a response from TACP, TACP denies these allegations.

187.    To the extent that Paragraph 187 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 187 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 187 may be deemed to require a response from TACP, TACP denies these allegations.

188.    To the extent that Paragraph 188 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 188 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 188 may be deemed to require a response from TACP, TACP denies these allegations.

189.    To the extent that Paragraph 189 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 189 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 189 may be deemed to require a response from TACP, TACP denies these allegations.

190.   To the extent that Paragraph 190 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 190 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 190 may be deemed to require a response from TACP, TACP denies these allegations.

191.   To the extent that the allegations contained in Paragraph 191 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 191 are directed to TACP, TACP denies these allegations.

192.   To the extent that Paragraph 192 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 192 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 192 may be deemed to require a response from TACP, TACP denies these allegations.

193.   Paragraph 193 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 and, therefore, denies these allegations.

194.   To the extent that Paragraph 194 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 194 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 194 may be deemed to require a response from TACP, TACP denies these allegations.

195.   To the extent that Paragraph 195 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 195 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 195 may be deemed to require a response from TACP, TACP denies these allegations.

196.   To the extent that the allegations contained in Paragraph 196 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 196 are directed to TACP, TACP denies these allegations.

**I.     Summary of Effects of the Conspiracy Involving CRT Products**

197.   Paragraph 197 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 197 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 197 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

198.    Paragraph 198 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 198 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 198 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VII. FRAUDULENT CONCEALMENT

199. Paragraph 199 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 199 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 199 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

200. Paragraph 200 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 200 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 200 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

201. Paragraph 201 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 201 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 201 may be deemed to require a response from TACP, TACP lacks knowledge

1   or information sufficient to form a belief as to the truth of these allegations and, therefore,

2   denies these allegations.

3       202.    Paragraph 202 consists of argument, Plaintiffs' characterization of their claims

4   or legal conclusions, to which no response is required.  To the extent that the allegations

5   contained in Paragraph 202 relate to other Defendants or third parties, TACP lacks

6   knowledge or information sufficient to form a belief as to the truth of these allegations and,

7   therefore, denies these allegations.   To the extent that the allegations contained in

8   Paragraph 202 may be deemed to require a response from TACP, TACP lacks knowledge

9   or information sufficient to form a belief as to the truth of these allegations and, therefore,

10  denies these allegations.

11      203.    Paragraph 203 consists of argument, Plaintiffs' characterization of their claims

12  or legal conclusions, to which no response is required.  To the extent that the allegations

13  contained in Paragraph 203 relate to other Defendants or third parties, TACP lacks

14  knowledge or information sufficient to form a belief as to the truth of these allegations and,

15  therefore, denies these allegations.   To the extent that the allegations contained in

16  Paragraph 203 may be deemed to require a response from TACP, TACP lacks knowledge

17  or information sufficient to form a belief as to the truth of these allegations and, therefore,

18  denies these allegations.

19      204.    Paragraph 204 consists of argument, Plaintiffs' characterization of their claims

20  or legal conclusions, to which no response is required.  To the extent that the allegations

21  contained in Paragraph 204 relate to other Defendants or third parties, TACP lacks

22  knowledge or information sufficient to form a belief as to the truth of these allegations and,

23  therefore, denies these allegations.   To the extent that the allegations contained in

24  Paragraph 204 may be deemed to require a response from TACP, TACP lacks knowledge

25  or information sufficient to form a belief as to the truth of these allegations and, therefore,

26  denies these allegations.

27      205.    Paragraph 205 consists of argument, Plaintiffs' characterization of their claims

28  or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

contained in Paragraph 205 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 205 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

206.   Paragraph 206 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 206 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 206 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

207.   To the extent that the allegations contained in Paragraph 207 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 207 are directed to TACP, TACP denies these allegations.

208.   To the extent that the allegations contained in Paragraph 208 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 208 are directed to TACP, TACP denies these allegations.

