Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd., et al.*<br><br>Civil Action No. 13-02171-SC | **TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.'S ANSWER TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT**<br><br>The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

For its Answer to Dell Inc. and Dell Products L.P.'s First Amended Complaint, Defendant Toshiba America Electronic Components, Inc. ("TAEC") states as follows:

## I.   INTRODUCTION[1]

1.    The allegations contained in Paragraph 1 consist of Plaintiffs' characterization of their claims and an explanation of defined terms used in their FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

2.    To the extent that the allegations contained in Paragraph 2 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 2 are directed to TAEC, TAEC denies these allegations.

3.    To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to TAEC, TAEC denies these allegations. The second and third sentences of Paragraph 3 consist of Plaintiffs' explanation of defined terms used in their FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations in the second and third sentences of Paragraph 3.

4.    To the extent that the allegations contained in Paragraph 4 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 4 are directed to TAEC, TAEC denies these allegations.

5.    To the extent that the allegations contained in Paragraph 5 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the

---

[1] For ease of reference, the headings in this Answer correspond to the headings in the FAC.

TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.'S ANSWER
TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 5 are directed to TAEC, TAEC denies these allegations.

6.     To the extent that the allegations contained in Paragraph 6 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 6 are directed to TAEC, TAEC denies these allegations.

7.     To the extent that the allegations contained in Paragraph 7 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 7 are directed to TAEC, TAEC denies these allegations.

8.     To the extent that the allegations contained in Paragraph 8 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 8 are directed to TAEC, TAEC denies these allegations.

9.     To the extent that Paragraph 9 consists of, or refers to purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 9 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 9 may be deemed to require a response from TAEC, TAEC denies these allegations.

10.     To the extent that the allegations contained in Paragraph 10 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 10 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## II.   JURISDICTION AND VENUE

11.    The allegations contained in Paragraph 11 consist of Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations of Paragraph 11.

12.    The allegations contained in Paragraph 12 consist of Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations of Paragraph 12.

13.    The allegations contained in Paragraph 13 consist of Plaintiffs' characterization of their case and legal conclusions to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations of Paragraph 13.

14.    The allegations contained in Paragraph 14 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations of Paragraph 14.

15.    The allegations in Paragraph 15 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations of Paragraph 15.

## III.  THE PARTIES

### A.    Plaintiffs

16.    TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, therefore, denies the allegations.

17.    TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18.    Paragraph 18 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations contained in Paragraph 18.

19.    TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

20.     To the extent that the allegations contained in Paragraph 20 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 20 are directed to TAEC, TAEC denies these allegations.

21.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22.     The allegations contained in Paragraph 22 consist of Plaintiffs' characterization of their claims to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations in Paragraph 22.

**B.     The Defendants**

**1.     Hitachi Entities**

23.     Paragraph 23 relates to another Defendant.  Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.     Paragraph 24 relates to another Defendant.  Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.     Paragraph 25 relates to another Defendant.  Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the allegations.

26.     Paragraph 26 relates to another Defendant.  Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

27.      Paragraph 27 relates to another Defendant.  Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

28.     Paragraph 28 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, denies the allegations.

29.     Paragraph 29 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations contained in Paragraph 29.

### 2.     Irico Entities

30.     Paragraph 30 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     Paragraph 31 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.     Paragraph 32 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, therefore, denies the allegations.

33.     Paragraph 33 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations contained in Paragraph 33.

### 3.     LG Electronics Entities

34.     Paragraph 34 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.     Paragraph 35 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

36.     Paragraph 36 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, therefore, denies the allegations.

37.     Paragraph 37 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations contained in Paragraph 37.

### 4.     Mitsubishi Entities

38.     Paragraph 38 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.     Paragraph 39 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.     Paragraph 40 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, denies the allegations.

41.     Paragraph 41 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations contained in Paragraph 41.

### 5.     LP Displays

42.     Paragraph 42 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

### 6.     Phillips Entities

43.     Paragraph 43 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

44.     Paragraph 44 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, denies the allegations.

45.     Paragraph 45 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

46.     Paragraph 46 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

47.     Paragraph 47 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations contained in Paragraph 47.

**7.     Samsung Entities**

48.     Paragraph 48 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

49.     Paragraph 49 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

50.     Paragraph 50 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

51.     Paragraph 51 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, therefore, denies the allegations.

52.     Paragraph 52 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

53.     Paragraph 53 relates to another Defendant.    Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

54.     Paragraph 54 relates to another Defendant.    Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, denies the allegations.

