Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd., et al.* Civil Action No. 13-02171-SC | **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT** The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

For its Answer to Dell Inc. and Dell Products L.P.'s First Amended Complaint, Defendant Toshiba America Information Systems, Inc. ("TAIS") states as follows:

## I.   INTRODUCTION[1]

1.     The allegations contained in Paragraph 1 consist of Plaintiffs' characterization of their claims and an explanation of defined terms used in their FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

2.     To the extent that the allegations contained in Paragraph 2 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 2 are directed to TAIS, TAIS denies these allegations.

3.     To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to TAIS, TAIS denies these allegations. The second and third sentences of Paragraph 3 consist of Plaintiffs' explanation of defined terms used in their FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations in the second and third sentences of Paragraph 3.

4.     To the extent that the allegations contained in Paragraph 4 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 4 are directed to TAIS, TAIS denies these allegations.

5.     To the extent that the allegations contained in Paragraph 5 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth

---

[1] For ease of reference, the headings in this Answer correspond to the headings in the FAC.

of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 5 are directed to TAIS, TAIS denies these allegations.

6.    To the extent that the allegations contained in Paragraph 6 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 6 are directed to TAIS, TAIS denies these allegations.

7.    To the extent that the allegations contained in Paragraph 7 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 7 are directed to TAIS, TAIS denies these allegations.

8.    To the extent that the allegations contained in Paragraph 8 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 8 are directed to TAIS, TAIS denies these allegations.

9.    To the extent that Paragraph 9 consists of, or refers to purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.   To the extent that the allegations contained in Paragraph 9 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 9 may be deemed to require a response from TAIS, TAIS denies these allegations.

10.    To the extent that the allegations contained in Paragraph 10 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 10 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## II.   JURISDICTION AND VENUE

11.    The allegations contained in Paragraph 11 consist of Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 11.

12.    The allegations contained in Paragraph 12 consist of Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 12.

13.    The allegations contained in Paragraph 13 consist of Plaintiffs' characterization of their case and legal conclusions to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 13.

14.    The allegations contained in Paragraph 14 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 14.

15.    The allegations in Paragraph 15 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 15.

## III.  THE PARTIES

### A.    Plaintiffs

16.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, therefore, denies the allegations.

17.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18.    Paragraph 18 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 18.

19.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

20.     To the extent that the allegations contained in Paragraph 20 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 20 are directed to TAIS, TAIS denies these allegations.

21.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22.     The allegations contained in Paragraph 22 consist of Plaintiffs' characterization of their claims to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations in Paragraph 22.

**B.     The Defendants**

    **1.     Hitachi Entities**

23.     Paragraph 23 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.     Paragraph 24 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.     Paragraph 25 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the allegations.

26.     Paragraph 26 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

27.     Paragraph 27 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

28.     Paragraph 28 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, denies the allegations.

29.     Paragraph 29 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 29.

### 2.     Irico Entities

30.     Paragraph 30 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     Paragraph 31 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.     Paragraph 32 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, therefore, denies the allegations.

33.     Paragraph 33 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 33.

### 3.     LG Electronics Entities

34.     Paragraph 34 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.     Paragraph 35 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

36.     Paragraph 36 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, therefore, denies the allegations.

37.     Paragraph 37 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 37.

### 4.     Mitsubishi Entities

38.     Paragraph 38 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.     Paragraph 39 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.     Paragraph 40 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, denies the allegations.

41.     Paragraph 41 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 41.

### 5.     LP Displays

42.     Paragraph 42 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

### 6.     Phillips Entities

43.     Paragraph 43 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

44.     Paragraph 44 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, denies the allegations.

45.     Paragraph 45 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

46.     Paragraph 46 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

47.     Paragraph 47 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 47.

### 7.     Samsung Entities

48.     Paragraph 48 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

49.     Paragraph 49 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

50.     Paragraph 50 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

51.     Paragraph 51 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, therefore, denies the allegations.

52.     Paragraph 52 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

53.     Paragraph 53 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

54.     Paragraph 54 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, denies the allegations.

55.     Paragraph 55 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 55.

**8.    Samtel**

56.     Paragraph 56 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations.

**9.    Thai CRT**

57.     Paragraph 57 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

**10.   Thomson Entities**

58.     Paragraph 58 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, denies the allegations.

59.     Paragraph 59 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and, therefore, denies the allegations.

60.     Paragraph 60 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 60.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 11. Toshiba Entities

61.     Paragraph 61 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations except that TAIS admits the allegations contained in the first sentence of Paragraph 61.

62.     Paragraph 62 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, denies the allegations, except that TAIS avers that Toshiba America Consumer Products, LLC ("TACP") completed a merger into TAIS on February 14, 2011, whereby TACP no longer exists as a separate legal entity and TACP's former facilities are either closed or now operated entirely by TAIS.

63.     Paragraph 63 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, therefore, denies the allegations.

64.     TAIS denies the allegations in Paragraph 64, except that it admits that its business address is 9740 Irvine Boulevard, Irvine, CA 92618-1697 and avers that it is a wholly-owned subsidiary of Toshiba America, Inc.   TAIS avers that it sold certain electronic devices containing cathode ray tubes during the Relevant Period.

65.     Paragraph 65 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 65.

## IV.  AGENTS AND CO-CONSPIRATORS

66.     To the extent that the allegations contained in Paragraph 66 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 66 are directed to TAIS, TAIS denies these allegations.

