Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Consumer Products, LLC*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*<br><br>Civil Action No. 3:13-00157-SI | **TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S ANSWER TO TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S FIRST AMENDED COMPLAINT**<br><br>The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

For its Answer to Tech Data Corporation and Tech Data Product Management, Inc.'s First Amended Complaint ("FAC"), Defendant Toshiba America Consumer Products, LLC ("TACP") states as follows:

## I.   INTRODUCTION[1]

1.   The allegations contained in Paragraph 1 consist of Plaintiffs' characterization of their claims and an explanation of defined terms used in their FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations in Paragraph 1 are directed at TACP, TACP denies these allegations.

2.   To the extent that the allegations contained in the first sentence of Paragraph 2 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence of Paragraph 2 are directed to TACP, TACP denies these allegations.  The remainder of Paragraph 2 consists of explanations of defined terms used in their FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in the remainder of Paragraph 2.

3.   To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to TACP, TACP denies these allegations.

4.   To the extent that the allegations contained in Paragraph 4 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the

---

[1] For ease of reference, the headings in this Answer correspond to the headings in the FAC.

TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S ANSWER TO TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 4 are directed to TACP, TACP denies these allegations.

5.      To the extent that the allegations contained in Paragraph 5 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 5 are directed to TACP, TACP denies these allegations.

6.      To the extent that the allegations contained in Paragraph 6 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 6 are directed to TACP, TACP denies these allegations.

7.      To the extent that the allegations contained in Paragraph 7 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 7 are directed to TACP, TACP denies these allegations.

8.      To the extent that Paragraph 8 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 8 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 8 may be deemed to require a response from TACP, TACP denies these allegations.

9.      Paragraph 9 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 9 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 9 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## II.   JURISDICTION AND VENUE

10.   The allegations contained in Paragraph 10 consist of Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 10.

11.   The allegations contained in Paragraph 11 consist of Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 11 and notes that the claim described in Paragraph 11 was dismissed by the Court on March 13, 2014.

12.   The allegations contained in Paragraph 12 consist of Plaintiffs' characterization of their case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 12.

13.   To the extent that the allegations contained in the first sentence in Paragraph 13 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence in Paragraph 13 relate to TACP, TACP denies the allegations.  TACP denies the remaining allegations of Paragraph 13.

14.   The first and third sentences of Paragraph 14 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 14.  To the extent that the allegations contained in Paragraph 14 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 14 are directed to TACP, TACP denies these allegations.

15.   The allegations in Paragraph 15 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 15.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16.     The allegations in Paragraph 16 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 16.

## III.   THE PARTIES

### A.     Plaintiffs

17.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and, therefore, denies the allegations.

19.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

20.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, therefore, denies the allegations.

21.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

### B.     Defendants

#### 1.     Hitachi Entities

22.     Paragraph 22 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, therefore, denies the allegations.

23.     Paragraph 23 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.     Paragraph 24 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

25.     Paragraph 25 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the allegations.

4

5

6

26.     Paragraph 26 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

7

8

9

27.     Paragraph 27 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

10

11

12

28.     Paragraph 28 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 28.

13

**2.     IRICO Entities**

14

15

16

29.     Paragraph 29 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, therefore, denies the allegations.

17

18

19

30.     Paragraph 30 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

20

21

22

31.     Paragraph 31 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

23

24

25

32.     Paragraph 32 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 32.

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 3. LG Electronics Entities

33.     Paragraph 33 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 33.

34.     Paragraph 34 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.     Paragraph 35 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36.     Paragraph 36 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 36.

### 4. LP Displays

37.     Paragraph 37 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies the allegations.

### 5. Mitsubishi Entities

38.     Paragraph 38 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.     Paragraph 39 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.     Paragraph 40 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

41.     Paragraph 41 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 41.

**6.     Panasonic Entities**

42.     Paragraph 42 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

43.     Paragraph 43 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, denies the allegations.

44.     Paragraph 44 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 44.

45.     Paragraph 45 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

46.     Paragraph 46 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

**7.     Phillips Entities**

47.     Paragraph 47 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, therefore, denies the allegations.

48.     Paragraph 48 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

49.     Paragraph 49 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

50.     Paragraph 50 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

51.     Paragraph 51 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 51.

**8.     Samsung**

52.     Paragraph 52 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

53.     Paragraph 53 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

54.     Paragraph 54 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, denies the allegations.

55.     Paragraph 55 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, therefore, denies the allegations.

56.     Paragraph 56 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations.

57.     Paragraph 57 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

58.    Paragraph 58 relates to another Defendant.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, denies the allegations.

59.    Paragraph 59 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 59.

### 9.    Samtel

60.    Paragraph 60 relates to another Defendant.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies the allegations.

### 10.    Thai CRT

61.    Paragraph 61 relates to another Defendant.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations.

### 11.    Thomson Entities

62.    Paragraph 62 relates to another Defendant.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, denies the allegations.

63.    Paragraph 63 relates to another Defendant.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, therefore, denies the allegations.

64.    Paragraph 64 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 64.

### 12.    Toshiba Entities

65.    Paragraph 65 relates to another Defendant.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2

contained in Paragraph 65, and therefore denies the allegations, except that TACP admits the allegations contained in the first sentence of Paragraph 65.

3
4
5
6

66.    Paragraph 66 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and, therefore, denies the allegations,  except that TACP admits the allegations contained in the first sentence of Paragraph 66.

7
8
9
10
11

67.    TACP denies the allegations in Paragraph 67, except that TACP avers that TACP completed a merger into Toshiba America Information Systems, Inc. ("TAIS") on February 14, 2011, whereby TACP no longer exists as a separate legal entity and TACP's former facilities are either closed or now operated entirely by TAIS.  TACP avers that it sold certain electronic devices containing color picture tubes during the relevant period.

12
13
14

68.    Paragraph 68 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and, therefore, denies the allegations.

15
16
17

69.    Paragraph 69 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, therefore, denies the allegations.

18
19
20

70.    Paragraph 70 consists of Plaintiffs' explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 70.

21

### 13.   Chunghwa Entities

22
23
24

71.    Paragraph 71 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and, therefore, denies the allegations.

25
26
27

72.    Paragraph 72 relates to another Defendant.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  **IV.  AGENTS AND CO-CONSPIRATORS**

2       73.     To the extent that the allegations contained in Paragraph 73 relate to other

3  Defendants, TACP lacks knowledge or information sufficient to form a belief as to the

4  truth of these allegations and, therefore, denies these allegations.  To the extent that the

5  allegations contained in Paragraph 73 are directed to TACP, TACP denies these

6  allegations.

