Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

IN RE:  CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

Case No. 07-5944 SC
MDL No. 1917

This Document Relates to:

*Schultze Agency Services, LLC v. Hitachi,*
*Ltd., et al.*

Civil Action No. 3:12-02649-SC

**TOSHIBA CORPORATION'S**
**ANSWER TO SCHULTZE**
**AGENCY SERVICES, LLC'S**
**FIRST AMENDED COMPLAINT**

The Honorable Samuel Conti

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

For its Answer to Schultze Agency Services, LLC's First Amended Complaint ("FAC"), Defendant Toshiba Corporation states as follows:

## I.  INTRODUCTION[1]

1.  The allegations contained in Paragraph 1 consist of Plaintiff's characterization of its claims and an explanation of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations in Paragraph 1 are directed at Toshiba Corp., Toshiba Corp. denies these allegations.

2.  To the extent that the allegations contained in the first sentence of Paragraph 2 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence of Paragraph 2 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.  The remainder of Paragraph 2 consists of explanations of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in the remainder of Paragraph 2.

3.  To the extent that the allegations contained in Paragraph 3 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

4.  To the extent that the allegations contained in Paragraph 4 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the

[1] For ease of reference, the headings in this Answer correspond to the headings in the FAC.

TOSHIBA CORPORATION'S ANSWER TO SCHULTZE
AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

allegations contained in Paragraph 4 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

5.      To the extent that the allegations contained in Paragraph 5 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 5 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

6.      To the extent that the allegations contained in Paragraph 6 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 6 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

7.      To the extent that the allegations contained in Paragraph 7 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 7 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

8.      To the extent that Paragraph 8 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 8 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 8 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

9.      Paragraph 9 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 9 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

denies these allegations.  To the extent that the allegations contained in Paragraph 9 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## II.   JURISDICTION AND VENUE

10.   The allegations contained in Paragraph 10 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 10.

11.   The allegations contained in Paragraph 11 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 11 and notes that the claim described in Paragraph 11 was dismissed by the Court on March 13, 2014.

12.   The allegations contained in Paragraph 12 consist of Plaintiff's characterization of its case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 12.

13.   To the extent that the allegations contained in the first sentence in Paragraph 13 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence in Paragraph 13 relate to Toshiba Corp., Toshiba Corp. denies the allegations.  Toshiba Corp. denies the remaining allegations of Paragraph 13.

14.   The first and third sentences of Paragraph 14 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 14.  To the extent that the allegations contained in Paragraph 14 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore,

denies these allegations. To the extent that the allegations contained in Paragraph 14 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

15. The allegations in Paragraph 15 are legal conclusions to which no response is required. To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 15.

## III. THE PARTIES

### A. Plaintiff

16. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, therefore, denies the allegations.

17. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and, therefore, denies the allegations.

19. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

20. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, therefore, denies the allegations.

21. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, therefore, denies the allegations.

### B. Defendants

#### 1. Hitachi Entities

23. Paragraph 23 relates to another Defendant. Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

24.     Paragraph 24 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.     Paragraph 25 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the allegations.

26.     Paragraph 26 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

27.     Paragraph 27 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

28.     Paragraph 28 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, denies the allegations.

29.     Paragraph 29 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 29.

**2.     IRICO Entities**

30.     Paragraph 30 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     Paragraph 31 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.     Paragraph 32 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 32.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

33.     Paragraph 33 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 33.

### 3.   LG Electronics Entities

34.     Paragraph 34 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.     Paragraph 35 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36.     Paragraph 36 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 36.

### 4.   LP Displays

37.     Paragraph 37 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies the allegations.

### 5.   Panasonic Entities

38.     Paragraph 38 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.     Paragraph 39 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.     Paragraph 40 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 40.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

41.     Paragraph 41 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, therefore, denies the allegations except that Toshiba Corp. avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business to a new entity named Matsushita Toshiba Picture Display Co., Ltd. ("MTPD") on March 31, 2003, and that Toshiba Corp. sold its interest in MTPD in 2007.

42.     Paragraph 42 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

**6.     Phillips Entities**

43.     Paragraph 43 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, denies the allegations.

44.     Paragraph 44 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, denies the allegations.

45.     Paragraph 45 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

46.     Paragraph 46 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

47.     Paragraph 47 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 47.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 7.    Samsung Entities

48.    Paragraph 48 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

49.    Paragraph 49 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

50.    Paragraph 50 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

51.    Paragraph 51 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, therefore, denies the allegations.

52.    Paragraph 52 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

53.    Paragraph 53 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

54.    Paragraph 54 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, denies the allegations.

55.    Paragraph 55 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 55.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 8.     Samtel

56.     Paragraph 56 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations.

### 9.     Thai CRT

57.     Paragraph 57 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

### 10.    Toshiba Entities

58.     Toshiba Corp. admits the allegations contained in the first sentence of Paragraph 58 and denies the remaining allegations contained in Paragraph 58 except that Toshiba Corp. avers that in March 1995 it entered into an agreement to form a joint venture for the manufacture of CPTs with Orion Electric of South Korea, Sumitomo Corporation, and P.T. Tabung Gambar Indonesia.  Toshiba Corp. also avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business to a new entity named MTPD on March 31, 2003.

