Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.* Civil Action No. 3:12-02649-SC | **TOSHIBA AMERICA, INC.'S ANSWER TO SCHULTZE AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT** The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

For its Answer to Schultze Agency Services, LLC's First Amended Complaint ("FAC"), Defendant Toshiba America, Inc. ("TAI") states as follows:

## I.    INTRODUCTION[1]

1.    The allegations contained in Paragraph 1 consist of Plaintiff's characterization of its claims and an explanation of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations in Paragraph 1 are directed at TAI, TAI denies these allegations.

2.    To the extent that the allegations contained in the first sentence of Paragraph 2 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence of Paragraph 2 are directed to TAI, TAI denies these allegations.  The remainder of Paragraph 2 consists of explanations of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in the remainder of Paragraph 2.

3.    To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to TAI, TAI denies these allegations.

4.    To the extent that the allegations contained in Paragraph 4 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 4 are directed to TAI, TAI denies these allegations.

5.    To the extent that the allegations contained in Paragraph 5 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth

---

[1] For ease of reference, the headings in this Answer correspond to the headings in the FAC.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 5 are directed to TAI, TAI denies these allegations.

6. To the extent that the allegations contained in Paragraph 6 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 6 are directed to TAI, TAI denies these allegations.

7. To the extent that the allegations contained in Paragraph 7 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 7 are directed to TAI, TAI denies these allegations.

8. To the extent that Paragraph 8 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 8 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 8 may be deemed to require a response from TAI, TAI denies these allegations.

9. Paragraph 9 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 9 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 9 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## II.   JURISDICTION AND VENUE

10. The allegations contained in Paragraph 10 consist of Plaintiff's characterization of its case, to which no response is required. To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 10.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

11.     The allegations contained in Paragraph 11 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 11 and notes that the claim described in Paragraph 11 was dismissed by the Court on March 13, 2014.

12.     The allegations contained in Paragraph 12 consist of Plaintiff's characterization of its case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 12.

13.     To the extent that the allegations contained in the first sentence in Paragraph 13 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence in Paragraph 13 relate to TAI, TAI denies the allegations.  TAI denies the remaining allegations of Paragraph 13.

14.     The first and third sentences of Paragraph 14 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 14.  To the extent that the allegations contained in Paragraph 14 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 14 are directed to TAI, TAI denies these allegations.

15.     The allegations in Paragraph 15 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 15.

## III.   THE PARTIES

### A.   Plaintiff

16.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, therefore, denies the allegations.

17.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and, therefore, denies the allegations.

19.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

20.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, therefore, denies the allegations.

21.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, therefore, denies the allegations.

**B.     Defendants**

    **1.     Hitachi Entities**

23.     Paragraph 23 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.     Paragraph 24 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.     Paragraph 25 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the allegations.

26.     Paragraph 26 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

27.     Paragraph 27 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

28.     Paragraph 28 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, denies the allegations.

29.     Paragraph 29 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 29.

**2.     IRICO Entities**

30.     Paragraph 30 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     Paragraph 31 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.     Paragraph 32 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 32.

33.     Paragraph 33 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 33.

**3.     LG Electronics Entities**

34.     Paragraph 34 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

35.     Paragraph 35 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36.     Paragraph 36 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 36.

### 4.     LP Displays

37.     Paragraph 37 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies the allegations.

### 5.     Panasonic Entities

38.     Paragraph 38 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.     Paragraph 39 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.     Paragraph 40 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 40.

41.     Paragraph 41 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, therefore, denies the allegations.

42.     Paragraph 42 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### 6. Phillips Entities

43.     Paragraph 43 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, denies the allegations.

44.     Paragraph 44 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, denies the allegations.

45.     Paragraph 45 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

46.     Paragraph 46 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

47.     Paragraph 47 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 47.

### 7. Samsung Entities

48.     Paragraph 48 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

49.     Paragraph 49 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

50.     Paragraph 50 relates to another Defendant.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

51.     Paragraph 51 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, therefore, denies the allegations.

52.     Paragraph 52 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

53.     Paragraph 53 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

54.     Paragraph 54 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, denies the allegations.

55.     Paragraph 55 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 55.

### 8.     Samtel

56.     Paragraph 56 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations.

### 9.     Thai CRT

57.     Paragraph 57 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

### 10.    Toshiba Entities

58.     Paragraph 58 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, denies the allegations, except TAI admits the allegations contained in the first sentence of Paragraph 58.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

59.     TAI admits the allegations contained in the first sentence of Paragraph 59 and admit that it is a wholly-owned subsidiary of Toshiba Corporation.   TAI denies the remaining allegations contained in Paragraph 59.   TAI avers that it is a holding company and therefore did not itself sell any cathode ray tubes or electronic devices containing cathode ray tubes during the Relevant Period.

60.     Paragraph 60 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies the allegations, except that TAI avers that Toshiba America Consumer Products, L.L.C. ("TACP") completed a merger into Toshiba America Information Systems, Inc. ("TAIS") on February 14, 2011, whereby TACP no longer exists as a separate legal entity and TACP's former facilities are either closed or now operated entirely by TAIS.

61.     Paragraph 61 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations, except that TAI avers that the business address of Toshiba America Electronic Components, Inc. ("TAEC") is 9740 Irvine Boulevard, Irvine, CA 92618-1697, and avers that TAEC is a wholly-owned subsidiary of TAI.

62.     Paragraph 62 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, denies the allegations, except that TAI admits that the business address of TAIS is 9740 Irvine Boulevard, Irvine, CA 92618-1697 and avers that TAIS is a wholly-owned subsidiary of TAI.

