Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*<br><br>Civil Action No. 3:12-02649-SC | **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO SCHULTZE AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT**<br><br>The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

For its Answer to Schultze Agency Services, LLC's First Amended Complaint ("FAC"), Defendant Toshiba America Information Systems, Inc. ("TAIS") states as follows:

## I.    INTRODUCTION[1]

1.    The allegations contained in Paragraph 1 consist of Plaintiff's characterization of its claims and an explanation of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations in Paragraph 1 are directed at TAIS, TAIS denies these allegations.

2.    To the extent that the allegations contained in the first sentence of Paragraph 2 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence of Paragraph 2 are directed to TAIS, TAIS denies these allegations.  The remainder of Paragraph 2 consists of explanations of defined terms used in its FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in the remainder of Paragraph 2.

3.    To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to TAIS, TAIS denies these allegations.

4.    To the extent that the allegations contained in Paragraph 4 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 4 are directed to TAIS, TAIS denies these allegations.

---

[1] For ease of reference, the headings in this Answer correspond to the headings in the FAC.

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER
TO SCHULTZE AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.      To the extent that the allegations contained in Paragraph 5 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 5 are directed to TAIS, TAIS denies these allegations.

6.      To the extent that the allegations contained in Paragraph 6 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 6 are directed to TAIS, TAIS denies these allegations.

7.      To the extent that the allegations contained in Paragraph 7 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 7 are directed to TAIS, TAIS denies these allegations.

8.      To the extent that Paragraph 8 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 8 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 8 may be deemed to require a response from TAIS, TAIS denies these allegations.

9.      Paragraph 9 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 9 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 9 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## II.   JURISDICTION AND VENUE

10.   The allegations contained in Paragraph 10 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 10.

11.   The allegations contained in Paragraph 11 consist of Plaintiff's characterization of its case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 11 and notes that the claim described in Paragraph 11 was dismissed by the Court on March 13, 2014.

12.   The allegations contained in Paragraph 12 consist of Plaintiff's characterization of its case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 12.

13.   To the extent that the allegations contained in the first sentence in Paragraph 13 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence in Paragraph 13 relate to TAIS, TAIS denies the allegations.  TAIS denies the remaining allegations of Paragraph 13.

14.   The first and third sentences of Paragraph 14 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 14.  To the extent that the allegations contained in Paragraph 14 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 14 are directed to TAIS, TAIS denies these allegations.

15.   The allegations in Paragraph 15 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 15.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## III.  THE PARTIES

### A.   Plaintiff

16.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, therefore, denies the allegations.

17.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the allegations.

18.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and, therefore, denies the allegations.

19.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

20.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, therefore, denies the allegations.

21.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, therefore, denies the allegations.

### B.   Defendants

#### 1.   Hitachi Entities

23.    Paragraph 23 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.    Paragraph 24 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.    Paragraph 25 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the allegations.

26.     Paragraph 26 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

27.     Paragraph 27 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

28.     Paragraph 28 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, denies the allegations.

29.     Paragraph 29 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 29.

### 2.   IRICO Entities

30.     Paragraph 30 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     Paragraph 31 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.     Paragraph 32 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 32.

33.     Paragraph 33 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 33.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### 3.    LG Electronics Entities

34.    Paragraph 34 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.    Paragraph 35 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36.    Paragraph 36 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 36.

### 4.    LP Displays

37.    Paragraph 37 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies the allegations.

### 5.    Panasonic Entities

38.    Paragraph 38 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.    Paragraph 39 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.    Paragraph 40 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 40.

41.    Paragraph 41 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    42.     Paragraph 42 relates to another Defendant.   Accordingly, TAIS lacks

2  knowledge or information sufficient to form a belief as to the truth of the allegations

3  contained in Paragraph 42 and, therefore, denies the allegations.

4          **6.     Phillips Entities**

5    43.     Paragraph 43 relates to another Defendant.   Accordingly, TAIS lacks

6  knowledge or information sufficient to form a belief as to the truth of the allegations

7  contained in Paragraph 43 and, therefore, denies the allegations.

8    44.     Paragraph 44 relates to another Defendant.   Accordingly, TAIS lacks

9  knowledge or information sufficient to form a belief as to the truth of the allegations

10  contained in Paragraph 44 and, therefore, denies the allegations.

11    45.     Paragraph 45 relates to another Defendant.   Accordingly, TAIS lacks

12  knowledge or information sufficient to form a belief as to the truth of the allegations

13  contained in Paragraph 45 and, therefore, denies the allegations.

14    46.     Paragraph 46 relates to another Defendant.   Accordingly, TAIS lacks

15  knowledge or information sufficient to form a belief as to the truth of the allegations

16  contained in Paragraph 46 and, therefore, denies the allegations.

17    47.     Paragraph 47 consists of Plaintiff's explanation of a defined term used in the

18  FAC, to which no response is required.  To the extent that a response is deemed required,

19  TAIS denies the allegations contained in Paragraph 47.

20          **7.     Samsung Entities**

21    48.     Paragraph 48 relates to another Defendant.   Accordingly, TAIS lacks

22  knowledge or information sufficient to form a belief as to the truth of the allegations

23  contained in Paragraph 48 and, therefore, denies the allegations.

