Squire Sanders (US) LLP
Nathan Lane III (SBN 50961)
nathan.lane@squiresanders.com
Mark C. Dosker (SBN 114789)
mark.dosker@squiresanders.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:     +1 415 954 0200
Facsimile:      +1 415 393 9887

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS, LLC

Taylor & Company Law Offices, LLP
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:     +1 415 788 8200
Facsimile:      +1 415 788 8808

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
2001 K Street, NW
Washington, DC  20006
Telephone:     +1 202 223-7300
Facsimile:      +1 202 223 7436

Attorneys for Plaintiffs SHARP ELECTRONICS CORP. and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173 | **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS, LLC TO RESPOND TO COMPLAINT** |

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS, LLC TO RESPOND TO COMPLAINT – Case No. 13-cv-01173; Master File No. 3:07-5944-SC; MDL No. 1917

Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") enter into this Stipulation with Technologies Displays Americas LLC ("TDA") concerning the matter entitled *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-05944, by an Order of Judge Samuel Conti on March 26, 2013. *See* Case No. 13-cv-1173, Dkt. No. 15.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of California alleging antitrust violations by manufacturers, distributors and sellers of CRTs, captioned *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;

WHEREAS, on October 28, 2013, Sharp filed its First Amended Complaint ("FAC");

WHEREAS, on November 22, 2013, TDA moved to dismiss the FAC;

WHEREAS, on March 13, 2014, the Court granted in part and denied in part TDA's motion (MDL Dkt. 2438);

WHEREAS, TDA's time to answer the FAC would otherwise expire on March 27, 2014;

WHEREAS, counsel for Sharp and TDA have agreed that TDA will answer, on or before April 25, 2014, those claims for relief in the FAC that have not been dismissed;

NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(a), SHARP AND TDA, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The deadline for TDA to answer the FAC, to the extent not dismissed, shall be extended until April 25, 2014.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

- 1 -

**SQUIRE SANDERS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS, LLC TO RESPOND TO COMPLAINT – Case No. 13-cv-01173; Master File No. 3:07-5944-SC; MDL No. 1917

| | | |
|---|---|---|
| 1 | Dated: March 27, 2014 | By: */s/ Nathan Lane III* |
| 2 | | Nathan Lane III |
| | | Squire Sanders (US) LLP |
| 3 | | 275 Battery Street, Suite 2600 |
| | | San Francisco, California  94111 |
| 4 | | Telephone:     +1 415 954 0200 |
| | | Facsimile:      +1 415 393 9887 |

Attorneys for Defendant TECHNOLOGIES DISPLAYS AMERICAS, LLC

Dated: March 27, 2014   By: */s/ Craig A. Benson*

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:     +1 415 788 8200
Facsimile:      +1 415 788 8808

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton &
   Garrison LLP
2001 K Street, NW
Washington, DC  20006
Telephone:     +1 202 223-7300
Facsimile:      +1 202 2237420

Attorneys for Plaintiffs SHARP ELECTRONICS CORP. and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: March 27, 2014                              */s/ Nathan Lane III*

SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111

- 2 -
STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS, LLC TO RESPOND TO COMPLAINT – Case No. 13-cv-01173; Master File No. 3:07-5944-SC; MDL No. 1917