1   Terry Calvani (53260)
    terry.calvani@freshfields.com
2   Richard Snyder (*pro hac vice*)
    rich.snyder@freshfields.com
3   **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
    701 Pennsylvania Avenue, NW
4   Suite 600
    Washington, DC  20004
5   Tel:  (202) 777-4500
    Fax:  (202) 777-4555
6
    *Attorney for Defendant Beijing Matsushita*
7   *Color CRT Co., Ltd.*

8

                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                        **SAN FRANCISCO DIVISION**
11
    IN RE: CATHODE RAY TUBE (CRT)      )    Case No.: 3:07-cv-5944 SC
12  ANTITRUST LITIGATION               )    MDL NO. 1917
                                       )
13  _____)    **DEFENDANT BEIJING MATSUSHITA**
                                       )    **COLOR CRT CO., LTD.'S ANSWER**
14  This document relates to:          )    **TO TECH DATA CORPORATION AND**
                                       )    **TECH DATA PRODUCT**
15  *Tech Data Corporation, et al.*    )    **MANAGEMENT INC'S FIRST**
            *v.*                       )    **AMENDED COMPLAINT**
16  *Hitachi, Ltd., et al.*            )
                                       )    Before the Honorable Samuel Conti
17  **Civil Action No. 13-cv-00157**   )
    _____)
18

19          Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") states as follows for its

20  Answer in response to Plaintiff Tech Data Corporation and Tech Data Product Management

21  Inc's ("Plaintiffs") First Amended Complaint, dated September 9, 2013 (the "Complaint").  To

22  the extent the Complaint includes allegations against "Defendants" in general, BMCC's

23  responses to the allegations relate to BMCC only and to no other Defendant.  To the extent that

24  the allegations of the Complaint relate to Defendants other than BMCC, BMCC lacks knowledge

25  or information sufficient to form a belief as to their truth, and therefore denies them.  As used in

26  this Answer, and in the interest of brevity, the phrase "is without sufficient information or belief"

27  to admit the allegations means that BMCC is without knowledge or information sufficient to

28

1  form a belief as to the truth of an allegation of the Complaint, and denies the allegation on that

2  basis.  BMCC denies all allegations in the Complaint not specifically admitted in this Answer.

3  BMCC denies each and every allegation in the Complaint's section headings and in all portions

4  of the Complaint not contained in numbered paragraphs.

5  **INTRODUCTION**

6      1.       BMCC denies the allegations in paragraph 1 of the Complaint.

7      2.       Paragraph 2 of the Complaint contains Plaintiffs' definitions of their own terms

8  and characterization of their purported claims, to which no response is required.  BMCC

9  specifically objects to Plaintiffs' definition of "CRT Products," (including "CPT Products" and

10  "CDT Products") because this definition includes products at different levels of the production

11  chain and creates confusion, as certain defendants (including BMCC) do not manufacture or sell

12  Finished Products (such as televisions or computer monitors), while other defendants do not

13  manufacture and sell cathode ray tubes, and still other defendants do not manufacture either

14  cathode ray tubes or Finished Products.  To the extent that any part of paragraph 2 is deemed to

15  require a response, BMCC is without sufficient information or belief to admit the allegations and

16  therefore denies them.

17      3.       BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 3 of the Complaint and therefore denies them.

19      4.       BMCC denies the allegations in paragraph 4 of the Complaint.

20      5.       BMCC denies the allegations in paragraph 5 of the Complaint.

21      6.       BMCC denies the allegations in paragraph 6 of the Complaint.

22      7.       BMCC denies the allegations in paragraph 7 of the Complaint.

23      8.       BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 8 of the Complaint and therefore denies them.

25      9.       BMCC denies the allegations in paragraph 9 of the Complaint.

26      10.     BMCC admits that the European Commission found infringements covering the

27  entire European Economic Area and assessed fines against certain defendants, but not BMCC.

28

**JURISDICTION AND VENUE**

11.     Paragraph 11 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 11 of the Complaint.

12.     Paragraph 12 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 12 of the Complaint.

13.     Paragraph 13 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies that this Court has jurisdiction over the unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about BMCC or BMCC's activities in the United States, therefore BMCC denies the allegations contained in paragraph 13 of the Complaint.

14.     Paragraph 14 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 14 of the Complaint.

15.     Paragraph 15 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies that this Court has jurisdiction over the unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about BMCC or BMCC's activities in the United States; therefore, BMCC denies the allegations contained in paragraph 15 of the Complaint.

16.     Paragraph 16 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 16 of the Complaint.

**PARTIES**

**A - Plaintiffs**

17.     BMCC is without sufficient information or belief to admit the allegations in paragraph 17 of the Complaint describing Plaintiff and therefore denies them.

18.     BMCC is without sufficient information or belief to admit the allegations in paragraph 18 of the Complaint describing Plaintiff and therefore denies them.

19.     BMCC is without sufficient information or belief to admit the allegations in paragraph 19 of the Complaint and therefore denies them.  BMCC denies that the Plaintiffs identified suffered injuries as a result of any action or violation of law by BMCC.

20.     BMCC is without sufficient information or belief to admit the allegations in paragraph 20 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 20 suffered injuries as a result of any action or violation of law by BMCC.

21.     BMCC is without sufficient information or belief to admit the allegations in paragraph 21 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 21 suffered injuries as a result of any action or violation of law by BMCC.

### B – Defendants

### Hitachi Entities

22.     BMCC is without sufficient information or belief to admit the allegations in paragraph 22 of the Complaint and therefore denies them.

23.     BMCC is without sufficient information or belief to admit the allegations in paragraph 23 of the Complaint and therefore denies them.

