1  Terry Calvani (53260)
   Richard Snyder (*pro hac vice*)
2  **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
   Email: terry.calvani@freshfields.com
3  Email: richard.snyder@freshfields.com
   701 Pennsylvania Avenue, NW
4  Suite 600
   Washington, DC  20004
5  Tel:  (202) 777-4500
   Fax:  (202) 777-4555
6
   *Attorneys for Defendant Beijing Matsushita*
7  *Color CRT Co., Ltd.*

8
                **UNITED STATES DISTRICT COURT**
9
               **NORTHERN DISTRICT OF CALIFORNIA**
10
11 | IN RE: CATHODE RAY TUBE (CRT) | ) | Case No.: 3:07-cv-5944-SC |
   | ANTITRUST LITIGATION | ) | MDL NO. 1917 |
   | | ) | |
12 | | ) | **DEFENDANT BEIJING MATSUSHITA** |
   | | ) | **COLOR CRT CO., LTD.'S ANSWER** |
13 | This document relates to: | ) | **TO BEST BUY CO., INC.'S, BEST BUY** |
   | | ) | **PURCHASING LCC'S; BEST BUY** |
14 | *Best Buy Co., Inc., et al.* | ) | **ENTERPRISE SERVICES, INC.'S, BEST** |
   | *v.* | ) | **BUY STORES, L.P.'S; BESTBUY.COM,** |
15 | *Hitachi, Ltd., et al.* | ) | **L.L.C.'S, AND MAGNOLIA HI-FI,** |
   | | ) | **INC.'S FIRST AMENDED COMPLAINT** |
16 | **Civil Action No. 11-cv-05513 SC** | ) | Before the Honorable Samuel Conti |
17

18         Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") states as follows for its

19 Answer in response to Plaintiff Best Buy Co., Inc's, Best Buy Purchasing LLC's, Best Buy

20 Enterprise Services, Inc.'s, Best Buy Stores, L.P.'s, Bestbuy.com L.L.C.'s, and Magnolia Hi-Fi,

21 Inc's (collectively, "Plaintiffs") First Amended Complaint, dated October 3, 2013 (the

22 "Complaint").  To the extent the Complaint includes allegations against "Defendants" in general,

23 BMCC's responses to the allegations relate to BMCC only and to no other Defendant.  To the

24 extent that the allegations of the Complaint relate to Defendants other than BMCC, BMCC lacks

25 knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

26 As used in this Answer, and in the interest of brevity, the phrase "is without sufficient

27 information or belief" to admit the allegations means that BMCC is without knowledge or

28 information sufficient to form a belief as to the truth of an allegation of the Complaint, and

1  denies the allegation on that basis.  BMCC denies all allegations in the Complaint not

2  specifically admitted in this Answer.  BMCC denies each and every allegation in the

3  Complaint's section headings and in all portions of the Complaint not contained in numbered

4  paragraphs.

## INTRODUCTION

6      1.       BMCC denies the allegations in paragraph 1 of the Complaint.

7      2.       Paragraph 2 of the Complaint contains Plaintiffs' definitions of their own terms

8  and characterization of their purported claims, to which no response is required.  BMCC

9  specifically objects to Plaintiffs' definition of "CRT Products," (including "CPT Products" and

10  "CDT Products") because this definition includes products at different levels of the production

11  chain and creates confusion, as certain Defendants (including BMCC) do not manufacture or sell

12  Finished Products (such as televisions or computer monitors), while other Defendants do not

13  manufacture or sell cathode ray tubes, and still other Defendants do not manufacture either

14  cathode ray tubes or Finished Products.  To the extent that any part of paragraph 2 is deemed to

15  require a response, BMCC is without sufficient information or belief to admit the allegations and

16  therefore denies them.

17      3.       BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 3 of the Complaint and therefore denies them.

19      4.       BMCC denies the allegations in paragraph 4 of the Complaint.

20      5.       BMCC denies the allegations in paragraph 5 of the Complaint.

21      6.       BMCC denies the allegations in paragraph 6 of the Complaint.

22      7.       BMCC denies the allegations in paragraph 7 of the Complaint.

23      8.       BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 8 of the Complaint and therefore denies them.

25      9.       BMCC denies the allegations in paragraph 9 of the Complaint.

## JURISDICTION AND VENUE

27      10.      Paragraph 10 consists of Plaintiffs' characterization of their purported claims, to

28  which no response is required.  To the extent that a response is required, BMCC denies the

1    allegations in paragraph 10 of the Complaint.

2        11.    Paragraph 11 consists of Plaintiffs' characterization of their purported claims, to

3    which no response is required.  To the extent that a response is required, BMCC denies the

4    allegations in paragraph 11 of the Complaint.

5        12.    Paragraph 12 consists of conclusions of law to which no response is required.  To

6    the extent that a response is required, BMCC denies that this Court has jurisdiction over the

7    unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about

8    BMCC or BMCC's activities in the United States, therefore BMCC denies the allegations

9    contained in paragraph 12 of the Complaint.

