*(Stipulating parties listed on signature page)*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261; *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725; *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; *Target Corp. v. Technicolor SA, et al.*, No. 13-cv- 05686 *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173* | **Case No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFFS' COMPLAINTS**<br><br>Judge: Hon. Samuel Conti |

Pursuant to Civil Local Rules 6-2 and 7-12, Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp., (collectively "the DAPs"), Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., (collectively, "Sharp"), Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc., (collectively "Mitsubishi Electric"), and Defendants Thomson S.A. (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.) (collectively, "Thomson") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now pending in this MDL, naming Mitsubishi Electric and Thomson as Defendants;

WHEREAS, Sharp has filed an Amended Complaint, now pending in this MDL, naming Thomson as Defendants;

WHEREAS, on December 30, 2013, Mitsubishi Electric filed a Notice of Motion and Motion to Dismiss (Dkt. No. 2299) the DAPs' Complaints;

WHEREAS, on January 27, 2014, Thomson Consumer filed a Notice of Motion and Motion to Dismiss the DAPs' Complaints (Dkt. No. 2353);

WHEREAS, on January 27, 2014, Thomson SA filed a Notice of Motion and Motion to Dismiss the DAPs' Complaints (Dkt. No. 2355);

WHEREAS, on November 25, 2013, Thomson filed a Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint (Dkt. 2236);

WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint (Dkt. 2235);

WHEREAS, on March 13, 2014, the Court entered an Order granting in part and denying in part Mitsubishi Electric's Motion to Dismiss the DAPs' Complaints or First Amended Complaints, dismissing certain state-law claims but denying the motions with respect to the federal and New York claims (Dkt. No. 2439);

WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying in part the Thomson Defendants' Motions to Dismiss Sharp's First Amended Complaint and the DAPs' Complaints or First Amended Complaints, dismissing certain state-law claims but denying the motions with respect to the federal and New York claims (Dkt. No. 2440);

WHEREAS, Federal Rule of Civil Procedure 12(a)(4) requires Mitsubishi Electric and Thomson Answer or otherwise respond to Plaintiffs' Complaints or Amended Complaints by March 27, 2014;

WHEREAS, Mitsubishi Electric and the DAPs have conferred and agreed to an initial extension of time for Mitsubishi Electric to Answer or otherwise respond to the DAPs Complaints or First Amended Complaints;

WHEREAS, Thomson and the DAPs have conferred and agreed to an initial extension of time for Thomson to Answer or otherwise respond to the DAPs Complaints or First Amended Complaints;

WHEREAS, Thomson and Sharp have conferred and agreed to an initial extension of time for Thomson to Answer or otherwise respond to the Sharp's Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. Mitsubishi Electric shall Answer or otherwise respond to the DAPs' Complaints or First Amended Complaints by April 10, 2014.

2. Thomson shall Answer or otherwise respond to Sharp's First Amended Complaint and the DAPs' Complaints or First Amended Complaints by April 10, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
                                             Hon. Samuel Conti
                                             United States District Judge

| | |
|---|---|
| Dated:  March 27, 2014 | JENNER & BLOCK LLP |
| | By: */s/ Terrence J. Truax* |
| | Terrence J. Truax<br>Michael T. Brody<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br>ttruax@jenner.com<br>mbrody@jenner.com |
| | Brent Caslin (Cal. Bar. No. 198682)<br>JENNER & BLOCK LLP<br>633 West Fifth Street, Suite 3600<br>Los Angeles, California 90071<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br>bcaslin@jenner.com |
| | *Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.* |
| Dated:  March 27, 2014 | FAEGRE BAKER DANIELS LLP |
| | By: */s/ Kathy L. Osborn* |
| | Kathy L. Osborn (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com |
| | Jeffrey S. Roberts (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203<br>Telephone: (303) 607-3500<br>Facsimile:  (303) 607-3600<br>jeff.roberts@FaegreBD.com |

|   |   |   |
|---|---|---|
| 1 |  | Calvin L. Litsey (SBN 289659) |
| 2 |  | Faegre Baker Daniels LLP |
| 3 |  | 1950 University Avenue, Suite 450 |
|   |  | East Palo Alto, CA  94303-2279 |
| 4 |  | Telephone: (650) 324-6700 |
|   |  | Facsimile: (650) 324-6701 |
| 5 |  | calvin.litsey@FaegreBD.com |
| 6 |  | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| 7 | Dated:  March 27, 2014 | BOIES, SCHILLER & FLEXNER LLP |
| 8 |  | By:  __/s/ Philip J. Iovieno_____ |
| 9 |  | Philip J. Iovieno |
|   |  | Anne M. Nardacci |
| 10 |  | Boies, Schiller & Flexner LLP |
|   |  | 30 South Pearl St., 11th Floor |
| 11 |  | Albany, NY 12207 |
|    |  | Telephone: (518) 434-0600 |
| 12 |  | Facsimile: (518) 434-0665 |
|    |  | piovieno@bsfllp.com |
| 13 |  | anardacci@bsfllp.com |
| 14 |  | William Isaacson |
|    |  | Boies, Schiller & Flexner LLP |
| 15 |  | 5301 Wisconsin Ave. NW, Suite 800 |
|    |  | Washington, D.C. 20015 |
| 16 |  | Telephone: (202) 237-2727 |
|    |  | Facsimile: (202) 237-6131 |
| 17 |  | wisaacson@bsfllp.com |
| 18 |  | Stuart Singer |
|    |  | Boies, Schiller & Flexner LLP |
| 19 |  | 401 East Las Olas Blvd., Suite 1200 |
|    |  | Fort Lauderdale, FL 33301 |
| 20 |  | Telephone: (954) 356-0011 |
|    |  | Facsimile: (954) 356-0022 |
| 21 |  | ssinger@bsfllp.com |
| 22 |  | *Liaison Counsel for Direct Action Plaintiffs* |
| 23 | Dated: March 27, 2014 | PAUL, WEISS, RIFKIND, WHARTON & |
| 24 |  | GARRISON LLP |
| 25 |  | By:__/s/ Kenneth A. Gallo_____ |
| 26 |  | Kenneth A. Gallo (*pro hac vice*) |
|    |  | Joseph J. Simons (*pro hac vice*) |
| 27 |  | Craig A. Benson (*pro hac vice*) |
|    |  | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 28 |   |   |

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE
TO RESPOND TO CERTAIN PLAINTIFFS' COMPLAINTS
Case No. 07-5944; MDL NO. 1917

|   |   |
|---|---|
| 1 | 2001 K Street, NW |
| 2 | Washington, DC 20006<br>Telephone: (202) 223-7300 |
|   | Facsimile: (202) 223-7420 |
| 3 | kgallo@paulweiss.com |
|   | jsimons@paulweiss.com |
| 4 | cbenson@paulweiss.com |
| 5 | Stephen E. Taylor (SBN 058452) |
|   | Jonathan A. Patchen (SBN 237346) |
| 6 | Taylor & Company Law Offices, LLP |
|   | One Ferry Building, Suite 355 |
| 7 | San Francisco, California 94111 |
|   | Telephone: (415) 788-8200 |
| 8 | Facsimile: (415) 788-8208 |
|   | staylor@paulweiss.com |
| 9 | jpatchen@paulweiss.com |
| 10 | *Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of* |
| 11 | *America, Inc.* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.