Terry Calvani (53260)
Richard Snyder (*pro hac vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Attorneys for Defendant Beijing Matsushita
Color CRT Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944-SC<br>MDL NO. 1917 |
| This document relates to: | **DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S ANSWER TO TARGET CORP.'S SECOND AMENDED COMPLAINT** |
| *Target Corp* | |
| *v.*<br>*Chunghwa Picture Tubes, Ltd., et al.* | Before the Honorable Samuel Conti |
| **Civil Action No. 3:11-cv-5514 SC** | |

Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") states as follows for its

Answer in response to the Second Amended Complaint filed by Plaintiff Target Corp. on

October 3, 2013 (the "Complaint").  To the extent the Complaint includes allegations against

"Defendants" in general, BMCC's responses to the allegations relate to BMCC only and to no

other Defendant.  To the extent that the allegations of the Complaint relate to Defendants other

than BMCC, BMCC lacks knowledge or information sufficient to form a belief as to their truth,

and therefore denies them.  As used in this Answer, and in the interest of brevity, the phrase "is

without sufficient information or belief" to admit the allegations means that BMCC is without

knowledge or information sufficient to form a belief as to the truth of an allegation of the

Complaint, and denies the allegation on that basis.  BMCC denies all allegations in the

1   Complaint not specifically admitted in this Answer.  BMCC denies each and every allegation in

2   the Complaint's section headings and in all portions of the Complaint not contained in numbered

3   paragraphs.

4                                    **INTRODUCTION**

5        1.      BMCC denies the allegations in the first and second sentences of paragraph 1 of

6   the Complaint.  The third and fourth sentences of paragraph 1 of the Complaint contain

7   Plaintiff's definitions of its own terms and characterization of its purported claims, to which no

8   response is required.  To the extent that any part of the third and fourth sentences of paragraph 1

9   is deemed to require a response, BMCC denies that it manufactured electronic devices containing

10  CPTs (such as television) or CDTs (such as computer monitors).

11       2.      BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 2 of the Complaint and therefore denies them.

13       3.      BMCC denies the allegations in paragraph 3 of the Complaint.

14       4.      BMCC denies the allegations in paragraph 4 of the Complaint.

15       5.      BMCC denies the allegations in paragraph 5 of the Complaint.

16       6.      BMCC denies the allegations in paragraph 6 of the Complaint.

17       7.      BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 7 of the Complaint and therefore denies them.

19       8.      BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 8 of the Complaint and therefore denies them.

21       9.      BMCC denies the allegations in paragraph 9 of the Complaint.

22                             **JURISDICTION AND VENUE**

23       10.     Paragraph 10 consists of Plaintiff's characterization of its purported claims, to

24  which no response is required.  To the extent that a response is required, BMCC denies the

25  allegations in paragraph 10 of the Complaint.

26       11.     Paragraph 11 consists of Plaintiff's characterization of its purported claims, to

27  which no response is required.  To the extent that a response is required, BMCC denies the

28  allegations in paragraph 11 of the Complaint.

12. Paragraph 12 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies that this Court has jurisdiction over the unspecific and ill-defined conspiracy alleged by Plaintiff absent specific allegations about BMCC or BMCC's activities in the United States, therefore BMCC denies the allegations contained in paragraph 12 of the Complaint.

13. Paragraph 13 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 13 of the Complaint.

14. Paragraph 14 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies that it is subject to personal jurisdiction in this Court. BMCC also denies that this Court has personal or subject matter jurisdiction over the unspecific and ill-defined conspiracy alleged by Plaintiff absent specific allegations about BMCC or BMCC's activities in the United States. BMCC denies the remaining allegations contained in paragraph 14 of the Complaint.

15. Paragraph 15 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 15 of the Complaint.

**PARTIES**

16. BMCC is without sufficient information or belief to admit the allegations in paragraph 16 of the Complaint describing Plaintiff and therefore denies them.

17. BMCC is without sufficient information or belief to admit the allegations in paragraph 17 of the Complaint describing Plaintiff and therefore denies them.

18. BMCC is without sufficient information or belief to admit the allegations in paragraph 18 of the Complaint describing Plaintiff and therefore denies them.

19. BMCC is without sufficient information or belief to admit the allegations in paragraph 19 of the Complaint and therefore denies them.

20. BMCC is without sufficient information or belief to admit the allegations in paragraph 20 of the Complaint and therefore denies them.

1     21.     BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 21 of the Complaint and therefore denies them.

3     22.     Paragraph 22 of the Complaint consists of a defined term to which no response is

4   required.  To the extent that a response is required, BMCC is without sufficient information or

5   belief to admit the allegations in paragraph 22 of the Complaint and therefore denies them.

6     23.     BMCC is without sufficient information or belief to admit the allegations in

7   paragraph 23 of the Complaint and therefore denies them.

