*(Stipulating Parties Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION** |

MDL 1917
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION (3:07-CV-5944 SC, MDL NO. 1917).

WHEREAS, the Indirect Purchaser Plaintiffs ("IPPs") filed a Fourth Consolidated Amended Complaint on January 10, 2013 in the United States District Court for the Northern District of California against Defendants Philips Taiwan Limited and Philips do Brasil Ltda.[1] (collectively the "Philips Defendants"), among others;

WHEREAS, the Philips Defendants intend to file a Notice of Motion and Motion to Dismiss the IPPs' Fourth Consolidated Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction (the "Motion to Dismiss") and to notice the Motion to Dismiss for a hearing on May 30, 2014;

WHEREAS, counsel for the Philips Defendants and counsel for the IPPs have met and conferred and have agreed upon a mutually acceptable briefing schedule relating to the Philips Defendants' Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED by and between the Philips Defendants and the IPPs that:

1. The Philips Defendants shall file their Notice of Motion and Motion to Dismiss the IPPs' Fourth Consolidated Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction (the "Motion to Dismiss") on or before March 26, 2014;

2. IPPs shall submit their Opposition to the Philips Defendants' Motion to Dismiss on or before April 14, 2014; and

3. The Philips Defendants shall file their Reply Brief in support of their Motion to Dismiss on or before April 24, 2014.

\* \* \*

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

---

[1] The IPPs' Fourth Consolidated Amended Complaint names Philips Electronics Industries (Taiwan), Ltd. and Philips da Amazonia Industria Ltda. as defendants. But Philips Electronics Industries (Taiwan), Ltd. has been merged into Philips Taiwan Limited and Philips da Amazonia Industria Electronica Ltda. has been merged into Philips do Brasil Ltda.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 03/27/2014

*[Seal: United States District Court, Northern District of California]*
*[Signature]*
Judge Samuel Conti
_____
District Judge

Dated: March 26, 2014                          BAKER BOTTS L.L.P.

By: /s/ Erik T. Koons
    Jon V. Swenson (SBN 233054)
    1001 Page Mill Road
    Building One, Suite 200
    Palo Alto, CA 94304
    Telephone: (650) 739-7500
    Facsimile: (650) 739-7699
    Email: jon.swenson@bakerbotts.com

    John M. Taladay (*pro hac vice*)
    Joseph Ostoyich (*pro hac vice*)
    Erik T. Koons (*pro hac vice*)
    Charles M. Malaise (*pro hac vice*)
    **BAKER BOTTS L.L.P.**
    1299 Pennsylvania Ave., N.W.
    Washington, DC 20004-2400
    Telephone: (202) 639-7700
    Facsimile: (202) 639-7890
    Email: john.taladay@bakerbotts.com
    Email: joseph.ostoyich@bakerbotts.com
    Email: erik.koons@bakerbotts.com
    Email: charles.malaise@bakerbotts.com

    ***Attorneys Specially Appearing for Defendants Philips Taiwan Limited and Philips do Brasil Ltda.***

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: /s/ Mario N. Alioto

MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION (3:07-CV-5944 SC, MDL NO. 1917).