**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157* | **[PROPOSED] ORDER GRANTING THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Upon consideration of Thomson SA's Administrative Motion to File Under Seal Portions of its Reply in Support of Its Motion to Strike With Prejudice Tech Data's First Amended Complaint, the Declaration of Jeffrey S. Roberts in support thereof, and good cause appearing therefore:

The Court hereby GRANTS Thomson SA's motion to seal and orders that the portions of Thomson SA's Reply in Support of Its Motion to Strike With Prejudice Tech Data's First Amended Complaint that reference Exhibits B, K, L, N, O, P, and S though X to Tech Data's Opposition shall be sealed.

IT IS SO ORDERED.

DATED: March 28, 2014

_____
Hon. Samuel Conti
United States District Judge

[PROPOSED] ORDER GRANTING THOMSON SA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL     1     No. 07-5944-SC; MDL No. 1917