IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) MDL No. 1917<br>)<br>) Case No. C-07-5944-SC<br>)<br>) ORDER RE: CLERICAL ERROR IN<br>) <u>DOCKET NUMBER 2439</u><br>) |

The Sharp Plaintiffs notified the Court that in its order on the Mitsubishi defendants' motion to dismiss various Direct Action Purchasers' ("DAPs") complaints, there are two minor clerical errors.

The Court makes the following corrections: the portion of the caption referring to Sharp's first amended complaint is deleted. On page nine, the phrase "Sharp argues that its . . . " is replaced with "The DAPs argue that their . . . ."

IT IS SO ORDERED.

Dated: March 28, 2014

_____
UNITED STATES DISTRICT JUDGE