*(Stipulating parties listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: | **Case No. 07-5944 SC** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | **MDL No. 1917** |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261; | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFFS' COMPLAINTS** |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | Judge: Hon. Samuel Conti |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725; | |
| *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686 | |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173 | |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Electrograph Systems, Inc.; Electrograph
2  Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating
3  Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best
4  Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of
5  America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island
6  Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency
7  Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck
8  and Co. and Kmart Corp.; and Target Corp., (collectively "the DAPs"), Sharp Electronics
9  Corporation and Sharp Electronics Manufacturing Company of America, Inc., (collectively,
10 "Sharp"), Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and
11 Mitsubishi Electric Visual Solutions America, Inc., (collectively "Mitsubishi Electric"), and
12 Defendants Thomson S.A. (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc.
13 (n.k.a. Technicolor USA, Inc.) (collectively, "Thomson") have conferred by and through their
14 counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now pending in this MDL, naming Mitsubishi Electric and Thomson as Defendants;

WHEREAS, Sharp has filed an Amended Complaint, now pending in this MDL, naming Thomson as Defendants;

WHEREAS, on December 30, 2013, Mitsubishi Electric filed a Notice of Motion and Motion to Dismiss (Dkt. No. 2299) the DAPs' Complaints;

WHEREAS, on January 27, 2014, Thomson Consumer filed a Notice of Motion and Motion to Dismiss the DAPs' Complaints (Dkt. No. 2353);

1   WHEREAS, on January 27, 2014, Thomson SA filed a Notice of Motion and Motion to
2   Dismiss the DAPs' Complaints (Dkt. No. 2355);
3   WHEREAS, on November 25, 2013, Thomson filed a Notice of Motion and Motion to
4   Dismiss Sharp's First Amended Complaint (Dkt. 2236);
5   WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion
6   to Dismiss Sharp's First Amended Complaint (Dkt. 2235);
7   WHEREAS, on March 13, 2014, the Court entered an Order granting in part and denying
8   in part Mitsubishi Electric's Motion to Dismiss the DAPs' Complaints or First Amended
9   Complaints, dismissing certain state-law claims but denying the motions with respect to the
10  federal and New York claims (Dkt. No. 2439);
11  WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying
12  in part the Thomson Defendants' Motions to Dismiss Sharp's First Amended Complaint and the
13  DAPs' Complaints or First Amended Complaints, dismissing certain state-law claims but
14  denying the motions with respect to the federal and New York claims (Dkt. No. 2440);
15  WHEREAS, Federal Rule of Civil Procedure 12(a)(4) requires Mitsubishi Electric and
16  Thomson Answer or otherwise respond to Plaintiffs' Complaints or Amended Complaints by
17  March 27, 2014;
18  WHEREAS, Mitsubishi Electric and the DAPs have conferred and agreed to an initial
19  extension of time for Mitsubishi Electric to Answer or otherwise respond to the DAPs
20  Complaints or First Amended Complaints;
21  WHEREAS, Thomson and the DAPs have conferred and agreed to an initial extension of
22  time for Thomson to Answer or otherwise respond to the DAPs Complaints or First Amended
23  Complaints;
24  WHEREAS, Thomson and Sharp have conferred and agreed to an initial extension of
25  time for Thomson to Answer or otherwise respond to the Sharp's Amended Complaint;

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. Mitsubishi Electric shall Answer or otherwise respond to the DAPs' Complaints or First Amended Complaints by April 10, 2014.
2. Thomson shall Answer or otherwise respond to Sharp's First Amended Complaint and the DAPs' Complaints or First Amended Complaints by April 10, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 03/28/2014

_____
Hon. Samuel Conti
United States District Judge

Dated:  March 27, 2014                JENNER & BLOCK LLP

By: */s/ Terrence J. Truax*

Terrence J. Truax
Michael T. Brody
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.*

Dated:  March 27, 2014                FAEGRE BAKER DANIELS LLP

By: */s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

|  |  |
|---|---|
|  | Calvin L. Litsey (SBN 289659)<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA  94303-2279<br>Telephone: (650) 324-6700<br>Facsimile: (650) 324-6701<br>calvin.litsey@FaegreBD.com<br><br>*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| Dated:  March 27, 2014 | BOIES, SCHILLER & FLEXNER LLP<br><br>By:  __/s/ Philip J. Iovieno_____<br><br>Philip J. Iovieno<br>Anne M. Nardacci<br>Boies, Schiller & Flexner LLP<br>30 South Pearl St., 11th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br>piovieno@bsfllp.com<br>anardacci@bsfllp.com<br><br>William Isaacson<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Ave. NW, Suite 800<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br><br>Stuart Singer<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br>ssinger@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs* |
| Dated: March 27, 2014 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By: __/s/ Kenneth A. Gallo_____<br><br>Kenneth A. Gallo (*pro hac vice*)<br>Joseph J. Simons (*pro hac vice*)<br>Craig A. Benson (*pro hac vice*)<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP |

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE
TO RESPOND TO CERTAIN PLAINTIFFS' COMPLAINTS
Case No. 07-5944; MDL NO. 1917

2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.