**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT H**



# The New York Times

620 8TH AVENUE • NEW YORK, NY 10018

---

## CERTIFICATION OF PUBLICATION

I, _____, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

JAN 2 4 2014 _____ , 20 _____

JAN 1 9 2014 _____ , 20 _____

Approved: _Maria Pennullo_

THIS CERTIFICATION
NOT VALID
WITHOUT NYT RAISED SEAL

---

**LEGAL NOTICE**

### If You Bought A Cathode Ray Tube Product, A Class Action Lawsuit and Settlement May Affect You.

Cathode Ray Tube (CRT) Products include CRTs, Televisions, Computer Monitors, and other products containing CRTs. | Para una notificación en Español, llamar o visitar nuestro website.

On September 15, 2013, the US District Court for the Northern District of California (the "Court") certified plaintiff classes in 21 states and the District of Columbia, of individuals and businesses that indirectly purchased any CRT Product from the Defendant Companies or any coconspirator (collectively "Defendants"), for their own use and not for resale, from March 1, 1995 through November 25, 2007 (the "Litigated Class"). The case is *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, 07-cv-05944-SC. "Indirect" means that you did not buy the CRT Product directly from any of the Defendants.

A Settlement has been reached with LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd. ("LG"). On December 9, 2013, the Court preliminarily approved the LG Settlement and certified a nationwide (excluding Illinois, Oregon and Washington) settlement class of individuals and businesses that indirectly purchased any CRT Product from the Defendants, for their own use and not for resale, from March 1, 1995 through November 25, 2007 (the "Settlement Class"). The Court previously approved a settlement with defendants Chunghwa Picture Tubes Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn Bnd.

The litigation is continuing against the remaining Defendants. The Settlement Agreement, the Class Certification Order, the Preliminary Approval Order and a complete list of the Defendants are set out in the Detailed Notice available at www.CRTsettlement.com.

**What is this case about?**

The lawsuit claims that numerous Defendants, including LG, conspired to fix, raise, maintain or stabilize prices of CRT Products resulting in overcharges to consumers who bought CRT Products such as televisions and computer monitors. The Defendants deny that they did anything wrong. The Court has not decided who is right.

**What does the Settlement Provide?**

The Settlement provides for the payment by LG of $25 million in cash, plus interest, to the Settlement Class. It also provides that LG will furnish information about the case, including other Defendants' involvement in the alleged conspiracy, to Class Counsel. Money will not be distributed to Settlement Class members yet. The lawyers will pursue the lawsuit against the other Defendants. After that is over, if any future settlements or judgments can be obtained in the case and then distribute the funds together to reduce expenses. It is possible that money

will be distributed to Settlement Class members. It is nearly as practicable representative of the interests of indirect purchasers of CRT Products instead of Settlement Class members themselves if the cost to process claims would result in small payments to members of the Settlement Class.

**Who Represents You?**

The Court has appointed Mario N. Alioto of Trump, Alioto, Trump & Prescott LLP as "Class Counsel" to represent members of the Litigated Class and the Settlement Class. You do not have to pay these lawyers to represent you. You may hire your own attorney, if you wish, but if you do so you will be responsible for your own attorney's fees and expenses.

**What are your Options?**

If you wish to remain a member of the Litigated Class and the Settlement Class, you do not need to take any action at this time. You will be bound by the judgment of the Court regarding your claims and cannot present them in another lawsuit. If you don't want to be a member of the Litigated Class, or be legally bound by the Settlement, you must exclude yourself in writing by **March 20, 2014**. If you remain a Settlement Class member, you may object to the Settlement by **March 20, 2014**. The Detailed Notice, which you may review online at www.CRTsettlement.com, describes how to exclude yourself from the Litigated Class or the Settlement Class, or how to object to the Settlement. The Court will hold a Fairness Hearing at 10:00 a.m. on **April 16, 2014**, at 450 Golden Gate Ave, 17th Floor, Courtroom One, San Francisco, CA 94102. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.CRTsettlement.com. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. The Court will also consider Class Counsel's request that $5 million from the Settlement Fund be set aside to pay for expenses incurred or to be incurred in prosecuting this case. Class Counsel are not asking for attorneys' fees at this time. At a future time, Class Counsel will ask the Court for attorneys' fees not to exceed one third of this and any future settlements. If there are objections or comments to the requested, the Court will consider them at that time. You may appear at the hearing, but you don't have to. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take. Please do not contact the Court about this case. Please retain any receipts or other evidence of purchase of any CRT Product. Before disposing of any CRT Product please see the Detailed Notice for recommendations on preserving proof of ownership.

