

Connect with Us: 🐦 🅵 📶

**Online Member Center**
Not a Member?
Click Here to Join

Login

Member Sign In
For Journalists
For Bloggers
Global Sites

**Search News Releases**

| PR Newswire Services | Knowledge Center | Browse News Releases | Contact PR Newswire | Send a News Release |

See more news releases in Banking & Financial Services  |  Legal Issues

## Notice for Purchasers of CRT Products

**Share** 🐦 in 🅶+1  More ›

SAN FRANCISCO, Jan. 17, 2014 /PRNewswire/ -- The following release was issued today by The Notice Company, Inc.:

**LEGAL NOTICE:  If You Bought A Cathode Ray Tube Product, A Class Action Lawsuit and Settlement May Affect You. Cathode Ray Tube (CRT) Products include CRTs, Televisions, Computer Monitors, and other products containing CRTs.**

On September 19, 2013, the US District Court for the Northern District of California (the "Court") certified plaintiff classes in 21 states and the District of Columbia, of individuals and businesses that indirectly purchased any CRT Product from the Defendant Companies or any co-conspirator (collectively "Defendants"), for their own use and not for resale, from March 1, 1995 through November 25, 2007 (the "Litigated Class"). The case is *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, 07-cv-05944-SC. "Indirect" means that you did not buy the CRT Product directly from any of the Defendants.

A Settlement has been reached with LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd. ("LG"). On December 9, 2013, the Court preliminarily approved the LG Settlement and certified a nationwide (excluding Illinois, Oregon and Washington, which are bringing their own separate cases) settlement class of individuals and businesses that indirectly purchased any CRT Product from the Defendants, for their own use and not for resale, from March 1, 1995 through November 25, 2007 (the "Settlement Class"). The Court previously approved a settlement with defendants Chunghwa Picture Tubes Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn Bhd.

The litigation is continuing against the remaining Defendants. The Settlement Agreement, the Class Certification Order, the Preliminary Approval Order and a complete list of the Defendants are set out in the Detailed Notice available at www.CRTSettlement.com.

**What is this case about?**

The lawsuit claims that numerous Defendants, including LG, conspired to fix, raise, maintain or stabilize prices of CRT Products resulting in overcharges to consumers who bought CRT Products such as televisions and computer monitors. The Defendants deny that they did anything wrong. The Court has not decided who is right.

**What does the Settlement Provide?**

The Settlement provides for the payment by LG of $25 million in cash, plus interest, to the Settlement Class. It also provides that LG will furnish information about the case, including other Defendants' involvement in the alleged conspiracy, to Class Counsel. Money will not be distributed to Settlement Class members yet.  The lawyers will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then distribute the funds together to reduce expenses.  It is possible that money will be distributed to organizations that are, as nearly as practicable, representative of the interests of indirect purchasers of CRT Products instead of Settlement Class members themselves if the cost to process claims would result in small payments to members of the Settlement Class.

**Who Represents You?**

The Court has appointed Mario N. Alioto of Trump, Alioto, Trump & Prescott LLP as "Class Counsel" to represent members of the Litigated Class and the Settlement Class.  You do not have to pay these lawyers to represent you. You may hire your own attorney, if you wish, but if you do so you will be responsible for your own attorney's fees and expenses.

**What are your Options?**

If you wish to remain a member of the Litigated Class and the Settlement Class, you do not need to take any action at this time. You will be bound by the judgment of the Court regarding your claims and cannot present them in another lawsuit. If you don't want to be a member of the Litigated Class, or be legally bound by the Settlement, you must exclude yourself in writing by **March 20, 2014**. If you remain a Settlement Class member, you may object to the Settlement by **March 20, 2014**. The Detailed Notice, which you may review online at www.CRTsettlement.com, describes how to exclude yourself from the Litigated Class or the Settlement Class, or how to object to the Settlement. The Court will hold a Fairness Hearing at 10:00 a.m. on **April 18, 2014**, at 450 Golden Gate Ave., 17th Floor, Courtroom One, San Francisco, CA 94102.  The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.CRTsettlement.com.  At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate.  The Court will also consider Class Counsel's request that $5 million from the Settlement Fund be set aside to pay for expenses incurred or to be incurred in prosecuting this case. Class Counsel are not asking for attorneys' fees at this time. At a future time, Class Counsel will ask the Court for attorneys' fees not to exceed one-third of this and any future settlements. If there are objections or comments to the fees asked, the Court will consider them at that time.  You may appear at the hearing, but you don't have to.  After the hearing, the Court will decide whether to approve the Settlement.  We do not know how long these decisions will take.  Please do not contact the Court about this case.  Please retain any receipts or other evidence of purchase of any CRT Product.  Before disposing of any CRT Product please see the Detailed Notice for recommendations on preserving proof of ownership.

