Michael L. Tuchin (State Bar No. 150375)
Robert J. Pfister (State Bar No. 241370)
Jonathan M. Weiss (State Bar No. 281217)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:   310-407-4000
Facsimile:   310-407-9090
Email:       mtuchin@ktbslaw.com; rpfister@ktbslaw.com
             jweiss@ktbslaw.com

*Special Counsel for Alfred H. Siegel,
solely in his capacity as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This document relates to: *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; *Siegel v. Technicolor SA, et al.*, No. 13-cv-05724 | **NOTICE OF APPEARANCE** |

07-5944 SC

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael L. Tuchin, Robert J. Pfister, and Jonathan M. Weiss of the law firm of Klee, Tuchin, Bogdanoff & Stern LLP ("KTB&S") hereby appear in the above-captioned cases as special counsel for Alfred H. Siegel, solely in his capacity as trustee (the "Trustee") of the Circuit City Stores, Inc. Liquidating Trust. KTB&S's appearance on the Trustee's behalf is in addition to the previously noticed appearance of the Trustee's lead counsel, Susman Godfrey LLP.

PLEASE TAKE FURTHER NOTICE that KTB&S requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Michael L. Tuchin
> Robert J. Pfister
> Jonathan M. Weiss
> KLEE, TUCHIN, BOGDANOFF & STERN LLP
> 1999 Avenue of the Stars, 39th Floor
> Los Angeles, California 90067
> Telephone:  (310) 407-4000
> Facsimile:   (310) 407-9090
> Email:  mtuchin@ktbslaw.com
>              rpfister@ktbslaw.com
>              jweiss@ktbslaw.com

DATED:  March 31, 2014      Respectfully Submitted,

KLEE, TUCHIN, BOGDANOFF & STERN LLP

By:  _____
Robert J. Pfister (State Bar No. 241370)

*Special Counsel for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*