KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO VARANINI
Deputy Attorney General
State Bar No. 163952
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5908
 Fax:  (415) 703-5480
 E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTER OF REQUEST TO RESCHEDULE THE DEPOSITION OF LEO MINK** |
| This Documents Relates To:<br><br>ALL ACTIONS | |

1

1   Pursuant to Civil Local Rule 7.11, the Attorney General of the State of California on
2   behalf of the State of California Plaintiffs, joined by the Direct Purchaser Plaintiffs, the Indirect
3   Purchaser Plaintiffs, and the Direct Action Plaintiffs (hereafter "Plaintiffs"), hereby respectfully
4   move this Court pursuant to Federal Rule of Civil Procedure 28(b)(1) and the Hague Convention
5   for an order issuing a second letter of request to the relevant authorities in The Netherlands
6   ("Letter of Request") for the purpose of rescheduling the deposition of Leo Mink originally
7   noticed for March 31 and April 1, 2014, in the city of Amsterdam in The Netherlands.  Plaintiffs
8   seek to reschedule the subject deposition to June 3-4, 2014, as set forth in the proposed new
9   Letter of Request, amended Notice of Deposition and amended Subpoena accompanying the
10  proposed order granting this administrative motion.

11  Leo Mink is an ex-employee of the Philips defendants in this action, Koninklijke Philips
12  N.V. and Philips Electronics North America Corporation.   The Philips defendants do not object
13  to this request to reschedule the subject deposition.  *See* Declaration of Emilio E. Varanini
14  ("Varanini Decl.") at ¶ 3.

15  On January 31, 2014, this Court issued the original letter of request to depose Mr. Mink
16  on March 31 and April 1, 2014.  *See id.* Decl. at ¶ 4, Ex. A (Doc. # 2362).  Thereafter, the
17  California Attorney General's Office arranged for the delivery of the Court's letter to the relevant
18  authorities in The Netherlands.  *See id.* at ¶ 5.  On February 10, 2014, an agent of the Attorney
19  General in The Netherlands delivered the Court's letter to The Netherlands' Central Authority.
20  *See id.* Decl. at ¶ 5.  On February 24 and March 3, 2014, the Attorney General's Dutch agent
21  visited the Central Authority's office to obtain a status report on the Court's letter of request and
22  was told that the letter was being processed.  *See id.* Decl. at ¶ 5.  But recent developments
23  necessitate the issuance of a second letter of request.

24  On March 21, 2014, the Attorney General's Office learned that the Central Authority had
25  misplaced the Court's original letter and thus, immediately prepared this administrative motion.
26  *See id.* Decl. at ¶ 6.  The Attorney General's Office learned that the Central Authority had placed
27  a call to the Dutch agent and informed her that the Court's original letter had been misplaced and
28  asked for a new letter of request, which would be expedited in The Netherlands.  *See id.* Decl. at ¶

6. Accordingly, Plaintiffs respectfully requests that the Court issue a new letter of request to the Central Authority. *See id.* Decl. at ¶ 7. Since it would be impossible to hold the deposition on the originally noticed dates of March 31 and April 1, 2014, Plaintiffs request that the deposition now take place on June 3-4, 2014. *See id.* Decl. at ¶ 7.

Other than the new deposition dates, the new Letter of Request is identical to the original letter issued by the Court on January 31, 2014. *See id.* Decl. at ¶ 4, 8, Ex. A (Doc. # 2362). Like the Court's issuance of the original letter, the issuance of this letter of request is an administrative act permitted by Civil Local Rule 7.11. The use of Civil Local Rule 7.11 is also justified by the urgency of this request in that the Letter of Request, if executed by this Court, must be promptly delivered to the relevant authorities in The Netherlands so that Leo Mink may be deposed on June 3-4, 2014. *See id.* at ¶ 8.

For the foregoing reasons, the Attorney General of the State of California, joined by the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and the Direct Action Plaintiffs, hereby requests a court order issuing the attached second Letter of Request.

Dated:  March 26, 2014                                  Respectfully submitted,

                                                                            KAMALA D. HARRIS
                                                                            Attorney General of California


                                                                            _/s/ Emilio Varanini_
                                                                            EMILIO VARANINI
                                                                            Deputy Attorney General
                                                                            *Attorneys for the State of California*