1

2

3

4

5

6

7

8

9            **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11             **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| 13 IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| 14 | MDL No. 1917 |
| 15 _____ | **[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE** |
| 16 This Documents Relates To: | **MOTION FOR ORDER ISSUING LETTER OF REQUEST TO** |
| 17 ALL ACTIONS | **RESCHEDULE THE DEPOSITION OF LEO MINK** |
| 18 | |

19

20

21

22

23

24

25

26

27

28

The California Attorney General, joined by the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and the Direct Action Plaintiffs (hereafter "Plaintiffs"), has moved under Civil Local Rule 7.11 for an order issuing a second Letter of Request to the relevant authorities in the Netherlands to reschedule the deposition of Leo Mink, an ex-employee of Philips.  This is an unopposed administrative motion.

The Court, having reviewed the administrative motion, the Letter of Request, Amended Notice of Deposition and Subpoena, and any other relevant records on file in this action, finds that the administrative motion of the California Attorney General should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:  The Letter of Request, attached to this Order, shall be executed and issued out of this Court under this Court's seal to the relevant authorities in the Netherlands requesting that the deposition of Leo Mink be taken at the time and place set forth in that Letter of Request and its accompanying Amended Notice of Deposition and Subpoena.

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
SAMUEL CONTI
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO ISSUE LETTER OF REQUEST TO RESCHEDULE THE DEPOSITION OF LEO MINK – CASE NO. CV 07-5944-SC