AO 88A (Rev. 12/13) Dagvaarding om te getuigen in een burgerlijke rechtsvordering

# UNITED STATES DISTRICT COURT, ARRONDISSEMENTSRECHTBANK VAN DE VERENIGDE STATEN

voor het

noordelijk district van Californië

UNITED STATES DISTRICT COURT, ARRONDISSEMENTSRECHTBANK VAN DE VERENIGDE STATEN                                                                                    1

    DAGVAARDING OM TE GETUIGEN IN EEN BURGERLIJKE RECHTSVORDERING        1

    3-4 juni 2014 om 9.00 uur                                           1

    Bericht aan de persoon die deze dagvaarding uitvaardigt of verzoekt                                                                              1

## DAGVAARDING OM TE GETUIGEN IN EEN BURGERLIJKE RECHTSVORDERING

LEO MINK

Aan:

_____

*(Naam van de persoon aan wie deze dagvaarding is gericht)*

[V] *Getuigenis:* **U WORDT BEVOLEN** op de onderstaande tijd, datum en plaats te verschijnen om een getuigenverklaring aft e leggen die dient te worden afgenomen in een burgerlijke rechtsvordering. Als u een organisatie bent, moet u een of meer functionarissen, directeuren of managing agents hiervoor aanstellen, of andere personen hiervoor aanstellen die erin toestemmen namens u te getuigen over de volgende kwesties, of de kwesties die worden uiteengezet in een bijlage:

| | |
|---|---|
| De Brauw Blackstone, Westbroek-N.V.<br>Plaats. 1070 AB Amsterdam, Claude Debussylaan 80<br>    Nederland | Datum en tijd:<br><br>*3-4 juni 2014 om 9.00 uur* |

De getuigenverklaring wordt als volgt opgenomen: <u>videografie en stenografie.</u>

[ ] *Levering:* U, of uw vertegenwoordigers, moet/moeten naar de getuigenverklaring tevens de volgende documenten, elektronisch opgeslagen informatie, of objecten meenemen, en toestemming geven tot inspectie, kopiëren, testen of steekproeftrekking van het materiaal:
    Niets. Dit is een dagvaarding voor alleen mondelinge ondervraging

De volgende bepalingen van Fed. R. Civ. P. (Federal Rules of Civil Procedure, de federale Bepalingen van burgerlijke rechtsvordering) 45 zijn bijgevoegd - Bepaling 45(c), betreffende de ruimte van naleving; Bepaling 45(d), betreffende uw bescherming als persoon die wordt gedagvaard; en Bepaling 45(e) en (g), betreffende uw plicht om te beantwoorden aan deze dagvaarding en de mogelijke consequenties als u dit niet doet.

Datum:

        *GRIFFIER VAN DE RECHTBANK*

                                  OF   [handtekening]
      _____          _____
      *Handtekening van de griffier of waarnemende griffier*    *Handtekening van de advocaat*

De naam, het adres, e-mailadres en telefoonnummer van de advocaat die vertegenwoordigt *(naam van de partij)*
<u>De Staat Californië, et al.</u>_____ die deze dagvaarding uitvaardigt of verzoekt, zijn:
Emilio E. Varanini, Deputy Attorney General, Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102;, <u>Emilio.Varanini@doj.ca.gov</u>, (415) 703-5908

### Bericht aan de persoon die deze dagvaarding uitvaardigt of verzoekt

Als deze dagvaarding de levering van documenten, elektronisch opgeslagen informatie of tastbare zaken opdraagt, dienen een bericht en een kopie van de dagvaarding aan elke partij in deze zaak worden geleverd voordat deze wordt geleverd aan de

AO 88A (Rev. 12/13 Dagvaarding om te getuigen in een burgerlijke rechtsvordering (pagina 2)

persoon aan wie deze is gericht. Fed. R. Civ. P. 45(a)(4).

Burgerlijke rechtsvordering nr. 3:07-cv-05944-SC; MDL No. 1917

AO 88A (Rev. 12/13) Dagvaarding om te getuigen in een burgerlijke rechtsvordering (pagina 3)

**BEWIJS VAN LEVERING** *(Dit gedeelte moet niet in de rechtbank worden bewaard tenzij dit wordt vereist door Fed. R. Civ. P. 45.)*

Ik heb deze dagvaarding ontvangen voor *(naam van individu en titel, indien van toepassing)*_____

UNITED STATES DISTRICT COURT, ARRONDISSEMENTSRECHTBANK VAN DE VERENIGDE STATEN _____1

    DAGVAARDING OM TE GETUIGEN IN EEN BURGERLIJKE RECHTSVORDERING ___1

3-4 juni 2014 om 9.00 uur _____1

    Bericht aan de persoon die deze dagvaarding uitvaardigt of verzoekt _____1

Ik verklaar op straffe van meineed dat deze informatie juist is.

