```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  MARK BRECKLER
    Chief Assistant Attorney General
 3  KATHLEEN E. FOOTE
    Senior Assistant Attorney General
 4  State Bar No. 65819
    EMILIO VARANINI
 5  Deputy Attorney General
    State Bar No. 163952
 6   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
 7   Telephone:  (415) 703-5908
     Fax:  (415) 703-5480
 8   E-mail:  Emilio.Varanini@doj.ca.gov

 9  Attorneys for the State of California et al.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Documents Relates To: | **AMENDED NOTICE OF DEPOSITION OF LEO MINK** |
| ALL ACTIONS | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rules 28, 30, and 45 of the Federal Rules of Civil Procedure and the Hague Convention, the Attorney General of California, Indirect Purchaser Plaintiffs, Direct Action Plaintiffs, and Direct Purchaser Plaintiffs ("Plaintiffs") will take the deposition of **LEO MINK.**  The deposition will take place, if permitted by the relevant authority in the Netherlands, on June 3-4, 2014, at 9:00 a.m. at De Brauw, Blackstone, Westbroek N.V., 1070 AB Amsterdam, Claude Debussylaan 80, The Netherlands.  The deposition shall continue from day to day (including weekends) until recessed or completed.

The deposition will be taken before a notary public or other person authorized to administer oaths under applicable law if permitted by the relevant authority in the Netherlands, and will be conducted pursuant to Rule 45 of the Federal Rules of Civil Procedure.  Plaintiffs intend and reserve the right to record the deposition testimony of the above-identified deponent by videotape and instant visual display, in addition to recording the testimony stenographically and LiveNote/realtime.  Plaintiffs reserve the right to use the videotape deposition at time of trial.  Plaintiffs shall otherwise conduct the deposition in accordance with the procedures of the relevant authority in the Netherlands.

Dated:  March 26, 2014                                             Respectfully submitted,

   /s/ Emilio E. Varanini

Emilio E. Varanini
OFFICE OF THE ATTORNEY GENERAL,
STATE OF CALIFORNIA
455 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 703-5908
Facsimile: (415) 703-5480
emilio.varanini@doj.ca.gov

*Attorney General for the State of California et al.*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

|   |   |
|---|---|
| 1 | piovieno@bsfllp.com<br>anardacci@bsfllp.com |
| 2 |   |
| 3 | *Liaison Counsel for the Direct Action Plaintiffs* |
| 4 | Mario N. Alioto (56433)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| 5 | 2280 Union Street |
| 6 | San Francisco, CA  94123<br>Telephone:  (415) 563-7200 |
| 7 | Facsimile:  (415) 346-0679<br>malioto@tatp.com |
| 8 | laurenrussell@tatp.com |
| 9 | *Lead Counsel for Indirect Purchaser Plaintiffs* |
| 10 | Guido Saveri (22349) |
| 11 | R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910) |
| 12 | Travis L. Manfredi (281779)<br>SAVERI & SAVERI, INC. |
| 13 | 706 Sansome Street<br>San Francisco, CA 94111 |
| 14 | Telephone: 415.217.6810<br>Fax: 415.217.6813 |
| 15 |   |
| 16 | *Interim Lead Counsel for the Direct Purchaser Plaintiffs* |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |