1  KAMALA D. HARRIS
   Procureur-generaal van Californië
2  MARK J. BRECKLER
   Eerste assistent procureur-generaal
3  KATHLEEN E. FOOTE
   Senior assistent procureur-generaal
4  State Bar nr. (toelatingsnummer) 65819
   EMILIO VARANINI
5  Plaatsvervangend procureur-generaal
   State Bar nr. 163952
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telefoon: (415) 703-5908
    Fax: (415) 703-5480
8   E-mail: Emilio.Varanini@doj.ca.gov

9  *Advocaten voor de procureur-generaal van Californië*

10

11 **UNITED STATES DISTRICT COURT, ARRONDISSEMENTSRECHTBANK VAN DE VERENIGDE STATEN**

12 **NOORDELIJK DISTRICT VAN CALIFORNIË**

13 **AFDELING SAN FRANCISCO**

14

15

16 BETREFT: KATHODESTRAALBUIS           )   Hoofdbestand nr. 3:07-cv-05944-SC
   (CATHODE RAY TUBE, CRT)             )
   ANTITRUST-PROCESVOERING             )   MDL (multidistrict litigation, procesvoering in
17                                     )   meerdere districten) nr. 1917
                                       )
18                                     )   **GEWIJZIGDE KENNISGEVING VAN**
   Dit document heeft betrekking op:   )   **GETUIGENVERKLARING VAN**
19                                     )   **LEO MINK**
   ALLE ACTIES                         )
20

21

22

23

24

25

26

27

28
                                                        1
             GEWIJZIGDE Kennisgeving van getuigenverklaring van Leo Mink (Hoofdbestand nr. CV-07-5944-SC)

**AAN ALLE PARTIJEN EN HUN VERTEGENWOORDIGENDE ADVOCATEN:**

HIERBIJ WORDT U EROVER GEÏNFORMEERD dat in overeenstemming met Bepaling 28, 30, en 45 van de Federal Rules of Civil Procedure (federale bepalingen van burgerlijke rechtsvordering) en de Conventie van Den Haag, de procureur-generaal van Californië, eisende partijen van de indirecte afnemer, eisende partijen van de rechtstreekse vordering, en eisende partijen van de directe afnemer ("Eisende partijen") de getuigenverklaring van **LEO MINK** afnemen. De getuigenverklaring zal plaatsvinden, indien hiervoor toestemming wordt verkregen van de relevante autoriteit in Nederland, op 3-4 juni 2014 om 9.00 uur in De Brauw, Blackstone, Westbroek N.V., 1070 AB Amsterdam, Claude Debussylaan 80, Nederland. De getuigenverklaring zal van dag tot dag doorgaan (inclusief weekenden) totdat deze wordt gepauzeerd of voltooid.

De getuigenverklaring wordt afgenomen voor een notaris of een andere persoon die bevoegd is voor beëdiging volgens de toepasselijke wetgeving indien dit is toegestaan door de relevante autoriteit in Nederland, en wordt geleid door Bepaling 45 van de Federal Rules of Civil Procedure. Eisende partijen hebben het recht en zullen dit gebruiken indien zij dit nodig achten om de getuigenverklaring van de bovengenoemde deponent op videoband op te nemen en op onmiddellijke visuele weergave, naast de stenografische en LiveNote/realtime opname van het getuigenis. Eisende partijen behouden het recht de getuigenverklaring op videoband te gebruiken op het tijdstip van het proces. Eisende partijen moeten bovendien de getuigenverklaring leiden in overeenstemming met de procedures van de relevante autoriteit in Nederland.

Datum:  26 maart 2014                     Respectvol ingediend,

                                                 */s/ Emilio E. Varanini*

Emilio E. Varanini
KANTOOR VAN DE PROCUREUR-GENERAAL, STAAT CALIFORNIË
455 Golden Gate Avenue
San Francisco, CA 94102
Telefoon: (415) 703-5908
Fax: (415) 703-5480
emilio.varanini@doj.ca.gov
*Procureur-generaal van de staat Californië et al.*

|   |   |
|---|---|
| 1 |  |
| 2 | Philip J. Iovieno |
|   | Anne M. Nardacci |
| 3 | BOIES, SCHILLER & FLEXNER LLP |
|   | 10 North Pearl Street, 4$^e$ verdieping |
| 4 | Albany, NY 12207 |
|   | Telefoon: (518) 434-0600 |
| 5 | Fax: (518) 434-0665 |
|   | piovieno@bsfllp.com |
| 6 | anardacci@bsfllp.com |

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4$^e$ verdieping
Albany, NY 12207
Telefoon: (518) 434-0600
Fax: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

*Liaison Counsel (advocaten die als contactpersoon dienen) voor de Eisende partijen van de directe vordering*

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telefoon: (415) 563-7200
Fax: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel (advocaten die zijn toegewezen aan de zaak) voor de Eisende partijen van indirecte afnemer*

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telefoon: 415.217.6810
Fax: 415.217.6813

*Interim Lead Counsel (tijdelijke advocaten die zijn toegewezen aan de zaak) voor de Eisende Partijen van Directe Afnemer*