# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) |  Case No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>LETTER OF REQUEST<br>(LETTERS ROGATORY) |
| This Document Relates to:<br><br>ALL ACTIONS | | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO LETTERS ROGATORY**

**REDACTED VERSION**