**UNITED STATES DISTRICT COURT, ARRONDISSEMENTSRECHTBANK VAN DE VERENIGDE STATEN**

**NOORDELIJK DISTRICT VAN CALIFORNIË**

**AFDELING SAN FRANCISCO**

| | |
|---|---|
| BETREFT: KATHODESTRAALBUIS (CATHODE RAY TUBE, CRT) ANTITRUST-PROCESVOERING ) ) ) ) ) ) Dit document heeft betrekking op: ) ) ALLE ACTIES ) | Zaak nr. CV-07-5944-SC<br><br>MDL (multidistrict litigation, procesvoering in meerdere districten) nr. 1917<br><br>VERZOEKSCHRIFT (ROGATOIRE COMMISSIE) |

**VERZOEK OM INTERNATIONALE RECHTSHULP CONFORM VERZOEKSCHRIFT**

**REDACTED VERSION**