## CERTIFICATE OF ACCURACY

This is to certify that the attached documents for Civil Action No. 3:07-cv-05944-SC; MDL No. 1917, The State of California, et al. v. Samsung SDI, Co, Ltd, et al. (In re Cathode Ray Tude (CRT) Antitrust Litigation), "Amended Notice of Deposition of Leo Mink", "Renewed Request for International Judicial Assistance Pursuant to Letters Rogatory" and "Amended Subpoena to Testify at a Deposition in a Civil Action", originally written in English are, to the best of my knowledge and belief, true, accurate, and a complete translation into Dutch.

Dated: March 31, 2014

_____

Translator