KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO E. VARANINI
Deputy Attorney General
State Bar No. 163952
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5908
  Fax:  (415) 703-5480
  E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for* State of California *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
|---|---|

1.       I am a Deputy Attorney General with the California Attorney General's Office and lead counsel for the California Attorney General in the state court case of *State of California et. al. v. Samsung SDI, Co., Ltd.,* Case No. 11-51584 (California Superior Court, San Francisco).   This case has been coordinated with this Court's MDL No. 1917 for purposes of fact and expert discovery as well as mediation and settlement.  I am admitted to this Court and could, if called as a witness, testify competently to the matters set forth herein.  I make this declaration under penalty of perjury under the laws of the United States and the State of California.

**DECLARATION OF EMILIO E. VARANINI**                                       **MASTER FILE NO. CV 07-5944 SC**

1

2.      Portions of the new proposed Letter of Request to Reschedule the Deposition of Leo Mink (including the Dutch translation of that latter), that is attached to the Proposed Order Granting the Administrative Motion for Order Issuing Letter of Request to Reschedule the Deposition of Leo Mink refers to the following information: (1) confidential documents and interrogatory responses produced pursuant to the Protective Order applicable in these proceedings and (2) confidential information received from Defendant Philips pursuant to a settlement agreement that it has with the Attorney General, including the personal address of a witness the Attorney General seeks to depose.  This confidential information has been submitted in support of a non-dispositive motion.

3.      The references to the contention interrogatories and the document from Defendant Philips, involve documents provided in the course of discovery in this case and have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order applicable in this case.   The references to confidential information provided to the Attorney General by Defendant Philips, such as the personal address of the witness the Attorney General seeks to depose, concern information provided to the Attorney General pursuant to the settlement agreement entered into between those two parties.

//
//
//
//
//
//
//
//

DECLARATION OF EMILIO E. VARANINI            MASTER FILE NO. CV 07-5944 SC

2

4. Only the portion of the Proposed Order containing the Letter of Request and its Dutch translation has been lodged under seal. The Attorney General believes that it is not practical for only portions of this Letter of Request to be filed under seal given the extensive reference to confidential information throughout the entirety of this document.

Dated: April 2, 2014        Respectfully Submitted,

        KAMALA D. HARRIS
        Attorney General of California

        *s/ Emilio E. Varanini*

        EMILIO E. VARANINI
        Deputy Attorney General
        *Attorneys for Plaintiffs*