UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | LETTER OF REQUEST (LETTERS ROGATORY) |
| ALL ACTIONS | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO LETTERS ROGATORY**

**REDACTED VERSION**