1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
|---|---|
| | MDL No. 1917 |
| This Documents Relates To:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL RELATED TO ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTER OF REQUEST FOR DEPOSITION OF LEO MINK** |

Upon consideration of the California Attorney General's administrative motion to file under seal portions of, and certain documents submitted in conjunction with, her administrative motion for an order issuing a Letter of Request for the deposition of Leo Mink, and finding good cause for the requested sealing, the administrative motion to file under seal should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:  The Clerk shall file and maintain under seal the Letter of Request to Reschedule the Deposition of Leo Mink (including the Dutch translation of that latter), that is attached to the Proposed Order Granting the Administrative Motion for Order Issuing Letter of Request to Reschedule the Deposition of Leo Mink.

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
SAMUEL CONTI
United States District Judge

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO ISSUE LETTER OF REQUEST FOR DEPOSITION OF LEO MINK – CASE NO. CV 07-5944-SC