Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.*, Case No. 3:13-cv-1173. | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT SHARP'S MOTION FOR LEAVE TO AMEND**<br><br>Date:   May 30, 2014<br>Time:  10:00 a.m.<br>Place:  Courtroom 1, 17th Floor<br>Judge:  Hon. Samuel Conti<br>Special Master:  Hon. Vaughn Walker (Ret.) |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S MOTION FOR LEAVE TO AMEND
Case No. 13 cv 1173, MDL No. 1917, Case No. 07 cv 5944

1   I, CRAIG A. BENSON, hereby declare as follows:

2       1.      I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton &

3   Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp

4   Electronics Manufacturing Company of America, Inc. ("SEMA") (together, "the Sharp

5   Plaintiffs").  I am admitted *pro hac vice* to practice law before the U.S. District Court in the

6   Northern District of California.  I submit this Declaration in support of Sharp's Motion for Leave

7   to Amend.

8       2.      █████████████████████████████████████████

9   ███████████████████████████████████████████████████

10  ████████████████████████████████████████████████

11  ████████████████████████████████

12      3.      █████████████████████████████████████████

13  ██████████████████████████████████████████████

14  ██████████████████████████████████████████████

15  ███████████████████████████████████████████████████

16  ██████████████████

18      I declare under penalty of perjury that the foregoing is true and correct.  Executed

19  this 2nd day of April, 2014, at Washington, DC.

21                              /s/  *Craig A. Benson*

22                              Craig A. Benson

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S MOTION FOR LEAVE TO AMEND
Case No. 13 cv 1173, MDL No. 1917, Case No. 07 cv 5944