Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SHARP'S MOTION FOR LEAVE TO AMEND** |
| This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |

1       Having considered all of the papers filed by Plaintiffs Sharp Electronics Corporation and
2 Sharp Electronics Manufacturing Company of America, Inc. ("Sharp Plaintiffs") in support of their
3 Motion for Leave to Amend, as well as the well-pled allegations in the proposed Second Amended
4 Complaint, and on finding good cause therefore, the Court hereby ORDERS as follows:
5       Sharp Plaintiffs' Motion for Leave to Amend is hereby GRANTED in its entirety.

7 **IT IS SO ORDERED.**

10     DATED: _____           _____

11                                  HON. SAMUEL CONTI
                            UNITED STATES DISTRICT JUDGE