Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | **(CIVIL LOCAL RULE 79-5(d))** |

1    Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and
2 79-5(d), Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of
3 America, Inc. (collectively, "Sharp") respectfully submit this Administrative Motion for a Sealing Order
4 regarding Sharp's concurrently filed Motion for Leave to Amend Sharp's First Amended Complaint.
5 The following materials are submitted under seal:  (a)  the highlighted portions of Sharp's Motion for
6 Leave to Amend;  (b)  paragraphs 2 and 3 to the concurrently-filed Declaration of Craig A. Benson in
7 Support of Sharp's Motion for Leave to Amend ("Benson Amendment Declaration"); and (c) portions of
8 paragraphs 194-197, 237, 238, and 257 of Sharp's proposed Second Amended Complaint, filed as
9 Attachments A and B to Sharp's Motion for Leave to Amend.
10    This motion is supported by the Declaration of Craig A. Benson in Support of Sharp's
11 Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b),
12 dated April 2, 2014 ("Benson Sealing Declaration").  *See* Civ. L. R. 79(d)(1)(A) (stating that an
13 administrative motion to seal must be accompanied by a declaration "establishing that the document
14 sought to be filed under seal . . . [is] sealable.").
15    Paragraphs 2 and 3 to the Benson Amendment Declaration, and the highlighted portions
16 of Sharp's Motion for Leave to Amend corresponding  thereto, contain confidential, nonpublic, and
17 highly sensitive business information that is taken directly from material designated by Sharp as
18 "Confidential" or "Highly Confidential" in this matter pursuant to the Protective Order applicable in this
19 action. *See* Dkt. No. 306, Case No. 07-cv-5944 (N.D. Cal.). Sharp seeks to file Benson Amendment
20 Declaration paragraphs 2 and 3, as well as the highlighted portions of the Motion for Leave to Amend
21 corresponding thereto, under seal because there is a "compelling reason" for doing so for this document.
22 *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  A party meets the
23 "compelling reasons" standard by presenting "articulable facts" identifying the interests favoring filing a
24 document under seal. *Id.* at 1181.  As set forth in the Benson Declaration, Sharp meets this standard
25 because paragraphs 2 and 3 to the Benson Amendment Declaration and the highlighted portions of
26 Sharp's Motion for Leave to Amend contain confidential, non-public information about Sharp's
27 business practices and purchase data that remain important to Sharp's competitive position.

Attachments A and B to Sharp's Motion for Leave to Amend discuss or contain references to or analysis of information that has been designated by certain Defendants as "Confidential" or "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case (No. 07-cv-05944, ECF 306, amended at ECF 1142), and Sharp seeks to submit this material under seal in good faith in order to comply with the Protective Order and this Court's Local Rules. Pursuant to the Local Rules (amended October 1, 2013), the party designating the materials referenced above "must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1). Sharp is prepared to file the documents referenced above that have been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by certain Defendants in the public record "[i]f the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied." Civ. L.R. 79-5(e)(2). Sharp respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5, and, through this submission, hereby notifies the Designating Parties of their burden to establish that the designated material is properly sealable. *See Kamakana*, 447 F.3d at 1178-1180.

Pursuant to Civil Local Rule 79-5(d), a copy of Attachments A and B will be lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the Court pending the Court's granting of a Motion to Seal. Sharp is prepared to e-file as part of the public record in this case an unredacted copy of this Attachment.

Dated: April 2, 2014            Respectfully submitted,

By:   */s/ Craig A. Benson*

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email:  kgallo@paulweiss.com
Email:  jsimons@paulweiss.com
Email:  cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*