Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ATTACHMENTS TO SHARP'S MOTION FOR LEAVE TO AMEND** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |
| | **(CIVIL LOCAL RULE 79-5(d)** |

I, Craig A. Benson, hereby declare as follows:

1.     I am an active member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia and on March 20, 2013 was granted leave to appear *pro hac vice*.  (Dkt. No. 12.)  I am associated with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp").  I submit this Declaration in support of Sharp's Administrative Motion to Seal Portions Plaintiffs' Motion for Leave to Amend the First Amended Complaint and Supporting Materials (the "Motion").

2.     On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Protective Order").

3.     Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), Sharp seeks to seal the following documents:  (a)  the highlighted portions of Sharp's Motion for Leave to Amend;  (b)  paragraphs 2 and 3 to the Benson Declaration in Support of Sharp's Motion for Leave to Amend ("Benson Amendment Declaration"); and (c) portions of paragraphs 194-197, 237, 238, and 257 of Sharp's proposed Second Amended Complaint and redlined version of Sharp's Second Amended Complaint, filed as Attachments A and B to Sharp's Motion for Leave to Amend, respectively.

4.     The highlighted portions of Sharp's Motion for Leave to Amend, as well as paragraphs 2 and 3 to the Benson Amendment Declaration, contain confidential, nonpublic, and highly sensitive business information that is taken directly from material designated by Sharp as "Confidential" or "Highly Confidential" in this matter pursuant to the Protective Order applicable in this action.  Portions of the Motion for Leave to Amend, as well as paragraphs 2 and 3 to the Benson Amendment Declaration, are properly sealable pursuant to the Protective Order because they reference confidential and nonpublic information concerning Sharp's business practices, including its purchasing practices, as well as financial information regarding Sharp's CRT purchases.

5.     I am informed and believe that public disclosure of the information in the Motion for Leave to Amend and the Benson Amendment Declaration presents a risk of undermining

Sharp's business relationships, causing Sharp harm with respect to its competitors and customers, and/or competitively disadvantaging Sharp.  For these reasons, pursuant to Civil Local Rules 7-11 and 79-5(d) and the Protective Order, the confidential information in Sharp's Motion for Leave to Amend and the Benson Amendment Declaration should be maintained under seal.

6.      Portions of Attachments A and B, Sharp's proposed Second Amended Complaint, contain references to or analysis of information that has been designated by a Defendant or Defendants in this matter as "Confidential" or "Highly Confidential." pursuant to the Protective Order applicable in this action.  Specifically, portions of paragraphs 194-197, 237, 238, and 257 of Sharp's FAC contain such confidential material.  This Court has previously granted Sharp's motion to seal this information.  *See* Dkt. No. 2211.

7.      Sharp seeks to submit the material referenced in Attachments A and B under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules.  Because the information in Attachments A and B that Sharp seeks to submit under seal has been designated as Confidential or Highly Confidential by another party, Sharp is filing the accompanying Motion, and will be prepared to file an unredacted Second Amended Complaint in the public record "[i]f the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied." Civ. L.R. 79-5(e)(2).

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 2nd day of April, 2014 in Washington, DC.

*/s/ Craig A. Benson*

Craig A. Benson

- 2 -