Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | **[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> **(CIVIL LOCAL RULE 79-5)** |

1    Upon consideration of Sharp's Administrative Motion to Seal Pursuant to Civil Local
2 Rules 7-11 and 79-5, submitted in connection with Sharp's Motion for Leave to Amend the First
3 Amended Complaint, IT IS HEREBY ORDERED THAT:

4    the Administrative Motion is hereby GRANTED; and it is further

5    ORDERED that the Clerk shall file and maintain under seal the following documents or
6 portions of documents related to Sharp's Administrative Motion to Seal:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Motion for Leave to Amend First Amended Complaint ("Sharp's Motion for Leave to Amend FAC") | i (TOC):11<br>3:3<br>4:2-6<br>5:15<br>5:17<br>5:20<br>9:12-14<br>11:5<br>12:1 |
| Attachments A and B to Sharp's Motion for Leave to Amend FAC | ¶¶ 194-197, 237, 238, and 257 |
| Declaration of Craig A. Benson in Support of Sharp's Motion for Leave to Amend FAC | ¶¶ 2-3 |

**IT IS SO ORDERED.**

   DATED: _____          _____

                                              HON. SAMUEL CONTI
                                          UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173