Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.*, Case No. 3:13-cv-1173. | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT SHARP'S MOTION FOR LEAVE TO AMEND**<br><br>Date:   May 30, 2014<br>Time:   10:00 a.m.<br>Place:  Courtroom 1, 17th Floor<br>Judge:  Hon. Samuel Conti<br>Special Master: Hon. Vaughn Walker (Ret.) |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

- 1 -
DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S MOTION FOR LEAVE TO AMEND
Case No. 13 cv 1173, MDL No. 1917, Case No. 07 cv 5944

I, CRAIG A. BENSON, hereby declare as follows:

1. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA") (together, "the Sharp Plaintiffs"). I am admitted *pro hac vice* to practice law before the U.S. District Court in the Northern District of California. I submit this Declaration in support of Sharp's Motion for Leave to Amend.

2. ███████████████████████████████████████████████████████████████████████████████████████████████

3. ███████████████████████████████████████████████████████████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April, 2014, at Washington, DC.

/s/  *Craig A. Benson*

Craig A. Benson

- 2 -

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S MOTION FOR LEAVE TO AMEND
Case No. 13 cv 1173, MDL No. 1917, Case No. 07 cv 5944