Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone:  (415) 563-7200
Facsimile:   (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | ) Master File No. CV-07-5944 SC <br> ) <br> ) MDL No. 1917 <br> ) <br> ) |
| This document relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | ) **PROOF OF SERVICE** <br> ) <br> ) <br> ) Hearing Date:  April 18, 2014 <br> ) Time: 10:00 a.m. <br> ) Courtroom: One, 17th Floor <br> ) Judge:  Honorable Samuel Conti <br> ) |

I, Lauren C. Capurro, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the State of California, where the mailing occurs, and my business address is TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP, 2280 Union Street, San Francisco, California 94123.

I further declare that I am readily familiar with the business practices for collection and processing of correspondence for mailing with the United States Postal Service this same day in the ordinary course of business.

On April 4, 2014, I served a true and correct copy of the following document(s):

1. **INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO OBJECTIONS TO FINAL APPROVAL OF SETTLEMENT WITH LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; AND LG ELECTRONICS TAIWAN TAIPEI CO. LTD.**

2. **DECLARATION OF JOSEPH M. PATANE IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO OBJECTIONS TO FINAL APPROVAL OF SETTLEMENT WITH LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; AND LG ELECTRONICS TAIWAN TAIPEI CO. LTD.**

on all counsel registered for ECF and by sending a true and correct copy of each document to each addressee below in the manner described below:

David N. Lake
Law Offices of David N. Lake
A Professional Corporation
16130 Venture Boulevard, Suite 650
Encino, CA 91436
Email: david@lakelawpc.com

*Counsel for Objector David Silvestri*

Sam P. Cannata
30799 Pinetree Road, #254
Cleveland, Ohio 44124
Email: spc@cplpa.com

*Counsel for Objector Jill K. Cannata*

1
2      [ X]          **BY E-MAIL:** I transmitted the foregoing document(s) listed above to the addressee(s) identified above via electronic mail pursuant to agreement among the parties.

3
4      [ ]           **BY MAIL:** I placed a true and correct copy of each document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail this same day, at San Francisco, California, following ordinary business practices.
5

6
7      [ ]           By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

8
         I declare under penalty of perjury under the laws of the State of California that the above
9
is true and correct.
10
         Executed on April 4, 2014 at San Francisco, California.
11

12
                                             /s/ Lauren C. Capurro
13
                                                 Lauren C. Capurro
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28