JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF THE SHARP PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(d)** |
| This Document Relates to:<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173 | |

1 I, Jennifer M. Stewart, declare as follows:

2     1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

    2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306). On April 2, 2014, Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") filed an Administrative Motion to Seal (Dkt. No. 2521), and lodged conditionally under seal, pursuant to Civil Local Rule 7-11, the following documents:

    (a) Portions of Sharp's Motion for Leave to Amend ("Motion");

    (b) Portions of the Declaration of Craig A. Benson in Support of Sharp's Motion for Leave to Amend ("Benson Declaration"); and

    (c) Portions of Sharp's proposed Second Amended Complaint ("SAC"), filed as Attachments A and B to Sharp's Motion.

    3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents and information quoted from, described, or otherwise summarized in Sharp's SAC that have been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

    4. Specifically, the Panasonic Defendants request that the following documents be maintained under seal: (i) paragraphs 194, 195, 196, 237 and 238 of Sharp's SAC, which refer to information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants under

- 2 -

1  the terms of the Stipulated Protective Order; and (ii) any references to this information in the Motion
2  and Benson Declaration.

3  5. The documents and information quoted from, described, or otherwise summarized in Paragraphs 194, 195, 196, 237 and 238 of Sharp's SAC consist of, cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the Panasonic Defendants' business practices, pricing practices, confidential business agreements and competitive positions. The documents describe relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

12  6. Paragraphs 194, 195, 196, 237 and 238 of Sharp's SAC quote from or describe documents, testimony or information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order. I understand that the Panasonic Defendants consider any statements in Sharp's SAC purporting to summarize any documents or information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Paragraphs 194, 195, 196, 237 and 238 of Sharp's SAC.

20  7. In addition, the Court previously granted a motion to seal identical, or substantially similar, paragraphs in Sharp's First Amended Complaint. *See* Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint (Dkt. No. 2211).

23  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

25  DATED: April 7, 2014                    By: /s/ *Jennifer M. Stewart*
                                            JEFFREY L. KESSLER (*pro hac vice*)
                                            Email: jkessler@winston.com
                                            A. PAUL VICTOR (*pro hac vice*)
                                            Email: pvictor@winston.com

DECL. OF JENNIFER M. STEWART I/S/O                               Case No. 07-5944 SC
THE SHARP PLAINTIFFS' MOTION TO SEAL                             MDL NO. 1917

ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
JENNIFER M. STEWART (*pro hac vice*)
Email: jstewart@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

BAMBO OBARO (Bar No. 267683)
Email: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*