1  Eliot A. Adelson (State Bar No. 205284)
   James Maxwell Cooper (State Bar No. 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA  94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: eadelson@kirkland.com
5  Email: max.cooper@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice*)
   Kate Wheaton (*pro hac vice*)
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, Illinois  60654
   Telephone: (312) 862-2000
9  Facsimile: (312) 862-2200
   Email: jmutchnik@kirkland.com
10 Email: kate.wheaton@kirkland.com

11 Attorneys for Defendants
   HITACHI, LTD., HITACHI DISPLAYS, LTD.
12 (n/k/a JAPAN DISPLAY INC.), HITACHI
   AMERICA, LTD., HITACHI ASIA, LTD.,
13 AND HITACHI ELECTRONIC DEVICES
   (USA), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| *In re Cathode Ray Tube (CRT) Antitrust Litigation*, | MASTER FILE NO. 3:07-CV-05944-SC |
|---|---|
| This Document Relates To: *Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC | **DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Civil L.R. 79-5(d)] |

1    I, James Maxwell Cooper, declare as follows:

2    1.    I am a member of the bar of the State of California and an attorney at the law firm of Kirkland & Ellis LLP, counsel for defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2.    Except for those matters stated on information and belief, about which I am informed and believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3.    On June 18, 2008, the Court approved a "Stipulated Protective Order" (Dkt No. 306).

4.    On April 2, 2014, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") filed an Administrative Motion to Seal (Dkt. No. 2521), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of their First Amended Complaint for Leave to Amend ("Complaint"), as well as paragraphs 2 and 3 to the concurrently-filed Declaration of Craig A. Benson in support of Sharp's Motion for Leave to Amend ("Benson Amendment Declaration"), and portions of paragraphs 194-197, 237, 238, and 257 of Sharp's proposed Second Amended Complaint, filed as Attachments A and B to Sharp's Motion for Leave to Amend.

5.    Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Hitachi Defendants to provide the basis for the Court to maintain under seal portions of paragraphs 194 and 238 of Sharp's Proposed Second Amended Complaint.

6.    I am informed and believe that portions of paragraph 194, lines 16-19 and 18-23, and paragraph 238 lines 1-16 of Sharp's proposed Second Amended Complaint consist of, cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the Hitachi Defendants' business practices, pricing practices, confidential business agreements, and competitive positions. The document describes relationships with companies that remain important to the Hitachi Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Hitachi Defendants' business relationships, would cause them harm with respect to their competitors and

customers, and would put the Hitachi Defendants at a competitive disadvantage.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 7th day of April, 2014, at San Francisco, California.

*/s/ James Maxwell Cooper*
James Maxwell Cooper