SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. AND
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>Individual Case No. C 13-1173 (SC)<br><br>**DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| This Document Relates to:<br><br>SHARP ELECTRONICS CORP.,<br>      Plaintiff,<br>   v.<br>HITACHI, LTD., et al.,<br>      Defendants. | |

I, TYLER M. CUNNINGHAM, declare as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.'s (together, "Sharp") Administrative Motion to File Under Seal (Dkt. No. 2521) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306).

3. On April 2, 2014, Sharp filed the Motion to Seal requesting that the Court maintain under seal portions of Sharp's proposed Second Amended Complaint, which was lodged conditionally under seal as Attachments A and B to the concurrently lodged Motion for Leave to Amend. I have reviewed the portions of Sharp's proposed Second Amended Complaint sought to be maintained under seal.

4. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal portions of Sharp's proposed Second Amended Complaint that quote from, describe, or otherwise summarize documents and/or information that SDI has designated as "Confidential" or "Highly Confidential."

5. Upon information and belief, the following paragraphs of Sharp's proposed Second Amended Complaint quote from, describe or otherwise summarize documents or information that SDI has designated as "Confidential" or "Highly Confidential:" 194, 196, 237 and 238.

-1-

MDL No. 1917; Case No. C 13-1173 (SC) — CUNNINGHAM DECLARATION I/S/O SHARP'S ADMINISTRATIVE MOTION TO SEAL

-2-

6. The documents or information quoted from, described, or otherwise summarized in Sharp's proposed Second Amended Complaint consist of, cite to, or identify confidential, nonpublic, proprietary and highly sensitive business information about SDI's market analyses, business practices, internal practices and/or competitive positions.  I am informed and believe that this is sensitive information, and public disclosure of this information presents a risk of undermining SDI's business relationships, causing it harm with respect to its competitors and customers, or putting SDI at a competitive disadvantage.

7. The Court previously sealed portions of Sharp's First Amended Complaint that contained language identical or substantially similar to the paragraphs that SDI seeks to seal here.  *See* Order Regarding Administrative Motion to Seal Portions of Plaintiff's First Amended Complaint (Dkt. No. 2211).

8. For the reasons stated above, SDI requests that the Court maintain under seal the following portions of Sharp's proposed Second Amended Complaint, filed as Attachments A and B to Sharp's Motion for Leave to Amend: the portions of paragraphs 194, 196, 237 and 238 that quote from, describe or otherwise summarize documents and/or information that SDI has designated as "Confidential" or "Highly Confidential."

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on April 7, 2014 at San Francisco, California.

                     */s/ Tyler M. Cunningham*
                     TYLER M. CUNNINGHAM