BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* Case No. C 13-1173 (SC) | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF THE SHARP PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ATTACHMENTS TO SHARP'S MOTION FOR LEAVE TO AMEND PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Charles M. Malaise, hereby declare as follows:

1. I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On April 2, 2014, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. filed an Administrative Motion to Seal (Dkt. 2521), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of the following documents that contain information from documents that the Philips Defendants have designated "Confidential" or "Highly Confidential:"

    a. Sharp's proposed Second Amended Complaint filed as Attachment A to Sharp's Motion for Leave to Amend ("Attachment A"), and

    b. Redlined version of Sharp's Second Amended Complaint filed as Attachment B to Sharp's Motion for Leave to Amend ("Attachment B").

4. The Philips Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. The documents and information quoted from, describe, or otherwise summarized in Paragraph 194 and its subparts and Paragraph 238 and its subparts of both Attachment A and Attachment B rely on documents designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because the documents contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions. Publicly disclosing this sensitive information presents a risk of

1  undermining the Philips Defendants' relationships, would cause harm with respect to the Philips
2  Defendants' competitors and customers, and would put the Philips Defendants at a competitive
3  disadvantage.

4        6.      In addition, the Court previously granted a motion to seal identical, or substantially
5  similar, paragraphs in Sharp's First Amended Complaint.  *See* Order Regarding Administrative
6  Motion to Seal Portions of Plaintiffs' First Amended Complaint (Dkt. No. 2211).

7        I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.

9        Executed on April 7, 2014 in Washington, D.C.

*[signature]*

Charles M. Malaise