1  *(Stipulating parties listed on signature page)*

2  **UNITED STATES DISTRICT COURT**

3  **NORTHERN DISTRICT OF CALIFORNIA**

4  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*<br><br>*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*<br><br>*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*<br><br>*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*<br><br>*Target Corp. v. Technicolor SA, et al., No. 13-cv-05686* | **STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFFS' COMPLAINTS**<br><br>Judge: Hon. Samuel Conti |

1  *Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

2

3  *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173*

4

5        Pursuant to Civil Local Rules 6-2 and 7-12, Electrograph Systems, Inc.; Electrograph

6  Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating

7  Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best

8  Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;

9  Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation;

10  ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC

11  (on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart

12  Corp.; and Target Corp. (collectively, "the DAPs"); Sharp Electronics Corporation and Sharp

13  Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"); Tech Data

14  Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data"); Defendants

15  Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual

16  Solutions America, Inc. (collectively, "Mitsubishi Electric"); Defendants Thomson S.A. (n.k.a.

17  Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.)

18  (collectively, the "Thomson Defendants"); and Defendant Technologies Displays Americas, LLC

19  ("TDA") have conferred by and through their counsel and, subject to the Court's approval,

20  HEREBY STIPULATE AS FOLLOWS:

21        WHEREAS, there is pending in the United States District Court for the Northern District

22  of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

23  purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re:*

24  *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the

25  "MDL Proceedings");

26        WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now

27  pending in this MDL, naming Mitsubishi Electric, the Thomson Defendants, and TDA as

28  Defendants;

1  WHEREAS, Sharp has filed a First Amended Complaint, now pending in this MDL, naming the Thomson Defendants and TDA as Defendants;

3  WHEREAS, Tech Data has filed a First Amended Complaint, now pending in this MDL, naming the Thomson Defendants as Defendants;

5  WHEREAS, on December 9, 2013, TDA filed a Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint (Dkt. No. 2234);

7  WHEREAS, on December 30, 2013, Mitsubishi Electric filed a Notice of Motion and Motion to Dismiss the DAPs' Complaints (Dkt. No. 2299);

9  WHEREAS, on January 27, 2014, Thomson Consumer filed a Notice of Motion and Motion to Dismiss the DAPs' Complaints (Dkt. No. 2353);

11  WHEREAS, on January 27, 2014, Thomson SA filed a Notice of Motion and Motion to Dismiss the DAPs' Complaints (Dkt. No. 2355);

13  WHEREAS, on November 25, 2013, Thomson Consumer filed a Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint (Dkt. No. 2236);

15  WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint (Dkt. No. 2235);

17  WHEREAS, on January 16, 2014, Thomson Consumer filed a Notice of Motion and Motion to Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2329);

19  WHEREAS, on February 7, 2014, Thomson SA filed a Notice of Motion and Motion to Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2373);

21  WHEREAS, on March 5, 2014, the DAPs each served copies of Summonses, Complaints, and related documents on TDA via personal service of TDA's authorized agent;

23  WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying in part TDA's Motion to Dismiss Sharp's First Amended Complaint, dismissing certain state-law claims, but denying the motions with respect to the federal and New York claims (Dkt. No. 2438);

27  WHEREAS, on March 13, 2014, the Court entered an Order granting in part and denying in part Mitsubishi Electric's Motion to Dismiss the DAPs' Complaints or First Amended

1  Complaints, dismissing certain state-law claims, but denying the motions with respect to the
2  federal and New York Donnelly Act claims (Dkt. No. 2439);

3  WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying
4  in part the Thomson Defendants' Motions to Dismiss Sharp's First Amended Complaint and the
5  DAPs' Complaints or First Amended Complaints, dismissing certain state-law claims, but
6  denying the motions with respect to the federal and New York Donnelly Act claims (Dkt. No.
7  2440);

8  WHEREAS, on March 28, 2014, the Court issued an Order granting in part and denying
9  in part the Thomson Defendants' Motions to Strike with Prejudice Tech Data's First Amended
10  Complaint, dismissing Tech Data's state-law claims, but denying the motions with respect to its
11  federal claims (Dkt. No. 2507);

12  WHEREAS, Federal Rule of Civil Procedure 12(1)(A)(i) requires TDA to Answer or
13  otherwise respond to the DAPs' Complaints or Amended Complaints by March 26, 2014;

14  WHEREAS, pursuant to the March 27, 2014 Stipulation (Dkt. No. 2492) among
15  Mitsubishi Electric, the Thomson Defendants, the DAPs, and Sharp, and the Court's March 28,
16  2014 Order granting that stipulation (Dkt. No. 2508), the Thomson Defendants and Mitsubishi
17  Electric are required to Answer or otherwise respond to Plaintiffs' Complaints or Amended
18  Complaints by April 10, 2014;

19  WHEREAS, pursuant to the March 27, 2014 Stipulation (Dkt. No. 2489) between TDA
20  and Sharp, and the Court's March 28, 2014 Order granting that stipulation (Dkt. No. 2509), TDA
21  is required to Answer Sharp's First Amended Complaint by April 25, 2014;

