1    *(Stipulating parties listed on signature page)*

2    **UNITED STATES DISTRICT COURT**

3    **NORTHERN DISTRICT OF CALIFORNIA**

4    **SAN FRANCISCO DIVISION**

5

6
7    IN RE CATHODE RAY TUBE (CRT)          No. 07-cv-5944-SC
     ANTITRUST LITIGATION,                 MDL No. 1917

8
9    This Document Relates to:             **STIPULATION AND [~~PROPOSED~~]**
                                           **ORDER RE DEADLINE TO ANSWER**
                                           **OR OTHERWISE RESPOND TO**
10   *Electrograph Systems, Inc. et al. v.*   **CERTAIN DIRECT ACTION**
     *Technicolor SA, et al., No. 13-cv-05724;*  **PLAINTIFFS' COMPLAINTS**

11
     *Alfred H. Siegel, as Trustee of the Circuit*
12   *City Stores, Inc. Liquidating Trust v.*   Judge: Hon. Samuel Conti
     *Technicolor SA, et al., No. 13-cv-05261;*

13
14   *Best Buy Co., Inc., et al. v. Technicolor SA,*
     *et al., No. 13-cv-05264;*

15
16   *Interbond Corporation of America v.*
     *Technicolor SA, et al., No. 13-cv-05727;*

17   *Office Depot, Inc. v. Technicolor SA, et al.,*
     *No. 13-cv-05726;*
18
19   *Costco Wholesale Corporation v.*
     *Technicolor SA, et al., No. 13-cv-05723;*
20
21   *P.C. Richard & Son Long Island*
     *Corporation, et al. v. Technicolor SA, et al.,*
22   *No. 31:cv-05725;*

23   *Schultze Agency Services, LLC, o/b/o*
     *Tweeter Opco, LLC, et al. v. Technicolor SA,*
24   *Ltd., et al., No. 13-cv-05668;*

25   *Sears, Roebuck and Co. and Kmart Corp. v.*
     *Technicolor SA, No. 3:13-cv-05262;*
26
27   *Target Corp. v. Technicolor SA, et al., No.*
     *13-cv-05686*
28

1   *Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

2

3   *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173*

4

5      Pursuant to Civil Local Rules 6-2 and 7-12, Electrograph Systems, Inc.; Electrograph

6   Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating

7   Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best

8   Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;

9   Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation;

10  ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC

11  (on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart

12  Corp.; and Target Corp. (collectively, "the DAPs"); Sharp Electronics Corporation and Sharp

13  Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"); Tech Data

14  Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data"); Defendants

15  Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual

16  Solutions America, Inc. (collectively, "Mitsubishi Electric"); Defendants Thomson S.A. (n.k.a.

17  Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.)

18  (collectively, the "Thomson Defendants"); and Defendant Technologies Displays Americas, LLC

19  ("TDA") have conferred by and through their counsel and, subject to the Court's approval,

20  HEREBY STIPULATE AS FOLLOWS:

21      WHEREAS,  there is pending in the United States District Court for the Northern District

22  of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

23  purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re:*

24  *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the

25  "MDL Proceedings");

26      WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now

27  pending in this MDL, naming Mitsubishi Electric, the Thomson Defendants, and TDA as

28  Defendants;

1   WHEREAS, Sharp has filed a First Amended Complaint, now pending in this MDL,
2   naming the Thomson Defendants and TDA as Defendants;

3   WHEREAS, Tech Data has filed a First Amended Complaint, now pending in this MDL,
4   naming the Thomson Defendants as Defendants;

5   WHEREAS, on December 9, 2013, TDA filed a Notice of Motion and Motion to Dismiss
6   Sharp's First Amended Complaint (Dkt. No. 2234);

7   WHEREAS, on December 30, 2013, Mitsubishi Electric filed a Notice of Motion and
8   Motion to Dismiss the DAPs' Complaints (Dkt. No. 2299);

9   WHEREAS, on January 27, 2014, Thomson Consumer filed a Notice of Motion and
10  Motion to Dismiss the DAPs' Complaints (Dkt. No. 2353);

11  WHEREAS, on January 27, 2014, Thomson SA filed a Notice of Motion and Motion to
12  Dismiss the DAPs' Complaints (Dkt. No. 2355);

