1  ~~Kenneth A. Gallo (*pro hac vice*)~~
2  ~~Joseph J. Simons (*pro hac vice*)~~
   ~~Craig A. Benson (*pro hac vice*)~~
3  ~~PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP~~
   ~~2001 K Street, NW~~
4  ~~Washington, DC  20006-1047~~
   ~~Telephone:  (202) 223-7300~~
5  ~~Facsimile:  (202) 223-7420~~
   ~~Email: kgallo@paulweiss.com~~
6  ~~Email: jsimons@paulweiss.com~~
   ~~Email: cbenson@paulweiss.com~~
7
   ~~Stephen E. Taylor (SBN 058452)~~
8  ~~Jonathan A. Patchen (SBN 237346)~~
   ~~TAYLOR & COMPANY LAW OFFICES, LLP~~
9  ~~One Ferry Building, Suite 355~~
   ~~San Francisco, California 94111~~
10 ~~Telephone:  (415) 788-8200~~
   ~~Facsimile:  (415) 788-8208~~
11 ~~Email: staylor@tcolaw.com~~
   ~~Email: jpatchen@tcolaw.com~~
12
   *Attorneys for Plaintiffs Sharp Electronics Corporation,*
13 *Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |
| | **(CIVIL LOCAL RULE 79-5)** |

Upon consideration of Sharp's Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5, submitted in connection with Sharp's Motion for Leave to Amend the First Amended Complaint, IT IS HEREBY ORDERED THAT:

the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or portions of documents related to Sharp's Administrative Motion to Seal:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Motion for Leave to Amend First Amended Complaint ("Sharp's Motion for Leave to Amend FAC") | i (TOC):11<br>3:3<br>4:2-6<br>5:15<br>5:17<br>5:20<br>9:12-14<br>11:5<br>12:1 |
| Attachments A and B to Sharp's Motion for Leave to Amend FAC | ¶¶ 194-197, 237, 238, and 257 |
| Declaration of Craig A. Benson in Support of Sharp's Motion for Leave to Amend FAC | ¶¶ 2-3 |

**IT IS SO ORDERED.**

DATED: April 14, 2014

_____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173