# CERTIFICATE OF SERVICE

Case Name: **_In re: Cathode Ray Tube (CRT)_**    MDL No. **1917**
             _Antitrust Litigation_    Case No. **C-07-5944-SC**

I hereby certify that on <u>April 15, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CALIFORNIA ATTORNEY GENERAL'S**
**SECOND NOTICE OF INTENT TO DEPOSE WITNESS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 15, 2014</u>, at San Francisco, California.

| Jacinto P. Fernandez, Jr. | _s/ Jacinto P. Fernandez, Jr._ |
|---|---|
| Declarant | Signature |

40944212.doc