MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF THE INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(d)** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | |

1

I, Lauren C. Capurro, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("Plaintiffs") in the above-captioned action. I make this declaration in support of the Indirect Purchaser Plaintiffs' Administrative Motion to File Under Seal Pursuant to Civ. L. R. 79-5(d). Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Protective Order").

3. Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), Plaintiffs seek to file the following documents under seal:

   a. The highlighted portions of Indirect Purchaser Plaintiffs' Opposition to Philips Taiwan Limited's and Philips Do Brasil Ltda.'s Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction

   b. The highlighted portions of the Declaration of Lauren C. Capurro in Support of Indirect Purchaser Plaintiffs' Opposition to Philips Taiwan Limited's and Philips Do Brasil Ltda.'s Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction

   c. Exhibits 1 through 41 to the Declaration.

4. The documents or portions of the documents submitted under seal contain either (a) material designated by Defendants pursuant to the Protective Order as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Protective Order as "Confidential" or "Highly Confidential."

//

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct.  Executed this 14th day of January, 2014 at San Francisco, California.

                                        /s/ Lauren C. Capurro
                                            Lauren C. Capurro

---
3
**DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
OPPOSITION TO PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO
DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION**