UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: SAMUEL CONTI**

**Date**: April 18, 2013

**Case No:** C 07-05944 SC

**Case Title**: MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

**Appearances:**

    For Plaintiff(s): Mario Alioto; Joe Patane; Sherman Kassif

    For Defendant(s): no appearance

**Deputy Clerk**: Tana Ingle             **Court Reporter**: Jo Ann Bryce
**Time in Court:** 5 minutes

## *PROCEEDINGS*

1. Fairness Hearing - held

## *SUMMARY*

Court finds that adequate notice was provided to class members. Court notes on record no objectors present in the courtroom. Court has received two written objections. Court finds the class settlement fair, reasonable, and adequate, and that it is in line with this MDL's other settlements. Court grants final approval of class settlement and judgment between Indirect Purchaser Plaintiffs and LG Defendants. Court signed the proposed orders for final approval of settlement and final judgment of dismissal.