Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No: 3:07-cv-5944 SC   MDL No. 1917<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, William H. Bave, III., an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Toshiba America Consumer Products, LLC; Toshiba America Electronic Components, Inc; Toshiba America Information Systems, Inc; Toshiba America, Inc; and Toshiba Corporation, in the above-entitled action. My local co-counsel in this case is Jeremy Ostrander, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1155 Avenue of the Americas<br>New York, NY 10036 | 3000 El Camino Real, 5 Palo Alto Square 9th Fl.<br>Palo Alto, CA 94306 |
| MY TELEPHONE # OF RECORD:<br>(212) 819-2673 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 213-0300 |
| MY EMAIL ADDRESS OF RECORD:<br>wbave@whitecase.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jostrander@whitecase.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4737706.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/25/14

_/s/ William Bave_
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _William H. Bave, III._ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                           October 2012

**ATTESTATION CLAUSE**

I, Jeremy K. Ostrander, hereby attest in accordance with Local Rule 5-1(i)(3) that William H. Bave, III, counsel for Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba Corporation has provided his concurrence with the electronic filing of the foregoing document entitled APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.

Dated: April 25, 2014        By:    */s/ Jeremy K. Ostrander*
                                            Jeremy K. Ostrander