*(Stipulating parties listed on signature page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |

This Document Relates to:

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**

*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*

Judge: Hon. Samuel Conti

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*

*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*

*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*

*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

*Target Corp. v. Technicolor SA, et al., No. 13-cv-05686*

*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

*Dell Inc. v. Hitachi Ltd.*,
No. 13-cv-02171;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173*

Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;  Office Depot, Inc.;  Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp., (collectively "the DAPs"); Dell Inc. and Dell Products L.P. (collectively, "Dell"); Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data"); Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc., (collectively "Mitsubishi Electric"); Defendants Thomson S.A. (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.) (collectively, "Thomson") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, Sharp filed on March 15, 2013, a Complaint naming Thomson as Defendants (Dkt. No. 1, Case No. 3:13-cv-01173 SC), and on October 28, 2013, a First

1   Amended Complaint also naming Thomson as Defendants, now pending in this MDL (Dkt. No.

2   2030);

3       WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now

4   pending in this MDL, naming Mitsubishi Electric and Thomson as Defendants;

5       WHEREAS, Tech Data has filed a First Amended Complaint, now pending in this MDL,

6   naming Thomson and Mitsubishi Electric as Defendants;

7       WHEREAS, Dell has filed a First Amended Complaint, now pending in this MDL,

8   naming Mitsubishi Electric as Defendants;

9       WHEREAS, on December 30, 2013, Mitsubishi Electric filed a Notice of Motion and

10  Motion to Dismiss the DAPs' Complaints (Dkt. No. 2299);

11      WHEREAS, on January 27, 2014, Thomson Consumer filed a Notice of Motion and

12  Motion to Dismiss the DAPs' Complaints (Dkt. No. 2353);

13      WHEREAS, on January 27, 2014, Thomson SA filed a Notice of Motion and Motion to

14  Dismiss the DAPs' Complaints (Dkt. No. 2355);

15      WHEREAS, on November 25, 2013, Thomson Consumer filed a Notice of Motion and

16  Motion to Dismiss Sharp's First Amended Complaint (Dkt. No. 2236);

17      WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion

18  to Dismiss Sharp's First Amended Complaint (Dkt. No. 2235);

19      WHEREAS, on  January 16, 2014, Thomson Consumer filed Notice of Motion and

20  Motion to Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2329);

21      WHEREAS, on February 7, 2014, Thomson SA filed a Notice of Motion and Motion to

22  Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2373);

23      WHEREAS, on March 13, 2014, the Court entered an Order granting in part and denying

24  in part Mitsubishi Electric's Motion to Dismiss the DAPs' Complaints or First Amended

25  Complaints, dismissing certain state-law claims but denying the motions with respect to the

26  federal and New York Donnelly Act claims (Dkt. No. 2439);

27      WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying

28  in part Thomson Motions to Dismiss Sharp's First Amended Complaint and the DAPs'

1   Complaints or First Amended Complaints, dismissing certain state-law claims but denying the
2   motions with respect to the federal and New York Donnelly Act claims (Dkt. No. 2440);

3       WHEREAS, on March 28, 2014, the Court issued an Order granting in part and denying
4   in part Thomsons' Motions to Strike with Prejudice Tech Data's First Amended Complaint,
5   dismissing Tech Data's state-law claims but denying the motions with respect to its federal
6   claims (Dkt. No. 2507);

7       WHEREAS, the DAPs, Dell, Sharp, Tech Data and the undersigned Defendants agree
8   that including the above named individual actions to the existing MDL schedule will ultimately
9   aid in the efficient resolution of the litigation;

10      WHEREAS, the DAPs, Dell, Sharp, and Tech Data have agreed to provide the
11  undersigned Defendants with their previously produced discovery and have represented to the
12  undersigned Defendants that they have done so;

13      WHEREAS, the DAPs, Dell, Sharp, and Tech Data have agreed to coordinate discovery
14  and propound initial discovery requests promptly;

15      WHEREAS, the parties agree to make their best efforts to complete discovery on the
16  existing schedule, including, on the part of Thomson, by making their best efforts to make
17  documents and witnesses available, in compliance with the law in the jurisdiction where those
18  documents and witnesses are located, and, if legally possible,  without resort to Hague
19  Convention procedures, as soon as is reasonably possible in the circumstances;

20  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as
21  follows:

22      1.  All motions decided in the MDL to date are deemed to have been raised in the above-
23          listed actions, and the arguments raised in any such motions are preserved for appellate
24          purposes as if they had been made in these actions.

25      2.  Discovery, pre-trial motions, and trial preparations in the above-listed actions shall be
26          completed by the deadlines  set forth in this Court's order, dated March 21, 2014 (Dkt.
27          No. 2459).

28

1     3.   In the event that, despite the parties' best efforts, it is not reasonably feasible to complete

2          discovery, pre-trial motions, and trial preparations on the schedule set forth in this

3          Court's order dated March 21, 2014, the parties shall have the right to seek appropriate

4          relief.

