Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORP., *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>HITACHI, LTD., *et al.*,<br><br>            Defendants. | **THE TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO SHARP'S MOTION FOR LEAVE TO AMEND** |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (the "Toshiba Defendants") hereby move the Court for an order granting the Toshiba Defendants leave to file their Surreply in Opposition to Sharp's Motion for Leave to Amend.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, and such other materials and information that the Court may properly consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Toshiba Defendants, by and through their undersigned counsel, hereby respectfully submit this Memorandum in Support of their Motion for Leave to File Surreply in Opposition to Sharp's Motion for Leave to Amend ("Motion for Leave to File Surreply"). As reflected in the Toshiba Defendants' proposed surreply — attached hereto as Exhibit A — the Toshiba Defendants seek leave as required under Civil Local Rule 7-3(d) to file a surreply to respond to arguments and authorities that Sharp raised for the first time in its reply in support of its motion for leave to amend.

The Toshiba Defendants recognize — and agree — that surreplies should be rare and limited to the extent warranted. Here, the Toshiba Defendants respectfully submit that a short surreply is justified and necessary to assist the Court in resolving Sharp's motion to amend, by addressing and correcting arguments and assertions that Sharp makes for the first time in its reply brief. This Court has granted motions for leave to file surreplies in similar situations. *See, e.g.*, *Toomey v. Nextel Commc'ns, Inc.*, C-03-2887 MMC, 2004 WL 5512967, at *1 (N.D. Cal. Sept. 23, 2004) (granting motion for leave to file surreply to address arguments "raised for the first time in Nextel's reply, and purported misstatements of fact in Nextel's reply"); *Sharper Image Corp. v. Consumers Union of U.S., Inc.*, 03-4094 MMC, 2004 WL 2713064, at *1 n.1 (N.D. Cal. Feb. 23, 2004) (granting motion for leave to file surreply and considering to extent surreply "responds to arguments raised for the first time" in reply). Specifically, the Toshiba Defendants seek leave to respond to the arguments that Sharp raised for the first in its reply brief regarding: (1) the Toshiba Defendants' alleged failure to raise the Court's January 28, 2013 Order Adopting Special Master's Report and Recommendation Regarding Toshiba Defendants' Motion To Compel Arbitration, an order that dismissed certain of Costco's claims against the Toshiba Defendants; (2) the guidance provided by the International Contract Manual in interpreting the BTA; and (3) the precedential value of *Fogade v. ENB Revocable Trust*, 263 F.3d 1274 (11th Cir. 2001).

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    Accordingly, good cause exists for permitting the surreply because it is limited to
2 responding to arguments and authorities that Sharp had not previously made or referenced in
3 the briefing regarding its motion for leave to amend, or at any point in the extended briefing
4 regarding the Toshiba Defendants' motion to dismiss Sharp's complaint.
5    For these reasons, this Court should grant the Toshiba Defendants' Motion for Leave
6 to File Surreply.

Respectfully submitted,

Dated:  April 30, 2014                    WHITE & CASE LLP

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba
Corporation, Toshiba America, Inc.,
Toshiba America Information Systems,
Inc., and Toshiba America Electronic
Components, Inc.*

**CERTIFICATE OF SERVICE**

On April 30, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO SHARP'S MOTION FOR LEAVE TO AMEND" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005