# ATTACHMENT 12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-CV-05944 |
| | Case No. 12-MC-80151 |
| IN RE EX PARTE APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Sharp Corporation, Petitioner | **[PROPOSED] ORDER DECIDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

A Motion for Administrative Relief to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12 has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case below, *Ex Parte Application for Judicial*

1  *Assistance for the Issuance of Subpoenas Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for*
2  *Use in a Foreign Proceeding,* is related to the case assigned to me, Case No. 3:07-cv-5944 SC,
3  *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, and such case is related and shall be
4  coordinated.

5  **Case No. 3:07-cv-5944 SC,** *In Re Cathode Ray Tube (CRT) Antitrust Litigation*

6  **Case No. 12-MC-80151,** *Ex Parte Application for Judicial Assistance for the Issuance of Subpoenas Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceeding*
7  I find that the above case is related to the case assigned to me.  __XXX__
8  The administrative motion is **HEREBY GRANTED** and counsel are **ORDERED** as follows:
9  Counsel are instructed that all future filings in any reassigned case are to bear the
10 initials of the newly assigned judge immediately after the case number.

12 Dated: July 5, 2012                              _____
13                                                  United States District Court Judge

- 2 -
~~PROPOSED~~ ORDER DECIDING WHETHER CASES ARE RELATED - Case No. 3:07-CV-05944