ATTACHMENT 13

1  Guido Saveri (22349) guido@saveri.com
   R. Alexander Saveri (173102) rick@saveri.com
2  Geoffrey C. Rushing (126910) grushing@saveri.com
   Cadio Zirpoli (179108) cadio@saveri.com
3  SAVERI & SAVERI, INC.
   706 Sansome Street
4  San Francisco, CA 94111
   Telephone: (415) 217-6810
5  Facsimile (415) 217-6813

6  Interim Lead Counsel for the Direct Purchaser Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 | In re: CATHODE RAY TUBE (CRT) | Master File No. CV-07-5944-SC
   | ANTITRUST LITIGATION         |
13 |                              | MDL No. 1917
   |------------------------------|
14 | This Document Relates to:    | **DECLARATION OF MARKHAM**
   |                              | **SHERWOOD RE DISSEMINATION OF**
15 | ALL DIRECT PURCHASER ACTIONS | **NOTICE TO CLASS MEMBERS AND**
   |                              | **REQUESTS FOR EXCLUSIOIN**
16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1    I, Markham Sherwood, declare as follows:

2        1.       I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd.,

3    San Rafael, California.  Gilardi was hired by class counsel as the Settlement Administrator in this

4    matter.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of

5    the facts set forth herein and, if called as a witness, could and would testify competently thereto.

6        2        Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer

7    protection class actions, and other similar matters.  Gilardi specializes in designing, developing,

8    analyzing, and implementing settlement administration plans that support due process.  During

9    the past 28 years Gilardi has administered class notice and class settlements in over 3,500 class

10   actions, and has distributed more than $20 billion in assets.

11       3.       Between May 16 and May 29, 2012 Gilardi received from Plaintiffs' Counsel eight

12   files which included the names, and, where available, the addresses and electronic mail addresses

13   of all class members identified by Defendants in this matter.  Gilardi formatted the list for mailing

14   purposes, removed duplicate records, removed known Defendant entities, researched company

15   names lacking addresses and added addresses where found, and processed the names and

16   addresses through the National Change of Address Database to update any addresses on file with

17   the United States Postal Service ("USPS").

18       4.       On June 7, 2012, Gilardi caused the Notice to be printed and mailed to the 16,307

19   unique names and addresses on the class list.  Gilardi delivered the Notices to the United States

20   Post Offices located in San Rafael and Santa Rosa, California.  A true and correct copy of the

21   Notice is attached hereto as Exhibit A.

22       5.       On June 7, 2012, Gilardi caused the Notice to be electronically distributed to the

23   791 unique electronic mail addresses on the class list.

24       6.       On or before June 7, 2012, Gilardi established a case-dedicated website at

25   www.CRTDirectPurchaserAntitrustSettlement.com. There, potential class members can view and

26   print copies of the CPT Settlement Agreement, the Philips Settlement Agreement, the Notice, and

27   the Order Granting Settlement Class Certification and Preliminary Approval of Class Action

28   Settlements with CPT and Philips. Class members can also view Frequently Asked Questions and

2

1    obtain Gilardi's contact information.

2         7.    Through its in-house advertising agency, Larkspur Design Group, Gilardi caused

3    the Summary Notice to be published in the national edition of the Wall Street Journal on June 11,

4    2012. A true and correct copy of the Summary Notice, as published, is attached hereto as Exhibit

5    B.

6         8.    The postmark deadline for class members to be excluded from the settlement

7    classes was July 23, 2012. To date, Gilardi has received 23 timely requests for exclusion from

8    the settlements. A report detailing the requests for exclusion received at Gilardi is attached hereto

9    as Exhibit C.

10        I declare under penalty of perjury that the foregoing is true and correct, and that this

11   declaration was executed this 6th day of August, 2012 at San Rafael, California.

12

13                                          MARKHAM SHERWOOD

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

## If You Bought A Cathode Ray Tube Product,
## A Class Action Settlement May Affect You.

### Cathode Ray Tube (CRT) Products include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube such as Televisions and Computer Monitors

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

- A class action lawsuit brought on behalf of direct purchasers of CRT Products is currently pending.

- Plaintiffs claim that Defendants (listed below) and co-conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of cathode ray tubes. Plaintiffs further claim that direct purchasers from the Defendants of televisions and monitors containing cathode ray tubes may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors. Plaintiffs allege that, as a result of the unlawful conspiracy involving cathode ray tubes, they and other direct purchasers paid more for CRT Products than they would have paid absent the conspiracy. Defendants deny Plaintiffs' claims.

- Settlements have been reached with (1) Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT")., and (2) Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips Da Amazonia Industria Electronica Ltda. (collectively, "Philips"). The companies are together referred to as the "Settling Defendants."

- Your legal rights will be affected whether you act or don't act. This Notice includes information on the Settlements and the continuing lawsuit. Please read the entire Notice carefully.

#### These Rights and Options – and deadlines to exercise them – are explained in this notice

| | |
|---|---|
| You can object or comment on the Settlements | *see* Question 10 |
| You may also exclude yourself from the Settlements | *see* Question 10 |
| You may go to a hearing and comment on the Settlements | *see* Question 14 |

- The Court in charge of this case still has to decide whether to approve each of the Settlements. The case against the Non-Settling Defendants (identified below) continues.

### WHAT THIS NOTICE CONTAINS

**Basic Information** ........................................................................................................................ **Page 2**

1. Why did I get this notice?
2. Who are the Defendant companies?
3. What is this lawsuit about?
4. Why are there Settlements but the litigation is continuing?
5. What is a Cathode Ray Tube Product?
6. What is a class action?

**The Settlement Class** ................................................................................................................... **Page 2**

7. How do I know if I'm part of the Settlement Class?
8. What does the Settlement provide?
9. When can I get a payment?
10. What are my rights in the Settlement Class?
11. What am I giving up to stay in the Settlement Class?

