# ATTACHMENT 15

**Lau, Albie**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, January 29, 2013 12:36 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-05944-SC MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation Order Adopting Report and Recommendations |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered on 1/29/2013 at 9:36 AM PST and filed on 1/28/2013
**Case Name:**       MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation
**Case Number:**   3:07-cv-05944-SC
**Filer:**
**Document Number:** 1543

**Docket Text:**
**ORDER ADOPTING [1415] Special Masters Report and Recommendation Regarding the Toshiba Defendants' Motion to Compel Arbitration, DENYING [1475] Motion for Leave to File, filed by Costco Wholesale Corporation, GRANTING IN PART [1332] Motion to Compel, filed by Toshiba Corporation, Toshiba America Electronics Components, Inc, Toshiba America Consumer Products, LLC, Toshiba America, Inc, Toshiba America Information Systems, Inc., GRANTING IN PART [1461] Motion to Partly Adopt the Special Master's Report and Recommendation, filed by Toshiba Corporation, Toshiba America Electronics Components, Inc, Toshiba America Consumer Products, LLC, Toshiba America, Inc, Toshiba America Information Systems, Inc. Signed by Judge Samuel Conti on 1/28/2013. (sclc2, COURT STAFF) (Filed on 1/28/2013)**

**3:07-cv-05944-SC Notice has been electronically mailed to:**

A. Paul Victor     pvictor@winston.com, docketny@winston.com, docketsf@winston.com

Aaron M. Sheanin     asheanin@pswplaw.com

Alan Roth Plutzik     aplutzik@bramsonplutzik.com

Aldo A. Badini     abadini@winston.com, docketny@winston.com, docketsf@winston.com

Allan Steyer     asteyer@steyerlaw.com, jpeeters@steyerlaw.com, lrorem@steyerlaw.com

Andrew J. Morganti     amorganti@milberg.com, MAOffice@milberg.com

Andrew R. Tillman     art@paineter.com

Angelina Alioto-Grace     sexton@aliotolaw.com

Anne M. Nardacci     anardacci@bsfllp.com

Anthony D. Shapiro     tony@hbsslaw.com, george@hbsslaw.com, ronnie@hbsslaw.com

Anthony J. Bolognese     abolognese@bolognese-law.com

Anthony J. Viola     aviola@eapdlaw.com

Anton Metlitsky     ametlitsky@omm.com

Ashlei Melissa Vargas     avargas@pswplaw.com, nhalpern@pswplaw.com

Barbara J. Nelson     barbara.nelson@usdoj.gov

Barry J Bendes     bbendes@eapdlaw.com

Barry J. Bendes     bbendes@eapdlaw.com

Benjamin Daniel Battles     bbattles@bsfllp.com

Benjamin Gardner Bradshaw     bbradshaw@omm.com

Bernadette Shawan Gillians     sgillians@buistmoore.com

Betsy Carol Manifold     davanzo@whafh.com

Betty Lisa Julian     bjulian@damrell.com

Bijal Vijay Vakil     bvakil@whitecase.com, agoodall@whitecase.com, vfarias@whitecase.com

Blake Lee Harrop     bharrop@atg.state.il.us, jfeldmar@atg.state.il.us

Brendan P. Cullen     cullenb@sullcrom.com, carrejoa@sullcrom.com, s&cmanagingclerk@sullcrom.com

Brendan Patrick Glackin     bglackin@lchb.com

Brent Caslin     bcaslin@jenner.com, docketing@jenner.com

Brian Joseph Barry , Esq     bribarry1@yahoo.com

Bruce C. McCulloch     bruce.mcculloch@freshfields.com

Bruce L. Mulkey     bruce@mulkeylaw.com

Bruce Lee Simon     bsimon@pswplaw.com, cpearson@pswplaw.com, dwarshaw@pswplaw.com, mpearson@pswplaw.com, mwilliams@pswplaw.com, rretana@pswplaw.com, tboardman@pswplaw.com, wnewsom@pswplaw.com, yberry@pswplaw.com

