# ATTACHMENT 18

**Lau, Albie**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Friday, December 13, 2013 4:55 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-05944-SC MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation Order on Motion to Compel |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered on 12/13/2013 at 1:54 PM PST and filed on 12/13/2013
**Case Name:**        MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation
**Case Number:**    3:07-cv-05944-SC
**Filer:**
**Document Number:** 2265

**Docket Text:**
**Order by Hon. Samuel Conti granting in part and denying in part [1735] Motion to Compel.(sclc2, COURT STAFF) (Filed on 12/13/2013)**

**3:07-cv-05944-SC Notice has been electronically mailed to:**

**A. Paul Victor     pvictor@winston.com, docketny@winston.com, docketsf@winston.com**

**Aaron M. Sheanin     asheanin@pswlaw.com, yberry@pswlaw.com**

**Adam C. Hemlock     adam.hemlock@weil.com, adam.hemlock@weil.com**

**Alan Roth Plutzik     aplutzik@bramsonplutzik.com**

**Aldo A. Badini     abadini@winston.com, docketny@winston.com, docketsf@winston.com, lcachola@winston.com**

**Allan Steyer     asteyer@steyerlaw.com, cvalera@steyerlaw.com, jpeeters@steyerlaw.com, lrorem@steyerlaw.com**

**Andrew J. Morganti     amorganti@milberg.com, MAOffice@milberg.com**

**Andrew R. Tillman     art@paineter.com**

**Angelina Alioto-Grace**     sexton@aliotolaw.com

**Anne M. Nardacci**     anardacci@bsfllp.com, ashaw@bsfllp.com, jdew@bsfllp.com

**Anthony D. Shapiro**     tony@hbsslaw.com, george@hbsslaw.com, laurie@hbsslaw.com, ronnie@hbsslaw.com

**Anthony J. Bolognese**     abolognese@bolognese-law.com

**Anthony J. Viola**     aviola@eapdlaw.com

**Anton Metlitsky**     ametlitsky@omm.com

**Ashlei Melissa Vargas**     avargas@pswplaw.com, nhalpern@pswplaw.com

**Astor Henry Lloyd Heaven , III**     aheaven@crowell.com

**Austin Van Schwing**     aschwing@gibsondunn.com

**Aya Kobori**     akobori@whitecase.com, agoodall@whitecase.com

**Barbara J. Nelson**     barbara.nelson@usdoj.gov

**Barry J Bendes**     bbendes@eapdlaw.com

**Barry J. Bendes**     bbendes@eapdlaw.com

**Benjamin Daniel Battles**     bbattles@bsfllp.com

**Benjamin Gardner Bradshaw**     bbradshaw@omm.com

**Bernadette Shawan Gillians**     sgillians@buistmoore.com

**Betsy Carol Manifold**     davanzo@whafh.com

**Betty Lisa Julian**     bjulian@damrell.com

**Bijal Vijay Vakil**     bvakil@whitecase.com, vfarias@whitecase.com

**Blake Lee Harrop**     bharrop@atg.state.il.us, jfeldmar@atg.state.il.us

**Brendan P. Cullen**     cullenb@sullcrom.com, carrejoa@sullcrom.com, s&cmanagingclerk@sullcrom.com

**Brendan Patrick Glackin**     bglackin@lchb.com

**Brent Caslin**     bcaslin@jenner.com, docketing@jenner.com

**Brian Joseph Barry**     bribarry1@yahoo.com

**Bruce C. McCulloch**     bruce.mcculloch@freshfields.com

**Bruce L. Mulkey**     bruce@mulkeylaw.com

**Bruce Lee Simon**     bsimon@pswlaw.com, cpearson@pswlaw.com, dwarshaw@pswlaw.com, egrant@pswlaw.com, mpearson@pswlaw.com, mwilliams@pswlaw.com, rretana@pswlaw.com, tboardman@pswlaw.com, wnewsom@pswlaw.com, yberry@pswlaw.com

**Bryan L. Clobes**     bclobes@caffertyclobes.com, docketclerk@caffertyclobes.com, ktucker@caffertyclobes.com

**Cadio R. Zirpoli**     zirpoli@saveri.com

**Calvin L. Litsey**     calvin.litsey@faegrebd.com

**Calvin Lee Litsey**     calvin.litsey@faegrebd.com, jayne.wills@FaegreBD.com, lisa.duboise@FaegreBD.com, stephanie.jefferson@FaegreBD.com

