White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br>Case No. 13-cv-1173-SC (N.D. Cal.)<br><br>SHARP ELECTRONICS CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO SHARP'S MOTION FOR LEAVE TO AMEND** |

Upon consideration of the Toshiba Defendants' Notice of Motion and Motion for Leave to File Surreply in Opposition to Sharp's Motion for Leave to Amend, it is hereby

ORDERED that the Toshiba Defendants' Motion for Leave to File Surreply in Opposition to Sharp's Motion for Leave to Amend is GRANTED; and it is further

ORDERED that the Toshiba Defendants have leave to file their Surreply in Opposition to Sharp's Motion for Leave to Amend.

IT IS SO ORDERED

DATED:_____        _____

Hon. Samuel Conti
United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005