1 *(Stipulating parties listed on signature page)*

2 **UNITED STATES DISTRICT COURT**

3 **NORTHERN DISTRICT OF CALIFORNIA**

4 **SAN FRANCISCO DIVISION**

5

6

| | |
|---|---|
| 7  IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC  MDL No. 1917 |
| 8 | |
| 9  This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DIRECT ACTION PLAINTIFFS' COMPLAINTS** |
| 10  *Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;* | |
| 11 | |
| 12  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;* | Judge: Hon. Samuel Conti |
| 13 | |
| 14  *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;* | |
| 15 | |
| 16  *Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;* | |
| 17 | |
| 18  *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;* | |
| 19 | |
| 20  *Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;* | |
| 21  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;* | |
| 22 | |
| 23 | |
| 24  *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;* | |
| 25 | |
| 26  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;* | |
| 27 | |
| 28  *Target Corp. v. Technicolor SA, et al., No. 13-cv-05686* | |

STIPULATION AND [~~PROPOSED~~] ORDER RE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DAP COMPLAINTS    -1-    No. 07-5944-SC; MDL No. 1917

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173*

Pursuant to Civil Local Rules 6-2 and 7-12, Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp. (collectively "the DAPs"); Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"); and Defendant Technologies Displays Americas, LLC ("TDA") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now pending in this MDL, naming TDA as a Defendant;

WHEREAS, Sharp has filed a First Amended Complaint, now pending in this MDL, naming TDA as a Defendant;

WHEREAS, on December 9, 2013, TDA filed a Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint (Dkt. No. 2234);

WHEREAS, on March 5, 2014, the DAPs each served copies of Summonses, Complaints, and related documents on TDA via personal service of TDA's authorized agent;

///

///


WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying in part TDA's Motion to Dismiss Sharp's First Amended Complaint, dismissing certain state-law claims, but denying the motions with respect to the federal and New York claims (Dkt. No. 2438);

WHEREAS, Federal Rule of Civil Procedure 12a(1)(A)(i) required TDA to answer or otherwise respond to the DAPs' Complaints or Amended Complaints by March 26, 2014;

WHEREAS, pursuant to the March 27, 2014 Stipulation (Dkt. No. 2489) between TDA and Sharp, and the Court's March 28, 2014 Order granting that stipulation (Dkt. No. 2509), TDA is required to answer Sharp's First Amended Complaint by April 25, 2014;

WHEREAS, on April 11, 2014, the Court issued an order granting a stipulation providing for TDA and others to answer the DAPs' Complaints or First Amended Complaints by April 25, 2014 (Dkt. No. 2532);

WHEREAS, TDA, the DAPs and Sharp have conferred and agreed to an extension of time until May 9, 2014, for TDA to answer the DAPs' Complaints or First Amended Complaints and Sharp's First Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. TDA shall answer or otherwise respond to the DAPs' Complaints or First Amended Complaints by May 9, 2014.

2. TDA shall answer Sharp's First Amended Complaint by May 9, 2014.

Dated: April 25, 2014

SQUIRE SANDERS LLP

By: */s/ Nathan Lane III*
Nathan Lane III
Squire Sanders (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954 0200
Facsimile: (415) 393 9887

*Attorneys for Defendant Technologies Displays Americas, LLC*

| | | |
|---|---|---|
| 1 | Dated: April 25, 2014 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | | |
| 3 | | By: /s/ Philip J. Iovieno<br>Philip J. Iovieno |
| 4 | | Anne M. Nardacci<br>Boies, Schiller & Flexner LLP |
| 5 | | 30 South Pearl St., 11th Floor<br>Albany, NY 12207 |
| 6 | | Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 |
| 7 | | piovieno@bsfllp.com<br>anardacci@bsfllp.com |
| 8 | | William Isaacson |
| 9 | | Boies, Schiller & Flexner LLP<br>5301 Wisconsin Ave. NW, Suite 800 |
| 10 | | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 11 | | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com |
| 12 | | Stuart Singer |
| 13 | | Boies, Schiller & Flexner LLP<br>401 East Las Olas Boulevard, Suite 1200 |
| 14 | | Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011 |
| 15 | | Facsimile: (954) 356-0022<br>ssinger@bsfllp.com |
| 16 | | *Liaison Counsel for Direct Action Plaintiffs* |
| 17 | | |
| 18 | Dated: April 25, 2014 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 19 | | |
| 20 | | By: /s/ Kenneth A. Gallo<br>Kenneth A. Gallo (*pro hac vice*) |
| 21 | | Joseph J. Simons (*pro hac vice*)<br>Craig A. Benson (*pro hac vice*) |
| 22 | | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW |
| 23 | | Washington, DC 20006<br>Telephone: (202) 223-7300 |
| 24 | | Facsimile: (202) 223-7420<br>kgallo@paulweiss.com |
| 25 | | jsimons@paulweiss.com<br>cbenson@paulweiss.com |
| 26 | | |
| 27 | | |
| 28 | | |

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: April 25, 2014

*/s/ Nathan Lane III*
Nathan Lane III

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 30, 2014

Hon. Samuel Conti
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO CERTAIN DAP COMPLAINTS

-5-

No. 07-5944-SC; MDL No. 1917