IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
IN RE: CATHODE RAY TUBE (CRT)  )  MDL No. 1917
ANTITRUST LITIGATION           )
                               )  Case No. C-07-5944-SC
                               )
                               )  ORDER DENYING INDIRECT
This Order Relates To:         )  PURCHASER PLAINTIFFS'
                               )  ADMINISTRATIVE MOTION TO
  ALL INDIRECT PURCHASER ACTIONS )  FILE UNDER SEAL
                               )
                               )
```

On April 15, 2014, the Indirect Purchaser Plaintiffs (the "IPPs") filed an administrative motion to file certain documents under seal, per Civil Local Rules 7-11 and 79-5(d). ECF No. 2536 ("IPP Mot."). Rule 79-5(d) required the IPPs to move to file those documents under seal because some of the Philips Defendants designated them confidential under this case's protective order. After the IPPs filed their motion, Rule 79-5(d) gave the Philips Defendants seven days to file either (1) a declaration establishing that the designated documents are properly sealable, along with a narrowly tailored proposed sealing order; or (2) a withdrawal of the confidentiality designation. The Philips Defendants filed nothing in response to the IPP Motion.

The Court therefore DENIES the IPP Motion. The Court STAYS this Order for seven days after its signature date to allow the

Philips Defendants extra time to submit a declaration.  If that date passes and the Philips Defendants have filed no responsive declaration, the IPPs are to file the documents in the public record per Local Rule 79-5(d).

    IT IS SO ORDERED.

    Dated:  April 30, 2014



UNITED STATES DISTRICT JUDGE