BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys Specially Appearing for Defendants*
*Philips Taiwan Limited and Philips do Brasil Ltda.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | ) Case No. 07-5944-SC<br>)<br>) MDL No. 1917<br>)<br>) **PHILIPS TAIWAN LIMITED'S AND**<br>) **PHILIPS DO BRASIL LTDA.'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **DOCUMENTS UNDER SEAL PURSUANT**<br>) **TO CIVIL LOCAL RULES 7-11 AND 79-**<br>) **5(D)**<br>)<br>)<br>)<br>)<br>)<br>) |

MDL 1917

PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) (3:07-CV-05944 SC, MDL NO. 1917)

Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendants Philips Taiwan Limited ("PTL") and Philips do Brasil Ltda.'s ("PDBL"), appearing specially through undersigned counsel, respectfully request an order permitting them to file the following documents under seal:

- Philips Taiwan Limited's and Philips do Brasil Ltda.'s Reply In Support of Their Motion To Dismiss For Insufficient Service Of Process And Lack Of Personal Jurisdiction ("Reply"); and

- Exhibit A to the Second Declaration of Erik T. Koons in Support of Philips Taiwan Limited's and Philips do Brasil Ltda.'s Motion To Dismiss For Insufficient Service Of Process And Lack Of Personal Jurisdiction.

This motion is supported by the Declaration of Erik T. Koons in Support of Philips Taiwan Limited's and Philips do Brasil Ltda.'s Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7- 11 and 79-5(d), dated May 1, 2014.  Civil Local Rule 79-5 governs the filing under seal of an entire document upon a request that establishes that the document, or portions thereof, "is privileged or protectable as a trade secret or otherwise entitled to protection under the law."  Civ. L. R. 79-5(a).  This Court's General Order No. 62 sets forth procedures applicable to the filing of sealed documents in civil cases.  Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order . . . the submitting party must file and serve an Administrative Motion for a sealing order . . . ."

PTL and PDBL take no position whether the designated documents satisfy the requirements for sealing.  Although PTL and PDBL's request is narrowly tailored to include only the information that may require confidentiality, it is the burden of other Defendants to establish that the designated information is sealable.  *See* Civil L. R. 79-5(d) ("Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable . . . or must withdraw the designation of confidentiality.").

For these reasons, PTL and PDBL respectfully submit this motion pursuant to Civil Local Rule 79-5 and hereby notify other Defendants of their burden to establish that the Reply and Exhibit

1

PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) (3:07-CV-05944 SC, MDL NO. 1917)

A to the Second Declaration of Erik T. Koons are sealable.

Dated: May 1, 2014

By: /s/ Erik T. Koons
Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys Specially Appearing for Defendants Philips Taiwan Limited and Philips do Brasil Ltda.*