BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys Specially Appearing for Defendants
Philips Taiwan Limited and Philips do Brasil Ltda.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF ERIK T. KOONS IN SUPPORT OF PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |

MDL 1917

DECLARATION OF ERIK T. KOONS IN SUPPORT OF PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) (3:07-CV-05944 SC, MDL NO. 1917)

I, Erik T. Koons, hereby declare as follows:

1. I am a partner with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. ("KPNV") and Philips Electronics North America Corporation ("PENAC"). I submit this declaration in support of Philips Taiwan Limited's ("PTL") and Philips do Brasil Ltda.'s ("PDBL") Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7- 11 and 79-5(d).

2. I was admitted to appear *pro hac vice* in this case on behalf of Defendants KPNV and PENAC. *See* Dkt. Nos. 1517, 1519. I have not appeared on behalf of PTL or PDBL in this action, but am specially appearing to file these defendants' motion to dismiss for insufficient service of process and lack of personal jurisdiction and the administrative motion to file documents under seal.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), PTL and PDBL seek to file the following documents or portions thereof under seal:

- Portions of Philips Taiwan Limited's and Philips do Brasil Ltda.'s Reply In Support of Their Motion To Dismiss For Insufficient Service Of Process and Lack of Personal Jurisdiction ("Reply") and

- Exhibit A to the Second Declaration of Erik T. Koons in Support of Philips Taiwan Limited's and Philips do Brasil Ltda.'s Motion To Dismiss For Insufficient Service of Process and Lack of Personal Jurisdiction.

5. The documents or portions of the documents submitted under seal contain either (a) material designated by other Defendants pursuant to the Stipulated Protective Order (Dkt. 306, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by other Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1

DECLARATION OF ERIK T. KOONS IN SUPPORT OF PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) (3:07-CV-05944 SC, MDL NO. 1917)

1
2   Executed this 1st day of May, 2014, in Washington, D.C.
3
4                                       /s/ Erik T. Koons
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
DECLARATION OF ERIK T. KOONS IN SUPPORT OF PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) (3:07-CV-05944 SC, MDL NO. 1917)