BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys Specially Appearing for Defendants Philips Taiwan Limited and Philips do Brasil Ltda.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | |

MDL 1917

1  Upon consideration of Philips Taiwan Limited's and Philips do Brasil Ltda.'s Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with Philips Taiwan Limited's and Philips do Brasil Ltda.'s Reply In Support of Their Motion to Dismiss for Insufficient Service of Process and Lack of Jurisdiction, it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file under seal Philips Taiwan Limited's and Philips do Brasil Ltda.'s Reply In Support of Their Motion to Dismiss for Insufficient Service of Process and Lack of Jurisdiction and Exhibit A to the Second Declaration of Erik T. Koons in Support of Philips Taiwan Limited's and Philips Do Brasil Ltda.'s Motion To Dismiss For Insufficient Service of Process and Lack of Personal Jurisdiction.

Dated: _____, 2014

_____
**The Honorable Samuel Conti**
**Northern District of California**

---

1

[PROPOSED] ORDER GRANTING PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) (3:07-CV-05944 SC, MDL NO. 1917)