BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys Specially Appearing for Defendants*
*Philips Taiwan Limited and Philips do Brasil Ltda.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC <br> MDL No. 1917 <br><br> **CERTIFICATE OF SERVICE** |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | |

MDL 1917

CERTIFICATE OF SERVICE (3:07-CV-05944 SC, MDL NO. 1917)

1  I, Jennifer Nguyen, declare that I am a citizen of the United States and over the age of
2  eighteen years. I am employed by the firm of Baker Botts LLP, and I am not a party to this action.
3  On May 1, 2014, I served the foregoing documents:
4  • Philips Taiwan Limited's and Philips Do Brasil Ltda.'s Reply In Support of Their
5  Motion To Dismiss For Insufficient Service Of Process And Lack Of Personal
6  Jurisdiction [UNREDACTED VERSION] and
7  • Exhibit A to the Declaration of Erik T. Koons in Support of Philips Taiwan Limited's
8  and Philips Do Brasil Ltda.'s Reply in Support of Their Motion To Dismiss For
9  Insufficient Service Of Process And Lack Of Personal Jurisdiction [UNDER SEAL]
10  on the following by electronic mail at the address below:

| Mario N. Alioto<br>Lauren C. Capurro (Russell)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>E-mail: malioto@tatp.com<br>E-mail: laurenrussell@tatp.com<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>SAVERI & SAVER', INC.<br>706 Sansome Street *Interim Lead Counsel for Indirect Purchaser*<br>San Francisco, CA 94111 *Plaintiffs Class*<br>Tel: (415) 217-6810<br>E-mail: guido@saveri.com<br>E-mail: rick@saveri.com<br>E-mail: grushing@saveri.com<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* |
|---|---|
| Philip J. Iovieno<br>Anne M. Naracci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>E-mail: piovieno@bsfllp.com<br>E-mail: anardacci@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs* | Emilio Varanini<br>OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>E-mail: emilio.varanini@doj.ca.gov<br><br>*Attorneys for the State of California* |
| Hojoon Hwang<br>William D. Temko<br>Jonathan E. Altman<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105 | Jeffrey L. Kessler<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Email: jkessler@winston.com |

1
CERTIFICATE OF SERVICE (3:07-CV-05944 SC, MDL NO. 1917)

| | |
|---|---|
| Email: hojoon.hwang@mto.com<br>Email: William.temko@mto.com<br>Email: joonathan.altman@mto.com<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd* | David L. Yohai<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: david.yohai@weil.com<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd* |
| Kate S. McMillan<br>Christine Laciak<br>Richard Snyder<br>richard.snyder@freshfields.com<br>FRESHFIELDS BRUCKHAUS & DERINGER US, LLP<br>701 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20004<br>Email: kate.mcmillan@freshfields.com<br>Email: Christine.laciak@freshfields.com<br>Email: richard.snyder@freshfields.com<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Joel S. Sanders<br>Rachel S. Brass<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Email: jsanders@gibsondunn.com<br>Email: rbrass@gibsondunn.com<br><br>*Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| Lucius B. Lau<br>Dana E. Foster<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Email: alau@whitecase.com<br>Email: defoster@whitecase.com<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | James L. McGinnis<br>Michael Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Email: jmcginnis@sheppardmullin.com<br>Email: mscarborough@sheppardmullin.com<br><br>*Counsel for Defendants Samsung SDI America, Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |
| Eliot A. Adelson<br>James Maxwell Cooper<br>Sarah Farley<br>sfarley@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Email: eadelson@kirkland.com | Brent Caslin<br>Terrence J. Truax<br>Michael T. Brody<br>Molly M. Powers<br>JENNER & BLOCK LLP<br>633 West Fifth Street<br>Suite 3600<br>Los Angeles, CA 90071 |

| | |
|---|---|
| Email: max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Email: jmutchnik@kirldand.com<br>Email: kate.wheaton@kirkland.com<br><br>*Counsel for Hitachi, Ltd, Hitachi Displays, Ltd, Hitachi Asia, Ltd, Hitachi America, Ltd, and Hitachi Electronic Devices (USA), Inc.* | Email: bcaslin@jenner.com<br>Email: ttruax@jenner.com<br>Email: mbrody@jenner.com<br>Email: mpowers@jenner.com<br><br>*Counsel for Mitsubishi Electric U.S., Inc. and Mitsubishi Digital Electronics Americas, Inc.* |
| Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE SANDERS LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Email: mark.dosker@squiresanders.com<br>Email: nathan.lane@squiresanders.com<br><br>*Counsel for Technologies Displays Americas LLC and Videocon Industries, Ltd* | Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Email: kathy.osborn@FaegreBD.com<br>Email: ryan.hurley@FaegreBD.com<br><br>Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Email: jeff.roberts@FaegreBD.com<br><br>Attorneys for Thomson SA |

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 1st day of May, 2014 in Palo Alto, California.

*/s/ Jennifer Nguyen*
Jennifer Nguyen