Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC |
| | Case No. C 11-05502 SC |
| This Document Relates to: | MDL No. 1917 |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **NOTICE OF ATTORNEY WITHDRAWAL** |
| Plaintiff, v. | |
| HITACHI, LTD.; et al., | The Honorable Samuel Conti |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that H. Lee Godfrey of Susman Godfrey L.L.P., 1000 Louisiana, Suite 5100, Houston, Texas 77002, is no longer associated with Susman Godfrey L.L.P. and hereby withdraws as counsel of record for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Siegel"). Siegel's counsel requests that Mr. H. Lee Godfrey be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket.

Dated: May 2, 2014.

SUSMAN GODFREY L.L.P.

By:  /s/ Johnny W. Carter
  Kenneth S. Marks
  Jonathan J. Ross
  Johnny W. Carter
  David M. Peterson
  John P. Lahad
  SUSMAN GODFREY L.L.P.
  1000 Louisiana Street, Suite 5100
  Houston, Texas 77002
  Telephone: (713) 651-9366
  Facsimile: (713) 654-6666
  Email: kmarks@susmangodfrey.com
    jross@susmangodfrey.com
    jcarter@susmangodfrey.com
    dpeterson@susmangodfrey.com
    jlahad@susmangodfrey.com

  Parker C. Folse III
  Rachel S. Black
  Jordan Connors
  SUSMAN GODFREY L.L.P.
  1201 Third Avenue, Suite 3800
  Seattle, Washington 98101-3000
  Telephone: (206) 516-3880
  Facsimile: (206) 516-3883
  Email: pfolse@susmangodfrey.com
    rblack@susmangodfrey.com
    jconnors@susmangodfrey.com

  *Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2014, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/ *Johnny W. Carter*
Johnny W. Carter