Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | **[PROPOSED] ORDER DENYING THE TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO SHARP'S MOTION FOR LEAVE TO AMEND** |

1 | Having considered all of the papers filed by Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Sharp Plaintiffs") in opposition to the Toshiba Defendants' Motion for Leave to File Surreply in Opposition to Sharp's Motion for Leave to Amend, and on finding good cause therefore, the Court hereby ORDERS as follows:

The Toshiba Defendants' Motion for Leave to File Surreply in Opposition to Sharp's Motion for Leave to Amend is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED:_____        _____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE