IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION </br></br> This Order Relates To: </br></br> Toshiba America Information Systems, Inc.'s Letter Brief Regarding Plaintiffs' Discovery Deficiency. | MDL No. 1917 </br></br> Case No. C-07-5944-SC </br></br> ORDER WITHDRAWING REFERENCE TO SPECIAL MASTER OF TOSHIBA'S MOTION TO COMPEL |

On May 6, 2014, the Special Master informed the Court that the Toshiba Defendants intend to move to compel Plaintiffs ABC Appliance, MARTA, and P.C. Richard ("Plaintiffs") to produce settlement agreements concerning the claims they assert in their complaint. The Court finds that the parties would likely seek review of the Special Master's decision on this motion. Consideration of the motion by the Special Master would, therefore, likely entail unnecessary duplication of time and effort by the parties, and would prolong the resolution of important legal issues.

///

The Court accordingly WITHDRAWS the reference of Toshiba's motion to the Special Master, places the motion on its own docket, and instructs the parties to calendar and brief the motion before the undersigned.

Once Toshiba has filed its motion with the Court, Plaintiffs will have fifteen days to file an opposition, after which Toshiba will have ten days to file a reply. The opposition brief may be no longer than ten pages, and the reply may be no longer than five. After the parties file their briefs, the Court will decide the motion on the papers. If the parties resolve this issue on their own, as they are highly encouraged to do, they should inform the Court and withdraw the motion.

IT IS SO ORDERED.

Dated: May 8, 2014

_____
UNITED STATES DISTRICT JUDGE

2