GUIDO SAVERI (22349)
    guido@saveri.com
R. ALEXANDER SAVERI (173102)
    rick@saveri.com
GEOFFREY C. RUSHING (126910)
    grushing@saveri.com
CADIO ZIRPOLI (179108)
    cadio@saveri.com
TRAVIS L. MANFREDI (281779)
    travis@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 |
| | MDL No. 1917 |
| | **PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This Document Relates To: | |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | |

1    Pursuant to Civil Local Rule 3-12 of this Court, Crago, d/b/a Dash Computers, Inc.; Arch

2  Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display

3  Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons,

4  Inc., d/b/a Wettstein's ("Plaintiffs") submit this Administrative Motion to consider whether the

5  action captioned Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.,

6  Case No. 14-CV-2058-SC, filed under seal on May 5, 2014, and currently pending in the Northern

7  District of California and assigned to the Honorable Samuel Conti (the "DPP Mitsubishi/Thomson

8  Action"), should be related to In re Cathode Ray Tube (CRT) Antitrust Litigation, Case No. 07-cv-

9  5944-SC (MDL No. 1917).

10    Civil Local Rule 3-12(a) states that an action is related to another when the actions

11  "concern substantially the same parties, property, transaction or event" and it "appears likely that

12  there will be an unduly burdensome duplication of labor and expense or conflicting results if the

13  cases are conducted before different Judges." The DPP Mitsubishi/Thomson Action meets Local

14  Rule 3-12's criteria for relatedness. It is an antitrust action filed against defendants also named in

15  MDL No. 1917. Both actions involve allegations that defendants conspired to fix the prices of

16  Cathode Ray Tubes ("CRTs") and seek the same form of relief under Section 1 of the Sherman

17  Act.

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28

1

Given the closely related nature of these cases, each involving substantially similar questions of law and fact, there will potentially be an unduly burdensome duplication of labor and expense and/or conflicting rulings if the DPP Mitsubishi/Thomson Action is not deemed related to MDL No. 1917. Accordingly, Plaintiffs respectfully request that the DPP Mitsubishi/Thomson Action be deemed related to MDL No. 1917.

DATED:  May 8, 2014                    Respectfully Submitted,


                                       */s/ R. Alexander Saveri*
                                       Guido Saveri
                                       R. Alexander Saveri
                                       Geoffrey C. Rushing
                                       Cadio Zirpoli
                                       Travis L. Manfredi
                                       **SAVERI & SAVERI, INC.**
                                       706 Sansome Street
                                       San Francisco, CA 94111
                                       Telephone:     (415) 217-6810
                                       Facsimile:     (415) 217-6813

                                       *Interim Lead Counsel for the*
                                       *Direct Purchaser Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED; Master File No. CV-07-5944-SC