1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This Document Relates To:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | |

1    Having considered the Administrative Motion to Consider Whether Cases Should be
2    Related Pursuant to Civil Local Rule 3-12 filed by Crago, d/b/a Dash Computers, Inc.; Arch
3    Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display
4    Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons,
5    Inc., d/b/a Wettstein's ("Plaintiffs"), and the papers and pleadings on file, and good cause
6    appearing, the Court HEREBY GRANTS the motion.

7    IT IS HEREBY ORDERED that the action captioned Crago, d/b/a Dash Computers, Inc., et
8    al. v. Mitsubishi Electric Corporation, et al., Case No. 14-CV-2058-SC, filed under seal on May 5,
9    2014, and currently pending in the Northern District of California and assigned to the Honorable
10   Samuel Conti, is deemed related to the above-captioned matter.

11   IT IS HEREBY FURTHER ORDERED that pursuant to Local Civil Rule 3-12(f)(3), the
12   Clerk of the Court shall notify the parties in the above-captioned matter and the parties in *Crago,*
13   *d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-
14   2058-SC, of this Order.

DATED: _____        _____
                                      HONORABLE SAMUEL CONTI
                                      UNITED STATES DISTRICT COURT JUDGE