Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:      305-374-7580
Facsimile:       305-374-7593
E-mail:           rturken@bilzin.com;
                      swagner@bilzin.com
                      mwidom@bilzin.com
Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone:      (954) 356-0011
Facsimile:       (954) 356-0022
E-mail:           ssinger@bsfllp.com

*Counsel for Plaintiffs Tech
Data Corporation and Tech Data Product
Management, Inc.*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF APPELLATE RIGHTS AND INITIAL DISCLOSURES** |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157-SC* | |
| *Dell, Inc., et al. v. Hitachi, Ltd., et al., No. 13-cv-02171-SC.* | Judge:  Hon. Samuel Conti |

Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc., (collectively, "Tech Data"); Plaintiffs Dell Inc. and Dell Products L. P. (collectively, "Dell" and together with Tech Data the "Stipulating Plaintiffs"); and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America (f/k/a Mitsubishi Digital Electronics, America, Inc.). and Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric & Electronics, USA, Inc.) (collectively, "Mitsubishi Electric") hereby stipulate as follows:

WHEREAS, on September 9, 2013, Tech Data filed its First Amended Complaint;

WHEREAS, Tech Data's First Amended Complaint purports to bring Sherman Act, Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), California Cartwright Act, and California Unfair Competition claims against Mitsubishi Electric;

WHEREAS, on June 10, 2013, Dell filed its First Amended Complaint;

WHEREAS, on December 30, 2013, Mitsubishi Electric moved to dismiss other Direct Action Plaintiffs' ("DAPs") Complaints (Dkt. 2299);

WHEREAS, on October 7, 2013, the Defendants other than Mitsubishi Electric and Thomson Consumer Electronics, Inc. and Thomson SA, filed a Joint Notice of Motion and Motion to Dismiss Certain Direct Action Plaintiffs' Claims and Memorandum of Law in Support (Dkt [1922] ("Defendants' Joint Motion to Dismiss");

WHEREAS, on March 13, 2014 the Court issued Orders granting in part and denying in part Mitsubishi Electric's Motion to Dismiss the DAPs' Complaints or First Amended Complaints, dismissing certain state law claims, including FDUTPA, California Cartwright Act, and California Unfair Competition claims, but denying the Mitsubishi Electric's motion based on laches and the statute of limitations with respect to the federal claims (Dkt. 2439) and granting in part and denying in part Defendants' Joint Motion to Dismiss, which dismissed Tech Data's FDUTPA, California Cartwright Act, and California Unfair Competition claims (Dkt. 2433); and

WHEREAS, Mitsubishi Electric, Tech Data and Dell seek to avoid the cost and burden of service, and seek to avoid needlessly expending this Court's resources litigating issues already decided by this Court;

NOW, THEREFORE, IT IS HERBY STIPULATED AND AGREED between counsel for the Stipulating Plaintiffs and Mitsubishi Electric as follows:

1. This Court's March 13, 2014 Orders shall apply to Tech Data's and Dell's First Amended Complaints as if Mitsubishi Electric's December 20, 2013 Motion to Dismiss was filed concerning the Complaints filed by Tech Data and Dell and as if Mitsubishi joined in the Defendants' Joint Motion to Dismiss in the first instance; in particular:

    a. The Court's ruling on Mitsubishi Electric's laches and statute of limitations arguments shall apply to the complaints filed by Tech Data and Dell, and are fully preserved as to those complaints and need not be re-raised in order to present them on appeal;

    b. The Court's March 13, 2014 Orders regarding the timeliness of other DAPs and Tech Data's state law claims shall apply to Tech Data's FDUTPA, California Cartwright Act, and California Unfair Competition claims against Mitsubishi Electric, and such claims are hereby stricken;

    c. Tech Data may raise on appeal any statute of limitations arguments raised by Tech Data or any other DAP in connection with the March 13, 2014 Orders and such arguments need not be raised anew by Tech Data in order to preserve them.

2. Mitsubishi Electric, Dell and Tech Data shall exchange 26(a)(1) disclosures on May 30, 2014.  To the extent that Dell and Tech Data contend that they have produced discovery that satisfies their disclosure obligations, Dell and Tech Data shall each provide a letter that (1) attaches the discovery that meets the disclosure obligations, (2) specifically identifies the 26(a)(1) disclosures satisfied by the attached discovery, and (3) cites to the specific portions of the attached discovery for each category of 26(a)(1) disclosures.

**IT IS SO STIPULATED.**

Dated:  May 6, 2014

Respectfully Submitted,

By:     /s/Scott N. Wagner
ROBERT W. TURKEN
SCOTT N. WAGNER
MITCHELL E. WIDOM
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456

Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593
E-mail:       rturken@bilzin.com
              swagner@bilzin.com
              mwidom@bilzin.com

  /s/ Philip J. Iovieno
STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:       ssinger@bsfllp.com

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
E-mail:       wisaacson@bsfllp.com
              mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail:       piovieno@bsfllp.com

*Counsel for Plaintiffs Tech
Data Corporation and Tech Data Product
Management, Inc.*

3

Master File No. 07-5944 SC (N.D. Cal.

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

/s/ Debra D. Bernstein
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**Kerr & Wagstaffe LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

JENNER & BLOCK LLP

By: */s/* Terrence J. Truax

Terrence J. Truax
Michael T. Brody
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.*

4

Master File No. 07-5944 SC (N.D. Cal.

**FILER'S ATTESTATION**

I, Scott N. Wagner, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Scott N. Wagner
Scott N. Wagner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May __9__, 2014