1     *(Stipulating parties listed on signature page)*

2     **UNITED STATES DISTRICT COURT**

3     **NORTHERN DISTRICT OF CALIFORNIA**

4     **SAN FRANCISCO DIVISION**

5

6

7     IN RE CATHODE RAY TUBE (CRT)        No. 07-cv-5944-SC
      ANTITRUST LITIGATION,                  MDL No. 1917

8

9     This Document Relates to:            **STIPULATION AND [~~PROPOSED~~]**
                                          **ORDER RE DEADLINE TO ANSWER**

10   *Electrograph Systems, Inc. et al. v.*        **OR OTHERWISE RESPOND TO**
      *Technicolor SA, et al., No. 13-cv-05724;*     **CERTAIN DIRECT ACTION**

11                                            **PLAINTIFFS' COMPLAINTS**

12   *Alfred H. Siegel, as Trustee of the Circuit*
      *City Stores, Inc. Liquidating Trust v.*        Judge: Hon. Samuel Conti

13   *Technicolor SA, et al., No. 13-cv-05261;*

14   *Best Buy Co., Inc., et al. v. Technicolor SA,*
      *et al., No. 13-cv-05264;*

15

16   *Interbond Corporation of America v.*
      *Technicolor SA, et al., No. 13-cv-05727;*

17

18   *Office Depot, Inc. v. Technicolor SA, et al.,*
      *No. 13-cv-05726;*

19
      *Costco Wholesale Corporation v.*
20   *Technicolor SA, et al., No. 13-cv-05723;*

21   *P.C. Richard & Son Long Island*
      *Corporation, et al. v. Technicolor SA, et al.,*
22   *No. 13:cv-05725;*

23
      *Schultze Agency Services, LLC, o/b/o*
24   *Tweeter Opco, LLC, et al. v. Technicolor SA,*
      *Ltd., et al., No. 13-cv-05668;*
25
      *Sears, Roebuck and Co. and Kmart Corp. v.*
26   *Technicolor SA, No. 3:13-cv-05262;*

27   *Target Corp. v. Technicolor SA, et al., No.*
28    *13-cv-05686; and*

1
2
*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173*

3   Pursuant to Civil Local Rules 6-2 and 7-12, Electrograph Systems, Inc.; Electrograph

4   Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating

5   Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best

6   Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;

7   Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation;

8   ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC,

9   (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart

10  Corp.; and Target Corp. (collectively "the DAPs"); Sharp Electronics Corporation and Sharp

11  Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"); and Defendant

12  Technologies Displays Americas, LLC ("TDA") have conferred by and through their counsel

13  and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

14  WHEREAS,  there is pending in the United States District Court for the Northern District

15  of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

16  purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re:*

17  *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the

18  "MDL Proceedings");

19  WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now

20  pending in this MDL, naming TDA as a Defendant;

21  WHEREAS, Sharp has filed a First Amended Complaint, now pending in this MDL,

22  naming TDA as a Defendant;

23  WHEREAS, on December 9, 2013, TDA filed a Notice of Motion and Motion to Dismiss

24  Sharp's First Amended Complaint (Dkt. No. 2234);

25  WHEREAS, on March 5, 2014, the DAPs each served copies of Summonses, Complaints,

26  and related documents on TDA via personal service of TDA's authorized agent;

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER RE
DEADLINE TO ANSWER OR OTHERWISE
RESPOND TO CERTAIN DAP COMPLAINTS

No. 07-5944-SC; MDL No. 1917

1        WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying

2   in part TDA's Motion to Dismiss Sharp's First Amended Complaint, dismissing certain state-law

3   claims, but denying the motions with respect to the federal and New York claims (Dkt.

4   No. 2438);

5        WHEREAS, Federal Rule of Civil Procedure 12a(1)(A)(i) required TDA to answer or

6   otherwise respond to the DAPs' Complaints or Amended Complaints by March 26, 2014;

7        WHEREAS, pursuant to the March 27, 2014 Stipulation (Dkt. No. 2489) between TDA

8   and Sharp, and the Court's March 28, 2014 Order granting that stipulation (Dkt. No. 2509), TDA

9   is required to answer Sharp's First Amended Complaint by April 25, 2014;

10       WHEREAS, on April 11, 2014, the Court issued an order granting a stipulation providing

11  for TDA and others to answer the DAPs' Complaints or First Amended Complaints by April 25,

12  2014 (Dkt. No. 2532);

13       WHEREAS, on April 30, 2014, the Court issued an order granting a stipulation providing

14  for TDA and others to answer the DAPs' Complaints or First Amended Complaints by May 9,

15  2014 (Dkt. No. 2555);

16       WHEREAS, TDA, the DAPs and Sharp have conferred and agreed to an extension of time

17  until May 23, 2014, for TDA to answer the DAPs' Complaints or First Amended Complaints and

18  Sharp's First Amended Complaint in order to permit the parties to continue discussions about

19  possible disposition of the case as to TDA;

20       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel

21  as follows:

22       1.     TDA shall answer or otherwise respond to the DAPs' Complaints or First

23  Amended Complaints by May 23, 2014.

24  ///

25  ///

26  ///

27  ///

28  ///

1       2.      TDA shall answer Sharp's First Amended Complaint by May 23, 2014.

Dated:  May 9, 2014                            SQUIRE SANDERS LLP

By: */s/ Nathan Lane III*
Nathan Lane III
Squire Sanders (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954 0200
Facsimile:  (415) 393 9887

*Attorneys for Defendant Technologies Displays Americas, LLC*

Dated:  May 9, 2014                            BOIES, SCHILLER & FLEXNER LLP

By: */s/ Philip J. Iovieno*
Philip J. Iovieno
Anne M. Nardacci
Boies, Schiller & Flexner LLP
30 South Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

William Isaacson
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

Stuart Singer
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs*

///

///

///

Dated:  May 9, 2014                    PAUL, WEISS, RIFKIND, WHARTON &
                                       GARRISON LLP


                                       By:  __/s/ Kenneth A. Gallo_____
                                       Kenneth A. Gallo (*pro hac vice*)
                                       Joseph J. Simons (*pro hac vice*)
                                       Craig A. Benson (*pro hac vice*)
                                       Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                       2001 K Street, NW
                                       Washington, DC 20006
                                       Telephone: (202) 223-7300
                                       Facsimile: (202) 223-7420
                                       kgallo@paulweiss.com
                                       jsimons@paulweiss.com
                                       cbenson@paulweiss.com

                                       Stephen E. Taylor (SBN 058452)
                                       Jonathan A. Patchen (SBN 237346)
                                       Taylor & Company Law Offices, LLP
                                       One Ferry Building, Suite 355
                                       San Francisco, California 94111
                                       Telephone: (415) 788-8200
                                       Facsimile: (415) 788-8208
                                       staylor@paulweiss.com
                                       jpatchen@paulweiss.com

                                       *Attorneys for Sharp Electronics Corporation and
                                       Sharp Electronics Manufacturing Company of
                                       America, Inc.*

      Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

document has been obtained from each of the above signatories.


Dated:  May 9, 2014                    */s/ Nathan Lane III*
                                       Nathan Lane III


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____05/12/2014_____     _____
                                       Ho_____
                                       Unite____                Judge Samuel Conti