KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO VARANINI
Deputy Attorney General
State Bar No. 163952
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5908
 Fax:  (415) 703-5480
 E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Documents Relates To: | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS | **(CIV LOCAL RULE 79-5(d))** |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE

that, pursuant to Civil Local Rules 7.11 and 79-5(d), Plaintiff the Attorney General of the State of

California[1] respectfully moves this Court for an order to file under seal portions of her

administrative motion for an order issuing letters of request to the relevant authorities in the

Republic of Korea requesting the taking of evidence from Woong Tae (W.T.) Kim and Myung

Joon (M.J.) Kim.  This administrative motion seeks to file under seal portions of the

administrative motion to issue the letter of request that refer to (1) confidential information

received from Defendant LG  pursuant to a cooperation agreement that it has with the Attorney

General and (2) the letters of request themselves, together with their Korean translations.  This

administrative motion is based on this notice, the accompanying memorandum of points and

authorities, and the Declaration of Emilio E. Varanini.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Civil Local Rule 79-5(b) provides that material entitled to confidentiality under the law

may be filed under seal.  Moreover, because the underlying administrative motion for an order

issuing a letter of request is non-dispositive in that it involves private materials and information

provided either during discovery or as the result of settlement, only good cause must be shown for

sealing portions of that motion.  *See Pintos v. Pac Credit Ass'n*, 605 F.3d 665, 678 (9th Cir.

2010).  The administrative motion for an order issuing the letters of request, the declaration in

support, and the letters of request themselves all refer to the following confidential materials: (1)

confidential information received from Defendant LG pursuant to a settlement agreement that it

has with the Attorney General, including the personal address of two witnesses from whom the

Attorney General seeks the taking of evidence.  These materials are of the type that may be filed

under seal. *See, e.g., Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179, 1184 (9th

---

[1] The Attorney General is a participant in this case, even though her case was filed in state court, as she agreed to coordinate discovery in her case with discovery in the above entitled action.  This Court agreed to such coordination through its entry of the discovery protocol governing this case. Order Regarding Discovery and Case Management Protocol, *In re CRT Antitrust Antitrust Litig.*, MDL No. 1917 (Apr. 3, 2012) [Docket No. 1128].

1  Cir. 2006) (identifying personal information and sealed discovery documents attached to non-

2  dispositive motions as sealable materials).

3         Civil Local Rule 79-5 provides that either portions of documents or a document as a whole

4  may be sealed if the requisite showing is made. As to the administrative motion for an order

5  issuing the letters of request as well as the declaration in support of that motion, the Attorney

6  General only requests that portions of the declaration be sealed. *Cf., e.g., Yountville Investors*

7  *LLC v. Bank of America, N.A.*, 2009 WL 411089, *2 (W.D. Wash. 2009) (referring to it being an

8  "unusual step" for a court to agree that an entire memorandum may be filed under seal).

9  However, such cannot be done as a practical matter as to the letters of request in question and

10  their Korean translations, all of which extensively refer to this confidential information. *See, e.g.,*

11  Declaration of Emilio E. Varanini.

12         For the foregoing reasons, the Attorney General respectfully submits that good cause exists

13  for this Court to grant this motion to seal.

14

15  Dated:  May 12, 2014                              Respectfully submitted,

16                                                    KAMALA D. HARRIS
                                                      Attorney General of California
17

18
                                                      _____/s/ Emilio Varanini_____
19                                                    EMILIO VARANINI
                                                      Deputy Attorney General
20                                                    *Attorneys for the State of California et al.*

21  SF2011203501

22

23

24

25

26

27

28