KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO E. VARANINI
Deputy Attorney General
State Bar No. 163952
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5908
  Fax:  (415) 703-5480
  E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for* State of California *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**REDACTED DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF THE ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE(W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA** |
| This Documents Relates To:<br><br>ALL ACTIONS | |

      1.    I am a Deputy Attorney General with the California Attorney General's Office and am lead counsel for the California Attorney General in the state court case of *State of California et. al. v. Samsung SDI, Co., Ltd.,* Case No. 11-51584 (California Superior Court, San Francisco).   This case has been coordinated with this Court's MDL No. 1917 for purposes of fact and expert discovery as well as mediation and settlement.  I am admitted to this Court and could, if called as a witness, testify competently to the

**DECLARATION OF EMILIO E. VARANINI**          **MASTER FILE NO. CV 07-5944 SC**

1

matters set forth herein.  I make this declaration under penalty of perjury under the laws of the United States and the State of California.

2. Besides this case, I have led other international price-fixing and unfair competition cases involving the State of California.  I also have an extensive background on international antitrust and related issues involving the European Union and China as well as some knowledge of those same issues involving both the Republic of Korea and Japan.

3. The Attorney General has alleged the existence of an international price-fixing conspiracy with multilateral and bilateral meetings taking place in Asia and Europe..

4. The Korean Fair Trade Commission found that this global CRT price-fixing cartel violated its antitrust laws and fined some of the companies that are Defendants in our case.   A true and accurate copy of a certified translation of the decision of the Korean Fair Trade Commission is attached hereto to this Declaration as Exhibit 1.

5. The allegations of the California Attorney General and other Plaintiffs, as supported by the findings of the Korean Trade Commission and other antitrust authorities, necessitate deposing current and former European and Asian employees of the Defendants who may have knowledge of these meetings during the relevant time period of 1995 to 2007.

6. [redacted]



7. LG does not object to this motion or to the issuance of these two Letters of Request to take evidence from Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim.

8. LG has provided the Office of the Attorney General with the addresses for Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim in the Republic of Korea and that information is set out in the proposed Letters of Request.  It is required under the laws of the Republic of Korea that a letter of request issue out of, and under the seal of, this Court for testimony to be taken from Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim. But under the laws of the  Republic of Korea,  Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim are not obligated to appear, and if they refuse to appear  or give evidence, they would not incur any penalty of any kind in the State where the proceedings are instituted.

the Attorney General has offered use immunity to Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim for any testimony they may give in the

DECLARATION OF EMILIO E. VARANINI                               MASTER FILE NO. CV 07-5944 SC

3

1  Republic of Korea in response to her questions, should the appropriate Korean judicial
2  authorities ask those questions, or questions asked by those appropriate Korean judicial
3  authorities themselves, as she is empowered to do under California's antitrust laws, the
4  Cartwright Act.  *See* Cal. Bus. & Prof. Code §16758.  It is anticipated that this offer not
5  only will aid in obtaining the voluntary testimony of Woong Tae (W.T.) Kim and Myung
6  Joon (M.J.) Kim but also will aid in obtaining the consent of the Republic of Korea to
7  this deposition.  Should the letters of request be served by the Korean Central Authority,
8  and the pertinent Korean judicial authorities consent to asking our questions, we will
9  make every reasonable effort to ask questions that the other Plaintiffs' groups would wish
10 us to ask.  We will also recommend to the relevant Korean authorities that either (a)
11 questions, if any, propounded by Defendants to these witnesses be asked and/or (b) that
12 Defendants be given an opportunity to cross-examine these witnesses, as those authorities
13 may determine is appropriate.

14       11.     The request made to this Court through the filing of a motion under Civil
15 Local Rule 7.11 is an urgent one: the letters of request, if executed by this Court, must be
16 promptly delivered to the relevant authorities in the Republic of Korea so that evidence
17 may be taken from Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim before the cut-
18 off of fact discovery on September 5, 2014.

Dated: May 12, 2014                                    Respectfully Submitted,

                                                       KAMALA D. HARRIS
                                                       Attorney General of California

                                                       *s/Emilio E. Varanini*
                                                       EMILIO E. VARANINI
                                                       Deputy Attorney General
                                                       *Attorneys for Plaintiffs*

DECLARATION OF EMILIO E. VARANINI                      MASTER FILE NO. CV 07-5944 SC
                                    4