# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC <br><br> MDL No. 1917 <br><br> LETTER OF REQUEST (LETTERS ROGATORY) |
| This Document Relates to: | |
| ALL ACTIONS | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO LETTERS ROGATORY**

**(English Redacted)**