미국 지방법원

캘리포니아 북부지원

샌프란시스코 지국

| | |
|---|---|
| 음극선관(CRT)<br>반독점 소송 건 관련 | ) 사건 번호. CV-07-5944-SC<br>)<br>) MDL No. 1917<br>) |
| 본 문서 관련 조치:<br>모든 조치 | ) 요청서<br>) (조사 의뢰서)<br>)<br>)<br>) |

KOREAN VERSION - REDACTED
