미국 지방법원

캘리포니아 북부지원

샌프란시스코 지국

| | |
|---|---|
| **음극선관(CRT)** <br> **반독점 소송 건 관련** ) <br> ) <br> ) <br> ───────────────── ) <br> 본 문서 관련 조치: ) <br> ) <br> 모든 조치 ) <br> ───────────────── ) | 사건 번호. CV-07-5944-SC <br><br> MDL No. 1917 <br><br> 요청서 <br> (조사 의뢰서) |

조사 의뢰서에 따른 국제 사법공조 요청

**(Korean Unredacted)**
