1
2
3
4
5
6
7
8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL RELATED TO ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA** |
| This Documents Relates To:<br><br>ALL ACTIONS | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO SEAL– CASE NO. CV 07-5944-SC

Upon consideration of the California Attorney General's administrative motion to file under seal portions of, and certain documents submitted in conjunction with, her administrative motion for an order issuing Letters of Request for the taking of evidence from Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim, and finding good cause for the requested sealing, the administrative motion to file under seal should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT: The Clerk shall file and maintain under seal the Administrative Motion for an Order Issuing the Letters of Request for the Taking of Evidence from Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim, the Declaration of Emilio E. Varanini, and other documents filed in support, as identified below:

| **Portions of the Attorney General's Administrative Motion for an Order Issuing the Letter of Request for the Taking of Evidence from Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim to be Sealed:** |
|---|
| 1. Pages 2:21-26, 3:1-3, and 3:14-27, of the Declaration of Emilio E. Varanini in support of that motion. |
| 2. The Letters of Request and their Korean translations. |

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
SAMUEL CONTI
United States District Judge

1

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO ISSUE LETTERS OF REQUEST FOR TAKING OF EVIDENCE – CASE NO. CV 07-5944-SC