# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) | Case No. CV-07-5944-SC |
| | ) | MDL No. 1917 |
| | ) | |
| This Document Relates to: | ) ) | LETTER OF REQUEST (LETTERS ROGATORY) |
| ALL ACTIONS | ) ) ) | |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO LETTERS ROGATORY

**(English Redacted)**