미국 지방법원

캘리포니아 북부지원

샌프란시스코 지국

| | |
|---|---|
| 음극선관(CRT)<br>반독점 소송 건 관련 ) | 사건 번호. CV-07-5944-SC |
| ) | MDL No. 1917 |
| ) | |
| 본 문서 관련 조치: ) | 요청서<br>(조사 의뢰서) |
| ) | |
| 모든 조치 ) | |
| ) | |

KOREAN VERSION - REDACTED
