**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) | Case No. CV-07-5944-SC |
| | ) | MDL No. 1917 |
| | ) ) | LETTER OF REQUEST |
| This Document Relates to: | ) ) | (LETTERS ROGATORY) |
| ALL ACTIONS | ) ) | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO LETTERS ROGATORY**