미국 지방법원

캘리포니아 북부지원

샌프란시스코 지국

| | |
|---|---|
| 음극선관(CRT)<br>반독점 소송 건 관련 | )   사건 번호. CV-07-5944-SC<br>)<br>)   MDL No. 1917<br>) |
| 본 문서 관련 조치:<br>모든 조치 | )   요청서<br>)   (조사 의뢰서)<br>)<br>) |

조사 의뢰서에 따른 국제 사법공조 요청

(Korean Unredacted)