1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Documents Relates To: | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER ISSUING LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM  WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA** |
| ALL ACTIONS | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The California Attorney General has moved under Civil Local Rule 7.11 for an order issuing Letters of Request to the relevant authorities in the Republic of Korea for the taking of evidence from Woong Tae (W.T.) Kim And Myung Joon (M.J.) Kim, ex-employees of LG.

The Court, having reviewed the administrative motion, any opposition filed to that motion, the Letters of Request, and any other relevant records on file in this action, finds that the administrative motion of the California Attorney General should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:  The Letters of Request, attached to this Order, shall be executed and issued out of this Court under this Court's seal to the relevant authorities in the Republic of Korea.

**IT IS SO ORDERED.**


Dated: _____, 2014               _____

                                            SAMUEL CONTI
                                            United States District Judge

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO ISSUE LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM – CASE NO. CV 07-5944-SC