MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **INDIRECT PURCHASER PLAINTIFFS ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(d)** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | |

1   Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs hereby move for administrative
2   relief to file the following documents, or portions thereof, under seal:
3   • The highlighted portions of Indirect Purchaser Plaintiffs' [Proposed] Surreply In
4   Opposition To Philips Taiwan Limited's And Philips Do Brasil Ltda.'s Motion To
5   Dismiss For Insufficient Service Of Process And Lack Of Personal Jurisdiction
6   • The highlighted portions of the Second Declaration Of Lauren C. Capurro In
7   Opposition To Philips Taiwan Limited's And Philips Do Brasil Ltda.'s Motion To
8   Dismiss For Insufficient Service Of Process And Lack Of Personal Jurisdiction
9   This motion is supported by the Declaration of Lauren C. Capurro In Support of Indirect
10  Purchaser Plaintiffs' Administrative Motion To File Documents Under Seal ("Capurro Decl.").
11  Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been
12  designated confidential by another party pursuant to a protective order, or if a party wishes to
13  refer in a memorandum or other filing to information so designated by another party, the
14  submitting party must file and serve an Administrative Motion for a sealing order . . . ."
15  Here, Plaintiffs submit this Administrative Motion because they wish to file documents
16  that contain either (a) material designated by Defendants pursuant to the Stipulated Protective
17  Order (Dkt. 306, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of,
18  references to, or information taken directly from material designated by Defendants pursuant to
19  the Stipulated Protective Order as "Confidential" or "Highly Confidential." *See* Capurro Decl.,
20  ¶2.
21  Plaintiffs take no position on whether the designated documents and/or deposition
22  testimony satisfy the requirements for sealing. Although Plaintiffs' request is narrowly tailored
23  to include only the information that may require confidentiality, it is Defendants' burden to show
24  good cause for sealing the designated documents by submitting a declaration showing good cause
25  and a proposed order within seven days after the lodging of the designated documents. *See* Civil
26  Local Rule 79-5(d). Because Civil Local Rule 79-5(d) prohibits the sealing of documents by
27  agreement of the parties, the parties are unable to enter into such a stipulation. *See* Civil Local
28  Rules 7-11 (requiring explanation of lack of stipulation), 79-5(d).

1  Pursuant to Civil Local Rule 79-5(d), a copy of the unredacted brief, declaration and
2  exhibits will be lodged with the Court for *in camera* review and served on all parties.

4  Dated: May 19, 2014                     Respectfully submitted,

6                                  By:    /s/ Lauren C. Capurro

7                                         TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                          Mario N. Alioto (56433)
8                                         Lauren C. Capurro (241151)
                                          2280 Union Street
9                                         San Francisco, CA  94123
                                          Telephone: (415) 563-7200
10                                        Facsimile: (415) 346-0679

12                                        *Lead Counsel for the Indirect Purchaser Plaintiffs*