UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** ) ) ) ) ) ) ) ) ) ) ) ) **This document relates to:** ) ) **ALL INDIRECT PURCHASER ACTIONS** ) ) ) ) | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

**PROPOSED ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L. R. 7-11 AND 79-5(d)**

1       GOOD CAUSE APPEARING THEREFOR, Indirect Purchaser Plaintiffs' Administrative Motion To Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: _____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

1
**PROPOSED ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L. R. 7-11 AND 79-5(d)**