MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**SECOND DECLARATION OF LAUREN C. CAPURRO IN OPPOSITION TO PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION** |
| **This document relates to:**<br><br>**ALL INDIRECT PURCHASER ACTIONS** | |

**[REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED]**

**SECOND DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF OPPOSITION TO PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION, MDL NO. 1917**

I, Lauren C. Capurro, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("Plaintiffs") in the above-captioned action. I make this second declaration in further support of the Indirect Purchaser Plaintiffs' Opposition to Philips Taiwan Limited's ("Philips Taiwan") and Philips do Brasil Ltda.'s Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction. Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. I am informed and believe that Plaintiffs' counsel did not state during the March 4, 2014 conference that "they could not rule out the possibility that they would seek substantial jurisdictional or merits discovery related to" Philips Taiwan and Philips Brazil.

3. I am informed by Plaintiffs' counsel who participated in the March 4, 2014 call that their notes of the call do not reflect any discussion of merits discovery, and Plaintiffs' counsel have no independent recollection of such a discussion. Rather, Plaintiffs' counsel's notes indicate that the parties discussed jurisdictional discovery only. In addition, they never stated that the jurisdictional discovery would be "substantial."

4. If jurisdictional discovery regarding Philips Taiwan and Philips Brazil becomes necessary, it would be very limited and targeted.

5. The discovery cut-off is still four months away. Discovery is still in full swing. The many parties to this MDL are propounding and responding to discovery requests and deposing witnesses on an almost daily basis. Plaintiffs are scheduled to depose several former employees of Philips CRT business over the next few months.

Attached hereto as Exhibit A is a true and correct copy of HEDUS-CRT-00189334-46, which was produced by defendant Hitachi Electronic Devices USA, Inc. This document is ███████████████████████████████████████████████████████████████████

1
**SECOND DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF OPPOSITION TO PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION, MDL NO. 1917**

| | |
|---|---|
| 1 | ███████████████████████ |
| 2 | ████████████████████████████ |
| 3 | ████████████████████████████ |
| 4 | ████████████████████████████ |
| 5 | ██████████████████ |
| 6 | 7. Attached hereto as Exhibit B is a true and correct copy of excerpts of the Philips |
| 7 | Rule 30(b)(6) Deposition Transcript. Mr. Roger de Moor testified as follows: |
| 8 | ████████████████████████ |
| 9 | ████████████████████████ |
| 10 | ███ |
| 11 | ████████████████████████████ |
| 12 | ████████████████████████ |
| 13 | ████████████████████████ |
| 14 | ████████████████████████ |
| 15 | ████████████████████████ |
| 16 | ██████████████ |
| 17 | ████████████████████████████ |
| 18 | ████████████████████████ |
| 19 | ████████████████████████ |
| 20 | ████████████████████████ |
| 21 | ██████████████ |
| 22 | 8. Attached hereto as Exhibit C is a true and correct copy of HAS-CRT00016962-76, |
| 23 | which is ████████████████████████ |
| 24 | ████████ |
| 25 | 9. Attached hereto as Exhibit D is a true and correct copy of SDCRT-0078572, |
| 26 | which is ████████████████████████ |
| 27 | ████████ |
| 28 | /// |

**SECOND DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF OPPOSITION TO PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION, MDL NO. 1917**

1   10. Attached hereto as Exhibit E is a true and correct copy of an excerpt of the
Deposition of Kenichi Hazuku, an employee of Hitachi Electronic Devices USA, Inc. n/k/a JDI
America, Inc.  Mr. Kenichi Hazuku testified as follows:

"█████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████

███ Attached hereto as Exhibit F is a copy of LPD_00013423, which is █████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 19th day of May 2014, at San Francisco, California.

/s/Lauren C. Capurro
Lauren C. Capurro

3
**SECOND DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF OPPOSITION TO PHILIPS TAIWAN LIMITED'S AND PHILIPS DO BRASIL LTDA.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION, MDL NO. 1917**

