| | |
|---|---|
| Calvin L. Litsey (SBN 289659)<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Telephone: +1 650-324-6700<br>Facsimile: +1 650-324-6701<br>calvin.litsey@FaegreBD.com<br><br>Kathy L. Osborn (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: +1 317-237-0300<br>Facsimile: +1 317-237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com | Jeffrey S. Roberts (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: +1 303-607-3500<br>Facsimile: +1 303-607-3600<br>jeff.roberts@FaegreBD.com<br><br>Stephen M. Judge (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Telephone: +1 574-234-4149<br>Facsimile: +1 574-239-1900<br>steve.judge@FaegreBd.com |

***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL CASES | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: Hon. Samuel Conti |

Pursuant to Civil L.R. 11-3, Stephen M. Judge, an active member of the bar in the District of Columbia hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Thomson SA and Thomson Consumer Electronics, Inc. in the above-entitled action.

In support of this application, I certify an oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in the Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Calvin L. Litsey
> Faegre Baker Daniels LLP
> 1950 University Avenue, Suite 450
> East Palo Alto, California 94303-2279
> Telephone: +1 650-324-6700
> Facsimile: +1 650-324-6701
> calvin.litsey@FaegreBD.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2014

By: /s/ Stephen M. Judge
Stephen M. Judge
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, Indiana 46601
Telephone: +1 574-234-4149
Facsimile: +1 574-239-1900
steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*