

### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court

of Appeals, do hereby certify that

## STEPHEN MICHAEL JUDGE

was on **FEBRUARY 9, 2009** duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on **MAY 7, 2014**

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk