| | |
|---|---|
| Calvin L. Litsey (SBN 289659)<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Telephone: +1 650-324-6700<br>Facsimile: +1 650-324-6701<br>calvin.litsey@FaegreBD.com<br><br>Kathy L. Osborn (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: +1 317-237-0300<br>Facsimile: +1 317-237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com | Jeffrey S. Roberts (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: +1 303-607-3500<br>Facsimile: +1 303-607-3600<br>jeff.roberts@FaegreBD.com<br><br>Stephen M. Judge (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Telephone: +1 574-234-4149<br>Facsimile: +1 574-239-1900<br>steve.judge@FaegreBd.com |

***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Stephen M. Judge, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is:

> Faegre Baker Daniels LLP
> 202 S. Michigan Street, Suite 1400
> South Bend, Indiana 46601
> Telephone: +1 574-234-4149
> Facsimile: +1 574-239-1900
> steve.judge@FaegreBD.com

1  Having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing Defendants Thomson SA and Thomson Consumer
3  Electronics, Inc.;

4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
6  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
7  constitute notice to the party.  All future filings in this action are subject to the requirements
8  contained in General Order No. 45, Electronic Case Filing.

10  Dated: _____          _____
11                                                                The Honorable Samuel Conti