| | |
|---|---|
| Calvin L. Litsey (SBN 289659) <br> Faegre Baker Daniels LLP <br> 1950 University Avenue, Suite 450 <br> East Palo Alto, CA 94303-2279 <br> Telephone: +1 650-324-6700 <br> Facsimile: +1 650-324-6701 <br> calvin.litsey@FaegreBD.com <br><br> Kathy L. Osborn (*pro hac vice*) <br> Ryan M. Hurley (*pro hac vice*) <br> Faegre Baker Daniels LLP <br> 300 N. Meridian Street, Suite 2700 <br> Indianapolis, IN 46204 <br> Telephone: +1 317-237-0300 <br> Facsimile: +1 317-237-1000 <br> kathy.osborn@FaegreBD.com <br> ryan.hurley@FaegreBD.com | Jeffrey S. Roberts (*pro hac vice*) <br> Faegre Baker Daniels LLP <br> 3200 Wells Fargo <br> 1700 Lincoln Street <br> Denver, CO 80203 <br> Telephone: +1 303-607-3500 <br> Facsimile: +1 303-607-3600 <br> jeff.roberts@FaegreBD.com <br><br> Stephen M. Judge (*pro hac vice*) <br> Faegre Baker Daniels LLP <br> 202 S. Michigan Street, Suite 1400 <br> South Bend, IN 46601 <br> Telephone: +1 574-234-4149 <br> Facsimile: +1 574-239-1900 <br> steve.judge@FaegreBd.com |

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL CASES | No. 07-cv-5944-SC <br> MDL No. 1917 <br><br> [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Stephen M. Judge, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is:

> Faegre Baker Daniels LLP
> 202 S. Michigan Street, Suite 1400
> South Bend, Indiana 46601
> Telephone: +1 574-234-4149
> Facsimile: +1 574-239-1900
> steve.judge@FaegreBD.com

1  Having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing Defendants Thomson SA and Thomson Consumer
3  Electronics, Inc.;

4  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
6  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
7  constitute notice to the party.  All future filings in this action are subject to the requirements
8  contained in General Order No. 45, Electronic Case Filing.

10  Dated: 05/22/2014                          _____
11                                              The Honorable Samuel Conti

[PROPOSED] ORDER GRANTING APPLICATION          2              No. 07-5944-SC; MDL No. 1917
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*