UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **APPEARANCE OF COUNSEL** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.,* No. 13-cv-05724; | Judge: Hon. Samuel Conti |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.,* No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264; | |
| *Interbond Corporation of America v. Technicolor SA, et al.,* No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-05726; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.,* No. 13-cv-05723; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.,* No. 13:cv-05725; | |
| *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.,* No. 13-cv-05668; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262; | |
| *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686; | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No. 13-cv-00157; | |

1  *Dell Inc. v. Hitachi Ltd.*,
   *No. 13-cv-02171*

2

3

4

5  To:    The clerk of court and all parties of record

6      I am admitted or otherwise authorized to practice in this court, and I appear in this case as

7  counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and

8  Mitsubishi Electric Visual Solutions America, Inc.

9

10

11 Dated:  May 27, 2014                    JENNER & BLOCK LLP

12                                          __/s/ Gabriel A. Fuentes__

13                                          Gabriel A. Fuentes
                                            Illinois Bar No. 6216099
14                                          JENNER & BLOCK LLP
                                            353 North Clark Street
15                                          Chicago, Illinois 60654-3456
                                            Telephone: (312) 923-2808
16                                          Facsimile: (312) 923-2908
                                            gfuentes@jenner.com
17

18

19

20

21

22

23

24

25

26

27

28

APPEARANCE OF COUNSEL              2                No. 07-5944-SC; MDL No. 1917