1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION,

This Document Relates to:

*Electrograph Systems, Inc. et al. v.
Technicolor SA, et al., No. 13-cv-05724;*

*Alfred H. Siegel, as Trustee of the Circuit
City Stores, Inc. Liquidating Trust v.
Technicolor SA, et al., No. 13-cv-05261;*

*Best Buy Co., Inc., et al. v. Technicolor SA,
et al., No. 13-cv-05264;*

*Interbond Corporation of America v.
Technicolor SA, et al., No. 13-cv-05727;*

*Office Depot, Inc. v. Technicolor SA, et al.,
No. 13-cv-05726;*

*Costco Wholesale Corporation v.
Technicolor SA, et al., No. 13-cv-05723;*

*P.C. Richard & Son Long Island
Corporation, et al. v. Technicolor SA, et al.,
No. 13:cv-05725;*

*Schultze Agency Services, LLC, o/b/o
Tweeter Opco, LLC, et al. v. Technicolor SA,
Ltd., et al., No. 13-cv-05668;*

*Sears, Roebuck and Co. and Kmart Corp. v.
Technicolor SA, No. 13-cv-05262;*

*Target Corp. v. Technicolor SA, et al., No.
13-cv-05686;*

*Tech Data Corp., et al. v. Hitachi, Ltd., et
al., No. 13-cv-00157;*

No. 07-cv-5944-SC
MDL No. 1917

**APPEARANCE OF COUNSEL**

Judge: Hon. Samuel Conti

*Dell Inc. v. Hitachi Ltd.,*
*No. 13-cv-02171*

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and

Mitsubishi Electric Visual Solutions America, Inc.

Dated:  May 27, 2014                    JENNER & BLOCK LLP

                                            /s/ Terrence J. Truax

                                        Terrence J. Truax
                                        Illinois Bar No. 6198872
                                        JENNER & BLOCK LLP
                                        353 North Clark Street
                                        Chicago, Illinois 60654-3456
                                        Telephone: (312) 222-9350
                                        Facsimile: (312) 527-0484
                                        ttruax@jenner.com