UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **APPEARANCE OF COUNSEL** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | Judge: Hon. Samuel Conti |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13:cv-05725; | |
| *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; | |

*Dell Inc. v. Hitachi Ltd.*,
No. 13-cv-02171

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.

Dated:  May 27, 2014                    JENNER & BLOCK LLP

                                        __/s/ Molly M. Powers___

                                        Molly M. Powers
                                        Illinois Bar No. 6302777
                                        JENNER & BLOCK LLP
                                        353 North Clark Street
                                        Chicago, Illinois 60654-3456
                                        Telephone: (312) 840-7603
                                        Facsimile: (312) 840-7703
                                        mpowers@jenner.com