# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,** | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **APPEARANCE OF COUNSEL** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;* | Judge: Hon. Samuel Conti |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;* | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;* | |
| *Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;* | |
| *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;* | |
| *Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;* | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 13:cv-05725;* | |
| *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;* | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 13-cv-05262;* | |
| *Target Corp. v. Technicolor SA, et al., No. 13-cv-05686;* | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157;* | |

*Dell Inc. v. Hitachi Ltd.*,
No. 13-cv-02171

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.

Dated:  May 27, 2014                                    JENNER & BLOCK LLP

    /s/ Michael T. Brody___

Michael T. Brody
Illinois Bar No. 6187223
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 923-2711
Facsimile: (312) 840-7811
mbrody@jenner.com