MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, DOCKET NUMBERS 2574 AND 2574-1** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | |

**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, CASE NO. CV-07-5944-SC**

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Indirect Purchaser Plaintiffs ("Plaintiffs") submit this motion to remove the following incorrectly filed documents: the Notice of Errata Regarding Exhibit 41 to Declaration of Lauren C. Capurro In Support of the Indirect Purchaser Plaintiff's Opposition to Philips Taiwan Limited's and Philips Do Brasil Ltda's Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction (Docket No. 2574) ("Notice of Errata") and its attachment Exhibit 1 (Docket No. 2574-1).

Defendant Koninklijke Philips Electronics N.V. produced the document that Plaintiffs filed as Exhibit 1 to the Notice of Errata and designated it as Highly Confidential pursuant to the Stipulated Protective Order (Docket No. 306). Plaintiffs inadvertently filed the unredacted version of Exhibit 1. After being made aware of the error, Plaintiffs contacted the clerk who put a temporary lock on the document. Plaintiffs also refiled the Notice of Errata with a redacted version of Exhibit 1, and filed the unredacted version of Exhibit 1 conditionally under seal pursuant to Local Rule 79-5(b). *See* Docket No. 2595.

Accordingly, Plaintiffs respectfully request that Docket Nos. 2574 and 2574-1 be permanently deleted from the docket.

Dated:  May 29, 2014              Respectfully submitted,

                                                      By:   /s/ Lauren C. Capurro

                                                             TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                                             Mario N. Alioto (56433)
                                                             Lauren C. Capurro (241151)
                                                             2280 Union Street
                                                             San Francisco, CA  94123
                                                             Telephone: (415) 563-7200
                                                             Facsimile: (415) 346-0679

                                                             *Lead Counsel for the Indirect Purchaser Plaintiffs*

1

**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, CASE NO. CV-07-5944-SC**