MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, DOCKET NUMBERS 2574 AND 2574-1** |
| **This document relates to:**<br><br>**ALL INDIRECT PURCHASER ACTIONS** | |

---

**DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**
**CASE NO. CV-07-5944-SC**

I, Lauren C. Capurro, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("Plaintiffs") in the above-captioned action. I make this declaration on personal knowledge and if called as a witness could and would testify competently thereto.

2. I inadvertently filed the unredacted version of Exhibit 1 to the Notice of Errata Regarding Exhibit 41 to Declaration of Lauren C. Capurro In Support of the Indirect Purchaser Plaintiff's Opposition to Philips Taiwan Limited's and Philips Do Brasil Ltda's Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction (Docket No. 2574) ("Notice of Errata").

3. Defendant Koninklijke Philips Electronics N.V. produced the document that I filed as Exhibit 1 to the Notice of Errata and designated it as Highly Confidential pursuant to the Stipulated Protective Order (Docket No. 306).

4. After being made aware of the error, my office emailed Judge Conti's document correction email address and called the ECF Help Desk to put a temporary lock on the document.

5. I also refiled the Notice of Errata with a redacted version of Exhibit 1, and filed the unredacted version of Exhibit 1 conditionally under seal pursuant to Local Rule 79-5(b). *See* Docket No. 2595.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of May 2014, at San Francisco, California.

                                                /s/Lauren C. Capurro

                                                Lauren C. Capurro

1

**DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. CV-07-5944-SC**