MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, DOCKET NUMBERS 2574 AND 2574-1** |
| **This document relates to:** **ALL INDIRECT PURCHASER ACTIONS** | |

**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, CASE NO. CV-07-5944-SC**

1  Indirect Purchaser Plaintiffs' Motion to Remove Incorrectly Filed Documents was
2  presented to the Court.  Upon consideration of the Motion, the Court finds there is good cause to
3  permanently delete Docket No. 2574 and Docket No. 2574-1 from the record.
4  NOW, THEREFORE, IT IS HEREBY ORDERED that Indirect Purchaser Plaintiffs'
5  Motion to Remove Incorrectly Filed Documents is GRANTED, and Docket No. 2574 and Docket
6  No. 2574-1 are permanently deleted from the Court's docket.
7  **IT IS SO ORDERED.**
8
9  DATED: _____            _____
10                                                                                         HON. SAMUEL CONTI
                                                                                           UNITED STATED DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, CASE NO. CV-07-5944-SC**