Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. 12-cv-02648<br><br>P.C. RICHARD & SON LONG ISLAND CORPORATION; MARTA COOPERATIVE OF AMERICA, INC.; AND ABC APPLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., et al.,<br><br>Defendants. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S MOTION TO COMPEL P.C. RICHARD, MARTA, AND ABC APPLICANCE TO PRODUCE DISCOVERY** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendant Toshiba America Information Systems, Inc.

2. I submit this declaration in support of Toshiba America Information Systems, Inc.'s Motion to Compel P.C. Richard, MARTA, and ABC Appliance to Produce Discovery.

3. Attached hereto as Exhibit 1 is a true and correct copy of TAIS's and PENAC's First Set of Requests for Production of Documents.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Plaintiffs' responses to TAIS's First Set of Requests for Production of Documents and PENAC's Second Set of Requests for Production of Documents.

5. Attached hereto as Exhibit 3 is a true and correct copy of the letter from Dana E. Foster to Robert C. Tietjen, Esq., dated February 28, 2014.

6. Attached hereto as Exhibit 4 is a true and correct copy of the letter from Dana E. Foster to Anne Nardacci, Esq., dated April 22, 2014.

7. Attached hereto as Exhibit 5 is a true and correct copy of Special Master's Order re Hannstar Display Corporation's Motion to Compel Best Buy to Respond Further to Document Request No. 45, *In re: TFT-LCD (Flat Panel) Antitrust Litig.*, No. M 07-1827 SI (N.D. Cal. Feb. 15, 2012), ECF No. 4825.

8. Attached hereto as Exhibit 6 is a true and correct copy of Order Overruling Best Buy's Objection to Special Master's Order Granting Hannstar Display Corp.'s Motion to Compel, *In re: TFT-LCD (Flat Panel) Antitrust Litig.*, No. M 07-1827 SI (N.D. Cal. Apr. 4, 2012), ECF No. 5403.

9. Attached hereto as Exhibit 7 is a true and correct copy of Special Master's Order re Motions of LG Display and Sharp to Compel Various Plaintiffs to Produce Settlement Agreements, *In re: TFT-LCD (Flat Panel) Antitrust Litig.*, No. M 07-1827 SI (N.D. Cal. Sept. 28, 2012), ECF No. 6862.

10. Attached hereto as Exhibit 8 is a true and correct copy of the letter from Anne M. Nardacci to Dana Foster, dated May 12, 2014.

11. Attached hereto as Exhibit 9 is a true and correct copy of the letter from Dana Foster to Anne Nardacci, Esq., dated May 14, 2014.

12. Attached hereto as Exhibit 10 is a true and correct copy of the e-mail from Ann Nardacci, Esq. to Dana Foster, dated May 27, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of June, 2014, in Washington, D.C.

_____
Dana E. Foster