# EXHIBIT 8

# BOIES, SCHILLER & FLEXNER LLP

30 SOUTH PEARL STREET • 11TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

May 12, 2014

**VIA E-MAIL**
Dana Foster
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005-3807

      Re:      *In re: Cathode Ray Tube (CRT) Antitrust Litigation*,
                  Master File No. 3:07-cv-05944-SC (N.D. Cal.)

Dear Dana:

      In light of Judge Conti's order encouraging the parties to try to resolve the issue regarding production of settlement agreements, we would like to find a way to reach a compromise on this issue. We are very familiar with the case law on this issue and we continue to believe the law supports our position that settlement agreements are not discoverable at this stage of the litigation. *See, e.g.*, *In re Flat Glass Antitrust Litig.*, 2013 WL 1703864 (W.D. Pa. Apr. 19, 2013). At most, settlement agreements are relevant only to prove bias or to determine the amount of damages to set off in the event of a favorable jury verdict. *Id.* Accordingly, and in light of Judge Conti's specific note encouraging us to attempt again to resolve this issue, Plaintiffs propose the following compromise that addresses both of those concerns: 1) Plaintiffs will agree to inform defendants of the fact of settlement and if there is a cooperation provision; and 2) Plaintiffs will agree to produce settlement agreements in their entirety after trial so the Court may properly calculate set-off.

      Please let us know if this offer is acceptable to Defendants.

                                                      Sincerely,

                                                      */s/ Anne M. Nardacci*

                                                      Anne M. Nardacci

AMN:ssc