# EXHIBIT 10

| | |
|---|---|
| **From:** | Anne Nardacci |
| **To:** | Foster, Dana |
| **Subject:** | In re CRT Antitrust Litigation -- Settlement Agreements |
| **Date:** | Tuesday, May 27, 2014 5:30:31 PM |

Dana,

I received your voicemail this afternoon concerning the parties' dispute with respect to settlement agreements.  As you know, on May 12, the Direct Action Plaintiffs proposed to Defendants as a compromise that they would agree (1) to inform Defendants of the fact of settlement and if there is a cooperation provision; and (2) to produce settlement agreements in their entirety after trial so the Court may properly calculate set-off.  You responded on May 14, and you demanded that the DAPs produce entire settlement agreements - minus bank account information and routing instructions - "posthaste."  The DAPs read your letter as a rejection of our offer and thus believe we are at impasse.  Please let me know if we are mistaken; we remain willing to discuss a reasonable solution.

Regards, Anne


Anne Nardacci, Esq.
**Boies, Schiller & Flexner LLP**
30 South Pearl Street
Albany, New York 12207
(518) 434-0600
(518) 434-0665 (fax)
www.bsfllp.com

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer.
[v.1]