White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |

This Document Relates to:

Case No. 12-cv-02648

P.C. RICHARD & SON LONG ISLAND CORPORATION; MARTA COOPERATIVE OF AMERICA, INC.; AND ABC APPLIANCE, INC.,

                                        Plaintiffs,

                        v.

HITACHI, LTD., et al.,

                                        Defendants.

**[PROPOSED] ORDER GRANTING TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S MOTION TO COMPEL P.C. RICHARD, MARTA, AND ABC APPLIANCE TO PRODUCE DISCOVERY**

1         Upon consideration of Toshiba America Information Systems, Inc.'s Motion to

2    Compel P.C. Richard, MARTA, and ABC Appliance to Produce Discovery, it is hereby

3         ORDERED that Toshiba America Information Systems, Inc.'s Motion to Compel P.C.

4    Richard, MARTA, and ABC Appliance to Produce Discovery is GRANTED; and it is further

5         ORDERED that P.C. Richard, MARTA, and ABC Appliance must produce settlement

6    agreements responsive to Request for Production No. 3 of TAIS's and PENAC's First Set of

7    Requests for Production of Documents.

8

9        IT IS SO ORDERED

10

11   DATED:_____          _____

12                                        Hon. Samuel Conti
                                          United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER GRANTING TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S MOTION
TO COMPEL P.C. RICHARD, MARTA, AND ABC APPLIANCE TO PRODUCE DISCOVERY
Case No. 07-5944 SC
MDL No. 1917