IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF CALIFORNIA

In Re: Cathode Ray Tube (CRT) Antitrust Litigation

MDL: 1917

07-CV-5944-SC

Christopher Donnelly, Plaintiff Intervenor
Christopher Wirth, Plaintiff Intervenor
Jonathan Rich, Plaintiff Intervenor
Jimmy Jahar Thule, Plaintiff Intervenor
Edward Breivik, Plaintiff Intervenor
Ramzi Yusef, Plaintiff Intervenor
Richard Reid, Plaintiff Intervenor

Motion To Intervene As Plaintiffs Under Rule 24(A)², Rule 24(B)

Comes Now, the Intervenors, Christopher Donnelly, Christopher Wirth, Jonathan Rich, Jimmy Jahar Thule, Edward Breivik, Ramzi Yusef, and Richard Reid. Moves this honorable court to Intervene in the Cathode Ray tube Antitrust litigation under Rule 24(A)², 24(B) - permissive Intervention. Intervenors have a common vested interest in this case. Our Intervention Provides Questions of laws and Facts that are common in this Act. Movants Pray for relief

respectfully,

Christopher Wirth 5/21/14

Christopher Donnelly 5-21-14


_[signature]_ 5-7-14
Ramzi Yusef
5880 Highway 67
Florence, CO 81226

_[signature]_ 5-7-14
Edward Breivik
1586 Lawrence Rd
~~Lawrence,~~ NJ 08648

_[signature]_ 5/1/14
Richard Reid
5880 Highway 67
Florence, CO 81226

CHRIS DONNELLY
JK5048
301 Institution Dr.
Bellefonte, PA 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
ZIP 16823
02 1W
0001364647 MAY 27 2014
$ 000.48⁰

United States Courthouse
1301 Clay St.
Oakland, California 94612

9461235200