1  Terry Calvani (53260)
   terry.calvani@freshfields.com
2  Richard Snyder (*pro hac vice*)
   rich.snyder@freshfields.com
3  FRESHFIELDS BRUCKHAUS DERINGER US LLP
   700 13th Street, NW, 10th Floor
4  Washington, DC  20005
   Tel:  (202) 777-4500
5  Fax:  (202) 777-4555

6  *Counsel for Defendant Beijing Matsushita*
   *Color CRT Co., Ltd.*

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                    **SAN FRANCISCO DIVISION**
10

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC<br>MDL NO. 1917 |
| | **NOTICE OF CHANGE OF ADDRESS** |
| This document relates to: | |
| **ALL ACTIONS** | |

NOTICE OF CHANGE OF ADDRESS
(Case No. 07-cv-5944-SC, MDL No. 1917)

1  TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES

2  HEREIN AND THEIR COUNSEL OF RECORD:

3  PLEASE TAKE NOTICE that, effective June 1, 2014, Freshfields Bruckhaus Deringer US LLP has moved its Washington, DC office.  The new mailing address for Freshfields' Washington office is:

      Freshfields Bruckhaus Deringer US LLP
      700 13th Street, NW
      10th Floor
      Washington, DC 20005

Telephone, fax, and email contact information remains the same.

Dated:  June 5, 2014            Respectfully submitted,

                            Freshfields Bruckhaus Deringer US LLP

                            By: /s/ Richard Snyder
                                Terry Calvani (53260)
                                Richard Snyder (*pro hac vice*)
                                700 13th Street, NW, 10th Floor
                                Washington, DC  20005
                                Tel:  (202) 777-4500
                                Fax:  (202) 777-4555

                                ***Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.***

**CERTIFICATE OF SERVICE**

I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the within action. I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, 700 13th Street, NW, 10th Floor, Washington, DC 20005.

On June 5, 2014, I caused a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.

Dated: June 5, 2014

Freshfields Bruckhaus Deringer US LLP

By: /s/ Richard Snyder
Richard Snyder (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
Email: rich.snyder@freshfields.com
700 13th Street, NW, 10th Floor
Washington, DC  20005
Tel: (202) 777-4565
Fax: (202) 777-4555

*Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.*