# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re Cathode Ray Tube (CRT) Antitrust Litigation

This document relates to ALL CASES

Case No: 3:07-cv-5944 SC

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, **Matthew J. Hertko**, an active member in good standing of the bar of **Illinois**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **In re CRT Antitrust Litigation** in the above-entitled action. My local co-counsel in this case is **Eliot A. Adelson**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 300 N. LaSalle Street<br>Chicago, IL 60654 | 555 California Street<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 862-2000 | (415) 439-1400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| matthew.hertko@kirkland.com | eliot.adelson@kirkland.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **6286398**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/04/14

Matthew J. Hertko
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Matthew J. Hertko** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                   October 2012