William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com

*Counsel for Plaintiff CompuCom Systems, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:11-cv-06396-SC |
| This Document Relates To Individual Case No. 3:11-cv-06396-SC (N.D. Cal.) | Master File No. 3:07-cv-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| COMPUCOM SYSTEMS, INC., | **NOTICE OF ATTORNEY WITHDRAWAL** |
| Plaintiff, | |
| vs. | |
| HITACHI, LTD., *et al*, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jennifer Milici, of Boies, Schiller & Flexner LLP, 5301 Wisconsin Avenue NW, Washington, DC 20015, will no longer be associated with Boies, Schiller & Flexner LLP effective June 6, 2014, and hereby withdraws as counsel of record for Plaintiff CompuCom Systems, Inc. ("CompuCom"). CompuCom's counsel requests that Ms. Milici be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket.

DATED: June 6, 2014                    /s/ Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
            anardacci@bsfllp.com

William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

*Counsel for Plaintiff CompuCom Systems, Inc.*