1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3  2280 Union Street
   San Francisco, CA  94123
4  Telephone:  (415) 563-7200
   Facsimile: (415) 346-0679
5  E-mail: malioto@tatp.com
   laurenrussell@tatp.com
6
7  *Lead Counsel for the Indirect Purchaser Plaintiffs*

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  | **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | ) | Master File No. CV-07-5944 SC |
|---|---|---|
| | ) | MDL No. 1917 |
| | ) | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, DOCKET NUMBERS 2574 AND 2574-1** |
| **This document relates to:** | ) | |
| **ALL INDIRECT PURCHASER ACTIONS** | ) | |

---

**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, CASE NO. CV-07-5944-SC**

1    Indirect Purchaser Plaintiffs' Motion to Remove Incorrectly Filed Documents was
2    presented to the Court.  Upon consideration of the Motion, the Court finds there is good cause to
3    permanently delete Docket No. 2574 and Docket No. 2574-1 from the record.
4    NOW, THEREFORE, IT IS HEREBY ORDERED that Indirect Purchaser Plaintiffs'
5    Motion to Remove Incorrectly Filed Documents is GRANTED, and Docket No. 2574 and Docket
6    No. 2574-1 are permanently deleted from the Court's docket.
7    **IT IS SO ORDERED.**

9    DATED:  June 10, 2014                    _____
10                                              HON. SAMUEL CONTI
                                                UNITED STATED DISTRICT JUDGE

---

1

**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS, CASE NO. CV-07-5944-SC**