1
2
3
4
5
6
7
8
9                    **UNITED STATES DISTRICT COURT**

10                    **NORTHERN DISTRICT OF CALIFORNIA**

11  | **IN RE: CATHODE RAY TUBE (CRT)** | ) | Master File No. CV-07-5944 SC
12  | **ANTITRUST LITIGATION** | ) |
     |   | ) | MDL No. 1917
13  |   | ) |
     |   | ) | **[~~PROPOSED~~] ORDER GRANTING**
14  |   | ) | **INDIRECT PURCHASER PLAINTIFFS'**
     |   | ) | **ADMINISTRATIVE MOTION TO FILE**
15  |   | ) | **UNDER SEAL PURSUANT TO CIVIL**
     |   | ) | **LOCAL RULES 7-11 AND 79-5(d)**
16  |   | ) |
17  |   | ) |
    | **This document relates to:** | ) |
18  |   | ) |
    | **ALL INDIRECT PURCHASER ACTIONS** | ) |
19  |   | ) |
20  |   | ) |
     |   | ) |
21

---

**~~PROPOSED~~ ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L. R. 7-11 AND 79-5(d)**

1  GOOD CAUSE APPEARING THEREFOR, Indirect Purchaser Plaintiffs' Administrative
2  Motion To Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby
3  GRANTED.

June 10, 2014

**IT IS SO ORDERED.**

DATED: _____*Samuel Conti*_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

1
**~~PROPOSED~~ ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L. R. 7-11 AND 79-5(d)**