MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **PROOF OF SERVICE OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE** |
| | The Honorable Samuel Conti |
| This document relates to: | |
| ALL INDIRECT PURCHASER ACTIONS | |

PROOF OF SERVICE OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE
MDL NO. 1917
CASE NO. 3:07-cv-05944 SC

I, Sylvie K. Kern, declare as follows:

I am over 18 years of age and not a party to this action. My business address is KAG Law Group, P.O. Box 210135, San Francisco, CA 94121. On June 13, 2014, I served upon the interested parties the following documents:

**Indirect Purchaser Plaintiffs' Opposition to Motion to Intervene;**
**Proof of Service of Indirect Purchaser Plaintiffs' Opposition to Motion to Intervene**

- ✓ By uploading the document(s) listed above to the United States Court, Northern District of California's electronic filing system.

- ✓ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sausalito, California, addressed as set forth below.

| | |
|---|---|
| Christopher Donnelly<br>JK5048<br>301 Institution Drive<br>Bellefonte, PA 16823 | Edward Breivik<br>1586 Lawrence Rd.<br>Lawrence, NJ 08648 |
| Ramzi Yusef<br>5880 Highway 67<br>Florence, CO 81226 | Richard Reid<br>5880 Highway 67<br>Florence, CO 81226 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2014 at San Francisco, California.

By:  */s/ Sylvie K. Kern*
      Sylvie K. Kern

PROOF OF SERVICE OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE
MDL NO. 1917
CASE NO. 3:07-cv-05944 SC