Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (pro hac vice)
Kate Wheaton (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

Additional Counsel Listed Below

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To:<br><br>All Cases | **DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE** |

Defendants hereby submit this Opposition to the Motion to Intervene ("Motion") submitted by Christopher Donnelly, Christopher Wirth, Jonathan Rich, Jimmy Jahar Thule, Edward Breivik, Ramzi Yusef, and Richard Reid ("Movants"). Movants, who are inmates in various federal prisons,

1  seek intervention as of right under Federal Rule of Civil Procedure 24(a) as well as permissive
2  intervention under Rule 24(b).  *See* Dkt No. 2603.  Movants fail to provide any basis for their
3  Motion, which should be denied.

4  Under Rule 24(c), a motion to intervene "must state the grounds for intervention and be
5  accompanied by a pleading that sets out the claim or defense for which intervention is sought."  The
6  movant must describe the basis for intervention with "sufficient specificity to allow the district court
7  to rule."  *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 475 (9th Cir. 1992).

8  Courts routinely deny motions to intervene where the basis is not adequately explained.
9  Indeed, several courts have recently denied nearly identical motions to intervene filed by inmates
10 overlapping with Movants in this case.  *See*, *In re: Vitamin C Antitrust Litigation*, 06:md-01738-
11 BMC-JO, Dkt. No. 903,  (E.D.N.Y. June 3, 2014) (denying motion for failure to state adequate
12 grounds for intervention); *In re: Processed Egg Products*, Case 2:08-md-02002-GP, Dkt. No. 985,
13 (E.D. Pa. June 9, 2014) (denying motion for failure to provide any factual or legal basis).  Here, in
14 addition to not being accompanied by a pleading, the Motion provides only a conclusory recitation
15 of one element of permissive intervention (*i.e.*, "Intervention provides questions of laws and facts
16 that are common in this act[ion].").  The Court should therefore deny the Motion.

17 DATED:  June 13, 2014                          By: */s/ Eliot A. Adelson*
18                                                 Eliot A. Adelson (State Bar No. 205284)
                                                   James Maxwell Cooper (State Bar No. 284054)
19                                                 KIRKLAND & ELLIS LLP
                                                   555 California Street, 27th Floor
20                                                 San Francisco, CA 94104
                                                   Telephone: (415) 439-1400
21                                                 Facsimile: (415) 439-1500
                                                   Email: eadelson@kirkland.com
22                                                 Email: max.cooper@kirkland.com
23
                                                   Attorneys for Defendants
24                                                 HITACHI, LTD., HITACHI DISPLAYS, LTD.
                                                   (n/k/a JAPAN DISPLAY INC.), HITACHI
25                                                 AMERICA, LTD., HITACHI ASIA, LTD.,
                                                   AND HITACHI ELECTRONIC DEVICES
26                                                 (USA), INC.
27
28

DATED:  June 13, 2014                By: */s/ Hojoon Hwang*
                                                      Hojoon Hwang
                                                      Jerome C. Roth
                                                      Laura K. Sullivan
                                                      MUNGER, TOLLES & OLSON
                                                      560 Mission Street
                                                      Twenty-Seventh Floor
                                                      San Francisco, CA 94105-2907
                                                      Telephone: (415) 512-4000
                                                      Facsimile: (415) 512-4077
                                                      Email: hojoon.hwang@mto.com
                                                      Email: jerome.roth@mto.com
                                                      Email: laura.sullivan@mto.com

                                                      William D. Temko
                                                      Jonathan E. Altman
                                                      Bethany W. Kristovich
                                                      MUNGER, TOLLES & OLSON
                                                      355 South Grand Avenue, Thirty-Fifth Floor
                                                      Los Angeles, CA 90071-1560
                                                      Telephone: (213) 683-9266
                                                      Facsimile: (213) 683-5166
                                                      Email: william.temko@mto.com
                                                      Email: jonathan.altman@mto.com
                                                      Email: bethany.kristovich@mto.com

                                                      Attorneys for Defendants
                                                      LG ELECTRONICS, INC., LG ELECTRONICS
                                                      USA, INC., LG ELECTRONICS TAIWAN
                                                      TAIPEI CO., LTD.

| | | |
|---|---|---|
| DATED: June 13, 2014 | By: | */s/ Michael T. Brody* |

Michael T. Brody
Terrence Joseph Truax
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Email: mbrody@jenner.com
Email: ttruax@jenner.com

Brent Caslin
JENNER & BLOCK LLP
633 West 5th Street
Suite 3500
Los Angeles, CA  90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
Email: bcaslin@jenner.com

Attorneys for Defendants
MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC & ELECTRONICS USA, INC., MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC.

| | | |
|---|---|---|
| DATED: June 13, 2014 | By: | */s/ John M. Taladay* |

John M. Taladay
Charles Malaise
Erik Koons
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: charles.malaise@bakerbotts.com
Email: erik.koons@bakerbotts.com

Attorneys for Defendants
KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD., PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA.

DATED:  June 13, 2014            By: */s/ James L. McGinnis*
                                 James L. McGinnis
                                 Michael Scarborough
                                 Gary Halling
                                 SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                                 Four Embarcadero Center, 17th Floor
                                 San Francisco, CA 94111
                                 Telephone: (415) 434-9100
                                 Facsimile:  (415) 434-2947
                                 Email: jmcginnis@sheppardmullin.com
                                 Email: mscarborough@sheppardmullin.com
                                 Email: ghalling@sheppardmullin.com

                                 Attorney for Defendants
                                 SAMSUNG SDI AMERICA, INC., SAMSUNG SDI CO., LTD., SAMSUNG SDI MEXICO S.A. DE C.V, SAMSUNG SDI BRASIL LTDA., SHENZHEN SAMSUNG SDI CO., LTD.,TIANJIN SAMSUNG SDI CO., LTD., SAMSUNG SDI (MALAYSIA SDN. BHD., SAMSUNG SDI (HONG KONG), LTD.

DATED:  June 13, 2014            By: */s/ Kathy L. Osborn*
                                 Kathy L. Osborn (pro hac vice)
                                 Ryan M. Hurley (pro hac vice)
                                 FAEGRE BAKER DANIELS LLP
                                 300 N. Meridian Street, Suite 2700
                                 Indianapolis, IN  46204
                                 Telephone: (317)-237-0300
                                 Facsimile: (317)-237-1000
                                 Email: kathy.osborn@faegreBD.com
                                 Email: ryan.hurley@faegreBD.com

                                 Attorneys for Defendants
                                 TECHNICOLOR SA (F/K/A THOMSON S.A). AND TECHNICOLOR USA, INC. (F/K/A THOMSON CONSUMER ELECTRONICS, INC.)

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)

I, Eliot A. Adelson, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED:  June 13, 2014                            By: */s/ Eliot A. Adelson*
                                                 Eliot A. Adelson (State Bar No. 205284)
                                                 James Maxwell Cooper (State Bar No. 284054)
                                                 KIRKLAND & ELLIS LLP
                                                 555 California Street, 27th Floor
                                                 San Francisco, CA 94104
                                                 Telephone: (415) 439-1400
                                                 Facsimile: (415) 439-1500
                                                 Email: eadelson@kirkland.com
                                                 Email: max.cooper@kirkland.com

                                                 Attorneys for Defendants
                                                 HITACHI, LTD., HITACHI DISPLAYS, LTD.
                                                 (n/k/a JAPAN DISPLAY INC.), HITACHI
                                                 AMERICA, LTD., HITACHI ASIA, LTD.,
                                                 AND HITACHI ELECTRONIC DEVICES
                                                 (USA), INC.