Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (pro hac vice)
Kate Wheaton (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To:<br><br>All Cases | **CERTIFICATE OF SERVICE OF DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE** |

# CERTIFICATE OF SERVICE

I, Rosie U. Tejada, am over the age of 18 and not a party to the within action; my business address is 555 California Street, San Francisco, CA 94104.

On June 13, 2014, I served a copy of the following document(s) described as:

**DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE**

on the interested parties in this action as follows:

☒ **By ECF**
By uploading the document(s) listed above to the United States Court, Northern District of California's electronic filing system.

☒ **By U.S. Mail**
By placing a copy (or copies) of the document(s) listed above in a sealed envelope in the United States mail to the addressee(s) set forth below. Under the firm's practice of collection and processing of documents for mailing, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.

| | |
|---|---|
| Christopher Donnelly<br>JK5048<br>301 Institution Drive<br>Bellefonte, PA 16823 | Edward Breivik<br>1586 Lawrence Rd.<br>Lawrence, NJ 08648 |
| Ramzi Yusef<br>5880 Highway 67<br>Florence, CO 81226 | Richard Reid<br>5880 Highway 67<br>Florence, CO 81226 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2014, at San Francisco, California.

*/s/ Rosie U. Tejada*
Rosie U. Tejada