1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  2001 K Street, NW
   Washington, DC  20006-1047
4  Telephone:  (202) 223-7356
   Facsimile:  (202) 204-7356
5  Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
6  Email: cbenson@paulweiss.com

7  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
8  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
9  San Francisco, California 94111
   Telephone:  (415) 788-8200
10 Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
11 Email: jpatchen@tcolaw.com

12 *Attorneys for Plaintiffs Sharp Electronics Corporation,
   Sharp Electronics Manufacturing Company of America, Inc.*
13

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16

17  SHARP ELECTRONICS CORPORATION;          Case No. 13-cv-01173-SC
    SHARP ELECTRONICS MANUFACTURING         Case No. 07-cv-05944-SC
    COMPANY OF AMERICA, INC.,               MDL No. 1917
18
19  Plaintiffs,

20                  v.

21  HITACHI, LTD.; HITACHI DISPLAYS, LTD.;  **ADMINISTRATIVE MOTION TO**
    HITACHI AMERICA, LTD.; HITACHI ASIA,    **SEAL PORTIONS OF PLAINTIFFS'**
22  LTD.; HITACHI ELECTRONIC DEVICES (USA), **SECOND AMENDED COMPLAINT**
    INC.; SHENZHEN SEG HITACHI COLOR
23  DISPLAY DEVICES, LTD.; LG ELECTRONICS,  **CIVIL L.R. 79-5**
    INC.; LG ELECTRONICS USA, INC.; LP
24  DISPLAYS INTERNATIONAL, LTD.;
    LG.PHILIPS DISPLAYS HOLDING B.V.;
25  LG.PHILIPS DISPLAYS INTERNATIONAL B.V.;
    MERIDIAN SOLAR & DISPLAY CO., LTD.;
26  PANASONIC CORPORATION; PANASONIC
    CORPORATION OF NORTH AMERICA;
27  PANASONIC CONSUMER ELECTRONICS CO.;
    MT PICTURE DISPLAY CO., LTD.;
28  MATSUSHITA ELECTRONIC CORPORATION
    (MALAYSIA) SDN BHD.; BEIJING

---

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S SECOND AMENDED
COMPLAINT.  CASE NO. 07-CV-05944 (SC), RELATED TO CASE NO. 13-cv-01173 (SC)

| | |
|---|---|
| 1 | MATSUSHITA COLOR CRT CO., LTD.; PT.MT PICTURE DISPLAY INDONESIA; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD.; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (HONG KONG), LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.; THOMSON SA (N/K/A TECHNICOLOR SA); THOMSON CONSUMER ELECTRONICS, INC. (N/K/A TECHNICOLOR USA, INC.); VIDEOCON INDUSTRIES, LTD.; TECHNOLOGIES DISPLAYS AMERICAS LLC, |
| 11 | Defendants. |

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S SECOND AMENDED
COMPLAINT. CASE NO. 07-CV-05944 (SC), RELATED TO CASE NO. 13-CV-01173 (SC)

Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Sharp") will, and hereby do, respectfully move this Court for leave to submit under seal portions of Sharp's concurrently filed Second Amended Complaint ("SAC").  In support of its request for leave to submit portions of its SAC under seal, Sharp concurrently submits the Declaration of Craig A. Benson and a [Proposed] Order in compliance with Local Rule 79-5(d).

Portions of Sharp's SAC contain discussion, analysis, references to, or information taken directly from material designated by a Defendant or Defendants in this matter as "Confidential" or "Highly Confidential" pursuant to the Protective Order applicable to this action.  Specifically, portions of paragraphs 194-197, 237, 238, and 257 of Sharp's SAC contain such confidential material, and, pursuant to Local Rule 79-5(e), Sharp seeks to submit the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules.

Sharp respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5 and hereby notifies the designating parties of their burden to establish that the designated material is sealable.

June 13, 2014                By:  _____/s/ Craig A. Benson_____
                                  Craig A. Benson

Kenneth A. Gallo (*pro hac vice to be submitted*)
Joseph J. Simons (*pro hac vice to be submitted*)
Craig A. Benson (*pro hac vice to be submitted*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs*

1

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S SECOND AMENDED COMPLAINT.  CASE NO. 07-CV-05944 (SC), RELATED TO CASE NO. 13-CV-01173 (SC)