1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  2001 K Street, NW
   Washington, DC  20006-1047
4  Telephone:  (202) 223-7356
   Facsimile:  (202) 204-7356
5  Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
6  Email: cbenson@paulweiss.com

7  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
8  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
9  San Francisco, California 94111
   Telephone:  (415) 788-8200
10 Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
11 Email: jpatchen@tcolaw.com

12 *Attorneys for Plaintiffs Sharp Electronics Corporation,
   Sharp Electronics Manufacturing Company of America, Inc.*
13

14                **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., | Case No. 13-cv-01173-SC Case No. 07-cv-05944-SC MDL No. 1917 |
| Plaintiffs, | |
| v. | |
| HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LP DISPLAYS INTERNATIONAL, LTD.; LG.PHILIPS DISPLAYS HOLDING B.V.; LG.PHILIPS DISPLAYS INTERNATIONAL B.V.; MERIDIAN SOLAR & DISPLAY CO., LTD.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC CONSUMER ELECTRONICS CO.; MT PICTURE DISPLAY CO., LTD.; MATSUSHITA ELECTRONIC CORPORATION (MALAYSIA) SDN BHD.; BEIJING | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS SECOND AMENDED COMPLAINT** <br><br> **CIVIL L.R. 79-5** |

| | |
|---|---|
| 1 | MATSUSHITA COLOR CRT CO., LTD.; PT.MT PICTURE DISPLAY INDONESIA; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD.; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (HONG KONG), LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.; THOMSON SA (N/K/A TECHNICOLOR SA); THOMSON CONSUMER ELECTRONICS, INC. (N/K/A TECHNICOLOR USA, INC.); VIDEOCON INDUSTRIES, LTD.; TECHNOLOGIES DISPLAYS AMERICAS LLC, |
| 11 | Defendants. |

DECLARATION OF CRAIG A. BENSON ISO MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S SECOND AMENDED COMPLAINT. CASE NO. 07-cv-05944 (SC), RELATED TO CASE NO. 13-cv-01173 (SC)

I, Craig A. Benson, hereby declare as follows:

1. I am an active member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia and on March 20, 2013 was granted leave to appear *pro hac vice*. (Dkt. No. 12.) I am associated with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I submit this Declaration in support of Sharp's Administrative Motion to Seal Portions of Plaintiffs' Second Amended Complaint ("Motion"). I have personal knowledge of the facts stated herein and could competently testify to these facts if called as a witness.

2. Portions of Sharp's Second Amended Complaint contain discussion, analysis, references to, or information taken directly from, material designated by a Defendant or Defendants in this matter as "Confidential" or "Highly Confidential" pursuant to the Protective Order applicable in this action. Specifically, portions of paragraphs 194-197, 237, 238, and 257 of Sharp's Second Amended Complaint contain such confidential material.

3. Sharp seeks to submit the above material under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Because the information Sharp seeks to submit under seal has been designated as Confidential or Highly Confidential by another party, Sharp is filing the accompanying Motion, and will be prepared to file an unredacted Second Amended Complaint in the public record if required by Civil Local Rule 79-5(e).

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 13th day of June, 2014 in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson