1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  2001 K Street, NW
   Washington, DC  20006-1047
4  Telephone:  (202) 223-7356
   Facsimile:  (202) 204-7356
5  Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
6  Email: cbenson@paulweiss.com

7  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
8  TAYLOR & COMPANY LAW OFFICES,
   LLP One Ferry Building, Suite 355
9  San Francisco, California 94111
   Telephone:  (415) 788-8200
10 Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
11 Email: jpatchen@tcolaw.com

12 *Attorneys for Plaintiffs Sharp Electronics Corporation,
   Sharp Electronics Manufacturing Company of America, Inc.*
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LP DISPLAYS INTERNATIONAL, LTD.; LG.PHILIPS DISPLAYS HOLDING B.V.; LG.PHILIPS DISPLAYS INTERNATIONAL B.V.; MERIDIAN SOLAR & DISPLAY CO., LTD.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC CONSUMER ELECTRONICS CO.; MT PICTURE DISPLAY CO., LTD.; MATSUSHITA ELECTRONIC CORPORATION | Case No. 13-cv-01173-SC <br> Case No. 07-cv-05944-SC <br> MDL No. 1917 <br><br> **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT** |

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S SECOND AMENDED COMPLAINT.  CASE NO. 07-cv-05944 (SC), RELATED TO CASE NO. 13-cv-01173 (SC)

| | |
|---|---|
| 1 | (MALAYSIA) SDN BHD.; BEIJING MATSUSHITA COLOR CRT CO., LTD.; PT.MT PICTURE DISPLAY INDONESIA; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD.; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (HONG KONG), LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.; THOMSON SA (N/K/A TECHNICOLOR SA); THOMSON CONSUMER ELECTRONICS, INC. (N/K/A TECHNICOLOR USA, INC.); VIDEOCON INDUSTRIES, LTD.; TECHNOLOGIES DISPLAYS AMERICAS LLC,<br><br>Defendants. |

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S SECOND AMENDED COMPLAINT.  CASE NO. 07-cv-05944 (SC), RELATED TO CASE NO. 13-cv-01173 (SC)

1   This matter comes before the Court on the Administrative Motion to Seal Portions of
2   Plaintiffs' Second Amended Complaint ("Motion to Seal").  Having considered Plaintiffs'
3   Motion to Seal, the Declaration of Craig A. Benson in support thereof, and any additional
4   declarations subsequently filed in support of the Motion to Seal, and good cause appearing
5   therefore:
6   The Court hereby GRANTS the motion to seal and orders that the portions of Plaintiffs'
7   Second Amended Complaint identified below are properly sealable and shall be sealed:

| |
|---|
| Portions of ¶¶ 194-197 |
| ¶ 237 |
| ¶ 238 |
| Portions of ¶ 257 |

13  IT IS SO ORDERED.

15  DATED: _____     _____
16                                                                   HONORABLE SAMUEL CONTI
                                                                     UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S SECOND AMENDED
COMPLAINT.  CASE NO. 07-CV-05944 (SC), RELATED TO CASE NO. 13-CV-01173 (SC)