Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7356
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LP DISPLAYS INTERNATIONAL, LTD.; LG.PHILIPS DISPLAYS HOLDING B.V.; LG.PHILIPS DISPLAYS INTERNATIONAL B.V.; MERIDIAN SOLAR & DISPLAY CO., LTD.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC CONSUMER ELECTRONICS CO.; MT PICTURE DISPLAY CO., LTD.; | Case No. 13-cv-01173-SC <br> Case No. 07-cv-05944-SC <br> MDL No. 1917 <br><br><br><br> **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | MATSUSHITA ELECTRONIC CORPORATION (MALAYSIA) SDN BHD.; BEIJING MATSUSHITA COLOR CRT CO., LTD.; PT.MT PICTURE DISPLAY INDONESIA; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI (MALAYSIA) SDN BHD.; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (HONG KONG), LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.; THOMSON SA (N/K/A TECHNICOLOR SA); THOMSON CONSUMER ELECTRONICS, INC. (N/K/A TECHNICOLOR USA, INC.); VIDEOCON INDUSTRIES, LTD.; TECHNOLOGIES DISPLAYS AMERICAS LLC, |
| 12 | Defendants. |

I, Michael Cianfrani, declare that I am a citizen of the United States; I am over the age of 18 years; I am employed by the firm of Taylor & Company Law Offices, LLP, and I am not a party to this action.

I additionally declare that on this date I served true and correct copies of:

- **SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**;
- **ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT**;
- **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS SECOND AMENDED COMPLAINT**; and
- **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

on the following by electronic mail at the addresses listed below:

| | |
|---|---|
| Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP<br>& PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | *malioto@tatp.com*<br>*laurenrussell@tatp.com* |
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* | *guido@saveri.com*<br>*rick@saveri.com*<br>*grushing@saveri.com*<br>*cadio@saveri.com* |

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 | *piovieno@bsfllp.com*<br>*anardacci@bsfllp.com* |
| William A. Isaacson<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, N.W., Suite 800<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br><br>***Liaison Counsel for the Direct Action Plaintiffs and Plaintiffs Electrograph Systems; Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Compucom Systems Inc.; Tweeter Opco, LLC; Schultze Agency Services, LLC on behalf of Tweeter Newco, LLC; ABC Appliance, Inc.; Marta Cooperative of American, Inc., P.C.; Richard & Son Long Island Corporation*** | *wisaacson@bsfllp.com* |
| Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5908<br><br>***California Office of the Attorney General*** | *emilio.varanini@doj.ca.gov* |
| David Michael Kerwin<br>800 Fifth Ave.<br>Ste. 2000<br>Seattle, WA 98104<br>206-464-7030<br><br>***Washington State Attorney General's Office*** | *davidk3@atg.wa.gov* |

- 4 -

CERTIFICATE OF SERVICE

Case No. 13-cv-1173-SC
Master File No. 07-cv-5944, MDL No. 1917

| | | |
|---|---|---|
| 1 | Blake Lee Harrop<br>Chadwick Oliver Brooker<br>100 W. Randolph St.<br>Chicago, IL 60601<br>312-814-1004<br>Fax: 312-814-4209<br><br>***Illinois State Attorney General's Office*** | *bharrop@atg.state.il.us*<br>*cbrooker@atg.state.il.us* |
| 2-4 | | |
| 5-8 | Tim David Nord<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>503-947-4333<br>Fax: 503-378-5017<br><br>***Oregon Department of Justice*** | *tim.d.nord@state.or.us* |
| 9-15 | Jeffrey L. Kessler<br>Eva W. Cole<br>Molly Donovan<br>A. Paul Victor<br>Aldo A. Badini<br>James F. Lerner<br>Jennifer Stewart<br>Sofia Arguello<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4698<br>Facsimile: (212) 294-4700 | *JKessler@winston.com*<br>*EWCole@winston.com*<br>*MMDonovan@winston.com*<br>*PVictor@winston.com*<br>*ABadini@winston.com*<br>*JLerner@winston.com*<br>*JStewart@winston.com*<br>*SArguello@winston.com* |
| 16-21 | David L. Yohai<br>David E. Yolkut<br>Kevin B. Goldstein<br>Adam Hemlock<br>Diana Aguilar<br>Meaghan Thomas-Kennedy<br>WEIL, GOTSHAL, & MANGES, LLP<br>767 Fifth Ave.<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 | *david.yohai@weil.com*<br>*david.yolkut@weil.com*<br>*kevin.goldstein@weil.com*<br>*adam.hemlock@weil.com*<br>*diana.aguilar@weil.com*<br>*meaghan.thomas-kennedy@weil.com* |
| 22-27 | Bambo Obaro<br>WEIL, GOTSHAL, & MANGES, LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>***Counsel for Defendants Panasonic Corporation; Panasonic Corporation of North America; MT Picture Display Co., Ltd.*** | *Bambo.obaro@weil.com* |

