| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | GARY L. HALLING, Cal. Bar No. 66087 |
| 3 | JAMES L. McGINNIS, Cal. Bar No. 95788 |
|   | MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524 |
| 4 | TYLER M. CUNNINGHAM, Cal. Bar No. 243694 |
|   | Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California  94111-4106 |
|   | Telephone:     415-434-9100 |
| 6 | Facsimile:      415-434-3947 |
|   | E-mail:          ghalling@sheppardmullin.com |
| 7 |                       jmcginnis@sheppardmullin.com |
|   |                       mscarborough@sheppardmullin.com |
| 8 |                       tcunningham@sheppardmullin.com |

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. AND
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
| | MDL No. 1917 |
| | Individual Case No. 13-cv-1173 (SC) |
| This Document Relates to: | **DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| SHARP ELECTRONICS CORP., | |
| Plaintiff, | [Samsung SDI Defendants] |
| v. | |
| HITACHI, LTD., et al., | |
| Defendants. | |

I, TYLER M. CUNNINGHAM, declare as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.'s (together, "Sharp") Administrative Motion to Seal Portions of Plaintiffs' Second Amended Complaint (Dkt. No. 2622) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) (the "Protective Order").

3. On June 13, 2014, Sharp filed the Motion to Seal requesting that the Court maintain under seal portions of Sharp's concurrently lodged Second Amended Complaint ("Second Amended Complaint"). I have reviewed the portions of Sharp's Second Amended Complaint sought to be maintained under seal.

4. Pursuant to Civil Local Rules 7-11 and 79-5, this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal portions of the Second Amended Complaint that quote from, describe, or otherwise summarize documents and/or information that SDI has designated as "Confidential" or "Highly Confidential."

5. Upon information and belief, the following paragraphs of Sharp's Second Amended Complaint quote from, describe or otherwise summarize documents or information that

1 SDI has designated as "Confidential" or "Highly Confidential:" 194, 196, 237 and 238.

2       6.      The documents or information quoted from, described, or otherwise
3 summarized in Sharp's Second Amended Complaint consist of, cite to, or identify confidential,
4 nonpublic, proprietary and highly sensitive business information about SDI's market analyses,
5 business practices, internal practices or competitive positions.  I am informed and believe that this
6 is sensitive information, and public disclosure of this information presents a risk of undermining
7 SDI's business relationships, would cause it harm with respect to its competitors or customers, or
8 would put SDI at a competitive disadvantage.

9       7.      The Court has previously sealed paragraphs in Sharp's Amended Complaint
10 which are substantially identical to the portions of Sharp's Second Amended Complaint that SDI
11 seeks to seal here.  *See* Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First
12 Amended Complaint (Dkt. No. 2211).

13       8.      Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Protective Order,
14 for the reasons stated above, SDI requests that the Court maintain under seal the portions of
15 Sharp's Amended Complaint paragraphs 194, 196, 237 and 238 that quote from, describe or
16 otherwise summarize documents and/or information that SDI has designated as "Confidential" or
17 "Highly Confidential."

19       I declare under penalty of perjury of the laws of the United States that the foregoing
20 is true and correct.

22       Executed on June 17, 2014 at San Francisco, California.

24                  */s/ Tyler M. Cunningham*
25                  TYLER M. CUNNINGHAM