Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7356
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES,
LLP One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LP DISPLAYS INTERNATIONAL, LTD.; LG.PHILIPS DISPLAYS HOLDING B.V.; LG.PHILIPS DISPLAYS INTERNATIONAL B.V.; MERIDIAN SOLAR & DISPLAY CO., LTD.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC CONSUMER ELECTRONICS CO.; MT PICTURE DISPLAY CO., LTD.; MATSUSHITA ELECTRONIC CORPORATION | Case No. 13-cv-01173-SC <br> Case No. 07-cv-05944-SC <br> MDL No. 1917 <br><br> **[PROPOSED]** ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT |

1  (MALAYSIA) SDN BHD.; BEIJING
MATSUSHITA COLOR CRT CO., LTD.; PT.MT
2  PICTURE DISPLAY INDONESIA; SAMSUNG
SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.;
3  SAMSUNG SDI (MALAYSIA) SDN BHD.;
SAMSUNG SDI MEXICO S.A. DE C.V.;
4  SAMSUNG SDI BRASIL LTDA.; SHENZHEN
SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG
5  SDI CO., LTD.; SAMSUNG SDI (HONG KONG),
LTD.; TOSHIBA CORPORATION; TOSHIBA
6  AMERICA, INC.; TOSHIBA AMERICA
CONSUMER PRODUCTS LLC; TOSHIBA
7  AMERICA ELECTRONIC COMPONENTS, INC.;
TOSHIBA AMERICA INFORMATION
8  SYSTEMS, INC.; TOSHIBA DISPLAY DEVICES
(THAILAND) COMPANY, LTD.; THOMSON SA
9  (N/K/A TECHNICOLOR SA); THOMSON
CONSUMER ELECTRONICS, INC. (N/K/A
10  TECHNICOLOR USA, INC.); VIDEOCON
INDUSTRIES, LTD.; TECHNOLOGIES
11  DISPLAYS AMERICAS LLC,

12  Defendants.

1   This matter comes before the Court on the Administrative Motion to Seal Portions of

2   Plaintiffs' Second Amended Complaint ("Motion to Seal").  Having considered Plaintiffs'

3   Motion to Seal, the Declaration of Craig A. Benson in support thereof, and any additional

4   declarations subsequently filed in support of the Motion to Seal, and good cause appearing

5   therefore:

6   The Court hereby GRANTS the motion to seal and orders that the portions of Plaintiffs'

7   Second Amended Complaint identified below are properly sealable and shall be sealed:

8

9   | Portions of ¶¶ 194-197 |
    | --- |
    | ¶ 237 |
    | ¶ 238 |
    | Portions of ¶ 257 |

13  IT IS SO ORDERED.

14

15  DATED: _____06/17/2014_____     _____

16                                        UNITED STATES DISTRICT JUDGE

17                                        Judge Samuel Conti

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL PORTIONS OF SHARP'S SECOND AMENDED
COMPLAINT. CASE NO. 07-CV-05944 (SC), RELATED TO CASE NO. 13-CV-01173 (SC)