William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Counsel for P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF   P.C. RICHARD & SON LONG ISLAND CORPORATION'S, MARTA COOPERATIVE OF AMERICA, INC.'S, AND ABC APPLIANCE, INC.'S OPPOSITION TO TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENTS** |
| This document relates to:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648-SC | |

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TOSHIBA'S MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENTS

Master File No. 3:07-5944-SC
MDL No. 1917

I, **PHILIP J. IOVIENO**, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel for several of the Direct Action Plaintiffs in this matter, including P.C. Richard & Song Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc., and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court.

2. Attached hereto as Exhibit 1 is a true and correct copy of *Sun Microsystems Inc. v. Hynix Semiconductor, Inc.*, No. 06-cv-1665, Dkt. 304, slip op. (N.D. Cal. Jan. 25, 2008).

3. Attached hereto as Exhibit 2 is a true and correct copy of a press release titled "The US$2.7 Billion Difference: Toshiba and White & Case Collaborate on Novel Strategy That Pays Off," dated 2012, and obtained from the following URL:

http://annualreview2012.whitecase.com/toshiba.htm.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June, 2014, at Albany, New York.

*/s/ Philip J. Iovieno*

Philip J. Iovieno

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TOSHIBA'S MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENTS

- 1 -

Master File No. 3:07-5944-SC
MDL No. 1917