# Exhibit 1

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS INC., ET AL. v. HYNIX SEMICONDUCTOR, INC., ET AL., (Case No. C-06-01665 PJH (Consolidated)) | Case No. C-06-01665 PJH (JCS)(Consolidated)<br>Case No. C-06-02915 PJH (JCS)<br>Case No. C-07-01200 PJH (JCS)<br>Case No. C-07-01207 PJH (JCS) |
| UNISYS CORPORATION v. HYNIX SEMICONDUCTOR, INC., ET AL. (Case No. C-06-02915 PJH) | Case No. C-07-01212 PJH (JCS)<br>Case No. C-07-01381 PJH (JCS) |
| ALL AMERICAN SEMICONDUCTOR, INC. v. HYNIX SEMICONDUCTOR, INC., ET AL. (Case No. C-07-01200 PJH) | **ORDER RE JOINT LETTER OF DECEMBER 28, 2007** |
| EDGE ELECTRONICS, INC., v. HYNIX SEMICONDUCTOR, INC., ET AL. (Case No. C-07-01207 PJH) | **Docket Numbers:** **256** (C-06-01665)<br>**177** (C-06-02915)<br>**126** (C-07-01200)<br>**130** (C-06-01207)<br>**127** (C-07-01212)<br>**212** (C-07-01381) |
| JACO ELECTRONICS, INC., v. HYNIX SEMICONDUCTOR, INC., ET AL. (Case No. C-07-01212 PJH) | |
| DRAM CLAIMS LIQUIDATION TRUST, BY ITS TRUSTEE WELLS FARGO BANK, N.A. v. HYNIX SEMICONDUCTOR, INC., ET AL. (Case No. C-07-01381 PJH) / | |

Defendants and Plaintiffs in these cases submitted a joint letter dated December 28, 2007, regarding settlement agreements (the "motion"). The motion came on for hearing on January 25, 2008, at 9:30 a.m. The following counsel appeared: David Cross, Jerome Murphy, and Kerry Malloy (Sun/Unisys); James McCarthy (DRAM Liquidation Trust); Joshua Hess (Micron); Steven Bergman (Hynix); Harrison Frahn IV and Jason Bussey (Elpida); Julian Brew (Infineon); Eva Chan (NEC Electronics America/NEC); and Howard Ullman (Nanya). For the reasons stated on the record and good cause appearing, IT IS HEREBY ORDERED:

1. After the filing of any motion for summary judgment in which the testimony or declaration of any employee or former employee of a settling defendant is cited, any

1     party may apply to the undersigned for the disclosure of settlement agreements
2     entered into between the plaintiff and the relevant settling defendant in such an
3     action. The Court will consider such applications on an expedited basis. Application
4     for disclosure of the relevant settlement agreements may be made by a two-page
5     letter. Oppositions shall be due within forty-eight (48) hours and will also consist of
6     a two-page letter. The parties are directed to meet and confer in advance of such an
7     application in an effort to resolve the dispute.

8   2.   In each of these cases, thirty (30) days before the pretrial conference statement is due,
9     plaintiff shall produce to defense counsel all settlement agreements between plaintiff
10     and any settling defendant in such action.

11   3.   All settlement agreements produced pursuant to this Order shall be produced on an
12     "attorneys' eyes only" basis under the Protective Order in this matter.

13   IT IS SO ORDERED.

15   Dated: January 25, 2008

                              JOSEPH C. SPERO
                              United States Magistrate Judge

**United States District Court**
For the Northern District of California