GUIDO SAVERI (22349)
 *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
 *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
 *grushing@saveri.com*
CADIO ZIRPOLI (179108)
 *cadio@saveri.com*
TRAVIS L. MANFREDI (281779)
 *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE OF SUMMONS ON TECHNOLOGIES DISPLAYS AMERICAS LLC** |
| *Crago d/b/a Dash Computers, Inc. et al. v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-2058 | Judge: Hon. Samuel Conti |

| Attorney or Party without Attorney:<br>TRAVIS L. MANFREDI, ESQ.# 281779<br>SAVERI & SAVERI, INC.<br>706 SANSOME STREET<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-217-6810<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California San Francisco Division | | | | |
| Plaintiff: CRAGO, ETC., ET AL. | | | | |
| Defendant: MITSUBISHI ELECTRIC CORPORATION, ET AL. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>14-CV-2058 SC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; First Amended Direct Purchaser Plaintiffs' Class Action Complaint Against Mitsubishi And Thomson; Ecf Registration Information Handout; Welcome To The U.S. District Court, San Francisco Office Hours: 9:00 A.M. To 4:00 P.M.; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Stipulated Protective Order; Order Setting Initial Case Management Conference And Adr Deadlines; Order Appointing Special Master For Discovery; Affidavit Of Vaughn R Walker Regarding Proposed Appointment As Discovery Master; Pretrial Order No. 1

3. a. Party served:   TECHNOLOGIES DISPLAYS AMERICAS LLC (F/K/A THOMSON DISPLAYS AMERICAS LLC)
   b. Person served:   JANE SHEFFER, PROCESS SPECIALIST, AGENT FOR SERVICE

4. Address where the party was served:   2140 S. DUPONY HIGHWAY
   CAMDEN, DE 19934

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Jun. 05, 2014 (2) at: 3:13PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LORI MILLAR
   d. The Fee for Service was:

   
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax            (213) 250-1197
   www.firstlegalnetwork.com

   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Jun. 06, 2014

   (LORI MILLAR)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

7045111   .savsa-sf.621752