1  GUIDO SAVERI (22349)
       *guido@saveri.com*
2  R. ALEXANDER SAVERI (173102)
       *rick@saveri.com*
3  GEOFFREY C. RUSHING (126910)
       *grushing@saveri.com*
4  CADIO ZIRPOLI (179108)
       *cadio@saveri.com*
5  TRAVIS L. MANFREDI (281779)
       *travis@saveri.com*
6  SAVERI & SAVERI, INC.
7  706 Sansome Street
   San Francisco, CA 94111
8  Telephone: (415) 217-6810
   Facsimile: (415) 217-6813
9

10 *Interim Lead Counsel for the
   Direct Purchaser Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
|  | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE OF SUMMONS ON MITSUBISHI ELECTRIC US, INC.** |
| *Crago d/b/a Dash Computers, Inc. et al. v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-2058 | Judge: Hon. Samuel Conti |

Civil Action No. 14-CV-2058 SC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mitsubishi Electric US, Inc.
was received by me on *(date)* June 18, 2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jan Lapinid CT Corp., 818 W. Seventh St., Los Angeles, CA 90017 , who is designated by law to accept service of process on behalf of *(name of organization)* Mitsubishi Electric US, Inc. on *(date)* June 18, 2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/18/14

Server's signature

DAVID SADLER
Printed name and title

128 N. Fair Oaks Avenue, Pasadena, CA 91103

Server's address

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED:
First Amended Direct Purchaser Plaintiffs' Class Action Complaint Against Mitsubishi and Thomson (Redacted version); Civil Cover Sheet; ECF Registration Handout; Welcome to the U.S. District Court Handout; Notice of Availability of Magistrate Statements; Stipulated Protective Order in MDL 1917 (Dkt. No. 306); Order Appointing Special Master for Discovery; Pretrial Order No. 1; Order Granting Motion to Seal; and Order Setting Initial Case Management Conference and ADR Deadlines.