GUIDO SAVERI (22349)
   *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
   *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
   *grushing@saveri.com*
CADIO ZIRPOLI (179108)
   *cadio@saveri.com*
TRAVIS L. MANFREDI (281779)
   *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE OF SUMMONS ON MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC.** |
| *Crago d/b/a Dash Computers, Inc. et al. v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-2058 | Judge: Hon. Samuel Conti |

Civil Action No. 14-CV-2058 SC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mitsubishi Electric Visual Solutions America, Inc.
was received by me on *(date)* June 18, 2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jan Lapinid CT Corp., 818 W. Seventh St., Los Angeles, CA 90017, who is designated by law to accept service of process on behalf of *(name of organization)* Mitsubishi Electric Visual Solutions America, Inc. on *(date)* June 18, 2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/18/14

Server's signature

DAVID SADLER
*Printed name and title*

128 N. Fair Oaks Avenue, Pasadena, CA 91103
*Server's address*

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED:
First Amended Direct Purchaser Plaintiffs' Class Action Complaint Against Mitsubishi and Thomson (Redacted version); Civil Cover Sheet; ECF Registration Handout; Welcome to the U.S. District Court Handout; Notice of Availability of Magistrate Statements; Stipulated Protective Order in MDL 1917 (Dkt. No. 306); Order Appointing Special Master for Discovery; Pretrial Order No. 1; Order Granting Motion to Seal; and Order Setting Initial Case Management Conference and ADR Deadlines.