Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
        aheaven@crowell.com

*Counsel for Plaintiffs Target Corp.
and ViewSonic Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C-07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Target Corp. v. Chunghwa Picture Tubes Ltd., et al.*, No. 3:11-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 3:13-cv-05686-SC<br><br>*Viewsonic Corp.v. Chunghwa Picture Tubes Ltd., et al.*, No. 3:14-cv-02510-SC | **NOTICE OF APPEARANCE BY ROBERT B. MCNARY** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Robert B. McNary of Crowell & Moring LLP hereby appears as counsel on behalf of Target Corporation ("Target") and ViewSonic Corporation ("ViewSonic") in the above-captioned actions. Target and ViewSonic respectfully request that all

pleadings and other documents be served upon Robert B. McNary using the contact information set forth below.

>Robert B. McNary (CA Bar No. 253745)
>CROWELL & MORING LLP
>515 South Flower St., 40th Floor
>Los Angeles, CA 90071
>Telephone:  213-443-5582
>Facsimile:  213-622-2690
>Email: rmcnary@crowell.com

Dated:  June 19, 2014                    Respectfully submitted,

>_____*/s/ Robert B. McNary*_____
>
>Jason C. Murray (CA Bar No. 169806)
>Robert B. McNary (CA Bar No. 253745)
>CROWELL & MORING LLP
>515 South Flower St., 40th Floor
>Los Angeles, CA 90071
>Telephone:  213-443-5582
>Facsimile:  213-622-2690
>Email: jmurray@crowell.com
>          rmcnary@crowell.com
>
>Jerome A. Murphy (*pro hac vice*)
>Astor H.L. Heaven (*pro hac vice*)
>CROWELL & MORING LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>Telephone:  202-624-2500
>Facsimile:  202-628-5116
>E-mail:  jmurphy@crowell.com
>            aheaven@crowell.com
>
>*Counsel for Target Corporation and ViewSonic Corporation*