Norman T. Finkel
Richard M. Goldwasser
SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC
222 South Riverside Plaza, Suite 2100
Chicago, IL  60606
Telephone:  (312) 648-2300
Facsimile:   (312) 648-1212
Email:  Norm.Finkel.@sfnr.com
Email:  Richard.Goldwasser@sfnr.com

*Counsel for Dr. Alan S. Frankel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION )  )  )  ) | Case No. CV-07-5944-SC  MDL No. 1917 |
| This Document Relates to:  )  ) | **NOTICE OF APPEARANCE** |
| CERTAIN DIRECT ACTION PLAINTIFF ACTIONS )  )  )  )  )  ) | Judge:  The Honorable Samuel Conti |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Norman T. Finkel of the law firm Schoenberg, Finkel, Newman & Rosenberg, LLC, located at 222 South Riverside Plaza, Suite 2100, Chicago, Illinois 60606, hereby appears as attorney of record on behalf of Discovery Respondent Dr. Alan S. Frankel in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

Dated: June 20, 2014                     /s/ Norman T. Finkel

Norman T. Finkel
Richard M. Goldwasser
**SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC**
222 South Riverside Plaza, Suite 2100
Chicago, IL  60606
Telephone:  (312) 648-2300
Facsimile:  (312) 648-1212
Email:  Norm.Finkel.@sfnr.com
Email:  Richard.Goldwasser@sfnr.com

*Counsel for Dr. Alan S. Frankel*

NOTICE OF APPEARANCE                     1                     CASE NO. CV-07-5944-SC
                                                               MDL NO. 1917

**CERTIFICATE OF SERVICE**

I, Norman T. Finkel, an attorney, certifies that on June 20, 2014, I caused a true and correct copy of the attached *Notice of Appearance* to be served on all counsel of record via the electronic case filing system (CM/ECF).

/s/ Norman T. Finkel