DILLINGHAM & MURPHY, LLP
ARTHUR S. GAUS  (SBN: 289560)
601 California Street, Suite 1900
San Francisco, California  94108
Telephone:     +1 415 397-2700
Facsimile:      +1 415 397-3300
asg@dillinghammurphy.com

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO

| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:  Individual Case No. 3:13-cv-05262-SC<br><br>SEARS, ROEBUCK and CO. and KMART CORP.,<br><br>          Plaintiffs,<br>     v.<br>TECHNICOLOR SA, et al.,<br>          Defendants. | **NOTICE OF APPEARANCE OF ARTHUR S. GAUS ON BEHALF OF DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS, LLC.** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Arthur S. Gaus hereby enters his appearance as counsel of record for Defendant TECHNOLOGIES DISPLAYS AMERICAS, LLC, Inc.

Copies of all pleading papers and notices that are to be mail served, if any, should be mailed as follows:

1        Dillingham & Murphy, LLP
        Arthur Gaus SBN: 289560
2        601 California Street, Suite 1900
        San Francisco, California  94108
3        Telephone:  +1 415 397-2700
        Facsimile:  +1 415 397-3300
4        Email:  asg@dillinghammurphy.com

5

6

7

8 DATED: June 20, 2014              DILLINGHAM & MURPHY
                                           ARTHUR S. GAUS

9

10                                      By:_____
                                       TECHNOLOGIES DISPLAYS AMERICAS, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF ARTHUR S. GAUS ON BEHALF OF DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS, LLC