1  CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
   ELLEN TOBIN (New York State Bar No. 4440814) *Pro Hac Vice Admissions pending*
2  101 Park Avenue
   New York, New York 10178
3  Telephone: +1 212 696-6000
   Facsimile: +1 212 697-1559
4  etobin@curtis.com

5  DILLINGHAM & MURPHY, LLP
   ARTHUR GAUS  SBN: 289560
6  asg@dillinghammurphy.com
   601 California Street, Suite 1900
7  San Francisco, California  94108
   Telephone:     +1 415 397-2700
8  Facsimile:     +1 415 397-3300

9   Attorneys for Defendant
    TECHNOLOGIES DISPLAYS AMERICAS, LLC
10

11

12           UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT – SAN FRANCISCO

14

| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:  Individual Case No. 3:13-cv-05262-SC | **NOTICE OF APPEARANCE OF ELLEN TOBIN ON BEHALF OF DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS, LLC** |
| SEARS, ROEBUCK and CO. and KMART CORP., | |
| Plaintiffs, | |
| v. | |
| TECHNICOLOR SA, et al., | |
| Defendants. | |

23  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

24        PLEASE TAKE NOTICE that Ellen Tobin hereby enters her appearance as counsel of

25  record for Defendant TECHNOLOGIES DISPLAYS AMERICAS, LLC, Inc.

26        Copies of all pleading papers and notices that are to be mail served, if any, should be

27  mailed as follows:

28

---

Page 1 Case No. 07-cv-05944-SC, MDL No. 1917; Individual Case No. 3:13-cv-05262-SC
NOTICE OF APPEARANCE OF ELLEN TOBIN ON BEHALF OF DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS, LLC

|   |   |
|---|---|
| | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>Ellen Tobin<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: +1 212 696-6000<br>Facsimile: +1 212 697-1559<br>etobin@curtis.com |

DATED:  June 20, 2014           Respectfully submitted,

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

_/s/_____
Ellen Tobin
101 Park Avenue
New York, New York 10178
Telephone: +1 212 696-6000
Facsimile: +1 212 697-1559
Email: etobin@curtis.com
*Pro Hac Vice Admissions pending*


DILLINGHAM & MURPHY, LLP


_/s/_____
ARTHUR S. GAUS ESQ.
601 California Street, Suite 1900
San Francisco, California  94108
Telephone:   +1 415 397-2700
Facsimile:    +1 415 397-3300
Email: asg@dillinghammurphy.com

Attorneys for Defendant Technologies
Displays Americas, LLC