1    CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
     ELLEN TOBIN (New York State Bar No. 4440814) *Pro Hac Vice Admissions pending*
2    101 Park Avenue
     New York, New York 10178
3    Telephone: +1 212 696-6000
     Facsimile: +1 212 697-1559
4    etobin@curtis.com

5    DILLINGHAM & MURPHY, LLP
     ARTHUR GAUS  SBN: 289560
6    asg@dillinghammurphy.com
     601 California Street, Suite 1900
7    San Francisco, California  94108
     Telephone:    +1 415 397-2700
8    Facsimile:    +1 415 397-3300

9      Attorneys for Defendant
       TECHNOLOGIES DISPLAYS AMERICAS, LLC

10

11

12                        UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT – SAN FRANCISCO

14   | **In re CATHODE RAY TUBE (CRT)** | Case No. 07-cv-05944 SC |
     | **ANTITRUST LITIGATION** | MDL No. 1917 |
15

16   This Document Relates to:  Individual Case      **NOTICE OF APPEARANCE OF ELLEN**
     No. 3:13-cv-05726-SC                            **TOBIN ON BEHALF OF DEFENDANT**
17                                                   **TECHNOLOGIES DISPLAYS**
     SEARS, ROEBUCK and CO. and KMART               **AMERICAS, LLC**
18   CORP.,

19                 Plaintiffs,
            v.
20   TECHNICOLOR SA, et al.,

21                 Defendants.

22

23   TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

24          PLEASE TAKE NOTICE that Ellen Tobin hereby enters her appearance as counsel of

25   record for Defendant TECHNOLOGIES DISPLAYS AMERICAS, LLC, Inc.

26          Copies of all pleading papers and notices that are to be mail served, if any, should be

27   mailed as follows:

28

1

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
Ellen Tobin

2

101 Park Avenue
New York, New York 10178

3

Telephone: +1 212 696-6000
Facsimile: +1 212 697-1559

4

etobin@curtis.com

5

6    DATED:    June 20, 2014                        Respectfully submitted,

7                                                   CURTIS, MALLET-PREVOST,
                                                    COLT & MOSLE LLP

8

9                                                   _/s/_____
                                                    Ellen Tobin

10                                                  101 Park Avenue
                                                    New York, New York 10178
                                                    Telephone: +1 212 696-6000

11                                                  Facsimile: +1 212 697-1559
                                                    Email: etobin@curtis.com

12                                                  *Pro Hac Vice Admissions pending*

13

14                                                  DILLINGHAM & MURPHY, LLP

15

16                                                  _/s/_____
                                                    ARTHUR S. GAUS ESQ.

17                                                  601 California Street, Suite 1900
                                                    San Francisco, California  94108
                                                    Telephone:    +1 415 397-2700

18                                                  Facsimile:    +1 415 397-3300
                                                    Email: asg@dillinghammurphy.com

19

20                                                  Attorneys for Defendant Technologies
                                                    Displays Americas, LLC

21

22

23

24

25

26

27

28