| | |
|---|---|
| Calvin L. Litsey (SBN 289659)<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA  94303-2279<br>Telephone: +1 650-324-6700<br>Facsimile: +1 650-324-6701<br>calvin.litsey@FaegreBD.com | Jeffrey S. Roberts (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>1700 Lincoln Street, Suite 3200<br>Denver, CO  80203<br>Telephone: +1 303-607-3500<br>Facsimile: +1 303-607-3600<br>jeff.roberts@FaegreBD.com |
| Kathy L. Osborn (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>Telephone: +1 317-237-0300<br>Facsimile: +1 317-237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com | Stephen M. Judge (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN  46601<br>Telephone: +1 574-234-4149<br>Facsimile: +1 574-239-1900<br>steve.judge@FaegreBD.com |

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*<br><br>*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*<br><br>*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;* | **NOTICE OF APPEARANCE BY KATHY L. OSBORN** |

*Crago d/b/a Dash Computers, Inc., et al. v. Technicolor SA, et al.*, No. 14-cv-02058;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725;

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173.

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Kathy L. Osborn of Faegre Baker Daniels LLP hereby appears in this actions as counsel on behalf of Defendants Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) and Technicolor SA (f/k/a Thomson SA). Thomson Consumer Electronics, Inc. and Thomson SA respectfully request that all pleadings and other documents be served upon Kathy L. Osborn using the contact information set forth herein.

Dated: June 23, 2014

Respectfully submitted,

*/s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***