UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| | Individual Case No. 14-CV-02510 |
| This Document Relates to:<br><br>VIEWSONIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>Defendants. | [PROPOSED] **ORDER REGARDING SCHEDULING IN *VIEWSONIC* ACTION** |

1    Plaintiff Viewsonic Corporation filed an action in this Court on May 30, 2014,
2    which was deemed related to MDL No. 1917 on June 4, 2014.  **IT IS HEREBY ORDERED** as
3    follows:
4    (1) the *Viewsonic* action is not subject to the case schedule for MDL No. 1917 set
5    forth in the Court's March 21, 2014 Order Regarding Scheduling (Dkt. No. 2459); and
6    (2) the parties to *Viewsonic* shall appear for a status conference on _____ at
7    ____.  The parties shall file a joint status statement regarding appropriate case management
8    deadlines for *Viewsonic* on or before _____.
9    [or, alternatively]
10   (2) the parties shall promptly meet and confer and file a joint statement on or before
11   _____ regarding appropriate case management deadlines for *Viewsonic*.
12
13   **IT IS SO ORDERED.**
14
15   Dated: _____          _____
16                                         HONORABLE SAMUEL CONTI
                                           UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28