| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Jeffrey M. Judd (SBN 136358) <br> JUDD LAW GROUP LLP <br> 222 Sutter Street, Suite 600 <br> San Francisco, CA 94108 <br> ATTORNEY FOR LIEN CLAIMANT: YRC Inc. | TELEPHONE NO.: <br> 415.597.5500 | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT: US District Court, Northern District of California <br> STREET ADDRESS: San Francisco Courthouse, Courtroom 1 - 17th Floor <br> MAILING ADDRESS: 450 Golden Gate Avenue <br> CITY AND ZIP CODE: San Francisco, CA 94102 <br> BRANCH NAME: San Francisco Courthouse | | |
| PLAINTIFF: In Re: Cathcode Ray Tube (CRT) Antitrust Litigation <br><br> DEFENDANT: | | |
| **NOTICE OF LIEN** <br> (Attachment—Enforcement of Judgment) | CASE NUMBER: <br> 3:07-cv-05944-SC   MDL No. 1917 | |

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☑ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☑ money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court (specify): District Court, Johnson County, Kansas
   b. Name of case (specify): YRC Inc. v. Electrograph Systems and Electrograph Technologies
   c. Number of case (specify): 09CV08521
   d. ☑ Date of entry of judgment (specify): 02/08/2011
   e. ☐ Dates of renewal of judgment (specify):
4. The name and address of the judgment creditor or person who obtained the right to attach order are (specify):
   YRC Inc., 10990 Roe Avenue, Overland Park, Kansas  66211
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are (specify):
   Electrograph Systems, Inc., 50 Marcus Blvd., Hauppauge, NY  11788
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 252,890 to date
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

**NOTICE**  The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: June 17, 2014

Jeffrey M. Judd
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

YRC INC., )
)
　　　　Plaintiff, )
) Case No.: 09-CV08521
v. ) Court No.: 7
) 　　Chapter 60
ELECTROGRAPH SYSTEMS, INC. and )
ELECTROGRAPH TECHNOLOGIES CORP. )
)
　　　　Defendants. )

## STIPULATED AND CONSENT JUDGMENT

NOW on this ___ day of ~~January~~ February, 2011, the above-captioned matter comes before the Court. The plaintiff, YRC Inc. ("Plaintiff") stipulates by its attorney Corey Mertes of Shapiro & McMullen, P.A. The defendants Electrograph Systems, Inc. and Electrograph Technologies Corp. ("Defendants") stipulate by their attorney, Kevin Wait of Hubbard, Ruzicka, Kreamer & Kincaid, L.C.

The parties hereby stipulate and consent to this Judgment and to the entry of this Judgment herein.

IT IS ORDERED, ADJUDGED AND DECREED that:

1. The stipulation and consent of the parties as shown by this Judgment is approved.

2. Judgment is entered in favor of Plaintiff YRC Inc. and against Defendants Electrograph Systems, Inc. and Electrograph Technologies Corp., jointly and severally, in the principal sum of $190,000 plus 10% interest per year as calculated pursuant to the terms of that certain promissory note issued by Defendants to Plaintiff and dated January

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS.

2011 FEB -8 PM 1:41

24, 2011 (the "Promissory Note"). Together, the principal amount plus interest described in this paragraph will be referred to herein as the "Settlement Amount."

3. Defendants shall pay the Settlement Amount to Plaintiff in accordance with the terms of the Promissory Note and that certain Confidential Settlement Agreement and Mutual Limited Releases entered into between the parties and dated January 24, 2011 (the "Settlement Agreement"). The Promissory Note and the Settlement Agreement are incorporated by reference as if fully set forth herein, and are hereby adopted as orders of the Court.

4. In the event Defendants fail to pay the Settlement Amount in accordance with the terms of the Promissory Note, the Settlement Agreement and this Judgment, the entire Settlement Amount, less any amounts paid by Defendants to Plaintiff, shall become immediately due and Plaintiff shall be entitled to immediately execute on this Judgment.

5. In the event of either Defendant's dissolution, or in the event that either Defendant voluntarily files a Petition under the federal Bankruptcy Act, as amended, or under any state insolvency statute, or in the event an involuntary Petition under any such law is filed against either Defendant and not dismissed or stayed within sixty days following the filing of such Petition, the entire amount still owed (with credit given for any payments made pursuant to this Judgment, the Settlement Agreement and/or the Promissory Note), plus interest due and owing pursuant to the Promissory Note shall become immediately due and Plaintiff shall be entitled to immediately execute on this Judgment.

6. Defendants shall pay all costs and expenses that Plaintiff expends or incurs in connection with the enforcement of this Judgment, in accordance with the terms of the Settlement Agreement.

7. The parties waive all rights to appeal this Judgment.

IT IS SO ORDERED.

District Judge David W. Hauber

Submitted by:

**SHAPIRO & McMULLEN, P.A.**

Tony Shapiro, KS No. 17965
Corey Mertes, KS No. 22903
11460 Tomahawk Creek Parkway, Ste. 310
Leawood, Kansas 66211
(913) 491-1120
(913) 491-1122 (fax)
tony@shapiromcmullen.com
corey@shapiromcmullen.com
*Attorneys for YRC Inc.*

and

**HUBBARD, RUZICKA, KREAMER & KINCAID, L.C.**

Kevin Wait, KS No.18918
130 N. Cherry, P.O. Box 550
Olathe, Kansas 66051
(913) 782-2350
(913) 782-2012 (Fax)
*Attorneys for Electrograph Systems, Inc. and Electrograph Technologies Corp.*

3