1  [STIPULATING PARTIES LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
|---|---|
| | MDL No. 1917 |
| | Individual Case No. 13-cv-1173 (SC) |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGADING SHARP'S SECOND AMENDED COMPLAINT** |
| SHARP ELECTRONICS CORP., | |
| Plaintiff, | |
| v. | |
| HITACHI, LTD., et al., | |
| Defendants. | |

WHEREAS, on June 9, 2014, the Court granted Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (together, "Sharp") leave to file a Second Amended Complaint (Dkt. 2612);

WHEREAS, on June 13, 2014, Sharp filed a Second Amended Complaint (Dkt. 2621);

WHEREAS, the undersigned Defendants have filed answers to Sharp's First Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Sharp and the undersigned Defendants ("Defendants"), as follows:

1. Defendants shall not be required to answer the Second Amended Complaint and, instead, their answers to the First Amended Complaint shall be deemed their answers to the Second Amended Complaint;

2. By virtue of this stipulation, no party waives any previously asserted defenses;

3. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

Dated: June 25, 2014    Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Tyler M. Cunningham*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
TYLER M. CUNNINGHAM (SBN 243694)
tcunningham@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

-1-

Case No. 13-cv-1173 (SC)    STIPULATION AND [PROPOSED] ORDER
MDL No. 1917                REGARDING SHARP'S SECOND AMENDED COMPLAINT

| | |
|---|---|
| 1 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd. and Samsung SDI (Hong Kong), Ltd.* |

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
JAMES MAXWELL COOPER (SBN 284054)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, California 94104
Tel: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: eadelson@kirkland.com
E-mail: max.cooper@kirkland.com

JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
KATE WHEATON (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Japan Display Inc., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100

-2-

|   |   |
|---|---|
| 1 | Facsimile: (213) 687-3702 |
| 2 | *Attorneys for Defendants LG Electronics, Inc.; LG,* |
| 3 | *LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.* |
| 4 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 5 |   |
| 6 | By: */s/ Craig A. Benson*<br>Craig A. Benson |
| 7 | Kenneth A. Gallo (pro hac vice)<br>Joseph J. Simons (pro hac vice) |
| 8 | Craig A. Benson (pro hac vice)<br>PAUL,WEISS, RIFKIND,WHARTON & |
| 9 | GARRISON LLP<br>2001 K Street, NW |
| 10 | Washington, DC 20006<br>Telephone: (202) 223-7356 |
| 11 | Facsimile: (202) 204-7356<br>Email: kgallo@paulweiss.com |
| 12 | Email: jsimons@paulweiss.com<br>Email: cbenson@paulweiss.com |
| 13 | *Attorneys for Plaintiffs Sharp Electronics* |
| 14 | *Corporation and Sharp Electronics Manufacturing Company of America, Inc.* |

-3-

**E-FILING ATTESTATION**

I, Tyler M. Cunningham, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

_____/s/ Tyler M. Cunningham_____
Tyler M. Cunningham

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Samuel Conti
United States District Judge