Guido Saveri (22349)
  *guido@saveri.com*
R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Cadio Zirpoli (179108)
  *cadio@saveri.com*
Travis L. Manfredi (281779)
  *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| ALL DIRECT PURCHASER CLASS ACTIONS | **DECLARATION OF ROSS MURRAY RE DISSEMINATION OF HITACHI/SAMSUNG NOTICE TO CLASS MEMBERS AND REQUESTS FOR EXCLUSION** |

I, Ross Murray, declare as follows:

1.     I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was hired by class counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2     Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer protection class actions, and other similar matters. Gilardi specializes in designing, developing, analyzing, and implementing settlement administration plans that support due process. During the past 28 years Gilardi has administered class notice and class settlements in over 3,500 class actions, and has distributed more than $20 billion in assets.

3.     Between May 16 and May 29, 2012 Gilardi received from Plaintiffs' Counsel eight files which included the names, and, where available, the addresses and electronic mail addresses of all class members identified by Defendants in this matter. Gilardi formatted the list for mailing purposes, removed duplicate records, removed known Defendant entities, researched company names lacking addresses and added addresses where found, and processed the names and addresses through the National Change of Address Database to update any addresses on file with the United States Postal Service ("USPS").

4.     On April 28, 2014, Gilardi caused the Hitachi/Samsung Notice to be printed and mailed to the 16,895 unique names and addresses on the class list. Gilardi delivered the Hitachi/Samsung Notices to the United States Post Offices located in Santa Rosa, California. A true and correct copy of the Hitachi/Samsung Notice is attached hereto as Exhibit A.

5.     On April 28, 2014, Gilardi caused the Notice to be electronically distributed to the 873 unique electronic mail addresses on the class list.

6.     On or before June 7, 2012, Gilardi established a case-dedicated website at www.CRTDirectPurchaserAntitrustSettlement.com. There, potential class members can view and print copies of the CPT Settlement Agreement, the Philips Settlement Agreement, the Notice, and the Order Granting Settlement Class Certification and Preliminary Approval of Class Action Settlements with CPT and Philips. Gilardi subsequently amended the landing page and added the

1

Panasonic Notice, the Panasonic Settlement Agreement, the Order Granting Class Certification and Preliminary Approval of Class Action Settlement with Panasonic, the LG Notice, the LG Settlement Agreement, the Order Granting Class Certification and Preliminary Approval of Class Action Settlement with LG, the Toshiba Notice, the Toshiba Settlement Agreement, the Order Granting Class Certification and Preliminary Approval of Class Action Settlement with Toshiba, the Hitachi/Samsung Notice, the Hitachi Settlement Agreement, the Samsung Settlement Agreement, the Order Granting Class Certification and Preliminary Approval of Class Action Settlement with Hitachi, Order Granting Class Certification and Preliminary Approval of Class Action Settlement with Samsung SDI, and the Order Postponing Hitachi Notice. Class members can also view Frequently Asked Questions and obtain Gilardi's contact information.

7.     On or before June 7, 2012, Gilardi activated a toll-free telephone number, 1-877-224-3063, through which callers are able to connect with a live customer service representative Monday through Friday from 7:00 a.m. to 5:00 p.m. Pacific Time. English and Spanish operators are available.

8.     Through its in-house advertising agency, Larkspur Design Group, Gilardi caused the Summary Notice to be published in the national edition of the Wall Street Journal on April 28, 2014. A true and correct copy of the tear sheet provide by the Wall Street Journal is attached hereto as Exhibit B.

9.     The postmark deadline for class members to be excluded from the Hitachi/Samsung Settlement Class was June 12, 2014. To date, Gilardi has received 21 requests for exclusion from the settlement. A report detailing the requests for exclusion received at Gilardi is attached hereto as Exhibit C.

10.    The postmark deadline for class members to object to the Hitachi/Samsung Settlement was June 12, 2014. To date, Gilardi has received one (1) objection to the settlement.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 26th day of June, 2013 at San Rafael, California.

_____
ROSS MURRAY

2

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**If You Bought A Cathode Ray Tube Product,
A Class Action Settlement May Affect You.**

Cathode Ray Tube (CRT) Products include Cathode Ray Tubes and finished products that
contain a Cathode Ray Tube such as Televisions and Computer Monitors.

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

- A class action lawsuit that includes direct purchasers of CRT Products is currently pending.

- Plaintiffs claim that Defendants (listed below) and co-conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of Cathode Ray Tubes. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors.  Plaintiffs allege that, as a result of the unlawful conspiracy involving cathode ray tubes, they and other direct purchasers paid more for CRT Products than they would have paid absent the conspiracy.  Defendants deny Plaintiffs' claims.

- Settlements have been reached with (1) Samsung SDI Co. Ltd. (f/k/a Samsung Display Devices Co., Ltd.); Samsung SDI America, Inc.; Samsung SDI Brasil, Ltd.; Tianjin Samsung SDI Co., Ltd.; Samsung Shenzhen SDI Co., Ltd.; SDI Malaysia Sdn. Bhd.; and SDI Mexico S.A. de C.V. (collectively "Samsung SDI") and (2) Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA) Inc. (collectively, "Hitachi"). The companies are together referred to as the "Settling Defendants."

- Your legal rights will be affected whether you act or don't act. This Notice includes information on the Settlements and the continuing lawsuit. Please read the entire Notice carefully.

**These Rights and Options – and deadlines to exercise them – are explained in this notice.**

| | |
|---|---|
| You can object or comment on the Settlements | *see* Question 10 |
| You may exclude yourself from the Settlements | *see* Question 10 |
| You may go to a hearing and comment on the Settlements | *see* Question 14 |

- The Court in charge of this case still has to decide whether to approve the Settlements. The case against the non-settling defendants and co-conspirators continues.

**WHAT THIS NOTICE CONTAINS**

**Basic Information** ................................................................................................................. **Page 2**

    1. Why did I get this notice?
    2. Who are the Defendant companies?
    3. What is this lawsuit about?
    4. Why are there Settlements but the litigation is continuing?
    5. What is a Cathode Ray Tube Product?
    6.  What is a class action?

**The Settlement Class** ........................................................................................................... **Page 3**

    7. How do I know if I'm part of the Settlement Class?
    8. What do the Settlements provide?
    9. When can I get a payment?
    10. What are my rights in the Settlement Class?
    11.  What am I giving up to stay in the Settlement Class?

**The Settlement Approval Hearing** ..................................................................................... **Page 4**

    12. When and where will the Court decide whether to approve the Settlements?
    13. Do I have to come to the hearing?
    14.  May I speak at the hearing?

**The Lawyers Representing You** .......................................................................................... **Page 4**

    15. Do I have a lawyer in the case?
    16. How will the lawyers be paid?

**Getting More Information** ................................................................................................... **Page 4**

    17. How do I get more information?

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

1

**BASIC INFORMATION**

**1.     Why did I get this notice?**

You or your company may have directly purchased Cathode Ray Tubes (CRTs) or certain products containing those tubes between March 1, 1995 and November 25, 2007.  A direct purchaser is a person or business who bought a CRT, or a television or computer monitor containing a CRT directly from one or more of the Defendants, co-conspirators, affiliates, or subsidiaries themselves, as opposed to an intermediary (such as a retail store).

