(Stipulating Parties Listed on Signature Page)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| ALL INDIRECT PURCHASER ACTIONS | **JOINT STIPULATION RE EXTENSION FOR PHILIPS TAIWAN LIMITED AND PHILIPS DO BRASIL LTDA.TO RESPOND TO INDIRECT PURCHASER PLAINTIFFS' FOURTH CONSOLIDATED AMENDED COMPLAINT** |

Indirect Purchaser Plaintiffs ("IPPs") enter into this Stipulation with Philips Taiwan Limited and Philips Do Brasil Ltda. (collectively the "Philips Defendants") concerning All Indirect Purchaser Actions in the above captioned matter.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on January 10, 2013, the IPPs filed a Fourth Consolidated Amended Complaint (the "Amended Complaint") in the United States District Court for the Northern District of California against the Philips Defendants, among others;

WHEREAS, on March 26, 2014, the Philips Defendants moved to dismiss the Amended Complaint;

WHEREAS, on June 9, 2014, the Court denied the Philips Defendants' motion (Dkt. No. 2611);

WHEREAS, the Philips Defendants and the IPPs have conferred and agreed to extend the time for the Philips Defendants to respond to the Amended Complaint to July 8, 2014; and

WHEREAS, this Stipulation complies with Local Rule 6-1(a) in that the underlying extension will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties, that the time for the Philips Defendants to respond to the Amended Complaint is extended to July 8, 2014.

IT IS SO STIPULATED.

Dated: June 26, 2014

BAKER BOTTS L.L.P.

By: /s/ Erik T. Koons
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)

|   |   |
|---|---|
| 1 | **BAKER BOTTS L.L.P.** |
| 2 | 1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2400 |
|   | Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890 |
| 3 | Email: john.taladay@bakerbotts.com |
| 4 | Email: joseph.ostyoich@bakerbotts.com<br>Email: erik.koons@bakerbotts.com |
| 5 | Email: charles.malaise@bakerbotts.com |

***Attorneys for Defendants Philips Taiwan Limited and Philips do Brasil Ltda.***

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: /s/ Mario N. Alioto

MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

***Interim Lead Counsel for the Indirect Purchaser Plaintiffs***

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: June 26, 2014  /s/ Erik T. Koons