Squire Patton Boggs (US) LLP
Nathan Lane III (CA State Bar # 50961)
nathan.lane@squirepb.com
Mark C. Dosker (CA State Bar # 114789)
mark.dosker@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:	+1 415 954 0200
Facsimile:	+1 415 393 9887

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173 | **STIPULATION AND [PROPOSED] ORDER REGARDING SHARP'S SECOND AMENDED COMPLAINT**<br><br>Courtroom:  1, 17th Floor<br>Judge:  Hon. Samuel Conti |

WHEREAS, on June 9, 2014, the Court granted Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (together, "Sharp") leave to file a Second Amended Complaint (Dkt. 2612);

WHEREAS, on June 13, 2014, Sharp filed a Second Amended Complaint (Dkt. 2621);

WHEREAS, the undersigned Defendant, Technologies Displays Americas, LLC ("TDA") filed an answer to Sharp's First Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Sharp and TDA as follows:

1. TDA shall not be required to answer the Second Amended Complaint and, instead, its answer to the First Amended Complaint shall be deemed its answer to the Second Amended Complaint;

2. By virtue of this stipulation, no party waives any previously asserted defenses; and

3. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

Dated: June 27, 2014

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Nathan Lane III*
Nathan Lane III
Mark C. Dosker
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
E-mail: nathan.lane@squirepb.com
E-mail: mark.dosker@squirepb.com

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS, LLC

| | |
|---|---|
| Dated: June 27, 2014 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By: */s/ Craig A. Benson*<br>Craig A. Benson<br>Kenneth A. Gallo (*pro hac vice*)<br>Joseph J. Simons (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC  20006<br>Telephone:    +1 202 223 7356<br>Facsimile:     +1 202 204-7356<br>E-mail:   kgallo@paulweiss.com<br>E-mail:   jsimons@paulweiss.com<br>E-mail:   cbenson@paulweiss.com<br><br>Attorneys for Plaintiffs<br>SHARP ELECTRONICS CORPORATION and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. |

## **E-FILING ATTESTATION**

I, Nathan Lane III, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Nathan Lane III*
Nathan Lane III

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____            _____
                                                                    Hon. Samuel Conti
                                                                    United States District Judge

2

STIPULATION AND [PROPOSED] ORDER REGARDING SHARP'S SECOND AMENDED COMPLAINT
Master File No. 3:07-5944-SC; MDL No. 1917/Individual Case No. 13-cv-1173 (SC)

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111