GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing @gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

ATTORNEYS FOR DEFENDANTS
CHUNGHWA PICTURE TUBES, LTD. AND
CHUNGHWA PICTURE TUBES
(MALAYSIA) SDN. BHD.

[Additional counsel listed in signature blocks]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD. THROUGH U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)** |
| | The Honorable Samuel Conti |

The undersigned counsel, on behalf of Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa"), have conferred by and through counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

---

**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD. THROUGH U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)**

WHEREAS, ViewSonic filed a Complaint in the above-captioned case against Chunghwa and other defendants on May 30, 2014;

WHEREAS, ViewSonic has requested that Chunghwa waive service of process on Chunghwa in Taiwan and agree to service of the Complaint on Chunghwa's U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3);

WHEREAS, Chunghwa has declined this request on the basis that Rule 4(f)(3) service through counsel is unwarranted and inappropriate here;

WHEREAS, certain other plaintiffs in the proceeding captioned *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 ("MDL"), previously filed a similar motion to serve Chunghwa through U.S. counsel (the "Prior Motion") (*see* MDL Dkt. No. 1147);

WHEREAS, the Court granted the Prior Motion (*see* MDL Dkt. No. 1241);

WHEREAS, ViewSonic's arguments in support of its request for permission to serve Chunghwa through U.S. counsel are substantially the same as those raised in the Prior Motion (*see* MDL Dkt. Nos. 1147, 1183);

WHEREAS, Chunghwa respectfully submits that the Prior Motion was wrongly decided and opposes ViewSonic's request for the reasons set forth in its opposition to the Prior Motion (*see* MDL Dkt. No. 1172);

WHEREAS, ViewSonic and Chunghwa agree that further briefing on this issue would create delay in this case and impose unnecessary burdens on this Court;

THEREFORE, IT IS STIPULATED AND AGREED as follows:

1. ViewSonic's request for permission to serve Chunghwa through U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3) is deemed submitted to the Court through this stipulation and based on the briefing submitted in connection with the Prior Motion (*see* MDL Dkt. Nos. 1147, 1183).

2. Chunghwa's objections to the request are deemed submitted to the Court based on its opposition to the Prior Motion (*see* MDL Dkt. No. 1172).

1    3.  Chunghwa and ViewSonic agree that the Court may grant or deny ViewSonic's
2  request based on the briefing on the Prior Motion, and Chunghwa and ViewSonic each preserve
3  all rights and issues to the same extent they would be preserved if ViewSonic had moved and
4  Chunghwa had opposed the motion in this case on the same bases as in the Prior Motion.

6       Respectfully submitted,

8  Dated: June 30, 2014          By:      /s/ Rachel S. Brass

9                                         Rachel S. Brass (SBN 219301)
                                           GIBSON, DUNN & CRUTCHER LLP
10                                         555 Mission Street, Suite 3000
                                           San Francisco, California 94105
11                                         Telephone: (415) 393-8200
                                           Facsimile: (415) 393-8306
12                                         E-mail:  rbrass@gibsondunn.com

13                                         *Counsel for Chunghwa Picture Tubes, Ltd. and
                                           Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

15  Dated: June 30, 2014         By:      /s/ Astor H.L. Heaven

16                                         Jason C. Murray (SBN 169806)
                                           CROWELL & MORING LLP
17                                         515 South Flower St., 40th Floor
                                           Los Angeles, CA 90071
18                                         Telephone: 213-443-5582
                                           Facsimile: 213-622-2690
19                                         Email: jmurray@crowell.com

20                                         Jerome A. Murphy (*pro hac vice*)
                                           Astor H.L. Heaven (*pro hac vice*)
21                                         CROWELL & MORING LLP
                                           1001 Pennsylvania Avenue, N.W.
22                                         Washington, D.C. 20004
                                           Telephone: 202-624-2500
23                                         Facsimile: 202-628-5116
                                           E-mail: jmurphy@crowell.com
24                                         aheaven@crowell.com

25                                         *Counsel for ViewSonic Corporation*

- 2 -
**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO SERVE DEFENDANTS
CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.
THROUGH U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(F)(3)**

**SIGNATURE ATTESTATION**

The filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

- 3 -
**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD. THROUGH U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(F)(3)**

**[PROPOSED] ORDER**

**IT IS SO ORDERED.** ViewSonic's request for permission to serve its Complaint on Chunghwa through U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3) is **HEREBY [GRANTED/DENIED].**

Dated: _____, 2014

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE