*(Stipulating parties listed on signature page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING THOMSON DEFENDANTS' ANSWERS TO SHARP'S SECOND AMENDED COMPLAINT** |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173* | Judge:  Hon. Samuel Conti |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") and Defendants Thomson SA (n/k/a Technicolor SA) and Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) (collectively, the "Thomson Defendants") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, Sharp has filed a First Amended Complaint, now pending in this MDL, naming the Thomson Defendants as Defendants;

WHEREAS, on November 25, 2013, Thomson Consumer filed a Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint (Dkt. No. 2236);

1  WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion to

2  Dismiss Sharp's First Amended Complaint (Dkt. No. 2235);

3  WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying

4  in part the Thomson Defendants' Motions to Dismiss Sharp's First Amended Complaint,

5  dismissing certain state-law claims, but denying the motions with respect to the federal and New

6  York Donnelly Act claims (Dkt. No. 2440);

7  WHEREAS, on April 25, 2014, the Thomson Defendants filed answers to Sharp's First

8  Amended Complaint;

9  WHEREAS, on June 9, 2014, the Court granted Sharp leave to file a Second Amended

10  Complaint (Dkt. No. 2612);

11  WHEREAS, on June 13, 2014, Sharp filed a Second Amended Complaint (Dkt. No.

12  2621);

13  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between

14  undersigned counsel as follows:

15  1.  All motions decided in the MDL to date are deemed to have been raised by the

16  Thomson Defendants against Sharp's Second Amended Complaint, and the arguments raised in

17  any such motions are preserved for appellate purposes as if they had been made by the Thomson

18  Defendants against the Second Amended Complaint.

19  2.  The Thomson Defendants shall not be required to answer the Second Amended

20  Complaint and, instead, their answers to the First Amended Complaint shall be deemed their

21  answers to the Second Amended Complaint;

22  3.  By virtue of this stipulation, no party waives any previously asserted defenses;

23  4.  The undersigned parties jointly and respectfully request that the Court enter this

24  Stipulation as an order.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
THOMSON DEFENDANTS' ANSWERS TO
SHARP'S SECOND AMENDED COMPLAINT

No. 07-5944-SC; MDL No. 1917

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated:_____          _____

4                                                    Hon. Samuel Conti
                                              United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
   Dated:  June 30, 2014                   FAEGRE BAKER DANIELS LLP

3
                                      By: */s/ Kathy L. Osborn*

4
                                      Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)

5
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700

6
Indianapolis, IN  46204
Telephone: (317) 237-0300

7
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com

8
ryan.hurley@FaegreBD.com

9
Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP

10
3200 Wells Fargo Center
1700 Lincoln Street

11
Denver, CO  80203
Telephone: (303) 607-3500

12
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

13
Stephen M. Judge (*pro hac vice*)

14
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400

15
South Bend, IN  46601
Telephone: (574) 234-4149

16
Facsimile: (574) 239-1900
steve.judge@FaegreBD.com

17
Calvin L. Litsey (SBN 289659)

18
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450

19
East Palo Alto, CA  94303-2279
Telephone: (650) 324-6700

20
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

21
*Attorneys for Defendants Thomson SA and Thomson*

22
*Consumer Electronics, Inc.*

23

24

25

26

27

28

1    Dated: June 30, 2014                    PAUL, WEISS, RIFKIND, WHARTON &
                                             GARRISON LLP
2

3                                            By: */s/ Kenneth A. Gallo*
                                             Kenneth A. Gallo (*pro hac vice*)
4                                            Joseph J. Simons (*pro hac vice*)
                                             Craig A. Benson (*pro hac vice*)
5                                            Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                             2001 K Street, NW
6                                            Washington, DC 20006
                                             Telephone: (202) 223-7300
7                                            Facsimile: (202) 223-7420
                                             kgallo@paulweiss.com
8                                            jsimons@paulweiss.com
                                             cbenson@paulweiss.com
9
                                             Stephen E. Taylor (SBN 058452)
10                                           Jonathan A. Patchen (SBN 237346)
                                             Taylor & Company Law Offices, LLP
11                                           One Ferry Building, Suite 355
                                             San Francisco, CA 94111
12                                           Telephone: (415) 788-8200
                                             Facsimile: (415) 788-8208
13                                           staylor@paulweiss.com
                                             jpatchen@paulweiss.com
14
                                             *Attorneys for Sharp Electronics Corporation and*
15                                           *Sharp Electronics Manufacturing Company of*
                                             *America, Inc.*
16

17          Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

18   document has been obtained from each of the above signatories.

19

20   Dated: June 30, 2014                    By: */s/ Kathy L. Osborn*

21

22

23

24

25

26

27

28