Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba Corporation*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.* Civil Action No. 13-01173-SC | **TOSHIBA CORPORATION'S ANSWER TO SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S SECOND AMENDED COMPLAINT** The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

For its Answer to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Second Amended Complaint ("SAC"), Defendant Toshiba Corporation states as follows:

## I.   INTRODUCTION[1]

1.   The allegations contained in Paragraph 1 consist of Plaintiffs' characterization of their claims, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations in Paragraph 1.  To the extent that the allegations contained in Paragraph 1 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

2.   The allegations contained in Paragraph 2 consist of Plaintiffs' characterization of their claims and an explanation of defined terms used in their SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations in Paragraph 2.  To the extent that the allegations contained in Paragraph 2 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

3.   To the extent that the allegations contained in the first sentence of Paragraph 3 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in the first sentence of Paragraph 3 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.  The second and third sentences of Paragraph 3 consist of Plaintiffs' explanation of defined terms used in their SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations in the second and third sentences of Paragraph 3.

4.   To the extent that the allegations contained in Paragraph 4 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that

---

[1] For ease of reference, the headings in this Answer correspond to the headings in the SAC.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

these allegations contained in Paragraph 4 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

5.    To the extent that the allegations contained in Paragraph 5 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 5 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

6.    To the extent that the allegations contained in Paragraph 6 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 6 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

7.    To the extent that the allegations contained in Paragraph 7 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 7 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

8.    To the extent that the allegations contained in Paragraph 8 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 8 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

9.    To the extent that Paragraph 9 consists of, or refers to purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 9 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   allegations.  To the extent that the allegations contained in Paragraph 9 may be deemed to

2   require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

3          10.       To the extent that Paragraph 10 consists of, or refers to purported statements

4   in news reports or statements in public documents, those statements speak for themselves

5   and no response is required.  To the extent that the allegations contained in Paragraph 10

6   relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information

7   sufficient to form a belief as to the truth of these allegations and, therefore, denies these

8   allegations.  To the extent that the allegations contained in Paragraph 10 may be deemed to

9   require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

10          11.       Paragraph 11 consists of argument, Plaintiffs' characterization of their claims,

11   or legal conclusions, to which no response is required.  To the extent that the allegations

12   contained in Paragraph 11 relate to other Defendants, Toshiba Corp. lacks knowledge or

13   information sufficient to form a belief as to the truth of these allegations and, therefore,

14   denies these allegations.  To the extent that the allegations contained in Paragraph 11 may

15   be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or

16   information sufficient to form a belief as to the truth of these allegations and, therefore,

17   denies these allegations.

18   **II.    JURISDICTION AND VENUE**

19          12.       The allegations contained in Paragraph 12 consist of Plaintiffs'

20   characterization of their case and legal conclusions, to which no response is required.  To

21   the extent that a response is deemed required, Toshiba Corp. denies the allegations of

22   Paragraph 12.

23          13.       The allegations contained in Paragraph 13 consist of Plaintiffs'

24   characterization of their case, to which no response is required.  To the extent that a

25   response is deemed required, Toshiba Corp. denies the allegations of Paragraph 13.

26          14.       The allegations contained in Paragraph 14 consist of Plaintiffs'

27   characterization of their case and legal conclusions, to which no response is required.  To

28

the extent that a response is deemed required, Toshiba Corp. denies the allegations of Paragraph 14.

15.     The allegations contained in Paragraph 15 consist of Plaintiffs' characterization of their case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations of Paragraph 15.

16.     The allegations contained in Paragraph 16 consist of Plaintiffs' characterization of their case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations of Paragraph 16.

17.     The allegations contained in Paragraph 17 are legal conclusions to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations of Paragraph 17.

18.     The allegations in Paragraph 18 are legal conclusions to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations of Paragraph 18.

## III.   MULTIDISTRICT AND INTRADISTRICT ASSIGNMENT

19.     The allegations contained in Paragraph 19 consist of Plaintiffs' characterization of their case and legal conclusions, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations of Paragraph 19.

## IV.   PARTIES

### A.   Plaintiffs

20.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, therefore, denies the allegations.

21.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

22.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, therefore, denies the allegations.

23.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.     Paragraph 24 consists of Plaintiffs' explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 24.

25.     To the extent that the allegations contained in Paragraph 25 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 25 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

26.     To the extent that the allegations contained in Paragraph 26 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 26 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

27.     To the extent that the allegations contained in Paragraph 27 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 27 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

28.     The allegations contained in Paragraph 28 consist of Plaintiffs' characterization of their claims and legal conclusions, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations of Paragraph 28.

29.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**B.    Defendants**

2

**Hitachi Entities**

3       30.      Paragraph 30 relates to another Defendant.  Accordingly, Toshiba Corp. lacks
4   knowledge or information sufficient to form a belief as to the truth of the allegations
5   contained in Paragraph 30 and, therefore, denies the allegations.

6       31.      Paragraph 31 relates to another Defendant.  Accordingly, Toshiba Corp. lacks
7   knowledge or information sufficient to form a belief as to the truth of the allegations
8   contained in Paragraph 31 and, therefore, denies the allegations.

9       32.      Paragraph 32 relates to another Defendant.  Accordingly, Toshiba Corp. lacks
10  knowledge or information sufficient to form a belief as to the truth of the allegations
11  contained in Paragraph 32 and, therefore, denies the allegations.

12      33.      Paragraph 33 relates to another Defendant.  Accordingly, Toshiba Corp. lacks
13  knowledge or information sufficient to form a belief as to the truth of the allegations
14  contained in Paragraph 33 and, therefore, denies the allegations.

15      34.      Paragraph 34 relates to another Defendant.  Accordingly, Toshiba Corp. lacks
16  knowledge or information sufficient to form a belief as to the truth of the allegations
17  contained in Paragraph 34 and, therefore, denies the allegations.

18      35.      Paragraph 35 relates to another Defendant.  Accordingly, Toshiba Corp. lacks
19  knowledge or information sufficient to form a belief as to the truth of the allegations
20  contained in Paragraph 35 and, therefore, denies the allegations.

21      36.      Paragraph 36 consists of Plaintiffs' explanation of a defined term used in the
22  SAC, to which no response is required.  To the extent that a response is deemed required,
23  Toshiba Corp. denies the allegations contained in Paragraph 36.

24  **LG Electronics Entities**

25      37.      Paragraph 37 relates to another Defendant.  Accordingly, Toshiba Corp. lacks
26  knowledge or information sufficient to form a belief as to the truth of the allegations
27  contained in Paragraph 37 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

38.     Paragraph 38 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.     Paragraph 39 consists of Plaintiffs' explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 39.

**LP Displays**

40.     Paragraph 40 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, denies the allegations.

41.     Paragraph 41 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, therefore, denies the allegations.

42.     Paragraph 42 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

43.     Paragraph 43 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, denies the allegations.   To the extent that Paragraph 43 consists of, or refers to purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.

44.     Paragraph 44 consists of Plaintiffs' explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 44.

**Panasonic Entities**

45.     Paragraph 45 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

46.     Paragraph 46 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

47.     Paragraph 47 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, therefore, denies the allegations.

48.     Paragraph 48 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations, except that Toshiba Corp. avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business to a new entity named Matsushita Toshiba Picture Display Co., Ltd. ("MTPD") on March 31, 2003, and that Toshiba Corp. sold its interest in MTPD in 2007.

49.     Paragraph 49 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations, except that Toshiba Corp. avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in MTPD in 2007.

50.     Paragraph 50 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

51.     Paragraph 51 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations, except that Toshiba Corp. avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in MTPD in 2007.  Toshiba Corp. also avers that it participated in a joint venture for the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  manufacture of color picture tubes with Orion Electric of South Korea, Sumitomo

2  Corporation, and P.T. Tabung Gambar Indonesia.

3      52.    Paragraph 52 consists of Plaintiffs' explanation of a defined term used in the

4  SAC, to which no response is required.  To the extent that a response is deemed required,

5  Toshiba Corp. denies the allegations contained in Paragraph 52.

6      **Samsung SDI Entities**

7      53.    Paragraph 53 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

8  knowledge or information sufficient to form a belief as to the truth of the allegations

9  contained in Paragraph 53 and, therefore, denies the allegations.

