1  [STIPULATING PARTIES LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
| | MDL No. 1917 |
| | Individual Case No. 13-cv-1173 (SC) |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGADING SHARP'S SECOND AMENDED COMPLAINT** |
| SHARP ELECTRONICS CORP., | |
| Plaintiff, | |
| v. | |
| HITACHI, LTD., et al., | |
| Defendants. | |

Case No. 13-cv-1173 (SC)
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER REGARDING SHARP'S SECOND AMENDED COMPLAINT

1  WHEREAS, on June 9, 2014, the Court granted Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (together, "Sharp") leave to file a Second Amended Complaint (Dkt. 2612);

WHEREAS, on June 13, 2014, Sharp filed a Second Amended Complaint (Dkt. 2621);

WHEREAS, the undersigned Defendants have filed answers to Sharp's First Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Sharp and the undersigned Defendants ("Defendants"), as follows:

1. Defendants shall not be required to answer the Second Amended Complaint and, instead, their answers to the First Amended Complaint shall be deemed their answers to the Second Amended Complaint;

2. By virtue of this stipulation, no party waives any previously asserted defenses;

3. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

Dated: June 25, 2014    Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Tyler M. Cunningham*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
TYLER M. CUNNINGHAM (SBN 243694)
tcunningham@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

-1-

Case No. 13-cv-1173 (SC)    STIPULATION AND [PROPOSED] ORDER
MDL No. 1917                REGARDING SHARP'S SECOND AMENDED COMPLAINT

|   |   |
|---|---|
| 1 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd. and Samsung SDI (Hong Kong), Ltd.* |
| 2 | |
| 3 | |
| 4 | |
| 5 | KIRKLAND & ELLIS LLP |
| 6 | By: */s/ Eliot A. Adelson* <br> ELIOT A. ADELSON (SBN 205284) |
| 7 | JAMES MAXWELL COOPER (SBN 284054) <br> **KIRKLAND & ELLIS LLP** |
| 8 | 555 California Street, 27th Floor <br> San Francisco, California 94104 |
| 9 | Tel: (415) 439-1400 <br> Facsimile: (415) 439-1500 |
| 10 | E-mail: eadelson@kirkland.com <br> E-mail: max.cooper@kirkland.com |
| 11 | |
| 12 | JAMES H. MUTCHNIK, P.C. (*pro hac vice*) <br> KATE WHEATON (*pro hac vice*) |
| 13 | **KIRKLAND & ELLIS LLP** <br> 300 North LaSalle |
| 14 | Chicago, Illinois 60654 <br> Tel: (312) 862-2000 |
| 15 | Facsimile: (312) 862-2200 |
| 16 | *Attorneys for Defendants Hitachi, Ltd., Japan Display Inc., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 17 | |
| 18 | MUNGER, TOLLES & OLSON LLP |
| 19 | By: */s/ Hojoon Hwang* <br> HOJOON HWANG (SBN 184950) |
| 20 | Hojoon.Hwang@mto.com <br> **MUNGER, TOLLES & OLSON LLP** |
| 21 | 560 Mission Street, Twenty-Seventh Floor <br> San Francisco, California 94105-2907 |
| 22 | Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 |
| 23 | |
| 24 | WILLIAM D. TEMKO (SBN 098858) <br> William.Temko@mto.com |
| 25 | JONATHAN E. ALTMAN (SBN 170607) <br> Jonathan.Altman@mto.com |
| 26 | BETHANY W. KRISTOVICH (SBN 241891) <br> Bethany.Kristovich@mto.com |
| 27 | **MUNGER, TOLLES & OLSON LLP** <br> 355 South Grand Avenue, Thirty-Fifth Floor |
| 28 | Los Angeles, CA 90071-1560 <br> Telephone: (213) 683-9100 |

-2-

Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Craig A. Benson*
Craig A. Benson
Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
PAUL,WEISS, RIFKIND,WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

06/30/2014

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-

Case No. 13-cv-1173 (SC)
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER REGARDING SHARP'S SECOND AMENDED COMPLAINT