UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITITGATION. | Case Number: CV07-05944 SC |
| | **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Wirth LA2120
301 Institution Drive
Bellefonte, PA 16823

Ramzi Yusef
5880 Highway 67
Florence, CO 81226

Christopher Donnelly JK5048
301 Institution Drive
Bellefonte, PA 16823

Edward Breivik
1586 Lawrence Rd
Lawrence, NJ 08648

Jimmy Jahar Thule
518 George Rd
Toms River, NJ 08753

Richard Reid
5880 Highway 67
Florence, CO 81226

Jonathan Rich KX9662
301 Institution Drive
Bellefonte, PA 16823

Dated: July 1, 2014

Richard W. Wieking, Clerk
By: Tana Ingle, Deputy Clerk