**[STIPULATING PARTIES LISTED ON SIGNATURE PAGES]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: *Crago d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-2058 | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR TECHNOLOGIES DISPLAYS AMERICAS, LLC TO RESPOND TO FIRST AMENDED COMPLAINT** |
| | Courtroom: 1, 17th Floor<br>Judge: Hon. Samuel Conti |

WHEREAS, on June 5, 2014, Plaintiffs Crago, d/b/a Dash Computers, Inc., Arch Electronics, Inc., Meijer, Inc., Meijer Distribution, Inc., Nathan Muchnick, Inc., Princeton Display Technologies, Inc. Radio & TV Equipment, Inc., Studio Spectrum, Inc., and Wettstein and Sons, Inc., d/b/a Wettstein's, (collectively "Plaintiffs") served their First Amended Direct Purchaser Plaintiffs' Class Action Complaint ("FAC"), which named as a defendant Technologies Displays Americas LLC ("TDA") as a defendant;

WHEREAS, TDA's prospective counsel is continuing to evaluate whether there is a conflict of interest that would prevent such counsel from representing TDA in connection with the *Crago* action; and

WHEREAS, Plaintiffs have agreed to extend TDA's time to answer, move or otherwise respond to the FAC to permit TDA to secure counsel and to evaluate and prepare a response to the FAC;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and TDA as follows:

1. TDA shall have an extension of time to answer, move or otherwise respond to the FAC until July 30, 2014; and

2. The submission of this stipulation shall not constitute an appearance by the undersigned counsel for TDA in this action.

Dated: June 26, 2014

Respectfully submitted,

Squire Patton Boggs (US) LLP

By: */s/ Nathan Lane III*
Nathan Lane III
Mark C. Dosker
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
E-mail: nathan.lane@squirepb.com
E-mail: mark.dosker@squirepb.com

Attorneys Specially Appearing For This Stipulation Only For Defendant
TECHNOLOGIES DISPLAYS AMERICAS, LLC

1

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR TDA TO RESPOND TO FIRST AMENDED COMPLAINT - Master File No. 3:07-5944-SC; MDL No. 1917/Individual Case No. 14-cv-2058

Dated: June 26, 2014

Saveri & Saveri, Inc.

By: */s/ Geoffrey C. Rushing*
Geoffrey C. Rushing
Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
Travis L. Manfredi
706 Sansome Street
San Francisco, CA  94111
Telephone:    +1 415 217 6810
Facsimile:    +1 415 217 6813
E-mail:   guido@saveri.com
E-mail:   rick@saveri.com
E-mail:   grushing@saveri.com
E-mail    cadio@saveri.com
E-mail:   travis@saveri.com

Interim Lead Counsel for the Direct Purchaser Class

### E-FILING ATTESTATION

I, Nathan Lane III, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Nathan Lane III*
Nathan Lane III

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 07/01/2014

Hon. Samuel Conti
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR TDA TO RESPOND TO FIRST AMENDED COMPLAINT - Master File No. 3:07-5944-SC; MDL No. 1917/Individual Case No. 14-cv-2058