Guido Saveri (22349)
  guido@saveri.com
R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Travis L. Manfredi (281779)
  travis@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL** |
| *Crago d/b/a Dash Computers, Inc. et al. v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-2058 | |
| | Judge: Hon. Samuel Conti |

Pursuant to Civil Local Rules 6-2 and 7-12, Direct Purchaser Plaintiffs ("DPPs"), and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric & Electronics USA, Inc.), and Mitsubishi Electric Visual Solutions America, Inc. (f/k/a Mitsubishi Digital Electronics America, Inc.) (collectively, "Mitsubishi Electric") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, the DPPs have filed a Class Action Complaint, which is now pending in this MDL, naming Mitsubishi Electric as Defendants (the "DPP Complaint");

WHEREAS, the DPPs have previously filed a substantially similar Consolidated Amended Complaint alleging the same conduct and naming various other entities as Defendants;

WHEREAS, certain other plaintiffs (the "Direct Action Plaintiffs" or "DAPs") have filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming Mitsubishi Electric as Defendants;

WHEREAS, the DAPs have also filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming various other entities as Defendants;

WHEREAS, on May 18, 2009 and June 17, 2009, Defendants other than Mitsubishi Electric filed several Motions to Dismiss the DPPs' Consolidated Amended Complaint (Dkts. 463, 464, 466, 467, 474, 476, 479, 482, 485, 491, 492, 511);

WHEREAS, on March 30, 2010, the Court issued an Order ruling on the other Defendants' Motions to Dismiss the DPPs' Consolidated Amended Complaint (Dkt. 665);

WHEREAS, on December 12, 2011, Defendants other than Mitsubishi Electric filed a Joint Motion for Summary Judgment with respect to the DPPs' Consolidated Amended Complaint (Dkt. 1013);

WHEREAS, on November 29, 2012, the Court issued an Order ruling on the other

1    Defendants' Joint Motion for Summary Judgment with respect to the DPPs' Consolidated

2    Amended Complaint (Dkt. 1470);

3        WHEREAS, on August 17, 2012, Defendants other than Mitsubishi Electric filed Motions to

4    Dismiss and for Judgment on the Pleadings with respect to certain DAPs (Dkts. 1316, 1317, 1319);

5        WHEREAS, on August 21, 2013, the Court issued an Order ruling on the other Defendants'

6    Motions to Dismiss and for Judgment on the Pleadings (Dkt. 1856);

7        WHEREAS, on December 30, 2013, Mitsubishi Electric filed Motions to Dismiss and/or

8    Strike with Prejudice the DAPs' Complaints or Amended Complaints (Dkt. 2299);

9        WHEREAS, on March 13, 2014, the Court issued an Order ruling on Mitsubishi Electric's

10   Motions to Dismiss and/or Strike with Prejudice the DAPs' Complaints of Amended Complaints

11   (Dkts. 2432-2441);

12       WHEREAS, on June 18, 2014, DPPs served Mitsubishi Electric US, Inc. and Mitsubishi

13   Electric Visual Solutions America, Inc. with Summons and the DPP Complaint, and their deadline

14   to answer or otherwise respond to the DPP Complaint is July 9, 2014.

15       WHEREAS, the DPPs have requested that Mitsubishi Electric waive service of their

16   Complaint;

17       WHEREAS, the DPPs and Mitsubishi Electric wish to conserve judicial resources and

18   avoid re-litigating issues previously decided by this Court while preserving any and all appeal

19   rights of the DPPs and Mitsubishi Electric;

20   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

21       1.    All motions decided in the MDL to date are deemed to have been raised by

22   Mitsubishi Electric against the DPP Complaint, and the arguments raised in any such motions are

23   preserved for appellate purposes as if they had been made by Mitsubishi Electric against the DPP

24   Complaint.

25       2.    Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. (f/k/a Mitsubishi

26   Electric & Electronics USA, Inc.), and Mitsubishi Electric Visual Solutions America, Inc. (f/k/a

27   Mitsubishi Digital Electronics America, Inc.) waive service of the DPP Complaint in accordance

28   with Rule 4(d) Federal Rules of Civil Procedure.

1    3. The deadline for Mitsubishi Electric to answer or otherwise respond to the DPP
2    Complaint shall be on or before July 30, 2014.

3    Dated: July 2, 2014                    By: /s/ *Guido Saveri*
4                                           Guido Saveri (22349)
                                            R. Alexander Saveri (173102)
5                                           Geoffrey C. Rushing (126910)
                                            Travis L. Manfredi (281779)
6                                           SAVERI & SAVERI, INC.
                                            706 Sansome Street
7                                           San Francisco, CA  94111
                                            Telephone:  (415) 217-6810
8                                           Facsimile:  (415) 217-6813

9                                           *Interim Lead Counsel for*
                                            *Direct Purchaser Plaintiffs*
10

11   Dated: July 2, 2014                    By: */s/ Michael T. Brody*
                                            Michael T. Brody
12                                          Terrence J. Truax
                                            JENNER & BLOCK LLP
13                                          353 N. Clark Street
                                            Chicago, IL 60654-3456
14                                          Telephone: (312) 222-9350
                                            Facsimile: (312) 527-0484
15                                          Email: mbrody@jenner.com
                                            Email: ttruax@jenner.com
16

17                                          Brent Caslin
                                            JENNER & BLOCK LLP
18                                          633 West 5th Street
                                            Suite 3500
19                                          Los Angeles, CA 90071
                                            Telephone: (213) 239-5100
20                                          Facsimile: (213) 239-5199
                                            Email: bcaslin@jenner.com
21

22                                          *Attorneys for Defendants Mitsubishi Electric*
                                            *Corporation, Mitsubishi Electric US, Inc.,*
23                                          *Mitsubishi Electric Visual Solutions America, Inc.*

24
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
25

26
     Dated: _____          _____
27                                                   Hon. Samuel Conti
                                                  United States District Judge
28

3
STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL;
Master File No. CV-07-5944-SC

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 2, 2014                                              By:  _____/s/ Guido Saveri_____

crt.645