Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SEARS, ROEBUCK AND CO. et al.

Plaintiff(s),

v.

TECHNICOLOR SA et al.

Defendant(s).

Case No: 07-CV-05944

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeffrey I. Zuckerman, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Technologies Displays Americas LLC in the above-entitled action. My local co-counsel in this case is Arthur S. Gaus, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | 1717 Pennsylvania Ave., NW Washington, D.C. 20006 | Dillingham & Murphy, LLP | 601 California Street, Suite 1900 San Francisco, California 94108 |
| MY TELEPHONE # OF RECORD: (202) 452-7350 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 397-2700 |
| MY EMAIL ADDRESS OF RECORD: jzuckerman@curtis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: asg@dillinghammurphy.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 369120.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/27/14

Jeffrey I. Zuckerman
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey I. Zuckerman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 07/03/2014

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

October 2012