IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | <u>SCHEDULING ORDER</u> |
|    Case No. 3:14-cv-02510 | |
| VIEWSONIC CORP. | |
|                Plaintiff | |
|     v. | |
| CHUNGHWA PICTURE TUBES, LTD., et al, | |
|               Defendants. | |

Plaintiff, Viewsonic, filed this action on May 30, 2014. No. 14-cv-05210, ECF No. 1. Previously, Viewsonic, along with three other plaintiffs, sought to retract its previous opt-out from five settlement classes reached between the two plaintiff classes and several defendants. ECF No. 2517, at 3. On April 1, 2014, the Court denied that motion and encouraged the movants to pursue their own settlements. <u>Id.</u> at 7. Following the filing of this action, counsel for several defendants filed letter briefs with the Court requesting variations to the MDL schedule, ECF No. 2459,

particularly with regard to discovery deadlines.  ECF Nos. 2643, 2657.  Viewsonic opposes this request, and filed a letter brief of its own outlining its efforts to reach a schedule acceptable to all parties and requesting the matter be referred to the Special Master.  ECF No. 2645.

Based on the parties' submissions, it appears that scheduling discussions are ongoing and potentially fruitful.  With that in mind, the parties are hereby ordered to meet and confer and file a joint statement outlining (1) case management issues on which the parties agree, and (2) any issues on which the parties are unable to agree.  The parties shall file their joint statement in eight (8) days, on Friday, July 11.

IT IS SO ORDERED.

Dated: July 3, 2014

UNITED STATES DISTRICT JUDGE