**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6               FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: CATHODE RAY TUBE (CRT)    )   MDL No. 1917
     ANTITRUST LITIGATION             )
9                                     )   Case No. C-07-5944-SC
     _____ )
                                      )   SCHEDULING ORDER
10   This Order Relates To:           )
                                      )
11      Case No. 3:14-cv-02510        )
                                      )
12      VIEWSONIC CORP.               )
                                      )
13                      Plaintiff     )
                                      )
14           v.                       )
                                      )
15      CHUNGHWA PICTURE TUBES, LTD., )
     et al,                           )
16                                    )
                        Defendants.   )
17                                    )
                                      )
18   _____ )

19

20        Plaintiff, Viewsonic, filed this action on May 30, 2014.  No.

21   14-cv-05210, ECF No. 1.  Previously, Viewsonic, along with three

22   other plaintiffs, sought to retract its previous opt-out from five

23   settlement classes reached between the two plaintiff classes and

24   several defendants.  ECF No. 2517, at 3.  On April 1, 2014, the

25   Court denied that motion and encouraged the movants to pursue their

26   own settlements.  Id. at 7.  Following the filing of this action,

27   counsel for several defendants filed letter briefs with the Court

28   requesting variations to the MDL schedule, ECF No. 2459,

1  particularly with regard to discovery deadlines.  ECF Nos. 2643,

2  2657.  Viewsonic opposes this request, and filed a letter brief of

3  its own outlining its efforts to reach a schedule acceptable to all

4  parties and requesting the matter be referred to the Special

5  Master.  ECF No. 2645.

6      Based on the parties' submissions, it appears that scheduling

7  discussions are ongoing and potentially fruitful.  With that in

8  mind, the parties are hereby ordered to meet and confer and file a

9  joint statement outlining (1) case management issues on which the

10 parties agree, and (2) any issues on which the parties are unable

11 to agree.  The parties shall file their joint statement in eight

12 (8) days, on Friday, July 11.

13

14      IT IS SO ORDERED.

15

16 Dated: July 3, 2014                    _____

17                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28