Squire Patton Boggs (US) LLP
Nathan Lane III (CA State Bar # 50961)
nathan.lane@squirepb.com
Mark C. Dosker (CA State Bar # 114789)
mark.dosker@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:   +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173 | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SHARP'S SECOND AMENDED COMPLAINT**<br><br>Courtroom: 1, 17th Floor<br>Judge: Hon. Samuel Conti |

WHEREAS, on June 9, 2014, the Court granted Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (together, "Sharp") leave to file a Second Amended Complaint (Dkt. 2612);

WHEREAS, on June 13, 2014, Sharp filed a Second Amended Complaint (Dkt. 2621);

WHEREAS, the undersigned Defendant, Technologies Displays Americas, LLC ("TDA") filed an answer to Sharp's First Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Sharp and TDA as follows:

1. TDA shall not be required to answer the Second Amended Complaint and, instead, its answer to the First Amended Complaint shall be deemed its answer to the Second Amended Complaint;

2. By virtue of this stipulation, no party waives any previously asserted defenses; and

3. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

Dated: June 27, 2014

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Nathan Lane III*
Nathan Lane III
Mark C. Dosker
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
E-mail: nathan.lane@squirepb.com
E-mail: mark.dosker@squirepb.com

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS, LLC

| | |
|---|---|
| Dated: June 27, 2014 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | By: */s/ Craig A. Benson* <br> Craig A. Benson <br> Kenneth A. Gallo (*pro hac vice*) <br> Joseph J. Simons (*pro hac vice*) <br> 2001 K Street, NW <br> Washington, DC  20006 <br> Telephone:     +1 202 223 7356 <br> Facsimile:      +1 202 204-7356 <br> E-mail:   kgallo@paulweiss.com <br> E-mail:   jsimons@paulweiss.com <br> E-mail:   cbenson@paulweiss.com |
| | Attorneys for Plaintiffs <br> SHARP ELECTRONICS CORPORATION and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. |

**E-FILING ATTESTATION**

I, Nathan Lane III, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Nathan Lane III*
Nathan Lane III

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  07/03/2014

Hon. Samuel Conti
United States District Judge

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111