Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com
*Attorneys for plaintiff Alfred H. Siegel, solely
in his capacity as Trustee of the Circuit City
Stores, Inc. Liquidating Trust*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No. C-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | Case No. C 11-05502 SC |
| Plaintiff, | |
| v. | |
| HITACHI, LTD.; et al., | |
| Defendants. | |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | Case No. C 13-05261 SC |
| Plaintiff, | **NOTICE OF APPEARANCE OF ROBERT S. SAFI** |
| v. | |
| TECHNICOLOR SA.; et al., | JURY TRIAL DEMANDED |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1

3230824v1/012325

1    PLEASE TAKE NOTICE THAT Robert S. Safi, of the law firm of Susman Godfrey

2 L.L.P., hereby appears in this action as additional counsel on behalf of plaintiff Alfred H. Siegel,

3 as Trustee of the Circuit City Stores, Inc. Liquidating Trust.  Plaintiff respectfully requests that all

4 pleadings and other documents be addressed to and served upon Robert S. Safi using the contact

5 information set forth below.

6        Robert S. Safi
         Susman Godfrey L.L.P.
7        1000 Louisiana, Suite 5100
         Houston, Texas 77002-5096
8        Telephone: 713-651-9366
         Facsimile: 713-654-6666
9        Email: rsafi@susmangodfrey.com

10

11

12

13 Dated:  July 7, 2014                      SUSMAN GODFREY L.L.P.

14
                                            By:   /s/ Robert S. Safi
15
                                                Kenneth S. Marks
16                                              Jonathan J. Ross
                                                Johnny W. Carter
17                                              Robert S. Safi
                                                David M. Peterson
18                                              John P. Lahad
                                                SUSMAN GODFREY L.L.P.
19                                              1000 Louisiana Street, Suite 5100
                                                Houston, Texas 77002
20                                              Telephone:  (713) 651-9366
                                                Facsimile:  (713) 654-6666
21                                              Email: kmarks@susmangodfrey.com
22                                                  jross@susmangodfrey.com
                                                   jcarter@susmangodfrey.com
23                                                 rsafi@susmangodfrey.com
                                                   dpeterson@susmangodfrey.com
24                                                 jlahad@susmangodfrey.com

25

26

27

28
                                   2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883
Email: pfolse@susmangodfrey.com
        rblack@susmangodfrey.com
        jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

3

Notice of Appearance of Robert S. Safi – C-11-05502 SC
MDL No. 1917

3230824v1/012325