GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing @gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

ATTORNEYS FOR DEFENDANTS
CHUNGHWA PICTURE TUBES, LTD. AND
CHUNGHWA PICTURE TUBES
(MALAYSIA) SDN. BHD.

[Additional counsel listed in signature blocks]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:14-cv-02510<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING REQUEST TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD. THROUGH U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)**<br><br>The Honorable Samuel Conti |

The undersigned counsel, on behalf of Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa"), have conferred by and through counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1    WHEREAS, ViewSonic filed a Complaint in the above-captioned case against Chunghwa and other defendants on May 30, 2014;

WHEREAS, ViewSonic has requested that Chunghwa waive service of process on Chunghwa in Taiwan and agree to service of the Complaint on Chunghwa's U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3);

WHEREAS, Chunghwa has declined this request on the basis that Rule 4(f)(3) service through counsel is unwarranted and inappropriate here;

WHEREAS, certain other plaintiffs in the proceeding captioned *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 ("MDL"), previously filed a similar motion to serve Chunghwa through U.S. counsel (the "Prior Motion") (*see* MDL Dkt. No. 1147);

WHEREAS, the Court granted the Prior Motion (*see* MDL Dkt. No. 1241);

WHEREAS, ViewSonic's arguments in support of its request for permission to serve Chunghwa through U.S. counsel are substantially the same as those raised in the Prior Motion (*see* MDL Dkt. Nos. 1147, 1183);

WHEREAS, Chunghwa respectfully submits that the Prior Motion was wrongly decided and opposes ViewSonic's request for the reasons set forth in its opposition to the Prior Motion (*see* MDL Dkt. No. 1172);

WHEREAS, ViewSonic and Chunghwa agree that further briefing on this issue would create delay in this case and impose unnecessary burdens on this Court;

THEREFORE, IT IS STIPULATED AND AGREED as follows:

1.   ViewSonic's request for permission to serve Chunghwa through U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3) is deemed submitted to the Court through this stipulation and based on the briefing submitted in connection with the Prior Motion (*see* MDL Dkt. Nos. 1147, 1183).

2.   Chunghwa's objections to the request are deemed submitted to the Court based on its opposition to the Prior Motion (*see* MDL Dkt. No. 1172).

- 1 -
**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD. THROUGH U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(F)(3)**

3. Chunghwa and ViewSonic agree that the Court may grant or deny ViewSonic's request based on the briefing on the Prior Motion, and Chunghwa and ViewSonic each preserve all rights and issues to the same extent they would be preserved if ViewSonic had moved and Chunghwa had opposed the motion in this case on the same bases as in the Prior Motion.

Respectfully submitted,

Dated: June 30, 2014     By:     /s/ Rachel S. Brass

Rachel S. Brass (SBN 219301)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
E-mail:  rbrass@gibsondunn.com

*Counsel for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

Dated: June 30, 2014     By:     /s/ Astor H.L. Heaven

Jason C. Murray (SBN 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for ViewSonic Corporation*

STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO SERVE DEFENDANTS
CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.
THROUGH U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(F)(3)

**SIGNATURE ATTESTATION**

The filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD. THROUGH U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(F)(3)

1  **[PROPOSED] ORDER**

2  **IT IS SO ORDERED.**  ViewSonic's request for permission to serve its Complaint on

3  Chunghwa through U.S. counsel pursuant to Federal Rule of Civil Procedure 4(f)(3) is

4  **HEREBY [GRANTED/~~DENIED~~].**

6  Dated: _____07/03_____, 2014



Hon. Samuel _____
UNITED STATES DISTRICT JUDGE

- 4 -

**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD. THROUGH U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(F)(3)**