**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; BESTBUY.COM, L.L.C.; and
MAGNOLIA HI-FI, LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>[Honorable Samuel Conti]<br><br>**BEST BUY'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC | |

Pursuant to Civil Local Rules 7-11 and 79-5, Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC (collectively "Best Buy") respectfully request an Oder permitting Best Buy to file under seal the documents ("Designated Exhibits") identified in the Supporting Declaration of David Martinez

Best Buy requests that the Designated exhibits be filed under seal pursuant to Civil Local Rule 79-5(d). Specifically, they refer to, contain, and/or reflect excerpts of documents and testimony that have been designated as "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 by Judge Samuel Conti in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC (MDL No. 1917), in the United States District Court for the Northern District of California, San Francisco Division ("*CRT Antitrust MDL*"). The Stipulated Protective Order is document number 306 on the Court's docket in the *CRT Antitrust MDL*. To qualify under the Stipulated Protective Order as "confidential" or "highly confidential," the information must contain trade secrets or other confidential research, development or commercial information or other private or competitively sensitive information. (¶1)

Best Buy submits this Application as the party wishing to file documents referencing, containing, or analyzing, in whole or in part, the documents described above. Best Buy attaches hereto the Declaration of David Martinez in support of this Application. Contemporaneous with filing this Application, Best Buy is giving notice to the defendants in the *CRT Antitrust MDL* of this Application and of the Motion and designated exhibits to be filed in this case.

/ / /

/ / /

/ / /

60827194.2 - 1 - BEST BUY'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Accordingly, Best Buy requests that the court grant this Administrative Motion to File Under Seal.

Respectfully submitted,

Dated: July 7, 2014  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/ Roman M. Silberfeld
     Roman M. Silberfeld
     David Martinez

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

60827194.2     - 2 -     BEST BUY'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL