# EXHIBIT 1
[Highly Confidential – Filed Under Seal]