# EXHIBIT 2
## [Highly Confidential – Filed Under Seal]