# EXHIBIT 3
[Highly Confidential – Filed Under Seal]