## CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, CA 90067-3208.

On July 7, 2014, I served the foregoing documents described as:

1. **BEST BUY'S OBJECTIONS TO THE SPECIAL MASTER'S ORDER RE BEST BUY'S MOTION FOR A PROTECTIVE ORDER [UNREDACTED]; AND**

2. **DECLARATION OF DAVID MARTINEZ IN SUPPORT OF BEST BUY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 [UNREDACTED].**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ ]  BY MAIL: I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **BY ELECTRONIC MAIL**: I caused a true copy of the document described to be served by electronic mail to the addressees.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **July 7, 2014**, at Los Angeles, California.

_____
Lilia Castiglioni

## SERVICE LIST

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Telephone:   (518) 434-0600<br>Facsimile:   (518) 434-0665<br>Email: piovieno@bsfllp.com<br>            anardacci@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio E. Varanini<br>Deputy Attorney General<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:    415-703-5908<br>Fax:   415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* |
| Mario N. Alioto<br>Lauren Capurro<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:   415-563-7200<br>Fax:  415-346-0679<br>Email: malioto@tatp.com<br>          laurenrussell@tatp.com<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:    415-217-6810<br>Fax:   415-217-6813<br>Email: guido@saveri.com<br>          rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |

| | |
|---|---|
| Jeffrey L. Kessler<br>Jennifer M. Stewart<br>A. Paul Victor<br>Eva W. Cole<br>Molly M. Donovan<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel:    212-294-4692<br>Fax:   212-294-4700<br>Email: jkessler@winston.com<br>         jstewart@winston.com<br>         pvictor@winston.com<br>         ewcole@winston.com<br>         mmdonovan@winston.com<br><br>*Counsel for Panasonic Corporation;*<br>*Panasonic Corporation of North America; and*<br>*MT Picture Display Co., Ltd.* | Steven A. Reiss<br>David L. Yohai<br>David Yolkut<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:    212-310-8000<br>Fax:   212-310-8007<br>Email: steven.reiss@weil.com<br>         david.yohai@weil.com<br>         david.yolkut@weil.com<br><br>Bambo Obaro<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175<br>Tel:    (650) 802-3000<br>Fax:   (650) 802-3100<br>Email: bambo.obaro@weil.com<br><br>*Counsel for Panasonic Corporation;*<br>*Panasonic Corporation of North America;*<br>*and MT Picture Display Co., Ltd.* |
| Eliot A. Adelson<br>James Maxwell Cooper<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Tel:    415-439-1400<br>Fax:   415-439-15001<br>Email: eliot.adelson@kirkland.com<br>         max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: 312-862-2000<br>Fax: 312-862-2200<br>Email: james.mutchnik@kirkland.com<br>         kate.wheaton@kirkland.com<br><br>*Counsel for Hitachi, Ltd.; Hitachi Displays,*<br>*Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.;*<br>*and Hitachi Electronic Devices (USA), Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel:    415-393-8200<br>Fax:   415-393-8206<br>Email: jsanders@gibsondunn.com<br>         rbrass@gibsondunn.com<br>         cfujita@gibsondunn.com<br><br>*Counsel for Chunghwa Picture Tubes, Ltd.*<br>*and Chunghwa Picture Tubes (Malaysia)* |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Christopher M. Curran<br>Lucius B. Lau<br>Charise Naifeh<br>Dana Foster<br>WHITE & CASE<br>701 Thirteenth Street N.W.<br>Washington, DC 20005<br>Tel:    202-626-3600<br>Fax:    202-639-9355<br>Email: ccurran@whitecase.com<br>         alau@whitecase.com<br>         cnaifeh@whitecase.com<br>         dfoster@whitecase.com<br><br>*Counsel for Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronics Components, Inc.; Toshiba America Information Systems, Inc.* | William Temko<br>Jonathan Altman<br>Hojoon Hwang<br>Laura Lin<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>San Francisco, CA 94105<br>Tel:    415-512-4009<br>Fax:    415-512-4077<br>Email: william.temko@mto.com<br>         jonathan.altman@mto.com<br>         hojoon.hwang@mto.com<br>         laura.lin@mto.com<br><br>*Counsel for  LG Electronics, Inc.; LG Electronics USA, Inc.* |
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel:    202-639-7700<br>Fax:    202-639-7890<br>Email: john.taladay@bakerbotts.com<br>         erik.koons@bakerbotts.com<br>         charles.malaise@bakerbotts.com<br><br>Jon V. Swenson<br>Baker Botts L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Tel:    650-739-7500<br>Fax:    650-739-7699<br>Email: jon.swenson@bakerbotts.com<br><br>*Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation* | Christine Laciak<br>Richard Snyder<br>FRESHFIELDS BRUCKHAUS<br> & DERINGER US, LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Tel: (202) 777-4500<br>Email: christine.laciak@freshfields.com<br>         richard.snyder@freshfields.com<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* |

| | |
|---|---|
| Joseph R. Tiffany, II<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4644<br>Facsimile: (650) 233-4545<br>Email: joseph.tiffany@pillsburylaw.com<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.* | Michael R. Lazerwitz<br>CLEARY GOTTLIEG STEEN & HAMPTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: *mlazerwitz@cgsh.com*<br><br>*Counsel for Defendant LP Displays International, Ltd.* |
| Gary L. Halling<br>James L. McGinnis<br>Michael W. Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:   415-434-9100<br>Fax:   415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>         mscarborough@sheppardmullin.com<br>         dballard@sheppardmullin.com<br><br>Leo D. Caseria<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone: 213-620-1780<br>Fax: 213-620-1398<br>E-mail: lcaseria@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* | Brent Caslin<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel:  (213) 239-5100<br>Fax:  (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>Terrence J. Truax<br>Michael T. Brody<br>Shaun M. Van Horn<br>Gabriel A. Fuentes<br>Molly M. Powers<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel:  (312) 222-9350<br>Fax:  (312) 527-0484<br>Email: ttruax@jenner.com<br>         mbrody@jenner.com<br>         svanhorn@jenner.com<br>         gfuentes@jenner.com<br>         mpowers@jenner.com<br><br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* |

| | |
|---|---|
| Calvin L. Litsey<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Tel: (650) 324-6700<br>Email: calvin.litsey@faegrebd.com<br><br>Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Email: kathy.osborn@faegrebd.com<br>　　　　ryan.hurley@faegrebd.com<br><br>Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 607-3500<br>Email: jeff.roberts@faegrebd.com<br><br>Stephen M. Judge<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel: (574) 234-4149<br>Email: *steve.judge@faegrebd.com*<br><br>Ryan M. Hurley (pro hac vice)<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridan Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Email: *ryan.hurley@faegrebd.com*<br><br>*Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)* | Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE SANDERS LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel:　415-954-0200<br>Fax:　415-393-9887<br>Email: mark.dosker@squiresanders.com<br>　　　　nathan.lane@squiresanders.com<br><br>Ellen Tobin (pro hac vice)<br>Jeffrey I. Zuckerman (pro hac vice)<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel:　(212) 696-8873<br>Email: *etobin@curtis.com*<br>　　　　*jzuckerman@curtis.com*<br><br>Arthur S. Gaus<br>DILLINGHAN & MURPHY, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:　(415) 397-2700<br>Fax:　(415) 397-3300<br>Email: *asg@dillinghammurphy.com*<br><br>*Counsel for Technologies Displays Americas LLC and Videocon Industries, Ltd.* |

60828275.1　　　　　　　　　　　　　　　　-5-　　　　　　　　　　　　　　CERTIFICATE OF SERVICE