**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513-SC*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264-SC* | **[PROPOSED] ORDER GRANTING BEST BUY'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Before the Honorable Samuel Conti |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60827198.1

[PROPOSED] ORDER GRANTING
BEST BUY'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and Magnolia Hi-Fi, LLC, (collectively, "Best Buy") July 7, 2014 Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 ("Motion to Seal").  Having considered the Motion to Seal, the Declaration of David Martinez in support thereof, and any additional declarations subsequently filed in support, and good cause appearing therefore:

The Court hereby GRANTS the Motion to Seal and orders that the documents identified therein are properly sealable and shall be sealed.

IT IS SO ORDERED.

DATED: _____          _____
                                         HONORABLE SAMUEL CONTI
                                         United States District Court Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60827198.1                     - 1 -         [PROPOSED] ORDER GRANTING
                                             BEST BUY'S ADMINISTRATIVE
                                             MOTION TO FILE UNDER SEAL