1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   David Martinez, Bar No. 193183
3  DMartinez@rkmc.com
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone:    310-552-0130
5  Facsimile:    310-229-5800

6  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Elliot S. Kaplan, Bar No. 53624
7  ESKaplan@rkmc.com
   K. Craig Wildfang (*Pro Hac Vice*)
8  KCWildfang@rkmc.com
   Laura E. Nelson, Bar No. 231856
9  LENelson@rkmc.com
   800 LaSalle Avenue
10 2800 LaSalle Plaza
   Minneapolis, MN  55402
11 Telephone:    612-349-8500
   Facsimile:    612-339-4181
12
   Attorneys for Plaintiffs
13 BEST BUY CO., INC.; BEST BUY PURCHASING
   LLC; BEST BUY ENTERPRISE SERVICES, INC.;
14 BEST BUY STORES, L.P.; BESTBUY.COM,
   L.L.C.; and MAGNOLIA HI-FI, INC.
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC |
| | [Honorable Samuel Conti] |
| This document relates to: | **BEST BUY'S OBJECTIONS TO THE SPECIAL MASTER'S ORDER RE BEST BUY'S MOTION FOR A PROTECTIVE ORDER** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513-SC | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC | Date: August 15, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 1 - 17th Floor |
| | **[FILED UNDER SEAL]** |