ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC<br>MDL No. 1917 |
|---|---|
| | [Honorable Samuel Conti] |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC | **[PROPOSED] ORDER GRANTING BEST BUY'S OBJECTION TO THE SPECIAL MASTER'S ORDER RE BEST BUY'S MOTION FOR A PROTECTIVE ORDER** |

Robins, Kaplan, Miller & Ciresi L.L.P.
Attorneys At Law
Los Angeles

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having considered Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and Magnolia Hi-Fi, LLC's, (collectively, "Best Buy") Objection to the Special Master's Order re Best Buy's Motion for a Protective Order ("Objection"), the papers submitted in support and opposition thereof, and the arguments of counsel,

IT IS HEREBY ORDERED THAT Best Buy's Objection is hereby SUSTAINED in all respects, and Best Buy's Motion for a Protective Order is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: _____       _____
                                                                               HONORABLE SAMUEL CONTI
                                                                               United States District Court Judge