Guido Saveri (22349)
    *guido@saveri.com*
R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Travis L. Manfredi (281779)
    *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Crago d/b/a Dash Computers, Inc. et al. v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-2058 | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL** |
| | Judge: Hon. Samuel Conti |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Direct Purchaser Plaintiffs ("DPPs"), and
2  Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric
3  & Electronics USA, Inc.), and Mitsubishi Electric Visual Solutions America, Inc. (f/k/a Mitsubishi
4  Digital Electronics America, Inc.) (collectively, "Mitsubishi Electric") have conferred by and
5  through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:
6  WHEREAS, there is pending in the United States District Court for the Northern District of
7  California a multidistrict consolidated proceeding comprised of actions brought on behalf of
8  purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode*
9  *Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL
10 Proceedings");
11 WHEREAS, the DPPs have filed a Class Action Complaint, which is now pending in this
12 MDL, naming Mitsubishi Electric as Defendants (the "DPP Complaint");
13 WHEREAS, the DPPs have previously filed a substantially similar Consolidated Amended
14 Complaint alleging the same conduct and naming various other entities as Defendants;
15 WHEREAS, certain other plaintiffs (the "Direct Action Plaintiffs" or "DAPs") have filed
16 substantially similar Complaints or Amended Complaints alleging the same conduct and naming
17 Mitsubishi Electric as Defendants;
18 WHEREAS, the DAPs have also filed substantially similar Complaints or Amended
19 Complaints alleging the same conduct and naming various other entities as Defendants;
20 WHEREAS, on May 18, 2009 and June 17, 2009, Defendants other than Mitsubishi
21 Electric filed several Motions to Dismiss the DPPs' Consolidated Amended Complaint (Dkts. 463,
22 464, 466, 467, 474, 476, 479, 482, 485, 491, 492, 511);
23 WHEREAS, on March 30, 2010, the Court issued an Order ruling on the other Defendants'
24 Motions to Dismiss the DPPs' Consolidated Amended Complaint (Dkt. 665);
25 WHEREAS, on December 12, 2011, Defendants other than Mitsubishi Electric filed a Joint
26 Motion for Summary Judgment with respect to the DPPs' Consolidated Amended Complaint (Dkt.
27 1013);
28 WHEREAS, on November 29, 2012, the Court issued an Order ruling on the other

1 Defendants' Joint Motion for Summary Judgment with respect to the DPPs' Consolidated
2 Amended Complaint (Dkt. 1470);
3      WHEREAS, on August 17, 2012, Defendants other than Mitsubishi Electric filed Motions to
4 Dismiss and for Judgment on the Pleadings with respect to certain DAPs (Dkts. 1316, 1317, 1319);
5      WHEREAS, on August 21, 2013, the Court issued an Order ruling on the other Defendants'
6 Motions to Dismiss and for Judgment on the Pleadings (Dkt. 1856);
7      WHEREAS, on December 30, 2013, Mitsubishi Electric filed Motions to Dismiss and/or
8 Strike with Prejudice the DAPs' Complaints or Amended Complaints (Dkt. 2299);
9      WHEREAS, on March 13, 2014, the Court issued an Order ruling on Mitsubishi Electric's
10 Motions to Dismiss and/or Strike with Prejudice the DAPs' Complaints of Amended Complaints
11 (Dkts. 2432-2441);
12      WHEREAS, on June 18, 2014, DPPs served Mitsubishi Electric US, Inc. and Mitsubishi
13 Electric Visual Solutions America, Inc. with Summons and the DPP Complaint, and their deadline
14 to answer or otherwise respond to the DPP Complaint is July 9, 2014.
15      WHEREAS, the DPPs have requested that Mitsubishi Electric waive service of their
16 Complaint;
17      WHEREAS, the DPPs and Mitsubishi Electric wish to conserve judicial resources and
18 avoid re-litigating issues previously decided by this Court while preserving any and all appeal
19 rights of the DPPs and Mitsubishi Electric;
20 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:
21     1.    All motions decided in the MDL to date are deemed to have been raised by
22 Mitsubishi Electric against the DPP Complaint, and the arguments raised in any such motions are
23 preserved for appellate purposes as if they had been made by Mitsubishi Electric against the DPP
24 Complaint.
25     2.    Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. (f/k/a Mitsubishi
26 Electric & Electronics USA, Inc.), and Mitsubishi Electric Visual Solutions America, Inc. (f/k/a
27 Mitsubishi Digital Electronics America, Inc.) waive service of the DPP Complaint in accordance
28 with Rule 4(d) Federal Rules of Civil Procedure.

3. The deadline for Mitsubishi Electric to answer or otherwise respond to the DPP Complaint shall be on or before July 30, 2014.

Dated: July 2, 2014	By: /s/ *Guido Saveri*
	Guido Saveri (22349)
	R. Alexander Saveri (173102)
	Geoffrey C. Rushing (126910)
	Travis L. Manfredi (281779)
	SAVERI & SAVERI, INC.
	706 Sansome Street
	San Francisco, CA  94111
	Telephone:  (415) 217-6810
	Facsimile:  (415) 217-6813

	*Interim Lead Counsel for*
	*Direct Purchaser Plaintiffs*

Dated: July 2, 2014	By: */s/ Michael T. Brody*
	Michael T. Brody
	Terrence J. Truax
	JENNER & BLOCK LLP
	353 N. Clark Street
	Chicago, IL 60654-3456
	Telephone: (312) 222-9350
	Facsimile: (312) 527-0484
	Email: mbrody@jenner.com
	Email: ttruax@jenner.com

	Brent Caslin
	JENNER & BLOCK LLP
	633 West 5th Street
	Suite 3500
	Los Angeles, CA 90071
	Telephone: (213) 239-5100
	Facsimile: (213) 239-5199
	Email: bcaslin@jenner.com

	*Attorneys for Defendants Mitsubishi Electric*
	*Corporation, Mitsubishi Electric US, Inc.,*
	*Mitsubishi Electric Visual Solutions America, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 07/09/2014	_____
	Hon. Samuel Conti
	United States District Judge