Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC | Case No. 07-cv-05944 SC<br>MDL No. 1917<br><br>**DECLARATION OF DANA E. FOSTER IN SUPPORT OF BEST BUY'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.Com, L.L.C.; and Magnolia Hi-Fi, LLC's (collectively, "Best Buy") Administrative Motion to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5. (Dkt. No. 2676) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On July 7, 2014, Best Buy filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), its Objections to the Special Master's Order re Best Buy's Motion for a Protective Order (the "Objections") (Dkt. No. 2676-2) and exhibits thereto.

6. On July 7, 2014, Best Buy filed the Declaration of David Martinez in Support of the Motion to Seal (Dkt. No. 2676-1), which states that the redacted portions of the Objections and attached exhibits contain excerpts from, and/or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the excerpt from TAEC's Rule 30(b)(6) deposition contained in footnote 280 on

page 95 of Exhibit 3 to the Objections should be maintained under seal. TAEC has designated this testimony Highly Confidential.

8. The testimony referenced in Paragraph 7, and excerpted in Exhibit 3 to the Objections contains confidential, non-public, proprietary, and highly sensitive business information. The testimony contains confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. It describes relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July, 2014, in Washington, D.C.

_____
Dana E. Foster

# CERTIFICATE OF SERVICE

On July 14, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF BEST BUY'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_/s/ Dana E. Foster_
Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005