# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2049 CENTURY PARK EAST
SUITE 3400
LOS ANGELES, CA 90067-3208
TEL: 310-552-0130 FAX: 310-229-5800
www.rkmc.com

DAVID MARTINEZ

July 14, 2014

**Via ECF**

The Honorable Samuel Conti
Senior United States District Judge
United States District Court, Northern District of California
Courtroom No. 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*
             Master Case No. CV 07-05944 SC, MDL No. 1917

Dear Judge Conti:

      We write on behalf of the Best Buy plaintiffs ("Best Buy") in response to Defendants' letter brief of July 11, 2014 (Dkt. 2685) regarding Best Buy's July 7, 2014 Objection to Special Master's Order Re Best Buy's Motion for a Protective Order (Dkt. No. 2677) ("July 7th Objection"). In that letter brief, Defendants object to the July 7th Objection on grounds that it exceeds the page limits envisioned under Local Rule 72-2. Dkt. 2685, at fn. 4.

      Best Buy is concurrently filing an Amended Objection in compliance with Local Rule 72-2. We request that your Honor set a briefing schedule consistent with Rule 72-2 [1], and that it deem Best Buy's July 7th Objection (Dkt. 2677) as its opening brief to avoid delay. Best Buy's Objection and Amended Objection raise important legal issues in antitrust law with substantial ramifications in this case, including issues ripe for de novo review by this Court. We respectfully submit that the proposed briefing will aid the Court in properly analyzing those issues. Best Buy is prepared to submit a reply brief based on a shortened briefing schedule if the Court deems it appropriate.

---

[1] Local Rule 72-2 envisions a two-part process for seeking review of a Magistrate Judge's Order. First, a party may file a motion not to exceed 5 pages identifying the issues for review. Within two weeks of the filing of the Objection, the Court may Order briefing on the Objection, or may deny the Objection without briefing. *Id.*

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    NEW YORK

60830525.1

  We also write to respond to Defendants' baseless allegations that Best Buy is trying to "'run down the clock' on the discovery schedule." Dkt. 2685, at pg 1. Of particular note, Defendants delayed some 28 months after this case was filed and until 5 months before the discovery cutoff before noticing a deposition on Best Buy's competitive intelligence practices.[2] Conversely, Best Buy moved for a protective order ("MPO") on May 16, 2014, within 3 weeks of serving objections to the subject Rule 30(b)(6) deposition, and within 9 days of serving objections to Defendants' interrogatories.[3]

  Nor is Best Buy trying "to run down the clock" on fact witness depositions. Dkt. 2685, at pg 2, fn. 4. Defendants neglect to inform the Court that they have taken just one fact deposition to date, and that they delayed until June 17, 2014 to notify Best Buy that they intended to take five additional depositions.[4] Having delayed for some 30 months, Defendants can hardly complain that Best Buy necessitated 3 weeks to coordinate dates, including for three Best Buy executives. In any event, the parties have already confirmed these depositions for August 18-27th.[5]

  For these reasons, Best Buy respectfully requests that your Honor set a briefing schedule under Local Rule 72-2, and that it deem Best Buy's July 7th Objection (Dkt. 2677) filed as its opening brief.

           Respectfully submitted,

           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

           David Martinez

---

[2] Best Buy filed this action on November 14, 2011. The discovery cut-off is September 5, 2014.

[3] *See* Dkt. 2677-1, Martinez Decl., at Exh. 1 (MPO dated May 16, 2014); Exh. 5B (Responses and Objections to Defendants' FRCP Rule 30(b)(6) Deposition Notice, dated April 25, 2014); Exh. 5C (Responses and Objections to Defendants Panasonic Corporation of North America and LGE Electronics, Inc.'s Third Set of Interrogatories, dated May 7, 2014)).

[4] *See* Exh A, attached hereto ("At this time, we have identified the next group of employees we are interested in deposing, whose names are listed below.").

[5] These dates are well within range those that Defendants actually requested. *See* Exh. A (requesting dates "in the July/August timeframe."). Although they imply in their letter brief that the proposed dates are not workable (Dkt. 2685, at fn. 4), on July 11, 2014, shortly after filing the letter brief, Defendants stated in an email that "We can work with those dates and will get the notices for the below witnesses out shortly." *See* Exh. B, attached hereto. In that same email, Defendants state that they intend to take an additional four depositions, for a total of nine between now and September 5, 2014. *Id.*

# EXHIBIT A

| | |
|---|---|
| **From:** | Stewart, Jennifer M. <JStewart@winston.com> |
| **Sent:** | Friday, July 11, 2014 4:41 PM |
| **To:** | Nelson, Laura E. |
| **Cc:** | Martinez, David; Conn, Bernice; Cole, Eva W. |
| **Subject:** | RE: CRT Best Buy Deposition Dates |

Laura,

Thank you for your response. We can work with those dates and will get the notices for the below witnesses out shortly. With respect to additional potential percipient witnesses, could you please kindly confirm for us whether the following individuals are still employed at Best Buy: Sarah Andreadakis, Dea Calkins, Roy Tregrarian, Lisa Arneson, and Scott Hagemeier. If these individuals are not still employed by any Best Buy entity, please identify for us their last known addresses and telephone numbers.

Thank you,

Jennifer

**Jennifer M. Stewart**
Winston & Strawn LLP
D: +1 (212) 294-4743
winston.com

WINSTON
&STRAWN
LLP

**From:** Nelson, Laura E. [mailto:LENelson@rkmc.com]
**Sent:** Wednesday, July 09, 2014 6:08 PM
**To:** Stewart, Jennifer M.
**Cc:** Martinez, David; Conn, Bernice
**Subject:** CRT Best Buy Deposition Dates

Jennifer,

The Best Buy employees that you requested are available for deposition on the following dates:
August 19th: Josh Will
August 20th: Wendy Fritz
August 21st: Jason Bonfig
August 26th: Bruce Krings
August 27th: Fred Harris

Best,
Laura

LAURA E. NELSON
Attorney
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue | 2800 LaSalle Plaza | Minneapolis, MN 55402
Direct: 612.349.0986 | Fax: 612.339.4181

1

lenelson@rkmc.com | www.rkmc.com
Atlanta | Boston | Los Angeles | Minneapolis | Naples | New York

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

---

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
**************************************************************** Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

# EXHIBIT B

| | |
|---|---|
| **From:** | Stewart, Jennifer M. <JStewart@winston.com> |
| **Sent:** | Tuesday, June 17, 2014 4:28 PM |
| **To:** | Nelson, Laura E. |
| **Cc:** | Cole, Eva W.; Donovan, Molly M. |
| **Subject:** | CRT - Best Buy Witnesses |

Dear Laura,

We are writing regarding additional Best Buy percipient witness depositions. At this time, we have identified next group of employees we are interested in deposing, whose names are listed below. Please let us know as soon as possible whether these individuals can be made available for deposition in the July/August timeframe.

- Joshua Will
- Wendy Fritz
- Bruce Krings
- Fred Harris
- Jason Bonfig

Please note that we are still considering other individuals we would like depose and will have additional names following the resolution of the pending motions.

Thank you,

Jennifer

**Jennifer M. Stewart**
Associate
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 (212) 294-4743
F: +1 (212) 294-4700
Email | winston.com



U.S. NEWS AND WORLD REPORT'S SPORTS LAW "LAW FIRM OF THE YEAR" 2012-2013



The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
**************************************************************** Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.