BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., and*
*Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br><br> *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513-SC <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> **DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF THE BEST BUY PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |

I, Charles M. Malaise, hereby declare as follows:

1.    I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants").  I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2.    I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.    On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").  On July 7, 2014, Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC., Best Buy Enterprises Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., Magnolia Hi-Fi, LLC., (collectively, "Plaintiffs") filed an Administrative Motion to Seal (Dkt. No. 2676), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following document that contains information from documents that the Philips Defendants have designated "Confidential" or "Highly Confidential:"

        i.    Exhibit 7 of the Declaration of David Martinez in Support of Best Buy's Objections to the Special Master's Order re Best Buy's Motion for a Protective Order ("Martinez Declaration").

4.    Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Philips Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Philips Defendants as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in Exhibit 7 of the Martinez Declaration.

5.    Exhibit 7 to the Martinez Declaration is a true and correct copy of the Declaration of Eva W. Cole in Support of Defendants' Opposition to Best Buy's Motion for a Protective Order ("Cole Declaration"), submitted on June 2, 2014. Attached as Exhibit 3 to the Cole Declaration are true and correct copies of excerpts from the April 15, 2014 Expert Report of Janet S. Netz, the indirect-purchaser plaintiffs' expert witness ("Netz Report").  The Netz Report quotes from,

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF BEST BUY PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1  describes, or otherwise summarizes transcript excerpts from the deposition of the Philips

2  Defendants' witness, Roger de Moor, that the Philips Defendants have designated as "Highly

3  Confidential" pursuant to the Stipulated Protective Order.  This documents contains confidential,

4  nonpublic, and highly sensitive business information about the Philips Defendants' sales practices,

5  business and supply agreements, and competitive positions.  The document also describes

6  relationships with companies (including customers and vendors) that remain important to the Philips

7  Defendants' competitive positions.  Publicly disclosing this sensitive information presents a risk of

8  undermining the Philips Defendants' relationships, would cause harm with respect to the Philips

9  Defendants' competitors and customers, and would put the Philips Defendants at a competitive

10  disadvantage.

11      I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct.

13

14

15      Executed on July 14, 2014 in Washington, D.C.

16

17

18  _____

19  Charles M. Malaise

20

21

22

23

24

25

26

27

28

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF BEST BUY PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL

1

2

3

4

5

6

**CERTIFICATE OF SERVICE**

     On July 14, 2014, I caused a copy of DECLARATION OF CHARLES M. MALAISE IN

SUPPORT OF BEST BUY PLAINTIFFS'' ADMINISTRATIVE MOTION TO FILE

DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) to be

electronically filed via the Court's Electronic Case Filing System, which constitutes service in this

action pursuant to the Court's order of September 29, 2008.

7

8

9

10

_____

Charles M. Malaise

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF BEST BUY PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL