Craig Y. Allison (State Bar No. 161175)
BUNSOW DE MORY, SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile:  (650) 351-7253
Email: callison@bdiplaw.com

Attorneys for Defendants
*Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a/ Matsushita Electric Industrial Co., Ltd.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  07-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE THAT Craig Y. Allison (State Bar No. 161175) of BUNSOW DE MORY, SMITH & ALLISON LLP, 600 Allerton Street, Suite 101, Redwood City, CA 94063 hereby enters an appearance as co-counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation in the above referenced matter.  Service may be made at the address listed above, and Notices of Electronic Filing may be sent to the email address: callison@bdiplaw.com.

///

///

///

NOTICE OF APPEARANCE OF COUNSEL　　　　　　　　　　　　　　　　　　　　　　　　　Case No.  07-5944 SC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MDL No. 1917

| | | |
|---|---|---|
| 1 | Dated: July 16, 2014 | Respectfully submitted, |
| 2 | | BUNSOW, DE MORY, SMITH & ALLISON LLP |
| 4 | | By: /s/ Craig Y. Allison |
| | | Craig Y. Allison |
| 6 | | Attorneys for Defendants |
| | | *Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation* |

NOTICE OF APPEARANCE OF COUNSEL   -2-   Case No. 07-5944 SC
MDL No. 1917