Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5802

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br><br>(CIVIL LOCAL RULE 11-3) |

I, Amy Lee Stewart, an active member in good standing of the bar of Arkansas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd., in the above-entitled action. My local co-counsel in this case is Craig Y. Allison, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>ROSE LAW FIRM<br>120 EAST FOURTH STREET<br>LITTLE ROCK, AR 72201 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>BUNSOW, DE MORY, SMITH & ALLISON LLP<br>351 CALIFORNIA STREET, SUITE 200<br>SAN FRANCISCO, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(501) 377-0334 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 351-7242 |
| MY EMAIL ADDRESS OF RECORD:<br>ASTEWART@ROSELAWFIRM.COM | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>CALLISON@BDIPLAW.COM |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 88167.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Date: July 16, 2014

_____
APPLICANT

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Amy Lee Stewart is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER

*Supreme Court*
# *State of Arkansas*
*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas
in the Supreme Court

    I, Stacey Pectol, Clerk of the Supreme Court of Arkansas, do hereby certify that Amy Lee Stewart was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on September 1, 1988; that no disbarment proceedings have been filed against her in this court, that she has not had any adverse disciplinary action whatsoever during the past three year period, and that her private and professional character appear to be good.

    In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 14th day of July, 2014.

STACEY PECTOL
(CLERK SUPREME COURT OF ARKANSAS)

By _____
Deputy Clerk