MATTHEW R. DALSANTO (State Bar No. 282458)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone:     (312) 558-6211
Facsimile:      (312) 558-5700
Email: mdalsanto@winston.com

Attorneys for Defendants
*Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | MDL. No. 1917<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

     PLEASE TAKE NOTICE THAT Matthew R. DalSanto (State Bar No. 282458) of Winston & Strawn LLP, 35 West Wacker Drive, Chicago, Illinois 60601-9703 hereby enters an appearance as co-counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation in the above referenced matter.  Service may be made at the address listed above, and Notices of Electronic Filing may be sent to the email address: mdalsanto@winston.com

- 1 -

NOTICE OF APPEARANCE OF COUNSEL
Case No. 07-5944 SC
MDL NO. 1917

| | | |
|---|---|---|
| 1 | DATED: July 17, 2014 | Respectfully submitted, |
| 2 | | WINSTON & STRAWN LLP |
| 3 | | |
| 4 | | By:  /s/ Matthew R. DalSanto |
| 5 | | Matthew R. DalSanto |
| 6 | | Attorneys for Defendants |
| 7 | | *Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation* |

- 2 -

NOTICE OF APPEARANCE OF COUNSEL
Case No. 07-5944 SC
MDL NO. 1917