Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No.<br><br>3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al.*,<br><br>    Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**DECLARATION OF MELISSA MAHURIN WHITEHEAD IN SUPPORT OF PLAINTIFFS DELL INC. AND DELL PRODUCTS L.P.'S ADMINSTRATIVE MOTION** |

I, **MELISSA MAHURIN WHITEHEAD**, declare as follows:

1. I am an associate with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of Dell's Administrative Motion to Confirm its Opt Out Request or, in the Alternative, for an Enlargement of Time to Opt Out. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. Pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding, I have been admitted *pro hac vice* in this litigation.

3. In April 2013, I prepared and submitted Dell's timely request to opt out of the Direct Purchaser Plaintiff ("DPP") settlement with the Toshiba Defendants ("Toshiba Settlement").

4. Although I did not personally receive a copy of the notice of the Toshiba Settlement from my client or otherwise, I used the CRT Direct Purchaser Antitrust Settlement website (http://www.crtdirectpurchaserantitrustsettlement.com/) to locate the necessary information for opting out.

5. Specifically, I reviewed the "Index" page to identify the parties with which the DPPs had settled and to determine the deadline for submitting Dell's opt out request. *See* http://www.crtdirectpurchaserantitrustsettlement.com/INDEX.htm. When I reviewed this page in April 2013, it had been updated to reflect the settlement with Toshiba.

6. After I learned of the DPP settlement with Hitachi and SDI, I bookmarked the Index page and began regularly checking it for updated information regarding the settlements with Hitachi and SDI.

7. A true and correct copy of a search of my internet browser history for hits on "crtdirectpurchaserantitrustsettlement" is attached as Ex. 9. I checked the Index page of the http://www.crtdirectpurchaserantitrustsettlement.com website three times between April 8 and May 28, 2014.

8. On each of those occasions, the Index page was not updated to reflect information

regarding the settlements with Hitachi and SDI. The Index page is currently not active.

9. I have also checked the Dates to Remember page of this website. This page provided information regarding the deadline to opt out of prior settlements, but has not been updated to reflect the deadline for opting out of the settlements with Hitachi and SDI.

10. This first time that I became aware that the opt out deadline was June 12, 2014, was on June 26, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2014, in Atlanta, Georgia.

By: *[signature]*
Melissa Mahurin Whitehead, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
melissa.whitehead@alston.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*