| | |
|---|---|
| 1 | Michael P. Kenny (mike.kenny@alston.com) |
| 2 | Debra D. Bernstein (debra.bernstein@alston.com) |
|   | Matthew D. Kent (matthew.kent@alston.com) |
|   | **ALSTON & BIRD LLP** |
| 3 | 1201 West Peachtree Street |
|   | Atlanta, Georgia 30309-3424 |
| 4 | Tel: (404) 881-7000 |
|   | Fax: (404) 881-7777 |

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC (N.D. Cal.) MDL No. 1917 |
| This Document Relates to Individual Case No. 3:13-cv-02171-SC | |
| DELL INC. and DELL PRODUCTS L.P., Plaintiffs, v. HITACHI, LTD., *et al.*, Defendants. | Individual Case No. 3:13-cv-02171-SC  **DECLARATION OF MARY PAPE IN SUPPORT OF PLAINTIFFS DELL INC.'S AND DELL PRODUCTS L.P.'S ADMINSTRATIVE MOTION** |

```
```
---
I, **MARY PAPE**, declare as follows:

1. I am Executive Director for Global Complex Litigation at Dell Inc. ("Dell"). I submit this Declaration in support of Dell's Administrative Motion to Confirm its Opt Out Request or, in the Alternative, for an Enlargement of Time to Opt Out. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. I am a member in good standing of the State Bar of Texas.

3. As Executive Director for Global Complex Litigation, when Dell receives notices of class action settlements, those notices are forwarded to my attention.

4. For example, when Dell received notices of settlements in the *In re TFT-LCD (Flat Panel) Antitrust Litigation*, those notices were forwarded to me.

5. I did not receive a notice of the Direct Purchaser Plaintiff settlements with the SDI or Hitachi Defendants ("Proposed Settlements").

6. Upon learning that Dell's opt out request for the Proposed Settlements was not received by the opt out deadline, I investigated whether Dell received a notice of the Proposed Settlements.

7. To my knowledge, no one at Dell received a notice of the Proposed Settlements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2014, in Austin, Texas.

By: /s/ *Mary Pape*
Mary Pape, Esq.
*Executive Director, Global Complex Litigation*
*Dell Inc.*

- 2 -

DECL. OF MARY PAPE ISO
DELL'S ADMINISTRATIVE MOTION

No. 3:13-cv-02171-SC
MDL No. 1917