Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Matthew D. Kent, Esq.
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>                   Plaintiffs,<br><br>     v.<br><br>HITACHI, LTD., et al.,<br><br>                   Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**[PROPOSED] ORDER REGARDING DELL'S ADMINISTRATIVE MOTION TO CONFIRM ITS OPT OUT REQUEST OR, IN THE ALTERNATIVE, FOR AN ENLARGEMENT OF TIME TO OPT OUT** |

**[PROPOSED] ORDER**

Upon consideration of the Dell Plaintiffs' Administrative Motion to Confirm its Opt Out Request or, in the Alternative, for an Enlargement of Time to Opt Out, it is hereby

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that Dell shall be excluded from the SDI and Hitachi Settlement Classes.

Dated: _____, 2014

_____
**The Honorable Samuel Conti**
**Northern District of California**

2

[PROPOSED] ORDER RE DELL'S ADMIN. MOTION          MASTER FILE NO. 3:07-CV-05944-SC
TO CONFIRM OPT OUT REQUEST                        MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC