Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5802

UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL ACTIONS | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Martin C. Geagan, Esq., an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing; Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd., in the above-entitled action. My local co-counsel in this case is Aldo Badini, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>WINSTON & STRAWN LLP<br>200 PARK AVENUE<br>NEW YORK, NEW YORK 10166 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>WINSTON & STRAWN LLP<br>3300 HILLVIEW AVENUE<br>PALO ALTO, CA 94304-1203 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 294-4615 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6424 |
| MY EMAIL ADDRESS OF RECORD:<br>MGEAGAN@WINSTON.COM | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ABADINI@WINSTON.COM |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3899838_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Date: July 23, 2014

_____
APPLICANT

ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Martin C. Geagan is granted, subject to the terms and conditions of California L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER