EXHIBIT 1



Cathode Ray Tube Antitrust Litigation
Report on Exclusions Received for Hitachi / Samsung SDI

| ClaimID | FirstName | LastName | City | State | OptOut Date |
|---------|-----------|----------|------|-------|-------------|
| n/a | Arlene J | Smith | Grandville | MI | 4/28/2014 |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| **ViewSonic Corporation** | ViewSonic International Corporation | 6/12/2014 |
| | ViewSonic Display Limited | |
| | ViewSonic Hong Kong Limited | |
| | ViewSonic Europe Limited | |
| | | |
| **Target Corporation** | | 6/12/2014 |
| | | |
| **Tech Data Corporation** | 1250895 Ontario Ltd | 6/11/2014 |
| | A.Y.C Nederland B.V. | |
| | Azlan European Finance Limited | |
| | AzlanGmbH | |
| | Azlan Group Limited | |
| | Azlan Limited | |
| | Azlan Logistics Limited | |
| | Azlan Overseas Holdings Ltd. | |
| | Azlan Scandinavia AB | |
| | Computer 2000 Distribution Ltd. | |
| | Datatechnology Datech Ltd. | |
| | Datech 2000 Ltd. | |
| | FCB Nominees Limited | |
| | Frontline Distribution Ltd. | |
| | Frontline Distribution (Ireland) Ltd. | |
| | Hakro-Ooseterberg-Nijkerk B.V. | |
| | Horizon Technical Services (UK) Limited | |
| | Horizon Technical Services AB | |
| | Hotlamps Limited | |
| | lSI Distribution Ltd. | |
| | Managed Training Services Limited | |
| | Maneboard Ltd | |
| | Maverick Presentation Products Limited | |
| | Quadrangle Technical Services Limited | |
| | Screen Expert Limited UK | |
| | Specialist Distribution Group (SDG) Limited | |
| | Tech Data Brasil, Ltda | |
| | TD Facilities, Ltd. (Partnership) | |
| | TD Fulfillment Services, LLC | |
| | TD Tech Data AB | |
| | TD Tech Data Portugal Lda | |
| | TD United Kingdom Acquisition Limited | |
| | Tech Data (Netherlands) B.Y. | |
| | Tech Data (Schweiz) GmbH | |
| | Tech Data bvba/sprl | |
| | Tech Data Canada Corporation | |
| | Tech Data Chile S.A. | |
| | Tech Data Colombia S.A.S. | |
| | Tech Data Corporation ("TDC") | |
| | Tech Data Demnark ApS | |
| | Tech Data Deutschland GmbH | |
| | Tech Data Distribution s.r.o. | |
| | Tech Data Education, Inc. | |
| | Tech Data Espana S.L.U. | |
| | Tech Data Europe GmbH | |
| | Tech Data Europe Services and Operations, S.L. | |
| | Tech Data European Management GmbH | |
| | Tech Data Finance Partner, Inc. | |
| | Tech Data Finance SPV, Inc. | |
| | Tech Data Financing Corporation | |
| | Tech Data Finland OY | |
| | Tech Data Florida Services, Inc. | |
| | Tech Data France Holding Sarl | |
| | Tech Data France S.A.S | |
| | Tech Data GmbH & Co OHG | |
| | Tech Data Information Technology GmbH | |
| | Tech Data Global Finance LP | |
| | Tech Data International Sarl | |
| | Tech Data Italia s.r.l. | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Tech Data Latin America, Inc. | |
| | Tech Data Limited | |
| | Tech Dara Lux Finance Sari | |
| | Tech Data Luxembourg Sari | |
| | Tech Data Management GmbH | |
| | Tech Data Marne SNC | |
| | Tech Data Mexico S. de R. L. de C. V. | |
| | Tech Data Midrange GmbH | |
| | | |
| | Tech Data Mobile Acquisition Limited (formerly known as Brightstar Acquisition Limited) | |
| | | |
| | Tech Data Mobile Austria, GmbH (formerly known as AKL Telecommunications GmbH) | |
| | Tech Data Mobile Belgium, BVBA (formerly known as M.C.C Belgium BVBA) | |
| | Tech Data Mobile CooperatiefWA (formerly known as Brightstar CooperatiefW.A.) | |
| | Tech Data Mobile Limited (formerly known as Brightstar Europe Limited) | |
| | Tech Data Mobile Netherlands B.V. (formerly known as M.C.C BV) | |
| | Tech Data Nederland B.V. | |
| | Tech Data Norge AS | |
| | Tech Data Operations Center, SA | |
| | Tech Data Dsterreich GmbH | |
| | Tech Data Peru S.A.C. | |
| | Tech Data Polska Sp.z.o.o. | |
| | Tech Data Product Management, Inc. | |
| | Tech Data Resources, LLC | |
| | Tech Data Service GmbH | |
| | Tech Data Servicios, S. de R.L. de C. V. | |
| | Tech Data Strategy GmbH | |
| | Tech Data Tennessee, Inc. | |
| | Tech Data Uruguay S.A. | |
| | Triade Holding B. V. | |
| **IGB Eletronica S/A** | Gradiente Audio e Video LTDA | 6/12/2014 |
| | Gradiente Electronica S/A | |
| **Cemaz Industria Eletronica da Amazonia S/A** | Componel Industria e Comercio LTDA. | 6/12/2014 |
| | Santron Industrias Electroeletronicas LTDA | |
| **Apple Inc.** | Apple Inc. | 6/12/2014 |
| | Apple Operations | |
| | Apple Operations Europe (flk/a Apple Computer Limited) | |
| | Apple Operations Europe (flk/a Apple Computer Limited) (Singapore branch) | |
| | Apple Computer International | |
| | Apple Computer Inc. | |
| **P.C. Richard & Son Long Island Corporation** | P.C. Richard & Son Long Island Corporation | 6/10/2014 |
| | A.J. Richard & Sons, Inc. | |
| | P.C. Richard & Son, LLC | |
| | P.C. Richard Service Company | |
| | Alfred Reliable Appliances, Inc. | |
| | Reliable Richard's Service Corp. | |
| | AGP Services Corp. | |
| | Two Guys Ventures Corp. | |
| | A.J. Staten Island, LLC | |
| | P.C. Deer Park, LLC | |
| | P.C. 185 Price Parkway, LLC | |
| | P.C. 1574, Inc. | |
| | P.C. 1574 Milford, LLC | |
| | P.C. Lawrenceville, LLC | |
| | P.C. Brick 70, LLC | |
| | P.C. Richard & Son Connecticut, LLC | |
| **Interbond Corporation of America** | dba BrandsMart USA | 6/10/2014 |
| **Schulze Agency Services** | Tweeter Newco, LLC | 6/10/2014 |
