Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* Case No. C 13-1173 (SC) | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SHARP'S MOTION TO CONFIRM ITS OPT-OUT REQUEST OR, IN THE ALTERNATIVE, ENLARGE TIME FOR SHARP TO OPT OUT OF CLASS SETTLEMENTS** |

-2-

1  Upon consideration of Sharp's Motion to Confirm Its Opt-Out Status Request or, in the
2  Alternative, Enlarge Time for Sharp to Opt Out of Class Settlements, it is hereby:
3  ORDERED that the Motion is hereby GRANTED; and it is further
4  ORDERED that Sharp Electronics Corporation and Sharp Electronics Manufacturing
5  Company of America, Inc. shall be excluded from the Samsung SDI and Hitachi Settlement Classes.

7  **IT IS SO ORDERED.**

10  DATED:_____      _____
11  HON. SAMUEL CONTI
    UNITED STATES DISTRICT JUDGE