# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re CATHODE RAY TUBE (CRT) ANTITRUST LITITATION )
)
) Case No: 07-5944 SC MDL No. 1917
)
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
)

I, Bruce Cobath, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd in the above-entitled action. My local co-counsel in this case is James L. McGinnis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Sheppard Mullin Richter & Hampton, LLP<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112 | Sheppard Mullin Richter & Hampton, LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>212-653-8700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-434-9100 |
| MY EMAIL ADDRESS OF RECORD:<br>bcolbath@sheppardmullin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jmcginnis@sheppardmullin.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2016707.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: July 18, 2014

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bruce Cobath is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 07/24/2014

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                October 2012

**ATTESTATION CLAUSE**

I, James L. McGinnis, hereby attest in accordance with Local Rule 5-l(i)(3) that Bruce Colbath, counsel for Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd has provided his concurrence with the electronic filing of the foregoing document entitled APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.

By: */s/ James L. McGinnis*
James L. McGinis