# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No. 07-5944 SC MDL No. 1917 |
|---|---|
| This Document Relates to: ALL ACTIONS | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) |

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5802*

I, Amy Lee Stewart, an active member in good standing of the bar of Arkansas, hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing; <u>Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.</u>, in the above-entitled action.  My local co-counsel in this case is <u>Craig Y. Allison</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: ROSE LAW FIRM 120 EAST FOURTH STREET LITTLE ROCK, AR 72201 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: BUNSOW, DE MORY, SMITH & ALLISON LLP 351 CALIFORNIA STREET, SUITE 200 SAN FRANCISCO, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD: (501) 377-0334 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 351-7242 |
| MY EMAIL ADDRESS OF RECORD: ASTEWART@ROSELAWFIRM.COM | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: CALLISON@BDIPLAW.COM |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>88167</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Date: July 16, 2014

_____
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Amy Lee Stewart</u> is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance ***pro hac vice***.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 07/24/2014

_____
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER