Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson SA
and Thomson Consumer Electronics, Inc.*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

*Attorneys for Plaintiffs ViewSonic Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| | **Case No. 07-5944 SC** |
| This Document Relates to: | **MDL No. 1917** |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | **STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL** |
| | Judge:  Hon. Samuel Conti |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Thomson S.A. (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.) (collectively, the "Thomson Defendants") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings naming the Thomson Defendants as Defendants (the "ViewSonic Complaint");

WHEREAS, ViewSonic has requested that the Thomson Defendants waive service of the ViewSonic Complaint;

WHEREAS, certain other plaintiffs (the "Direct Action Plaintiffs" or "DAPs") have filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming the Thomson Defendants as Defendants;

WHEREAS, the DAPs have also filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming various other entities as Defendants;

WHEREAS, on August 21, 2013, the Court issued an Order ruling on the other Defendants' Motions to Dismiss and for Judgment on the Pleadings (Dkt. 1856);

WHEREAS, on November 25, 2013, January 27, 2014, and February 7, 2014, Thomson SA filed Motions to Dismiss and/or Strike with Prejudice the DAPs' Complaints or Amended Complaints (Dkt. 2235, 2355, 2373);

WHEREAS, on November 25, 2013, January 16, 2014, and January 27, 2014, Thomson Consumer filed Motions to Dismiss and/or Strike with Prejudice the DAPs' Complaints or

Amended Complaints (Dkt. 2236, 2329, 2353);

WHEREAS, on March 13, 2014, the Court issued an Order ruling on the Thomson Defendants' Motions to Dismiss and/or Strike with Prejudice the DAPs' Complaints of Amended Complaints (Dkt. 2440);

WHEREAS, ViewSonic and the Thomson Defendants wish to conserve judicial resources and avoid re-litigating issues previously decided by this Court while preserving any and all appeal rights of ViewSonic and the Thomson Defendants;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. All motions decided in the MDL to date are deemed to have been raised by the Thomson Defendants against the ViewSonic Complaint, and the arguments raised in any such motions are preserved for appellate purposes as if they had been made by the Thomson Defendants against the ViewSonic Complaint.

2. The Thomson Defendants waive service of the ViewSonic Complaint in accordance with Rule 4(d) of the Federal Rules of Civil Procedure.

3. The deadline for the Thomson Defendants to answer or otherwise respond to the ViewSonic Complaint will be on or before July 25, 2014.

Dated: July 25, 2014            FAEGRE BAKER DANIELS LLP

                                 By: */s/ Kathy L. Osborn*
                                 Kathy L. Osborn (*pro hac vice*)
                                 Ryan M. Hurley (*pro hac vice*)
                                 Faegre Baker Daniels LLP
                                 300 N. Meridian Street, Suite 2700
                                 Indianapolis, IN  46204
                                 Telephone:  (317) 237-0300
                                 Facsimile:  (317) 237-1000
                                 kathy.osborn@FaegreBD.com
                                 ryan.hurley@FaegreBD.com

|   |   |
|---|---|
| 1 | Jeffrey S. Roberts (*pro hac vice*) |
|   | Faegre Baker Daniels LLP |
| 2 | 3200 Wells Fargo Center |
|   | 1700 Lincoln Street |
| 3 | Denver, CO  80203 |
|   | Telephone:  (303) 607-3500 |
| 4 | Facsimile:  (303) 607-3600 |
|   | jeff.roberts@FaegreBD.com |

                    Jeffrey S. Roberts (*pro hac vice*)
                    Faegre Baker Daniels LLP
                    3200 Wells Fargo Center
                    1700 Lincoln Street
                    Denver, CO  80203
                    Telephone:  (303) 607-3500
                    Facsimile:  (303) 607-3600
                    jeff.roberts@FaegreBD.com

                    Calvin L. Litsey (SBN 289659)
                    Faegre Baker Daniels LLP
                    1950 University Avenue, Suite 450
                    East Palo Alto, CA  94303-2279
                    Telephone:  (650) 324-6700
                    Facsimile:  (650) 324-6701
                    calvin.litsey@FaegreBD.com

                    Stephen M. Judge (*pro hac vice*)
                    Faegre Baker Daniels LLP
                    202 S. Michigan Street, Suite 1400
                    South Bend, IN  46601
                    Telephone:  (574) 234-4149
                    Facsimile:  (574) 239-1900
                    steve.judge@FaegreBD.com

                    *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

Dated:  July 25, 2014          CROWELL & MORING LLP


                                By: */s/* Jason C. Murray

                    Jason C. Murray (CA Bar No. 169806)
                    CROWELL & MORING LLP
                    515 South Flower St., 40th Floor
                    Los Angeles, CA 90071
                    Telephone: 213-443-5582
                    Facsimile: 213-622-2690
                    Email: jmurray@crowell.com

                    Jerome A. Murphy (*pro hac vice*)
                    Astor H.L. Heaven (*pro hac vice*)
                    CROWELL & MORING LLP
                    1001 Pennsylvania Avenue, N.W. Washington, D.C. 20004
                    Telephone: 202-624-2500
                    Facsimile: 202-628-5116
                    E-mail: jmurphy@crowell.com
                              aheaven@crowell.com

                    *Counsel for ViewSonic Corporation*

---

STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL
Case No. 07-5944; MDL NO. 1917
4

US.54582608.01

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____                    _____
                                                          Hon. Samuel Conti
                                                          United States District Judge


     Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  July 25, 2014                       By: */s/ Kathy L. Osborn*

---

STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL
Case No. 07-5944; MDL NO. 1917
5

US.54582608.01