Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

*Attorney for Plaintiff ViewSonic Corporation*
(additional counsel listed on signature page)

James L. McGinnis (CA Bar No. 95788)
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email: jmcginnis@sheppardmullin.com

*Attorney for Defendants Samsung SDI America, Inc; Samsung SDI Co., Ltd; Samsung SDI (Malaysia) SDN.BHD.; Samsung SDI Mexico S.A DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*
(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND PRESERVATION OF ARGUMENTS FOR APPEAL** |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | |
| | Judge:  Hon. Samuel Conti |

Pursuant to Civil Local Rule 7-12 and Rules 4(d) and 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Samsung SDI America, Inc; Samsung SDI Co., Ltd; Samsung SDI(Malaysia) SDN.BHD.; Samsung SDI Mexico S.A DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd. (collectively "Samsung SDI") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings, naming Samsung SDI, among others, as Defendants (the "ViewSonic Complaint");

WHEREAS, certain other plaintiffs (the "Direct Action Plaintiffs" or "DAPs") have filed Complaints or Amended Complaints alleging the same conduct and naming Samsung SDI as Defendants;

WHEREAS, the DAPs have also filed Complaints or Amended Complaints alleging the same conduct and naming various other entities as Defendants;

WHEREAS, ViewSonic has requested that Samsung SDI waive service of the ViewSonic Complaint; and

WHEREAS, ViewSonic and Samsung SDI wish to avoid expenses associated with service of summons, while avoiding unnecessary briefing and preserving any and all appeal rights of ViewSonic and Samsung SDI;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. All motions decided in the MDL to date are deemed to have been raised by

Samsung SDI against the ViewSonic Complaint, and the arguments raised in any such motions are preserved for appellate purposes as if they had been made by Samsung SDI against the ViewSonic Complaint.

2. Samsung SDI agrees to waive formal service of the ViewSonic Complaint in accordance with Rule 4(d) Federal Rules of Civil Procedure.

3. Samsung SDI shall answer ViewSonic's Complaint by September 23, 2014 pursuant to Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 25, 2014                                CROWELL & MORING LLP

                                                      By: */s/ Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W. Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
E-mail: jmurphy@crowell.com
         aheaven@crowell.com

*Counsel for ViewSonic Corporation*

Dated: July 25, 2014                         SHEPPARD MULLIN RICHTER & HAMPTON

                                            By: */s/ James L. McGinnis*

                                            Gary Halling (SBN 66087)
                                            James L. McGinnis (SBN 95788)
                                            Michael W. Scarborough (SBN 203524)
                                            Dylan I. Ballard (SBN 253929)
                                            Sheppard Mullin Richter & Hampton
                                            Four Embarcadero Center, 17th Floor
                                            San Francisco, CA 94111
                                            Telephone:  (415) 434-9100
                                            Facsimile:  (415) 434-3947
                                            Email: ghalling@sheppardmullin.com
                                                     jmcginnis@sheppardmullin.com
                                                     mscarborough@sheppardmullin.com

                                            *Attorneys for Defendants Samsung SDI America, Inc; Samsung SDI Co., Ltd; Samsung SDI (Malaysia) SDN.BHD.; Samsung SDI Mexico S.A DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____              _____
                                            Hon. Samuel Conti
                                            United States District Judge




     Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.


Dated: July 25, 2014                    By: */s/ Jason C. Murray*

---

STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL
Case No. 07-5944; MDL NO. 1917
4

DCACTIVE-28468341.1