**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | SCHEDULING ORDER |
|   Case No. 3:14-cv-02510 | |
|   VIEWSONIC CORP. | |
|          Plaintiff | |
|     v. | |
|   CHUNGHWA PICTURE TUBES, LTD., et al., | |
|         Defendants. | |

Plaintiff Viewsonic Corporation ("Viewsonic") filed this action on May 30, 2014.  No. 14-cv-05210, ECF No. 1.  Previously, Viewsonic, along with three other plaintiffs, sought to retract its previous opt-out from five settlement classes reached between the two plaintiff classes and several defendants.  ECF No. 2517, at 3. On April 1, 2014, the Court denied that motion and encouraged the movants to pursue their own settlements.  Id. at 7.  Following the filing of this action, the parties filed letter briefs with the Court staking out various positions as to how, if at all, the

**United States District Court**
For the Northern District of California

current MDL schedule, ECF No. 2459, should be varied in light of the comparatively late date on which this action was filed. <u>See</u> ECF Nos. 2643, 2645, 2657. Following this Court's order to meet and confer regarding these scheduling issues, ECF No. 2671, the parties filed a joint statement outlining their positions. ECF No. 2686 ("Joint Statement").

In the joint statement, the parties stake out two positions. The first, held by Viewsonic and a group of defendants,[1] ("Collaborating Defendants") would maintain the existing March 9, 2015 trial date and pretrial schedule while altering various discovery, expert, and dispositive motion deadlines. Joint Statement at 1. The second, articulated by a different group of defendants,[2] ("Non-Collaborating Defendants") does not offer an alternative approach. Instead, the Non-Collaborating Defendants simply argue that (1) the schedule proposed by Viewsonic and the Collaborating Defendants provides inadequate time for pretrial matters, particularly discovery, (2) Viewsonic's business model and

---

[1] These defendants are: LG Electronics, Inc.; LG Electronics USA, Inc.; Toshiba Corporation; Toshiba America, Inc.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Mitsubishi Electric Corporation; Mitsubishi Electric Visual Solutions America, Inc.; and Mitsubishi Electric & Electronics USA, Inc.; Technicolor SA (f/k/a Thomson SA); and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.). Joint Statement at 1 n.1.

[2] The Defendants taking this position are: Chunghwa Picture Tubes, Ltd.; Chunghwa Picture Tubes (Malaysia); Panasonic Corporation; Panasonic Corporation of North America; MT Picture Display Co., Ltd.; Beijing Matsushita Color CRT Co., Ltd.; Koninklijke Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan) Ltd.; Philips Da Amazonia Industria Electronica Ltda.; Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd. Joint Statement at 5 n.4.

**United States District Court**
For the Northern District of California

1   expert reports raise issues distinct from those in the other MDL

2   cases, and (3) the prejudice they will suffer as a result of

3   applying the MDL schedule to this action is the result of

4   Viewsonic's prior litigation strategy and delay in filing the

5   complaint in this action.  Id. at 5-7.  To remedy these issues, the

6   Non-Collaborating Defendants propose the Court "meet and confer

7   with all defendants regarding a separate schedule that is fair to

8   all parties."  Id. at 7.

9        With respect to the parties' positions, the Court agrees with

10  Viewsonic and the Collaborating Defendants.  While the Court is

11  sympathetic to the claims of prejudice by the Non-Collaborating

12  Defendants, the legal and factual allegations as well as the likely

13  expert discovery issues here are largely identical to those in the

14  other actions.  The Court remains committed to a swift but fair

15  resolution of these actions and continues to believe maintaining

16  the March 9, 2015 trial date is important to resolving these cases.

17       Accordingly the Court hereby ORDERS this action shall be

18  governed by the following schedule:

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**United States District Court**
For the Northern District of California

| July 25, 2014 | Answer Viewsonic Complaint |
|---|---|
| September 5, 2014 | Defendants serve Opposition Expert Reports/Opening Reports |
| October 6, 2014 | Viewsonic serves Rebuttal Reports/Opposition Reports |
| November 7, 2014 | Close of fact and expert discovery |
| November 14, 2014 | Last day to file dispositive motions |
| November 21, 2014 | Defendants' Optional sur-rebuttal |
| December 5, 2014 | Pretrial <u>Daubert</u> motions<br><br>Plaintiff's exchange of trial exhibits, deposition excerpts, and witness lists |
| December 23, 2014 | Oppositions to dispositive motions |
| January 9, 2015 | First simultaneous exchange of jury instructions and special verdict forms |
| January 16, 2015 | Oppositions to pretrial <u>Daubert</u> motions |
| January 23, 2015 | Replies in support of dispositive motions<br><br>Motions <u>in limine</u> and other non-dispositive motions |
| January 26, 2015 | Second simultaneous exchange of jury instructions and special verdict forms |
| January 29, 2015 | Defendants' exchange of trial exhibits, deposition excerpts, and witness lists |
| January 30, 2015 | Meet and confer regarding pre-trial order |

| | |
|---|---|
| February 6, 2015 | Last day to exchange proposed exhibits and witness lists<br><br>Last day for filing pre-trial order, agreed set of jury instructions, and verdict forms |
| February 9, 2015 | Replies in support of pre-trial Daubert motions |
| February 13, 2015 | Oppositions to motions in limine and other non-dispositive motions |
| February 20, 2015 | Last day for filing replies in support of motions in limine |
| February 27, 2015 | Hearings on motions in limine and other non-dispositive pre-trial motions<br><br>Final pre-trial conference |
| March 9, 2015 | Trial(s) |

IT IS SO ORDERED.


Dated: July 28, 2014

_____

UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California