Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice)*
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI AMERICA, LTD.,
HITACHI ASIA, LTD., HITACHI DISPLAYS,
LTD. (n/k/a JAPAN DISPLAY, INC.), HITACHI
ELECTRONIC DEVICES (USA), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC |
| | MDL NO.: 1917 |
| This Document Relates To: | Individual Case No. 3:13-cv-02171-SC |
| *Dell Inc., et al. v. Hitachi, Ltd., et al.* | **DECLARATION OF ROSS MURRAY RE DISSEMINATION OF HITACHI/SAMSUNG NOTICE TO CLASS MEMBERS AND REQUESTS FOR EXCLUSION** |

I, Ross Murray, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was hired by class counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Between May 16 and May 29, 2012, Gilardi received from Direct Purchaser Plaintiffs' Counsel eight files which included the names, and, where available, the addresses and electronic mail addresses of all class members identified by Defendants in this matter ("the class list"). Gilardi formatted the list for mailing purposes, removed duplicate records, removed known Defendant entities, researched company names lacking addresses and added addresses where found, and processed the names and addresses through the National Change of Address Database to update any addresses on file with the United States Postal Service ("USPS").

3. On April 28, 2014, Gilardi caused Notice of the Direct Purchaser Plaintiffs' settlement with the Hitachi Defendants and Samsung SDI Defendants to be printed and mailed to 16,895 unique names and addresses on the class list. Gilardi delivered the Hitachi/Samsung Notices to the United States Post Offices located in Santa Rosa, California. A true and correct copy of the Hitachi/Samsung Notice is attached hereto as Exhibit A.

4. Among those names and addresses were: (1) Dell Computer Corporation, 1 Dell Way, Round Rock, TX 78682-0001; and (2) Dell Computer Corporation #4 (EDC), PO Box 149257, Austin, TX 78714-9257. These were the same addresses to which Gilardi mailed previous notices of previous settlements with other defendant groups. The second was returned as undeliverable. The first was not returned as undeliverable.

5. Dell Inc. and Dell Products L.P. (collectively "Dell") previously filed requests for exclusions from settlements between the Direct Purchaser Plaintiffs and other defendant groups.

6. On or before June 7, 2012, Gilardi established a case-dedicated website at www.CRTDirectPurchaserAntitrustSettlement.com. There, potential class members can view and print copies of, among other documents, the Hitachi/Samsung Notice, the Hitachi Settlement Agreement, the Order Granting Class Certification and Preliminary Approval of Class Action

DECLARATION OF ROSS MURRAY RE DISSEMINATION            1                              MDL NO.: 1917
OF HITACHI/SAMSUNG NOTICE TO CLASS MEMBERS                        INDIVIDUAL CASE NO.: 3:13-CV-02171-SC
AND REQUESTS FOR EXCLUSION

Settlement with Hitachi, Order Granting Class Certification and Preliminary Approval of Class Action Settlement with Samsung SDI, and the Order Postponing Hitachi Notice. Class members can also view Frequently Asked Questions and obtain Gilardi's contact information. The Hitachi/Samsung Notice and the Frequently Asked Questions page include the June 12, 2014 deadline to submit requests for exclusion from the Hitachi Defendants' and Samsung SDI Defendants' settlements with the Direct Purchaser Plaintiffs. Attached as Exhibit B is a true and correct copy of the Frequently Asked Questions page from class administrator's website.

7. On or before June 7, 2012, Gilardi activated a toll-free number, 1-877-224-3063, through which callers are able to connect with a live customer service representative Monday through Friday from 7:00 a.m. to 5:00 p.m. Pacific Time.

8. Through its in-house advertising agency, Larkspur Design Group, Gilardi caused the Summary Notice to be published in the national edition of the Wall Street Journal on April 28, 2014. The notice included the June 12, 2014 deadline to submit requests for exclusion from the Hitachi Defendants' and Samsung SDI Defendants' settlements with the Direct Purchaser Plaintiffs. A true and correct copy of the tear sheet provided by the Wall Street Journal is attached hereto as Exhibit C.

9. The postmark deadline for class members to object to and submit requests for exclusion from the Hitachi/Samsung Settlement was June 12, 2014.

10. A report detailing the requests for exclusion received at Gilardi is attached hereto as Exhibit D. Exhibit D is identical to the list attached as Exhibit C to my declaration of June 26, 2014. *See* ECF No. 2650.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of July, 2014 at San Rafael, California.

Ross Murray