# EXHIBIT C

P2JW118000-0-C00500-1--------XA
CMYK Composite
CL,CN,CX,DL,DM,DX,EE,EU,FL,HW,KC,MW,NC,NE,NY,PH,PN,RM,SA,SC,SL,SW,TU,WB,WE
BG,BM,BP,CC,CH,CK,CP,CT,DN,DR,FW,HL,HW,KS,LA,LG,LK,MI,ML,NM,PA,PI,PV,TD,TS,UT,WO

THE WALL STREET JOURNAL. Monday, April 28, 2014 | C5

# CLOSED-END FUNDS & MONEY RATES

WSJ.com/fundresearch

Listed are the 300 largest closed-end funds as measured by assets.

Closed-end funds sell a limited number of shares and invest the proceeds in securities. Unlike open-end funds, closed-ends generally do not buy their shares back from investors who wish to cash in their holdings. Instead, fund shares trade on a stock exchange.

a-The NAV and market price are ex dividend. b-The NAV is fully diluted. c-NAV is as of Thursday's close. d-NAV is as of Wednesday's close. e-NAV assumes rights offering is fully subscribed. f-Rights offering in process. g-Rights offering announced. h-Lipper data has been adjusted for rights offering. j-Rights offering has expired, but Lipper data not yet adjusted. l-NAV as of previous day. o-Tender offer in process. v-NAV is converted at the commercial Rand rate. w-Convertible Note-NAV (not market) conversion value. y-NAV and market price are in Canadian dollars. NA signifies that the information is not available or not applicable. NS signifies fund not in existence of entire period.

12 month yield is computed by dividing income dividends paid (during the previous twelve months for periods ending at month-end or during the previous fifty-two weeks for periods ending at any time other than month-end) by the latest month-end market price adjusted for capital gains distributions.

