# EXHIBIT D



Cathode Ray Tube Antitrust Litigation
Report on Exclusions Received for Hitachi / Samsung SDI

| ClaimID | FirstName | LastName | City | State | OptOut Date |
|---|---|---|---|---|---|
| n/a | Arlene J | Smith | Grandville | MI | 4/28/2014 |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| **ViewSonic Corporation** | ViewSonic International Corporation<br>ViewSonic Display Limited<br>ViewSonic Hong Kong Limited<br>ViewSonic Europe Limited | 6/12/2014 |
| **Target Corporation** | | 6/12/2014 |
| **Tech Data Corporation** | 1250895 Ontario Ltd<br>A.Y.C Nederland B.V.<br>Azlan European Finance Limited<br>AzlanGmbH<br>Azlan Group Limited<br>Azlan Limited<br>Azlan Logistics Limited<br>Azlan Overseas Holdings Ltd.<br>Azlan Scandinavia AB<br>Computer 2000 Distribution Ltd.<br>Datatechnology Datech Ltd.<br>Datech 2000 Ltd.<br>FCB Nominees Limited<br>Frontline Distribution Ltd.<br>Frontline Distribution (Ireland) Ltd.<br>Hakro-Oosterberg-Nijkerk B.V.<br>Horizon Technical Services (UK) Limited<br>Horizon Technical Services AB<br>Hotlamps Limited<br>lSI Distribution Ltd.<br>Managed Training Services Limited<br>Maneboard Ltd<br>Maverick Presentation Products Limited<br>Quadrangle Technical Services Limited<br>Screen Expert Limited UK<br>Specialist Distribution Group (SDG) Limited<br>Tech Data Brasil, Ltda<br>TD Facilities, Ltd. (Partnership)<br>TD Fulfillment Services, LLC<br>TD Tech Data AB<br>TD Tech Data Portugal Lda<br>TD United Kingdom Acquisition Limited<br>Tech Data (Netherlands) B.Y.<br>Tech Data (Schweiz) GmbH<br>Tech Data bvba/sprl<br>Tech Data Canada Corporation<br>Tech Data Chile S.A.<br>Tech Data Colombia S.A.S.<br>Tech Data Corporation ("TDC")<br>Tech Data Demnark ApS<br>Tech Data Deutschland GmbH<br>Tech Data Distribution s.r.o.<br>Tech Data Education, Inc.<br>Tech Data Espana S.L.U.<br>Tech Data Europe GmbH<br>Tech Data Europe Services and Operations, S.L.<br>Tech Data European Management GmbH<br>Tech Data Finance Partner, Inc.<br>Tech Data Finance SPV, Inc.<br>Tech Data Financing Corporation<br>Tech Data Finland OY<br>Tech Data Florida Services, Inc.<br>Tech Data France Holding Sarl<br>Tech Data France S.A.S<br>Tech Data GmbH & Co OHG<br>Tech Data Information Technology GmbH<br>Tech Data Global Finance LP<br>Tech Data International Sarl<br>Tech Data Italia s.r.l. | 6/11/2014 |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
|  | Tech Data Latin America, Inc. |  |
|  | Tech Data Limited |  |
|  | Tech Dara Lux Finance Sari |  |
|  | Tech Data Luxembourg Sari |  |
|  | Tech Data Management GmbH |  |
|  | Tech Data Marne SNC |  |
|  | Tech Data Mexico S. de R. L. de C. V. |  |
|  | Tech Data Midrange GmbH |  |
|  | Tech Data Mobile Acquisition Limited (formerly known as Brightstar Acquisition Limited) |  |
|  | Tech Data Mobile Austria, GmbH (formerly known as AKL Telecommunications GmbH) |  |
|  | Tech Data Mobile Belgium, BVBA (formerly known as M.C.C Belgium BVBA) |  |
|  | Tech Data Mobile CooperatiefWA (formerly known as Brightstar CooperatiefW.A.) |  |
|  | Tech Data Mobile Limited (formerly known as Brightstar Europe Limited) |  |
|  | Tech Data Mobile Netherlands B.V. (formerly known as M.C.C BV) |  |
|  | Tech Data Nederland B.V. |  |
|  | Tech Data Norge AS |  |
|  | Tech Data Operations Center, SA |  |
|  | Tech Data Dsterreich GmbH |  |
|  | Tech Data Peru S.A.C. |  |
|  | Tech Data Polska Sp.z.o.o. |  |
|  | Tech Data Product Management, Inc. |  |
|  | Tech Data Resources, LLC |  |
|  | Tech Data Service GmbH |  |
|  | Tech Data Servicios, S. de R.L. de C. V. |  |
|  | Tech Data Strategy GmbH |  |
|  | Tech Data Tennessee, Inc. |  |
|  | Tech Data Uruguay S.A. |  |
|  | Triade Holding B. V. |  |
| **IGB Eletronica S/A** | Gradiente Audio e Video LTDA | 6/12/2014 |
|  | Gradiente Electronica S/A |  |
| **Cemaz Industria Eletronica da Amazonia S/A** | Componel Industria e Comercio LTDA. | 6/12/2014 |
