# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC |
| | MDL NO.: 1917 |
| | Individual Case No. 3:13-cv-02171-SC |
| This Document Relates To: *Dell Inc., et al. v. Hitachi, Ltd., et al.* | **[PROPOSED] ORDER DENYING DELL'S ADMINISTRATIVE MOTION TO CONFIRM ITS OPT OUT REQUEST OR, IN THE ALTERNATIVE, FOR AN ENLARGEMENT OF TIME TO OPT OUT** |

The Court having considered the arguments and materials submitted by the parties, and the papers on file in this case, it is hereby ORDERED that Dell's Motion is DENIED.

IT IS SO ORDERED.

DATED: _____, 2014

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE