**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC |
| | MDL NO.: 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.* | Individual Case No. 3:13-cv-1173-SC<br><br>**[PROPOSED] ORDER DENYING SHARP'S ADMINISTRATIVE MOTION TO CONFIRM ITS OPT-OUT REQUEST OR, IN THE ALTERNATIVE, ENLARGE TIME FOR SHARP TO OPT OUT OF CLASS SETTLEMENTS** |

The Court having considered the arguments and materials submitted by the parties, and the papers on file in this case, it is hereby ORDERED that Sharp's Motion is DENIED.

IT IS SO ORDERED.

DATED: _____, 2014

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE