1 | Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
2 | Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3 | 2001 K Street, NW
Washington, DC  20006-1047
4 | Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
5 | Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
6 | Email: cbenson@paulweiss.com

7 | Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
8 | **TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
9 | San Francisco, California 94111
Telephone:  (415) 788-8200
10 | Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
11 | Email: jpatchen@tcolaw.com

12 | *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

13 | [additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173;<br><br>*Electrograph Sys., Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Interbond Corp. of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | **DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO ISSUE A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO PRODUCE DOCUMENTS IN FRANCE**<br><br>**(CIVIL LOCAL RULE 7-11)** |

1 | *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

2 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

3 |

4 | *Schultze Agency Servs., LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

5 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

6 |

7 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

8 | *Crago, et al. v. Mitsubishi Elec. Corp., et al.*, No. 14-cv-02058.

After committing to produce documents promptly, and to work with the Direct Action Plaintiffs ("DAPs") to obtain documents from France, defendant Thomson SA pulled an about-face and now insists that it will not produce any documents that are located in France because of a French so-called blocking statute. As noted in parallel briefing submitted to the Special Master, the Federal Rules of Civil Procedure obligate Thomson SA to produce its responsive documents, notwithstanding that French statute. We have thus moved the Court for an order compelling their production.

Nonetheless, conscious of the fast-approaching discovery deadline and Thomson SA's apparent position that the Hague Convention governs the DAPs' Requests for Production of Documents, the DAPs alternatively move for an order, pursuant to Civil Local Rule 7-11, to issue a letter of request that Thomson SA produce documents pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("the Hague Convention"). We make this request without prejudice to our overarching position that the Federal Rules of Civil Procedure should completely govern discovery here.

The schedule in this case directs that fact discovery shall be completed by the deadline of September 5, 2014. *See* Stipulation and Order Regarding Scheduling, Dkt. No. 2554 (April 30, 2014); Stipulation and Order Regarding Scheduling, Dkt. No. 2459 (March 21, 2014). After agreeing to this discovery deadline, and making representations that it would facilitate the

- 2 -

production of responsive documents located in France, Thomson SA reversed its position and revealed that it would resist production of *all* admittedly responsive documents located in France on the grounds that such requests contravene applicable principles of public policy and international comity. *See* Benson Decl.,[1] Ex. A (Thomson SA's Responses to Direct Action Plaintiffs' First Set of Requests for Production of Documents (May 14, 2014)). During a meet and confer on June 4, 2014, Thomson SA represented to DAPs that the French "blocking statute,"[2] a 2007 decision by the French Court of Cassation,[3] and a data privacy law,[4] in combination with a 2008 letter from a legal advisor in the French Ministry of Foreign Affairs (Benson Decl., Exs. B-C), bar production of any documents or commercial information not already otherwise in the United States, unless requests are made through Hague Convention procedures. *See* Benson Decl., Ex. D (Letter Memorializing Meet & Confer from Craig A. Benson to Kathy L. Osborn (June 11, 2014)). Since that time, Thomson SA continues to argue that certain documents that "originated and remain located in France" may only be discovered "in accordance with French law by following the procedures of the Hague Convention." *Id.* Ex. E (Letter from Kathy L. Osborn to Craig A. Benson re: *In re CRT Antitrust Litigation*, Case No. 07-cv-5944-SC (N.D. Cal.) (July 14, 2014)). Thomson SA has additionally furnished DAPs with a 2008 letter from a legal advisor in the French Ministry of Foreign Affairs that asserts that the Hague Convention "seems to me likely to apply in this case." *Id.* Exs. B-C (Letter from E. Belliard to M.A. Debon, Thomson SA (Mar. 7, 2008)).

As explained in its letter brief to the Special Master, DAPs maintain that the Federal Rules govern its requests for the production of Thomson SA's documents located in France and with the upcoming discovery deadline, the Hague Convention procedures are effectively unavailable to DAPs as an alternative means. Nevertheless, out of an abundance of caution, DAPs alternatively move for an order permitting the commencement of Hague

---

[1] "Benson Decl." refers to the concurrently-filed Declaration of Craig A. Benson in Support of Direct Action Plaintiffs' Administrative Motion to Issue a Letter of Request for International Judicial Assistance to Produce Documents in France.
[2] Loi 80-538 (July 17, 1980).
[3] In re Advocat Christopher X, Cour de Cassation [Cass. Crim.], Paris, Dec. 12, 2007, Juris-Data No. 2007-83228 (Fr.).
[4] Loi 78-17 (Jan. 6, 1978).

Procedures to acquire the evidence necessary to effectively prosecute its antitrust claims against Thomson SA. The underlying letter of request (Attachment A to the Proposed Order) solicits from Thomson SA the production of the following narrow categories of documents that are located in France and which have been requested by DAPs:

1. All Documents relating to Communications regarding CRTs between or among manufacturers of CRTs, including Defendants.

2. All Documents relating to any Communication between You (or any other Defendant or Co-conspirator) and any other manufacturer of CRTs concerning, relating to, and/or mentioning the production, marketing, pricing, distribution, inventory levels or sale of CRTs.

