Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173;<br><br>*Electrograph Sys., Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Interbond Corp. of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO ISSUE A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO PRODUCE DOCUMENTS IN FRANCE** |

*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Crago, et al. v. Mitsubishi Electric Corp., et al.*, No. 14-cv-02058.

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia and on March 20, 2013 was granted leave to appear *pro hac vice*. Dkt. No. 12. I submit this Declaration in support of Direct Action Plaintiffs' Motion to Issue a Letter of Request for International Judicial Assistance to Produce Documents in France. I have personal knowledge of the facts stated herein and could competently testify to these facts if called as a witness.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Thomson SA's Responses to Direct Action Plaintiffs' First Set of Requests for Production of Documents, dated May 14, 2014.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a letter provided to me by Kathy Osborn on June 3, 2014, dated March 7, 2008, from E. Belliard to M.A. Debon, Thomson SA.

4. Attached as <u>Exhibit C</u> is a true and correct copy of an unofficial English translation of <u>Exhibit B</u>, as provided to me by Kathy Osborn on June 3, 2014.

2

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF DAPS' MOTION TO ISSUE A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE: MASTER FILE NO. 3:07-cv-05944, MDL NO. 1917

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of a letter dated June 11, 2014, from Craig A. Benson to Kathy L. Osborn, counsel for Thomson SA, memorializing a meet and confer that took place on June 4, 2014.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of a letter dated July 14, 2014, from Kathy L. Osborn to Craig A. Benson re: *In re CRT Antitrust Litigation*, Case No. 07-cv-5944-SC (N.D. Cal).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of July, 2014 in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson