# E<small>XHIBIT</small> B

| | |
|---|---|
| **MINISTERE**<br>**DES**<br>**AFFAIRES ETRANGERES**<br>----<br>DIRECTION DES AFFAIRES JURIDIQUES | **République Française**<br><br>Paris, le 7 mars 2008 |

N° 70210J/LB

Madame,

      Par lettre en date du 19 février 2008, vous m'informez de la demande adressée par le tribunal du District nord de Californie à votre société Thomson Inc., tendant à la communication de certains documents et renseignements d'ordre économique, commercial, industriel, financier ou technique en possession de cette société ou d'autres entités du groupe.

      Votre lettre satisfait à l'obligation d'information prévue à l'article 2 de la loi n° 68-678 du 26 juillet 1968 modifiée relative à la communication de documents et de renseignements d'ordre économique, commercial, industriel, financier et technique, ce dont je prends acte.

      Je vous rappelle que la loi n° 68-678 interdit la communication de documents ou renseignements d'ordre économique, commercial, industriel, financier ou technique tendant à la constitution de preuves en vue de procédures judiciaires ou administratives étrangères ou dans le cadre de celles-ci. Les dispositions de cette loi sont impératives, sous réserve des traités ou accords internationaux.

      A cet égard, la Convention de La Haye du 18 mars 1970 sur l'obtention des preuves à l'étranger en matière civile ou commerciale, à laquelle la France et les Etats-Unis sont parties, ainsi que le traité d'entraide judiciaire entre la France et les Etats-Unis du 10 décembre 1998, me paraissent susceptibles de s'appliquer en l'espèce. Une telle application supposerait néanmoins une demande des autorités américaines à la France selon les procédures qu'ils prévoient, demande qui n'a pas été présentée à ce jour.

Mme Marie-Ange DEBON
Thomson
46, Quai Alfonse Le Gallo
92648 BOULOGNE Cedex

Je vous prie d'agréer, Madame, l'expression de ma considération distinguée.

Edwige BELLIARD

Communiqué :
- CM (M. CONTINI)
- DE (Mme MALAUSSÉNA)
- AME (M. REGNAULD-FABRE)