# EXHIBIT C

| | |
|---|---|
| Ministry of Foreign Affairs<br>Office of Legal Affairs | Republic of France<br><br>Paris, March 7, 2008 |

Madam,

In your letter dated 19 February 2008, you informed me about the request made by the Court for the Northern District of California to your company Thomson Inc., for the disclosure of some economic, commercial, industrial, financial or technical documents and information that this company or other affiliated entities possess.

I understand that your letter complies with information obligation requirements under Article 2 of the Act No. 68-678 of 26 July 1968, as amended, regarding the disclosure of economic, commercial, industrial, financial and technical documents and information.

I remind you that the Act No. 68-678 prohibits the disclosure of economic, commercial, industrial, financial or technical documents or information for the establishment of evidence for foreign judicial or administrative proceedings or in the course of such proceedings. The provisions of the Act are mandatory, subject to international treaties or agreements.

In this respect, the Hague Convention of 18 March 1970, to which France and the United States are parties, on the taking of evidence abroad in civil or commercial matters, as well as the mutual legal assistance treaty between France and the United States dated 10 December 1998, seem to me likely to apply in this case. Nevertheless, such an application would require a request from U.S. authorities to France according to the procedures laid down therein. Such a request has not been presented to date.

Regards,

Edwige Belliard