# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC<br>MDL No. 1917 |
|---|---|
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC | **[PROPOSED] ORDER GRANTING BEST BUY'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Before the Honorable Samuel Conti |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1        **[PROPOSED] ORDER**

2        This matter comes before the Court on Plaintiffs Best Buy Co., Inc., Best Buy Purchasing,

3   LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and

4   Magnolia Hi-Fi, LLC, (collectively, "Best Buy") July 7, 2014 Administrative Motion to File

5   Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 ("Motion to Seal"). Having

6   considered the Motion to Seal, the Declaration of David Martinez in support thereof, and any

7   additional declarations subsequently filed in support, and good cause appearing therefore:

8        The Court hereby GRANTS the Motion to Seal and orders that the documents identified

9   therein are properly sealable and shall be sealed.

10       IT IS SO ORDERED.

11  DATED: _____07/28/2014_____     _____
                                        HONORABLE SAMUEL CONTI
                                        United States District Court Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60827198.1

- 1 -

[PROPOSED] ORDER GRANTING
BEST BUY'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL