1    Kathy L. Osborn (*pro hac vice*)
     Ryan M. Hurley (*pro hac vice*)
2    Faegre Baker Daniels LLP
     300 N. Meridian Street, Suite 2700
3    Indianapolis, IN  46204
     Telephone:  (317) 237-0300
4    Facsimile:  (317) 237-1000
     kathy.osborn@FaegreBD.com
5    ryan.hurley@FaegreBD.com

6    *Attorneys for Defendants Thomson SA*
     *and Thomson Consumer Electronics, Inc.*
7    (additional counsel listed on signature page)

8    Guido Saveri (22349)
     R. Alexander Saveri (173102)
9    Geoffrey C. Rushing (126910)
     Travis L. Manfredi (281779)
10   Saveri & Saveri, Inc.
     706 Sansome Street
11   San Francisco, CA  94111
     Telephone:  (415) 217-6810
12   Facsimile:  (415) 217-6813

     *Interim Lead Counsel for Direct Purchaser Plaintiffs*
13

14            **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16            **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| 18   IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC MDL No. 1917 |
| 19 ────────────────────────── | |
| 20   This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |
| 21 | |
| 22   *Crago d/b/a Dash Computers, Inc., et al. v. Technicolor SA, et al., No. 14-cv-02058* | |
| 23 | Judge:  Hon. Samuel Conti |
| 24 | |

25        Pursuant to Civil Local Rules 6-2 and 7-12, Crago, d/b/a Dash Computers, Inc.; Arch

26   Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton

27   Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein

28

1   and Sons, Inc., d/b/a Wettsteins's (collectively, the "Direct Purchaser Plaintiffs" or "DPPs") and

2   Defendants Thomson S.A. (n/k/a Technicolor S.A.) and Thomson Consumer Electronics, Inc.

3   (n/k/a Technicolor USA, Inc.) (collectively, the "Thomson Defendants") have conferred by and

4   through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS

5   FOLLOWS:

6          WHEREAS, there is pending in the United States District Court for the Northern District

7   of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

8   purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re*

9   *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the

10  "MDL Proceedings");

11         WHEREAS, the DPPs have filed a Class Action Complaint, which is now pending in this

12  MDL, naming the Thomson Defendants as Defendants (the "DPP Complaint");

13         WHEREAS, on May 30, 2014, the DPPs and the Thomson Defendants filed a Stipulation

14  and Proposed Order Regarding Preservation of Argument for Appeal [Dkt. No. 2600], in which

15  the DPPs and the Thomson Defendants agreed, among other things, that Thomson SA would

16  waive service of the DPP Complaint and that the deadline for the Thomson Defendants to answer

17  or otherwise respond to the DPP Complaint would be July 30, 2014;

18         WHEREAS, on June 11, 2014, the DPPs filed their First Amended Class Action

19  Complaint in Case No. 3:14-cv-02058 [Dkt. No. 34] ("DPP First Amended Complaint");

20         WHEREAS, on June 12, 2014, the Court issued an order granting the Stipulation and

21  Proposed Order Regarding Preservation of Argument for Appeal [Dkt. No. 2616];

22         WHEREAS, the DPPs and the Thomson Defendants desire additional time for

23  preliminary discussions and wish to extend the deadline for the Thomson Defendants to answer

24  or otherwise respond to the DPP First Amended Complaint;

25         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel

26  that the deadline for the Thomson Defendants to answer or otherwise respond to the DPP First

27  Amended Complaint shall be on or before August 13, 2014.

28

1

2  Dated:  July 30, 2014                    FAEGRE BAKER DANIELS LLP

3

4                                    By: */s/ Kathy L. Osborn*
                                     Kathy L. Osborn (*pro hac vice*)
5                                    Ryan M. Hurley (*pro hac vice*)
                                     Faegre Baker Daniels LLP
6                                    300 N. Meridian Street, Suite 2700
                                     Indianapolis, IN  46204
7                                    Telephone:  (317) 237-0300
                                     Facsimile:  (317) 237-1000
8                                    kathy.osborn@FaegreBD.com
                                     ryan.hurley@FaegreBD.com
9
                                     Jeffrey S. Roberts (*pro hac vice*)
10                                   Faegre Baker Daniels LLP
                                     3200 Wells Fargo Center
11                                   1700 Lincoln Street
                                     Denver, CO  80203
12                                   Telephone:  (303) 607-3500
                                     Facsimile:  (303) 607-3600
13                                   jeff.roberts@FaegreBD.com

14                                   Calvin L. Litsey (SBN 289659)
                                     Faegre Baker Daniels LLP
15                                   1950 University Avenue, Suite 450
                                     East Palo Alto, CA  94303-2279
16                                   Telephone:  (650) 324-6700
                                     Facsimile:  (650) 324-6701
17                                   calvin.litsey@FaegreBD.com

18                                   Stephen M. Judge (*pro hac vice*)
                                     Faegre Baker Daniels LLP
19                                   202 S. Michigan Street, Suite 1400
                                     South Bend, IN  46601
20                                   Telephone:  (574) 234-4149
                                     Facsimile:  (574) 239-1900
21                                   steve.judge@FaegreBD.com

22                                   *Attorneys for Defendants Thomson SA and Thomson
                                     Consumer Electronics, Inc.*

23

24

25

26

27

28

1

2   Dated:  July 30, 2014                          SAVERI & SAVERI, INC.

3

4                                                  By: */s/ Guido Saveri*
                                                   Guido Saveri (22349)
5                                                  R. Alexander Saveri (173102)
                                                   Geoffrey C. Rushing (126910)
6                                                  Travis L. Manfredi (281779)
                                                   Saveri & Saveri, Inc.
7                                                  706 Sansome Street
                                                   San Francisco, CA  94111
8                                                  Telephone:  (415) 217-6810
                                                   Facsimile:  (415) 217-6813
9
                                                   *Interim Lead Counsel for Direct Purchaser*
10                                                 *Plaintiffs*

11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14  Dated:_____

15                                                 _____
                                                         Hon. Samuel Conti
16                                                    United States District Judge

17          Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

18  document has been obtained from each of the above signatories.

19

20  Dated:  July 30, 2014                    By: */s/ Kathy L. Osborn*

21

22

23

24

25

26

27

28