

<p>
</p>

Case 4:07-cv-05944-JST   Document 2720   Filed 07/30/14   Page 1 of 5

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson SA
and Thomson Consumer Electronics, Inc.*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

*Attorneys for Plaintiffs ViewSonic Corporation*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL**<br><br>Judge: Hon. Samuel Conti |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Thomson S.A. (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.) (collectively, the "Thomson Defendants") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings naming the Thomson Defendants as Defendants (the "ViewSonic Complaint");

WHEREAS, ViewSonic has requested that the Thomson Defendants waive service of the ViewSonic Complaint;

WHEREAS, certain other plaintiffs (the "Direct Action Plaintiffs" or "DAPs") have filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming the Thomson Defendants as Defendants;

WHEREAS, the DAPs have also filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming various other entities as Defendants;

WHEREAS, on August 21, 2013, the Court issued an Order ruling on the other Defendants' Motions to Dismiss and for Judgment on the Pleadings (Dkt. 1856);

WHEREAS, on November 25, 2013, January 27, 2014, and February 7, 2014, Thomson SA filed Motions to Dismiss and/or Strike with Prejudice the DAPs' Complaints or Amended Complaints (Dkt. 2235, 2355, 2373);

WHEREAS, on November 25, 2013, January 16, 2014, and January 27, 2014, Thomson Consumer filed Motions to Dismiss and/or Strike with Prejudice the DAPs' Complaints or

Amended Complaints (Dkt. 2236, 2329, 2353);

WHEREAS, on March 13, 2014, the Court issued an Order ruling on the Thomson Defendants' Motions to Dismiss and/or Strike with Prejudice the DAPs' Complaints of Amended Complaints (Dkt. 2440);

WHEREAS, ViewSonic and the Thomson Defendants wish to conserve judicial resources and avoid re-litigating issues previously decided by this Court while preserving any and all appeal rights of ViewSonic and the Thomson Defendants;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. All motions decided in the MDL to date are deemed to have been raised by the Thomson Defendants against the ViewSonic Complaint, and the arguments raised in any such motions are preserved for appellate purposes as if they had been made by the Thomson Defendants against the ViewSonic Complaint.

2. The Thomson Defendants waive service of the ViewSonic Complaint in accordance with Rule 4(d) of the Federal Rules of Civil Procedure.

3. The deadline for the Thomson Defendants to answer or otherwise respond to the ViewSonic Complaint will be on or before July 25, 2014.

Dated:  July 25, 2014                               FAEGRE BAKER DANIELS LLP

 By: */s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone:  (303) 607-3500
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone:  (650) 324-6700
Facsimile:  (650) 324-6701
calvin.litsey@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone:  (574) 234-4149
Facsimile:  (574) 239-1900
steve.judge@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

Dated:  July 25, 2014    CROWELL & MORING LLP


By: */s/* Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W. Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
         aheaven@crowell.com

*Counsel for ViewSonic Corporation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 07/29/2014

Hon. Samuel Conti
United States District Judge

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  July 25, 2014                                          By: */s/ Kathy L. Osborn*

---

STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL
Case No. 07-5944; MDL NO. 1917
5

US.54582608.01