Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

*Attorney for Plaintiff ViewSonic Corporation*
(additional counsel listed on signature page)

James L. McGinnis (CA Bar No. 95788)
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email: jmcginnis@sheppardmullin.com

*Attorney for Defendants Samsung SDI America, Inc; Samsung SDI Co., Ltd; Samsung SDI (Malaysia) SDN.BHD.; Samsung SDI Mexico S.A DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*
(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND PRESERVATION OF ARGUMENTS FOR APPEAL**<br><br>Judge:  Hon. Samuel Conti |
| This Document Relates to:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | |

Pursuant to Civil Local Rule 7-12 and Rules 4(d) and 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Samsung SDI America, Inc; Samsung SDI Co., Ltd; Samsung SDI(Malaysia) SDN.BHD.; Samsung SDI Mexico S.A DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd. (collectively "Samsung SDI") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings, naming Samsung SDI, among others, as Defendants (the "ViewSonic Complaint");

WHEREAS, certain other plaintiffs (the "Direct Action Plaintiffs" or "DAPs") have filed Complaints or Amended Complaints alleging the same conduct and naming Samsung SDI as Defendants;

WHEREAS, the DAPs have also filed Complaints or Amended Complaints alleging the same conduct and naming various other entities as Defendants;

WHEREAS, ViewSonic has requested that Samsung SDI waive service of the ViewSonic Complaint; and

WHEREAS, ViewSonic and Samsung SDI wish to avoid expenses associated with service of summons, while avoiding unnecessary briefing and preserving any and all appeal rights of ViewSonic and Samsung SDI;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. All motions decided in the MDL to date are deemed to have been raised by

Samsung SDI against the ViewSonic Complaint, and the arguments raised in any such motions are preserved for appellate purposes as if they had been made by Samsung SDI against the ViewSonic Complaint.

2. Samsung SDI agrees to waive formal service of the ViewSonic Complaint in accordance with Rule 4(d) Federal Rules of Civil Procedure.

3. Samsung SDI shall answer ViewSonic's Complaint by September 23, 2014 pursuant to Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 25, 2014                           CROWELL & MORING LLP

                                               By: /s/ Jason C. Murray

                                               Jason C. Murray (CA Bar No. 169806)
                                               CROWELL & MORING LLP
                                               515 South Flower St., 40th Floor
                                               Los Angeles, CA 90071
                                               Telephone: 213-443-5582
                                               Facsimile:  213-622-2690
                                               Email: jmurray@crowell.com

                                               Jerome A. Murphy (*pro hac vice*)
                                               Astor H.L. Heaven (*pro hac vice*)
                                               CROWELL & MORING LLP
                                               1001 Pennsylvania Avenue, N.W. Washington, D.C. 20004
                                               Telephone: 202-624-2500
                                               Facsimile:  202-628-5116
                                               E-mail: jmurphy@crowell.com
                                                       aheaven@crowell.com

                                               *Counsel for ViewSonic Corporation*

Dated: July 25, 2014                                SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ James L. McGinnis

Gary Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
Dylan I. Ballard (SBN 253929)
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email: ghalling@sheppardmullin.com
            jmcginnis@sheppardmullin.com
            mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc; Samsung SDI Co., Ltd; Samsung SDI (Malaysia) SDN.BHD.; Samsung SDI Mexico S.A DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 07/29/2014

_____
Judge Samuel Conti

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 25, 2014                                By: /s/ Jason C. Murray

---

STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL
Case No. 07-5944; MDL NO. 1917
4

DCACTIVE-28468341.1