| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): <br> **Specialized Legal Services** <br> PO BOX 77141 <br> San Francisco, CA 94103 <br> TELEPHONE NO.: 415-357-0500  FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): IN RE CATHODE RAY TUBE ANTITRUST LITIG. | FOR COURT USE ONLY <br> FILED <br> 2014 JUL 30 P 12: 48 <br> S. ... <br> DISTRICT COURT <br> DIST OF CALIFORNIA |
|---|---|
| United States District Court, Northern District of California <br> STREET ADDRESS: 450 Golden Gate Ave. 16th Floor <br> MAILING ADDRESS: 450 Golden Gate Ave. 16th Floor <br> CITY AND ZIP CODE: San Francisco 94102 <br> BRANCH NAME: Phillip Burton Federal Building | |
| PLAINTIFF/PETITIONER: IN RE CATHODE RAY TUBE ANTITRUST LITIG. | CASE NUMBER: <br> 3:07-CV-05944; MDL 1917 |
| DEFENDANT/RESPONDENT: This Document Relates to ALL ACTIONS | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> **P119163** |

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of (specify documents):
   **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

3. a. Party served (specify name of party as shown on documents served):
      **AMAZON.COM, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):
      **CAROLINE LITTLE, EMPLOYEE, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a black-haired white female approx. 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**

4. Address where the party was served:
   **300 DESCHUTES WAY SW, SUITE #304, TUMWATER, WA 98501**

5. I served the party (check proper box)

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **07/23/2014** at (time): **11:53 AM**

   b. [ ] **by substituted service.** On (date):        at (time):        I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):        from (city):        or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2 <br> Code of Civil Procedure, § 417.10 <br> Tracking #: **0004135647**

REF: P119163

| PLAINTIFF/PETITIONER: IN RE CATHODE RAY TUBE ANTITRUST LITIG. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: This Document Relates to ALL ACTIONS | 3:07-CV-05944; MDL 1917 |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:      (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*

    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**

  a. Name:  **Derik Solberg**
  b. Address:  **3400 Capitol Blvd. SE, Ste. 103, Tumwater, WA 98501**
  c. Telephone number:  **360-754-6595**
  d. The fee for service was: **$ 160.00**
  e. I am:

    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ owner  ☐ employee  ☐ independent contractor.  For:
      (ii) ☐ Registration No.:    Registration #:
      (iii) ☐ County:    County:

BY FAX

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: ___ / ___ / 20___

**Derik Solberg**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2
REF: P119163    Tracking #: 0004135647