

**FILED**

JUL 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



## NATIONAL COURT ADMINISTRATION
## REPUBLIC OF KOREA

219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 137-750
Tel: 82-2-3480-1374, Fax: 82-2-533-2824

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
CASE NO. CV-07-5944-SC

DEAR : HONORABLE SAMUEL CONTI
Re. : Request for Examining the Witness

The National Court Administration(NCA) of the Republic of Korea responds in the following way regarding the Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (hereinafter "the Convention") regarding Case No. CV-07-5944-SC, signed May 30, 2014.

In accordance with Article 3 of the Convention, a Letter of Request shall specify the questions to be put to the persons to be examined or a statement of the subject-matter about which they are to be examined. And Article 80 of the Civil Procedure Rules of Korea stipulates that anyone requesting oral examinations must submit the questions for the oral examinations to the court by the requested date, and that if the questions are deemed unspecified, the presiding judge may demand appropriate amendments. The Letter of Request by your court lacks such questions to be put to Mr. Kim Myung Joon. Without an addition of the list of such questions, it makes very probable that the requested authorities would find it impossible to execute your request. Thus, it is recommended that the specific questions to be put to Mr. Kim would be added to the Letter of Request.

For the reasons stated above, we regret to inform you that the request is returned pursuant to the Article 5 of the convention. National Court Administration of Korea will provide all possible support and be fully cooperative once we receive revised letter of request from your court.

July 14, 2014

Kim, Chang-mo
Director of International Affairs



**NATIONAL COURT ADMINISTRATION**
219 Seocho-daero, Seocho-gu
Seoul, KOREA. 137-750

법원행정처장

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102 USA

RECEIVED
JUL 29 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case 4:07-cv-05944-JST   Document 2725   Filed 07/29/14   Page 3 of 3

