Guido Saveri (22349)
  *guido@saveri.com*
R. Alexander Saveri (173102)
  *rick@saveri.com*
Geoffrey C. Rushing (126910)
  *grushing@saveri.com*
Cadio Zirpoli (179108)
  *cadio@saveri.com*
Travis L. Manfredi (281779)
  *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF DANIEL BURKE IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Daniel Burke, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was hired by class counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On June 2, 2014, Gilardi received a letter from Eddie E. Woods Jr., dated May 30, 2014, regarding the Samsung SDI and Hitachi settlements. A true and correct copy of Mr. Woods's letter is attached hereto as Exhibit A.

3. On July 21, 2014, I spoke with Mr. Woods by telephone regarding his letter. I noted that he had stated in the letter "I would like to remain in the settlement class and object." Mr. Woods informed me that he had no intention of objecting to the settlements and he was not sure why he had included the word "object" in his letter. Mr. Woods seemed surprised that I thought he might be objecting to the settlements. He informed me that if eligible he wanted to participate as a class member and that the purpose of the letter was only to obtain information about the distribution of settlement funds to the class.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 31th day of July, 2014 at San Rafael, California.

_____
DANIEL BURKE

# EXHIBIT A

5-30-2014

Name: Eddie E. Woods Jr.

I would like to Remain in the Settlement Class and Object

My Comments: are How Long would it tAke to recvice and payment in the In re cathode Ray Tube (C.R.T) Antirust Litigation, MDL No. 1917)

My Home address: 3132 Westgreenfeild Ave. Milwaukee Wis 53215

Home Phone: 414-837-0026

Please keep me infor By mail

Sign Eddie E. Woods Jr.

Eddie, E. Woods
3132 Westgreenfeild Ave
Milwaukee Wis
zip 53215

MILWAUKEE WI 530
30 MAY 2014 PM 6 L

RECEIVED EC
JUN 02 2014
CLAIMS CENTER

C.R.T. Claims Administrator
c/o Gilardi & Co. LLC
P O Box 808003
Petaluma CA. 94975-8003

Freedom FOREVER