(*Stipulating Parties Listed on Signature Pages*)

1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| This Document Relates to: | Case No. CGC-11-515784 |
| THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. KAMALA D. HARRIS, Attorney General of the State of California, as *parens patriae* on behalf of natural persons residing in the state, et al., | **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY** |
| Plaintiffs, | |
| v. | |
| SAMSUNG SDI CO., LTD., et al., | |
| Defendants. | |

22

23

24

25

26

27

28

1    WHEREAS, Panasonic Corporation, Panasonic Corporation of North America, and MT

2  Picture Display Co., Ltd. (together, the "Panasonic Defendants") are named as defendants in the

3  above-captioned action.

4    WHEREAS, on April 15, 2014, the California Attorney General served the Expert Report of

5  William S. Comanor ("Comanor Report") on the Panasonic Defendants.

6    WHEREAS, the undersigned parties have tentatively agreed to settle this matter, pending the

7  approval and signing of a settlement agreement, pursuant to mediation and on July 18, 2014 entered

8  into a term sheet memorializing the terms of such agreement.

9    WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling entered by this

10  Court on March 21, 2014 (Dkt. No. 2459), defendants' opposition expert reports on the merits are

11  due by August 5, 2014.

12    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned

13  parties as follows:

14    1.    The Panasonic Defendants will not file an individual report in opposition to the

15  Comanor Report on August 5, 2014.

16    2.    In the event the parties are unable to reach a final settlement agreement, the

17  Panasonic Defendants will be entitled to submit an individual report in response to the Comanor

18  Report, and expert discovery shall resume pursuant to a schedule to be agreed upon by the parties.

19

20  Dated:  August 5, 2014                                      WINSTON & STRAWN LLP

21

22                                                       By: */s/ Molly M. Donovan*
                                                            JEFFREY L. KESSLER (*pro hac vice*)
23                                                          Email: jkessler@winston.com
                                                            EVA W. COLE (*pro hac vice*)
24                                                          Email: ewcole@winston.com
                                                            MOLLY M. DONOVAN (*pro hac vice*)
25                                                          Email: mmdonovan@winston.com
                                                            ALDO A. BADINI (257086)
26                                                          Email: abadini@winston.com
                                                            WINSTON & STRAWN LLP
27                                                          200 Park Avenue
                                                            New York, New York 10166-4193
28                                                          Telephone: (212) 294-6700

                                                            2

STIPULATION AND [PROPOSED] ORDER                                                    MDL No. 1917
REGARDING EXPERT DISCOVERY

Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

Kamala D. Harris
Attorney General of California

By: /s/ *Emilio Varanini*
Emilio Varanini
Deputy Attorney General

*Attorneys for the State of California et al.*

3