Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

*Attorney for Plaintiff ViewSonic Corporation*
(additional counsel listed on signature page)

Erik T. Koons
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V.*
*and Philips Electronics North America Corporation.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND PRESERVATION OF ARGUMENTS FOR APPEAL** |
| This Document Relates to:<br><br> *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | Judge:  Hon. Samuel Conti |

Pursuant to Civil Local Rule 7-12 and Rules 4(d) and 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively "Philips Defendants") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS,  there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings, naming the Philips Defendants, among others, as Defendants (the "ViewSonic Complaint");

WHEREAS, certain other plaintiffs, including the Direct Purchaser Plaintiffs ("DPPs"), the Indirect Purchaser Plaintiffs ("IPPs"), and the Direct Action Plaintiffs ("DAPs") have filed substantially similar Complaints or Amended Complaints alleging the same or similar conduct and naming the Philips Defendants as parties thereto;

WHEREAS, the DPPs, IPPs and DAPs have also filed substantially similar Complaints or Amended Complaints alleging the same or similar conduct and naming various other entities as Defendants;

WHEREAS, the Philips Defendants have waived formal service of the ViewSonic Complaint; and

WHEREAS, ViewSonic and the Philips Defendants wish to avoid unnecessary briefing and preserve any and all appeal rights of ViewSonic and Philips.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1.      All motions decided in the MDL to date are deemed to have been raised by the

Philips Defendants against the ViewSonic Complaint, and the arguments raised in any such motions are preserved for appellate purposes as if they had been made by the Philips Defendants against the ViewSonic Complaint.

      2.    Unless otherwise ordered by the Court, the Philips Defendants shall answer the ViewSonic Complaint by August 25, 2014 pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii).


Dated:  August 5, 2014                    CROWELL & MORING LLP


                                  By: */s/ Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W. Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
E-mail: jmurphy@crowell.com
             aheaven@crowell.com

*Counsel for ViewSonic Corporation*


Dated:  August 5, 2014                    BAKER BOTTS LLP

By: */s/ Erik T. Koons*
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation.*

DCACTIVE-28468341.1

1

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5  Dated:_____          _____

6                                           Hon. Samuel Conti
                                        United States District Judge

7

8

9

10       Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

11  document has been obtained from each of the above signatories.

12  Dated:  August 5, 2014              By: /s/ Jason C. Murray  _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28