Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson SA
and Thomson Consumer Electronics, Inc.*
(additional counsel listed on signature page)

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |
| *Crago d/b/a Dash Computers, Inc., et al. v. Technicolor SA, et al., No. 14-cv-02058* | |
| | Judge:  Hon. Samuel Conti |

Pursuant to Civil Local Rules 6-2 and 7-12, Crago, d/b/a Dash Computers, Inc.; Arch

Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton

Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein

and Sons, Inc., d/b/a Wettsteins's (collectively, the "Direct Purchaser Plaintiffs" or "DPPs") and Defendants Thomson S.A. (n/k/a Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) (collectively, the "Thomson Defendants") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS,  there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, the DPPs have filed a Class Action Complaint, which is now pending in this MDL, naming the Thomson Defendants as Defendants (the "DPP Complaint");

WHEREAS, on May 30, 2014, the DPPs and the Thomson Defendants filed a Stipulation and Proposed Order Regarding Preservation of Argument for Appeal [Dkt. No. 2600], in which the DPPs and the Thomson Defendants agreed, among other things, that Thomson SA would waive service of the DPP Complaint and that the deadline for the Thomson Defendants to answer or otherwise respond to the DPP Complaint would be July 30, 2014;

WHEREAS, on June 11, 2014, the DPPs filed their First Amended Class Action Complaint in Case No. 3:14-cv-02058 [Dkt. No. 34] ("DPP First Amended Complaint");

WHEREAS, on June 12, 2014, the Court issued an order granting the Stipulation and Proposed Order Regarding Preservation of Argument for Appeal [Dkt. No. 2616];

WHEREAS, the DPPs and the Thomson Defendants desire additional time for preliminary discussions and wish to extend the deadline for the Thomson Defendants to answer or otherwise respond to the DPP First Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel that the deadline for the Thomson Defendants to answer or otherwise respond to the DPP First Amended Complaint shall be on or before August 13, 2014.

1

2   Dated:  July 30, 2014                     FAEGRE BAKER DANIELS LLP

3

4                                     By: /s/ Kathy L. Osborn
                                     Kathy L. Osborn (pro hac vice)
5                                     Ryan M. Hurley (pro hac vice)
                                     Faegre Baker Daniels LLP
6                                     300 N. Meridian Street, Suite 2700
                                     Indianapolis, IN  46204
7                                     Telephone:  (317) 237-0300
                                     Facsimile:  (317) 237-1000
8                                     kathy.osborn@FaegreBD.com
                                     ryan.hurley@FaegreBD.com
9
                                     Jeffrey S. Roberts (pro hac vice)
10                                    Faegre Baker Daniels LLP
                                     3200 Wells Fargo Center
11                                    1700 Lincoln Street
                                     Denver, CO  80203
12                                    Telephone:  (303) 607-3500
                                     Facsimile:  (303) 607-3600
13                                    jeff.roberts@FaegreBD.com

14                                    Calvin L. Litsey (SBN 289659)
                                     Faegre Baker Daniels LLP
15                                    1950 University Avenue, Suite 450
                                     East Palo Alto, CA  94303-2279
16                                    Telephone:  (650) 324-6700
                                     Facsimile:  (650) 324-6701
17                                    calvin.litsey@FaegreBD.com

18                                    Stephen M. Judge (pro hac vice)
                                     Faegre Baker Daniels LLP
19                                    202 S. Michigan Street, Suite 1400
                                     South Bend, IN  46601
20                                    Telephone:  (574) 234-4149
                                     Facsimile:  (574) 239-1900
21                                    steve.judge@FaegreBD.com

22                                    *Attorneys for Defendants Thomson SA and Thomson
                                     Consumer Electronics, Inc.*

23

24

25

26

27

28
        STIPULATION AND [PROPOSED] ORDER RE            3            No. 07-5944-SC; MDL No. 1917
        DEADLINE TO ANSWER OR OTHERWISE
        RESPOND TO FIRST AMENDED COMPLAINT

1

2  Dated:  July 30, 2014                    SAVERI & SAVERI, INC.

3

4                                By: /s/ Guido Saveri
                                  Guido Saveri (22349)
5                                 R. Alexander Saveri (173102)
                                  Geoffrey C. Rushing (126910)
6                                 Travis L. Manfredi (281779)
                                  Saveri & Saveri, Inc.
7                                 706 Sansome Street
                                  San Francisco, CA  94111
8                                 Telephone:  (415) 217-6810
                                  Facsimile:  (415) 217-6813
9
                                  *Interim Lead Counsel for Direct Purchaser*
10                                *Plaintiffs*

11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14  Dated:___08/05/2014_____        _____
                                                    Hon. Samuel Conti
15                                              United States District Judge

16

17          Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

18  document has been obtained from each of the above signatories.

19

20  Dated:  July 30, 2014                    By: /s/ Kathy L. Osborn

21

22

23

24

25

26

27

28