Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

*Attorney for Plaintiff ViewSonic Corporation*
(additional counsel listed on signature page)

Rachel S. Brass
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*
(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL** |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | |
| | Judge: Hon. Samuel Conti |

Pursuant to Civil Local Rule 7-12 and 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "Chunghwa") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings, naming Chunghwa, among others, as Defendants (the "ViewSonic Complaint");

WHEREAS, certain other plaintiffs (the "Direct Action Plaintiffs" or "DAPs") have filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming Chunghwa as Defendants;

WHEREAS, the DAPs have also filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming various other entities as Defendants;

WHEREAS, the ViewSonic Complaint was deemed served on Chunghwa on July 12, 2014, pursuant to the Court's Order of July 7, 2014 (Dkt. 2674); and

WHEREAS, ViewSonic and Chunghwa wish to avoid unnecessary briefing and preserve any and all appeal rights of ViewSonic and Chunghwa;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1.  All Rule 12 motions decided in the MDL to date are deemed to have been raised by Chunghwa against the ViewSonic Complaint, and the arguments raised in any such motions are preserved for appellate purposes as if they had been made by Chunghwa against the

ViewSonic Complaint.

2. Chunghwa shall answer the ViewSonic Complaint by August 18, 2014.

Dated:  July 30, 2014                                        CROWELL & MORING LLP

By: */s/ Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W. Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
E-mail: jmurphy@crowell.com
           aheaven@crowell.com

*Counsel for ViewSonic Corporation*

Dated July 30, 2014                                         GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
Joel Sanders
Rachel S. Brass
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL
Case No. 07-5944; MDL NO. 1917

DCACTIVE-28468341.1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 08/05/2014

_____
Hon. Samuel Conti
United States District Judge

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 30, 2014                    By: */s/ Jason C. Murray*

---

STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL
Case No. 07-5944; MDL NO. 1917
4

DCACTIVE-28468341.1