SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com

HELEN CHO ECKERT, Cal. Bar No. 240531
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
E-mail:       heckert@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN, BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRAZIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD.
and TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-5944-SC <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> ALL ACTIONS | **NOTICE OF APPEARANCE BY HELEN CHO ECKERT** |

1   PLEASE TAKE NOTICE that Helen Cho Eckert of the law firm Sheppard Mullin
2 Richter & Hampton LLP, 333 South Hope Street, 43rd Floor, Los Angeles CA 90071-
3 1448, hereby enters her appearance as counsel of record for defendants Samsung SDI
4 America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) Sdn. Bhd.; Samsung SDI
5 Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co. Ltd.; and
6 Tianjin Samsung SDI Co., Ltd.

Dated:  August 7, 2014            Respectfully submitted,

By:            */s/ Helen Cho Eckert*
    GARY L. HALLING (66087)
    Email:  ghalling@sheppardmullin.com
    JAMES L. McGINNIS (95788)
    Email:  jmcginnis@sheppardmullin.com
    MICHAEL W. SCARBOROUGH (203524)
    Email:  mscarborough@sheppardmullin.com
    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
    Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
    Telephone:   (415) 434-9100
    Facsimile:   (415) 434-3947

    HELEN CHO ECKERT (240531)
    Email:  heckert@sheppardmullin.com
    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
    333 South Hope Street, 43rd Floor
    Los Angeles, California 90071-1448
    Telephone:   (213) 620-1780
    Facsimile:   (213) 620-1398

    *Attorneys for Defendants SAMSUNG SDI AMERICA, INC., SAMSUNG SDI CO., LTD., SAMSUNG SDI (MALAYSIA) SDN, BHD., SAMSUNG SDI MEXICO S.A. DE C.V., SAMSUNG SDI BRAZIL LTDA., SHENZHEN SAMSUNG SDI CO., LTD. and TIANJIN SAMSUNG SDI CO., LTD.*