Michael Lacovara
michael.lacovara@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel: (212) 277-4000
Fax: (202) 277-4001

*Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944<br>MDL NO. 1917 – ALL CASES |
| This document relates to:<br>ALL ACTIONS | **NOTICE OF APPEARANCE OF MICHAEL LACOVARA**<br><br>Before the Honorable Samuel Conti |

PLEASE TAKE NOTICE that Michael Lacovara hereby enters his appearance in these actions on behalf of defendant Beijing Matsushita Color CRT Company, Ltd. Mr. Lacovara is admitted to practice and in good standing in the United States District Court for the Northern District of California.

Dated: August 8, 2014

Respectfully submitted,

Freshfields Bruckhaus Deringer US LLP

By: /s/ *Michael Lacovara*
    Michael Lacovara
    Freshfields Bruckhaus Deringer
     US LLP
    Email: michael.lacovara@freshfields.com
    601 Lexington Avenue, 31st Floor
    New York, NY 10022
    Tel: (212) 277-4000
    Fax: (202) 277-4001

*Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.*