## CERTIFICATE OF SERVICE

I, Michael Lacovara, declare that I am over the age of eighteen (18) and not a party to this action. I am an partner with the law firm of Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, 31st Floor, New York, NY 10022.

On August 8, 2014, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF MICHAEL LACOVARA** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.

Dated: August 8, 2013

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By: /s/ *Michael Lacovara*
Michael Lacovara
Freshfields Bruckhaus Deringer
 US LLP
Email: michael.lacovara@freshfields.com
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel: (212) 277-4000
Fax: (202) 277-4001

*Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.*

NOTICE OF APPEARANCE OF MICHAEL LACOVARA
Case No. 07-cv-5944-SC, MDL No. 1917