**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>(CIVIL LOCAL RULE 11-3) |

   I, Marc Howard Kallish, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing; Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation, in its dispute against Dell, Inc. and Dell Products, L.P. in the above-entitled action. My local co-counsel in this case is Jon V. Swenson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record:<br>Freeborn & Peters LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Local Co-counsel's Address of Record:<br>BAKER BOTTS L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304 |
|---|---|
| My Telephone # of Record:<br>(312) 360-6471 | Local Co-counsel's Telephone # of Record:<br>(650) 739-7514 |
| My email address of record:<br>mkallish@freeborn.com | Local Co-Counsel's email address of Record:<br>jon.swenson@bakerbotts.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6231021.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 8, 2014                                         /s/ Marc Howard Kallish
                                                                          APPLICANT

**ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Marc Howard Kallish is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

   Dated:

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Marc Howard Kallish

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 9, 1996 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, July 30, 2014.

*Carolyn Taft Grosboll*
Clerk