Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
E-mail: jmurray@crowell.com

*Attorney for Plaintiff ViewSonic Corporation*
(additional counsel listed on signature page)

David L. Yohai (*pro hac vice*)
Adam C. Hemlock (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

Bambo Obaro (267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*
(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC

Master Case No. 3:07-cv-05944-SC

MDL No. 1917

Individual Case No. 3:14-cv-02510-SC

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL**

Pursuant to Civil Local Rules 6-2 and 7-12, and Rules 4(d) and 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Panasonic Corporation, Panasonic Corporation of North America and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants" or "Panasonic entities") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings, naming the Panasonic entities, among others, as Defendants (the "ViewSonic Complaint");

WHEREAS, certain other plaintiffs, including the Direct Purchaser Plaintiffs ("DPPs"), the Indirect Purchaser Plaintiffs ("IPPs") and the Direct Action Plaintiffs ("DAPs"), have filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming the Panasonic entities as Defendants;

WHEREAS, the DPPs, IPPs and DAPs have also filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming various other entities as Defendants;

WHEREAS, on May 18, 2009, various Defendants in the MDL Proceedings, include the Panasonic Defendants, filed several joint or individual Motions to Dismiss the DPPs' and IPPs' Consolidated Amended Complaints (Dkt. 463, 464, 466, 467, 474, 476, 479, 482, 485, 491, 492);

WHEREAS, on March 30, 2010, the Court issued an Order ruling on the Motions to Dismiss the DPPs' and IPPs' Consolidated Amended Complaints (Dkt. 665);

WHEREAS, on December 12, 2011, various Defendants in the MDL Proceedings, including the Panasonic Defendants, filed a joint Motion for Summary Judgment against the DPPs (Dkt. 1013);

WHEREAS, on November 29, 2012, the Court issued an Order ruling on the Motion for Summary Judgment against the DPPs (Dkt. 1470);

WHEREAS, on August 17, 2012, various Defendants in the MDL Proceedings, including the Panasonic Defendants, filed several joint or individual Motions to Dismiss and for Judgment on the Pleadings with respect to certain DAPs (Dkt. 1316, 1317, 1319);

WHEREAS, on August 21, 2013, the Court issued an Order ruling on the Defendants' Motions to Dismiss and for Judgment on the Pleadings (Dkt. 1856);

WHEREAS, on June 26, 2014, ViewSonic requested that the Panasonic Defendants waive service of their Complaint;

WHEREAS, on July 25, 2014, the Panasonic Defendants executed the waivers of service and accepted service of the ViewSonic Complaint;

WHEREAS, pursuant to Federal Rules of Civil Procedure 4(d)(3), 12(a)(1)(A)(ii) and party agreement, due to their waiver of service, the Panasonic Defendants had 60 days after the request for waiver of service was sent (until August 25, 2014) to answer or otherwise respond to the ViewSonic Complaint;

WHEREAS, on July 28, 2014, the Court issued a Scheduling Order setting, *inter alia*, July 25, 2014 as the date to answer the ViewSonic Complaint (Dkt. 2711);

WHEREAS, ViewSonic and the Panasonic Defendants have agreed to maintain August 25, 2014 as the date for the Panasonic Defendants to answer or otherwise respond to the ViewSonic Complaint; and

WHEREAS, ViewSonic and Panasonic Defendants wish to avoid unnecessary briefing and preserve any and all appeal rights of ViewSonic and Panasonic;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. All motions decided in the MDL to date are deemed to have been raised by the Panasonic Defendants against the ViewSonic Complaint, and the arguments raised in any such motions are preserved for appellate purposes as if they had been made by the Panasonic Defendants against the ViewSonic Complaint.

2. Panasonic Defendants shall answer or otherwise respond to the ViewSonic Complaint on or before August 25, 2014.

3. No other dates set in the Court's July 28, 2014 Scheduling Order (Dkt. 2711) are changed by this Stipulation and Order.

Dated: August 1, 2014

By: /s/Jason C. Murray

Jason C. Murray (169806)
E-mail: jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690

Jerome A. Murphy (*pro hac vice)*
E-mail: jmurphy@crowell.com
Astor H.L. Heaven *(pro hac vice)*
E-mail: aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116

*Counsel for ViewSonic Corporation*

By: /s/ Adam C. Hemlock

DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BAMBO OBARO (267683)
E-mail: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175

Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
E-mail: jkessler@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
E-mail: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

*Counsel for Defendant Panasonic Corporation, Panasonic Corporation of North American and MT Picture Display Co., Ltd.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: August 1, 2014 By: */s/ Jason C. Murray*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 08/11/2014

Hon. Samuel Conti
United States District Judge