Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        rmcnary@crowell.com

*Attorney for Plaintiff ViewSonic Corporation*
(additional counsel listed on signature page)

Hojoon Hwang
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendants LG Electronics, Inc.*
*and LG Electronics U.S.A., Inc.*
(additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND PRESERVATION OF ARGUMENTS FOR APPEAL**<br><br>Judge:  Hon. Samuel Conti |
| This Document Relates to: | |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | |

24274015.1

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff ViewSonic Corporation

2   ("ViewSonic") and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.

3   (collectively the "LG Defendants") have conferred by and through their counsel and, subject to

4   the Court's approval, HEREBY STIPULATE AS FOLLOWS:

5   WHEREAS, there is pending in the United States District Court for the Northern District

6   of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

7   purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray*

8   *Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL

9   Proceedings");

10   WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to

11   the MDL Proceedings, naming the LG Defendants, among others, as Defendants (the

12   "ViewSonic Complaint");

13   WHEREAS, certain other plaintiffs (the "Direct Action Plaintiffs" or "DAPs") have filed

14   substantially similar Complaints or Amended Complaints alleging the same conduct and naming

15   the LG Defendants as Defendants;

16   WHEREAS, the DAPs have also filed substantially similar Complaints or Amended

17   Complaints alleging the same conduct and naming various other entities as Defendants;

18   WHEREAS, the LG Defendants have waived formal service of the ViewSonic

19   Complaint; and

20   WHEREAS, the LG Defendants answered the ViewSonic complaint following

21   representations from ViewSonic that the parties would enter the stipulation described herein; and

22   WHEREAS, ViewSonic and the LG Defendants wish to avoid unnecessary briefing and

23   to preserve any and all appeal rights of ViewSonic and the LG Defendants;

24   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel

25   as follows:

26   1.   All motions decided in the MDL to date are deemed to have been raised by the

27   LG Defendants against the ViewSonic Complaint, and the arguments raised in any such motions

28

1  are preserved for appellate purposes as if they had been made by the LG Defendants against the

2  ViewSonic Complaint.

3

4  Dated:  August 14, 2014                         CROWELL & MORING LLP

5

6                                              By: /s/ Jason C. Murray

7                                              Jason C. Murray (CA Bar No. 169806)
                                               Robert B. McNary (CA Bar No. 253745)
8                                              CROWELL & MORING LLP
                                               515 South Flower St., 40th Floor
9                                              Los Angeles, CA 90071
                                               Telephone: 213-443-5582
10                                             Facsimile:  213-622-2690
                                               Email: jmurray@crowell.com
11                                                     rmcnary@crowell.com

12                                             Jerome A. Murphy (pro hac vice)
                                               Astor H.L. Heaven (pro hac vice)
13                                             CROWELL & MORING LLP
                                               1001 Pennsylvania Avenue, N.W. Washington,
14                                             D.C. 20004
                                               Telephone: 202-624-2500
15                                             Facsimile:  202-628-5116
                                               E-mail: jmurphy@crowell.com
16                                                     aheaven@crowell.com

17                                             Counsel for ViewSonic Corporation

18

19

20

21

22  Dated August 14, 2014                          MUNGER, TOLLES & OLSON LLP

23                                             By:   /s/ Hojoon Hwang
                                               Hojoon Hwang
24                                             William D. Temko
                                               Laura K. Lin
25                                             MUNGER, TOLLES & OLSON LLP
                                               560 Mission Street
26                                             Twenty-Seventh Floor
                                               San Francisco, California 94105-2907
27                                             Telephone:    (415) 512-4000

28

Facsimile:     (415) 512-4077

*Counsel to Defendants LG Electronics, Inc. and*
*LG Electronics U.S.A., Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____                    _____
                                                                          Hon. Samuel Conti
                                                                  United States District Judge




        Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

document has been obtained from each of the above signatories.


Dated:  August 14, 2014                         By: */s/ Jason C. Murray*_____

24274015.1 STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL
Case No. 07-5944; MDL NO. 1917

DCACTIVE-28468341.1