Vaughn R Walker
Law Office of Vaughn R Walker
P O Box 26250
San Francisco, CA  94126
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>Individual Case No 3:13-cv-01173-SC | MDL No 1917<br><br>Master Case No 3:07-cv-05944SC<br><br>**RECOMMENDATION OF THE SPECIAL MASTER** |

The Panasonic defendants ("Panasonic")[1] by letter dated February 4, 2014, sought an order compelling the Sharp direct action plaintiffs ("Sharp"),[2] to produce certain discovery regarding Sharp's purchases of CRT tubes in Asia. Sharp opposed the discovery by letter memorandum on March 7, 2014. The special master took no action on the matter until setting a telephone hearing that was conducted on August 13, 2014. Craig Benson appeared for Sharp; Adam Hemlock appeared for Panasonic. After a discussion with counsel and among themselves, a resolution was proposed that the parties accepted.

The special master recommends no further action on the matter at this time.

IT IS SO ORDERED.

This  14th  day of August 2014

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Dated: August 15, 2014

_____
Hon Samuel Conti
United States District Judge

---

[1] Panasonic Corporation, Panasonic Corporation of North America and MT Picture Display Co, Ltd.
[2] Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.