Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        rmcnary@crowell.com

*Attorney for Plaintiff ViewSonic Corporation*
(additional counsel listed on signature page)

Hojoon Hwang
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendants LG Electronics, Inc.
and LG Electronics U.S.A., Inc.*
(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: <br><br> *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 14-cv-02510 | **Case No. 07-5944 SC** <br><br> **MDL No. 1917** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND PRESERVATION OF ARGUMENTS FOR APPEAL** <br><br> Judge:  Hon. Samuel Conti |

24274015.1

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively the "LG Defendants") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings, naming the LG Defendants, among others, as Defendants (the "ViewSonic Complaint");

WHEREAS, certain other plaintiffs (the "Direct Action Plaintiffs" or "DAPs") have filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming the LG Defendants as Defendants;

WHEREAS, the DAPs have also filed substantially similar Complaints or Amended Complaints alleging the same conduct and naming various other entities as Defendants;

WHEREAS, the LG Defendants have waived formal service of the ViewSonic Complaint; and

WHEREAS, the LG Defendants answered the ViewSonic complaint following representations from ViewSonic that the parties would enter the stipulation described herein; and

WHEREAS, ViewSonic and the LG Defendants wish to avoid unnecessary briefing and to preserve any and all appeal rights of ViewSonic and the LG Defendants;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1.  All motions decided in the MDL to date are deemed to have been raised by the LG Defendants against the ViewSonic Complaint, and the arguments raised in any such motions

1  are preserved for appellate purposes as if they had been made by the LG Defendants against the
2  ViewSonic Complaint.

Dated: August 14, 2014                                     CROWELL & MORING LLP

                                                           By: */s/ Jason C. Murray*

                                                           Jason C. Murray (CA Bar No. 169806)
                                                           Robert B. McNary (CA Bar No. 253745)
                                                           CROWELL & MORING LLP
                                                           515 South Flower St., 40th Floor
                                                           Los Angeles, CA 90071
                                                           Telephone: 213-443-5582
                                                           Facsimile:  213-622-2690
                                                           Email: jmurray@crowell.com
                                                                     rmcnary@crowell.com

                                                           Jerome A. Murphy (*pro hac vice*)
                                                           Astor H.L. Heaven (*pro hac vice*)
                                                           CROWELL & MORING LLP
                                                           1001 Pennsylvania Avenue, N.W. Washington, D.C. 20004
                                                           Telephone: 202-624-2500
                                                           Facsimile:  202-628-5116
                                                           E-mail: jmurphy@crowell.com
                                                                     aheaven@crowell.com

                                                           *Counsel for ViewSonic Corporation*


Dated August 14, 2014                                      MUNGER, TOLLES & OLSON LLP

                                                           By:   */s/ Hojoon Hwang*
                                                           Hojoon Hwang
                                                           William D. Temko
                                                           Laura K. Lin
                                                           MUNGER, TOLLES & OLSON LLP
                                                           560 Mission Street
                                                           Twenty-Seventh Floor
                                                           San Francisco, California 94105-2907
                                                           Telephone:    (415) 512-4000

24274015.1 STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF ARGUMENTS FOR APPEAL
Case No. 07-5944; MDL NO. 1917

Facsimile:     (415) 512-4077

*Counsel to Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 08/15/2014

[Signature: Judge Samuel Conti — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal]

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  August 14, 2014             By: */s/ Jason C. Murray*