*(Stipulating parties listed on signature page)*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC | **Case No. 3:13-cv-05726-SC**<br><br>**MDL No. 1917**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC US, INC., AND MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC.'S ANSWERS TO OFFICE DEPOT'S FIRST AMENDED COMPLAINT**<br><br>**Judge: Hon. Samuel Conti** |

Pursuant to Civil Local Rule 7-12, Plaintiff Office Depot, Inc. ("Office Depot") and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc., (collectively "Mitsubishi Electric"), have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917);

WHEREAS, on or about December 20, 2013, Office Depot filed its First Amended Complaint, which has been related to the MDL Proceedings, and names Mitsubishi Electric as Defendants. *See* Case No. 13-cv-05726-SC, Dkt. No. 2279-7;

WHEREAS, on April 25, 2014 Mitsubishi Electric filed Answers to Office Depot's First Amended Complaint (collectively, the "Answers"). *See* Case No. 3:14-cv-05726, Dkt. Nos. 23-25;

WHEREAS, Page 10, Paragraph 34 of Mitsubishi Electric's Answers contains a typographical error;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for Office Depot and Mitsubishi Electric as follows:

1. Mitsubishi Electric may instanter amend the Answers pursuant to Federal Rule of Civil Procedure 15(a)(2).
2. The Answers are deemed to reflect the following change: Paragraph 34 of each Answer, which reads in part, "137-146, 148, 169" shall be changed to "137-146, 148-169."

Dated: August 20, 2014

JENNER & BLOCK LLP

By: */s/ Michael T. Brody*

Terrence J. Truax
Michael T. Brody
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

Dated: August 20, 2014

BOIES, SCHILLER, & FLEXNER LLP

By: */s/ Anne M. Nardacci*

Philip J. Iovieno
Anne M. Nardacci
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 424-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

Stuart H. Singer
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

William A. Isaacson
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

*Attorneys for Plaintiff Office Depot, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                          _____
                                                                                 Hon. Samuel Conti
                                                                          United States District Judge