(*Stipulating Parties Listed on Signature Pages*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. KAMALA D. HARRIS, Attorney General of the State of California, as *parens patriae* on behalf of natural persons residing in the state, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SAMSUNG SDI CO., LTD., et al.,<br><br>                    Defendants. | MDL No. 1917    Case No. C07-5944 SC<br><br>Case No. CGC-11-515784<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY** |

STIPULATION AND [PROPOSED] ORDER
REGARDING EXPERT DISCOVERY

MDL No. 1917

WHEREAS, Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (together, the "Panasonic Defendants") are named as defendants in the above-captioned action.

WHEREAS, on April 15, 2014, the California Attorney General served the Expert Report of William S. Comanor ("Comanor Report") on the Panasonic Defendants.

WHEREAS, the undersigned parties have tentatively agreed to settle this matter, pending the approval and signing of a settlement agreement, pursuant to mediation and on July 18, 2014 entered into a term sheet memorializing the terms of such agreement.

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling entered by this Court on March 21, 2014 (Dkt. No. 2459), defendants' opposition expert reports on the merits are due by August 5, 2014.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties as follows:

1. The Panasonic Defendants will not file an individual report in opposition to the Comanor Report on August 5, 2014.

2. In the event the parties are unable to reach a final settlement agreement, the Panasonic Defendants will be entitled to submit an individual report in response to the Comanor Report, and expert discovery shall resume pursuant to a schedule to be agreed upon by the parties.

Dated: August 5, 2014

WINSTON & STRAWN LLP

By: */s/ Molly M. Donovan*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700

| | |
|---|---|
| 1 | Facsimile: (212) 294-4700 |
| 2 | STEVEN A. REISS (*pro hac vice*)<br>Email: steven.reiss@weil.com |
| 3 | DAVID L. YOHAI (*pro hac vice*)<br>Email: david.yohai@weil.com |
| 4 | ADAM C. HEMLOCK (*pro hac vice*)<br>Email: adam.hemlock@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
| 6 | 767 Fifth Avenue<br>New York, New York 10153-0119 |
| 7 | Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

Kamala D. Harris
Attorney General of California


By: /s/ *Emilio Varanini*
Emilio Varanini
Deputy Attorney General

*Attorneys for the State of California et al.*

**IT IS SO ORDERED**
08/20/2014
/s/ Judge Samuel Conti
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

3

STIPULATION AND [PROPOSED] ORDER
REGARDING EXPERT DISCOVERY

MDL No. 1917