Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* Case No. 13-cv-1173 SC | **[PROPOSED] ORDER GRANTING SHARP'S EMERGENCY MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SHARP'S MOTION TO CONFIRM ITS OPT-OUT REQUEST OR FOR AN ENLARGEMENT OF TIME TO OPT OUT** |

-2-

Upon consideration of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Emergency Motion for Leave to File a Motion for Reconsideration of the Court's Order Denying Sharp's Motion to Confirm Its Opt-Out Request or for an Enlargement of Time to Opt Out,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Sharp's Proposed Motion for Reconsideration, attached as Exhibit A to the Declaration of Kenneth A. Gallo in Support of Sharp's Emergency Motion for Leave to File a Motion for Reconsideration, is hereby deemed FILED in the above-captioned case.

**SO ORDERED.**

DATED:_____     _____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE