Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* Case No. 13-cv-1173 SC | **[PROPOSED] ORDER GRANTING SHARP'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SHARP'S ADMINISTRATIVE MOTION TO CONFIRM ITS OPT-OUT REQUEST OR FOR AN ENLARGEMENT OF TIME TO OPT OUT** |

-2-

1   Upon consideration of Sharp Electronics Corporation and Sharp Electronics
2   Manufacturing Company of America, Inc.'s Motion for Reconsideration of the Court's Order Denying
3   Sharp's Administrative Motion to Confirm Its Opt-Out Request or for an Enlargement of Time to Opt
4   Out,

5   IT IS HEREBY ORDERED that the Motion is GRANTED.

6   IT IS FURTHER ORDERED that, the Court, having reconsidered its August 20, 2014
7   Order denying Sharp's motions to confirm its opt-out request and its alternative motion for a retroactive
8   enlargement of time to opt out of the Proposed Settlements (Dkt. No. 2746), hereby GRANTS Sharp's
9   motion for a retroactive enlargement of time to opt out of the Proposed Settlements.

**SO ORDERED.**

DATED:_____              _____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE