Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* Case No. 13-cv-1173 SC | **[PROPOSED] ORDER GRANTING SHARP'S EMERGENCY MOTION TO EXTEND TIME TO OBJECT TO THE FINAL APPROVAL OF THE DIRECT PURCHASER PLAINTIFFS' CLASS SETTLEMENT WITH HITACHI AND SAMSUNG DEFENDANTS AND TO APPEAR AT THE FAIRNESS HEARING** |

-2-

1   Upon consideration of Sharp Electronics Corporation and Sharp Electronics
2   Manufacturing Company of America, Inc.'s Sharp's Emergency Motion To Extend Time To Object To
3   The Final Approval Of The Direct Purchaser Plaintiffs' Class Settlement With Hitachi And Samsung
4   Defendants And To Appear At The Fairness Hearing ("Motion"), it is hereby
5   ORDERED that the Motion is GRANTED; and it is further
6   ORDERED that Sharp's objections to the class settlement, submitted with its Motion, and
7   request to appear at the fairness hearing are deemed timely.

**IT IS SO ORDERED.**

DATED:_____        _____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE