1    *(Stipulating parties listed on signature page)*

2    **UNITED STATES DISTRICT COURT**

3    **NORTHERN DISTRICT OF CALIFORNIA**

4    **SAN FRANCISCO DIVISION**

5

6

7

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

No. 07-cv-5944-SC
MDL No. 1917

8

9

10

This Document Relates to:

*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF RULE 30(b)(6) DEPOSITION OF THOMSON SA AND THOMSON CONSUMER ELECTRONICS, INC.**

11

12

13

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*

Judge: Hon. Samuel Conti

14    *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*

15

16

*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*

17

18

*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

19    *Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*

20

21

22

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*

23

24

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

25

26

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

27    *Target Corp. v. Technicolor SA, et al., No. 13-cv-05686;*

28

1   *Tech Data Corp., et al. v. Hitachi, Ltd., et*
2   *al., No. 13-cv-00157;*

3   *Sharp Electronics Corp., et al. v. Hitachi,*
    *Ltd., et. al., No. 13-cv-01173;*
4
5   *ViewSonic Corporation v. Chunghwa Corp.,*
    *et al., No. 14-cv-02510*

6       Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.;

7   Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.;

8   Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.;

9   BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;  Office Depot,

10  Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC

11  Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on

12  behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart

13  Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing

14  Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data

15  Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs") Thomson S.A.

16  (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.)

17  (collectively, the "Thomson Defendants") have conferred by and through their counsel and,

18  subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

19      WHEREAS, there is pending in the United States District Court for the Northern District

20  of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

21  purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re:*

22  *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the

23  "MDL Proceedings");

24      WHEREAS, in consultation with the Thomson Defendants, the DAPs noticed the

25  Fed.R.Civ.P. 30(b)(6) deposition of Thomson SA and Thomson Consumer Electronics, Inc.

26  ("Thomson Consumer") to occur on August 20-21, 2014.

27      WHEREAS, September 5, 2014 is the deadline to complete fact discovery in all actions

28  filed by the DAPs, except that brought by ViewSonic Corp., for which the deadline to complete

STIPULATION AND [PROPOSED] ORDER RE                    No. 07-5944-SC; MDL No. 1917
SCHEDULING

1    fact discovery is November 7, 2014 [Dkt. No. 2711].

2         WHEREAS, the DAPs and Thomson Defendants have agreed to postpone the

3    Fed.R.Civ.P. 30(b)(6) depositions until after the DAPs conduct the currently scheduled

4    depositions of current or former Thomson Consumer employees Jackie Taylor-Boggs, J.P.

5    Hepburn, Alex Hepburn, and Jack Brunk.   Each of these depositions is currently scheduled to be

6    completed before the September 5, 2014 fact discovery deadline.

7         WHEREAS, the DAPs and the Thomson Defendants have conferred and agreed to re-

8    schedule the Rule 30(b)(6) deposition of Thomson SA and Thomson Consumer for a date, still to

9    be determined, as soon as is reasonably possible after September 5, 2014.

10        WHEREAS, the Thomson Defendants have agreed to waive any argument that otherwise

11   might have been available to them that testimony they provide at their forthcoming Rule 30(b)(6)

12   deposition is inadmissible because the deposition occurred after the September 5, 2014 deadline

13   to complete discovery in all actions except that brought by ViewSonic Corp.  The Thomson

14   Defendants expressly reserve and do not waive, however, all other valid deposition objections and

15   evidentiary objections regarding the admissibility of their Rule 30(b)(6) testimony.  In addition,

16   the DAPs and Thomson SA expressly reserve and do not waive any objection or argument

17   relating to the institution of Hague Convention procedures relating in any way to the 30(b)(6)

18   testimony of Thomson SA and/or deposition testimony of Thomson SA's former employees.

19   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as

20   follows:

21        1.  The Rule 30(b)(6) deposition of the Thomson Defendants shall occur as soon after

22            September 5, 2014 as is reasonably possible;

23        2.  The Thomson Defendants hereby waive any argument that testimony they provide at their

24            forthcoming Rule 30(b)(6) deposition is inadmissible because the deposition occurred

25            after September 5, 2014; and

26        3.  The Thomson Defendants expressly reserve and do not waive all other valid deposition

27            objections and evidentiary objections regarding the admissibility of their Rule 30(b)(6)

28            testimony.

STIPULATION AND [PROPOSED] ORDER RE                          No. 07-5944-SC; MDL No. 1917
SCHEDULING

1    4.   The DAPs and Thomson SA expressly reserve and do not waive any objection or

2         argument relating to the institution of Hague Convention procedures relating in any way

3         to the 30(b)(6) testimony of Thomson SA and/or deposition testimony of Thomson SA's

4         former employees.

5

6    PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8    Dated:_____          _____

9                                                    Hon. Samuel Conti
                                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
Dated:  August 21, 2014                    FAEGRE BAKER DANIELS LLP

3
                                                   By: /s/ Kathy L. Osborn

4
                                                   Kathy L. Osborn (*pro hac vice*)
                                                   Ryan M. Hurley (*pro hac vice*)
5
                                                   Faegre Baker Daniels LLP
                                                   300 N. Meridian Street, Suite 2700
6
                                                   Indianapolis, IN  46204
                                                   Telephone: (317) 237-0300
7
                                                   Facsimile: (317) 237-1000
                                                   kathy.osborn@FaegreBD.com
8
                                                   ryan.hurley@FaegreBD.com

9
                                                   Jeffrey S. Roberts (*pro hac vice*)
                                                   Faegre Baker Daniels LLP
10
                                                   3200 Wells Fargo Center
                                                   1700 Lincoln Street
11
                                                   Denver, CO  80203
                                                   Telephone: (303) 607-3500
12
                                                   Facsimile:  (303) 607-3600
                                                   jeff.roberts@FaegreBD.com

