Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**THE TOSHIBA DEFENDANTS' JOINDER TO SDI DEFENDANTS' OPPOSITION TO (1) SHARP'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF MOTION TO ENLARGE SHARP'S TIME TO OPT OUT; (2) SHARP'S MOTION FOR EXTENSION OF TIME TO OBJECT TO SETTLEMENTS WITH DIRECT PURCHASER PLAINTIFFS; AND (3) SHARP'S OBJECTIONS TO SETTLEMENTS WITH DIRECT PURCHASER PLAINTIFFS** |

1  The Toshiba Defendants hereby join SDI Defendant's Opposition to (1) Sharp's
2  Motion For Reconsideration Of Motion To Enlarge Sharp's Time To Opt Out; (2) Sharp's
3  Motion For Extension Of Time To Object To Settlements With Direct Purchaser Plaintiffs;
4  And (3) Sharp's Objections To Settlements With Direct Purchaser Plaintiffs.

Respectfully submitted,

Dated:  August 22, 2014                    WHITE & CASE LLP

By:  /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

On August 22, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' JOINDER TO SDI DEFENDANTS' OPPOSITION TO (1) SHARP'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF MOTION TO ENLARGE SHARP'S TIME TO OPT OUT; (2) SHARP'S MOTION FOR EXTENSION OF TIME TO OBJECT TO SETTLEMENTS WITH DIRECT PURCHASER PLAINTIFFS; AND (3) SHARP'S OBJECTIONS TO SETTLEMENTS WITH DIRECT PURCHASER PLAINTIFFS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

                                               */s/ Lucius B. Lau*
                                                    Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS' JOINDER TO SDI DEFENDANTS' OPPOSITION TO SHARP'S
MOTIONS CONCERNING SETTLEMENTS WITH DIRECT PURCHASER PLAINTIFFS
Case No. 07-5944 SC
MDL No. 1917