UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  SAMUEL CONTI**

**Date**: August 22, 2014

**Case No:** C 07-05944 SC

**Case Title**: MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

**Appearances:**

> For Plaintiff(s): see attached list

> For Defendant(s): see attached list

**Deputy Clerk**:  Tana Ingle                **Court Reporter**: Kathy Sullivan
**Time in Court:**   35 minutes

### *PROCEEDINGS*

1.  Fairness Hearing- held

### *SUMMARY*

Motion for Final Approval and Plaintiff Sharp's motion for leave to file motion for reconsideration is taken under submission. Court will issue order.

Party Appearances:

<table>
<tr><td>

Plaintiffs
Richard Saveri
Guido Saveri
Michael Lehmann
Steven Williams
Geoffrey Rushing
Bruce Simon
Aaron Sheanin
Allan Steyer
Jonathan Patch
Monique Alonso
Kenneth Gallo
William Warren

</td><td>

Defendants
Eliot Adelson
Heather Abrams
Maxwell Cooper
Michael Scarborough
Gary Halling

</td></tr>
</table>