1    *(Stipulating parties listed on signature page)*

2            **UNITED STATES DISTRICT COURT**

3           **NORTHERN DISTRICT OF CALIFORNIA**

4              **SAN FRANCISCO DIVISION**

5

6

7    IN RE CATHODE RAY TUBE (CRT)        No. 07-cv-5944-SC
ANTITRUST LITIGATION,               MDL No. 1917

8

9    This Document Relates to:         **STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING SCHEDULING
OF RULE 30(b)(6) DEPOSITION OF
THOMSON SA AND THOMSON
CONSUMER ELECTRONICS, INC.**

10    *Electrograph Systems, Inc. et al. v.
Technicolor SA, et al., No. 13-cv-05724;*

11    *Alfred H. Siegel, as Trustee of the Circuit
City Stores, Inc. Liquidating Trust v.
Technicolor SA, et al., No. 13-cv-05261;*      Judge: Hon. Samuel Conti

12

13

14    *Best Buy Co., Inc., et al. v. Technicolor SA,
et al., No. 13-cv-05264;*

15

16    *Interbond Corporation of America v.
Technicolor SA, et al., No. 13-cv-05727;*

17    *Office Depot, Inc. v. Technicolor SA, et al.,
No. 13-cv-05726;*

18

19    *Costco Wholesale Corporation v.
Technicolor SA, et al., No. 13-cv-05723;*

20

21    *P.C. Richard & Son Long Island
Corporation, et al. v. Technicolor SA, et al.,
No. 31:cv-05725;*

22

23    *Schultze Agency Services, LLC, o/b/o
Tweeter Opco, LLC, et al. v. Technicolor SA,
Ltd., et al., No. 13-cv-05668;*

24

25    *Sears, Roebuck and Co. and Kmart Corp. v.
Technicolor SA, No. 3:13-cv-05262;*

26

27    *Target Corp. v. Technicolor SA, et al., No.
13-cv-05686;*

28

1  *Tech Data Corp., et al. v. Hitachi, Ltd., et*
2  *al., No. 13-cv-00157;*

3  *Sharp Electronics Corp., et al. v. Hitachi,*
   *Ltd., et. al., No. 13-cv-01173;*
4
5  *ViewSonic Corporation v. Chunghwa Corp.,*
   *et al., No. 14-cv-02510*

6      Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.;

7  Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.;

8  Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.;

9  BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot,

10 Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC

11 Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on

12 behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart

13 Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing

14 Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data

15 Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs") Thomson S.A.

16 (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.)

17 (collectively, the "Thomson Defendants") have conferred by and through their counsel and,

18 subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

19     WHEREAS, there is pending in the United States District Court for the Northern District

20 of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

21 purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re:*

22 *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the

23 "MDL Proceedings");

24     WHEREAS, in consultation with the Thomson Defendants, the DAPs noticed the

25 Fed.R.Civ.P. 30(b)(6) deposition of Thomson SA and Thomson Consumer Electronics, Inc.

26 ("Thomson Consumer") to occur on August 20-21, 2014.

27     WHEREAS, September 5, 2014 is the deadline to complete fact discovery in all actions

28 filed by the DAPs, except that brought by ViewSonic Corp., for which the deadline to complete

1    fact discovery is November 7, 2014 [Dkt. No. 2711].

2        WHEREAS, the DAPs and Thomson Defendants have agreed to postpone the

3 Fed.R.Civ.P. 30(b)(6) depositions until after the DAPs conduct the currently scheduled

4 depositions of current or former Thomson Consumer employees Jackie Taylor-Boggs, J.P.

5 Hepburn, Alex Hepburn, and Jack Brunk.   Each of these depositions is currently scheduled to be

6 completed before the September 5, 2014 fact discovery deadline.

7        WHEREAS, the DAPs and the Thomson Defendants have conferred and agreed to re-

8 schedule the Rule 30(b)(6) deposition of Thomson SA and Thomson Consumer for a date, still to

9 be determined, as soon as is reasonably possible after September 5, 2014.

10        WHEREAS, the Thomson Defendants have agreed to waive any argument that otherwise

11 might have been available to them that testimony they provide at their forthcoming Rule 30(b)(6)

12 deposition is inadmissible because the deposition occurred after the September 5, 2014 deadline

13 to complete discovery in all actions except that brought by ViewSonic Corp.  The Thomson

14 Defendants expressly reserve and do not waive, however, all other valid deposition objections and

15 evidentiary objections regarding the admissibility of their Rule 30(b)(6) testimony.  In addition,

16 the DAPs and Thomson SA expressly reserve and do not waive any objection or argument

17 relating to the institution of Hague Convention procedures relating in any way to the 30(b)(6)

18 testimony of Thomson SA and/or deposition testimony of Thomson SA's former employees.

