DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North American, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS' MOTION DISMISS AND TO COMPEL ARBITRATION** |

Upon consideration of the Panasonic Defendants' Notice of Motion to Dismiss and to Compel Arbitration of Plaintiff ViewSonic Corporation's ("ViewSonic") claims against the Panasonic Defendants, supporting Memorandum of Points and Authorities, and good cause alleged, it is hereby:

ORDERED that the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration is GRANTED; it is further

ORDERED that ViewSonic's claims based on its alleged CRT Finished Product purchases from Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") is dismissed with prejudice.

IT IS SO ORDERED

Dated: _____                                    _____
                                                                                    Hon. Samuel Conti
                                                                                    United States District Judge

[PROPOSED] ORDER GRANTING PANASONIC DEFENDANTS'                MDL No. 1917
MOTION TO DISMISS AND TO COMPEL ARBITRATION                    Case No. 3:14-cv-02510