DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | Individual Case No. 3:14-cv-02510-SC<br><br>**DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF THE PANASONIC DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION** |

1. I am an attorney with Weil, Gotshal & Manges LLP, counsel for Defendants Panasonic Corporation , Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court pro hac vice.

2. I submit this declaration in support of the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration against Plaintiff ViewSonic Corporation ("ViewSonic"). I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. Included herein as Attachment A is a true and correct copy of the OEM Agreement signed by ViewSonic, Matsushita Electric Industrial, Co., Ltd., Display Monitor Division, and Matsushita Electric Industrial, Co., Ltd. Corporate Management Division for North America on February 10, 1999, February 18, 1999 and March 12, 1999 respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2014 at New York, New York.

By: ___*/s/ Adam C. Hemlock*___
    ADAM C. HEMLOCK