# ATTACHMENT A

# (DOCUMENT SOUGHT TO BE SEALED)

# ATTACHMENT A

*DOCUMENT SOUGHT TO BE EFILED UNDER SEAL IN ITS ENTIRETY*