1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  DAVID E. YOLKUT (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, New York 10153-0119
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  E-mail: adam.hemlock@weil.com

6  BAMBO OBARO (267683)
   WEIL, GOTSHAL & MANGES LLP
7  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9  E-mail: bambo.obaro@weil.com

10 JEFFREY L. KESSLER (*pro hac vice*)
   WINSTON & STRAWN LLP
11 200 Park Avenue
   New York, New York 10166-4193
12 Telephone: (212) 294-6700
   Facsimile: (212) 294-7400
13 E-mail: jkessler@winston.com

14 *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.  Additional attorneys in the signature page.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively the "Panasonic Defendants") respectfully submit this Administrative Motion for a Sealing Order regarding the Panasonic Defendants' concurrently filed Notice of Motion and Motion to Dismiss and to Compel Arbitration against Plaintiff ViewSonic Corporation ("ViewSonic"). The following materials are submitted under seal: (a) the highlighted portions of the Panasonic Defendants' Notice of Motion and Motion to Dismiss and to Compel Arbitration; and (b) Attachment A to the concurrently-filed Declaration of Adam C. Hemlock in Support of the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration ("Hemlock Declaration in Support of Motion to Dismiss and Compel Arbitration").

This motion is supported by the Declaration of Adam C. Hemlock in Support of the Panasonic Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated August 25, 2014 ("Hemlock Sealing Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Attachment A to the Hemlock Declaration in Support of Motion to Dismiss and Compel Arbitration is a document that was designated by ViewSonic as "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142). The highlighted portions of the Panasonic Defendants' Notice of Motion and Motion to Dismiss and to Compel Arbitration reference confidential information contained in Attachment A. The Panasonic Defendants seek to submit these documents under seal in good faith in order to comply with the Stipulated Protective Order and this Court's Local Rules.

Pursuant to Civil Local Rule 79-5(d) and 79-5(e), a copy of Panasonic Defendants' Notice of Motion and Motion to Dismiss and to Compel Arbitration and Attachment A will be

1  provided to the Court for *in camera* review, served on all parties, and e-filed pending ViewSonic's

2  submission, within four days of the date of this Administrative Motion, of a declaration "establishing

3  that the designated material is properly sealable." The Panasonic Defendants are prepared to e-file

4  the unredacted versions of the documents referenced herein in the public record "[i]f the Designating

5  Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative

6  Motion to File Under Seal is denied." Civ. L.R. 79-5(e)(2). The Panasonic Defendants respectfully

7  submit this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5, and,

8  through this submission, hereby notify ViewSonic (the Designating Party) of its burden to establish that

9  the designated material is properly sealable. Civ. L.R. 79-5(e)(1).

Dated: August 25, 2014

By:  /s/ *Adam C. Hemlock*
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
DAVID YOLKUT (*pro hac vice*)
E-mail: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BAMBO OBARO (267683)
E-mail: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
E-mail: jkessler@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
E-mail: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue

PANASONIC DEFENDANTS'                             MDL No. 1917
ADMINISTRATIVE MOTION TO FILE UNDER SEAL          Case No. 3:14-cv-02510

New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

| | |
|---|---|
| PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL | MDL No. 1917<br>Case No. 3:14-cv-02510 |