1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  DAVID E. YOLKUT (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, New York 10153-0119
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  E-mail: adam.hemlock@weil.com

6  BAMBO OBARO (267683)
   WEIL, GOTSHAL & MANGES LLP
7  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9  E-mail: bambo.obaro@weil.com

10 JEFFREY L. KESSLER (*pro hac vice*)
   A. PAUL VICTOR (*pro hac vice*)
11 EVA W. COLE (*pro hac vice*)
   MOLLY M. DONOVAN (*pro hac vice*)
12 WINSTON & STRAWN LLP
   200 Park Avenue
13 New York, New York 10166-4193
   Telephone: (212) 294-6700
14 Facsimile: (212) 294-7400
   E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:14-cv-02510 |
| This Document Relates to:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Upon consideration of the Panasonic Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration against Plaintiff ViewSonic Corporation, it is hereby:

ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or portions of documents related to the Panasonic Defendants' Administrative Motion to File Under Seal:

| Document | Sealed Portions (Page:Line) |
| --- | --- |
| Panasonic Defendants' Notice of Motion and Motion to Dismiss and to Compel Arbitration | i:10-11, 13-15<br><br>1:14-18<br><br>2:11-15, 23<br><br>3:4-7, 17-20<br><br>4:18-19, 21-25<br><br>5:1-8, 9-14<br><br>7:3, 7-11, 17-19, 23<br><br>8:1-2, 8, 11-18 |
| Attachment A to the Declaration of Adam C. Hemlock in Support of the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | Entire document |

IT IS SO ORDERED

Dated: _____                              _____
                                                                             Hon. Samuel Conti
                                                                             United States District Judge

[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS'                MDL No. 1917
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                                        Case No. 3:14-cv-02510