# **E**XHIBIT **18**

| | |
|---|---|
| 1 | Kenneth A. Gallo (*pro hac vice*) |
| | Joseph J. Simons (*pro hac vice*) |
| 2 | Craig A. Benson (*pro hac vice*) |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 3 | 2001 K Street, NW |
| | Washington, DC  20006 |
| 4 | Telephone: (202) 223-7300 |
| | Facsimile: (202) 223-7420 |
| 5 | kgallo@paulweiss.com |
| | jsimons@paulweiss.com |
| 6 | cbenson@paulweiss.com |
| 7 | Stephen E. Taylor (SBN 058452) |
| | Jonathan A. Patchen (SBN 237346) |
| 8 | **TAYLOR & COMPANY LAW OFFICES, LLP** |
| | One Ferry Building, Suite 355 |
| 9 | San Francisco, California 94111 |
| | Telephone:  (415) 788-8200 |
| 10 | Facsimile:  (415) 788-8208 |
| | Email: staylor@tcolaw.com |
| 11 | Email: jpatchen@tcolaw.com |

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 13-cv-01173 SC<br>Case No. 07-cv-05944 SC |
| This Document Relates to: Individual Case No. 13-cv-01173 SC | MDL No. 1917 |
| SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>Plaintiffs,<br>v.<br>HITACHI, LTD., *et al.*,<br>Defendants. | **SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT TECHNICOLOR SA, F/K/A THOMSON SA**<br><br>**DATE:  MAY 14, 2014** |

**PROPOUNDING PARTIES:**   Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.

**RESPONDING PARTIES:**   Technicolor SA, f/k/a Thomson SA

**SET NO.:** ONE

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"), through their undersigned counsel, request that Defendant Technicolor SA, f/k/a Thomson SA ("Thomson SA") responds to the following requests for production and produce for inspection and copying all documents and things herein within thirty (30) days of service, and afterwards supplement such production as may become necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure. Defendant is directed to serve verified answers at PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP, Attn: Craig A. Benson, 2001 K St., N.W., Washington, DC 20006, or at another time and place as may be mutually agreed upon by counsel for the parties.

## DEFINITIONS AND INSTRUCTIONS

1. "All" shall be construed as all, each, any, and every.

2. The terms "and" and "or" shall be construed either disjunctively or conjunctive as necessary to bring within the scope of the Interrogatories all information that might otherwise be construed to be outside of their scope.

3. The term "Document" includes all documents and electronically stored information as defined in Federal Rule of Civil Procedure 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

4. The term "Evidence" means Documents, witness statements or testimony, and discovery responses.

5. The terms "Identify," "Describe," and "State" mean:

    i. As to a person, to state the full name, where the person worked during the time period to which your answers pertains, the person's current or last known employer and position, and the person's current or last known home and business address, and telephone numbers;

        ii. As to a Company, to state the full legal name, business address, and business telephone numbers;

        iii. As to a Document, to describe the type of document (e.g., letter, statement, memorandum, telegram, notes of telephone conversation, etc.), the general subject matter, the date of the document, the identity of the sender(s) and recipient(s), and its present location and custodian, in lieu thereof, a copy of the document may be produced;

        iv. As to a Communication, to state the type of communication (e.g., oral, written, computer, etc.), the date and substance of such communication, the identity of the participants, and any documents evidencing or supporting such communication.

6. When referring to any fact, act, occurrence, transaction, statement, communication, document, or other matter, "Identify," "Describe," "Explain," or "State" means to describe and identify the facts constituting such matter.

7. "Including" or "includes" means without limitation.

8. "Reflect(ing) or refer(ring) to" means a statement or communication about, relating to, concerning, describing, containing, identifying, or in any way pertaining to the subject matter in the request.

9. The term "Interrogatories" refers to the interrogatories enumerated in Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America's First Set of Interrogatories to Defendant Technicolor SA, f/k/a Thomson SA, served concurrently herewith.

10. The term "Thomson SA" refers to Technicolor SA, f/k/a Thomson SA.

11. The terms "You" and "Your" mean Thomson SA, as defined herein, and its subsidiaries, affiliates and their subsidiaries, and any employees, agents, representatives or any persons acting or purporting to act on Your behalf, including each of Your attorneys.

12. The term "Sharp" means the plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.

- 3 -

13. If You cannot respond to a request for production fully, after a diligent attempt to obtain the requested information, You must answer the request to the extent possible, specify the portion of the request You are unable to answer, and provide whatever information You have regarding the answered portion.

14. In the event that any requested Document has been destroyed, lost, discarded or is otherwise no longer in Your possession, custody, or control, You shall Identify the document as completely as possible and specify the document's disposal date, disposal manner, disposal reason, the Person who authorized the disposal, and the Person who disposed of the document.

15. In the event any information is withheld on a claim of attorney-client privilege, work-product doctrine, or any other applicable privilege, You shall provide a privilege log that includes at least the following information: the nature of the information contained in the withheld document, the document date, source, and subject matter, the author(s) and recipient(s), such as would enable the privilege claim to be adjudicated.

16. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, these document request are continuing in nature so that if You subsequently discover or obtain possession, custody, or control of any document covered by these requests, You shall promptly make any such document available to Plaintiffs.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**Request No. 1:**

Produce All Documents You Identified or were requested to Identify in response to the Interrogatories.

DATED: May 14, 2014           By: *Craig A. Benson*

                                Kenneth A. Gallo (*pro hac vice*)
                                Joseph J. Simons (*pro hac vice*)
                                Craig A. Benson (*pro hac vice*)
                                **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                2001 K Street, NW
                                Washington, DC  20006
                                Telephone: (202) 223-7300
                                Facsimile: (202) 223-7420
                                kgallo@paulweiss.com

SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S
FIRST SET OF REQUESTS FOR PRODUCTION TO THOMSON SA -- Case No. 13-cv-1173; MDL No. 1917

| | |
|---|---|
| 1 | jsimons@paulweiss.com<br>cbenson@paulweiss.com |
| 2 | Stephen E. Taylor (SBN 058452)<br>Jonathan A. Patchen (SBN 237346) |
| 3 | **TAYLOR & COMPANY LAW OFFICES, LLP**<br>One Ferry Building, Suite 355 |
| 4 | San Francisco, California 94111<br>Telephone:  (415) 788-8200 |
| 5 | Facsimile:  (415) 788-8208<br>Email: staylor@tcolaw.com |
| 6 | Email: jpatchen@tcolaw.com |
| 7 | *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.* |

- 5 -

SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S
FIRST SET OF REQUESTS FOR PRODUCTION TO THOMSON SA -- Case No. 13-cv-1173; MDL No. 1917