# EXHIBIT 21

| | |
|---|---|
| 1 | William A. Isaacson |
| | BOIES, SCHILLER & FLEXNER LLP |
| 2 | 5301 Wisconsin Ave. NW, Suite 800 |
| | Washington, D.C. 20015 |
| 3 | Telephone: (202) 237-2727 |
| | Facsimile: (202) 237-6131 |
| 4 | |
| | Philip J. Iovieno |
| 5 | Anne M. Nardacci |
| | BOIES, SCHILLER & FLEXNER LLP |
| 6 | 30 South Pearl Street, 11th Floor |
| | Albany, NY 12207 |
| 7 | Telephone: (518) 434-0600 |
| | Facsimile: (518) 434-0665 |
| 8 | Email: piovieno@bsfllp.com |
| | anardacci@bsfllp.com |
| 9 | |
| | *Liaison Counsel for Direct Action Plaintiffs and* |
| 10 | *Attorneys for Plaintiffs Electrograph Systems, Inc.,* |
| | *Electrograph Technologies, Corp., Office Depot, Inc.,* |
| 11 | *CompuCom Systems, Inc., Interbond Corporation of* |
| | *America, P.C. Richard & Son Long Island* |
| 12 | *Corporation, MARTA Cooperative of America, Inc.,* |
| | *ABC Appliance, Inc., Schultze Agency Services LLC* |
| 13 | *on behalf of Tweeter Opco, LLC and Tweeter Newco,* |
| | *LLC, Tech Data Corporation and Tech Data Product* |
| 14 | *Management, Inc.* |
| 15 | [additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| 20 | | MDL No. 1917 |
| 21 | This document relates to: | **DIRECT ACTION PLAINTIFFS' SECOND SET OF INTERROGATORIES TO THE THOMSON DEFENDANTS** |
| 22 | *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| 23 | | |
| 24 | *Siegel v. Hitachi, Ltd., et al.* No. 11-cv-05502; | |
| 25 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| 26 | | |
| 27 | *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| 28 | | |

| | |
|---|---|
| Direct Action Plaintiffs' Second Set of Interrogatories to Thomson Defendants | Case No. 07-5944-SC; MDL No. 1917 |

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;

*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776;

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Best Buy Co., Inc., et al. v Technicolor SA, et al.*, No.13-cv-05264;

*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Target Corp., v. Technicolor SA, et al.*, No.13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.,*

| Direct Action Plaintiffs' Second Set of Interrogatories to Thomson Defendants | Case No. 07-5944-SC; MDL No. 1917 |

1  No. 13-cv-05725;

2  *Office Depot, Inc., v. Technicolor SA, et al.,* No. 13-cv-05726;

3

4  *Interbond Corporation of America v. Technicolor SA, et al.,* No. 13-cv-05727

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| **PROPOUNDING PARTIES:** | | Direct Action Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.; Alfred H. Siegel, solely as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.; Target Corp., Sears, Roebuck, and Co., Kmart Corp.; Interbond Corporation of America; Office Depot, Inc.; CompuCom Systems, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.; Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corporation and Tech Data Product Management, Inc.; and Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. |
| **RESPONDING PARTIES:** | | Thomson SA and Thomson Consumer Electronics, Inc. |
| **SET:** | | Two |

Direct Action Plaintiffs' Second Set of Interrogatories to Thomson Defendants

1

Case No. 07-5944-SC; MDL No. 1917

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, the undersigned Direct Action Plaintiffs, through counsel, request that the Thomson Defendants (as defined herein) respond in writing, subscribed under oath, to the following interrogatories within 30 days of the date of service of this request.

**DEFINITIONS**

The words and phrases used in these interrogatories shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. In addition, the following terms shall have the meanings set forth below whenever used in any interrogatory.

1. The words "all," "any," and "each" mean "each and every."

2. The words "and" and "or" are both conjunctive and disjunctive as necessary.

3. The term "relevant period" means the period beginning March 1, 1995 through December 31, 2007.

4. The term "Thomson Defendants" refers collectively to Thomson SA and Thomson Consumer Electronics, Inc.

5. The terms "you" and "your" mean the Thomson Defendants and/or each of the Thomson Defendants, as defined herein.

**INSTRUCTIONS**

1. Pursuant to Federal Rule of Civil Procedure 33, you are required to answer the following interrogatories under oath within 30 days or within the time otherwise required by Court order.

2. You must serve a written response to the interrogatories, and such response must be signed. In answering the interrogatories, furnish all information available to you, including information in the possession of your attorneys and all persons acting on your behalf.

3. If you assert a claim of attorney-client privilege or attorney work product with respect to any of the interrogatories contained herein:

      a. state the factual basis of the purported privilege or claim of work product in sufficient detail so as to permit the Court to adjudicate the validity of the claim; and

      b. state the numbered interrogatory to which the privileged information is responsive.

4. If you object to any portion of any interrogatory, provide all information requested by any portion of the interrogatory to which you do not object.

5. Each interrogatory requires full and accurate disclosure based on all available information and all documents within your possession, custody, or control.

