# EXHIBIT 28

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS   (1927-1950)
JOHN F. WHARTON   (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7343

WRITER'S DIRECT FACSIMILE
(202) 223-7410

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL            JANE B. O'BRIEN
CRAIG A. BENSON          ALEX YOUNG K. OH
PATRICK S. CAMPBELL      JOSEPH J. SIMONS
CHARLES E. DAVIDOW       ALEXANDRA M. WALSH
KENNETH A. GALLO         BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*       MEREDITH J. KANE*
ALLAN J. ARFFA           ROBERTA A. KAPLAN*
ROBERT A. ATKINS*        BRAD S. KARP*
JOHN F. BAUGHMAN*        PATRICK N. KARSNITZ*
LYNN B. BAYARD*          JOHN C. KENNEDY*
DANIEL J. BELLER*        BRIAN KIM*
MITCHELL L. BERG*        ALAN W. KORNBERG
MARK S. BERGMAN          DANIEL J. KRAMER*
BRUCE BIRENBOIM*         DAVID K. LAKHDHIR
H. CHRISTOPHER BOEHNING* STEPHEN P. LAMB*
ANGELO BONVINO*          JOHN E. LANGE
JAMES L. BROCHIN         DANIEL J. LEFFELL*
RICHARD J. BRONSTEIN     XIAOYU GREG LIU*
DAVID W. BROWN*          JEFFREY D. MARELL*
SUSANNA M. BUERGEL*      MARCO V. MASOTTI*
JESSICA S. CAREY*        EDWIN S. MAYNARD*
JEANETTE K. CHAN*        DAVID W. MAYO*
YVONNE Y. F. CHAN*       ELIZABETH R. McCOLM*
LEWIS R. CLAYTON         WILLIAM B. MICHAEL*
JAY COHEN                TOBY S. MYERSON*
KELLEY A. CORNISH*       CATHERINE NYARADY*
CHRISTOPHER J. CUMMINGS* BRAD R. OKUN*
DOUGLAS R. DAVIS*        KELLEY D. PARKER*
THOMAS V. DE LA BASTIDE III* MARC E. PERLMUTTER*
ARIEL J. DECKELBAUM*     VALERIE E. RADWANER*
ALICE BELISLE EATON*     CARL L. REISNER
ANDREW J. EHRLICH*       WALTER G. RICCIARDI
GREGORY A. EZRING*       WALTER RIEMAN*
LESLIE GORDON FAGEN      RICHARD A. ROSEN
MARC FALCONE*            ANDREW N. ROSENBERG*
ROSS A. FIELDSTON*       JACQUELINE P. RUBIN*
ANDREW C. FINCH          RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*     JEFFREY D. SAFERSTEIN*
BRIAN P. FINNEGAN*       JEFFREY B. SAMUELS*
ROBERTO FINZI            DALE M. SARRO
PETER E. FISCH*          TERRY E. SCHIMEK
ROBERT C. FLEDER         KENNETH M. SCHNEIDER*
MARTIN FLUMENBAUM        ROBERT B. SCHUMER*
ANDREW J. FOLEY*         JAMES H. SCHWAB*
HARRIS B. FREIDUS*       JOHN M. SCOTT*
MANUEL S. FREY*          STEPHEN J. SHIMSHAK*
ANDREW L. GAINES*        DAVID R. SICULAR*
MICHAEL E. GERTZMAN*     MOSES SILVERMAN
ADAM M. GIVERTZ*         STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*  MARILYN SOBEL
ROBERT D. GOLDBAUM*      AUDRA J. SOLOWAY*
NEIL GOLDMAN*            SCOTT M. SONTAG*
ERIC S. GOLDSTEIN*       TARUN M. STEWART*
ERIC GOODISON*           ERIC ALAN STONE*
CHARLES H. GOOGE, JR.*   AIDAN SYNNOTT*
ANDREW G. GORDON*        ROBYN F. TARNOFSKY*
UDI GROFMAN*             MONICA K. THURMOND*
NICHOLAS GROOMBRIDGE*    DANIEL J. TOAL*
BRUCE A. GUTENPLAN*      LIZA M. VELAZQUEZ*
GAINES GWATHMEY, III     MARIA T. VULLO*
ALAN S. HALPERIN*        LAWRENCE G. WEE*
JUSTIN G. HAMILL*        THEODORE V. WELLS, JR.
CLAUDIA HAMMERMAN*       STEVEN J. WILLIAMS*
GERARD E. HARPER         LAWRENCE I. WITDORCHIC*
BRIAN S. HERMANN*        MARK B. WLAZLO*
ROBERT M. HIRSH          JULIA T.M. WOOD
MICHELE HIRSHMAN*        JORDAN E. YARETT*
MICHAEL S. HONG*         KAYE N. YOSHINO*
DAVID S. HUNTINGTON*     TONG YU*
LORETTA A. IPPOLITO*     TRACEY A. ZACCONE*
JAREN JANGHORBANI*       T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

July 7, 2014

By Email

Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750

Dear Ms. Osborn:

      We received productions on June 25, 26, and 27 and write to follow up on several points:

      First, we wish to know whether additional productions will be forthcoming.  If there will be additional productions, please let us know when we can expect them and what categories of documents they will contain.

      Second, during our June 4 meet and confer, you stated that you would inform us if you withheld any documents that were responsive to our requests and were located in the United States.  Could you please let us know if you have done so?

      Third, you similarly stated during our June 4 meet and confer and in subsequent correspondence that your production in this litigation would encompass a substantial amount, but not necessarily all, of the materials Thomson SA submitted to the European Commission in connection with the EC CRT investigation.  Please let us know

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn											2

if you have in fact withheld any materials that were submitted by Thomson SA to the EC and the basis for withholding these documents. You also stated in your June 17 letter that you are continuing to evaluate what documents you will produce responsive to our requests related to the business-entity documents showing the relationship between Thomson SA and its subsidiaries and Thomson SA to the United States. Please let us know if those materials have been produced, or if more materials are forthcoming.

Fourth, at our meet and confer and in the ensuing correspondence, four individuals located in the United States were identified that we may wish to depose: Jackie Taylor-Boggs, James Hanrahan, Alex Hepburn, and Jack Brunk. Accordingly, we seek production of responsive documents over which they have or had custody. We intend to notice their depositions promptly once we receive their documents, so we would also like to know what dates these individuals would be available for depositions. At the time of our last communication, Mr. Brunk had not been located. Please notify us if he has been located so that we may proceed appropriately.

Thank you for providing proposed dates for a Rule 30(b)(6) deposition. We note as a procedural matter that under the Discovery Protocol in this matter (Dkt. No. 1128), the DPP class and the direct-action plaintiffs are collectively entitled to 18 hours of English-language testimony per defendant group, so at a minimum we will need to set aside two days of deposition testimony initially. We are continuing to review the materials you recently produced and will contact you soon about scheduling the deposition.

Finally, we wish to confirm that you continue to intend to withhold all responsive documents that are located in France on the basis of the French blocking statute.

Because we are mindful of the September 5 deadline, we are eager to resolve these issues promptly.

                                                   Very truly yours,

                                                   */s/ Craig A. Benson*

                                                 Craig A. Benson