# Exhibit 29

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7343

WRITER'S DIRECT FACSIMILE
(202) 223-7410

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                JANE B. O'BRIEN
CRAIG A. BENSON              ALEX YOUNG K. OH
PATRICK S. CAMPBELL          JOSEPH J. SIMONS
CHARLES E. DAVIDOW           ALEXANDRA M. WALSH
KENNETH A. GALLO             BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*           MEREDITH J. KANE*
ALLAN J. ARFFA               ROBERTA A. KAPLAN*
ROBERT A. ATKINS*            BRAD S. KARP*
JOHN F. BAUGHMAN*            PATRICK N. KARSNITZ*
LYNN B. BAYARD*              JOHN C. KENNEDY*
DANIEL J. BELLER*            BRIAN KIM*
MITCHELL L. BERG*            ALAN W. KORNBERG
MARK S. BERGMAN              DANIEL J. KRAMER*
BRUCE BIRENBOIM*             DAVID K. LAKHDHIR
H. CHRISTOPHER BOEHNING*     STEPHEN P. LAMB*
ANGELO BONVINO*              JOHN E. LANGE
JAMES L. BROCHIN*            DANIEL J. LEFFELL*
RICHARD J. BRONSTEIN         XIAOYU GREG LIU*
DAVID W. BROWN*              JEFFREY D. MARELL*
SUSANNA M. BUERGEL*          MARCO V. MASOTTI*
JESSICA S. CAREY*            EDWIN S. MAYNARD*
JEANETTE K. CHAN*            DAVID W. MAYO*
YVONNE Y. F. CHAN*           ELIZABETH R. McCOLM*
LEWIS R. CLAYTON             WILLIAM B. MICHAEL*
JAY COHEN                    TOBY S. MYERSON*
KELLEY A. CORNISH*           CATHERINE NYARADY*
CHRISTOPHER J. CUMMINGS*     BRAD R. OKUN*
DOUGLAS R. DAVIS*            KELLEY D. PARKER*
THOMAS V. DE LA BASTIDE III* MARC E. PERLMUTTER*
ARIEL J. DECKELBAUM*         VALERIE E. RADWANER*
ALICE BELISLE EATON*         CARL L. REISNER
ANDREW J. EHRLICH*           WALTER G. RICCIARDI
GREGORY A. EZRING*           WALTER RIEMAN*
LESLIE GORDON FAGEN          RICHARD A. ROSEN
MARC FALCONE*                ANDREW N. ROSENBERG*
ROSS A. FIELDSTON*           JACQUELINE P. RUBIN*
ANDREW C. FINCH              RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*         JEFFREY D. SAFERSTEIN*
BRIAN P. FINNEGAN*           JEFFREY B. SAMUELS*
ROBERTO FINZI                DALE M. SARRO
PETER E. FISCH*              TERRY E. SCHIMEK
ROBERT C. FLEDER             KENNETH M. SCHNEIDER*
MARTIN FLUMENBAUM            ROBERT B. SCHUMER*
ANDREW J. FOLEY*             JAMES H. SCHWAB*
HARRIS B. FREIDUS*           JOHN M. SCOTT*
MANUEL S. FREY*              STEPHEN J. SHIMSHAK*
ANDREW L. GAINES*            DAVID R. SICULAR*
MICHAEL E. GERTZMAN*         MOSES SILVERMAN
ADAM M. GIVERTZ*             STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*      MARILYN SOBEL
ROBERT D. GOLDBAUM*          AUDRA J. SOLOWAY*
NEIL GOLDMAN*                SCOTT M. SONTAG*
ERIC S. GOLDSTEIN*           TARUN M. STEWART*
ERIC GOODISON*               ERIC ALAN STONE*
CHARLES H. GOOGE, JR.*       AIDAN SYNNOTT*
ANDREW G. GORDON*            ROBYN F. TARNOFSKY*
UDI GROFMAN*                 MONICA K. THURMOND*
NICHOLAS GROOMBRIDGE*        DANIEL J. TOAL*
BRUCE A. GUTENPLAN*          LIZA M. VELAZQUEZ*
GAINES GWATHMEY, III         MARIA T. VULLO*
ALAN S. HALPERIN*            LAWRENCE G. WEE*
JUSTIN G. HAMILL*            THEODORE V. WELLS, JR.
CLAUDIA HAMMERMAN*           STEVEN J. WILLIAMS*
GERARD E. HARPER             LAWRENCE I. WITDORCHIC*
BRIAN S. HERMANN*            MARK B. WLAZLO*
ROBERT M. HIRSH              JULIA T.M. WOOD
MICHELE HIRSHMAN*            JORDAN E. YARETT*
MICHAEL S. HONG*             KAYE N. YOSHINO*
DAVID S. HUNTINGTON*         TONG YU*
LORETTA A. IPPOLITO*         TRACEY A. ZACCONE*
JAREN JANGHORBANI*           T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

July 11, 2014

By Email

Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750

Dear Ms. Osborn:

  As you know, we wrote on July 7, 2014, with specific question about Thomson's document production and its completeness. We have not yet received any response. Please respond to the questions that we asked in that letter.

  Moreover, it has come to our attention that none of the productions we have received to this point contain any metadata (including custodian information), contrary to the discovery order in this case. We would be grateful for your explanation as to why this is.

  From the limited information that we have, it appears that the entire production comprises portions of the submission that Thomson Consumer made to the United States Department of Justice, but we are not certain of this, nor are we certain that we have received the entirety of what was provided to the Department of Justice. We, of course, requested the entirety of that production, but also a great deal more from Thomson Consumer and Thomson SA, and we need to understand what responsive documents we

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn                                                                                    2

have been provided, what responsive documents will be forthcoming, and what responsive documents are being withheld.

      Please respond to our letters in writing by Tuesday, July 15, or provide us times that day when you can meet and confer to discuss Thomson's outstanding responses to our discovery requests.

      Best regards,

      */s/ Craig A. Benson*

      Craig A. Benson