# EXHIBIT 31

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047

TELEPHONE (202) 223-7300

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS   (1927-1950)
JOHN F. WHARTON   (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(202) 223-7343

WRITER'S DIRECT FACSIMILE
(202) 223-7410

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON

DAVID J. BALL
CRAIG A. BENSON
PATRICK S. CAMPBELL
CHARLES E. DAVIDOW
KENNETH A. GALLO
MARK F. MENDELSOHN

JANE B. O'BRIEN
ALEX YOUNG K. OH
JOSEPH J. SIMONS
ALEXANDRA M. WALSH
BETH A. WILKINSON

PARTNERS NOT RESIDENT IN WASHINGTON

MATTHEW W. ABBOTT*
ALLAN J. ARFFA
ROBERT A. ATKINS*
JOHN F. BAUGHMAN*
LYNN B. BAYARD*
DANIEL J. BELLER
MITCHELL L. BERG*
MARK S. BERGMAN
BRUCE BIRENBOIM*
H. CHRISTOPHER BOEHNING*
ANGELO BONVINO*
RICHARD J. BRONSTEIN
DAVID W. BROWN*
SUSANNA M. BUERGEL*
JESSICA S. CAREY*
JEANETTE K. CHAN*
YVONNE Y. F. CHAN*
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH*
CHRISTOPHER J. CUMMINGS*
DOUGLAS R. DAVIS*
THOMAS V. DE LA BASTIDE III*
ARIEL J. DECKELBAUM*
ALICE BELISLE EATON*
ANDREW J. EHRLICH*
GREGORY A. EZRING*
LESLIE GORDON FAGEN
MARC FALCONE*
ROSS A. FIELDSTON*
ANDREW C. FINCH
BRAD J. FINKELSTEIN*
BRIAN P. FINNEGAN*
ROBERTO FINZI
PETER E. FISCH*
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY*
HARRIS B. FREIDUS*
MANUEL S. FREY*
ANDREW L. GAINES*
MICHAEL E. GERTZMAN*
ADAM M. GIVERTZ*
SALVATORE GOGLIORMELLA*
ROBERT D. GOLDBAUM*
NEIL GOLDMAN*
ERIC S. GOLDSTEIN*
ERIC GOODISON*
CHARLES H. GOOGE, JR.*
ANDREW G. GORDON*
UDI GROFMAN*
NICHOLAS GROOMBRIDGE*
BRUCE A. GUTENPLAN*
GAINES GWATHMEY, III
ALAN S. HALPERIN*
JUSTIN G. HAMILL*
CLAUDIA HAMMERMAN*
GERARD E. HARPER
BRIAN S. HERMANN*
ROBERT M. HIRSH
MICHELE HIRSHMAN*
MICHAEL B. HONG*
DAVID S. HUNTINGTON*
LORETTA A. IPPOLITO*
JAREN JANGHORBANI*

MEREDITH J. KANE*
ROBERTA A. KAPLAN*
BRAD S. KARP*
PATRICK N. KARSNITZ*
JOHN C. KENNEDY*
BRIAN KIM*
ALAN W. KORNBERG
DANIEL J. KRAMER*
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL*
XIAOYU GREG LIU*
JEFFREY D. MARELL*
MARCO V. MASOTTI*
EDWIN S. MAYNARD*
DAVID W. MAYO*
ELIZABETH R. McCOLM*
WILLIAM B. MICHAEL*
TOBY S. MYERSON*
CATHERINE NYARADY*
BRAD R. OKUN*
KELLEY D. PARKER*
MARC E. PERLMUTTER*
VALERIE E. RADWANER*
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN*
RICHARD A. ROSEN
ANDREW N. ROSENBERG*
JACQUELINE P. RUBIN*
RAPHAEL M. RUSSO*
JEFFREY J. SAFERSTEIN*
JEFFREY B. SAMUELS*
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER*
ROBERT B. SCHUMER*
JAMES H. SCHWAB*
JOHN M. SCOTT*
STEPHEN J. SHIMSHAK*
DAVID R. SICULAR*
MOSES SILVERMAN
STEVEN SIMKIN*
MARILYN SOBEL
AUDRA J. SOLOWAY*
SCOTT M. SONTAG*
TARUN M. STEWART*
ERIC ALAN STONE*
AIDAN SYNNOTT*
ROBYN F TARNOFSKY*
MONICA K. THURMOND*
DANIEL J. TOAL*
LIZA M. VELAZQUEZ*
MARIA T. VULLO*
LAWRENCE G. WEE*
THEODORE V. WELLS, JR.
STEVEN J. WILLIAMS*
LAWRENCE I. WITDORCHIC*
MARK B. WLAZLO*
JULIA T.M. WOOD
JORDAN E. YARETT*
KAYE N. YOSHINO*
TONG YU*
TRACEY A. ZACCONE*
T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

