**EXHIBIT 32**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>LLOYD K. GARRISON  (1946-1991)<br>RANDOLPH E. PAUL  (1946-1956)<br>SIMON H. RIFKIND  (1950-1995)<br>LOUIS S. WEISS  (1927-1950)<br>JOHN F. WHARTON  (1927-1977) | 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064<br>TELEPHONE (212) 373-3000<br><br>UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT<br>BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |

WRITER'S DIRECT DIAL NUMBER
(202) 223-7343

WRITER'S DIRECT FACSIMILE
(202) 223-7410

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

July 17, 2014

By Email

Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, 3:07-cv-5944-SC (N.D. Cal.)

Dear Ms. Osborn:

      In your letter dated June 17, 2014, you stated that Meggan Ehret will serve as both Thomson Consumer and Thomson SA's 30(b)(6) representative.  We want to make sure we understand your position on Ms. Ehret's testimony and preparation on issues relating to Thomson SA, in light of your stance on the operation of Law no. 80-538 of July 16, 1980 relating to the disclosure of documents and information of an economic, commercial, or technical nature to foreign natural and legal persons.  Specifically, before agreeing to any date for Thomson SA's 30(b)(6) deposition, we wish to understand whether Ms. Ehret will be prepared fully to testify about all information known or reasonably available to Thomson SA, including on the basis of documents or interviews with employees that reside in France.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn     2

       We are grateful for your prompt reply.  Once we learn from you what Thomson's position is, we can respond with thoughts on appropriate dates for a deposition.

       Best regards,

       */s/ Craig A. Benson*

       Craig A. Benson