# EXHIBIT 37

# EXHIBIT A

|  |  |
|---|---|
| **MINISTRY**<br>**OF**<br>**FOREIGN AFFAIRS**<br>---<br>LEGAL DEPARTMENT | **French Republic**<br><br>Paris, March 7, 2008 |

[handwritten:] No. 7021DJ/LB

Dear Madam,

In your letter dated February 19, 2008 you informed me of the request sent by the District Court for the Northern District of California to your company, Thomson Inc., requesting communication of certain documents and information of an economic, commercial, industrial, financial or technical nature in the possession of that company or other entities within the group.

I acknowledge that your letter fulfils the disclosure obligation stipulated in article 2 of Act No. 68-678 of July 26, 1968, as amended, in relation to the communication of documents and information of an economic, commercial, industrial, financial and technical nature.

I remind you that Act No. 68-678 prohibits the communication of documents and information of an economic, commercial, industrial, financial or technical nature intended to be used as evidence within or in view of foreign judicial or administrative proceedings. The provisions of that statute are mandatory, subject to international treaties or agreements.

However, the Hague Convention of March 18, 1970 on the taking of evidence abroad in civil or commercial matters, to which France and the United States are parties, and also the mutual legal assistance treaty of December 10, 1998 between France and the United States appear to me to be potentially applicable in this case. However, in order for them to apply, a request is needed from the American authorities to France, in accordance with the procedures stipulated therein, and no such request has been made to date.

Ms. Marie-Ange DEBON
Thomson
46, Quai Alfonse Le Gallo
92648 BOULOGNE Cedex

Yours sincerely,

[signature]
Edwige BELLIARD

cc:
- CM (Mr. CONTINI)
- DE (Ms. MALAUSSÉNA)
- AME (Mr. REGNAULD-FABRE)



**TRANSPERFECT**
LEGAL SOLUTIONS

City of Chicago, State of Illinois, County of Cook

I, Benjamin Hengels, hereby affirm that the document **"Letter from French Department of Ministry"** is, to the best of my knowledge and belief and within the given parameters, a true and accurate translation from French into English.

Benjamin Hengels

Sworn to before me this
1ˢᵗ of August, 2014

Signature, Notary Public

OFFICIAL SEAL
JACKIE M. MICHALEK
Notary Public, State of Illinois
My Commission Expires
October 18, 2015

Stamp, Notary Public

THE GLOBAL SOLUTION FOR LEGAL SUPPORT

150 NORTH MICHIGAN AVENUE, 20TH FLOOR, CHICAGO, IL 60601 I T 312.578.0887 I F 312.578.0892 I WWW.TRANSPERFECTLEGAL.COM
OFFICES IN 85 CITIES WORLDWIDE