# EXHIBIT 39

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>LLOYD K. GARRISON   (1946-1991)<br>RANDOLPH E. PAUL   (1946-1956)<br>SIMON H. RIFKIND   (1950-1995)<br>LOUIS S. WEISS   (1927-1950)<br>JOHN F. WHARTON   (1927-1977) | 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064<br>TELEPHONE (212) 373-3000<br><br>UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT<br>BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |

WRITER'S DIRECT DIAL NUMBER
(202) 223-7343

WRITER'S DIRECT FACSIMILE
(202) 223-7410

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON

DAVID J. BALL / JANE B. O'BRIEN
CRAIG A. BENSON / ALEX YOUNG K. OH
PATRICK S. CAMPBELL / JOSEPH J. SIMONS
CHARLES E. DAVIDOW / ALEXANDRA M. WALSH
KENNETH A. GALLO / BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON

MATTHEW W. ABBOTT* / MEREDITH J. KANE*
ALLAN J. ARFFA* / ROBERTA A. KAPLAN*
ROBERT A. ATKINS* / BRAD S. KARP*
JOHN F. BAUGHMAN* / PATRICK N. KARSNITZ*
LYNN B. BAYARD* / JOHN C. KENNEDY*
DANIEL J. BELLER* / BRIAN KIM*
MITCHELL L. BERG* / ALAN W. KORNBERG
MARK S. BERGMAN / DANIEL J. KRAMER*
BRUCE BIRENBOIM* / DAVID K. LAKHDHIR
H. CHRISTOPHER BOEHNING* / STEPHEN P. LAMB*
ANGELO BONVINO* / JOHN E. LANGE
JAMES L. BROCHIN* / DANIEL J. LEFFELL*
RICHARD J. BRONSTEIN* / XIAOYU GREG LIU*
DAVID W. BROWN* / JEFFREY D. MARELL*
SUSANNA M. BUERGEL* / MARCO V. MASOTTI*
JESSICA S. CAREY* / EDWIN S. MAYNARD*
JEANETTE K. CHAN* / DAVID W. MAYO*
YVONNE Y. F. CHAN* / ELIZABETH R. McCOLM*
LEWIS R. CLAYTON / WILLIAM B. MICHAEL*
JAY COHEN / TOBY S. MYERSON*
KELLEY A. CORNISH* / CATHERINE NYARADY*
CHRISTOPHER J. CUMMINGS* / BRAD R. OKUN*
DOUGLAS R. DAVIS* / KELLEY D. PARKER*
THOMAS V. DE LA BASTIDE III* / MARC E. PERLMUTTER*
ARIEL J. DECKELBAUM* / VALERIE E. RADWANER*
ALICE BELISLE EATON* / CARL L. REISNER
ANDREW J. EHRLICH* / WALTER G. RICCIARDI
GREGORY A. EZRING* / WALTER RIEMAN*
LESLIE GORDON FAGEN / RICHARD A. ROSEN
MARC FALCONE* / ANDREW N. ROSENBERG*
ROSS A. FIELDSTON* / JACQUELINE P. RUBIN*
ANDREW C. FINCH / RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN* / JEFFREY D. SAFERSTEIN*
BRIAN P. FINNEGAN* / JEFFREY B. SAMUELS*
ROBERTO FINZI* / DALE M. SARRO
PETER E. FISCH* / TERRY E. SCHIMEK
ROBERT C. FLEDER / KENNETH M. SCHNEIDER*
MARTIN FLUMENBAUM / ROBERT B. SCHUMER*
ANDREW J. FOLEY* / JAMES H. SCHWAB*
HARRIS B. FREIDUS* / JOHN M. SCOTT*
MANUEL S. FREY* / STEPHEN J. SHIMSHAK*
ANDREW L. GAINES* / DAVID R. SICULAR*
MICHAEL E. GERTZMAN* / MOSES SILVERMAN
ADAM M. GIVERTZ* / STEVEN SIMKIN*
SALVATORE GOGLIORMELLA* / MARILYN SOBEL
ROBERT D. GOLDBAUM* / AUDRA J. SOLOWAY*
NEIL GOLDMAN* / SCOTT M. SONTAG*
ERIC S. GOLDSTEIN* / TARUN M. STEWART*
ERIC GOODISON* / ERIC ALAN STONE*
CHARLES H. GOOGE, JR.* / AIDAN SYNNOTT*
ANDREW G. GORDON* / ROBYN F. TARNOFSKY*
UDI GROFMAN* / MONICA K. THURMOND*
NICHOLAS GROOMBRIDGE* / DANIEL J. TOAL*
BRUCE A. GUTENPLAN* / LIZA M. VELAZQUEZ*
GAINES GWATHMEY, III / MARIA T. VULLO*
ALAN S. HALPERIN* / LAWRENCE G. WEE*
JUSTIN G. HAMILL* / THEODORE V. WELLS, JR.
CLAUDIA HAMMERMAN* / STEVEN J. WILLIAMS*
GERARD E. HARPER / LAWRENCE I. WITDORCHIC*
BRIAN S. HERMANN* / MARK B. WLAZLO*
ROBERT M. HIRSH / JULIA T.M. WOOD
MICHELE HIRSHMAN* / JORDAN E. YARETT*
MICHAEL S. HONG* / KAYE N. YOSHINO*
DAVID S. HUNTINGTON* / TONG YU*
LORETTA A. IPPOLITO* / TRACEY A. ZACCONE*
JAREN JANGHORBANI* / T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

August 6, 2014

By Email

Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, 3:07-cv-5944-SC (N.D. Cal.)

Dear Ms. Osborn:

      Attached are revised notices of deposition for the 30(b)(6) witnesses for Thomson Consumer and Thomson SA. As you requested, we have noticed them for your Indianapolis offices.

      We understand from your previous correspondence that you do not intend to educate your 30(b)(6) witness on any information that is located in France, absent a directive pursuant to the Hague. As you know, we disagree with your position on this. The Federal Rules of Civil Procedure require that any 30(b)(6) witness on behalf of Thomson SA be educated with information known or reasonably available to Thomson SA, and that includes information that is located in France. As you also know, following substantial completion of your document production from the United States, we moved the Court for an order to compel such testimony (and the production of underlying documents) under the Federal Rules of Civil Procedure. We also simultaneously moved

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn 2

the Court for issuance of letters rogatory in the alternative, although we believe these are unnecessary.  In any event, we recognize that these motions may not ultimately be resolved until after the September 5, 2014 cut-off for discovery.  We do not waive – and expressly reserve – our rights to pursue this discovery when it is ordered.

Nonetheless, we intend to conduct as much of the discovery as we meaningfully can during the discovery period.  To that end, we intend to use only some of the 10 hours we are permitted under the discovery protocols governing in this case, for Thomson Consumer's 30(b)(6) witness.  We will reserve the remainder of our time for completion of the deposition upon resolution of our discovery motions with the Court.

Please let us know if you have any objections, so that we may resolve the issues – including by seeking Court intervention, if necessary.

Best regards,

*/s/ Craig Benson*

Craig Benson