# **E**XHIBIT **42**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>LLOYD K. GARRISON   (1946-1991)<br>RANDOLPH E. PAUL   (1946-1956)<br>SIMON H. RIFKIND   (1950-1995)<br>LOUIS S. WEISS   (1927-1950)<br>JOHN F. WHARTON   (1927-1977) | 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064<br>TELEPHONE (212) 373-3000<br><br>UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT<br>BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |

WRITER'S DIRECT DIAL NUMBER
(202) 223-7343

WRITER'S DIRECT FACSIMILE
(202) 223-7410

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                                JANE B. O'BRIEN
CRAIG A. BENSON                     ALEX YOUNG K. OH
PATRICK S. CAMPBELL          JOSEPH J. SIMONS
CHARLES E. DAVIDOW          ALEXANDRA M. WALSH
KENNETH A. GALLO               BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*           MEREDITH J. KANE*
ALLAN J. ARFFA                          ROBERTA A. KAPLAN*
ROBERT A. ATKINS*                 BRAD S. KARP*
JOHN F. BAUGHMAN*             PATRICK N. KARSNITZ*
LYNN B. BAYARD*                     JOHN C. KENNEDY*
DANIEL J. BELLER                    BRIAN KIM*
MITCHELL L. BERG*                 ALAN W. KORNBERG
MARK S. BERGMAN                 DANIEL J. KRAMER*
BRUCE BIRENBOIM*                DAVID K. LAKHDHIR
H. CHRISTOPHER BOEHNING*  STEPHEN P. LAMB*
ANGELO BONVINO*                 JOHN E. LANGE
JAMES L. BROCHIN                 DANIEL J. LEFFELL*
RICHARD J. BRONSTEIN         XIAOYU GREG LIU*
DAVID W. BROWN*                  JEFFREY D. MARELL*
SUSANNA M. BUERGEL*         MARCO V. MASOTTI*
JESSICA S. CAREY*                  EDWIN S. MAYNARD*
JEANETTE K. CHAN*                DAVID W. MAYO*
YVONNE Y. F. CHAN*               ELIZABETH R. McCOLM*
LEWIS R. CLAYTON                   WILLIAM B. MICHAEL*
JAY COHEN                                 TOBY S. MYERSON*
KELLEY A. CORNISH*              CATHERINE NYARADY*
CHRISTOPHER J. CUMMINGS*  BRAD R. OKUN*
DOUGLAS R. DAVIS*                KELLEY D. PARKER*
THOMAS V. DE LA BASTIDE III*  MARC E. PERLMUTTER*
ARIEL J. DECKELBAUM*         VALERIE E. RADWANER*
ALICE BELISLE EATON*           CARL L. REISNER
ANDREW J. EHRLICH*            WALTER G. RICCIARDI
GREGORY A. EZRING*            WALTER RIEMAN*
LESLIE GORDON FAGEN        RICHARD A. ROSEN
MARC FALCONE*                     ANDREW N. ROSENBERG*
ROSS A. FIELDSTON*             JACQUELINE P. RUBIN*
ANDREW C. FINCH                  RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*          JEFFREY B. SAFERSTEIN*
BRIAN P. FINNEGAN*              JEFFREY B. SAMUELS*
ROBERTO FINZI                         DALE M. SARRO
PETER E. FISCH*                       TERRY E. SCHIMEK
ROBERT C. FLEDER                 KENNETH M. SCHNEIDER*
MARTIN FLUMENBAUM          ROBERT B. SCHUMER*
ANDREW J. FOLEY*                 JAMES H. SCHWAB*
HARRIS B. FREIDUS*              JOHN M. SCOTT*
MANUEL S. FREY*                    STEPHEN J. SHIMSHAK*
ANDREW L. GAINES*              DAVID R. SICULAR*
MICHAEL E. GERTZMAN*      MOSES SILVERMAN
ADAM M. GIVERTZ*                STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*  MARILYN SOBEL
ROBERT D. GOLDBAUM*       AUDRA J. SOLOWAY*
NEIL GOLDMAN*                      SCOTT M. SONTAG*
ERIC S. GOLDSTEIN*               TARUN M. STEWART*
ERIC GOODISON*                    ERIC ALAN STONE*
CHARLES H. GOOGE, JR.*     AIDAN SYNNOTT*
ANDREW G. GORDON*          ROBYN F. TARNOFSKY*
UDI GROFMAN*                        MONICA K. THURMOND*
NICHOLAS GROOMBRIDGE*  DANIEL J. TOAL*
BRUCE A. GUTENPLAN*         LIZA M. VELAZQUEZ*
GAINES GWATHMEY, III          MARIA T. VULLO*
ALAN S. HALPERIN*                LAWRENCE G. WEE*
JUSTIN G. HAMILL*                  THEODORE V. WELLS, JR.
CLAUDIA HAMMERMAN*       STEVEN J. WILLIAMS*
GERARD E. HARPER               LAWRENCE I. WITDORCHIC*
BRIAN S. HERMANN*               MARK B. WLAZLO*
ROBERT M. HIRSH                    JULIA T.M. WOOD
MICHELE HIRSHMAN*             JORDAN E. YARETT*
MICHAEL S. HONG*                 KAYE N. YOSHINO*
DAVID S. HUNTINGTON*        TONG YU*
LORETTA A. IPPOLITO*           TRACEY A. ZACCONE*
JAREN JANGHORBANI*         T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

August 8, 2014

By Email

Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750

Re:     *In re Cathode Ray Tube (CRT) Antitrust Litigation*, 3:07-cv-5944-SC (N.D. Cal.)

Dear Ms. Osborn:

      Attached are deposition notices for Jack Brunk, James Hanrahan, Jackie Taylor-Boggs, Alex Hepburn, Christian Lissorgues, Agnes Martin, Didier Trutt, and Emeric Charamel.

      We have provisionally noticed the depositions of Mr. Brunk, Mr. Hanrahan, Ms. Taylor-Boggs, and Mr. Hepburn for the dates you provided to us by letter this afternoon.  Because you provided them to us only today, these dates are preliminary as we are still confirming our availability.  We are also confirming the location of depositions for Mr. Hepburn and Mr. Brunk.

      That we have noticed these four depositions only for the single day you provided us is without prejudice to our position that the discovery protocol entitles us to more than 7 hours of testimony from each of these witnesses.  We expressly reserve our

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn								2

rights to depose the witnesses for the full amount of time to which we are entitled under the discovery protocol, and will confer with you in that regard.

>Best regards,
>
>*/s/ Craig A. Benson*
>
>Craig A. Benson