# EXHIBIT 43

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-cv-05944 SC<br><br>MDL No. 1917<br><br>**DEPOSITION NOTICE OF EMERIC CHARAMEL PURSUANT TO FED. R. CIV. P. 30** |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

3 Procedure, the Direct Action Plaintiffs and the Direct Purchaser Plaintiffs (collectively

4 "Plaintiffs") will take the deposition of **EMERIC CHARAMEL**. The deposition will occur on

5 **September 4-5, 2014, at 9:00 a.m.** at the offices of Taylor & Company Law Offices, LLP, One

6 Ferry Building, Suite 355, San Francisco, CA 94111. The deposition shall continue from day to

7 day (including weekends) until recessed or completed.

8 The deposition will be taken before a notary public or other person authorized to

9 administer oaths under applicable law, and will be conducted pursuant to Rule 30 of the Federal

10 Rules of Civil Procedure. Plaintiffs intend and reserve the right to record the deposition

11 testimony of the above-identified deponent by videotape and instant visual display, in addition to

12 recording the testimony stenographically and by LiveNote/realtime. Plaintiffs reserve the right

13 to use the videotape deposition at time of trial.

15 Dated: August 8, 2014         Respectfully Submitted,

16                               */s/ Craig A. Benson*

17                               Kenneth A. Gallo (*pro hac vice*)
18                               Joseph J. Simons (*pro hac vice*)
                                 Craig A. Benson (*pro hac vice*)
19                               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                 2001 K Street, NW
20                               Washington, DC 20006
                                 Telephone: (202) 223-7300
21                               Facsimile: (202) 223-7420
                                 kgallo@paulweiss.com
22                               jsimons@paulweiss.com
                                 cbenson@paulweiss.com
23

24                               *Attorneys for Plaintiffs Sharp Electronics Corporation
                                 and Sharp Electronics Manufacturing Company of
25                               America, Inc.*

26
                                 Guido Saveri (22349)
27                               R. Alexander Saveri (173102)
                                 Geoffrey C. Rushing (126910)
28                               Travis L. Manfredi (281779)

- 2 -

|   |   |
|---|---|
| 1 | SAVERI & SAVERI, INC. |
| 2 | 706 Sansome Street |
|   | San Francisco, CA 94111 |
| 3 | Telephone: 415.217.6810 |
|   | Fax: 415.217.6813 |

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

*Liaison Counsel for the Direct Action Plaintiffs*

- 3 -

DEPOSITION NOTICE OF EMERIC CHARAMEL
Case No. 07-cv-05944 SC; MDL No. 1917