# EXHIBIT 44

1  Kenneth A. Gallo (*pro hac vice*)
2  Joseph J. Simons (*pro hac vice*)
   Craig A. Benson (*pro hac vice*)
3  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   2001 K Street, NW
4  Washington, DC 20006
   Telephone: (202) 223-7300
5  Facsimile: (202) 223-7420
   kgallo@paulweiss.com
6  jsimons@paulweiss.com
   cbenson@paulweiss.com
7
   *Attorneys for Plaintiffs Sharp Electronics Corporation*
8  *and Sharp Electronics Manufacturing Company of*
   *America, Inc.*
9
   [Additional Counsel Listed on Signature Page]
10
                **UNITED STATES DISTRICT COURT**
11
                **NORTHERN DISTRICT OF CALIFORNIA**
12
                     **SAN FRANCISCO DIVISION**
13

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-cv-05944 SC<br><br>MDL No. 1917<br><br>**DEPOSITION NOTICE OF CHRISTIAN LISSORGUES PURSUANT TO FED. R. CIV. P. 30** |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil |
| 3 | Procedure, the Direct Action Plaintiffs and the Direct Purchaser Plaintiffs (collectively |
| 4 | "Plaintiffs") will take the deposition of **CHRISTIAN LISSORGUES**.  The deposition will |
| 5 | occur on **September 4-5, 2014, at 9:00 a.m.** at the offices of Taylor & Company Law Offices, |
| 6 | LLP, One Ferry Building, Suite 355, San Francisco, CA 94111.  The deposition shall continue |
| 7 | from day to day (including weekends) until recessed or completed. |
| 8 | The deposition will be taken before a notary public or other person authorized to |
| 9 | administer oaths under applicable law, and will be conducted pursuant to Rule 30 of the Federal |
| 10 | Rules of Civil Procedure.  Plaintiffs intend and reserve the right to record the deposition |
| 11 | testimony of the above-identified deponent by videotape and instant visual display, in addition to |
| 12 | recording the testimony stenographically and by LiveNote/realtime.  Plaintiffs reserve the right |
| 13 | to use the videotape deposition at time of trial. |

Dated:  August 8, 2014                            Respectfully Submitted,

*/s/ Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)

- 2 -

|   |   |
|---|---|
| 1 | SAVERI & SAVERI, INC. |
| 2 | 706 Sansome Street |
|   | San Francisco, CA 94111 |
| 3 | Telephone: 415.217.6810 |
|   | Fax: 415.217.6813 |

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

*Liaison Counsel for the Direct Action Plaintiffs*

- 3 -

DEPOSITION NOTICE OF CHRISTIAN LISSORGUES
Case No. 07-cv-05944 SC; MDL No. 1917