# EXHIBIT 45

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-cv-05944 SC<br><br>MDL No. 1917<br><br>**DEPOSITION NOTICE OF AGNES MARTIN PURSUANT TO FED. R. CIV. P. 30** |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

3 Procedure, the Direct Action Plaintiffs and the Direct Purchaser Plaintiffs (collectively

4 "Plaintiffs") will take the deposition of **AGNES MARTIN**. The deposition will occur on

5 **September 2-3, 2014, at 9:00 a.m.** at the offices of Taylor & Company Law Offices, LLP, One

6 Ferry Building, Suite 355, San Francisco, CA 94111. The deposition shall continue from day to

7 day (including weekends) until recessed or completed.

8 The deposition will be taken before a notary public or other person authorized to

9 administer oaths under applicable law, and will be conducted pursuant to Rule 30 of the Federal

10 Rules of Civil Procedure. Plaintiffs intend and reserve the right to record the deposition

11 testimony of the above-identified deponent by videotape and instant visual display, in addition to

12 recording the testimony stenographically and by LiveNote/realtime. Plaintiffs reserve the right

13 to use the videotape deposition at time of trial.

14

15 Dated: August 8, 2014                     Respectfully Submitted,

16                                          */s/ Craig A. Benson*

17                                          Kenneth A. Gallo (*pro hac vice*)
18                                          Joseph J. Simons (*pro hac vice*)
                                            Craig A. Benson (*pro hac vice*)
19                                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                            2001 K Street, NW
20                                          Washington, DC 20006
                                            Telephone: (202) 223-7300
21                                          Facsimile: (202) 223-7420
                                            kgallo@paulweiss.com
22                                          jsimons@paulweiss.com
23                                          cbenson@paulweiss.com

24                                          *Attorneys for Plaintiffs Sharp Electronics Corporation
                                            and Sharp Electronics Manufacturing Company of*
25                                          *America, Inc.*

26
                                            Guido Saveri (22349)
27                                          R. Alexander Saveri (173102)
                                            Geoffrey C. Rushing (126910)
28                                          Travis L. Manfredi (281779)

- 2 -

```
 1    SAVERI & SAVERI, INC.
      706 Sansome Street
 2    San Francisco, CA 94111
      Telephone: 415.217.6810
 3    Fax: 415.217.6813
 4
      Interim Lead Counsel for the Direct Purchaser
 5    Plaintiffs
 6    Philip J. Iovieno
      Anne M. Nardacci
 7    BOIES, SCHILLER & FLEXNER LLP
      10 North Pearl Street, 4th Floor
 8    Albany, NY 12207
      Telephone: (518) 434-0600
 9    Facsimile: (518) 434-0665
      piovieno@bsfllp.com
10    anardacci@bsfllp.com
      Liaison Counsel for the Direct Action Plaintiffs
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                           - 3 -
```