# **E**XHIBIT **47**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIN    (1950-1995)
LOUIS S. WEISS     (1927-1950)
JOHN F. WHARTON    (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7343

WRITER'S DIRECT FACSIMILE
(202) 223-7410

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL           JANE B. O'BRIEN
CRAIG A. BENSON         ALEX YOUNG K. OH
PATRICK S. CAMPBELL     JOSEPH J. SIMONS
CHARLES E. DAVIDOW      ALEXANDRA M. WALSH
KENNETH A. GALLO        BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*      BRAD S. KARP*
ALLAN J. ARFFA          PATRICK N. KARSNITZ*
ROBERT A. ATKINS*       JOHN C. KENNEDY*
JOHN F. BAUGHMAN*       BRIAN KIM*
LYNN B. BAYARD*         ALAN W. KORNBERG
DANIEL J. BELLER        DANIEL J. KRAMER*
MITCHELL L. BERG*       DAVID K. LAKHDHIR
MARK S. BERGMAN         STEPHEN P. LAMB*
BRUCE BIRENBOIM*        JOHN E. LANGE
H. CHRISTOPHER BOEHNING* DANIEL J. LEFFELL*
ANGELO BONVINO*         XIAOYU GREG LIU*
JAMES L. BROCHIN        JEFFREY D. MARELL*
RICHARD J. BRONSTEIN    MARCO V. MASOTTI*
DAVID W. BROWN*         EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*     DAVID W. MAYO*
JESSICA S. CAREY*       ELIZABETH R. McCOLM*
JEANETTE K. CHAN*       WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*      TOBY S. MYERSON*
LEWIS R. CLAYTON        CATHERINE NYARADY*
JAY COHEN               BRAD R. OKUN*
KELLEY A. CORNISH*      KELLEY D. PARKER*
CHRISTOPHER J. CUMMINGS* MARC E. PERLMUTTER*
DOUGLAS R. DAVIS*       VALERIE E. RADWANER*
THOMAS V. DE LA BASTIDE III* CARL L. REISNER
ARIEL J. DECKELBAUM*    LORIN L. REISNER*
ALICE BELISLE EATON*    WALTER G. RICCIARDI
ANDREW J. EHRLICH*      WALTER RIEMAN*
GREGORY A. EZRING*      RICHARD A. ROSEN
LESLIE GORDON FAGEN     ANDREW N. ROSENBERG*
MARC FALCONE*           JACQUELINE P. RUBIN*
ROSS A. FIELDSTON*      RAPHAEL M. RUSSO*
ANDREW C. FINCH*        ELIZABETH M. SACKSTEDER*
BRAD J. FINKELSTEIN*    JEFFREY D. SAFERSTEIN*
BRIAN P. FINNEGAN*      JEFFREY B. SAMUELS*
ROBERTO FINZI*          DALE M. SARRO
PETER E. FISCH*         TERRY E. SCHIMEK
ROBERT C. FLEDER*       KENNETH M. SCHNEIDER*
MARTIN FLUMENBAUM*      ROBERT B. SCHUMER*
ANDREW J. FOLEY*        JAMES H. SCHWAB*
HARRIS B. FREIDUS*      JOHN M. SCOTT*
MANUEL S. FREY*         STEPHEN J. SHIMSHAK*
ANDREW L. GAINES*       DAVID R. SICULAR*
MICHAEL E. GERTZMAN*    MOSES SILVERMAN*
ADAM M. GIVERTZ*        STEVEN SIMKIN*
SALVATORE GOGLIORMELLA* MARILYN SOBEL
ROBERT D. GOLDBAUM*     AUDRA J. SOLOWAY*
NEIL GOLDMAN*           SCOTT M. SONTAG*
ERIC GOODISON*          TARUN M. STEWART*
CHARLES H. GOOGE, JR.*  ERIC ALAN STONE*
ANDREW G. GORDON*       AIDAN SYNNOTT*
UDI GROFMAN*            ROBYN F. TARNOFSKY*
NICHOLAS GROOMBRIDGE*   MONICA K. THURMOND*
BRUCE A. GUTENPLAN*     DANIEL J. TOAL*
GAINES GWATHMEY, III    LIZA M. VELAZQUEZ*
ALAN S. HALPERIN*       MARIA T. VULLO*
JUSTIN G. HAMILL*       LAWRENCE G. WEE*
CLAUDIA HAMMERMAN*      THEODORE V. WELLS, JR.
GERARD E. HARPER        STEVEN J. WILLIAMS*
BRIAN S. HERMANN*       LAWRENCE I. WITDORCHIC*
ROBERT M. HIRSH         MARK B. WLAZLO*
MICHELE HIRSHMAN*       JULIA T.M. WOOD
MICHAEL S. HONG*        JORDAN E. YARETT*
DAVID S. HUNTINGTON*    KAYE N. YOSHINO*
LORETTA A. IPPOLITO*    TONG YU*
JAREN JANGHORBANI*      TRACEY A. ZACCONE*
MEREDITH J. KANE*       T. ROBERT ZOCHOWSKI, JR.*
ROBERTA A. KAPLAN*

*NOT AN ACTIVE MEMBER OF THE DC BAR

August 13, 2014

By Email

Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750

Dear Ms. Osborn:

      Thank you for speaking with us yesterday regarding Thomson Consumer's and Thomson SA's objections to the Direct Action Plaintiffs' 30(b)(6) deposition notices. We write to memorialize our discussion. Please let us know if you disagree with anything.

