# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173;<br><br>*Electrograph Sys., Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Interbond Corp. of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Schultze Agency Servs., LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;<br><br>*Crago, et al. v. Mitsubishi Elec. Corp., et al.*, No. 14-cv-02058. | **[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND TIME FOR TAKING DISCOVERY FROM THOMSON SA AND THOMSON CONSUMER**<br><br>**(CIVIL LOCAL RULE 6-3)** |

Upon Consideration of Direct Action Plaintiffs' Motion to Extend Time for Taking Discovery from Thomson SA and Thomson Consumer (Civil Local Rule 6-3), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Plaintiffs' Motion is GRANTED.

IT IS FURTHER ORDERED that:

(1) If the Special Master grants the Direct Action Plaintiffs' pending motion to compel documents and deposition testimony from Thomson SA (the "Motion to Compel"), Plaintiffs be given 60 additional days after Thomson SA completes its document production to complete their review of any such documents and depositions of any witnesses from Thomson SA or Thomson Consumer.

(2) If the Special Master denies the Motion to Compel, Plaintiffs be given 60 days from the date of the Special Master's denial to complete depositions of any witnesses from Thomson SA or Thomson Consumer.

(3) The March 9, 2015 trial date shall remain in force.

**SO ORDERED.**

DATED: _____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE