UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br><br>(CIVIL LOCAL RULE 11-3) |

I, John S. Tschirgi, Esq., an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing; Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd., in the above-entitled action. My local co-counsel in this case is Aldo Badini, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record:<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, New York 10166 | Local Co-Counsel's Address of Record:<br>Winston & Strawn LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 |
|---|---|
| My Telephone # of Record:<br>(212) 294-3560 | Local Co-Counsel's Telephone # of Record:<br>(650) 858-6424 |
| My Email Address of Record:<br>JTSCHIRGI@WINSTON.COM | Local Co-Counsel's Email Address of Record:<br>ABADINI@WINSTON.COM |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5143805.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Date: August 25, 2014

_____
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John S. Tschirgi is granted, subject to the terms and conditions of California L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 08/28/2014

_____
UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER