1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP**
3  2001 K Street, NW
   Washington, DC  20006-1047
4  Telephone:  (202) 223-7300
   Facsimile:  (202) 223-7420
5  Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
6  Email: cbenson@paulweiss.com

7  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
8  **TAYLOR & COMPANY LAW OFFICES, LLP**
   One Ferry Building, Suite 355
9  San Francisco, California 94111
   Telephone:  (415) 788-8200
10 Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
11 Email: jpatchen@tcolaw.com

12 *Attorneys for Plaintiffs Sharp Electronics Corporation and*
   *Sharp Electronics Manufacturing Company of America, Inc.*
13
   [additional counsel listed on signature page]
14
                    **UNITED STATES DISTRICT COURT**
15                  **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
16
   In re: CATHODE RAY TUBE (CRT)          | Master File No. 3:07-cv-5944 SC
17 ANTITRUST LITIGATION                    | MDL No. 1917

18 This Document Relates To:               | **DIRECT ACTION PLAINTIFFS'**
                                           | **MOTION TO ISSUE A LETTER OF**
19 *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* | **REQUEST FOR INTERNATIONAL**
   No. 13-cv-1173;                         | **JUDICIAL ASSISTANCE TO TAKE**
20                                         | **DEPOSITIONS IN FRANCE**
   *Electrograph Systems, Inc. et al. v. Technicolor SA,* |
21 *et al.,* No. 13-cv-05724;              | **(CIVIL LOCAL RULE 7-11)**

22 *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;

23 *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,*
   No. 13-cv-05264;
24
   *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-
25 05686;

26 *Interbond Corporation of America v. Technicolor*
   *SA, et al.,* No. 13-cv-05727;
27
   *Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-
28 cv-05726;

1    *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

2    *P.C. Richard & Son Long Island Corporation, et al.*

3    *v. Technicolor SA, et al.*, No. 13-cv-05725;

4    *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

5    *Sears, Roebuck and Co. and Kmart Corp. v.*

6    *Technicolor SA*, No. 13-cv-05262;

7    *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

8    *Crago, et al. v. Mitsubishi Electric Corp.*, No.

9    14-cv-02058;

10    *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-2510.

11

12      Direct Action Plaintiffs ("DAPs") move for an order, pursuant to Civil Local Rule

13 7-11, to issue a letter of request to take deposition testimony of four former employees of

14 defendant Thomson SA, pursuant to the Hague Convention of 18 March 1970 on the Taking of

15 Evidence Abroad in Civil or Commercial Matters ("the Hague Convention").

16      The European Commission fined Thomson SA's successor corporation,

17 Technicolor SA, €38,631,000 for its role in the global CPT conspiracy between March 1999 and

18 September 2005.  The underlying letter of request solicits deposition testimony from the

19 following former Thomson SA employees located in France:

20      •   Emeric Charamel;

21      •   Christian Lissorgues;

22      •   Agnes Martin; and

23      •   Didier Trutt.

24      These individuals have been identified by DAPs as having specific knowledge

25 relevant to this case.  Documents produced by Thomson Consumer, the U.S.-based subsidiary of

26 Thomson SA, which were included in Thomson Consumer's submission to the U.S. Department

27 of Justice in connection with the CRT investigation, reflect that each of the four individuals was

28 involved in meetings and communications associated with the CRT conspiracy.  Emeric

Charamel was the General Manager for Thomson SA's European Sales and then the General

Manager for Europe Sales & Marketing at Videocon.[1]  Christian Lissorgues was Vice President

for Marketing and Sales at Thomson SA.  Agnes Martin was Thomson SA's Marketing

Communications Manager.  Didier Trutt was Senior Executive Vice President of Thomson SA

and also held a seat on Videocon's Executive Board.

Testimony from these witnesses will provide important information in support of

DAPs' claims.  Testimony from these four former employees concerning documents evidencing

conspiracy-related communications and/or meetings between Thomson SA and other CRT

manufacturers bears directly on Thomson SA's liability for the antitrust harm to DAPs caused by

the conspiracy.  Additionally, testimony concerning Thomson SA's relationship with Thomson

Consumer will be important in demonstrating Thomson SA's contacts with the United States and

its control over the finances, policies, and/or affairs of Thomson Consumer, which is particularly

important in light of the fact that Thomson has produced relatively little evidence compared to

other defendants.[2]  Finally, testimony from Mr. Charamel and Mr. Trutt will help explain the

continued relationship between Thomson and Videocon, the alleged co-conspirator that

purchased Thomson's CRT assets in 2005.

