1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   Bernice Conn, Bar No. 161594
3  BConn@rkmc.com
   David Martinez, Bar No. 193183
4  DMartinez@rkmc.com
   2049 Century Park East, Suite 3400
5  Los Angeles, CA 90067-3208
   Telephone:    310-552-0130
6  Facsimile:    310-229-5800

7  Attorneys for Plaintiffs

8  BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST
   BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES,
9  L.P.; BESTBUY.COM, LLC; MAGNOLIA HI-FI, LLC.

10 Additional Counsel Listed Below

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | The Honorable Samuel Conti<br><br>**JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE AS AGAINST THE LG DEFENDANTS REGARDING CERTAIN OWNERSHIP AND CONTROL ISSUES** |

This Joint Stipulation To Extend Fact Discovery Deadline As Against LG Defendants Regarding Certain Ownership And Control Issues between the Direct Action Plaintiffs[1] (the "DAPs"), on the one hand, and Defendants LGE Electronics, Inc. and LG Electronics, USA, Inc. (together, the "LG Defendants"), on the other hand, is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014;

WHEREAS, on May 23, 2014, the DAPs served requests for admission and interrogatories regarding ownership and control issues (the "Written Discovery") on the LG Defendants;

WHEREAS, on July 10, 2014, the LG Defendants served objections and responses to the Written Discovery;

WHEREAS, on July 22, 2014, the DAPs served a Rule 30(b)(6) deposition notice regarding ownership and control topics on the LG Defendants;

WHERE, on August 26, 2014, the DAPs served a revised Rule 30(b)(6) deposition notice regarding ownership and control topics (the "Rule 30(b)(6) Notice") on the LG Defendants;

WHEREAS, the parties are meeting and conferring in good faith to resolve any disputes with respect to the Written Discovery and the Rule 30(b)(6) Notice;

WHEREAS, the parties jointly request that the Court enter an order extending the deadline to complete fact discovery for the LG Defendants regarding ownership and control issues;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the deadline to complete previously noticed depositions and to supplement

---

[1] The Direct Action Plaintiffs are Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, LLC.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; Target Corp., Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., Tech Data Corporation, Tech Data Product Management, Inc., Dell Inc., Dell Products L.P., and CompuCom Systems, Inc.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1  any discovery requests previously served on the LG Defendants regarding ownership and control
2  issues be extended up to and including October 5, 2014.

3  IT IS HEREBY FURTHER STIPULATED, by and between the parties, through their
4  respective counsel of record, that the deadline to complete a Rule 31 deposition upon written
5  questions regarding ownership and control issues, should the parties both agree to proceed with
6  such a deposition and even in the event such deposition has not been noticed as of the date of this
7  stipulation, be extended up to and including October 5, 2014.

8  IT IS HEREBY FURTHER STIPULATED, by and between the parties, through their
9  respective counsel of record, that the deadline to complete any stipulations related to the
10 admissibility of the LG Defendants' written discovery responses related to ownership and control
11 issues be extended up to and including October 5, 2014.

12 IT IS HEREBY FURTHER STIPULATED, by and between the parties, through their
13 respective counsel of record, that the deadline to move to compel discovery related to ownership
14 and control issues shall be extended up to and including October 5, 2014.

DATED: August 29, 2014  /s/ *David Martinez*

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
       dmartinez@rkmc.com
       jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
       kcwildfang@rkmc.com
       lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, and on behalf of the Direct Action Plaintiffs*

DATED: August 29, 2014  /s/ *Hojoon Hwang*

Hojoon Hwang
William D. Temko
Laura K. Lin
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Facsimile: (415) 512-4077

*Counsel For Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

Master Case No. 3:07-cv-05944-SC    - 3 -    JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

DATED:  August 29, 2014        /s/  *David Martinez*