Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Counsel For ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| VIEWSONIC CORPORATION<br><br>                              Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD, ET AL.<br><br>                              Defendants. | **PLAINTIFF VIEWSONIC CORPORATION'S MEMORANDUM IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND TIME FOR TAKING DISCOVERY FROM THOMSON SA AND THOMSON CONSUMER** |

CROWELL & MORING LLP
ATTORNEYS AT LAW

MEMORANDUM ISO DAP
ADMINISTRATIVE MOTION
FILE NO. 3:07-CV-05944

DCACTIVE-28235891.2

1  Plaintiff ViewSonic Corporation ("ViewSonic") respectfully submits this Memorandum to provide clarification on the practical effect of the Direct Action Plaintiffs' ("DAPs") recent Administrative Motion to Extend Time for Taking Discovery from Thomson SA and Thomson Consumer. (Dkt 2773). That motion, filed on behalf of most DAPs who sued the Thomson defendants, seeks an extension of the September 5, 2014 discovery deadline applicable to those DAPs. ViewSonic also sued the Thomson defendants, but pursuant to the Court's Order of July 28, 2014 (Dkt. 2711), the close of discovery for the ViewSonic case is November 7, 2014.

ViewSonic's claims and allegations against the Thomson defendants are substantially similar (in fact, identical in many cases) to those of the other DAPs, and the discovery it needs to prove its case against Thomson is the very discovery that the other DAPs have requested. As a result, the Thomson defendants will be subject to the same discovery, and the effect of the discovery extension sought by the DAPs will not materially extend the actual time for, or nature of, the discovery sought from Thomson. Rather, an order granting the requested extension of the deadline will permit the parties to most efficiently prosecute the case against Thomson, and will make it clear that all DAPs may actively participate in the Thomson-related discovery efforts that will occur between September 5 and November 7.

Dated: August 29, 2014

Respectfully submitted,

        /s/ Jason C. Murray
Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-443-5582
Facsimile:   213-622-2690
Email: jmurray@crowell.com
           rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:   202-628-5116
Email: jmurphy@crowell.com

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

MEMORANDUM ISO DAP
ADMINISTRATIVE MOTION
FILE NO. 3:07-CV-05944

DCACTIVE-28235891.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

aheaven@crowell.com

*Counsel for ViewSonic Corporation*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-28235891.2

-2-

MEMORANDUM ISO
DAP ADMINISTRATIVE MOTION
FILE NO. 3:07-CV-05944