(*Stipulating parties listed on signature page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Case No. 11-cv-06276-SC<br><br>OFFICE DEPOT, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>HITACHI, LTD., et al.,<br><br>      Defendants, | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE AS AGAINST OFFICE DEPOT INC. REGARDING THE STEVE FOXHALL DEPOSITION**<br><br>**JUDGE: HON. SAMUEL CONTI** |

1  This Joint Stipulation to Extend Fact Discovery Deadline as Against Office Depot, Inc.
2  Regarding the Steve Foxhall Deposition that is between Office Depot, Inc. ("Office Depot"), on the
3  one hand, and Defendants Koninklijke Philips N.V. and Philips Electronics North America
4  Corporation (collectively, the "Philips Defendants"), on the other hand, is made with respect to the
5  following facts and recitals:

6  WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of
7  fact discovery for September 5, 2014;

8  WHEREAS, prior to the close of fact discovery, the Philips Defendants worked closely with
9  Office Depot to complete the deposition process of both current and former Office Depot witnesses;

10  WHEREAS, prior to the close of fact discovery, the Philips Defendants identified the need to
11  depose a witness with knowledge of the business practice and procedures of OfficeMax
12  Incorporated, OfficeMax North America, Inc.; OfficeMax Contract; and The Reliable Corporation
13  (collectively "OfficeMax") that are relevant to the above captioned matter.  The Philips Defendants
14  identified and located a former employee from OfficeMax, Steve Foxhall, that they believe could
15  have relevant information about Office Depot's claims brought in the above captioned matter.

16  WHEREAS, the deposition of Steve Foxhall could not be scheduled before September 5,
17  2014 due to various scheduling conflicts;

18  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel
19  of record, that the deadline to complete fact discovery for Office Depot regarding only the deposition
20  of Steve Foxhall will be extended up to and including October 5, 2014.

21
22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23
24  DATED: _____       _____
                                                Hon. Samuel A. Conti
25                                              United States District Judge
26
27
28

Dated: September 2, 2014

Respectfully submitted,

By: _____
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
**BAKER BOTTS L.L.P.**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostyoich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

***Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation***

By: /s/ Philips I. Iovieno
William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

***Attorneys for Plaintiff Office Depot, Inc.***

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Charles M. Malaise, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 2nd day of September, 2014, at Washington, DC.

_____
Charles M. Malaise

**CERTIFICATE OF SERVICE**

On September 2, 2014, I caused a copy of "Joint Stipulation and [Proposed] Order to Extend Fact Discovery Deadline as Against Office Depot Inc. Regarding the Steve Foxhall Deposition" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_____
Charles M. Malaise