1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
|---|---|
| | MDL No. 1917 |
| This Documents Relates To:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER PERMITTING THE COMPLETION OF LEO MINK'S DEPOSITION BY JANUARY 30, 2015 AND DEEMING TESTIMONY OBTAINED THROUGH ANY SUCH DEPOSITION AS TIMELY** |

---

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION RE TIMING OF LEO MINK'S DEPOSITION
(Master File No. CV-07-5944-SC)

The California Attorney General, joined by the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and the Direct Action Plaintiffs (hereafter "Plaintiffs"), has moved under Civil Local Rule 7.11 for an order permitting Plaintiffs to complete the deposition of Leo Mink pursuant to the Hague Convention on the Taking of Evidence in Civil and Commercial Matters ("Hague Evidence Convention") by January 30, 2015 and deeming any testimony obtained through any such examination as timely. This is an unopposed administrative motion.

The Court, having reviewed the administrative motion and supporting papers, and any other relevant records on file in this action, finds that the administrative motion of the California Attorney General should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT: Plaintiffs may complete the deposition of Leo Mink pursuant to the Hague Evidence Convention by January 30, 2015 and any testimony obtained through any such examination shall be deemed timely.

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
SAMUEL CONTI
United States District Judge

---

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION RE TIMING OF LEO MINK'S DEPOSITION
(Master File No. CV-07-5944-SC)