1  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
2  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
3  LAURA K. LIN (State Bar No. 281542)
   laura.lin@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   Attorneys for Defendants LG Electronics, Inc. and LG
8  Electronics U.S.A., Inc.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

| 14 | In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
|----|----|----|
| 15 | | MDL No. 1917 |
| 16 | | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |
| 17 | This Document Related to: Individual Case No. 13-cv-2171 (SC) | |
| 18 | | |
| 19 | Dell Inc.; Dell Products L.P., | |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | Philips Electronics North America Corporation *et al.*, | |
| 23 | Defendants. | |

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF
DEPOSITION OF DELL INC. AND DELL PRODUCTS L.P.

1    Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc., on behalf of all

2    defendants (collectively, "Defendants") and plaintiffs Dell Inc. and Dell Products L.P.

3    (collectively, "Dell") have conferred by and through their counsel and, subject to the Court's

4    approval, HEREBY STIPULATE AS FOLLOWS:

5    WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the

6    Dell action.

7    WHEREAS, on August 8, 2014, Defendants requested the deposition of Dell

8    employee Julie French.

9    WHEREAS, on August 22, 2014, Dell proposed September 9, 2014 as the date for

10   Ms. French's deposition due to scheduling conflicts precluding her deposition from occurring

11   prior to September 5, 2014.

12   WHEREAS, Defendants and Dell have conferred and agreed to schedule Ms.

13   French's deposition for September 9, 2014.

14   WHEREAS, Dell has not and does not agree that Defendants may take any other

15   deposition of a current or former Dell employee after September 5, 2014.

16

17   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between

18   counsel as follows:  Defendants may notice and take the deposition of Julie French on September

19   9, 2014, or any date thereafter before September 30, 2014 should any unforeseen circumstances

20   preclude a deposition on September 9, 2014.

21

22   PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24

25   Dated:_____                _____

26                                                Hon. Samuel Conti
                                                 United States District Judge
27

28

-1-

1    Dated: September 2, 2014            By: ___/s/ *Hojoon Hwang*_____

2                                          HOJOON HWANG (State Bar No. 184950)
3                                          hojoon.hwang@mto.com
                                           WILLIAM D. TEMKO (State Bar No. 98858)
4                                          william.temko@mto.com
                                           LAURA K. LIN (State Bar No. 281542)
5                                          laura.lin@mto.com
                                           MUNGER, TOLLES & OLSON LLP
6                                            560 Mission Street
                                           Twenty-Seventh Floor
7                                            San Francisco, California 94105-2907
                                           Telephone:    (415) 512-4000
8                                            Facsimile:    (415) 512-4077

9                                            Attorneys for Defendants LG Electronics, Inc. and
                                           LG Electronics U.S.A., Inc.

10

11                                            By: ___/s/ *Debra D. Bernstein*_____

12                                            Michael P.  Kenny, Esq. (GA Bar No. 415064)
                                           mike.kenny@alston.com
13                                            Debra D.  Bernstein, Esq. (GA Bar No. 054998)
                                           debra.bernstein@alston.com
14                                            Matthew D.  Kent, Esq. (GA Bar No. 526272)
                                           matthew.kent@alston.com
15                                            Melissa Mahurin Whitehead, Esq. (GA Bar No. 667932)
                                           melissa.whitehead@alston.com
16                                            ALSTON & BIRD LLP
                                           1201 West Peachtree Street
17                                            Atlanta, Georgia  30309-3424
                                           Tel: (404) 881-7000
18                                            Facsimile: (404) 881-7777

19                                            James M. Wagstaffe, Esq. (SBN 95535)
                                           wagstaffe@kerrwagstaffe.com
20                                            KERR & WAGSTAFFE LLP
                                           100 Spear Street, 18th Floor
21                                            San Francisco, California 94105-1576
                                           Tel: (415) 371-8500
22                                            Facsimile: (415) 371-0500

23                                            Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

24

25

26           Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of

27 this document has been obtained from each of the above signatories.

28

24457662.2                      STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF DEPOSITION OF DELL INC. AND DELL PRODUCTS L.P.