Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: +1 574-234-4149
Facsimile: +1 574-239-1900
steve.judge@FaegreBd.com

***Attorneys for Defendants Thomson Consumer, Inc. and Thomson SA***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*<br><br>*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*<br><br>*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*<br><br>*Costco Wholesale Corporation v. Technicolor* | **THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE DISCOVERY DEADLINE AGAINST THE THOMSON DEFENDANTS**<br><br>**(Civil Local Rule 79-5(d))** |

1  *SA, et al., No. 13-cv-05723;*

2  *P.C. Richard & Son Long Island Corporation,*
3  *et al. v. Technicolor SA, et al., No. 31:cv-*
   *05725;*
4
   *Schultze Agency Services, LLC, o/b/o Tweeter*
5  *Opco, LLC, et al. v. Technicolor SA, Ltd., et al.,*
   *No. 13-cv-05668;*
6
7  *Sears, Roebuck and Co. and Kmart Corp. v.*
   *Technicolor SA, No. 3:13-cv-05262;*
8
   *Target Corp. v. Technicolor SA, et al., No. 13-*
9  *cv-05686*

10 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.,*
   *No. 13-cv-00157*
11
12 *Sharp Electronics Corp., et al. v. Hitachi, Ltd.,*
   *et. al., No. 13-cv-01173*
13
   *ViewSonic Corporation v. Chunghwa Corp., et*
14 *al., No. 14-cv-02510*

15    In accordance with Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and
16 79-5(d), Defendants Thomson SA and Thomson Consumer Electronics, Inc. ("Thomson
17 Defendants") respectfully submit this Administrative Motion for a Sealing Order regarding their
18 concurrently filed Opposition to Direct Action Plaintiffs' ("DAPs") Administrative Motion to
19 Extend the Discovery Deadline Against the Thomson Defendants ("Opposition").  The following
20 materials are submitted under seal: (a) the highlighted portions of the Thomson Defendants'
21 Response; and (b) Exhibit A to the concurrently filed Declaration of Stephen M. Judge in Support
22 of the Thomson Defendants' Opposition.

23    This motion is supported by the Declaration of Stephen M. Judge in Support of the
24 Thomson Defendants' Administrative Motion to File Under Seal and Opposition to DAPs'
25 Administrative Motion to Extend the Discovery Deadline Against the Thomson Defendants,
26 dated September 2, 2014. *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to
27 seal must be accompanied by a declaration "establishing that the document sought to be filed
28 under seal . . . [is] sealable.").

1  Exhibit A to the Declaration in Support of the Thomson Defendants' Opposition is a copy of Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, which the Samsung SDI Defendants have designated as "Confidential" under the terms of the Stipulated Protective Order entered in this case (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142).

The highlighted portions of the Thomson Defendants' Response discuss or reference (a) Exhibit A to the Declaration in Support of the Thomson Defendants' Opposition; (b) allegations contained in paragraph 196 of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (together "Sharp") First Amended Complaint that have been sealed because they allegedly have been derived from documents previously designated as "Confidential" or "Highly Confidential" by other parties in this action, *see* Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint [Dkt. No. 2211]; or (c) the contents of documents referenced in Sharp's Objections and Responses to Defendants Thomson SA and Thomson Consumer Electronics, Inc.'s First Set of Interrogatories, attached as Exhibit B to the Declaration in Support of the Thomson Defendants' Opposition, which documents have been designated as "Confidential" or "Highly Confidential" by the Samsung SDI Defendants, the Philips Defendants, the Hitachi Defendants, the Panasonic Defendants, or the Toshiba Defendants. The Thomson Defendants seek to submit these documents under seal in good faith in order to comply with the Stipulated Protective Order and this Court's Local Rules.

WHEREFORE, because the designated material contains, discusses, or references information designated as "Confidential" or "Highly Confidential," or previously sealed by Court order, the Thomson Defendants respectfully request that the Court enter an Order sealing the highlighted portions of its Opposition and Exhibit A to the Declaration in Support of the Thomson Defendants' Opposition.

| | |
|---|---|
| Dated:  September 2, 2014 | Respectfully submitted,<br><br>  */s/ Stephen M. Judge*<br>Kathy L. Osborn (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>Telephone: +1-317-237-0300<br>Facsimile: +1-317-237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com<br><br>Jeffrey S. Roberts (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203<br>Telephone: +1-303-607-3500<br>Facsimile:  +1-303-607-3600<br>jeff.roberts@FaegreBD.com<br><br>Stephen M. Judge (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN  46601<br>Telephone: +1 574-234-4149<br>Facsimile:  +1 574-239-1900<br>steve.judge@FaegreBd.com<br><br>Calvin L. Litsey (SBN 289659)<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA  94303-2279<br>Telephone: +1-650 324-6700<br>Facsimile: +1-650 324-6701<br>calvin.litsey@FaegreBD.com<br><br>***Attorneys for Thomson SA and Thomson Consumer Electronics, Inc.*** |