Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: +1 574-234-4149
Facsimile: +1 574-239-1900
steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson
Consumer Electronics, Inc. and Thomson SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | **DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF THE THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL AND OPPOSITION TO DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE DISCOVERY DEADLINE AGAINST THE THOMSON DEFENDANTS**<br><br>Judge: Hon. Samuel Conti |

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.,* No. 31:cv-05725;

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.,* No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No. 13-cv-00157

*Dell Inc. v. Hitachi Ltd.,* No. 13-cv-02171;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.,* No. 13-cv-01173

*ViewSonic Corporation v. Chunghwa Corp., et al.,* No. 14-cv-02510

I, Stephen M. Judge, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (together "Thomson Defendants"). I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California. I make this declaration in support of the Thomson Defendants' Administrative Motion to Seal and Opposition to Direct Action Plaintiffs' Administrative Motion to Extend the Discovery Deadline Against the Thomson Defendants. The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. Attached hereto as <u>Exhibit A</u>, and filed under seal, is a true and correct copy of Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, dated October 17, 2011, which the Samsung SDI Defendants have

1   designated as "Confidential" under the terms of the Stipulated Protective Order entered in this
2   case (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142).

3         3.   Attached hereto as Exhibit B is a true and correct copy of Plaintiff Sharp
4   Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s
5   (together "Sharp") Objections and Responses to Defendants Thomson SA and Thomson
6   Consumer Electronics, Inc.'s First Set of Interrogatories, dated July 10, 2014.

7         4.   Attached hereto as Exhibit C is a true and correct copy of the April 11, 2014 letter
8   from counsel for Sharp to Kathy Osborn.

9         5.   Attached hereto as Exhibit D is a true and correct copy of Direct Action Plaintiffs'
10  and Direct Purchaser Plaintiffs' Deposition Notice of Didier Trutt Pursuant to Fed. R. Civ. P. 30,
11  dated August 8, 2014.

12        6.   Attached hereto as Exhibit E is a true and correct copy of the April 18, 2014 e-mail
13  from Kathy Osborn to counsel for Sharp and liaison counsel for DAPs.

14        7.   Attached hereto as Exhibit F is a true and correct copy of Thomson SA's
15  Responses to Direct Action Plaintiffs' First Set of Requests for Production of Documents, dated
16  May 14, 2014.

17        8.   Attached hereto as Exhibit G is a true and correct copy of the June 11, 2014 letter
18  from counsel for Sharp to Kathy Osborn, summarizing the June 4, 2014 meet and confer.

19        9.   On June 18, 2008, the Court approved a "Stipulated Protective Order" in this
20  matter (Dkt. No. 306) (the "Protective Order").

21        10.  Pursuant to the Protective Order and Civil Local Rules 79-5(d) and 7-11, the
22  Thomson Defendants seek to seal the following concurrently filed materials: (a) the highlighted
23  portions of the Thomson Defendants' Opposition; and (b) Exhibit A to the concurrently filed
24  Declaration of Stephen M. Judge in Support of the Thomson Defendants' Opposition.

25        11.  The highlighted portions of the Thomson Defendants' Response discuss or
26  reference: (a) Exhibit A; (b) allegations contained in paragraph 196 of Sharp Electronics
27  Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (together
28  "Sharp") First Amended Complaint that have been sealed because they allegedly have been

DECLARATION OF STEPHEN M. JUDGE IN                                       No. 07-5944-SC; MDL No. 1917
SUPPORT OF THOMSON DEFENDANTS'
OPPOSITION AND MOTION TO SEAL

derived from documents previously designated as "Confidential" or "Highly Confidential" by other parties in this action, *see* Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint [Dkt. No. 2211]; or (c) the contents of documents referenced in Sharp's Objections and Responses to Defendants Thomson SA and Thomson Consumer Electronics, Inc.'s First Set of Interrogatories, attached as Exhibit B to the Declaration in Support of the Thomson Defendants' Opposition, which documents have been designated as "Confidential" or "Highly Confidential" by the Samsung SDI Defendants, the Philips Defendants, the Hitachi Defendants, the Panasonic Defendants, or the Toshiba Defendants. The Thomson Defendants seek to submit these documents under seal in good faith in order to comply with the Stipulated Protective Order and this Court's Local Rules.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 2nd day of September 2014, at South Bend, Indiana.

/s/ Stephen M. Judge