# EXHIBIT C

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(202) 223-7348

WRITER'S DIRECT FACSIMILE
(202) 204-7378

WRITER'S DIRECT E-MAIL ADDRESS
bwarren@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

April 11, 2014

By Email

Ms. Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750
*Kathy.Osborn@FaegreBD.com*

Re: *In re CRT Antitrust Litig.*, MDL No. 1917, 07-cv-5944 (N.D. Cal.)

Dear Ms. Osborn,

In view of the information contained in the initial disclosures you produced for Thomson Consumer and information we obtained from other defendants during the discovery process, Direct Action Plaintiffs have identified the following individuals of interest whom we want to notice for deposition, subject to further discussion with you:

1. Jack K. Brunk
2. Thomas Carson
3. Emeric Charamel
4. James ("Jim") P. Hanrahan
5. Alex Hepburn
6. John ("Jack") Hirschler

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Ms. Kathy L. Osborn                                                                 2

      7. Christian Lissorgues
      8. Jackie Taylor-Boggs
      9. Julie Wright

      We would appreciate if you would please inform us of each individual's job title or titles, and which affiliate or affiliates employed the individual during the class period. In addition, please inform us if any of the above individuals intend to invoke their rights under the Fifth Amendment. If you feel that any of the listed persons do not have relevant knowledge, or only marginal knowledge, of the relevant facts, please let us know. We also invite your views on possible dates for the depositions.

      Thank you for your attention to this matter and we look forward to speaking with you in the near future.

      Very truly yours,

      /s/ *Blaise Warren*

      Blaise Warren

cc:    Craig A. Benson
       Anne Nardacci