# EXHIBIT D

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation
and Sharp Electronics Manufacturing Company of
America, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-cv-05944 SC<br><br>MDL No. 1917<br><br>**DEPOSITION NOTICE OF DIDIER TRUTT PURSUANT TO FED. R. CIV. P. 30** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Direct Action Plaintiffs and the Direct Purchaser Plaintiffs (collectively "Plaintiffs") will take the deposition of **DIDIER TRUTT**.  The deposition will occur on **September 2-3, 2014, at 9:00 a.m.** at the offices of Taylor & Company Law Offices, LLP, One Ferry Building, Suite 355, San Francisco, CA 94111.  The deposition shall continue from day to day (including weekends) until recessed or completed.

The deposition will be taken before a notary public or other person authorized to administer oaths under applicable law, and will be conducted pursuant to Rule 30 of the Federal Rules of Civil Procedure.  Plaintiffs intend and reserve the right to record the deposition testimony of the above-identified deponent by videotape and instant visual display, in addition to recording the testimony stenographically and by LiveNote/realtime.  Plaintiffs reserve the right to use the videotape deposition at time of trial.

Dated:  August 8, 2014                Respectfully Submitted,

*/s/ Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)

- 2 -

SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: 415.217.6810
Fax: 415.217.6813

*Interim Lead Counsel for the Direct Purchaser*
*Plaintiffs*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com
*Liaison Counsel for the Direct Action Plaintiffs*

- 3 -

1    Kenneth A. Gallo (*pro hac vice*)
2    Joseph J. Simons (*pro hac vice*)
     Craig A. Benson (*pro hac vice*)
3    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     2001 K Street, NW
4    Washington, DC 20006
     Telephone: (202) 223-7300
5    Facsimile: (202) 223-7420
     kgallo@paulweiss.com
6    jsimons@paulweiss.com
     cbenson@paulweiss.com
7
     *Attorneys for Plaintiffs Sharp Electronics Corporation*
8    *and Sharp Electronics Manufacturing Company of*
     *America, Inc.*
9
     [Additional Counsel Listed on Signature Page]
10
                     **UNITED STATES DISTRICT COURT**
11
                     **NORTHERN DISTRICT OF CALIFORNIA**
12
                         **SAN FRANCISCO DIVISION**
13

14
                                              | Case No. 07-cv-05944 SC
15   **In re: CATHODE RAY TUBE (CRT)**         | MDL No. 1917
     **ANTITRUST LITIGATION**
16                                             | **DEPOSITION NOTICE OF AGNES**
     This Document Relates to:                 | **MARTIN PURSUANT TO FED. R.**
17                                             | **CIV. P. 30**
     ALL ACTIONS
18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Direct Action Plaintiffs and the Direct Purchaser Plaintiffs (collectively "Plaintiffs") will take the deposition of **AGNES MARTIN**. The deposition will occur on **September 2-3, 2014, at 9:00 a.m.** at the offices of Taylor & Company Law Offices, LLP, One Ferry Building, Suite 355, San Francisco, CA 94111. The deposition shall continue from day to day (including weekends) until recessed or completed.

The deposition will be taken before a notary public or other person authorized to administer oaths under applicable law, and will be conducted pursuant to Rule 30 of the Federal Rules of Civil Procedure. Plaintiffs intend and reserve the right to record the deposition testimony of the above-identified deponent by videotape and instant visual display, in addition to recording the testimony stenographically and by LiveNote/realtime. Plaintiffs reserve the right to use the videotape deposition at time of trial.

Dated:  August 8, 2014                    Respectfully Submitted,

                                          */s/ Craig A. Benson*

                                          Kenneth A. Gallo (*pro hac vice*)
                                          Joseph J. Simons (*pro hac vice*)
                                          Craig A. Benson (*pro hac vice*)
                                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                          2001 K Street, NW
                                          Washington, DC 20006
                                          Telephone: (202) 223-7300
                                          Facsimile: (202) 223-7420
                                          kgallo@paulweiss.com
                                          jsimons@paulweiss.com
                                          cbenson@paulweiss.com

                                          *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

                                          Guido Saveri (22349)
                                          R. Alexander Saveri (173102)
                                          Geoffrey C. Rushing (126910)
                                          Travis L. Manfredi (281779)

SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: 415.217.6810
Fax: 415.217.6813

*Interim Lead Counsel for the Direct Purchaser
Plaintiffs*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com
*Liaison Counsel for the Direct Action Plaintiffs*

- 3 -