# EXHIBIT E

**From:** Osborn, Kathy L.
**Sent:** Friday, April 18, 2014 3:49 PM
**To:** 'Blaise Warren' (bwarren@paulweiss.com)
**Cc:** Benson, Craig A; Anne Nardacci; Roberts, Jeffrey S.; Hurley, Ryan M.
**Subject:** RE: In re CRT Antitrust Litig., MDL No. 1917, 07-cv-5944 (N.D. Cal.)

Blaise,

Thank you for your letter. We are in the process of attempting to locate many of these individuals and meet with them to learn more about whether they have relevant knowledge, what their availability might be for depositions, and so on. We will follow-up with you when we can more fully respond to your inquiries. In the interim, we believe the following information is correct:

| Witness | Entity Employed By | Job Titles for positions held |
|---|---|---|
| Jack K. Brunk | Thomson Consumer (former employee) | Sales Manager |
| Thomas Carson | Thomson Consumer (former employee) | VP, Operational Efficiency; VP Global Sales & Marketing; VP Patents & Licensing |
| Emeric Charamel | Thomson SA (former employee); Thomson Tubes & Displays (former employee) | Sales Manager |
| J.P. Hanrahan | Thomson Consumer (former employee) | General Manager, Sales |
| Alex Hepburn | Thomson Consumer (former employee) | Manager, Research and Business Planning |
| John "Jack" Hirschler | Thomson Consumer (former employee) | Sales Manager |
| Christian Lissorgues | Thomson SA (former employee) | Sales Director |
| Jackie Taylor-Boggs | Thomson Consumer, Technicolor USA, Inc. (current employee) | VP, Sourcing |
| Julie Wright | Thomson Consumer, Technicolor USA, Inc. (former employee) | Senior Financial Analyst |

Sincerely,
Kathy


**Kathy L. Osborn**
*Partner*
kathy.osborn@FaegreBD.com

**Direct:** +1 317 237 8261
**Mobile:** +1 317 694 0862

FaegreBD.com   Download vCard

1

Case 4:07-cv-05944-JST   Document 2782-8   Filed 09/02/14   Page 3 of 3

**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Lueptow, Jacqueline V [mailto:jlueptow@paulweiss.com]
**Sent:** Friday, April 11, 2014 5:33 PM
**To:** Osborn, Kathy L.
**Cc:** Benson, Craig A; Warren, Blaise; Anne Nardacci
**Subject:** In re CRT Antitrust Litig., MDL No. 1917, 07-cv-5944 (N.D. Cal.)

Ms. Osborn,

Please see the attached letter from Blaise Warren.

Best regards,
Jacqueline


**Jacqueline Lueptow** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7469 (Direct Phone) | (202) 330-5937 (Direct Fax)
jlueptow@paulweiss.com | www.paulweiss.com


This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

2