Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

***Attorneys for Defendants Thomson
Consumer, Inc. and Thomson SA***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO DIRECT ACTION PLAINTIFFS' MOTION TO ISSUE A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO TAKE DEPOSITIONS IN FRANCE** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;* | |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;* | **(Civil Local Rule 79-5(d))** |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;* | |
| *Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;* | |
| *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;* | |
| *Costco Wholesale Corporation v. Technicolor* | |

1   *SA, et al., No. 13-cv-05723;*

2   *P.C. Richard & Son Long Island Corporation,*
3   *et al. v. Technicolor SA, et al., No. 31:cv-*
    *05725;*
4
5   *Schultze Agency Services, LLC, o/b/o Tweeter*
    *Opco, LLC, et al. v. Technicolor SA, Ltd., et al.,*
6   *No. 13-cv-05668;*

7   *Sears, Roebuck and Co. and Kmart Corp. v.*
    *Technicolor SA, No. 3:13-cv-05262;*
8
9   *Target Corp. v. Technicolor SA, et al., No. 13-*
    *cv-05686*

10  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.,*
    *No. 13-cv-00157*
11
12  *Sharp Electronics Corp., et al. v. Hitachi, Ltd.,*
    *et. al., No. 13-cv-01173*
13
14  *ViewSonic Corporation v. Chunghwa Corp., et*
    *al., No. 14-cv-02510*

15      In accordance with Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and

16  79-5(d), Defendants Thomson SA and Thomson Consumer Electronics, Inc. ("Thomson

17  Defendants") respectfully submit this Administrative Motion for a Sealing Order regarding their

18  concurrently filed Opposition to Direct Action Plaintiffs' ("DAPs") Motion to Issue a Letter of

19  Request for International Judicial Assistance to Take Depositions in France ("Opposition").  The

20  following materials are submitted under seal: (a) the highlighted portions of the Thomson

21  Defendants' Opposition; and (b) Exhibit A to the concurrently filed Declaration of Stephen M.

22  Judge in Support of the Thomson Defendants' Opposition.

23      This motion is supported by the Declaration of Stephen M. Judge in Support of the

24  Thomson Defendants' Administrative Motion to File Under Seal and Opposition to DAPs Motion

25  to Issue a Letter of Request for International Judicial Assistance to Take Depositions in France,

26  dated September 2, 2014. *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to

27  seal must be accompanied by a declaration "establishing that the document sought to be filed

28  under seal . . . [is] sealable.").

1   Exhibit A to the Declaration in Support of the Thomson Defendants' Opposition is a copy
2   of Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of
3   Interrogatories, Nos. 4 and 5, which the Samsung SDI Defendants have designated as
4   "Confidential" under the terms of the Stipulated Protective Order entered in this case (No. 07-cv-
5   05944, Dkt. No. 306, amended at Dkt. No. 1142).

6   The highlighted portions of the Thomson Defendants' Response discuss or reference: (a)
7   Exhibit A to the Declaration in Support of the Thomson Defendants' Opposition; or (b)
8   allegations contained in paragraph 196 of Sharp Electronics Corporation and Sharp Electronics
9   Manufacturing Company of America, Inc.'s (together "Sharp") First Amended Complaint that
10  have been sealed because they allegedly have been derived from documents previously
11  designated as "Confidential" or "Highly Confidential" by other parties in this action, *see* Order
12  Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint [Dkt.
13  No. 2211].  The Thomson Defendants seek to submit these documents under seal in good faith in
14  order to comply with the Stipulated Protective Order and this Court's Local Rules.

15  WHEREFORE, because the designated material contains, discusses, or references
16  information designated as "Confidential" or "Highly Confidential," or previously sealed by Court
17  order, the Thomson Defendants respectfully request that the Court enter an Order sealing the
18  highlighted portions of its Opposition and Exhibit A to the Declaration in Support of the
19  Thomson Defendants' Opposition.

20
21
22
23
24
25
26
27
28

1   Dated:  September 2, 2014                          Respectfully submitted,

2

3                                                      */s/ Stephen M. Judge*
                                                       Kathy L. Osborn (*pro hac vice*)
4                                                      Ryan M. Hurley (*pro hac vice*)
                                                       Faegre Baker Daniels LLP
5                                                      300 N. Meridian Street, Suite 2700
                                                       Indianapolis, IN  46204
6                                                      Telephone: +1-317-237-0300
                                                       Facsimile: +1-317-237-1000
7                                                      kathy.osborn@FaegreBD.com
                                                       ryan.hurley@FaegreBD.com
8
                                                       Jeffrey S. Roberts (*pro hac vice*)
9                                                      Faegre Baker Daniels LLP
                                                       3200 Wells Fargo Center
10                                                     1700 Lincoln Street
                                                       Denver, CO  80203
11                                                     Telephone: +1-303-607-3500
                                                       Facsimile:  +1-303-607-3600
12                                                     jeff.roberts@FaegreBD.com

13                                                     Stephen M. Judge (*pro hac vice*)
                                                       Faegre Baker Daniels LLP
14                                                     202 S. Michigan Street, Suite 1400
                                                       South Bend, IN  46601
15                                                     Telephone: +1 574-234-4149
                                                       Facsimile:  +1 574-239-1900
16                                                     steve.judge@FaegreBd.com

17
                                                       Calvin L. Litsey (SBN 289659)
18                                                     Faegre Baker Daniels LLP
                                                       1950 University Avenue, Suite 450
19                                                     East Palo Alto, CA  94303-2279
                                                       Telephone: +1-650 324-6700
20                                                     Facsimile: +1-650 324-6701
                                                       calvin.litsey@FaegreBD.com
21
                                                       ***Attorneys for Thomson SA and Thomson***
22                                                     ***Consumer Electronics, Inc.***

23

24

25

26

27

28

THOMSON DEFENDANTS' ADMINISTRATIVE                4                    No. 07-5944-SC; MDL No. 1917
MOTION TO FILE UNDER SEAL