1   Calvin L. Litsey (SBN 289659)
    FAEGRE BAKER DANIELS LLP
2   1950 University Avenue, Suite 450
    East Palo Alto, CA  94303-2279
3   Telephone: +1 650-324-6700
    Facsimile: +1 650-324-6701
4   calvin.litsey@FaegreBD.com

5   Kathy L. Osborn (*pro hac vice*)
    Ryan M. Hurley (*pro hac vice*)
6   FAEGRE BAKER DANIELS LLP
    300 N. Meridian Street, Suite 2700
7   Indianapolis, IN  46204
    Telephone: +1 317-237-0300
8   Facsimile: +1 317-237-1000
    kathy.osborn@FaegreBD.com
9   ryan.hurley@FaegreBD.com

        Jeffrey S. Roberts (*pro hac vice*)
        FAEGRE BAKER DANIELS LLP
        3200 Wells Fargo
        1700 Lincoln Street
        Denver, CO  80203
        Telephone: +1 303-607-3500
        Facsimile:  +1 303-607-3600
        jeff.roberts@FaegreBD.com

        Stephen M. Judge (*pro hac vice*)
        FAEGRE BAKER DANIELS LLP
        202 S. Michigan Street, Suite 1400
        South Bend, IN  46601
        Telephone: +1 574-234-4149
        Facsimile:  +1 574-239-1900
        steve.judge@FaegreBd.com

10  ***Attorneys for Defendants Thomson
    Consumer Electronics, Inc. and Thomson SA***

11                  **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN FRANCISCO DIVISION**

14

15  IN RE CATHODE RAY TUBE (CRT)          No. 07-cv-5944-SC
    ANTITRUST LITIGATION,                 MDL No. 1917
16  _____

17  This Document Relates to:             **DECLARATION OF STEPHEN M.
                                          JUDGE IN SUPPORT OF THE
18  *Electrograph Systems, Inc. et al. v.* **THOMSON DEFENDANTS'**
    *Technicolor SA, et al., No. 13-cv-05724;* **ADMINISTRATIVE MOTION TO FILE
19                                          UNDER SEAL AND OPPOSITION TO
                                          DIRECT ACTION PLAINTIFFS'**
20  *Alfred H. Siegel, as Trustee of the Circuit* **MOTION TO ISSUE A LETTER OF**
    *City Stores, Inc. Liquidating Trust v.* **REQUEST FOR INTERNATIONAL
21  *Technicolor SA, et al., No. 13-cv-05261;* **JUDICIAL ASSISTANCE TO TAKE
                                          DEPOSITIONS IN FRANCE**
22  *Best Buy Co., Inc., et al. v. Technicolor SA,*
    *et al., No. 13-cv-05264;*
23                                          Judge: Hon. Samuel Conti
24  *Interbond Corporation of America v.*
    *Technicolor SA, et al., No. 13-cv-05727;*
25
    *Office Depot, Inc. v. Technicolor SA, et al.,*
26  *No. 13-cv-05726;*

27  *Costco Wholesale Corporation v.*
28  *Technicolor SA, et al., No. 13-cv-05723;*

DECLARATION OF STEPHEN M. JUDGE IN                    No. 07-5944-SC; MDL No. 1917
SUPPORT OF THOMSON DEFENDANTS'
OPPOSITION AND MOTION TO SEAL

                              1

1

2   *P.C. Richard & Son Long Island*
    *Corporation, et al. v. Technicolor SA, et al.,*
3   *No. 31:cv-05725;*

4   *Schultze Agency Services, LLC, o/b/o*
    *Tweeter Opco, LLC, et al. v. Technicolor SA,*
5   *Ltd., et al., No. 13-cv-05668;*

6   *Sears, Roebuck and Co. and Kmart Corp. v.*
    *Technicolor SA, No. 3:13-cv-05262;*
7

