*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF EXPERT REBUTTAL REPORT** |
| ALL INDIRECT PURCHASER ACTIONS | |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling dated March 21, 2014 (Doc. No. 2459) ("Scheduling Order"), on August 5, 2014, Defendants served the expert report of Ms. Guerin-Calvert and Professor Robert Willig, who addressed issues related to the Indirect Purchaser Plaintiffs' ("IPPs") claims and the expert report of Dr. Janet Netz;

WHEREAS, pursuant to the Scheduling Order, Dr. Netz's rebuttal report currently is required to be served no later than September 23, 2014;

WHEREAS, IPPs have requested that Defendants produce one or both of Ms. Guerin-Calvert and Professor Willig for deposition prior to September 17, 2014, so as to allow sufficient time for review of the witnesses' testimony in connection with Dr. Netz's preparation of her rebuttal report by September 23, 2014;

1

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF EXPERT REBUTTAL REPORT
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

WHEREAS, due to scheduling conflicts of Ms. Guerin-Calvert and Professor Willig, Defendants are unable to produce either witness prior to September 17, 2014;

WHEREAS, in order to accommodate the schedules of Defendants' experts and to accommodate IPPs' request for additional time for Dr. Netz to prepare her rebuttal report, the parties hereto have reached an agreement as set forth herein;

IT IS HEREBY STIPULATED AND AGREED by counsel for the undersigned parties as follows:

1. Defendants will produce Ms. Guerin-Calvert for deposition on September 17, 2014 at Baker Botts's Washington D.C. office and Professor Willig for deposition on September 19, 2014 at Winston & Strawn's New York office;

2. The last day for IPPs to serve their rebuttal expert report on the merits is extended to September 26, 2014;

3. All other dates in the Scheduling Order are unaffected by this stipulation

***

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Samuel Conti
United States District Judge

3257626v3

| | |
|---|---|
| Dated:  September 4, 2014 | Dated:  September 4, 2014 |
| WINSTON & STRAWN LLP | TRUMP, ALIOTO, TRUMP & PRESCOTT LLP |
| By: */s/ Jeffrey L. Kessler* <br> Jeffrey L. Kessler <br> A. Paul Victor <br> Aldo A. Badini <br> Eva W. Cole <br> Molly M. Donovan <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 294-4692 <br> Facsimile:  (212) 294-4700 <br> Email:    jkessler@winston.com <br>             abadini@winston.com <br>             pvictor@winston.com <br>             ewcole@winston.com <br>             mmdonovan@winston.com <br> <br> Steven A. Reiss (*pro hac vice*) <br> David L. Yohai (*pro hac vice*) <br> Adam C. Hemlock (*pro hac vice*) <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153-0119 <br> Telephone: (212) 310-8000 <br> Facsimile:  (212) 310-8007 <br> Email:    steven.reiss@weil.com <br>             david.yohai@weil.com <br>             adam.hemlock@weil.com <br> <br> *Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* | By: */s/ Mario N. Alioto* <br> Mario N. Alioto <br> Lauren C. Russell <br> TRUMP, ALIOTO, TRUMP & PRESCOTT LLP <br> 2280 Union Street <br> San Francisco, CA 94123 <br> Telephone: (415) 563-7200 <br> Facsimile:  (415) 346-0679 <br> Email:    malioto@tatp.com <br>             laurenrussell@tatp.com <br> <br> *Lead Counsel for Indirect Purchaser Plaintiffs* |

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF EXPERT REBUTTAL REPORT
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

| | |
|---|---|
| Dated: September 4, 2014<br><br>BAKER BOTTS LLP<br><br>By: */s/ Jon V. Swenson*<br>Jon V. Swenson (SBN 233054)<br>BAKER BOTTS LLP<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (650) 739-7500<br>Facsimile:  (650) 739-7699<br>Email:       jon.swenson@bakerbotts.com<br><br>John M. Taladay (*pro hac vice*)<br>Joseph Ostoyich (*pro hac vice*)<br>Erik T. Koons (*pro hac vice*)<br>Charles M. Malaise (*pro hac vice*)<br>BAKER BOTTS LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2400<br>Telephone: (202) 639-7700<br>Facsimile:  (202) 639-7890<br>Email:       john.taladay@bakerbotts.com<br>               joseph.ostoyich@bakerbotts.com<br>               erik.koons@bakerbotts.com<br>               charles.malaise@bakerbotts.com<br><br>*Counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation* | Dated: September 4, 2014<br><br>FRESHFIELDS BRUCKHAUS<br>   DERINGER US LLP<br><br>By: */s/ Richard Snyder*<br>Terry Calvani<br>Christine Laciak(*pro hac vice*)<br>Richard Snyder (*pro hac vice*)<br>FRESHFIELDS BRUCKHAUS<br>   DERINGER US LLP<br>701 Pennsylvania Avenue NW, Suite 600<br>Washington, D.C. 20004<br>Telephone: (202) 777-4565<br>Facsimile:  (202) 777-4555<br>Email:       terry.calvani@freshfields.com<br>               christine.laciak@freshfields.com<br>               richard.snyder@freshfields.com<br><br>*Counsel for Beijing-Matsushita Color CRT Company, Ltd.* |

| | |
|---|---|
| Dated:  September 4, 2014<br><br>KIRKLAND & ELLIS LLP<br><br>By: */s/ Eliot A. Adelson*<br>Eliot A. Adelson<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1413<br>Facsimile:  (415) 439-1500<br>Email:        eadelson@kirkland.com<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | Dated:  September 4, 2014<br><br>SHEPPARD MULLIN RICHTER & HAMPTON<br><br>By: */s/ Gary L. Halling*<br>Gary L. Halling<br>James L. Mcginnis<br>Michael W. Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile:  (415) 434-3947<br>Email:        ghalling@sheppardmullin.com<br>                   jmcginnis@sheppardmullin.com<br>                   mscarborough@sheppardmullin.com<br><br>*Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| Dated:  September 4, 2014<br><br>WHITE & CASE LLP<br><br>By: */s/ Lucius B. Lau*<br>Christopher M. Curran (*pro hac vice*)<br>George L. Paul (*pro hac vice*)<br>Lucius B. Lau (*pro hac vice*)<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Facsimile:  (202) 639-9355<br>Email:        ccurran@whitecase.com<br>                   gpaul@whitecase.com<br>                   alau@whitecase.com<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.