ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
Bernice Conn, Bar No. 161594
BConn@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:     310-552-0130
Facsimile:     310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST
BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES,
L.P.; BESTBUY.COM, LLC; MAGNOLIA HI-FI, LLC

Additional Counsel Listed Below

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | The Honorable Samuel Conti<br><br>**JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE AS AGAINST THE PHILIPS DEFENDANTS REGARDING CERTAIN OWNERSHIP AND CONTROL ISSUES** |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1    This Joint Stipulation To Extend Fact Discovery Deadline As Against Philips Defendants

2    Regarding Certain Ownership And Control Issues between the Direct Action Plaintiffs[1] (the

3    "DAPs"), on the one hand, and Defendants Koninklijke Philips N.V. and Philips Electronics

4    North America Corporation (together, the "Philips Defendants"), on the other hand, is made with

5    respect to the following facts and recitals:

6        WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of

7    fact discovery for September 5, 2014;

8        WHEREAS, on May 23, 2014, the DAPs served requests for admission and

9    interrogatories regarding ownership and control issues (the "Written Discovery") on the Philips

10   Defendants;

11       WHEREAS, on July 10, 2014, the Philips Defendants served objections and responses to

12   the Written Discovery;

13       WHEREAS, on July 23, 2014, the DAPs served a Rule 30(b)(6) deposition notice

14   regarding ownership and control topics on the Philips Defendants;

15       WHEREAS, on August 19, 2014, the DAPs served a revised Rule 30(b)(6) deposition

16   notice regarding ownership and control topics (the "Rule 30(b)(6) Notice") on the Philips

17   Defendants;

18       WHEREAS, the parties are meeting and conferring in good faith to resolve any disputes

19   with respect to the Written Discovery and the Rule 30(b)(6) Notice;

20       WHEREAS, the parties jointly request that the Court enter an order extending the

21   deadline to complete fact discovery for the Philips Defendants regarding certain ownership and

22   control issues;

23

24

---

[1] The Direct Action Plaintiffs are Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, LLC; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; Target Corp., Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., Tech Data Corporation, Tech Data Product Management, Inc., Dell Inc., Dell Products L.P., and CompuCom Systems, Inc.

1    IT IS HEREBY STIPULATED, by and between the parties, through their respective

2    counsel of record, that the deadline to complete the Rule 30(b)(6) Deposition be extended up to

3    and including October 5, 2014;

4    IT IS HEREBY FURTHER STIPULATED, by and between the parties, through their

5    respective counsel of record, that the deadline to move to compel discovery related to the Written

6    Discovery and the Rule 30(b)(6) Deposition shall be extended up to and including October 5,

7    2014.

DATED:  September 4, 2014          /s/  David Martinez

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
           dmartinez@rkmc.com
           jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
           kcwildfang@rkmc.com
           lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy
Purchasing LLC, Best Buy Enterprise Services, Inc.,
Best Buy Stores, L.P., Bestbuy.com, L.L.C., and
Magnolia Hi-Fi, LLC, and on behalf of the Direct
Action Plaintiffs*

DATED:  September 4, 2014          /s/  Erik Koons

John M. Taladay
Joseph Ostoyich
Erik Koons
Charles M. Malaise
BAKER BOTTS L.L.P.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
          joseph.ostoyich@bakerbotts.com
          erik.koons@bakerbotts.com
          charles.malaise@bakerbotts.com

*Counsel For Defendants Koninklijke Philips N.V. and
Philips Electronics North America Corporation*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1

2

3          Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

4    document has been obtained from each of the above signatories.

5

     DATED:  September 4, 2014          /s/  David Martinez
6    _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES