ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
Bernice Conn, Bar No. 161594
BConn@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:	310-552-0130
Facsimile:	310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC; MAGNOLIA HI-FI, LLC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti<br><br>**[PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE AS AGAINST THE PHILIPS DEFENDANTS REGARDING CERTAIN OWNERSHIP AND CONTROL ISSUES** |

Pursuant to stipulation of the parties, and good cause appearing, the deadline to complete fact discovery be extended up to and including October 5, 2014 with respect to the Philips Defendants regarding certain ownership and control issues.

IT IS SO ORDERED.

DATED: _____     _____
SAMUEL CONTI
United States District Court Judge