Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff ViewSonic Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:14-cv-02510-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PANASONIC DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION**<br><br>Judge:  Hon. Samuel Conti |
| This Document Relates to:<br><br> *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | |

1     WHEREAS, on August 25, 2014, Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, "Panasonic") filed a Notice of Motion and Motion to Dismiss and Compel Arbitration (the "Motion to Dismiss") against Plaintiff ViewSonic Corporation ("ViewSonic").

    WHEREAS, Panasonic's Motion to Dismiss is tentatively set for hearing on October 10, 2014 at 10:00 a.m before this Court;

    WHEREAS, the parties have met and conferred, and have agreed to a revised briefing schedule for the Motion to Dismiss;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the respective parties that, in light of the parties' agreement on a revised briefing schedule and subject to the Court's approval, the hearing date for the Motion to Dismiss shall be continued to October 24, 2014;

    IT IS FURTHER STIPULATED AND AGREED, by and between counsel to the respective parties that, any oppositions to the Motion to Dismiss shall be filed on or before September 22, 2014, and any replies to the Motion to Dismiss shall be filed on or before October 6, 2014.

    IT IS SO STIPULATED.

Dated: September 4, 2014

*/s/ Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
         rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.

|   |   |   |
|---|---|---|
| 1 |   | Washington, D.C. 20004 |
| 2 |   | Telephone: 202-624-2500 |
|   |   | Facsimile:  202-628-5116 |
| 3 |   | Email: jmurphy@crowell.com |
|   |   | aheaven@crowell.com |
| 4 |   |   |
|   |   | *Attorney for Plaintiff ViewSonic* |
| 5 |   | *Corporation* |

Dated: September 4, 2014        /s/ Adam C. Hemlock
                                                    ―――――――――――――――――――
            DAVID L. YOHAI (pro hac vice)
            E-mail: david.yohai@weil.com
            ADAM C. HEMLOCK (pro hac vice)
            E-mail: adam.hemlock@weil.com
            DAVID YOLKUT (pro hac vice)
            E-mail: david.yolkut@weil.com
            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153-0119
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            BAMBO OBARO (267683)
            E-mail: bambo.obaro@weil.com
            201 Redwood Shores Parkway
            Redwood Shores, California 94065-1175
            Telephone: (650) 802-3000
            Facsimile: (650) 802-3100

            JEFFREY L. KESSLER (pro hac vice)
            E-mail: jkessler@winston.com
            EVA W. COLE (pro hac vice)
            E-mail: ewcole@winston.com
            MOLLY M. DONOVAN (pro hac vice)
            E-mail: mmdonovan@winston.com
            WINSTON & STRAWN LLP
            200 Park Avenue
            New York, New York 10166-4193
            Telephone: (212) 294-6700
            Facsimile: (212) 294-7400

            *Attorneys for Defendants Panasonic*
            *Corporation, Panasonic Corporation of*
            *North America, and MT Picture Display*
            *Co., Ltd.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September __, 2014

Hon. Samuel Conti
United States District Judge

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  September 4, 2014             By: */s/ Jason C. Murray*

STIP. AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE ON MOTION TO DISMISS
Case No. 07-5944; MDL NO. 1917
4