Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., HITACHI
DISPLAYS, LTD. (n/k/a JAPAN DISPLAY
INC.), and HITACHI ELECTRONIC DEVICES
(USA), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC |
| | MDL NO.: 1917 |
| This Document Relates To: | INDIVIDUAL CASE: 3:11-cv-01656-SC |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.* | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |

1       Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd.,
2  and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants") and the
3  undersigned Defendants (collectively, "Defendants") and plaintiffs Electrograph Systems, Inc. and
4  Electrograph Technologies Corp. (collectively, "Electrograph") have conferred by and through
5  their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

6       WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the
7  Electrograph action;

8       WHEREAS, on July 23, 2014, Defendants informed Electrograph of their intent to
9  subpoena for deposition five former employees of Electrograph—Alex Ivani, Rabih Chikhani, Lou
10  Azzam, Kathy Koziol, and Sam Taylor—and requested deposition dates for those witnesses;

11       WHEREAS, Electrograph informed Defendants that its counsel had limited availability to
12  attend the depositions of former Electrograph employee witnesses during the month of August and
13  therefore requested that Defendants schedule those depositions for September;

14       WHEREAS, Electrograph and Defendants have conferred and agreed that Defendants may
15  depose former Electrograph employees after September 5, 2014;

16       WHEREAS, Electrograph and Defendants have conferred and agreed to schedule the
17  deposition of Kathy Koziol for September 16, 2014, the deposition of Sam Taylor for September
18  18, 2014, the deposition of Alex Ivani for October 16, 2014, and the depositions of Robbie
19  Chikhani and Lou Azzam for dates, still to be determined, after September 5, 2014 but no later
20  than October 31, 2014;

21       WHEREAS, Electrograph and Defendants agree to negotiate and cooperate in good faith
22  with respect to the scheduling of any depositions that may occur after September 5, 2014, subject
23  to the Court's Discovery Protocol (Dkt. No. 1128);

24  ///
25  ///
26  ///
27  ///
28  ///

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1.      Defendants may subpoena, notice, and take additional depositions of former Electrograph employees Alex Ivani, Rabih Chikhani, Lou Azzam, Kathy Koziol, and Sam Taylor after September 5, 2014 but no later than October 31, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128); and

2.      To the extent motions to compel may be required for item 1 above, Defendants may file those motions within ten days after the depositions in question.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED:_____                _____
                                             Hon. Samuel Conti
                                             United States District Judge

1  DATED:  September 4, 2014                By: */s/ Eliot A. Adelson*

2                                           Eliot A. Adelson (SBN 205284)
                                            James Maxwell Cooper (SBN 284054)
3                                           KIRKLAND & ELLIS LLP
                                            555 California Street, 27th Floor
4                                           San Francisco, CA 94104
                                            Telephone:     (415) 439-1400
5                                           Facsimile:     (415) 439-1500
                                            Email:         eadelson@kirkland.com
6                                                          max.cooper@kirkland.com

7                                           *Attorneys for Defendant*
                                            *Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America,*
8                                           *Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display*
                                            *Inc.), and Hitachi Electronic Devices (USA), Inc.*
9

10 DATED:  September 4, 2014                By: */s/ Philip J. Iovieno*

11                                          BOIES, SCHILLER & FLEXNER LLP
12                                          William A. Isaacson
                                            5301 Wisconsin Ave. NW, Suite 800
13                                          Washington, D.C. 20015
                                            Telephone:     (202) 237-2727
14                                          Facsimile:     (202) 237-6131
                                            Email:         wisaacson@bsfllp.com
15
                                            BOIES, SCHILLER & FLEXNER LLP
16                                          Philip J. Iovieno
                                            Anne M. Nardacci
17                                          30 South Pearl Street, 11th Floor
                                            Albany, NY 12207
18                                          Telephone:     (518) 434-0600
                                            Facsimile:     (518) 434-0665
19                                          Email:         piovieno@bsfllp.com
                                                           anardacci@bsfllp.com
20
                                            *Attorneys for Plaintiffs*
21                                          *Electrograph Systems, Inc. and Electrograph*
                                            *Technologies Corp.*
22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    DATED:  September 4, 2014                    By: */s/ Dylan I. Ballard*

2                                                 SHEPPARD MULLIN RICHTER & HAMPTON
                                                  LLP
3                                                 Gary L. Halling, Cal. Bar No. 66087
                                                  James L. McGinnis, Cal. Bar No. 95788
4                                                 Michael W. Scarborough, Cal. Bar No. 203524
                                                  Dylan I. Ballard, Cal. Bar No. 253929
5                                                 Four Embarcadero Center, 17th Floor
                                                  San Francisco, CA  94111-4109
6                                                 Telephone:      (415) 434-9100
                                                  Facsimile:      (415) 434-3947
7                                                 E-mail:         ghalling@sheppardmullin.com
                                                                  jmcginnis@sheppardmullin.com
8                                                                 mscarborough@sheppardmullin.com
                                                                  dballard@sheppardmullin.com
9
                                                  *Attorneys for Defendants*
10                                                *Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;*
                                                  *Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI*
11                                                *Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.;*
                                                  *Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung*
12                                                *SDI Co., Ltd.*