209.   To the extent that the allegations contained in Paragraph 209 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   extent that the allegations contained in Paragraph 209 are directed to TACP, TACP denies

2   these allegations.

3        210.   Paragraph 210 consists of argument, Plaintiffs' characterization of their claims

4   or legal conclusions, to which no response is required.  To the extent that the allegations

5   contained in Paragraph 210 relate to other Defendants or third parties, TACP lacks

6   knowledge or information sufficient to form a belief as to the truth of these allegations and,

7   therefore, denies these allegations.   To the extent that the allegations contained in

8   Paragraph 210 may be deemed to require a response from TACP, TACP lacks knowledge

9   or information sufficient to form a belief as to the truth of these allegations and, therefore,

10   denies these allegations.

11        211.   Paragraph 211 consists of argument, Plaintiffs' characterization of their claims

12   or legal conclusions, to which no response is required.  To the extent that the allegations

13   contained in Paragraph 211 relate to other Defendants or third parties, TACP lacks

14   knowledge or information sufficient to form a belief as to the truth of these allegations and,

15   therefore, denies these allegations.   To the extent that the allegations contained in

16   Paragraph 211 may be deemed to require a response from TACP, TACP lacks knowledge

17   or information sufficient to form a belief as to the truth of these allegations and, therefore,

18   denies these allegations.

19        212.   Paragraph 212 consists of argument, Plaintiffs' characterization of their claims

20   or legal conclusions, to which no response is required.  To the extent that the allegations

21   contained in Paragraph 212 relate to other Defendants or third parties, TACP lacks

22   knowledge or information sufficient to form a belief as to the truth of these allegations and,

23   therefore, denies these allegations.   To the extent that the allegations contained in

24   Paragraph 212 may be deemed to require a response from TACP, TACP lacks knowledge

25   or information sufficient to form a belief as to the truth of these allegations and, therefore,

26   denies these allegations.

27        213.   Paragraph 213 consists of argument, Plaintiffs' characterization of their claims

28   or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6

contained in Paragraph 213 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

7
8
9
10
11
12

214.    To the extent that the allegations contained in Paragraph 214 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 214 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

13
14
15
16
17
18

215.    To the extent that the allegations contained in Paragraph 215 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 215 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

19
20
21
22
23
24
25
26

216.    Paragraph 216 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 216 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 216 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

27
28

217.    Paragraph 217 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

contained in Paragraph 217 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 217 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

218.    Paragraph 218 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 218 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 218 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VIII. CLAIM FOR VIOLATIONS OF 15 U.S.C. § 1

219.    TACP hereby incorporates by reference its responses to Paragraphs 1-218 of the FAC, as set forth above.

220.    Paragraph 220 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 220 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 220 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

221.    Paragraph 221 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 221 relate to other Defendants or third parties, TACP lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  knowledge or information sufficient to form a belief as to the truth of these allegations and,

2  therefore, denies these allegations.   To the extent that the allegations contained in

3  Paragraph 221 may be deemed to require a response from TACP, TACP lacks knowledge

4  or information sufficient to form a belief as to the truth of these allegations and, therefore,

5  denies these allegations.

6          222.    Paragraph 222 consists of argument, Plaintiffs' characterization of their claims

7  or legal conclusions, to which no response is required.   To the extent that the allegations

8  contained in Paragraph 222 relate to other Defendants or third parties, TACP lacks

9  knowledge or information sufficient to form a belief as to the truth of these allegations and,

10  therefore, denies these allegations.   To the extent that the allegations contained in

11  Paragraph 222 may be deemed to require a response from TACP, TACP lacks knowledge

12  or information sufficient to form a belief as to the truth of these allegations and, therefore,

13  denies these allegations.

14          223.    Paragraph 223 consists of argument, Plaintiffs' characterization of their claims

15  or legal conclusions, to which no response is required.   To the extent that the allegations

16  contained in Paragraph 223 relate to other Defendants or third parties, TACP lacks

17  knowledge or information sufficient to form a belief as to the truth of these allegations and,

18  therefore, denies these allegations.   To the extent that the allegations contained in

19  Paragraph 223 may be deemed to require a response from TACP, TACP lacks knowledge

20  or information sufficient to form a belief as to the truth of these allegations and, therefore,

21  denies these allegations.