55.     Paragraph 55 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations contained in Paragraph 55.

### 8.    Samtel

56.     Paragraph 56 relates to another Defendant.    Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations.

### 9.    Thai CRT

57.     Paragraph 57 relates to another Defendant.    Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

### 10.    Thomson Entities

58.     Paragraph 58 relates to another Defendant.    Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, denies the allegations.

59.     Paragraph 59 relates to another Defendant.    Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and, therefore, denies the allegations.

60.     Paragraph 60 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations contained in Paragraph 60.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 11. Toshiba Entities

61.    Paragraph 61 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations except that TAEC admits the allegations contained in the first sentence of Paragraph 61.

62.    Paragraph 62 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, denies the allegations.

63.    TAEC denies the allegations of Paragraph 64, except that it admits that its business address is 9740 Irvine Boulevard, Irvine, California 92718-1697 and that it is a wholly-owned subsidiary of Toshiba America, Inc.  TAEC avers that it sold cathode ray tubes and certain electronic devices containing cathode ray tubes during the Relevant Period.

64.    Paragraph 64 relates to another Defendant.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, denies the allegations.

65.    Paragraph 65 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAEC denies the allegations contained in Paragraph 65.

## IV.   AGENTS AND CO-CONSPIRATORS

66.    To the extent that the allegations contained in Paragraph 66 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 66 are directed to TAEC, TAEC denies these allegations.

67.    To the extent that the allegations contained in Paragraph 67 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the

1    allegations contained in Paragraph 67 are directed to TAEC, TAEC denies these
2    allegations.

3        68.    Paragraph 68 relates to other companies.    Accordingly, TAEC lacks
4    knowledge or information sufficient to form a belief as to the truth of the allegations
5    contained in Paragraph 68 and, therefore, denies the allegations.

6        69.    Paragraph 69 relates to another company.    Accordingly, TAEC lacks
7    knowledge or information sufficient to form a belief as to the truth of the allegations
8    contained in Paragraph 69 and, therefore, denies the allegations.

9        70.    Paragraph 70 relates to another company.    Accordingly, TAEC lacks
10   knowledge or information sufficient to form a belief as to the truth of the allegations
11   contained in Paragraph 70 and, therefore, denies the allegations.

12       71.    Paragraph 71 consists of Plaintiffs' explanation of a defined term used in the
13   FAC, to which no response is required.  To the extent that a response is deemed required,
14   TAEC denies the allegations contained in Paragraph 71.

15       72.    Paragraph 72 relates to other companies.    Accordingly, TAEC lacks
16   knowledge or information sufficient to form a belief as to the truth of the allegations
17   contained in Paragraph 72 and, therefore, denies the allegations.

18       73.    Paragraph 73 consists of Plaintiffs' explanation of a defined term used in the
19   FAC, to which no response is required.  To the extent that a response is deemed required,
20   TAEC denies the allegations contained in Paragraph 73.

21       74.    Paragraph 74 relates to another company.    Accordingly, TAEC lacks
22   knowledge or information sufficient to form a belief as to the truth of the allegations and,
23   therefore, denies the allegations.

24       75.    Paragraph 75 relates to another company.    Accordingly, TAEC lacks
25   knowledge or information sufficient to form a belief as to the truth of the allegations
26   contained in Paragraph 75 and, therefore, denies the allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

76.     Paragraph 76 relates to another company.    Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

77.     To the extent that the allegations contained in Paragraph 77 relate to other Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 77 are directed to TAEC, TAEC denies these allegations.

**V.     TRADE AND COMMERCE**

78.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, therefore, denies the allegations.

79.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, therefore, denies the allegations.

80.     Paragraph 80 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.    To the extent that the allegations contained in Paragraph 80 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**VI.    FACTUAL ALLEGATIONS**

**A.    CRT Technology**

81.     TAEC admits the allegations contained in Paragraph 81.

82.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations.

83.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, therefore, denies the allegations.

84.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

85.     To the extent that Paragraph 85 describes CRT technology generally, and claims that that CDTs and CPTs are separate products, TAEC admits the allegations in Paragraph 85, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.  TAEC denies the remaining allegations in Paragraph 85.

86.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, therefore, denies the allegations.

87.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations.