67.     To the extent that the allegations contained in Paragraph 67 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   of these allegations and, therefore, denies these allegations.   To the extent that the
2   allegations contained in Paragraph 67 are directed to TAIS, TAIS denies these allegations.

3        68.   Paragraph 68 relates to other companies.  Accordingly, TAIS lacks knowledge
4   or information sufficient to form a belief as to the truth of the allegations contained in
5   Paragraph 68 and, therefore, denies the allegations.

6        69.   Paragraph 69 relates to another company.   Accordingly, TAIS lacks
7   knowledge or information sufficient to form a belief as to the truth of the allegations
8   contained in Paragraph 69 and, therefore, denies the allegations.

9        70.   Paragraph 70 relates to another company.   Accordingly, TAIS lacks
10  knowledge or information sufficient to form a belief as to the truth of the allegations
11  contained in Paragraph 70 and, therefore, denies the allegations.

12       71.   Paragraph 71 consists of Plaintiffs' explanation of a defined term used in the
13  FAC, to which no response is required.  To the extent that a response is deemed required,
14  TAIS denies the allegations contained in Paragraph 71.

15       72.   Paragraph 72 relates to other companies.  Accordingly, TAIS lacks knowledge
16  or information sufficient to form a belief as to the truth of the allegations contained in
17  Paragraph 72 and, therefore, denies the allegations.

18       73.   Paragraph 73 consists of Plaintiffs' explanation of a defined term used in the
19  FAC, to which no response is required.  To the extent that a response is deemed required,
20  TAIS denies the allegations contained in Paragraph 73.

21       74.   Paragraph 74 relates to another company.   Accordingly, TAIS lacks
22  knowledge or information sufficient to form a belief as to the truth of the allegations and,
23  therefore, denies the allegations.

24       75.   Paragraph 75 relates to another company.   Accordingly, TAIS lacks
25  knowledge or information sufficient to form a belief as to the truth of the allegations
26  contained in Paragraph 75 and, therefore, denies the allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

76.     Paragraph 76 relates to another company.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

77.     To the extent that the allegations contained in Paragraph 77 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 77 are directed to TAIS, TAIS denies these allegations.

**V.     TRADE AND COMMERCE**

78.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, therefore, denies the allegations.

79.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, therefore, denies the allegations.

80.     Paragraph 80 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 80 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**VI.     FACTUAL ALLEGATIONS**

**A.     CRT Technology**

81.     TAIS admits the allegations contained in Paragraph 81.

82.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations.

83.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, therefore, denies the allegations.

84.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

85.     To the extent that Paragraph 85 describes CRT technology generally, and claims that that CDTs and CPTs are separate products, TAIS admits the allegations in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Paragraph 85, but avers that the allegations do not describe comprehensively or accurately

2   all variants of CRT technology.  TAIS denies the remaining allegations in Paragraph 85.

3       86.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

4   of the allegations contained in Paragraph 86 and, therefore, denies the allegations.

5       87.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

6   of the allegations contained in Paragraph 87 and, therefore, denies the allegations.

7       88.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

8   of the allegations contained in the first two sentences of Paragraph 88 and, therefore, denies

9   the allegations.  The third sentence of Paragraph 88 consists of argument and Plaintiffs'

10  characterization of their claims, to which no response is required.  To the extent that

11  allegations contained in the third sentence of Paragraph 88 may be deemed to require a

12  response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to

13  the truth of these allegations and, therefore, denies these allegations.

14      89.    Paragraph 89 consists of argument and Plaintiffs' characterization of their

15  claims, to which no response is required.  To the extent that allegations contained in

16  Paragraph 89 may be deemed to require a response from TAIS, TAIS lacks knowledge or

17  information sufficient to form a belief as to the truth of these allegations and, therefore,

18  denies these allegations.

19      **B.    Structure of the CRT Industry**

20      90.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

21  of the allegations contained in Paragraph 90 and, therefore, denies the allegations.

22          **1.    Market Concentration**

23      91.    To the extent that the allegations contained in Paragraph 91 relate to other

24  Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

25  belief as to the truth of these allegations and, therefore, denies these allegations.  To the

26  extent that the allegations contained in Paragraph 91 are directed to TAIS, TAIS denies

27  these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 2. Information Sharing

92.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

93.    To the extent that the allegations contained in Paragraph 93 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 93 are directed to TAIS, TAIS denies these allegations.

### 3. Consolidation

94.    To the extent that the allegations contained in Paragraph 94 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### 4. Multiple Interrelated Business Relationships

95.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, therefore, denies the allegations.

96.    To the extent that the allegations contained in Paragraph 96 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 96 are directed to TAIS, TAIS denies these allegations.

### 5. High Costs of Entry Into the Industry

97.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

98.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

### 6. The Maturity of the CRT Product Market

99.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

100.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

101.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

102.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

**C.    Pre-Conspiracy Market**

103.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, therefore, denies the allegations.

104.    Paragraph 104 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and, therefore, denies the allegations.

**D.    Defendants' and Co-Conspirators' Illegal Agreements**

105.    To the extent that the allegations contained in Paragraph 105 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 105 are directed to TAIS, TAIS denies these allegations.

106.    To the extent that the allegations contained in Paragraph 106 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 106 are directed to TAIS, TAIS denies these allegations.

107.    Paragraph 107 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, therefore, denies the allegations.

108.    To the extent that the allegations contained in Paragraph 108 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 108 are directed to TAIS, TAIS denies these allegations.