7       74.     To the extent that the allegations contained in Paragraph 74 relate to other

8  Defendants, TACP lacks knowledge or information sufficient to form a belief as to the

9  truth of these allegations and, therefore, denies these allegations.  To the extent that the

10  allegations contained in Paragraph 74 are directed to TACP, TACP denies these

11  allegations.

12       75.     Paragraph 75 relates to other companies.   Accordingly, TACP lacks

13  knowledge or information sufficient to form a belief as to the truth of the allegations

14  contained in Paragraph 75 and, therefore, denies the allegations.

15       76.     Paragraph 76 relates to other companies.   Accordingly, TACP lacks

16  knowledge or information sufficient to form a belief as to the truth of the allegations

17  contained in Paragraph 76 and, therefore, denies the allegations.

18       77.     Paragraph 77 consists of Plaintiffs' explanation of a defined term used in the

19  FAC, to which no response is required.  To the extent that a response is deemed required,

20  TACP denies the allegations contained in Paragraph 77.

21       78.     Paragraph 78 relates to another company.   Accordingly, TACP lacks

22  knowledge or information sufficient to form a belief as to the truth of the allegations and,

23  therefore, denies the allegations.

24       79.     Paragraph 79 relates to another company.   Accordingly, TACP lacks

25  knowledge or information sufficient to form a belief as to the truth of the allegations and,

26  therefore, denies the allegations.

27

28

80. Paragraph 80 relates to other companies. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, denies the allegations.

81. Paragraph 81 relates to other companies. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, denies the allegations.

82. Paragraph 82 relates to another company. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

83. To the extent that the allegations contained in Paragraph 83 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 71 are directed to TACP, TACP denies these allegations.

## V. TRADE AND COMMERCE

84. TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

85. TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the allegations.

86. Paragraph 86 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required. To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 86.

## VI. FACTUAL ALLEGATIONS

### A. CRT Technology

87. TACP admits the allegations contained in Paragraph 87.

88. TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

89.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and, therefore, denies the allegations.

90.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, denies the allegations.

91.     To the extent that Paragraph 91 describes CRT technology generally, and claims that that CDTs and CPTs are separate products, TACP admits the allegations in Paragraph 91, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.  TACP denies the remaining allegations in Paragraph 91.

92.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

93.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and, therefore, denies the allegations.

94.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, therefore, denies the allegations. The second sentence of Paragraph 94 consists of argument and Plaintiffs' characterization of their claims, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in the second sentence of Paragraph 94.

95.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, therefore, denies the allegations. The second sentence of Paragraph 95 consists of argument and Plaintiffs' characterization of their claims, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in the second sentence of Paragraph 95.

96.     Paragraph 96 consists of argument and Plaintiffs' characterization of their claims, to which no response is required.  To the extent that a response is deemed required, TACP denies the allegations contained in Paragraph 96.

**B.     Structure of the CRT Industry**

97.     TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 1.    Market Concentration

98.    To the extent that the allegations contained in Paragraph 98 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 98 are directed to TACP, TACP denies these allegations.

### 2.    Information Sharing

99.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

100.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

### 3.    Consolidation

101.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

### 4.    Multiple Interrelated Business Relationships

102.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

103.    To the extent that the allegations contained in Paragraph 103 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 94 are directed to TACP, TACP denies these allegations.

### 5.    High Costs of Entry Into the Industry

104.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and, therefore, denies the allegations.

105.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 6.    The Maturity of the CRT Product Market

106.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and, therefore, denies the allegations.

107.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, therefore, denies the allegations.

108.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and, therefore, denies the allegations.

109.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 and, therefore, denies the allegations.

110.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and, therefore, denies the allegations.

111.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 and, therefore, denies the allegations.

### 7.    Homogeneity of CRT Products

112.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 and, therefore, denies the allegations.

113.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 and, therefore, denies the allegations.

### C.    Pre-Conspiracy Market

114.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 and, therefore, denies the allegations.

115.    Paragraph 115 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 and, therefore, denies the allegations.

### D.    Defendants' and Co-Conspirators' Illegal Agreements

116.    To the extent that the allegations contained in Paragraph 116 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

the extent that the allegations contained in Paragraph 116 are directed to TACP, TACP denies these allegations.

117.    To the extent that the allegations contained in Paragraph 117 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 117 are directed to TACP, TACP denies these allegations.

118.    Paragraph 118 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 and, therefore, denies the allegations.

119.    To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 119 are directed to TACP, TACP denies these allegations.

120.    To the extent that the allegations contained in Paragraph 120 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 120 are directed to TACP, TACP denies these allegations.

### 1.    "Glass Meetings"

121.    To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 121 are directed to TACP, TACP denies these allegations.

122.    To the extent that the allegations contained in Paragraph 122 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 122 are directed to TACP, TACP denies these allegations.

123.    To the extent that the allegations contained in Paragraph 123 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 123 are directed to TACP, TACP denies these allegations.

124.    To the extent that the allegations contained in Paragraph 124 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 124 are directed to TACP, TACP denies these allegations.

125.    To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 125 are directed to TACP, TACP denies these allegations.

126.    To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 126 are directed to TACP, TACP denies these allegations.

127.    To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 127 are directed to TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

128.    To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 128 are directed to TACP, TACP denies these allegations.

129.    To the extent that the allegations contained in Paragraph 129 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 129 are directed to TACP, TACP denies these allegations.

130.    To the extent that the allegations contained in Paragraph 130 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 130 are directed to TACP, TACP denies these allegations.

131.    To the extent that the allegations contained in Paragraph 131 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 131 are directed to TACP, TACP denies these allegations.

132.    To the extent that the allegations contained in Paragraph 132 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 132 are directed to TACP, TACP denies these allegations.

133.    To the extent that the allegations contained in Paragraph 133 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

extent that the allegations contained in Paragraph 133 are directed to TACP, TACP denies these allegations.

134.    To the extent that the allegations contained in Paragraph 134 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 134 are directed to TACP, TACP denies these allegations.

135.    To the extent that the allegations contained in Paragraph 135 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 135 are directed to TACP, TACP denies these allegations.

### 2.    Bilateral Discussions

136.    To the extent that the allegations contained in Paragraph 136 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 136 are directed to TACP, TACP denies these allegations.

137.    To the extent that the allegations contained in Paragraph 137 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 137 are directed to TACP, TACP denies these allegations.

138.    To the extent that the allegations contained in Paragraph 138 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 138 are directed to TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

139.    To the extent that the allegations contained in Paragraph 139 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 139 are directed to TACP, TACP denies these allegations.

140.    To the extent that the allegations contained in Paragraph 140 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 140 are directed to TACP, TACP denies these allegations.

141.    To the extent that the allegations contained in Paragraph 141 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 141 are directed to TACP, TACP denies these allegations.