59.     Paragraph 59 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and, therefore, denies the allegations, except that Toshiba Corp. avers that Toshiba America, Inc. ("TAI") is a wholly-owned subsidiary of Toshiba Corp.

60.     Paragraph 60 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies the allegations, except that Toshiba Corp. avers that Toshiba America Consumer Products, L.L.C. ("TACP") completed a merger into Toshiba America Information Systems, Inc. ("TAIS") on February 14, 2011, whereby TACP no longer exists as a separate legal entity and TACP's former facilities are either closed or now operated entirely by TAIS.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

61.     Paragraph 61 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations, except that Toshiba Corp. avers that the business address of Toshiba America Electronic Components, Inc. ("TAEC") is 9740 Irvine Boulevard, Irvine, CA 92618-1697, and avers that TAEC is a wholly-owned subsidiary of TAI.

62.     Paragraph 62 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, denies the allegations, except that Toshiba Corp. admits that the business address of TAIS is 9740 Irvine Boulevard, Irvine, CA 92618-1697 and avers that TAIS is a wholly-owned subsidiary of TAI.

63.     Paragraph 63 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 63.

**11.   Chunghwa Entities**

64.     Paragraph 64 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, denies the allegations.

65.     Paragraph 65 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, therefore, denies the allegations.

66.     Paragraph 66 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 66.

**IV.   AGENTS AND CO-CONSPIRATORS**

67.     To the extent that the allegations contained in Paragraph 67 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  allegations contained in Paragraph 67 are directed to Toshiba Corp., Toshiba Corp. denies

2  these allegations.

3      68.     To the extent that the allegations contained in Paragraph 68 relate to other

4  Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to

5  the truth of these allegations and, therefore, denies these allegations.  To the extent that the

6  allegations contained in Paragraph 68 are directed to Toshiba Corp., Toshiba Corp. denies

7  these allegations.

8      69.     Paragraph 69 relates to other companies.  Accordingly, Toshiba Corp. lacks

9  knowledge or information sufficient to form a belief as to the truth of the allegations

10  contained in Paragraph 69 and, therefore, denies the allegations.

11      70.     Paragraph 70 relates to other companies.  Accordingly, Toshiba Corp. lacks

12  knowledge or information sufficient to form a belief as to the truth of the allegations

13  contained in Paragraph 70 and, therefore, denies the allegations.

14      71.     Paragraph 71 consists of Plaintiff's explanation of a defined term used in the

15  FAC, to which no response is required.  To the extent that a response is deemed required,

16  Toshiba Corp. denies the allegations contained in Paragraph 71.

17      72.     Paragraph 72 relates to another company.  Accordingly, Toshiba Corp. lacks

18  knowledge or information sufficient to form a belief as to the truth of the allegations and,

19  therefore, denies the allegations, except that Toshiba Corp. avers that it entered into an

20  agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business

21  to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in

22  MTPD in 2007.

23      73.     Paragraph 73 relates to another company.  Accordingly, Toshiba Corp. lacks

24  knowledge or information sufficient to form a belief as to the truth of the allegations and,

25  therefore, denies the allegations except that Toshiba Corp. avers that it entered into an

26  agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business

27  to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in

28  MTPD in 2007.  Toshiba Corp. also avers that it participated in a joint venture for the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

manufacture of color picture tubes with Orion Electric of South Korea, Sumitomo Corporation, and P.T. Tabung Gambar Indonesia.

74.     Paragraph 74 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations except that Toshiba Corp. avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all its CRT business to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in MTPD in 2007.

75.     To the extent that the allegations contained in Paragraph 75 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 75 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

## V.     TRADE AND COMMERCE

76.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and, therefore, denies the allegations.

77.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, therefore, denies the allegations.

78.     Paragraph 78 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 78.

## VI.  FACTUAL ALLEGATIONS

### A.     CRT Technology

79.     Toshiba Corp. admits the allegations contained in Paragraph 79.

80.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, denies the allegations.

81.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, denies the allegations.

82.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations.

83.     To the extent that Paragraph 83 describes CRT technology generally, and claims that that CDTs and CPTs are separate products, Toshiba Corp. admits the allegations in Paragraph 83, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.   Toshiba Corp. denies the remaining allegations in Paragraph 83.

84.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

85.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the allegations.

86.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, therefore, denies the allegations. The second sentence of Paragraph 86 consists of argument and Plaintiff's characterization of its claims, to which no response is required.   To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in the second sentence of Paragraph 86.

87.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations. The second sentence of Paragraph 87 consists of argument and Plaintiff's characterization of its claims, to which no response is required.   To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in the second sentence of Paragraph 87.