63.     Paragraph 63 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 63.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 11.   Chunghwa Entities

64.    Paragraph 64 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, denies the allegations.

65.    Paragraph 65 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, therefore, denies the allegations.

66.    Paragraph 66 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 66.

## IV.   AGENTS AND CO-CONSPIRATORS

67.    To the extent that the allegations contained in Paragraph 67 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 67 are directed to TAI, TAI denies these allegations.

68.    To the extent that the allegations contained in Paragraph 68 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 68 are directed to TAI, TAI denies these allegations.

69.    Paragraph 69 relates to other companies.  Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, therefore, denies the allegations.

70.    Paragraph 70 relates to other companies.  Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and, therefore, denies the allegations.

71.    Paragraph 71 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 71.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

72.     Paragraph 72 relates to another company.  Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

73.     Paragraph 73 relates to another company.  Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

74.     Paragraph 74 relates to another company.  Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

75.     To the extent that the allegations contained in Paragraph 75 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 75 are directed to TAI, TAI denies these allegations.

## V.     TRADE AND COMMERCE

76.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and, therefore, denies the allegations.

77.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, therefore, denies the allegations.

78.     Paragraph 78 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 78.

## VI.   FACTUAL ALLEGATIONS

### A.     CRT Technology

79.     TAI admits the allegations contained in Paragraph 79.

80.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, denies the allegations.

81.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, denies the allegations.

82.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations.

83.     To the extent that Paragraph 83 describes CRT technology generally, and claims that that CDTs and CPTs are separate products, TAI admits the allegations in Paragraph 83, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.  TAI denies the remaining allegations in Paragraph 83.

84.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

85.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the allegations.

86.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, therefore, denies the allegations.  The second sentence of Paragraph 86 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in the second sentence of Paragraph 86.

87.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations.  The second sentence of Paragraph 87 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in the second sentence of Paragraph 87.

88.     Paragraph 88 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAI denies the allegations contained in Paragraph 88.

**B.     Structure of the CRT Industry**

89.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

### 1.    Market Concentration

90.     To the extent that the allegations contained in Paragraph 90 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 90 are directed to TAI, TAI denies these allegations.

### 2.    Information Sharing

91.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and, therefore, denies the allegations.

92.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

### 3.    Consolidation

93.     To the extent that the allegations contained in Paragraph 93 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### 4.    Multiple Interrelated Business Relationships

94.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, therefore, denies the allegations.

95.     To the extent that the allegations contained in Paragraph 95 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 95 are directed to TAI, TAI denies these allegations.

### 5.    High Costs of Entry Into the Industry

96.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, therefore, denies the allegations.

97.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 6.     The Maturity of the CRT Product Market

98.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

99.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

100.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

101.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

102.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

103.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, therefore, denies the allegations.

### 7.     Homogeneity of CRT Products

104.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and, therefore, denies the allegations.

105.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and, therefore, denies the allegations.

### C.     Pre-Conspiracy Market

106.     TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and, therefore, denies the allegations.

107.     Paragraph 107 relates to other Defendants.     Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, therefore, denies the allegations.

### D.     Defendants' and Co-Conspirators' Illegal Agreements

108.     To the extent that the allegations contained in Paragraph 108 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.     To

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

the extent that the allegations contained in Paragraph 108 are directed to TAI, TAI denies these allegations.

109.    To the extent that the allegations contained in Paragraph 109 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 109 are directed to TAI, TAI denies these allegations.

110.    Paragraph 110 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and, therefore, denies the allegations.

111.    To the extent that the allegations contained in Paragraph 111 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 111 are directed to TAI, TAI denies these allegations.

112.    To the extent that the allegations contained in Paragraph 112 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 112 are directed to TAI, TAI denies these allegations.

### 1.    "Glass Meetings"

113.    To the extent that the allegations contained in Paragraph 113 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 113 are directed to TAI, TAI denies these allegations.

114.    To the extent that the allegations contained in Paragraph 114 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 114 are directed to TAI, TAI denies these allegations.

115.    To the extent that the allegations contained in Paragraph 115 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 115 are directed to TAI, TAI denies these allegations.

116.    To the extent that the allegations contained in Paragraph 116 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 116 are directed to TAI, TAI denies these allegations.

117.    To the extent that the allegations contained in Paragraph 117 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 117 are directed to TAI, TAI denies these allegations.

118.    To the extent that the allegations contained in Paragraph 118 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 118 are directed to TAI, TAI denies these allegations.

119.    To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 119 are directed to TAI, TAI denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

120.   To the extent that the allegations contained in Paragraph 120 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 120 are directed to TAI, TAI denies these allegations.

121.   To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 121 are directed to TAI, TAI denies these allegations.

122.   To the extent that the allegations contained in Paragraph 122 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 122 are directed to TAI, TAI denies these allegations.

123.   To the extent that the allegations contained in Paragraph 123 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 123 are directed to TAI, TAI denies these allegations.

124.   To the extent that the allegations contained in Paragraph 124 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 124 are directed to TAI, TAI denies these allegations.

125.   To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent

that the allegations contained in Paragraph 125 are directed to TAI, TAI denies these allegations.

126.    To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 126 are directed to TAI, TAI denies these allegations.

127.    To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 127 are directed to TAI, TAI denies these allegations.

### 2.    Bilateral Discussions

128.    To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 128 are directed to TAI, TAI denies these allegations.

129.    To the extent that the allegations contained in Paragraph 129 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 129 are directed to TAI, TAI denies these allegations.