24    49.     Paragraph 49 relates to another Defendant.   Accordingly, TAIS lacks

25  knowledge or information sufficient to form a belief as to the truth of the allegations

26  contained in Paragraph 49 and, therefore, denies the allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

50.     Paragraph 50 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

51.     Paragraph 51 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, therefore, denies the allegations.

52.     Paragraph 52 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

53.     Paragraph 53 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

54.     Paragraph 54 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, denies the allegations.

55.     Paragraph 55 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 55.

**8.     Samtel**

56.     Paragraph 56 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations.

**9.     Thai CRT**

57.     Paragraph 57 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

### 10.   Toshiba Entities

2    58.    Paragraph 58 relates to another Defendant.   Accordingly, TAIS lacks

3    knowledge or information sufficient to form a belief as to the truth of the allegations

4    contained in Paragraph 58 and, therefore, denies the allegations except that TAIS admits

5    the allegations contained in the first sentence of Paragraph 58.

6    59.    Paragraph 59 relates to another Defendant.   Accordingly, TAIS lacks

7    knowledge or information sufficient to form a belief as to the truth of the allegations

8    contained in Paragraph 59 and, therefore, denies the allegations, except that TAIS admits

9    the allegations contained in the first sentence of Paragraph 59.

10    60.    Paragraph 60 relates to another Defendant.   Accordingly, TAIS lacks

11    knowledge or information sufficient to form a belief as to the truth of the allegations

12    contained in Paragraph 60 and, therefore, denies the allegations, except that TAIS avers

13    that Toshiba America Consumer Products, L.L.C. ("TACP") completed a merger into

14    TAIS on February 14, 2011, whereby TACP no longer exists as a separate legal entity and

15    TACP's former facilities are either closed or now operated entirely by TAIS.

16    61.    Paragraph 61 relates to another Defendant.   Accordingly, TAIS lacks

17    knowledge or information sufficient to form a belief as to the truth of the allegations

18    contained in Paragraph 61 and, therefore, denies the allegations.

19    62.    TAIS denies the allegations of Paragraph 62, except that it admits that its

20    business address is 9740 Irvine Boulevard, Irvine, CA 92618-1697 and avers that it is a

21    wholly-owned subsidiary of Toshiba America, Inc.   TAIS avers that it sold certain

22    electronic devices containing cathode ray tubes during the Relevant Period.

23    63.    Paragraph 63 consists of Plaintiff's explanation of a defined term used in the

24    FAC, to which no response is required.   To the extent that a response is deemed required,

25    TAIS denies the allegations contained in Paragraph 63.

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 11.  Chunghwa Entities

64.     Paragraph 64 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, denies the allegations.

65.     Paragraph 65 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, therefore, denies the allegations.

66.     Paragraph 66 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 66.

## IV.  AGENTS AND CO-CONSPIRATORS

67.     To the extent that the allegations contained in Paragraph 67 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 67 are directed to TAIS, TAIS denies these allegations.

68.     To the extent that the allegations contained in Paragraph 68 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 68 are directed to TAIS, TAIS denies these allegations.

69.     Paragraph 69 relates to other companies.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, therefore, denies the allegations.

70.     Paragraph 70 relates to other companies.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and, therefore, denies the allegations.

71.     Paragraph 71 consists of Plaintiff's explanation of a defined term used in the FAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 71.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

72.     Paragraph 72 relates to another company.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

73.     Paragraph 73 relates to another company.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

74.     Paragraph 74 relates to another company.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

75.     To the extent that the allegations contained in Paragraph 75 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 75 are directed to TAIS, TAIS denies these allegations.

## V.     TRADE AND COMMERCE

76.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and, therefore, denies the allegations.

77.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, therefore, denies the allegations.

78.     Paragraph 78 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 78.

## VI.   FACTUAL ALLEGATIONS

### A.     CRT Technology

79.     TAIS admits the allegations contained in Paragraph 79.

80.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, denies the allegations.

81.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

82.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations.

83.     To the extent that Paragraph 83 describes CRT technology generally, and claims that that CDTs and CPTs are separate products, TAIS admits the allegations in Paragraph 83, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.  TAIS denies the remaining allegations in Paragraph 83.

84.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

85.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the allegations.

86.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, therefore, denies the allegations.  The second sentence of Paragraph 86 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in the second sentence of Paragraph 86.

87.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations.  The second sentence of Paragraph 87 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in the second sentence of Paragraph 87.

88.     Paragraph 88 consists of argument and Plaintiff's characterization of its claims, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 88.

**B.     Structure of the CRT Industry**

89.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 1. Market Concentration

90.     To the extent that the allegations contained in Paragraph 90 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 90 are directed to TAIS, TAIS denies these allegations.

### 2. Information Sharing

91.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and, therefore, denies the allegations.

92.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

### 3. Consolidation

93.     To the extent that the allegations contained in Paragraph 93 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### 4. Multiple Interrelated Business Relationships

94.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, therefore, denies the allegations.

95.     To the extent that the allegations contained in Paragraph 95 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 95 are directed to TAIS, TAIS denies these allegations.

### 5. High Costs of Entry Into the Industry

96.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, therefore, denies the allegations.