24.     BMCC is without sufficient information or belief to admit the allegations in paragraph 24 of the Complaint and therefore denies them.

25.     BMCC is without sufficient information or belief to admit the allegations in paragraph 25 of the Complaint and therefore denies them.

26.     BMCC is without sufficient information or belief to admit the allegations in paragraph 26 of the Complaint and therefore denies them.

27.     BMCC is without sufficient information or belief to admit the allegations in paragraph 27 of the Complaint and therefore denies them.

28.     Paragraph 28 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 28 of the Complaint and therefore denies them.

### IRICO Entities

29.     BMCC is without sufficient information or belief to admit the allegations in paragraph 29 of the Complaint and therefore denies them.

30.     BMCC is without sufficient information or belief to admit the allegations in paragraph 30 of the Complaint and therefore denies them.

31.     BMCC is without sufficient information or belief to admit the allegations in paragraph 31 of the Complaint and therefore denies them.

32.     Paragraph 32 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 32 of the Complaint and therefore denies them.

### LG Electronics

33.     BMCC is without sufficient information or belief to admit the allegations in paragraph 33 of the Complaint and therefore denies them.

34.     BMCC is without sufficient information or belief to admit the allegations in paragraph 34 of the Complaint and therefore denies them.

35.     BMCC is without sufficient information or belief to admit the allegations in paragraph 35 of the Complaint and therefore denies them

36.     Paragraph 36 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 36 of the Complaint and therefore denies them.

### LP Displays

37.     BMCC is without sufficient information or belief to admit the allegations in paragraph 37 of the Complaint and therefore denies them.

### Mitsubishi Entities

1      38.    BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 38 of the Complaint and therefore denies them

3      39.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 39 of the Complaint and therefore denies them

5      40.    BMCC is without sufficient information or belief to admit the allegations in

6  paragraph 40 of the Complaint and therefore denies them

7      41.    BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 41 of the Complaint and therefore denies them

9                               **Panasonic Entities**

10      42.    BMCC is without sufficient information or belief to admit the allegations in

11  paragraph 42 of the Complaint and therefore denies them.

12      43.    BMCC is without sufficient information or belief to admit the allegations in

13  paragraph 43 of the Complaint and therefore denies them.

14      44.    Paragraph 44 of the Complaint consists of a defined term to which no response is

15  required.  To the extent that a response is required, BMCC is without sufficient information or

16  belief to admit the allegations in paragraph 44 of the Complaint and therefore denies them.

17      45.    BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 45 of the Complaint and therefore denies them.

19      46.    BMCC admits that it is a Chinese joint venture company with its principal place

20  of business located at No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China.

21  BMCC admits that it is a joint venture company, and at one time 50% of BMCC was held by MT

22  Picture Display Co., Ltd., and the other 50% was held by Beijing Orient Electronics (Group) Co.,

23  Ltd., China National Electronics Import & Export Beijing Company, and Beijing Yayunchun

24  Branch of the Industrial and Commercial Bank of China, Ltd.  BMCC admits that it was

25  established in 1987.  BMCC denies the other allegations in paragraph 46 of the Complaint.

26                                **Philips Entities**

27

28

1    47.    BMCC is without sufficient information or belief to admit the allegations in

2 paragraph 47 of the Complaint and therefore denies them.

3    48.    BMCC is without sufficient information or belief to admit the allegations in

4 paragraph 48 of the Complaint and therefore denies them.

5    49.    BMCC is without sufficient information or belief to admit the allegations in

6 paragraph 49 of the Complaint and therefore denies them.

7    50.    BMCC is without sufficient information or belief to admit the allegations in

8 paragraph 50 of the Complaint and therefore denies them.

9    51.    Paragraph 51 of the Complaint consists of a defined term to which no response is

10 required.  To the extent that a response is required, BMCC is without sufficient information or

11 belief to admit the allegations in paragraph 51 of the Complaint and therefore denies them.

12                                    **Samsung**

13    52.    BMCC is without sufficient information or belief to admit the allegations in

14 paragraph 52 of the Complaint and therefore denies them.

15    53.    BMCC is without sufficient information or belief to admit the allegations in

16 paragraph 53 of the Complaint and therefore denies them.

17    54.    BMCC is without sufficient information or belief to admit the allegations in

18 paragraph 54 of the Complaint and therefore denies them.

19    55.    BMCC is without sufficient information or belief to admit the allegations in

20 paragraph 55 of the Complaint and therefore denies them.

21    56.    BMCC is without sufficient information or belief to admit the allegations in

22 paragraph 56 of the Complaint and therefore denies them.

23    57.    BMCC is without sufficient information or belief to admit the allegations in

24 paragraph 57 of the Complaint and therefore denies them.

25    58.    BMCC is without sufficient information or belief to admit the allegations in

26 paragraph 58 of the Complaint and therefore denies them.

27

28

1    59.    Paragraph 59 of the Complaint consists of a defined term to which no response is

2  required.  To the extent that a response is required, BMCC is without sufficient information or

3  belief to admit the allegations in paragraph 59 of the Complaint and therefore denies them.

4                                                      **Samtel**

5    60.    BMCC is without sufficient information or belief to admit the allegations in

6  paragraph 60 of the Complaint and therefore denies them.

7                                                      **Thai CRT**

8    61.    BMCC is without sufficient information or belief to admit the allegations in

9  paragraph 61 of the Complaint and therefore denies them.

10                                                    **Thomson Entities**

11    62.    BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 62 of the Complaint and therefore denies them

13    63.    BMCC is without sufficient information or belief to admit the allegations in

14  paragraph 63 of the Complaint and therefore denies them

15    64.    BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 64 of the Complaint and therefore denies them

17                                                    **Toshiba Entities**

18    65.    BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 65 of the Complaint and therefore denies them.