10       13.    Paragraph 13 consists of conclusions of law to which no response is required.  To

11   the extent that a response is required, BMCC denies the allegations in paragraph 14 of the

12   Complaint.

13       14.    Paragraph 14 consists of conclusions of law to which no response is required.  To

14   the extent that a response is required, BMCC denies that it is subject to personal jurisdiction in

15   this Court.  BMCC also denies that this Court has personal or subject matter jurisdiction over the

16   unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about

17   BMCC or BMCC's activities in the United States.  BMCC denies the remaining allegations

18   contained in paragraph 14 of the Complaint.

19       15.    Paragraph 15 consists of conclusions of law to which no response is required.  To

20   the extent that a response is required, BMCC denies the allegations in paragraph 15 of the

21   Complaint.

22                                        **PARTIES**

23       16.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 16 of the Complaint describing Plaintiff and therefore denies them.

25       17.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 17 of the Complaint describing Plaintiff and therefore denies them.

27       18.    BMCC is without sufficient information or belief to admit the allegations in

28   paragraph 18 of the Complaint describing Plaintiff and therefore denies them.

19.    BMCC is without sufficient information or belief to admit the allegations in paragraph 19 of the Complaint describing Plaintiff and therefore denies them.

20.    BMCC is without sufficient information or belief to admit the allegations in paragraph 20 of the Complaint and therefore denies them.

21.    BMCC is without sufficient information or belief to admit the allegations in paragraph 21 of the Complaint describing Plaintiff and therefore denies them.

22.    BMCC is without sufficient information or belief to admit the allegations in paragraph 22 of the Complaint describing Plaintiff and therefore denies them.

23.    BMCC is without sufficient information or belief to admit the allegations in paragraph 23 of the Complaint and therefore denies them.

24.    BMCC is without sufficient information or belief to admit the allegations in paragraph 24 of the Complaint and therefore denies them.

25.    BMCC is without sufficient information or belief to admit the allegations in paragraph 25 of the Complaint and therefore denies them.

26.    BMCC is without sufficient information or belief to admit the allegations in paragraph 26 of the Complaint and therefore denies them.

27.    BMCC is without sufficient information or belief to admit the allegations in paragraph 27 of the Complaint and therefore denies them.

28.    BMCC is without sufficient information or belief to admit the allegations in paragraph 28 of the Complaint and therefore denies them.

29.    BMCC is without sufficient information or belief to admit the allegations in paragraph 29 of the Complaint and therefore denies them.

30.    BMCC is without sufficient information or belief to admit the allegations in paragraph 30 of the Complaint and therefore denies them.

31.    Paragraph 31 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 31 of the Complaint and therefore denies them.

32.     BMCC is without sufficient information or belief to admit the allegations in paragraph 32 of the Complaint and therefore denies them.

33.     BMCC is without sufficient information or belief to admit the allegations in paragraph 33 of the Complaint and therefore denies them.

34.     BMCC is without sufficient information or belief to admit the allegations in paragraph 34 of the Complaint and therefore denies them.

35.     Paragraph 35 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 35 of the Complaint and therefore denies them.

36.     BMCC is without sufficient information or belief to admit the allegations in paragraph 36 of the Complaint and therefore denies them.

37.     BMCC is without sufficient information or belief to admit the allegations in paragraph 37 of the Complaint and therefore denies them.

38.     Paragraph 38 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 38 of the Complaint and therefore denies them.

39.     BMCC is without sufficient information or belief to admit the allegations in paragraph 39 of the Complaint and therefore denies them.

40.     BMCC is without sufficient information or belief to admit the allegations in paragraph 40 of the Complaint and therefore denies them.

41.     BMCC is without sufficient information or belief to admit the allegations in paragraph 41 of the Complaint and therefore denies them.

42.     Paragraph 42 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 42 of the Complaint and therefore denies them.

43.     BMCC is without sufficient information or belief to admit the allegations in paragraph 43 of the Complaint and therefore denies them.

44.     BMCC admits that it is a Chinese joint venture company with its principal place of business located at No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China. BMCC admits that it is a joint venture company, and at one time 50% of BMCC was held by MT Picture Display Co., Ltd., and the other 50% was held by Beijing Orient Electronics (Group) Co., Ltd., China National Electronics Import & Export Beijing Company, and Beijing Yayunchun Branch of the Industrial and Commercial Bank of China, Ltd.  BMCC admits that it was established in 1987.  BMCC denies the other allegations in paragraph 44 of the Complaint.

45.     BMCC is without sufficient information or belief to admit the allegations in paragraph 45 of the Complaint and therefore denies them.

46.     BMCC is without sufficient information or belief to admit the allegations in paragraph 46 of the Complaint and therefore denies them.

47.     BMCC is without sufficient information or belief to admit the allegations in paragraph 47 of the Complaint and therefore denies them.

48.     BMCC is without sufficient information or belief to admit the allegations in paragraph 48 of the Complaint and therefore denies them.

49.     Paragraph 49 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 49 of the Complaint and therefore denies them.

50.     BMCC is without sufficient information or belief to admit the allegations in paragraph 50 of the Complaint and therefore denies them.

51.     BMCC is without sufficient information or belief to admit the allegations in paragraph 51 of the Complaint and therefore denies them.

52.     BMCC is without sufficient information or belief to admit the allegations in paragraph 52 of the Complaint and therefore denies them.