8     24.     BMCC is without sufficient information or belief to admit the allegations in

9   paragraph 24 of the Complaint and therefore denies them.

10     25.     Paragraph 25 of the Complaint consists of a defined term to which no response is

11   required.  To the extent that a response is required, BMCC is without sufficient information or

12   belief to admit the allegations in paragraph 25 of the Complaint and therefore denies them.

13     26.     BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 26 of the Complaint and therefore denies them.

15     27.     [New Paragraph Needed]

16     28.     [New Paragraph Needed]

17     29.     [New Paragraph Needed]

18     30.     [New Paragraph Needed]

19     31.     [New Paragraph Needed]

20     32.     [New Paragraph Needed]

21     33.     [New Paragraph Needed]

22     34.     BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 34 of the Complaint and therefore denies them.

24     35.     BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 35 of the Complaint and therefore denies them.

26     36.     Paragraph 36 of the Complaint consists of a defined term to which no response is

27   required.  To the extent that a response is required, BMCC is without sufficient information or

28   belief to admit the allegations in paragraph 36 of the Complaint and therefore denies them.

37.     BMCC is without sufficient information or belief to admit the allegations in paragraph 37 of the Complaint and therefore denies them.

38.     BMCC admits that it is a Chinese joint venture company with its principal place of business located at No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China. BMCC admits that it is a joint venture company, and at one time 50% of BMCC was held by MT Picture Display Co., Ltd., and the other 50% was held by Beijing Orient Electronics (Group) Co., Ltd., China National Electronics Import & Export Beijing Company, and Beijing Yayunchun Branch of the Industrial and Commercial Bank of China, Ltd.  BMCC admits that it was established in 1987.  BMCC denies the other allegations in paragraph 38 of the Complaint.

39.     BMCC is without sufficient information or belief to admit the allegations in paragraph 39 of the Complaint and therefore denies them.

40.     BMCC is without sufficient information or belief to admit the allegations in paragraph 40 of the Complaint and therefore denies them.

41.     BMCC is without sufficient information or belief to admit the allegations in paragraph 41 of the Complaint and therefore denies them.

42.     BMCC is without sufficient information or belief to admit the allegations in paragraph 42 of the Complaint and therefore denies them.

43.     Paragraph 43 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 43 of the Complaint and therefore denies them.

44.     BMCC is without sufficient information or belief to admit the allegations in paragraph 44 of the Complaint and therefore denies them.

45.     BMCC is without sufficient information or belief to admit the allegations in paragraph 45 of the Complaint and therefore denies them.

46.     BMCC is without sufficient information or belief to admit the allegations in paragraph 46 of the Complaint and therefore denies them.

47.     BMCC is without sufficient information or belief to admit the allegations in paragraph 47 of the Complaint and therefore denies them.

1    48.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 48 of the Complaint and therefore denies them.

3    49.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 49 of the Complaint and therefore denies them.

5    50.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 50 of the Complaint and therefore denies them.

7    51.    Paragraph 51 of the Complaint consists of a defined term to which no response is

8    required.  To the extent that a response is required, BMCC is without sufficient information or

9    belief to admit the allegations in paragraph 51 of the Complaint and therefore denies them.

10    52.    BMCC is without sufficient information or belief to admit the allegations in

11    paragraph 52 of the Complaint and therefore denies them.

12    53.    BMCC is without sufficient information or belief to admit the allegations in

13    paragraph 53 of the Complaint and therefore denies them.

14    54.    BMCC is without sufficient information or belief to admit the allegations in

15    paragraph 54 of the Complaint and therefore denies them.

16    55.    BMCC is without sufficient information or belief to admit the allegations in

17    paragraph 55 of the Complaint and therefore denies them.

18    56.    BMCC is without sufficient information or belief to admit the allegations in

19    paragraph 56 of the Complaint and therefore denies them.

20    57.    BMCC is without sufficient information or belief to admit the allegations in

21    paragraph 57 of the Complaint and therefore denies them.

22    58.    BMCC is without sufficient information or belief to admit the allegations in

23    paragraph 58 of the Complaint and therefore denies them.

24    59.    Paragraph 59 of the Complaint consists of a defined term to which no response is

25    required.  To the extent that a response is required, BMCC is without sufficient information or

26    belief to admit the allegations in paragraph 59 of the Complaint and therefore denies them.

27    60.    BMCC is without sufficient information or belief to admit the allegations in

28    paragraph 60 of the Complaint and therefore denies them.

61.     BMCC is without sufficient information or belief to admit the allegations in paragraph 61 of the Complaint and therefore denies them.

62.     Paragraph 62 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations paragraph 62 of the Complaint and therefore denies them.