For more details, call toll free 1-800-649-8153, visit www.CRTsettlement.com or write to CRT Indirect Settlement, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT I**

# AFIDAVIT

Yo, Lisandra Encarnación Flores, habiendo prestado el debido juramento declaro:

Que soy Oficinista de Ventas del periódico "EL NUEVO DÍA" que se publica en Guaynabo, P.R.; que en la edición de este periódico corresponde al día:

### DOMINGO, 19 DE ENERO DE 2014

se dio publicidad al anuncio expedido por:

### AVISO LEGAL

### SI USTED HA COMPRADO UN PRODUCTO CON TUBO DE RAYOS CATÓDICOS, PODRÍA VERSE AFECTADO POR UN ACUERDO DE DEMANDA COLECTIVA

en el caso arriba mencionado y copia del cual se une al presente afidavit para que forme parte del mismo.

Guaynabo, P.R. ____2 1 ENE. 2014____.

Afidavit No. ____26,724____ del Registro.

Jurado y reconocido ante mi por la Sra. Lisandra Encarnación Flores, mayor de edad, casada, Oficinista de Ventas del periódico "EL NUEVO DÍA" residente de Carolina a quien doy fe de conocer personalmente,

Guaynabo, P.R. ____2 1 ENE. 2014____.

_____
NOTARIO





**AVISO LEGAL**

**Si usted ha comprado un producto con tubo de rayos catódicos, podría verse afectado por un Acuerdo de Demanda Colectiva**

Los productos con tubo de rayos catódicos (**CRT**, del inglés Cathode Ray Tube) incluyen tubos de rayos catódicos, televisores, monitores de computadoras y otros productos que contienen CRT.

Para una notificación en Español, llamar o visitar nuestro sitio web.

El 19 de septiembre de 2013, el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California (el "Tribunal") certificó grupos demandantes en 21 estados y el Distrito de Columbia, de individuos y negocios que compraron indirectamente cualquier producto CRT a las Compañías Demandadas o a cualquier copartícipe (denominados colectivamente "Demandados"), para su propio uso y no para revender, del 1 de marzo de 1995 al 25 de noviembre 25 de 2007 (el "Grupo Litigante"). El caso se encuentra en *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, 07-cv-05944-SC. "Indirectamente" significa que usted no compró el producto CRT directamente a ninguno de los Demandados.

Se ha llegado a un Acuerdo con LG Electronics, Inc.; LG Electronics USA, Inc.; y LG Electronics Taiwan Taipei Co., Ltd. ("LG"). El 9 de diciembre de 2013, el tribunal aprobó preliminarmente el Acuerdo LG y certificó para toda la nación (excluyendo Illinois, Oregón y Washington) un acuerdo colectivo de individuos y negocios que compraron indirectamente cualquier producto CRT a los Demandados para su propio uso y no para revender, del 1 de marzo de 1995 hasta el 25 de noviembre de 2007 (el "Acuerdo Colectivo"). El Tribunal previamente aprobó un acuerdo con los demandados Chunghwa Picture Tubes Ltd. y Chunghwa Picture Tubes (Malasia) Sdn Bhd.

El litigio contra los restantes Demandados continúa. El Acuerdo de Conciliación, la Orden de Certificación de la Demanda Colectiva, la Orden de Acuerdo Preliminar  y una lista completa de Demandados aparecen detalladamente en el Aviso Detallado, disponible *www.CRTsettlement.com*.

**¿De qué se trata este caso?**

La demanda alega que numerosos Demandados, incluyendo a LG, conspiraron para establecer, aumentar, mantener o estabilizar precios de productos CRT, lo cual llevó a sobrecargos para los consumidores que compraron productos con CRT como televisores y monitores de computadoras. Los Demandados niegan haber hecho algo incorrecto. El Tribunal aún no ha decidido quién tiene la razón

**¿Qué dispone el Acuerdo?**

El Acuerdo dispone el pago por parte de LG de $25 millones en efectivo, más el interés, al Grupo Demandante. También estipula que LG dará información sobre el caso, incluyendo la participación de otros Demandados en la supuesta conspiración, al Abogado de los Demandantes. Todavía no se distribuirá dinero a los miembros del Grupo del Acuerdo. Los abogados continuarán la demanda contra los restantes Demandados para determinar si cualesquiera acuerdos o juicios futuros pueden lograrse en el caso y entonces distribuir los fondos conjuntamente para reducir gastos. Es posible que se distribuya dinero a organizaciones que son, en cierta medida, representativas de los intereses de compradores indirectos de productos CRT en lugar de los mismos miembros del Acuerdo Colectivo, si el costo de procesamiento para las reclamaciones resultara en pequeños pagos a los miembros del Grupo del Acuerdo.

**¿Quién lo representa a usted?**

El Tribunal ha nombrado a Mario N. Alioto de Trump, Alioto, Trump & Prescott LLP como "Abogado del Grupo" para representar a los miembros del Grupo Litigante y del Grupo del Acuerdo.  Usted no tiene que pagar a estos abogados para que lo representen. Usted puede contratar a su propio abogado, si lo desea, pero si lo hace, será responsable de los honorarios y gastos de su propio abogado.