For more details, call toll free 1-800-649-8153, visit www.CRTsettlement.com, or write to CRT Indirect Settlement, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043. Para una notificacion en Espanol, visitar nuestro website.

SOURCE The Notice Company

RELATED LINKS
http://www.notice.com

**Share** 🐦 in 🅶+1

Next in Banking & Financial Services News

**Featured Video**



Snyder's of Hanover® Launches Sweet
& Salty Flavored Pretzel Pieces

**Journalists and Bloggers**

Visit **PR Newswire for Journalists** for releases, photos, ProfNet experts, and customized feeds just for Media.

View and download archived video content distributed by MultiVu on **The Digital Center**.

**Custom Packages**
Browse our custom packages or build your own to meet your unique communications needs.

Start today.

**PR Newswire Membership**
Fill out a PR Newswire membership form or contact us at (888) 776-0942.

**Learn about PR Newswire services**
Request more information about PR Newswire products and services or call us at (888) 776-0942.

☐ Site Preview          ☐ Close Site Preview          ☐ View FullScreen

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT P

# Release Performance Details

Notice for Purchasers of CRT Pro... / ReleaseWatch

| Overview | Online | Media | Search | Investor | ReleaseWatch | Engagement |

Multimedia

## Notice for Purchasers of CRT Products

| Print | Email | Download |

**English**    Release Clear Time: Jan 17, 2014 3:32 PM ET    View Release ■

### Postings by Hour

Postings of your release found in the first 48 hours after distribution.



### Postings by Industry

The top 5 industries where your press release was posted.



- ■ Media & Information
- ■ Financial
- ■ Policy & Public Interest
- ■ Health
- ■ Multicultural & Demographic

### ReleaseWatch Postings   239 Total

The details of each ReleaseWatch site that posted your release.

| Show Filter Options |

| Logo | Site | Location | Media Type | Industry | Visitors Per Day |
|------|------|----------|-----------|----------|------------------|
| YAHOO! FINANCE | Yahoo! Finance<br>Link to Release | United States | Portal | Other | 51,804,000 |
| Business Journal | Puget Sound Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS JOURNAL | Kansas City Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS REVIEW | Business Review (Albany)<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| NEW YORK BUSINESS JOURNAL | New York Business Journal<br>Link to Release | United States | Newspaper | Other | 389,000 |

| Logo | Site | Location | Media Type | Industry | Units Per Day |
|------|------|----------|-----------|----------|---------------|
| | Pittsburgh Business Times<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | San Antonio Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Denver Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Puget Sound Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Kansas City Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Business Review (Albany)<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Austin Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | New York Business Journal<br>Link to Release | United States | Newspaper | Other | 389,000 |
| | Tampa Bay Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Memphis Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Boston Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Minneapolis / St. Paul Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Orlando Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Cincinnati Business Courier<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Business Journal of Phoenix<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Sacramento Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Dayton Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | San Jose Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |

| Logo | Site | Location | Media Type | Industry | Units Per Day |
|------|------|----------|-----------|----------|---------------|
| Business Journal | Jacksonville Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| ATLANTA BUSINESS CHRONICLE | Atlanta Business Chronicle<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| CHICAGO BUSINESS JOURNAL | Chicago Business News<br>Link to Release | United States | Newspaper | Other | 389,000 |
| St. Louis BUSINESS JOURNAL | St. Louis Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| bizjournals | Bizjournals.com, Inc.<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS FIRST | Business First of Louisville<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS JOURNAL | Birmingham Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| TRIANGLE BUSINESS JOURNAL | Triangle Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| Nashville Business Journal | Nashville Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| CHARLOTTE BUSINESS JOURNAL | Charlotte Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| Wichita Business Journal | Wichita Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS JOURNAL | Philadelphia Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| Dallas Business Journal | Dallas Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS JOURNAL | Portland Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| SAN FRANCISCO Business Times | San Francisco Business Times<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| HOUSTON BUSINESS JOURNAL | Houston Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| South Florida BUSINESS JOURNAL | South Florida Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| Los Angeles Business from bizjournals | Los Angeles Business from bizjournals<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |

| Logo | Site | Location | Media Type | Industry | Visitors Per Day |
|------|------|----------|-----------|----------|----------|
| | New Mexico Business Weekly<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Baltimore Business Journal<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Business Journal of the Greater Triad Area<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | Business Journal of Greater Milwaukee<br>Link to Release | United States | Newspaper | Media & Information | 389,000 |
| | International Business Times<br>Link to Release | United States | Newspaper | Media & Information | 329,000 |
| | The Sacramento Bee<br>Link to Release | United States | Newspaper | Media & Information | 144,000 |
| | KWTV-TV CBS-9 (Oklahoma City, OK)<br>Link to Release | United States | Broadcast Media | Media & Information | 68,000 |
| | PR Newswire<br>Link to Release | United States | PR Newswire | Media & Information | 66,000 |
| | KOTV-TV CBS-6 (Tulsa, OK)<br>Link to Release | United States | Broadcast Media | Media & Information | 48,000 |
| | WAFB CBS-9 (Baton Rouge, LA)<br>Link to Release | United States | Broadcast Media | Media & Information | 48,000 |
| | WXIX FOX-19 (Cincinnati, OH)<br>Link to Release | United States | Broadcast Media | Media & Information | 39,000 |
| | WCAX CBS-3 (Burlington, VT)<br>Link to Release | United States | Broadcast Media | Media & Information | 29,000 |
| | WRCB-TV NBC-3 (Chattanooga, TN)<br>Link to Release | United States | Broadcast Media | Media & Information | 29,000 |
| | FindLaw Legal News<br>Link to Release | United States | Trade Pub | Policy & Public Interest | 82,000 |
| | WFSB-TV CBS-3 (Hartford, CT)<br>Link to Release | United States | Broadcast Media | Media & Information | 73,000 |
| | KPTV-TV FOX-12 (Beaverton, OR)<br>Link to Release | United States | Broadcast Media | Other | 46,000 |
| | WSMV-TV NBC-4 (Nashville, TN) | United States | Broadcast Media | Other | 37,000 |

| Logo | Site | Location | Media Type | Industry | Units Per Day |
|---|---|---|---|---|---|
| | WAVE NBC-3 (Louisville, KY)<br>Link to Release | United States | Broadcast Media | Media & Information | 37,000 |
| | WBTV CBS-3 (Charlotte, NC)<br>Link to Release | United States | Broadcast Media | Media & Information | 28,000 |
| | WKRN ABC-2 (Nashville, TN)<br>Link to Release | United States | Broadcast Media | Media & Information | 19,000 |
| | KTUL-TV ABC-8 (Tulsa, OK)<br>Link to Release | United States | Broadcast Media | Media & Information | 19,000 |
| | WNEM-TV CBS-5 (Saginaw, MI)<br>Link to Release | United States | Broadcast Media | Other | 36,000 |
| | KLTV ABC-7 (Tyler, TX)<br>Link to Release | United States | Broadcast Media | Media & Information | 27,000 |
| | WSET-TV ABC-13 (Lynchburg, VA)<br>Link to Release | United States | Broadcast Media | Media & Information | 27,000 |
| | KOLD CBS-13 (Tucson, AZ)<br>Link to Release | United States | Broadcast Media | Media & Information | 18,000 |
| | WTOL CBS-11 (Toledo, OH)<br>Link to Release | United States | Broadcast Media | Media & Information | 18,000 |
| | KAIT ABC-8 (Jonesboro, AR)<br>Link to Release | United States | Broadcast Media | Media & Information | 18,000 |
| | WTOC CBS-11 (Savannah, GA)<br>Link to Release | United States | Broadcast Media | Media & Information | 18,000 |
| | KFVS CBS-12 (Cape Girardeau, MO)<br>Link to Release | United States | Broadcast Media | Media & Information | 18,000 |
| | WTHR NBC-13 (Indianapolis, IN)<br>Link to Release | United States | Broadcast Media | Media & Information | 71,000 |
| | WFMZ<br>Link to Release | United States | Broadcast Media | Other | 53,000 |
| | WISTV NBC-10 (Columbia, SC)<br>Link to Release | United States | Broadcast Media | Media & Information | 53,000 |
| | KPHO-TV CBS-5 (Phoenix, AZ)<br>Link to Release | United States | Broadcast Media | Media & Information | 44,000 |
| | WAFF NBC-48 (Huntsville, AL)<br>Link to Release | United States | Broadcast Media | Media & Information | 35,000 |