Datum: _____ _____

*Gedrukte handtekening van de persoon die de dagvaarding heeft geleverd*

*Naam en titel*

*Adres van de persoon die de dagvaarding heeft geleverd*

Extra informatie betreffende poging tot levering, etc.:

**Federal Rule of Civil Procedure 45 (c), (d), (e), en (g) (van kracht 12/1/13)**

(c)  **Plaats van naleving.**

(1)  ***Voor een proces, verhoor of getuigenverklaring.*** Een dagvaarding mag een persoon alleen als volgt bevelen een proces, verhoor of getuigenverklaring bij te wonen
(A)    binnen 100 mijl (160,93 kilometer) van de plaats waar de persoon verblijft, werkt of regelmatig transacties persoonlijk afhandelt;
(B)    binnen de staat waar de persoon verblijft, werkt of regelmatig transacties persoonlijk afhandelt, als de persoon

(i) een partij of een functionaris van een partij is;
(ii) wordt bevolen een verhoor bij te wonen en geen aanzienlijke kosten oploopt.

(2)  ***Voor andere inzage van stukken.*** Een dagvaarding kan bevel geven tot:
(A)    levering van documenten, elektronisch opgeslagen informatie, of tastbare zaken op een plaats binnen 100 mijl van waar de persoon verblijft, werkt of regelmatig transacties persoonlijk afhandelt; en
(B)    inspectie van de ruimte in de te inspecteren ruimte.

AO 88A (Rev. 12/13 Dagvaarding om te getuigen in een burgerlijke rechtsvordering (pagina 4)

**(d) Bescherming van een persoon aan wie de dagvaarding is gericht; Handhaving.**

(1) *Onnodige belasting of kosten vermijden; Sancties*. Een partij of advocaat verantwoordelijk voor de uitvaardiging en levering van een dagvaarding moet redelijke stappen ondernemen om onnodige belasting of kosten te vermijden voor een persoon aan wie de dagvaarding is gericht. De rechtbank of het district waar de naleving moet plaatsvinden, moet deze taak afdwingen en een gepaste sanctie uitdelen – waartoe gemiste inkomsten en redelijke vergoedingen voor advocaten kunnen behoren – aan een partij of advocaat die hier niet aan voldoet.

**(2) *Bevel om materiaal te leveren of inspectie toe te staan.***

(A)     *Verschijnen niet vereist*. Een persoon die wordt bevolen documenten, elektronisch opgeslagen informatie of tastbare zaken te leveren, of om de inspectie van de ruimte toe te staan, hoeft niet persoonlijk te verschijnen op de plaats van levering of inspectie, tenzij hij ook opdracht heeft gekregen te verschijnen voor een getuigenverklaring, verhoor of proces.

(B)     *Bezwaren*. Een persoon die de opdracht heeft gekregen documenten of tastbare zaken te leveren, of om inspectie toe te staan, mag de partij of toegewezen advocaat in de dagvaarding een schriftelijk bezwaar leveren tegen het inspecteren, kopiëren, testen of de steekproeftrekking van één van de of alle materialen of de inspectie van de ruimte – of om elektronisch opgeslagen informatie te leveren in de vereiste vorm(en). Het bezwaar moet geleverd zijn vóór de opgegeven tijd voor de naleving of 14 dagen na levering van de dagvaarding. Als er een bezwaar is ingediend, zijn de volgende regels van toepassing:

(i) Op elk moment, nadat de persoon aan wie het bevel is gericht, hiervan op de hoogte is gebracht, kan de betekenende partij de rechtbank verplaatsen voor het district waar de naleving is vereist van een bevel dat het tonen of de inspectie opdraagt.

(ii) Deze handelingen mogen alleen worden vereist zoals wordt geïnstrueerd in het rechterlijk bevel, en het rechterlijk bevel moet een persoon beschermen die geen partij noch een functionaris van een partij is van aanzienlijke kosten als gevolg van naleving.

**(3) *Een dagvaarding verwerpen of wijzigen.***

(A)     *Indien vereist*. Bij een tijdig verzoek om een rechterlijke uitspraak moet de rechtbank voor het district waar naleving is vereist, een dagvaarding verwerpen of wijzigen die:

(i) geen redelijke tijd geeft om eraan te voldoen;

(ii) vereist dat een persoon eraan voldoet buiten de geografische grenzen die zijn gespecificeerd in Bepaling 45(c);

(iii) de onthulling vereist van vertrouwelijke of anderszins beschermd materiaal, als er geen uitzondering of vrijstelling van toepassing is; of

(iv)en persoon een buitensporige last oplegt.

(B)     *Indien toegestaan*. Om een persoon aan wie een dagvaarding is bestemd of die erdoor wordt beïnvloed, kan de rechtbank voor het district waar de naleving is vereist, bij een verzoek om rechterlijke uitspraak de dagvaarding verwerpen of wijzigen als deze het volgende vereist:

(i) onthulling van een handelsgeheim of ander vertrouwelijk(e) onderzoek, ontwikkeling of commerciële informatie; of

(ii)onthulling van de mening van een niet ingehuurde deskundige, of informatie die geen specifieke gebeurtenissen beschrijft waar het in dit geschil om gaat, en resultaten uit het deskundigenonderzoek dat niet is aangevraagd door een partij.