22  WHEREAS, Federal Rule of Civil Procedure 12(a)(4) requires the Thomson Defendants
23  to Answer or otherwise respond to Tech Data's First Amended Complaint by April 11, 2014;

24  WHEREAS, Mitsubishi Electric and the DAPs have conferred and agreed to an extension
25  of time for Mitsubishi Electric to Answer or otherwise respond to the DAPs' Complaints or First
26  Amended Complaints;

27  WHEREAS, the Thomson Defendants and the DAPs have conferred and agreed to an
28  extension of time for Thomson to Answer the DAPs' Complaints or First Amended Complaints;

STIPULATION AND [PROPOSED] ORDER RE
DEADLINE TO ANSWER OR OTHERWISE                   4                   No. 07-5944-SC; MDL No. 1917
RESPOND TO CERTAIN DAP COMPLAINTS

WHEREAS, the Thomson Defendants and Sharp have conferred and agreed to an extension of time for the Thomson Defendants to Answer Sharp's First Amended Complaint;

WHEREAS, the Thomson Defendants and Tech Data have conferred and agreed to an extension of time for the Thomson Defendants to Answer Tech Data's First Amended Complaint;

WHEREAS, TDA and the DAPs have conferred and agreed to an extension of time for TDA to Answer or otherwise respond to the DAPs' Complaints or First Amended Complaints;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. Mitsubishi Electric shall Answer or otherwise respond to the DAPs' Complaints or First Amended Complaints by April 25, 2014.

2. The Thomson Defendants shall Answer Sharp's First Amended Complaint, Tech Data's First Amended Complaint, and the DAPs' Complaints or First Amended Complaints by April 25, 2014.

3. TDA shall Answer the DAPs' Complaints or First Amended Complaints by April 25, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
                                                Hon. Samuel Conti
                                                United States District Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 10, 2014 | FAEGRE BAKER DANIELS LLP |
| 3 | | |
| 4 | | By: */s/ Kathy L. Osborn* |
| | | Kathy L. Osborn (*pro hac vice*) |
| 5 | | Ryan M. Hurley (*pro hac vice*) |
| | | Faegre Baker Daniels LLP |
| 6 | | 300 N. Meridian Street, Suite 2700 |
| | | Indianapolis, IN  46204 |
| 7 | | Telephone: (317) 237-0300 |
| | | Facsimile: (317) 237-1000 |
| 8 | | kathy.osborn@FaegreBD.com |
| | | ryan.hurley@FaegreBD.com |
| 9 | | Jeffrey S. Roberts (*pro hac vice*) |
| | | Faegre Baker Daniels LLP |
| 10 | | 3200 Wells Fargo Center |
| | | 1700 Lincoln Street |
| 11 | | Denver, CO  80203 |
| | | Telephone: (303) 607-3500 |
| 12 | | Facsimile:  (303) 607-3600 |
| | | jeff.roberts@FaegreBD.com |
| 13 | | |
| | | Calvin L. Litsey (SBN 289659) |
| 14 | | Faegre Baker Daniels LLP |
| | | 1950 University Avenue, Suite 450 |
| 15 | | East Palo Alto, CA  94303-2279 |
| | | Telephone: (650) 324-6700 |
| 16 | | Facsimile: (650) 324-6701 |
| | | calvin.litsey@FaegreBD.com |
| 17 | | |
| | | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| 18 | | |
| 19 | Dated:  April 10, 2014 | JENNER & BLOCK LLP |
| 20 | | |
| 21 | | By: */s/ Terrence J. Truax* |
| | | Terrence J. Truax |
| 22 | | Michael T. Brody |
| 23 | | JENNER & BLOCK LLP |
| | | 353 North Clark Street |
| 24 | | Chicago, Illinois 60654-3456 |
| | | Telephone: (312) 222-9350 |
| 25 | | Facsimile: (312) 527-0484 |
| | | ttruax@jenner.com |
| 26 | | mbrody@jenner.com |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DAP  COMPLAINTS

6

No. 07-5944-SC; MDL No. 1917

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.*

Dated:  April 10, 2014

SQUIRE SANDERS LLP

By: */s/ Nathan Lane III*
Nathan Lane III
Squire Sanders (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954 0200
Facsimile:  (415) 393 9887

*Attorneys for Defendant Technologies Displays Americas, LLC*

Dated:  April 10, 2014

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Philip J. Iovieno*
Philip J. Iovieno
Anne M. Nardacci
Boies, Schiller & Flexner LLP
30 South Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

William Isaacson
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DAP  COMPLAINTS

7

No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| 1 | Stuart Singer |
| 2 | Boies, Schiller & Flexner LLP |
|   | 401 East Las Olas Blvd., Suite 1200 |
| 3 | Fort Lauderdale, FL 33301 |
|   | Telephone: (954) 356-0011 |
| 4 | Facsimile: (954) 356-0022 |
|   | ssinger@bsfllp.com |

*Liaison Counsel for Direct Action Plaintiffs and Tech Data*

Dated: April 10, 2014

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.