13  WHEREAS, on November 25, 2013, Thomson Consumer filed a Notice of Motion and
14  Motion to Dismiss Sharp's First Amended Complaint (Dkt. No. 2236);

15  WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion to
16  Dismiss Sharp's First Amended Complaint (Dkt. No. 2235);

17  WHEREAS, on  January 16, 2014, Thomson Consumer filed a Notice of Motion and
18  Motion to Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2329);

19  WHEREAS, on February 7, 2014, Thomson SA filed a Notice of Motion and Motion to
20  Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2373);

21  WHEREAS, on March 5, 2014, the DAPs each served copies of Summonses, Complaints,
22  and related documents on TDA via personal service of TDA's authorized agent;

23  WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying
24  in part TDA's Motion to Dismiss Sharp's First Amended Complaint, dismissing certain state-law
25  claims, but denying the motions with respect to the federal and New York claims (Dkt. No.
26  2438);

27  WHEREAS, on March 13, 2014, the Court entered an Order granting in part and denying
28  in part Mitsubishi Electric's Motion to Dismiss the DAPs' Complaints or First Amended

Complaints, dismissing certain state-law claims, but denying the motions with respect to the federal and New York Donnelly Act claims (Dkt. No. 2439);

WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying in part the Thomson Defendants' Motions to Dismiss Sharp's First Amended Complaint and the DAPs' Complaints or First Amended Complaints, dismissing certain state-law claims, but denying the motions with respect to the federal and New York Donnelly Act claims (Dkt. No. 2440);

WHEREAS, on March 28, 2014, the Court issued an Order granting in part and denying in part the Thomson Defendants' Motions to Strike with Prejudice Tech Data's First Amended Complaint, dismissing Tech Data's state-law claims, but denying the motions with respect to its federal claims (Dkt. No. 2507);

WHEREAS, Federal Rule of Civil Procedure 12(1)(A)(i) requires TDA to Answer or otherwise respond to the DAPs' Complaints or Amended Complaints by March 26, 2014;

WHEREAS, pursuant to the March 27, 2014 Stipulation (Dkt. No. 2492) among Mitsubishi Electric, the Thomson Defendants, the DAPs, and Sharp, and the Court's March 28, 2014 Order granting that stipulation (Dkt. No. 2508), the Thomson Defendants and Mitsubishi Electric are required to Answer or otherwise respond to Plaintiffs' Complaints or Amended Complaints by April 10, 2014;

WHEREAS, pursuant to the March 27, 2014 Stipulation (Dkt. No. 2489) between TDA and Sharp, and the Court's March 28, 2014 Order granting that stipulation (Dkt. No. 2509), TDA is required to Answer Sharp's First Amended Complaint by April 25, 2014;

WHEREAS, Federal Rule of Civil Procedure 12(a)(4) requires the Thomson Defendants to Answer or otherwise respond to Tech Data's First Amended Complaint by April 11, 2014;

WHEREAS, Mitsubishi Electric and the DAPs have conferred and agreed to an extension of time for Mitsubishi Electric to Answer or otherwise respond to the DAPs' Complaints or First Amended Complaints;

WHEREAS, the Thomson Defendants and the DAPs have conferred and agreed to an extension of time for Thomson to Answer the DAPs' Complaints or First Amended Complaints;

1   WHEREAS, the Thomson Defendants and Sharp have conferred and agreed to an

2   extension of time for the Thomson Defendants to Answer Sharp's First Amended Complaint;

3   WHEREAS, the Thomson Defendants and Tech Data have conferred and agreed to an

4   extension of time for the Thomson Defendants to Answer Tech Data's First Amended Complaint;

5   WHEREAS, TDA and the DAPs have conferred and agreed to an extension of time for

6   TDA to Answer or otherwise respond to the DAPs' Complaints or First Amended Complaints;

7   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel

8   as follows:

9   1.      Mitsubishi Electric shall Answer or otherwise respond to the DAPs' Complaints or

10  First Amended Complaints by April 25, 2014.

11  2.      The Thomson Defendants shall Answer Sharp's First Amended Complaint, Tech

12  Data's First Amended Complaint, and the DAPs' Complaints or First Amended Complaints by

13  April 25, 2014.

14  3.      TDA shall Answer the DAPs' Complaints or First Amended Complaints by April

15  25, 2014.