5

6     PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8     Dated:_____              _____

9                                                         Hon. Samuel Conti
                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  April 29, 2014

FAEGRE BAKER DANIELS LLP

By: _/s/ Kathy Osborn_____

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson
Consumer Electronics, Inc.*

JENNER & BLOCK LLP

By:___/s/ Michael T. Brody_____

Terrence J. Truax
Michael T. Brody
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP

633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US, Inc. and*
*Mitsubishi Electric Visual Solutions America, Inc.*


*/s/  Philip J. Iovieno*


Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

William Isaacson
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

Stuart Singer
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and*
*Tech Data*


*/s/ Craig Benson*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300

Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

*/s/ David Martinez*
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
          dmartinez@rkmc.com
          jscasselman@rkmc.com
Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
          kcwildfang@rkmc.com
          lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

1

*/s/  David J. Burman*

David J. Burman

2
Cori G. Moore

Eric J. Weiss

3
Nicholas H. Hesterberg

Steven D. Merriman

4
PERKINS COIE LLP

1201 Third Avenue, Suite 4900

5
Seattle, WA 98101-3099

Telephone:  (206) 359-8000

6
Facsimile:   (206) 359-9000

Email:  DBurman@perkinscoie.com

7
           CGmoore@perkinscoie.com

           EWeiss@perkinscoie.com

8
           NHesterberg@perkinscoie.com

           SMerriman@perkinscoie.com

9

Joren S. Bass

10
PERKINS COIE LLP

Four Embarcadero Center, Suite 2400

11
San Francisco, CA 94111-4131

Telephone:  (415) 344-7120

12
Facsimile:   (415) 344-7320

Email:  JBass@perkinscoie.com

13

*Attorneys for Plaintiff Costco Wholesale*

14
*Corporation*

15

16
*/s/  Scott N. Wagner*

Robert W. Turken

17
Scott N. Wagner

BILZIN SUMBERG BAENA PRICE &

18
AXELROD LLP

1450 Brickell Ave, Suite 2300

19
Miami, FL 33131-3456

Telephone:  (305) 374-7580

20
Facsimile:   (305) 374-7593

Email:  rturken@bilzin.com

21
           swagner@bilzin.com

22
Stuart Singer

BOIES, SCHILLER & FLEXNER LLP

23
401 East Las Olas Blvd., Suite 1200

Fort Lauderdale, FL 33301

24
Telephone:  (954) 356-0011

Facsimile:   (954) 356-0022

25
Email:  ssinger@bsfllp.com

26
William A. Isaacson

BOIES, SCHILLER & FLEXNER LLP

27
5301 Wisconsin Ave. NW, Suite 800

Washington, D.C.  20015

28
Telephone:  (202) 237-2727

Facsimile:   (202) 237-6131

1   Email:  wisaacson@bsfllp.com

2   Philip J. Iovieno
    Anne M. Nardacci
3   BOIES, SCHILLER & FLEXNER LLP
    30 South Pearl Street, 11th Floor
4   Albany, NY  12207
    Telephone:  (518) 434-0600
5   Facsimile:   (518) 434-0665
    Email:  piovieno@bsfllp.com
6            anardacci@bsfllp.com

7   *Attorneys for Plaintiffs Tech Data Corporation and
    Tech Data Product Management*

8
    */s/  Lee Godfrey*
9   H. Lee Godfrey
    Kenneth S. Marks
10  Jonathan J. Ross
    Johnny W. Carter
11  David M. Peterson
    SUSMAN GODFREY L.L.P.
12  1000 Louisiana Street, Suite 5100
    Houston, TX 77002
13  Telephone:  (713) 651-9366
    Facsimile:   (713) 654-6666
14  Email:  lgodfrey@susmangodfrey.com
            kmarks@susmangodfrey.com
15          jross@susmangodfrey.com
            jcarter@susmangodfrey.com
16          dpeterson@susmangodfrey.com

17  Parker C. Folse III
    Rachel S. Black
18  Jordan Connors
    SUSMAN GODFREY L.L.P.
19  1201 Third Avenue, Suite 3800
    Seattle, WA 98101-3000
20  Telephone:  (206) 516-3880
    Facsimile:   (206) 516-3883
21  Email:  pfolse@susmangodfrey.com
    rblack@susmangodfrey.com
22  jconnors@susmangodfrey.com

23  *Counsel for Plaintiff Alfred H. Siegel, solely in his
    capacity as Trustee of the Circuit City Stores, Inc.*
24  *Liquidating Trust*

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE          10          No. 07-5944-SC; MDL No. 1917
SCHEDULING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/  Jason Murray*
Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 443-5582
Facsimile:   (213) 622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:  jmurphy@crowell.com
          aheaven@crowell.com

*Counsel for Target Corp.*

*/s/  Richard Arnold*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

*/s/ Debra D. Bernstein*
Michael P.  Kenny
Debra D.  Bernstein
Matthew D.  Kent
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
Email:   mike.kenny@alston.com
          debra.bernstein@alston.com
          matthew.kent@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, California 94105-1576

Tel: (415) 371-8500
Facsimile: (415) 371-0500
Email: wagstaffe@kerrwagstaffe.com

*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.