**The Settlement Approval Hearing** ............................................................................................. **Page 4**

12. When and where will the Court decide whether to approve the Settlement?
13. Do I have to come to the hearing?
14. May I speak at the hearing?

**The Lawyers Representing You** .................................................................................................. **Page 4**

15. Do I have a lawyer in the case?
16. How will the lawyers be paid?

**Getting More Information** .......................................................................................................... **Page 4**

17. How do I get more information?

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

**BASIC INFORMATION**

**1. Why did I get this notice?**

You or your company may have directly purchased Cathode Ray Tubes (CRTs) or certain products containing those tubes between March 1, 1995 and November 25, 2007. For purposes of these Settlements, a direct purchaser is a person or business who bought a CRT, or a television or computer monitor containing a CRT directly from one or more of the Defendants, co-conspirators, affiliates, or subsidiaries themselves, as opposed to an intermediary (such as a retail store).

You have the right to know about the litigation and about your legal rights and options before the Court decides whether to approve the Settlements.

The notice explains the litigation, the two settlements, and your legal rights.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is called *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The people who sued are called Plaintiffs and the companies they sued are called Defendants.

**2. Who are the Defendant companies?**

The Defendant companies include: LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd, Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., LP Displays International, Ltd. f/k/a LG.Philips Displays, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung SDI Co. Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., Tianjin Samsung SDI Co. Ltd., Samsung SDI Malaysia Sdn. Bhd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC., Toshiba America Information Systems, Inc., Toshiba America Electronics Components, Inc., Panasonic Corporation f/k/a Matsushita Electric Industrial, Ltd., Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing-Matsushita Color CRT Company, Ltd. (BMCC), Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi America, Ltd., Hitachi Asia, Ltd., Tatung Company of America, Inc., Chunghwa Picture Tubes Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., IRICO Group Corporation, IRICO Display Devices Co., Ltd., IRICO Group Electronics Co., Ltd., Thai CRT Company, Ltd., Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd., Daewoo International Corporation, Irico Group Corporation, Irico Group Electronics Co., Ltd., and Irico Display Devices Co., Ltd.

**3. What is this lawsuit about?**

The lawsuit alleges that Defendants and co-conspirators conspired to raise and fix the prices of CRTs and the CRTs contained in certain finished products for over ten years, resulting in overcharges to direct purchasers of those CRTs and certain finished products containing CRTs. The complaint describes how the Defendants and co-conspirators allegedly violated the U.S. antitrust laws by establishing a global cartel that set artificially high prices for, and restricted the supply of, CRTs and the televisions and monitors that contained them. Defendants deny Plaintiffs' allegations. The Court has not decided who is right.

**4. Why are there Settlements but the litigation is continuing?**

Only two of the Defendants have agreed to settle the lawsuit – CPT and Philips. The case is continuing against the remaining Non-Settling Defendants. Additional money may become available in the future as a result of a trial or future settlements, but there is no guarantee that this will happen.

**5. What is a Cathode Ray Tube Product?**

For the purposes of the Settlements, Cathode Ray Tube Products means Cathode Ray Tubes of any type (e.g. color display tubes, color picture tubes and monochrome display tubes) and finished products which contain Cathode Ray Tubes, such as Televisions and Computer Monitors.

**6. What is a class action?**

In a class action, one or more people, called class representatives, sue on behalf of people who have similar claims. All these people are members of the class, except for those who exclude themselves from the class.

If the Plaintiffs obtain money or benefits as a result of a trial or future settlement, you will be notified about those settlements, if any, at that time. Important information about the case will be posted on the website, **www.CRTDirectPurchaserAntitrustSettlement.com** as it becomes available. Please check the website to be kept informed about any future developments.

**THE SETTLEMENT CLASS**

**7. How do I know if I'm part of the Settlement Class?**

All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or subsidiary or affiliate thereof, or any co-conspirator.("Settlement Class").

**8.      What do the Settlements provide?**

The settlement with CPT provides for payment of $10,000,000 in cash, plus interest. The settlement also provides for extensive cooperation with Plaintiffs regarding the antitrust conspiracy alleged in the complaint. In addition, CPT's sales remain in the case for the purpose of computing damages against the remaining non-settling Defendants. Finally, the settlement provides that $500,000 of the $10 million settlement fund, subject to Court approval, may be used to pay expenses incurred in the litigation in prosecution of the action on behalf of the Settlement Class against non-settling defendants.

The Settlement with Philips provides for payment of $27,000,000 in cash; however, the $27 million settlement amount is subject to reduction based on the number of exclusions from the Settlement Class after notice. The detailed reduction formula is set forth in the Philips settlement available on the Settlement Class website, **www.CRTDirectPurchaserAntitrustSettlement.com.** The settlement also provides for extensive cooperation with Plaintiffs regarding the antitrust conspiracy alleged in the complaint. In addition, Philips' sales remain in the case for the purpose of computing damages against the remaining non-settling Defendants. Finally, the settlement provides that $500,000 of the settlement fund, subject to Court approval, may be used to pay expenses incurred in the litigation for prosecution of the action on behalf of the purported class against non-settling defendants.

More details are in both Settlement Agreements, available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

**9.      When can I get a payment?**

No money will be distributed to any Settlement Class Member yet. The lawyers will pursue the lawsuit against the Non-Settling Defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

Any future distribution of the Settlement Funds will be done on a *pro rata* basis. You will be notified in the future when and where to send a claim form. DO NOT SEND ANY CLAIMS NOW.