Bryan L. Clobes     bclobes@caffertyfaucher.com, alatonick@caffertyfaucher.con, docketclerk@caffertyfaucher.com

Cadio R. Zirpoli     zirpoli@saveri.com

Candice J. Enders     cenders@bm.net

Chadwick Oliver Brooker     cbrooker@atg.state.il.us

Charles A. Legge     snevins@jamsadr.com

Charles M Malaise     charles.malaise@bakerbotts.com

Charles M. Kester     cmkester@nwark.com

Christina Diane Crow     ccrow@jinkslaw.com, ccantey@jinkslaw.com, danthony@jinkslaw.com

Christine A. Laciak     christine.laciak@freshfields.com, richard.snyder@freshfields.com

Christine S. Safreno     csafreno@morganlewis.com

Christopher Le     cle@straus-boies.com, ecf@straus-boies.com, jmoser@straus-boies.com

Christopher Lovell     clovell@lshllp.com

Christopher Wilson     cwilson@polsinelli.com

Christopher L. Lebsock     clebsock@hausfeldllp.com, celder@hausfeldllp.com

Christopher M. Curran     ccurran@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com, mmoffett@whitecase.com, mtoto@whitecase.com

Christopher T. Heffelfinger     cheffelfinger@bermandevalerio.com, ysoboleva@bermandevalerio.com

Christopher Thomas Micheletti     cmicheletti@zelle.com

Christopher V. Fenlon     cfenlon@bsfllp.com

Christopher William Cantrell     chrisc@beltlawfirm.com

Clifford H. Pearson     cpearson@pswplaw.com

3

Colin C. West    colin.west@bingham.com

Cori Gordon Moore    cgmoore@perkinscoie.com, nlygren@perkinscoie.com

Courtney C Byrd    cbyrd@omm.com

Craig C. Corbitt    ccorbitt@zelle.com, emilio.varanini@doj.ca.gov

Curt Holbreich    curt.holbreich@klgates.com, carol.ridgeway@klgates.com

Dana E. Foster    defoster@whitecase.com, cnaifeh@whitecase.com, lmandell@whitecase.com

Daniel Hume    dhume@kmllp.com

Daniel R. Karon    karon@gsk-law.com

Daniel Bruce Allanoff    dallanoff@mcgslaw.com

Daniel D. Owen    dowen@stklaw.com

Daniel Edward Birkhaeuser    dbirkhaeuser@bramsonplutzik.com

Daniel Joseph Mulligan    dan@jmglawoffices.com, lgabriel@jmglawoffices.com

Daniel L. Warshaw    dwarshaw@pswplaw.com, mwilliams@pswplaw.com

Daniel R. Karon    karon@gsk-law.com, mcfeeley@gsk-law.com

David Boies , III    dboies@straus-boies.com, tpalumbo@straus-boies.com

David Burman    dburman@perkinscoie.com, DocketSFLIT@perkinscoie.com, JMccluskey@perkinscoie.com

David Martinez    dmartinez@rkmc.com, krcorvera@rkmc.com, lduarte@rkmc.com

David E. Yolkut    david.yolkut@weil.com

David Kendall Roberts    droberts2@omm.com

David L. Yohai    david.yohai@weil.com, Kajetan.Rozga@weil.com, lucia.maxwell@weil.com, MCO.ECF@weil.com

David M. Peterson    dpeterson@susmangodfrey.com

David Michael Kerwin    davidk3@atg.wa.gov, dianec1@atg.wa.gov

David Michael Lisi    mdubuque@reedsmith.com

David Nathan-Allen Sims    dsims@saveri.com

David Paul Germaine    dgermaine@vaneklaw.com, svitullo@vaneklaw.com

David W. Evans     devans@hbblaw.com, kblack@hbblaw.com

Derek G. Howard     dhoward@minamitamaki.com, cparker@minamitamaki.com, janderson@minamitamaki.com, jlee@minamitamaki.com, pdomin@minamitamaki.com, rperez@minamitamaki.com, seant@minamitamaki.com