**Candice J. Enders**     cenders@bm.net

**Chadwick Oliver Brooker**     cbrooker@atg.state.il.us

**Charles A. Legge**     snevins@jamsadr.com

**Charles M Malaise**     charles.malaise@bakerbotts.com

**Charles M. Kester**     cmkester@nwark.com

**Christina Diane Crow**     ccrow@jinkslaw.com, ccantey@jinkslaw.com, danthony@jinkslaw.com

**Christine A. Laciak**     christine.laciak@freshfields.com, richard.snyder@freshfields.com

**Christine S. Safreno**     csafreno@morganlewis.com

**Christopher Le**     cle@straus-boies.com, ecf@straus-boies.com

**Christopher Lovell**     clovell@lshllp.com

**Christopher Wilson**     cwilson@polsinelli.com

**Christopher D. Jennings**     cjennings@emersonpoynter.com

**Christopher L. Lebsock**     clebsock@hausfeldllp.com, celder@hausfeldllp.com

**Christopher M. Curran**     ccurran@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com, mmoffett@whitecase.com, mtoto@whitecase.com, paige.dekker@whitecase.com

**Christopher T. Heffelfinger**     cheffelfinger@bermandevalerio.com, ysoboleva@bermandevalerio.com

**Christopher Thomas Micheletti**     cmicheletti@zelle.com

**Christopher William Cantrell**     chrisc@beltlawfirm.com

Clifford H. Pearson     cpearson@pswlaw.com

Colin C. West     colin.west@bingham.com

Corey D. McGaha     cmcgaha@emersonpoynter.com, pparham@emersonpoynter.com, tanya@emersonpoynter.com

Cori Gordon Moore     cgmoore@perkinscoie.com, nlygren@perkinscoie.com

Courtney C Byrd     cbyrd@omm.com

Craig A Benson     CBenson@paulweiss.com, bwarren@paulweiss.com, DFerster@paulweiss.com, dioffredo@paulweiss.com, dmccallum@paulweiss.com, hduus@paulweiss.com, jlueptow@paulweiss.com, kallen@paulweiss.com, kdavis@paulweiss.com, wmcauliffe@paulweiss.com

Craig C. Corbitt     ccorbitt@zelle.com, emilio.varanini@doj.ca.gov

Craig D. Minerva     craig.minerva@freshfields.com

Curt Holbreich     curt.holbreich@klgates.com, carol.ridgeway@klgates.com

Dana E. Foster     defoster@whitecase.com, defoster@whitecase.com, cnaifeh@whitecase.com, lmandell@whitecase.com

Daniel Hume     dhume@kmllp.com

Daniel R. Karon     karon@gsk-law.com

Daniel Bruce Allanoff     dallanoff@mcgslaw.com

Daniel D. Owen     dowen@polsinelli.com

Daniel Edward Birkhaeuser     dbirkhaeuser@bramsonplutzik.com, ptoovey@bramsonplutzik.com

Daniel Joseph Mulligan     dan@jmglawoffices.com, lgabriel@jmglawoffices.com

Daniel L. Warshaw     dwarshaw@pswlaw.com, mwilliams@pswlaw.com

Daniel R. Karon     karon@gsk-law.com, mcfeeley@gsk-law.com

David Boies , III     dboies@straus-boies.com, tpalumbo@straus-boies.com

David Burman     dburman@perkinscoie.com, DocketSFLIT@perkinscoie.com, JMccluskey@perkinscoie.com

David Martinez     dmartinez@rkmc.com, krcorvera@rkmc.com, lccastiglioni@rkmc.com

David E. Yolkut     david.yolkut@weil.com

David Kendall Roberts     droberts2@omm.com

**David L. Yohai    david.yohai@weil.com, diana.aguilar@weil.com, Kajetan.Rozga@weil.com, kevin.goldstein@weil.com, Lara.Veblen@weil.com, luna.ngan@weil.com, MCO.ECF@weil.com, meaghan.thomas-kennedy@weil.com, melody.akhavan@weil.com**

**David M. Peterson    dpeterson@susmangodfrey.com**

**David Michael Kerwin    davidk3@atg.wa.gov, dianec1@atg.wa.gov**

**David Michael Lisi    mdubuque@reedsmith.com**

**David Nathan-Allen Sims    dsims@saveri.com**

**David Paul Germaine    dgermaine@vaneklaw.com, svitullo@vaneklaw.com**

**David W. Evans    devans@hbblaw.com, ssquillario@hbblaw.com, tloya@hbblaw.com**

**Debra Dawn Bernstein    debra.bernstein@alston.com, debra.bernstein@alston.com**

**Derek G. Howard    dhoward@minamitamaki.com, cparker@minamitamaki.com, grafal@minamitamaki.com, jlee@minamitamaki.com, pdomin@minamitamaki.com, rperez@minamitamaki.com, seant@minamitamaki.com**

**Diana Arlen Aguilar    diana.aguilar@weil.com**

**Diane Leslie Webb    dwebb@morganlewis.com, ameirson@morganlewis.com, cericson@morganlewis.com**

**Donald Scott Macrae    smacrae@bamlawlj.com**

**Donna F Solen    dsolen@wbmllp.com, lsiegel@wbmllp.com, mdicocco@wbmllp.com**

**Douglas A. Millen    doug@fklmlaw.com**

**Douglas L Wald    douglas.wald@aporter.com**

**Drew A. Carson    carson@millergolerfaeges.com**

**Dylan Ian Ballard    dballard@sheppardmullin.com**

**Eliot A. Adelson    eadelson@kirkland.com, alevin@kirkland.com, janaya.guerrero@kirkland.com, julia.choi@kirkland.com, sfarley@kirkland.com**