# EXHIBIT A

# CONDITIONALLY FILED UNDER SEAL

# EXHIBIT B

Page 1

```
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3   _____
                                     )
 4   IN RE: CATHODE RAY TUBE (CRT)   )
     ANTITRUST LITIGATION            )
 5   _____) No. 07-cv-05944 SC
     This Document Relates to:       ) MDL No. 1917
 6   ...(continuing caption page 2)  )
     _____)
 7
 8       SUPERIOR COURT OF THE STATE OF CALIFORNIA
              CITY AND COUNTY OF SAN FRANCISCO
 9   _____
                                     )
10   STATE OF CALIFORNIA, et al.,    )
                                     )
11              Plaintiffs,          )
                                     ) No. CGC-11-515784
12         v.                        )
                                     )
13   SAMSUNG SDI, INC., CO., LTD,    )
     et al.,                         )
14              Defendants.          )
     _____)
15                HIGHLY CONFIDENTIAL
          DEPOSITION OF PHILIPS ELECTRONICS
16          NORTH AMERICA CORPORATION, INC.
        AND KONINKLIJKE PHILIPS ELECTRONICS N.V.
17
18     By and through their Corporate Designee,
                    ROGER DE MOOR
19                 Washington DC
               Tuesday, July 31, 2012
20                   9:13 a.m.
21
22
```

Page 2

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
    _____
 3  IN RE: CATHODE RAY TUBE (CRT)   )
    ANTITRUST LITIGATION            )
 4  _____)
    This Document Relates to:       ) No. 07-cv-05944 SC
 5  Direct Purchaser Plaintiff      ) MDL No. 1917
    Class Actions;                  )
 6                                  )
    Indirect Purchaser Plaintiff    )
 7  Class Actions;                  )
                                    )
 8  State of Florida, Office of     )
    the Attorney General,           )
 9  Department of Legal Affairs     )
    v. LG Electronics, Inc., et     )
10  al., No. 2011-CV-6205 SC        )
                                    )
11  _____)

12       SUPERIOR COURT OF THE STATE OF CALIFORNIA
              CITY AND COUNTY OF SAN FRANCISCO
    _____
13  STATE OF CALIFORNIA, et al.,    )
                                    )
14             Plaintiffs,          )
                                    )
15        v.                        ) No. CGC-11-515784
                                    )
16  SAMSUNG SDI, INC., CO., LTD,    )
    et al.,                         )
17             Defendants.          )
    _____)
18      Highly confidential deposition of ROGER DE MOOR,
19  taken on behalf of Indirect Purchaser Plaintiffs, at
20  Baker Botts, LLP, 1299 Pennsylvania  Avenue, NW,
21  Washington, DC 20004. beginning at 9:13 a.m. and
    ending at 5:14 p.m., on Tuesday, July 31, 2012,
22  before LEE BURSTEN, CRR.
```

# CONDITIONALLY FILED UNDER SEAL

# EXHIBIT C

# CONDITIONALLY FILED UNDER SEAL

# EXHIBIT D

# CONDITIONALLY FILED UNDER SEAL

# EXHIBIT E

HIGHLY CONFIDENTIAL

Page 1

1  IN THE UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
2  SAN FRANCISCO DIVISION
3
   IN RE: CATHODE RAY TUBE     )
4  (CRT) ANTITRUST             )
   LITIGATION,                 )
5                              )
   _____ )  No.
6  This Document Relates to:   )  3:07-cv-05944-SC
                               )
7  ALL ACTIONS                 )  MDL No. 1917
                               )
8
9
10 _____
11
12
13
14           HIGHLY CONFIDENTIAL
15  VIDEOTAPED DEPOSITION OF KENICHI HAZUKU
16            CHICAGO, ILLINOIS
17          WEDNESDAY, JUNE 12, 2013
18
19
20 REPORTED BY:
21 SANDRA L. ROCCA, CSR, CRR
22
23
24
25

HIGHLY CONFIDENTIAL

Page 2

```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION


  IN RE: CATHODE RAY TUBE    )
  (CRT) ANTITRUST            )
  LITIGATION,                )
                             )
  _____ )  No.
  This Document Relates to:  )  3:07-cv-05944-SC
                             )
  ALL ACTIONS                )  MDL No. 1917
                             )
```

         The videotaped deposition of KENICHI
HAZUKU, called by the Plaintiffs for examination,
pursuant to Notice, and pursuant to the Rules of
Civil Procedure for the United States District
Courts, taken before Sandra L. Rocca, CSR, CRR, at
131 South Dearborn Street, Chicago, Illinois, on
the 12th day of June, 2013, at the hour of
9:21 a.m.

# CONDITIONALLY FILED UNDER SEAL

# EXHIBIT F

# CONDITIONALLY FILED UNDER SEAL