- 5 -

CERTIFICATE OF SERVICE

Case No. 13-cv-1173-SC
Master File No. 07-cv-5944, MDL No. 1917

| | |
|---|---|
| Hojoon Hwang<br>Jerome C. Roth<br>Laura K. Sullivan<br>Laura K. Lin<br>MUNGER, TOLLES & OLSON<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 | *Hojoon.Hwang@mto.com*<br>*Jerome.Roth@mto.com*<br>*Laura.sullivan@mto.com*<br>*Laura.lin@mto.com* |
| William D. Temko<br>Jonathan E. Altman<br>Bethany W. Kristovich<br>MUNGER, TOLLES & OLSON<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9266<br>Facsimile: (213) 683-5166<br><br>***Counsel for Defendants LG Electronics, Inc.;<br>LG Electronics USA, Inc.; LG Electronics<br>Taiwan Taipei Co., Ltd.*** | *William.Temko@mto.com*<br>*Jonathan.Altman@mto.com*<br>*Bethany.kristovich@mto.com* |
| John M. Taladay<br>Charles Malaise<br>Erik Koons<br>Joseph Ostoyich<br>BAKER BOTTS L.L.P.<br>The Warner<br>1299 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890<br><br>Jon V. Swenson<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br><br>***Counsel for Defendants Koninklijke Philips<br>Electronics N.V.; Philips Electronics North<br>America Corporation;<br>Philips Electronics Industries (Taiwan), Ltd.;<br>Philips da Amazonia Industria Electronica<br>Ltda.*** | *john.taladay@bakerbotts.com*<br>*charles.malaise@bakerbotts.com*<br>*erik.koons@bakerbotts.com*<br>*joseph.ostoyich@bakerbotts.com*<br><br>*jon.swenson@bakerbotts.com* |

| | |
|---|---|
| CERTIFICATE OF SERVICE | Case No. 13-cv-1173-SC<br>Master File No. 07-cv-5944, MDL No. 1917 |

| | |
|---|---|
| Joseph R. Tiffany, II<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4644<br>Facsimile: (650) 233-4545<br><br>***Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.*** | *joseph.tiffany@pillsburylaw.com* |
| Joel S. Sanders<br>Rachel S. Brass<br>Austin V. Schwing<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>***Counsel for Defendants Chunghwa Picture Tubes, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; and Tatung Company of America*** | *jsanders@gibsondunn.com*<br>*rbrass@gibsondunn.com*<br>*aschwing@gibsondunn.com* |
| Christine Laciak<br>Richard Snyder<br>Terry Calvani<br>Bruce C. McCulloch<br>Craig Minerva<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>701 Pennsylvania Ave., NW Suite 6000<br>Washington D.C. 20004-2692<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br><br>***Counsel for Defendants Beijing- Matsushita Color CRT Co., Ltd.*** | *christine.laciak@freshfields.com*<br>*richard.snyder@freshfields.com*<br>*terry.calvani@freshfields.com*<br>*bruce.mcculloch@freshfields.com*<br>*craig.minerva@freshfields.com* |

| | |
|---|---|
| Lucius B. Lau<br>Dana E. Foster<br>Jeremy K. Ostrander<br>Aya Kobori<br>Tsung-Hui (Danny) Wu<br>WHITE & CASE LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Telephone: (202) 626-3656<br>Facsimile: (202) 639-9355 | *alau@whitecase.com*<br>*defoster@whitecase.com*<br>*jostrander@whitecase.com*<br>*akobori@whitecase.com*<br>*twu@whitecase.com* |
| William H. Bave, III<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-2673<br><br>***Counsel for Defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc.*** | *wbave@whitecase.com* |
| Eliot A. Adelson<br>James Maxwell Cooper<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik, P.C.<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>***Counsel for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Asia, Ltd.; Hitachi America, Ltd.; Hitachi Electronic Devices (USA), Inc.; FRESHShenzhen SEG Hitachi Color Display Devices, Ltd.*** | *eadelson@kirkland.com*<br>*max.cooper@kirkland.com*<br><br><br><br><br><br><br>*jmutchnik@kirkland.com*<br>*kate.wheaton@kirkland.com* |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Michael R. Lazerwitz<br>CLEARY GOTTLIEG STEEN &<br>HAMPTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br><br>***Counsel for Defendant LP Displays International, Ltd.*** | *mlazerwitz@cgsh.com* |
| 6<br>7<br>8<br>9<br>10 | Michael Tubach<br>Ian Simmons<br>Benjamin G. Bradshaw<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br><br>***Counsel for Defendants Samsung Electronics America, Inc.; Samsung Electronics Co., Ltd.*** | *mtubach@omm.com*<br>*isimmons@omm.com*<br>*bbradshaw@omm.com* |
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | James L. McGinnis<br>Michael Scarborough<br>Gary L. Halling<br>Tyler Cunningham<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br><br>***Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI Mexico S.A. de C. V; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) Sdn. Bhd.*** | *jmcginnis@sheppardmullin.com*<br>*mscarborough@sheppardmullin.com*<br>*ghalling@sheppardmullin.com*<br>*tcunningham@sheppardmullin.com* |

19
20
21
22
23
24
25
26
27
28

- 9 -

| | |
|---|---|
| Calvin L. Litsey<br>FAEGRE BAKER DANIELS LLP<br>1950 University Ave, Suite 450<br>East Palo Alto, CA 94303<br>Telephone: (650) 324-6700<br>Facsimile: (650) 324-6701 | *calvin.litsey@faegrebd.com* |
| Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 | *kathy.osborn@faegrebd.com*<br>*ryan.hurley@faegrebd.com* |
| Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600 | *jeff.roberts@faegrebd.com* |
| Stephen Judge<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, Indiana 46601<br>Telephone: (574) 234-4149<br>Facsimile: (574) 239-1900<br><br>***Counsel for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*** | *steve.judge@FaegreBD.com* |
| Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE SANDERS (US) LLP<br>275 Battery Street<br>Suite 2600<br>San Francisco, CA 94111<br>415-954-0200<br>Fax: 415-393-9887<br><br>***Counsel for Defendant Technologies Displays Americas LLC*** | *mark.dosker@squiresanders.com*<br>*nathan.lane@squiresanders.com* |

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 13th day of June, 2014 in San Francisco, California.

*/s/ Michael Cianfrani*

Michael Cianfrani

- 10 -

CERTIFICATE OF SERVICE

Case No. 13-cv-1173-SC
Master File No. 07-cv-5944, MDL No. 1917