You have the right to know about the litigation and about your legal rights and options before the Court decides whether to approve the Settlements.

The notice explains the litigation, the settlements, and your legal rights.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is called *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The people who sued are called Plaintiffs and the companies they sued are called Defendants.

**2.     Who are the Defendant companies?**

The Defendant companies include: LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., LP Displays International, Ltd. f/k/a LG.Philips Displays, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung SDI Co. Ltd., Samsung SDI America, Inc.,  Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., Tianjin Samsung SDI Co. Ltd., Samsung SDI Malaysia Sdn. Bhd., Toshiba Corporation, Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., Toshiba America Electronic Components, Inc., Panasonic Corporation f/k/a Matsushita Electric Industrial, Ltd., Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing-Matsushita Color CRT Company, Ltd. (BMCC), Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Electronic Devices (USA), Inc., Hitachi America, Ltd., Hitachi Asia, Ltd., Tatung Company of America, Inc., Chunghwa Picture Tubes Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., IRICO Group Corporation, IRICO Display Devices Co., Ltd., IRICO Group Electronics Co., Ltd., Thai CRT Company, Ltd., Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd., Daewoo International Corporation, Irico Group Corporation, Irico Group Electronics Co., Ltd., and Irico Display Devices Co., Ltd.

**3.     What is this lawsuit about?**

The lawsuit alleges that Defendants and co-conspirators conspired to raise and fix the prices of CRTs and the CRTs contained in certain finished products for over ten years, resulting in overcharges to direct purchasers of those CRTs and certain finished products containing CRTs.  The complaint describes how the Defendants and co-conspirators allegedly violated the U.S. antitrust laws by establishing a global cartel that set artificially high prices for, and restricted the supply of CRTs and the televisions and monitors that contained them. Defendants deny Plaintiffs' allegations.  The Court has not decided who is right.

**4.     Why are there Settlements but the litigation is continuing?**

Only some of the Defendants have agreed to settle the lawsuit.  This notice concerns settlements with Samsung SDI and Hitachi. Plaintiffs have also reached five previous settlements with Chunghwa Picture Tubes Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; Koninklijke Philips Electronics N.V.; Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronica Ltda.; Panasonic Corporation (f/k/a Matsushita Electric Industrial, Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd. (this settlement also releases Beijing-Matsushita Color CRT Company, Ltd.); LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics Taiwan Taipei Co., Ltd. (this settlement also releases LP Displays International, Ltd. f/k/a LG.Philips Displays.); Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. The five previous settlements have been finally approved by the Court. The case is continuing against the remaining non-settling defendants and co-conspirators.  Additional money may become available in the future as a result of a trial or future settlements, but there is no guarantee that this will happen.

**5.     What is a Cathode Ray Tube Product?**

For the purposes of the Settlement, Cathode Ray Tube Products means Cathode Ray Tubes of any type (e.g. color display tubes and color picture tubes) and finished products which contain Cathode Ray Tubes, such as Televisions and Computer Monitors.

**6.     What is a class action?**

In a class action, one or more people, called class representatives, sue on behalf of people who have similar claims.  All these people are members of the class, except for those who exclude themselves from the class.

If the Plaintiffs obtain money or benefits as a result of a trial or future settlement, you will be notified about those settlements, if any, at that time. Important information about the case will be posted on the website, **www.CRTDirectPurchaserAntitrustSettlement.com** as it becomes available. Please check the website to be kept informed about any future developments.

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

**THE SETTLEMENT CLASS**

**7.     How do I know if I'm part of the Settlement Class?**

The Settlement Class includes:

All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any defendant or subsidiary or affiliate thereof, or any co-conspirator.  ("Settlement Class").

**8.     What do the Settlements provide?**

The Settlement with Samsung SDI provides for a payment in the amount of $33,000,000 in cash to the Settlement Class. The Settling Defendants also agreed to cooperate with the Plaintiffs in providing certain information about the allegations in the complaint.  In addition, the Settling Defendants' sales remain in the case for the purpose of computing damages against the remaining non-settling defendants.

The Settlement with Hitachi provides for a payment in the amount of $13,450,000 in cash to the Settlement Class. The Settling Defendants also agreed to cooperate with the Plaintiffs in providing certain information about the allegations in the complaint.  In addition, the Settling Defendants' sales remain in the case for the purpose of computing damages against the remaining non-settling defendants.

More details are in the Settlement Agreement, available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

**9.     When can I get a payment?**

No money will be distributed to any Class Member yet. The lawyers will pursue the lawsuit against the non-settling defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

Any future distribution of the Settlement Funds will be done on a *pro rata* basis. You will be notified in the future when and where to send a claim form.  DO NOT SEND ANY CLAIMS NOW.

In the future, each class member's *pro rata* share of the Settlement Fund will be determined by computing each valid claimant's total CRT Product purchases divided by the total valid CRT Product purchases claimed.  This percentage is multiplied to the Net Settlement Fund (total settlements minus all costs, attorneys' fees, and expenses) to determine each claimant's *pro rata* share of the Settlement Fund.  To determine your CRT Product purchases, CRT tubes (CPTs and CDTs) are calculated at full value while CRT televisions are valued at 50% and CRT computer monitors are valued at 75%.

In summary, all valid claimants will share in the settlement funds on a *pro rata* basis determined by the CRT value of the product you purchased - tubes 100%, monitors 75% and televisions 50%.

**10.     What are my rights with regard to the Settlement Class?**

<u>**Remain in the Settlement Class**</u>: If you wish to remain a member of the Settlement Class you do not need to take any action at this time.

<u>**Get out of the Settlement Class**</u>: If you wish to keep any of your rights to sue the Settling Defendants about the claims in this case, you must exclude yourself from the Settlement Class. You will not get any money from the settlements if you exclude yourself from the Settlement Class.

To exclude yourself from the Settlement Class, you must send a letter that includes the following:

- Your name, address and telephone number,
- A statement saying that you want to be excluded from *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Hitachi Settlement and/or Samsung SDI Settlement; and
- Your signature.

You must mail your exclusion request, postmarked no later than **June 12, 2014,** to:

CRT Direct Settlement
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090
Tel: 877-224-3063

<u>**Remain in the Settlement Class and Object**</u>: If you have comments about, or disagree with, any aspect of the Settlements, you may express your views to the Court by writing to the address below. The written response needs to include your name, address, telephone number, the case name and number (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), a brief explanation of your reasons for objection, and your signature. The response must be postmarked no later than **June 12, 2014** and mailed to:

| COURT | INTERIM LEAD COUNSEL | COUNSEL FOR SAMSUNG SDI | COUNSEL FOR HITACHI |
|---|---|---|---|
| Honorable Samuel Conti<br>United States District Court<br>Northern District of California<br>San Francisco Division<br>450 Golden Gate Avenue<br>Courtroom 3, 17th floor<br>San Francisco, CA 94102 | Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111 | Gary Halling<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 | James H. Mutchnik<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 |

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

**11.      What am I giving up to stay in the Settlement Class?**

Unless you exclude yourself from the Settlement Class, you can't sue the Settling Defendants (or any of the related entities that are released in the Settlement Agreement), or be part of any other lawsuit against these Settling Defendants about the legal issues in this case. It also means that all of the decisions by the Court will bind you. The "Release of Claims" includes any causes of actions asserted or that could have been asserted in the lawsuit, as described more fully in the Settlement Agreement. The Settlement Agreement is available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

## THE SETTLEMENT APPROVAL HEARING

**12.      When and where will the Court decide whether to approve the Settlements?**

The Court will hold a Fairness Hearing at **10:00 a.m. on August 22, 2014**, at the United States District Court for the Northern District of California, San Francisco Division, in Courtroom 1 on the 17th Floor, at 450 Golden Gate Ave. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the class website for information.   At this hearing, the Court will consider whether the Settlements are fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long these decisions will take.