10     54.    Paragraph 54 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

11  knowledge or information sufficient to form a belief as to the truth of the allegations

12  contained in Paragraph 54 and, therefore, denies the allegations.

13     55.    Paragraph 55 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

14  knowledge or information sufficient to form a belief as to the truth of the allegations

15  contained in Paragraph 55 and, therefore, denies the allegations.

16     56.    Paragraph 56 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

17  knowledge or information sufficient to form a belief as to the truth of the allegations

18  contained in Paragraph 56 and, therefore, denies the allegations.

19     57.    Paragraph 57 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

20  knowledge or information sufficient to form a belief as to the truth of the allegations

21  contained in Paragraph 57 and, therefore, denies the allegations.

22     58.    Paragraph 58 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

23  knowledge or information sufficient to form a belief as to the truth of the allegations

24  contained in Paragraph 58 and, therefore, denies the allegations.

25     59.    Paragraph 59 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

26  knowledge or information sufficient to form a belief as to the truth of the allegations

27  contained in Paragraph 59 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

60.     Paragraph 60 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies the allegations.

61.     Paragraph 61 consists of Plaintiffs' explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 61.

**Toshiba Entities**

62.     Toshiba Corp. admits the allegations contained in the first sentence of Paragraph 62 and denies the remaining allegations contained in Paragraph 62, except that Toshiba Corp. avers that in March 1995 it entered into an agreement to form a joint venture for the manufacture of CPTs with Orion Electric of South Korea, Sumitomo Corporation, and P.T. Tabung Gambar Indonesia.  Toshiba Corp. also avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in MTPD in 2007.

63.     Paragraph 63 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, therefore, denies the allegations, except that Toshiba Corp. avers that Toshiba America, Inc. ("TAI") is a wholly-owned subsidiary of Toshiba Corp.

64.     Paragraph 64 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, denies the allegations, except that Toshiba Corp. avers that Toshiba America Consumer Products, L.L.C. ("TACP") completed a merger into Toshiba America Information Systems, Inc. ("TAIS") on February 14, 2011, whereby TACP no longer exists as a separate legal entity and TACP's former facilities are either closed or now operated entirely by TAIS.

65.     Paragraph 65 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   contained in Paragraph 65 and, therefore, denies the allegations, except that Toshiba Corp.

2   avers that the business address of Toshiba America Electronic Components, Inc. ("TAEC")

3   is 9740 Irvine Boulevard, Irvine, CA 92618-1697, and avers that TAEC is a wholly-owned

4   subsidiary of TAI.

5       66.    Paragraph 66 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

6   knowledge or information sufficient to form a belief as to the truth of the allegations

7   contained in Paragraph 66 and, therefore, denies the allegations, except that Toshiba Corp.

8   admits that the business address of TAIS is 9740 Irvine Boulevard, Irvine, CA 92618-1697,

9   and avers that TAIS is a wholly-owned subsidiary of TAI.

10      67.    Paragraph 67 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

11  knowledge or information sufficient to form a belief as to the truth of the allegations and,

12  therefore, denies the allegations, except that Toshiba Corp. avers that it entered into an

13  agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business

14  to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in

15  MTPD in 2007.

16      68.    The first sentence of Paragraph 68 consists of Plaintiffs' explanation of a

17  defined term used in the SAC, to which no response is required.  To the extent that a

18  response is deemed required, Toshiba Corp. denies the allegations contained in the first

19  sentence of Paragraph 68.  The second sentence of Paragraph 68 consists of argument,

20  Plaintiffs' characterization of their claims, or legal conclusions, to which no response is

21  required.  To the extent that a response is deemed required, Toshiba Corp. denies the

22  allegations in the second sentence of Paragraph 68.

23      **Thomson Entities**

24      69.    Paragraph 69 relates to another Defendant.  Accordingly, Toshiba Corp. lacks

25  knowledge or information sufficient to form a belief as to the truth of the allegations

26  contained in Paragraph 69 and, therefore, denies the allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

70.     Paragraph 70 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and, therefore, denies the allegations.

71.     Paragraph 71 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and, therefore, denies the allegations.

72.     Paragraph 72 consists of Plaintiffs' explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 72.

**Videocon**

73.     Paragraph 73 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and, therefore, denies the allegations.

**Technologies Displays**

74.     Paragraph 74 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and, therefore, denies the allegations.

## V.     AGENTS AND CO-CONSPIRATORS

75.     To the extent that the allegations contained in Paragraph 75 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 75 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

76.     To the extent that the allegations contained in Paragraph 76 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 76 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

77.     To the extent that the allegations contained in Paragraph 77 relate to other Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 77 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

78.     The allegations contained in Paragraph 78 are legal conclusions to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations of Paragraph 78.

79.     Paragraph 79 relates to other companies.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, therefore, denies the allegations.

**LG Electronics Entities**

80.     Paragraph 80 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, denies the allegations.

**MTPD Entities**

81.     Paragraph 81 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, denies the allegations, except that Toshiba Corp. avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in MTPD in 2007.

**Samsung SDI Entities**

82.     Paragraph 82 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**Philips Entities**

83.     Paragraph 83 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, therefore, denies the allegations.

84.     Paragraph 84 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

85.     Paragraph 85 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the allegations.

86.     Paragraph 86 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, therefore, denies the allegations.

87.     Paragraph 87 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations.

88.     Paragraph 88 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, therefore, denies the allegations.

89.     Paragraph 89 consists of Plaintiffs' explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 89.

**LP Displays Entities**

90.     Paragraph 90 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    91.    Paragraph 91 relates to another company.  Accordingly, Toshiba Corp. lacks

2    knowledge or information sufficient to form a belief as to the truth of the allegations

3    contained in Paragraph 91 and, therefore, denies the allegations.

4    92.    Paragraph 92 relates to another company.  Accordingly, Toshiba Corp. lacks

5    knowledge or information sufficient to form a belief as to the truth of the allegations

6    contained in Paragraph 92 and, therefore, denies the allegations.

7    93.    Paragraph 93 relates to another company.  Accordingly, Toshiba Corp. lacks

8    knowledge or information sufficient to form a belief as to the truth of the allegations

9    contained in Paragraph 93 and, therefore, denies the allegations.

10   **Chunghwa Entities**

11   94.    Paragraph 94 relates to another company.  Accordingly, Toshiba Corp. lacks

12   knowledge or information sufficient to form a belief as to the truth of the allegations

13   contained in Paragraph 94 and, therefore, denies the allegations.

14   95.    Paragraph 95 relates to another company.  Accordingly, Toshiba Corp. lacks

15   knowledge or information sufficient to form a belief as to the truth of the allegations

16   contained in Paragraph 95 and, therefore, denies the allegations.

17   96.    Paragraph 96 consists of Plaintiffs' explanation of a defined term used in the

18   SAC, to which no response is required.  To the extent that a response is deemed required,

19   Toshiba Corp. denies the allegations contained in Paragraph 96.

20   **Irico Entities**

21   97.    Paragraph 97 relates to another company.  Accordingly, Toshiba Corp. lacks

22   knowledge or information sufficient to form a belief as to the truth of the allegations

23   contained in Paragraph 97 and, therefore, denies the allegations.

24   98.    Paragraph 98 relates to another company.  Accordingly, Toshiba Corp. lacks

25   knowledge or information sufficient to form a belief as to the truth of the allegations

26   contained in Paragraph 98 and, therefore, denies the allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3

99.     Paragraph 99 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the allegations.

4
5
6

100.     Paragraph 100 consists of Plaintiffs' explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 100.

7

**Samtel**

8
9
10

101.     Paragraph 101 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

11

**Thai CRT**

12
13
14

102.     Paragraph 102 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

15

**Orion Entities**

16
17
18
19
20
21

103.     Paragraph 103 relates to other companies.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, therefore, denies the allegations, except that Toshiba Corp. avers that in March 1995 it entered into an agreement to form a joint venture for the manufacture of CPTs with Orion Electric of South Korea, Sumitomo Corporation, and P.T. Tabung Gambar Indonesia.