| | Tweeter Opco, LLC | |
| | Tweeter Intellechlal Property, LLC | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Tweeter Tivoli, LLC | |
| | Tweeter Home Entertainment Group, Inc. | |
| | Sound Advice, Inc. d/b/a Sound Advice and Showcase Home Entertainment | |
| | Hifi Buys Incorporated | |
| | Tweeter Etc. | |
| | Douglas TV & Appliance, Inc. | |
| | Douglas Audio Video Caters, Inc. | |
| | United Audio Centers, Inc. | |
| | Sumere Electronics Incorporated d/b/a NOW! Audio Video | |
| | Bryn Mawr Radio and Television, Inc. | |
| | The Video Scene, Inc. d/b/a Big Screen City | |
| | Hillcrest High Fidelity, Inc. d/b/a Hillcrest Audio | |
| | DOW StereoNideo, Inc. | |
| | Home EntertailUl1ent of Texas, Inc. | |
| | SMK Marketing, Inc. d/b/a Audio Video Systems | |
| | Sound Advice of Arizona, Inc. | |
| | New England Audio Co., Inc. | |
| | NEA Delaware, Inc. | |
| | THEG USA L.P. | |
| | Showcase Home Entertainment | |
| **MARTA Cooperative of America** | | 6/10/2014 |
| **CompuCom Systems, Inc** | | 6/10/2014 |
| **ABC Appliance, Inc.** | dba ABC Warehouse | 6/10/2014 |
| **Office Depot, Inc.** | Office Depot Asia Holding Limited | 6/10/2014 |
| | Office Depot BA SAS (f.k.a. Guilbert France S.AS.) | |
| | Office Depot BVBA (f.k.a. Guilbert Belgium BVBA) | |
| | Office Depot Brasil Limitada (inactive) | |
| | Office Depot Brasil Participacoes Limitad | |
| | Office Depot Centro America, SA de CV | |
| | Office Depot Chile Limitada (inactive) | |
| | Office Depot Cyprus Limited (f.k.a Claigan Ltd.) | |
| | Office Depot Delaware Overseas Finance No.1, LLC (f.k.a Office Depot Delaware Overseas Finance No.1, Inc.) | |
| | Office Depot de Mexico SA de CV | |
| | Office Depot Deutschland GmbH (f.k.a Guilbert Deutschland GmbH) | |
| | Office Depot France SNC (f.k.a Office Depot France SAS ) | |
| | Office Depot Hungary Kft (f.k.a Elso Iroda Superstore Kft.) | |
| | Office Depot, Inc. | |
| | Office Depot International BVBA | |
| | OD International (Luxembourg) Finance | |
| | Office Depot, B. V. (formerly Guilbert Netherland BV) | |
| | Office Depot Cooperatief W.A. | |
| | Office Depot Europe B. V. | |
| | Office Depot Europe Holdings Ltd. | |
| | Office Depot GmbH + Switzerland | |
| | Office Depot Holding GmbH + Switzerland | |
| | Office Depot Holdings Ltd. | |
| | Office Depot Holdings 2 Ltd. | |
| | Office Depot Holdings 3 Ltd. | |
| | Office Depot International B.V. | |
| | Office Depot International (UK) Ltd. | |
| | Office Depot Ireland Limited (f.k.a Guilbert Ireland Ltd) | |
| | Office Depot (Israel) Ltd. | |
| | Office Depot Italia S.r.l. | |
| | Office Depot Japan Limited | |
| | Office Depot Korea Limited (f.k.a Best Office Co., Ltd.) | |
| | Office Depot Latin American Holdings B.V. | |
| | Office Depot MDF SNC | |
| | Office Depot NA B. V. | |
| | Office Depot N.A. Shares Services LLC | |
| | Office Depot Netherland B.V. (f.k.a Office Depot International, B.V.) (f.k.a Viking Direct (Holdings) B.V.) | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Office Depot Network Technology Ltd. | |
| | Office Depot (Operations) Holding B.V. (f.k.a Guilbert Trademarks B.V.) | |
| | Office Depot Overseas Limited | |
| | Office Depot Overseas Holding Limited | |
| | Office Depot Overseas 2 Limited | |
| | Office Depot Poland Sp Z.O.o. (f.k.a Fontinalis) | |
| | Office Depot Private Limited | |
| | Office Depot Procurement and Sourcing (Shenzhen) Company Ltd. (Or translated: Office Depot Merchandising (Shenzhen) Company Ltd.) | |
| | Office Depot Puerto Rico, LLC | |
| | Office Depot SAS (f.k.a Guilbert SAS) | |
| | Office Depot Service Center SRL | |
| | Office Depot Service - und BeteiligungsGmbH&Co.KG | |
| | Office Depot s.r.o. (f.k.a Papirius s.r.o.) | |
| | Office Depot S.L. (f.k.a Guilbert Espana S.L.) | |
| | Office Depot Tokumei Kumiai | |
| | Office Depot UK Limited (f.k.a Guilbert UK Ltd) | |
| | Office Depot -Viking Holdings B.V. | |
| | 2300 South Congress LLC | |
| | 4Sure.com, Inc. | |
| | AGE Kontor & Data AB | |
| | AsiaEC.com Limited | |
| | BizDepot, LLC (inactive) | |
| | Centro de Apoyo Caribe SA de CV | |
| | Centro de Apoyo SA de CV | |
| | Computers4Sure.com, Inc. | |
| | Curry's Limited | |
| | Deo Deo Tokumei Kumiai | |
| | eOffice Planet India Private Limited | |
| | Erial BQ S.A. | |
| | Europa S.A.S. | |
| | Gosta Hansson & Co AB | |
| | Guilbert Beteiligungsholding GmbH | |
| | Guilbert International B. V. | |
| | Guilbert Luxembourg S.AR.L. | |
| | Guilbert UK Holdings Ltd | |
| | Guilbert UK Pension Trustees Ltd | |
| | HC Land Company LLC | |
| | Helge Dalmberg AB + Sweden | |
| | Heteyo Holdings B V. | |
| | Hutter GmbH | |
| | Japan Office Supplies, LLC | |
| | Kontorsfackhandlama Stockholm AB + Sweden | |
| | Kontorsgruppen i Sverige AB + Sweden | |
| | NEWGOH Immobilienverwaltung GmbH | |
| | Neighborhood Retail Development Fund, LLC (inactive) | |
| | Niceday Distribution Centre Ltd | |
| | North American Card and Coupon Services, LLC | |
| | Notus Aviation, Inc. | |
| | OD Acquisition Canada ULC | |
| | OD Aviation, Inc. | |
| | OD Colombia Ltda | |
| | OD El Salvador, Ltda. de C.V. | |
| | OD France, LLC | |
| | ODV France LLC | |
| | ODG Caribe SA de CV (f.k.a Urguuray Cia. Papelera, SA de CV) | |