Source: Lipper

Friday, April 25, 2014

| Fund (SYM) | NAV | Close | Prem /Disc | 52 wk Ttl Ret |
|---|---|---|---|---|
| **General Equity Funds** | | | | |
| Adams Express ADX | 15.20 | 13.02 | -14.3 | 18.0 |
| Boulder Total Return Fund BTF | 30.94 | 24.77 | -19.9 | 18.3 |
| Central Securities CET | 26.55 | 22.30 | -16.0 | 29.2 |
| CohSteer Opportunity Fd FOF | 14.64 | 13.10 | -10.5 | 6.0 |
| EtnVncTaxAdvDiv EVT | 21.89 | 19.66 | -10.2 | 10.6 |
| GabelliDivInco GDV | 24.27 | 22.10 | -8.9 | 21.5 |
| Gabelli Equity GAB | 7.01 | 7.34 | +4.7 | 24.7 |
| General American Investors GAM | 41.23 | 35.33 | -14.3 | 19.3 |
| HnckJohn TxAdv HTD | 22.97 | 20.48 | -10.8 | 5.6 |
| Liberty All Star USA | 6.57 | 5.88 | -10.5 | 21.4 |
| Royce Micro-Cap RMT | 13.54 | 11.97 | -11.6 | 31.2 |
| Royce Value Trust RVT | 17.45 | 15.51 | -11.1 | 12.6 |
| Source Capital SOR | 75.69 | 67.37 | -11.0 | 18.5 |
| Tri-Continental TY | 23.45 | 20.13 | -14.2 | 16.9 |
| Zweig Fund Inc ZF | 16.70 | 15.13 | -9.4 | 27.3 |
| **Specialized Equity Funds** | | | | |
| AllnzGI NFJ Div Interest NFJ | 18.48 | 18.21 | -1.5 | 20.5 |
| AlpnGlblPrProp AWP | 7.93 | 7.09 | -10.6 | -10.2 |
| ASA Gold & Prec Metals ASA | 14.83 | 13.99 | -5.7 | -7.3 |
| BlkRk Enh Cap Inco CII | 15.39 | 14.14 | -8.1 | 19.2 |
| BlkRk Engy Res Tr BGR | 27.98 | 24.96 | -10.8 | 16.2 |
| BlackRock Enh Eq Div Tr BDJ | 9.08 | 8.01 | -11.8 | 11.7 |
| BlkRk Intl Grwth&Inco BGY | 8.77 | 7.98 | -9.0 | 13.9 |
| BlkRk Real Asset Eqty Tr BCF | 10.28 | 9.05 | -12.0 | 2.6 |
| BlackRock Rscs Comm Str Tr BCX | 13.80 | 11.96 | -13.3 | 5.0 |
| BlackRock Utility & Infr BUI | 22 | 19.22 | -12.6 | 5.7 |
| CBRE Clarion Glbl RlEst Incm IGR | 9.63 | 8.49 | -11.8 | -6.6 |
| Central Fund Of Canada CEF | 14.72 | 13.97 | -5.1 | -18.3 |
| Central Gold Trust GTU | 48.16 | 45.67 | -5.2 | -15.5 |
| ClearBridge Engy MLP Fd CEM | 27.85 | 27.35 | -1.8 | 6.0 |
| Clearbridge Engy MLP Opp EMO | 25.02 | 23.24 | -7.1 | 4.0 |
| Clearbridge Engy MLP TR CTR | 23.77 | 22.25 | -6.4 | 2.4 |
| ChnStrGbInc INB | 12.50 | 12.36 | -1.1 | 20.6 |
| Cohen & Steers Infra UTF | 25.66 | 22.43 | -12.6 | 13.4 |
| Cohen & Steers Qual Inc RQI | 11.88 | 10.69 | -10.0 | -5.6 |
| CohnStrsPfdInco RNP | 19.86 | 17.21 | -13.3 | -4.1 |
| Duff & Phelps DNP | 9.70 | 9.95 | +2.6 | 2.6 |
| Dow30PremInc DPO | 13.71 | 13.30 | -3.0 | 20.3 |
| Duff&PhelpsGlbUtilIncFd DPG | 23.03 | 20.11 | -12.7 | 8.8 |
| Eaton Vance Eqty Inco Fd EOI | 14.17 | 13.03 | -8.0 | 20.6 |
| Eaton Vance Eqty Inco II EOS | 13.73 | 13.05 | -5.0 | 25.0 |
| EtnVncRskMngd ETJ | 12.30 | 11.23 | -8.7 | 21.4 |
| Etn Vnc Tax Mngd Buy-Write ETB | 16.03 | 15.66 | -2.3 | 14.6 |
| Eaton Vance Buy Write Opp ETV | 14.49 | 14.41 | -0.6 | 21.4 |
| Eaton Vance Tax-Mngd Div ETY | 12.01 | 11.21 | -6.7 | 20.0 |
| EtnVncTxMngGlbBuyWrt ETW | 12.97 | 12.27 | -5.4 | 20.4 |
| EtnVncTxMngdGlDvEqInc EXG | 10.80 | 10.07 | -6.8 | 17.3 |
| Fiduciary/Clymr Opp Fd FMO | 25.96 | 26.77 | +3.1 | 12.6 |
| First Opportunity Fund FOFI | 11.90 | 9.33 | -21.6 | 17.7 |
| FT Energy Inc & Growth Fd FEN | 34.89 | 32.89 | -5.7 | -1.4 |
| FstTrEnhEqtIncFd FFA | 15.19 | 13.72 | -9.7 | 13.5 |
| First Tr Engy Infr Fd FIF | 24.34 | 21.85 | -10.2 | 1.1 |
| GAMCOGlbGoldNatRscs&Inc GGN | 10.37 | 10.20 | -1.6 | 1.8 |
| GAMCO Nat Rsc Gold & Incm GNT | 11.31 | 10.54 | -6.8 | -4.6 |
| H&Q Healthcare HQH | 26.44 | 25.78 | -2.5 | 26.2 |
| ING Dividend Fund IGD | 10.13 | 9.40 | -7.2 | 11.9 |
| ING Risk Mngd Nat Res IRR | 11.92 | 10.75 | -9.8 | 13.8 |
| John Hancock Fin'l Opps Fd BTO | 24.04 | 22.93 | -4.6 | 16.9 |
| Kayne Anderson Energy Dev KED | NA | 33.07 | NA | 34.4 |
| Kayne Energy TR Fd KYE | 30.49 | 28.02 | -8.1 | 1.3 |
| Kayne Andrsn MLP Inv KYN | 35.81 | 36.64 | +2.3 | 12.2 |
| Kayne Andrsn Midstr Engy KMF | 38.90 | 35.12 | -9.7 | 6.5 |
| Macquarie Glbl Infrstrctr MGU | 27.07 | 24.16 | -10.7 | 17.6 |
| NASDAQ Prem Inc & Growth QQQX | 17.96 | NA | NA | 14.5 |
| Neuberger Brm RlEst Sec Fd NRO | 5.67 | 4.80 | -15.3 | -4.9 |
| Nuveen Engy MLP Fd JMF | 20.96 | 19.75 | -5.8 | 2.9 |
| Nuveen Engy Prm Adv Fd JLA | 13.94 | 12.92 | -7.3 | 11.3 |
| Nuveen Eqty Prem Inco Fd JPZ | 13.75 | 12.77 | -7.1 | 8.1 |
| Nuv Eqty Prm Opp Fd JSN | 13.51 | 12.61 | -6.7 | 8.4 |
| Nuveen Real Estate Fd JRS | 10.97 | 10.73 | -2.2 | -7.3 |
| Petroleum & Resources PEO | 34.01 | 28.91 | -15.0 | 22.0 |
| Reaves Utility Fund UTG | 28.72 | NA | NA | 10.3 |
| Tortoise Engy Cap TYY | NA | 34.27 | NA | 9.0 |
| Tortoise Engy Ind Fd NDP | NA | 25.87 | NA | 13.9 |
| Tortoise Energy TYG | NA | 47.38 | NA | 15.0 |
| Tortoise MLP Fund NTG | NA | 27.10 | NA | 6.5 |
| **Income Preferred Stock Funds** | | | | |
| Calamos Strat Tot Fd CSQ | 12.21 | 11.23 | -8.0 | 14.9 |
| Cohen & Steers Dur Pfd LDP | 26.58 | 24.40 | -8.2 | 6.0 |
| Cohen & Strs Sel Prf Inco PSF | 27.62 | 25.69 | -7.0 | 1.6 |
| Flaherty & Crumrine Pfd FFC | 19.15 | 19.82 | +3.5 | 1.1 |
| John Hancock Pfd Income HPI | 21.11 | 20.11 | -4.7 | -7.9 |
| John Hancock Pfd Inc II HPF | 21.07 | 20.25 | -3.9 | -5.8 |
| John Hancock Pfd Inc III HPS | 18.57 | 17.66 | -4.9 | -3.8 |
| JHancock Pr Div PDT | 14.80 | 13.20 | -10.8 | 6.0 |
| LMP Cap & Inco Fd SCD | 18.19 | 16.35 | -10.1 | 7.2 |
| Nuveen Preferred & Incm JPI | 25.14 | 23.34 | -7.2 | 1.7 |
| Nuveen Pref Income Opp JPC | 10.48 | 9.49 | -9.4 | -1.2 |
| Nuveen Quality pf JTP | 9.13 | 8.30 | -9.1 | -1.8 |
| Nuveen Pf2 JPS | 9.75 | 8.86 | -9.1 | -2.0 |
| TCW Strategic Inco Fund TSI | 5.92 | 5.45 | -7.9 | -2.3 |
| Zweig Total Return ZTR | 15.39 | 14.02 | -8.9 | 16.8 |
| **Convertible Sec's. Funds** | | | | |
| AdvntClymrFd AVK | 19.83 | 18.34 | -7.5 | 11.6 |
| AllianzGI Conv & Incm NCV | 9.38 | 10.29 | +9.7 | 22.4 |
| AllianzGI Conv & Incm II NCZ | 8.44 | 9.82 | +16.4 | 27.3 |
| AllianzGI Equity & Conv Inc NIE | 22.48 | 19.76 | -12.1 | 16.3 |
| Calamos Conv Hi Inco Fd CHY | 14.19 | 13.87 | -2.3 | 16.4 |
| Calamos CHI | 13.40 | 13.73 | +2.5 | 17.9 |
| **World Equity Funds** | | | | |
| Aberdeen Greater China Fd GCH | 11.27 | 9.92 | -12.0 | -6.3 |
| Aberdeen Lat Amer LAQ | 31.60 | 28.55 | -9.7 | -13.5 |
| Alpine Tot Dyn Div AOD | 9.84 | 8.43 | -14.3 | 10.7 |
| Calamos Glbl Dyn Inc CHW | 10.15 | 9.15 | -9.9 | 11.0 |
| Cdn Genl Inv CGI | 26.88 | 18.29 | -32.0 | 22.0 |
| Ctrl Europe Russia Fd CEE | 28.17 | 25.33 | -10.1 | -13.7 |
| China Fund CHN | 22.76 | 20.04 | -12.0 | 11.5 |
| Clough Glbl Eqty Fd GLQ | 16.79 | 15.06 | -10.3 | 13.8 |
| Clough Global Opp Fd GLO | 14.40 | 12.47 | -13.4 | 6.7 |
| EtnVncTxAdvGblDiv ETG | 17.96 | 16.73 | -6.8 | 13.5 |
| EatonVance TxAdv Opport ETO | 26.09 | 24.07 | -7.7 | 14.2 |
| GDL Fund GDL | 12.48 | 11.02 | -11.7 | 5.7 |
| India Fund IFN | 24.90 | 22.19 | -10.9 | 10.7 |
| ING Emerg Mkts Hi Div Equ IHD | 12.67 | 11.72 | -7.5 | -11.2 |
| ING Infrastructure Indu IDE | 19.15 | 17.33 | -9.5 | 13.6 |
| Korea Fund Inc KF | 44.89 | 40.32 | -10.2 | 6.6 |
| Mexico Fund MXF | 26.18 | 26.11 | -0.3 | -17.0 |
| Morgan-Stanley Asia-Pac APF | 17.76 | 15.97 | -10.1 | -3.6 |
| MS China a Shr Fd CAF | 23.27 | 21.47 | -7.7 | -5.4 |
| MS India Invest IIF | 22.46 | 19.71 | -12.2 | 12.2 |
| New Germany GF | 20.84 | 18.74 | -10.1 | 32.8 |
| Nuveen Gl Eqty Incm Fd JGV | 15.37 | 13.38 | -13.0 | 5.1 |
| Swiss Helvetia Fund SWZ | 16.19 | 14.28 | -11.8 | 24.5 |
| Templeton Dragon TDF | 27.62 | 24.39 | -11.7 | -5.5 |
| Templeton Emerging EMF | 19.04 | 17.36 | -8.8 | -6.1 |
| Thai Fund Inc TTF | 12.84 | 11.25 | -12.4 | -12.0 |
| Wells Fargo Gl Div Opp EOD | 8.78 | 8.02 | -8.7 | 14.1 |