|  | Santron Industrias Electroeletronicas LTDA |  |
| **Apple Inc.** | Apple Inc. | 6/12/2014 |
|  | Apple Operations |  |
|  | Apple Operations Europe (flk/a Apple Computer Limited) |  |
|  | Apple Operations Europe (flk/a Apple Computer Limited) (Singapore branch) |  |
|  | Apple Computer International |  |
|  | Apple Computer Inc. |  |
| **P.C. Richard & Son Long Island Corporation** | P.C. Richard & Son Long Island Corporation | 6/10/2014 |
|  | A.J. Richard & Sons, Inc. |  |
|  | P.C. Richard & Son, LLC |  |
|  | P.C. Richard Service Company |  |
|  | Alfred Reliable Appliances, Inc. |  |
|  | Reliable Richard's Service Corp. |  |
|  | AGP Services Corp. |  |
|  | Two Guys Ventures Corp. |  |
|  | A.J. Staten Island, LLC |  |
|  | P.C. Deer Park, LLC |  |
|  | P.C. 185 Price Parkway, LLC |  |
|  | P.C. 1574, Inc. |  |
|  | P.C. 1574 Milford, LLC |  |
|  | P.C. Lawrenceville, LLC |  |
|  | P.C. Brick 70, LLC |  |
|  | P.C. Richard & Son Connecticut, LLC |  |
| **Interbond Corporation of America** | dba BrandsMart USA | 6/10/2014 |
| **Schulze Agency Services** | Tweeter Newco, LLC | 6/10/2014 |
|  | Tweeter Opco, LLC |  |
|  | Tweeter Intellechlal Property, LLC |  |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Tweeter Tivoli, LLC | |
| | Tweeter Home Entertainment Group, Inc. | |
| | Sound Advice, Inc. d/b/a Sound Advice and Showcase Home Entertainment | |
| | Hifi Buys Incorporated | |
| | Tweeter Etc. | |
| | Douglas TV & Appliance, Inc. | |
| | Douglas Audio Video Caters, Inc. | |
| | United Audio Centers, Inc. | |
| | Sumere Electronics Incorporated d/b/a NOW! Audio Video | |
| | Bryn Mawr Radio and Television, Inc. | |
| | The Video Scene, Inc. d/b/a Big Screen City | |
| | Hillcrest High Fidelity, Inc. d/b/a Hillcrest Audio | |
| | DOW StereoNideo, Inc. | |
| | Home EntertailUl1ent of Texas, Inc. | |
| | SMK Marketing, Inc. d/b/a Audio Video Systems | |
| | Sound Advice of Arizona, Inc. | |
| | New England Audio Co., Inc. | |
| | NEA Delaware, Inc. | |
| | THEG USA L.P. | |
| | Showcase Home Entertainment | |
| **MARTA Cooperative of America** | | 6/10/2014 |
| **CompuCom Systems, Inc** | | 6/10/2014 |
| **ABC Appliance, Inc.** | dba ABC Warehouse | 6/10/2014 |
| **Office Depot, Inc.** | Office Depot Asia Holding Limited | 6/10/2014 |
| | Office Depot BA SAS (f.k.a. Guilbert France S.AS.) | |
| | Office Depot BVBA (f.k.a. Guilbert Belgium BVBA) | |
| | Office Depot Brasil Limitada (inactive) | |
| | Office Depot Brasil Participacoes Limitad | |
| | Office Depot Centro America, SA de CV | |
| | Office Depot Chile Limitada (inactive) | |
| | Office Depot Cyprus Limited (f.k.a Claigan Ltd.) | |
| | Office Depot Delaware Overseas Finance No.1, LLC (f.k.a Office Depot Delaware Overseas Finance No.1, Inc.) | |
| | Office Depot de Mexico SA de CV | |
| | Office Depot Deutschland GmbH (f.k.a Guilbert Deutschland GmbH) | |
| | Office Depot France SNC (f.k.a Office Depot France SAS ) | |
| | Office Depot Hungary Kft (f.k.a Elso Iroda Superstore Kft.) | |
| | Office Depot, Inc. | |
| | Office Depot International BVBA | |
| | OD International (Luxembourg) Finance | |
| | Office Depot, B. V. (formerly Guilbert Netherland BV) | |
| | Office Depot Cooperatief W.A. | |
| | Office Depot Europe B. V. | |
| | Office Depot Europe Holdings Ltd. | |
| | Office Depot GmbH + Switzerland | |
| | Office Depot Holding GmbH + Switzerland | |
| | Office Depot Holdings Ltd. | |
| | Office Depot Holdings 2 Ltd. | |
| | Office Depot Holdings 3 Ltd. | |
| | Office Depot International B.V. | |
| | Office Depot International (UK) Ltd. | |
| | Office Depot Ireland Limited (f.k.a Guilbert Ireland Ltd) | |
| | Office Depot (Israel) Ltd. | |
| | Office Depot Italia S.r.1. | |
| | Office Depot Japan Limited | |
| | Office Depot Korea Limited (f.k.a Best Office Co., Ltd.) | |
| | Office Depot Latin American Holdings B.V. | |
| | Office Depot MDF SNC | |
| | Office Depot NA B. V. | |