3. All Documents relating to any Meeting attended by You or any other Defendant or any manufacturer of CRTs during which there was any Communication concerning the production, marketing, pricing, distribution, inventory levels or sale of CRTs, including, but not limited to the notes of any such Meetings.

4. All Documents relating to any contemplated, proposed, planned, pending or executed purchases, sales, acquisitions, mergers, joint ventures, divestitures, transfers, spin-offs or any other change in ownership of any assets, liabilities, subsidiaries, departments, units or other subdivisions of Your or another company relating to production, distribution, marketing, pricing, sale or resale of CRTs during the Relevant Period.

5. Documents relating to Your investment in Videocon Industries, Ltd. during the Relevant Period, including Communications with Videocon Industries, Ltd., financial statements, financial forecasts, and business plans.

6. All Documents reflecting Communications between You and any of the following entities: (a) Thomson Consumer; (b) Technologies Displays; (c) Videocon Industries, Ltd.; (d) Any other Affiliated Entity of You or (a)-(c) above; relating to or reflecting the price or negotiation of prices for any such sale, purchase, or transfer of any CRTs.

7. Copies of all subpoenas or requests for production of Documents issued to Thomson SA by any foreign governmental or legislative investigative body referring or relating to CRTs during the Relevant Period.

8. All Documents relating to, prepared for, submitted to, or received from any foreign governmental or legislative investigative body, including the Canadian Competition Bureau, the European Commission, any agency or representative body of any foreign country, state or other political subdivision, or any law enforcement agency, authority or commission in any foreign country, relating to the production, sale, marketing, pricing or distribution of CRTs. This request includes all Documents relating to proffers, transcripts, notes, summaries, testimony, witness statements, or responses to requests for information that Thomson SA produced to any foreign governmental agency or foreign grand jury, including any

Documents produced as part of any plea bargain negotiations or in connection with any application for or grant of amnesty.

9. All Documents related to Thomson SA's rental, lease, purchase, maintenance, or ownership of offices or manufacturing facilities in the United States during the Relevant Period that were related to the manufacture or sale of CRTs or CRT Products.

This Court has the authority to issue the requested commission pursuant to the All Writs Act, 28 U.S.C. § 1651 and its Civil Local Rule 7-11. There is also precedent in this case for the requested action. *See* Order Granting Motion for Issuance of Letters Rogatory (Kim Woong Tae), Dkt. No. 2601 (May 30, 2014); Order Granting Motion for Issuance of Letters Rogatory (Kim Kyung Joon), Dkt. No. 2601 (May 30, 2014); Order Granting Motion for Issuance of Letters Rogatory (Leo Mink), Dkt. No. 2362 (January 27, 2014).

Given the relevance and importance of the information at issue, DAPs respectfully request that this motion for issuance of letters rogatory be granted, and that the District Court for the Northern District of California issue the attached Letter of Request to the French Central Authority.

Dated: July 28, 2014        By: /s/ *Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

- 5 -

1 | By: /s/ *David J. Burman*

David J. Burman (pro hac vice)
Cori G. Moore (pro hac vice)
Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg (pro hac vice)
Steven D. Merriman (pro hac vice)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
Email: CGMoore@perkisncoie.com
Email: EWeiss@perkinscoie.com
Email: NHesterberg@perkinscoie.com
Email: SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

By: /s/ *Philip J. Iovieno*

William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, New York 12207

|   |   |
|---|---|
| 1 | Telephone: (518) 434-0600 |
|   | Facsimile: (518) 434-0665 |
| 2 | Email: piovieno@bsfllp.com |
|   | Email: anardacci@bsfllp.com |
| 3 | |
|   | *Liaison Counsel for Direct Action Plaintiffs and* |
| 4 | *Attorneys for Plaintiffs Electrograph Systems, Inc.,* |
|   | *Electrograph Technologies Corp., Office Depot, Inc.,* |
| 5 | *Interbond Corporation of America, P.C. Richard & Son* |
|   | *Long Island Corporation, MARTA Cooperative of* |
| 6 | *America, Inc., ABC Appliance, Inc., Schultze Agency* |
|   | *Services LLC on behalf of Tweeter Opco, LLC and* |
| 7 | *Tweeter Newco, LLC and Tech Data Corporation and* |
|   | *Tech Data Product Management, Inc.* |

By:  /s/ *Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Ave, Suite 2300
Miami, Florida 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: mwidom@bilzin.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*


By:  /s/ *David Martinez*

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
Jill Casselman
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, California 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com
Email: jcasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue
2800 LaSalle Plaza

Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

By: /s/ *Lee Godfrey*

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@sumangodfrey.com
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

By: /s/ *Jason Murray*

Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, California 90071
Telephone: 213-443-5582

- 8 -

DIRECT ACTION PLAINTIFFS' MOTION TO ISSUE A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
MASTER FILE NO. 3:07-CV-05944 SC, MDL NO. 1917

Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
aheaven@crowell.com

*Attorneys for Target Corp.*


By:  /s/ *Richard Arnold*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, Florida 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

## E-FILING ATTESTATION

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the Direct Action Plaintiffs' Administrative Motion To Issue A Letter Of Request For International Judicial Assistance To Produce Documents In France (Civil Local Rule 7-11).  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: July 28, 2014                     */s/ Craig A. Benson*
                                              Craig A. Benson