13
                                                   Stephen M. Judge (*pro hac vice*)
14
                                                   Faegre Baker Daniels LLP
                                                   202 S. Michigan Street, Suite 1400
15
                                                   South Bend, IN  46601
                                                   Telephone: +1 574-234-4149
16
                                                   Facsimile:  +1 574-239-1900
                                                   steve.judge@FaegreBd.com

17
                                                   Calvin L. Litsey (SBN 289659)
18
                                                   Faegre Baker Daniels LLP
                                                   1950 University Avenue, Suite 450
19
                                                   East Palo Alto, CA  94303-2279
                                                   Telephone: (650) 324-6700
20
                                                   Facsimile: (650) 324-6701
                                                   calvin.litsey@FaegreBD.com

21
                                                   *Attorneys for Defendants Thomson SA and Thomson*
22                                                 *Consumer Electronics, Inc.*

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE                          No. 07-5944-SC; MDL No. 1917
SCHEDULING

1
_/s/  Philip J. Iovieno_

2

3
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
4
30 South Pearl St., 11th Floor
Albany, NY 12207
5
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
6
piovieno@bsfllp.com
anardacci@bsfllp.com
7

8
William Isaacson
Boies, Schiller & Flexner LLP
9
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
10
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
11

12
Stuart Singer
Boies, Schiller & Flexner LLP
13
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
14
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com
15

16
_Liaison Counsel for Direct Action Plaintiffs and Tech Data_

17

18
_/s/ Craig Benson_
Kenneth A. Gallo (_pro hac vice_)
Joseph J. Simons (_pro hac vice_)
19
Craig A. Benson (_pro hac vice_)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
20
2001 K Street, NW
21
Washington, DC 20006
Telephone: (202) 223-7300
22
Facsimile: (202) 223-7420
kgallo@paulweiss.com
23
jsimons@paulweiss.com
cbenson@paulweiss.com
24

25
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
26
One Ferry Building, Suite 355
San Francisco, California 94111
27
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
28
staylor@paulweiss.com
jpatchen@paulweiss.com

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

No. 07-5944-SC; MDL No. 1917

1

2
*Attorneys for Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of*
*America, Inc.*

3

4
*/s/  David Martinez*

Roman M. Silberfeld
5
David Martinez
Jill S. Casselman
6
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
7
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
8
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
9
          dmartinez@rkmc.com
          jscasselman@rkmc.com
10

11
Elliot S. Kaplan
K. Craig Wildfang
12
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
13
2800 LaSalle Plaza
Minneapolis, MN 55402
14
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
15
Email:  eskaplan@rkmc.com
          kcwildfang@rkmc.com
16
          lenelson@rkmc.com

17
*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy*
*Purchasing LLC, Best Buy Enterprise Services, Inc.,*
18
*Best Buy Stores, L.P., BestBuy.com, L.L.C., and*
*Magnolia Hi-Fi, LLC.*

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
SCHEDULING

No. 07-5944-SC; MDL No. 1917

1                                                    */s/  David J. Burman*

David J. Burman
Cori G. Moore
Eric J. Weiss
Nicholas H. Hesterberg
Steven D. Merriman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
CGmoore@perkinscoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415) 344-7120
Facsimile:   (415) 344-7320
Email:  JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

*/s/  Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:  (305) 374-7580
Facsimile:   (305) 374-7593
Email:  rturken@bilzin.com
swagner@bilzin.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING                                  No. 07-5944-SC; MDL No. 1917

1

2      Philip J. Iovieno
       Anne M. Nardacci
3      BOIES, SCHILLER & FLEXNER LLP
       30 South Pearl Street, 11th Floor
       Albany, NY  12207
4      Telephone:  (518) 434-0600
       Facsimile:   (518) 434-0665
5      Email:  piovieno@bsfllp.com
                anardacci@bsfllp.com
6
       *Attorneys for Plaintiffs Tech Data Corporation and*
7      *Tech Data Product Management*

8      */s/  Lee Godfrey*
       H. Lee Godfrey
9      Kenneth S. Marks
       Jonathan J. Ross
10     Johnny W. Carter
       David M. Peterson
11     SUSMAN GODFREY L.L.P.
       1000 Louisiana Street, Suite 5100
12     Houston, TX 77002
       Telephone:  (713) 651-9366
13     Facsimile:   (713) 654-6666
       Email:  lgodfrey@susmangodfrey.com
14              kmarks@susmangodfrey.com
                jross@susmangodfrey.com
15              jcarter@susmangodfrey.com
                dpeterson@susmangodfrey.com
16
       Parker C. Folse III
17     Rachel S. Black
       Jordan Connors
18     SUSMAN GODFREY L.L.P.
       1201 Third Avenue, Suite 3800
19     Seattle, WA 98101-3000
       Telephone:  (206) 516-3880
20     Facsimile:   (206) 516-3883
       Email:  pfolse@susmangodfrey.com
21     rblack@susmangodfrey.com
       jconnors@susmangodfrey.com
22
       *Counsel for Plaintiff Alfred H. Siegel, solely in his*
23     *capacity as Trustee of the Circuit City Stores, Inc.*
       *Liquidating Trust*
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE                        No. 07-5944-SC; MDL No. 1917
SCHEDULING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/  Jason Murray*
Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 443-5582
Facsimile:   (213) 622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:  jmurphy@crowell.com
        aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

*/s/  Richard Arnold*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
        wblechman@knpa.com
        kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

No. 07-5944-SC; MDL No. 1917