19 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as

20 follows:

21    1.  The Rule 30(b)(6) deposition of the Thomson Defendants shall occur as soon after

22        September 5, 2014 as is reasonably possible;

23    2.  The Thomson Defendants hereby waive any argument that testimony they provide at their

24        forthcoming Rule 30(b)(6) deposition is inadmissible because the deposition occurred

25        after September 5, 2014; and

26    3.  The Thomson Defendants expressly reserve and do not waive all other valid deposition

27        objections and evidentiary objections regarding the admissibility of their Rule 30(b)(6)

28        testimony.

1    4.   The DAPs and Thomson SA expressly reserve and do not waive any objection or
2         argument relating to the institution of Hague Convention procedures relating in any way
3         to the 30(b)(6) testimony of Thomson SA and/or deposition testimony of Thomson SA's
4         former employees.
5
6    PURSUANT TO STIPULATION, IT IS SO ORDERED.
7
8    Dated:___08/25/2014_____



Judge Samuel Conti

1

2
Dated:  August 21, 2014                                FAEGRE BAKER DANIELS LLP

3
                                                                    By: /s/ Kathy L. Osborn

4
                                                                    Kathy L. Osborn (*pro hac vice*)
                                                                    Ryan M. Hurley (*pro hac vice*)
5
                                                                    Faegre Baker Daniels LLP
                                                                    300 N. Meridian Street, Suite 2700
6
                                                                    Indianapolis, IN  46204
                                                                    Telephone: (317) 237-0300
7
                                                                    Facsimile: (317) 237-1000
                                                                    kathy.osborn@FaegreBD.com
8
                                                                    ryan.hurley@FaegreBD.com

9
                                                                    Jeffrey S. Roberts (*pro hac vice*)
                                                                    Faegre Baker Daniels LLP
10
                                                                    3200 Wells Fargo Center
                                                                    1700 Lincoln Street
11
                                                                    Denver, CO  80203
                                                                    Telephone: (303) 607-3500
12
                                                                    Facsimile:  (303) 607-3600
                                                                    jeff.roberts@FaegreBD.com

13
                                                                    Stephen M. Judge (*pro hac vice*)
14
                                                                    Faegre Baker Daniels LLP
                                                                    202 S. Michigan Street, Suite 1400
15
                                                                    South Bend, IN  46601
                                                                    Telephone: +1 574-234-4149
16
                                                                    Facsimile:  +1 574-239-1900
                                                                    steve.judge@FaegreBd.com

17
                                                                    Calvin L. Litsey (SBN 289659)
18
                                                                    Faegre Baker Daniels LLP
                                                                    1950 University Avenue, Suite 450
19
                                                                    East Palo Alto, CA  94303-2279
                                                                    Telephone: (650) 324-6700
20
                                                                    Facsimile: (650) 324-6701
                                                                    calvin.litsey@FaegreBD.com

21
                                                                    *Attorneys for Defendants Thomson SA and Thomson*
22
                                                                    *Consumer Electronics, Inc.*

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE                                No. 07-5944-SC; MDL No. 1917
SCHEDULING

1

*/s/  Philip J. Iovieno*

2

3
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP

4
30 South Pearl St., 11th Floor
Albany, NY 12207

5
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

6
piovieno@bsfllp.com
anardacci@bsfllp.com

7

8
William Isaacson
Boies, Schiller & Flexner LLP

9
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015

10
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

11

12
Stuart Singer
Boies, Schiller & Flexner LLP

13
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

14
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

15

16
*Liaison Counsel for Direct Action Plaintiffs and Tech Data*

17

18
*/s/ Craig Benson*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)

19
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &

20
GARRISON LLP
2001 K Street, NW

21
Washington, DC 20006
Telephone: (202) 223-7300

22
Facsimile: (202) 223-7420
kgallo@paulweiss.com

23
jsimons@paulweiss.com
cbenson@paulweiss.com

24

25
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)

26
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355

27
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

28
staylor@paulweiss.com
jpatchen@paulweiss.com

STIPULATION AND [PROPOSED] ORDER RE
SCHEDULING

No. 07-5944-SC; MDL No. 1917

1

2          *Attorneys for Sharp Electronics Corporation and*
           *Sharp Electronics Manufacturing Company of*
3          *America, Inc.*

4          /s/  David Martinez
           ————————————
           Roman M. Silberfeld
5          David Martinez
           Jill S. Casselman
6          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
           2049 Century Park East, Suite 3400
7          Los Angeles, CA 90067-3208
           Telephone:  (310) 552-0130
8          Facsimile:   (310) 229-5800
           Email:  rmsilberfeld@rkmc.com
9                       dmartinez@rkmc.com
                        jscasselman@rkmc.com
10