6. Whenever a date, amount, computation, or figure is requested, the exact date, amount, computation, or figure is to be given unless it is unknown. If it is unknown, the approximate or best estimate should be given and the answer should state that the date, amount, computation, or figure provided is an approximation.

7. These interrogatories are continuing in nature to the extent provided in Rule 26(e) of the Federal Rules of Civil Procedure, and to the extent that you, or your attorneys, agents or representatives become aware of additional information responsive to this request subsequent to their initial response, you are required to immediately provide such information requested herein.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

If your response to any request for admission in Direct Action Plaintiffs' First Set of Requests for Admission to Thomson Defendants served with these Interrogatories is not an unqualified admission:

(a) State the number of the request;

(b) State all facts upon which you based your response;

(c) Identify each person who has knowledge of those facts; and

(d) Identify all documents that support your response

**INTERROGATORY NO. 2:**

Describe your ownership of the RCA brand name from the beginning of the relevant period through the present.

**INTERROGATORY NO. 3:**

Describe your use of the RCA brand name with respect to finished products sold by you in the United States from the beginning of the relevant period through the present.

**INTERROGATORY NO. 4:**

Describe your ownership of the Proscan brand name from the beginning of the relevant period through the present.

**INTERROGATORY NO. 5:**

Describe your use of the Proscan brand name with respect to finished products sold by you in the United States from the beginning of the relevant period through the present.

DATED: June 27, 2014

/s/ *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island*

*Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC and Tech Data Corporation and Tech Data Product Management, Inc.*

s/ *Scott N. Wagner*
_____

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG MAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email:  rturken@bilzin.com
            swagner@bilzin.com
            mwidom@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

/s/  *Cori G. Moore*
_____

David J. Burman (pro hac vice)
Cori G. Moore (pro hac vice)
Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg (pro hac vice)
Steven D. Merriman (pro hac vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile: (206)359-9000
Email:  DBurman@perkinscoie.com
            CGMoore@perkinsncoie.com
            EWeiss@perkinscoie.com
            NHesterberg@perkinscoie.com
            SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415)344-7120
Facsimile: (415)344-7320
Email: JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

|   |   |
|---|---|
| 1 | /s/ *David Martinez* |
| 2 | Roman M. Silberfeld |
|   | David Martinez |
| 3 | Jill S. Casselman |
|   | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 4 | 2049 Century Park East, Suite 3400 |
|   | Los Angeles, CA  90067-3208 |
| 5 | Telephone:  (310) 552-0130 |
|   | Facsimile:   (310) 229-5800 |
| 6 | Email:  rmsilberfeld@rkmc.com |
|   |             dmartinez@rkmc.com |
| 7 |             jscasselman@rkmc.com |

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
            kcwildfang@rkmc.com
            lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

/s/ *William J. Blechman*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

|   |   |
|---|---|
| 1 | /s/  *Kenneth S. Marks* |
| 2 | H. Lee Godfrey |
| 3 | Kenneth S. Marks<br>Jonathan J. Ross |
| 4 | Johnny W. Carter<br>David M. Peterson |
| 5 | SUSMAN GODFREY L.L.P. |
| 6 | 1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002 |
| 7 | Telephone:  (713) 651-9366<br>Facsimile:   (713) 654-6666 |
| 8 | Email:  lgodfrey@sumangodfrey.com |
| 9 |     kmarks@susmangodfrey.com<br>    jross@susmangodfrey.com |
| 10 |     jcarter@susmangodfrey.com<br>    dpeterson@susmangodfrey.com |
| 11 |  |
| 12 | Parker C. Folse III<br>Rachel S. Black |
| 13 | Jordan Connors<br>SUSMAN GODFREY L.L.P. |
| 14 | 1201 Third Avenue, Suite 3800 |
| 15 | Seattle, Washington 98101-3000<br>Telephone:  (206) 516-3880 |
| 16 | Facsimile:  (206) 516-3883<br>Email:  pfolse@susmangodfrey.com |
| 17 |     rblack@susmangodfrey.com<br>    jconnors@susmangodfrey.com |
| 18 | *Counsel for Plaintiff Alfred H. Siegel, as Trustee of the* |
| 19 | *Circuit City Stores, Inc. Liquidating Trust* |
| 20 | /s/  *Jason C. Murray* |
| 21 | Jason C. Murray (CA Bar No. 169806)<br>CROWELL & MORING LLP |
| 22 | 515 South Flower St., 40th Floor<br>Los Angeles, CA  90071 |
| 23 | Telephone: 213-443-5582<br>Facsimile:  213-622-2690 |
| 24 | Email:  jmurray@crowell.com |
| 25 | Jerome A. Murphy (*pro hac vice*)<br>Astor H.L. Heaven *(pro hac vice)* |
| 26 | CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W. |
| 27 | Washington, D.C. 20004<br>Telephone: 202-624-2500 |
| 28 | Facsimile:  202-628-5116 |

E-mail: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Plaintiff Target Corp.*

/s/  *Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*