July 16, 2014

By Email

Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750

Dear Ms. Osborn:

      Thank you for speaking with us on July 15, 2014 regarding our outstanding discovery requests to Thomson Consumer and Thomson SA. We write to memorialize our discussion. Please let us know if you disagree with anything.

      **Responsive Thomson SA documents.** We confirmed that we are at an impasse regarding Thomson SA's production of responsive documents that reside in France. You confirmed that Thomson SA's position is that the documents cannot be produced in this case absent a request pursuant to the Hague Procedures, owing to the French blocking statute. You explained that you have not yet been able to compare the documents located in France – including the production that Thomson made to the European Commission – with the documents you have already produced to us, in order to determine how many are duplicative. You also speculated that the universe of responsive documents in France was very small.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn                                                                                           2

        **Responsive Thomson Consumer documents withheld on objections.**
You indicated that there are only two categories of Thomson Consumer documents that
are responsive to our document requests as drafted that you have withheld from
production:  (1) business expense documentation for some employees that had some
responsibilities for CRTs but whose names have not arisen in the context of this
litigation, where that business expense documentation does not reflect or relate to any
communications or meetings with other manufacturers of CRTs; (2) approximately 50
general business documents that were produced to the Department of Justice comprising
resumes and other administrative documents relating to employees that do not participate
in activities relating to any of the allegations in this case and are not responsive to any
outstanding request except for the request calling for the entirety of any submission that
Thomson entities made to government regulators.[1]  You indicated that you were unsure
why they were produced to the DOJ in the first place and noted that they may not have
been responsive to any governmental request.

        **Privileged Thomson Consumer documents.**  You explained that you are
in the process of creating a privilege log of a very small number of documents.  We stated
that the DAPs' requests for production of documents asked for documents regarding
document retention policies, and that we understood that such documents would either be
produced or, if Thomson was claiming a privilege over them, should be reflected on a
privilege log.

        **Forthcoming Thomson Consumer productions.**  You stated that we can
expect an additional production of approximately 200 to 300 documents, likely within a
week.  This will include the documents you referred to in your letter dated July 14, 2014
which you had characterized as loan agreements between Thomson SA and its
subsidiaries.  You also stated that you will continue to produce documents on a rolling
basis, but that you are close to the end.

        **Depositions.**  You told us that you have reached out to the individuals we
identified in our July 7, 2014 letter as possible deponents (Jackie Taylor-Boggs, James
Hanrahan, Alex Hepburn, and Jack Brunk), and that you will be able to make those
individuals available for deposition prior to the close of fact discovery on September 5,
2014.  You expressed that the depositions of JP Hanrahan and Alex Hepburn will require
advance notice, because both individuals are caring for elderly parents.  You agreed to
accept service of subpoenas on behalf of any former employees about whom we have
already inquired and with whom you have been in touch.

---

[1]    You told us that although two or three of the documents may concern employees that
we are otherwise interested in, the two or three documents are not otherwise
responsive to any outstanding document request, except for the request calling for the
entirety of any submission that Thomson entities made to government regulators.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn                                                                                      3

        You stated that your understanding of Judge Conti's Discovery and Case Management Order (Dkt. No. 1128) provides that the DPP and IPP classes may collectively take up to 15 hours, 7.5 of which belongs to each class, and that the Individual Action Plaintiffs get an additional 3 hours, which brings the total to 10.5 hours.  We explained that we have a different understanding.  We agreed that, for current purposes, the discussion may be academic unless it appears that we will require 18 hours of time.  We reserve our rights on the issue.

        **Data files.**  You emailed us after our telephone call to inform us that you are reproducing the load files for your prior productions so that we will have access to the metadata as required by the Stipulation and Order Regarding the Production of Electronically Stored Information (Dkt. No. 828).  We look forward to receive this information by the end of this week.

        Very truly yours,

        */s/ Craig A. Benson*

        Craig A. Benson