      The numbering of the topics below corresponds to the Schedule of Deposition Topics contained in the Amended Notices of Deposition served on August 6, 2014. Given that the scope of the deposition topics for Thomson SA will depend on the resolution of the motions related to obtaining evidence from France, our discussion focused primarily on how the topics relate to Thomson Consumer. The summaries below relate to Thomson Consumer only unless otherwise noted.

      **Topic No. 4:** We proposed to narrow the scope of the topic to communications between March 1995 and December 2007 within Thomson Consumer

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn                                                                                                                    2

related to the production, pricing, sale, marketing or distribution of CRTs in NAFTA. You indicated that, with that narrowed scope, you would produce a witness to testify.

**Topic No. 7:** I asked whether the witness would be prepared to testify about U.S. investigations or at least the identities of individuals who provided information to U.S. authorities. You replied that you were not certain whether any individuals from Thomson Consumer had been interviewed by authorities and that you may confirm this information and give more thought to whether you would produce a witness on this topic, if it were so narrowed.

**Topic No. 8:** We proposed to narrow the scope of the topic to any joint ventures, partnerships or other collaborative business relationships, or acquisitions related to CRT production, sale, marketing, or distribution, either undertaken or considered by Thomson Consumer with respect to other manufacturers of CRTs or companies affiliated with other manufacturers of CRTs, from March 1995 through December 2007. You indicated that, with that narrowed scope, you would produce a witness to testify. (We will need to revisit this topic for Thomson SA at the appropriate time.)

**Topic No. 12:** We proposed to narrow the scope of the topic to the identity and general description of CRTs you manufactured, purchased, sold, or distributed from March 1995 through December 2007. You indicated that, with that narrowed scope, you would produce a witness to testify.

**Topic No. 13:** We proposed to narrow the scope of the topic to the distribution channels or classes of trade through which you sold CRTs from March 1995 through December 2007. You indicated that, with that narrowed scope, you would produce a witness to testify.

**Topic No. 17:** We proposed to narrow the scope of the topic to the extent to which the prices charged for CRTs were passed on through the distribution chain in internal or inter-company sales between you and your affiliates from March 1995 through December 2007. You indicated that, with that narrowed scope, you would produce a witness to testify.

**Topic No. 18:** We proposed to narrow the scope of the topic to meetings and other communications between you and any Plaintiff related to sales in the NAFTA region of CRTs. You indicated that, with that narrowed scope, you would produce a witness to testify.

**Topic No. 19:** We proposed to narrow the scope of the topic to negotiations and other communications between you and OEMs or ODMs related to sales in the NAFTA region of CRTs. You indicated that, with that narrowed scope, you would produce a witness to testify.

Kathy L. Osborn     3

**Topic No. 23:** We proposed to narrow the scope of the topic to business departments or functions shared between Thomson Consumer and Thomson SA. We explained that we meant a "business function" to embrace any service or function provided by either common personnel or systems, including (but not limited to) pursuant to a shared services agreement, like advertising, accounting, cash management, public relations, human resources, payroll, information technology, marketing, etc. You indicated that, with that narrowed scope, you would produce a witness to testify.

**Topic No. 26:** We explained that the DAPs would ask any detailed technical questions in writing in advance of the deposition. We explained that at the deposition, we expect to ask only general questions about the types of relevant databases and data storage systems you used, and the manner in which information was input and maintained. You indicated that, with that narrowed scope, you would produce a witness to testify.

**Topic No. 30:** I said that we would consider narrowing the scope of the topic to the extent to which, during the relevant period of March 1995 through December 2007, there were people who were officers or directors of Thomson Consumer that were also, at any other point in that relevant period (simultaneously or otherwise), officers or directors of Thomson SA, though I said I wanted to think more about it. You indicated that if the scope of the topic was limited to overlap, you would consider producing a witness to testify.

**Scheduling:** You asked that we consider postponing the 30(b)(6) deposition until after we have completed the fact depositions, because you represented you have not had the opportunity to meet in a meaningful way with former employees who have much of the factual information about many of these topics, which you would use to educate your witness. You indicated that you would be amenable to extending the time period for us to conduct our 30(b)(6) deposition beyond the September 5, 2014 discovery cut-off. We agreed to consider the question.

**Notices for foreign witnesses:** We also discussed the notices of deposition for Agnes Martin, Didier Trutt, Emeric Chamarel and Christian Lissorgues. We understand that you do or intend to represent them. You agreed that the DAPs have now complied with the consultation requirements of the Discovery Protocol.

                Very truly yours,

                */s/ Craig A. Benson*

                Craig A. Benson