DAPs have diligently pursued the discovery sought here.  DAPs first identified

Christian Lissorgues and Emeric Charamel as *possible* targets for deposition in April 2014 and

June 2014 based on references to them in documents produced by other defendants.[3]  However,

DAPs were aware that they had a limited number of depositions for Thomson pursuant to the

discovery protocol in this action (MDL Dkt. No. 1128), and sought to review Thomson's

document production in order to confirm which witnesses could provide relevant testimony

---

[1] Videocon is a defendant and alleged co-conspirator: it was the successor-in-interest to
Thomson's international CRT interests, and Thomson took an ownership interest in Videocon in
connection with that sale transaction in 2005.  *See* Thomson SA Answer to Sharp First Amended
Complaint ¶¶ 9-10, 16, 18 (Dkt. No. 114).
[2] Thomson has produced about 15,000 documents.  The other defendants have collectively
produced over 1.1 million documents.  *See* Declaration of Craig A. Benson in Support of DAPs'
Motion to Extend ¶¶ 6-7 (MDL Dkt. No. 2773-1) ("Benson Decl.").
[3] *See* Benson Decl. Exs. 8 and 27.  DAPs could not identify Agnes Martin or Didier Trutt as
potential deponents until after reviewing Thomson Consumer's document productions in July
2014.

concerning Thomson's liability.  It was only after DAPs had an opportunity to review Thomson

Consumer's documents – which were first produced in late June 2014 – that DAPs could make a

concrete determination that Mr. Lissorgues and Mr. Charamel were meaningfully involved in

meetings and communications associated with Thomson's role in the CRT conspiracy and that

their testimony would be important to establishing Thomson's liability.  DAPs could not

reasonably have sought the only depositions they would get of these French witnesses without

having *any* of Thomson's own documents about which to question them.  Furthermore, Thomson

Consumer's minimal production of documents pertaining to its parent Thomson SA – which

became apparent only after reviewing Thomson Consumer's documents in July and August 2014

– made clear the need for testimony from Thomson SA witnesses that reside in France.

Additionally, deposition testimony of the first Thomson witness to be deposed (James

Hanrahan), which occurred on August 27, 2014, further confirmed these four witnesses' central

role in Thomson's global CRT business.  DAPs note that Thomson SA has continued to refuse to

produce any responsive documents located in France, which are likely to contain evidence of the

participation of these Thomson SA employees in the CRT conspiracy.  Pursuant to the Court's

order related to the *Viewsonic* action, Thomson will be participating in fact discovery in this

MDL litigation through at least November 7, 2014.  (MDL Dkt. No. 2711.)

　　　　　After reviewing Thomson Consumer's first document productions in July 2014,

DAPs actively conferred with Thomson regarding their objections to discovery requests based on

the French Blocking statute, the completeness of their document productions (including

documents in the custody of French witnesses), their position on the use of the Hague

Convention, and the timing of Thomson's fact depositions, as required by the discovery

protocol.[4]  On August 8, 2014, DAPs timely served notices of deposition to the aforementioned

individuals.[5]  On August 12, and again on August 22, DAPs and Thomson conferred to discuss

Thomson's objections to the deposition notices for Mr. Charamel, Mr. Lissorgues, Ms. Martin,

and Mr. Trutt, and to discuss DAPs' request for the aforementioned individuals' contact

---

[4] *See* Order re Discovery and Case Management Protocol, Section VI. (April 3, 2012), MDL Dkt.
No. 1128; Benson Decl. Ex. 31.
[5] *See* Benson Decl. Exs. 43-46.

information.[6]  DAPs now timely move for an order permitting the commencement of Hague Procedures to secure the depositions of Mr. Charamel, Mr. Lissorgues, Ms. Martin, and Mr. Trutt to acquire evidence important to effectively prosecute their antitrust claims against Thomson SA.  The underlying letter of request (Attachment A to the Proposed Order) solicits from Thomson SA this deposition testimony.

This Court has the authority to issue the requested commission pursuant to the All Writs Act, 28 U.S.C. § 1651 and its Civil Local Rule 7-11.  There is also precedent in this case for the requested action.  *See* Order Granting Motion for Issuance of Letters Rogatory (Kim Woong Tae), Dkt. No. 2601 (May 30, 2014); Order Granting Motion for Issuance of Letters Rogatory (Kim Kyung Joon), Dkt. No. 2601 (May 30, 2014); Order Granting Motion for Issuance of Letters Rogatory (Leo Mink), Dkt. No. 2350 (April 11, 2014).