8   *Target Corp. v. Technicolor SA, et al., No.*
    *13-cv-05686*
9

10  *Tech Data Corp., et al. v. Hitachi, Ltd., et*
    *al., No. 13-cv-00157*

11  *Dell Inc. v. Hitachi Ltd.,*
    No. 13-cv-02171;
12

13  *Sharp Electronics Corp., et al. v. Hitachi,*
    *Ltd., et. al., No. 13-cv-01173*

14  *ViewSonic Corporation v. Chunghwa Corp.,*
    *et al., No. 14-cv-02510*
15

16

17  I, Stephen M. Judge, hereby declare as follows:

18          1.      I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel

19  for Defendants, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson

20  Consumer Electronics, Inc.) (together "Thomson Defendants").  I am admitted to practice *pro hac*

21  *vice* before the United States District Court for the Northern District of California.  I make this

22  declaration in support of the Thomson Defendants' Administrative Motion to Filed Under Seal

23  and Opposition to Direct Action Plaintiffs' Motion to Issue a Letter of Request for International

24  Judicial Assistance to Take Depositions in France ("Opposition").  The statements contained in

25  this declaration are based on my personal knowledge and, if called as a witness, I could

26  competently testify to the following facts.

27          2.      Attached hereto as <u>Exhibit A</u>, and filed under seal, is a true and correct copy of

28  Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of

DECLARATION OF STEPHEN M. JUDGE IN                          No. 07-5944-SC; MDL No. 1917
SUPPORT OF THOMSON DEFENDANTS'
OPPOSITION AND MOTION TO SEAL

2

Interrogatories, Nos. 4 and 5, dated October 17, 2011, which the Samsung SDI Defendants have designated as "Confidential" under the terms of the Stipulated Protective Order entered in this case (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142).

3.     Attached hereto as <u>Exhibit B</u> is a true and correct copy of the April 11, 2014 letter from counsel for Plaintiff Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (together "Sharp") to Kathy Osborn.

4.     Attached hereto as <u>Exhibit C</u> is a true and correct copy of Thomson SA's Responses to Direct Action Plaintiffs' First Set of Requests for Production of Documents, dated May 14, 2014.

5.     Attached hereto as <u>Exhibit D</u> is a true and correct copy of the June 11, 2014 letter from counsel for Sharp to Kathy Osborn, summarizing the June 4, 2014 meet and confer.

6.     Attached hereto as <u>Exhibit E</u> is a true and correct copy of Direct Action Plaintiffs' and Direct Purchaser Plaintiffs' Deposition Notice of Didier Trutt Pursuant to Fed. R. Civ. P. 30, dated August 8, 2014.

7.     On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Protective Order").

8.     Pursuant to the Protective Order and Civil Local Rules 79-5(d) and 7-11, the Thomson Defendants seek to seal the following concurrently filed materials: (a) the highlighted portions of the Thomson Defendants' Opposition; and (b) Exhibit A to the concurrently filed Declaration of Stephen M. Judge in Support of the Thomson Defendants' Opposition.

9.     The highlighted portions of the Thomson Defendants' Opposition discuss or reference: (a) Exhibit A to the Declaration in Support of the Thomson Defendants' Opposition; or (b) allegations contained in paragraph 196 of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (together "Sharp") First Amended Complaint that have been sealed because they allegedly have been derived from documents previously designated as "Confidential" or "Highly Confidential" by other parties in this action, *see* Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint [Dkt. No. 2211].

DECLARATION OF STEPHEN M. JUDGE IN
SUPPORT OF THOMSON DEFENDANTS'
OPPOSITION AND MOTION TO SEAL

No. 07-5944-SC; MDL No. 1917

3

10. The Thomson Defendants seek to submit these documents under seal in good faith in order to comply with the Stipulated Protective Order and this Court's Local Rules.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 2nd day of September 2014, at South Bend, Indiana.

/s/ Stephen M. Judge

DECLARATION OF STEPHEN M. JUDGE IN
SUPPORT OF THOMSON DEFENDANTS'
OPPOSITION AND MOTION TO SEAL

No. 07-5944-SC; MDL No. 1917