13

14
      DATED:  September 4, 2014                   By: */s/ Jeffrey L. Kessler*
15
                                                  WINSTON & STRAWN LLP
16                                                Jeffrey L. Kessler (*pro hac vice*)
                                                  A. Paul Victor (*pro hac vice*)
17                                                Aldo A. Badini Cal. Bar No. 257086
                                                  Eva W. Cole (*pro hac vice*)
18                                                Molly M. Donovan (*pro hac vice*)
                                                  200 Park Avenue
19                                                New York, NY 10166
                                                  Telephone:      (212) 294-4692
20                                                Facsimile:      (212) 294-4700
                                                  Email:          jkessler@winston.com
21                                                                abadini@winston.com
                                                                  pvictor@winston.com
22                                                                ewcole@winston.com
                                                                  mmdonovan@winston.com
23
                                                  [continued on next page]
24

25    ///

26    ///

27    ///

28    ///

1    WEIL, GOTSHAL & MANGES LLP
     Steven A. Reiss (*pro hac vice*)
2    David L. Yohai (*pro hac vice*)
     Adam C. Hemlock (*pro hac vice*)
3    767 Fifth Avenue
     New York, NY 10153-0119
4    Telephone:    (212) 310-8000
     Facsimile:    (212) 310-8007
5    Email:        steven.reiss@weil.com
                   david.yohai@weil.com
6                  adam.hemlock@weil.com

7    *Attorneys for Defendants Panasonic Corporation
     (f/k/a Matsushita Electric Industrial Co., Ltd.),
8    Panasonic Corporation of North America, and MT
     Picture Display Co., Ltd.*

9

10

11   DATED:  September 4, 2014        By: */s/ Jon V. Swenson*_____

12                                    BAKER BOTTS LLP
                                      Jon V. Swenson (SBN 233054)
13                                    1001 Page Mill Road
                                      Building One, Suite 200
14                                    Palo Alto, CA 94304
                                      Telephone:    (650) 739-7500
15                                    Facsimile:    (650) 739-7699
                                      Email:        jon.swenson@bakerbotts.com
16

17                                    John M. Taladay (*pro hac vice*)
                                      Joseph Ostoyich (*pro hac vice*)
18                                    Erik T. Koons (*pro hac vice*)
                                      Charles M. Malaise (*pro hac vice*)
19                                    1299 Pennsylvania Ave., N.W.
                                      Washington, DC 20004-2400
20                                    Telephone:    (202) 639-7700
                                      Facsimile:    (202) 639-7890
21                                    Email:        john.taladay@bakerbotts.com
                                                    joseph.ostoyich@bakerbotts.com
22                                                  erik.koons@bakerbotts.com
                                                    charles.malaise@bakerbotts.com
23

24                                    *Attorneys for Defendants Koninklijke Philips N.V.
                                      and Philips Electronics North America Corporation*
25

26   ///

27   ///

28   ///

1    DATED:  September 4, 2014                By: */s/ Richard Snyder*

2

3                                             FRESHFIELDS BRUCKHAUS
                                              DERINGER US LLP
                                              Terry Calvani Cal. Bar. No. 53260
4                                             Christine Laciak(*pro hac vice*)
                                              Richard Snyder (*pro hac vice*)
5                                             701 Pennsylvania Avenue NW, Suite 600
                                              Washington, D.C. 20004
6                                             Telephone:     (202) 777-4565
                                              Facsimile:     (202) 777-4555
7                                             Email:         terry.calvani@freshfields.com
                                                             christine.laciak@freshfields.com
8                                                            richard.snyder@freshfields.com

9                                             *Attorneys for Beijing-Matsushita Color CRT*
                                              *Company, Ltd.*
10

11   DATED:  September 4, 2014                By: */s/ Lucius B. Lau*
12

13                                            WHITE & CASE LLP
                                              Christopher M. Curran (*pro hac vice*)
                                              George L. Paul (*pro hac vice*)
14                                            Lucius B. Lau (*pro hac vice*)
                                              701 Thirteenth Street, N.W.
15                                            Washington, D.C. 20005
                                              Telephone:     (202) 626-3600
16                                            Facsimile:     (202) 639-9355
                                              Email:         ccurran@whitecase.com
17                                                           gpaul@whitecase.com
                                                             alau@whitecase.com
18

19                                            *Attorneys for Defendants Toshiba Corporation,*
                                              *Toshiba America, Inc., Toshiba America Information*
20                                            *Systems, Inc., Toshiba America Consumer Products,*
                                              *L.L.C., and Toshiba America Electronic Components,*
21                                            *Inc.*

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    DATED:  September 4, 2014          By: /s/ Hojoon *Hwang*

2

3                                       MUNGER, TOLLES & OLSON LLP
                                        Hojoon Hwang, Cal. Bar. No. 184950
                                        William D. Temko, Cal. Bar. No. 98858
4                                       Laura K. Lin, Cal. Bar. No. 281542
                                        560 Mission Street
5                                       Twenty-Seventh Floor
                                        San Francisco, California 94105-2907
6                                       Facsimile:     (415) 512-4077

7                                       *Attorneys For Defendants LG Electronics, Inc. and*
                                        *LG Electronics U.S.A., Inc.*
8

9
         Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this
10
     document has been obtained from each of the above signatories.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28