22          224.    Paragraph 224 consists of argument, Plaintiffs' characterization of their claims

23  or legal conclusions, to which no response is required.   To the extent that the allegations

24  contained in Paragraph 224 relate to other Defendants or third parties, TACP lacks

25  knowledge or information sufficient to form a belief as to the truth of these allegations and,

26  therefore, denies these allegations.   To the extent that the allegations contained in

27  Paragraph 224 may be deemed to require a response from TACP, TACP lacks knowledge

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   or information sufficient to form a belief as to the truth of these allegations and, therefore,

2   denies these allegations.

3       225.    Paragraph 225 consists of argument, Plaintiffs' characterization of their claims

4   or legal conclusions, to which no response is required.  To the extent that the allegations

5   contained in Paragraph 225 relate to other Defendants or third parties, TACP lacks

6   knowledge or information sufficient to form a belief as to the truth of these allegations and,

7   therefore, denies these allegations.   To the extent that the allegations contained in

8   Paragraph 225 may be deemed to require a response from TACP, TACP lacks knowledge

9   or information sufficient to form a belief as to the truth of these allegations and, therefore,

10  denies these allegations.

11      226.    Paragraph 226 consists of argument, Plaintiffs' characterization of their claims

12  or legal conclusions, to which no response is required.  To the extent that the allegations

13  contained in Paragraph 226 relate to other Defendants or third parties, TACP lacks

14  knowledge or information sufficient to form a belief as to the truth of these allegations and,

15  therefore, denies these allegations.   To the extent that the allegations contained in

16  Paragraph 226 may be deemed to require a response from TACP, TACP lacks knowledge

17  or information sufficient to form a belief as to the truth of these allegations and, therefore,

18  denies these allegations.

19      227.    Paragraph 227 consists of argument, Plaintiffs' characterization of their claims

20  or legal conclusions, to which no response is required.  To the extent that the allegations

21  contained in Paragraph 227 relate to other Defendants or third parties, TACP lacks

22  knowledge or information sufficient to form a belief as to the truth of these allegations and,

23  therefore, denies these allegations.   To the extent that the allegations contained in

24  Paragraph 227 may be deemed to require a response from TACP, TACP lacks knowledge

25  or information sufficient to form a belief as to the truth of these allegations and, therefore,

26  denies these allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

## IX.   PRAYER FOR RELIEF

2      228.   In answer to the Prayer for Relief, TACP denies each and every allegation in

3   the Prayer and further specifically denies that Plaintiffs are entitled to any of the relief

4   requested or any remedy whatsoever against TACP.  All allegations of the FAC not

5   heretofore admitted or denied are here and now denied as though specifically denied

6   herein.

7   **<u>DEFENSES/AFFIRMATIVE DEFENSES</u>**

8      Without assuming any burden it would not otherwise bear, and reserving its right to

9   amend its Answer to assert additional defenses as they may become known during

10   discovery, TACP asserts the following separate and additional defenses:

11   **<u>FIRST DEFENSE</u>**

12      Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust

13   Improvements Act, 15 U.S.C. § 6a.

14   **<u>SECOND DEFENSE</u>**

15      Plaintiffs have failed to plead fraudulent concealment with the particularity required

16   by Rule 9(b) of the Federal Rules of Civil Procedure.

17   **<u>THIRD DEFENSE</u>**

18      Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to

19   bring or maintain the claims set forth in the FAC.

20   **<u>FOURTH DEFENSE</u>**

21      Plaintiffs' claims are barred, in whole or in part, to the extent that they did not

22   purchase CRT products directly from Defendants, because they are indirect purchasers and

23   barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

24   **<u>FIFTH DEFENSE</u>**

25      Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no

26   antitrust injury.