88.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first two sentences of Paragraph 88 and, therefore, denies the allegations.  The third sentence of Paragraph 88 consists of argument and Plaintiffs' characterization of their claims, to which no response is required.  To the extent that allegations contained in the third sentence of Paragraph 88 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

89.     Paragraph 89 consists of argument and Plaintiffs' characterization of their claims, to which no response is required.  To the extent that allegations contained in Paragraph 89 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**B.     Structure of the CRT Industry**

90.     TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, denies the allegations.

**1.     Market Concentration**

91.     To the extent that the allegations contained in Paragraph 91 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 91 are directed to TAEC, TAEC denies these allegations.

**2. Information Sharing**

92. TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

93. To the extent that the allegations contained in Paragraph 93 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 93 are directed to TAEC, TAEC denies these allegations.

**3. Consolidation**

94. To the extent that the allegations contained in Paragraph 94 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**4. Multiple Interrelated Business Relationships**

95. TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, therefore, denies the allegations.

96. To the extent that the allegations contained in Paragraph 96 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 96 are directed to TAEC, TAEC denies these allegations.

**5. High Costs of Entry Into the Industry**

97. TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

98. TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### 6.  The Maturity of the CRT Product Market

99.  TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

100.  TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

101.  TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

102.  TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

### C.  Pre-Conspiracy Market

103.  TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, therefore, denies the allegations.

104.  Paragraph 104 relates to other Defendants.  Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and, therefore, denies the allegations.

### D.  Defendants' and Co-Conspirators' Illegal Agreements

105.  To the extent that the allegations contained in Paragraph 105 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 105 are directed to TAEC, TAEC denies these allegations.

106.  To the extent that the allegations contained in Paragraph 106 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 106 are directed to TAEC, TAEC denies these allegations.

107.    Paragraph 107 relates to other Defendants.    Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, therefore, denies the allegations.

108.    To the extent that the allegations contained in Paragraph 108 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 108 are directed to TAEC, TAEC denies these allegations.

109.    To the extent that the allegations contained in Paragraph 109 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 109 are directed to TAEC, TAEC denies these allegations.

**1.    "Glass Meetings"**

110.    To the extent that the allegations contained in Paragraph 110 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 110 are directed to TAEC, TAEC denies these allegations.

111.    To the extent that the allegations contained in Paragraph 111 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 111 are directed to TAEC, TAEC denies these allegations.

112.    To the extent that the allegations contained in Paragraph 112 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 112 are directed to TAEC, TAEC denies these allegations.

113.    To the extent that the allegations contained in Paragraph 113 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 113 are directed to TAEC, TAEC denies these allegations.

114.    To the extent that the allegations contained in Paragraph 114 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 114 are directed to TAEC, TAEC denies these allegations.

115.    To the extent that the allegations contained in Paragraph 115 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 115 are directed to TAEC, TAEC denies these allegations.

116.    To the extent that the allegations contained in Paragraph 116 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 116 are directed to TAEC, TAEC denies these allegations.

117.    To the extent that the allegations contained in Paragraph 117 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 117 are directed to TAEC, TAEC denies these allegations.

118.    To the extent that the allegations contained in Paragraph 118 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 118 are directed to TAEC, TAEC denies these allegations.

119.    To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 119 are directed to TAEC, TAEC denies these allegations.

120.    To the extent that the allegations contained in Paragraph 120 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 120 are directed to TAEC, TAEC denies these allegations.

121.    To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 121 are directed to TAEC, TAEC denies these allegations.

122.    To the extent that the allegations contained in Paragraph 122 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 122 are directed to TAEC, TAEC denies these allegations.

123.    To the extent that the allegations contained in Paragraph 123 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 123 are directed to TAEC, TAEC denies these allegations.

124.    To the extent that the allegations contained in Paragraph 124 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 124 are directed to TAEC, TAEC denies these allegations.

125.    To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 125 are directed to TAEC, TAEC denies these allegations.

**2.     Bilateral Discussions**

126.    To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 126 are directed to TAEC, TAEC denies these allegations.

127.    To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 127 are directed to TAEC, TAEC denies these allegations.

128.    To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 128 are directed to TAEC, TAEC denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

129.    To the extent that the allegations contained in Paragraph 129 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 129 are directed to TAEC, TAEC denies these allegations.

130.    To the extent that the allegations contained in Paragraph 130 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 130 are directed to TAEC, TAEC denies these allegations.

131.    To the extent that the allegations contained in Paragraph 131 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 131 are directed to TAEC, TAEC denies these allegations.

### 3.    Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions

132.    Paragraph 132 relates to other Defendants.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, therefore, denies the allegations.

133.    Paragraph 133 relates to other Defendants.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, therefore, denies the allegations.