109.    To the extent that the allegations contained in Paragraph 109 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 109 are directed to TAIS, TAIS denies these allegations.

### 1.    "Glass Meetings"

110.    To the extent that the allegations contained in Paragraph 110 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 110 are directed to TAIS, TAIS denies these allegations.

111.    To the extent that the allegations contained in Paragraph 111 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 111 are directed to TAIS, TAIS denies these allegations.

112.    To the extent that the allegations contained in Paragraph 112 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 112 are directed to TAIS, TAIS denies these allegations.

113.    To the extent that the allegations contained in Paragraph 113 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

extent that the allegations contained in Paragraph 113 are directed to TAIS, TAIS denies these allegations.

114.   To the extent that the allegations contained in Paragraph 114 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 114 are directed to TAIS, TAIS denies these allegations.

115.   To the extent that the allegations contained in Paragraph 115 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 115 are directed to TAIS, TAIS denies these allegations.

116.   To the extent that the allegations contained in Paragraph 116 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 116 are directed to TAIS, TAIS denies these allegations.

117.   To the extent that the allegations contained in Paragraph 117 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 117 are directed to TAIS, TAIS denies these allegations.

118.   To the extent that the allegations contained in Paragraph 118 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 118 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   119.    To the extent that the allegations contained in Paragraph 119 relate to other
2   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
3   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
4   extent that the allegations contained in Paragraph 119 are directed to TAIS, TAIS denies
5   these allegations.

6   120.    To the extent that the allegations contained in Paragraph 120 relate to other
7   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
8   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
9   extent that the allegations contained in Paragraph 120 are directed to TAIS, TAIS denies
10   these allegations.

11   121.    To the extent that the allegations contained in Paragraph 121 relate to other
12   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
13   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
14   extent that the allegations contained in Paragraph 121 are directed to TAIS, TAIS denies
15   these allegations.

16   122.    To the extent that the allegations contained in Paragraph 122 relate to other
17   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
18   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
19   extent that the allegations contained in Paragraph 122 are directed to TAIS, TAIS denies
20   these allegations.

21   123.    To the extent that the allegations contained in Paragraph 123 relate to other
22   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
23   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
24   extent that the allegations contained in Paragraph 123 are directed to TAIS, TAIS denies
25   these allegations.

26   124.    To the extent that the allegations contained in Paragraph 124 relate to other
27   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
28   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 124 are directed to TAIS, TAIS denies these allegations.

125.    To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 125 are directed to TAIS, TAIS denies these allegations.

**2.    Bilateral Discussions**

126.    To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 126 are directed to TAIS, TAIS denies these allegations.

127.    To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 127 are directed to TAIS, TAIS denies these allegations.

128.    To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 128 are directed to TAIS, TAIS denies these allegations.

129.    To the extent that the allegations contained in Paragraph 129 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 129 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

130.    To the extent that the allegations contained in Paragraph 130 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 130 are directed to TAIS, TAIS denies these allegations.

131.    To the extent that the allegations contained in Paragraph 131 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 131 are directed to TAIS, TAIS denies these allegations.

**3.   Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions**

132.    Paragraph 132 relates to other Defendants.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, therefore, denies the allegations.

133.    Paragraph 133 relates to other Defendants.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, therefore, denies the allegations.

134.    Paragraph 134 relates to other Defendants.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, therefore, denies the allegations.

135.    Paragraph 135 relates to other Defendants.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and, therefore, denies the allegations.

136.    Paragraph 136 relates to other Defendants.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

137.    Paragraph 137 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and, therefore, denies the allegations.

138.    Paragraph 138 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and, therefore, denies the allegations.

139.    Paragraph 139 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and, therefore, denies the allegations.

140.    Paragraph 140 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and, therefore, denies the allegations.

141.    Paragraph 141 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and, therefore, denies the allegations.

142.    Paragraph 142 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and, therefore, denies the allegations.

143.    Paragraph 143 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and, therefore, denies the allegations.

144.    Paragraph 144 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, therefore, denies the allegations.

145.    Paragraph 145 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    146.    Paragraph 146 relates to other Defendants.    Accordingly, TAIS lacks
2    knowledge or information sufficient to form a belief as to the truth of the allegations
3    contained in Paragraph 146 and, therefore, denies the allegations.

4    147.    Paragraph 147 relates to other Defendants.    Accordingly, TAIS lacks
5    knowledge or information sufficient to form a belief as to the truth of the allegations
6    contained in Paragraph 147 and, therefore, denies the allegations.

7    148.    Paragraph 148 relates to other Defendants.    Accordingly, TAIS lacks
8    knowledge or information sufficient to form a belief as to the truth of the allegations
9    contained in Paragraph 148 and, therefore, denies the allegations.

10   149.    To the extent that the allegations contained in Paragraph 149 relate to other
11   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
12   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
13   extent that the allegations contained in Paragraph 149 are directed to TAIS, TAIS denies
14   these allegations.

15   150.    To the extent that the allegations contained in Paragraph 150 relate to other
16   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
17   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
18   extent that the allegations contained in Paragraph 150 are directed to TAIS, TAIS denies
19   these allegations.

20   151.    To the extent that the allegations contained in Paragraph 151 relate to other
21   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
22   belief as to the truth of these allegations and, therefore, denies the allegations.  To the
23   extent that the allegations contained in Paragraph 151 are directed to TAIS, TAIS denies
24   these allegations.