### 3.    Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions

142.    Paragraph 142 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and, therefore, denies the allegations.

143.    Paragraph 143 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and, therefore, denies the allegations.

144.    Paragraph 144 relates to other Defendants.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, therefore, denies the allegations.

145.     Paragraph 145 relates to other Defendants.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and, therefore, denies the allegations.

146.     Paragraph 146 relates to other Defendants.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and, therefore, denies the allegations.

147.     Paragraph 147 relates to other Defendants.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and, therefore, denies the allegations.

148.     Paragraph 148 relates to other Defendants.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and, therefore, denies the allegations.

149.     Paragraph 149 relates to other Defendants.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 and, therefore, denies the allegations.

150.     Paragraph 150 relates to other Defendants.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 and, therefore, denies the allegations.

151.     Paragraph 151 relates to other Defendants.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 and, therefore, denies the allegations.

152.     Paragraph 152 relates to other Defendants.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, therefore, denies the allegations.

153.     Paragraph 153 relates to other Defendants.     Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

154. Paragraph 154 relates to other Defendants. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and, therefore, denies the allegations.

155. Paragraph 155 relates to other Defendants. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 and, therefore, denies the allegations.

156. Paragraph 156 relates to other Defendants. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, therefore, denies the allegations.

157. Paragraph 157 relates to other Defendants. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and, therefore, denies the allegations.

158. Paragraph 158 relates to other Defendants. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and, therefore, denies the allegations.

159. Paragraph 159 relates to other Defendants. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 and, therefore, denies the allegations.

160. To the extent that the allegations contained in Paragraph 160 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 160 are directed to TACP, TACP denies these allegations.

161. To the extent that the allegations contained in Paragraph 161 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 161 are directed to TACP, TACP denies these allegations.

162.    Paragraph 162 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 and, therefore, denies the allegations.

163.    Paragraph 163 relates to other Defendants.    Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 and, therefore, denies the allegations.

164.    To the extent that Paragraph 164 consists of Plaintiffs' characterization of their claims and Plaintiffs' explanation of a defined term used in the FAC, no response is required.    To the extent that the allegations contained in Paragraph 164 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 164 may be deemed to require a response from TACP, TACP denies these allegations.

**E.    The CRT Market During the Conspiracy**

165.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 and, therefore, denies the allegations.

166.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and, therefore, denies the allegations.

167.    To the extent that Paragraph 167 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.    To the extent that the allegations contained in Paragraph 167 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 167 may be deemed to require a response from TACP, TACP denies these allegations.

168.    TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

169.    To the extent that Paragraph 169 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 169 may be deemed to require a response from TACP, TACP denies these allegations.

170.    To the extent that Paragraph 170 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 170 may be deemed to require a response from TACP, TACP denies these allegations.

171.    To the extent that the allegations contained in Paragraph 171 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 171 are directed to TACP, TACP denies these allegations.

172.    To the extent that Paragraph 172 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 172 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 172 are directed to TACP, TACP denies these allegations.

173.    To the extent that Paragraph 173 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 173 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 173 are directed to TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

174.    To the extent that Paragraph 174 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 174 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 174 are directed to TACP, TACP denies these allegations.

175.    To the extent that the allegations contained in Paragraph 175 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 175 are directed to TACP, TACP denies these allegations.

**F.    International Government Antitrust Investigations**

176.    To the extent that Paragraph 176 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 176 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 176 are directed to TACP, TACP denies these allegations.

177.    To the extent that Paragraph 177 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 177 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 177 may be deemed to require a response from TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

178.    The allegations contained in Paragraph 178 refer to a public annual report, which is the best evidence of its contents.  To the extent that the allegations contained in Paragraph 178 may be deemed to require a response from TACP, TACP denies these allegations.

179.    To the extent that Paragraph 179 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 179 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 179 may be deemed to require a response from TACP, TACP denies these allegations.

180.    To the extent that Paragraph 180 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 180 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 180 may be deemed to require a response from TACP, TACP denies these allegations.

181.    To the extent that Paragraph 181 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 181 relate to other Defendants and/or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 181 may be deemed to require a response from TACP, TACP denies these allegations.

182.    To the extent that Paragraph 182 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Paragraph 182 relate to other Defendants or third parties, TACP lacks knowledge or

2  information sufficient to form a belief as to the truth of these allegations and, therefore,

3  denies these allegations.  To the extent that the allegations contained in Paragraph 182 may

4  be deemed to require a response from TACP, TACP denies these allegations.

5      183.  To the extent that Paragraph 183 consists of purported statements by

6  government authorities and/or statements in public documents, those statements speak for

7  themselves and no response is required.  To the extent that the allegations contained in

8  Paragraph 183 relate to other Defendants or third parties, TACP lacks knowledge or

9  information sufficient to form a belief as to the truth of these allegations and, therefore,

10  denies these allegations.  To the extent that the allegations contained in Paragraph 183 may

11  be deemed to require a response from TACP, TACP denies these allegations.

12      184.  To the extent that Paragraph 184 consists of purported statements by

13  government authorities and/or statements in public documents, those statements speak for

14  themselves and no response is required.  To the extent that the allegations contained in

15  Paragraph 184 relate to other Defendants or third parties, TACP lacks knowledge or

16  information sufficient to form a belief as to the truth of these allegations and, therefore,

17  denies these allegations.  To the extent that the allegations contained in Paragraph 184 may

18  be deemed to require a response from TACP, TACP denies these allegations.

19      185.  To the extent that Paragraph 185 consists of purported statements by

20  government authorities and/or statements in public documents, those statements speak for

21  themselves and no response is required.  To the extent that the allegations contained in

22  Paragraph 185 relate to other Defendants or third parties, TACP lacks knowledge or

23  information sufficient to form a belief as to the truth of these allegations and, therefore,

24  denies these allegations.  To the extent that the allegations contained in Paragraph 185 may

25  be deemed to require a response from TACP, TACP denies these allegations.

26      186.  To the extent that Paragraph 186 consists of purported statements by

27  government authorities and/or statements in public documents, those statements speak for

28  themselves and no response is required.  To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Paragraph 186 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 186 may be deemed to require a response from TACP, TACP denies these allegations.

187.   To the extent that Paragraph 187 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 187 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 187 may be deemed to require a response from TACP, TACP denies these allegations.

188.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, therefore, denies these allegations.

189.   To the extent that the allegations contained in Paragraph 189 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 189 are directed to TACP, TACP denies these allegations.

190.   To the extent that the allegations contained in Paragraph 190 relate to other Defendants, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 190 are directed to TACP, TACP denies these allegations.

191.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and, therefore, denies these allegations.

192.   To the extent that Paragraph 192 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 192 relate to

other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 192 may be deemed to require a response from TACP, TACP denies these allegations.

193. To the extent that Paragraph 193 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 193 may be deemed to require a response from TACP, TACP denies these allegations.