88.     Paragraph 88 consists of argument and Plaintiff's characterization of its claims, to which no response is required.   To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 88.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**B.     Structure of the CRT Industry**

89.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and, therefore, denies the allegations.

**1.     Market Concentration**

90.     To the extent that the allegations contained in Paragraph 90 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 90 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

**2.     Information Sharing**

91.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and, therefore, denies the allegations.

92.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

**3.     Consolidation**

93.     To the extent that the allegations contained in Paragraph 93 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations except that Toshiba Corp. avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in MTPD in 2007.

**4.     Multiple Interrelated Business Relationships**

94.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, therefore, denies the allegations.

95.     To the extent that the allegations contained in Paragraph 95 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 95 are directed to Toshiba Corp.,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Toshiba Corp. denies these allegations except that Toshiba Corp. avers that it transferred all of its CRT business to a new entity called MTPD on March 31, 2003. Toshiba Corp. also avers that it participated in a joint venture for the manufacture of color picture tubes with Orion Electric of South Korea, Sumitomo Corporation, and P.T. Tabung Gambar Indonesia.

### 5. High Costs of Entry Into the Industry

96. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, therefore, denies the allegations.

97. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

### 6. The Maturity of the CRT Product Market

98. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

99. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

100. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

101. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

102. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

103. Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 7.    Homogeneity of CRT Products

104.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and, therefore, denies the allegations.

105.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and, therefore, denies the allegations.

### C.    Pre-Conspiracy Market

106.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and, therefore, denies the allegations.

107.    Paragraph 107 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, therefore, denies the allegations.

### D.    Defendants' and Co-Conspirators' Illegal Agreements

108.    To the extent that the allegations contained in Paragraph 108 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 108 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

109.    To the extent that the allegations contained in Paragraph 109 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 109 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

110.    Paragraph 110 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and, therefore, denies the allegations.

111.    To the extent that the allegations contained in Paragraph 111 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 111 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

112.    To the extent that the allegations contained in Paragraph 112 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 112 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

**1.    "Glass Meetings"**

113.    To the extent that the allegations contained in Paragraph 113 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 113 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

114.    To the extent that the allegations contained in Paragraph 114 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 114 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

115.    To the extent that the allegations contained in Paragraph 115 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 115 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

116.    To the extent that the allegations contained in Paragraph 116 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 116 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

117.    To the extent that the allegations contained in Paragraph 117 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 117 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

118.    To the extent that the allegations contained in Paragraph 118 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 118 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

119.    To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 119 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

120.    To the extent that the allegations contained in Paragraph 120 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 120 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

121.    To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 121 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

122.   To the extent that the allegations contained in Paragraph 122 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 122 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

123.   To the extent that the allegations contained in Paragraph 123 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 123 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

124.   To the extent that the allegations contained in Paragraph 124 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 124 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

125.   To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 125 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

126.   To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 126 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

127.   To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

the extent that the allegations contained in Paragraph 127 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

### 2.    Bilateral Discussions

128.    To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 128 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

129.    To the extent that the allegations contained in Paragraph 129 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 129 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

130.    To the extent that the allegations contained in Paragraph 130 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 130 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

131.    To the extent that the allegations contained in Paragraph 131 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 131 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

132.    To the extent that the allegations contained in Paragraph 132 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 132 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

133.   To the extent that the allegations contained in Paragraph 133 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 133 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

### 3. Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions

134.   Paragraph 134 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, therefore, denies the allegations.

135.   Paragraph 135 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and, therefore, denies the allegations.

136.   Paragraph 136 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and, therefore, denies the allegations.

137.   Paragraph 137 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and, therefore, denies the allegations.

138.   Paragraph 138 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and, therefore, denies the allegations.

139.   Paragraph 139 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and, therefore, denies the allegations.

140.   Paragraph 140 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    141.    Paragraph 141 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

2 knowledge or information sufficient to form a belief as to the truth of the allegations

3 contained in Paragraph 141 and, therefore, denies the allegations.

4    142.    Paragraph 142 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

5 knowledge or information sufficient to form a belief as to the truth of the allegations

6 contained in Paragraph 142 and, therefore, denies the allegations.

7    143.    Paragraph 143 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

8 knowledge or information sufficient to form a belief as to the truth of the allegations

9 contained in Paragraph 143 and, therefore, denies the allegations.

10    144.    Paragraph 144 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

11 knowledge or information sufficient to form a belief as to the truth of the allegations

12 contained in Paragraph 144 and, therefore, denies the allegations.

13    145.    Paragraph 145 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

14 knowledge or information sufficient to form a belief as to the truth of the allegations

15 contained in Paragraph 145 and, therefore, denies the allegations.

16    146.    Paragraph 146 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

17 knowledge or information sufficient to form a belief as to the truth of the allegations

18 contained in Paragraph 146 and, therefore, denies the allegations.

19    147.    Paragraph 147 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

20 knowledge or information sufficient to form a belief as to the truth of the allegations

21 contained in Paragraph 147 and, therefore, denies the allegations.