130.    To the extent that the allegations contained in Paragraph 130 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 130 are directed to TAI, TAI denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

131.   To the extent that the allegations contained in Paragraph 131 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 131 are directed to TAI, TAI denies these allegations.

132.   To the extent that the allegations contained in Paragraph 132 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 132 are directed to TAI, TAI denies these allegations.

133.   To the extent that the allegations contained in Paragraph 133 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 133 are directed to TAI, TAI denies these allegations.

### 3.   Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions

134.   Paragraph 134 relates to other Defendants.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, therefore, denies the allegations.

135.   Paragraph 135 relates to other Defendants.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and, therefore, denies the allegations.

136.   Paragraph 136 relates to other Defendants.   Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

137.    Paragraph 137 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and, therefore, denies the allegations.

138.    Paragraph 138 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and, therefore, denies the allegations.

139.    Paragraph 139 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and, therefore, denies the allegations.

140.    Paragraph 140 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and, therefore, denies the allegations.

141.    Paragraph 141 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and, therefore, denies the allegations.

142.    Paragraph 142 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and, therefore, denies the allegations.

143.    Paragraph 143 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and, therefore, denies the allegations.

144.    Paragraph 144 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, therefore, denies the allegations.

145.    Paragraph 145 relates to other Defendants.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and, therefore, denies the allegations.

146. Paragraph 146 relates to other Defendants. Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and, therefore, denies the allegations.

147. Paragraph 147 relates to other Defendants. Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and, therefore, denies the allegations.

148. Paragraph 148 relates to other Defendants. Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and, therefore, denies the allegations.

149. Paragraph 149 relates to other Defendants. Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 and, therefore, denies the allegations.

150. To the extent that the allegations contained in Paragraph 150 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 150 are directed to TAI, TAI denies these allegations.

151. To the extent that the allegations contained in Paragraph 151 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 151 are directed to TAI, TAI denies these allegations.

152. Paragraph 152 relates to other Defendants. Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, therefore, denies the allegations.

153. Paragraph 153 relates to other Defendants. Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

154.    To the extent that Paragraph 154 consists of Plaintiff's characterization of its claims and Plaintiff's explanation of a defined term used in the FAC, no response is required.  To the extent that the allegations contained in Paragraph 154 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 154 may be deemed to require a response from TAI, TAI denies these allegations.

**E.    The CRT Market During the Conspiracy**

155.    TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 and, therefore, denies the allegations.

156.    TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, therefore, denies the allegations.

157.    To the extent that Paragraph 157 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 157 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 157 may be deemed to require a response from TAI, TAI denies these allegations.

158.    TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and, therefore, denies the allegations.

159.    To the extent that Paragraph 159 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 159 may be deemed to require a response from TAI, TAI denies these allegations.

160.    To the extent that Paragraph 160 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no

1   response is required.  To the extent that the allegations contained in Paragraph 160 may be

2   deemed to require a response from TAI, TAI denies these allegations.

3       161.    To the extent that the allegations contained in Paragraph 161 relate to other

4   Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief

5   as to the truth of these allegations and, therefore, denies these allegations.  To the extent

6   that the allegations contained in Paragraph 161 are directed to TAI, TAI denies these

7   allegations.

8       162.    To the extent that Paragraph 162 consists of purported statements in news

9   reports or statements in public documents, those statements speak for themselves and no

10  response is required.  To the extent that the allegations contained in Paragraph 162 relate to

11  other Defendants or third parties, TAI lacks knowledge or information sufficient to form a

12  belief as to the truth of these allegations and, therefore, denies these allegations.  To the

13  extent that the allegations contained in Paragraph 162 are directed to TAI, TAI denies these

14  allegations.

15      163.    To the extent that Paragraph 163 consists of purported statements in news

16  reports or statements in public documents, those statements speak for themselves and no

17  response is required.  To the extent that the allegations contained in Paragraph 163 relate to

18  other Defendants or third parties, TAI lacks knowledge or information sufficient to form a

19  belief as to the truth of these allegations and, therefore, denies these allegations.  To the

20  extent that the allegations contained in Paragraph 163 are directed to TAI, TAI denies these

21  allegations.

22      164.    To the extent that Paragraph 164 consists of purported statements in news

23  reports or statements in public documents, those statements speak for themselves and no

24  response is required.  To the extent that the allegations contained in Paragraph 164 relate to

25  other Defendants or third parties, TAI lacks knowledge or information sufficient to form a

26  belief as to the truth of these allegations and, therefore, denies these allegations.  To the

27  extent that the allegations contained in Paragraph 164 are directed to TAI, TAI denies these

28  allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

165.   To the extent that the allegations contained in Paragraph 165 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 165 are directed to TAI, TAI denies these allegations.

**F.    International Government Antitrust Investigations**

166.   To the extent that Paragraph 166 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 166 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 166 are directed to TAI, TAI denies these allegations.

167.   To the extent that Paragraph 167 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 167 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 167 may be deemed to require a response from TAI, TAI denies these allegations.

168.   The allegations contained in Paragraph 168 refer to a public annual report, which is the best evidence of its contents.  To the extent that the allegations contained in Paragraph 168 may be deemed to require a response from TAI, TAI denies these allegations.

169.   To the extent that Paragraph 169 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 169 relate to other Defendants or third parties, TAI lacks knowledge or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 169 may be deemed to require a response from TAI, TAI denies these allegations.