97.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

### 6.   The Maturity of the CRT Product Market

2   98.   TAIS lacks knowledge or information sufficient to form a belief as to the truth

3   of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

4   99.   TAIS lacks knowledge or information sufficient to form a belief as to the truth

5   of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

6   100.   TAIS lacks knowledge or information sufficient to form a belief as to the truth

7   of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

8   101.   TAIS lacks knowledge or information sufficient to form a belief as to the truth

9   of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

10   102.   TAIS lacks knowledge or information sufficient to form a belief as to the truth

11   of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

12   103.   TAIS lacks knowledge or information sufficient to form a belief as to the truth

13   of the allegations contained in Paragraph 103 and, therefore, denies the allegations.

14   ### 7.   Homogeneity of CRT Products

15   104.   TAIS lacks knowledge or information sufficient to form a belief as to the truth

16   of the allegations contained in Paragraph 104 and, therefore, denies the allegations.

17   105.   TAIS lacks knowledge or information sufficient to form a belief as to the truth

18   of the allegations contained in Paragraph 105 and, therefore, denies the allegations.

19   ### C.   Pre-Conspiracy Market

20   106.   TAIS lacks knowledge or information sufficient to form a belief as to the truth

21   of the allegations contained in Paragraph 106 and, therefore, denies the allegations.

22   107.   Paragraph 107 relates to other Defendants.   Accordingly, TAIS lacks

23   knowledge or information sufficient to form a belief as to the truth of the allegations

24   contained in Paragraph 107 and, therefore, denies the allegations.

25   ### D.   Defendants' and Co-Conspirators' Illegal Agreements

26   108.   To the extent that the allegations contained in Paragraph 108 relate to other

27   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

28   belief as to the truth of these allegations and, therefore, denies these allegations.   To

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

the extent that the allegations contained in Paragraph 108 are directed to TAIS, TAIS denies these allegations.

109.   To the extent that the allegations contained in Paragraph 109 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 109 are directed to TAIS, TAIS denies these allegations.

110.   Paragraph 110 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and, therefore, denies the allegations.

111.   To the extent that the allegations contained in Paragraph 111 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 111 are directed to TAIS, TAIS denies these allegations.

112.   To the extent that the allegations contained in Paragraph 112 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 112 are directed to TAIS, TAIS denies these allegations.

### 1.   "Glass Meetings"

113.   To the extent that the allegations contained in Paragraph 113 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 113 are directed to TAIS, TAIS denies these allegations.

114.   To the extent that the allegations contained in Paragraph 114 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 114 are directed to TAIS, TAIS denies these allegations.

115.    To the extent that the allegations contained in Paragraph 115 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 115 are directed to TAIS, TAIS denies these allegations.

116.    To the extent that the allegations contained in Paragraph 116 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 116 are directed to TAIS, TAIS denies these allegations.

117.    To the extent that the allegations contained in Paragraph 117 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 117 are directed to TAIS, TAIS denies these allegations.

118.    To the extent that the allegations contained in Paragraph 118 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 118 are directed to TAIS, TAIS denies these allegations.

119.    To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 119 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

120.    To the extent that the allegations contained in Paragraph 120 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 120 are directed to TAIS, TAIS denies these allegations.

121.    To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 121 are directed to TAIS, TAIS denies these allegations.

122.    To the extent that the allegations contained in Paragraph 122 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 122 are directed to TAIS, TAIS denies these allegations.

123.    To the extent that the allegations contained in Paragraph 123 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 123 are directed to TAIS, TAIS denies these allegations.

124.    To the extent that the allegations contained in Paragraph 124 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 124 are directed to TAIS, TAIS denies these allegations.

125.    To the extent that the allegations contained in Paragraph 125 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

1    extent that the allegations contained in Paragraph 125 are directed to TAIS, TAIS denies

2    these allegations.

3         126.    To the extent that the allegations contained in Paragraph 126 relate to other

4    Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

5    belief as to the truth of these allegations and, therefore, denies these allegations.  To the

6    extent that the allegations contained in Paragraph 126 are directed to TAIS, TAIS denies

7    these allegations.

8         127.    To the extent that the allegations contained in Paragraph 127 relate to other

9    Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

10   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

11   extent that the allegations contained in Paragraph 127 are directed to TAIS, TAIS denies

12   these allegations.

13              **2.    Bilateral Discussions**

14        128.    To the extent that the allegations contained in Paragraph 128 relate to other

15   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

16   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

17   extent that the allegations contained in Paragraph 128 are directed to TAIS, TAIS denies

18   these allegations.

19        129.    To the extent that the allegations contained in Paragraph 129 relate to other

20   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

21   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

22   extent that the allegations contained in Paragraph 129 are directed to TAIS, TAIS denies

23   these allegations.

24        130.    To the extent that the allegations contained in Paragraph 130 relate to other

25   Defendants or third parties, TAIS lacks knowledge or information sufficient to form a

26   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

27   extent that the allegations contained in Paragraph 130 are directed to TAIS, TAIS denies

28   these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

131.    To the extent that the allegations contained in Paragraph 131 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 131 are directed to TAIS, TAIS denies these allegations.

132.    To the extent that the allegations contained in Paragraph 132 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 132 are directed to TAIS, TAIS denies these allegations.

133.    To the extent that the allegations contained in Paragraph 133 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 133 are directed to TAIS, TAIS denies these allegations.