20    66.    BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 66 of the Complaint and therefore denies them.

22    67.    BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 67 of the Complaint and therefore denies them.

24    68.    BMCC is without sufficient information or belief to admit the allegations in

25  paragraph 68 of the Complaint and therefore denies them.

26    69.    BMCC is without sufficient information or belief to admit the allegations in

27  paragraph 69 of the Complaint and therefore denies them.

28

70.     Paragraph 70 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 70 of the Complaint and therefore denies them.

**Chunghwa Entities**

71.     BMCC is without sufficient information or belief to admit the allegations in paragraph 71 of the Complaint and therefore denies them.

72.     BMCC is without sufficient information or belief to admit the allegations in paragraph 72 of the Complaint and therefore denies them.

## AGENTS AND CO-CONSPIRATORS

73.     BMCC is without sufficient information or belief to admit the allegations in paragraph 73 of the Complaint and therefore denies them.

74.     BMCC is without sufficient information or belief to admit the allegations in paragraph 74 of the Complaint and therefore denies them.

75.     BMCC is without sufficient information or belief to admit the allegations in paragraph 75 of the Complaint and therefore denies them.

76.     BMCC is without sufficient information or belief to admit the allegations in paragraph 76 of the Complaint and therefore denies them.

77.     Paragraph 77 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 77 of the Complaint and therefore denies them.

78.     BMCC is without sufficient information or belief to admit the allegations in paragraph 78 of the Complaint and therefore denies them.

79.     BMCC is without sufficient information or belief to admit the allegations in paragraph 79 of the Complaint and therefore denies them.

80.     BMCC is without sufficient information or belief to admit the allegations in paragraph 80 of the Complaint and therefore denies them.

1        81.     BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 81 of the Complaint and therefore denies them.

3        82.     BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 82 of the Complaint and therefore denies them.

5        83.     BMCC is without sufficient information or belief to admit the allegations in

6  paragraph 83 of the Complaint and therefore denies them.

7                              **TRADE AND COMMERCE**

8        84.     BMCC denies the allegations in paragraph 84 of the Complaint.

9        85.     BMCC denies the allegations in paragraph 85 of the Complaint.

10       86.     Paragraph 86 consists of conclusions of law to which no response is required.  To

11  the extent that a response is required, BMCC denies the allegations in paragraph 86 of the

12  Complaint.

13                              **FACTUAL ALLEGATIONS**

14       87.     BMCC admits that paragraph 87 of the Complaint purports to contain descriptions

15  of CRT technology.  BMCC denies that paragraph 87 describes CRT technology completely and

16  accurately.  BMCC denies the remaining allegations contained in paragraph 87.

17       88.     BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 88 of the Complaint and therefore denies them.

19       89.     BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 89 of the Complaint and therefore denies them.

21       90.     BMCC is without sufficient information or belief to admit the allegations in

22  paragraph 90 of the Complaint and therefore denies them.

23       91.     BMCC admits that paragraph 91 of the Complaint purports to contain descriptions

24  of CRT technology.  BMCC denies that paragraph 91 describes CRT technology completely and

25  accurately.  BMCC denies the remaining allegations contained in paragraph 91.

26       92.     BMCC is without sufficient information or belief to admit the allegations in

27  paragraph 92 of the Complaint and therefore denies them.

28

1      93.     BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 93 of the Complaint and therefore denies them.

3      94.     BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 94 of the Complaint and therefore denies them.  BMCC specifically denies that it

5  participated in any unlawful conspiracy and that Plaintiffs have been injured by an action or

6  violation of law by BMCC.

7      95.     BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 95 of the Complaint and therefore denies them.  BMCC specifically denies that it

9  participated in any unlawful conspiracy.

10      96.     BMCC is without sufficient information or belief to admit the allegations in

11 paragraph 96 of the Complaint and therefore denies them.  BMCC denies that Plaintiffs have

12 been injured by an action or violation of law by BMCC.

13      97.     BMCC denies the allegations in paragraph 97 of the Complaint.

14      98.     BMCC denies the allegations in paragraph 98 of the Complaint.

15      99.     BMCC denies the allegations in paragraph 99 of the Complaint.

16      100.    BMCC is without sufficient information or belief to admit the allegations in

17 paragraph 100 as to other defendants' participation in trade associations and therefore denies

18 them.  BMCC denies the other allegations in paragraph 100 of the Complaint.

19      101.    BMCC is without sufficient information or belief to admit the allegations in

20 paragraph 101 of the Complaint and therefore denies them.

21      102.    BMCC is without sufficient information or belief to admit the allegations in

22 paragraph 102 of the Complaint and therefore denies them.

23      103.    BMCC is without sufficient information or belief to admit the allegations in

24 paragraph 103 of the Complaint, including all subparagraphs thereto, and therefore denies them.

25      104.    BMCC is without sufficient information or belief to admit the allegations in

26 paragraph 104 of the Complaint and therefore denies them.

27

28

1    105.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 105 of the Complaint and therefore denies them.  BMCC specifically denies that it

3    participated in any unlawful conspiracy.

4    106.    BMCC is without sufficient information or belief to admit the allegations in

5    paragraph 106 of the Complaint and therefore denies them.

6    107.    BMCC is without sufficient information or belief to admit the allegations in

7    paragraph 107 of the Complaint and therefore denies them.

8    108.    BMCC is without sufficient information or belief to admit the allegations in

9    paragraph 108 of the Complaint and therefore denies them.

10   109.    The first sentence of paragraph 109 consists of conclusions of law to which no

11   response is required.  To the extent that a response is required, BMCC denies the allegations in

12   the first sentence of paragraph 109 of the Complaint.  BMCC is without sufficient information or

13   belief to admit the remaining allegations in paragraph 109 of the Complaint and therefore denies

14   them.