53.     BMCC is without sufficient information or belief to admit the allegations in paragraph 53 of the Complaint and therefore denies them.

54.     BMCC is without sufficient information or belief to admit the allegations in paragraph 54 of the Complaint and therefore denies them.

1    55.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 55 of the Complaint and therefore denies them.

3    56.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 56 of the Complaint and therefore denies them.

5    57.    Paragraph 57 of the Complaint consists of a defined term to which no response is

6    required.  To the extent that a response is required, BMCC is without sufficient information or

7    belief to admit the allegations in paragraph 57 of the Complaint and therefore denies them.

8    58.    BMCC is without sufficient information or belief to admit the allegations in

9    paragraph 58 of the Complaint and therefore denies them.

10   59.    BMCC is without sufficient information or belief to admit the allegations in

11   paragraph 59 of the Complaint and therefore denies them.  The final sentence of paragraph 59 of

12   the Complaint consists of a defined term to which no response is required.  To the extent that a

13   response is required, BMCC is without sufficient information or belief to admit the allegations in

14   the final sentence of paragraph 59 of the Complaint and therefore denies them.

15                    **AGENTS AND CO-CONSPIRATORS**

16   60.    BMCC denies the allegations in paragraph 60 of the Complaint.

17   61.    BMCC denies the allegations in paragraph 61 of the Complaint.

18   62.    Paragraph 62 consists of conclusions of law to which no response is required.  To

19   the extent that a response is required, BMCC is without sufficient information or belief to admit

20   the allegations in paragraph 62 of the Complaint and therefore denies them.  BMCC specifically

21   denies that it participated in any conspiracy or acted as a co-conspirator.

22   63.    BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 63 of the Complaint and therefore denies them.

24   64.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 64 of the Complaint and therefore denies them.

26   65.    BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 65 of the Complaint and therefore denies them.

28

66.     BMCC is without sufficient information or belief to admit the allegations in paragraph 66 of the Complaint and therefore denies them.

67.     BMCC is without sufficient information or belief to admit the allegations in paragraph 67 of the Complaint and therefore denies them.

68.     BMCC is without sufficient information or belief to admit the allegations in paragraph 68 of the Complaint and therefore denies them.

69.     BMCC is without sufficient information or belief to admit the allegations in paragraph 69 of the Complaint and therefore denies them.

70.     BMCC is without sufficient information or belief to admit the allegations in paragraph 70 of the Complaint and therefore denies them.

71.     BMCC is without sufficient information or belief to admit the allegations in paragraph 71 of the Complaint and therefore denies them.

72.     Paragraph 72 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 72 of the Complaint and therefore denies them.

73.     BMCC is without sufficient information or belief to admit the allegations in paragraph 73 of the Complaint and therefore denies them.

74.     Paragraph 74 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 74 of the Complaint and therefore denies them.

75.     BMCC is without sufficient information or belief to admit the allegations in paragraph 75 of the Complaint and therefore denies them.

76.     BMCC is without sufficient information or belief to admit the allegations in paragraph 76 of the Complaint and therefore denies them.

77.     BMCC is without sufficient information or belief to admit the allegations in paragraph 77 of the Complaint and therefore denies them.

78.     BMCC denies the allegations in paragraph 78 of the Complaint.

1

**TRADE AND COMMERCE**

2          79.     BMCC denies the allegations in paragraph 79 of the Complaint.

3          80.     BMCC denies the allegations in paragraph 80 of the Complaint.

4          81.     Paragraph 81 consists of conclusions of law to which no response is required.  To

5    the extent that a response is required, BMCC denies the allegations in paragraph 81 of the

6    Complaint.

7

**FACTUAL ALLEGATIONS**

8          82.     BMCC admits that paragraph 82 of the Complaint purports to contain descriptions

9    of CRT technology.  BMCC denies that paragraph 82 describes CRT technology completely and

10   accurately.  BMCC denies the remaining allegations contained in paragraph 82.

11         83.     BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 83 of the Complaint and therefore denies them.

13         84.     BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 84 of the Complaint and therefore denies them.

15         85.     BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 85 of the Complaint and therefore denies them.

17         86.     BMCC admits that paragraph 86 of the Complaint purports to contain descriptions

18   of CRT technology.  BMCC denies that paragraph 86 describes CRT technology completely and

19   accurately.  BMCC denies the remaining allegations contained in paragraph 86.

20         87.     BMCC is without sufficient information or belief to admit the allegations in

21   paragraph 87 of the Complaint and therefore denies them.

22         88.     BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 88 of the Complaint and therefore denies them.

24         89.     BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 89 of the Complaint and therefore denies them.  BMCC specifically denies that it

26   participated in any unlawful conspiracy and that Plaintiffs have been injured by an action or

27   violation of law by BMCC.

28

1        90.     BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 90 of the Complaint and therefore denies them.  BMCC specifically denies that it

3  participated in any unlawful conspiracy.

4        91.     BMCC is without sufficient information or belief to admit the allegations in

5  paragraph 91 of the Complaint and therefore denies them.  BMCC denies that Plaintiffs have

6  been injured by an action or violation of law by BMCC.