## AGENTS AND CO-CONSPIRATORS

63.     BMCC denies the allegations in paragraph 63 of the Complaint.

64.     BMCC denies the allegations in paragraph 64 of the Complaint.

65.     Paragraph 65 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 865 of the Complaint and therefore denies them.  BMCC specifically denies that it participated in any conspiracy or acted as a co-conspirator.

66.     BMCC is without sufficient information or belief to admit the allegations in paragraph 66 of the Complaint and therefore denies them.

67.     Paragraph 67 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 67 of the Complaint and therefore denies them.

68.     BMCC is without sufficient information or belief to admit the allegations in paragraph 68 of the Complaint and therefore denies them.

69.     BMCC is without sufficient information or belief to admit the allegations in paragraph 69 of the Complaint and therefore denies them.

70.     BMCC is without sufficient information or belief to admit the allegations in paragraph 70 of the Complaint and therefore denies them.

71.     BMCC denies the allegations in paragraph 71 of the Complaint.

## TRADE AND COMMERCE

72.     BMCC denies the allegations in paragraph 72 of the Complaint.

73.     BMCC denies the allegations in paragraph 73 of the Complaint.

74.     Paragraph 74 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 74 of the Complaint.

## FACTUAL ALLEGATIONS

75.     BMCC admits that paragraph 75 of the Complaint purports to contain descriptions of CRT technology.  BMCC denies that paragraph 75 describes CRT technology completely and accurately.  BMCC denies the remaining allegations contained in paragraph 75.

76.     BMCC is without sufficient information or belief to admit the allegations in paragraph 76 of the Complaint and therefore denies them.

77.     BMCC is without sufficient information or belief to admit the allegations in paragraph 77 of the Complaint and therefore denies them.

78.     BMCC is without sufficient information or belief to admit the allegations in paragraph 78 of the Complaint and therefore denies them.

79.     BMCC admits that paragraph 79 of the Complaint purports to contain descriptions of CRT technology.  BMCC denies that paragraph 79 describes CRT technology completely and accurately.  BMCC denies the remaining allegations contained in paragraph 79.

80.     BMCC is without sufficient information or belief to admit the allegations in paragraph 80 of the Complaint and therefore denies them.

81.     BMCC is without sufficient information or belief to admit the allegations in paragraph 81 of the Complaint and therefore denies them.

82.     BMCC is without sufficient information or belief to admit the allegations in paragraph 82 of the Complaint and therefore denies them.  BMCC specifically denies that it participated in any unlawful conspiracy and that Plaintiff has been injured by an action or violation of law by BMCC.

83.     BMCC is without sufficient information or belief to admit the allegations in paragraph 83 of the Complaint and therefore denies them.  BMCC specifically denies that it participated in any unlawful conspiracy.

84.     BMCC is without sufficient information or belief to admit the allegations in paragraph 84 of the Complaint and therefore denies them.  BMCC specifically denies that Plaintiff has been injured by an action or violation of law by BMCC.

85.     BMCC denies the allegations in paragraph 85 of the Complaint.

86.     BMCC denies the allegations in paragraph 86 of the Complaint.

87.     BMCC denies the allegations in paragraph 87 of the Complaint.

88.     BMCC is without sufficient information or belief to admit the allegations in paragraph 88 as to other Defendants' participation in trade associations, and therefore denies them.  BMCC denies the other allegations in paragraph 88 of the Complaint.

89.     BMCC is without sufficient information or belief to admit the allegations in paragraph 89 of the Complaint and therefore denies them.

90.     BMCC is without sufficient information or belief to admit the allegations in paragraph 90 of the Complaint and therefore denies them.

91.     BMCC is without sufficient information or belief to admit the allegations in paragraph 91 of the Complaint, including all subparagraphs thereto, and therefore denies them.

92.     BMCC is without sufficient information or belief to admit the allegations in paragraph 92 of the Complaint and therefore denies them.

93.     BMCC is without sufficient information or belief to admit the allegations in paragraph 93 of the Complaint and therefore denies them.  BMCC specifically denies that it participated in any unlawful conspiracy.

94.     BMCC is without sufficient information or belief to admit the allegations in paragraph 94 of the Complaint and therefore denies them.

95.     BMCC is without sufficient information or belief to admit the allegations in paragraph 95 of the Complaint and therefore denies them.

96.     BMCC is without sufficient information or belief to admit the allegations in paragraph 96 of the Complaint and therefore denies them.

97.     The first sentence of paragraph 97 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in

the first sentence of paragraph 97 of the Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 97 of the Complaint and therefore denies them.

98.     BMCC is without sufficient information or belief to admit the allegations in paragraph 98 of the Complaint and therefore denies them.

99.     BMCC is without sufficient information or belief to admit the allegations in paragraph 99 of the Complaint and therefore denies them.

100.     BMCC is without sufficient information or belief to admit the allegations in paragraph 100 of the Complaint and therefore denies them.