**¿Cuáles son sus Opciones?**

Si desea mantenerse como miembro del Grupo Litigante, no precisa hacer nada ahora. Usted estará vinculado al fallo del Tribunal respecto a sus reclamaciones y no puede presentarlas en otra demanda. Si no quiere ser parte del Grupo Litigante ni estar obligado legalmente al Acuerdo, tiene que excluirse por escrito para el **20 de marzo de 2014**. Si permanece como miembro del Grupo del Acuerdo puede objetar al Acuerdo para el **20 de marzo de 2014**. El Aviso en Detalle que puede revisar online en *www.CRTsettlement.com*, describe cómo excluirse del Grupo Litigante o Grupo de Acuerdo, o cómo objetar el Acuerdo. El Tribunal efectuará una Audiencia de Imparcialidad a las 10:00 a.m. el **18 de abril de 2014**, en 450 Golden Gate Ave., 17th Floor, Courtroom One, San Francisco, CA 94102. La audiencia puede cambiarse a una fecha u hora distinta sin previa notificación, así que es una buena idea chequear en *www.CRTsettlement.com*. En esta audiencia, el Tribunal considerará si el Acuerdo es justo, razonable y adecuado. El Tribunal también considerará la solicitud del abogado del grupo acerca de que que  $5 millones del Fondo de Acuerdo le sean separados para pagar por los gastos incurridos o en los que se incurrirá en la prosecución del caso. El abogado del Grupo no está solicitando honorarios para los consejeros en este momento. En el futuro, el abogado del Grupo solicitará al Tribunal honorarios para los abogados que no excederán un tercio del presente Acuerdo y cualquier acuerdo futuro. Si hay comentarios u objeciones respecto a los honorarios solicitados, el Tribunal la considerará en dicho momento.  Usted puede comparecer a la audiencia, pero no está obligado a hacerlo. Después de la audiencia, el Tribunal decidirá si aprobar el Acuerdo. No sabemos cuánto tardará dicha decisión. Por favor, no contacte al Tribunal sobre este caso. Por favor conserve cualquier recibo u otra prueba de compra de cualquier producto CRT. Antes de disponer de cualquier producto CRT, por favor vea el Aviso en Detalle para recomendaciones acerca de preservar prueba de propiedad.

Para más detalles llame gratis al 1-800-649-8153, visite *www.CRTsettlement.com*, o escriba a CRT Indirect Settlement, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.



# La Universidad Central de Bayamón
te invita a ser parte del

## 4to Simposio Multidisciplinario de Conciencia Social
Para una comprensión de la familia

**Programa de las actividades en celebración de la Semana de Santo Tomás de Aquino, Patrono de las Universidades y Escuelas Católicas**

### lunes, 27 de enero de 2014
Conversatorio sobre la catequesis, la educación y la familia a la luz del Sínodo sobre la Nueva Evangelización (2012) - 9:00am - Teatro
Cine Foro "La última cima" - 6:30pm - Teatro - P. Orlando Lugo Pérez y Pastoral Juvenil de la Vicaría de Bayamón

### martes, 28 de enero de 2014
Eucaristía de la Solemnidad de Santo Tomás de Aquino - 10:00 am - Teatro
Coctel y conversatorio para Exalumnos de la UCB - 7:00pm - Anfiteatro

### miércoles, 29 de enero de 2014
Conversatorio sobre los desafíos de los laicos en la Nueva Evangelización 5:00pm - Teatro
Asamblea de Oración para Jóvenes Adultos: The Workshop - 7:45pm - Teatro

### jueves, 30 de enero de 2014
Panel sobre la exhortación apostólica "Evangelii Gaudium"
7:00pm - CEDOC
(Carmen M. Fagot, RSCJ / Fr. Félix Struik, OP / Néstor Duprey
Lyssette Avilés, OP / Luis Rivera Pagán / P. Pedro Ortiz)

### 4to Simposio Multidisciplinario de Conciencia Social: Para una comprensión de la familia

### viernes, 31 de enero de 2014 / 8:00am - 4:00pm / Teatro

- Familia, sé lo que eres: El gran reto. - P. Jorge Ambert, SJ
- Una reflexión filosófica sobre la familia ante la crisis actual: para una fundamentación de la familia - Dr. Oscar Cruz Cuevas, PhD
- Historia pastoral: Matrimonio y Familia en el San Juan colonial, Siglo XIX. - Dr. Carlos Alberto Rodríguez Villanueva, OP, PhD
- Modelos de familia no tradicional: equidad, democracia y cambio social. Prof. Dagmar Galarza, PhDc
- Aspectos legales y jurídicos de la familia, la pareja y el matrimonio - Lcdo. Ramón Guzmán, JD