| Logo | Site | Location | Media Type | Industry | Units Per Day |
|------|------|----------|-----------|----------|---------------|
|  | WFIE NBC-14 (Evansville, IN)<br>Link to Release | United States | Broadcast Media | Media & Information | 35,000 |
|  | WLOX ABC-13 (Biloxi, MS)<br>Link to Release | United States | Broadcast Media | Media & Information | 26,000 |
|  | KHQ-TV NBC-6 (Spokane, WA)<br>Link to Release | United States | Broadcast Media | Media & Information | 26,000 |
|  | WBRC-TV FOX-6 MyFox Birmingham (Birmingham, AL)<br>Link to Release | United States | Broadcast Media | Media & Information | 17,000 |
|  | WWBT NBC-12 (Richmond, VA)<br>Link to Release | United States | Broadcast Media | Media & Information | 34,000 |
|  | WBAY ABC-2 (Green Bay, WI)<br>Link to Release | United States | Broadcast Media | Media & Information | 16,000 |
|  | WECT NBC-6 (Wilmington, NC)<br>Link to Release | United States | Broadcast Media | Media & Information | 16,000 |
|  | WHNS-TV FOX-21 (Greenville, SC)<br>Link to Release | United States | Broadcast Media | Other | 16,000 |
|  | WALB NBC-10 (Albany, GA)<br>Link to Release | United States | Broadcast Media | Media & Information | 24,000 |
|  | WDRB FOX-41 (Louisville, KY)<br>Link to Release | United States | Broadcast Media | Media & Information | 24,000 |
|  | KVVU-TV FOX-5 (Las Vegas, NV)<br>Link to Release | United States | Broadcast Media | Other | 15,000 |
|  | WGCL-TV CBS-46 (Atlanta, GA)<br>Link to Release | United States | Broadcast Media | Other | 15,000 |
|  | WBOC CBS-16 (Salisbury, MD)<br>Link to Release | United States | Broadcast Media | Media & Information | 23,000 |
|  | WBMA-TV ABC-33 / ABC-40 (Birmingham, AL)<br>Link to Release | United States | Broadcast Media | Media & Information | 23,000 |
|  | KFMB-TV CBS-8 (San Diego, CA)<br>Link to Release | United States | Broadcast Media | Media & Information | 23,000 |
|  | WTVG-TV ABC-13 (Toledo, OH)<br>Link to Release | United States | Broadcast Media | Media & Information | 14,000 |

| Logo | Site | Location | Media Type | Industry | Units Per Day |
|------|------|----------|-----------|----------|----------------|
| NEWSCHANNEL 11 | KCBD NBC-11 (Lubbock, TX)<br>Link to Release | United States | Broadcast Media | Media & Information | 14,000 |
| NEWS 12 KSLA-TV-DT | KSLA CBS-12 (Shreveport, LA)<br>Link to Release | United States | Broadcast Media | Media & Information | 14,000 |
| 19ActionNews.com | WOIO CBS-19 (Cleveland, OH)<br>Link to Release | United States | Broadcast Media | Media & Information | 14,000 |
| KWQC TV6 | KWQC NBC-6 (Davenport, IA)<br>Link to Release | United States | Broadcast Media | Media & Information | 14,000 |
| KCTV 5 NEWS KANSAS CITY | KCTV-TV CBS-5 (Kansas City, MO)<br>Link to Release | United States | Broadcast Media | Other | 40,000 |
| tickertech.com | Ticker Technologies<br>Link to Release | United States | News & Information Service | Financial | 22,000 |
| 12 WBOY.COM | WBOY-TV NBC-12 (Clarksburg, WV)<br>Link to Release | United States | Broadcast Media | Other | 13,000 |
| KATV 7 | KATV-TV ABC-7 (Little Rock, AR)<br>Link to Release | United States | Broadcast Media | Media & Information | 13,000 |
| WSFA 12 News | WSFA NBC-12 (Montgomery, AL)<br>Link to Release | United States | Broadcast Media | Media & Information | 30,000 |
| LIVE HD 5 NEWS | WCSC CBS-5 (Charleston, SC)<br>Link to Release | United States | Broadcast Media | Media & Information | 30,000 |
| HAWAII NEWS NOW | KHNL-TV NBC-8 (Honolulu, HI)<br>Link to Release | United States | Broadcast Media | Media & Information | 30,000 |
| spoke | Spoke<br>Link to Release | United States | News & Information Service | Other | 21,000 |
| 8 NEWS | WRIC ABC-8 (Richmond, VA)<br>Link to Release | United States | Broadcast Media | Media & Information | 12,000 |
| wmctv.com | WMC NBC-5 (Memphis, TN)<br>Link to Release | United States | Broadcast Media | Media & Information | 20,000 |
| 9 KTRE.com | KTRE ABC-9 (Lufkin, TX)<br>Link to Release | United States | Broadcast Media | Media & Information | 11,000 |
| WTVM 9 NEWS LEADER | WTVM ABC-9 (Columbus, GA)<br>Link to Release | United States | Broadcast Media | Media & Information | 11,000 |