(C) *Specificatie van omstandigheden als alternatief*. In de omstandigheden die worden beschreven in Bepaling 45(d)(3)(B) kan de rechtbank, in plaats van een dagvaarding te verwerpen of aan te passen, opdracht geven tot verschijning of levering onder speciale omstandigheden indien de betekenende partij:

(i) wezenlijk behoefte heeft aan het getuigenis of materiaal en er niet aan deze behoefte kan worden voldaan zonder onbillijke gevolgen;

(ii)     garandeert dat de gedagvaarde persoon een redelijke compensatie krijgt.

**(e) Taken bij het gehoor geven aan een dagvaarding.**

(1) *Levering van documenten of elektronisch opgeslagen informatie*. Deze procedures zijn van toepassing op de levering van documenten of elektronisch opgeslagen informatie:

(A) *Documenten*. Een persoon die gehoor geeft aan een dagvaarding om documenten te leveren, moet deze leveren zoals ze zijn bewaard in het kader van de normale bedrijfsuitoefening, of moet ze ordenen en etiketteren zodat ze overeenkomen met de categorieën in de vordering.

(B) *Vorm van de levering van elektronische informatie Niet gespecificeerd*. Als een dagvaarding geen vorm specificeert om elektronisch opgeslagen informatie te leveren, moet de gehoor gevende persoon deze leveren in een vorm of in vormen waarop het oorspronkelijk is opgeslagen, of in een redelijkerwijs bruikbare vorm of vormen.

(C) *Elektronisch opgeslagen informatie geleverd in slechts één vorm*. De reagerende persoon hoeft dezelfde elektronisch opgeslagen informatie niet in meer dan één vorm te leveren.

(D) *Ontoegankelijke elektronisch opgeslagen informatie*. De gehoor gevende persoon hoeft geen inzage van stukken te geven van elektronisch opgeslagen informatie die de persoon niet redelijkerwijs toegankelijk acht vanwege een te grote last of te hoge kosten. Bij een verzoek om inzake van stukken of een conservatoir bevelschrift, moet de gehoor gevende persoon aantonen dat de informatie niet redelijkerwijs toegankelijk is vanwege een te grote last of kostenplaatje. Als dat bewijs is geleverd, kan de rechtbank desalniettemin opdracht geven tot inzage van stukken van zulke bronnen als de verzoekende partij geldige redenen hiervoor heeft, waarbij de beperkingen van Bepaling 26(b)(2)(C) in acht worden genomen. De rechtbank kan voorwaarden bepalen voor de inzage van stukken.

(2) *Aanspraak maken op vertrouwelijkheid of bescherming.*

(A)     *Achtergehouden informatie*. Een persoon die informatie achterhoudt waarom wordt verzocht in een dagvaarding, er aanspraak op makende dat deze vertrouwelijk is of beschermd als materiaal in de voorbereiding van een proces, moet:

(i) hier uitdrukkelijk aanspraak op maken; en

(ii) de aard van de achtergehouden documenten, communicaties of tastbare zaken beschrijven op een manier die, zonder de vertrouwelijke of beschermde informatie te onthullen, het de partijen mogelijk maakt de aanspraak te beoordelen.

(B)     *Geleverde informatie*. Als informatie die wordt geleverd als reactie op een dagvaarding het onderwerp is van een aanspraak op vertrouwelijkheid of bescherming als materiaal ter voorbereiding van een proces, kan de persoon die hier aanspraak op maakt, alle partijen berichten die de informatie hebben ontvangen waar het in de aanspraak om gaat en gaan de grondslag ervoor. Na dit bericht moet een partij de gespecificeerde informatie en alle kopieën ervan onmiddellijk retourneren, onder sekwester stellen of vernietigen; de partij mag de informatie niet gebruiken of onthullen totdat er een beslissing is genomen omtrent de aanspraak; moet redelijke stappen ondernemen om de informatie terug te halen als de partij deze heeft onthuld vóórdat het bericht is ontvangen; en kan de informatie onmiddellijk verzegeld overhandigen aan de rechtbank voor het district waar naleving is vereist voor een uitspraak over de aanspraak. De persoon die de informatie heeft geleverd, moet de informatie behouden totdat er een beslissing is genomen over de aanspraak.

**(g) Minachting.**
De rechtbank voor het district waar naleving is vereist – en ook, nadat een verzoek tot rechterlijke uitspraak is overgebracht, de afgevende rechtbank – kan een persoon die, na de dagvaarding ontvangen te hebben, zonder passend excuus geen gehoor geeft aan de dagvaarding of een beschikking die ermee te maken heeft, straffen wegens minachting.

Zie voor toegang tot materiaal betreffende dagvaarding  Fed. R. Civ. P. 45(a) Committee Note (2013).