16

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19  Dated:_____04/11/2014_____

20

21

22

23

24

25

26

27

28

1
2

Dated:  April 10, 2014                    FAEGRE BAKER DANIELS LLP

3
4                                          By: /s/ Kathy L. Osborn
                                           Kathy L. Osborn (*pro hac vice*)
                                           Ryan M. Hurley (*pro hac vice*)
5                                          Faegre Baker Daniels LLP
                                           300 N. Meridian Street, Suite 2700
6                                          Indianapolis, IN  46204
                                           Telephone: (317) 237-0300
7                                          Facsimile: (317) 237-1000
                                           kathy.osborn@FaegreBD.com
8                                          ryan.hurley@FaegreBD.com

9                                          Jeffrey S. Roberts (*pro hac vice*)
                                           Faegre Baker Daniels LLP
10                                         3200 Wells Fargo Center
                                           1700 Lincoln Street
11                                         Denver, CO  80203
                                           Telephone: (303) 607-3500
12                                         Facsimile:  (303) 607-3600
                                           jeff.roberts@FaegreBD.com

13                                         Calvin L. Litsey (SBN 289659)
                                           Faegre Baker Daniels LLP
14                                         1950 University Avenue, Suite 450
                                           East Palo Alto, CA  94303-2279
15                                         Telephone: (650) 324-6700
                                           Facsimile: (650) 324-6701
16                                         calvin.litsey@FaegreBD.com

17                                         *Attorneys for Defendants Thomson SA and Thomson*
18                                         *Consumer Electronics, Inc.*

19
     Dated:  April 10, 2014                JENNER & BLOCK LLP
20

21                                         By: /s/ Terrence J. Truax
                                           Terrence J. Truax
22                                         Michael T. Brody
                                           JENNER & BLOCK LLP
23                                         353 North Clark Street
                                           Chicago, Illinois 60654-3456
24                                         Telephone: (312) 222-9350
                                           Facsimile: (312) 527-0484
25                                         ttruax@jenner.com
                                           mbrody@jenner.com
26

27

28

1   Brent Caslin (Cal. Bar. No. 198682)
    JENNER & BLOCK LLP
2   633 West Fifth Street, Suite 3600
    Los Angeles, California 90071
3   Telephone: (213) 239-5100
    Facsimile: (213) 239-5199
4   bcaslin@jenner.com

5   *Attorneys for Defendants Mitsubishi Electric*
6   *Corporation, Mitsubishi Electric US, Inc. and*
    *Mitsubishi Electric Visual Solutions America, Inc.*
7

8   Dated:  April 10, 2014                SQUIRE SANDERS LLP

9

10                                        By: */s/ Nathan Lane III*
                                          Nathan Lane III
11                                        Squire Sanders (US) LLP
                                          275 Battery Street, Suite 2600
12                                        San Francisco, California 94111
                                          Telephone:  (415) 954 0200
13                                        Facsimile:  (415) 393 9887

14                                        *Attorneys for Defendant Technologies Displays*
15                                        *Americas, LLC*

16

17  Dated:  April 10, 2014                BOIES, SCHILLER & FLEXNER LLP

18
                                          By: */s/ Philip J. Iovieno*
19                                        Philip J. Iovieno
                                          Anne M. Nardacci
20                                        Boies, Schiller & Flexner LLP
                                          30 South Pearl St., 11th Floor
21                                        Albany, NY 12207
                                          Telephone: (518) 434-0600
22                                        Facsimile: (518) 434-0665
                                          piovieno@bsfllp.com
23                                        anardacci@bsfllp.com

24                                        William Isaacson
                                          Boies, Schiller & Flexner LLP
25                                        5301 Wisconsin Ave. NW, Suite 800
                                          Washington, D.C. 20015
26                                        Telephone: (202) 237-2727
                                          Facsimile: (202) 237-6131
27                                        wisaacson@bsfllp.com

28

STIPULATION AND [PROPOSED] ORDER RE          7          No. 07-5944-SC; MDL No. 1917
DEADLINE TO ANSWER OR OTHERWISE
RESPOND TO CERTAIN DAP  COMPLAINTS

Stuart Singer
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Tech Data*

Dated: April 10, 2014

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.