In the future, each Settlement Class member's *pro rata* share of the Settlement Fund will be determined by computing each valid claimant's total CRT Product purchases divided by the total valid CRT Product purchases claimed. This percentage is multiplied to the Net Settlement Fund (total settlements minus all costs, attorneys' fees, and expenses) to determine each claimants *pro rata* share of the Settlement Fund. To determine your CRT Product purchases, CRT tubes (color display and color picture) are calculated at full value (100%) while CRT televisions are valued at 50% and CRT computer monitors are valued at 75%.

In summary, all valid claimants will share in the settlement funds on a *pro rata* basis determined by the CRT value of the product you purchased -tubes 100%, monitors 75% and televisions 50%.

**10.      What are my rights in the Settlement Class?**

**Remain in the Settlement Class**: If you wish to remain a member of the Settlement Class you do not need to take any action at this time.

**Get out of the Settlement Class**: If you wish to keep any of your rights to sue the Settling Defendants about the claims in this case you must exclude yourself from the Settlement Class. You will not get any money from either of the settlements if you exclude yourself from the Settlement Class.

To exclude yourself from the Settlement Class, you must send a letter that includes the following:

- Your name, address and telephone number;
- A statement saying that you want to be excluded from *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, CPT Settlement, and/or Philips Settlement; and
- Your signature.

You must mail your exclusion request, postmarked no later than **July 23, 2012**, to:

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090
Tel: 877-224-3063

**Remain in the Settlement Class and Object**: If you have comments about, or disagree with, any aspect of the Settlements, you may express your views to the Court by writing to the address below. The written response needs to include your name, address, telephone number, the case name and number (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), a brief explanation of your reasons for objection, and your signature. The response must be postmarked no later than **July 23, 2012** and mailed to:

| COURT | INTERIM LEAD COUNSEL | COUNSEL FOR CPT | COUNSEL FOR PHILIPS |
|---|---|---|---|
| Honorable Charles A. Legge (Ret.) JAMS Two Embarcadero, Suite 1500 San Francisco, CA 94111 | Guido Saveri R. Alexander Saveri SAVERI & SAVERI, INC. 706 Sansome Street San Francisco, CA 94111 | Joel S. Sanders Gibson, Dunn & Crutcher LLP 555 Mission Street, Suite 3000 San Francisco, CA 94105 | John M. Taladay Baker Botts LLP 1299 Pennsylvania Ave. N.W. Suite 1000 Washington, D.C. 20004 |

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

**11.    What am I giving up to stay in the Settlement Class?**

Unless you exclude yourself from the Settlement Class, you can't sue the Settling Defendants, or be part of any other lawsuit against Settling Defendants about the legal issues in this case. It also means that all of the decisions by the Court will bind you. The "Release of Claims" includes any causes of actions asserted or that could have been asserted in the lawsuit, as described more fully in the Settlement Agreements. The Settlement Agreements are available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

<b>THE SETTLEMENT APPROVAL HEARING</b>

**12.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Fairness Hearing at **10:00 a.m. on September 20, 2012**, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the Settlement Class website for information. At this hearing, the Court will consider whether the Settlements are fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long these decisions will take.

**13.    Do I have to come to the hearing?**

No. Interim Lead Counsel will answer any questions the Court may have, but you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

**14.    May I speak at the hearing?**

If you want your own lawyer instead of Interim Lead Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance." The Notice of Appearance should include the name and number of the lawsuit (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), and state that you wish to enter an appearance at the Fairness Hearing. It also must include your name, address, telephone number, and signature. Your "Notice of Appearance" must be postmarked no later than **July 23, 2012**. You cannot speak at the Hearing if you previously asked to be excluded from the Settlement.

The Notice of Appearance must be sent to the addresses listed in Question 10.

<b>THE LAWYERS REPRESENTING YOU</b>

**15.    Do I have a lawyer in the case?**

Yes. The Court has appointed the law firm of Saveri & Saveri, Inc. to represent you as "Interim Lead Counsel." You do not have to pay Interim Lead Counsel. If you want to be represented by your own lawyers, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

**16.    How will the lawyers be paid?**

Class Counsel are not asking for attorneys' fees at this time. At a future time, Interim Lead Counsel will ask the Court for attorneys' fees not to exceed one-third (33.3%) of this or any future Settlement Fund plus reimbursement of their costs and expenses, in accordance with the provisions of the Settlement Agreements. Interim Lead Counsel may also request that an amount be paid to each of the Class Representatives who helped the lawyers on behalf of the whole Class.

<b>GETTING MORE INFORMATION</b>

**17.    How do I get more information?**

This Notice summarizes the lawsuit and the Settlement. You can get more information about the lawsuit and Settlements at **www.CRTDirectPurchaserAntitrustSettlement.com**, by calling 1-877-224-3063, or writing to CRT Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 808003, Petaluma CA 94975-8003. Please do not contact JAMS or the Court about this case.

Dated: June 7, 2012                                        BY ORDER OF THE COURT

# EXHIBIT B

**CRT Products include Televisions or Computer Monitors that contain Cathode Ray Tubes**

Settlements have been reached with two defendants in a class action lawsuit involving CRTs and CRT Products. CRT stands for "Cathode Ray Tube." "Cathode Ray Tube (CRT) Products" include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube such as Televisions and Computer Monitors.

### *What is this lawsuit about?*

The lawsuit alleges that Defendants and Co-Conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of CRTs. Plaintiffs further claim that direct purchasers from the Defendants of televisions or monitors that contain a cathode ray tube manufactured by a Defendant may recover for the effect that the alleged CRT conspiracy had on the prices of televisions or monitors. Plaintiffs allege that, as result of the unlawful conspiracy involving CRTs, they and other direct purchasers paid more for CRT Products than they would have absent the conspiracy. Defendants deny Plaintiffs' claims.