Diane Leslie Webb     dwebb@morganlewis.com, ameirson@morganlewis.com, cericson@morganlewis.com

Donald Scott Macrae     smacrae@bamlawlj.com

Donna F Solen     dsolen@wbmllp.com, lsiegel@wbmllp.com, mdicocco@wbmllp.com

Douglas A. Millen     doug@fklmlaw.com

Douglas L Wald     douglas.wald@aporter.com

Drew A. Carson     carson@millergolerfaeges.com

Dylan Ian Ballard     dballard@sheppardmullin.com

Elizabeth Anne McKenna     emckenna@milberg.com

Elizabeth Diemphuc Le     edle@rkmc.com, lrbryant-wilson@rkmc.com

Elizabeth R. Odette     erodette@locklaw.com, sjflowers@locklaw.com

Eric B. Fastiff     efastiff@lchb.com, akingsdale@lchb.com, btroxel@lchb.com

Eric D. Hoaglund     ehoaglund@mhcilaw.com

Eric James Pickar     epickar@bangsmccullen.com

Esther L Klisura     eklisura@sherleff.com

Ethan E. Litwin     litwin@hugheshubbard.com, bennettc@howrey.com

Eugene A. Spector     espector@srkw-law.com

Euphemia Nikki Thomopulos     ethomopulos@perkinscoie.com, callen@perkinscoie.com, docketsflit@perkinscoie.com

Eva W. Cole     ewcole@winston.com, docketny@winston.com, docketsf@winston.com

Fernando Xaxier Starkes     xavier@starkeslawfrim.com

Francis M. Gregorek     fait@whafh.com, gregorek@whafh.com

Francis Onofrei Scarpulla     fscarpulla@zelle.com

Fred A. Silva     fsilva@damrell.com, nweston-dawkes@damrell.com

Garrett D. Blanchfield , Jr     g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com, r.yard@rwblawfirm.com

Gary L. Halling     ghalling@smrh.com, dballard@sheppardmullin.com, eparis@sheppardmullin.com, jcampos@sheppardmullin.com, khollenbeck@sheppardmullin.com, mscarborough@sheppardmullin.com, rbreese@sheppardmullin.com, tcunningham@sheppardmullin.com

Gary Laurence Specks     gspecks@kaplanfox.com

Geoffrey Conrad Rushing     grushing@saveri.com

George L. Paul     gpaul@whitecase.com

Gianna Christa Gruenwald     gianna@saveri.com

Gilmur Roderick Murray     gmurray@murrayhowardlaw.com, aarnall@murrayhowardlaw.com

Gordon Ball     gball@ballandscott.com, ddaugherty@ballandscott.com, tbenson@ballandscott.com

Gregory Hull     greg.hull@weil.com, adam.hemlock@weil.com, alex.khachaturian@weil.com, kevin.goldstein@weil.com, lara.veblen@weil.com, meaghan.thomas-kennedy@weil.com, michael.jerry@weil.com, tricia.dresel@weil.com

Gregory Keith Arenson     garenson@kaplanfox.com

Guido Saveri     guido@saveri.com

H. Laddie Montague , Jr     hlmontague@bm.net, chiho@bm.net, tstires@bm.net

Haidee L. Schwartz     hschwartz@omm.com

Harry Shulman     harry@shulmanlawfirm.com

Hojoon Hwang     hojoon.hwang@mto.com, Ashley.Fitzwilliams@mto.com, marsha.poulin@mto.com

Ian T Simmons     isimmons@omm.com, phein@omm.com

Imtiaz A. Siddiqui     isiddiqui@cpmlegal.com, jacosta@cpmlegal.com

J. Matthew Stephens     sreynolds@mmlaw.net

James McManis     jmcmanis@mcmanislaw.com, clarsen@mcmanislaw.com

James E. Cecchi     jcecchi@carellabyrne.com

James F. Lerner     jlerner@winston.com, docketny@winston.com, docketsf@winston.com