**Elizabeth Anne McKenna    emckenna@milberg.com**

**Elizabeth Helmer Jordan    elizabeth.jordan@alston.com**

**Elizabeth R. Odette    erodette@locklaw.com, sjflowers@locklaw.com**

**Emilio Eugene Varanini , IV    Emilio.Varanini@doj.ca.gov, jake.fernandez@doj.ca.gov, luis.velez@doj.ca.gov**

**Eric B. Fastiff**    efastiff@lchb.com, btroxel@lchb.com

**Eric D. Hoaglund**    ehoaglund@mhcilaw.com

**Eric J. Weiss**    EWeiss@perkinscoie.com

**Eric James Pickar**    epickar@bangsmccullen.com

**Erik T. Koons**    erik.koons@bakerbotts.com

**Esther L Klisura**    eklisura@sherleff.com

**Ethan E. Litwin**    litwin@hugheshubbard.com, bennettc@howrey.com

**Eugene A. Spector**    espector@srkw-law.com

**Euphemia Nikki Thomopulos**    ethomopulos@perkinscoie.com, callen@perkinscoie.com, docketsflit@perkinscoie.com

**Eva W. Cole**    ewcole@winston.com, cfernandez@winston.com, docketny@winston.com, docketsf@winston.com, lcachola@winston.com

**Fernando Xaxier Starkes**    xavier@starkeslawfrim.com

**Francis M. Gregorek**    fait@whafh.com, gregorek@whafh.com

**Francis Onofrei Scarpulla**    fscarpulla@zelle.com

**Fred A. Silva**    fsilva@damrell.com, nweston-dawkes@damrell.com

**Garrett D. Blanchfield , Jr**    g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com, r.yard@rwblawfirm.com

**Gary L. Halling**    ghalling@smrh.com, dballard@sheppardmullin.com, eparis@sheppardmullin.com, jcampos@sheppardmullin.com, khollenbeck@sheppardmullin.com, mscarborough@sheppardmullin.com, rbreese@sheppardmullin.com, tcunningham@sheppardmullin.com

**Gary Laurence Specks**    gspecks@kaplanfox.com

**Gavin David Whitis**    gwhitis@pondnorth.com, efile@pondnorth.com

**Geoffrey Conrad Rushing**    grushing@saveri.com

**George L. Paul**    gpaul@whitecase.com

**Gianna Christa Gruenwald**    gianna@saveri.com

**Gilmur Roderick Murray**    gmurray@murrayhowardlaw.com, aarnall@murrayhowardlaw.com

**Gordon Ball**    gball@gordonball.com, ddaugherty@gordonball.com, tbenson@gordonball.com

**Gregory Hull**    greg.hull@weil.com, adam.hemlock@weil.com, lara.veblen@weil.com, tricia.dresel@weil.com

**Gregory K Arenson**    garenson@kaplanfox.com

**Guido Saveri**    guido@saveri.com

**H. Laddie Montague , Jr**    hlmontague@bm.net, chiho@bm.net, tstires@bm.net

**Haidee L. Schwartz**    hschwartz@omm.com

**Harry Shulman**    harry@shulmanlawfirm.com

**Hojoon Hwang**    hojoon.hwang@mto.com, Ashley.Fitzwilliams@mto.com, Joannette.driver-moore@mto.com, marsha.poulin@mto.com, sandra.chao@mto.com

**Ian T Simmons**    isimmons@omm.com

**Imtiaz A. Siddiqui**    isiddiqui@cpmlegal.com, jacosta@cpmlegal.com

**J. Matthew Stephens**    sreynolds@mmlaw.net

**Jalaine Garcia**    jgarcia@knpa.com

**James McManis**    jmcmanis@mcmanislaw.com, clarsen@mcmanislaw.com

**James Mutchnik**    james.mutchnik@kirkland.com, holly.fisher@kirkland.com, wstreff@kirkland.com

**James E. Cecchi**    jcecchi@carellabyrne.com

**James F. Lerner**    jlerner@winston.com, docketny@winston.com, docketsf@winston.com

**James Landon McGinnis**    jmcginnis@sheppardmullin.com

**James M. Lockhart**    jlockhart@lindquist.com, ajones@lindquist.com, jmccarthy@lindquist.com

**James Matthew Wagstaffe**    wagstaffe@kerrwagstaffe.com, milla@kerrwagstaffe.com

**James Maxwell Cooper**    max.cooper@kirkland.com, andrew.wiener@kirkland.com, julia.allen@kirkland.com

**James Michael Terrell**    jterrell@mmlaw.net

**James T Almon**    jalmon@knpa.com

**Jason Kilene**    jkilene@gustafsongluek.com, dgustafson@gustafsongluek.com

**Jason de Bretteville**    debrettevillej@sullcrom.com, s&cmanagingclerk@sullcrom.com, thornj@sullcrom.com

**Jason C. Murray**     jmurray@crowell.com, aslade@crowell.com, fhoward@crowell.com, rwong@crowell.com, SMierisch@crowell.com