**13.      Do I have to come to the hearing?**

No. Interim Lead Counsel will answer any questions the Court may have, but you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it.   As long as you mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

**14.      May I speak at the hearing?**

If you want your own lawyer instead of Interim Lead Counsel to speak at the Fairness Hearing, you must give the Court a paper that is called a "Notice of Appearance."  The Notice of Appearance should include the name and number of the lawsuit (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), and state that you wish to enter an appearance at the Fairness Hearing. It also must include your name, address, telephone number, and signature. Your "Notice of Appearance" must be postmarked no later than **June 12, 2014.** You cannot speak at Hearing if you previously asked to be excluded from the Settlement.

The Notice of Appearance must be sent to the addresses listed in Question 10.

## THE LAWYERS REPRESENTING YOU

**15.      Do I have a lawyer in the case?**

Yes. The Court has appointed the law firm of Saveri & Saveri, Inc. to represent you as "Interim Lead Counsel." You do not have to pay Interim Lead Counsel. If you want to be represented by your own lawyers, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

**16.      How will the lawyers be paid?**

Class Counsel are not asking for attorneys' fees at this time.  At a future time, Interim Lead Counsel will ask the Court for attorneys' fees not to exceed one-third (33.3%) of this or any future Settlement Fund plus reimbursement of their costs and expenses, in accordance with the provisions of the Settlement Agreement.  Interim Lead Counsel may also request that an amount be paid to each of the Class Representatives who helped the lawyers on behalf of the whole Class.

## GETTING MORE INFORMATION

**17.      How do I get more information?**

This Notice summarizes the lawsuit and the Settlement. You can get more information about the lawsuit and Settlement at **www.CRTDirectPurchaserAntitrustSettlement.com.,** by calling 1-877-224-3063, or writing to CRT Direct Settlement, P.O. Box 808003, Petaluma, CA 94975.  Please do not contact the Court about this case.

Dated: April 28, 2014                                              BY ORDER OF THE COURT

# EXHIBIT B

# CLOSED-END FUNDS & MONEY RATES
WSJ.com/fundresearch

## ADVERTISEMENT

## Legal Notices
To advertise: 800-366-3975 or WSJ.com/classifieds

### CLASS ACTIONS

**LEGAL NOTICE**

**If You Bought A Cathode Ray Tube ("CRT") or CRT Product, A Class Action Settlement May Affect You. CRT Products include Televisions or Computer Monitors that contain Cathode Ray Tubes**

### BANKRUPTCIES

# LEGAL NOTICES

## ADVERTISE TODAY

**(800) 366-3975**

**sales.legalnotices@wsj.com**

Place an ad with the self-service tool at:
**wsj.com/classifieds**

© 2014 Dow Jones & Company, Inc. All Rights Reserved.

## Borrowing Benchmarks

## Money Rates
April 25, 2014



# EXHIBIT C



Cathode Ray Tube Antitrust Litigation
Report on Exclusions Received for Hitachi / Samsung SDI