22
23
24

104.     Paragraph 104 relates to other companies.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and, therefore, denies the allegations.

25
26
27

105.     Paragraph 105 relates to other companies.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

106.    Paragraph 106 consists of Plaintiffs' explanation of a defined term used in the SAC, to which no response is required.  To the extent that a response is deemed required, Toshiba Corp. denies the allegations contained in Paragraph 106.

**Technologies Displays/Videocon Entities**

107.    Paragraph 107 relates to another company.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, therefore, denies the allegations.

## VI.   TRADE AND COMMERCE

108.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and, therefore, denies the allegations.

109.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 and, therefore, denies the allegations.

110.    Paragraph 110 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 110 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## VII.  FACTUAL ALLEGATIONS

### A.    CRT Technology and Products

111.    Toshiba Corp. admits the allegations contained in Paragraph 111.

112.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 and, therefore, denies the allegations.

113.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 and, therefore, denies the allegations.

114.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 and, therefore, denies the allegations.

115.     To the extent that Paragraph 115 describes CRT technology generally, and claims that CDTs and CPTs are separate products, Toshiba Corp. admits the allegations in Paragraph 115, but avers that the allegations do not describe comprehensively or accurately all variants of CRT technology.   Toshiba Corp. denies the remaining allegations in Paragraph 115.

116.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 and, therefore, denies the allegations.

117.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 117 and, therefore, denies the allegations.  The second sentence of Paragraph 117 consists of argument and Plaintiffs' characterization of their claims, to which no response is required.  To the extent that the allegations contained in the second sentence of Paragraph 117 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

**B.     Structure of the CRT Industry**

118.     Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 and, therefore, denies the allegations.

**1.     Market Concentration**

119.     To the extent that the allegations contained in Paragraph 119 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 119 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### 2. Information Sharing

120.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 and, therefore, denies the allegations.

### 3. Consolidation

121.    To the extent that the allegations contained in Paragraph 121 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 121 are directed to Toshiba Corp., Toshiba Corp. denies these allegations, except that Toshiba Corp. avers that it entered into an agreement with Matsushita Electric Industrial Co., Ltd. to transfer all of its CRT business to a new entity named MTPD on March 31, 2003, and that Toshiba Corp. sold its interest in MTPD in 2007.

### 4. High Costs of Entry Into the Industry

122.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 and, therefore, denies the allegations.

123.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 and, therefore, denies the allegations.

### 5. Homogeneity of CRTs

124.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 and, therefore, denies the allegations.

125.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### C.    International Antitrust Investigations

126.    To the extent that Paragraph 126 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 126 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 126 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

127.    To the extent that Paragraph 127 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 127 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 127 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

128.    To the extent that Paragraph 128 consists of purported statements by government authorities or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 128 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 128 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

129.    Paragraph 129 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 and, therefore, denies the allegations.

130.    Paragraph 130 relates to another Defendant.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   131.   Paragraph 131 relates to another Defendant.   Accordingly, Toshiba Corp.

2   lacks knowledge or information sufficient to form a belief as to the truth of the allegations

3   contained in Paragraph 131 and, therefore, denies the allegations.

4   132.   To the extent that Paragraph 132 consists of, or refers to purported statements

5   in news reports or statements in public documents, those statements speak for themselves

6   and no response is required.   To the extent that the allegations contained in Paragraph 132

7   relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information

8   sufficient to form a belief as to the truth of these allegations and, therefore, denies these

9   allegations.   To the extent that the allegations contained in Paragraph 132 may be deemed

10   to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

11   133.   The allegations contained in Paragraph 133 refer to a public annual report,

12   which is the best evidence of its contents.   To the extent that the allegations contained in

13   Paragraph 133 may be deemed to require a response from Toshiba Corp., Toshiba Corp.

14   denies these allegations.

15   134.   To the extent that Paragraph 134 consists of purported statements by

16   government authorities or statements in public documents, those statements speak for

17   themselves and no response is required.   To the extent that the allegations contained in

18   Paragraph 134 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

19   or information sufficient to form a belief as to the truth of these allegations and, therefore,

20   denies these allegations.   To the extent that the allegations contained in Paragraph 134 may

21   be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

22   allegations.

23   135.   To the extent that Paragraph 135 consists of purported statements by

24   government authorities or statements in public documents, those statements speak for

25   themselves and no response is required.   To the extent that the allegations contained in

26   Paragraph 135 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

27   or information sufficient to form a belief as to the truth of these allegations and, therefore,

28   denies these allegations.   To the extent that the allegations contained in Paragraph 135 may

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

2  allegations.

3       136.   To the extent that Paragraph 136 consists of purported statements by

4  government authorities or statements in public documents, those statements speak for

5  themselves and no response is required.  To the extent that the allegations contained in

6  Paragraph 136 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

7  or information sufficient to form a belief as to the truth of these allegations and, therefore,

8  denies these allegations.  To the extent that the allegations contained in Paragraph 136 may

9  be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

10  allegations.

11       137.   To the extent that Paragraph 137 consists of purported statements by

12  government authorities or statements in public documents, those statements speak for

13  themselves and no response is required.  To the extent that the allegations contained in

14  Paragraph 137 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

15  or information sufficient to form a belief as to the truth of these allegations and, therefore,

16  denies these allegations.  To the extent that the allegations contained in Paragraph 137 may

17  be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

18  allegations.

19       138.   To the extent that Paragraph 138 consists of purported statements by

20  government authorities or statements in public documents, those statements speak for

21  themselves and no response is required.  To the extent that the allegations contained in

22  Paragraph 138 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

23  or information sufficient to form a belief as to the truth of these allegations and, therefore,

24  denies these allegations.  To the extent that the allegations contained in Paragraph 138 may

25  be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

26  allegations.

27       139.   To the extent that Paragraph 139 consists of purported statements by

28  government authorities or statements in public documents, those statements speak for

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   themselves and no response is required.  To the extent that the allegations contained in

2   Paragraph 139 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

3   or information sufficient to form a belief as to the truth of these allegations and, therefore,

4   denies these allegations.  To the extent that the allegations contained in Paragraph 139 may

5   be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

6   allegations.

7       140.   To the extent that Paragraph 140 consists of purported statements by

8   government authorities or statements in public documents, those statements speak for

9   themselves and no response is required.  To the extent that the allegations contained in

10  Paragraph 140 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

11  or information sufficient to form a belief as to the truth of these allegations and, therefore,

12  denies these allegations.  To the extent that the allegations contained in Paragraph 140 may

13  be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

14  allegations.

15      141.   To the extent that Paragraph 141 consists of purported statements by

16  government authorities or statements in public documents, those statements speak for

17  themselves and no response is required.  To the extent that the allegations contained in

18  Paragraph 141 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

19  or information sufficient to form a belief as to the truth of these allegations and, therefore,

20  denies these allegations.  To the extent that the allegations contained in Paragraph 141 may

21  be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these

22  allegations.

23      142.   To the extent that Paragraph 142 consists of purported statements by

24  government authorities or statements in public documents, those statements speak for

25  themselves and no response is required.  To the extent that the allegations contained in

26  Paragraph 142 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

27  or information sufficient to form a belief as to the truth of these allegations and, therefore,

28  denies these allegations.  To the extent that the allegations contained in Paragraph 142 may

be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

### D.    Pre-Conspiracy Market

143.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and, therefore, denies the allegations.