| | OD Guatemala y Compania. Limitada | |
| | OD Honduras S de RL | |
| | OD International, Inc. | |
| | OD International Holdings CV | |
| | OD International (Luxembourg) Holdings S.A.R.L. | |
| | OD International (Luxembourg) Participation S.A.R.L. | |
| | OD Management SNC | |
| | OD Medical Solutions LLC | |
| | OD of Texas, LLC (f.k.a OD of Texas Inc.) | |
| | ODPanamaSA | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | OD S.N.C. | |
| | ODST, LLC (inactive) | |
| | OD Tressorerie (f.k.a om S.N.C.) | |
| | Office 1 Ltd | |
| | Office 1 (1995) Ltd | |
| | Office Club, Inc. | |
| | OfficeMax Contract, Inc. (f.k.a Boise Cascade Office Products Corporation) | |
| | OfficeMax Incorporated (f.k.a Boise Cascade Corporation) | |
| | OfficeMax North America, Inc. (f.k.a. OfficeMax, Inc.) | |
| | OfficeSupplies.com, Inc. | |
| | Office Town, Inc. (inactive) | |
| | Papirius Kft. | |
| | Pappersnabben i Malmo AB + Sweden | |
| | Patitucci Ltd. | |
| | Reliable Uk Ltd | |
| | Ritma AB + Sweden | |
| | S.A.R.L. | |
| | Servicios Administrativos Office Depot SAdeCV | |
| | Servicios y Material De Escritorio S.L. | |
| | Solutions4Sure.com, Inc. | |
| | Stichting Office Depot Charity for Children | |
| | Swinton Avenue Trading Limited, Inc. | |
| | The Reliable Corporation | |
| | Viking Direct B.V. | |
| | Viking Direct (Holdings) Limited | |
| | Viking Direct (Ireland) Limited (f.k.a Viking Direct (Ireland) Limited; then Office Depot International (Ireland) Limited -new change effective as of 912004) | |
| | Viking Direct S.A.R.L. | |
| | Viking Direkt GesmbH | |
| | Viking Finance (Ireland) Limited | |
| | Viking Office Products, Inc. | |
| | Viking Office Products KK | |
| | Viking Office Products S.r.l. (f.k.a Viking Direct Srl) | |
| | VOP (Ireland) Limited | |
| | VPC System S.r.l (inactive) | |
| **Circuit City** | Alfred H Siegel, Trustee | 6/5/2014 |
| **Sears Roebuck / Kmart** | Sears, Roebuck and Co. | 6/4/2014 |
| | Sears Holding Corporation | |
| | Sears Holding Management Corporation | |
| | Kmart Corporation | |
| | Kmart Management Corporation | |
| | Kmart Holdings Corporation | |
| **Electrograph Systems, Inc.** | Electrograph Systems, Inc. | 5/22/2014 |
| | International Computer Graphics, Inc. | |
| | ActiveLight, Inc. | |
| | CineLight Corporation | |
| | Manchester Technologies, Inc. | |
| | Manchester Equipment Co., Inc. | |
| | Champion Vision, Inc. | |
| | Coastal Office Products, Inc. | |
| | Electrograph Technologies Corp. | |
| **Costco Wholesale Corporation** | | 4/23/2014 |
| **Best Buy** | Best Buy Co., Inc. | 5/12/2014 |
| | Best Buy Purchasing, LLC | |
| | Best Buy Enterprise Services, Inc. | |
| | Best Buy Stores, L.P. | |
| | BestBuy.com, LLC | |
| | Magnolia Hi-Fi, Inc. | |
| **Dell Inc** | 1397639 Ontario, Inc. | 6/26/2014 |
| | 26éme Avenue SAS | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | 881229 Alberta ULC | |
| | Abu Dhabi Branch of PSC Healthcare Software, Inc. | |
| | Active Concepts Inc. | |
| | Active Concepts PTY | |
| | Aelita Software Branch, Moscow | |
| | Aelita Software Branch, St. Petersburg | |
| | Aelita Software Corporation | |
| | Aelita Software Limited (UK) | |
| | Alienware Corporation | |
| | Alienware Corporation (Pacific Rim), Pty Ltd. | |
| | Alienware Labs Corporation | |
| | Alienware Latin America, S.A (Renamed Dell Costa Rica SA) | |
| | Alienware Limited | |
| | AppAssureTechnologies Inc. | |
| | ASAP Software Express Inc. | |
| | Aventail Europe Ltd | |
| | Aventail LLC | |
| | BakBone Software GmbH | |
| | BakBone Software India Pvt. Ltd. | |
| | BakBone Software Ltd. | |
| | BakBone Software Ltd. Russia Branch | |
| | BakBone Software SARL | |
| | BakBone Software, Inc. | |
| | Bearing PointManagement Consulting (Shanghai) Ltd. | |
| | BitKooCA LLC | |
| | Bluefolder, Inc | |
| | Bolts Acq. Corp. | |
| | Boomi, Inc | |
| | Bracknell Boulevard (Block C) L.L.C. | |
| | Bracknell Boulevard (Block D) L.L.C. | |
| | Bracknell Boulevard Management Company Limited | |
| | Branch of Dell (Free ZoneCompany L.L.C.) | |
| | Canada Branch of Perot Systems Corporation | |
| | Change Base Ltd | |
| | Charonware s.r.o. | |
| | Clerity Solutions, Inc. | |
| | Coldspark, Inc. | |
| | Compellent Technologies France Sarl | |
| | Compellent Technologies Germany GmbH | |
| | Compellent Technologies Inc. | |
| | Compellent Technologies International Ltd. | |
| | Compellent Technologies Italy Srl | |
| | Compellent Technologies Netherlands BV | |
| | Corporacion Dell de Venezuela SA | |
| | Credant Technologies International, Inc. (France) | |
| | Credant Technologies International, Inc. (Switzerland) | |
| | Credant Technologies Inc. | |
| | Credant Technologies, Inc. | |
| | Credant Technologies UK | |
| | Credent Technologiesm UK (Branch of Credent Technologies, Inc.) | |
| | CSCAN Acquisition Corp. | |
| | DCC Executive Security Inc. | |
| | Dell (Chengdu) Company Limited | |
| | Dell (China) Company Limited | |
| | Dell (China) Company Limited, Beijing Branch | |
| | Dell (China) Company Limited, Beijing Liaison Office | |
| | Dell (China) Company Limited, Chengdu Branch | |
| | Dell (China) Company Limited, Chengdu Liaison Office | |
| | Dell (China) Company Limited, Dalian Branch | |
| | Dell (China) Company Limited, Guangzhou Branch | |