| Fund (SYM) | NAV | Close | Prem /Disc | 12 Mo Yld |
|---|---|---|---|---|
| **U.S. Mortgage Bond Funds** | | | | |
| Blackrock Income Trust BKT | 7.26 | 6.56 | -9.6 | 6.9 |
| Brookfield TR Fund HTR | 26.64 | 24.33 | -8.7 | 9.1 |
| Nuveen Mtg Oppty Term Fd JLS | 26.36 | 23.94 | -9.2 | 7.4 |
| **Investment Grade Bond Funds** | | | | |
| AllianceBrnstn IncoFd ACG | 8.34 | 7.39 | -11.4 | 6.0 |
| Blackrock Core Bond Tr BHK | 14.86 | 13.56 | -8.7 | 6.6 |
| BlkRk Credit Alloc Inc BTZ | 15.42 | 13.67 | -11.3 | 7.0 |
| BlkRk IncoTr BNA | 11.61 | 10.65 | -8.3 | 6.8 |
| John Hancock Income Secs JHS | 15.63 | 14.56 | -6.8 | 6.8 |
| MFS Inc Tr MIN | 5.61 | 5.30 | -5.5 | 9.5 |
| WstAstClymr InfLnkd Fd WIW | 13.62 | 12 | -11.9 | 3.4 |
| WstAsset Clymr Infl Lnk Sec WIA | 13.52 | 12 | -11.2 | 3.3 |
| **Loan Participation Funds** | | | | |
| Apollo Sr Fltg Rate Fd AFT | 19.06 | 18.07 | -5.2 | 6.7 |
| BlkRk Fltg Rate Inc Strat FRA | 15.41 | 14.56 | -5.5 | 6.3 |
| Blkrk FltRt IncTr BGT | 14.80 | 14.04 | -5.1 | 6.1 |
| Blackstone GSO Sr Float BSL | 19.05 | 18.32 | -3.8 | 6.9 |
| EtnVncFltRte IncoTr EFT | 16.02 | 15.23 | -4.9 | 6.2 |
| EatonVnc SrFltRate EFR | 15.63 | 15.02 | -3.9 | 6.8 |
| Eaton Vance Sr EVF | 7.30 | 6.90 | -5.5 | 6.5 |
| 1st Tr Sr Fltg Rt Fd II FCT | 14.85 | 13.93 | -6.2 | 6.7 |
| ING Prime Rate Trust PPR | 6.03 | 5.78 | -4.1 | 6.9 |
| Invesco Credit Opps Fund VTA | 13.91 | 13.02 | -6.4 | 6.9 |
| Invesco Senior Income Tr VVR | 5.26 | 5.01 | -4.8 | 7.1 |
| Nuveen Credit Strt Inc Fd JQC | 10.24 | 9.44 | -7.8 | 7.4 |
| NuvFloatRteInco Fd JFR | 12.62 | 11.83 | -6.3 | 6.7 |
| Nuv Float Rte Opp Fd JRO | 12.70 | 12.21 | -3.9 | 6.9 |
| Pionr Float Rte Tr PHD | 12.94 | 12.42 | -4.0 | 7.3 |
| **High Yield Bond Funds** | | | | |
| AllianceBrnstn Glbl AWF | 15.20 | 14.83 | -2.4 | 8.7 |
| BlackRock Corp Hi Yld Fd HYT | 13.37 | 12.20 | -8.8 | 8.7 |
| BlkRk Debt Strat Fd DSU | 4.42 | 4.08 | -7.7 | 8.1 |
| BlackRockDurIncoTr BLW | 18.14 | 17.31 | -4.6 | 7.3 |
| Credit Suisse High Yld DHY | 3.16 | 3.20 | +1.3 | 9.6 |
| Dreyfus Hi Yld Fd DHF | 4.09 | 4.28 | +4.6 | 9.4 |
| DWS Hi Incm Opps Fd DHG | 16.63 | 14.62 | -12.1 | 7.4 |
| Fst Tr Hi Inc Lg/Shrt Fd FSD | 19.92 | 17.94 | -9.9 | 7.6 |
| Neuberger Berman HYS NHS | 14.92 | 13.65 | -8.5 | 7.9 |
| NexPoint Credit Strat Fd NHF | 12.39 | 11.27 | -9.0 | 5.3 |
| Pioneer High Income Trust PHT | 14.12 | 18.12 | +28.3 | 9.2 |
| Prudentl Sht Dur Hi Yd Fd ISD | 18.86 | 17.80 | -5.6 | 8.8 |
| Wells Fargo Adv Fund EAD | 10.02 | 9.52 | -5.0 | 9.1 |
| Wstrn Asset Glbl Hi Inco EHI | 13.43 | 12.71 | -5.4 | 9.3 |
| Wstrn Asset High Inco II HIX | 9.45 | 9.38 | -0.7 | 9.5 |
| Wstrn Asset Opp Fd HIO | 6.51 | 6.02 | -7.5 | 7.5 |
| West Asst HY Def Opp Fd HYI | 19.57 | 18.03 | -7.9 | 7.6 |
| Wstrn Asset Mngd High Inc MHY | 6.30 | 5.81 | -7.8 | 7.7 |
| **Other Domestic Taxable Bond Funds** | | | | |
| Babson Cap Corp Inv MCI | NA | 15.06 | NA | 7.9 |
| BlackRock Build Am Bd Tr BBN | 22.34 | 20.35 | -8.9 | 7.8 |
| Doubleline Oppor Credit DBL | NA | 23.15 | NA | 8.6 |
| Duff & Phelps Utl & Cp Bd DUC | 10.99 | 10.44 | -5.0 | 10.8 |
| EtnVncLtdFd EVV | 16.52 | 15.40 | -6.8 | 8.0 |
| Franklin Templeton FTF | NA | 13.30 | NA | 6.7 |
| Guggenh Bond Mngd Dur Tr GBAB | 22.49 | 21 | -6.6 | 7.9 |
| MFS Charter MCR | 10.31 | 9.27 | -10.1 | 6.5 |
| MFS Multimkt MMT | 7.43 | 6.62 | -10.9 | 6.7 |
| Nuveen Build Am Bd Fd NBB | 21.71 | 19.89 | -8.4 | 7.1 |
| PIMCO Corporate & Inco PTY | 15.41 | 18.32 | +18.9 | 8.2 |
| PIMCO Corporate & Incm PCN | 15.47 | 16.53 | +6.9 | 7.9 |
| PIMCO Hi Inco PHK | 8.33 | 12.72 | +52.7 | 11.6 |
| PIMCO Inco Str Fd PFL | 12.06 | 11.97 | -0.7 | 9.2 |
| PIMCO Inco Strat Fd II PFN | 10.78 | 10.57 | -1.9 | 9.2 |
| Putnam Mas Inco PIM | 5.68 | 5.13 | -9.7 | 6.0 |
| Putnam Premier PPT | 6.16 | 5.57 | -9.6 | 5.6 |
| Wells Fargo Multi Sctr ERC | 16.38 | 14.69 | -10.3 | 8.2 |
| **World Income Funds** | | | | |
| Aberdeen Asia-Pacific FAX | 6.74 | 6.23 | -7.6 | 5.6 |
| Etn Vnc Short Dur Fd EVG | 16.66 | 15.28 | -8.3 | 7.1 |
| First Tr/Abrdn Glbl Opp FAM | 15.38 | 14.19 | -7.7 | 10.0 |
| Global High Income Fd GHI | 11.36 | 10.03 | -11.7 | 8.4 |
| Legg Mason BW Glbl Inc BWG | 20.14 | 17.62 | -12.5 | 9.9 |
| MS EmMktDomDebt EDD | 14.57 | 13.15 | -9.7 | 8.5 |
| MS Emerging Mkts Debt MSD | 10.10 | 9.14 | -9.5 | 5.9 |
| Nuveen Div Currency Opp JGT | 12.34 | 10.71 | -13.2 | 9.2 |
| PIMCO Dynamic Income Fund PDI | 32.50 | 32.05 | -1.4 | 11.2 |
| PIMCO Income Opportunity PKO | 28.37 | 28.73 | +1.3 | 10.2 |
| PIMCO Strat Income Fund RCS | 9.14 | 10.35 | +13.2 | 10.9 |
| Stone Harbor Em Mkts Fd EDF | 19.90 | 19.12 | -4.3 | 11.7 |
| Templeton Emerging TEI | 14.11 | 14.37 | +1.8 | 8.8 |
| Templeton Global GIM | 8.43 | 7.88 | -6.5 | 8.2 |
| Wstrn Asset Emerg Mkts ESD | 19.51 | 17.76 | -9.0 | 8.2 |
| Wstrn Asset Emerg Mkt II EMD | 13.85 | 12.64 | -8.7 | 8.2 |
| Wstrn Asset Gl Def Opp Fd GDO | 20.49 | 18.62 | -9.1 | 7.6 |
| **National Muni Bond Funds** | | | | |
| AllianceBrnstn NtlMun AFB | 14.23 | 13.83 | -2.8 | 6.5 |
| Blackrock Invest BKN | 15.34 | 14.81 | -3.5 | 6.6 |
| BlackRockMuni 2020 BKK | 16.21 | 16.44 | +1.4 | 5.5 |
| BlackRock Municipal Trust BFK | 14.26 | 13.64 | -4.3 | 6.8 |
| BlackRockMuni BLE | 14.86 | 14.46 | -2.7 | 7.1 |
| BlackRockMuni Tr BYM | 15.03 | 14.14 | -5.9 | 6.8 |
| BlkRk MuniAssets Fd MUA | 13.54 | 12.82 | -5.3 | 6.1 |
| BlkRk Munienhanced MEN | 11.94 | 11.32 | -5.2 | 6.6 |
| BlkRk MuniHldgs Inv MFL | 14.90 | 13.74 | -7.8 | 6.4 |
| BlkRk MuniHldgs Qlty II MUE | 14.23 | 13.20 | -7.2 | 6.6 |
| BlkRk MuniVest MVF | 9.99 | 9.68 | -3.1 | 7.3 |
| BlkRk MuniVest II MVT | 15.43 | 15.05 | -2.5 | 7.2 |
| BlkRk MuniYield MYD | 14.70 | 14.24 | -3.1 | 7.2 |
| BlkRk MuniYld Quality MQY | 15.73 | 14.89 | -5.3 | 6.6 |
| BlkRk MuniYld Qlty II MQT | 13.78 | 12.92 | -6.2 | 6.7 |
| BlRkMunyldQltyIII MYI | 14.66 | 13.95 | -4.8 | 6.3 |
| Dreyfus Muni Income DMF | 9.48 | 9.22 | -2.7 | 6.9 |
| Dreyfus Strat Muni Bond DSM | 8.37 | 8.02 | -4.2 | 7.3 |
| Dreyfus Strategic Munis LEO | 8.55 | 8.25 | -3.5 | 7.2 |
| DWS Muni Inco KTF | 13.39 | 13.30 | -0.7 | 6.4 |
| Eaton Vance Mun Bd Fd EIM | 13.27 | 12.40 | -6.6 | 6.4 |
| Eaton Vance Muni Income EVN | 11.76 | 12.30 | +4.6 | 7.6 |
| EV National Municipal Opp EOT | 21.82 | 19.93 | -8.7 | 5.1 |
| Invesco Adv Mun Incm II VKI | 12.21 | 11.16 | -8.6 | 7.0 |
| Invesco Mun Incm Opps Tr OIA | 7.19 | 6.86 | -4.6 | 6.3 |
| Invesco Mun Opportunity VMO | 13.56 | 12.38 | -8.7 | 6.7 |
| Invesco Municipal Trust VKQ | 13.53 | 12.31 | -9.0 | 6.8 |
| Invesco Qlty Mun Inco IQI | 13.25 | 12 | -9.4 | 6.8 |
| Invesco Trst Grade Muni VGM | 14.13 | 12.95 | -8.4 | 7.0 |
| Invesco Value Mun Incm Tr IIM | 15.79 | 15.10 | -4.4 | 6.2 |
| MainStay DefinedTerm MMD | 18.24 | 17.29 | -5.2 | 6.7 |
| MFS Muni Inco MFM | 7.02 | 6.60 | -6.0 | 6.7 |
| NuvAMTFreeMunIncm NEA | 14.46 | 13.28 | -8.2 | 6.3 |
| NuvDivAdvMunIncm NVG | 15.49 | 13.75 | -11.2 | 5.0 |
| Nuveen Div Fnd NAD | 15.08 | 13.68 | -9.3 | 6.5 |
| Nuveen Div Fnd 2 NXZ | 15.24 | 13.78 | -9.6 | 6.0 |
| Nuveen Div Adv NZF | 15.07 | 13.34 | -11.5 | 5.4 |
| Nuveen Enhncd Mun Val Fd NEV | 14.96 | 14.20 | -5.1 | 6.9 |
| Nuveen Invest Qual Muni NQM | 15.51 | 14.55 | -6.2 | 6.8 |
| Nuveen Muni Advantage Fd NMA | 14.76 | 13.28 | -10.0 | 6.1 |
| NuveenMuniIncOpp Fd NMZ | 13.13 | 12.99 | -1.1 | 6.9 |
| Nuveen Muni Mkt Opp NMO | 14.50 | 13.18 | -9.1 | 6.1 |
| Nuveen Mun Opportunity Fd NIO | 15.18 | 14 | -7.8 | 6.1 |
| Nuveen Muni Value Fund NUV | 9.94 | 9.66 | -2.8 | 4.6 |
| Nuveen Performance Plus NPP | 15.69 | 14.60 | -6.9 | 6.3 |
| Nuveen Premium Inco Muni NPI | 14.71 | 13.38 | -9.0 | 6.5 |
| Nuveen Prem Inco Muni 2 NPM | 15.09 | 13.69 | -9.3 | 6.4 |
| Nuveen Prem Inco Muni 4 NPT | 13.70 | 12.76 | -6.9 | 6.5 |
| Nuveen Premier Muni Inc NPF | 14.81 | 13.45 | -9.2 | 6.4 |
| Nuveen Quality Income NQU | 14.99 | 13.68 | -8.7 | 5.9 |
| Nuveen Quality Muni Fund NQI | 15.03 | 13.52 | -10.4 | 6.1 |
| Nuveen Select Quality NQS | 15.08 | 13.54 | -10.2 | 5.9 |
| PIMCO MuniFd PMF | NA | 13.68 | NA | 7.2 |
| Pimco Muni Inc II PML | NA | 11.92 | NA | 6.7 |
| PIMCO Muni Inc III PMX | NA | 10.75 | NA | 7.5 |
| PionrMuniAdv Tr MAV | 12.24 | 14.88 | +21.6 | 7.8 |
| Pionr Muni HI Tr MHI | 13.30 | 14.89 | +12.0 | 7.6 |
| Putnam Tr PMM | 7.64 | 7.15 | -6.4 | 6.7 |
| Putnam Muni Opportunities PMO | 12.73 | 11.58 | -9.0 | 5.5 |
| Wstrn Asset Mngd Muni MMU | 13.45 | 12.99 | -3.4 | 6.1 |
| Western Asset Mun Tr Fund MTT | 22.32 | 22.18 | -0.6 | 4.5 |
| **Single State Muni Bond** | | | | |
| BlackRock CA Municipal Tr BFZ | 15.70 | 14.98 | -4.6 | 6.3 |
| BlkRk MuniHldgs CA Qlty MUC | 15.72 | 14.42 | -8.3 | 6.2 |
| Blkrck MuniH NJ Qlty MUJ | 15.53 | 14.15 | -8.9 | 6.4 |
| BlkRk MuniHldg NY Qlty MHN | 14.53 | 13.72 | -5.6 | 6.7 |
| BlkRk MuniYld CA Fd MYC | 16.25 | 15.24 | -6.8 | 6.4 |
| BlkRk MuniYld CA Quality MCA | 16.05 | 14.91 | -7.1 | 6.3 |
| BlkRk MuniYld MI Qlty MIY | 14.99 | 13.59 | -9.3 | 6.8 |
| BlRk MuyId NY Qlty MYN | 13.95 | 13.22 | -5.2 | 6.4 |
| Eaton Vance CA Mun Bd EVM | 12.43 | 11.14 | -10.4 | 6.0 |
| Invesco CA Value Mun Incm VCV | 13.15 | 12.19 | -7.3 | 6.7 |
| Invesco PA Value Mun Incm VPV | 14.09 | 13.36 | -5.2 | 6.7 |
| Invesco Trst Grade NY Mun VTN | 14.58 | 14.36 | -1.5 | 6.9 |
| Nuveen California AMT NKX | 14.78 | 13.57 | -8.2 | 6.3 |
| Nuveen CA Div Fnd NAC | 15.02 | 14.30 | -4.8 | 6.4 |
| NuveenCA 3 NZH | 13.78 | 12.59 | -8.6 | 6.5 |
| Nuveen CA Muni Value NCA | 10.16 | 9.98 | -1.8 | 4.8 |
| Nuveen CA Quality Income NUC | 16.01 | 15.40 | -3.8 | 6.8 |
| Nuveen California Select NVC | 15.73 | 14.92 | -5.1 | 6.9 |
| Nuveen MD Premium Income NMY | 14.43 | 12.64 | -12.4 | 5.4 |
| Nuveen NJ Investment Qual NQJ | 15.09 | 13.59 | -9.9 | 6.0 |
| Nuveen Pa Investment Qual NQP | 15.15 | 13.76 | -9.2 | 5.9 |
| Nuveen VA Premium Income NPV | 14.16 | 12.92 | -8.8 | 5.6 |
| Pimco Calif Fund PCQ | NA | 14.26 | NA | 6.6 |
| PimcoCA PCK | NA | 9.37 | NA | 7.6 |