| | Office Depot N.A. Shares Services LLC | |
| | Office Depot Netherland B.V. (f.k.a Office Depot International, B.V.) (f.k.a Viking Direct (Holdings) B.V.) | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Office Depot Network Technology Ltd. | |
| | Office Depot (Operations) Holding B.V. (f.k.a Guilbert Trademarks B.V.) | |
| | Office Depot Overseas Limited | |
| | Office Depot Overseas Holding Limited | |
| | Office Depot Overseas 2 Limited | |
| | Office Depot Poland Sp Z.O.o. (f.k.a Fontinalis) | |
| | Office Depot Private Limited | |
| | Office Depot Procurement and Sourcing (Shenzhen) Company Ltd. (Or translated: Office Depot Merchandising (Shenzhen) Company Ltd.) | |
| | Office Depot Puerto Rico, LLC | |
| | Office Depot SAS (f.k.a Guilbert SAS) | |
| | Office Depot Service Center SRL | |
| | Office Depot Service - und BeteiligungsGmbH&Co.KG | |
| | Office Depot s.r.o. (f.k.a Papirius s.r.o.) | |
| | Office Depot S.L. (f.k.a Guilbert Espana S.L.) | |
| | Office Depot Tokumei Kumiai | |
| | Office Depot UK Limited (f.k.a Guilbert UK Ltd) | |
| | Office Depot -Viking Holdings B.V. | |
| | 2300 South Congress LLC | |
| | 4Sure.com, Inc. | |
| | AGE Kontor & Data AB | |
| | AsiaEC.com Limited | |
| | BizDepot, LLC (inactive) | |
| | Centro de Apoyo Caribe SA de CV | |
| | Centro de Apoyo SA de CV | |
| | Computers4Sure.com, Inc. | |
| | Curry's Limited | |
| | Deo Deo Tokumei Kumiai | |
| | eOffice Planet India Private Limited | |
| | Erial BQ S.A. | |
| | Europa S.A.S. | |
| | Gosta Hansson & Co AB | |
| | Guilbert Beteiligungsholding GmbH | |
| | Guilbert International B. V. | |
| | Guilbert Luxembourg S.AR.L. | |
| | Guilbert UK Holdings Ltd | |
| | Guilbert UK Pension Trustees Ltd | |
| | HC Land Company LLC | |
| | Helge Dalmberg AB + Sweden | |
| | Heteyo Holdings B V. | |
| | Hutter GmbH | |
| | Japan Office Supplies, LLC | |
| | Kontorsfackhandlama Stockholm AB + Sweden | |
| | Kontorsgruppen i Sverige AB + Sweden | |
| | NEWGOH Immobilienverwaltung GmbH | |
| | Neighborhood Retail Development Fund, LLC (inactive) | |
| | Niceday Distribution Centre Ltd | |
| | North American Card and Coupon Services, LLC | |
| | Notus Aviation, Inc. | |
| | OD Acquisition Canada ULC | |
| | OD Aviation, Inc. | |
| | OD Colombia Ltda | |
| | OD El Salvador, Ltda. de C.V. | |
| | OD France, LLC | |
| | ODV France LLC | |
| | ODG Caribe SA de CV (f.k.a Urguguay Cia. Papelera, SA de CV) | |
| | OD Guatemala y Compania. Limitada | |
| | OD Honduras S de RL | |
| | OD International, Inc. | |
| | OD International Holdings CV | |
| | OD International (Luxembourg) Holdings S.A.R.L. | |
| | OD International (Luxembourg) Participation S.A.R.L. | |
| | OD Management SNC | |
| | OD Medical Solutions LLC | |
| | OD of Texas, LLC (f.k.a OD of Texas Inc.) | |
| | ODPanamaSA | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | OD S.N.C. | |
| | ODST, LLC (inactive) | |
| | OD Tressorerie (f.k.a om S.N.C.) | |
| | Office 1 Ltd | |
| | Office 1 (1995) Ltd | |
| | Office Club, Inc. | |
| | OfficeMax Contract, Inc. (f.k.a. Boise Cascade Office Products Corporation) | |
| | OfficeMax Incorporated (f.k.a. Boise Cascade Corporation) | |
| | OfficeMax North America, Inc. (f.k.a. OfficeMax, Inc.) | |
| | OfficeSupplies.com, Inc. | |
| | Office Town, Inc. (inactive) | |
| | Papirius Kft. | |
| | Pappersnabben i Malmo AB + Sweden | |
| | Patitucci Ltd. | |
| | Reliable Uk Ltd | |
| | Ritma AB + Sweden | |
| | S.A.R.L. | |
| | Servicios Administrativos Office Depot SAdeCV | |
| | Servicios y Material De Escritorio S.L. | |
| | Solutions4Sure.com, Inc. | |
| | Stichting Office Depot Charity for Children | |
| | Swinton Avenue Trading Limited, Inc. | |
| | The Reliable Corporation | |
| | Viking Direct B.V. | |
| | Viking Direct (Holdings) Limited | |
| | Viking Direct (Ireland) Limited (f.k.a Viking Direct (Ireland) Limited; then Office Depot International (Ireland) Limited -new change effective as of 912004) | |