11         Elliot S. Kaplan
           K. Craig Wildfang
12         Laura E. Nelson
           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
13         800 LaSalle Avenue
           2800 LaSalle Plaza
14         Minneapolis, MN 55402
           Telephone:  (612) 349-8500
15         Facsimile:   (612) 339-4181
           Email:  eskaplan@rkmc.com
16                   kcwildfang@rkmc.com
                     lenelson@rkmc.com
17
           *Counsel for Plaintiffs Best Buy Co., Inc., Best Buy*
18         *Purchasing LLC, Best Buy Enterprise Services, Inc.,*
           *Best Buy Stores, L.P., BestBuy.com, L.L.C., and*
           *Magnolia Hi-Fi, LLC.*
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE                    No. 07-5944-SC; MDL No. 1917
SCHEDULING

1                                               */s/  David J. Burman*
                                                David J. Burman
2                                               Cori G. Moore
                                                Eric J. Weiss
3                                               Nicholas H. Hesterberg
                                                Steven D. Merriman
4                                               PERKINS COIE LLP
                                                1201 Third Avenue, Suite 4900
5                                               Seattle, WA 98101-3099
                                                Telephone:  (206) 359-8000
6                                               Facsimile:   (206) 359-9000
                                                Email:  DBurman@perkinscoie.com
7                                                        CGmoore@perkinscoie.com
                                                         EWeiss@perkinscoie.com
8                                                        NHesterberg@perkinscoie.com
                                                         SMerriman@perkinscoie.com
9
                                                Joren S. Bass
10                                              PERKINS COIE LLP
                                                Four Embarcadero Center, Suite 2400
11                                              San Francisco, CA 94111-4131
                                                Telephone:  (415) 344-7120
12                                              Facsimile:   (415) 344-7320
                                                Email:  JBass@perkinscoie.com
13
                                                *Attorneys for Plaintiff Costco Wholesale*
14                                              *Corporation*

15
                                                   */s/  Scott N. Wagner*
16                                              Robert W. Turken
                                                Scott N. Wagner
17                                              BILZIN SUMBERG BAENA PRICE &
                                                AXELROD LLP
18                                              1450 Brickell Ave, Suite 2300
                                                Miami, FL 33131-3456
19                                              Telephone:  (305) 374-7580
                                                Facsimile:   (305) 374-7593
20                                              Email:  rturken@bilzin.com
                                                         swagner@bilzin.com
21
                                                Stuart Singer
22                                              BOIES, SCHILLER & FLEXNER LLP
                                                401 East Las Olas Blvd., Suite 1200
23                                              Fort Lauderdale, FL 33301
                                                Telephone:  (954) 356-0011
24                                              Facsimile:   (954) 356-0022
                                                Email:  ssinger@bsfllp.com
25
                                                William A. Isaacson
26                                              BOIES, SCHILLER & FLEXNER LLP
                                                5301 Wisconsin Ave. NW, Suite 800
27                                              Washington, D.C.  20015
                                                Telephone:  (202) 237-2727
28                                              Facsimile:   (202) 237-6131
                                                Email:  wisaacson@bsfllp.com

STIPULATION AND [PROPOSED] ORDER RE                              No. 07-5944-SC; MDL No. 1917
SCHEDULING

1

2  Philip J. Iovieno
   Anne M. Nardacci
3  BOIES, SCHILLER & FLEXNER LLP
   30 South Pearl Street, 11th Floor
   Albany, NY  12207
4  Telephone:  (518) 434-0600
   Facsimile:   (518) 434-0665
5  Email:  piovieno@bsfllp.com
            anardacci@bsfllp.com
6
   *Attorneys for Plaintiffs Tech Data Corporation and*
7  *Tech Data Product Management*

8  /s/  Lee Godfrey
   H. Lee Godfrey
9  Kenneth S. Marks
   Jonathan J. Ross
10 Johnny W. Carter
   David M. Peterson
11 SUSMAN GODFREY L.L.P.
   1000 Louisiana Street, Suite 5100
12 Houston, TX 77002
   Telephone:  (713) 651-9366
13 Facsimile:   (713) 654-6666
   Email:  lgodfrey@susmangodfrey.com
14          kmarks@susmangodfrey.com
            jross@susmangodfrey.com
15          jcarter@susmangodfrey.com
            dpeterson@susmangodfrey.com
16
   Parker C. Folse III
17 Rachel S. Black
   Jordan Connors
18 SUSMAN GODFREY L.L.P.
   1201 Third Avenue, Suite 3800
19 Seattle, WA 98101-3000
   Telephone:  (206) 516-3880
20 Facsimile:   (206) 516-3883
   Email:  pfolse@susmangodfrey.com
21 rblack@susmangodfrey.com
   jconnors@susmangodfrey.com
22
   *Counsel for Plaintiff Alfred H. Siegel, solely in his*
23 *capacity as Trustee of the Circuit City Stores, Inc.*
   *Liquidating Trust*
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE                    No. 07-5944-SC; MDL No. 1917
SCHEDULING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/  Jason Murray
Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 443-5582
Facsimile:   (213) 622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:  jmurphy@crowell.com
            aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

/s/  Richard Arnold
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

     Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER RE
SCHEDULING

No. 07-5944-SC; MDL No. 1917