Given the relevance and importance of the proposed deposition testimony and the upcoming trial date of March 9, 2015, DAPs respectfully request that this motion for issuance of letters rogatory be granted, and that the District Court for the Northern District of California issue the attached Letter of Request to the French Central Authority.

Dated:  August 28, 2014                    Respectfully submitted,

                                           By:  /s/ *Craig A. Benson*
                                           _____

                                           Kenneth A. Gallo (*pro hac vice*)
                                           Joseph J. Simons (*pro hac vice*)
                                           Craig A. Benson (*pro hac vice*)
                                           **PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP**
                                           2001 K Street, NW
                                           Washington, DC  20006
                                           Telephone: (202) 223-7300
                                           Facsimile: (202) 223-7420
                                           Email: kgallo@paulweiss.com
                                           Email: jsimons@paulweiss.com
                                           Email: cbenson@paulweiss.com

                                           Stephen E. Taylor (SBN 058452)
                                           Jonathan A. Patchen (SBN 237346)
                                           **TAYLOR & COMPANY LAW OFFICES, LLP**
                                           One Ferry Building, Suite 355

---

[6] *See* Benson Decl. Exs. 47, 49, 50.

San Francisco, CA 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation
and Sharp Electronics Manufacturing Company of
America, Inc.*

By: */s/ David J. Burman*

David J. Burman (pro hac vice)
Cori G. Moore (pro hac vice)
Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg (pro hac vice)
Steven D. Merriman (pro hac vice)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
Email: CGMoore@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: NHesterberg@perkinscoie.com
Email: SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

By: */s/ Philip J. Iovieno*

William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and
Attorneys for Plaintiffs Electrograph Systems, Inc.,
Electrograph Technologies Corp., Office Depot, Inc.,
Interbond Corporation of America, P.C. Richard & Son
Long Island Corporation, MARTA Cooperative of
America, Inc., ABC Appliance, Inc., Schultze Agency
Services LLC on behalf of Tweeter Opco, LLC and
Tweeter Newco, LLC and Tech Data Corporation and
Tech Data Product Management, Inc.*

By: /s/ *Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: mwidom@bilzin.com

*Attorneys for Plaintiffs Tech Data Corporation and
Tech Data Product Management, Inc.*

By: /s/ *David Martinez*

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
Jill Casselman
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com
Email: jcasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

*Attorneys for Plaintiffs Best Buy Co., Inc., Best Buy
Purchasing LLC, Best Buy Enterprise Services, Inc.,
Best Buy Stores, L.P., Bestbuy.com, L.L.C., and
Magnolia Hi-Fi, Inc.*


By: /s/ *Lee Godfrey*


H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@susmangodfrey.com
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

DIRECT ACTION PLAINTIFFS' MOTION TO ISSUE A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
MASTER FILE NO. 3:07-CV-5944 SC, MDL NO. 1917

1  By:  /s/ Jason Murray

2  Jason C. Murray (CA Bar No. 169806)
   **CROWELL & MORING LLP**
3  515 South Flower St., 40th Floor
   Los Angeles, CA 90071
4  Telephone: 213-443-5582
   Facsimile: 213-622-2690
5  Email: jmurray@crowell.com

6  Jerome A. Murphy (pro hac vice)
   Astor H.L. Heaven (pro hac vice)
7  **CROWELL & MORING LLP**
   1001 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Telephone: 202-624-2500
9  Facsimile: 202-628-5116
   E-mail: jmurphy@crowell.com
10 aheaven@crowell.com

11 *Attorneys for Target Corp. and ViewSonic Corp.*

12
   By:  /s/ Richard Arnold
13
14 Richard Alan Arnold
   William J. Blechman
   Kevin J. Murray
15 **KENNY NACHWALTER, P.A.**
   201 S. Biscayne Blvd., Suite 1100
16 Miami, FL 33131
   Tel: 305-373-1000
17 Fax: 305-372-1861
   Email: rarnold@knpa.com
18 Email: wblechman@knpa.com
   Email: kmurray@knpa.com
19
   *Attorneys for Plaintiff Sears, Roebuck and Co. and*
20 *Kmart Corp.*

21

22 ### E-FILING ATTESTATION

23    I, Craig A. Benson, am the ECF user whose ID and password are being used to file the

24 Direct Action Plaintiffs' Motion to Issue a Letter of Request for International Judicial Assistance

25 to Take Depositions in France (Civil Local Rule 7-11).  In compliance with Civil Local Rule

26 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

27 Dated:  August 28, 2014                    */s/ Craig A. Benson*
                                              Craig A. Benson
28