27

28

TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S ANSWER
TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    **SIXTH DEFENSE**

2        Plaintiffs' claims are barred, in whole or in part, by applicable statutes of limitations,

3    including but not limited to:  15 U.S.C. § 15b.

4    **SEVENTH DEFENSE**

5        Plaintiffs' claims are barred, in whole or in part, because no Plaintiff has been injured

6    in its business or property by reason of any action of TACP.

7    **EIGHTH DEFENSE**

8        Plaintiffs' claims are barred, in whole or in part, because any alleged injuries and

9    damages were not legally or proximately caused by any acts or omissions of TACP or were

10   caused, if at all, solely and proximately by the conduct of third parties including, without

11   limitation, the prior, intervening or superseding conduct of such third parties.

12   **NINTH DEFENSE**

13       To the extent that any actionable conduct occurred, Plaintiffs' claims against TACP

14   are barred because all such conduct would have been committed by individuals acting *ultra*

15   *vires*.

16   **TENTH DEFENSE**

17       Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no

18   damages as a result of any actions taken by TACP or the other Defendants.

19   **ELEVENTH DEFENSE**

20       Plaintiffs' claims are barred, in whole or in part, because the alleged damages, if any,

21   are speculative and because of the impossibility of the ascertainment and allocation of such

22   alleged damages.

23   **TWELFTH DEFENSE**

24       Plaintiffs' claims are barred, in whole or in part, because any actions or practices of

25   TACP that are the subject of the FAC were undertaken unilaterally for legitimate business

26   reasons and in pursuit of TACP's independent interests and those of its customers, and

27   were not the product of any contract, combination or conspiracy between TACP and any

28   other person or entity.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**THIRTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of TACP that are the subject of the FAC were adopted in furtherance of legitimate business interests of TACP and of its customers and did not unreasonably restrain competition.

**FOURTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of TACP that are the subject of the FAC were cost justified or otherwise economically justified and resulted from a good-faith effort to meet competition or market conditions.

**FIFTEENTH DEFENSE**

To the extent there is a finding of an illegal overcharge, Plaintiffs' claims are barred, in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by others, and was not passed through to the indirect purchasers.

**SIXTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because, as indirect purchasers, they fail to meet their burden of proving that they were damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge of which complaint is made and which was not absorbed by predecessors to Plaintiffs in the chain of distribution was not passed on to a third party.

**SEVENTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent they seek improper multiple damage awards and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the United States Constitution.

**EIGHTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**NINETEENTH DEFENSE**

Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs have available an adequate remedy at law.

**TWENTIETH DEFENSE**

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TACP contends that it is entitled to set off any amounts paid to Plaintiffs by any Defendants other than TACP who have settled, or do settle, Plaintiffs' claims against them in this action.

**TWENTY-FIRST DEFENSE**

Plaintiffs' claims for injunctive relief are barred, in whole or in part, insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

**TWENTY-SECOND DEFENSE**

TACP adopts by reference any applicable defense pleaded by any other Defendant not otherwise expressly set forth herein.

**TWENTY-THIRD DEFENSE**

TACP reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

**TACP'S PRAYER FOR RELIEF**

WHEREFORE, TACP prays for judgment as follows:

1. That Plaintiffs take nothing by reason of the FAC, and that the action be dismissed with prejudice;

2. That the Court enter judgment in favor of TACP and against Plaintiffs with respect to all causes of action in the FAC;

3. That the Court award TACP its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4. That the Court order such other further relief for TACP as the Court may deem just and proper.

TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S ANSWER
TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Dated:  March 27, 2014                    Respectfully submitted,

**WHITE & CASE** LLP

By:   /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendant*
*Toshiba America Consumer Products, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## <u>CERTIFICATE OF SERVICE</u>

On March 27, 2014, I caused a copy of the "TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S ANSWER TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT" to be served via ECF on the other parties in this action.


By:   */s/ Lucius B. Lau*
　　　 Lucius B. Lau (*pro hac vice*)