134.    Paragraph 134 relates to other Defendants.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    135.    Paragraph 135 relates to other Defendants.    Accordingly, TAEC lacks

2    knowledge or information sufficient to form a belief as to the truth of the allegations

3    contained in Paragraph 135 and, therefore, denies the allegations.

4    136.    Paragraph 136 relates to other Defendants.    Accordingly, TAEC lacks

5    knowledge or information sufficient to form a belief as to the truth of the allegations

6    contained in Paragraph 136 and, therefore, denies the allegations.

7    137.    Paragraph 137 relates to other Defendants.    Accordingly, TAEC lacks

8    knowledge or information sufficient to form a belief as to the truth of the allegations

9    contained in Paragraph 137 and, therefore, denies the allegations.

10    138.    Paragraph 138 relates to other Defendants.    Accordingly, TAEC lacks

11    knowledge or information sufficient to form a belief as to the truth of the allegations

12    contained in Paragraph 138 and, therefore, denies the allegations.

13    139.    Paragraph 139 relates to other Defendants.    Accordingly, TAEC lacks

14    knowledge or information sufficient to form a belief as to the truth of the allegations

15    contained in Paragraph 139 and, therefore, denies the allegations.

16    140.    Paragraph 140 relates to other Defendants.    Accordingly, TAEC lacks

17    knowledge or information sufficient to form a belief as to the truth of the allegations

18    contained in Paragraph 140 and, therefore, denies the allegations.

19    141.    Paragraph 141 relates to other Defendants.    Accordingly, TAEC lacks

20    knowledge or information sufficient to form a belief as to the truth of the allegations

21    contained in Paragraph 141 and, therefore, denies the allegations.

22    142.    Paragraph 142 relates to other Defendants.    Accordingly, TAEC lacks

23    knowledge or information sufficient to form a belief as to the truth of the allegations

24    contained in Paragraph 142 and, therefore, denies the allegations.

25    143.    Paragraph 143 relates to other Defendants.    Accordingly, TAEC lacks

26    knowledge or information sufficient to form a belief as to the truth of the allegations

27    contained in Paragraph 143 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

144. Paragraph 144 relates to other Defendants. Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, therefore, denies the allegations.

145. Paragraph 145 relates to other Defendants. Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and, therefore, denies the allegations.

146. Paragraph 146 relates to other Defendants. Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and, therefore, denies the allegations.

147. Paragraph 147 relates to other Defendants. Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and, therefore, denies the allegations.

148. Paragraph 148 relates to other Defendants. Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and, therefore, denies the allegations.

149. To the extent that the allegations contained in Paragraph 149 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 149 are directed to TAEC, TAEC denies these allegations.

150. To the extent that the allegations contained in Paragraph 150 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 150 are directed to TAEC, TAEC denies these allegations.

151. To the extent that the allegations contained in Paragraph 151 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies the allegations. To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 151 are directed to TAEC, TAEC denies these allegations.

152.   Paragraph 152 relates to other Defendants.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, therefore, denies the allegations.

153.   Paragraph 153 relates to other Defendants.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and, therefore, denies the allegations.

154.   Paragraph 154 relates to other Defendants.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and, therefore, denies the allegations.

155.   To the extent that Paragraph 155 consists of Plaintiffs' characterization of their claims and Plaintiffs' explanation of a defined term used in the FAC, no response is required.   To the extent that the allegations contained in Paragraph 155 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 155 may be deemed to require a response from TAEC, TAEC denies these allegations.

**E.   The CRT Market During the Conspiracy**

156.   TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, therefore, denies the allegations.

157.   TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and, therefore, denies the allegations.

158.   To the extent that Paragraph 158 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.   To the extent that the allegations contained in Paragraph 158 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
extent that the allegations contained in Paragraph 158 may be deemed to require a response from TAEC, TAEC denies these allegations.

3
4
5
6
7
159.   To the extent that the allegations contained in Paragraph 159 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 159 are directed to TAEC, TAEC denies these allegations.

8
9
10
11
12
160.   To the extent that the allegations contained in Paragraph 160 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 160 are directed to TAEC, TAEC denies these allegations.

13
**F.   International Government Antitrust Investigations**

14
15
16
17
18
19
20
161.   To the extent that Paragraph 161 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 161 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 161 are directed to TAEC, TAEC denies these allegations.

21
22
23
24
25
26
27
162.   To the extent that Paragraph 162 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 162 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 162 may be deemed to require a response from TAEC, TAEC denies these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

163.   To the extent that Paragraph 163 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 163 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 163 may be deemed to require a response from TAEC, TAEC denies these allegations.