25   152.    Paragraph 152 relates to other Defendants.    Accordingly, TAIS lacks
26   knowledge or information sufficient to form a belief as to the truth of the allegations
27   contained in Paragraph 152 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

153.    Paragraph 153 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and, therefore, denies the allegations.

154.    Paragraph 154 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and, therefore, denies the allegations.

155.    To the extent that Paragraph 155 consists of Plaintiffs' characterization of their claims and Plaintiffs' explanation of a defined term used in the FAC, no response is required.    To the extent that the allegations contained in Paragraph 155 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 155 may be deemed to require a response from TAIS, TAIS denies these allegations.

**E.    The CRT Market During the Conspiracy**

156.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, therefore, denies the allegations.

157.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and, therefore, denies the allegations.

158.    To the extent that Paragraph 158 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.    To the extent that the allegations contained in Paragraph 158 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 158 may be deemed to require a response from TAIS, TAIS denies these allegations.

159.    To the extent that the allegations contained in Paragraph 159 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   extent that the allegations contained in Paragraph 159 are directed to TAIS, TAIS denies

2   these allegations.

3       160.   To the extent that the allegations contained in Paragraph 160 relate to other

4   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

5   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

6   extent that the allegations contained in Paragraph 160 are directed to TAIS, TAIS denies

7   these allegations.

8       **F.    International Government Antitrust Investigations**

9       161.   To the extent that Paragraph 161 consists of purported statements by

10  government authorities or statements in public documents, those statements speak for

11  themselves and no response is required.  To the extent that the allegations contained in

12  Paragraph 161 relate to other Defendants or third parties, TAIS lacks knowledge or

13  information sufficient to form a belief as to the truth of these allegations and, therefore,

14  denies these allegations.  To the extent that the allegations contained in Paragraph 161 are

15  directed to TAIS, TAIS denies these allegations.

16      162.   To the extent that Paragraph 162 consists of purported statements by

17  government authorities or statements in public documents, those statements speak for

18  themselves and no response is required.  To the extent that the allegations contained in

19  Paragraph 162 relate to other Defendants or third parties, TAIS lacks knowledge or

20  information sufficient to form a belief as to the truth of these allegations and, therefore,

21  denies these allegations.  To the extent that the allegations contained in Paragraph 162 may

22  be deemed to require a response from TAIS, TAIS denies these allegations.

23      163.   To the extent that Paragraph 163 consists of purported statements by

24  government authorities or statements in public documents, those statements speak for

25  themselves and no response is required.  To the extent that the allegations contained in

26  Paragraph 163 relate to other Defendants or third parties, TAIS lacks knowledge or

27  information sufficient to form a belief as to the truth of these allegations and, therefore,

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    denies these allegations.  To the extent that the allegations contained in Paragraph 163 may

2    be deemed to require a response from TAIS, TAIS denies these allegations.

3        164.   To the extent that Paragraph 164 consists of purported statements by

4    government authorities or statements in public documents, those statements speak for

5    themselves and no response is required.  To the extent that the allegations contained in

6    Paragraph 164 relate to other Defendants or third parties, TAIS lacks knowledge or

7    information sufficient to form a belief as to the truth of these allegations and, therefore,

8    denies these allegations.  To the extent that the allegations contained in Paragraph 164 may

9    be deemed to require a response from TAIS, TAIS denies these allegations.

10       165.   To the extent that Paragraph 165 consists of purported statements by

11   government authorities or statements in public documents, those statements speak for

12   themselves and no response is required.  To the extent that the allegations contained in

13   Paragraph 165 relate to other Defendants or third parties, TAIS lacks knowledge or

14   information sufficient to form a belief as to the truth of these allegations and, therefore,

15   denies these allegations.  To the extent that the allegations contained in Paragraph 165 may

16   be deemed to require a response from TAIS, TAIS denies these allegations.

17       166.   To the extent that Paragraph 166 consists of purported statements by

18   government authorities or statements in public documents, those statements speak for

19   themselves and no response is required.  To the extent that the allegations contained in

20   Paragraph 166 relate to other Defendants or third parties, TAIS lacks knowledge or

21   information sufficient to form a belief as to the truth of these allegations and, therefore,

22   denies these allegations.  To the extent that the allegations contained in Paragraph 166 may

23   be deemed to require a response from TAIS, TAIS denies these allegations.

24       167.   To the extent that Paragraph 167 consists of purported statements by

25   government authorities or statements in public documents, those statements speak for

26   themselves and no response is required.  To the extent that the allegations contained in

27   Paragraph 167 relate to other Defendants or third parties, TAIS lacks knowledge or

28   information sufficient to form a belief as to the truth of these allegations and, therefore,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    denies these allegations.  To the extent that the allegations contained in Paragraph 167 may

2    be deemed to require a response from TAIS, TAIS denies these allegations.

3        168.    To the extent that Paragraph 168 consists of purported statements by

4    government authorities or statements in public documents, those statements speak for

5    themselves and no response is required.  To the extent that the allegations contained in

6    Paragraph 168 relate to other Defendants or third parties, TAIS lacks knowledge or

7    information sufficient to form a belief as to the truth of these allegations and, therefore,

8    denies these allegations.  To the extent that the allegations contained in Paragraph 168 may

9    be deemed to require a response from TAIS, TAIS denies these allegations.