194. To the extent that Paragraph 194 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 194 may be deemed to require a response from TACP, TACP denies these allegations.

195. To the extent that Paragraph 195 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 195 may be deemed to require a response from TACP, TACP denies these allegations.

**G.    The Role of Trade Associations During the Relevant Period**

196. TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 and, therefore, denies these allegations.

197. Paragraph 197 relates to other Defendants or third parties. Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 and, therefore, denies these allegations.

198. TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

199.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199 and, therefore, denies these allegations.

200.   TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 and, therefore, denies these allegations.

**H.   Effects of Defendants' Antitrust Violations**

**1.   Examples of Reductions in Manufacturing Capacity by Defendants**

201.   To the extent that the allegations contained in Paragraph 201 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 201 are directed to TACP, TACP denies these allegations.

202.   Paragraph 202 relates to other Defendants.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202 and, therefore, denies these allegations.

203.   Paragraph 203 relates to other Defendants or third parties.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203 and, therefore, denies these allegations.

204.   Paragraph 204 relates to other Defendants or third parties.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 and, therefore, denies these allegations.

205.   Paragraph 205 relates to other Defendants or third parties.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 and, therefore, denies these allegations.

206.   Paragraph 206 relates to other Defendants or third parties.  Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## 2.   Examples of Collusive Pricing for CRT Products

207.   To the extent that Paragraph 207 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 207 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 207 may be deemed to require a response from TACP, TACP denies these allegations.

208.   To the extent that Paragraph 208 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 208 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 208 may be deemed to require a response from TACP, TACP denies these allegations.

209.   To the extent that the allegations contained in Paragraph 209 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 209 are directed to TACP, TACP denies these allegations.

210.   To the extent that Paragraph 210 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 210 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 210 may be deemed to require a response from TACP, TACP denies these allegations.

211.   To the extent that Paragraph 211 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 211 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 211 may be deemed to require a response from TACP, TACP denies these allegations.

212.   To the extent that the allegations contained in Paragraph 212 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 212 are directed to TACP, TACP denies these allegations.

213.   To the extent that Paragraph 213 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 213 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from TACP, TACP denies these allegations.

214.   Paragraph 214 relates to another Defendant.   Accordingly, TACP lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 214 and, therefore, denies these allegations.

215.   To the extent that the allegations contained in Paragraph 215 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 215 are directed to TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 3. Summary of Effects of the Conspiracy Involving CRT Products

216.    Paragraph 216 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 216 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 216 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VII.  PLAINTIFFS' INJURIES

217.    To   the   extent   that   Paragraph   217   contains   argument,   Plaintiffs' characterization of their claims, or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 217 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 217 are directed to TACP, TACP denies these allegations.

218.    To the extent that the allegations contained in Paragraph 218 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 218 are directed to TACP, TACP denies these allegations.

219.    To the extent that Paragraph 219 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 219 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 219 are directed to TACP, TACP denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

220.   To the extent that Paragraph 220 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 220 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 220 are directed to TACP, TACP denies these allegations.

221.   To the extent that Paragraph 221 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 221 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 221 are directed to TACP, TACP denies these allegations.

222.   Paragraph 222 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 222 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 222 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

223.   Paragraph 223 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 223 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 223 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**VIII. FRAUDULENT CONCEALMENT**

2    224.    Paragraph 224 consists of argument, Plaintiffs' characterization of their

3    claims, or legal conclusions, to which no response is required.   To the extent that the

4    allegations contained in Paragraph 224 relate to other Defendants or third parties, TACP

5    lacks knowledge or information sufficient to form a belief as to the truth of these

6    allegations and, therefore, denies these allegations.   To the extent that the allegations

7    contained in Paragraph 224 may be deemed to require a response from TACP, TACP lacks

8    knowledge or information sufficient to form a belief as to the truth of these allegations and,

9    therefore, denies these allegations.

10    225.    Paragraph 225 consists of argument, Plaintiffs' characterization of their

11    claims, or legal conclusions, to which no response is required.   To the extent that the

12    allegations contained in Paragraph 225 relate to other Defendants or third parties, TACP

13    lacks knowledge or information sufficient to form a belief as to the truth of these

14    allegations and, therefore, denies these allegations.   To the extent that the allegations

15    contained in Paragraph 225 may be deemed to require a response from TACP, TACP lacks

16    knowledge or information sufficient to form a belief as to the truth of these allegations and,

17    therefore, denies these allegations.

18    226.    Paragraph 226 consists of argument, Plaintiffs' characterization of their

19    claims, or legal conclusions, to which no response is required.   To the extent that the

20    allegations contained in Paragraph 226 relate to other Defendants or third parties, TACP

21    lacks knowledge or information sufficient to form a belief as to the truth of these

22    allegations and, therefore, denies these allegations.   To the extent that the allegations

23    contained in Paragraph 226 may be deemed to require a response from TACP, TACP lacks

24    knowledge or information sufficient to form a belief as to the truth of these allegations and,

25    therefore, denies these allegations.

26    227.    Paragraph 227 consists of argument, Plaintiffs' characterization of their

27    claims, or legal conclusions, to which no response is required.   To the extent that the

28    allegations contained in Paragraph 227 relate to other Defendants or third parties, TACP

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

228.    Paragraph 228 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 228 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 228 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

229.    Paragraph 229 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 229 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 229 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

230.    Paragraph 230 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 230 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 230 may be deemed to require a response from TACP, TACP lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    knowledge or information sufficient to form a belief as to the truth of these allegations and,

2    therefore, denies these allegations.

3        231.    Paragraph 231 consists of argument, Plaintiffs' characterization of their

4    claims, or legal conclusions, to which no response is required.   To the extent that the

5    allegations contained in Paragraph 231 relate to other Defendants or third parties, TACP

6    lacks knowledge or information sufficient to form a belief as to the truth of these

7    allegations and, therefore, denies these allegations.   To the extent that the allegations

8    contained in Paragraph 231 may be deemed to require a response from TACP, TACP lacks

9    knowledge or information sufficient to form a belief as to the truth of these allegations and,

10   therefore, denies these allegations.

11       232.    Paragraph 232 consists of argument, Plaintiffs' characterization of their

12   claims, or legal conclusions, to which no response is required.   To the extent that the

13   allegations contained in Paragraph 232 relate to other Defendants or third parties, TACP

14   lacks knowledge or information sufficient to form a belief as to the truth of these

15   allegations and, therefore, denies these allegations.   To the extent that the allegations

16   contained in Paragraph 232 may be deemed to require a response from TACP, TACP lacks

17   knowledge or information sufficient to form a belief as to the truth of these allegations and,

18   therefore, denies these allegations.