22    148.    Paragraph 148 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

23 knowledge or information sufficient to form a belief as to the truth of the allegations

24 contained in Paragraph 148 and, therefore, denies the allegations.

25    149.    Paragraph 149 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

26 knowledge or information sufficient to form a belief as to the truth of the allegations

27 contained in Paragraph 149 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

150.    To the extent that the allegations contained in Paragraph 150 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 150 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

151.    To the extent that the allegations contained in Paragraph 151 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 151 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

152.    Paragraph 152 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, therefore, denies the allegations.

153.    Paragraph 153 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and, therefore, denies the allegations.

154.    To the extent that Paragraph 154 consists of Plaintiff's characterization of its claims and Plaintiff's explanation of a defined term used in the FAC, no response is required.  To the extent that the allegations contained in Paragraph 154 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 154 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

**E.    The CRT Market During the Conspiracy**

155.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

156.   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, therefore, denies the allegations.

157.   To the extent that Paragraph 157 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 157 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 157 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

158.   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and, therefore, denies the allegations.

159.   To the extent that Paragraph 159 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 159 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

160.   To the extent that Paragraph 160 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 160 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

161.   To the extent that the allegations contained in Paragraph 161 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 161 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

162.   To the extent that Paragraph 162 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

response is required.  To the extent that the allegations contained in Paragraph 162 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 162 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

163.    To the extent that Paragraph 163 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 163 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 163 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

164.    To the extent that Paragraph 164 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 164 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 164 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

165.    To the extent that the allegations contained in Paragraph 165 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 165 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

**F.    International Government Antitrust Investigations**

166.    To the extent that Paragraph 166 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Paragraph 166 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 166 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

167. To the extent that Paragraph 167 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 167 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 167 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

168. The allegations contained in Paragraph 168 refer to a public annual report, which is the best evidence of its contents. To the extent that the allegations contained in Paragraph 168 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

169. To the extent that Paragraph 169 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 169 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 169 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

170. To the extent that Paragraph 170 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 170 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    or information sufficient to form a belief as to the truth of these allegations and, therefore,

2    denies these allegations.  To the extent that the allegations contained in Paragraph 170 may

3    be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

4    allegations.

5          171.    To the extent that Paragraph 171 consists of purported statements by

6    government authorities and/or statements in public documents, those statements speak for

7    themselves and no response is required.  To the extent that the allegations contained in

8    Paragraph 171 relate to other Defendants and/or third parties, Toshiba Corp. lacks

9    knowledge or information sufficient to form a belief as to the truth of these allegations and,

10   therefore, denies these allegations.  To the extent that the allegations contained in

11   Paragraph 171 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

12   denies these allegations.

13         172.    To the extent that Paragraph 172 consists of purported statements by

14   government authorities and/or statements in public documents, those statements speak for

15   themselves and no response is required.  To the extent that the allegations contained in

16   Paragraph 172 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

17   or information sufficient to form a belief as to the truth of these allegations and, therefore,

18   denies these allegations.  To the extent that the allegations contained in Paragraph 172 may

19   be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

20   allegations.

21         173.    To the extent that Paragraph 173 consists of purported statements by

22   government authorities and/or statements in public documents, those statements speak for

23   themselves and no response is required.  To the extent that the allegations contained in

24   Paragraph 173 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

25   or information sufficient to form a belief as to the truth of these allegations and, therefore,

26   denies these allegations.  To the extent that the allegations contained in Paragraph 173 may

27   be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

28   allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

174.   To the extent that Paragraph 174 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.   To the extent that the allegations contained in Paragraph 174 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 174 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

175.   To the extent that Paragraph 175 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.   To the extent that the allegations contained in Paragraph 175 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 175 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

176.   To the extent that Paragraph 176 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.   To the extent that the allegations contained in Paragraph 176 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 176 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

177.   To the extent that Paragraph 177 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.   To the extent that the allegations contained in Paragraph 177 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 177 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

178.   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and, therefore, denies these allegations.

179.   To the extent that the allegations contained in Paragraph 179 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 179 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

180.   To the extent that the allegations contained in Paragraph 180 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 180 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

181.   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and, therefore, denies these allegations.

182.   To the extent that Paragraph 182 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 182 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 182 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

183.    To the extent that Paragraph 183 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 183 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

184.    To the extent that Paragraph 184 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 184 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

185.    To the extent that Paragraph 185 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 185 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

**G.    The Role of Trade Associations During the Relevant Period**

186.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and, therefore, denies these allegations.

187.    Paragraph 187 relates to other Defendants or third parties.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and, therefore, denies these allegations.

188.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, therefore, denies these allegations.

189.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

190.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and, therefore, denies these allegations.

**H.    Effects of Defendants' Antitrust Violations**

    **1.    Examples of Reductions in Manufacturing Capacity by Defendants**

191.    To the extent that the allegations contained in Paragraph 191 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 191 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

192.    Paragraph 192 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 and, therefore, denies these allegations.

193.    Paragraph 193 relates to other Defendants or third parties.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 and, therefore, denies these allegations.