170.   To the extent that Paragraph 170 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 170 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 170 may be deemed to require a response from TAI, TAI denies these allegations.

171.   To the extent that Paragraph 171 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 171 relate to other Defendants and/or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 171 may be deemed to require a response from TAI, TAI denies these allegations.

172.   To the extent that Paragraph 172 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 172 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 172 may be deemed to require a response from TAI, TAI denies these allegations.

173.   To the extent that Paragraph 173 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 173 relate to other Defendants or third parties, TAI lacks knowledge or

1   information sufficient to form a belief as to the truth of these allegations and, therefore,

2   denies these allegations.  To the extent that the allegations contained in Paragraph 173 may

3   be deemed to require a response from TAI, TAI denies these allegations.

4       174.   To the extent that Paragraph 174 consists of purported statements by

5   government authorities and/or statements in public documents, those statements speak for

6   themselves and no response is required.  To the extent that the allegations contained in

7   Paragraph 174 relate to other Defendants or third parties, TAI lacks knowledge or

8   information sufficient to form a belief as to the truth of these allegations and, therefore,

9   denies these allegations.  To the extent that the allegations contained in Paragraph 174 may

10  be deemed to require a response from TAI, TAI denies these allegations.

11      175.   To the extent that Paragraph 175 consists of purported statements by

12  government authorities and/or statements in public documents, those statements speak for

13  themselves and no response is required.  To the extent that the allegations contained in

14  Paragraph 175 relate to other Defendants or third parties, TAI lacks knowledge or

15  information sufficient to form a belief as to the truth of these allegations and, therefore,

16  denies these allegations.  To the extent that the allegations contained in Paragraph 175 may

17  be deemed to require a response from TAI, TAI denies these allegations.

18      176.   To the extent that Paragraph 176 consists of purported statements by

19  government authorities and/or statements in public documents, those statements speak for

20  themselves and no response is required.  To the extent that the allegations contained in

21  Paragraph 176 relate to other Defendants or third parties, TAI lacks knowledge or

22  information sufficient to form a belief as to the truth of these allegations and, therefore,

23  denies these allegations.  To the extent that the allegations contained in Paragraph 176 may

24  be deemed to require a response from TAI, TAI denies these allegations.

25      177.   To the extent that Paragraph 177 consists of purported statements by

26  government authorities and/or statements in public documents, those statements speak for

27  themselves and no response is required.  To the extent that the allegations contained in

28  Paragraph 177 relate to other Defendants or third parties, TAI lacks knowledge or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 177 may be deemed to require a response from TAI, TAI denies these allegations.

178.    TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and, therefore, denies these allegations.

179.    To the extent that the allegations contained in Paragraph 179 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 179 are directed to TAI, TAI denies these allegations.

180.    To the extent that the allegations contained in Paragraph 180 relate to other Defendants, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 180 are directed to TAI, TAI denies these allegations.

181.    TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and, therefore, denies these allegations.

182.    To the extent that Paragraph 182 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 182 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 182 may be deemed to require a response from TAI, TAI denies these allegations.

183.    To the extent that Paragraph 183 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 183 may be deemed to require a response from TAI, TAI denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

184.   To the extent that Paragraph 184 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 184 may be deemed to require a response from TAI, TAI denies these allegations.

185.   To the extent that Paragraph 185 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 185 may be deemed to require a response from TAI, TAI denies these allegations.

**G.    The Role of Trade Associations During the Relevant Period**

186.   TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and, therefore, denies these allegations.

187.   Paragraph 187 relates to other Defendants or third parties.  Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and, therefore, denies these allegations.

188.   TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, therefore, denies these allegations.

189.   TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and, therefore, denies these allegations.

190.   TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and, therefore, denies these allegations.

**H.    Effects of Defendants' Antitrust Violations**

**1.    Examples of Reductions in Manufacturing Capacity by Defendants**

191.   To the extent that the allegations contained in Paragraph 191 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    that the allegations contained in Paragraph 191 are directed to TAI, TAI denies these
2    allegations.

3         192.   Paragraph 192 relates to other Defendants.   Accordingly, TAI lacks
4    knowledge or information sufficient to form a belief as to the truth of the allegations
5    contained in Paragraph 192 and, therefore, denies these allegations.

6         193.   Paragraph 193 relates to other Defendants or third parties.  Accordingly, TAI
7    lacks knowledge or information sufficient to form a belief as to the truth of the allegations
8    contained in Paragraph 193 and, therefore, denies these allegations.

9         194.   Paragraph 194 relates to other Defendants or third parties.  Accordingly, TAI
10   lacks knowledge or information sufficient to form a belief as to the truth of the allegations
11   contained in Paragraph 194 and, therefore, denies these allegations.

12        195.   Paragraph 195 relates to other Defendants or third parties.  Accordingly, TAI
13   lacks knowledge or information sufficient to form a belief as to the truth of the allegations
14   contained in Paragraph 195 and, therefore, denies these allegations.

15        196.   Paragraph 196 relates to other Defendants or third parties.  Accordingly, TAI
16   lacks knowledge or information sufficient to form a belief as to the truth of the allegations
17   contained in Paragraph 196 and, therefore, denies these allegations.

18        **2.    Examples of Collusive Pricing for CRT Products**

19        197.   To the extent that Paragraph 197 consists of purported statements in news
20   reports or statements in public documents, those statements speak for themselves and no
21   response is required.  To the extent that the allegations contained in Paragraph 197 relate to
22   other Defendants or third parties, TAI lacks knowledge or information sufficient to form a
23   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
24   extent that the allegation contained in Paragraph 197 may be deemed to require a response
25   from TAI, TAI denies these allegations.