### 3.    Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions

134.    Paragraph 134 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, therefore, denies the allegations.

135.    Paragraph 135 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and, therefore, denies the allegations.

136.    Paragraph 136 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

137.    Paragraph 137 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and, therefore, denies the allegations.

138.    Paragraph 138 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and, therefore, denies the allegations.

139.    Paragraph 139 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and, therefore, denies the allegations.

140.    Paragraph 140 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and, therefore, denies the allegations.

141.    Paragraph 141 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and, therefore, denies the allegations.

142.    Paragraph 142 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and, therefore, denies the allegations.

143.    Paragraph 143 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and, therefore, denies the allegations.

144.    Paragraph 144 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, therefore, denies the allegations.

145.    Paragraph 145 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and, therefore, denies the allegations.

146.    Paragraph 146 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and, therefore, denies the allegations.

147.    Paragraph 147 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and, therefore, denies the allegations.

148.    Paragraph 148 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and, therefore, denies the allegations.

149.    Paragraph 149 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 and, therefore, denies the allegations.

150.    To the extent that the allegations contained in Paragraph 150 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 150 are directed to TAIS, TAIS denies these allegations.

151.    To the extent that the allegations contained in Paragraph 151 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 151 are directed to TAIS, TAIS denies these allegations.

152.    Paragraph 152 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, therefore, denies the allegations.

153.    Paragraph 153 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

154.    To the extent that Paragraph 154 consists of Plaintiff's characterization of its claims and Plaintiff's explanation of a defined term used in the FAC, no response is required.  To the extent that the allegations contained in Paragraph 154 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 154 may be deemed to require a response from TAIS, TAIS denies these allegations.

**E.    The CRT Market During the Conspiracy**

155.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 and, therefore, denies the allegations.

156.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, therefore, denies the allegations.

157.    To the extent that Paragraph 157 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 157 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 157 may be deemed to require a response from TAIS, TAIS denies these allegations.

158.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and, therefore, denies the allegations.

159.    To the extent that Paragraph 159 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 159 may be deemed to require a response from TAIS, TAIS denies these allegations.

160.    To the extent that Paragraph 160 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no

response is required.  To the extent that the allegations contained in Paragraph 160 may be deemed to require a response from TAIS, TAIS denies these allegations.

161.    To the extent that the allegations contained in Paragraph 161 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 161 are directed to TAIS, TAIS denies these allegations.

162.    To the extent that Paragraph 162 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 162 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 162 are directed to TAIS, TAIS denies these allegations.

163.    To the extent that Paragraph 163 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 163 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 163 are directed to TAIS, TAIS denies these allegations.

164.    To the extent that Paragraph 164 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 164 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 164 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

165.   To the extent that the allegations contained in Paragraph 165 relate to other
Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
belief as to the truth of these allegations and, therefore, denies these allegations.  To the
extent that the allegations contained in Paragraph 165 are directed to TAIS, TAIS denies
these allegations.

**F.   International Government Antitrust Investigations**

166.   To the extent that Paragraph 166 consists of purported statements by
government authorities or statements in public documents, those statements speak for
themselves and no response is required.  To the extent that the allegations contained in
Paragraph 166 relate to other Defendants or third parties, TAIS lacks knowledge or
information sufficient to form a belief as to the truth of these allegations and, therefore,
denies these allegations.  To the extent that the allegations contained in Paragraph 166 are
directed to TAIS, TAIS denies these allegations.

167.   To the extent that Paragraph 167 consists of purported statements by
government authorities or statements in public documents, those statements speak for
themselves and no response is required.  To the extent that the allegations contained in
Paragraph 167 relate to other Defendants or third parties, TAIS lacks knowledge or
information sufficient to form a belief as to the truth of these allegations and, therefore,
denies these allegations.  To the extent that the allegations contained in Paragraph 167 may
be deemed to require a response from TAIS, TAIS denies these allegations.

168.   The allegations contained in Paragraph 168 refer to a public annual report,
which is the best evidence of its contents.  To the extent that the allegations contained in
Paragraph 168 may be deemed to require a response from TAIS, TAIS denies these
allegations.

169.   To the extent that Paragraph 169 consists of purported statements by
government authorities or statements in public documents, those statements speak for
themselves and no response is required.  To the extent that the allegations contained in
Paragraph 169 relate to other Defendants or third parties, TAIS lacks knowledge or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 169 may be deemed to require a response from TAIS, TAIS denies these allegations.

170.   To the extent that Paragraph 170 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 170 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 170 may be deemed to require a response from TAIS, TAIS denies these allegations.

171.   To the extent that Paragraph 171 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 171 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 171 may be deemed to require a response from TAIS, TAIS denies these allegations.

172.   To the extent that Paragraph 172 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 172 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 172 may be deemed to require a response from TAIS, TAIS denies these allegations.

173.   To the extent that Paragraph 173 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 173 relate to other Defendants or third parties, TAIS lacks knowledge or

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 173 may be deemed to require a response from TAIS, TAIS denies these allegations.

174.   To the extent that Paragraph 174 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 174 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 174 may be deemed to require a response from TAIS, TAIS denies these allegations.

175.   To the extent that Paragraph 175 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 175 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 175 may be deemed to require a response from TAIS, TAIS denies these allegations.

176.   To the extent that Paragraph 176 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 176 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 176 may be deemed to require a response from TAIS, TAIS denies these allegations.

177.   To the extent that Paragraph 177 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 177 relate to other Defendants or third parties, TAIS lacks knowledge or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  information sufficient to form a belief as to the truth of these allegations and, therefore,
2  denies these allegations.  To the extent that the allegations contained in Paragraph 177 may
3  be deemed to require a response from TAIS, TAIS denies these allegations.