15   110.    BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 110 of the Complaint and therefore denies them.

17   111.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 111 of the Complaint and therefore denies them.

19   112.    BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 112 of the Complaint and therefore denies them.

21   113.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 113 of the Complaint and therefore denies them.

23   114.    BMCC denies the allegations in paragraph 114 of the Complaint.

24   115.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 115 of the Complaint and therefore denies them.

26   116.    BMCC denies the allegations in paragraph 116 of the Complaint.

27   117.    BMCC denies the allegations in paragraph 117 of the Complaint.

28

1        118.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 118 of the Complaint and therefore denies them.

3        119.    BMCC denies the allegations in paragraph 119 of the Complaint.

4        120.    BMCC denies the allegations in paragraph 120 of the Complaint.

5        121.    BMCC denies the allegations in paragraph 121 of the Complaint.

6        122.    BMCC denies the allegations in paragraph 122 of the Complaint.

7        123.    BMCC denies the allegations in paragraph 123 of the Complaint.

8        124.    BMCC denies the allegations in paragraph 124 of the Complaint.

9        125.    BMCC denies the allegations in paragraph 125 of the Complaint.

10       126.    BMCC denies the allegations in paragraph 126 of the Complaint.

11       127.    BMCC denies the allegations in paragraph 127 of the Complaint.

12       128.    BMCC denies the allegations in paragraph 128 of the Complaint.

13       129.    BMCC denies the allegations in paragraph 129 of the Complaint.

14       130.    BMCC denies the allegations in paragraph 130 of the Complaint.

15       131.    BMCC denies the allegations in paragraph 131 of the Complaint.

16       132.    BMCC denies the allegations in paragraph 132 of the Complaint.

17       133.    BMCC denies the allegations in paragraph 133 of the Complaint, including all

18    subparagraphs thereto.

19       134.    BMCC denies the allegations in paragraph 134 of the Complaint.

20       135.    BMCC denies the allegations in paragraph 135 of the Complaint.

21       136.    BMCC denies the allegations in paragraph 136 of the Complaint.

22       137.    BMCC denies the allegations in paragraph 137 of the Complaint.

23       138.    BMCC denies the allegations in paragraph 138 of the Complaint.

24       139.    BMCC denies the allegations in paragraph 139 of the Complaint.

25       140.    BMCC denies the allegations in paragraph 140 of the Complaint.

26       141.    BMCC denies the allegations in paragraph 141 of the Complaint.

27

28

1    142.    BMCC is without sufficient information or belief to admit the allegations in
2    paragraph 142 of the Complaint and therefore denies them.

3    143.    BMCC is without sufficient information or belief to admit the allegations in
4    paragraph 143 of the Complaint and therefore denies them.

5    144.    BMCC is without sufficient information or belief to admit the allegations in
6    paragraph 144 of the Complaint and therefore denies them.

7    145.    BMCC is without sufficient information or belief to admit the allegations in
8    paragraph 145 of the Complaint and therefore denies them.

9    146.    BMCC is without sufficient information or belief to admit the allegations in
10   paragraph 146 of the Complaint and therefore denies them.

11   147.    BMCC is without sufficient information or belief to admit the allegations in
12   paragraph 147 of the Complaint and therefore denies them.

13   148.    BMCC is without sufficient information or belief to admit the allegations in
14   paragraph 148 of the Complaint and therefore denies them.

15   149.    BMCC is without sufficient information or belief to admit the allegations in
16   paragraph 149 of the Complaint and therefore denies them.

17   150.    BMCC is without sufficient information or belief to admit the allegations in
18   paragraph 150 of the Complaint and therefore denies them.

19   151.    BMCC is without sufficient information or belief to admit the allegations in
20   paragraph 151 of the Complaint and therefore denies them.

21   152.    BMCC denies the allegations in paragraph 152 of the Complaint.

22   153.    BMCC is without sufficient information or belief to admit the allegations in
23   paragraph 153 of the Complaint and therefore denies them.

24   154.    BMCC is without sufficient information or belief to admit the allegations in
25   paragraph 154 of the Complaint and therefore denies them.

26   155.    BMCC is without sufficient information or belief to admit the allegations in
27   paragraph 155 of the Complaint and therefore denies them.

28

156.    BMCC is without sufficient information or belief to admit the allegations in paragraph 156 of the Complaint and therefore denies them.

157.    BMCC is without sufficient information or belief to admit the allegations in paragraph 157 of the Complaint and therefore denies them.

158.    BMCC is without sufficient information or belief to admit the allegations in paragraph 158 of the Complaint and therefore denies them.

159.    BMCC is without sufficient information or belief to admit the allegations in paragraph 159 of the Complaint and therefore denies them.

160.    BMCC is without sufficient information or belief to admit the allegations in paragraph 160 of the Complaint and therefore denies them.

161.    BMCC is without sufficient information or belief to admit the allegations in paragraph 161 of the Complaint and therefore denies them.

162.    BMCC is without sufficient information or belief to admit the allegations in paragraph 162 of the Complaint and therefore denies them.

163.    BMCC is without sufficient information or belief to admit the allegations in paragraph 163 of the Complaint and therefore denies them.

164.    Paragraph 164 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 164 of the Complaint.

165.    BMCC is without sufficient information or belief to admit the allegations in paragraph 165 of the Complaint and therefore denies them.

166.    BMCC is without sufficient information or belief to admit the allegations in paragraph 166 of the Complaint and therefore denies them.

167.    BMCC is without sufficient information or belief to admit the allegations in paragraph 167 of the Complaint and therefore denies them.