7        92.     BMCC denies the allegations in paragraph 92 of the Complaint.

8        93.     BMCC denies the allegations in paragraph 93 of the Complaint.

9        94.     BMCC denies the allegations in paragraph 94 of the Complaint.

10        95.     BMCC is without sufficient information or belief to admit the allegations in

11  paragraph 95 as to other Defendants' participation in trade associations, and therefore denies

12  them.  BMCC denies the other allegations in paragraph 97 of the Complaint.

13        96.     BMCC is without sufficient information or belief to admit the allegations in

14  paragraph 96 of the Complaint and therefore denies them.

15        97.     BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 97 of the Complaint and therefore denies them.

17        98.     BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 98 of the Complaint, including all subparagraphs thereto, and therefore denies them.

19        99.     BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 99 of the Complaint and therefore denies them.

21        100.    BMCC is without sufficient information or belief to admit the allegations in

22  paragraph 100 of the Complaint and therefore denies them.  BMCC specifically denies that it

23  participated in any unlawful conspiracy.

24        101.    BMCC is without sufficient information or belief to admit the allegations in

25  paragraph 101 of the Complaint and therefore denies them.

26        102.    BMCC is without sufficient information or belief to admit the allegations in

27  paragraph 102 of the Complaint and therefore denies them.

28

1    103.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 103 of the Complaint and therefore denies them.

3    104.    The first sentence of paragraph 106 consists of conclusions of law to which no

4    response is required.  To the extent that a response is required, BMCC denies the allegations in

5    the first sentence of paragraph 104 of the Complaint.  BMCC is without sufficient information or

6    belief to admit the remaining allegations in paragraph 106 of the Complaint and therefore denies

7    them.

8    105.    BMCC is without sufficient information or belief to admit the allegations in

9    paragraph 105 of the Complaint and therefore denies them.

10    106.    BMCC is without sufficient information or belief to admit the allegations in

11    paragraph 106 of the Complaint and therefore denies them.

12    107.    BMCC is without sufficient information or belief to admit the allegations in

13    paragraph 107 of the Complaint and therefore denies them.

14    108.    BMCC is without sufficient information or belief to admit the allegations in

15    paragraph 108 of the Complaint and therefore denies them.

16    109.    BMCC denies the allegations in paragraph 109 of the Complaint.

17    110.    BMCC is without sufficient information or belief to admit the allegations in

18    paragraph 110 of the Complaint and therefore denies them.

19    111.    BMCC denies the allegations in paragraph 111 of the Complaint.

20    112.    BMCC denies the allegations in paragraph 112 of the Complaint.

21    113.    BMCC is without sufficient information or belief to admit the allegations in

22    paragraph 113 of the Complaint and therefore denies them.

23    114.    BMCC denies the allegations in paragraph 114 of the Complaint.

24    115.    BMCC denies the allegations in paragraph 115 of the Complaint.

25    116.    BMCC denies the allegations in paragraph 116 of the Complaint.

26    117.    BMCC denies the allegations in paragraph 117 of the Complaint.

27    118.    BMCC denies the allegations in paragraph 118 of the Complaint.

28    119.    BMCC denies the allegations in paragraph 119 of the Complaint.

120.   BMCC denies the allegations in paragraph 120 of the Complaint.

121.   BMCC denies the allegations in paragraph 121 of the Complaint.

122.   BMCC denies the allegations in paragraph 122 of the Complaint.

123.   BMCC denies the allegations in paragraph 123 of the Complaint.

124.   BMCC denies the allegations in paragraph 124 of the Complaint.

125.   BMCC denies the allegations in paragraph 125 of the Complaint.

126.   BMCC denies the allegations in paragraph 126 of the Complaint.

127.   BMCC denies the allegations in paragraph 127 of the Complaint.

128.   BMCC denies the allegations in paragraph 128 of the Complaint.

129.   BMCC denies the allegations in paragraph 129 of the Complaint, including all subparagraphs thereto.

130.   BMCC denies the allegations in paragraph 130 of the Complaint.

131.   BMCC denies the allegations in paragraph 131 of the Complaint.

132.   BMCC denies the allegations in paragraph 132 of the Complaint.

133.   BMCC denies the allegations in paragraph 133 of the Complaint.

134.   BMCC denies the allegations in paragraph 134 of the Complaint.

135.   BMCC denies the allegations in paragraph 135 of the Complaint.

136.   BMCC denies the allegations in paragraph 136 of the Complaint.

137.   BMCC is without sufficient information or belief to admit the allegations in paragraph 137 of the Complaint and therefore denies them.

138.   BMCC is without sufficient information or belief to admit the allegations in paragraph 138 of the Complaint and therefore denies them.

139.   BMCC is without sufficient information or belief to admit the allegations in paragraph 139 of the Complaint and therefore denies them.

140.   BMCC is without sufficient information or belief to admit the allegations in paragraph 140 of the Complaint and therefore denies them.

141.   BMCC is without sufficient information or belief to admit the allegations in paragraph 141 of the Complaint and therefore denies them.

1    142.    BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 142 of the Complaint and therefore denies them.

3    143.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 143 of the Complaint and therefore denies them.

5    144.    BMCC is without sufficient information or belief to admit the allegations in

6  paragraph 144 of the Complaint and therefore denies them.