101.     BMCC is without sufficient information or belief to admit the allegations in paragraph 101 of the Complaint and therefore denies them.

102.     BMCC denies the allegations in paragraph 102 of the Complaint.

103.     BMCC is without sufficient information or belief to admit the allegations in paragraph 103 of the Complaint and therefore denies them.

104.     BMCC denies the allegations in paragraph 104 of the Complaint.

105.     BMCC denies the allegations in paragraph 105 of the Complaint.

106.     BMCC is without sufficient information or belief to admit the allegations in paragraph 106 of the Complaint and therefore denies them.

107.     BMCC denies the allegations in paragraph 107 of the Complaint.

108.     BMCC denies the allegations in paragraph 108 of the Complaint.

109.     BMCC denies the allegations in paragraph 109 of the Complaint.

110.     BMCC denies the allegations in paragraph 110 of the Complaint.

111.     BMCC denies the allegations in paragraph 111 of the Complaint.

112.     BMCC denies the allegations in paragraph 112 of the Complaint.

113.     BMCC denies the allegations in paragraph 113 of the Complaint.

114.     BMCC denies the allegations in paragraph 114 of the Complaint.

115.     BMCC denies the allegations in paragraph 115 of the Complaint.

116.     BMCC denies the allegations in paragraph 116 of the Complaint.

1      117.    BMCC denies the allegations in paragraph 117 of the Complaint.

2      118.    BMCC denies the allegations in paragraph 118 of the Complaint.

3      119.    BMCC denies the allegations in paragraph 119 of the Complaint.

4      120.    BMCC denies the allegations in paragraph 120 of the Complaint.

5      121.    BMCC denies the allegations in paragraph 121 of the Complaint.

6      122.    BMCC denies the allegations in paragraph 122 of the Complaint, including all

7 subparagraphs thereto.

8      123.    BMCC denies the allegations in paragraph 123 of the Complaint.

9      124.    BMCC denies the allegations in paragraph 124 of the Complaint.

10      125.    BMCC denies the allegations in paragraph 125 of the Complaint.

11      126.    BMCC denies the allegations in paragraph 126 of the Complaint.

12      127.    BMCC denies the allegations in paragraph 127 of the Complaint.

13      128.    BMCC denies the allegations in paragraph 128 of the Complaint.

14      129.    BMCC denies the allegations in paragraph 129 of the Complaint.

15      130.    BMCC denies the allegations in paragraph 130 of the Complaint.

16      131.    [New Paragraph Needed]

17      132.    [New Paragraph Needed]

18      133.    BMCC is without sufficient information or belief to admit the allegations in

19 paragraph 133 of the Complaint and therefore denies them.

20      134.    BMCC is without sufficient information or belief to admit the allegations in

21 paragraph 134 of the Complaint and therefore denies them.

22      135.    BMCC is without sufficient information or belief to admit the allegations in

23 paragraph 135 of the Complaint and therefore denies them.

24      136.    BMCC is without sufficient information or belief to admit the allegations in

25 paragraph 136 of the Complaint and therefore denies them.

26      137.    BMCC is without sufficient information or belief to admit the allegations in

27 paragraph 137 of the Complaint and therefore denies them.

28

1        138.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 138 of the Complaint and therefore denies them.

3        139.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 139 of the Complaint and therefore denies them.

5        140.    BMCC denies the allegations in paragraph 140 of the Complaint.

6        141.    BMCC is without sufficient information or belief to admit the allegations in

7    paragraph 141 of the Complaint and therefore denies them.

8        142.    BMCC is without sufficient information or belief to admit the allegations in

9    paragraph 142 of the Complaint and therefore denies them.

10       143.    BMCC is without sufficient information or belief to admit the allegations in

11   paragraph 143 of the Complaint and therefore denies them.

12       144.    BMCC is without sufficient information or belief to admit the allegations in

13   paragraph 144 of the Complaint and therefore denies them.

14       145.    BMCC is without sufficient information or belief to admit the allegations in

15   paragraph 145 of the Complaint and therefore denies them.

16       146.    BMCC is without sufficient information or belief to admit the allegations in

17   paragraph 146 of the Complaint and therefore denies them.

18       147.    BMCC is without sufficient information or belief to admit the allegations in

19   paragraph 147 of the Complaint and therefore denies them.

20       148.    BMCC is without sufficient information or belief to admit the allegations in

21   paragraph 148 of the Complaint and therefore denies them.

22       149.    BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 149 of the Complaint and therefore denies them.

24       150.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 150 of the Complaint and therefore denies them.

26       151.    Paragraph 151 consists of conclusions of law to which no response is required.

27   To the extent that a response is required, BMCC denies the allegations in paragraph 151 of the

28   Complaint.

1    152.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 152 of the Complaint and therefore denies them.