### sabado, 1 de febrero de 2014 / 8:00am - 4:00pm / Teatro

- Análisis psicológico de la vida en pareja y la psicoterapia: mitos y realidades (I) - Dr. Arturo de los Santos Montes, PhD
- Análisis psicológico de la vida en pareja y la psicoterapia: mitos y realidades (II) - Dr. Miguel Pagán, PsyD – Psicólogo Clínico
- Construyendo una Sexualidad Saludable de la pareja - Dr. José Pando, PhD

**Eventos libres de costo - Estacionamiento $3.21**

Para más información: Joel Vélez • jvelez@ucb.edu.pr
**787.786.3030 ext. 2532**
Búscanos en Calidad de Vida UCB




Printed and distributed by PressReader
PressReader.com • +1 604 278 4604
COPYRIGHT AND PROTECTED BY APPLICABLE LAW

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT J

# Zone Map
*National Circulation | Effective February 2, 2014*



**MEDIA KIT 2014**



| Zone | Circulation | Zone | Circulation | Zone | Circulation |
|---|---|---|---|---|---|
| **1** Connecticut<br>New Jersey<br>New York | 2,298,773 | **5** Delaware<br>Maryland<br>Pennsylvania<br>Washington, D.C.<br>Virginia<br>West Virginia | 4,039,726 | **8** Arkansas<br>Kentucky<br>Missouri<br>North Carolina<br>South Carolina<br>Tennessee | 3,064,740 |
| **2** Maine<br>Massachusetts<br>New Hampshire<br>Rhode Island<br>Vermont | 1,045,796 | **6** California | 4,056,777 | **9** Alabama<br>Florida<br>Georgia<br>Mississippi | 4,013,367 |
| **3** Illinois<br>Indiana<br>Ohio | 3,619,281 | **7** Alaska<br>Arizona<br>Colorado<br>Hawaii<br>Idaho<br>Montana<br>Nevada<br>New Mexico<br>Oregon<br>Utah<br>Washington<br>Wyoming | 3,270,539 | **10** Kansas<br>Louisiana<br>Oklahoma<br>Texas | 3,617,658 |
| **4** Iowa<br>Michigan<br>Minnesota<br>Nebraska<br>North Dakota<br>South Dakota | 2,973,378 | | | | |

Source: *Parade* 1/6/14 circulation based on AAM, CAC, VAC, newspaper publisher statements and estimates 9/30/13

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT K**

 **USA WEEKEND**        **MEDIA KIT**

# CIRCULATION

About USA WEEKEND

Reader Profile

**Circulation**

Editorial Calendar

Rates

Production

Closing Dates

Newspaper Relations

Contact Us

For more information or to advertise, contact your USA WEEKEND account representative at 212.715.2101 today.

PDF Download: Marketing Regions

**Total Circulation:** 22.25MM

**Rate Base:** 22.25MM

**Newspapers:** 770+

## Marketing Regions

USA WEEKEND's circulation can be divided by Marketing Region or by specific markets.

| Region | | Circulation (millions) | States |
|---|---|---|---|
| 1 | New England | 0.8 | Connecticut, Maine, Massachusetts , New Hampshire, Rhode Island, Vermont |
| 2 | Midwest | 1.0 | Iowa, Kansas, Minnesota, Missouri, Nebraska, North Dakota, South Dakota |
| 3 | Mid-Atlantic | 3.7 | Delaware, District of Columbia, Maryland, New Jersey, New York, Pennsylvania, Virginia, West Virginia |
| 4 | Southeast | 2.9 | Florida, Georgia, North Carolina, South Carolina |
| 5 | South/Gulf Coast | 3.6 | Alabama, Arkansas, Kentucky, Louisiana, Mississippi, Oklahoma, Tennessee, Texas |
| 6 | Central Great Lakes | 4.9 | Illinois, Indiana, Michigan, Ohio, Wisconsin |
| 7 | Western Mountains | 2.75 | Alaska, Arizona, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming |
| 8 | California | 2.6 | California |

Source: USA WEEKEND Magazine's total circulation and rate base reflect USA WEEKEND's carrier newspaper list effective 8/1/2013, based on a compilation of AAM/CAC/VAC or newspaper publisher statements. Ask your USA WEEKEND representative for current circulation.