| Logo | Site | Location | Media Type | Industry | Visitors Per Day |
|------|------|----------|------------|----------|------------------|
| | WWTV-TV CBS-9 (Cadillac, MI)  Link to Release | United States | Broadcast Media | Other | 11,000 |
| | WMBF NBC-32 (Myrtle Beach, SC)  Link to Release | United States | Broadcast Media | Media & Information | 10,000 |
| | WJRT-TV ABC-12 (Flint, MI)  Link to Release | United States | Broadcast Media | Media & Information | 10,000 |
| | WLNE-TV ABC-6 (Providence, RI)  Link to Release | United States | Broadcast Media | Media & Information | 8,000 |
| | WTRF-TV CBS-7 (Wheeling, WV)  Link to Release | United States | Broadcast Media | Other | 8,000 |
| | WOWK-TV CBS 13 (Huntington, WV)  Link to Release | United States | Broadcast Media | Other | 7,000 |
| | WDAM NBC-7 (Hattiesburg-Laurel, MS)  Link to Release | United States | Broadcast Media | Media & Information | 7,000 |
| | WFMJ-TV NBC-21 (Youngstown, OH)  Link to Release | United States | Broadcast Media | Media & Information | 7,000 |
| | OneSource  Link to Release | United States | News & Information Service | Other | 7,000 |
| | La Mega 97.9 FM  Link to Release | United States | Broadcast Media | Other | 6,000 |
| | WBCB-TV CW-21 (Youngstown, OH)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WBOC-TV FOX-21 (Salisbury, MD)  Link to Release | United States | Broadcast Media | Other | 0 |
| | Chicago Commuter  Link to Release | United States | Newspaper | Other | 0 |
| | KFDA CBS-10 (Amarillo, TX)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KFJX-TV FOX-14 (Pittsburg, KS)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WSFX-TV FOX-26 (Wilmington, NC)  Link to Release | United States | Broadcast Media | Media & Information | 0 |

| Logo | Site | Location | Media Type | Industry | Per Day |
|------|------|----------|------------|----------|---------|
| FOX 54 WZDX-TV/DT HUNTSVILLE | WZDX-TV FOX-54 (Huntsville, AL) Link to Release | United States | Broadcast Media | Other | 0 |
| 45 | KSTC-TV IND-45 (Saint Paul, MN) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| 12 NEWS | KBMT-TV ABC-12 (Beaumont, TX) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| WMDT 47 DELMARVA'S CHOICE | WMDT-TV ABC-47 /CW-3 (Salisbury, MD) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| KMPH CW 26 KFRE 59 | KFRE-TV CW-59 (Fresno, CA) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| strat•e•gize | Strategize Magazine Link to Release | United States | Magazine | Other | 0 |
| NYCLA | NYCLA - New York County Lawyers' Association Link to Release | United States | News & Information Service | Other | 0 |
| NewsWest9.com | KWES-TV NBC-9 (Midland, TX) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| FOX NE KFXL | KTVG-TV FOX-17 / KSNB-TV FOX-4 (Kearney, NE) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| FOX 43 | WTNZ FOX-43 (Knoxville, TN) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| Olejniczak Advisors | Olejniczak Advisors Link to Release | United States | News & Information Service | Financial | 0 |
| CLASS ACTION NEWS TODAY | Class Action News Today Link to Release | United States | Trade Pub | Other | 0 |
| KUAM NEWS | KUAM-TV NBC-8 / CBS-11 (Hagatna, Guam) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| THE CW KXVO 15 | KXVO-TV CW-15 (Omaha, NE) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| 760 AM TALK RADIO SAN DIEGO, CA | KFMB 760-AM (San Diego, CA) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| FOX 29 WFLX.COM | WFLX FOX-29 (West Palm Beach, FL) Link to Release | United States | Broadcast Media | Media & Information | 0 |