### *Who's included in the settlements?*

The Settlements include all persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or subsidiary or affiliate thereof ("Settlement Class").

### *Who are the Settling Defendants?*

Settlements have been reached with Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") and Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips Da Amazonia Industria Electronica Ltda. (collectively, "Philips") The companies are together referred to as the "Settling Defendants." A complete list of Defendants is set out in the Long Form of Notice available at www.CRTDirectPurchaserAntitrustSettlement.com.

### *What do the Settlements provide?*

The CPT Settlement provides for the payment of $10,000,000 in cash, plus interest, to the Settlement Class. The Philips Settlement provides for the payment of $27,000,000 in cash, subject to a reduction based on the number of exclusions from the Settlement Class after notice. Each settlement provides that $500,000 of the settlement fund, subject to Court approval, may be used to pay expenses incurred in the litigation for prosecution of the action on behalf of the Class against the non-settling defendants. Both Settling Defendants have agreed to provide Plaintiffs with significant and valuable cooperation in the prosecution of the case against the remaining non-settling Defendants. Money will not be distributed to Settlement Class members at this time. The lawyers will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

### *What are my rights?*

If you wish to remain a member of the Settlement Class you do not need to take any action at this time. If you do not want to be legally bound by the Settlements, you must exclude yourself in writing by July 23, 2012, or you will not be able to sue, or continue to sue, the Settling Defendants about the legal claims in this case.

If you wish to comment on or disagree with any aspect of the proposed settlements, you must do so in writing no later than July 23, 2012. The Settlement Agreements, along with details on how to object to them, are available at www.CRTDirectPurchaserAntitrustSettlement.com. The U.S. District Court for the Northern District of California will hold a Fairness Hearing at 10:00 a.m. on September 20, 2012, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the website for information.

The Court has appointed the law firm of Saveri & Saveri, Inc. to represent Direct Purchaser Class members as Interim Lead Class Counsel. The Court will hold a hearing at 10:00 a.m. on September 20, 2012 to consider whether the Settlements are fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. You may appear at the hearing, but don't have to. We do not know how long these decisions will take. Please do not contact JAMS or the Court about this case.

This is a Summary Notice. For more details, call toll free 1-877-224-3063, visit www.CRTDirectPurchaserAntitrustSettlement.com., or write to CRT Claims Administrator, P.O. Box 808003, Petaluma, CA 94975.

**www.CRTDirectPurchaserAntitrustSettlement.com      1-877-224-3063**

# EXHIBIT C



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received**

**Automated Environments, Inc**
    1853 S Horne #5
    Mesa, AZ 85204

**Best Buy**
    Best Buy Co., Inc.
    Best Buy Purchasing, LLC
    Best Buy Enterprise Services, Inc.
    Best Buy Stores, L.P.
    BestBuy.com, LLC
    Magnolia Hi-Fi, Inc.

    7601 Penn Avenue South
    Richfield, MN 55423

**Anheuser Busch Companies LLC**
    1 Busch Place
    St. Louis, MO 63118

**Circuit City Stores, Inc.**
    Alfred H. Siegel, Trustee
    Liquidating Trust
    P.O. Box 5695
    Glen Allen, VA 23058

**CompuCom Systems, Inc.**
    7171 Forest Lane
    Dallas, TX 75230

**Electrograph Systems, Inc.**
    Electrograph Technologies Corp.
    International Computer Graphics, Inc.
    ActiveLight, Inc.
    CineLight Corporation
    Manchester Technologies, Inc.
    Champion Vision, Inc.
    Coastal Office Products, Inc.

    53 Lakeside Drive
    Rockville Ctr, NY 11570

**Interbond Corporation of America**
    d/b/a BrandsMart USA

    3200 SW 42nd St.

Hollywood, FL 33312

**Office Depot, Inc.**

     Office Depot Asia Holding Limited
     Office Depot BA SAS (f.k.a. Guilbert France S.AS.)
     Office Depot BVBA (f.k.a. Guilbert Belgium BVBA)
     Office Depot Brasil Limitada (inactive)
     Office Depot Brasil Participacoes Limitad
     Office Depot Centro America, SA de CV
     Office Depot Chile Limitada (inactive)
     Office Depot Cyprus Limited (f.k.a Claigan Ltd.)
     Office Depot Delaware Overseas Finance No. 1, LLC (f.k.a Office Depot Delaware Overseas Finance N
     Office Depot de Mexico SA de CV
     Office Depot Deutschland GmbH (f.k.a Guilbert Deutschland GmbH)
     Office Depot France SNC (f.k.a Office Depot France SAS)
     Office Depot Hungary Kft (f.k.a Elso Iroda Superstore Kft.)
     Office Depot, Inc.
     Office Depot International BVBA
     OD International (Luxembourg) Finance
     Office Depot, B.V. (formerly Guilbert Netherland BV)
     Office Depot Cooperatief W.A.
     Office Depot Europe B.V.
     Office Depot Europe Holdings Ltd.
     Office Depot GmbH + Switzerland
     Office Depot Holding GmbH + Switzerland
     Office Depot Holding Ltd.
     Office Depot Holding 2 Ltd.
     Office Depot Holding 3 Ltd.
     Office Depot, Inc.
     Office Depot International B.V.
     Office Depot International (UK) Ltd.
     Office Depot Ireland Limited (f.k.a Guilbert Ireland Ltd)
     Office Depot (Israel) Ltd.
     Office Depot Italia S.r.l.
     Office Depot Japan Limited
     Office Depot Korea Limited (f.k.a Best Office Co., Ltd.)
     Office Depot Latin American Holdings B.V.
     Office Depot MDF SNC
     Office Depot NA B.V.
     Office Depot N.A. Shares Services LLC
     Office Depot Netherland B.V. (f.k.a Office Depot International, B.V.) (f.k.a Viking Direct (Holdings) B.V.)
     Office Depot Network Technology Ltd.
     Office Depot (Operations) Holding B.V. (f.k.a Guilbert Trademarks B.V.)
     Office Depot Overseas Limited
     Office Depot Overseas Holding Limited
     Office Depot Overseas 2 Holding Limited
     Office Depot Poland Sp Z.O.o. (f.k.a Fontinalis)
     Office Depot Private Limited
     Office Depot Procurement and Sourcing (Schenzhen) Company Ltd. Or translated: Office Depot Mercha
     Office Depot Puerto Rico, LLC
     Office Depot SAS (f.k.a Guilbert SAS)