James Landon McGinnis     jmcginnis@sheppardmullin.com

James M. Lockhart     jlockhart@lindquist.com, ajones@lindquist.com, jmccarthy@lindquist.com

James Michael Terrell     jterrell@mmlaw.net

Jason Kilene     jkilene@gustafsongluek.com, dgustafson@gustafsongluek.com

Jason de Bretteville     debrettevillej@sullcrom.com, s&cmanagingclerk@sullcrom.com, thornj@sullcrom.com

Jason C. Murray     jmurray@crowell.com, aslade@crowell.com, fhoward@crowell.com, pdavis@crowell.com, rwong@crowell.com, SMierisch@crowell.com

Jayne Ann Peeters     jpeeters@steyerlaw.com

Jeane Hamilton     jeane.hamilton@usdoj.gov, carole.huygen@usdoj.gov, edward.bernard@usdoj.gov

Jeff D Friedman     jefff@hbsslaw.com, jeanethd@hbsslaw.com, sf_filings@hbsslaw.com

Jeff D. Friedman     jefff@hbsslaw.com

Jeff S. Westerman     jwesterman@milberg.com, cchaffins@milberg.com, ckiyotoki@milberg.com

Jeffrey Alan Klafter     jak@klafterolsen.com

Jeffrey D. Bores     jbores@chestnutcambronne.com

Jeffrey Jay Lederman     jlederman@winston.com, docketsf@winston.com, dpenning@winston.com

Jeffrey L. Kessler     jkessler@winston.com, docketny@winston.com, docketsf@winston.com

Jennie Lee Anderson     jennie@andrusanderson.com, jessica@andrusanderson.com, kelli.good@andrusanderson.com

Jennifer Susan Rosenberg     jrosenberg@bramsonplutzik.com, moldenburg@bramsonplutzik.com, ttappero@bramsonplutzik.com

Jerome Cary Roth     Jerome.Roth@mto.com, susan.ahmadi@mto.com

Jessica Lynn Meyer     jmeyer@lindquist.com, acrawford@lindquist.com

Jill Michelle Manning     jmanning@steyerlaw.com

Joel Flom     joel@jeffreislaw.com

Joel Calcar Willard     jwillard@gibsondunn.com, rmcbain@gibsondunn.com

Joel Cary Meredith     jmeredith@mcgslaw.com, apaul@mcgslaw.com

Joel Steven Sanders     jsanders@gibsondunn.com, smaruschak@gibsondunn.com

John Clayton Everett , Jr     jeverett@morganlewis.com

John Dmitry Bogdanov     jdb@coopkirk.com

John G. Emerson     jemerson@emersonpoynter.com, swilson@emersonpoynter.com, tanya@emersonpoynter.com

John M. Taladay     john.taladay@bakerbotts.com

Jon Vensel Swenson     jon.swenson@bakerbotts.com, cynthia.short@bakerbotts.com, donna.loop@bakerbotts.com, jenna.derosier@bakerbotts.com

Jonathan DeGooyer     jdegooyer@morganlewis.com, lwalker@morganlewis.com

Jonathan Jeffrey Ross , NA     jross@susmangodfrey.com, swilkinson@susmangodfrey.com

Jonathan Mark Watkins     jwatkins@pswplaw.com

Joren Surya Bass     jbass@perkinscoie.com, docketsflit@perkinscoie.com, smerrill@perkinscoie.com

Joseph A. Ostoyich     OstoyichJ@howrey.com

Joseph Darrell Palmer     darrell.palmer@palmerlegalteam.com, maria.carapia@palmerlegalteam.com

Joseph Edward Czerniawski     Jczerniawski@wkgj.com, JoeCznyc@gmail.com

Joseph J. Tabacco , Jr     jtabacco@bermandevalerio.com, ysoboleva@bermandevalerio.com