**Jayne Ann Peeters**     jpeeters@steyerlaw.com

**Jeane Hamilton**     jeane.hamilton@usdoj.gov, carole.huygen@usdoj.gov, edward.bernard@usdoj.gov

**Jeff D Friedman**     jefff@hbsslaw.com, jeanethd@hbsslaw.com, sf_filings@hbsslaw.com

**Jeff D. Friedman**     jefff@hbsslaw.com

**Jeff S. Westerman**     jwesterman@jswlegal.com

**Jeffrey Alan Klafter**     jak@klafterolsen.com

**Jeffrey D. Bores**     jbores@chestnutcambronne.com

**Jeffrey Jay Lederman**     jlederman@winston.com, docketsf@winston.com, dpenning@winston.com

**Jeffrey L. Kessler**     jkessler@winston.com, docketny@winston.com, docketsf@winston.com

**Jeffrey S. Roberts**     jeff.roberts@FaegreBD.com

**Jennie Lee Anderson**     jennie@andrusanderson.com, kelli.good@andrusanderson.com

**Jennifer Milici**     jmilici@bsfllp.com

**Jennifer Stewart**     jstewart@winston.com

**Jennifer Susan Rosenberg**     jrosenberg@bramsonplutzik.com, moldenburg@bramsonplutzik.com, ttappero@bramsonplutzik.com

**Jeremy Kent Ostrander**     jostrander@whitecase.com, agoodall@whitecase.com, faragona@whitecase.com

**Jerome A. Murphy**     jmurphy@crowell.com, bhanley@crowell.com

**Jerome Cary Roth**     Jerome.Roth@mto.com, susan.ahmadi@mto.com

**Jessica Lynn Meyer**     jmeyer@lindquist.com, acrawford@lindquist.com

**Jill Michelle Manning**     jmanning@steyerlaw.com

**Jill Sharon Casselman**     jscasselman@rkmc.com, ecvong@rkmc.com, lrbryant-wilson@rkmc.com, rcdusterhoft@rkmc.com

**Joel Flom**     joel@jeffreislaw.com

**Joel Calcar Willard**     jwillard@gibsondunn.com, rmcbain@gibsondunn.com

**Joel Cary Meredith**    jmeredith@mcgslaw.com, apaul@mcgslaw.com

**Joel Steven Sanders**    jsanders@gibsondunn.com, smaruschak@gibsondunn.com

**John Clayton Everett , Jr**    jeverett@morganlewis.com

**John Dmitry Bogdanov**    jdb@coopkirk.com

**John M. Taladay**    john.taladay@bakerbotts.com

**John Pierre Lahad**    jlahad@susmangodfrey.com, swilkinson@susmangodfrey.com

**Johnny William Carter**    jcarter@susmangodfrey.com, chernandez@susmangodfrey.com

**Jon G. Shepherd**    jon.shepherd@alston.com

**Jon Vensel Swenson**    jon.swenson@bakerbotts.com, donna.loop@BakerBotts.com,
jennifer.nguyen@bakerbotts.com, maggie.ballesteros@bakerbotts.com,
rodney.romasanta@bakerbotts.com

**Jonathan DeGooyer**    jdegooyer@morganlewis.com, lwalker@morganlewis.com

**Jonathan Alan Patchen**    jpatchen@tcolaw.com, mcianfrani@tcolaw.com, njanda@tcolaw.com,
pberkes@tcolaw.com, slarson@tcolaw.com