| ClaimID | FirstName | LastName | City | State | OptOut Date |
|---------|-----------|----------|------|-------|-------------|
| n/a | Arlene J | Smith | Grandville | MI | 4/28/2014 |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| **ViewSonic Corporation** | ViewSonic International Corporation | 6/12/2014 |
| | ViewSonic Display Limited | |
| | ViewSonic Hong Kong Limited | |
| | ViewSonic Europe Limited | |
| | | |
| **Target Corporation** | | 6/12/2014 |
| | | |
| **Tech Data Corporation** | 1250895 Ontario Ltd | 6/11/2014 |
| | A.Y.C Nederland B.V. | |
| | Azlan European Finance Limited | |
| | AzlanGmbH | |
| | Azlan Group Limited | |
| | Azlan Limited | |
| | Azlan Logistics Limited | |
| | Azlan Overseas Holdings Ltd. | |
| | Azlan Scandinavia AB | |
| | Computer 2000 Distribution Ltd. | |
| | Datatechnology Datech Ltd. | |
| | Datech 2000 Ltd. | |
| | FCB Nominees Limited | |
| | Frontline Distribution Ltd. | |
| | Frontline Distribution (Ireland) Ltd. | |
| | Hakro-Ooseterberg-Nijkerk B.V. | |
| | Horizon Technical Services (UK) Limited | |
| | Horizon Technical Services AB | |
| | Hotlamps Limited | |
| | lSI Distribution Ltd. | |
| | Managed Training Services Limited | |
| | Maneboard Ltd | |
| | Maverick Presentation Products Limited | |
| | Quadrangle Technical Services Limited | |
| | Screen Expert Limited UK | |
| | Specialist Distribution Group (SDG) Limited | |
| | Tech Data Brasil, Ltda | |
| | TD Facilities, Ltd. (Partnership) | |
| | TD Fulfillment Services, LLC | |
| | TD Tech Data AB | |
| | TD Tech Data Portugal Lda | |
| | TD United Kingdom Acquisition Limited | |
| | Tech Data (Netherlands) B.Y. | |
| | Tech Data (Schweiz) GmbH | |
| | Tech Data bvba/sprl | |
| | Tech Data Canada Corporation | |
| | Tech Data Chile S.A. | |
| | Tech Data Colombia S.A.S. | |
| | Tech Data Corporation ("TDC") | |
| | Tech Data Demnark ApS | |
| | Tech Data Deutschland GmbH | |
| | Tech Data Distribution s.r.o. | |
| | Tech Data Education, Inc. | |
| | Tech Data Espana S.L.U. | |
| | Tech Data Europe GmbH | |
| | Tech Data Europe Services and Operations, S.L. | |
| | Tech Data European Management GmbH | |
| | Tech Data Finance Partner, Inc. | |
| | Tech Data Finance SPV, Inc. | |
| | Tech Data Financing Corporation | |
| | Tech Data Finland OY | |
| | Tech Data Florida Services, Inc. | |
| | Tech Data France Holding Sarl | |
| | Tech Data France S.A.S | |
| | Tech Data GmbH & Co OHG | |
| | Tech Data Information Technology GmbH | |
| | Tech Data Global Finance LP | |
| | Tech Data International Sarl | |
| | Tech Data Italia s.r.l. | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Tech Data Latin America, Inc. | |
| | Tech Data Limited | |
| | Tech Dara Lux Finance Sari | |
| | Tech Data Luxembourg Sari | |
| | Tech Data Management GmbH | |
| | Tech Data Marne SNC | |
| | Tech Data Mexico S. de R. L. de C. V. | |
| | Tech Data Midrange GmbH | |
| | | |
| | Tech Data Mobile Acquisition Limited (formerly known as Brightstar Acquisition Limited) | |
| | | |
| | Tech Data Mobile Austria, GmbH (formerly known as AKL Telecommunications GmbH) | |
| | Tech Data Mobile Belgium, BVBA (formerly known as M.C.C Belgium BVBA) | |
| | Tech Data Mobile CooperatiefWA (formerly known as Brightstar CooperatiefW.A.) | |
| | Tech Data Mobile Limited (formerly known as Brightstar Europe Limited) | |
| | Tech Data Mobile Netherlands B.V. (formerly known as M.C.C BV) | |
| | Tech Data Nederland B.V. | |
| | Tech Data Norge AS | |
| | Tech Data Operations Center, SA | |
| | Tech Data Dsterreich GmbH | |
| | Tech Data Peru S.A.C. | |
| | Tech Data Polska Sp.z.o.o. | |
| | Tech Data Product Management, Inc. | |
| | Tech Data Resources, LLC | |
| | Tech Data Service GmbH | |
| | Tech Data Servicios, S. de R.L. de C. V. | |
| | Tech Data Strategy GmbH | |
| | Tech Data Tennessee, Inc. | |
| | Tech Data Uruguay S.A. | |
| | Triade Holding B. V. | |
| **IGB Eletronica S/A** | Gradiente Audio e Video LTDA | 6/12/2014 |
| | Gradiente Electronica S/A | |
| **Cemaz Industria Eletronica da Amazonia S/A** | Componel Industria e Comercio LTDA. | 6/12/2014 |
| | Santron Industrias Electroeletronicas LTDA | |
| **Apple Inc.** | Apple Inc. | 6/12/2014 |
| | Apple Operations | |
| | Apple Operations Europe (flk/a Apple Computer Limited) | |
| | Apple Operations Europe (flk/a Apple Computer Limited) (Singapore branch) | |
| | Apple Computer International | |
| | Apple Computer Inc. | |
| **P.C. Richard & Son Long Island Corporation** | P.C. Richard & Son Long Island Corporation | 6/10/2014 |
| | A.J. Richard & Sons, Inc. | |
| | P.C. Richard & Son, LLC | |
| | P.C. Richard Service Company | |
| | Alfred Reliable Appliances, Inc. | |
| | Reliable Richard's Service Corp. | |
| | AGP Services Corp. | |
| | Two Guys Ventures Corp. | |
| | A.J. Staten Island, LLC | |
| | P.C. Deer Park, LLC | |
| | P.C. 185 Price Parkway, LLC | |
| | P.C. 1574, Inc. | |
| | P.C. 1574 Milford, LLC | |
| | P.C. Lawrenceville, LLC | |
| | P.C. Brick 70, LLC | |
| | P.C. Richard & Son Connecticut, LLC | |
| **Interbond Corporation of America** | dba BrandsMart USA | 6/10/2014 |
| **Schulze Agency Services** | Tweeter Newco, LLC | 6/10/2014 |
| | Tweeter Opco, LLC | |
| | Tweeter Intellechlal Property, LLC | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Tweeter Tivoli, LLC | |
| | Tweeter Home Entertainment Group, Inc. | |
| | Sound Advice, Inc. d/b/a Sound Advice and Showcase Home Entertainment | |
| | Hifi Buys Incorporated | |
| | Tweeter Etc. | |
| | Douglas TV & Appliance, Inc. | |
| | Douglas Audio Video Caters, Inc. | |
| | United Audio Centers, Inc. | |
| | Sumere Electronics Incorporated d/b/a NOW! Audio Video | |
| | Bryn Mawr Radio and Television, Inc. | |
| | The Video Scene, Inc. d/b/a Big Screen City | |
| | Hillcrest High Fidelity, Inc. d/b/a Hillcrest Audio | |
| | DOW StereoNideo, Inc. | |
| | Home EntertailUl1ent of Texas, Inc. | |
| | SMK Marketing, Inc. d/b/a Audio Video Systems | |
| | Sound Advice of Arizona, Inc. | |
| | New England Audio Co., Inc. | |
| | NEA Delaware, Inc. | |
| | THEG USA L.P. | |
| | Showcase Home Entertainment | |
| **MARTA Cooperative of America** | | 6/10/2014 |
| **CompuCom Systems, Inc** | | 6/10/2014 |
| **ABC Appliance, Inc.** | dba ABC Warehouse | 6/10/2014 |
| **Office Depot, Inc.** | Office Depot Asia Holding Limited | 6/10/2014 |
| | Office Depot BA SAS (f.k.a. Guilbert France S.AS.) | |
| | Office Depot BVBA (f.k.a. Guilbert Belgium BVBA) | |
| | Office Depot Brasil Limitada (inactive) | |
| | Office Depot Brasil Participacoes Limitad | |
| | Office Depot Centro America, SA de CV | |