144.    Paragraph 144 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, therefore, denies the allegations.

### E.    Defendants' and Co-Conspirators' Illegal Agreements

145.    To the extent that the allegations contained in Paragraph 145 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 145 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

146.    To the extent that the allegations contained in Paragraph 146 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 146 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

147.    To the extent that the allegations contained in Paragraph 147 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 147 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

148.    Paragraph 148 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

149.    To the extent that the allegations contained in Paragraph 149 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 149 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

150.    Paragraph 150 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 150 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 150 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

151.    To the extent that the allegations contained in Paragraph 151 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 151 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

152.    To the extent that the allegations contained in Paragraph 152 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 152 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

1.    "Glass Meetings"

153.    To the extent that the allegations contained in Paragraph 153 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 153 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

154.    To the extent that the allegations contained in Paragraph 154 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 154 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

155.    To the extent that the allegations contained in Paragraph 155 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 155 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

156.    To the extent that the allegations contained in Paragraph 156 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 156 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

157.    To the extent that the allegations contained in Paragraph 157 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 157 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

158.    To the extent that the allegations contained in Paragraph 158 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 158 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

159.    To the extent that the allegations contained in Paragraph 159 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1 the extent that the allegations contained in Paragraph 159 are directed to Toshiba Corp.,

2 Toshiba Corp. denies these allegations.

3     160.   To the extent that the allegations contained in Paragraph 160 relate to other

4 Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

5 form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

6 the extent that the allegations contained in Paragraph 160 are directed to Toshiba Corp.,

7 Toshiba Corp. denies these allegations.

8     161.   To the extent that the allegations contained in Paragraph 161 relate to other

9 Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

10 form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

11 the extent that the allegations contained in Paragraph 161 are directed to Toshiba Corp.,

12 Toshiba Corp. denies these allegations.

13     162.   To the extent that the allegations contained in Paragraph 162 relate to other

14 Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

15 form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

16 the extent that the allegations contained in Paragraph 162 are directed to Toshiba Corp.,

17 Toshiba Corp. denies these allegations.

18     163.   To the extent that the allegations contained in Paragraph 163 relate to other

19 Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

20 form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

21 the extent that the allegations contained in Paragraph 163 are directed to Toshiba Corp.,

22 Toshiba Corp. denies these allegations.

23     164.   To the extent that the allegations contained in Paragraph 164 relate to other

24 Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

25 form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

26 the extent that the allegations contained in Paragraph 164 are directed to Toshiba Corp.,

27 Toshiba Corp. denies these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

165.    To the extent that the allegations contained in Paragraph 165 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 165 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

166.    To the extent that the allegations contained in Paragraph 166 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 166 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

167.    To the extent that the allegations contained in Paragraph 167 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 167 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

168.    To the extent that the allegations contained in Paragraph 168 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 168 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

169.    To the extent that the allegations contained in Paragraph 169 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 169 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

170.    To the extent that the allegations contained in Paragraph 170 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

the extent that the allegations contained in Paragraph 170 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

171.    To the extent that the allegations contained in Paragraph 171 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 171 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

### 2.    Bilateral Discussions

172.    To the extent that the allegations contained in Paragraph 172 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 172 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

173.    To the extent that the allegations contained in Paragraph 173 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 173 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

174.    To the extent that the allegations contained in Paragraph 174 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 174 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

175.    To the extent that the allegations contained in Paragraph 175 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 175 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

176.   To the extent that the allegations contained in Paragraph 176 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 176 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

### 3.   Defendants' and Co-Conspirators' Participation in Group and Bilateral Discussions

177.   To the extent that Paragraph 177 consists of Plaintiffs' characterization of their claims and Plaintiffs' explanation of a defined term used in the SAC, no response is required.  To the extent that the allegations contained in Paragraph 177 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 177 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

178.   Paragraph 178 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and, therefore, denies the allegations.

179.   Paragraph 179 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 and, therefore, denies the allegations.

180.   Paragraph 180 relates to other Defendants or third parties.   Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180 and, therefore, denies the allegations.

181.   Paragraph 181 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

182.    Paragraph 182 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and, therefore, denies the allegations.

183.    Paragraph 183 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, therefore, denies the allegations.

184.    Paragraph 184 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and, therefore, denies the allegations.

185.    Paragraph 185 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and, therefore, denies the allegations.

186.    Paragraph 186 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and, therefore, denies the allegations.

187.    Paragraph 187 relates to other Defendants or third parties.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and, therefore, denies the allegations.

188.    Paragraph 188 relates to other companies.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, therefore, denies the allegations.

189.    Paragraph 189 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and, therefore, denies the allegations.

190.    Paragraph 190 relates to other Defendants.  Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    191.    To the extent that the allegations contained in Paragraph 191 relate to other

2  Defendants, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to

3  the truth of these allegations and, therefore, denies these allegations.  To the extent that the

4  allegations contained in Paragraph 191 are directed to Toshiba Corp., Toshiba Corp. denies

5  these allegations.

6    192.    Paragraph 192 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

7  knowledge or information sufficient to form a belief as to the truth of the allegations

8  contained in Paragraph 192 and, therefore, denies the allegations.

9    193.    To the extent that Paragraph 193 consists of purported statements by

10  government authorities or statements in public documents, those statements speak for

11  themselves and no response is required.  To the extent that the allegations contained in

12  Paragraph 193 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge

13  or information sufficient to form a belief as to the truth of these allegations and, therefore,

14  denies these allegations.  To the extent that the allegations contained in Paragraph 193 are

15  directed to Toshiba Corp., Toshiba Corp. denies these allegations.

16    194.    To the extent that the allegations contained in Paragraph 194 relate to other

17  Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

18  form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

19  the extent that the allegations contained in Paragraph 194 are directed to Toshiba Corp.,

20  Toshiba Corp. denies these allegations.

21    195.    To the extent that the allegations contained in Paragraph 195 relate to other

22  Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

23  form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

24  the extent that the allegations contained in Paragraph 195 are directed to Toshiba Corp.,

25  Toshiba Corp. denies these allegations.

26    196.    Paragraph 196 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

27  knowledge or information sufficient to form a belief as to the truth of the allegations

28  contained in Paragraph 196 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    197.    Paragraph 197 relates to other Defendants or third parties.   Accordingly,

2  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

3  the allegations contained in Paragraph 197 and, therefore, denies the allegations.

4    198.    Paragraph 198 relates to other Defendants or third parties.   Accordingly,

5  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

6  the allegations contained in Paragraph 198 and, therefore, denies the allegations.

7    199.    Paragraph 199 relates to another company.  Accordingly, Toshiba Corp. lacks

8  knowledge or information sufficient to form a belief as to the truth of the allegations

9  contained in Paragraph 199 and, therefore, denies the allegations.

10    200.    Paragraph 200 relates to other Defendants or third parties.   Accordingly,

11  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

12  the allegations contained in Paragraph 200 and, therefore, denies the allegations.

13    201.    Paragraph 201 relates to other companies.  Accordingly, Toshiba Corp. lacks

14  knowledge or information sufficient to form a belief as to the truth of the allegations

15  contained in Paragraph 201 and, therefore, denies the allegations.

16    202.    Paragraph 202 relates to other companies.  Accordingly, Toshiba Corp. lacks

17  knowledge or information sufficient to form a belief as to the truth of the allegations

18  contained in Paragraph 202 and, therefore, denies the allegations.

19    203.    Paragraph 203 relates to another company.  Accordingly, Toshiba Corp. lacks

20  knowledge or information sufficient to form a belief as to the truth of the allegations

21  contained in Paragraph 203 and, therefore, denies the allegations.

22    204.    Paragraph 204 relates to another company.  Accordingly, Toshiba Corp. lacks

23  knowledge or information sufficient to form a belief as to the truth of the allegations

24  contained in Paragraph 204 and, therefore, denies the allegations.

25    **F.    The CRT Market During the Conspiracy**

26    205.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations contained in Paragraph 205 and, therefore, denies the

28  allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

206.    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 and, therefore, denies the allegations.

207.    To the extent that Paragraph 207 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 207 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 207 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

### G.    Effects of Defendants' Antitrust Violations

208.    To the extent that Paragraph 208 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 208 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 208 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

### 1.    Examples of Collusive Pricing for CRTs

209.    To the extent that Paragraph 209 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 209 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegation contained in Paragraph 209 may be deemed to require a response from Toshiba Corp., Toshiba Corp. denies these allegations.

210.    To the extent that Paragraph 210 consists of purported statements in news reports or statements in public documents, those statements speak for themselves and no

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  response is required.  To the extent that the allegations contained in Paragraph 210 relate to

2  other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient

3  to form a belief as to the truth of these allegations and, therefore, denies these allegations.