| | Dell (China) Company Limited, Guangzhou Liaison Office | |
| | Dell (China) Company Limited, Hangzhou Liaison Office | |
| | Dell (China) Company Limited, Nanjing Liaison Office | |
| | Dell (China) Company Limited, Shanghai Branch | |
| | Dell (China) Company Limited, Shanghai Liaison Office | |
| | Dell (China) Company Limited, Shenzhen Liaison Office | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Dell (China) Company Limited, Xiamen Branch | |
| | Dell (PS) BV (f.k.a. Perot Systems Nederland B.V.) | |
| | Dell (Switzerland) GmbH | |
| | Dell (Xiamen) Company Limited | |
| | Dell (Xiamen) Company Limited, Dalian Branch | |
| | Dell A.B. | |
| | Dell A.S. | |
| | Dell A/S | |
| | Dell America Latina Corp. | |
| | Dell America Latina Corp.,Argentina Branch | |
| | Dell Asia B.V. | |
| | Dell Asia Holdings Pte. Ltd. | |
| | Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office) | |
| | Dell Asia Pacific Sdn. | |
| | Dell Asia Pacific Sdn. Philippines RepresentativeOffice | |
| | Dell Asia Pte. Ltd. | |
| | Dell Asset Revolving Trust | |
| | Dell Asset Securitization GP L.L.C. | |
| | Dell Asset Securitization Holding L.P. | |
| | Dell Australia Pty. Limited | |
| | Dell B.V. | |
| | Dell B.V., Taiwan Branch | |
| | Dell Canada Inc. | |
| | Dell Colombia Inc. | |
| | Dell Colombia Inc., Colombia Branch | |
| | Dell Computadores do Brasil Ltda. | |
| | Dell Computer (Proprietary) Ltd | |
| | Dell Computer de Chile Ltda. | |
| | Dell Computer EEIG | |
| | Dell ComputerHoldings L.P. | |
| | | |
| | Dell Computer International (II) – Comercio de Computadores Sociedade UnipessoalLda | |
| | Dell Computer S.A. | |
| | Dell Computer Services de Mexico SA de CV | |
| | Dell Computer spol. sro | |
| | Dell Conduit Funding L.P. | |
| | Dell Conduit GP L.L.C. | |
| | Dell Corporation (Thailand) Co., Ltd. | |
| | Dell Corporation Limited | |
| | Dell Corporation Limited – Northern Ireland Place of Business | |
| | Dell DFS Canada Inc. | |
| | Dell DFS Corporation | |
| | Dell DFS Holdings Kft. | |
| | Dell DFS Holdings L.L.C. | |
| | Dell DFS Ltd | |
| | Dell DFS Ltd. - Spain Branch | |
| | Dell Direct | |
| | | |
| | Dell Distribution (EMEA) Limited External Company (Ghana) [renamed Dell Emerging Markets (EMEA) Limited External Company (Ghana)] | |
| | Dell DistributionMaroc (Succ) | |
| | Dell Emerging Market (EMEA) Ltd (Russia Representative Office) | |
| | Dell Emerging Markets (EMEA) Limited | |
| | Dell Emerging Markets (EMEA) Limited - Egypt RepresentativeOffice | |
| | Dell Emerging Markets (EMEA) Limited – Representative Office | |
| | Dell Emerging Markets (EMEA) Limited - Representative Office (Jordan) | |
| | Dell Emerging Markets (EMEA) Limited - Representative Office (Republic of Croatia) | |
| | Dell Emerging Markets (EMEA) Limited (Kazakhstan Representative Office) | |
| | Dell Emerging Markets (EMEA) Limited (Uganda RepresentativeOffice) | |
| | | |
| | Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet – Rep. Office | |
| | Dell Emerging Markets (EMEA) Limited Representative Office - Lebanon | |
| | Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bulgaria) | |
| | Dell Equipment Funding L.P. | |
| | Dell Equipment GP L.L.C | |
| | Dell Export Sales Corporation | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Dell Federal Systems Corporation | |
| | Dell Federal Systems GP L.L.C. | |
| | Dell Federal Systems L.P. | |
| | Dell Federal Systems LP L.L.C. | |
| | Dell Financial Services L.L.C. | |
| | Dell Funding L.L.C. | |
| | Dell FZ – LLC | |
| | Dell FZ -LLC - Qatar Branch | |
| | Dell FZ-LLC– Bahrain Branch | |
| | Dell Gesm.b.H. | |
| | Dell Global B.V. | |
| | Dell Global B.V., Singapore Branch | |
| | Dell Global Business Center Sdn. Bhd. | |
| | Dell Global BV (Bangladesh RepresentativeOffice) | |
| | Dell Global BV (Indonesia RepresentativeOffice) | |
| | Dell Global BV (Pakistan Liaison Office) | |
| | Dell Global BV (Philippines RepresentativeOffice) | |
| | Dell Global BV (Sri-Lanka RepresentativeOffice) | |
| | Dell Global BV (Vietnam Representative Office), renamed Dell Global BV (Hanoi Representative Office) | |
| | Dell Global Holdings II BV | |
| | Dell Global Holdings III BV | |
| | Dell Global Holdings III L.P. | |
| | Dell Global Holdings IV L.L.C. | |
| | Dell Global Holdings IX L.L.C. | |
| | Dell Global Holdings L.L.C. | |
| | Dell Global Holdings Ltd. | |
| | Dell Global Holdings VI L.L.C. | |
| | Dell Global Holdings VII L.L.C. | |
| | Dell Global Holdings VIII L.L.C | |
| | Dell Global Holdings X L.L.C | |
| | Dell Global International B.V. | |
| | Dell Global Procurement Malaysia Sdn. Bhd. | |
| | Dell Global Pte. Ltd. | |
| | Dell GmbH | |
| | Dell Guatemala Ltda | |
| | Dell Halle GmbH | |
| | Dell Honduras S de RL de CV | |
| | Dell HongKong Limited | |
| | Dell Hungary Technology Solutions Trade LLC | |
| | Dell III – Comercio de Computadores,Unipessoal LDA | |
| | Dell India (Sales &Marketing) Private Limited | |
| | Dell India Private Ltd. | |
| | Dell Information Technology (Hunan) Company Limited | |
| | Dell Information Technology (Kunshan) Company Limited | |
| | Dell International Holdings I L.L.C. | |
| | Dell International Holdings IX B.V. | |
| | Dell International Holdings Kft. | |