| Fund (SYM) | NAV | Close | Prem /Disc | NAV Ttl Ret |
|---|---|---|---|---|
| **General Equity Funds** | | | | |
| Franklin Mutual Recr:A | 12.44 | NA | NA | 20.7 |
| Recov Adv | 12.53 | NA | NA | 21.0 |
| RecoveryC | 12.27 | NA | NA | 19.8 |
| **Specialized Equity Funds** | | | | |
| Resource RE Div Inc | 9.72 | NA | NA | 0.4 |
| SharesPost 100 | 20.56 | NA | NA | NS |
| Tot Inc+ RE:C | NA | NA | NA | NS |
| Tot Inc+ RE:I | NA | NA | NA | NS |
| Versus Cap MMgr RE Inc | 25.34 | NA | NA | 3.1 |
| Versus Cap MMgr RE Incl | 25.37 | NA | NA | 3.9 |
| **Income Preferred Stock Funds** | | | | |
| MultiStrat Gro & Inc | 16.80 | NA | NA | 9.1 |
| **World Equity Funds** | | | | |
| [illegible] | 10.20 | NA | NA | NS |
| EGA Frontier Dvsfd Core | 28.60 | NA | NA | NS |
| **U.S. Mortgage Bond Funds** | | | | |
| Vertical Capital Income | 11.05 | NA | NA | 4.7 |
| **Loan Participation Funds** | | | | |
| ING Senior Income:A | 13.41 | NA | NA | 5.8 |
| ING Senior Income:B | 13.37 | NA | NA | 5.3 |
| ING Senior Income:C | 13.38 | NA | NA | 5.3 |
| ING Senior Income:I | 13.38 | NA | NA | 6.1 |
| ING Senior Income:W | 13.42 | NA | NA | 6.0 |
| Invesco Sr Loan A | 6.99 | NA | NA | 5.7 |
| Invesco Sr Loan B | 7.01 | NA | NA | 5.7 |
| Invesco Sr Loan C | 7 | NA | NA | 4.9 |
| Invesco Sr Loan IB | 7 | NA | NA | 5.9 |
| Invesco Sr Loan IC | 7 | NA | NA | 5.8 |
| Invesco Sr Loan Y | 7 | NA | NA | NS |
| **Other Domestic Taxable Bond Funds** | | | | |
| BlkRkFxdIncValOp | 660.30 | NA | NA | 56.1 |
| Capstone Church Capital | 17.84 | NA | NA | 2.4 |
| GL Beyond Income | NA | NA | NA | 9.8 |