| | Viking Direct S.A.R.L. | |
| | Viking Direkt GesmbH | |
| | Viking Finance (Ireland) Limited | |
| | Viking Office Products, Inc. | |
| | Viking Office Products KK | |
| | Viking Office Products S.r.l. (f.k.a Viking Direct SrI) | |
| | VOP (Ireland) Limited | |
| | VPC System S.r.l (inactive) | |
| **Circuit City** | Alfred H Siegel, Trustee | 6/5/2014 |
| **Sears Roebuck / Kmart** | Sears, Roebuck and Co. | 6/4/2014 |
| | Sears Holding Corporation | |
| | Sears Holding Management Corporation | |
| | Kmart Corporation | |
| | Kmart Management Corporation | |
| | Kmart Holdings Corporation | |
| **Electrograph Systems, Inc.** | Electrograph Systems, Inc. | 5/22/2014 |
| | International Computer Graphics, Inc. | |
| | ActiveLight, Inc. | |
| | CineLight Corporation | |
| | Manchester Technologies, Inc. | |
| | Manchester Equipment Co., Inc. | |
| | Champion Vision, Inc. | |
| | Coastal Office Products, Inc. | |
| | Electrograph Technologies Corp. | |
| **Costco Wholesale Corporation** | | 4/23/2014 |
| **Best Buy** | Best Buy Co., Inc. | 5/12/2014 |
| | Best Buy Purchasing, LLC | |
| | Best Buy Enterprise Services, Inc. | |
| | Best Buy Stores, L.P. | |
| | BestBuy.com, LLC | |
| | Magnolia Hi-Fi, Inc. | |
| **Dell Inc** | 1397639 Ontario, Inc. | 6/26/2014 |
| | 26éme Avenue SAS | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | 881229 Alberta ULC | |
| | Abu Dhabi Branch of PSC Healthcare Software, Inc. | |
| | Active Concepts Inc. | |
| | Active Concepts PTY | |
| | Aelita Software Branch, Moscow | |
| | Aelita Software Branch, St. Petersburg | |
| | Aelita Software Corporation | |
| | Aelita Software Limited (UK) | |
| | Alienware Corporation | |
| | Alienware Corporation (Pacific Rim), Pty Ltd. | |
| | Alienware Labs Corporation | |
| | Alienware Latin America, S.A (Renamed Dell Costa Rica SA) | |
| | Alienware Limited | |
| | AppAssureTechnologies Inc. | |
| | ASAP Software Express Inc. | |
| | Aventail Europe Ltd | |
| | Aventail LLC | |
| | BakBone Software GmbH | |
| | BakBone Software India Pvt. Ltd. | |
| | BakBone Software Ltd. | |
| | BakBone Software Ltd. Russia Branch | |
| | BakBone Software SARL | |
| | BakBone Software, Inc. | |
| | Bearing PointManagement Consulting (Shanghai) Ltd. | |
| | BitKooCA LLC | |
| | Bluefolder, Inc | |
| | Bolts Acq. Corp. | |
| | Boomi, Inc | |
| | Bracknell Boulevard (Block C) L.L.C. | |
| | Bracknell Boulevard (Block D) L.L.C. | |
| | Bracknell Boulevard Management Company Limited | |
| | Branch of Dell (Free ZoneCompany L.L.C.) | |
| | Canada Branch of Perot Systems Corporation | |
| | Change Base Ltd | |
| | Charonware s.r.o. | |
| | Clerity Solutions, Inc. | |
| | Coldspark, Inc. | |
| | Compellent Technologies France Sarl | |
| | Compellent Technologies Germany GmbH | |
| | Compellent Technologies Inc. | |
| | Compellent Technologies International Ltd. | |
| | Compellent Technologies Italy Srl | |
| | Compellent Technologies Netherlands BV | |
| | Corporacion Dell de Venezuela SA | |
| | Credant Technologies International, Inc. (France) | |
| | Credant Technologies International, Inc. (Switzerland) | |
| | Credant Technologies Inc. | |
| | Credent Technologies, Inc. | |
| | Credant Technologies UK | |
| | Credent Technologiesm UK (Branch of Credent Technologies, Inc.) | |
| | CSCAN Acquisition Corp. | |
| | DCC Executive Security Inc. | |
| | Dell (Chengdu) Company Limited | |
| | Dell (China) Company Limited | |
| | Dell (China) Company Limited, Beijing Branch | |
| | Dell (China) Company Limited, Beijing Liaison Office | |
| | Dell (China) Company Limited, Chengdu Branch | |
| | Dell (China) Company Limited, Chengdu Liaison Office | |
| | Dell (China) Company Limited, Dalian Branch | |
| | Dell (China) Company Limited, Guangzhou Branch | |
| | Dell (China) Company Limited, Guangzhou Liaison Office | |
| | Dell (China) Company Limited, Hangzhou Liaison Office | |