164.   To the extent that Paragraph 164 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 164 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 164 may be deemed to require a response from TAEC, TAEC denies these allegations.

165.   To the extent that Paragraph 165 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 165 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 165 may be deemed to require a response from TAEC, TAEC denies these allegations.

166.   To the extent that Paragraph 166 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 166 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 166 may be deemed to require a response from TAEC, TAEC denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   167.   To the extent that Paragraph 167 consists of purported statements by
2   government authorities or statements in public documents, those statements speak for
3   themselves and no response is required.  To the extent that the allegations contained in
4   Paragraph 167 relate to other Defendants or third parties, TAEC lacks knowledge or
5   information sufficient to form a belief as to the truth of these allegations and, therefore,
6   denies these allegations.  To the extent that the allegations contained in Paragraph 167 may
7   be deemed to require a response from TAEC, TAEC denies these allegations.

8   168.   To the extent that Paragraph 168 consists of purported statements by
9   government authorities or statements in public documents, those statements speak for
10  themselves and no response is required.  To the extent that the allegations contained in
11  Paragraph 168 relate to other Defendants or third parties, TAEC lacks knowledge or
12  information sufficient to form a belief as to the truth of these allegations and, therefore,
13  denies these allegations.  To the extent that the allegations contained in Paragraph 168 may
14  be deemed to require a response from TAEC, TAEC denies these allegations.

15  169.   To the extent that the allegations contained in Paragraph 169 relate to other
16  Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the
17  truth of these allegations and, therefore, denies these allegations.  To the extent that the
18  allegations contained in Paragraph 169 are directed to TAEC, TAEC denies these
19  allegations.

20  170.   To the extent that the allegations contained in Paragraph 170 relate to other
21  Defendants, TAEC lacks knowledge or information sufficient to form a belief as to the
22  truth of these allegations and, therefore, denies these allegations.  To the extent that the
23  allegations contained in Paragraph 170 are directed to TAEC, TAEC denies these
24  allegations.

25  171.   To the extent that Paragraph 171 consists of purported statements in news
26  reports or statements in public documents, those statements speak for themselves and no
27  response is required.  To the extent that the allegations contained in Paragraph 171 relate to
28  other Defendants or third parties, TAEC lacks knowledge or information sufficient to form

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 171 may be deemed to require a response from TAEC, TAEC denies these allegations.

172.   To the extent that Paragraph 172 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 172 may be deemed to require a response from TAEC, TAEC denies these allegations.

173.   To the extent that Paragraph 173 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 173 may be deemed to require a response from TAEC, TAEC denies these allegations.

174.   To the extent that Paragraph 174 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 174 may be deemed to require a response from TAEC, TAEC denies these allegations.

**G.   The Role of Trade Associations During the Relevant Period**

175.   TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 and, therefore, denies these allegations.

176.   Paragraph 176 relates to other Defendants or third parties.  Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 and, therefore, denies these allegations.

177.   TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 and, therefore, denies these allegations.

178.   TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

179.   TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 and, therefore, denies these allegations.

**H.   Effects of Defendants' Antitrust Violations**

**1.   Examples of Reductions in Manufacturing Capacity by Defendants**

180.   To the extent that the allegations contained in Paragraph 180 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 180 are directed to TAEC, TAEC denies these allegations.

181.   To the extent that the allegations contained in Paragraph 181 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 181 are directed to TAEC, TAEC denies these allegations.

182.   Paragraph 182 relates to other Defendants.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and, therefore, denies these allegations.

183.   Paragraph 183 relates to other Defendants.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, therefore, denies these allegations.

184.   Paragraph 184 relates to other Defendants.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and, therefore, denies these allegations.

185.   Paragraph 185 relates to other Defendants or third parties.   Accordingly, TAEC lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## 2.     Examples of Collusive Pricing for CRT Products

186.    To the extent that Paragraph 186 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 186 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 186 may be deemed to require a response from TAEC, TAEC denies these allegations.

187.    To the extent that Paragraph 187 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 187 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 187 may be deemed to require a response from TAEC, TAEC denies these allegations.

188.    To the extent that Paragraph 188 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 188 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 188 may be deemed to require a response from TAEC, TAEC denies these allegations.

189.    To the extent that Paragraph 189 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 189 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  extent that the allegations contained in Paragraph 189 may be deemed to require a response

2  from TAEC, TAEC denies these allegations.