10        169.    To the extent that the allegations contained in Paragraph 169 relate to other

11    Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth

12    of these allegations and, therefore, denies these allegations.  To the extent that the

13    allegations contained in Paragraph 169 are directed to TAIS, TAIS denies these allegations.

14        170.    To the extent that the allegations contained in Paragraph 170 relate to other

15    Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth

16    of these allegations and, therefore, denies these allegations.  To the extent that the

17    allegations contained in Paragraph 170 are directed to TAIS, TAIS denies these allegations.

18        171.    To the extent that Paragraph 171 consists of purported statements in news

19    reports or statements in public documents, those statements speak for themselves and no

20    response is required.  To the extent that the allegations contained in Paragraph 171 relate to

21    other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

22    belief as to the truth of these allegations and, therefore, denies these allegations.  To the

23    extent that the allegations contained in Paragraph 171 may be deemed to require a response

24    from TAIS, TAIS denies these allegations.

25        172.    To the extent that Paragraph 172 consists of purported statements by

26    government authorities or statements in public documents, those statements speak for

27    themselves and no response is required.  To the extent that the allegations contained in

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Paragraph 172 may be deemed to require a response from TAIS, TAIS denies these
2   allegations.

3   173.   To the extent that Paragraph 173 consists of purported statements by
4   government authorities or statements in public documents, those statements speak for
5   themselves and no response is required.  To the extent that the allegations contained in
6   Paragraph 173 may be deemed to require a response from TAIS, TAIS denies these
7   allegations.

8   174.   To the extent that Paragraph 174 consists of purported statements by
9   government authorities or statements in public documents, those statements speak for
10  themselves and no response is required.  To the extent that the allegations contained in
11  Paragraph 174 may be deemed to require a response from TAIS, TAIS denies these
12  allegations.

13  **G.   The Role of Trade Associations During the Relevant Period**

14  175.   TAIS lacks knowledge or information sufficient to form a belief as to the truth
15  of the allegations contained in Paragraph 175 and, therefore, denies these allegations.

16  176.   Paragraph 176 relates to other Defendants or third parties.  Accordingly, TAIS
17  lacks knowledge or information sufficient to form a belief as to the truth of the allegations
18  contained in Paragraph 176 and, therefore, denies these allegations.

19  177.   TAIS lacks knowledge or information sufficient to form a belief as to the truth
20  of the allegations contained in Paragraph 177 and, therefore, denies these allegations.

21  178.   TAIS lacks knowledge or information sufficient to form a belief as to the truth
22  of the allegations contained in Paragraph 178 and, therefore, denies these allegations.

23  179.   TAIS lacks knowledge or information sufficient to form a belief as to the truth
24  of the allegations contained in Paragraph 179 and, therefore, denies these allegations.

25  **H.   Effects of Defendants' Antitrust Violations**

26  **1.   Examples of Reductions in Manufacturing Capacity by Defendants**

27  180.   To the extent that the allegations contained in Paragraph 180 relate to other
28  Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 180 are directed to TAIS, TAIS denies these allegations.

181.   To the extent that the allegations contained in Paragraph 181 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 181 are directed to TAIS, TAIS denies these allegations.

182.   Paragraph 182 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and, therefore, denies these allegations.

183.   Paragraph 183 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, therefore, denies these allegations.

184.   Paragraph 184 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and, therefore, denies these allegations.

185.   Paragraph 185 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and, therefore, denies these allegations.

### 2.   Examples of Collusive Pricing for CRT Products

186.   To the extent that Paragraph 186 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 186 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 186 may be deemed to require a response from TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

187.    To the extent that Paragraph 187 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 187 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 187 may be deemed to require a response from TAIS, TAIS denies these allegations.

188.    To the extent that Paragraph 188 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 188 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 188 may be deemed to require a response from TAIS, TAIS denies these allegations.

189.    To the extent that Paragraph 189 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 189 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 189 may be deemed to require a response from TAIS, TAIS denies these allegations.

190.    To the extent that Paragraph 190 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 190 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 190 may be deemed to require a response from TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

191.    To the extent that the allegations contained in Paragraph 191 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 191 are directed to TAIS, TAIS denies these allegations.

192.    To the extent that Paragraph 192 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 192 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 192 may be deemed to require a response from TAIS, TAIS denies these allegations.

193.    Paragraph 193 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 and, therefore, denies these allegations.

194.    To the extent that Paragraph 194 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 194 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 194 may be deemed to require a response from TAIS, TAIS denies these allegations.

195.    To the extent that Paragraph 195 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 195 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  extent that the allegations contained in Paragraph 195 may be deemed to require a response

2  from TAIS, TAIS denies these allegations.

3      196.   To the extent that the allegations contained in Paragraph 196 relate to other

4  Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

5  belief as to the truth of these allegations and, therefore, denies these allegations.  To the

6  extent that the allegations contained in Paragraph 196 are directed to TAIS, TAIS denies

7  these allegations.

8          **I.    Summary of Effects of the Conspiracy Involving CRT Products**

9      197.   Paragraph 197 consists of argument, Plaintiffs' characterization of their claims

10  or legal conclusions, to which no response is required.  To the extent that the allegations

11  contained in Paragraph 197 relate to other Defendants or third parties, TAIS lacks

12  knowledge or information sufficient to form a belief as to the truth of these allegations and,

13  therefore, denies these allegations.  To the extent that the allegations contained in

14  Paragraph 197 may be deemed to require a response from TAIS, TAIS lacks knowledge or

15  information sufficient to form a belief as to the truth of these allegations and, therefore,

16  denies these allegations.