19       233.    Paragraph 233 relates to other Defendants.   Accordingly, TACP lacks

20   knowledge or information sufficient to form a belief as to the truth of the allegations

21   contained in Paragraph 233 and, therefore, denies the allegations.

22       234.    Paragraph 234 relates to other Defendants.   Accordingly, TACP lacks

23   knowledge or information sufficient to form a belief as to the truth of the allegations

24   contained in Paragraph 234 and, therefore, denies the allegations.

25       235.    Paragraph 235 consists of argument, Plaintiffs' characterization of their

26   claims, or legal conclusions, to which no response is required.   To the extent that the

27   allegations contained in Paragraph 235 relate to other Defendants or third parties, TACP

28   lacks knowledge or information sufficient to form a belief as to the truth of these

allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 235 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## IX.  TOLLING

236.  Paragraph 236 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 236 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 236 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

237.  Paragraph 237 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 237 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 237 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

238.  Paragraph 238 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 238 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 238 may be deemed to require a response from TACP, TACP lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

239.   Paragraph 239 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 239 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 239 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

240.   Paragraph 240 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 240 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 240 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

241.   Paragraph 241 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 241 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 241 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

242.   Paragraph 242 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   allegations contained in Paragraph 242 relate to other Defendants or third parties, TACP
2   lacks knowledge or information sufficient to form a belief as to the truth of these
3   allegations and, therefore, denies these allegations.  To the extent that the allegations
4   contained in Paragraph 242 may be deemed to require a response from TACP, TACP lacks
5   knowledge or information sufficient to form a belief as to the truth of these allegations and,
6   therefore, denies these allegations.

7   243.   Paragraph 243 consists of argument, Plaintiffs' characterization of their
8   claims, or legal conclusions, to which no response is required.  To the extent that the
9   allegations contained in Paragraph 243 relate to other Defendants or third parties, TACP
10  lacks knowledge or information sufficient to form a belief as to the truth of these
11  allegations and, therefore, denies these allegations.  To the extent that the allegations
12  contained in Paragraph 243 may be deemed to require a response from TACP, TACP lacks
13  knowledge or information sufficient to form a belief as to the truth of these allegations and,
14  therefore, denies these allegations.

15  244.   Paragraph 244 consists of argument, Plaintiffs' characterization of their
16  claims, or legal conclusions, to which no response is required.  To the extent that the
17  allegations contained in Paragraph 244 relate to other Defendants or third parties, TACP
18  lacks knowledge or information sufficient to form a belief as to the truth of these
19  allegations and, therefore, denies these allegations.  To the extent that the allegations
20  contained in Paragraph 244 may be deemed to require a response from TACP, TACP lacks
21  knowledge or information sufficient to form a belief as to the truth of these allegations and,
22  therefore, denies these allegations.

23  **X.   CLAIM FOR VIOLATIONS**

24  **First Claim for Relief**

25  **(Violation of Section 1 of the Sherman Act)**

26  245.   TACP hereby incorporates by reference its responses to Paragraphs
27  1-244 of the FAC, as set forth above.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

246.   Paragraph 246 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 246 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 246 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

247.   Paragraph 247 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 247 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 247 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

248.   Paragraph 248 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 248 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 248 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

249.   Paragraph 249 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 249 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   allegations and, therefore, denies these allegations.   To the extent that the allegations
2   contained in Paragraph 249 may be deemed to require a response from TACP, TACP lacks
3   knowledge or information sufficient to form a belief as to the truth of these allegations and,
4   therefore, denies these allegations.

5       250.   Paragraph 250 consists of argument, Plaintiffs' characterization of their
6   claims, or legal conclusions, to which no response is required.   To the extent that the
7   allegations contained in Paragraph 250 relate to other Defendants or third parties, TACP
8   lacks knowledge or information sufficient to form a belief as to the truth of these
9   allegations and, therefore, denies these allegations.   To the extent that the allegations
10  contained in Paragraph 250 may be deemed to require a response from TACP, TACP lacks
11  knowledge or information sufficient to form a belief as to the truth of these allegations and,
12  therefore, denies these allegations.

13      251.   Paragraph 251 consists of argument, Plaintiffs' characterization of their
14  claims, or legal conclusions, to which no response is required.   To the extent that the
15  allegations contained in Paragraph 251 relate to other Defendants or third parties, TACP
16  lacks knowledge or information sufficient to form a belief as to the truth of these
17  allegations and, therefore, denies these allegations.   To the extent that the allegations
18  contained in Paragraph 251 may be deemed to require a response from TACP, TACP lacks
19  knowledge or information sufficient to form a belief as to the truth of these allegations and,
20  therefore, denies these allegations.

21                      **<u>Second Claim for Relief</u>**

22      **(Violation of the Florida Deceptive and Unfair Trade Practice Act ("FDUTPA"))**

23      252.   TACP hereby incorporates by reference its responses to Paragraphs
24  1-251 of the FAC, as set forth above.

25      253.   Paragraph 253 consists of argument, Plaintiffs' characterization of their
26  claims, or legal conclusions, to which no response is required.   To the extent that the
27  allegations contained in Paragraph 253 relate to other Defendants or third parties, TACP
28  lacks knowledge or information sufficient to form a belief as to the truth of these

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    allegations and, therefore, denies these allegations.  To the extent that the allegations

2    contained in Paragraph 253 may be deemed to require a response from TACP, TACP lacks

3    knowledge or information sufficient to form a belief as to the truth of these allegations and,

4    therefore, denies these allegations.  TACP further states that the Court dismissed with

5    prejudice Plaintiffs' Florida claim against TACP on March 13, 2014.

6        254.    Paragraph 254 consists of argument, Plaintiffs' characterization of their

7    claims, or legal conclusions, to which no response is required.  To the extent that the

8    allegations contained in Paragraph 254 relate to other Defendants or third parties, TACP

9    lacks knowledge or information sufficient to form a belief as to the truth of these

10   allegations and, therefore, denies these allegations.  To the extent that the allegations

11   contained in Paragraph 254 are directed to TACP, TACP denies these allegations.  TACP

12   further states that the Court dismissed with prejudice Plaintiffs' Florida claim against

13   TACP on March 13, 2014.

14       255.    Paragraph 255 consists of argument, Plaintiffs' characterization of their

15   claims, or legal conclusions, to which no response is required.  To the extent that the

16   allegations contained in Paragraph 255 relate to other Defendants or third parties, TACP

17   lacks knowledge or information sufficient to form a belief as to the truth of these

18   allegations and, therefore, denies these allegations.  To the extent that the allegations

19   contained in Paragraph 255 may be deemed to require a response from TACP, TACP lacks

20   knowledge or information sufficient to form a belief as to the truth of these allegations and,

21   therefore, denies these allegations.  TACP further states that the Court dismissed with

22   prejudice Plaintiffs' Florida claim against TACP on March 13, 2014.