194.    Paragraph 194 relates to other Defendants or third parties.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 and, therefore, denies these allegations.

195.    Paragraph 195 relates to other Defendants or third parties.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 and, therefore, denies these allegations.

196.    Paragraph 196 relates to other Defendants or third parties.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 and, therefore, denies these allegations.

    **2.    Examples of Collusive Pricing for CRT Products**

197.    To the extent that Paragraph 197 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   response is required.  To the extent that the allegations contained in Paragraph 197 relate to

2   other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient

3   to form a belief as to the truth of these allegations and, therefore, denies these allegations.

4   To the extent that the allegation contained in Paragraph 197 may be deemed to require a

5   response from Toshiba Corp., Toshiba Corp. denies these allegations.

6        198.   To the extent that Paragraph 198 consists of purported statements in news

7   reports or statements in public documents, those statements speak for themselves and no

8   response is required.  To the extent that the allegations contained in Paragraph 198 relate to

9   other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient

10  to form a belief as to the truth of these allegations and, therefore, denies these allegations.

11  To the extent that the allegation contained in Paragraph 198 may be deemed to require a

12  response from Toshiba Corp., Toshiba Corp. denies these allegations.

13       199.   To the extent that the allegations contained in Paragraph 199 relate to other

14  Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

15  form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

16  the extent that the allegations contained in Paragraph 199 are directed to Toshiba Corp.,

17  Toshiba Corp. denies these allegations.

18       200.   To the extent that Paragraph 200 consists of purported statements in news

19  reports or statements in public documents, those statements speak for themselves and no

20  response is required.  To the extent that the allegations contained in Paragraph 200 relate to

21  other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient

22  to form a belief as to the truth of these allegations and, therefore, denies these allegations.

23  To the extent that the allegations contained in Paragraph 200 may be deemed to require a

24  response from Toshiba Corp., Toshiba Corp. denies these allegations.

25       201.   To the extent that Paragraph 201 consists of purported statements in news

26  reports or statements in public documents, those statements speak for themselves and no

27  response is required.  To the extent that the allegations contained in Paragraph 201 relate to

28  other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient

to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 201 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

202.   To the extent that the allegations contained in Paragraph 202 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 202 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

203.   To the extent that Paragraph 203 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 203 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 203 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

204.   Paragraph 204 relates to another Defendant.   Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 and, therefore, denies these allegations.

205.   To the extent that the allegations contained in Paragraph 205 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 205 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

**3.     Summary of Effects of the Conspiracy Involving CRT Products**

206.   Paragraph 206 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 206 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 206 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VII.  PLAINTIFF'S INJURIES

207.    To the extent that Paragraph 207 contains argument, Plaintiff's characterization of its claims, or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 207 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 207 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

208.    To the extent that the allegations contained in Paragraph 208 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 208 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

209.    To the extent that Paragraph 209 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 209 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 209 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

210.    To the extent that Paragraph 210 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 210 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

To the extent that the allegations contained in Paragraph 210 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

211.    To the extent that Paragraph 211 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 211 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 211 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

212.    Paragraph 212 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 212 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 212 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

213.    Paragraph 213 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 213 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

**VIII. FRAUDULENT CONCEALMENT**

214.    Paragraph 214 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 214 relate to other Defendants or third parties, Toshiba Corp. lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   knowledge or information sufficient to form a belief as to the truth of these allegations and,

2   therefore, denies these allegations.   To the extent that the allegations contained in

3   Paragraph 214 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

4   lacks knowledge or information sufficient to form a belief as to the truth of these

5   allegations and, therefore, denies these allegations.

6        215.   Paragraph 215 consists of argument, Plaintiff's characterization of its claims,

7   or legal conclusions, to which no response is required.   To the extent that the allegations

8   contained in Paragraph 215 relate to other Defendants or third parties, Toshiba Corp. lacks

9   knowledge or information sufficient to form a belief as to the truth of these allegations and,

10  therefore, denies these allegations.   To the extent that the allegations contained in

11  Paragraph 215 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

12  lacks knowledge or information sufficient to form a belief as to the truth of these

13  allegations and, therefore, denies these allegations.

14       216.   Paragraph 216 consists of argument, Plaintiff's characterization of its claims,

15  or legal conclusions, to which no response is required.   To the extent that the allegations

16  contained in Paragraph 216 relate to other Defendants or third parties, Toshiba Corp. lacks

17  knowledge or information sufficient to form a belief as to the truth of these allegations and,

18  therefore, denies these allegations.   To the extent that the allegations contained in

19  Paragraph 216 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

20  lacks knowledge or information sufficient to form a belief as to the truth of these

21  allegations and, therefore, denies these allegations.