26        198.   To the extent that Paragraph 198 consists of purported statements in news
27   reports or statements in public documents, those statements speak for themselves and no
28   response is required.  To the extent that the allegations contained in Paragraph 198 relate to

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegation contained in Paragraph 198 may be deemed to require a response from TAI, TAI denies these allegations.

199. To the extent that the allegations contained in Paragraph 199 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 199 are directed to TAI, TAI denies these allegations.

200. To the extent that Paragraph 200 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 200 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 200 may be deemed to require a response from TAI, TAI denies these allegations.

201. To the extent that Paragraph 201 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 201 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 201 may be deemed to require a response from TAI, TAI denies these allegations.

202. To the extent that the allegations contained in Paragraph 202 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 202 are directed to TAI, TAI denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

203.    To the extent that Paragraph 203 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 203 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 203 may be deemed to require a response from TAI, TAI denies these allegations.

204.    Paragraph 204 relates to another Defendant.    Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 and, therefore, denies these allegations.

205.    To the extent that the allegations contained in Paragraph 205 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 205 are directed to TAI, TAI denies these allegations.

### 3.    Summary of Effects of the Conspiracy Involving CRT Products

206.    Paragraph 206 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 206 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 206 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VII.  PLAINTIFF'S INJURIES

207.    To the extent that Paragraph 207 contains argument, Plaintiff's characterization of its claims, or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 207 relate to other Defendants or third parties,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 207 are directed to TAI, TAI denies these allegations.

208.    To the extent that the allegations contained in Paragraph 208 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 208 are directed to TAI, TAI denies these allegations.

209.    To the extent that Paragraph 209 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 209 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 209 are directed to TAI, TAI denies these allegations.

210.    To the extent that Paragraph 210 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 210 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 210 are directed to TAI, TAI denies these allegations.

211.    To the extent that Paragraph 211 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 211 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 211 are directed to TAI, TAI denies these allegations.

212.    Paragraph 212 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

contained in Paragraph 212 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 212 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

213.    Paragraph 213 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 213 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

**VIII.  FRAUDULENT CONCEALMENT**

214.    Paragraph 214 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 214 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 214 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

215.    Paragraph 215 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 215 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    Paragraph 215 may be deemed to require a response from TAI, TAI lacks knowledge or

2    information sufficient to form a belief as to the truth of these allegations and, therefore,

3    denies these allegations.

4        216.    Paragraph 216 consists of argument, Plaintiff's characterization of its claims,

5    or legal conclusions, to which no response is required.  To the extent that the allegations

6    contained in Paragraph 216 relate to other Defendants or third parties, TAI lacks

7    knowledge or information sufficient to form a belief as to the truth of these allegations and,

8    therefore, denies these allegations.   To the extent that the allegations contained in

9    Paragraph 216 may be deemed to require a response from TAI, TAI lacks knowledge or

10   information sufficient to form a belief as to the truth of these allegations and, therefore,

11   denies these allegations.

12       217.    Paragraph 217 consists of argument, Plaintiff's characterization of its claims,

13   or legal conclusions, to which no response is required.  To the extent that the allegations

14   contained in Paragraph 217 relate to other Defendants or third parties, TAI lacks

15   knowledge or information sufficient to form a belief as to the truth of these allegations and,

16   therefore, denies these allegations.   To the extent that the allegations contained in

17   Paragraph 217 may be deemed to require a response from TAI, TAI lacks knowledge or

18   information sufficient to form a belief as to the truth of these allegations and, therefore,

19   denies these allegations.

20       218.    Paragraph 218 consists of argument, Plaintiff's characterization of its claims,

21   or legal conclusions, to which no response is required.  To the extent that the allegations

22   contained in Paragraph 218 relate to other Defendants or third parties, TAI lacks

23   knowledge or information sufficient to form a belief as to the truth of these allegations and,

24   therefore, denies these allegations.   To the extent that the allegations contained in

25   Paragraph 218 may be deemed to require a response from TAI, TAI lacks knowledge or

26   information sufficient to form a belief as to the truth of these allegations and, therefore,

27   denies these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

219.    Paragraph 219 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 219 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 219 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

220.    Paragraph 220 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 220 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 220 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

221.    Paragraph 221 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 221 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 221 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

222.    Paragraph 222 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 222 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

therefore, denies these allegations. To the extent that the allegations contained in Paragraph 222 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

223. Paragraph 223 relates to other Defendants. Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 223 and, therefore, denies the allegations.

224. Paragraph 224 relates to other Defendants. Accordingly, TAI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 224 and, therefore, denies the allegations.

225. Paragraph 225 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 225 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 225 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## IX. *AMERICAN PIPE*, GOVERNMENT ACTION AND CROSS-JURISDICTIONAL TOLLING

226. Paragraph 226 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 226 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 226 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

227.    Paragraph 227 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 227 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

228.    Paragraph 228 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 228 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 228 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## X.    CLAIM FOR VIOLATIONS

### First Claim for Relief

### (Violation of Section 1 of the Sherman Act)

229.    TAI hereby incorporates by reference its responses to Paragraphs 1-228 of the FAC, as set forth above.

230.    Paragraph 230 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 230 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 230 may be deemed to require a response from TAI, TAI lacks knowledge or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   information sufficient to form a belief as to the truth of these allegations and, therefore,

2   denies these allegations.