4       178.   TAIS lacks knowledge or information sufficient to form a belief as to the truth
5  of the allegations contained in Paragraph 178 and, therefore, denies these allegations.

6       179.   To the extent that the allegations contained in Paragraph 179 relate to other
7  Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth
8  of these allegations and, therefore, denies these allegations.  To the extent that the
9  allegations contained in Paragraph 179 are directed to TAIS, TAIS denies these allegations.

10       180.   To the extent that the allegations contained in Paragraph 180 relate to other
11  Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth
12  of these allegations and, therefore, denies these allegations.  To the extent that the
13  allegations contained in Paragraph 180 are directed to TAIS, TAIS denies these allegations.

14       181.   TAIS lacks knowledge or information sufficient to form a belief as to the truth
15  of the allegations contained in Paragraph 181 and, therefore, denies these allegations.

16       182.   To the extent that Paragraph 182 consists of purported statements in news
17  reports or statements in public documents, those statements speak for themselves and no
18  response is required.  To the extent that the allegations contained in Paragraph 182 relate to
19  other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a
20  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
21  extent that the allegations contained in Paragraph 182 may be deemed to require a response
22  from TAIS, TAIS denies these allegations.

23       183.   To the extent that Paragraph 183 consists of purported statements by
24  government authorities or statements in public documents, those statements speak for
25  themselves and no response is required.  To the extent that the allegations contained in
26  Paragraph 183 may be deemed to require a response from TAIS, TAIS denies these
27  allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER
TO SCHULTZE AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

184.   To the extent that Paragraph 184 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 184 may be deemed to require a response from TAIS, TAIS denies these allegations.

185.   To the extent that Paragraph 185 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 185 may be deemed to require a response from TAIS, TAIS denies these allegations.

**G.   The Role of Trade Associations During the Relevant Period**

186.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and, therefore, denies these allegations.

187.   Paragraph 187 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and, therefore, denies these allegations.

188.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, therefore, denies these allegations.

189.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and, therefore, denies these allegations.

190.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and, therefore, denies these allegations.

**H.   Effects of Defendants' Antitrust Violations**

**1.   Examples of Reductions in Manufacturing Capacity by Defendants**

191.   To the extent that the allegations contained in Paragraph 191 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

extent that the allegations contained in Paragraph 191 are directed to TAIS, TAIS denies these allegations.

192.   Paragraph 192 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 and, therefore, denies these allegations.

193.   Paragraph 193 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 and, therefore, denies these allegations.

194.   Paragraph 194 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 and, therefore, denies these allegations.

195.   Paragraph 195 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 and, therefore, denies these allegations.

196.   Paragraph 196 relates to other Defendants or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 and, therefore, denies these allegations.

**2.   Examples of Collusive Pricing for CRT Products**

197.   To the extent that Paragraph 197 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 197 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegation contained in Paragraph 197 may be deemed to require a response from TAIS, TAIS denies these allegations.

198.   To the extent that Paragraph 198 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 198 relate to

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegation contained in Paragraph 198 may be deemed to require a response from TAIS, TAIS denies these allegations.

199.    To the extent that the allegations contained in Paragraph 199 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 199 are directed to TAIS, TAIS denies these allegations.

200.    To the extent that Paragraph 200 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 200 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 200 may be deemed to require a response from TAIS, TAIS denies these allegations.

201.    To the extent that Paragraph 201 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 201 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 201 may be deemed to require a response from TAIS, TAIS denies these allegations.

202.    To the extent that the allegations contained in Paragraph 202 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 202 are directed to TAIS, TAIS denies these allegations.

203. To the extent that Paragraph 203 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 203 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 203 may be deemed to require a response from TAIS, TAIS denies these allegations.

204. Paragraph 204 relates to another Defendant. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 and, therefore, denies these allegations.

205. To the extent that the allegations contained in Paragraph 205 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 205 are directed to TAIS, TAIS denies these allegations.

### 3. Summary of Effects of the Conspiracy Involving CRT Products

206. Paragraph 206 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 206 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 206 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### VII. PLAINTIFF'S INJURIES

207. To the extent that Paragraph 207 contains argument, Plaintiff's characterization of its claims, or legal conclusions, no response is required. To the extent that the allegations contained in Paragraph 207 relate to other Defendants or third parties,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 207 are directed to TAIS, TAIS denies these allegations.

208.    To the extent that the allegations contained in Paragraph 208 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 208 are directed to TAIS, TAIS denies these allegations.

209.    To the extent that Paragraph 209 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 209 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 209 are directed to TAIS, TAIS denies these allegations.

210.    To the extent that Paragraph 210 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 210 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 210 are directed to TAIS, TAIS denies these allegations.

211.    To the extent that Paragraph 211 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 211 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 211 are directed to TAIS, TAIS denies these allegations.

212.    Paragraph 212 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

contained in Paragraph 212 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 212 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

213.    Paragraph 213 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 213 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VIII. FRAUDULENT CONCEALMENT

214.    Paragraph 214 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 214 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 214 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

215.    Paragraph 215 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 215 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Paragraph 215 may be deemed to require a response from TAIS, TAIS lacks knowledge or

2   information sufficient to form a belief as to the truth of these allegations and, therefore,

3   denies these allegations.