168.    BMCC is without sufficient information or belief to admit the allegations in paragraph 168 of the Complaint and therefore denies them.

1      169.    BMCC is without sufficient information or belief to admit the allegations in
2  paragraph 169 of the Complaint and therefore denies them.

3      170.    BMCC is without sufficient information or belief to admit the allegations in
4  paragraph 170 of the Complaint and therefore denies them.

5      171.    BMCC denies the allegations in paragraph 171 of the Complaint.

6      172.    BMCC denies the allegations in paragraph 172 of the Complaint.

7      173.    BMCC denies the allegations in the first sentence of paragraph 173 of the
8  Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations
9  in paragraph 173 of the Complaint and therefore denies them.

10     174.    BMCC is without sufficient information or belief to admit the allegations in
11 paragraph 174 of the Complaint and therefore denies them.

12     175.    BMCC is without sufficient information or belief to admit the allegations in
13 paragraph 175 of the Complaint and therefore denies them.

14     176.    BMCC denies the allegations in paragraph 176 of the Complaint.

15     177.    BMCC is without sufficient information or belief to admit the allegations in
16 paragraph 177 of the Complaint and therefore denies them.

17     178.    BMCC is without sufficient information or belief to admit the allegations in
18 paragraph 178 of the Complaint and therefore denies them.

19     179.    BMCC is without sufficient information or belief to admit the allegations in
20 paragraph 179 of the Complaint and therefore denies them.

21     180.    BMCC is without sufficient information or belief to admit the allegations in
22 paragraph 180 of the Complaint and therefore denies them.

23     181.    BMCC is without sufficient information or belief to admit the allegations in
24 paragraph 181 of the Complaint and therefore denies them.

25     182.    BMCC is without sufficient information or belief to admit the allegations in
26 paragraph 182 of the Complaint and therefore denies them.

27

28

183.     BMCC is without sufficient information or belief to admit the allegations in paragraph 183 of the Complaint and therefore denies them.

184.     BMCC is without sufficient information or belief to admit the allegations in paragraph 184 of the Complaint and therefore denies them.

185.     BMCC is without sufficient information or belief to admit the allegations in paragraph 185 of the Complaint and therefore denies them.

186.     BMCC is without sufficient information or belief to admit the allegations in paragraph 186 of the Complaint and therefore denies them.

187.     BMCC is without sufficient information or belief to admit the allegations in paragraph 187 of the Complaint and therefore denies them.

188.     BMCC denies the allegations in paragraph 188 of the Complaint.

189.     BMCC denies the allegations in the first sentence of paragraph 189 of the Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 189 of the Complaint and therefore denies them.

190.     BMCC is without sufficient information or belief to admit the allegations in paragraph 190 of the Complaint and therefore denies them.

191.     BMCC is without sufficient information or belief to admit the allegations in paragraph 191 of the Complaint and therefore denies them.

192.     BMCC is without sufficient information or belief to admit the allegations in paragraph 192 of the Complaint and therefore denies them.

193.     BMCC is without sufficient information or belief to admit the allegations in paragraph 193 of the Complaint and therefore denies them.

194.     BMCC is without sufficient information or belief to admit the allegations in paragraph 194 of the Complaint and therefore denies them.

195.     BMCC is without sufficient information or belief to admit the allegations in paragraph 195 of the Complaint and therefore denies them.

1    196.    BMCC denies the allegations in the first sentence of paragraph 196 of the

2    Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

3    in paragraph 196 of the Complaint and therefore denies them.

4    197.    BMCC is without sufficient information or belief to admit the allegations in

5    paragraph 197 of the Complaint and therefore denies them.

6    198.    BMCC is without sufficient information or belief to admit the allegations in

7    paragraph 198 of the Complaint and therefore denies them.

8    199.    BMCC denies the allegations in paragraph 199 of the Complaint.

9    200.    BMCC denies the allegations in paragraph 200 of the Complaint.

10    201.    BMCC admits that it is located in China.  BMCC denies the other allegations in

11    paragraph 201 of the Complaint.

12    202.    BMCC is without sufficient information or belief to admit the allegations in

13    paragraph 202 of the Complaint and therefore denies them.

14    203.    BMCC is without sufficient information or belief to admit the allegations in

15    paragraph 203 of the Complaint and therefore denies them.

16    204.    BMCC is without sufficient information or belief to admit the allegations in

17    paragraph 204 of the Complaint and therefore denies them.

18    205.    BMCC is without sufficient information or belief to admit the allegations in

19    paragraph 205 of the Complaint and therefore denies them.

20    206.    BMCC is without sufficient information or belief to admit the allegations in

21    paragraph 206 of the Complaint and therefore denies them.

22    207.    BMCC denies the allegations in paragraph 207 of the Complaint.

23    208.    BMCC is without sufficient information or belief to admit the allegations in

24    paragraph 208 of the Complaint and therefore denies them.

25    209.    BMCC is without sufficient information or belief to admit the allegations in

26    paragraph 209 of the Complaint and therefore denies them.

27

28

1  210.   BMCC is without sufficient information or belief to admit the allegations in the

2  first and second sentences of paragraph 210 and therefore denies them.  BMCC denies the

3  remaining allegations in paragraph 210 of the Complaint.

4  211.   BMCC is without sufficient information or belief to admit the allegations in

5  paragraph 211 of the Complaint and therefore denies them.

6  212.   BMCC denies the allegations in paragraph 212 of the Complaint.

7  213.   BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 213 of the Complaint and therefore denies them.

9  214.   BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 214 of the Complaint and therefore denies them.

11  215.   BMCC denies the allegations in paragraph 215 of the Complaint.

12  216.   Paragraph 216 consists of conclusions of law to which no response is required.