7    145.    BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 145 of the Complaint and therefore denies them.

9    146.    BMCC denies the allegations in paragraph 146 of the Complaint.

10    147.    BMCC is without sufficient information or belief to admit the allegations in

11  paragraph 147 of the Complaint and therefore denies them.

12    148.    BMCC is without sufficient information or belief to admit the allegations in

13  paragraph 148 of the Complaint and therefore denies them.

14    149.    BMCC is without sufficient information or belief to admit the allegations in

15  paragraph 149 of the Complaint and therefore denies them.

16    150.    BMCC is without sufficient information or belief to admit the allegations in

17  paragraph 150 of the Complaint and therefore denies them.

18    151.    BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 151 of the Complaint and therefore denies them.

20    152.    BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 152 of the Complaint and therefore denies them.

22    153.    BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 153 of the Complaint and therefore denies them.

24    154.    BMCC is without sufficient information or belief to admit the allegations in

25  paragraph 154 of the Complaint and therefore denies them.

26    155.    BMCC is without sufficient information or belief to admit the allegations in

27  paragraph 155 of the Complaint and therefore denies them.

28

1      156.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 156 of the Complaint and therefore denies them.

3      157.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 157 of the Complaint and therefore denies them.

5      158.    Paragraph 158 consists of conclusions of law to which no response is required.

6    To the extent that a response is required, BMCC denies the allegations in paragraph 158 of the

7    Complaint.

8      159.    BMCC is without sufficient information or belief to admit the allegations in

9    paragraph 159 of the Complaint and therefore denies them.

10     160.    BMCC is without sufficient information or belief to admit the allegations in

11   paragraph 160 of the Complaint and therefore denies them.

12     161.    BMCC is without sufficient information or belief to admit the allegations in

13   paragraph 161 of the Complaint and therefore denies them.

14     162.    BMCC is without sufficient information or belief to admit the allegations in

15   paragraph 162 of the Complaint and therefore denies them.

16     163.    BMCC is without sufficient information or belief to admit the allegations in

17   paragraph 163 of the Complaint and therefore denies them.

18     164.    BMCC is without sufficient information or belief to admit the allegations in

19   paragraph 164 of the Complaint and therefore denies them.

20     165.    BMCC is without sufficient information or belief to admit the allegations in

21   paragraph 165 of the Complaint and therefore denies them.

22     166.    BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 166 of the Complaint and therefore denies them.

24     167.    BMCC denies the allegations in paragraph 167 of the Complaint.

25     168.    BMCC denies the allegations in paragraph 168 of the Complaint.

26     169.    BMCC denies the allegations in the first sentence of paragraph 169 of the

27   Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

28   in paragraph 169 of the Complaint and therefore denies them.

1    170.    BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 170 of the Complaint and therefore denies them.

3    171.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 171 of the Complaint and therefore denies them.

5    172.    BMCC denies the allegations in paragraph 172 of the Complaint.

6    173.    BMCC is without sufficient information or belief to admit the allegations in

7  paragraph 173 of the Complaint and therefore denies them.

8    174.    BMCC is without sufficient information or belief to admit the allegations in

9  paragraph 174 of the Complaint and therefore denies them.

10    175.    BMCC is without sufficient information or belief to admit the allegations in

11  paragraph 175 of the Complaint and therefore denies them.

12    176.    BMCC is without sufficient information or belief to admit the allegations in

13  paragraph 176 of the Complaint and therefore denies them.

14    177.    BMCC is without sufficient information or belief to admit the allegations in

15  paragraph 177 of the Complaint and therefore denies them.

16    178.    BMCC is without sufficient information or belief to admit the allegations in

17  paragraph 178 of the Complaint and therefore denies them.

18    179.    BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 179 of the Complaint and therefore denies them.

20    180.    BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 180 of the Complaint and therefore denies them.

22    181.    BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 181 of the Complaint and therefore denies them.  BMCC specifically denies that it

24  participated in any unlawful conspiracy.

25    182.    BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 182 of the Complaint and therefore denies them.

27    183.    BMCC admits that the European Commission found infringements covering the

28  entire European Economic Area and assessed fines against certain defendants, but not BMCC.

1      184.    BMCC denies the allegations in paragraph 184 of the Complaint.

2      185.    BMCC denies the allegations in the first sentence of paragraph 185 of the

3    Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

4    in paragraph 188 of the Complaint and therefore denies them

5      186.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 186 of the Complaint and therefore denies them.

7      187.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 187 of the Complaint and therefore denies them.

9      188.    BMCC is without sufficient information or belief to admit the allegations in

10    paragraph 188 of the Complaint and therefore denies them.

11      189.    BMCC is without sufficient information or belief to admit the allegations in

12    paragraph 189 of the Complaint and therefore denies them.

13      190.    BMCC is without sufficient information or belief to admit the allegations in

14    paragraph 190 of the Complaint and therefore denies them.

15      191.    BMCC is without sufficient information or belief to admit the allegations in

16    paragraph 191 of the Complaint and therefore denies them.

17      192.    BMCC denies the allegations in the first sentence of paragraph 192 of the

18    Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

19    in paragraph 192 of the Complaint and therefore denies them.