3    153.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 153 of the Complaint and therefore denies them.

5    154.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 154 of the Complaint and therefore denies them.

7    155.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 155 of the Complaint and therefore denies them.

9    156.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 156 of the Complaint and therefore denies them.

11   157.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 157 of the Complaint and therefore denies them.

13   158.    BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 158 of the Complaint and therefore denies them.

15   159.    BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 159 of the Complaint and therefore denies them.

17   160.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 160 of the Complaint and therefore denies them.

19   161.    BMCC denies the allegations in paragraph 161 of the Complaint.

20   162.    BMCC denies the allegations in paragraph 162 of the Complaint.

21   163.    BMCC denies the allegations in the first sentence of paragraph 163 of the

22   Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

23   in paragraph 163 of the Complaint and therefore denies them.

24   164.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 164 of the Complaint and therefore denies them.

26   165.    BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 165 of the Complaint and therefore denies them.

28

1      166.    BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 166 of the Complaint and therefore denies them.

3      167.    BMCC is without sufficient information or belief to admit the allegations in

4   paragraph 167 of the Complaint and therefore denies them.

5      168.    BMCC is without sufficient information or belief to admit the allegations in

6   paragraph 168 of the Complaint and therefore denies them.

7      169.    BMCC is without sufficient information or belief to admit the allegations in

8   paragraph 169 of the Complaint and therefore denies them.

9      170.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 170 of the Complaint and therefore denies them.

11      171.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 171 of the Complaint and therefore denies them.  BMCC specifically denies that it

13   participated in any unlawful conspiracy.

14      172.    [New Paragraph Needed]

15      173.    BMCC denies the allegations in paragraph 173 of the Complaint.

16      174.    BMCC denies the allegations in the first sentence of paragraph 174 of the

17   Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

18   in paragraph 174 of the Complaint and therefore denies them

19      175.    BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 175 of the Complaint and therefore denies them.

21      176.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 176 of the Complaint and therefore denies them.

23      177.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 177 of the Complaint and therefore denies them.

25      178.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 178 of the Complaint and therefore denies them.

27      179.    [New Paragraph Needed]

28

1  180.   BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 180 of the Complaint and therefore denies them.

3  181.   BMCC denies the allegations in the first sentence of paragraph 181 of the

4  Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

5  in paragraph 181 of the Complaint and therefore denies them.

6  182.   BMCC is without sufficient information or belief to admit the allegations in

7  paragraph 182 of the Complaint and therefore denies them.

8  183.   BMCC is without sufficient information or belief to admit the allegations in

9  paragraph 183 of the Complaint and therefore denies them.

10  184.   BMCC denies the allegations in paragraph 184 of the Complaint.

11  185.   BMCC denies the allegations in paragraph 185 of the Complaint.

12  186.   BMCC admits that it is located in China.  BMCC denies the other allegations in

13  paragraph 186 of the Complaint.

14  187.   BMCC is without sufficient information or belief to admit the allegations in

15  paragraph 187 of the Complaint and therefore denies them.

16  188.   BMCC is without sufficient information or belief to admit the allegations in

17  paragraph 188 of the Complaint and therefore denies them.

18  189.   BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 189 of the Complaint and therefore denies them.

20  190.   BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 190 of the Complaint and therefore denies them.

22  191.   BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 191 of the Complaint and therefore denies them.

24  192.   BMCC denies the allegations in paragraph 192 of the Complaint.

25  193.   BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 193 of the Complaint and therefore denies them.

27  194.   BMCC is without sufficient information or belief to admit the allegations in

28  paragraph 194 of the Complaint and therefore denies them.

195.    BMCC is without sufficient information or belief to admit the allegations in the first and second sentences of paragraph 195 and therefore denies them.  BMCC denies the remaining allegations in paragraph 195 of the Complaint.

196.    BMCC is without sufficient information or belief to admit the allegations in paragraph 196 of the Complaint and therefore denies them.

197.    BMCC denies the allegations in paragraph 197 of the Complaint.

198.    BMCC is without sufficient information or belief to admit the allegations in paragraph 198 of the Complaint and therefore denies them.

199.    BMCC is without sufficient information or belief to admit the allegations in paragraph 199 of the Complaint and therefore denies them.

200.    BMCC is without sufficient information or belief to admit the allegations in paragraph 200 of the Complaint and therefore denies them.

201.    BMCC denies the allegations in paragraph 201 of the Complaint.

202.    Paragraph 202 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 202 of the Complaint, including all subparagraphs thereto.

**PLAINTIFF'S INJURIES**

203.    Paragraph 203 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 203 of the Complaint.

204.    Paragraph 204 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 204 of the Complaint.

205.    Paragraph 204 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 204 of the Complaint.

206.    BMCC is without sufficient information or belief to admit the allegations in paragraph 206 of the Complaint and therefore denies them.