USA WEEKEND Magazine. The magazine that makes a difference. 1.800.487.2956

A Gannett Co., Inc. property

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT L**

## USA TODAY ADVERTISING PRINT MARKETS



**Atlanta**
Monday-Thursday: 51,677
Friday: 59,242

**BOSTON**
Monday-Thursday: 54,683
Friday: 64,417

**CAROLINAS**
Monday-Thursday: 79,995
Friday: 94,344

**CHICAGO**
Monday-Thursday: 58,167
Friday: 61,359

**CINCINNATI**
Monday-Thursday: 59,450
Friday: 65,694

**DALLAS**
Monday-Thursday: 55,176
Friday: 62,722

**DENVER**
Monday-Thursday: 44,393
Friday: 52,140

**DETROIT**
Monday-Thursday: 50,277
Friday: 60,708

**HOUSTON**
Monday-Thursday: 49,467
Friday: 56,906

**KANSAS CITY**
Monday-Thursday: 41,262
Friday: 47,598

**LOS ANGELES**
Monday-Thursday: 89,589
Friday: 106,972

**MINNEAPOLIS**
Monday-Thursday: 30,512
Friday: 35,817

**NASHVILLE**
Monday-Thursday: 34,752
Friday: 40,555

**NEW ORLEANS**
Monday-Thursday: 32,497
Friday: 37,705

**NEW YORK**
Monday-Thursday: 97,167
Friday: 116,666

**NORTH CENTRAL FLORIDA**
Monday-Thursday: 74,299
Friday: 86,965

**PHILADELPHIA**
Monday-Thursday: 36,647
Friday: 43,224

**PHOENIX**
Monday-Thursday: 41,157
Friday: 48,869

**PITTSBURGH/CLEVELAND**
Monday-Thursday: 65,538
Friday: 76,440

**SAN FRANCISCO**
Monday-Thursday: 44,599
Friday: 53,847

**SEATTLE**
Monday-Thursday: 37,218
Friday: 46,555

**SOUTH FLORIDA**
Monday-Thursday: 40,464
Friday: 43,563

**ST. LOUIS**
Monday-Thursday: 29,837
Friday: 34,286

**WASHINGTON/BALTIMORE**
Monday-Thursday: 74,125
Friday: 85,639

Source: Sept. 2013 AAM Publisher's Statement (print copies only)

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT M

# NATIONAL CIRCULATION



**DIGITAL**

Largest digital circulation among U.S. newspapers

**TOTAL**

**Sunday: 2,322,429**
67% outside NY Market

**Weekday: 1,865,318**
65% outside NY Market

Unique subscribers increased 14% for Sunday and 17% for Weekday year over year

**PRINT**

Circulation in 350+ markets
49,000+ retail outlets

Sources: AAM Publisher's Statement, March 2013; NY Market is defined as the NY DMA + Mercer county, CT; Internal Data, May 2013

6

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT N

**Cathode Ray Tube (CRT) Antitrust Litigation** — Class Action Notice
U.S. District Court, Norther District of California

| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

Search

# Legal Notice

**Welcome to the Information Website for the Cathode Ray Tube (CRT) Antitrust Litigation**
(All Indirect Purchaser Actions: 07-cv-05944-SC, MDL No. 1917, USDC, N.D. Cal.)

**CLICK HERE** to see the Detailed Notice, the Settlement Agreement with LG Electronics, Inc. and other important case documents.

### Overview of the Certified Class

On September 19, 2013, the US District Court for the Northern District of California certified plaintiff classes in 21 states and the District of Columbia, of individuals and businesses that indirectly purchased any CRT Product from the Defendant Companies or any co-conspirator (collectively "Defendants"), for their own use and not for resale, from March 1, 1995 through November 25, 2007 (the "Litigated Class"). "Indirect" means that you did not buy the CRT Product directly from any of the Defendants.

The lawsuit claims that numerous Defendants conspired to fix, raise, maintain or stabilize prices of CRT Products resulting in overcharges to consumers who bought CRT Products such as televisions and computer monitors. The Defendants deny that they did anything wrong. The Court has not decided who is right.

### Overview of the Class Settlement with LG Electronics, Inc.

A Settlement has been reached with LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd. ("LG"). On December 9, 2013, the Court preliminarily approved the LG Settlement and certified a nationwide (excluding Illinois, Oregon and Washington, which are bringing their own separate cases) settlement class of individuals and businesses that indirectly purchased any CRT Product from the Defendants, for their own use and not for resale, from March 1, 1995 through November 25, 2007 (the "Settlement Class"). The litigation is continuing against the remaining Defendants.

The Settlement provides for the payment by LG of $25 million in cash, plus interest, to the Settlement Class. It also provides that LG will furnish information about the case, including other Defendants' involvement in the alleged conspiracy, to Class Counsel. Money will not be distributed to Settlement Class members yet. See the Detailed Notice for further information on the Settlement.

### Class Member Options

| Do Nothing | You will remain a member of the Litigated Class and the Settlement Class. |
|---|---|
| **Exclude Yourself** | The deadline to exclude yourself (opt out) from the Litigated Class or the Settlement Class is **March 20, 2014**. |
| **Object or Comment on the Settlement** | The deadline to file objections or comments to the Settlement is **March 20, 2014**. |

Consult the Detailed Notice for further information on Class Member Options.

### Settlement Hearing

The Court will hold a Fairness Hearing at 10:00 a. m. on **April 18, 2014**, at 450 Golden Gate Ave., 17th Floor, Courtroom One, San Francisco, CA 94102. The hearing may be moved to a different date or time without additional notice, so it is a good idea to continue to check this website for updated information.