| Logo | Site | Location | Media Type | Industry | Per Day |
|------|------|----------|------------|----------|---------|
| | Global Economic Intersection<br>Link to Release | United States | Trade Pub | Financial | 0 |
| | GYL: Licensing and Certification Resource Directory<br>Link to Release | United States | News & Information Service | Other | 0 |
| | Frontgate Capital Resources<br>Link to Release | United States | News & Information Service | Other | 0 |
| | KFMB 100.7 Jack-FM (San Diego, CA)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WFXS-TV FOX-55 (Wausau, WI)<br>Link to Release | United States | Broadcast Media | Other | 0 |
| | Journal of Common Stock<br>Link to Release | United States | Trade Pub | Financial | 0 |
| | The State Journal (Charleston, WV)<br>Link to Release | United States | Newspaper | Other | 0 |
| | AssignmentEditor.com<br>Link to Release | United States | News & Information Service | Other | 0 |
| | Define Your Risk OPTIONS FOR EQUITY TRADERS<br>Link to Release | United States | Blog | Other | 0 |
| | WCIV-TV ABC-4 (Charleston, SC)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WFXG-TV FOX-54 (Augusta, GA)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KPLC NBC-7 (Lake Charles-Lafayette, LA)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KXJB-TV CBS-4 / KVLY-TV NBC-11 (Fargo, ND)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KALB-TV CBS-2 / NBC-5 (Alexandria, LA)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WOLF-TV FOX-56 (Wilkes-Barre, PA)<br>Link to Release | United States | Broadcast Media | Other | 0 |
| | WVNS-TV CBS-59 (Ghent, WV)<br>Link to Release | United States | Broadcast Media | Other | 0 |

| Logo | Site | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|
| | WGFL-TV CBS-4 (Gainesville, FL)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KYTX CBS-19 (Tyler, TX)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WFXR-TV FOX-21/27 (Roanoke, VA)  Link to Release | United States | Broadcast Media | Other | 0 |
| | NOCO-TV CBS-5 (Fort Collins, CO)  Link to Release | United States | Broadcast Media | Other | 0 |
| | WSHM-TV CBS-3 (Springfield, MA)  Link to Release | United States | Broadcast Media | Other | 0 |
| | KLKN ABC-8 (Lincoln, NE)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KXMB-TV CBS-12(Bismarck, ND)  Link to Release | United States | Broadcast Media | Other | 0 |
| | Wealth and Asset Management Jobs  Link to Release | United States | News & Information Service | Other | 0 |
| | WUPV-TV CW-65 (Ashland, VA)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | NorthStar News  Link to Release | United States | News & Information Service | Other | 0 |
| | KTEN NBC-10 (Denison, TX)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WLTZ-TV NBC-38 (Columbus, GA)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KMPH-TV FOX-26 (Fresno, CA)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | Inside Banking  Link to Release | United States | Trade Pub | Other | 0 |
| | Boston Commons High Tech Network  Link to Release | United States | News & Information Service | Other | 0 |
| | Health Care Enrichment Program  Link to Release | United States | News & Information Service | Health | 0 |