Office Depot Service Center SRL
Office Depot Service - und BeteiligungsGmbH&Co.KG
Office Depot s.r.o. (f.k.a Papririus s.r.o.)
Office Depot S.L. (f.k.a Guilbert Espana S.L.)
Office Depot Tokumei Kumiai
Office Depot UK Limited (f.k.a Guilbert UK Ltd)
Office Depot - Viking Holdings B.V.
2300 South Congress LLC
4Sure.com, Inc.
AGE Kontor & Data AB
AsiaEC.com Limited
BizDepot, LLC (inactive)
Centro de Apoyo Caribe SA de CV
Centro de Apoyo SA de CV
Computers4Sure.com, Inc.
Curry's Limited
Deo Deo Tokumei Kumiai
eOffice Planet India Private Limited
Erial BQ S.A.
Europa S.A.S.
Gosta Hansson & Co AB
Guibert Beteiligungsholding GmbH
Guilbert International B.V.
Guilbert Luxembourg S.AR.L.
Guilbert UK Holdings Ltd
Guilbert UK Pension Trustees Ltd
HC Land Company LLC
Helge Dahnbert AB + Sweden
Heteyo Holdings B V.
Hutter GmbH
Japan Office Supplies, LLC
Kontorsfackhandlarna Stockholm AB + Sweden
Kontorsgruppen I Sverige AB + Sweden
NEWGOH Immobilienverwaltung GmbH
Neighborhood Retail Development Fund, LLC (inactive)
Niceday Distribution Centre Ltd
North American Card and Coupon Services, LLC
Notus Aviation, Inc.
OD Acquisition Canada ULC
OD Aviation, Inc.
OD Colombia Ltda
OD El Salvador, Ltda. De C.V.
OD France, LLC
ODV France, LLC
ODG Caribe SA de CV (f.k.a Urguguay Cia. Papelera, SA de CV)
OD Guatemala y Compania. Limitada
OD Honduras S de RL
OD International, Inc.
OD International Holdings CV
OD International (Luxembourg) Holdings S.A.R.L.
OD International (Luxembourg) Participation S.A.R.L.

OD Management SNC
OD Medical Solutions LLC
OD of Texas, LLC (f.k.a OD of Texas Inc.)
ODPanamaSA
OD S.N.C.
ODST, LLC (inactive)
OD Tressorerie (f.k.a om S.N.C)
Office 1 Ltd
Office 1 (1995) Ltd
Office Club, Inc.
OfficeSupplies.com, Inc.
Office Town, Inc. (inactive)
Papirius Kft.
Pappersnabben I Malmo AB + Sweden
Patitucci Ltd.
Reliable Uk Ltd
Ritma AB + Sweden
S.A.R.L.
Servicios Administrativos Office Depot SAdeCV
Servicios y Material De Escritorio S.L.
Solutions4Sure.com, Inc.
Stitching Office Depot Charity for Childern
Swinton Avenue Trading Limited, Inc.
Viking Direct B.V.
Viking Direct (Holdings) Limited
Viking Direct (Ireland) Limited (f.k.a Viking Direct (Ireland) Limited; then Office Depot International (Irela
Viking Direct S.A.R.L.
Dviking Direkt GesmbH
Viking Finance (Ireland) Limited
Viking Office Products, Inc.
Viking Office Products KK
Viking Office Products S.r.l. (f.k.a Viking Direct Srl)
VOP (Ireland) Limited
VPC System S.r.l. (inactive)

6600 N. Military Trail
Boca Raton FL 33496

**P.C. Richard & Son Long Island Corporation**
P.C Ricard & Son Long Island Corporation
A.J. Richard & Sons, Inc.;
P.C Ricard & Son, LLC;
P.C. Richard Service Company;
Alfred Reliable Appliances, Inc.;
Reliable Richard's Service Corp.;
AGP Services Corp.;
Two Guys Ventures Corp.;
A.J. Staten Island, LLC;
P.C. Deer Park, LLC;
P.C. 185 Price Parkway, LLC;
P.C. 1574, Inc.;

P.C. 1574 Milford LLC;
P.C. Lawrenceville, LLC;
P.C. Brick 70, LLC;
P.C. Richard & Son Connecticut, LLC

150 Price Parkway
Farmingdale NY 11735

**Rockwell Collins**
400 Collins Rd NE
Cedar Rapids, IA 52498

**Sharp Corporation**
Sharp Electronics Corporation
Sharp Manufacturing Company of America
Sharp Electronics Manufacturing Company of America

22-22 Nagaike-Cho
Abeno-Ku
Osaka, JAPAN 545-8522
    and
Sharp Plaza
Mahwah, NJ 07495