Joseph M. Alioto , Sr     jmalioto@aliotolaw.com, esexton@aliotolaw.com, jmiller@aliotolaw.com

Joseph M. Barton     jbarton@glancylaw.com

Joseph Mario Patane     jpatane@tatp.com

Joseph Michael Vanek     jvanek@vaneklaw.com

Joseph Michelangelo Alioto , Jr     jaliotojr@aliotolaw.com, esexton@aliotolaw.com, tpier@aliotolaw.com

Joseph R. Saveri     jsaveri@saverilawfirm.com, dclevenger@saverilawfirm.com, gsaveri@saverilawfirm.com

Joseph R. Tiffany , II     joseph.tiffany@pillsburylaw.com, susan.hersom@pillsburylaw.com

Joseph Richard Wetzel     wetzelj@gtlaw.com, SFOLitDock@gtlaw.com, stratfordk@gtlaw.com

Joseph W. Cotchett     jcotchett@cpmlegal.com

Joshua H. Grabar     jgrabar@bolognese-law.com

Judith A. Zahid     jzahid@zelle.com

K. Craig Wildfang     afmiller@rkmc.com

Karl L. Cambronne     kcambronne@chestnutcambronne.com

Kate S. McMillan     kate.mcmillan@freshfields.com

Katherine T. Kelly     kkelly@heinsmills.com

Kathleen Styles Rogers     krogers63@gmail.com

Kathy Lee Monday     kmonday@damrell.com, NWeston-Dawkes@damrell.com

Keith Thomson Belt , Jr     keithb@beltlawfirm.com, dianeb@beltlawfirm.com

Kelly Laudon     klaudon@lindquist.com, ginskeep@lindquist.com

Kenneth Leo Valinoti     kvalinoti@valinoti-dito.com

Kenneth S. Marks     kepps@susmangodfrey.com, kmarks@susmangodfrey.com

Kent Michael Roger     kroger@morganlewis.com, acowell@morganlewis.com, cericson@morganlewis.com, dsalazar@morganlewis.com, jowyang@morganlewis.com, wschaub@morganlewis.com

Kevin B. Goldstein     kevin.goldstein@weil.com

Kevin Bruce Love     klove@cridenlove.com

Kevin Douglas Feder     kfeder@omm.com

Laura Elizabeth Nelson     lenelson@rkmc.com, jlbaumgart@rkmc.com

Laura K Sullivan     Marsha.Poulin@mto.com

Laura Kabler Oswell     oswelll@sullcrom.com, s&cmanagingclerk@sullcrom.com, tekielj@sullcrom.com

Lauren Clare Russell     laurenrussell@tatp.com

Lawrence Genaro Papale     lgpapale@papalelaw.com

Lee Albert     lalbert@glancylaw.com

Lidia Maher     Lidia.Maher@usdoj.gov, carole.huygen@usdoj.gov

Linda P. Nussbaum     lnussbaum@nussbaumllp.com

Linda Phyllis Nussbaum     lnussbaum@gelaw.com, acarpio@gelaw.com, ccaliendo@gelaw.com, cdolotosky@gelaw.com, sschwaiger@gelaw.com

Lindsey H. Taylor     ltaylor@carellabyrne.com

Lingel Hart Winters     sawmill2@aol.com

Lisa J. Rodriguez     lisa@trrlaw.com

Liz Ann Brady     liz.brady@myfloridalegal.com, karen.marsh@myfloridalegal.com

Lori Erin Andrus     lori@andrusanderson.com, jessicamoy@andrusanderson.com, kelli.good@andrusanderson.com

Lucius Bernard Lau     alau@whitecase.com, dfoster@whitecase.com, scasey@whitecase.com