**Jonathan Jeffrey Ross , NA**    jross@susmangodfrey.com, swilkinson@susmangodfrey.com

**Jonathan Mark Watkins**    jwatkins@pswplaw.com

**Joren Surya Bass**    jbass@perkinscoie.com, docketsflit@perkinscoie.com, smerrill@perkinscoie.com

**Josef Deen Cooper**    jdc@coopkirk.com, bogdanorck@aol.com, jdl@coopkirk.com, trk@coopkirk.com

**Joseph A. Ostoyich**    OstoyichJ@howrey.com, OstoyichJ@howrey.com

**Joseph Darrell Palmer**    darrell.palmer@palmerlegalteam.com, maria.carapia@palmerlegalteam.com

**Joseph Edward Czerniawski**    Jczerniawski@wkgj.com, JoeCznyc@gmail.com

**Joseph J Simons**    jsimons@paulweiss.com

**Joseph J. Tabacco , Jr**    jtabacco@bermandevalerio.com, ysoboleva@bermandevalerio.com

**Joseph M. Alioto , Sr**    jmalioto@aliotolaw.com, esexton@aliotolaw.com, jmiller@aliotolaw.com

**Joseph M. Barton**    jbarton@glancylaw.com, sfreception@glancylaw.com

**Joseph Mario Patane**    jpatane@tatp.com

**Joseph Michael Vanek**    jvanek@vaneklaw.com

**Joseph Michelangelo Alioto , Jr**   jaliotojr@aliotolaw.com, esexton@aliotolaw.com, tpier@aliotolaw.com

**Joseph R. Saveri**   jsaveri@saverilawfirm.com, dclevenger@saverilawfirm.com, gsaveri@saverilawfirm.com, plall@saverilawfirm.com

**Joseph R. Tiffany , II**   joseph.tiffany@pillsburylaw.com, susan.hersom@pillsburylaw.com

**Joseph Richard Wetzel**   jwetzel@kslaw.com, tbishop@kslaw.com

**Joseph W. Cotchett**   jcotchett@cpmlegal.com

**Joshua H. Grabar**   jgrabar@bolognese-law.com

**Judith A. Zahid**   jzahid@zelle.com

**K. Craig Wildfang**   afmiller@rkmc.com

**Kajetan Rozga**   kajetan.rozga@weil.com

**Karl L. Cambronne**   kcambronne@chestnutcambronne.com

**Katherine T. Kelly**   kkelly@heinsmills.com

**Kathleen Styles Rogers**   krogers63@gmail.com

**Kathy L. Osborn**   kathy.osborn@FaegreBD.com

**Kathy Lee Monday**   kmonday@damrell.com, NWeston-Dawkes@damrell.com

**Keith Thomson Belt , Jr**   keithb@beltlawfirm.com, dianeb@beltlawfirm.com

**Kelly Laudon**   klaudon@lindquist.com, ginskeep@lindquist.com

**Kenneth A. Gallo**   kgallo@paulweiss.com

**Kenneth Leo Valinoti**   kvalinoti@valinoti-dito.com, mskowron@valinoti-dito.com

**Kenneth S. Marks**   kmarks@susmangodfrey.com, rhanna@susmangodfrey.com

**Kent Michael Roger**   kroger@morganlewis.com, cericson@morganlewis.com, dsalazar@morganlewis.com, jowyang@morganlewis.com, mnaranjo@morganlewis.com, wschaub@morganlewis.com

**Kevin B. Goldstein**   kevin.goldstein@weil.com

**Kevin Bruce Love**   klove@cridenlove.com

**Kevin Douglas Feder**   kfeder@omm.com

**Kevin J. Murray**   kmurray@knpa.com

Lara Elvidge Veblen    lara.veblen@weil.com

Laura Elizabeth Nelson    lenelson@rkmc.com, jlbaumgart@rkmc.com

Laura K Sullivan    Angela.Balestrieri@mto.com

Lauren Clare Capurro    laurenrussell@tatp.com

Lawrence Genaro Papale    lgpapale@papalelaw.com

Lee Albert    lalbert@glancylaw.com

Lidia Maher    Lidia.Maher@usdoj.gov, carole.huygen@usdoj.gov, edward.bernard@usdoj.gov

Linda P. Nussbaum    lnussbaum@nussbaumllp.com

Linda Phyllis Nussbaum    lnussbaum@gelaw.com, acarpio@gelaw.com, ccaliendo@gelaw.com, cdolotosky@gelaw.com, sschwaiger@gelaw.com

Lindsey H. Taylor    ltaylor@carellabyrne.com

Lingel Hart Winters    sawmill2@aol.com

Lisa J. Rodriguez    lisa@trrlaw.com

Liz Ann Brady    liz.brady@myfloridalegal.com, colin.fraser@myfloridalegal.com, karen.marsh@myfloridalegal.com

Lori Erin Andrus    lori@andrusanderson.com, kelli.good@andrusanderson.com

Lucius Bernard Lau    alau@whitecase.com, alau@whitecase.com, amcallister@whitecase.com, amcginn@whitecase.com, dfoster@whitecase.com, mfrutig@whitecase.com, scasey@whitecase.com, sharon.park@whitecase.com

M. Eric Frankovitch    msimon@facslaw.com

Manfred Patrick Muecke    mmuecke@bffb.com, paquilino@bffb.com, rcreech@bffb.com

Manuel Juan Dominguez    jdominguez@cohenmilstein.com, mwade@cohenmilstein.com

Marc Howard Edelson    medelson@edelson-law.com

Marc Jeffrey Greenspon    mgreenspon@bermandevalerio.com

Margaret Anne Keane    margaret.keane@dlapiper.com, carol.stewart@dlapiper.com, marianne.haines@dlapiper.com