| | Office Depot Chile Limitada (inactive) | |
| | Office Depot Cyprus Limited (f.k.a Claigan Ltd.) | |
| | Office Depot Delaware Overseas Finance No.1, LLC (f.k.a Office Depot Delaware Overseas Finance No.1, Inc.) | |
| | Office Depot de Mexico SA de CV | |
| | Office Depot Deutschland GmbH (f.k.a Guilbert Deutschland GmbH) | |
| | Office Depot France SNC (f.k.a Office Depot France SAS ) | |
| | Office Depot Hungary Kft (f.k.a Elso Iroda Superstore Kft.) | |
| | Office Depot, Inc. | |
| | Office Depot International BVBA | |
| | OD International (Luxembourg) Finance | |
| | Office Depot, B. V. (formerly Guilbert Netherland BV) | |
| | Office Depot Cooperatief W.A. | |
| | Office Depot Europe B. V. | |
| | Office Depot Europe Holdings Ltd. | |
| | Office Depot GmbH + Switzerland | |
| | Office Depot Holding GmbH + Switzerland | |
| | Office Depot Holdings Ltd. | |
| | Office Depot Holdings 2 Ltd. | |
| | Office Depot Holdings 3 Ltd. | |
| | Office Depot International B.V. | |
| | Office Depot International (UK) Ltd. | |
| | Office Depot Ireland Limited (f.k.a Guilbert Ireland Ltd) | |
| | Office Depot (Israel) Ltd. | |
| | Office Depot Italia S.r.1. | |
| | Office Depot Japan Limited | |
| | Office Depot Korea Limited (f.k.a Best Office Co., Ltd.) | |
| | Office Depot Latin American Holdings B.V. | |
| | Office Depot MDF SNC | |
| | Office Depot NA B. V. | |
| | Office Depot N.A. Shares Services LLC | |
| | Office Depot Netherland B.V. (f.k.a Office Depot International, B.V.) (f.k.a Viking Direct (Holdings) B.V.) | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Office Depot Network Technology Ltd. | |
| | Office Depot (Operations) Holding B.V. (f.k.a Guilbert Trademarks B.V.) | |
| | Office Depot Overseas Limited | |
| | Office Depot Overseas Holding Limited | |
| | Office Depot Overseas 2 Limited | |
| | Office Depot Poland Sp Z.O.o. (f.k.a Fontinalis) | |
| | Office Depot Private Limited | |
| | Office Depot Procurement and Sourcing (Shenzhen) Company Ltd. (Or translated: Office Depot Merchandising (Shenzhen) Company Ltd.) | |
| | Office Depot Puerto Rico, LLC | |
| | Office Depot SAS (f.k.a Guilbert SAS) | |
| | Office Depot Service Center SRL | |
| | Office Depot Service - und BeteiligungsGmbH&Co.KG | |
| | Office Depot s.r.o. (f.k.a Papirius s.r.o.) | |
| | Office Depot S.L. (f.k.a Guilbert Espana S.L.) | |
| | Office Depot Tokumei Kumiai | |
| | Office Depot UK Limited (f.k.a Guilbert UK Ltd) | |
| | Office Depot -Viking Holdings B.V. | |
| | 2300 South Congress LLC | |
| | 4Sure.com, Inc. | |
| | AGE Kontor & Data AB | |
| | AsiaEC.com Limited | |
| | BizDepot, LLC (inactive) | |
| | Centro de Apoyo Caribe SA de CV | |
| | Centro de Apoyo SA de CV | |
| | Computers4Sure.com, Inc. | |
| | Curry's Limited | |
| | Deo Deo Tokumei Kumiai | |
| | eOffice Planet India Private Limited | |
| | Erial BQ S.A. | |
| | Europa S.A.S. | |
| | Gosta Hansson & Co AB | |
| | Guilbert Beteiligungsholding GmbH | |
| | Guilbert International B. V. | |
| | Guilbert Luxembourg S.AR.L. | |
| | Guilbert UK Holdings Ltd | |
| | Guilbert UK Pension Trustees Ltd | |
| | HC Land Company LLC | |
| | Helge Dalmberg AB + Sweden | |
| | Heteyo Holdings B V. | |
| | Hutter GmbH | |
| | Japan Office Supplies, LLC | |
| | Kontorsfackhandlama Stockholm AB + Sweden | |
| | Kontorsgruppen i Sverige AB + Sweden | |
| | NEWGOH Immobilienverwaltung GmbH | |
| | Neighborhood Retail Development Fund, LLC (inactive) | |
| | Niceday Distribution Centre Ltd | |
| | North American Card and Coupon Services, LLC | |
| | Notus Aviation, Inc. | |
| | OD Acquisition Canada ULC | |
| | OD Aviation, Inc. | |
| | OD Colombia Ltda | |
| | OD EI Salvador, Ltda. de C.V. | |
| | OD France, LLC | |
| | ODV France LLC | |
| | ODG Caribe SA de CV (f.k.a Urguuay Cia. Papelera, SA de CV) | |
| | OD Guatemala y Compania. Limitada | |
| | OD Honduras S de RL | |
| | OD International, Inc. | |
| | OD International Holdings CV | |
| | OD International (Luxembourg) Holdings S.A.R.L. | |
| | OD International (Luxembourg) Participation S.A.R.L. | |
| | OD Management SNC | |
| | OD Medical Solutions LLC | |
| | OD of Texas, LLC (f.k.a OD of Texas Inc.) | |
| | ODPanamaSA | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | OD S.N.C. | |
| | ODST, LLC (inactive) | |
| | OD Tressorerie (f.k.a om S.N.C.) | |
| | Office 1 Ltd | |
| | Office 1 (1995) Ltd | |
| | Office Club, Inc. | |
| | OfficeMax Contract, Inc. (f.k.a Boise Cascade Office Products Corporation) | |
| | OfficeMax Incorporated (f.k.a Boise Cascade Corporation) | |
| | OfficeMax North America, Inc. (f.k.a. OfficeMax, Inc.) | |
| | OfficeSupplies.com, Inc. | |
| | Office Town, Inc. (inactive) | |
| | Papirius Kft. | |
| | Pappersnabben i Malmo AB + Sweden | |
| | Patitucci Ltd. | |
| | Reliable Uk Ltd | |
| | Ritma AB + Sweden | |
| | S.A.R.L. | |
| | Servicios Administrativos Office Depot SAdeCV | |
| | Servicios y Material De Escritorio S.L. | |
| | Solutions4Sure.com, Inc. | |
| | Stichting Office Depot Charity for Children | |
| | Swinton Avenue Trading Limited, Inc. | |
| | The Reliable Corporation | |
| | Viking Direct B.V. | |
| | Viking Direct (Holdings) Limited | |
| | Viking Direct (Ireland) Limited (f.k.a Viking Direct (Ireland) Limited; then Office Depot International (Ireland) Limited -new change effective as of 912004) | |
| | Viking Direct S.A.R.L. | |
| | Viking Direkt GesmbH | |
| | Viking Finance (Ireland) Limited | |
| | Viking Office Products, Inc. | |
| | Viking Office Products KK | |
| | Viking Office Products S.r.l. (f.k.a Viking Direct Srl) | |
| | VOP (Ireland) Limited | |
| | VPC System S.r.l (inactive) | |
| **Circuit City** | Alfred H Siegel, Trustee | 6/5/2014 |
| **Sears Roebuck / Kmart** | Sears, Roebuck and Co. | 6/4/2014 |
| | Sears Holding Corporation | |
| | Sears Holding Management Corporation | |
| | Kmart Corporation | |
| | Kmart Management Corporation | |
| | Kmart Holdings Corporation | |
| **Electrograph Systems, Inc.** | Electrograph Systems, Inc. | 5/22/2014 |
| | International Computer Graphics, Inc. | |
| | ActiveLight, Inc. | |
| | CineLight Corporation | |
| | Manchester Technologies, Inc. | |
| | Manchester Equipment Co., Inc. | |
| | Champion Vision, Inc. | |
| | Coastal Office Products, Inc. | |
| | Electrograph Technologies Corp. | |
| **Costco Wholesale Corporation** | | 4/23/2014 |
| **Best Buy** | Best Buy Co., Inc. | 5/12/2014 |
| | Best Buy Purchasing, LLC | |
| | Best Buy Enterprise Services, Inc. | |
| | Best Buy Stores, L.P. | |
| | BestBuy.com, LLC | |
| | Magnolia Hi-Fi, Inc. | |
| **Dell Inc** | 1397639 Ontario, Inc. | 6/26/2014 |
| | 26éme Avenue SAS | |