4  To the extent that the allegation contained in Paragraph 210 may be deemed to require a

5  response from Toshiba Corp., Toshiba Corp. denies these allegations.

6      211.    To the extent that the allegations contained in Paragraph 211 relate to other

7  Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

8  form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

9  the extent that the allegations contained in Paragraph 211 are directed to Toshiba Corp.,

10  Toshiba Corp. denies these allegations.

11      212.    To the extent that Paragraph 212 consists of purported statements in news

12  reports or statements in public documents, those statements speak for themselves and no

13  response is required.  To the extent that the allegations contained in Paragraph 212 relate to

14  other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient

15  to form a belief as to the truth of these allegations and, therefore, denies these allegations.

16  To the extent that the allegations contained in Paragraph 212 may be deemed to require a

17  response from Toshiba Corp., Toshiba Corp. denies these allegations.

18      213.    To the extent that Paragraph 213 consists of purported statements in news

19  reports or statements in public documents, those statements speak for themselves and no

20  response is required.  To the extent that the allegations contained in Paragraph 213 relate to

21  other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient

22  to form a belief as to the truth of these allegations and, therefore, denies these allegations.

23  To the extent that the allegations contained in Paragraph 213 may be deemed to require a

24  response from Toshiba Corp., Toshiba Corp. denies these allegations.

25      214.    To the extent that Paragraph 214 consists of purported statements in news

26  reports or statements in public documents, those statements speak for themselves and no

27  response is required.  To the extent that the allegations contained in Paragraph 214 relate to

28  other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   to form a belief as to the truth of these allegations and, therefore, denies these allegations.

2   To the extent that the allegations contained in Paragraph 214 may be deemed to require a

3   response from Toshiba Corp., Toshiba Corp. denies these allegations.

4        **2.    Examples of Reductions in Manufacturing Capacity by Defendants**

5        215.    To the extent that the allegations contained in Paragraph 215 relate to other

6   Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

7   form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

8   the extent that the allegations contained in Paragraph 215 are directed to Toshiba Corp.,

9   Toshiba Corp. denies these allegations.

10        216.    To the extent that the allegations contained in Paragraph 216 relate to other

11   Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

12   form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

13   the extent that the allegations contained in Paragraph 216 are directed to Toshiba Corp.,

14   Toshiba Corp. denies these allegations.

15        217.    Paragraph 217 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

16   knowledge or information sufficient to form a belief as to the truth of the allegations

17   contained in Paragraph 217 and, therefore, denies these allegations.

18        218.    Paragraph 218 relates to another Defendant.  Accordingly, Toshiba Corp.

19   lacks knowledge or information sufficient to form a belief as to the truth of the allegations

20   contained in Paragraph 218 and, therefore, denies these allegations.

21        219.    Paragraph 219 relates to other Defendants.  Accordingly, Toshiba Corp. lacks

22   knowledge or information sufficient to form a belief as to the truth of the allegations

23   contained in Paragraph 219 and, therefore, denies these allegations.

24        220.    Paragraph 220 relates to another Defendant.  Accordingly, Toshiba Corp.

25   lacks knowledge or information sufficient to form a belief as to the truth of the allegations

26   contained in Paragraph 220 and, therefore, denies these allegations.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

221.   Paragraph 221 relates to other Defendants or third parties.   Accordingly, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 221 and, therefore, denies these allegations.

**H.   Summary of Effects of the Conspiracy Involving CRTs**

222.   Paragraph 222 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 222 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 222 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**VIII. PLAINTIFFS' INJURIES**

223.   To the extent that Paragraph 223 contains argument, Plaintiffs' characterization of their claims, or legal conclusions, no response is required.   To the extent that the allegations contained in Paragraph 223 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 223 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

224.   Paragraph 224 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 224 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 224 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

225.    To the extent that Paragraph 225 contains argument or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 225 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 225 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

226.    To the extent that the allegations contained in Paragraph 226 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 226 are directed to Toshiba Corp., Toshiba Corp. denies these allegations.

227.    Paragraph 227 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 227 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form the belief as to the truth of these allegations and, therefore, denies these allegations.

## IX.  TOLLING

228.    Paragraph 228 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 228 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 228 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

229.   Paragraph 229 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 229 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 229 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## X.   FRAUDULENT CONCEALMENT

230.   Paragraph 230 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 230 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 230 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

231.   Paragraph 231 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 231 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 231 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

232.   Paragraph 232 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 232 relate to other Defendants or third parties, Toshiba

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 232 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

233.    Paragraph 233 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 233 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 233 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

234.    Paragraph 234 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 234 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 234 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

235.    Paragraph 235 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 235 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 235 may be deemed to require a response from Toshiba Corp.,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

2   these allegations and, therefore, denies these allegations.

3         236.    Paragraph 236 consists of argument, Plaintiffs' characterization of their

4   claims, or legal conclusions, to which no response is required.  To the extent that the

5   allegations contained in Paragraph 236 relate to other Defendants or third parties, Toshiba

6   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

7   allegations and, therefore, denies these allegations.  To the extent that the allegations

8   contained in Paragraph 236 may be deemed to require a response from Toshiba Corp.,

9   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

10  these allegations and, therefore, denies these allegations.

11        237.    To the extent that the allegations contained in Paragraph 237 relate to other

12  Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

13  form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

14  the extent that the allegations contained in Paragraph 237 are directed to Toshiba Corp.,

15  Toshiba Corp. denies these allegations.

16        238.    To the extent that the allegations contained in Paragraph 238 relate to other

17  Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

18  form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

19  the extent that the allegations contained in Paragraph 238 are directed to Toshiba Corp.,

20  Toshiba Corp. denies these allegations.

21        239.    Paragraph 239 consists of argument, Plaintiffs' characterization of their

22  claims, or legal conclusions, to which no response is required.  To the extent that the

23  allegations contained in Paragraph 239 relate to other Defendants or third parties, Toshiba

24  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

25  allegations and, therefore, denies these allegations.  To the extent that the allegations

26  contained in Paragraph 239 may be deemed to require a response from Toshiba Corp.,

27  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

28  these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

240.    Paragraph 240 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 240 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 240 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

241.    Paragraph 241 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 241 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 241 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

242.    Paragraph 242 consists of argument, Plaintiffs' characterization of their claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 242 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 242 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

243.    To the extent that the allegations contained in Paragraph 243 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 243 may be deemed to require a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to

2   form a belief as to the truth of these allegations and, therefore, denies these allegations.

3       244.    To the extent that the allegations contained in Paragraph 244 relate to other

4   Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to

5   form a belief as to the truth of these allegations and, therefore, denies these allegations.  To

6   the extent that the allegations contained in Paragraph 244 may be deemed to require a

7   response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to

8   form a belief as to the truth of these allegations and, therefore, denies these allegations.

9       245.    Paragraph 245 consists of argument, Plaintiffs' characterization of their

10  claims, or legal conclusions, to which no response is required.  To the extent that the

11  allegations contained in Paragraph 245 relate to other Defendants or third parties, Toshiba

12  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

13  allegations and, therefore, denies these allegations.  To the extent that the allegations

14  contained in Paragraph 245 may be deemed to require a response from Toshiba Corp.,

15  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

16  these allegations and, therefore, denies these allegations.

17      246.    Paragraph 246 consists of argument, Plaintiffs' characterization of their

18  claims, or legal conclusions, to which no response is required.  To the extent that the

19  allegations contained in Paragraph 246 relate to other Defendants or third parties, Toshiba

20  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

21  allegations and, therefore, denies these allegations.  To the extent that the allegations

22  contained in Paragraph 246 may be deemed to require a response from Toshiba Corp.,

23  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

24  these allegations and, therefore, denies these allegations.

25      247.    Paragraph 247 consists of argument, Plaintiffs' characterization of their

26  claims, or legal conclusions, to which no response is required.  To the extent that the

27  allegations contained in Paragraph 247 relate to other Defendants or third parties, Toshiba

28  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   allegations and, therefore, denies these allegations.  To the extent that the allegations

2   contained in Paragraph 247 may be deemed to require a response from Toshiba Corp.,

3   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

4   these allegations and, therefore, denies these allegations.