| | Dell International Holdings SAS | |
| | Dell International Holdings VIII B.V. | |
| | Dell International Holdings X B.V. | |
| | Dell International Holdings XII CoöperatoefU.A. | |
| | Dell International Inc. | |
| | Dell International L.L.C. | |
| | Dell International Services India Private Limited (f.k.a. Perot Systems TSI (India) Private Limited) | |
| | Dell International Services Philippines Inc. | |
| | Dell International Services SRL | |
| | Dell Japan Inc. | |
| | Dell L.L.C. | |
| | Dell Marketing Corporation | |
| | Dell MarketingGP L.L.C. | |
| | Dell Marketing L.P. | |
| | Dell Marketing LP L.L.C. | |
| | Dell Mexico, S.A. de C.V. | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Dell N.V. | |
| | Dell New Zealand Limited | |
| | Dell Panama S. de R.L. | |
| | Dell Perú, SAC | |
| | Dell Procurement (Xiamen) Company Limited | |
| | Dell Procurement (Xiamen) Company Limited, Shanghai Branch | |
| | Dell Procurement (Xiamen) Company Limited, Shenzhen Liaison Office | |
| | Dell Product and Process Innovation Services Corp. | |
| | Dell Products | |
| | Dell Products (Europe) B.V. | |
| | Dell Products (Poland) Sp. z o.o | |
| | Dell Products Corporation | |
| | Dell Products GP L.L.C. | |
| | Dell Products L.P. | |
| | Dell Products LP L.L.C. | |
| | Dell ProductsManufacturing Ltd. | |
| | Dell Protective Services Inc. | |
| | Dell Puerto Rico Corp. | |
| | Dell Quebec Inc. | |
| | Dell Receivables Corporation | |
| | Dell Receivables GP L.L.C. | |
| | Dell Receivables L.P. | |
| | Dell Receivables LP L.L.C. | |
| | Dell Research | |
| | Dell Revolver Company L.P. | |
| | Dell Revolver Funding L.L.C. | |
| | Dell Revolver GP. L.L.C. | |
| | Dell S.A. | |
| | Dell S.A. | |
| | Dell S.p.A. | |
| | Dell s.r.o. | |
| | Dell SA | |
| | Dell Sales Malaysia Sdn Bhd | |
| | Dell SAS | |
| | Dell Services (China) Company Limited | |
| | | |
| | Dell Services Federal Government, Inc. (fka Perot Systems Government Services, Inc.) | |
| | Dell Services GmbH (FKA. Perot Systems (Germany) GmbH) | |
| | Dell Services S.r.l. | |
| | Dell Singapore Pte. Ltd. | |
| | Dell Services Pte. Ltd. (f/k/a Perot Systems (Singapore) Pte. Ltd.) | |
| | DELL SOLUTIONS(UK) LTD | |
| | Dell Sp.z.o.o. | |
| | Dell Taiwan B.V. | |
| | Dell Taiwan B.V., Taiwan Branch | |
| | Dell Technology & Solutions (Nigeria) Limited | |
| | Dell Technology & Solutions Israel Ltd. | |
| | Dell Technology & Solutions Ltd. (Formerly Original Solutions Limited) | |
| | Dell Technology Products and Services S.A | |
| | Dell Technology Services Inc. S.R.L. | |
| | Dell Teknoloji Limited Şirketi | |
| | Dell Trinidad and Tobago Limited | |
| | Dell USA Corporation | |
| | Dell USA GP L.L.C. | |
| | Dell USA L.P. | |
| | Dell USA LP L.L.C. | |
| | Dell World Trade Corporation | |
| | Dell World Trade GP L.L.C. | |
| | Dell World Trade L.P. | |
| | Dell World Trade LP L.L.C. | |
| | DFS BV | |
| | DFS Equipment Holdings, LP | |
| | DFS Equipment Remarketing LLC | |
| | DFS Funding L.L.C. | |
| | DFS-SPV L.L.C. | |
| | DIH IX CV | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | DIH VI CV | |
| | DIH VII CV | |
| | DIH VIII CV | |
| | DIH X CV | |
| | EqualLogic Japan Company Limited | |
| | Fastlane Technologies Corporation | |
| | Fastlane Technologies UK | |
| | Force10 International, Ltd. | |
| | Force10 Networks (Shanghai) Ltd. | |
| | Force10 Networks Australia Pty. Ltd. | |
| | Force10 Networks Germany (Branch) | |
| | Force10 Networks Global, Inc. | |
| | Force10 Networks Hong Kong (Branch) | |
| | Force10 Networks India Pvt. Ltd. | |
| | Force10 Networks International, Inc. | |
| | Force10 Networks KK | |
| | Force10 Networks Korea YH | |
| | Force10 Networks Ltd. | |
| | Force10 NetworksMalaysia (Branch) | |
| | Force10 Networks Singapore Pte. Ltd. | |
| | Force10 Networks Spain (Rep office) | |
| | Force10 Networks, Inc. | |
| | Fresh Dew Investments Ltd. | |
| | Fvision Acquisition Corp. | |
| | Gale Networks PrivateLimited | |
| | Gale Technologies, Inc. | |
| | Imceda Software Australia Pty, Ltd. | |
| | Imceda Software Inc. | |
| | Imceda Technologies Pty, Ltd. | |
| | Invirtus, Inc. | |
| | Lecco Technology (UK) Limited | |
| | Lecco Technology Inc. | |
| | Lecco Technology, Inc. (USA) | |
| | License Technologies Group, Inc. | |
| | LLC Dell Ukraine | |
| | Lumenare NetworksMauritius Ltd. | |
| | Magnum Technologies, Inc. | |
| | MakeTechnologies Inc. | |
| | Messagewise | |
| | Muretia Investments Ltd | |
| | NetPro Computing Canada, Inc. | |
| | NetPro Computing France, Inc. | |
| | NetPro ComputingGermany, Inc. | |
| | NetPro ComputingUK, Inc. | |
| | NetPro Computing, Inc. | |
| | NetPro Engineering, Inc. | |
| | NetPro Europe Branch | |
| | NetPro Europe, Inc. | |
| | NetPro France Branch | |
| | NetProGermany Branch | |
| | NetProUK Branch | |
| | Ocarina Networks India Pvt. Ltd. | |
| | OptiGrowth CapitalSarl | |
| | Oy Dell A.B. | |
| | PacketTrap Networks, Inc. | |
| | PassGo Technologies Ltd | |
| | PassGo Technologies Trustees Ltd | |
| | Perot Systems (Malaysia) Sdn. Bhd. | |
| | Perot Systems (Shanghai) Consulting Co., Limited | |
| | Perot Systems (Singapore) Pte. Ltd. | |
| | Perot Systems (Switzerland) GmbH | |
| | Perot Systems (UK) Ltd. | |
| | Perot Systems Application Solutions Inc. | |