## Borrowing Benchmarks

## Money Rates

April 25, 2014

Key annual interest rates paid to borrow or lend money in U.S. and international markets. Rates below are a guide to general levels but don't always represent actual transactions.

### Inflation

| | March index level | CHG FROM (%) Feb. '14 | March '13 |
|---|---|---|---|
| **U.S. consumer price index** | | | |
| All items | 236.293 | 0.64 | 1.5 |
| Core | 236.913 | 0.35 | 1.7 |

### International rates

| | Latest | Week ago | 52-WEEK High | Low |
|---|---|---|---|---|
| **Prime rates** | | | | |
| U.S. | 3.25 | 3.25 | 3.25 | 3.25 |
| Canada | 3.00 | 3.00 | 3.00 | 3.00 |
| Euro zone | 0.25 | 0.25 | 0.75 | 0.25 |
| Japan | 1.475 | 1.475 | 1.475 | 1.475 |
| Switzerland | 0.50 | 0.50 | 0.51 | 0.50 |
| Britain | 0.50 | 0.50 | 0.50 | 0.50 |
| Australia | 2.50 | 2.50 | 3.00 | 2.50 |
| **Overnight repurchase** | | | | |
| U.S. | 0.05 | 0.07 | 0.24 | -0.03 |
| Euro zone | 0.25 | 0.20 | 0.36 | 0.02 |