| | Dell (China) Company Limited, Nanjing Liaison Office | |
| | Dell (China) Company Limited, Shanghai Branch | |
| | Dell (China) Company Limited, Shanghai Liaison Office | |
| | Dell (China) Company Limited, Shenzhen Liaison Office | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Dell (China) Company Limited, Xiamen Branch | |
| | Dell (PS) BV (f.k.a. Perot Systems Nederland B.V.) | |
| | Dell (Switzerland) GmbH | |
| | Dell (Xiamen) Company Limited | |
| | Dell (Xiamen) Company Limited, Dalian Branch | |
| | Dell A.B. | |
| | Dell A.S. | |
| | Dell A/S | |
| | Dell America Latina Corp. | |
| | Dell America Latina Corp.,Argentina Branch | |
| | Dell Asia B.V. | |
| | Dell Asia Holdings Pte. Ltd. | |
| | Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office) | |
| | Dell Asia Pacific Sdn. | |
| | Dell Asia Pacific Sdn. Philippines RepresentativeOffice | |
| | Dell Asia Pte. Ltd. | |
| | Dell Asset Revolving Trust | |
| | Dell Asset Securitization GP L.L.C. | |
| | Dell Asset Securitization Holding L.P. | |
| | Dell Australia Pty. Limited | |
| | Dell B.V. | |
| | Dell B.V., Taiwan Branch | |
| | Dell Canada Inc. | |
| | Dell Colombia Inc. | |
| | Dell Colombia Inc., Colombia Branch | |
| | Dell Computadores do Brasil Ltda. | |
| | Dell Computer (Proprietary) Ltd | |
| | Dell Computer de Chile Ltda. | |
| | Dell Computer EEIG | |
| | Dell ComputerHoldings L.P. | |
| | Dell Computer International (II) – Comercio de Computadores Sociedade UnipessoalLda | |
| | Dell Computer S.A. | |
| | Dell Computer Services de Mexico SA de CV | |
| | Dell Computer spol. sro | |
| | Dell Conduit Funding L.P. | |
| | Dell Conduit GP L.L.C. | |
| | Dell Corporation (Thailand) Co., Ltd. | |
| | Dell Corporation Limited | |
| | Dell Corporation Limited – Northern Ireland Place of Business | |
| | Dell DFS Canada Inc. | |
| | Dell DFS Corporation | |
| | Dell DFS Holdings Kft. | |
| | Dell DFS Holdings L.L.C. | |
| | Dell DFS Ltd | |
| | Dell DFS Ltd. - Spain Branch | |
| | Dell Direct | |
| | Dell Distribution (EMEA) Limited External Company (Ghana) [renamed Dell Emerging Markets (EMEA) Limited External Company (Ghana)] | |
| | Dell DistributionMaroc (Succ) | |
| | Dell Emerging Market (EMEA) Ltd (Russia Representative Office) | |
| | Dell Emerging Markets (EMEA) Limited | |
| | Dell Emerging Markets (EMEA) Limited - Egypt RepresentativeOffice | |
| | Dell Emerging Markets (EMEA) Limited – Representative Office | |
| | Dell Emerging Markets (EMEA) Limited - Representative Office (Jordan) | |
| | Dell Emerging Markets (EMEA) Limited - Representative Office (Republic of Croatia) | |
| | Dell Emerging Markets (EMEA) Limited (Kazakhstan Representative Office) | |
| | Dell Emerging Markets (EMEA) Limited (Uganda RepresentativeOffice) | |
| | Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet – Rep. Office | |
| | Dell Emerging Markets (EMEA) Limited Representative Office - Lebanon | |
| | Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bulgaria) | |
| | Dell Equipment Funding L.P. | |
| | Dell Equipment GP L.L.C | |
| | Dell Export Sales Corporation | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Dell Federal Systems Corporation | |
| | Dell Federal Systems GP L.L.C. | |
| | Dell Federal Systems L.P. | |
| | Dell Federal Systems LP L.L.C. | |
| | Dell Financial Services L.L.C. | |
| | Dell Funding L.L.C. | |
| | Dell FZ – LLC | |
| | Dell FZ -LLC - Qatar Branch | |
| | Dell FZ-LLC– Bahrain Branch | |
| | Dell Gesm.b.H. | |
| | Dell Global B.V. | |
| | Dell Global B.V., Singapore Branch | |
| | Dell Global Business Center Sdn. Bhd. | |
| | Dell Global BV (Bangladesh RepresentativeOffice) | |
| | Dell Global BV (Indonesia RepresentativeOffice) | |
| | Dell Global BV (Pakistan Liaison Office) | |
| | Dell Global BV (Philippines RepresentativeOffice) | |
| | Dell Global BV (Sri-Lanka RepresentativeOffice) | |