3      190.   To the extent that Paragraph 190 consists of purported statements in news

4  reports or statements in public documents, those statements speak for themselves and no

5  response is required.  To the extent that the allegations contained in Paragraph 190 relate to

6  other Defendants or third parties, TAEC lacks knowledge or information sufficient to form

7  a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

8  extent that the allegations contained in Paragraph 190 may be deemed to require a response

9  from TAEC, TAEC denies these allegations.

10      191.   To the extent that the allegations contained in Paragraph 191 relate to other

11  Defendants or third parties, TAEC lacks knowledge or information sufficient to form a

12  belief as to the truth of these allegations and, therefore, denies these allegations.  To the

13  extent that the allegations contained in Paragraph 191 are directed to TAEC, TAEC denies

14  these allegations.

15      192.   To the extent that Paragraph 192 consists of purported statements in news

16  reports or statements in public documents, those statements speak for themselves and no

17  response is required.  To the extent that the allegations contained in Paragraph 192 relate to

18  other Defendants or third parties, TAEC lacks knowledge or information sufficient to form

19  a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

20  extent that the allegations contained in Paragraph 192 may be deemed to require a response

21  from TAEC, TAEC denies these allegations.

22      193.   Paragraph 193 relates to another Defendant.   Accordingly, TAEC lacks

23  knowledge or information sufficient to form a belief as to the truth of the allegations

24  contained in Paragraph 193 and, therefore, denies these allegations.

25      194.   To the extent that Paragraph 194 consists of purported statements in news

26  reports or statements in public documents, those statements speak for themselves and no

27  response is required.  To the extent that the allegations contained in Paragraph 194 relate to

28  other Defendants or third parties, TAEC lacks knowledge or information sufficient to form

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

2   extent that the allegations contained in Paragraph 194 may be deemed to require a response

3   from TAEC, TAEC denies these allegations.

4   195.   To the extent that Paragraph 195 consists of purported statements in news

5   reports or statements in public documents, those statements speak for themselves and no

6   response is required.  To the extent that the allegations contained in Paragraph 195 relate to

7   other Defendants or third parties, TAEC lacks knowledge or information sufficient to form

8   a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

9   extent that the allegations contained in Paragraph 195 may be deemed to require a response

10  from TAEC, TAEC denies these allegations.

11  196.   To the extent that the allegations contained in Paragraph 196 relate to other

12  Defendants or third parties, TAEC lacks knowledge or information sufficient to form a

13  belief as to the truth of these allegations and, therefore, denies these allegations.  To the

14  extent that the allegations contained in Paragraph 196 are directed to TAEC, TAEC denies

15  these allegations.

16  **I.     Summary of Effects of the Conspiracy Involving CRT Products**

17  197.   Paragraph 197 consists of argument, Plaintiffs' characterization of their claims

18  or legal conclusions, to which no response is required.  To the extent that the allegations

19  contained in Paragraph 197 relate to other Defendants or third parties, TAEC lacks

20  knowledge or information sufficient to form a belief as to the truth of these allegations and,

21  therefore, denies these allegations.   To the extent that the allegations contained in

22  Paragraph 197 may be deemed to require a response from TAEC, TAEC lacks knowledge

23  or information sufficient to form a belief as to the truth of these allegations and, therefore,

24  denies these allegations.

25  198.   Paragraph 198 consists of argument, Plaintiffs' characterization of their

26  claims or legal conclusions, to which no response is required.  To the extent that the

27  allegations contained in Paragraph 198 relate to other Defendants or third parties, TAEC

28  lacks knowledge or information sufficient to form a belief as to the truth of these

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 198 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**VII.  FRAUDULENT CONCEALMENT**

199.    Paragraph 199 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 199 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 199 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

200.    Paragraph 200 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 200 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 200 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

201.    Paragraph 201 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 201 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 201 may be deemed to require a response from TAEC, TAEC lacks knowledge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

202.     Paragraph 202 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 202 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 202 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

203.     Paragraph 203 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 203 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 203 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

204.     Paragraph 204 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 204 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 204 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

205.     Paragraph 205 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   contained in Paragraph 205 relate to other Defendants or third parties, TAEC lacks

2   knowledge or information sufficient to form a belief as to the truth of these allegations and,

3   therefore, denies these allegations.   To the extent that the allegations contained in

4   Paragraph 205 may be deemed to require a response from TAEC, TAEC lacks knowledge

5   or information sufficient to form a belief as to the truth of these allegations and, therefore,

6   denies these allegations.