17     198.    Paragraph 198 consists of argument, Plaintiffs' characterization of their

18  claims or legal conclusions, to which no response is required.  To the extent that the

19  allegations contained in Paragraph 198 relate to other Defendants or third parties, TAIS

20  lacks knowledge or information sufficient to form a belief as to the truth of these

21  allegations and, therefore, denies these allegations.  To the extent that the allegations

22  contained in Paragraph 198 may be deemed to require a response from TAIS, TAIS lacks

23  knowledge or information sufficient to form a belief as to the truth of these allegations and,

24  therefore, denies these allegations.

25  **VII. FRAUDULENT CONCEALMENT**

26     199.    Paragraph 199 consists of argument, Plaintiffs' characterization of their claims

27  or legal conclusions, to which no response is required.  To the extent that the allegations

28  contained in Paragraph 199 relate to other Defendants or third parties, TAIS lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  knowledge or information sufficient to form a belief as to the truth of these allegations and,

2  therefore, denies these allegations.   To the extent that the allegations contained in

3  Paragraph 199 may be deemed to require a response from TAIS, TAIS lacks knowledge or

4  information sufficient to form a belief as to the truth of these allegations and, therefore,

5  denies these allegations.

6  200.   Paragraph 200 consists of argument, Plaintiffs' characterization of their claims

7  or legal conclusions, to which no response is required.  To the extent that the allegations

8  contained in Paragraph 200 relate to other Defendants or third parties, TAIS lacks

9  knowledge or information sufficient to form a belief as to the truth of these allegations and,

10  therefore, denies these allegations.   To the extent that the allegations contained in

11  Paragraph 200 may be deemed to require a response from TAIS, TAIS lacks knowledge or

12  information sufficient to form a belief as to the truth of these allegations and, therefore,

13  denies these allegations.

14  201.   Paragraph 201 consists of argument, Plaintiffs' characterization of their claims

15  or legal conclusions, to which no response is required.  To the extent that the allegations

16  contained in Paragraph 201 relate to other Defendants or third parties, TAIS lacks

17  knowledge or information sufficient to form a belief as to the truth of these allegations and,

18  therefore, denies these allegations.   To the extent that the allegations contained in

19  Paragraph 201 may be deemed to require a response from TAIS, TAIS lacks knowledge or

20  information sufficient to form a belief as to the truth of these allegations and, therefore,

21  denies these allegations.

22  202.   Paragraph 202 consists of argument, Plaintiffs' characterization of their claims

23  or legal conclusions, to which no response is required.  To the extent that the allegations

24  contained in Paragraph 202 relate to other Defendants or third parties, TAIS lacks

25  knowledge or information sufficient to form a belief as to the truth of these allegations and,

26  therefore, denies these allegations.   To the extent that the allegations contained in

27  Paragraph 202 may be deemed to require a response from TAIS, TAIS lacks knowledge or

28

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER
TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   information sufficient to form a belief as to the truth of these allegations and, therefore,

2   denies these allegations.

3       203.    Paragraph 203 consists of argument, Plaintiffs' characterization of their claims

4   or legal conclusions, to which no response is required.  To the extent that the allegations

5   contained in Paragraph 203 relate to other Defendants or third parties, TAIS lacks

6   knowledge or information sufficient to form a belief as to the truth of these allegations and,

7   therefore, denies these allegations.   To the extent that the allegations contained in

8   Paragraph 203 may be deemed to require a response from TAIS, TAIS lacks knowledge or

9   information sufficient to form a belief as to the truth of these allegations and, therefore,

10  denies these allegations.

11      204.    Paragraph 204 consists of argument, Plaintiffs' characterization of their claims

12  or legal conclusions, to which no response is required.  To the extent that the allegations

13  contained in Paragraph 204 relate to other Defendants or third parties, TAIS lacks

14  knowledge or information sufficient to form a belief as to the truth of these allegations and,

15  therefore, denies these allegations.   To the extent that the allegations contained in

16  Paragraph 204 may be deemed to require a response from TAIS, TAIS lacks knowledge or

17  information sufficient to form a belief as to the truth of these allegations and, therefore,

18  denies these allegations.

19      205.    Paragraph 205 consists of argument, Plaintiffs' characterization of their claims

20  or legal conclusions, to which no response is required.  To the extent that the allegations

21  contained in Paragraph 205 relate to other Defendants or third parties, TAIS lacks

22  knowledge or information sufficient to form a belief as to the truth of these allegations and,

23  therefore, denies these allegations.   To the extent that the allegations contained in

24  Paragraph 205 may be deemed to require a response from TAIS, TAIS lacks knowledge or

25  information sufficient to form a belief as to the truth of these allegations and, therefore,

26  denies these allegations.

27      206.    Paragraph 206 consists of argument, Plaintiffs' characterization of their claims

28  or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   contained in Paragraph 206 relate to other Defendants or third parties, TAIS lacks
2   knowledge or information sufficient to form a belief as to the truth of these allegations and,
3   therefore, denies these allegations.   To the extent that the allegations contained in
4   Paragraph 206 may be deemed to require a response from TAIS, TAIS lacks knowledge or
5   information sufficient to form a belief as to the truth of these allegations and, therefore,
6   denies these allegations.