23       256.    Paragraph 256 consists of argument, Plaintiffs' characterization of their

24   claims, or legal conclusions, to which no response is required.  To the extent that the

25   allegations contained in Paragraph 256 relate to other Defendants or third parties, TACP

26   lacks knowledge or information sufficient to form a belief as to the truth of these

27   allegations and, therefore, denies these allegations.  To the extent that the allegations

28   contained in Paragraph 256 may be deemed to require a response from TACP, TACP lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TACP further states that the Court dismissed with prejudice Plaintiffs' Florida claim against TACP on March 13, 2014.

257.    Paragraph 257 consists of argument, Plaintiffs' characterization of their claims or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 257 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 257 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TACP further states that the Court dismissed with prejudice Plaintiffs' Florida claim against TACP on March 13, 2014.

258.    Paragraph 258 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 258 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 258 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TACP further states that the Court dismissed with prejudice Plaintiffs' Florida claim against TACP on March 13, 2014.

259.    Paragraph 259 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 259 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 259 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

therefore, denies these allegations. TACP further states that the Court dismissed with prejudice Plaintiffs' Florida claim against TACP on March 13, 2014.

### Third Claim for Relief

### (Violation of the California Cartwright Act.)

260. TACP hereby incorporates by reference its responses to Paragraphs 1-259 of the FAC, as set forth above.

261. Paragraph 261 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 261 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 261 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. TACP further states that the Court dismissed with prejudice Plaintiffs' California claims against TACP on March 13, 2014.

262. Paragraph 262 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 262 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 262 may be deemed to require a response from TACP, TACP lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. TACP further states that the Court dismissed with prejudice Plaintiffs' California claims against TACP on March 13, 2014.

263. Paragraph 263 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 263 relate to other Defendants or third parties, TACP lacks knowledge or information sufficient to form a belief as to the truth of these

1    allegations and, therefore, denies these allegations.   To the extent that the allegations

2    contained in Paragraph 263 may be deemed to require a response from TACP, TACP lacks

3    knowledge or information sufficient to form a belief as to the truth of these allegations and,

4    therefore, denies these allegations.   TACP further states that the Court dismissed with

5    prejudice Plaintiffs' California claims against TACP on March 13, 2014.

6        264.    Paragraph 264 consists of argument, Plaintiffs' characterization of their

7    claims, or legal conclusions, to which no response is required.   To the extent that the

8    allegations contained in Paragraph 264 relate to other Defendants or third parties, TACP

9    lacks knowledge or information sufficient to form a belief as to the truth of these

10   allegations and, therefore, denies these allegations.   To the extent that the allegations

11   contained in Paragraph 264 may be deemed to require a response from TACP, TACP lacks

12   knowledge or information sufficient to form a belief as to the truth of these allegations and,

13   therefore, denies these allegations.   TACP further states that the Court dismissed with

14   prejudice Plaintiffs' California claims against TACP on March 13, 2014.

15       265.    Paragraph 265 consists of argument, Plaintiffs' characterization of their

16   claims, or legal conclusions, to which no response is required.   To the extent that the

17   allegations contained in Paragraph 265 relate to other Defendants or third parties, TACP

18   lacks knowledge or information sufficient to form a belief as to the truth of these

19   allegations and, therefore, denies these allegations.   To the extent that the allegations

20   contained in Paragraph 265 may be deemed to require a response from TACP, TACP lacks

21   knowledge or information sufficient to form a belief as to the truth of these allegations and,

22   therefore, denies these allegations.   TACP further states that the Court dismissed with

23   prejudice Plaintiffs' California claims against TACP on March 13, 2014.

24       266.    Paragraph 266 consists of argument, Plaintiffs' characterization of their

25   claims, or legal conclusions, to which no response is required.   To the extent that the

26   allegations contained in Paragraph 266 relate to other Defendants or third parties, TACP

27   lacks knowledge or information sufficient to form a belief as to the truth of these

28   allegations and, therefore, denies these allegations.   To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   contained in Paragraph 266 may be deemed to require a response from TACP, TACP lacks

2   knowledge or information sufficient to form a belief as to the truth of these allegations and,

3   therefore, denies these allegations.  TACP further states that the Court dismissed with

4   prejudice Plaintiffs' California claims against TACP on March 13, 2014.

5   267.   Paragraph 267 consists of argument, Plaintiffs' characterization of their

6   claims, or legal conclusions, to which no response is required.  To the extent that the

7   allegations contained in Paragraph 267 relate to other Defendants or third parties, TACP

8   lacks knowledge or information sufficient to form a belief as to the truth of these

9   allegations and, therefore, denies these allegations.  To the extent that the allegations

10   contained in Paragraph 267 may be deemed to require a response from TACP, TACP lacks

11   knowledge or information sufficient to form a belief as to the truth of these allegations and,

12   therefore, denies these allegations.  TACP further states that the Court dismissed with

13   prejudice Plaintiffs' California claims against TACP on March 13, 2014.

14   268.   Paragraph 268 consists of argument, Plaintiffs' characterization of their

15   claims, or legal conclusions, to which no response is required.  To the extent that the

16   allegations contained in Paragraph 268 relate to other Defendants or third parties, TACP

17   lacks knowledge or information sufficient to form a belief as to the truth of these

18   allegations and, therefore, denies these allegations.  To the extent that the allegations

19   contained in Paragraph 268 may be deemed to require a response from TACP, TACP lacks

20   knowledge or information sufficient to form a belief as to the truth of these allegations and,

21   therefore, denies these allegations.  TACP further states that the Court dismissed with

22   prejudice Plaintiffs' California claims against TACP on March 13, 2014.

23   <u>**Fourth Claim for Relief**</u>

24   **(Violation of California Unfair Competition Law)**

25   269.   TACP hereby incorporates by reference its responses to Paragraphs

26   1-268 of the FAC, as set forth above.

27   270.   Paragraph 270 consists of argument, Plaintiffs' characterization of their

28   claims, or legal conclusions, to which no response is required.  To the extent that the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   allegations contained in Paragraph 270 relate to other Defendants or third parties, TACP
2   lacks knowledge or information sufficient to form a belief as to the truth of these
3   allegations and, therefore, denies these allegations.  To the extent that the allegations
4   contained in Paragraph 270 may be deemed to require a response from TACP, TACP lacks
5   knowledge or information sufficient to form a belief as to the truth of these allegations and,
6   therefore, denies these allegations.  TACP further states that the Court dismissed with
7   prejudice Plaintiffs' California claims against TACP on March 13, 2014.