22       217.   Paragraph 217 consists of argument, Plaintiff's characterization of its claims,

23  or legal conclusions, to which no response is required.   To the extent that the allegations

24  contained in Paragraph 217 relate to other Defendants or third parties, Toshiba Corp. lacks

25  knowledge or information sufficient to form a belief as to the truth of these allegations and,

26  therefore, denies these allegations.   To the extent that the allegations contained in

27  Paragraph 217 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    lacks knowledge or information sufficient to form a belief as to the truth of these

2    allegations and, therefore, denies these allegations.

3         218.    Paragraph 218 consists of argument, Plaintiff's characterization of its claims,

4    or legal conclusions, to which no response is required.  To the extent that the allegations

5    contained in Paragraph 218 relate to other Defendants or third parties, Toshiba Corp. lacks

6    knowledge or information sufficient to form a belief as to the truth of these allegations and,

7    therefore, denies these allegations.   To the extent that the allegations contained in

8    Paragraph 218 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

9    lacks knowledge or information sufficient to form a belief as to the truth of these

10   allegations and, therefore, denies these allegations.

11        219.    Paragraph 219 consists of argument, Plaintiff's characterization of its claims,

12   or legal conclusions, to which no response is required.  To the extent that the allegations

13   contained in Paragraph 219 relate to other Defendants or third parties, Toshiba Corp. lacks

14   knowledge or information sufficient to form a belief as to the truth of these allegations and,

15   therefore, denies these allegations.   To the extent that the allegations contained in

16   Paragraph 219 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

17   lacks knowledge or information sufficient to form a belief as to the truth of these

18   allegations and, therefore, denies these allegations.

19        220.    Paragraph 220 consists of argument, Plaintiff's characterization of its claims,

20   or legal conclusions, to which no response is required.  To the extent that the allegations

21   contained in Paragraph 220 relate to other Defendants or third parties, Toshiba Corp. lacks

22   knowledge or information sufficient to form a belief as to the truth of these allegations and,

23   therefore, denies these allegations.   To the extent that the allegations contained in

24   Paragraph 220 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

25   lacks knowledge or information sufficient to form a belief as to the truth of these

26   allegations and, therefore, denies these allegations.

27        221.    Paragraph 221 consists of argument, Plaintiff's characterization of its claims,

28   or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

contained in Paragraph 221 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 221 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

222.   Paragraph 222 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 222 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 222 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

223.   Paragraph 223 relates to other Defendants.   Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 223 and, therefore, denies the allegations.

224.   Paragraph 224 relates to other Defendants.   Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 224 and, therefore, denies the allegations.

225.   Paragraph 225 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 225 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 225 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IX.   *AMERICAN PIPE*, GOVERNMENT ACTION AND CROSS-JURISDICTIONAL TOLLING

226.    Paragraph 226 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 226 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 226 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

227.    Paragraph 227 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 227 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

228.    Paragraph 228 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 228 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 228 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## X.   CLAIM FOR VIOLATIONS

### First Claim for Relief

### (Violation of Section 1 of the Sherman Act)

229.   Toshiba Corp. hereby incorporates by reference its responses to Paragraphs 1-228 of the FAC, as set forth above.

230.   Paragraph 230 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 230 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 230 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

231.   Paragraph 231 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 231 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 231 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

232.   Paragraph 232 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 232 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 232 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    lacks knowledge or information sufficient to form a belief as to the truth of these

2    allegations and, therefore, denies these allegations.

3        233.    Paragraph 233 consists of argument, Plaintiff's characterization of its claims,

4    or legal conclusions, to which no response is required.  To the extent that the allegations

5    contained in Paragraph 233 relate to other Defendants or third parties, Toshiba Corp. lacks

6    knowledge or information sufficient to form a belief as to the truth of these allegations and,

7    therefore, denies these allegations.    To the extent that the allegations contained in

8    Paragraph 233 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

9    lacks knowledge or information sufficient to form a belief as to the truth of these

10   allegations and, therefore, denies these allegations.

11       234.    Paragraph 234 consists of argument, Plaintiff's characterization of its claims,

12   or legal conclusions, to which no response is required.  To the extent that the allegations

13   contained in Paragraph 234 relate to other Defendants or third parties, Toshiba Corp. lacks

14   knowledge or information sufficient to form a belief as to the truth of these allegations and,

15   therefore, denies these allegations.    To the extent that the allegations contained in

16   Paragraph 234 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

17   lacks knowledge or information sufficient to form a belief as to the truth of these

18   allegations and, therefore, denies these allegations.