3       231.    Paragraph 231 consists of argument, Plaintiff's characterization of its claims,

4   or legal conclusions, to which no response is required.  To the extent that the allegations

5   contained in Paragraph 231 relate to other Defendants or third parties, TAI lacks

6   knowledge or information sufficient to form a belief as to the truth of these allegations and,

7   therefore, denies these allegations.   To the extent that the allegations contained in

8   Paragraph 231 may be deemed to require a response from TAI, TAI lacks knowledge or

9   information sufficient to form a belief as to the truth of these allegations and, therefore,

10  denies these allegations.

11      232.    Paragraph 232 consists of argument, Plaintiff's characterization of its claims,

12  or legal conclusions, to which no response is required.  To the extent that the allegations

13  contained in Paragraph 232 relate to other Defendants or third parties, TAI lacks

14  knowledge or information sufficient to form a belief as to the truth of these allegations and,

15  therefore, denies these allegations.   To the extent that the allegations contained in

16  Paragraph 232 may be deemed to require a response from TAI, TAI lacks knowledge or

17  information sufficient to form a belief as to the truth of these allegations and, therefore,

18  denies these allegations.

19      233.    Paragraph 233 consists of argument, Plaintiff's characterization of its claims,

20  or legal conclusions, to which no response is required.  To the extent that the allegations

21  contained in Paragraph 233 relate to other Defendants or third parties, TAI lacks

22  knowledge or information sufficient to form a belief as to the truth of these allegations and,

23  therefore, denies these allegations.   To the extent that the allegations contained in

24  Paragraph 233 may be deemed to require a response from TAI, TAI lacks knowledge or

25  information sufficient to form a belief as to the truth of these allegations and, therefore,

26  denies these allegations.

27      234.    Paragraph 234 consists of argument, Plaintiff's characterization of its claims,

28  or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   contained in Paragraph 234 relate to other Defendants or third parties, TAI lacks
2   knowledge or information sufficient to form a belief as to the truth of these allegations and,
3   therefore, denies these allegations.   To the extent that the allegations contained in
4   Paragraph 234 may be deemed to require a response from TAI, TAI lacks knowledge or
5   information sufficient to form a belief as to the truth of these allegations and, therefore,
6   denies these allegations.

7       235.   Paragraph 235 consists of argument, Plaintiff's characterization of its claims,
8   or legal conclusions, to which no response is required.   To the extent that the allegations
9   contained in Paragraph 235 relate to other Defendants or third parties, TAI lacks
10   knowledge or information sufficient to form a belief as to the truth of these allegations and,
11   therefore, denies these allegations.   To the extent that the allegations contained in
12   Paragraph 235 may be deemed to require a response from TAI, TAI lacks knowledge or
13   information sufficient to form a belief as to the truth of these allegations and, therefore,
14   denies these allegations.

15                           **Second Claim for Relief**

16      **(Violation of Massachusetts General Laws Chapter 93A, §§ 2, *et seq.*)**

17      236.   TAI hereby incorporates by reference its responses to Paragraphs 1-235 of the
18   FAC, as set forth above.

19      237.   Paragraph 237 consists of argument, Plaintiff's characterization of its claims,
20   or legal conclusions, to which no response is required.   To the extent that the allegations
21   contained in Paragraph 237 relate to other Defendants or third parties, TAI lacks
22   knowledge or information sufficient to form a belief as to the truth of these allegations and,
23   therefore, denies these allegations.   To the extent that the allegations contained in
24   Paragraph 237 may be deemed to require a response from TAI, TAI lacks knowledge or
25   information sufficient to form a belief as to the truth of these allegations and, therefore,
26   denies these allegations.   TAI further states that the Court dismissed with prejudice
27   Plaintiff's Massachusetts claim against TAI on March 13, 2014.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   238.   Paragraph 238 consists of argument, Plaintiff's characterization of its claims,

2   or legal conclusions, to which no response is required.  To the extent that the allegations

3   contained in Paragraph 238 relate to other Defendants or third parties, TAI lacks

4   knowledge or information sufficient to form a belief as to the truth of these allegations and,

5   therefore, denies these allegations.   To the extent that the allegations contained in

6   Paragraph 238 is directed to TAI, TAI denies these allegations.  TAI further states that the

7   Court dismissed with prejudice Plaintiff's Massachusetts claim against TAI on March 13,

8   2014.

9   239.   Paragraph 239 consists of argument, Plaintiff's characterization of its claims,

10  or legal conclusions, to which no response is required.  To the extent that the allegations

11  contained in Paragraph 239 relate to other Defendants or third parties, TAI lacks

12  knowledge or information sufficient to form a belief as to the truth of these allegations and,

13  therefore, denies these allegations.   To the extent that the allegations contained in

14  Paragraph 239 may be deemed to require a response from TAI, TAI lacks knowledge or

15  information sufficient to form a belief as to the truth of these allegations and, therefore,

16  denies these allegations.   TAI further states that the Court dismissed with prejudice

17  Plaintiff's Massachusetts claim against TAI on March 13, 2014.

18  240.   Paragraph 240 consists of argument, Plaintiff's characterization of its claims,

19  or legal conclusions, to which no response is required.  To the extent that the allegations

20  contained in Paragraph 240 relate to other Defendants or third parties, TAI lacks

21  knowledge or information sufficient to form a belief as to the truth of these allegations and,

22  therefore, denies these allegations.   To the extent that the allegations contained in

23  Paragraph 240 may be deemed to require a response from TAI, TAI lacks knowledge or

24  information sufficient to form a belief as to the truth of these allegations and, therefore,

25  denies these allegations.   TAI further states that the Court dismissed with prejudice

26  Plaintiff's Massachusetts claim against TAI on March 13, 2014.

27  241.   Paragraph 241 consists of argument, Plaintiff's characterization of its claims,

28  or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

contained in Paragraph 241 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 241 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAI further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAI on March 13, 2014.