4       216.   Paragraph 216 consists of argument, Plaintiff's characterization of its claims,

5   or legal conclusions, to which no response is required.  To the extent that the allegations

6   contained in Paragraph 216 relate to other Defendants or third parties, TAIS lacks

7   knowledge or information sufficient to form a belief as to the truth of these allegations and,

8   therefore, denies these allegations.   To the extent that the allegations contained in

9   Paragraph 216 may be deemed to require a response from TAIS, TAIS lacks knowledge or

10  information sufficient to form a belief as to the truth of these allegations and, therefore,

11  denies these allegations.

12      217.   Paragraph 217 consists of argument, Plaintiff's characterization of its claims,

13  or legal conclusions, to which no response is required.  To the extent that the allegations

14  contained in Paragraph 217 relate to other Defendants or third parties, TAIS lacks

15  knowledge or information sufficient to form a belief as to the truth of these allegations and,

16  therefore, denies these allegations.   To the extent that the allegations contained in

17  Paragraph 217 may be deemed to require a response from TAIS, TAIS lacks knowledge or

18  information sufficient to form a belief as to the truth of these allegations and, therefore,

19  denies these allegations.

20      218.   Paragraph 218 consists of argument, Plaintiff's characterization of its claims,

21  or legal conclusions, to which no response is required.  To the extent that the allegations

22  contained in Paragraph 218 relate to other Defendants or third parties, TAIS lacks

23  knowledge or information sufficient to form a belief as to the truth of these allegations and,

24  therefore, denies these allegations.   To the extent that the allegations contained in

25  Paragraph 218 may be deemed to require a response from TAIS, TAIS lacks knowledge or

26  information sufficient to form a belief as to the truth of these allegations and, therefore,

27  denies these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    219.    Paragraph 219 consists of argument, Plaintiff's characterization of its claims,

2  or legal conclusions, to which no response is required.  To the extent that the allegations

3  contained in Paragraph 219 relate to other Defendants or third parties, TAIS lacks

4  knowledge or information sufficient to form a belief as to the truth of these allegations and,

5  therefore, denies these allegations.   To the extent that the allegations contained in

6  Paragraph 219 may be deemed to require a response from TAIS, TAIS lacks knowledge or

7  information sufficient to form a belief as to the truth of these allegations and, therefore,

8  denies these allegations.

9    220.    Paragraph 220 consists of argument, Plaintiff's characterization of its claims,

10  or legal conclusions, to which no response is required.  To the extent that the allegations

11  contained in Paragraph 220 relate to other Defendants or third parties, TAIS lacks

12  knowledge or information sufficient to form a belief as to the truth of these allegations and,

13  therefore, denies these allegations.   To the extent that the allegations contained in

14  Paragraph 220 may be deemed to require a response from TAIS, TAIS lacks knowledge or

15  information sufficient to form a belief as to the truth of these allegations and, therefore,

16  denies these allegations.

17    221.    Paragraph 221 consists of argument, Plaintiff's characterization of its claims,

18  or legal conclusions, to which no response is required.  To the extent that the allegations

19  contained in Paragraph 221 relate to other Defendants or third parties, TAIS lacks

20  knowledge or information sufficient to form a belief as to the truth of these allegations and,

21  therefore, denies these allegations.   To the extent that the allegations contained in

22  Paragraph 221 may be deemed to require a response from TAIS, TAIS lacks knowledge or

23  information sufficient to form a belief as to the truth of these allegations and, therefore,

24  denies these allegations.

25    222.    Paragraph 222 consists of argument, Plaintiff's characterization of its claims,

26  or legal conclusions, to which no response is required.  To the extent that the allegations

27  contained in Paragraph 222 relate to other Defendants or third parties, TAIS lacks

28  knowledge or information sufficient to form a belief as to the truth of these allegations and,

therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 222 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

223.    Paragraph 223 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 223 and, therefore, denies the allegations.

224.    Paragraph 224 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 224 and, therefore, denies the allegations.

225.    Paragraph 225 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 225 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 225 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## IX.    *AMERICAN PIPE*, GOVERNMENT ACTION AND CROSS-JURISDICTIONAL TOLLING

226.    Paragraph 226 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 226 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 226 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

227.    Paragraph 227 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 227 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

228.    Paragraph 228 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 228 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 228 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## X.    CLAIM FOR VIOLATIONS

### First Claim for Relief

### (Violation of Section 1 of the Sherman Act)

229.    TAIS hereby incorporates by reference its responses to Paragraphs 1-228 of the FAC, as set forth above.

230.    Paragraph 230 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 230 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 230 may be deemed to require a response from TAIS, TAIS lacks knowledge or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

231.   Paragraph 231 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 231 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 231 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

232.   Paragraph 232 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 232 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 232 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

233.   Paragraph 233 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 233 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 233 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

234.   Paragraph 234 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

contained in Paragraph 234 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 234 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

235.  Paragraph 235 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 235 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 235 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## Second Claim for Relief

### (Violation of Massachusetts General Laws Chapter 93A, §§ 2, *et seq.*)

236.  TAIS hereby incorporates by reference its responses to Paragraphs 1-235 of the FAC, as set forth above.

237.  Paragraph 237 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 237 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 237 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8

238.    Paragraph 238 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 238 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 238 is directed to TAIS, TAIS denies these allegations.  TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

9
10
11
12
13
14
15
16
17

239.    Paragraph 239 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 239 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 239 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