13  To the extent that a response is required, BMCC denies the allegations in paragraph 216 of the

14  Complaint, including all subparagraphs thereto.

15  **PLAINTIFFS' INJURIES**

16  217.   Paragraph 217 consists of conclusions of law to which no response is required.

17  To the extent that a response is required, BMCC denies the allegations in paragraph 217 of the

18  Complaint.

19  218.   Paragraph 218 consists of conclusions of law to which no response is required.

20  To the extent that a response is required, BMCC denies the allegations in paragraph 218 of the

21  Complaint.

22  219.   Paragraph 219 consists of conclusions of law to which no response is required.

23  To the extent that a response is required, BMCC denies the allegations in paragraph 219 of the

24  Complaint.

25  220.   BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 220 of the Complaint and therefore denies them.

27  221.   BMCC denies the allegations in paragraph 221 of the Complaint.

28

1      222.    BMCC denies the allegations in paragraph 222 of the Complaint.

2      223.    BMCC denies the allegations in paragraph 223 of the Complaint.

3      **FRAUDULENT CONCEALMENT**

4      224.    Paragraph 224 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 224 of the Complaint.

225.    Paragraph 225 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 225 of the Complaint.

226.    Paragraph 226 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 226 of the Complaint.

227.    Paragraph 227 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 227 of the Complaint.

228.    Paragraph 228 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 228 of the Complaint.

229.    BMCC denies the allegations in paragraph 229 of the Complaint.

230.    BMCC denies the allegations in paragraph 230 of the Complaint.

231.    BMCC denies the allegations in paragraph 231 of the Complaint.

232.    BMCC denies the allegations in paragraph 232 of the Complaint.

233.    BMCC is without sufficient information or belief to admit the allegations in paragraph 233 of the Complaint and therefore denies them.

234.    BMCC is without sufficient information or belief to admit the allegations in paragraph 234 of the Complaint and therefore denies them.

235.    BMCC denies the allegations in paragraph 235 of the Complaint.

1

**Tolling**

2     236.    BMCC denies the allegations in paragraph 236 of the Complaint.

3     237.    BMCC denies the allegations in paragraph 237 of the Complaint.

4     238.    BMCC denies the allegations in paragraph 238 of the Complaint.

5     239.    BMCC denies the allegations in paragraph 239 of the Complaint.

6     240.    Paragraph 240 contains legal conclusions to which no response is required. To the

7  extent a response is required, BMCC denies the allegation in Paragraph 240 of the Complaint.

8     241.    Paragraph 241 contains legal conclusions to which no response is required. To the

9  extent a response is required, BMCC denies the allegation in Paragraph 241 of the Complaint.

10     242.     Paragraph 242 contains legal conclusions to which no response is required. To

11  the extent a response is required, BMCC denies the allegation in Paragraph 242 of the

12  Complaint.

13     243.    Paragraph 243 contains legal conclusions to which no response is required. To the

14  extent a response is required, BMCC denies the allegation in Paragraph 243 of the Complaint.

15     244.    Paragraph 244 contains legal conclusions to which no response is required. To the

16  extent a response is required, BMCC denies the allegation in Paragraph 244 of the Complaint.

17                              **CLAIM FOR VIOLATIONS**

18     245.    In response to paragraph 245 of the Complaint, BMCC restates its responses to

19  paragraphs 1 through 244.

20     246.    BMCC denies the allegations in paragraph 246 of the Complaint.

21     247.    BMCC denies the allegations in paragraph 247 of the Complaint.

22     248.    BMCC denies the allegations in paragraph 248 of the Complaint.

23     249.    BMCC denies the allegations in paragraph 249 of the Complaint.

24     250.    BMCC denies the allegations in paragraph 250 of the Complaint, including all

25  subparagraphs thereto.

26     251.    BMCC denies the allegations in paragraph 251 of the Complaint.

27

28

1    252.    In response to paragraph 252 of the Complaint, BMCC restates its responses to

2    paragraphs 1 through 251.

3    253.    BMCC denies the allegations in paragraph 253 of the Complaint.

4    254.    Paragraph 254 contains legal conclusions to which no response is required. To the

5    extent a response is required, BMCC denies the allegation in Paragraph 254 of the Complaint.

6    255.    BMCC is without sufficient information or belief to admit the allegations in

7    paragraph 255 of the Complaint and therefore denies them.

8    256.    Paragraph 256 contains legal conclusions to which no response is required. To

9    the extent a response is required, BMCC denies the allegation in Paragraph 256 of the

10   Complaint.

11   257.    Paragraph 257 contains legal conclusions to which no response is required. To the

12   extent a response is required, BMCC denies the allegation in Paragraph 257 of the Complaint.

13   258.    Paragraph 258 contains legal conclusions to which no response is required. To the

14   extent a response is required, BMCC denies the allegation in Paragraph 258 of the Complaint.

15   259.    Paragraph 259 contains legal conclusions to which no response is required. To the

16   extent a response is required, BMCC denies the allegation in Paragraph 259 of the Complaint.

17   260.    In response to paragraph 260 of the Complaint, BMCC restates its responses to

18   paragraphs 1 through 259.

19   261.    BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 261 of the Complaint and therefore denies them.

21   262.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 262 of the Complaint and therefore denies them.

23   263.    BMCC denies the allegations in paragraph 263 of the Complaint.

24   264.    BMCC denies the allegations in paragraph 264 of the Complaint.

25   265.    BMCC denies the allegations in paragraph 265 of the Complaint, including all

26   subparagraphs thereto.