20      193.    BMCC is without sufficient information or belief to admit the allegations in

21    paragraph 193 of the Complaint and therefore denies them.

22      194.    BMCC is without sufficient information or belief to admit the allegations in

23    paragraph 194 of the Complaint and therefore denies them.

24      195.    BMCC denies the allegations in paragraph 195 of the Complaint.

25      196.    BMCC denies the allegations in paragraph 196 of the Complaint.

26      197.    BMCC admits that it is located in China.  BMCC denies the other allegations in

27    paragraph 197 of the Complaint.

28

1    198.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 198 of the Complaint and therefore denies them.

3    199.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 199 of the Complaint and therefore denies them.

5    200.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 200 of the Complaint and therefore denies them.

7    201.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 201 of the Complaint and therefore denies them.

9    202.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 202 of the Complaint and therefore denies them.

11   203.    BMCC denies the allegations in paragraph 203 of the Complaint.

12   204.    BMCC is without sufficient information or belief to admit the allegations in

13   paragraph 204 of the Complaint and therefore denies them.

14   205.    BMCC is without sufficient information or belief to admit the allegations in

15   paragraph 205 of the Complaint and therefore denies them.

16   206.    BMCC is without sufficient information or belief to admit the allegations in the

17   first and second sentences of paragraph 206 and therefore denies them.  BMCC denies the

18   remaining allegations in paragraph 206 of the Complaint.

19   207.    BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 207 of the Complaint and therefore denies them.

21   208.    BMCC denies the allegations in paragraph 208 of the Complaint.

22   209.    BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 209 of the Complaint and therefore denies them.

24   210.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 210 of the Complaint and therefore denies them.

26   211.    BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 211 of the Complaint and therefore denies them.

28   212.    BMCC denies the allegations in paragraph 212 of the Complaint.

213.    Paragraph 213 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 213 of the Complaint, including all subparagraphs thereto.

### PLAINTIFFS' INJURIES

214.    Paragraph 214 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 214 of the Complaint.

215.    Paragraph 215 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 215 of the Complaint.

216.    BMCC is without sufficient information or belief to admit the allegations in paragraph 216 of the Complaint and therefore denies them.

217.    BMCC denies the allegations in paragraph 217 of the Complaint.

218.    BMCC denies the allegations in paragraph 218 of the Complaint.

219.    BMCC denies the allegations in paragraph 219 of the Complaint.

### FRAUDULENT CONCEALMENT

220.    Paragraph 220 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 220 of the Complaint.

221.    Paragraph 221 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 221 of the Complaint.

222.    Paragraph 222 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 222 of the Complaint.

223.    Paragraph 223 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 223 of the Complaint.

1    224.    Paragraph 224 consists of conclusions of law to which no response is required.

2  To the extent that a response is required, BMCC denies the allegations in paragraph 224 of the

3  Complaint.

4    225.    BMCC denies the allegations in paragraph 225 of the Complaint.

5    226.    BMCC denies the allegations in paragraph 226 of the Complaint.

6    227.    BMCC denies the allegations in paragraph 227 of the Complaint.

7    228.    BMCC denies the allegations in paragraph 228 of the Complaint.

8    229.    BMCC is without sufficient information or belief to admit the allegations in

9  paragraph 229 of the Complaint and therefore denies them.

10    230.    BMCC is without sufficient information or belief to admit the allegations in

11  paragraph 230 of the Complaint and therefore denies them.

12    231.    BMCC denies the allegations in paragraph 231 of the Complaint.

13    232.    BMCC denies the allegations in paragraph 232 of the Complaint.

14    233.    Paragraph 233 contains legal conclusions to which no response is required. To the

15  extent a response is required, BMCC denies the allegation in Paragraph 240 of the Complaint.

16    234.    Paragraph 234 contains legal conclusions to which no response is required. To the

17  extent a response is required, BMCC denies the allegation in Paragraph 240 of the Complaint.

18    235.    Paragraph 235 contains legal conclusions to which no response is required. To the

19  extent a response is required, BMCC denies the allegation in Paragraph 240 of the Complaint.

20                                **CLAIM FOR VIOLATIONS**

21    236.    In response to paragraph 236 of the Complaint, BMCC restates its responses to

22  paragraphs 1 through 235.

23    237.    BMCC denies the allegations in paragraph 237 of the Complaint.

24    238.    BMCC denies the allegations in paragraph 238 of the Complaint.

25    239.    BMCC denies the allegations in paragraph 239 of the Complaint.

26    240.    BMCC denies the allegations in paragraph 240 of the Complaint.

27    241.    BMCC denies the allegations in paragraph 241 of the Complaint, including all

28  subparagraphs thereto.

1    242.    BMCC denies the allegations in paragraph 242 of the Complaint.

2    243.    In response to paragraph 243 of the Complaint, BMCC restates its responses to

3    paragraphs 1 through 242.

4    244.    BMCC denies the allegations in paragraph 244 of the Complaint.

5    245.    BMCC denies the allegations in paragraph 245 of the Complaint.

6    246.    BMCC denies the allegations in paragraph 246 of the Complaint, including all

7    subparagraphs thereto.