1   207.   BMCC denies the allegations in paragraph 207 of the Complaint.

2   208.   BMCC denies the allegations in paragraph 208 of the Complaint.

3   209.   BMCC denies the allegations in paragraph 209 of the Complaint.

4   **FRAUDULENT CONCEALMENT**

5   210.   Paragraph 210 consists of conclusions of law to which no response is required.

6   To the extent that a response is required, BMCC denies the allegations in paragraph 210 of the

7   Complaint.

8   211.   Paragraph 211 consists of conclusions of law to which no response is required.

9   To the extent that a response is required, BMCC denies the allegations in paragraph 211 of the

10   Complaint.

11   212.   Paragraph 212 consists of conclusions of law to which no response is required.

12   To the extent that a response is required, BMCC denies the allegations in paragraph 212 of the

13   Complaint.

14   213.   Paragraph 213 consists of conclusions of law to which no response is required.

15   To the extent that a response is required, BMCC denies the allegations in paragraph 213 of the

16   Complaint.

17   214.   Paragraph 214 consists of conclusions of law to which no response is required.

18   To the extent that a response is required, BMCC denies the allegations in paragraph 214 of the

19   Complaint.

20   215.   BMCC denies the allegations in paragraph 215 of the Complaint.

21   216.   BMCC denies the allegations in paragraph 216 of the Complaint.

22   217.   BMCC denies the allegations in paragraph 217 of the Complaint.

23   218.   BMCC denies the allegations in paragraph 218 of the Complaint.

24   219.   BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 219 of the Complaint and therefore denies them.

26   220.   BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 220 of the Complaint and therefore denies them.

28   221.   BMCC denies the allegations in paragraph 221 of the Complaint.

222.   BMCC denies the allegations in paragraph 222 of the Complaint.

223.   [New Paragraph Needed]

224.   [New Paragraph Needed]

225.   [New Paragraph Needed]

## CLAIM FOR VIOLATIONS

226.   In response to paragraph 226 of the Complaint, BMCC restates its responses to paragraphs 1 through 225.

227.   BMCC denies the allegations in paragraph 227 of the Complaint.

228.   BMCC denies the allegations in paragraph 228 of the Complaint.

229.   BMCC denies the allegations in paragraph 229 of the Complaint.

230.   BMCC denies the allegations in paragraph 230 of the Complaint.

231.   BMCC denies the allegations in paragraph 231 of the Complaint, including all subparagraphs thereto.

232.   BMCC denies the allegations in paragraph 232 of the Complaint.

233.   In response to paragraph 233 of the Complaint, BMCC restates its responses to paragraphs 1 through 232.

234.   BMCC is without sufficient information or belief to admit the allegations in paragraph 234 of the Complaint and therefore denies them.

235.   BMCC is without sufficient information or belief to admit the allegations in paragraph 235 of the Complaint and therefore denies them.  BMCC specifically denies that it that it participated in any conspiracy or acted as a co-conspirator.

236.   BMCC denies the allegations in paragraph 236 of the Complaint.

237.   BMCC denies the allegations in paragraph 237 of the Complaint.

238.   BMCC denies the allegations in paragraph 238 of the Complaint, including all subparagraphs thereto.

239.   BMCC denies the allegations in paragraph 239 of the Complaint, including all subparagraphs thereto.

240.   BMCC denies the allegations in paragraph 240 of the Complaint.

241.     BMCC denies the allegations in paragraph 241 of the Complaint.

242.     In response to paragraph 242 of the Complaint, BMCC restates its responses to paragraphs 1 through 241.

243.     BMCC denies the allegations in paragraph 243 of the Complaint.

244.     BMCC denies the allegations in paragraph 244 of the Complaint.

245.     BMCC denies the allegations in paragraph 245 of the Complaint, including all subparagraphs thereto.

246.     BMCC denies the allegations in paragraph 246 of the Complaint, including all subparagraphs thereto.

247.     BMCC denies the allegations in paragraph 247 of the Complaint.

248.     BMCC denies the allegations in paragraph 248 of the Complaint, including all subparagraphs thereto.

249.     BMCC denies the allegations in paragraph 249 of the Complaint, including all subparagraphs thereto.

250.     BMCC denies the allegations in paragraph 250 of the Complaint, including all subparagraphs thereto.

251.     BMCC denies the allegations in paragraph 251 of the Complaint, including all subparagraphs thereto.

252.     BMCC denies the allegations in paragraph 252 of the Complaint, including all subparagraphs thereto.

253.     BMCC denies the allegations in paragraph 253 of the Complaint, including all subparagraphs thereto.

254.     BMCC denies the allegations in paragraph 255 of the Complaint, including all subparagraphs thereto.

255.     BMCC denies the allegations in paragraph 256 of the Complaint, including all subparagraphs thereto.

256.     BMCC denies the allegations in paragraph 256 of the Complaint, including all subparagraphs thereto.

257.    BMCC denies the allegations in paragraph 257 of the Complaint, including all subparagraphs thereto.

258.    BMCC denies the allegations in paragraph 258 of the Complaint, including all subparagraphs thereto.

### PRAYER FOR RELIEF

Plaintiff's Prayer for Relief does not contain allegations of fact or law that require a response from BMCC; however, to the extent that a response is required, BMCC denies the allegations in the Prayer for Relief and all subparagraphs therein, and denies that the relief sought by Plaintiff is appropriate or available.