**For more details**, call toll free 1-800-649-8153 or write to:

CRT Indirect Settlement
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

---

**IMPORTANT DATES**

03/20/2014 Exclusion Deadline

03/20/2014 Objection Deadline

04/18/2014 Fairness Hearing

NOTE: PDF documents may be viewed using Adobe Reader, which you may download for free by clicking here.



www.CRTsettlement.com

---

© Copyright 2014 - The Notice Company, Inc.                    Theme Chiron by WPJournals • WordPress

**Cathode Ray Tube (CRT) Antitrust Litigation** | Class Action Notice

U.S. District Court, Norther District of California

Search

| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

# Read the Notice

**You may download and read the following documents by clicking on the links below:**

- Detailed Notice
- Summary Notice
- Fourth Consolidated Amended Complaint
- Class Certification Order
- Order Denying Permission to Appeal Class Certification Order

**Settlement with LG Electronics, Inc.**

- Settlement Agreement
- Preliminary Approval Order

**Settlement with Chunghwa Picture Tubes, Ltd.** (approved in 2012)

- Settlement Agreement
- Order Granting Final Approval of Settlement with Chunghwa Picture Tubes, Ltd.

## IMPORTANT DATES

**03/20/2014 Exclusion Deadline**

**03/20/2014 Objection Deadline**

**04/18/2014 Fairness Hearing**

**NOTE:** PDF documents may be viewed using Adobe Reader, which you may download for free by clicking here.



**www.CRTsettlement.com**

---

© Copyright 2014 – The Notice Company, Inc.

Theme Chiron by WPJournals • WordPress



| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

# Exclusions

**Click Here** for information on excluding yourself from the **Litigated Class**.

**Click Here** for information on excluding yourself from the **Settlement Class**.

Note:  If you exclude yourself from the Litigated Class, then you will automatically be excluded from the Settlement Class.

### IMPORTANT DATES

**03/20/2014 Exclusion Deadline**

**03/20/2014 Objection Deadline**

**04/18/2014 Fairness Hearing**

**NOTE: PDF documents may
be viewed using Adobe Reader,
which you may download
for free by clicking here.**

**www.CRTsettlement.com**

---

© Copyright 2014 – The Notice Company, Inc.　　　　　　　　Theme Chiron by WPJournals • WordPress

**Cathode Ray Tube (CRT) Antitrust Litigation** | **Class Action Notice**

U.S. District Court, Norther District of California

| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

Search

# Litigated Class Opt Outs

**If you are a member of the Litigated Class, you can either: (1) remain a class member; or (2) request to be excluded from the class.**

Are you a member of the Litigated Class? Click Here to find out.

**You have the option to Remain a Class Member of the Litigated Class:**

- If you want to remain a class member, you do not need to take any further action at this time. You will automatically remain a class member.
- If you remain a class member, you will be bound by the District Court's rulings in the lawsuit, including any final settlement or judgment. However, you can object to or comment on any proposed settlement, and you also have the right to appear in Court.

**You have the option to Exclude Yourself from the Litigated Class:**

If you wish to exclude yourself from the Litigated Class, and keep your right to sue Defendants on your own, you must send a letter that includes the following;

1. Your name, address and telephone number,
2. A statement saying that you want to be "Excluded from the Litigated Class" for In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917, and
3. Your signature.

You must mail your exclusion request, postmarked no later than **March 20, 2014,** to:

CRT Litigated Class Exclusion
c/o The Notice Company
PO Box 778
Hingham, MA 02043

## IMPORTANT DATES

**03/20/2014 Exclusion Deadline**

**03/20/2014 Objection Deadline**

**04/18/2014 Fairness Hearing**

**NOTE: PDF documents may be viewed using Adobe Reader, which you may download for free by clicking here.**



**www.CRTsettlement.com**

© Copyright 2014 - The Notice Company, Inc.

Theme Chiron by WPJournals • WordPress

**Cathode Ray Tube (CRT) Antitrust Litigation** | **Class Action Notice**

U.S. District Court, Norther District of California

Search 🔍

| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

# Settlement Class Opt Outs

**If you are a member of the Settlement Class, you can either: (1) remain a member of the Settlement Class; or (2) request to be excluded from the Settlement Class.**

Are you a member of the Settlement Class?  Click Here to find out

**You have the option to Remain in the Settlement Class:**

If you wish to remain a member of the Settlement Class you do not need to take any action at this time.

**You have the option to Get out of the Settlement Class:**

If you wish to keep your right to sue the Settling Defendant about the claims in this case you must exclude yourself. You will not get any money from this settlement if you exclude yourself from the Settlement.

To exclude yourself from the Settlement, you must send a letter that includes the following:

1. Your name, address and telephone number,
2. A statement saying that you want to be "Excluded from the Settlement Class" for In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917, and
3. Your signature.