| Logo | Site | Location | Media Type | Industry | Visitor Per Day |
|------|------|----------|------------|----------|---------|
| | KTVN-TV CBS-2 (Reno, NV)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | Design 4 Law - Articles About Design And Law  Link to Release | United States | Trade Pub | Other | 0 |
| | KOAM-TV CBS-7 (Pittsburg, KS)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | Digestopedia  Link to Release | United States | News & Information Service | Other | 0 |
| | VB Profiles  Link to Release | United States | News & Information Service | Other | 0 |
| | Legal Information By Women For Women  Link to Release | United States | News & Information Service | Other | 0 |
| | KRHD-TV ABC-40 (Bryan-College Station, TX)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KOTA ABC-3 (Rapid City, SD)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KQCW CW-12/19 (Tulsa, OK)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WXVT-TV CBS-15 (Greenville, MS)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WTLH-TV FOX-49 (Tallahassee, FL)  Link to Release | United States | Broadcast Media | Other | 0 |
| | KLJB-TV FOX-18 (Davenport, IA)  Link to Release | United States | Broadcast Media | Other | 0 |
| | KSFY-TV ABC-13 (Sioux Falls, SD)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KCAU ABC-9 (Sioux City, IA)  Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | History Is Now  Link to Release | United States | Blog | Other | 0 |
| | NebraskaTV (Kearney, NE)  Link to Release | United States | Broadcast Media | Media & Information | 0 |

| Logo | Site | Location | Media Type | Industry | Visits Per Day |
|------|------|----------|------------|----------|----------------|
| | KCEN-TV NBC-9 (Temple, TX)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WLNS CBS-6 (Lansing, MI)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WLTZ-TV CW-38 (Columbus, GA)<br>Link to Release | United States | Broadcast Media | Other | 0 |
| | KSWT-TV CBS-13 (Yuma, AZ)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | Finance Industry Today<br>Link to Release | United States | Trade Pub | Financial | 0 |
| | WMBB-TV ABC-13 (Panama City, FL)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | KMEG-TV CBS-14 (Sioux City, IA)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | Clout Media<br>Link to Release | United States | Blog | Other | 0 |
| | KAUZ-TV CBS-6 (Wichita Falls, TX)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WTEN ABC-10 (Albany, NY)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | WICU-TV NBC-12 (Erie, PA)<br>Link to Release | United States | Broadcast Media | Other | 0 |
| | One News Page Unites States Edition<br>Link to Release | United States | News & Information Service | Other | 0 |
| | KNOE-TV CBS-8 (Monroe, LA)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| | Outcome Magazine<br>Link to Release | United States | News & Information Service | Other | 0 |
| | Commerce Globe<br>Link to Release | United States | Blog | Other | 0 |
| | The Tax Teacher<br>Link to Release | United States | News & Information Service | Financial | 0 |
| | KUSI-TV IND-51 (San Diego, CA)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |

| Logo | Site | Location | Media Type | Industry | Visits Per Day |
|------|------|----------|------------|----------|----------------|
| California Chronicle | California Chronicle<br>Link to Release | United States | News & Information Service | Other | 0 |
| NEWS CHANNEL 25 | KXXV-TV ABC-25 (Waco, TX)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| Global Newsweek the whole perspective | Global Newsweek<br>Link to Release | United States | News & Information Service | Media & Information | 0 |
| KOTA TERRITORY NEWS | KDUH-TV ABC-3 (Scottsbluff, NE)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| Summer! Living by the Seasons | Living by the Seasons<br>Link to Release | United States | Blog | Other | 0 |
| K5 | KFVE MyNetworkTV-5 (Honolulu, HI)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| FOX 54 WXTX | WXTX-TV FOX-54 (Columbus, GA)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| FOX 61 WDSI | WDSI-TV FOX-61 (Chattanooga, TN)<br>Link to Release | United States | Broadcast Media | Other | 0 |
| FOX 23 MYFOXMAINE.COM | WPFO-TV FOX-23 (Portland, ME)<br>Link to Release | United States | Broadcast Media | Other | 0 |
| NYFSP New York Financial Service Professionals | New York Financial Service Professionals [NYFSP]<br>Link to Release | United States | News & Information Service | Other | 0 |
| abc 5 | WOI ABC-5 (West Des Moines, IA)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| az tv 7 CABLE 13 | KAZT IND-7 (Phoenix/Prescott, AZ)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| cbs4qc.com | WHBF CBS-4 (Rock Island, IL)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| OLDER NOT DEAD.COM | Older Not Dead.com<br>Link to Release | United States | News & Information Service | Multicultural & Demographic | 0 |
| 42 KPTM.com | KPTM-TV FOX-42 (Omaha, NE)<br>Link to Release | United States | Broadcast Media | Media & Information | 0 |
| 3 kiii tv.com The South Texas News Leader | KIII-TV ABC-3 (Corpus Christi, TX)<br>Link to Release | United States | Broadcast Media | Other | 0 |