**Tech Data Corporation**
AKL Telecommunications GmbH
Azlan European Finance Limited
Azlan GmbH
Azlan Group Limited
Azlan Limited
Azlan Logistics Limited
Azlan Overseas Holdings Ltd.
Azlan Scandinavia AB
Batterex B.V.
Computer 2000 Distribution Ltd.
Computer 2000 Publishing AB
Datatechnology Datech Ltd.
Datech 2000 Ltd.
Expander Express AB
Expander Informatic AB
Expander Technical AB
Frontline Distribution Ltd.
Frontline Distribution (Ireland) Ltd.
Hakro-Ooseterberg-Nijkerk B.V.
Horizon Technical Services (UK) Limited
Horizon Technical Services AB
Hotlamps Limited
Managed Training Services Limited
Maneboard Ltd
Maverick Presentation Products Limited
ProDesk N.V

Quadrangle Technical Services Limited
Screen Expert Limited UK
TD Brasil, Ltda
TD Facilities, Ltd. (Partnership)
TD Fulfillment Services, LLC
TD Tech Data AB
TD Tech Data Portugal Lda
TD United Kingdom Acquisition Limited
Tech Data (Netherlands) B.V.
Tech Data (Schweiz) GmbH
Tech Data bvba/sprl
Tech Data Canada Corporation
Tech Data Chile S.A.
Tech Data Colombia S.A.S.
Tech Data Corporation ("TDC")
Tech Data Denmark ApS
Tech Data Deutschland GmbH
Tech Data Distribution s.r.o.
Tech Data Education, Inc.
Tech Data Espana S.L.U.
Tech Data Europe GmbH
Tech Data Europe Services and Operations, S.L.
Tech Data European Management GmbH
Tech Data Finance Partner, Inc.
Tech Data Finance SPV, Inc.
Tech Data Financing Corporation
Tech Data Finland OY
Tech Data Florida Services, Inc.
Tech Data France Holding Sarl
Tech Data France SAS
Tech Data GmbH & Co OHG
Tech Data Information Technology GmbH
Tech Data Global Finance LP
Tech Data International Sarl
Tech Data Italia s.r.l.
Tech Data Latin America, Inc.
Tech Data Ltd
Tech DataLuxembourg Sarl
Tech Data Management GmbH
Tech Data Marne SNC
Tech Data Mexico S. de R.L. de C.V.
Tech Data Midrabge GmbH
Tech Data Nederland B.V.
Tech Data Norge AS
Tech Data Operations Center, SA
Tech Data Osterreich GmbH
Tech Data Peru S.A.C.
Tech Data Polska Sp.z.o.o
Tech Data Product Management, Inc.
Tech Data Resources, LLC
Tech Data Service GmbH

Tech Data Servicios, S. de R.L. de C.V.
Tech Data Strategy GmbH
Tech Data Tennessee, Inc.
Tech DataUruguay S.A.
Triade Holding B.V.
Triade Rosenmeier Electronics AS

5350 Tech Data Drive
Clearwater, FL 33760

**Schultze Asset Management, LLC***
Tweeter Newco, LLC
Tweeter Opco, LLC
Tweeter Intellectual Property, LLC
Tweeter Tivoli, LLV
Tweeter Home Entertainment Group, Inc.
Sound Advice, Inc d//b/a Sound Advice and Showcase Home Entertainment
Hifi Buys Incorporated
Tweeter Etc.
Douglas TV & Appliance, Inc.
Douglas Audio Video Caters, Inc.
United Audio Centers, Inc.
Sumarc Electronics Incorporated d/b/a NOW! Audio Video
Bryn Mawr Radio and Television, Inc.
The Video Scene, Inc. d/b/a Big Screen City
Hillcrest High Fidelity, Inc. d/b/a Hillcrest Audio
DOW Stereo/Video, Inc.
Home Entertainment of Texas, Inc.
SMK Marketing, Inc. d/b/a Audio Video Systems
Sound Advice of Arizona, Inc.
New England Audio Co., Inc.
NEWA Delaware, Inc.
THEG USA L.P.
Showcase Home Entertainment

3000 Westchester Avenue, Ste 204
Purchase, NY 10577

**Unisys Corporation**
801 Lakeview Drive Ste 100
Blue Bell, PA 19422

**NECO Alliance LLC***
Aitoro Appliance Co., Inc.
Appliance Dealers Cooperative Inc.
Dynamic Marketing, Inc.
Intercounty Appliance Corp.
Nationwide of Conneticut, Inc.
New England Appliance & Electronics Group, Inc.

620 Route 25A, Suite D

Mount Sinai, NY  11766

**Target Corporation**
1000 Nicolett Mall
Minneapolis, MN  55403

**Sears**
Sears, Roebuck and Co.
Sears Holdings Corporation
Sears Holdings Management Corporation
Kmart Corporation
Kmart Management Corporation
Kmart Holdings Corporation

3333 Beverly Road
Hoffman Estates, IL  60179

**Dell, Inc.**
Alienware Corporation
Alienware Labs Corporation
ASAP Software Express Inc.
Boomi, Inc
Bracknell Boulevard (Block C) L.L.C.
Bracknell Boulevard (Block D) L.L.C.
Compellent Technologies Inc.
DCC Executive Security Inc.
Dell America Latina Corp
Dell Asset Revolving Trust
Dell Asset Securitization GP L.L.C.
Dell Asset Securitization Holding L.P.
Dell Columbia Inc.
Dell Computer Holdings L.P.
Dell Conduit Funding L.P.
Dell Conduit GP L.L.C.
Dell DFS Corporation
Dell DFS Holdings L.L.C.
Dell Equipment Funding L.P.
Dell Equipment GP L.L.C.
Dell Federal Systems Corporation
Dell Federal Systems GP L.L.C.
Dell Federal Systems L.P.
Dell Federal Systems LP L.L.C.
Dell Financial Services L.L.C.
Dell Funding L.L.C.
Dell Global Holdings IV L.L.C
Dell Global Holdings IX L.L.C.
Dell Global Holdings L.L.C
Dell Global Holdings VI L.L.C
Dell Global Holdings VII L.L.C
Dell Global Holdings VIII L.L.C
Dell International Holdings I L.L.C.