M. Eric Frankovitch     msimon@facslaw.com

Manfred Patrick Muecke     mmuecke@bffb.com, nvarner@bffb.com, rcreech@bffb.com

Manuel Juan Dominguez     jdominguez@cohenmilstein.com, mwade@cohenmilstein.com

Marc Howard Edelson     medelson@edelson-law.com

Marc Jeffrey Greenspon     mgreenspon@bermandevalerio.com

Margaret Anne Keane     mkeane@littler.com, lraabe@littler.com

Mario N. Alioto     malioto@tatp.com

Mario Nunzio Alioto     malioto@tatp.com

Marisa C. Livesay     livesay@whafh.com

Mark D. Marino     mark.marino@klgates.com

Marvin A. Miller     mmiller@millerlawllc.com

Marwa Elzankaly     melzankaly@mcmanislaw.com, azandate@mcmanislaw.com, epipkin@mcmanislaw.com, nshakoori@mcmanislaw.com, sshakoori@mcmanislaw.com

Mary Gilmore Kirkpatrick     mkirk@vtlawfirm.com

Mary Jane Edelstein Fait     fait@whafh.com, battaglini@whafh.com

Matthew David-Craig Pearson     mpearson@bermandevalerio.com, ysoboleva@bermandevalerio.com

May Lee Heye     may.heye@usdoj.gov, edward.bernard@usdoj.gov

Michael Jocobs     mjacobs@zelle.com

Michael Frederick Tubach     mtubach@omm.com, kquintanilla@omm.com

Michael G. Simon     msimon@facslaw.com

Michael Paul Lehmann     mlehmann@hausfeldllp.com

Michael S. Christian     mchristian@zelle.com, rnewman@zelle.com

Michael T. Brody     mbrody@jenner.com, docketing@jenner.com, edockets@jenner.com

Michael W. Scarborough     mscarborough@smrh.com, khollenbeck@sheppardmullin.com

Michele Chickerell Jackson    mjackson@lchb.com, btroxel@lchb.com

Michelle Park Chiu    mchiu@morganlewis.com, cholsome@morganlewis.com

Mitchell E. Widom    mwidom@bilzin.com

Molly Donovan    mmdonovan@winston.com, docketny@winston.com, docketsf@winston.com, jstewart@winston.com

Nicholas H. Hesterberg    nhesterberg@perkinscoie.com, docketsea@perkinscoie.com, lnelson@perkinscoie.com

Nicholas J. Weilhammer    nicholas.weilhammer@myfloridalegal.com, carmen.oquendo@myfloridalegal.com, jennifer.morganbyrd@myfloridalegal.com

Niki B. Okcu    nokcu@cpmlegal.com

Noah Guzzo Purcell    NPurcell@perkinscoie.com, docketSFLIT@perkinscoie.com, JMccluskey@perkinscoie.com

Paul F Novak    pnovak@milberg.com, asheetz@milberg.com, cchaffins@milberg.com, kchoi@milberg.com

Peter G.A. Safirstein    psafirstein@forthepeople.com

Philip J Iovieno    piovieno@bsfllp.com, anardacci@bsfllp.com, aweber@bsfllp.com, bbattles@bsfllp.com, cfenlon@bsfllp.com, ddouglas@bsfllp.com, ksmith@bsfllp.com, lnikas@bsfllp.com, mfelder@bsfllp.com, rtietjen@bsfllp.com, sbassinson@bsfllp.com, sweber@bsfllp.com, tmiller@bsfllp.com

Philip J. Iovieno    piovieno@bsfllp.com

Philip J. Iovieno    piovieno@bsfllp.com

Qianwei Fu    qfu@zelle.com

R. Scott Palmer    scott.palmer@myfloridalegal.com

Rachel S. Brass    rbrass@gibsondunn.com, smaruschak@gibsondunn.com

Rachele R. Rickert    davanzo@whafh.com

Ranae D. Steiner    rsteiner@heinsmills.com

Randy R. Renick    rrr@renicklaw.com, home@renicklaw.com, mstroud@hadsellstormer.com, Mvazquez@hadsellstormer.com