Mario N. Alioto    malioto@tatp.com

Mario Nunzio Alioto    malioto@tatp.com

**Marisa C. Livesay**     livesay@whafh.com

**Mark C. Dosker**     mark.dosker@squiresanders.com, Dalia.Hill@squiresanders.com, sfr_docket@squiresanders.com

**Mark D. Marino**     mark.marino@klgates.com

**Marvin A. Miller**     mmiller@millerlawllc.com

**Marwa Elzankaly**     melzankaly@mcmanislaw.com, azandate@mcmanislaw.com, epipkin@mcmanislaw.com, nshakoori@mcmanislaw.com, sshakoori@mcmanislaw.com

**Mary Gilmore Kirkpatrick**     mkirk@vtlawfirm.com

**Matthew D. Kent**     matthew.kent@alston.com

**Matthew David-Craig Pearson**     mpearson@bermandevalerio.com, ysoboleva@bermandevalerio.com

**Melissa Mahurin Whitehead**     melissa.whitehead@alston.com

**Michael Jocobs**     mjacobs@zelle.com

**Michael Frederick Tubach**     mtubach@omm.com, kquintanilla@omm.com

**Michael G. Simon**     msimon@facslaw.com

**Michael P. Kenny**     mike.kenny@alston.com

**Michael Paul Lehmann**     mlehmann@hausfeldllp.com

**Michael S. Christian**     mchristian@zelle.com, rnewman@zelle.com

**Michael T. Brody**     mbrody@jenner.com, docketing@jenner.com, edockets@jenner.com, svanhorn@jenner.com

**Michael W. Scarborough**     mscarborough@smrh.com, khollenbeck@sheppardmullin.com, mohearn@sheppardmullin.com, rbreese@sheppardmullin.com

**Michele Chickerell Jackson**     mjackson@lchb.com, btroxel@lchb.com

**Michelle Park Chiu**     mchiu@morganlewis.com, cholsome@morganlewis.com

**Mitchell E. Widom**     mwidom@bilzin.com

**Molly Donovan**     mmdonovan@winston.com, docketny@winston.com, docketsf@winston.com, jstewart@winston.com

**Mona Solouki**     msolouki@sheppardmullin.com, ewhite@sheppardmullin.com, khollenbeck@sheppardmullin.com, tilee@sheppardmullin.com

**Nathan Lane , III**     nathan.lane@squiresanders.com, sarah.david@squiresanders.com

Nicholas H. Hesterberg     nhesterberg@perkinscoie.com, docketsea@perkinscoie.com, lnelson@perkinscoie.com

Nicholas J. Weilhammer     nicholas.weilhammer@myfloridalegal.com, carmen.oquendo@myfloridalegal.com, jennifer.morganbyrd@myfloridalegal.com

Patrick Bradford Clayton     pclayton@zelle.com

Patrick John Brady     jbrady@polsinelli.com, cmiller@polsinelli.com, docketing@polsinelli.com, rtrosen@polsinelli.com

Paul F Novak     pnovak@milberg.com, hbricker@milberg.com

Peter G.A. Safirstein     psafirstein@forthepeople.com

Philip J Iovieno     piovieno@bsfllp.com, anardacci@bsfllp.com, aweber@bsfllp.com, ksmith@bsfllp.com, lnikas@bsfllp.com, mfelder@bsfllp.com, rtietjen@bsfllp.com, sweber@bsfllp.com, tmiller@bsfllp.com

Philip J. Iovieno     piovieno@bsfllp.com

Philip J. Iovieno     piovieno@bsfllp.com

Qianwei Fu     qfu@zelle.com

R. Scott Palmer     scott.palmer@myfloridalegal.com

Rachel S. Brass     rbrass@gibsondunn.com, smaruschak@gibsondunn.com

Rachele R. Rickert     cothran@whafh.com

Ranae D. Steiner     rsteiner@heinsmills.com

Randy R. Renick     rrr@renicklaw.com, home@renicklaw.com, mstroud@hadsellstormer.com, Mvazquez@hadsellstormer.com

Reginald Von Terrell     reggiet2@aol.com

Richard A. Arnold     rarnold@kennynachwalter.com, sscott@kennynachwalter.com

Richard Alexander Saveri     rick@saveri.com

Richard Freeman Horsley     rfhala@cs.com

Richard Martin Heimann     rheimann@lchb.com

Richard Sutton Snyder     richard.snyder@freshfields.com, jennifer.mellott@freshfields.com

Robert Turken     rturken@bilzin.com

Robert N. Kaplan     rkaplan@kaplanfox.com

Robert Brent Irby     birby@mhcilaw.com, ehoaglund@mhcilaw.com, lmarler@mhcilaw.com