| Entity | Subsidiaries | Date of Exclusion |
|--------|-------------|-------------------|
| | 881229 Alberta ULC | |
| | Abu Dhabi Branch of PSC Healthcare Software, Inc. | |
| | Active Concepts Inc. | |
| | Active Concepts PTY | |
| | Aelita Software Branch, Moscow | |
| | Aelita Software Branch, St. Petersburg | |
| | Aelita Software Corporation | |
| | Aelita Software Limited (UK) | |
| | Alienware Corporation | |
| | Alienware Corporation (Pacific Rim), Pty Ltd. | |
| | Alienware Labs Corporation | |
| | Alienware Latin America, S.A (Renamed Dell Costa Rica SA) | |
| | Alienware Limited | |
| | AppAssureTechnologies Inc. | |
| | ASAP Software Express Inc. | |
| | Aventail Europe Ltd | |
| | Aventail LLC | |
| | BakBone Software GmbH | |
| | BakBone Software India Pvt. Ltd. | |
| | BakBone Software Ltd. | |
| | BakBone Software Ltd. Russia Branch | |
| | BakBone Software SARL | |
| | BakBone Software, Inc. | |
| | Bearing PointManagement Consulting (Shanghai) Ltd. | |
| | BitKooCA LLC | |
| | Bluefolder, Inc | |
| | Bolts Acq. Corp. | |
| | Boomi, Inc | |
| | Bracknell Boulevard (Block C) L.L.C. | |
| | Bracknell Boulevard (Block D) L.L.C. | |
| | Bracknell Boulevard Management Company Limited | |
| | Branch of Dell (Free ZoneCompany L.L.C.) | |
| | Canada Branch of Perot Systems Corporation | |
| | Change Base Ltd | |
| | Charonware s.r.o. | |
| | Clerity Solutions, Inc. | |
| | Coldspark, Inc. | |
| | Compellent Technologies France Sarl | |
| | Compellent Technologies Germany GmbH | |
| | Compellent Technologies Inc. | |
| | Compellent Technologies International Ltd. | |
| | Compellent Technologies Italy Srl | |
| | Compellent Technologies Netherlands BV | |
| | Corporacion Dell de Venezuela SA | |
| | Credant Technologies International, Inc. (France) | |
| | Credant Technologies International, Inc. (Switzerland) | |
| | Credant Technologies Inc. | |
| | Credant Technologies, Inc. | |
| | Credant Technologies UK | |
| | Credent Technologiesm UK (Branch of Credent Technologies, Inc.) | |
| | CSCAN Acquisition Corp. | |
| | DCC Executive Security Inc. | |
| | Dell (Chengdu) Company Limited | |
| | Dell (China) Company Limited | |
| | Dell (China) Company Limited, Beijing Branch | |
| | Dell (China) Company Limited, Beijing Liaison Office | |
| | Dell (China) Company Limited, Chengdu Branch | |
| | Dell (China) Company Limited, Chengdu Liaison Office | |
| | Dell (China) Company Limited, Dalian Branch | |
| | Dell (China) Company Limited, Guangzhou Branch | |
| | Dell (China) Company Limited, Guangzhou Liaison Office | |
| | Dell (China) Company Limited, Hangzhou Liaison Office | |
| | Dell (China) Company Limited, Nanjing Liaison Office | |
| | Dell (China) Company Limited, Shanghai Branch | |
| | Dell (China) Company Limited, Shanghai Liaison Office | |
| | Dell (China) Company Limited, Shenzhen Liaison Office | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Dell (China) Company Limited, Xiamen Branch | |
| | Dell (PS) BV (f.k.a. Perot Systems Nederland B.V.) | |
| | Dell (Switzerland) GmbH | |
| | Dell (Xiamen) Company Limited | |
| | Dell (Xiamen) Company Limited, Dalian Branch | |
| | Dell A.B. | |
| | Dell A.S. | |
| | Dell A/S | |
| | Dell America Latina Corp. | |
| | Dell America Latina Corp.,Argentina Branch | |
| | Dell Asia B.V. | |
| | Dell Asia Holdings Pte. Ltd. | |
| | Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office) | |
| | Dell Asia Pacific Sdn. | |
| | Dell Asia Pacific Sdn. Philippines RepresentativeOffice | |
| | Dell Asia Pte. Ltd. | |
| | Dell Asset Revolving Trust | |
| | Dell Asset Securitization GP L.L.C. | |
| | Dell Asset Securitization Holding L.P. | |
| | Dell Australia Pty. Limited | |
| | Dell B.V. | |
| | Dell B.V., Taiwan Branch | |
| | Dell Canada Inc. | |
| | Dell Colombia Inc. | |
| | Dell Colombia Inc., Colombia Branch | |
| | Dell Computadores do Brasil Ltda. | |
| | Dell Computer (Proprietary) Ltd | |
| | Dell Computer de Chile Ltda. | |
| | Dell Computer EEIG | |
| | Dell ComputerHoldings L.P. | |
| | Dell Computer International (II) – Comercio de Computadores Sociedade UnipessoalLda | |
| | Dell Computer S.A. | |
| | Dell Computer Services de Mexico SA de CV | |
| | Dell Computer spol. sro | |
| | Dell Conduit Funding L.P. | |
| | Dell Conduit GP L.L.C. | |
| | Dell Corporation (Thailand) Co., Ltd. | |
| | Dell Corporation Limited | |
| | Dell Corporation Limited – Northern Ireland Place of Business | |
| | Dell DFS Canada Inc. | |
| | Dell DFS Corporation | |
| | Dell DFS Holdings Kft. | |
| | Dell DFS Holdings L.L.C. | |
| | Dell DFS Ltd | |
| | Dell DFS Ltd. - Spain Branch | |
| | Dell Direct | |
| | Dell Distribution (EMEA) Limited External Company (Ghana) [renamed Dell Emerging Markets (EMEA) Limited External Company (Ghana)] | |
| | Dell DistributionMaroc (Succ) | |
| | Dell Emerging Market (EMEA) Ltd (Russia Representative Office) | |
| | Dell Emerging Markets (EMEA) Limited | |
| | Dell Emerging Markets (EMEA) Limited - Egypt RepresentativeOffice | |
| | Dell Emerging Markets (EMEA) Limited – Representative Office | |
| | Dell Emerging Markets (EMEA) Limited - Representative Office (Jordan) | |
| | Dell Emerging Markets (EMEA) Limited - Representative Office (Republic of Croatia) | |
| | Dell Emerging Markets (EMEA) Limited (Kazakhstan Representative Office) | |
| | Dell Emerging Markets (EMEA) Limited (Uganda RepresentativeOffice) | |
| | Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet – Rep. Office | |
| | Dell Emerging Markets (EMEA) Limited Representative Office - Lebanon | |
| | Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bulgaria) | |
| | Dell Equipment Funding L.P. | |
| | Dell Equipment GP L.L.C | |
| | Dell Export Sales Corporation | |