5   **XI.   CLAIM FOR VIOLATIONS**

6   **First Claim for Relief**

7   **(Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1)**

8       248.    Toshiba Corp. hereby incorporates by reference its responses to Paragraphs

9   1-247 of the SAC, as set forth above.

10      249.    Paragraph 249 consists of argument, Plaintiffs' characterization of their

11  claims, or legal conclusions, to which no response is required.  To the extent that the

12  allegations contained in Paragraph 249 relate to other Defendants or third parties, Toshiba

13  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

14  allegations and, therefore, denies these allegations.  To the extent that the allegations

15  contained in Paragraph 249 may be deemed to require a response from Toshiba Corp.,

16  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

17  these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

18  the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

19  2014.

20      250.    Paragraph 250 consists of argument, Plaintiffs' characterization of their

21  claims, or legal conclusions, to which no response is required.  To the extent that the

22  allegations contained in Paragraph 250 relate to other Defendants or third parties, Toshiba

23  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

24  allegations and, therefore, denies these allegations.  To the extent that the allegations

25  contained in Paragraph 250 may be deemed to require a response from Toshiba Corp.,

26  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

27  these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

2    2014.

3         251.    Paragraph 251 consists of argument, Plaintiffs' characterization of their

4    claims, or legal conclusions, to which no response is required.  To the extent that the

5    allegations contained in Paragraph 251 relate to other Defendants or third parties, Toshiba

6    Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

7    allegations and, therefore, denies these allegations.  To the extent that the allegations

8    contained in Paragraph 251 may be deemed to require a response from Toshiba Corp.,

9    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

10   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

11   the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

12   2014.

13        252.    Paragraph 252 consists of argument, Plaintiffs' characterization of their

14   claims, or legal conclusions, to which no response is required.  To the extent that the

15   allegations contained in Paragraph 252 relate to other Defendants or third parties, Toshiba

16   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

17   allegations and, therefore, denies these allegations.  To the extent that the allegations

18   contained in Paragraph 252 may be deemed to require a response from Toshiba Corp.,

19   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

20   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

21   the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

22   2014.

23        253.    Paragraph 253 consists of argument, Plaintiffs' characterization of their

24   claims, or legal conclusions, to which no response is required.  To the extent that the

25   allegations contained in Paragraph 253 relate to other Defendants or third parties, Toshiba

26   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

27   allegations and, therefore, denies these allegations.  To the extent that the allegations

28   contained in Paragraph 253 may be deemed to require a response from Toshiba Corp.,

1   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

2   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

3   the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

4   2014.

5       254.    Paragraph 254 consists of argument, Plaintiffs' characterization of their

6   claims, or legal conclusions, to which no response is required.  To the extent that the

7   allegations contained in Paragraph 254 relate to other Defendants or third parties, Toshiba

8   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

9   allegations and, therefore, denies these allegations.  To the extent that the allegations

10  contained in Paragraph 254 may be deemed to require a response from Toshiba Corp.,

11  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

12  these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

13  the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

14  2014.

## Second Claim for Relief

### (Violation of the California Cartwright Act)

17      255.    Toshiba Corp. hereby incorporates by reference its responses to Paragraphs

18  1-254 of the SAC, as set forth above.

19      256.    Paragraph 256 consists of argument, Plaintiff SEMA's characterization of its

20  claims, or legal conclusions, to which no response is required.  To the extent that the

21  allegations contained in Paragraph 256 relate to other Defendants or third parties, Toshiba

22  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

23  allegations and, therefore, denies these allegations.  To the extent that the allegations

24  contained in Paragraph 256 may be deemed to require a response from Toshiba Corp.,

25  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

26  these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

27  the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on

28  March 13, 2014.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    257.    Paragraph 257 consists of argument, Plaintiff SEMA's characterization of its

2    claims, or legal conclusions, to which no response is required.  To the extent that the

3    allegations contained in Paragraph 257 relate to other Defendants or third parties, Toshiba

4    Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

5    allegations and, therefore, denies these allegations.  To the extent that the allegations

6    contained in Paragraph 257 may be deemed to require a response from Toshiba Corp.,

7    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

8    these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

9    the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on

10   March 13, 2014.

11   258.    Paragraph 258 consists of argument, Plaintiff SEMA's characterization of its

12   claims, or legal conclusions, to which no response is required.  To the extent that the

13   allegations contained in Paragraph 258 relate to other Defendants or third parties, Toshiba

14   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

15   allegations and, therefore, denies these allegations.  To the extent that the allegations

16   contained in Paragraph 258 may be deemed to require a response from Toshiba Corp.,

17   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

18   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

19   the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on

20   March 13, 2014.

21   259.    Paragraph 259 consists of argument, Plaintiff SEMA's characterization of its

22   claims, or legal conclusions, to which no response is required.  To the extent that the

23   allegations contained in Paragraph 259 relate to other Defendants or third parties, Toshiba

24   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

25   allegations and, therefore, denies these allegations.  To the extent that the allegations

26   contained in Paragraph 259 may be deemed to require a response from Toshiba Corp.,

27   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

28   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on
2   March 13, 2014.

3       260.    Paragraph 260 consists of argument, Plaintiff SEMA's characterization of its
4   claims, or legal conclusions, to which no response is required.  To the extent that the
5   allegations contained in Paragraph 260 relate to other Defendants or third parties, Toshiba
6   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these
7   allegations and, therefore, denies these allegations.  To the extent that the allegations
8   contained in Paragraph 260 may be deemed to require a response from Toshiba Corp.,
9   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of
10  these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that
11  the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on
12  March 13, 2014.

13      261.    Paragraph 261 consists of argument, Plaintiff SEMA's characterization of its
14  claims, or legal conclusions, to which no response is required.  To the extent that the
15  allegations contained in Paragraph 261 relate to other Defendants or third parties, Toshiba
16  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these
17  allegations and, therefore, denies these allegations.  To the extent that the allegations
18  contained in Paragraph 261 may be deemed to require a response from Toshiba Corp.,
19  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of
20  these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that
21  the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on
22  March 13, 2014.

23      262.    Paragraph 262 consists of argument, Plaintiff SEMA's characterization of its
24  claims, or legal conclusions, to which no response is required.  To the extent that the
25  allegations contained in Paragraph 262 relate to other Defendants or third parties, Toshiba
26  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these
27  allegations and, therefore, denies these allegations.  To the extent that the allegations
28  contained in Paragraph 262 may be deemed to require a response from Toshiba Corp.,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on March 13, 2014.

263. Paragraph 263 consists of argument, Plaintiff SEMA's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 263 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 263 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on March 13, 2014.

264. Paragraph 264 consists of argument, Plaintiff SEMA's characterization of its claims, or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 264 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 264 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on March 13, 2014.

## Third Claim for Relief

### (Violation of California Unfair Competition Law)

265. Toshiba Corp. hereby incorporates by reference its responses to Paragraphs 1-264 of the SAC, as set forth above.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    266.    Paragraph 266 consists of argument, Plaintiff SEMA's characterization of its

2    claims, or legal conclusions, to which no response is required.  To the extent that the

3    allegations contained in Paragraph 266 relate to other Defendants or third parties, Toshiba

4    Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

5    allegations and, therefore, denies these allegations.  To the extent that the allegations

6    contained in Paragraph 266 may be deemed to require a response from Toshiba Corp.,

7    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

8    these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

9    the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on

10   March 13, 2014.

11   267.    Paragraph 267 consists of argument, Plaintiff SEMA's characterization of its

12   claims, or legal conclusions, to which no response is required.  To the extent that the

13   allegations contained in Paragraph 267 relate to other Defendants or third parties, Toshiba

14   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

15   allegations and, therefore, denies these allegations.  To the extent that the allegations

16   contained in Paragraph 267 may be deemed to require a response from Toshiba Corp.,

17   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

18   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

19   the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on

20   March 13, 2014.

21   268.    Paragraph 268 consists of argument, Plaintiff SEMA's characterization of its

22   claims, or legal conclusions, to which no response is required.  To the extent that the

23   allegations contained in Paragraph 268 relate to other Defendants or third parties, Toshiba