| | Perot Systems B.V. | |
| | Perot Systems Communications Services, Inc. | |
| | Perot Systems Corporation | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Perot Systems Europe Limited | |
| | Perot Systems Government Healthcare Solutions, Inc. | |
| | Perot Systems Government Solutions, Inc. | |
| | Perot Systems Healthcare Solutions, Inc. | |
| | Perot Systems Holdings Pte. Ltd | |
| | Perot Systems Investments B.V. | |
| | Perot Systems Revenue Cycle Solutions, Inc. | |
| | Perot Systems TSI (Bermuda) Ltd. | |
| | Perot Systems TSI (Hungary) Liquidity Management LLC | |
| | Perot Systems TSI (Mauritius) Pvt. Ltd. | |
| | Perot Systems TSI (Middle East) FZ-LLC | |
| | Perot Systems TSI (Netherlands) B.V. | |
| | PrSM Corporation | |
| | PSC GP Corporation | |
| | PSC Healthcare Software, Inc. | |
| | PSC LP Corporation | |
| | PSC Management Limited Partnership | |
| | PSM Holdings 1, Inc. | |
| | PSM Holdings 2, Inc. | |
| | PSM Holdings 1 L.L.C. | |
| | PSM Holdings 2 L.L.C. | |
| | PT Dell Indonesia | |
| | Q.S.I. Quest Software Israel Limited | |
| | QSFT India Private Ltd. Inc. | |
| | QSFT Svenska AB | |
| | QSS Group, Inc. | |
| | Quest Acquisition Corporation | |
| | Quest Holding Company, LLC | |
| | Quest Holdings Sarl | |
| | Quest Java Support Center,BV | |
| | Quest New Zealand Ltd | |
| | Quest Public Sector Inc. | |
| | Quest Scandanavia AS | |
| | Quest Software (UK) Ltd. | |
| | Quest Software (Zhuhai) Ltd. | |
| | Quest Software Beijing Company Limited | |
| | Quest Software Belgium | |
| | Quest Software Canada, Inc. | |
| | Quest Software Company Limited | |
| | Quest Software Espana, SL | |
| | Quest Software France Sarl | |
| | Quest Software Gmbh | |
| | Quest Software Greater China Limited | |
| | Quest Software Int'l Limited | |
| | Quest Software Italia Srl | |
| | Quest Software Japan Ltd | |
| | Quest Software Korea Ltd. | |
| | Quest Software Limited (Lecco HK) | |
| | Quest Software Mexico S. de R.L. de C.V. | |
| | Quest Software Netherlands B.V. | |
| | Quest Software Norge S/A | |
| | Quest Software Pty, Ltd. | |
| | Quest Software Public Sector Inc | |
| | Quest Software Sales Sdn Bhd | |
| | Quest Software Singapore Pty Limited | |
| | Quest Software Switzerland Gmbh | |
| | Quest Software, Inc. | |
| | Quest Software, Ltd. | |
| | QuickCyckem Inc. | |
| | QuikCycle Inc. | |
| | Safari I, Inc. | |
| | Safari II GP LLC | |
| | Safari II, Inc. | |
| | Safari Limited II LP | |
| | Safari Limited Partnership | |
| | ScriptLogic Australia | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | ScriptLogic Corporation | |
| | SecureWorks Holding Corp. | |
| | SecureWorks Inc. | |
| | SecureWorks UK Ltd. | |
| | SecureWorks UK Ltd. - Finland Branch | |
| | Smarsh CRM Service, Inc. | |
| | Smarsh Inc. | |
| | Software Ltd Russia Rep Office | |
| | SonicWALL AG | |
| | SonicWALL BV | |
| | SonicWALL BV - Australia Branch | |
| | SonicWALL BV - Beijing Rep.Office | |
| | SonicWALL BV - Belgium Branch | |
| | SonicWALL BV - Canada Branch | |
| | SonicWALL BV - Dubai Branch | |
| | SonicWALL BV - France Branch | |
| | SonicWALL BV - Germany Branch | |
| | SonicWALL BV - HongKong Branch | |
| | SonicWALL BV - India Branch | |
| | SonicWALL BV - Ireland Branch | |
| | SonicWALL BV - JapanBranch | |
| | SonicWALL BV - Korea Branch | |
| | SonicWALL BV - Singapore Branch | |
| | SonicWALL BV - Spain Branch | |
| | SonicWALL BV - Sweden Branch | |
| | SonicWALL BV - Taiwan Branch | |
| | SonicWALL BV - UK Branch | |
| | SonicWALL Infosecurity Private Limited | |
| | SonicWALL L.L.C. | |
| | SonicWALL Mexico, S de RL de CV | |
| | SonicWall Services Private Limited | |
| | SonicWALL Shanghai Limited | |
| | SonicWALL, Inc. | |
| | Support Center,BV (pka Sitraka) | |
| | Surgient, Inc. | |
| | Symlabs Espana, S.L. | |
| | Symlabs Inc. | |
| | Symlabs S.A. Portugal | |
| | Transaction Applications Group, Inc. | |
| | Trellia Networks, Inc. | |
| | Turin Networks India Pvt. Ltd. | |
| | Turin Networks International, Inc. | |
| | TXZ Holding Company Limited | |
| | Vintela Australia Pty., Ltd | |
| | Vintela Pty, Ltd. | |
| | Vintela, Inc. | |
| | VirtualFabrix Inc. | |
| | Vizioncore | |
| | Vkernel Corp. | |
| | Wedgetail Communications Inc. | |
| | WyseAustralia Pty. LtdAustralia | |
| | Wyse International, Inc. | |
| | Wyse International L.L.C. | |
| | WyseTechnology (Beijing) Co. Ltd China | |
| | WyseTechnology (Canada) Ltd. | |
| | WyseTechnology (UK), LTD | |
| | WyseTechnology Gmbh Germany | |
| | WyseTechnology Holdings (Cayman) Ltd. | |
| | WyseTechnology Inc. | |
| | WyseTechnology International B.V. | |
| | WyseTechnology KK Japan | |
| | WyseTechnology L.L.C. | |
| | WyseTechnology Ltd Taiwan | |
| | WyseTechnology SA France | |
| | WyseTechnology Sales &Marketing India Private Ltd. | |
| | WyseTechnology Singapore Pte Ltd | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | WyseTechonology China (HK) Ltd. | |
| | WyseTechonology S.A de C.V. | |
| | WyseTechonology Software Development India Private Ltd. | |
| **Sharp Corporation** | Sharp Electronics Corporation | 6/26/2014 |
| | Sharp Manufacturing Company of America | |
| | Sharp Electronics Manufacturing Company of America | |
| | Sharp Electronics Manufacturing Company of America, Inc. | |