### U.S. government rates

| | Latest | Week ago | 52-WEEK High | Low |
|---|---|---|---|---|
| **Discount** | 0.75 | 0.75 | 0.75 | 0.75 |
| **Federal funds** | | | | |
| Effective rate | 0.1200 | 0.1300 | 0.1800 | 0.0600 |
| High | 0.3125 | 0.3125 | 0.5160 | 0.2800 |
| Low | 0.0500 | 0.0700 | 0.3000 | 0.0100 |
| Bid | 0.0500 | 0.0500 | 0.5000 | 0.0000 |
| Offer | 0.2800 | 0.2800 | 0.2800 | 0.0500 |
| **Treasury bill auction** | | | | |
| 4 weeks | 0.015 | 0.025 | 0.350 | 0.000 |
| 13 weeks | 0.030 | 0.035 | 0.130 | 0.010 |
| 26 weeks | 0.050 | 0.050 | 0.150 | 0.030 |

### Secondary market

| | Latest | Week ago | 52-WEEK High | Low |
|---|---|---|---|---|
| **Freddie Mac** 30-year mortgage yields | | | | |
| 30 days | n.a. | n.a. | n.a. | n.a. |
| 60 days | n.a. | n.a. | n.a. | n.a. |
| **Fannie Mae** 30-year mortgage yields | | | | |
| 30 days | 3.899 | 3.905 | 4.350 | 2.914 |
| 60 days | 3.939 | 3.943 | 4.396 | 2.941 |
| **Bankers acceptance** | | | | |
| 30 days | 0.15 | 0.15 | 0.23 | 0.15 |
| 60 days | 0.19 | 0.19 | 0.28 | 0.19 |
| 90 days | 0.23 | 0.23 | 0.28 | 0.23 |
| 120 days | 0.25 | 0.25 | 0.33 | 0.25 |
| 150 days | 0.28 | 0.28 | 0.38 | 0.28 |
| 180 days | 0.38 | 0.38 | 0.38 | 0.38 |

### Other short-term rates

| | Latest | Week ago | 52-WEEK high | low |
|---|---|---|---|---|
| **Call money** | 2.00 | 2.00 | 2.00 | 2.00 |
| **Commercial paper** | | | | |
| 30 to 37 days | 0.05 | ... | ... | ... |
| 38 to 44 days | 0.05 | ... | ... | ... |
| 45 to 59 days | 0.06 | ... | ... | ... |
| 60 to 89 days | n.q. | ... | ... | ... |
| 90 to 119 days | 0.10 | ... | ... | ... |
| 120 to 149 days | 0.14 | ... | ... | ... |
| 150 to 179 days | 0.15 | ... | ... | ... |
| 180 to 209 days | 0.18 | ... | ... | ... |
| 210 to 216 days | 0.19 | ... | ... | ... |
| 218 to 239 days | 0.20 | ... | ... | ... |
| 240 to 270 days | 0.20 | ... | ... | ... |
| **Commercial paper (AA financial)** | | | | |
| 90 days | 0.10 | 0.12 | 0.26 | 0.06 |
| **Euro commercial paper** | | | | |
| 30 day | n.q. | n.q. | 0.01 | 0.01 |
| Two month | n.q. | n.q. | 0.22 | 0.01 |
| Three month | n.q. | n.q. | 0.21 | 0.07 |
| Four month | n.q. | n.q. | 0.26 | 0.09 |
| Five month | 0.27 | n.q. | 0.28 | 0.11 |
| Six month | 0.29 | n.q. | 0.29 | 0.14 |
| **London interbank offered rate, or Libor** | | | | |
| One month | 0.15200 | 0.15220 | 0.19920 | 0.15040 |
| Three month | 0.22660 | 0.22585 | 0.27675 | 0.22585 |
| Six month | 0.32300 | 0.31980 | 0.43040 | 0.31980 |
| One year | 0.54950 | 0.54650 | 0.71050 | 0.54550 |
| **Libor Swaps (USD)** | | | | |
| Two year | 0.538 | 0.549 | 0.665 | 0.338 |
| Three year | 1.002 | 1.016 | 1.113 | 0.431 |
| Five year | 1.806 | 1.836 | 1.994 | 0.813 |
| Ten year | 2.778 | 2.845 | 3.165 | 1.814 |
| 20 year | 3.333 | 3.414 | 3.801 | 2.586 |
| 30 year | 3.437 | 3.519 | 3.939 | 2.767 |
| **Euro Libor** | | | | |
| One month | 0.242 | 0.221 | 0.242 | 0.056 |
| Three month | 0.311 | 0.292 | 0.311 | 0.114 |
| Six month | 0.408 | 0.387 | 0.408 | 0.195 |
| One year | 0.574 | 0.551 | 0.574 | 0.371 |
| **Euro interbank offered rate (Euribor)** | | | | |
| One month | 0.269 | 0.246 | 0.269 | 0.112 |
| Three month | 0.344 | 0.328 | 0.344 | 0.198 |
| Six month | 0.443 | 0.426 | 0.443 | 0.293 |
| One year | 0.619 | 0.599 | 0.619 | 0.224 |
| **Hibor** | | | | |
| One month | 0.206 | 0.209 | 0.250 | 0.205 |
| Three month | 0.371 | 0.371 | 0.386 | 0.324 |
| Six month | 0.549 | 0.547 | 0.551 | 0.384 |
| One year | 0.864 | 0.864 | 0.875 | 0.412 |

| DTCC GCF Repo Index | Latest | Value Traded | 52-WEEK High | Low |
|---|---|---|---|---|
| Treasury | 0.056 | 92.716 | 0.255 | 0.010 |
| MBS | 0.076 | 81.202 | 0.286 | 0.019 |

| DTCC GCF Repo Index Futures | Settle | Change | Open Interest | Implied Rate |
|---|---|---|---|---|
| Treasury Apr | 99.933 | unch. | 14915 | 0.067 |
| Treasury May | 99.940 | 0.005 | 5778 | 0.060 |
| Treasury Jun | 99.940 | unch. | 16687 | 0.060 |

| Eurodollars (mid rates) | LATEST Offer | Bid | Week ago | 52-WEEK high | low |
|---|---|---|---|---|---|
| One month | 0.10 | 0.20 | 0.15 | 0.19 | 0.15 |
| Two month | 0.12 | 0.25 | 0.19 | 0.19 | 0.19 |
| Three month | 0.15 | 0.30 | 0.23 | 0.25 | 0.23 |
| Four month | 0.20 | 0.30 | 0.25 | 0.28 | 0.25 |
| Five month | 0.20 | 0.35 | 0.28 | 0.33 | 0.28 |
| Six month | 0.25 | 0.50 | 0.38 | 0.53 | 0.38 |

**Notes on data:**

**U.S. prime rate** is effective December 16, 2008. **Discount rate** is effective February 19, 2010. **U.S. prime rate** is the base rate on corporate loans posted by at least 70% of the 10 largest U.S. banks; **Other prime rates** aren't directly comparable; lending practices vary widely by location; **Discount rate** is the charge on loans to depository institutions by the New York Federal Reserve Banks; **Federal-funds rate** is on reserves traded among commercial banks for overnight use in amounts of $1 million or more; **Call money rate** is the charge on loans to brokers on stock-exchange collateral; **Commercial Paper (AA financial)** is from the Federal Reserve and is presented with a one-day lag. **Libor** is the British Bankers' Association average of interbank offered rates for dollar deposits in the London market; **Libor Swaps** quoted are mid-market, semi-annual swap rates and pay the floating 3-month Libor rate. **DTCC GCF Repo Index** is Depository Trust & Clearing Corp.'s weighted average for overnight trades in applicable CUSIPs. Value traded is in billions of U.S. dollars. **Futures on the DTCC GCF Repo Index** are traded on NYSE Liffe US.