| | Dell Global BV (Vietnam Representative Office), renamed Dell Global BV (Hanoi Representative Office) | |
| | Dell Global Holdings II BV | |
| | Dell Global Holdings III BV | |
| | Dell Global Holdings III L.P. | |
| | Dell Global Holdings IV L.L.C. | |
| | Dell Global Holdings IX L.L.C. | |
| | Dell Global Holdings L.L.C. | |
| | Dell Global Holdings Ltd. | |
| | Dell Global Holdings VI L.L.C. | |
| | Dell Global Holdings VII L.L.C. | |
| | Dell Global Holdings VIII L.L.C | |
| | Dell Global Holdings X L.L.C | |
| | Dell Global International B.V. | |
| | Dell Global Procurement Malaysia Sdn. Bhd. | |
| | Dell Global Pte. Ltd. | |
| | Dell GmbH | |
| | Dell Guatemala Ltda | |
| | Dell Halle GmbH | |
| | Dell Honduras S de RL de CV | |
| | Dell HongKong Limited | |
| | Dell Hungary Technology Solutions Trade LLC | |
| | Dell III – Comercio de Computadores,Unipessoal LDA | |
| | Dell India (Sales &Marketing) Private Limited | |
| | Dell India Private Ltd. | |
| | Dell Information Technology (Hunan) Company Limited | |
| | Dell Information Technology (Kunshan) Company Limited | |
| | Dell International Holdings I L.L.C. | |
| | Dell International Holdings IX B.V. | |
| | Dell International Holdings Kft. | |
| | Dell International Holdings SAS | |
| | Dell International Holdings VIII B.V. | |
| | Dell International Holdings X B.V. | |
| | Dell International Holdings XII CoöperatoefU.A. | |
| | Dell International Inc. | |
| | Dell International L.L.C. | |
| | Dell International Services India Private Limited (f.k.a. Perot Systems TSI (India) Private Limited) | |
| | Dell International Services Philippines Inc. | |
| | Dell International Services SRL | |
| | Dell Japan Inc. | |
| | Dell L.L.C. | |
| | Dell Marketing Corporation | |
| | Dell MarketingGP L.L.C. | |
| | Dell Marketing L.P. | |
| | Dell Marketing LP L.L.C. | |
| | Dell Mexico, S.A. de C.V. | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Dell N.V. | |
| | Dell New Zealand Limited | |
| | Dell Panama S. de R.L. | |
| | Dell Perú, SAC | |
| | Dell Procurement (Xiamen) Company Limited | |
| | Dell Procurement (Xiamen) Company Limited, Shanghai Branch | |
| | Dell Procurement (Xiamen) Company Limited, Shenzhen Liaison Office | |
| | Dell Product and Process Innovation Services Corp. | |
| | Dell Products | |
| | Dell Products (Europe) B.V. | |
| | Dell Products (Poland) Sp. z o.o | |
| | Dell Products Corporation | |
| | Dell Products GP L.L.C. | |
| | Dell Products L.P. | |
| | Dell Products LP L.L.C. | |
| | Dell ProductsManufacturing Ltd. | |
| | Dell Protective Services Inc. | |
| | Dell Puerto Rico Corp. | |
| | Dell Quebec Inc. | |
| | Dell Receivables Corporation | |
| | Dell Receivables GP L.L.C. | |
| | Dell Receivables L.P. | |
| | Dell Receivables LP L.L.C. | |
| | Dell Research | |
| | Dell Revolver Company L.P. | |
| | Dell Revolver Funding L.L.C. | |
| | Dell Revolver GP. L.L.C. | |
| | Dell S.A. | |
| | Dell S.A. | |
| | Dell S.p.A. | |
| | Dell s.r.o. | |
| | Dell SA | |
| | Dell Sales Malaysia Sdn Bhd | |
| | Dell SAS | |
| | Dell Services (China) Company Limited | |
| | Dell Services Federal Government, Inc. (fka Perot Systems Government Services, Inc.) | |
| | Dell Services GmbH (FKA. Perot Systems (Germany) GmbH) | |
| | Dell Services S.r.l. | |
| | Dell Singapore Pte. Ltd. | |
| | Dell Services Pte. Ltd. (f/k/a Perot Systems (Singapore) Pte. Ltd.) | |
| | DELL SOLUTIONS(UK) LTD | |
| | Dell Sp.z.o.o. | |
| | Dell Taiwan B.V. | |
| | Dell Taiwan B.V., Taiwan Branch | |
| | Dell Technology & Solutions (Nigeria) Limited | |
| | Dell Technology & Solutions Israel Ltd. | |
| | Dell Technology & Solutions Ltd. (Formerly Original Solutions Limited) | |
| | Dell Technology Products and Services S.A | |
| | Dell Technology Services Inc. S.R.L. | |
| | Dell Teknoloji Limited Şirketi | |
| | Dell Trinidad and Tobago Limited | |
| | Dell USA Corporation | |
| | Dell USA GP L.L.C. | |
| | Dell USA L.P. | |
| | Dell USA LP L.L.C. | |