7       206.    Paragraph 206 consists of argument, Plaintiffs' characterization of their claims

8   or legal conclusions, to which no response is required.   To the extent that the allegations

9   contained in Paragraph 206 relate to other Defendants or third parties, TAEC lacks

10   knowledge or information sufficient to form a belief as to the truth of these allegations and,

11   therefore, denies these allegations.   To the extent that the allegations contained in

12   Paragraph 206 may be deemed to require a response from TAEC, TAEC lacks knowledge

13   or information sufficient to form a belief as to the truth of these allegations and, therefore,

14   denies these allegations.

15       207.    To the extent that the allegations contained in Paragraph 207 relate to other

16   Defendants or third parties, TAEC lacks knowledge or information sufficient to form a

17   belief as to the truth of these allegations and, therefore, denies these allegations.   To the

18   extent that the allegations contained in Paragraph 207 are directed to TAEC, TAEC denies

19   these allegations.

20       208.    To the extent that the allegations contained in Paragraph 208 relate to other

21   Defendants or third parties, TAEC lacks knowledge or information sufficient to form a

22   belief as to the truth of these allegations and, therefore, denies these allegations.   To the

23   extent that the allegations contained in Paragraph 208 are directed to TAEC, TAEC denies

24   these allegations.

25       209.    To the extent that the allegations contained in Paragraph 209 relate to other

26   Defendants or third parties, TAEC lacks knowledge or information sufficient to form a

27   belief as to the truth of these allegations and, therefore, denies these allegations.   To the

28

extent that the allegations contained in Paragraph 209 are directed to TAEC, TAEC denies these allegations.

210.     Paragraph 210 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 210 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 210 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

211.     Paragraph 211 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 211 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 211 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

212.     Paragraph 212 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 212 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 212 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

213.     Paragraph 213 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

contained in Paragraph 213 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

214.   To the extent that the allegations contained in Paragraph 214 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 214 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

215.   To the extent that the allegations contained in Paragraph 215 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 215 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

216.   Paragraph 216 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 216 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 216 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

217.   Paragraph 217 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

contained in Paragraph 217 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 217 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

218.   Paragraph 218 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 218 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 218 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**VIII. CLAIM FOR VIOLATIONS OF 15 U.S.C. § 1**

219.   TAEC hereby incorporates by reference its responses to Paragraphs 1-218 of the FAC, as set forth above.

220.   Paragraph 220 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 220 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 220 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

221.   Paragraph 221 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 221 relate to other Defendants or third parties, TAEC lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   knowledge or information sufficient to form a belief as to the truth of these allegations and,

2   therefore, denies these allegations.   To the extent that the allegations contained in

3   Paragraph 221 may be deemed to require a response from TAEC, TAEC lacks knowledge

4   or information sufficient to form a belief as to the truth of these allegations and, therefore,

5   denies these allegations.

6       222.   Paragraph 222 consists of argument, Plaintiffs' characterization of their claims

7   or legal conclusions, to which no response is required.   To the extent that the allegations

8   contained in Paragraph 222 relate to other Defendants or third parties, TAEC lacks

9   knowledge or information sufficient to form a belief as to the truth of these allegations and,

10  therefore, denies these allegations.   To the extent that the allegations contained in

11  Paragraph 222 may be deemed to require a response from TAEC, TAEC lacks knowledge

12  or information sufficient to form a belief as to the truth of these allegations and, therefore,

13  denies these allegations.

14      223.   Paragraph 223 consists of argument, Plaintiffs' characterization of their claims

15  or legal conclusions, to which no response is required.   To the extent that the allegations

16  contained in Paragraph 223 relate to other Defendants or third parties, TAEC lacks

17  knowledge or information sufficient to form a belief as to the truth of these allegations and,

18  therefore, denies these allegations.   To the extent that the allegations contained in

19  Paragraph 223 may be deemed to require a response from TAEC, TAEC lacks knowledge

20  or information sufficient to form a belief as to the truth of these allegations and, therefore,

21  denies these allegations.

22      224.   Paragraph 224 consists of argument, Plaintiffs' characterization of their claims

23  or legal conclusions, to which no response is required.   To the extent that the allegations

24  contained in Paragraph 224 relate to other Defendants or third parties, TAEC lacks

25  knowledge or information sufficient to form a belief as to the truth of these allegations and,

26  therefore, denies these allegations.   To the extent that the allegations contained in

27  Paragraph 224 may be deemed to require a response from TAEC, TAEC lacks knowledge

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

225.    Paragraph 225 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 225 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 225 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

226.    Paragraph 226 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 226 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 226 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

227.    Paragraph 227 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 227 relate to other Defendants or third parties, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from TAEC, TAEC lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

## IX.   PRAYER FOR RELIEF

228.    In answer to the Prayer for Relief, TAEC denies each and every allegation in the Prayer and further specifically denies that Plaintiffs are entitled to any of the relief requested or any remedy whatsoever against TAEC.   All allegations of the FAC not heretofore admitted or denied are here and now denied as though specifically denied herein.