7       207.   To the extent that the allegations contained in Paragraph 207 relate to other
8   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
9   belief as to the truth of these allegations and, therefore, denies these allegations.   To the
10  extent that the allegations contained in Paragraph 207 are directed to TAIS, TAIS denies
11  these allegations.

12      208.   To the extent that the allegations contained in Paragraph 208 relate to other
13  Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
14  belief as to the truth of these allegations and, therefore, denies these allegations.   To the
15  extent that the allegations contained in Paragraph 208 are directed to TAIS, TAIS denies
16  these allegations.

17      209.   To the extent that the allegations contained in Paragraph 209 relate to other
18  Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
19  belief as to the truth of these allegations and, therefore, denies these allegations.   To the
20  extent that the allegations contained in Paragraph 209 are directed to TAIS, TAIS denies
21  these allegations.

22      210.   Paragraph 210 consists of argument, Plaintiffs' characterization of their claims
23  or legal conclusions, to which no response is required.   To the extent that the allegations
24  contained in Paragraph 210 relate to other Defendants or third parties, TAIS lacks
25  knowledge or information sufficient to form a belief as to the truth of these allegations and,
26  therefore, denies these allegations.   To the extent that the allegations contained in
27  Paragraph 210 may be deemed to require a response from TAIS, TAIS lacks knowledge or

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

3
4
5
6
7
8
9
10
211.    Paragraph 211 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 211 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 211 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

11
12
13
14
15
16
17
18
212.    Paragraph 212 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 212 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 212 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

19
20
21
22
23
24
25
26
213.    Paragraph 213 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 213 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

27
28
214.    To the extent that the allegations contained in Paragraph 214 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 214 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

215.   To the extent that the allegations contained in Paragraph 215 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 215 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

216.   Paragraph 216 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 216 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 216 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

217.   Paragraph 217 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 217 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 217 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

218.   Paragraph 218 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

contained in Paragraph 218 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 218 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VIII. CLAIM FOR VIOLATIONS OF 15 U.S.C. § 1

219.   TAIS hereby incorporates by reference its responses to Paragraphs 1-218 of the FAC, as set forth above.

220.   Paragraph 220 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 220 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 220 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

221.   Paragraph 221 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 221 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 221 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

222.   Paragraph 222 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 222 relate to other Defendants or third parties, TAIS lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  knowledge or information sufficient to form a belief as to the truth of these allegations and,

2  therefore, denies these allegations. To the extent that the allegations contained in

3  Paragraph 222 may be deemed to require a response from TAIS, TAIS lacks knowledge or

4  information sufficient to form a belief as to the truth of these allegations and, therefore,

5  denies these allegations.

6      223.   Paragraph 223 consists of argument, Plaintiffs' characterization of their claims

7  or legal conclusions, to which no response is required. To the extent that the allegations

8  contained in Paragraph 223 relate to other Defendants or third parties, TAIS lacks

9  knowledge or information sufficient to form a belief as to the truth of these allegations and,

10 therefore, denies these allegations. To the extent that the allegations contained in

11 Paragraph 223 may be deemed to require a response from TAIS, TAIS lacks knowledge or

12 information sufficient to form a belief as to the truth of these allegations and, therefore,

13 denies these allegations.

14     224.   Paragraph 224 consists of argument, Plaintiffs' characterization of their claims

15 or legal conclusions, to which no response is required. To the extent that the allegations

16 contained in Paragraph 224 relate to other Defendants or third parties, TAIS lacks

17 knowledge or information sufficient to form a belief as to the truth of these allegations and,

18 therefore, denies these allegations. To the extent that the allegations contained in

19 Paragraph 224 may be deemed to require a response from TAIS, TAIS lacks knowledge or

20 information sufficient to form a belief as to the truth of these allegations and, therefore,

21 denies these allegations.

22     225.   Paragraph 225 consists of argument, Plaintiffs' characterization of their claims

23 or legal conclusions, to which no response is required. To the extent that the allegations

24 contained in Paragraph 225 relate to other Defendants or third parties, TAIS lacks

25 knowledge or information sufficient to form a belief as to the truth of these allegations and,

26 therefore, denies these allegations. To the extent that the allegations contained in

27 Paragraph 225 may be deemed to require a response from TAIS, TAIS lacks knowledge or

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   information sufficient to form a belief as to the truth of these allegations and, therefore,
2   denies these allegations.

3   226.   Paragraph 226 consists of argument, Plaintiffs' characterization of their claims
4   or legal conclusions, to which no response is required.  To the extent that the allegations
5   contained in Paragraph 226 relate to other Defendants or third parties, TAIS lacks
6   knowledge or information sufficient to form a belief as to the truth of these allegations and,
7   therefore, denies these allegations.   To the extent that the allegations contained in
8   Paragraph 226 may be deemed to require a response from TAIS, TAIS lacks knowledge or
9   information sufficient to form a belief as to the truth of these allegations and, therefore,
10  denies these allegations.

11  227.   Paragraph 227 consists of argument, Plaintiffs' characterization of their claims
12  or legal conclusions, to which no response is required.  To the extent that the allegations
13  contained in Paragraph 227 relate to other Defendants or third parties, TAIS lacks
14  knowledge or information sufficient to form a belief as to the truth of these allegations and,
15  therefore, denies these allegations.   To the extent that the allegations contained in
16  Paragraph 227 may be deemed to require a response from TAIS, TAIS lacks knowledge or
17  information sufficient to form a belief as to the truth of these allegations and, therefore,
18  denies these allegations.