8       271.   Paragraph 271 consists of argument, Plaintiffs' characterization of their
9   claims, or legal conclusions, to which no response is required.  To the extent that the
10  allegations contained in Paragraph 271 relate to other Defendants or third parties, TACP
11  lacks knowledge or information sufficient to form a belief as to the truth of these
12  allegations and, therefore, denies these allegations.  To the extent that the allegations
13  contained in Paragraph 271 may be deemed to require a response from TACP, TACP lacks
14  knowledge or information sufficient to form a belief as to the truth of these allegations and,
15  therefore, denies these allegations.  TACP further states that the Court dismissed with
16  prejudice Plaintiffs' California claims against TACP on March 13, 2014.

17      272.   Paragraph 272 consists of argument, Plaintiffs' characterization of their
18  claims, or legal conclusions, to which no response is required.  To the extent that the
19  allegations contained in Paragraph 272 relate to other Defendants or third parties, TACP
20  lacks knowledge or information sufficient to form a belief as to the truth of these
21  allegations and, therefore, denies these allegations.  To the extent that the allegations
22  contained in Paragraph 272 may be deemed to require a response from TACP, TACP lacks
23  knowledge or information sufficient to form a belief as to the truth of these allegations and,
24  therefore, denies these allegations.  TACP further states that the Court dismissed with
25  prejudice Plaintiffs' California claims against TACP on March 13, 2014.

26      273.   Paragraph 273 consists of argument, Plaintiffs' characterization of their
27  claims, or legal conclusions, to which no response is required.  To the extent that the
28  allegations contained in Paragraph 273 relate to other Defendants or third parties, TACP

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  lacks knowledge or information sufficient to form a belief as to the truth of these

2  allegations and, therefore, denies these allegations.  To the extent that the allegations

3  contained in Paragraph 273 may be deemed to require a response from TACP, TACP lacks

4  knowledge or information sufficient to form a belief as to the truth of these allegations and,

5  therefore, denies these allegations.  TACP further states that the Court dismissed with

6  prejudice Plaintiffs' California claims against TACP on March 13, 2014.

7       274.    Paragraph 274 consists of argument, Plaintiffs' characterization of their

8  claims, or legal conclusions, to which no response is required.  To the extent that the

9  allegations contained in Paragraph 274 relate to other Defendants or third parties, TACP

10  lacks knowledge or information sufficient to form a belief as to the truth of these

11  allegations and, therefore, denies these allegations.  To the extent that the allegations

12  contained in Paragraph 274 may be deemed to require a response from TACP, TACP lacks

13  knowledge or information sufficient to form a belief as to the truth of these allegations and,

14  therefore, denies these allegations.  TACP further states that the Court dismissed with

15  prejudice Plaintiffs' California claims against TACP on March 13, 2014.

16       275.    Paragraph 275 consists of argument, Plaintiffs' characterization of their

17  claims, or legal conclusions, to which no response is required.  To the extent that the

18  allegations contained in Paragraph 275 relate to other Defendants or third parties, TACP

19  lacks knowledge or information sufficient to form a belief as to the truth of these

20  allegations and, therefore, denies these allegations.  To the extent that the allegations

21  contained in Paragraph 275 may be deemed to require a response from TACP, TACP lacks

22  knowledge or information sufficient to form a belief as to the truth of these allegations and,

23  therefore, denies these allegations.  TACP further states that the Court dismissed with

24  prejudice Plaintiffs' California claims against TACP on March 13, 2014.

25  **XI.  PRAYER FOR RELIEF**

26       In answer to the Prayer for Relief, TACP denies each and every allegation in the

27  Prayer and further specifically denies that Plaintiffs is entitled to any of the relief requested

28  or any remedy whatsoever against TACP.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    All allegations of the FAC not heretofore admitted or denied are here and now denied

2    as though specifically denied herein.

3    **DEFENSES/AFFIRMATIVE DEFENSES**

4    Without assuming any burden it would not otherwise bear, and reserving its right to

5    amend its Answer to assert additional defenses as they may become known during

6    discovery, TACP asserts the following separate and additional defenses:

7    **FIRST DEFENSE**

8    Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust

9    Improvements Act, 15 U.S.C. § 6a.

10    **SECOND DEFENSE**

11    Plaintiffs have failed to plead fraudulent concealment with the particularity required

12    by Rule 9(b) of the Federal Rules of Civil Procedure.

13    **THIRD DEFENSE**

14    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to

15    bring or maintain the claims set forth in the FAC.

16    **FOURTH DEFENSE**

17    Plaintiffs' claims are barred, in whole or in part, to the extent they did not purchase

18    CRTs directly from Defendants, because they are indirect purchasers and barred from

19    maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

20    **FIFTH DEFENSE**

21    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no

22    antitrust injury.

23    **SIXTH DEFENSE**

24    Plaintiffs' claims are barred, in whole or in part, by applicable statutes of limitations,

25    including but not limited to:  15 U.S.C. § 15b; Cal. Bus. & Prof. Code § 17208; Cal. Bus.

26    & Prof. Code § 16750.1; Cal. Civ. Proc. Code §§ 337-340; and Fla. Stat. § 95.11(f).

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

## SEVENTH DEFENSE

2    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not been

3    injured in their business or property by reason of any action of TACP.

4

## EIGHTH DEFENSE

5    Plaintiffs' claims are barred, in whole or in part, because any alleged injuries and

6    damages were not legally or proximately caused by any acts or omissions of TACP or were

7    caused, if at all, solely and proximately by the conduct of third parties including, without

8    limitation, the prior, intervening or superseding conduct of such third parties.

9

## NINTH DEFENSE

10    To the extent that any actionable conduct occurred, Plaintiffs' claims against TACP

11    are barred because all such conduct would have been committed by individuals acting *ultra*

12    *vires*.

13

## TENTH DEFENSE

14    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs has suffered no

15    damages as a result of any actions taken by TACP and/or the other Defendants.

16

## ELEVENTH DEFENSE

17    Plaintiffs' claims are barred, in whole or in part, because the alleged damages, if any,

18    are speculative and because of the impossibility of the ascertainment and allocation of such

19    alleged damages.

20

## TWELFTH DEFENSE

21    Plaintiffs' claims are barred, in whole or in part, because any actions or practices of

22    TACP that are the subject of the FAC were undertaken unilaterally for legitimate business

23    reasons and in pursuit of TACP's independent interests and those of its customers, and

24    were not the product of any contract, combination or conspiracy between TACP and any

25    other person or entity.

26

27

28

**THIRTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of TACP that are the subject of the FAC were adopted in furtherance of legitimate business interests of TACP and of its customers and did not unreasonably restrain competition.

**FOURTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of TACP that are the subject of the FAC were cost justified or otherwise economically justified and resulted from a good-faith effort to meet competition or market conditions.

**FIFTEENTH DEFENSE**

To the extent there is a finding of an illegal overcharge, Plaintiffs' claims are barred, in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by others, and was not passed through to the indirect purchasers.

**SIXTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because, as indirect purchasers, they fail to meet their burden of proving that they were damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge of which complaint is made and which was not absorbed by predecessors to Plaintiffs in the chain of distribution was not passed on to a third party.

**SEVENTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent they seek improper multiple damage awards and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the United States Constitution.

**EIGHTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## NINETEENTH DEFENSE

Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs have available an adequate remedy at law.

## TWENTIETH DEFENSE

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TACP contends that it is entitled to set off any amounts paid to Plaintiffs by any Defendants other than TACP who have settled, or do settle, Plaintiffs' claims against them in this action.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims for injunctive relief are barred, in whole or in part, insofar as Plaintiffs seeks to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

## TWENTY-SECOND DEFENSE

Plaintiffs lack standing to prosecute their state antitrust claims, in whole or in part, under, without limitation, the following statutes:  Cal. Bus. & Prof. Code §§ 16700, *et seq.*; and Cal. Bus. & Prof. Code §§ 17200, *et seq.*

## TWENTY-THIRD DEFENSE

Plaintiffs lack standing to prosecute their state consumer protection claims, in whole or in part, under, without limitation, the following statutes:  Cal. Bus. & Prof. Code §§ 17200, *et seq.*; and Fla. Stat. §§ 501.201, *et seq.*

## TWENTY-FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that the claims are based on California law and any of the alleged events took place outside the state of California without impact on California residents.

## TWENTY-FIFTH DEFENSE

Any award of restitution under Cal. Bus. & Prof. Code § 17203 based upon asserted interests or injuries of Plaintiffs would violate the Excessive Fines Clause of the Eighth

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

Amendment (as incorporated by the Due Process Clause of the Fourteenth Amendment) to the United States Constitution and Article I, Section 17 of the California Constitution.

### TWENTY-SIXTH DEFENSE

Plaintiffs' claims for monetary relief under Cal. Bus. & Prof. Code § 17203 are barred, in whole or in part, because TACP did not acquire any money or property from Plaintiffs.

### TWENTY-SEVENTH DEFENSE

Any finding of liability under Cal. Bus. & Prof. Code §§ 17200, 17203 or 17204 would violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution and Article I, Section 7 of the California Constitution, because the standards of liability under these statutes are unduly vague and subjective, permitting retroactive, random, arbitrary and capricious punishment that serves no legitimate governmental interest.

### TWENTY-EIGHTH DEFENSE

Any award of restitution to Plaintiffs under Cal. Bus. & Prof. Code § 17203 would constitute a taking of property without just compensation in violation of the Takings Clause of the Fifth Amendment to the United States Constitution (as incorporated by the Due Process Clause of the Fourteenth Amendment to the United States Constitution) and Article I, Section 19 of the California Constitution.

### TWENTY-NINTH DEFENSE

Any award of restitution under Cal. Bus. & Prof. Code § 17203 to persons who refuse to execute an acknowledgement that the payment is in full settlement of claims against Defendants would violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

### THIRTIETH DEFENSE

Plaintiffs' claims under Cal. Bus. & Prof. Code §§ 16700, *et seq*., are barred, in whole or in part, because the application of §§ 16700, *et seq.*, to wholly interstate or foreign commerce violates the Commerce Clause of the United States Constitution.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**THIRTY-FIRST DEFENSE**

Any award of treble damages, punitive damages or restitution pursuant to Cal. Bus. & Prof. Code §§ 16720, 16727, 16750, or 16761 would violate the Excessive Fines and Due Process Clauses of the United States Constitution and equivalent clauses in the California Constitution.

**THIRTY-SECOND DEFENSE**

Plaintiffs' claims under Cal. Bus. & Prof. Code §§ 16700, *et seq.*, §§ 17200, *et seq.*, and California unjust enrichment law are barred, in whole or in part, because those statutes are inapplicable to alleged wrongs suffered by non-California residents based on alleged conduct of TACP occurring outside of California.

**THIRTY-THIRD DEFENSE**

Plaintiffs' claims for unjust enrichment brought under California law are barred, in whole or in part, because TACP did not receive a benefit from Plaintiffs, TACP did not retain any benefit, or the receipt of any benefit was not unjust.

**THIRTY-FOURTH DEFENSE**

Plaintiffs' claims under Fla. Stat. §§ 501.201, *et seq.*, are barred, in whole or in part, because pursuant to § 501.202(3), the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") must be construed in a manner consistent with federal antitrust laws. Because Plaintiffs' injuries are too speculative, derivative, indirect, and remote to confer standing under federal antitrust law, they also do not confer standing under FDUTPA.

**THIRTY-FIFTH DEFENSE**

Plaintiff's claims under Fla. Stat. §§ 501.201, *et seq.*, are barred, in whole or in part, because Plaintiff cannot establish actual damages.

**THIRTY-SIXTH DEFENSE**

TACP adopts by reference any applicable defense pleaded by any other Defendant not otherwise expressly set forth herein.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**THIRTY-SEVENTH DEFENSE**

TACP reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

**TACP'S PRAYER FOR RELIEF**

WHEREFORE, TACP prays for judgment as follows:

1.  That Plaintiffs take nothing by reason of the FAC, and that the action be dismissed with prejudice;

2.  That the Court enter judgment in favor of TACP and against Plaintiffs with respect to all causes of action in the FAC;

3.  That the Court award TACP its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4.  That the Court order such other further relief for TACP as the Court may deem just and proper.


Dated:  March 27, 2014                    Respectfully submitted,

                                        **WHITE & CASE LLP**


                                        By:  _/s/ Lucius B. Lau_
                                        Christopher M. Curran (*pro hac vice*)
                                        ccurran@whitecase.com
                                        Lucius B. Lau (*pro hac vice*)
                                        alau@whitecase.com
                                        Dana E. Foster (*pro hac vice*)
                                        defoster@whitecase.com
                                        701 Thirteenth Street, N.W.
                                        Washington, DC  20005
                                        tel.: (202) 626-3600
                                        fax: (202) 639-9355

                                        *Counsel to Defendant*
                                        *Toshiba America Consumer Products, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

2      On March 27, 2014, I caused a copy of the "TOSHIBA AMERICA CONSUMER

3  PRODUCTS, LLC'S ANSWER TO TECH DATA CORPORATION AND TECH DATA

4  PRODUCT MANAGEMENT, INC.'S FIRST AMENDED COMPLAINT FIRST

5  AMENDED COMPLAINT" to be served via ECF on the other parties in this action.

6

7

8                                  By:  _/s/ Lucius B. Lau_____

9                                       Lucius B. Lau (*pro hac vice*)

10

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S ANSWER TO TECH DATA CORPORATION
AND TECH DATA PRODUCT MANAGEMENT, INC.'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917