19       235.    Paragraph 235 consists of argument, Plaintiff's characterization of its claims,

20   or legal conclusions, to which no response is required.  To the extent that the allegations

21   contained in Paragraph 235 relate to other Defendants or third parties, Toshiba Corp. lacks

22   knowledge or information sufficient to form a belief as to the truth of these allegations and,

23   therefore, denies these allegations.    To the extent that the allegations contained in

24   Paragraph 235 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

25   lacks knowledge or information sufficient to form a belief as to the truth of these

26   allegations and, therefore, denies these allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Second Claim for Relief</u>**

**(Violation of Massachusetts General Laws Chapter 93A, §§ 2, *et seq*.)**

236.   Toshiba Corp. hereby incorporates by reference its responses to Paragraphs 1-235 of the FAC, as set forth above.

237.   Paragraph 237 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 237 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 237 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

238.   Paragraph 238 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 238 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 238 is directed to Toshiba Corp., Toshiba Corp. denies these allegations. Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

239.   Paragraph 239 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 239 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 239 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    lacks knowledge or information sufficient to form a belief as to the truth of these

2    allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the

3    Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on

4    March 13, 2014.

5         240.    Paragraph 240 consists of argument, Plaintiff's characterization of its claims,

6    or legal conclusions, to which no response is required.  To the extent that the allegations

7    contained in Paragraph 240 relate to other Defendants or third parties, Toshiba Corp. lacks

8    knowledge or information sufficient to form a belief as to the truth of these allegations and,

9    therefore, denies these allegations.   To the extent that the allegations contained in

10   Paragraph 240 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

11   lacks knowledge or information sufficient to form a belief as to the truth of these

12   allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the

13   Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on

14   March 13, 2014.

15        241.    Paragraph 241 consists of argument, Plaintiff's characterization of its claims

16   or legal conclusions, to which no response is required.  To the extent that the allegations

17   contained in Paragraph 241 relate to other Defendants or third parties, Toshiba Corp. lacks

18   knowledge or information sufficient to form a belief as to the truth of these allegations and,

19   therefore, denies these allegations.   To the extent that the allegations contained in

20   Paragraph 241 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

21   lacks knowledge or information sufficient to form a belief as to the truth of these

22   allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the

23   Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on

24   March 13, 2014.

25        242.    Paragraph 242 consists of argument, Plaintiff's characterization of its claims,

26   or legal conclusions, to which no response is required.  To the extent that the allegations

27   contained in Paragraph 242 relate to other Defendants or third parties, Toshiba Corp. lacks

28   knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 242 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

243.    Paragraph 243 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 243 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 243 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

244.    Paragraph 244 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 244 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 244 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

245.    Paragraph 245 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

contained in Paragraph 245 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 245 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

246.    Paragraph 246 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 246 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 246 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

247.    Paragraph 247 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 247 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 247 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

248.    Paragraph 248 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 248 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 248 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

249.    Paragraph 249 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 249 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 249 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

250.    Paragraph 250 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 250 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 250 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. Toshiba Corp. further states that the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on

2    March 13, 2014.

3        251.    Paragraph 251 consists of argument, Plaintiff's characterization of its claims,

4    or legal conclusions, to which no response is required.  To the extent that the allegations

5    contained in Paragraph 251 relate to other Defendants or third parties, Toshiba Corp. lacks

6    knowledge or information sufficient to form a belief as to the truth of these allegations and,

7    therefore,  denies  these  allegations.    To  the  extent  that  the  allegations  contained  in

8    Paragraph 251 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

9    lacks  knowledge  or  information  sufficient  to  form  a  belief  as  to  the  truth  of  these

10   allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the

11   Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on

12   March 13, 2014.

13       252.    Paragraph 252 consists of argument, Plaintiff's characterization of its claims,

14   or legal conclusions, to which no response is required.  To the extent that the allegations

15   contained in Paragraph 252 relate to other Defendants or third parties, Toshiba Corp. lacks

16   knowledge or information sufficient to form a belief as to the truth of these allegations and,

17   therefore,  denies  these  allegations.    To  the  extent  that  the  allegations  contained  in

18   Paragraph 252 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

19   lacks  knowledge  or  information  sufficient  to  form  a  belief  as  to  the  truth  of  these

20   allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the

21   Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on

22   March 13, 2014.

23       253.    Paragraph 253 consists of argument, Plaintiff's characterization of its claims,

24   or legal conclusions, to which no response is required.  To the extent that the allegations

25   contained in Paragraph 253 relate to other Defendants or third parties, Toshiba Corp. lacks

26   knowledge or information sufficient to form a belief as to the truth of these allegations and,

27   therefore,  denies  these  allegations.    To  the  extent  that  the  allegations  contained  in

28   Paragraph 253 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against Toshiba Corp. on March 13, 2014.

## XI.   PRAYER FOR RELIEF

In answer to the Prayer for Relief, Toshiba Corp. denies each and every allegation in the Prayer and further specifically denies that Plaintiff is entitled to any of the relief requested or any remedy whatsoever against Toshiba Corp.

All allegations of the FAC not heretofore admitted or denied are here and now denied as though specifically denied herein.

### DEFENSES/AFFIRMATIVE DEFENSES

Without assuming any burden it would not otherwise bear, and reserving its right to amend its Answer to assert additional defenses as they may become known during discovery, Toshiba Corp. asserts the following separate and additional defenses:

### FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

### SECOND DEFENSE

Plaintiff has failed to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

### THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to bring or maintain the claims set forth in the FAC.

### FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent it did not purchase CRTs directly from Defendants, because it is an indirect purchaser and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**FIFTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no antitrust injury.

**SIXTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitations, including but not limited to:  15 U.S.C. § 15b.

**SEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not been injured in its business or property by reason of any action of Toshiba Corp.

**EIGHTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any alleged injuries and damages were not legally or proximately caused by any acts or omissions of Toshiba Corp. or were caused, if at all, solely and proximately by the conduct of third parties including, without limitation, the prior, intervening or superseding conduct of such third parties.

**NINTH DEFENSE**

To the extent that any actionable conduct occurred, Plaintiff's claims against Toshiba Corp. are barred because all such conduct would have been committed by individuals acting *ultra vires*.

**TENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no damages as a result of any actions taken by Toshiba Corp. and/or the other Defendants.

**ELEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

**TWELFTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any actions or practices of Toshiba Corp. that are the subject of the FAC were undertaken unilaterally for legitimate

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1 business reasons and in pursuit of Toshiba Corp.'s independent interests and those of its

2 customers, and were not the product of any contract, combination or conspiracy between

3 Toshiba Corp. and any other person or entity.

**THIRTEENTH DEFENSE**

4

5 Plaintiff's claims are barred, in whole or in part, because any acts or practices of

6 Toshiba Corp. that are the subject of the FAC were adopted in furtherance of legitimate

7 business interests of Toshiba Corp. and of its customers and did not unreasonably restrain

8 competition.

**FOURTEENTH DEFENSE**

9

10 Plaintiff's claims are barred, in whole or in part, because any acts or practices of

11 Toshiba Corp. that are the subject of the FAC were cost justified or otherwise economically

12 justified and resulted from a good-faith effort to meet competition or market conditions.

**FIFTEENTH DEFENSE**

13

14 To the extent there is a finding of an illegal overcharge, Plaintiff's claims are barred,

15 in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by

16 others, and was not passed through to the indirect purchasers.

**SIXTEENTH DEFENSE**

17

18 Plaintiff's claims are barred, in whole or in part, because, as an indirect purchaser, it

19 fails to meet its burden of proving that it was damaged in fact by the conduct of which

20 complaint is here made, including the burden of proving that any so-called overcharge of

21 which complaint is made and which was not absorbed by predecessors to Plaintiff in the

22 chain of distribution was not passed on to a third party.

**SEVENTEENTH DEFENSE**

23

24 Plaintiff's claims are barred, in whole or in part, to the extent it seeks improper

25 multiple damage awards and damage awards duplicative of those sought in other actions, in

26 violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the

27 United States Constitution.

28

TOSHIBA CORPORATION'S ANSWER TO SCHULTZE
AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**EIGHTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

**NINETEENTH DEFENSE**

Plaintiff's claims for injunctive relief should be dismissed because Plaintiff has available an adequate remedy at law.

**TWENTIETH DEFENSE**

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, Toshiba Corp. contends that it is entitled to set off any amounts paid to Plaintiff by any Defendants other than Toshiba Corp. who have settled, or do settle, Plaintiff's claims against them in this action.

**TWENTY-FIRST DEFENSE**

Plaintiff's claims for injunctive relief are barred, in whole or in part, insofar as Plaintiff seeks to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

**TWENTY-SECOND DEFENSE**

Toshiba Corp. adopts by reference any applicable defense pleaded by any other Defendant not otherwise expressly set forth herein.

**TWENTY-THIRD DEFENSE**

Toshiba Corp. reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

**TOSHIBA CORP.'S PRAYER FOR RELIEF**

WHEREFORE, Toshiba Corp. prays for judgment as follows:

1.  That Plaintiff takes nothing by reason of the FAC, and that the action be dismissed with prejudice;

2.  That the Court enter judgment in favor of Toshiba Corp. and against Plaintiff with respect to all causes of action in the FAC;

3.  That the Court award Toshiba Corp. its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4.  That the Court order such other further relief for Toshiba Corp. as the Court may deem just and proper.


Dated:  March 27, 2014                    Respectfully submitted,

                                          **WHITE & CASE** LLP


                                          By:   _/s/ Lucius B. Lau_
                                          Christopher M. Curran (*pro hac vice*)
                                          ccurran@whitecase.com
                                          Lucius B. Lau (*pro hac vice*)
                                          alau@whitecase.com
                                          Dana E. Foster (*pro hac vice*)
                                          defoster@whitecase.com
                                          701 Thirteenth Street, N.W.
                                          Washington, DC  20005
                                          tel.: (202) 626-3600
                                          fax: (202) 639-9355

                                          *Counsel to Defendant*
                                          *Toshiba Corporation*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## CERTIFICATE OF SERVICE

On March 27, 2014, I caused a copy of the "TOSHIBA CORPORATION'S ANSWER TO SCHULTZE AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT" to be served via ECF on the other parties in this action.


By:  _/s/ Lucius B. Lau_
Lucius B. Lau (*pro hac vice*)

TOSHIBA CORPORATION'S ANSWER TO SCHULTZE
AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917