242.   Paragraph 242 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 242 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 242 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAI further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAI on March 13, 2014.

243.   Paragraph 243 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 243 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 243 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAI further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAI on March 13, 2014.

244.   Paragraph 244 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 244 relate to other Defendants or third parties, TAI lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  knowledge or information sufficient to form a belief as to the truth of these allegations and,
2  therefore, denies these allegations.   To the extent that the allegations contained in
3  Paragraph 244 may be deemed to require a response from TAI, TAI lacks knowledge or
4  information sufficient to form a belief as to the truth of these allegations and, therefore,
5  denies these allegations.   TAI further states that the Court dismissed with prejudice
6  Plaintiff's Massachusetts claim against TAI on March 13, 2014.

7          245.    Paragraph 245 consists of argument, Plaintiff's characterization of its claims,
8  or legal conclusions, to which no response is required.   To the extent that the allegations
9  contained in Paragraph 245 relate to other Defendants or third parties, TAI lacks
10 knowledge or information sufficient to form a belief as to the truth of these allegations and,
11 therefore, denies these allegations.   To the extent that the allegations contained in
12 Paragraph 245 may be deemed to require a response from TAI, TAI lacks knowledge or
13 information sufficient to form a belief as to the truth of these allegations and, therefore,
14 denies these allegations.   TAI further states that the Court dismissed with prejudice
15 Plaintiff's Massachusetts claim against TAI on March 13, 2014.

16         246.    Paragraph 246 consists of argument, Plaintiff's characterization of its claims,
17 or legal conclusions, to which no response is required.   To the extent that the allegations
18 contained in Paragraph 246 relate to other Defendants or third parties, TAI lacks
19 knowledge or information sufficient to form a belief as to the truth of these allegations and,
20 therefore, denies these allegations.   To the extent that the allegations contained in
21 Paragraph 246 may be deemed to require a response from TAI, TAI lacks knowledge or
22 information sufficient to form a belief as to the truth of these allegations and, therefore,
23 denies these allegations.   TAI further states that the Court dismissed with prejudice
24 Plaintiff's Massachusetts claim against TAI on March 13, 2014.

25         247.    Paragraph 247 consists of argument, Plaintiff's characterization of its claims,
26 or legal conclusions, to which no response is required.   To the extent that the allegations
27 contained in Paragraph 247 relate to other Defendants or third parties, TAI lacks
28 knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 247 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAI further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAI on March 13, 2014.

248.   Paragraph 248 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 248 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 248 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAI further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAI on March 13, 2014.

249.   Paragraph 249 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 249 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 249 may be deemed to require a response from TAI, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAI further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAI on March 13, 2014.

250.   Paragraph 250 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 250 relate to other Defendants or third parties, TAI lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Paragraph 250 may be deemed to require a response from TAI, TAI lacks knowledge or

2  information sufficient to form a belief as to the truth of these allegations and, therefore,

3  denies these allegations.   TAI further states that the Court dismissed with prejudice

4  Plaintiff's Massachusetts claim against TAI on March 13, 2014.

5      251.   Paragraph 251 consists of argument, Plaintiff's characterization of its claims,

6  or legal conclusions, to which no response is required.  To the extent that the allegations

7  contained in Paragraph 251 relate to other Defendants or third parties, TAI lacks

8  knowledge or information sufficient to form a belief as to the truth of these allegations and,

9  therefore, denies these allegations.   To the extent that the allegations contained in

10 Paragraph 251 may be deemed to require a response from TAI, TAI lacks knowledge or

11 information sufficient to form a belief as to the truth of these allegations and, therefore,

12 denies these allegations.   TAI further states that the Court dismissed with prejudice

13 Plaintiff's Massachusetts claim against TAI on March 13, 2014.

14     252.   Paragraph 252 consists of argument, Plaintiff's characterization of its claims,

15 or legal conclusions, to which no response is required.  To the extent that the allegations

16 contained in Paragraph 252 relate to other Defendants or third parties, TAI lacks

17 knowledge or information sufficient to form a belief as to the truth of these allegations and,

18 therefore, denies these allegations.   To the extent that the allegations contained in

19 Paragraph 252 may be deemed to require a response from TAI, TAI lacks knowledge or

20 information sufficient to form a belief as to the truth of these allegations and, therefore,

21 denies these allegations.   TAI further states that the Court dismissed with prejudice

22 Plaintiff's Massachusetts claim against TAI on March 13, 2014.

23     253.   Paragraph 253 consists of argument, Plaintiff's characterization of its claims,

24 or legal conclusions, to which no response is required.  To the extent that the allegations

25 contained in Paragraph 253 relate to other Defendants or third parties, TAI lacks

26 knowledge or information sufficient to form a belief as to the truth of these allegations and,

27 therefore, denies these allegations.   To the extent that the allegations contained in

28 Paragraph 253 may be deemed to require a response from TAI, TAI lacks knowledge or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAI further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAI on March 13, 2014.

## XI.   PRAYER FOR RELIEF

In answer to the Prayer for Relief, TAI denies each and every allegation in the Prayer and further specifically denies that Plaintiff is entitled to any of the relief requested or any remedy whatsoever against TAI.