18
19
20
21
22
23
24
25
26

240.    Paragraph 240 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 240 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 240 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

27
28

241.    Paragraph 241 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  contained in Paragraph 241 relate to other Defendants or third parties, TAIS lacks
2  knowledge or information sufficient to form a belief as to the truth of these allegations and,
3  therefore, denies these allegations.   To the extent that the allegations contained in
4  Paragraph 241 may be deemed to require a response from TAIS, TAIS lacks knowledge or
5  information sufficient to form a belief as to the truth of these allegations and, therefore,
6  denies these allegations.   TAIS further states that the Court dismissed with prejudice
7  Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

8      242.   Paragraph 242 consists of argument, Plaintiff's characterization of its claims,
9  or legal conclusions, to which no response is required.   To the extent that the allegations
10 contained in Paragraph 242 relate to other Defendants or third parties, TAIS lacks
11 knowledge or information sufficient to form a belief as to the truth of these allegations and,
12 therefore, denies these allegations.   To the extent that the allegations contained in
13 Paragraph 242 may be deemed to require a response from TAIS, TAIS lacks knowledge or
14 information sufficient to form a belief as to the truth of these allegations and, therefore,
15 denies these allegations.   TAIS further states that the Court dismissed with prejudice
16 Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

17     243.   Paragraph 243 consists of argument, Plaintiff's characterization of its claims,
18 or legal conclusions, to which no response is required.   To the extent that the allegations
19 contained in Paragraph 243 relate to other Defendants or third parties, TAIS lacks
20 knowledge or information sufficient to form a belief as to the truth of these allegations and,
21 therefore, denies these allegations.   To the extent that the allegations contained in
22 Paragraph 243 may be deemed to require a response from TAIS, TAIS lacks knowledge or
23 information sufficient to form a belief as to the truth of these allegations and, therefore,
24 denies these allegations.   TAIS further states that the Court dismissed with prejudice
25 Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

26     244.   Paragraph 244 consists of argument, Plaintiff's characterization of its claims,
27 or legal conclusions, to which no response is required.   To the extent that the allegations
28 contained in Paragraph 244 relate to other Defendants or third parties, TAIS lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 244 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

245.   Paragraph 245 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 245 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 245 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

246.   Paragraph 246 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 246 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 246 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

247.   Paragraph 247 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 247 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    therefore, denies these allegations.   To the extent that the allegations contained in
2    Paragraph 247 may be deemed to require a response from TAIS, TAIS lacks knowledge or
3    information sufficient to form a belief as to the truth of these allegations and, therefore,
4    denies these allegations.   TAIS further states that the Court dismissed with prejudice
5    Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

6         248.    Paragraph 248 consists of argument, Plaintiff's characterization of its claims,
7    or legal conclusions, to which no response is required.   To the extent that the allegations
8    contained in Paragraph 248 relate to other Defendants or third parties, TAIS lacks
9    knowledge or information sufficient to form a belief as to the truth of these allegations and,
10   therefore, denies these allegations.   To the extent that the allegations contained in
11   Paragraph 248 may be deemed to require a response from TAIS, TAIS lacks knowledge or
12   information sufficient to form a belief as to the truth of these allegations and, therefore,
13   denies these allegations.   TAIS further states that the Court dismissed with prejudice
14   Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

15        249.    Paragraph 249 consists of argument, Plaintiff's characterization of its claims,
16   or legal conclusions, to which no response is required.   To the extent that the allegations
17   contained in Paragraph 249 relate to other Defendants or third parties, TAIS lacks
18   knowledge or information sufficient to form a belief as to the truth of these allegations and,
19   therefore, denies these allegations.   To the extent that the allegations contained in
20   Paragraph 249 may be deemed to require a response from TAIS, TAIS lacks knowledge or
21   information sufficient to form a belief as to the truth of these allegations and, therefore,
22   denies these allegations.   TAIS further states that the Court dismissed with prejudice
23   Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

24        250.    Paragraph 250 consists of argument, Plaintiff's characterization of its claims,
25   or legal conclusions, to which no response is required.   To the extent that the allegations
26   contained in Paragraph 250 relate to other Defendants or third parties, TAIS lacks
27   knowledge or information sufficient to form a belief as to the truth of these allegations and,
28   therefore, denies these allegations.   To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Paragraph 250 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

251.    Paragraph 251 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 251 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 251 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

252.    Paragraph 252 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 252 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 252 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

253.    Paragraph 253 consists of argument, Plaintiff's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 253 relate to other Defendants or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 253 may be deemed to require a response from TAIS, TAIS lacks knowledge or

information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. TAIS further states that the Court dismissed with prejudice Plaintiff's Massachusetts claim against TAIS on March 13, 2014.

## XI. PRAYER FOR RELIEF

In answer to the Prayer for Relief, TAIS denies each and every allegation in the Prayer and further specifically denies that Plaintiff is entitled to any of the relief requested or any remedy whatsoever against TAIS.

All allegations of the FAC not heretofore admitted or denied are here and now denied as though specifically denied herein.

### DEFENSES/AFFIRMATIVE DEFENSES

Without assuming any burden it would not otherwise bear, and reserving its right to amend its Answer to assert additional defenses as they may become known during discovery, TAIS asserts the following separate and additional defenses:

### FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

### SECOND DEFENSE

Plaintiff has failed to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

### THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to bring or maintain the claims set forth in the FAC.

### FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent it did not purchase CRTs directly from Defendants, because it is an indirect purchaser and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**FIFTH DEFENSE**

2      Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no

3  antitrust injury.