27

28

266.    BMCC denies the allegations in paragraph 266 of the Complaint, including all subparagraphs thereto.

267.    BMCC denies the allegations in paragraph 267 of the Complaint.

268.    BMCC denies the allegations in paragraph 268 of the Complaint.

269.    In response to paragraph 269 of the Complaint, BMCC restates its responses to paragraphs 1 through 268.

270.    Paragraph 270 contains legal conclusions to which no response is required. To the extent a response is required, BMCC denies the allegation in Paragraph 270 of the Complaint.

271.    Paragraph 271 contains legal conclusions to which no response is required. To the extent a response is required, BMCC denies the allegation in Paragraph 271 of the Complaint.

272.    Paragraph 272 contains legal conclusions to which no response is required. To the extent a response is required, BMCC denies the allegation in Paragraph 272 of the Complaint, including each subpart.

273.    Paragraph 273 contains legal conclusions to which no response is required. To the extent a response is required, BMCC denies the allegation in Paragraph 273 of the Complaint.

274.    Paragraph 274 contains legal conclusions to which no response is required. To the extent a response is required, BMCC denies the allegation in Paragraph 274 of the Complaint.

275.    Paragraph 275 contains legal conclusions to which no response is required. To the extent a response is required, BMCC denies the allegation in Paragraph 275 of the Complaint. [

276.    BMCC denies the allegations in paragraph 276 of the Complaint.

## **PRAYER FOR RELIEF**

Plaintiffs' Prayer for Relief does not contain allegations of fact or law that require a response from BMCC; however, to the extent that a response is required, BMCC denies the

1  allegations in the Prayer for Relief and all subparagraphs therein, and denies that the relief

2  sought by Plaintiffs is appropriate or available.

### JURY TRIAL DEMANDED

4  Plaintiffs' request for a jury trial does not contain allegations of fact or law that require a

5  response from BMCC.

### DEFENSES

7  Without assuming any burden of proof that it otherwise would not bear under applicable

8  law, BMCC asserts the following defenses to each and every cause of action alleged in the

9  Complaint:

### FIRST DEFENSE

11  Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

13  Plaintiffs' claims are barred, in whole or in part, by applicable statute(s) of limitations.

### THIRD DEFENSE

15  Plaintiffs' claims are barred, in whole or in part, by the doctrine(s) of unclean hands, *in*

16  *pari delicto* and equal responsibility.

### FOURTH DEFENSE

18  Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver and/or

19  estoppel.

### FIFTH DEFENSE

21  Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

### SIXTH DEFENSE

23  Plaintiffs' claims are barred, in whole or in part, because the remedies sought are

24  unconstitutional, contrary to public policy, or otherwise unauthorized.

### SEVENTH DEFENSE

26  Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to assert

27  them individually or as a class.

28

DEFENDANT BMCC'S ANSWER TO TECH DATA'S FIRST AMENDED COMPLAINT (Case No. 3:07-cv-5944; MDL No. 1917)                                                          -24-

1

## EIGHTH DEFENSE

2 Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege

3 fraud or fraudulent concealment with sufficient particularity.

4

## NINTH DEFENSE

5 Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege

6 conspiracy with sufficient particularity.

7

## TENTH DEFENSE

8 Plaintiffs' claims are barred, in whole or in part, because Plaintiffs did not detrimentally

9 rely upon any deceptive conduct as alleged in the Complaint.

10

## ELEVENTH DEFENSE

11 Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any

12 injury in fact or damages as a result of the allegations in the Complaint.

13

## TWELFTH DEFENSE

14 To the extent that Plaintiffs purport to have suffered injury or damages, the fact of which

15 BMCC specifically denies, BMCC avers that any such purported injury or damages was not by

16 reason of, or proximately caused by, any act, conduct or omission of BMCC.

17

## THIRTEENTH DEFENSE

18 Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered

19 actual, cognizable antitrust injury of the type the antitrust laws are intended to remedy.

20

## FOURTEENTH DEFENSE

21 Plaintiffs' claims are barred, in whole or in part, because the alleged damages are too

22 speculative and uncertain, and cannot be practicably ascertained or allocated.

23

## FIFTEENTH DEFENSE

24 Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC

25 that is the subject of the Complaint either occurred outside the jurisdiction of the Court or was

26 neither directed to nor affected persons, entities, trade or commerce in the United States, or both.

27

28

1

**SIXTEENTH DEFENSE**

2      Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust

3   Improvements Act, 15 U.S.C. § 6a.  The conduct alleged by Plaintiffs in the Complaint to form

4   the basis of certain of Plaintiffs' claims has not had a direct, substantial, and reasonably

5   foreseeable effect on trade or commerce with the United States.

6

**SEVENTEENTH DEFENSE**

7      Plaintiffs are precluded from recovering damages, in whole or in part, because of and to

8   the extent of their failure to mitigate damages, if any.

9

**EIGHTEENTH DEFENSE**

10      Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable parties.

11

**NINETEENTH DEFENSE**

12      Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom

13   BMCC had no control.  The acts of such third parties constitute intervening or superseding

14   causes of harm, if any, suffered by Plaintiffs.

15

**TWENTIETH DEFENSE**

16      Plaintiffs' claims are barred, in whole or in part, because any action or omission by or on

17   behalf of BMCC alleged in the Complaint was reasonable, justified, and was taken in pursuit of

18   its own independent, legitimate business and economic interests, without any purpose or intent to

19   injure competition.

20

**TWENTY-FIRST DEFENSE**

21      Plaintiffs' claims are barred, in whole or in part, because the conduct of BMCC that is the

22   subject of the Complaint did not unreasonably restrain competition or lessen competition in any

23   relevant market and Plaintiffs have failed to allege or properly define any relevant market for the

24   purpose of asserting a claim against BMCC.

25

**TWENTY-SECOND DEFENSE**

26      Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged

27   acts, conduct, or statements that are specifically permitted by law.