8    247.    BMCC denies the allegations in paragraph 247 of the Complaint, including all

9    subparagraphs thereto.

10    248.    BMCC denies the allegations in paragraph 248 of the Complaint.

11    249.    BMCC denies the allegations in paragraph 249 of the Complaint.

## PRAYER FOR RELIEF

Plaintiffs' Prayer for Relief does not contain allegations of fact or law that require a
response from BMCC; however, to the extent that a response is required, BMCC denies the
allegations in the Prayer for Relief and all subparagraphs therein, and denies that the relief
sought by Plaintiffs is appropriate or available.

## JURY TRIAL DEMANDED

Plaintiffs' request for a jury trial does not contain allegations of fact or law that require a
response from BMCC.

## DEFENSES

Without assuming any burden of proof that it otherwise would not bear under applicable
law, BMCC asserts the following defenses to each and every cause of action alleged in the
Complaint:

## FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by applicable statute(s) of limitations.

**THIRD DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the doctrines of unclean hands, *in pari delicto* and equal responsibility.

**FOURTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

**FIFTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

**SIXTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or otherwise unauthorized.

**SEVENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to assert them individually or as a class.

**EIGHTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

**NINTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient particularity.

**TENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs did not detrimentally rely upon any deceptive conduct as alleged in the Complaint.

**ELEVENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any injury in fact or damages as a result of the allegations in the Complaint.

1

**TWELFTH DEFENSE**

2   To the extent that Plaintiffs purport to have suffered injury or damages, the fact of which

3   BMCC specifically denies, BMCC avers that any such purported injury or damages was not by

4   reason of, or proximately caused by, any act, conduct or omission of BMCC.

5

**THIRTEENTH DEFENSE**

6   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered

7   actual, cognizable antitrust injury of the type the antitrust laws are intended to remedy.

8

**FOURTEENTH DEFENSE**

9   Plaintiffs' claims are barred, in whole or in part, because the alleged damages are too

10   speculative and uncertain, and cannot be practicably ascertained or allocated.

11

**FIFTEENTH DEFENSE**

12   Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC

13   that is the subject of the Complaint either occurred outside the jurisdiction of the Court or was

14   neither directed to nor affected persons, entities, trade or commerce in the United States, or both.

15

**SIXTEENTH DEFENSE**

16   Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust

17   Improvements Act, 15 U.S.C. § 6a.  The conduct alleged by Plaintiffs in the Complaint to form

18   the basis of certain of Plaintiffs' claims has not had a direct, substantial, and reasonably

19   foreseeable effect on trade or commerce with the United States.

20

**SEVENTEENTH DEFENSE**

21   Plaintiffs are precluded from recovering damages, in whole or in part, because of and to

22   the extent of their failure to mitigate damages, if any.

23

**EIGHTEENTH DEFENSE**

24   Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable parties.

25

**NINETEENTH DEFENSE**

26   Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom

27   BMCC had no control.  The acts of such third parties constitute intervening or superseding

28   causes of harm, if any, suffered by Plaintiffs.

1

**TWENTIETH DEFENSE**

2      Plaintiffs' claims are barred, in whole or in part, because any action or omission by or on

3   behalf of BMCC alleged in the Complaint was reasonable, justified, and was taken in pursuit of

4   its own independent, legitimate business and economic interests, without any purpose or intent to

5   injure competition.

6

**TWENTY-FIRST DEFENSE**

7      Plaintiffs' claims are barred, in whole or in part, because the conduct of BMCC that is the

8   subject of the Complaint did not unreasonably restrain competition or lessen competition in any

9   relevant market, and Plaintiffs have failed to allege or properly define any relevant market for the

10   purpose of asserting a claim against BMCC.

11

**TWENTY-SECOND DEFENSE**

12      Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged

13   acts, conduct, or statements that are specifically permitted by law.

14

**TWENTY-THIRD DEFENSE**

15      Plaintiffs' claims are barred, in whole or in part, to the extent such claims are inconsistent

16   with applicable federal laws.

17

**TWENTY-FOURTH DEFENSE**

18      Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive

19   relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the

20   requisite showing of threatened harm or continuing harm.

21

**TWENTY-FIFTH DEFENSE**

22      The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs and/or

23   certain members of the putative classes would be unjustly enriched if they were allowed to

24   recover any part of the damages alleged in the Complaint.

25

**TWENTY-SIXTH DEFENSE**

26      To the extent that any actionable conduct occurred, Plaintiffs' claims against BMCC are

27   barred because all such conduct would have been committed by individuals acting *ultra vires*.

28

DEFENDANT BMCC'S ANSWER TO PLAINTIFF BEST BUY'S FIRST AMENDED COMPLAINT
(Case No. 3:07-cv-5944-SC; MDL 1917)                                              -23-
US1841410/1

**TWENTY-SEVENTH DEFENSE**

Plaintiffs' claims against BMCC are barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution of their claims.

**TWENTY-EIGHTH DEFENSE**

The relief sought by Plaintiffs is barred, in whole or in part, because any and all injuries alleged in the Complaint, the fact and extent of which BMCC specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other than BMCC.