### JURY TRIAL DEMANDED

Plaintiff's request for a jury trial does not contain allegations of fact or law that require a response from BMCC.

### DEFENSES

Without assuming any burden of proof that it otherwise would not bear under applicable law, BMCC asserts the following defenses to each and every cause of action alleged in the Complaint:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by applicable statute(s) of limitations.

### THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, *in pari delicto* and equal responsibility.

### FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

### FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or otherwise unauthorized.

## SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to assert them individually or as a class.

## EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to allege fraud or fraudulent concealment with sufficient particularity.

## NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to allege conspiracy with sufficient particularity.

## TENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff did not detrimentally rely upon any deceptive conduct as alleged in the Complaint.

## ELEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not suffered any injury in fact or damages as a result of the allegations in the Complaint.

## TWELFTH DEFENSE

To the extent that Plaintiff purports to have suffered injury or damages, the fact of which BMCC specifically denies, BMCC avers that any such purported injury or damages was not by reason of, or proximately caused by, any act, conduct or omission of BMCC.

## THIRTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has not suffered actual, cognizable antitrust injury of the type the antitrust laws are intended to remedy.

## FOURTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the alleged damages are too speculative and uncertain, and cannot be practicably ascertained or allocated.

**FIFTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the alleged conduct of BMCC that is the subject of the Complaint either occurred outside the jurisdiction of the Court or was neither directed to nor affected persons, entities, trade or commerce in the United States, or both.

**SIXTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.  The conduct alleged by Plaintiff in the Complaint to form the basis of certain of Plaintiff's claims has not had a direct, substantial, and reasonably foreseeable effect on trade or commerce with the United States.

**SEVENTEENTH DEFENSE**

Plaintiff is precluded from recovering damages, in whole or in part, because of and to the extent of its failure to mitigate damages, if any.

**EIGHTEENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, for failure to join indispensable parties.

**NINETEENTH DEFENSE**

Plaintiff's damages, if any, resulted from the acts or omissions of third parties over whom BMCC had no control.  The acts of such third parties constitute intervening or superseding causes of harm, if any, suffered by Plaintiff.

**TWENTIETH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any action or omission by or on behalf of BMCC alleged in the Complaint was reasonable, justified, and was taken in pursuit of its own independent, legitimate business and economic interests, without any purpose or intent to injure competition.

**TWENTY-FIRST DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the conduct of BMCC that is the subject of the Complaint did not unreasonably restrain competition or lessen competition in any relevant market, and Plaintiff has failed to allege or properly define any relevant market for the purpose of asserting a claim against BMCC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## TWENTY-SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct, or statements that are specifically permitted by law.

## TWENTY-THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent such claims are inconsistent with applicable federal laws.

## TWENTY-FOURTH DEFENSE

Plaintiff's claims are barred because Plaintiff has failed to state a claim for injunctive relief insofar as Plaintiff seeks to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

## TWENTY-FIFTH DEFENSE

The relief sought by Plaintiff is barred, in whole or in part, because Plaintiff and/or certain members of the putative classes would be unjustly enriched if they were allowed to recover any part of the damages alleged in the Complaint.

## TWENTY-SIXTH DEFENSE

To the extent that any actionable conduct occurred, Plaintiff's claims against BMCC are barred because all such conduct would have been committed by individuals acting *ultra vires*.

## TWENTY-SEVENTH DEFENSE

Plaintiff's claims against BMCC are barred to the extent that it has agreed to arbitration or chosen a different forum for the resolution of its claims.

## TWENTY-EIGHTH DEFENSE

The relief sought by Plaintiff is barred, in whole or in part, because any and all injuries alleged in the Complaint, the fact and extent of which BMCC specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiff and/or third parties or entities, other than BMCC.

1

**TWENTY-NINTH DEFENSE**

2    Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff did not

3  purchase CRT products directly from Defendants, because it is an indirect purchaser and barred

4  from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

5

**THIRTIETH DEFENSE**

6    Plaintiff's claims are barred, in whole or in part, by Plaintiff's acquiescence and/or

7  confirmation of any and all conduct and/or omissions alleged as to BMCC.