You must mail your exclusion request, postmarked no later than **March 20, 2014**, to:

CRT Settlement Class Exclusion
c/o The Notice Company
PO Box 778
Hingham, MA 02043

If your exclusion statement does not refer to the "Settlement Class" or if it is not mailed to "CRT Settlement Class Exclusion", then your statement will be treated as a request for exclusion from the Litigated Class.

## IMPORTANT DATES

**03/20/2014 Exclusion Deadline**

**03/20/2014 Objection Deadline**

**04/18/2014 Fairness Hearing**

**NOTE:** PDF documents may be viewed using Adobe Reader, which you may download for free by clicking here.



**www.CRTsettlement.com**

---

© Copyright 2014 – The Notice Company, Inc.

Theme Chiron by WPJournals • WordPress

**Cathode Ray Tube (CRT) Antitrust Litigation** | **Class Action Notice**

U.S. District Court, Norther District of California

| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

Search 🔍

# Objections

**If you have comments about, or disagree with, any aspect of the Settlement with LG Electronics, Inc., you may express your views to the District Court by writing to the address below. The written response needs to include the following:**

1. your name,
2. your address,
3. your telephone number,
4. the case name and number (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917),
5. proof of membership in the Settlement Class (e. g. a receipt, invoice or photograph of the CRT Product),
6. a brief explanation of your reasons for objection, and
7. your signature.

Your response must be postmarked no later than **March 20, 2014**, and mailed to all of the following:

**COURT**

Clerk's Office
United States District Court for the District of Northern California
16th Floor
450 Golden Gate Ave
San Francisco, CA 94102

**CLASS COUNSEL**

Mario N. Alioto
Trump, Alioto, Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123

**DEFENSE COUNSEL**

Hojoon Hwang
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

## IMPORTANT DATES

**03/20/2014 Exclusion Deadline**

**03/20/2014 Objection Deadline**

**04/18/2014 Fairness Hearing**

**NOTE: PDF documents may be viewed using Adobe Reader, which you may download for free by clicking here.**



**www.CRTsettlement.com**

© Copyright 2014 - The Notice Company, Inc.

Theme Chiron by WPJournals • WordPress



U.S. District Court, Norther District of California

Search

| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

# Questions

**Where can I find copies of the Detailed Notice, Settlement Agreement and other case documents?**

Notice and related documents are available for review and download here.

**What are CRT Products?**

Cathode Ray Tube (CRT) Products include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube, such as Televisions and Computer Monitors. Wikipedia describes a "Cathode Ray Tube" (CRT) as "a vacuum tube containing one or more electron guns (a source of electrons or electron emitter) and a fluorescent screen used to view images." By contrast, liquid crystal displays (LCDs), plasma and flat panel displays are NOT CRTs.

**Who is an "Indirect" Purchaser?**

An "Indirect" purchaser of a CRT Product is someone who did not buy the CRT Product directly from any Defendant.

**Am I a Member of the Litigated Class?**

Click here or read the Detailed Notice.

**Am I a Member of the Settlement Class?**

Click here or read the Detailed Notice.

**Can I remain in the Litigated Class and opt out of the Settlement Class?**

Yes. You may remain a member of the Litigated Class and exclude yourself from the Settlement Class.

**Can I remain in the Settlement Class and opt out of the Litigated Class?**

No. If you exclude yourself from the Litigated Class, then you will be excluded from the Settlement Class. You will not be included in this settlement or any future settlements and you will not be bound by any future judgments of the District Court.

**Does the Settlement Provide for a Cash Payment to Me?**

The Settlement provides for the payment by LG of $25 million in cash, plus interest, to the Settlement Class. It also provides that LG will furnish information about the case, including other Defendants' involvement in the alleged conspiracy, to Class Counsel. **Money will not be distributed to Settlement Class members yet.** The lawyers will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then distribute the funds together to reduce expenses. It is possible that money will be distributed to organizations that are, as nearly as practicable, representative of the interests of indirect purchasers of CRT Products instead of Settlement Class members themselves if the cost to process claims would result in small payments to members of the Settlement Class.

**Is there a Claim Form for me to complete and submit?**

No.  At this time there are no Claim Forms.

**Who is Class Counsel?**

Mario N. Alioto, Esquire
Trump, Alioto, Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123

**How do I reach the Class Administrator to ask questions or to obtain documents?**

You may call 1-800-649-8153 or write to:

CRT Indirect Settlement
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## IMPORTANT DATES

**03/20/2014 Exclusion Deadline**

**03/20/2014 Objection Deadline**

**04/18/2014 Fairness Hearing**

NOTE: PDF documents may be viewed using Adobe Reader, which you may download for free by clicking here.