| Logo | Site | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|
| MS NEWS NOW WLBT • WDBD | WLBT NBC-3 (Jackson, MS) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| FOX 25 48 LA CROSSE • EAU CLAIRE | WLAX-TV FOX-25/48 (LaCrosse, WI) Link to Release | United States | Broadcast Media | Other | 0 |
| California Business Journal | Caifornia Business Journal Link to Release | United States | Magazine | Other | 0 |
| 7NEWS | KSWO-TV ABC-7 (Lawton, OK) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| wandtv.com 17 | WAND-TV NBC-17 (Decatur, IL) Link to Release | United States | Broadcast Media | Media & Information | 0 |
| CBS 5 NewsChannel YOUR STATION | KGWN-TV CBS-5 (Fort Collins, CO) Link to Release | United States | Broadcast Media | Other | 0 |

**View All**

About PR Newswire    Contact PR Newswire    PR Newswire's Terms of Use Apply    Careers    Privacy    Site Map
RSS Feeds    Blog

PR Newswire Association LLC. All Rights Reserved. © 2014

A UBM plc company.

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT Q**



**McDonald's**

McDonald's Corporation
Campus Office Building
2915 Jorie Boulevard
Oak Brook, Illinois 60523-1900
Direct Dial Number
(630) 623-7491
Fax Number
(630) 623-7371
Email Address
patrick.mcgovern@us.mcd.com

February 12, 2014

CRT Settlement Class Exclusion
c/o The Notice Company
PO Box 778
Hingham, MA 02043

   **RE:** *Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917*

Dear Claims Administrator:

  I hereby request that McDonald's Corporation be excluded from Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917 Settlement Class.

  My contact information is:

  Patrick F. McGovern
  Senior Counsel
  McDonald's Corporation
  2915 Jorie Boulevard
  Oak Brook, IL  60523
  630-623-7491

  Thank you for your attention to this matter.

       Sincerely,

       Patrick F. McGovern
       Senior Counsel

Document #: 1333825-v1

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT R**

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

April 30, 2013

VIA FIRST CLASS & CERTIFIED MAIL
RETURN RECEIPT REQUESTED

CRT Indirect Exclusions
c/o The Notice Company, Inc.
PO Box 778
Hingham, MA 02043

      Re:   *In In re Cathode Ray Tube CRT Antitrust Litigation*, No. CV-07-5944-SC, MDL
No. 1917

Dear Sir or Madam:

      On January 30, 2012, RadioShack Corporation ("RadioShack") requested exclusion from
the Indirect Purchaser Plaintiffs Settlement Class (the "Class") certified in the *In re Cathode Ray
Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC. You will find a copy of the exclusion
request letter enclosed herein. RadioShack and each of its parents, predecessors, successors,
subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and
offices, as identified in Schedule A to its letter, now request to be reinstated as members of the
Class and included on any Class list you have compiled or that you compile in the future
regarding this litigation.

      Thank you for your assistance in this matter.  Please contact us if you have any questions
or require additional information.

                                   Sincerely,

                                   Jerome A. Murphy

Enclosure

cc:    Jeffrey H. Howard
       Jason C. Murray

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

Re:     **In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No.**
        **1917, Chunghwa Settlement**

Dear Sir or Madam:

        We are writing to inform you that RadioShack Corporation ("RadioShack") and each of its
parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors,
divisions, departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement
Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the
Detailed Notice ("Notice") from the Order Granting Preliminary Approval Of Class Action Settlement
With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. The entities requesting
exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter
is intended to apply both to any other federal or state class action that purports to assert an antitrust claim
on behalf of the opt-out entities and to comply with the Notice described in the Order Granting
Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed
on August 10, 2011. It is not intended for any other purpose. Please remove the foregoing entities from
any Class list you have compiled or that you compile in the future regarding the litigation described in the
Notice.

        Thank you for your assistance in this matter. Please contact us if you have any questions or
require additional information.

                                                        Sincerely,

                                                        Jerome A. Murphy

Enclosure

cc:     Jeffrey H. Howard
        Jason C. Murray

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ New York ▪ San Francisco ▪ Los Angeles ▪ Orange County ▪ Anchorage ▪ London ▪ Brussels

## **Schedule A**

RadioShack Corporation
300 RadioShack Circle
Fort Worth, TX 76102-1964