Dell International L.L.C.
Dell Marketing Corporation
Dell Marketing GP L.L.C.
Dell Marketing L.P.
Dell Marketing LP L.L.C.
Dell Products Corporation
Dell Products GP L.L.C.
Dell Products L.P.
Dell Products LP L.L.C.
Dell Protective Services Inc.
Dell Receivables Corporation
Dell Receivables GP L.L.C.
Dell Receivables LP
Dell Receivables LP L.L.C.
Dell Revolver Company L.P.
Dell Revolver Funding L.L.C.
Dell Revolver GP L.L.C.
Dell Product and Process Innovation Services Corp.
Dell USA Corporation
Dell USA GP L.L.C.
Dell USA LP
Dell USA LP L.L.C.
Dell World Trade Corporation
Dell World Trade GP L.L.C.
Dell World Trade L.P.
Dell World Trade LP L.L.C.
DFS Equipment Holdings, L.P.
DFS Equipment Remarketing LLC
DFS Funding L.L.C.
DFS-SPV L.L.C.
Force10 Networks, Inc.
Turin Networks International, Inc.
Force10 Networks Global, Inc.
Force10 Networks International, Inc.
InSIte One, Inc.
License Technologies Group, Inc.
Perot Systems Application Solutions Inc.
Perot Systems Communications Services, Inc.
Perot Systems Corporation
Perot Systems Government Healthcare Solutions, Inc.
Perot Systems Government Services, Inc.
Perot Systems Government Solutions, Inc.
Perot Systems Healthcare Solutions, Inc.
Perot Systems Revenue Cycle Solutions, Inc.
PrSM Corporation
PSC GP Corporation
PSC Healthcare Software, Inc.
PSC LP Corporation
PSC Management Limited Partnership
QSS Group, Inc
Secure Works Holding Corp.

Secure Works Inc.
Transaction Applications Group Inc.
Alienware Latin America, S.A
Canada Branch of Perot Systems Corporation
Corporacion Dell de Venezuela SA
Dell DFS Canada Inc.
Dell America Latina Corp., Argentina Branch
Dell Canada, Inc.
Dell Columbia Inc., Columbia Branch
Dell Computadores do Brasil Ltda.
Dell Computer de Chile Ltda.
Dell Computer Services de Mexico SA de CV
Dell Export Sales Corporation
Dell Global Holdings III L.P.
Dell Global Holdings Ltd.
Dell Guatemala Ltda.
Dell Honduras S de RL de CV
Dell Mexico, S.A. de C.V.
Dell Panama S. de R.L.
Dell Peru, SAC
Dell Puerto Rico Corp.
Dell Quebec Inc.
Dell Technology Services Inc. S.R.L.
Dell Trinidad and Tobago Limited
Force10 Networks Mexico SA de CV
Force10 International, Ltd.
Perot Systems TSI (Bermuda) Ltd.
TXZ Holding Company Limited
26eme Avenue SAS
Abu Dabi Branch of PSC Healthcare Software, Inc.
Alienware Limited
Bracknell Boulevard Management Company Limited
Branc of Dell (Free Zone Company L.L.C.)
Compellent Technologies International Ltd.
Compellent Technologies Netherlands BV
Compellent Technologies Germany GmbH
Compellent Technologies France Sarl
Compellent Technologies Italy Srl
Dell A.B.
Dell A.S.
Dell A/S
Dell Asia B.V.
Dell B.V.
Dell Computer (Proprietary) Ltd
Dell Computer EEIG
Dell Computer International (II) - Comercio de Computadores Sociedade Unipessoal Lda
Dell Computer S.A.
Dell Computer spol. Sro
Dell Corporation Limited
Dell Corporation Limited - Northern Ireland Place of Business
Dell DFS Holdings Kft.

Dell DFS Ltd. - Spain Branch
Dell DFS Ltd
Dell Direct
Dell Distribution (EMEA) Limited External Company (Ghana)
Dell Distribution Maroc (Succ)
Dell Emerging Market (EMEA) Ltd (Russia Representitive Office)
Dell Emerging Markets (EMEA) Limited
Dell Emerging Markets (EMEA) Limited - Egypt Representative Office
Dell Emerging Markets (EMEA) Limited - Representative Office
Dell Emerging Markets (EMEA) Limited - Representative Office (Jordan)
Dell Emerging Markets (EMEA) Limited - Representative Office (Rebublic of Croatia)
Dell Emerging Markets (EMEA) Limited (Kazikhstan Representative Office)
Dell Emerging Markets (EMEA) Limited (Uganda Representative Office)
Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet - Rep.Office
Dell Emerging Markets (EMEA) Limited Representative Office - Lebanon
Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bulgaria)
Dell FZ - LLC
Dell FZ - LLC -- Bahrain Branch
Dell FZ - LLLC -- Qatar Branch
Dell Gesm.b.H.
Dell Global B.V.
Dell Global Holdings II B.V.
Dell Global Holdings III B.V.
Dell Global International BV
Dell GmbH
Dell Halle GmbH
Dell Hungary Technology Solutions Trade LLC
Dell III -- Comercio de Computadores, Unipessoal LDA
Dell International Holdings IX B.V.
Dell International Holdings Kft.
Dell International Holdings SAS
Dell International Holdings VIII B.V.
Dell International Holdings X B.V.
Dell International Holdings XII Cooperatoef U.A.
Dell International Services SRL
Dell L.L.C.
Dell N.V.
Dell Products
Dell Products (Europe) B.V.
Dell Products (Poland) Sp. Z o.o
Dell Products Manufacturing Ltd.
Dell Research
Dell (Switzerland) GmbH
Dell S.A.
Dell S.A.
Dell S.p.A.
Dell s.r.o.
Dell SA
Dell SAS
Dell Services S.r.L.
Dell Solutions (UK) Ltd.