Reginald Von Terrell    reggiet2@aol.com

Richard Alexander Saveri    rick@saveri.com

Richard Freeman Horsley    rfhala@cs.com

Richard Martin Heimann     rheimann@lchb.com

Richard Sutton Snyder     richard.snyder@freshfields.com, jennifer.mellott@freshfields.com

Robert Turken     rturken@bilzin.com

Robert N. Kaplan     rkaplan@kaplanfox.com

Robert Brent Irby     birby@mhcilaw.com, ehoaglund@mhcilaw.com, lmarler@mhcilaw.com

Robert G. Methvin     sreynolds@mmlaw.net

Robert Gordon Methvin , Jr     sreynolds@mmlaw.net

Robert J. Bonsignore     rbonsignore@class-actions.us

Robert J. Gralewski     bgralewski@kmllp.com

Robert James Pohlman     rpohlman@rcalaw.com

Robert N. Kaplan     rkaplan@kaplanfox.com

Robert Page Bruner     robertb@beltlawfirm.com

Roman M. Silberfeld     rmsilberfeld@rkmc.com, reirajpanah@rkmc.com

Ronnie Seidel Spiegel     ronnie@hbsslaw.com

Ruthanne Gordon     rgordon@bm.net, emagnus@bm.net, mmccahill@bm.net, mrussell@bm.net

Samuel D. Heins     sheins@heinsmills.com

Satu A Correa     Satu.Correa@myfloridalegal.com

Scott A. Stempel     sstempel@morganlewis.com

Scott N. Wagner     swagner@bilzin.com, asanchez@bilzin.com, asolis@bilzin.com, eservice@bilzin.com

Scott R. Jacobs     srjacobs@mckoolsmith.com

Scott W. Carlson     scarlson@heinsmills.com

Seymour J. Mansfield     smansfield@mansfieldtanick.com

Sharon D. Mayo     sharon.mayo@aporter.com

Sherman Kassof     heevay@att.net, heevay@yahoo.com

Steven A. Kanner     kanner@fklmlaw.com

Steven Alan Reiss     steven.reiss@weil.com

Steven F. Benz     sbenz@khhte.com, ashen@khhte.com, kmcgee@khhte.com

Steven J. Greenfogel     sgreenfogel@litedepalma.com, apaul@mcgslaw.com

Steven J. Miller     miller@millergolerfaeges.com

Steven Noel Williams     swilliams@cpmlegal.com, azapala@cpmlegal.com, gkim@cpmlegal.com, jschmidt@cpmlegal.com, jverducci@cpmlegal.com, lclark@cpmlegal.com

Steven Randall Hood     rhood@mcgowanhood.com

Stuart Harold Singer     ssinger@bsfllp.com

Susan Gilah Kupfer     skupfer@glancylaw.com, sfreception@glancylaw.com

Sylvie K. Kern     skern@antitrustglobal.com, sylviekern@yahoo.com

Tai Snow Milder     tai.milder@usdoj.gov, edward.bernard@usdoj.gov, jennie.ngo-tanaka@usdoj.gov

Terrence Joseph Truax     ttruax@jenner.com, docketing@jenner.com, mpowers@jenner.com

Terry Calvani     terry.calvani@freshfields.com

Terry Rose Saunders     tsaunders@saunders-lawfirm.com

Theresa Driscoll Moore     TMoore@aliotolaw.com

Thomas Arthur Doyle     tadoyle@thomasadoyle.com, tsaunders@saunders-lawfirm.com

Thomas Patrick Dove     tdove@furth.com

Thomas R. Green     thomas.green@usdoj.gov, wincy.wong@usdoj.gov

Tim David Nord     tim.d.nord@state.or.us, melissa.curtis@state.or.us

Timothy D. Battin     tbattin@straus-boies.com, ecf@straus-boies.com, tpalumbo@straus-boies.com