Robert G. Methvin     sreynolds@mmlaw.net

Robert Gordon Methvin , Jr     sreynolds@mmlaw.net

Robert J. Bonsignore     rbonsignore@class-actions.us

Robert J. Gralewski     bgralewski@kmllp.com

Robert James Pohlman     rpohlman@rcalaw.com

Robert N. Kaplan     rkaplan@kaplanfox.com, mmccahill@kaplanfox.com

Robert Page Bruner     robertb@beltlawfirm.com

Rodney J Ganske     rod.ganske@alston.com, kerrie.sekine@alston.com

Roman M. Silberfeld     rmsilberfeld@rkmc.com, reirajpanah@rkmc.com

Ronnie Seidel Spiegel     ronnie@hbsslaw.com

Ruthanne Gordon     rgordon@bm.net, ccoslett@bm.net, emagnus@bm.net, mrussell@bm.net

Ryan C Zagare     rzagare@knpa.com, jruiz@knpa.com

Ryan M. Hurley     ryan.hurley@FaegreBD.com

Samuel D. Heins     sheins@heinsmills.com

Samuel J Randall     srandall@knpa.com, pschiff@knpa.com

Scott A. Stempel     sstempel@morganlewis.com

Scott E. Poynter     scott@emersonpoynter.com, pparham@emersonpoynter.com, tanya@emersonpoynter.com

Scott N. Wagner     swagner@bilzin.com, asanchez@bilzin.com, asolis@bilzin.com, eservice@bilzin.com

Scott R. Jacobs     srjacobs@mckoolsmith.com

Scott W. Carlson     scarlson@heinsmills.com

Seymour J. Mansfield     smansfield@foleymansfield.com, csales@foleymansfield.com

Sharon D. Mayo     sharon.mayo@aporter.com

Sherman Kassof     heevay@att.net, heevay@yahoo.com

Sofia Arguello     sarguello@winston.com

Stephen M. Ng     stephen.ng@bakerbotts.com, leanna.gutierrez@bakerbotts.com

Steven A. Kanner     kanner@fklmlaw.com

Steven Alan Reiss     steven.reiss@weil.com

Steven Douglas Merriman     smerriman@perkinscoie.com

Steven F. Benz     sbenz@khhte.com, ashen@khhte.com, kmcgee@khhte.com

Steven J. Greenfogel     sgreenfogel@litedepalma.com, apaul@mcgslaw.com

Steven J. Miller     miller@millergolerfaeges.com

Steven Noel Williams     swilliams@cpmlegal.com, azapala@cpmlegal.com, gkim@cpmlegal.com, jlein@cpmlegal.com, jverducci@cpmlegal.com, klein@cpmlegal.com, kquackenbush@cpmlegal.com

Steven Randall Hood     rhood@mcgowanhood.com

Stuart Harold Singer     ssinger@bsfllp.com

Susan Gilah Kupfer     skupfer@glancylaw.com, sfreception@glancylaw.com

Sylvie K. Kern     skern@antitrustglobal.com, sylviekern@yahoo.com

Terrence Joseph Truax     ttruax@jenner.com, cward@jenner.com, docketing@jenner.com, mpowers@jenner.com

Terry Calvani     terry.calvani@freshfields.com

Terry Gross     terry@gba-law.com, adam@gba-law.com, joann@gba-law.com, monique@gba-law.com, sarah@gba-law.com

Terry Rose Saunders     tsaunders@saunders-lawfirm.com

Theresa Driscoll Moore     TMoore@aliotolaw.com

Thomas Arthur Doyle     tadoyle@thomasadoyle.com, tsaunders@saunders-lawfirm.com

Thomas Patrick Dove     tdove@furth.com

Thomas R. Green     thomas.green@usdoj.gov, kathy.terry@usdoj.gov, tina.louie@usdoj.gov

Tiffany B. Gelott     tiffany.gelott@bakerbotts.com

Tim David Nord     tim.d.nord@state.or.us, melissa.curtis@state.or.us

Timothy D. Battin     tbattin@straus-boies.com, ecf@straus-boies.com, tpalumbo@straus-boies.com

Tracy R. Kirkham     trk@coopkirk.com

Troy J. Hutchinson     thutchinson@heinsmills.com

Tsung-Hui (Danny) Wu     twu@whitecase.com

Tyler Mark Cunningham     tcunningham@sheppardmullin.com

Veronica Besmer     veronica@besmerlaw.com, vbesmer@hotmail.com

Vincent J. Esades     vesades@heinsmills.com, ikovarik@heinsmills.com, lgehrking@heinsmills.com, rsteiner@heinsmills.com

W. Joseph Bruckner     wjbruckner@locklaw.com, amhorningnygren@locklaw.com, pottehn@locklaw.com, sipeem@locklaw.com

William Diaz     wdiaz@mwe.com, ahamilton@mwe.com, mstumpf@mwe.com

William A. Isaacson     wisaacson@bsfllp.com, jmilici@bsfllp.com, lgeorge@bsfllp.com, tchutkan@bsfllp.com