| Entity | Subsidiaries | Date of Exclusion |
|--------|-------------|-------------------|
| | Dell Federal Systems Corporation | |
| | Dell Federal Systems GP L.L.C. | |
| | Dell Federal Systems L.P. | |
| | Dell Federal Systems LP L.L.C. | |
| | Dell Financial Services L.L.C. | |
| | Dell Funding L.L.C. | |
| | Dell FZ – LLC | |
| | Dell FZ -LLC - Qatar Branch | |
| | Dell FZ-LLC– Bahrain Branch | |
| | Dell Gesm.b.H. | |
| | Dell Global B.V. | |
| | Dell Global B.V., Singapore Branch | |
| | Dell Global Business Center Sdn. Bhd. | |
| | Dell Global BV (Bangladesh RepresentativeOffice) | |
| | Dell Global BV (Indonesia RepresentativeOffice) | |
| | Dell Global BV (Pakistan Liaison Office) | |
| | Dell Global BV (Philippines RepresentativeOffice) | |
| | Dell Global BV (Sri-Lanka RepresentativeOffice) | |
| | Dell Global BV (Vietnam Representative Office), renamed Dell Global BV (Hanoi Representative Office) | |
| | Dell Global Holdings II BV | |
| | Dell Global Holdings III BV | |
| | Dell Global Holdings III L.P. | |
| | Dell Global Holdings IV L.L.C. | |
| | Dell Global Holdings IX L.L.C. | |
| | Dell Global Holdings L.L.C. | |
| | Dell Global Holdings Ltd. | |
| | Dell Global Holdings VI L.L.C. | |
| | Dell Global Holdings VII L.L.C. | |
| | Dell Global Holdings VIII L.L.C | |
| | Dell Global Holdings X L.L.C | |
| | Dell Global International B.V. | |
| | Dell Global Procurement Malaysia Sdn. Bhd. | |
| | Dell Global Pte. Ltd. | |
| | Dell GmbH | |
| | Dell Guatemala Ltda | |
| | Dell Halle GmbH | |
| | Dell Honduras S de RL de CV | |
| | Dell HongKong Limited | |
| | Dell Hungary Technology Solutions Trade LLC | |
| | Dell III – Comercio de Computadores,Unipessoal LDA | |
| | Dell India (Sales &Marketing) Private Limited | |
| | Dell India Private Ltd. | |
| | Dell Information Technology (Hunan) Company Limited | |
| | Dell Information Technology (Kunshan) Company Limited | |
| | Dell International Holdings I L.L.C. | |
| | Dell International Holdings IX B.V. | |
| | Dell International Holdings Kft. | |
| | Dell International Holdings SAS | |
| | Dell International Holdings VIII B.V. | |
| | Dell International Holdings X B.V. | |
| | Dell International Holdings XII CoöperatoefU.A. | |
| | Dell International Inc. | |
| | Dell International L.L.C. | |
| | Dell International Services India Private Limited (f.k.a. Perot Systems TSI (India) Private Limited) | |
| | Dell International Services Philippines Inc. | |
| | Dell International Services SRL | |
| | Dell Japan Inc. | |
| | Dell L.L.C. | |
| | Dell Marketing Corporation | |
| | Dell MarketingGP L.L.C. | |
| | Dell Marketing L.P. | |
| | Dell Marketing LP L.L.C. | |
| | Dell Mexico, S.A. de C.V. | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Dell N.V. | |
| | Dell New Zealand Limited | |
| | Dell Panama S. de R.L. | |
| | Dell Perú, SAC | |
| | Dell Procurement (Xiamen) Company Limited | |
| | Dell Procurement (Xiamen) Company Limited, Shanghai Branch | |
| | Dell Procurement (Xiamen) Company Limited, Shenzhen Liaison Office | |
| | Dell Product and Process Innovation Services Corp. | |
| | Dell Products | |
| | Dell Products (Europe) B.V. | |
| | Dell Products (Poland) Sp. z o.o | |
| | Dell Products Corporation | |
| | Dell Products GP L.L.C. | |
| | Dell Products L.P. | |
| | Dell Products LP L.L.C. | |
| | Dell ProductsManufacturing Ltd. | |
| | Dell Protective Services Inc. | |
| | Dell Puerto Rico Corp. | |
| | Dell Quebec Inc. | |
| | Dell Receivables Corporation | |
| | Dell Receivables GP L.L.C. | |
| | Dell Receivables L.P. | |
| | Dell Receivables LP L.L.C. | |
| | Dell Research | |
| | Dell Revolver Company L.P. | |
| | Dell Revolver Funding L.L.C. | |
| | Dell Revolver GP. L.L.C. | |
| | Dell S.A. | |
| | Dell S.A. | |
| | Dell S.p.A. | |
| | Dell s.r.o. | |
| | Dell SA | |
| | Dell Sales Malaysia Sdn Bhd | |
| | Dell SAS | |
| | Dell Services (China) Company Limited | |
| | | |
| | Dell Services Federal Government, Inc. (fka Perot Systems Government Services, Inc.) | |
| | Dell Services GmbH (FKA. Perot Systems (Germany) GmbH) | |
| | Dell Services S.r.l. | |
| | Dell Singapore Pte. Ltd. | |
| | Dell Services Pte. Ltd. (f/k/a Perot Systems (Singapore) Pte. Ltd.) | |
| | DELL SOLUTIONS(UK) LTD | |
| | Dell Sp.z.o.o. | |
| | Dell Taiwan B.V. | |
| | Dell Taiwan B.V., Taiwan Branch | |
| | Dell Technology & Solutions (Nigeria) Limited | |
| | Dell Technology & Solutions Israel Ltd. | |
| | Dell Technology & Solutions Ltd. (Formerly Original Solutions Limited) | |
| | Dell Technology Products and Services S.A | |
| | Dell Technology Services Inc. S.R.L. | |
| | Dell Teknoloji Limited Şirketi | |
| | Dell Trinidad and Tobago Limited | |
| | Dell USA Corporation | |
| | Dell USA GP L.L.C. | |
| | Dell USA L.P. | |
| | Dell USA LP L.L.C. | |
| | Dell World Trade Corporation | |
| | Dell World Trade GP L.L.C. | |
| | Dell World Trade L.P. | |
| | Dell World Trade LP L.L.C. | |
| | DFS BV | |
| | DFS Equipment Holdings, LP | |
| | DFS Equipment Remarketing LLC | |
| | DFS Funding L.L.C. | |
| | DFS-SPV L.L.C. | |
| | DIH IX CV | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | DIH VI CV | |
| | DIH VII CV | |
| | DIH VIII CV | |
| | DIH X CV | |
| | EqualLogic Japan Company Limited | |
| | Fastlane Technologies Corporation | |
| | Fastlane Technologies UK | |
| | Force10 International, Ltd. | |
| | Force10 Networks (Shanghai) Ltd. | |
| | Force10 Networks Australia Pty. Ltd. | |
| | Force10 Networks Germany (Branch) | |
| | Force10 Networks Global, Inc. | |
| | Force10 Networks Hong Kong (Branch) | |
| | Force10 Networks India Pvt. Ltd. | |
| | Force10 Networks International, Inc. | |
| | Force10 Networks KK | |
| | Force10 Networks Korea YH | |
| | Force10 Networks Ltd. | |
| | Force10 NetworksMalaysia (Branch) | |
| | Force10 Networks Singapore Pte. Ltd. | |
| | Force10 Networks Spain (Rep office) | |
| | Force10 Networks, Inc. | |
| | Fresh Dew Investments Ltd. | |
| | Fvision Acquisition Corp. | |
| | Gale Networks PrivateLimited | |
| | Gale Technologies, Inc. | |
| | Imceda Software Australia Pty, Ltd. | |
| | Imceda Software Inc. | |
| | Imceda Technologies Pty, Ltd. | |
| | Invirtus, Inc. | |
| | Lecco Technology (UK) Limited | |
| | Lecco Technology Inc. | |
| | Lecco Technology, Inc. (USA) | |
| | License Technologies Group, Inc. | |
| | LLC Dell Ukraine | |
| | Lumenare NetworksMauritius Ltd. | |
| | Magnum Technologies, Inc. | |
| | MakeTechnologies Inc. | |
| | Messagewise | |
| | Muretia Investments Ltd | |
| | NetPro Computing Canada, Inc. | |
| | NetPro Computing France, Inc. | |
| | NetPro ComputingGermany, Inc. | |
| | NetPro ComputingUK, Inc. | |
| | NetPro Computing, Inc. | |
| | NetPro Engineering, Inc. | |
| | NetPro Europe Branch | |
| | NetPro Europe, Inc. | |
| | NetPro France Branch | |
| | NetProGermany Branch | |
| | NetProUK Branch | |
| | Ocarina Networks India Pvt. Ltd. | |
| | OptiGrowth CapitalSarl | |
| | Oy Dell A.B. | |
| | PacketTrap Networks, Inc. | |
| | PassGo Technologies Ltd | |
| | PassGo Technologies Trustees Ltd | |
| | Perot Systems (Malaysia) Sdn. Bhd. | |
| | Perot Systems (Shanghai) Consulting Co., Limited | |
| | Perot Systems (Singapore) Pte. Ltd. | |
| | Perot Systems (Switzerland) GmbH | |
| | Perot Systems (UK) Ltd. | |
| | Perot Systems Application Solutions Inc. | |
| | Perot Systems B.V. | |
| | Perot Systems Communications Services, Inc. | |
| | Perot Systems Corporation | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Perot Systems Europe Limited | |
| | Perot Systems Government Healthcare Solutions, Inc. | |
| | Perot Systems Government Solutions, Inc. | |
| | Perot Systems Healthcare Solutions, Inc. | |
| | Perot Systems Holdings Pte. Ltd | |
| | Perot Systems Investments B.V. | |
| | Perot Systems Revenue Cycle Solutions, Inc. | |
| | Perot Systems TSI (Bermuda) Ltd. | |
| | Perot Systems TSI (Hungary) Liquidity Management LLC | |
| | Perot Systems TSI (Mauritius) Pvt. Ltd. | |
| | Perot Systems TSI (Middle East) FZ-LLC | |
| | Perot Systems TSI (Netherlands) B.V. | |
| | PrSM Corporation | |
| | PSC GP Corporation | |
| | PSC Healthcare Software, Inc. | |
| | PSC LP Corporation | |
| | PSC Management Limited Partnership | |
| | PSM Holdings 1, Inc. | |
| | PSM Holdings 2, Inc. | |
| | PSM Holdings 1 L.L.C. | |
| | PSM Holdings 2 L.L.C. | |
| | PT Dell Indonesia | |
| | Q.S.I. Quest Software Israel Limited | |
| | QSFT India Private Ltd. Inc. | |
| | QSFT Svenska AB | |
| | QSS Group, Inc. | |
| | Quest Acquisition Corporation | |
| | Quest Holding Company, LLC | |
| | Quest Holdings Sarl | |
| | Quest Java Support Center,BV | |
| | Quest New Zealand Ltd | |
| | Quest Public Sector Inc. | |
| | Quest Scandanavia AS | |
| | Quest Software (UK) Ltd. | |
| | Quest Software (Zhuhai) Ltd. | |
| | Quest Software Beijing Company Limited | |
| | Quest Software Belgium | |
| | Quest Software Canada, Inc. | |
| | Quest Software Company Limited | |
| | Quest Software Espana, SL | |
| | Quest Software France Sarl | |
| | Quest Software Gmbh | |
| | Quest Software Greater China Limited | |
| | Quest Software Int'l Limited | |
| | Quest Software Italia Srl | |
| | Quest Software Japan Ltd | |
| | Quest Software Korea Ltd. | |
| | Quest Software Limited (Lecco HK) | |
| | Quest Software Mexico S. de R.L. de C.V. | |
| | Quest Software Netherlands B.V. | |
| | Quest Software Norge S/A | |
| | Quest Software Pty, Ltd. | |
| | Quest Software Public Sector Inc | |
| | Quest Software Sales Sdn Bhd | |
| | Quest Software Singapore Pty Limited | |
| | Quest Software Switzerland Gmbh | |
| | Quest Software, Inc. | |
| | Quest Software, Ltd. | |
| | QuickCyckem Inc. | |
| | QuikCycle Inc. | |
| | Safari I, Inc. | |
| | Safari II GP LLC | |
| | Safari II, Inc. | |
| | Safari Limited II LP | |
| | Safari Limited Partnership | |
| | ScriptLogic Australia | |