24   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

25   allegations and, therefore, denies these allegations.  To the extent that the allegations

26   contained in Paragraph 268 may be deemed to require a response from Toshiba Corp.,

27   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

28   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on

2    March 13, 2014.

3            269.    Paragraph 269 consists of argument, Plaintiff SEMA's characterization of its

4    claims, or legal conclusions, to which no response is required.  To the extent that the

5    allegations contained in Paragraph 269 relate to other Defendants or third parties, Toshiba

6    Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

7    allegations and, therefore, denies these allegations.  To the extent that the allegations

8    contained in Paragraph 269 may be deemed to require a response from Toshiba Corp.,

9    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

10   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

11   the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on

12   March 13, 2014.

13           270.    Paragraph 270 consists of argument, Plaintiff SEMA's characterization of its

14   claims, or legal conclusions, to which no response is required.  To the extent that the

15   allegations contained in Paragraph 270 relate to other Defendants or third parties, Toshiba

16   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

17   allegations and, therefore, denies these allegations.  To the extent that the allegations

18   contained in Paragraph 270 may be deemed to require a response from Toshiba Corp.,

19   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

20   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

21   the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on

22   March 13, 2014.

23           271.    Paragraph 271 consists of argument, Plaintiff SEMA's characterization of its

24   claims, or legal conclusions, to which no response is required.  To the extent that the

25   allegations contained in Paragraph 271 relate to other Defendants or third parties, Toshiba

26   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

27   allegations and, therefore, denies these allegations.  To the extent that the allegations

28   contained in Paragraph 271 may be deemed to require a response from Toshiba Corp.,

Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on March 13, 2014.

272.    Paragraph 272 consists of argument, Plaintiff SEMA's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 272 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 272 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on March 13, 2014.

273.    Paragraph 273 consists of argument, Plaintiff SEMA's characterization of its claims, or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 273 relate to other Defendants or third parties, Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 273 may be deemed to require a response from Toshiba Corp., Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that the Court dismissed with prejudice Plaintiff SEMA's claims against Toshiba Corp. on March 13, 2014.

### Fourth Claim for Relief

### (Violation of the New York Donnelly Act)

274.    Toshiba Corp. hereby incorporates by reference its responses to Paragraphs 1-273 of the SAC, as set forth above.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    275.    Paragraph 275 consists of argument, Plaintiffs' characterization of their

2    claims, or legal conclusions, to which no response is required.   To the extent that the

3    allegations contained in Paragraph 275 relate to other Defendants or third parties, Toshiba

4    Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

5    allegations and, therefore, denies these allegations.   To the extent that the allegations

6    contained in Paragraph 275 may be deemed to require a response from Toshiba Corp.,

7    Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

8    these allegations and, therefore, denies these allegations.   Toshiba Corp. further states that

9    the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

10   2014.

11   276.    Paragraph 276 consists of argument, Plaintiffs' characterization of their

12   claims, or legal conclusions, to which no response is required.   To the extent that the

13   allegations contained in Paragraph 276 relate to other Defendants or third parties, Toshiba

14   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

15   allegations and, therefore, denies these allegations.   To the extent that the allegations

16   contained in Paragraph 276 may be deemed to require a response from Toshiba Corp.,

17   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

18   these allegations and, therefore, denies these allegations.   Toshiba Corp. further states that

19   the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

20   2014.

21   277.    Paragraph 277 consists of argument, Plaintiffs' characterization of their

22   claims, or legal conclusions, to which no response is required.   To the extent that the

23   allegations contained in Paragraph 277 relate to other Defendants or third parties, Toshiba

24   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

25   allegations and, therefore, denies these allegations.   To the extent that the allegations

26   contained in Paragraph 277 may be deemed to require a response from Toshiba Corp.,

27   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

28   these allegations and, therefore, denies these allegations.   Toshiba Corp. further states that

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

2  2014.

3       278.    Paragraph 278 consists of argument, Plaintiffs' characterization of their

4  claims, or legal conclusions, to which no response is required.  To the extent that the

5  allegations contained in Paragraph 278 relate to other Defendants or third parties, Toshiba

6  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

7  allegations and, therefore, denies these allegations.  To the extent that the allegations

8  contained in Paragraph 278 may be deemed to require a response from Toshiba Corp.,

9  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

10  these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

11  the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

12  2014.

13       279.    Paragraph 279 consists of argument, Plaintiffs' characterization of their

14  claims, or legal conclusions, to which no response is required.  To the extent that the

15  allegations contained in Paragraph 279 relate to other Defendants or third parties, Toshiba

16  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

17  allegations and, therefore, denies these allegations.  To the extent that the allegations

18  contained in Paragraph 279 may be deemed to require a response from Toshiba Corp.,

19  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

20  these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

21  the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

22  2014.

23       280.    Paragraph 280 consists of argument, Plaintiffs' characterization of their

24  claims, or legal conclusions, to which no response is required.  To the extent that the

25  allegations contained in Paragraph 280 relate to other Defendants or third parties, Toshiba

26  Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

27  allegations and, therefore, denies these allegations.  To the extent that the allegations

28  contained in Paragraph 280 may be deemed to require a response from Toshiba Corp.,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

2   these allegations and, therefore, denies these allegations.  Toshiba Corp. further states that

3   the Court dismissed with prejudice Plaintiffs' claims against Toshiba Corp. on March 13,

4   2014.

5   **XII.  DAMAGES**

6       281.    Paragraph 281 consists of argument, Plaintiffs' characterization of their

7   claims, or legal conclusions, to which no response is required.  To the extent that the

8   allegations contained in Paragraph 281 relate to other Defendants or third parties, Toshiba

9   Corp. lacks knowledge or information sufficient to form a belief as to the truth of these

10  allegations and, therefore, denies these allegations.  To the extent that the allegations

11  contained in Paragraph 281 may be deemed to require a response from Toshiba Corp.,

12  Toshiba Corp. lacks knowledge or information sufficient to form a belief as to the truth of

13  these allegations and, therefore, denies these allegations.

14  **XIII. PRAYER FOR RELIEF**

15      In answer to the Prayer for Relief, Toshiba Corp. denies each and every allegation in

16  the Prayer and further specifically denies that Plaintiffs are entitled to any of the relief

17  requested or any remedy whatsoever against Toshiba Corp.  All allegations of the SAC not

18  heretofore admitted or denied are here and now denied as though specifically denied

19  herein.

20                      **DEFENSES/AFFIRMATIVE DEFENSES**

21      Without assuming any burden it would not otherwise bear, and reserving its right to

22  amend its Answer to assert additional defenses as they may become known during

23  discovery, Toshiba Corp. asserts the following separate and additional defenses:

24                              **FIRST DEFENSE**

25      Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust

26  Improvements Act, 15 U.S.C. § 6a.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

## SECOND DEFENSE

2 Plaintiffs have failed to plead fraudulent concealment with the particularity required

3 by Rule 9(b) of the Federal Rules of Civil Procedure.

4

## THIRD DEFENSE

5 Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to

6 bring or maintain the claims set forth in the SAC.

7

## FOURTH DEFENSE

8 Plaintiffs' claims are barred, in whole or in part, to the extent that they did not

9 purchase CRTs directly from Defendants, because they are indirect purchasers and barred

10 from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

11

## FIFTH DEFENSE

12 Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no

13 antitrust injury.

14

## SIXTH DEFENSE

15 Plaintiffs' claims are barred, in whole or in part, by applicable statutes of limitations,

16 including but not limited to:  15 U.S.C. § 15b; Cal. Bus. & Prof. Code § 17208; Cal. Bus.

17 & Prof. Code § 16750.1; Cal. Civ. Proc. Code §§ 337-340; and N.Y. C.P.L.R. 214(2).

18

## SEVENTH DEFENSE

19 Plaintiffs' claims are barred, in whole or in part, because no Plaintiff has been injured

20 in its business or property by reason of any action of Toshiba Corp.

21

## EIGHTH DEFENSE

22 Plaintiffs' claims are barred, in whole or in part, because any alleged injuries and

23 damages were not legally or proximately caused by any acts or omissions of Toshiba Corp.