EXHIBIT 2

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW                                    WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

CRAIG BENSON
PARTNER

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

TELEPHONE (202) 223-7343
FACSIMILE (202) 204-7343

E-MAIL: cbenson@paulweiss.com

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

July 10, 2014

By Electronic Mail

James L. McGinnis
Sheppard Mullin
Four Embarcadero Center
17th Floor
San Francisco, CA  94111

Dear Jim:

      I write to follow up on our July 8, 2014 phone call.  Further to that conversation, could you please let me know whether the SDI defendants intend to argue that the Sharp plaintiffs should not be excluded from the settlement class?  We would be grateful for an answer by July 14, 2014 at the latest, and are happy to discuss at your earliest convenience.

      Best regards,

Craig Benson

EXHIBIT 3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
TELEPHONE (202) 223-7300

WASHINGTON, DC 20006-1047

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

CRAIG BENSON
PARTNER

TELEPHONE  (202) 223-7343
FACSIMILE  (202) 204-7343

E-MAIL:  cbenson@paulweiss.com

July 10, 2014

By Electronic Mail

James P. Mutchnik
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Dear Jim:

      I write to follow up on our July 8, 2014 phone call.  Further to that conversation, could you please let me know whether the Hitachi defendants intend to argue that the Sharp plaintiffs should not be excluded from the settlement class?  We would be grateful for an answer by July 14, 2014 at the latest, and are happy to discuss at your earliest convenience.

Best regards,

Craig Benson

EXHIBIT 4

| | |
|---|---|
| **From:** | Adelson, Eliot A. <eadelson@kirkland.com> |
| **Sent:** | Saturday, July 19, 2014 1:03 PM |
| **To:** | Bernstein, Debra; Mike Scarborough; Mutchnik, James H. |
| **Cc:** | Benson, Craig A; Jim Wagstaffe (wagstaffe@kerrwagstaffe.com) |
| **Subject:** | RE: CRT - Dell and Sharp DPP settlement opt-out notices |

Debra,

No, we are not willing to enter into that type of stipulation or agreement.

Eliot

Eliot A. Adelson
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104
415-439-1413

---

**From:** Bernstein, Debra [mailto:Debra.Bernstein@alston.com]
**Sent:** Saturday, July 19, 2014 9:52 AM
**To:** Adelson, Eliot A.; Mike Scarborough; Mutchnik, James H.
**Cc:** .CRT.Benson, Craig; Jim Wagstaffe (wagstaffe@kerrwagstaffe.com)
**Subject:** RE: CRT - Dell and Sharp DPP settlement opt-out notices

Mike and Eliot-

Thank you for your e-mails.

Will you agree to stipulate that you will not challenge the timeliness of Dell's opt out notice so we need not waste the Court's time with this issue, or based on your notes below, will you agree you will not oppose Dell's motion to deem the opt out timely, should Dell file a motion?

Regards,
Debra

*Debra D. Bernstein*
*Alston & Bird LLP*
*1201 W. Peachtree St.*
*Atlanta, GA 30309*
*(404) 881-4476 (direct)*
*(404) 253-8488 (fax)*

---

**From:** Adelson, Eliot A. [mailto:eadelson@kirkland.com]
**Sent:** Friday, July 18, 2014 8:59 PM

**To:** Bernstein, Debra; .CRT.Benson, Craig
**Cc:** Mutchnik, James H.; Mike Scarborough
**Subject:** RE: CRT - Dell and Sharp DPP settlement opt-out notices

Debra and Craig,

Like SDI, Hitachi does not waive any rights it may have from your clients' failure to submit timely opt-out notices. If Dell and Sharp file motions seeking to retroactively enlarge the time to opt out of Hitachi's CRT DPP settlement class, we will respond to those motions at that time.

Best,

Eliot

Eliot A. Adelson
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104
415-439-1413

---

**From:** Mike Scarborough [mailto:MScarborough@sheppardmullin.com]
**Sent:** Friday, July 18, 2014 3:56 PM
**To:** Bernstein, Debra (debra.bernstein@alston.com); cbenson
**Cc:** Adelson, Eliot A.
**Subject:** CRT - Dell and Sharp DPP settlement opt-out notices

Debra and Craig – this follows up on our recent discussions and your request to provide SDI's position with respect to the settlement opt-out notices Dell and Sharp submitted two weeks after the opt-out deadline for the SDI and Hitachi CRT DPP settlement class.