Sources: Federal Reserve; Bureau of Labor Statistics; DTCC; ICAP plc; SIX Financial Information; General Electric Capital Corp.; Tullett Prebon Information, Ltd.

ADVERTISEMENT

# Legal Notices

To advertise: 800-366-3975 or WSJ.com/classifieds

## CLASS ACTIONS

LEGAL NOTICE

**If You Bought A Cathode Ray Tube ("CRT") or CRT Product, A Class Action Settlement May Affect You. CRT Products include Televisions or Computer Monitors that contain Cathode Ray Tubes**

Settlements have been reached with two groups of defendants in a class action lawsuit involving CRTs and CRT Products. These are the sixth and seventh settlements to date. CRT stands for "Cathode Ray Tube." "Cathode Ray Tube (CRT) Products" include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube such as Televisions and Computer Monitors.

**What is this lawsuit about?** The lawsuit alleges that Defendants and Co-Conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of CRTs. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors. Plaintiffs allege that, as result of the unlawful conspiracy, they and other direct purchasers paid more for CRT Products than they would have absent the conspiracy. Defendants deny Plaintiffs' claims.

**Who's included in the settlements?** The Settlements includes all persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any defendant or subsidiary or affiliate thereof ("Settlement Class").

**Who are the Settling Defendants?** Settlements have been reached with (1) Samsung SDI Co. Ltd. (f/k/a Samsung Display Devices Co., Ltd.); Samsung SDI America, Inc.; Samsung SDI Brasil, Ltd.; Tianjin Samsung SDI Co., Ltd.; Samsung Shenzhen SDI Co., Ltd.; SDI Malaysia Sdn. Bhd.; and SDI Mexico S.A. de C.V. (collectively "Samsung SDI") and (2) Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA) Inc. (collectively, "Hitachi"). The companies are together referred to as the "Settling Defendants."). A complete list of Defendants is set out in the Long Form of Notice available at www.CRTDirectPurchaserAntitrustSettlement.com.

**What do the Settlements provide?** The Samsung SDI Settlement provides for the payment of $33,000,000 in cash to the Settlement Class. The Hitachi Settlement provides for the payment of $13,450,000 in cash to the Settlement Class. Both Settling Defendants agreed to cooperate with the Plaintiffs in providing certain information about the allegations in the Complaint. Money will not be distributed to Class members at this time. The lawyers will pursue the lawsuit against other defendants and co-conspirators to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

**What are my rights?** If you wish to remain a member of the Settlement Class you do not need to take any action at this time. If you do not want to be legally bound by one or both of the Settlements, you must exclude yourself in writing by **June 12, 2014**, or you will not be able to sue, or continue to sue, the Settling Defendants about the legal claims in this case.

If you wish to comment on or disagree with any aspect of the proposed Settlements, you must do so in writing no later than **June 12, 2014**. The Settlement Agreements, along with details on how to object to them, are available at www.CRTDirectPurchaserAntitrustSettlement.com. The U.S. District Court for the Northern District of California will hold a Fairness Hearing at **10:00 a.m. on August 22, 2014**, at the U.S. District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom 1, 17th Floor. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the class website for information.

The Court has appointed the law firm of Saveri & Saveri, Inc. to represent Direct Purchaser Class members as Interim Lead Class Counsel. At the Fairness Hearing, the Court will consider whether the Settlements are fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. You may appear at the hearing, but don't have to. We do not know how long these decisions will take. Please do not contact the Court about this case.

This is a Summary Notice. For more details, call toll free 1-877-224-3063, visit www.CRTDirectPurchaserAntitrustSettlement.com., or write to CRT Direct Settlement, P.O. Box 808003, Petaluma, CA 94975.

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

TRONOX INCORPORATED, et al.,

Reorganized Debtors.

Chapter 11
Case No. 09-10156 (ALG)
Jointly Administered

**NOTICE OF MAY 15, 2014 DEADLINE FOR FILING OBJECTIONS TO TRONOX/KERR-MCGEE SETTLEMENT AGREEMENT**

**PLEASE TAKE NOTICE** that, on April 9, 2014, the Anadarko Litigation Trust (the "Litigation Trust"), as successor to Debtors Tronox Incorporated, Tronox Worldwide LLC, and Tronox LLC in the above-captioned adversary proceeding, and Anadarko Petroleum Corporation, Kerr-McGee Corporation, Kerr-McGee Oil & Gas Corporation (n/k/a Anadarko US Offshore Corporation), Kerr-McGee Worldwide Corporation, KM Investment Corporation (improperly named as Kerr-McGee Investment Corporation), Kerr-McGee Credit LLC, Kerr-McGee Shared Services Company LLC and Kerr-McGee Stored Power Company LLC (collectively, "Anadarko"), filed a motion with the U.S. Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking a report and recommendation **(A) recommending approval of the Settlement Agreement between and among the Anadarko Litigation Trust, the United States of America, and Anadarko resolving the above-captioned adversary proceeding, and (B) recommending issuance of an injunction enjoining certain persons from asserting against any Anadarko Released Party (i) any Trust Derivative Claims, or (ii) any claims which are duplicative of Trust Derivative Claims (all capitalized terms not otherwise defined herein shall have the meaning as defined in the Settlement Agreement).**

**PURSUANT TO THE MOTION FILED WITH THE COURT:**

- **THE DEADLINE TO FILE OBJECTIONS TO THE TRONOX SETTLEMENT AGREEMENT IS MAY 15, 2014, AT 4:00 P.M. EASTERN**
- **A HEARING ON THE MOTION (AND ANY OBJECTIONS TIMELY FILED) HAS BEEN SCHEDULED FOR MAY 28, 2014 AT 11:00 A.M. EASTERN AT THE U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (SEE ADDRESS BELOW)**

**Brief Recitation of Facts:**

On January 12, 2009, Tronox Incorporated and certain of its affiliates (collectively, the "Debtors") commenced chapter 11 cases (the "Chapter 11 Cases") in the Bankruptcy Court. On November 30, 2010, the Bankruptcy Court confirmed the Debtors' Plan. On February 14, 2011, the Plan became effective. In the Chapter 11 Cases, the United States, other governmental entities, and other Persons filed Proofs of Claim against the Debtors on account of, among other things, alleged environmental claims, obligations, and/or liabilities at certain of the Covered Sites. Various tort claimants filed Proofs of Claim against the Debtors on account of alleged tort liabilities, including for personal injury and property damage. Those claims were or will be resolved pursuant to the Plan, related tort and environmental agreements, the Litigation Trust Agreement ("LTA"), and other prior proceedings of the Bankruptcy Court.

There are two complaints against Anadarko currently being jointly litigated in Tronox Inc., et al. v. Kerr-McGee Corporation, et al. (In re Tronox Inc.), Adv. Proc. No. 09-01198 (Bankr. S.D.N.Y.):

1. the Second Amended Adversary Complaint [which is filed at Case No. 09-01198 (ALG), Dkt. No. 233]; and
2. the Complaint-in-Intervention filed by the United States [which is filed at Case No. 09-01198 (ALG), Dkt. No. 5-2].

The Plan, LTA, and Environmental Settlement Agreement assigned, as provided in the Confirmation Order and the LTA, all of the Debtors' respective rights and interests in the Adversary Proceeding (excluding the Complaint-in-Intervention), which includes any claims or causes of action of the Debtors related to the Adversary Proceeding, whether or not asserted in the Adversary Proceeding, to the Litigation Trust for the benefit of the entities listed in Section 1(d) of the LTA, which include the Tort Claims Trust, the Cimarron Environmental Response Trust, the Multistate Environmental Response Trust, the Nevada Environmental Response Trust, the Savannah Environmental Response Trust (collectively, along with the West Chicago Environmental Response Trust, the "Environmental and Tort Trusts"), and certain governmental entities that had asserted Bankruptcy Environmental Claims against the Debtors (collectively, "Litigation Trust Beneficiaries").