| | Dell World Trade Corporation | |
| | Dell World Trade GP L.L.C. | |
| | Dell World Trade L.P. | |
| | Dell World Trade LP L.L.C. | |
| | DFS BV | |
| | DFS Equipment Holdings, LP | |
| | DFS Equipment Remarketing LLC | |
| | DFS Funding L.L.C. | |
| | DFS-SPV L.L.C. | |
| | DIH IX CV | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | DIH VI CV | |
| | DIH VII CV | |
| | DIH VIII CV | |
| | DIH X CV | |
| | EqualLogic Japan Company Limited | |
| | Fastlane Technologies Corporation | |
| | Fastlane Technologies UK | |
| | Force10 International, Ltd. | |
| | Force10 Networks (Shanghai) Ltd. | |
| | Force10 Networks Australia Pty. Ltd. | |
| | Force10 Networks Germany (Branch) | |
| | Force10 Networks Global, Inc. | |
| | Force10 Networks Hong Kong (Branch) | |
| | Force10 Networks India Pvt. Ltd. | |
| | Force10 Networks International, Inc. | |
| | Force10 Networks KK | |
| | Force10 Networks Korea YH | |
| | Force10 Networks Ltd. | |
| | Force10 NetworksMalaysia (Branch) | |
| | Force10 Networks Singapore Pte. Ltd. | |
| | Force10 Networks Spain (Rep office) | |
| | Force10 Networks, Inc. | |
| | Fresh Dew Investments Ltd. | |
| | Fvision Acquisition Corp. | |
| | Gale Networks PrivateLimited | |
| | Gale Technologies, Inc. | |
| | Imceda Software Australia Pty, Ltd. | |
| | Imceda Software Inc. | |
| | Imceda Technologies Pty, Ltd. | |
| | Invirtus, Inc. | |
| | Lecco Technology (UK) Limited | |
| | Lecco Technology Inc. | |
| | Lecco Technology, Inc. (USA) | |
| | License Technologies Group, Inc. | |
| | LLC Dell Ukraine | |
| | Lumenare NetworksMauritius Ltd. | |
| | Magnum Technologies, Inc. | |
| | MakeTechnologies Inc. | |
| | Messagewise | |
| | Muretia Investments Ltd | |
| | NetPro Computing Canada, Inc. | |
| | NetPro Computing France, Inc. | |
| | NetPro ComputingGermany, Inc. | |
| | NetPro ComputingUK, Inc. | |
| | NetPro Computing, Inc. | |
| | NetPro Engineering, Inc. | |
| | NetPro Europe Branch | |
| | NetPro Europe, Inc. | |
| | NetPro France Branch | |
| | NetProGermany Branch | |
| | NetProUK Branch | |
| | Ocarina Networks India Pvt. Ltd. | |
| | OptiGrowth CapitalSarl | |
| | Oy Dell A.B. | |
| | PacketTrap Networks, Inc. | |
| | PassGo Technologies Ltd | |
| | PassGo Technologies Trustees Ltd | |
| | Perot Systems (Malaysia) Sdn. Bhd. | |
| | Perot Systems (Shanghai) Consulting Co., Limited | |
| | Perot Systems (Singapore) Pte. Ltd. | |
| | Perot Systems (Switzerland) GmbH | |
| | Perot Systems (UK) Ltd. | |
| | Perot Systems Application Solutions Inc. | |
| | Perot Systems B.V. | |
| | Perot Systems Communications Services, Inc. | |
| | Perot Systems Corporation | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | Perot Systems Europe Limited | |
| | Perot Systems Government Healthcare Solutions, Inc. | |
| | Perot Systems Government Solutions, Inc. | |
| | Perot Systems Healthcare Solutions, Inc. | |
| | Perot Systems Holdings Pte. Ltd | |
| | Perot Systems Investments B.V. | |
| | Perot Systems Revenue Cycle Solutions, Inc. | |
| | Perot Systems TSI (Bermuda) Ltd. | |
| | Perot Systems TSI (Hungary) Liquidity Management LLC | |
| | Perot Systems TSI (Mauritius) Pvt. Ltd. | |
| | Perot Systems TSI (Middle East) FZ-LLC | |
| | Perot Systems TSI (Netherlands) B.V. | |
| | PrSM Corporation | |
| | PSC GP Corporation | |
| | PSC Healthcare Software, Inc. | |
| | PSC LP Corporation | |
| | PSC Management Limited Partnership | |
| | PSM Holdings 1, Inc. | |
| | PSM Holdings 2, Inc. | |
| | PSM Holdings 1 L.L.C. | |
| | PSM Holdings 2 L.L.C. | |
| | PT Dell Indonesia | |
| | Q.S.I. Quest Software Israel Limited | |
| | QSFT India Private Ltd. Inc. | |
| | QSFT Svenska AB | |
| | QSS Group, Inc. | |
| | Quest Acquisition Corporation | |
| | Quest Holding Company, LLC | |
| | Quest Holdings Sarl | |
| | Quest Java Support Center,BV | |
| | Quest New Zealand Ltd | |
| | Quest Public Sector Inc. | |
| | Quest Scandanavia AS | |