### DEFENSES/AFFIRMATIVE DEFENSES

Without assuming any burden it would not otherwise bear, and reserving its right to amend its Answer to assert additional defenses as they may become known during discovery, TAEC asserts the following separate and additional defenses:

### FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

### SECOND DEFENSE

Plaintiffs have failed to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

### THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to bring or maintain the claims set forth in the FAC.

### FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that they did not purchase CRT products directly from Defendants, because they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

### FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no antitrust injury.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by applicable statutes of limitations, including but not limited to:  15 U.S.C. § 15b.

## SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because no Plaintiff has been injured in its business or property by reason of any action of TAEC.

## EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any alleged injuries and damages were not legally or proximately caused by any acts or omissions of TAEC or were caused, if at all, solely and proximately by the conduct of third parties including, without limitation, the prior, intervening or superseding conduct of such third parties.

## NINTH DEFENSE

To the extent that any actionable conduct occurred, Plaintiffs' claims against TAEC are barred because all such conduct would have been committed by individuals acting *ultra vires*.

## TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no damages as a result of any actions taken by TAEC or the other Defendants.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

## TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any actions or practices of TAEC that are the subject of the FAC were undertaken unilaterally for legitimate business reasons and in pursuit of TAEC's independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between TAEC and any other person or entity.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**THIRTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of TAEC that are the subject of the FAC were adopted in furtherance of legitimate business interests of TAEC and of its customers and did not unreasonably restrain competition.

**FOURTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of TAEC that are the subject of the FAC were cost justified or otherwise economically justified and resulted from a good-faith effort to meet competition or market conditions.

**FIFTEENTH DEFENSE**

To the extent there is a finding of an illegal overcharge, Plaintiffs' claims are barred, in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by others, and was not passed through to the indirect purchasers.

**SIXTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because, as indirect purchasers, they fail to meet their burden of proving that they were damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge of which complaint is made and which was not absorbed by predecessors to Plaintiffs in the chain of distribution was not passed on to a third party.

**SEVENTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent they seek improper multiple damage awards and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the United States Constitution.

**EIGHTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**NINETEENTH DEFENSE**

Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs have available an adequate remedy at law.

**TWENTIETH DEFENSE**

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TAEC contends that it is entitled to set off any amounts paid to Plaintiffs by any Defendants other than TAEC who have settled, or do settle, Plaintiffs' claims against them in this action.

**TWENTY-FIRST DEFENSE**

Plaintiffs' claims for injunctive relief are barred, in whole or in part, insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

**TWENTY-SECOND DEFENSE**

TAEC adopts by reference any applicable defense pleaded by any other Defendant not otherwise expressly set forth herein.

**TWENTY-THIRD DEFENSE**

TAEC reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

**TAEC'S PRAYER FOR RELIEF**

WHEREFORE, TAEC prays for judgment as follows:

1. That Plaintiffs take nothing by reason of the FAC, and that the action be dismissed with prejudice;

2. That the Court enter judgment in favor of TAEC and against Plaintiffs with respect to all causes of action in the FAC;

3. That the Court award TAEC its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4. That the Court order such other further relief for TAEC as the Court may deem just and proper.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    Dated:  March 27, 2014                    Respectfully submitted,

2                                              **WHITE & CASE** LLP

3

4                                              By:   */s/ Lucius B. Lau*
                                               Christopher M. Curran (*pro hac vice*)
5                                              ccurran@whitecase.com
                                               Lucius B. Lau (*pro hac vice*)
6                                              alau@whitecase.com
                                               Dana E. Foster (*pro hac vice*)
7                                              defoster@whitecase.com
                                               701 Thirteenth Street, N.W.
8                                              Washington, DC  20005
                                               tel.: (202) 626-3600
9                                              fax: (202) 639-9355

10

11                                             *Counsel to Defendant*
                                               *Toshiba America Electronic Components, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## CERTIFICATE OF SERVICE

On March 27, 2014, I caused a copy of the "TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.'S ANSWER TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT" to be served via ECF on the other parties in this action.

By: _/s/ Lucius B. Lau_
Lucius B. Lau (*pro hac vice*)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.'S ANSWER
TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917