19  **IX.   PRAYER FOR RELIEF**

20  228.   In answer to the Prayer for Relief, TAIS denies each and every allegation in
21  the Prayer and further specifically denies that Plaintiffs are entitled to any of the relief
22  requested or any remedy whatsoever against TAIS.   All allegations of the FAC not
23  heretofore admitted or denied are here and now denied as though specifically denied
24  herein.

25  **DEFENSES/AFFIRMATIVE DEFENSES**

26  Without assuming any burden it would not otherwise bear, and reserving its right to
27  amend its Answer to assert additional defenses as they may become known during
28  discovery, TAIS asserts the following separate and additional defenses:

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

**FIRST DEFENSE**

2       Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust

3   Improvements Act, 15 U.S.C. § 6a.

4

**SECOND DEFENSE**

5       Plaintiffs have failed to plead fraudulent concealment with the particularity required

6   by Rule 9(b) of the Federal Rules of Civil Procedure.

7

**THIRD DEFENSE**

8       Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to

9   bring or maintain the claims set forth in the FAC.

10

**FOURTH DEFENSE**

11      Plaintiffs' claims are barred, in whole or in part, to the extent that they did not

12  purchase CRT products directly from Defendants, because they are indirect purchasers and

13  barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

14

**FIFTH DEFENSE**

15      Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no

16  antitrust injury.

17

**SIXTH DEFENSE**

18      Plaintiffs' claims are barred, in whole or in part, by applicable statutes of limitations,

19  including but not limited to:  15 U.S.C. § 15b.

20

**SEVENTH DEFENSE**

21      Plaintiffs' claims are barred, in whole or in part, because no Plaintiff has been injured

22  in its business or property by reason of any action of TAIS.

23

**EIGHTH DEFENSE**

24      Plaintiffs' claims are barred, in whole or in part, because any alleged injuries and

25  damages were not legally or proximately caused by any acts or omissions of TAIS or were

26  caused, if at all, solely and proximately by the conduct of third parties including, without

27  limitation, the prior, intervening or superseding conduct of such third parties.

28

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER
TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917
39

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**NINTH DEFENSE**

To the extent that any actionable conduct occurred, Plaintiffs' claims against TAIS are barred because all such conduct would have been committed by individuals acting *ultra vires*.

**TENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no damages as a result of any actions taken by TAIS or the other Defendants.

**ELEVENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

**TWELFTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any actions or practices of TAIS that are the subject of the FAC were undertaken unilaterally for legitimate business reasons and in pursuit of TAIS's independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between TAIS and any other person or entity.

**THIRTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of TAIS that are the subject of the FAC were adopted in furtherance of legitimate business interests of TAIS and of its customers and did not unreasonably restrain competition.

**FOURTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of TAIS that are the subject of the FAC were cost justified or otherwise economically justified and resulted from a good-faith effort to meet competition or market conditions.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**FIFTEENTH DEFENSE**

To the extent there is a finding of an illegal overcharge, Plaintiffs' claims are barred, in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by others, and was not passed through to the indirect purchasers.

**SIXTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because, as indirect purchasers, they fail to meet their burden of proving that they were damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge of which complaint is made and which was not absorbed by predecessors to Plaintiffs in the chain of distribution was not passed on to a third party.

**SEVENTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent they seek improper multiple damage awards and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the United States Constitution.

**EIGHTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

**NINETEENTH DEFENSE**

Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs have available an adequate remedy at law.

**TWENTIETH DEFENSE**

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TAIS contends that it is entitled to set off any amounts paid to Plaintiffs by any Defendants other than TAIS who have settled, or do settle, Plaintiffs' claims against them in this action.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**TWENTY-FIRST DEFENSE**

2    Plaintiffs' claims for injunctive relief are barred, in whole or in part, insofar as

3   Plaintiffs seek to enjoin alleged events that have already transpired without the requisite

4   showing of threatened future harm or continuing harm.

5    **TWENTY-SECOND DEFENSE**

6    TAIS adopts by reference any applicable defense pleaded by any other Defendant not

7   otherwise expressly set forth herein.

8    **TWENTY-THIRD DEFENSE**

9    TAIS reserves the right to assert other defenses as this action proceeds up to and

10   including the time of trial.

11    **TAIS'S PRAYER FOR RELIEF**

12    WHEREFORE, TAIS prays for judgment as follows:

13    1.  That Plaintiffs take nothing by reason of the FAC, and that the action be dismissed

14   with prejudice;

15    2.  That the Court enter judgment in favor of TAIS and against Plaintiffs with respect

16   to all causes of action in the FAC;

17    3.  That the Court award TAIS its attorneys' fees and other costs reasonably incurred

18   in the defense of this action; and

19    4.  That the Court order such other further relief for TAIS as the Court may deem just

20   and proper.

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  March 27, 2014

Respectfully submitted,

**WHITE & CASE** LLP

By:   /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendant*
*Toshiba America Information Systems, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

## CERTIFICATE OF SERVICE

2      On March 27, 2014, I caused a copy of the "TOSHIBA AMERICA INFORMATION

3    SYSTEMS, INC.'S ANSWER TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST

4    AMENDED COMPLAINT" to be served via ECF on the other parties in this action.

5

6

7

8
By:   */s/ Lucius B. Lau*
        Lucius B. Lau (*pro hac vice*)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER
TO DELL INC. AND DELL PRODUCTS L.P.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917