All allegations of the FAC not heretofore admitted or denied are here and now denied as though specifically denied herein.

## DEFENSES/AFFIRMATIVE DEFENSES

Without assuming any burden it would not otherwise bear, and reserving its right to amend its Answer to assert additional defenses as they may become known during discovery, TAI asserts the following separate and additional defenses:

## FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

## SECOND DEFENSE

Plaintiff has failed to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to bring or maintain the claims set forth in the FAC.

## FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent it did not purchase CRTs directly from Defendants, because it is an indirect purchaser and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no antitrust injury.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitations, including but not limited to:  15 U.S.C. § 15b.

## SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not been injured in its business or property by reason of any action of TAI.

## EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any alleged injuries and damages were not legally or proximately caused by any acts or omissions of TAI or were caused, if at all, solely and proximately by the conduct of third parties including, without limitation, the prior, intervening or superseding conduct of such third parties.

## NINTH DEFENSE

To the extent that any actionable conduct occurred, Plaintiff's claims against TAI are barred because all such conduct would have been committed by individuals acting *ultra vires*.

## TENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no damages as a result of any actions taken by TAI and/or the other Defendants.

## ELEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

## TWELFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any actions or practices of TAI that are the subject of the FAC were undertaken unilaterally for legitimate business

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   reasons and in pursuit of TAI's independent interests and those of its customers, and were

2   not the product of any contract, combination or conspiracy between TAI and any other

3   person or entity.

### THIRTEENTH DEFENSE

5       Plaintiff's claims are barred, in whole or in part, because any acts or practices of TAI

6   that are the subject of the FAC were adopted in furtherance of legitimate business interests

7   of TAI and of its customers and did not unreasonably restrain competition.

### FOURTEENTH DEFENSE

9       Plaintiff's claims are barred, in whole or in part, because any acts or practices of TAI

10  that are the subject of the FAC were cost justified or otherwise economically justified and

11  resulted from a good-faith effort to meet competition or market conditions.

### FIFTEENTH DEFENSE

13      To the extent there is a finding of an illegal overcharge, Plaintiff's claims are barred,

14  in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by

15  others, and was not passed through to the indirect purchasers.

### SIXTEENTH DEFENSE

17      Plaintiff's claims are barred, in whole or in part, because, as an indirect purchaser, it

18  fails to meet its burden of proving that it was damaged in fact by the conduct of which

19  complaint is here made, including the burden of proving that any so-called overcharge of

20  which complaint is made and which was not absorbed by predecessors to Plaintiff in the

21  chain of distribution was not passed on to a third party.

### SEVENTEENTH DEFENSE

23      Plaintiff's claims are barred, in whole or in part, to the extent it seeks improper

24  multiple damage awards and damage awards duplicative of those sought in other actions, in

25  violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the

26  United States Constitution.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**EIGHTEENTH DEFENSE**

2   Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean

3   hands.

4

**NINETEENTH DEFENSE**

5   Plaintiff's claims for injunctive relief should be dismissed because Plaintiff has

6   available an adequate remedy at law.

7

**TWENTIETH DEFENSE**

8   Without admitting the existence of any contract, combination or conspiracy in

9   restraint of trade, TAI contends that it is entitled to set off any amounts paid to Plaintiff by

10   any Defendants other than TAI who have settled, or do settle, Plaintiff's claims against

11   them in this action.

12

**TWENTY-FIRST DEFENSE**

13   Plaintiff's claims for injunctive relief are barred, in whole or in part, insofar as

14   Plaintiff seeks to enjoin alleged events that have already transpired without the requisite

15   showing of threatened future harm or continuing harm.

16

**TWENTY-SECOND DEFENSE**

17   TAI adopts by reference any applicable defense pleaded by any other Defendant not

18   otherwise expressly set forth herein.

19

**TWENTY-THIRD DEFENSE**

20   TAI reserves the right to assert other defenses as this action proceeds up to and

21   including the time of trial.

22

**TAI'S PRAYER FOR RELIEF**

23   WHEREFORE, TAI prays for judgment as follows:

24   1.  That Plaintiff takes nothing by reason of the FAC, and that the action be dismissed

25   with prejudice;

26   2.  That the Court enter judgment in favor of TAI and against Plaintiff with respect to

27   all causes of action in the FAC;

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

    3.  That the Court award TAI its attorneys' fees and other costs reasonably incurred in the defense of this action; and

    4.  That the Court order such other further relief for TAI as the Court may deem just and proper.


Dated:  March 27, 2014                    Respectfully submitted,

                                          **WHITE & CASE**LLP


                                          By:   */s/ Lucius B. Lau*
                                          Christopher M. Curran (*pro hac vice*)
                                          ccurran@whitecase.com
                                          Lucius B. Lau (*pro hac vice*)
                                          alau@whitecase.com
                                          Dana E. Foster (*pro hac vice*)
                                          defoster@whitecase.com
                                          701 Thirteenth Street, N.W.
                                          Washington, DC  20005
                                          tel.: (202) 626-3600
                                          fax: (202) 639-9355

                                          *Counsel to Defendant*
                                          *Toshiba America, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

## CERTIFICATE OF SERVICE

2      On March 27, 2014, I caused a copy of the "TOSHIBA AMERICA, INC.'S

3  ANSWER TO SCHULTZE AGENCY SERVICES, LLC'S FIRST AMENDED

4  COMPLAINT" to be served via ECF on the other parties in this action.

5

6

7

8      By:  _/s/ Lucius B. Lau_____

           Lucius B. Lau (*pro hac vice*)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28