4

**SIXTH DEFENSE**

5      Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitations,

6  including but not limited to:  15 U.S.C. § 15b.

7

**SEVENTH DEFENSE**

8      Plaintiff's claims are barred, in whole or in part, because Plaintiff has not been

9  injured in its business or property by reason of any action of TAIS.

10

**EIGHTH DEFENSE**

11      Plaintiff's claims are barred, in whole or in part, because any alleged injuries and

12  damages were not legally or proximately caused by any acts or omissions of TAIS or were

13  caused, if at all, solely and proximately by the conduct of third parties including, without

14  limitation, the prior, intervening or superseding conduct of such third parties.

15

**NINTH DEFENSE**

16      To the extent that any actionable conduct occurred, Plaintiff's claims against TAIS

17  are barred because all such conduct would have been committed by individuals acting *ultra*

18  *vires*.

19

**TENTH DEFENSE**

20      Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no

21  damages as a result of any actions taken by TAIS and/or the other Defendants.

22

**ELEVENTH DEFENSE**

23      Plaintiff's claims are barred, in whole or in part, because the alleged damages, if any,

24  are speculative and because of the impossibility of the ascertainment and allocation of such

25  alleged damages.

26

**TWELFTH DEFENSE**

27      Plaintiff's claims are barred, in whole or in part, because any actions or practices of

28  TAIS that are the subject of the FAC were undertaken unilaterally for legitimate business

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  reasons and in pursuit of TAIS's independent interests and those of its customers, and were

2  not the product of any contract, combination or conspiracy between TAIS and any other

3  person or entity.

4                          **THIRTEENTH DEFENSE**

5        Plaintiff's claims are barred, in whole or in part, because any acts or practices of

6  TAIS that are the subject of the FAC were adopted in furtherance of legitimate business

7  interests of TAIS and of its customers and did not unreasonably restrain competition.

8                          **FOURTEENTH DEFENSE**

9        Plaintiff's claims are barred, in whole or in part, because any acts or practices of

10 TAIS that are the subject of the FAC were cost justified or otherwise economically justified

11 and resulted from a good-faith effort to meet competition or market conditions.

12                          **FIFTEENTH DEFENSE**

13       To the extent there is a finding of an illegal overcharge, Plaintiff's claims are barred,

14 in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by

15 others, and was not passed through to the indirect purchasers.

16                          **SIXTEENTH DEFENSE**

17       Plaintiff's claims are barred, in whole or in part, because, as an indirect purchaser, it

18 fails to meet its burden of proving that it was damaged in fact by the conduct of which

19 complaint is here made, including the burden of proving that any so-called overcharge of

20 which complaint is made and which was not absorbed by predecessors to Plaintiff in the

21 chain of distribution was not passed on to a third party.

22                          **SEVENTEENTH DEFENSE**

23       Plaintiff's claims are barred, in whole or in part, to the extent it seeks improper

24 multiple damage awards and damage awards duplicative of those sought in other actions, in

25 violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the

26 United States Constitution.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EIGHTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

**NINETEENTH DEFENSE**

Plaintiff's claims for injunctive relief should be dismissed because Plaintiff has available an adequate remedy at law.

**TWENTIETH DEFENSE**

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TAIS contends that it is entitled to set off any amounts paid to Plaintiff by any Defendants other than TAIS who have settled, or do settle, Plaintiff's claims against them in this action.

**TWENTY-FIRST DEFENSE**

Plaintiff's claims for injunctive relief are barred, in whole or in part, insofar as Plaintiff seeks to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

**TWENTY-SECOND DEFENSE**

TAIS adopts by reference any applicable defense pleaded by any other Defendant not otherwise expressly set forth herein.

**TWENTY-THIRD DEFENSE**

TAIS reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

**TAIS'S PRAYER FOR RELIEF**

WHEREFORE, TAIS prays for judgment as follows:

1.  That Plaintiff takes nothing by reason of the FAC, and that the action be dismissed with prejudice;

2.  That the Court enter judgment in favor of TAIS and against Plaintiff with respect to all causes of action in the FAC;

3. That the Court award TAIS its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4. That the Court order such other further relief for TAIS as the Court may deem just and proper.

Dated: March 27, 2014                    Respectfully submitted,

**WHITE & CASE** LLP

By:   _/s/ Lucius B. Lau_
      Christopher M. Curran (*pro hac vice*)
      ccurran@whitecase.com
      Lucius B. Lau (*pro hac vice*)
      alau@whitecase.com
      Dana E. Foster (*pro hac vice*)
      defoster@whitecase.com
      701 Thirteenth Street, N.W.
      Washington, DC  20005
      tel.: (202) 626-3600
      fax: (202) 639-9355

      *Counsel to Defendant*
      *Toshiba America Information Systems, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## <u>CERTIFICATE OF SERVICE</u>

On March 27, 2014, I caused a copy of the "TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO SCHULTZE AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT" to be served via ECF on the other parties in this action.


By:   _/s/ Lucius B. Lau_
        Lucius B. Lau (*pro hac vice*)

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER
TO SCHULTZE AGENCY SERVICES, LLC'S FIRST AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917