28

**TWENTY-THIRD DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent such claims are inconsistent with applicable federal laws.

**TWENTY-FOURTH DEFENSE**

Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

**TWENTY-FIFTH DEFENSE**

The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs and/or certain members of the putative classes would be unjustly enriched if they were allowed to recover any part of the damages alleged in the Complaint.

**TWENTY-SIXTH DEFENSE**

To the extent that any actionable conduct occurred, Plaintiffs' claims against BMCC are barred because all such conduct would have been committed by individuals acting *ultra vires*.

**TWENTY-SEVENTH DEFENSE**

Plaintiffs' claims against BMCC are barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution of their claims.

**TWENTY-EIGHTH DEFENSE**

The relief sought by Plaintiffs is barred, in whole or in part, because any and all injuries alleged in the Complaint, the fact and extent of which BMCC specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other than BMCC.

**TWENTY-NINTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs did not purchase CRT products directly from Defendants, because they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

**THIRTIETH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to BMCC.

**THIRTY-FIRST DEFENSE**

Plaintiffs' claims are barred because the Court lacks personal jurisdiction over BMCC.

**THIRTY-SECOND DEFENSE**

Without admitting that Plaintiffs are entitled to recover damages in this matter, BMCC is entitled to set off from any recovery Plaintiffs may obtain against BMCC by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

**THIRTY-THIRD DEFENSE**

Plaintiffs' claims are barred due to uncertainty and vagueness and because their claims are ambiguous and/or unintelligible.  BMCC avers that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit BMCC to ascertain what other defenses may exist.

**THIRTY-FOURTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC involved or was caused by, due to, compelled by, based upon, or in response to directives, laws, regulations, policies, and/or acts of foreign states, foreign governments, foreign governmental agencies and entities, and/or foreign regulatory agencies.

**THIRTY-FIFTH DEFENSE**

Plaintiffs' claims or causes of action should be dismissed to the extent that they are barred, in whole or in part, by the doctrine of *Noerr-Pennington*.

**THIRTY-SIXTH DEFENSE**

This Court should not adjudicate Plaintiffs' claims for prudential considerations including international comity.

**THIRTY-SEVENTH DEFENSE**

The relief sought by Plaintiffs is barred, in whole or in part, because any alleged conduct of BMCC occurred outside of the jurisdiction of the Court.

**THIRTY-EIGHTH DEFENSE**

Plaintiffs' claims are barred to the extent that they are based on conduct beyond the territorial reach of the laws or courts of the United States.

**THIRTY-NINTH DEFENSE**

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

**FORTIETH DEFENSE**

The injunctive relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have available an adequate remedy at law.

**FORTY-FIRST DEFENSE**

BMCC adopts and incorporates by reference any applicable defense asserted or to be asserted by any other Defendant in this proceeding not otherwise expressly set forth herein insofar as the defense(s) may be properly asserted by BMCC.

**FORTY-SECOND DEFENSE**

BMCC has not knowingly or intentionally waived any applicable defense(s) and hereby reserves the right to amend or supplement its Answer and to assert and rely on any other defenses as and if they become available.  BMCC further reserves the right to delete defenses that it determines are not applicable.

WHEREFORE, BMCC prays that:

1.     The Court dismiss with prejudice Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.'s First Amended Complaint;

2.     Plaintiffs recover no relief of any kind against defendant BMCC;

1   3.      The Court award defendant BMCC its attorneys' fees and all other costs reasonably

2   incurred in defense of this action; and

3   4.      The Court award to defendant BMCC such other relief as it may deem just and proper.

4   Dated:  March 27, 2014                        FRESHFIELDS BRUCKHAUS
                                                  DERINGER US LLP
5
                                                  By:      /s/ Richard Snyder
6
                                                  Terry Calvani (53260)
7                                                 terry.calvani@freshfields.com
                                                  Richard Snyder (*pro hac vice*)
8                                                 rich.snyder@freshfields.com
                                                  **FRESHFIELDS BRUCKHAUS DERINGER US**
9                                                 **LLP**
                                                  701 Pennsylvania Avenue, NW
10                                                Suite 600
                                                  Washington, DC  20004
11                                                Tel:  (202) 777-4500
                                                  Fax:  (202) 777-4555
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT BMCC'S ANSWER TO TECH DATA'S FIRST AMENDED COMPLAINT (Case No. 3:07-cv-5944; MDL No. 1917)                                                                        -30-

1

**CERTIFICATE OF SERVICE**

2        I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the

3   within action.  I am Counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701

4   Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

5        On March 27, 2014, I caused a copy of the Plaintiffs Tech Data Corporation and Tech

6   Data Product Management, Inc.**'**s First Amended Complaint to be filed electronically via the

7   Court's Electronic Case Filing System, which constitutes service in this action pursuant to the

8   Court's order of September 29, 2008.

9

10   Dated:  March 27, 2014                    FRESHFIELDS BRUCKHAUS
                                              DERINGER US LLP
11
                                              By:      /s/ Richard Snyder
12
                                              Terry Calvani (53260)
13                                            terry.calvani@freshfields.com
                                              Richard Snyder (*pro hac vice*)
14                                            rich.snyder@freshfields.com
                                              **FRESHFIELDS BRUCKHAUS DERINGER US**
15                                            **LLP**
                                              701 Pennsylvania Avenue, NW
16                                            Suite 600
                                              Washington, DC  20004
17                                            Tel:  (202) 777-4500
                                              Fax:  (202) 777-4555
18

19                                            ***Attorney for Defendant Beijing***
                                              ***Matsushita Color CRT Co., Ltd.***
20

21

22

23

24

25

26

27

28