**TWENTY-NINTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs did not purchase CRT products directly from Defendants, because they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

**THIRTIETH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to BMCC.

**THIRTY-FIRST DEFENSE**

Plaintiffs' claims are barred because the Court lacks personal jurisdiction over BMCC.

**THIRTY-SECOND DEFENSE**

Without admitting that Plaintiffs are entitled to recover damages in this matter, BMCC is entitled to set off from any recovery Plaintiffs may obtain against BMCC by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

**THIRTY-THIRD DEFENSE**

Plaintiffs' claims are barred due to uncertainty and vagueness and because their claims are ambiguous and/or unintelligible.  BMCC avers that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit BMCC to ascertain what other defenses may exist.

1

**THIRTY-FOURTH DEFENSE**

2      Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC

3 involved or was caused by, due to, compelled by, based upon, or in response to directives, laws,

4 regulations, policies, and/or acts of foreign states, foreign governments, foreign governmental

5 agencies and entities, and/or foreign regulatory agencies.

6

**THIRTY-FIFTH DEFENSE**

7      This Court should not adjudicate Plaintiffs' claims for prudential considerations including

8 international comity.

9

**THIRTY-SIXTH DEFENSE**

10      The relief sought by Plaintiffs is barred, in whole or in part, because any alleged conduct

11 of BMCC occurred outside of the jurisdiction of the Court.

12

**THIRTY-SEVENTH DEFENSE**

13      Plaintiffs' claims are barred to the extent that they are based on conduct beyond the

14 territorial reach of the laws or courts of the United States.

15

**THIRTY-EIGHTH DEFENSE**

16      Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not

17 allowed under applicable federal or state law.

18

**THIRTY-NINTH DEFENSE**

19      The injunctive relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs

20 have available an adequate remedy at law.

21

**FORTIETH DEFENSE**

22      BMCC adopts and incorporates by reference any applicable defense asserted or to be

23 asserted by any other Defendant in this proceeding not otherwise expressly set forth herein

24 insofar as the defense(s) may be properly asserted by BMCC.

25

**FORTY-FIRST DEFENSE**

26      BMCC has not knowingly or intentionally waived any applicable defenses and hereby

27 reserves the right to amend or supplement its Answer and to assert and rely on any other

28

1   defenses as and if they become available.  BMCC further reserves the right to delete defenses

2   that it determines are not applicable.

### FORTY-SECOND DEFENSE

4         Plaintiffs' claims are barred because they have not properly served BMCC in this matter.

5

6   WHEREFORE, BMCC prays that:

7   1.     The Court dismiss with prejudice Plaintiffs Best Buy Co., Inc's, Best Buy Purchasing

8   LLC.'s, Best Buy Enterprise Services, Inc.'s, Best Buy Stores, L.P.'s, Bestbuy.com L.L.C.'s, and

9   Magnolia Hi-Fi, Inc's First Amended Complaint;

10  2.     Plaintiffs recover no relief of any kind against defendant BMCC;

11  3.     The Court award defendant BMCC its attorneys' fees and all other costs reasonably

12  incurred in defense of this action; and

13  4.     The Court award to defendant BMCC such other relief as it may deem just and proper.

14  Dated: March 27, 2014                    FRESHFIELDS BRUCKHAUS
                                            DERINGER US LLP

15
                                           By:/s/ Richard Snyder_____
16                                             Richard Snyder (admitted *pro hac vice*)
                                               Freshfields Bruckhaus Deringer
17                                               US LLP
                                               Email: richard.snyder@freshfields.com
18                                             701 Pennsylvania Avenue NW, Suite 600
                                               Washington, DC  20004
19                                             Tel: (202) 777-4565
                                               Fax: (202) 777-4555
20
                                           ***Attorney for Defendant Beijing***
21                                         ***Matsushita Color CRT Co., Ltd.***

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the

3    within action.  I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, 701

4    Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

5        On March 27, 2014, I caused a copy of the **DEFENDANT BEIJING MATSUSHITA**

6    **COLOR CRT CO., LTD.'S ANSWER TO BEST BUY CO., INC'S, BEST BUY**

7    **PURCHASING LLC'S, BEST BUY ENTERPRISE SERVICES, INC.'S, BEST BUY**

8    **STORES, L.P.'S, BESTBUY.COM L.L.C'S, AND MAGNOLIA HI-FI, INC'S FIRST**

9    **AMENDED COMPLAINT** to be filed electronically via the Court's Electronic Case Filing

10   System, which constitutes service in this action pursuant to the Court's order of September 29,

11   2008.

12

13   Dated:  March 27,  2014              FRESHFIELDS BRUCKHAUS
                                         DERINGER US LLP
14
                                         By:/s/ *Richard Snyder*
15                                          Richard Snyder (admitted *pro hac vice*)
                                            Freshfields Bruckhaus Deringer
16                                            US LLP
                                            Email: richard.snyder@freshfields.com
17                                          701 Pennsylvania Avenue NW, Suite 600
                                            Washington, DC  20004
18                                          Tel: (202) 777-4565
                                            Fax: (202) 777-4555
19
                                         ***Attorney for Defendant Beijing***
20                                       ***Matsushita Color CRT Co., Ltd.***

21

22

23

24

25

26

27

28