8

**THIRTY-FIRST DEFENSE**

9    Plaintiff's claims are barred because the Court lacks personal jurisdiction over BMCC.

10

**THIRTY-SECOND DEFENSE**

11    Without admitting that Plaintiff is entitled to recover damages in this matter, BMCC is

12  entitled to set off from any recovery Plaintiff may obtain against BMCC by any other Defendants

13  who have settled, or do settle, Plaintiff's claims in this matter.

14

**THIRTY-THIRD DEFENSE**

15    Plaintiff's claims are barred due to uncertainty and vagueness and because its claims are

16  ambiguous and/or unintelligible.  BMCC avers that Plaintiff's claims do not describe the events

17  or legal theories with sufficient particularity to permit BMCC to ascertain what other defenses

18  may exist.

19

**THIRTY-FOURTH DEFENSE**

20    Plaintiff's claims are barred, in whole or in part, because the alleged conduct of BMCC

21  involved or was caused by, due to, compelled by, based upon, or in response to directives, laws,

22  regulations, policies, and/or acts of foreign states, foreign governments, foreign governmental

23  agencies and entities, and/or foreign regulatory agencies.

24

**THIRTY-FIFTH DEFENSE**

25    This Court should not adjudicate Plaintiff's claims for prudential considerations including

26  international comity.

27

28

**THIRTY-SIXTH DEFENSE**

The relief sought by Plaintiff is barred, in whole or in part, because any alleged conduct of BMCC occurred outside of the jurisdiction of the Court.

**THIRTY-SEVENTH DEFENSE**

Plaintiff's claims are barred to the extent that they are based on conduct beyond the territorial reach of the laws or courts of the United States.

**THIRTY-EIGHTH DEFENSE**

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

**THIRTY-NINTH DEFENSE**

The injunctive relief sought by Plaintiff is barred, in whole or in part, because Plaintiff has available an adequate remedy at law.

**FORTIETH DEFENSE**

BMCC adopts and incorporates by reference any applicable defense asserted or to be asserted by any other Defendant in this proceeding not otherwise expressly set forth herein insofar as the defense(s) may be properly asserted by BMCC.

**FORTY-FIRST DEFENSE**

BMCC has not knowingly or intentionally waived any applicable defenses and hereby reserves the right to amend or supplement its Answer and to assert and rely on any other defenses as and if they become available.  BMCC further reserves the right to delete defenses that it determines are not applicable.

**FORTY-SECOND DEFENSE**

Plaintiff's claims are barred because it has not properly served BMCC in this matter.

WHEREFORE, BMCC prays that:

1.      The Court dismiss with prejudice Plaintiff Target Corp.'s Complaint;

2.      Plaintiff recovers no relief of any kind against defendant BMCC;

3.      The Court award defendant BMCC its attorneys' fees and all other costs reasonably incurred in defense of this action; and

1    4.      The Court award to defendant BMCC such other relief as it may deem just and proper.

2    Dated: March 27, 2014                    FRESHFIELDS BRUCKHAUS
                                              DERINGER US LLP
3
                                              By: /s/ Richard Snyder
4                                                 Richard Snyder (admitted *pro hac vice*)
                                                  Freshfields Bruckhaus Deringer
5                                                   US LLP
                                                  Email: richard.snyder@freshfields.com
6                                                 701 Pennsylvania Avenue NW, Suite 600
                                                  Washington, DC  20004
7                                                 Tel: (202) 777-4565
                                                  Fax: (202) 777-4555
8
                                              ***Attorney for Defendant Beijing***
9                                             ***Matsushita Color CRT Co., Ltd.***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2       I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the

3   within action.  I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, 701

4   Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

5       On March 27, 2014, I caused a copy of **DEFENDANT BEIJING MATSUSHITA**

6   **COLOR CRT CO., LTD.'S ANSWER TO TARGET CORP.'S SECOND AMENDED**

7   **COMPLAINT** to be filed electronically via the Court's Electronic Case Filing System, which

8   constitutes service in this action pursuant to the Court's order of September 29, 2008.

9

10  Dated:  March 27, 2014                    FRESHFIELDS BRUCKHAUS
                                              DERINGER US LLP
11
                                          By:*/s/ Richard Snyder*_____
12                                            Richard Snyder (admitted *pro hac vice*)
                                              Freshfields Bruckhaus Deringer
13                                             US LLP
                                              Email: richard.snyder@freshfields.com
14                                            701 Pennsylvania Avenue NW, Suite 600
                                              Washington, DC  20004
15                                            Tel: (202) 777-4565
                                              Fax: (202) 777-4555
16
                                              ***Attorney for Defendant Beijing***
17                                            ***Matsushita Color CRT Co., Ltd.***

18

19

20

21

22

23

24

25

26

27

28