**www.CRTsettlement.com**

**Cathode Ray Tube (CRT) Antitrust Litigation** — Class Action Notice

U.S. District Court, Norther District of California

| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

Search

# En Español

**Si usted ha comprado un producto con tubo de rayos catódicos, podría verse afectado por un Acuerdo de Demanda Colectiva.**

**Haga clic aquí para obtener documentos importantes y avisos legales.**

El 19 de septiembre de 2013, el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California (el "Tribunal") certificó grupos demandantes en 21 estados y el Distrito de Columbia, de individuos y negocios que compraron indirectamente cualquier producto CRT a las Compañías Demandadas o a cualquier copartícipe (denominados colectivamente "Demandados"), para su propio uso y no para revender, del 1 de marzo de 1995 al 25 de noviembre 25 de 2007 (el "Grupo Litigante"). El caso se encuentra en In Re Cathode Ray Tube (CRT) Antitrust Litigation, 07-cv-05944-SC. "Indirectamente" significa que usted no compró el producto CRT directamente a ninguno de los Demandados.

Se ha llegado a un Acuerdo con LG Electronics, Inc.; LG Electronics USA, Inc.; y LG Electronics Taiwan Taipei Co., Ltd. ("LG"). El 9 de diciembre de, 2013, el tribunal aprobó preliminarmente el Acuerdo LG y certificó para toda la nación (excluyendo Illinois, Oregón y Washington, que están trayendo sus propios casos separados) un acuerdo colectivo de individuos y negocios que compraron indirectamente cualquier producto CRT a los Demandados para su propio uso y no para revender, del 1 de marzo de 1995 hasta el 25 de noviembre de 2007 (el "Acuerdo Colectivo). El Tribunal previamente aprobó un acuerdo con los demandados Chunghwa Picture Tubes Ltd. y Chunghwa Picture Tubes (Malasia) Sdn Bhd.

**Sus opciones**

| No hacer nada | Va a seguir siendo un miembro de la Clase litigado y la Clase del Acuerdo. |
|---|---|
| Presentar una exclusión | La fecha límite para excluirse (exclusión) de la Clase litigado o la Clase del Acuerdo es el **20 de marzo de 2014.** |
| Objeto o comentar sobre el Acuerdo | La fecha límite para presentar objeciones o comentarios en el Acuerdo es el **20 de marzo de 2014.** |

Consulte la Aviso Pormenorizado para obtener más información.

**Audiencia de Imparcialidad**

El Tribunal efectuará una Audiencia de Imparcialidad a las 10:00 a. m. el **18 de abril de 2014**, en 450 Golden Gate Ave., 17th Floor, Courtroom One, San Francisco, CA 94102. La audiencia puede cambiarse a una fecha u hora distinta sin previa notificación, así que es una buena idea para seguir verificando este sitio web para obtener información actualizada.

## IMPORTANT DATES

03/20/2014 Exclusion Deadline

03/20/2014 Objection Deadline

04/18/2014 Fairness Hearing

**NOTE:** PDF documents may be viewed using Adobe Reader, which you may download for free by clicking here.



**www.CRTsettlement.com**

© Copyright 2014 – The Notice Company, Inc.　　　　　　Theme Chiron by WPJournals • WordPress

**Cathode Ray Tube (CRT) Antitrust Litigation** — *Class Action Notice*

U.S. District Court, Norther District of California

Search

| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

# Documentos Importantes

**Usted puede descargar y leer los siguientes documentos haciendo clic en los siguientes enlaces:**

- Aviso Pormenorizado
- Resumen de Aviso
- Cuarta Demanda Enmendada Consolidada (en Inglés)
- Certificación Clase Orden (en Inglés)
- Permiso denegado para apelar Clase Orden de Certificación (en Inglés)

**Acuerdo con LG Electronics, Inc.**

- Acuerdo (en Inglés)
- Orden de aprobación preliminar (en Inglés)

**Acuerdo con Chunghwa Picture Tubes, Ltd.** (aprobado en 2012)

- Acuerdo (en Inglés)
- Orden de aprobación final (en Inglés)

## IMPORTANT DATES

**03/20/2014 Exclusion Deadline**

**03/20/2014 Objection Deadline**

**04/18/2014 Fairness Hearing**

**NOTE: PDF documents may be viewed using Adobe Reader, which you may download for free by clicking here.**



**www.CRTsettlement.com**

© Copyright 2014 – The Notice Company, Inc.

Theme Chiron by WPJournals • WordPress



Search

| Home | Read the Notice | Exclusions | Objections | Questions | En Español |

# Fechas Importantes

**El último día para presentar una exclusión:**

20 de marzo de 2014

**El último día para hacer una objeción:**

20 de marzo de 2014

**Fecha de la Audiencia de Imparcialidad:**

10:00 a.m. el 18 de abril de 2014

## IMPORTANT DATES

**03/20/2014 Exclusion Deadline**

**03/20/2014 Objection Deadline**

**04/18/2014 Fairness Hearing**

**NOTE: PDF documents may
be viewed using Adobe Reader,
which you may download
for free by clicking here.**



**www.CRTsettlement.com**

© Copyright 2014 - The Notice Company, Inc.

Theme Chiron by WPJournals • WordPress

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT O**