Dell Sp.z.o.o.
Dell Taiwan B.V.
Dell Technology & Solutions (Nigeria) Limited
Dell Technology & Solutions Israel Ltd.
Dell Technology & Solutions Ltd. (Formerly Original Solutions Limited)
Dell Technology Products and Services S.A
Dell Teknoloji Limited Serketi
DFS BV
DIH IX CV
DIH VI CV
DIH VII CV
DIH VIII CV
Force10 Networks France SARL
Force10 Networks Germany (Branch)
Force10 Networks Spain (Rep Branch)
Force10 Networks Ltd.
LLC Dell Ukraine
Oy Dell A.B.
Dell Services GmbH (FKA. Perot Systems (Germany) GmbH)
Perot Systems (Slovakia) s.r.o.
Perot Systems (Switzerland) GmbH
Perot Systems (UK) Ltd.
Perot Systems B.V.
Perot Systems Europe Limited
Perot Systems Investments B.V.
Perot Systems Nederland B.V.
Perot Systems S.r.l.
Perot Systems TSI (Hungary) Liquidity Management LLC
Perot Systems TSI (Mauritius) Pvt. Ltd.
Perot Systems TSI (Middle East) FZ-LLC
Perot Systems TSI (Netherlands) B.V.
SCI Siman
Secure Works UK Ltd.
Secure Works UK Ltd. - Finland Branch
Alienware Corporation (Pacific Rim), Pty Ltd.
Australia Branch of Perot Systems (Singapore) Pte. Ltd.
Bearing Point Management Consulting (Shanghai) Ltd.
Dell (China) Company Limited
Dell (China) Company Limited, Beijing Branch
Dell (China) Company Limited, Beijing Liaison Office
Dell (China) Company Limited, Chengdu Branch
Dell (China) Company Limited, Chengdu Liaison Office
Dell (China) Company Limited, Dalian Branch
Dell (China) Company Limited, Guangzhou Branch
Dell (China) Company Limited, Guangzhou Liaison Office
Dell (China) Company Limited, Hangzhou Liaison Office
Dell (China) Company Limited, Nanjing Liaison Office
Dell (China) Company Limited, Shanghai Branch
Dell (China) Company Limited, Shanghai Liaison Office
Dell (China) Company Limited, Shenzhen Liaison Office
Dell (China) Company Limited, Ziamen Branch

Dell (Thailand) Co., Ltd.
Dell (Ziamen) Company Limited
Dell (Ziamen) Company Limited, Dalian Branch
Dell Asia Holdings Pte. Ltd.
Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office)
Dell Asia Pacific Sdn.
Dell Asia Pacific Sdn. Philippines Representative Office
Dell Asia Pte. Ltd.
Dell Australia Pty. Limited
Dell B.V., Taiwan Branch
Dell Global B.V., Singapore Branch
Dell Global Business Center Sdn. Bhd.
Dell Global BV (Bangladesh Representative Office)
Dell Global BV (Indonesia Representative Office)
Dell Global BV (Pakistan Liaison Office)
Dell Global BV (Philippines Representative Office)
Dell Global BV (Sri-Lanka Representative Office)
Dell Global BV (Vietnam Representative Office)
Dell Global Procurement Malaysia Sdn. Bhd.
Dell Global Pte. Ltd.
Dell Hong Kong Limited
Dell India Private Ltd.
Dell India (Sales & Marketing) Private Limited
Dell International Inc.
Dell Internatonal Services Philippines Inc.
Dell Japan Inc.
Dell New Zealand Limited
Dell Procurement (Xiamen) Company Limited
Dell Procurement (Xiamen) Company Limited, Shanghai Branch
Dell Procurement (Xiamen) Company Limited, Shenzhen Liaison Office
Dell Sales Malaysia Sdn Bhd
Dell Singapore Pte. Ltd.
Dell Taiwan B.V., Taiwan Branch
EqualLogic Japan Company Limited
Turin Networks India Pvt. Ltd.
Force10 Networks India Pvt. Ltd.
Force10 Networks Australia Pty. Ltd.
Force10 Networks Singapore Pvt. Ltd.
Force10 Networks (Shanghai) Ltd.
Force10 Networks Malaysia (Branch)
Force10 Networks Hong Kong (Branch)
Force10 Networks Korea YH
Force10 Networks KK
Ocarina Networks India Pvt. Ltd.
Perot Systems (Malaysia) Sdn. Bhd.
Perot Systems (Shanghai) Consulting Co., Limited
Perot Systems (Singapore) Pte. Ltd.
Perot Systems Holdings Pte. Ltd.
Dell International Services India Private Limited (f.k.a. Perot Systems TSI (India) Private Limited)
Dell (Chengdu) Company Limited
Dell Services (China) Company Limited

Dell Information Technology (Hunan) Company Limited
PT Dell Indonesia

One Dell Way
Round Rock, TX 78682

**ViewSonic Corporation**
ViewSonic Corporation
ViewSonic International Corporation
ViewSonic Display Limited
ViewSonic Hong Kong Limited

381 Brea Canyon Road
Walnut, CA 91789

**PBE Consumer Electronics, LLC**
c/o Linquest
80 S Eighth Street
Minneapolis, MN 54402

**Costco Wholesale Corporation**
999 Lake Dr
Issaquah, WA 98027

**ABC Appliance, Inc.**
d/b/a ABC Warehouse
1 West Silverdone Industrial Park
Pontiac, MI 48342

**MARTA Cooperative of America, Inc.**
515 East Carefree Hwy #1140
Phoenix, AZ 85085