Tracy R. Kirkham     trk@coopkirk.com

Troy J. Hutchinson     thutchinson@heinsmills.com

Vincent J. Esades     vesades@heinsmills.com, ikovarik@heinsmills.com, lgehrking@heinsmills.com, rsteiner@heinsmills.com

W. Joseph Bruckner     wjbruckner@locklaw.com, amhorningnygren@locklaw.com, pottehn@locklaw.com, sipeem@locklaw.com

William Diaz     wdiaz@mwe.com, ahamilton@mwe.com, mstumpf@mwe.com

William A. Isaacson     llaing@bsfllp.com, jmilici@bsfllp.com, lgeorge@bsfllp.com, tchutkan@bsfllp.com

William Angus McKinnon     bmckinnon@mcgowanhood.com

William C. Cleveland     wcleveland@buistmoore.com

William G. Caldes     bcaldes@srkw-law.com, jjagher@srkw-law.com

William Henry London     wlondon@fklmlaw.com

YongSang Kim     yongsang.kim@aporter.com

**3:07-cv-05944-SC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Adam C. Hemlock
Weil Gotshal & Manges LLP


Austin Van Schwing
Gibson, Dunn & Crutcher LLP


Bethany W. Kristovich
Munger Tolles & Olson LLP


Blake L. Harrop
Office of the Illinois Attorney General


Charise Naifeh
White & Case LLP


Charles H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Clinton Paul Walker
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

Daniel D. Cowen
Shughart Thomson & Kilroy PC


David Roberts
O'Melveny & Myers LLP

David T. Emanuelson
Baker Botts L.L.P.


Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

Elliot S. Kaplan
Robins Kaplan Miller & Ciresi


Erik T. Koons
Baker Botts LLP


Gregory D. Hull
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

H. Lee Godfrey
Susman Godfrey LLP


Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

James P. McCarthy
Lindquist & Vennum


Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Jennifer Milici
Boies Schiller & Flexner LLP


John G. Emerson
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

John Gressette Felder , Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Jonathan Ellis Altman
Munger Tolles and Olson


Kim YoungSang
ARNOLD & PORTER LLP


Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Lawrence D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

Lawrence P. Schaefer
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Lewis Titus LeClair
McKool Smith
300 Crescent Ct #1500
Dallas, TX 75201

Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Lucia Freda
Weil. Gotshal & Manges LLP


Lynn W. Jinks
Jinks Crow & Dickson PC


Mark Reinhardt
Reinhardt Wendorf & Blanchfield

East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Matthew Frutig
White & Case LLP


Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Melissa Willett
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

Mike McKool , Jr
McKool Smith, P.C.
300 Crescent Court Ste 1500
Dallas, TX 75201

Molly M Donovan
Dewey & LeBoeuf LLP


Nathan A. Dickson
Jinks Crow & Dickson PC


Neal A Eisenbraun
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

P. John Brady
Shughart Thomson & Kilroy PC


Patricia A. Conners
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol

Tallahassee, FL 32399-1050

Patrick Bradford Clayton
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite #3400
San Francisco, CA 94104

Patrick John Brady
Polsinelli Shughart, P.C.
Twelve Wyandotte Plaza, Suite 1800
120 W. 12th Street
Kansas City, MO 64105

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Robert Andrew Sacks
Sullivan & Cromwell LLP


Robert B. Gerard
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street 5th Floor
Modesto, CA 95354

Steven A. Reiss
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Tracy R. Kirkman
Cooper & Kirkham PC


Traviss Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

Tyler Mark Cunningham
Sheppard Mullin Richter & Hampton

William D. Temko
Munger Tolles & Olson LLP

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\07-5944 In re CRT - Order Adopting SM's R&R Re Mot to Compel Subpoena.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/29/2013] [FileNumber=9309684-0]
[0372558abfae3a6563e6d07b907d2457f4a4ac7d81377bc45114dc53c76667e3ae25c
9b16d80a6508f3b84d9a18ad7dd128d70ffec2031f617402eb51df52e72]]