William Angus McKinnon     bmckinnon@mcgowanhood.com

William C. Cleveland     wcleveland@buistmoore.com

William David Temko     william.temko@mto.com, vivian.rodriguez@mto.com

William G. Caldes     bcaldes@srkw-law.com, jjagher@srkw-law.com

William Henry London     wlondon@fklmlaw.com

William J. Blechman     wblechman@knpa.com, mbeaudry@knpa.com

William T. Crowder     wcrowder@emersonpoynter.com

YongSang Kim     yongsang.kim@aporter.com

**3:07-cv-05944-SC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Adam C. Belsky
Gross Belsky Alonso LLP


Bethany W. Kristovich
Munger Tolles & Olson LLP


Blake L. Harrop
Office of the Illinois Attorney General

**Charise Naifeh**
**White & Case LLP**


**Charles H. Johnson**
**Charles H Johnson & Associates PA**
**2599 Mississippi Street**
**New Brighton, MN 55113**

**Clinton Paul Walker**
**Damrell, Nelson, Schrimp, Pallios, Pache & Silva**
**1601 "I" Street**
**Fifth Floor**
**Modesto, CA 95354**

**Daniel D. Cowen**
**Shughart Thomson & Kilroy PC**


**David Roberts**
**O'Melveny & Myers LLP**


**David T. Emanuelson**
**Baker Botts L.L.P.**


**Donna F. Solen**
**Mason Law Firm-Washington**
**1225 19th Street, NW, Suite 500**
**Washington, DC 20036**

**Elliot S. Kaplan**
**Robins Kaplan Miller & Ciresi**


**Gregory D. Hull**
**Weil, Gotshal & Manges LLP**
**201 Redwood Shores Parkway**
**Redwood Shores, CA 94065**

**H. Lee Godfrey**
**Susman Godfrey LLP**


**Issac L. Diel**
**Sharp McQueen**
**6900 College Boulevard, Suite 285**
**Overland Park, KS 66211**


**James P. McCarthy**

**Lindquist & Vennum**


**Jean B. Roth**
**Mansfield Tanick & Cohen**
**1700 U.S. Bank Plaza South**
**220 South Sixth Street**
**Minneapolis, MN 55402-4511**


**John G. Emerson**
**Emerson Poynter LLP**
**830 Apollo Lane**
**Houston, TX 77058**


**John Gressette Felder , Jr**
**McGowan Hood Felder and Johnson**
**1405 Calhoun Street**
**Columbia, SC 29201**


**Jonathan Ellis Altman**
**Munger Tolles and Olson**


**Katherine Hamilton Wheaton**
**300 North LaSalle Street**
**Chicago, IL 60654**


**Kim YoungSang**
**ARNOLD & PORTER LLP**


**Krishna B. Narine**
**Schiffrin & Barroway, LLP**
**Three Bala Plaza East**
**Suite 400**
**Bala Cynwyd, PA 19004**


**Lawrence D. McCabe**
**Murray Frank & Sailer LLP**
**275 Madison Avenue**
**New York, NY 10016**


**Lawrence P. Schaefer**
**Mansfield Tanick & Cohen**
**1700 U.S. Bank Plaza South**
**220 South Sixth Street**
**Minneapolis, MN 55402-4511**


**Lewis Titus LeClair**
**McKool Smith**
**300 Crescent Ct #1500**

Dallas, TX 75201

Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Lynn W. Jinks
Jinks Crow & Dickson PC


Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Matthew Frutig
White & Case LLP


Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Melissa Willett
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

Mike McKool , Jr
McKool Smith, P.C.
300 Crescent Court Ste 1500
Dallas, TX 75201

Molly M Donovan
Dewey & LeBoeuf LLP


Monique Alonso
Gross & Belsky LLP


Nathan A. Dickson

Jinks Crow & Dickson PC


Neal A Eisenbraun
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

Niki B. Okcu
AT&T Services, Inc. Legal Dept.
525 Market Street, 20th Floor
San Francisco, CA 94105

P. John Brady
Shughart Thomson & Kilroy PC


Patricia A. Conners
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Robert B. Gerard
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street 5th Floor
Modesto, CA 95354

Samuel J. Sharp
701 13th Street NW
Washington, DC 20005

Sarah Crowley
Gross Belsky Alonso LLP


Stephen E. Taylor
Taylor & Company Law Offices, LLP

**Steven A. Reiss**
**Weil Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153-0119**

**Tracy R. Kirkman**
**Cooper & Kirkham PC**

**Traviss Levine Galloway**
**Zelle Hofmann Voelbel Mason & Gette**
**44 Montgomery St #3400**
**San Francisco, CA 94104**

**The following document(s) are associated with this transaction:**

**Document description:**Main Document
**Original filename:**C:\fakepath\07-5944 In re CRT - Order Granting Motion to Compel.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/13/2013] [FileNumber=10237965-0
] [91daeb30aafd39f0d8918b7561a234c93f53ff07abd8dea141436aa0dd89d58300d
fa9be37d71b62390c75bc5c702b31c9ef77cbddab76c2a6f01d85d9291809]]