| Entity | Subsidiaries | Date of Exclusion |
|--------|-------------|-------------------|
| | ScriptLogic Corporation | |
| | SecureWorks Holding Corp. | |
| | SecureWorks Inc. | |
| | SecureWorks UK Ltd. | |
| | SecureWorks UK Ltd. - Finland Branch | |
| | Smarsh CRM Service, Inc. | |
| | Smarsh Inc. | |
| | Software Ltd Russia Rep Office | |
| | SonicWALL AG | |
| | SonicWALL BV | |
| | SonicWALL BV - Australia Branch | |
| | SonicWALL BV - Beijing Rep.Office | |
| | SonicWALL BV - Belgium Branch | |
| | SonicWALL BV - Canada Branch | |
| | SonicWALL BV - Dubai Branch | |
| | SonicWALL BV - France Branch | |
| | SonicWALL BV - Germany Branch | |
| | SonicWALL BV - HongKong Branch | |
| | SonicWALL BV - India Branch | |
| | SonicWALL BV - Ireland Branch | |
| | SonicWALL BV - JapanBranch | |
| | SonicWALL BV - Korea Branch | |
| | SonicWALL BV - Singapore Branch | |
| | SonicWALL BV - Spain Branch | |
| | SonicWALL BV - Sweden Branch | |
| | SonicWALL BV - Taiwan Branch | |
| | SonicWALL BV - UK Branch | |
| | SonicWALL Infosecurity Private Limited | |
| | SonicWALL L.L.C. | |
| | SonicWALL Mexico, S de RL de CV | |
| | SonicWall Services Private Limited | |
| | SonicWALL Shanghai Limited | |
| | SonicWALL, Inc. | |
| | Support Center,BV (pka Sitraka) | |
| | Surgient, Inc. | |
| | Symlabs Espana, S.L. | |
| | Symlabs Inc. | |
| | Symlabs S.A. Portugal | |
| | Transaction Applications Group, Inc. | |
| | Trellia Networks, Inc. | |
| | Turin Networks India Pvt. Ltd. | |
| | Turin Networks International, Inc. | |
| | TXZ Holding Company Limited | |
| | Vintela Australia Pty., Ltd | |
| | Vintela Pty, Ltd. | |
| | Vintela, Inc. | |
| | VirtualFabrix Inc. | |
| | Vizioncore | |
| | Vkernel Corp. | |
| | Wedgetail Communications Inc. | |
| | WyseAustralia Pty. LtdAustralia | |
| | Wyse International, Inc. | |
| | Wyse International L.L.C. | |
| | WyseTechnology (Beijing) Co. Ltd China | |
| | WyseTechnology (Canada) Ltd. | |
| | WyseTechnology (UK), LTD | |
| | WyseTechnology Gmbh Germany | |
| | WyseTechnology Holdings (Cayman) Ltd. | |
| | WyseTechnology Inc. | |
| | WyseTechnology International B.V. | |
| | WyseTechnology KK Japan | |
| | WyseTechnology L.L.C. | |
| | WyseTechnology Ltd Taiwan | |
| | WyseTechnology SA France | |
| | WyseTechnology Sales &Marketing India Private Ltd. | |
| | WyseTechnology Singapore Pte Ltd | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | WyseTechonology China (HK) Ltd. | |
| | WyseTechonology S.A de C.V. | |
| | WyseTechonology Software Development India Private Ltd. | |
| | | |
| **Sharp Corporation** | Sharp Electronics Corporation | 6/26/2014 |
| | Sharp Manufacturing Company of America | |
| | Sharp Electronics Manufacturing Company of America | |
| | Sharp Electronics Manufacturing Company of America, Inc. | |