24 or were caused, if at all, solely and proximately by the conduct of third parties including,

25 without limitation, the prior, intervening or superseding conduct of such third parties.

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## NINTH DEFENSE

To the extent that any actionable conduct occurred, Plaintiffs' claims against Toshiba Corp. are barred because all such conduct would have been committed by individuals acting *ultra vires*.

## TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no damages as a result of any actions taken by Toshiba Corp. or the other Defendants.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

## TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any actions or practices of Toshiba Corp. that are the subject of the SAC were undertaken unilaterally for legitimate business reasons and in pursuit of Toshiba Corp.'s independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between Toshiba Corp. and any other person or entity.

## THIRTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of Toshiba Corp. that are the subject of the SAC were adopted in furtherance of legitimate business interests of Toshiba Corp. and of its customers and did not unreasonably restrain competition.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of Toshiba Corp. that are the subject of the SAC were cost justified or otherwise economically justified and resulted from a good-faith effort to meet competition or market conditions.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**FIFTEENTH DEFENSE**

2     To the extent there is a finding of an illegal overcharge, Plaintiffs' claims are barred,

3 in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by

4 others, and was not passed through to the indirect purchasers.

5

**SIXTEENTH DEFENSE**

6     Plaintiffs' claims are barred, in whole or in part, because, as indirect purchasers, they

7 fail to meet their burden of proving that they were damaged in fact by the conduct of which

8 complaint is here made, including the burden of proving that any so-called overcharge of

9 which complaint is made and which was not absorbed by predecessors to Plaintiffs in the

10 chain of distribution was not passed on to a third party.

11

**SEVENTEENTH DEFENSE**

12     Plaintiffs' claims are barred, in whole or in part, to the extent they seek improper

13 multiple damage awards and damage awards duplicative of those sought in other actions, in

14 violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the

15 United States Constitution.

16

**EIGHTEENTH DEFENSE**

17     Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of unclean

18 hands.

19

**NINETEENTH DEFENSE**

20     Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs have

21 available an adequate remedy at law.

22

**TWENTIETH DEFENSE**

23     Without admitting the existence of any contract, combination or conspiracy in

24 restraint of trade, Toshiba Corp. contends that it is entitled to set off any amounts paid to

25 Plaintiffs by any Defendants other than Toshiba Corp. who have settled, or do settle,

26 Plaintiffs' claims against them in this action.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

## TWENTY-FIRST DEFENSE

Plaintiffs' claims for injunctive relief are barred, in whole or in part, insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

## TWENTY-SECOND DEFENSE

Plaintiffs lack standing to prosecute their state antitrust claims, in whole or in part, under, without limitation, the following statutes:  Cal. Bus. & Prof. Code §§ 16700, *et seq.*; and Cal. Bus. & Prof. Code §§ 17200, *et seq.* and N.Y. Gen. Bus. Law §§ 340 *et seq.*

## TWENTY-THIRD DEFENSE

Plaintiffs lack standing to prosecute their state consumer protection claims, in whole or in part, under, without limitation, the following statutes:  Cal. Bus. & Prof. Code §§ 17200, *et seq.*

## TWENTY-FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that the claims are based on California law and any of the alleged events took place outside the state of California without impact on California residents.

## TWENTY-FIFTH DEFENSE

Any award of restitution under Cal. Bus. & Prof. Code § 17203 based upon asserted interests or injuries of Plaintiffs would violate the Excessive Fines Clause of the Eighth Amendment (as incorporated by the Due Process Clause of the Fourteenth Amendment) to the United States Constitution and Article I, Section 17 of the California Constitution.

## TWENTY-SIXTH DEFENSE

Plaintiff SEMA's claims for monetary relief under Cal. Bus. & Prof. Code § 17203 are barred, in whole or in part, because Toshiba Corp. did not acquire any money or property from Plaintiffs.

## TWENTY-SEVENTH DEFENSE

Any finding of liability under Cal. Bus. & Prof. Code §§ 17200, 17203 or 17204 would violate the Due Process Clause of the Fourteenth Amendment to the United States

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1 | Constitution and Article I, Section 7 of the California Constitution, because the standards
2 | of liability under these statutes are unduly vague and subjective, permitting retroactive,
3 | random, arbitrary and capricious punishment that serves no legitimate governmental
4 | interest.

### TWENTY-EIGHTH DEFENSE

6 | Any award of restitution to Plaintiffs under Cal. Bus. & Prof. Code § 17203 would
7 | constitute a taking of property without just compensation in violation of the Takings Clause
8 | of the Fifth Amendment to the United States Constitution (as incorporated by the Due
9 | Process Clause of the Fourteenth Amendment to the United States Constitution) and Article
10 | I, Section 19 of the California Constitution.

### TWENTY-NINTH DEFENSE

12 | Any award of restitution under Cal. Bus. & Prof. Code § 17203 to persons who refuse
13 | to execute an acknowledgement that the payment is in full settlement of claims against
14 | Defendants would violate the Due Process Clause of the Fourteenth Amendment to the
15 | United States Constitution.

### THIRTIETH DEFENSE

17 | Plaintiff SEMA's claims under Cal. Bus. & Prof. Code §§ 16700, *et seq*., are barred,
18 | in whole or in part, because the application of §§ 16700, *et seq.*, to wholly interstate or
19 | foreign commerce violates the Commerce Clause of the United States Constitution.

### THIRTY-FIRST DEFENSE

21 | Any award of treble damages, punitive damages or restitution pursuant to Cal. Bus. &
22 | Prof. Code §§ 16720, 16727, 16750, or 16761 would violate the Excessive Fines and Due
23 | Process Clauses of the United States Constitution and equivalent clauses in the California
24 | Constitution.

### THIRTY-SECOND DEFENSE

26 | Plaintiff SEMA's claims under Cal. Bus. & Prof. Code §§ 16700, *et seq.*, §§ 17200, *et*
27 | *seq.*, and California unjust enrichment law are barred, in whole or in part, because those

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  statutes are inapplicable to alleged wrongs suffered by non-California residents based on
2  alleged conduct of Toshiba Corp. occurring outside of California.

3  ## THIRTY-THIRD DEFENSE

4  Plaintiffs' claims for unjust enrichment brought under California law are barred, in
5  whole or in part, because Toshiba Corp. did not receive a benefit from Plaintiffs, Toshiba
6  Corp. did not retain any benefit, or the receipt of any benefit was not unjust.

7  ## THIRTY-FOURTH DEFENSE

8  Plaintiffs' claims under New York law and other applicable laws are barred by the
9  voluntary payment doctrine, under which one cannot recover payments with full
10  knowledge of the facts.

11  ## THIRTY-FIFTH DEFENSE

12  Toshiba Corp. adopts by reference any applicable defense pleaded by any other
13  Defendant not otherwise expressly set forth herein.

14  ## THIRTY-SIXTH DEFENSE

15  Toshiba Corp. reserves the right to assert other defenses as this action proceeds up to
16  and including the time of trial.

17  ## TOSHIBA CORP.'S PRAYER FOR RELIEF

18  WHEREFORE, Toshiba Corp. prays for judgment as follows:

19  1.  That Plaintiffs take nothing by reason of the SAC, and that the action be dismissed
20  with prejudice;

21  2.  That the Court enter judgment in favor of Toshiba Corp. and against Plaintiffs
22  with respect to all causes of action in the SAC;

23  3.  That the Court award Toshiba Corp. its attorneys' fees and other costs reasonably
24  incurred in the defense of this action; and

25  4.  That the Court order such other further relief for Toshiba Corp. as the Court may
26  deem just and proper.

27

28

701 Thirteenth Street, NW
Washington, DC 20005
White & Case LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  June 30, 2014                     Respectfully submitted,

**WHITE & CASE** LLP

By:   _/s/ Dana E. Foster_____
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendant*
*Toshiba Corporation*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**<u>CERTIFICATE OF SERVICE</u>**

On June 30, 2014, I caused a copy of the "TOSHIBA CORPORATION'S ANSWER TO SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S SECOND AMENDED COMPLAINT" to be served via ECF on the other parties in this action.

By:  */s/ Dana E. Foster*
    Dana E. Foster