The June 12 opt-out date was a deadline imposed by the Court, not SDI. SDI does not waive any rights it may have from your clients' failure to submit timely opt-out notices, or any actions the Court may take as a result of such untimely submissions. However, to the extent Dell and/or Sharp intend to file a motion with the Court seeking to retroactively enlarge by two weeks their time to effectively opt out of the SDI and Hitachi CRT DPP settlement class, SDI takes no position with respect to such motion, and will of course proceed in accordance with the Court's ruling on any such motion.

I hope this clarifies SDI's position on this issue. Have a good weekend,

Mike

Mike Scarborough
415.774.2963 | direct
415.403.6052 | direct fax
MScarborough@sheppardmullin.com | Bio

**SheppardMullin**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

415.434.9100 | main
www.sheppardmullin.com

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

*************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

*********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*********************************************************

EXHIBIT 5

**From:**       Mike Scarborough <MScarborough@sheppardmullin.com>
**Sent:**       Saturday, July 19, 2014 4:09 PM
**To:**         'Bernstein, Debra'; eadelson; Mutchnik, James H.
**Cc:**         Benson, Craig A; Jim Wagstaffe (wagstaffe@kerrwagstaffe.com)
**Subject:**    RE: CRT - Dell and Sharp DPP settlement opt-out notices

Debra,
As explained below, the June 12 opt-out date was a deadline imposed by the Court, not SDI, and SDI does not waive any rights it may have based on the failure to submit timely opt-out notices, or any actions the Court may take as a result of such untimely submissions. Speaking just for SDI, if Dell and/or Sharp file a motion with the Court seeking to retroactively enlarge their time to effectively opt out of the SDI and Hitachi CRT DPP settlement class, SDI intends to take no position with respect to such motion (assuming our communications on this point are accurately represented to the Court).
Mike

**From:** Bernstein, Debra [mailto:Debra.Bernstein@alston.com]
**Sent:** Saturday, July 19, 2014 9:52 AM
**To:** eadelson; Mike Scarborough; Mutchnik, James H.
**Cc:** cbenson; Jim Wagstaffe (wagstaffe@kerrwagstaffe.com)
**Subject:** RE: CRT - Dell and Sharp DPP settlement opt-out notices
Mike and Eliot-
Thank you for your e-mails.
Will you agree to stipulate that you will not challenge the timeliness of Dell's opt out notice so we need not waste the Court's time with this issue, or based on your notes below, will you agree you will not oppose Dell's motion to deem the opt out timely, should Dell file a motion?
Regards,
Debra
***Debra D. Bernstein***
***Alston & Bird LLP***
***1201 W. Peachtree St.***
***Atlanta, GA 30309***
***(404) 881-4476 (direct)***
***(404) 253-8488 (fax)***

**From:** Adelson, Eliot A. [mailto:eadelson@kirkland.com]
**Sent:** Friday, July 18, 2014 8:59 PM
**To:** Bernstein, Debra; .CRT.Benson, Craig
**Cc:** Mutchnik, James H.; Mike Scarborough
**Subject:** RE: CRT - Dell and Sharp DPP settlement opt-out notices
Debra and Craig,
Like SDI, Hitachi does not waive any rights it may have from your clients' failure to submit timely opt-out notices. If Dell and Sharp file motions seeking to retroactively enlarge the time to opt out of Hitachi's CRT DPP settlement class, we will respond to those motions at that time.
Best,
Eliot
Eliot A. Adelson
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104

415-439-1413

**From:** Mike Scarborough [mailto:MScarborough@sheppardmullin.com]
**Sent:** Friday, July 18, 2014 3:56 PM
**To:** Bernstein, Debra (debra.bernstein@alston.com); cbenson
**Cc:** Adelson, Eliot A.
**Subject:** CRT - Dell and Sharp DPP settlement opt-out notices

Debra and Craig – this follows up on our recent discussions and your request to provide SDI's position with respect to the settlement opt-out notices Dell and Sharp submitted two weeks after the opt-out deadline for the SDI and Hitachi CRT DPP settlement class.

The June 12 opt-out date was a deadline imposed by the Court, not SDI. SDI does not waive any rights it may have from your clients' failure to submit timely opt-out notices, or any actions the Court may take as a result of such untimely submissions. However, to the extent Dell and/or Sharp intend to file a motion with the Court seeking to retroactively enlarge by two weeks their time to effectively opt out of the SDI and Hitachi CRT DPP settlement class, SDI takes no position with respect to such motion, and will of course proceed in accordance with the Court's ruling on any such motion.

I hope this clarifies SDI's position on this issue. Have a good weekend,

Mike

Mike Scarborough
415.774.2963 | direct
415.403.6052 | direct fax
MScarborough@sheppardmullin.com | Bio
**SheppardMullin**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
415.434.9100 | main
www.sheppardmullin.com

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

*************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.
Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

EXHIBIT 6

# Cathode Ray Tube Antitrust Litigation

Home  |  Frequently Asked Questions  |  Case Documents  |  Dates to Remember  |  Contact Us  |

## Dates to Remember

| | |
|---|---|
| *Final Approval Hearing* | August 22, 2014 10:00am |
| *Toshiba Final Approval Hearing:* | July 22, 2013 |
| *Deadline to object to the Toshiba Settlement:* | May 16, 2013 |
| *Deadline to request exclusion from the Toshiba Settlement:* | May 16, 2013 |
| *LG Final Approval Hearing:* | March 15, 2013 |
| *Deadline to object to the LG Settlement:* | January 11, 2013 |
| *Deadline to request exclusion from the LG Settlement:* | January 11, 2013 |
| *Panasonic Final Approval Hearing:* | December 17, 2012 |
| *Deadline to object to the Panasonic Settlement:* | October 25, 2012 |
| *Deadline to request exclusion from the Panasonic Settlement:* | October 25, 2012 |
| *CPT/Philips Final Approval Hearing:* | September 20, 2012 |
| *Deadline to object to the CPT/Philips Settlements:* | July 23, 2012 |
| *Deadline to request exclusion from the CPT/Philips Settlements:* | July 23, 2012 |

Gilardi & Co. LLC.   Copyright © 2013   Privacy Policy