Pursuant to the Plan, LTA, Environmental Settlement Agreement, and Environmental and Tort Trust Agreements (other than the West Chicago Environmental Response Trust Agreement), the Litigation Trust Beneficiaries and beneficiaries of the Environmental and Tort Trusts (together with the Litigation Trust Beneficiaries, the "Beneficiaries") are entitled to have paid, on account of their Bankruptcy Environmental Claims and Bankruptcy Tort Claims, specified allocations of a share of the net proceeds of any recovery from the Adversary Proceeding.

On December 12, 2013, the Bankruptcy Court issued its Memorandum Opinion, After Trial, finding the Anadarko Trial Defendants liable under the Second Amended Adversary Complaint for actual and constructive fraudulent conveyances, but not liable for breach of fiduciary duty. The Decision is not a final judgment and the Bankruptcy Court did not enter final judgment.

On April 3, 2014, the Parties entered into the Settlement Agreement that resolves the Adversary Proceeding and provides for releases, covenants not to sue, **and the issuance of an injunction by a U.S. District Court enjoining certain persons from asserting Trust Derivative Claims and any claims that are duplicative of such Trust Derivative Claims (as defined in the Settlement Agreement).**

On April 3, 2014, the United States lodged the Settlement Agreement with the Bankruptcy Court. On approximately April 14, 2014 the United States will publish a notice for public comment thereon in the Federal Register.

On April 9, 2014, the Litigation Trust and Anadarko filed a motion (the "9019 Recommendation Motion") with the Bankruptcy Court, seeking the Report and Recommendation.

The Settlement Agreement settles, compromises, resolves and closes the Adversary Proceeding and settles, compromises, resolves, and extinguishes the Trust Derivative Claims, any claims that were asserted or that could have been asserted in the Second Amended Adversary Complaint, and the claims asserted in the Complaint-in-Intervention and the claims that could have been asserted in the Complaint-in-Intervention relating to the subject matter of the Adversary Proceeding, together and on a global basis to the extent provided in the Settlement Agreement. Pursuant to the Settlement Agreement, within two Business Days after the Effective Date, Anadarko shall cause to be paid to the Litigation Trust $5.15 billion plus Interest. The Litigation Trust shall cause the Settlement Proceeds to be allocated and distributed to the Litigation Trust Beneficiaries consistent with the LTA. The Litigation Trust succeeded to, as of and after the Plan Effective Date, any and all claims against the Anadarko Released Parties related to the claims, issues and subject matter of the Adversary Proceeding which were held, owned and/or controlled by one or more Debtors before the Plan Effective Date. Since the Plan Effective Date, the Litigation Trust has not sold, assigned, transferred, encumbered, hypothecated, abandoned, conveyed or otherwise disposed of any claims received by the Litigation Trust from Debtors pursuant to the Plan.

**Proposed Permanent Injunction:**

**The movants have requested that the following permanent injunction be issued by the District Court:**

**"Pursuant to 28 U.S.C. §§ 1367 & 1651, § 105(a) of the Bankruptcy Code and Bankruptcy Rules 7001 and 7065, (i) any Debtor(s), (ii) any creditor of any Debtor who filed or could have filed a claim in the Chapter 11 Cases, (iii) any other Person whose claim (A) in any way arises from or is related to the Adversary Proceeding, (B) is a Trust Derivative Claim, or (C) is duplicative of a Trust Derivative Claim, and (iv) any Person acting or purporting to act as an attorney for any of the preceding is hereby permanently enjoined from asserting against any Anadarko Released Party (I) any Trust Derivative Claims or (II) any claims that are duplicative of Trust Derivative Claims, whether or not held or controlled by the Litigation Trust, or whether or not the Litigation Trust could have asserted such claims against any Anadarko Released Party. The injunction herein shall not apply to or bar the following: (i) any criminal liability; (ii) any liability arising under Title 26 of the United States Code (Internal Revenue Code) or state tax laws; (iii) any liability arising under federal or state securities laws; (iv) any action to enforce a covenant not to sue, release, or agreement not to seek reimbursement contained in the Settlement Agreement; (v) any liability that an Anadarko Released Party might have that does not arise from or through a liability of a Debtor; (vi) any liability of an Anadarko Released Party due to its status or acts or omissions since November 28, 2005 as a/an (A) owner, (B) operator, (C) discharger, (D) lessee, (E) permittee, (F) licensee, (G) person in charge, (H) holder of a right of use and easement, (I) arranger for disposal or treatment, (J) transporter, or (K) person who generates, handles, transports, treats, stores or disposes of solid or hazardous waste; (vii) any liability relating to the E&P Business or the stored power or battery business (including, but not limited to, as owned or operated by U.S. Avestor LLC and Kerr-McGee Stored Power Company LLC[1]); and (viii) any liability that any Anadarko Released Party retained, received or assumed pursuant to the Assignment Agreement or Assignment, Assumption, and Indemnity Agreement. For the avoidance of doubt, to the extent that a liability of an Anadarko Released Party excluded from the injunction herein by the preceding sentence would be a liability for which such Anadarko Released Party would be jointly and severally liable with others, including but not limited to one or more Debtors or Reorganized Debtors, under applicable law, nothing in this injunction is intended to alter any such applicable principles of joint and several liability where otherwise provided by law. The injunction herein does not apply to the Litigation Trust and the United States, which are providing releases and covenants not to sue in the Settlement Agreement."**

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, and shall be served upon: Jeffrey J. Zeiger, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654; John C. Hueston, Litigation Trustee, Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067; Thomas Lotterman, Bingham McCutchen LLP, 2020 K Street NW, Washington, DC 20006-1806; Kenneth Klee, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067; and Robert Yalen, AUSA, U.S. Attorney's Office - SDNY, 86 Chambers St., 3rd Floor, New York, NY 10028, **so as to be so filed and received by no later than May 15, 2014 at 4:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served and received will be considered.

**PLEASE TAKE FURTHER NOTICE** that the Honorable Allan L. Gropper of the U.S. Bankruptcy Court for the Southern District of New York has scheduled a hearing to address this matter on **MAY 28, 2014, AT 11:00 A.M., ONE BOWLING GREEN, NEW YORK, NY, 10004-1408.**

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the hearing and that failure to appear may result in relief being granted upon default.

**FOR MORE INFORMATION OR TO ACCESS THE SETTLEMENT AGREEMENT AND RELATED DOCUMENTS**, please call (from the U.S. and Canada) (877) 709-4747, or call (for remaining international callers) (424) 236-7228 or visit http://www.kccllc.net/TronoxKerrMcGeeSettlement.

[1] Provided, however, that as it relates to Kerr-McGee Stored Power Company LLC, subpart (vii) is applicable only to the extent that such liability, if any, relates to or arises from the stored power or battery business.

THE WALL STREET JOURNAL.

LEGAL NOTICES

ADVERTISE TODAY

(800) 366-3975

sales.legalnotices@wsj.com

Place an ad with the self-service tool at: wsj.com/classifieds

© 2014 Dow Jones & Company, Inc. All Rights Reserved.

Composite
P2JW118000-0-C00500-1--------XA