| | Quest Software (UK) Ltd. | |
| | Quest Software (Zhuhai) Ltd. | |
| | Quest Software Beijing Company Limited | |
| | Quest Software Belgium | |
| | Quest Software Canada, Inc. | |
| | Quest Software Company Limited | |
| | Quest Software Espana, SL | |
| | Quest Software France Sarl | |
| | Quest Software Gmbh | |
| | Quest Software Greater China Limited | |
| | Quest Software Int'l Limited | |
| | Quest Software Italia Srl | |
| | Quest Software Japan Ltd | |
| | Quest Software Korea Ltd. | |
| | Quest Software Limited (Lecco HK) | |
| | Quest Software Mexico S. de R.L. de C.V. | |
| | Quest Software Netherlands B.V. | |
| | Quest Software Norge S/A | |
| | Quest Software Pty, Ltd. | |
| | Quest Software Public Sector Inc | |
| | Quest Software Sales Sdn Bhd | |
| | Quest Software Singapore Pty Limited | |
| | Quest Software Switzerland Gmbh | |
| | Quest Software, Inc. | |
| | Quest Software, Ltd. | |
| | QuickCyckem Inc. | |
| | QuikCycle Inc. | |
| | Safari I, Inc. | |
| | Safari II GP LLC | |
| | Safari II, Inc. | |
| | Safari Limited II LP | |
| | Safari Limited Partnership | |
| | ScriptLogic Australia | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
| | ScriptLogic Corporation | |
| | SecureWorks Holding Corp. | |
| | SecureWorks Inc. | |
| | SecureWorks UK Ltd. | |
| | SecureWorks UK Ltd. - Finland Branch | |
| | Smarsh CRM Service, Inc. | |
| | Smarsh Inc. | |
| | Software Ltd Russia Rep Office | |
| | SonicWALL AG | |
| | SonicWALL BV | |
| | SonicWALL BV - Australia Branch | |
| | SonicWALL BV - Beijing Rep.Office | |
| | SonicWALL BV - Belgium Branch | |
| | SonicWALL BV - Canada Branch | |
| | SonicWALL BV - Dubai Branch | |
| | SonicWALL BV - France Branch | |
| | SonicWALL BV - Germany Branch | |
| | SonicWALL BV - HongKong Branch | |
| | SonicWALL BV - India Branch | |
| | SonicWALL BV - Ireland Branch | |
| | SonicWALL BV - JapanBranch | |
| | SonicWALL BV - Korea Branch | |
| | SonicWALL BV - Singapore Branch | |
| | SonicWALL BV - Spain Branch | |
| | SonicWALL BV - Sweden Branch | |
| | SonicWALL BV - Taiwan Branch | |
| | SonicWALL BV - UK Branch | |
| | SonicWALL Infosecurity Private Limited | |
| | SonicWALL L.L.C. | |
| | SonicWALL Mexico, S de RL de CV | |
| | SonicWall Services Private Limited | |
| | SonicWALL Shanghai Limited | |
| | SonicWALL, Inc. | |
| | Support Center,BV (pka Sitraka) | |
| | Surgient, Inc. | |
| | Symlabs Espana, S.L. | |
| | Symlabs Inc. | |
| | Symlabs S.A. Portugal | |
| | Transaction Applications Group, Inc. | |
| | Trellia Networks, Inc. | |
| | Turin Networks India Pvt. Ltd. | |
| | Turin Networks International, Inc. | |
| | TXZ Holding Company Limited | |
| | Vintela Australia Pty., Ltd | |
| | Vintela Pty, Ltd. | |
| | Vintela, Inc. | |
| | VirtualFabrix Inc. | |
| | Vizioncore | |
| | Vkernel Corp. | |
| | Wedgetail Communications Inc. | |
| | WyseAustralia Pty. LtdAustralia | |
| | Wyse International, Inc. | |
| | Wyse International L.L.C. | |
| | WyseTechnology (Beijing) Co. Ltd China | |
| | WyseTechnology (Canada) Ltd. | |
| | WyseTechnology (UK), LTD | |
| | WyseTechnology Gmbh Germany | |
| | WyseTechnology Holdings (Cayman) Ltd. | |
| | WyseTechnology Inc. | |
| | WyseTechnology International B.V. | |
| | WyseTechnology KK Japan | |
| | WyseTechnology L.L.C. | |
| | WyseTechnology Ltd Taiwan | |
| | WyseTechnology SA France | |
| | WyseTechnology Sales &Marketing India Private Ltd. | |
| | WyseTechnology Singapore Pte Ltd | |

| Entity | Subsidiaries | Date of Exclusion |
|---|---|---|
|  | WyseTechonology China (HK) Ltd. |  |
|  | WyseTechonology S.A de C.V. |  |
|  | WyseTechonology Software Development India Private Ltd. |  |
| **Sharp Corporation** | Sharp Electronics Corporation | 6/26/2014 |
|  | Sharp Manufacturing Company of America |  |
|  | Sharp Electronics Manufacturing Company of America |  |
|  | Sharp Electronics Manufacturing Company of America, Inc. |  |