1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. McGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  E-mail:       ghalling@sheppardmullin.com
                 jmcginnis@sheppardmullin.com
7                mscarborough@sheppardmullin.com

8  LEO D. CASERIA, Cal. Bar No. 240323
   333 South Hope Street, 43rd Floor
9  Los Angeles, California 90071-1448
   Telephone:    213-620-1780
10 Facsimile:    213-620-1398
   E-mail:       lcaseria@sheppardmullin.com
11
   Attorneys for Defendants
12 SAMSUNG SDI AMERICA, INC.,
   SAMSUNG SDI CO., LTD.,
13 SAMSUNG SDI (MALAYSIA) SDN. BHD.,
   SAMSUNG SDI MEXICO S.A. DE C.V.,
14 SAMSUNG SDI BRASIL LTDA.,
   SHENZEN SAMSUNG SDI CO., LTD. and
15 TIANJIN SAMSUNG SDI CO., LTD.

16

17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20

21 | In re: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC |
   | ANTITRUST LITIGATION | |
22 | | MDL No. 1917 |
23 | | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |
24 | This Document Relates to: | |
25 | TECH DATA ACTION | |
   | Individual Case No. 13-CV-00157 SI | |
26

27

28

1  The undersigned Defendants (collectively, "Defendants") and plaintiffs Tech Data
2 Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data") have conferred
3 by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS
4 FOLLOWS:
5  WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the
6 Tech Data action.
7  WHEREAS, on August 28, 2014, Tech Data notified Defendants that due to a
8 mistake by its ESI vendor some documents that were designated as responsive were not produced
9 with Tech Data's prior production and that Tech Data would produce those documents to
10 Defendants on September 3, 2014.
11  WHEREAS, on September 3, 2014, Tech Data produced documents Bates labeled
12 TDCRT-068604 through TDCRT-107506.
13  WHEREAS, Defendants do not have sufficient time to review Tech Data's
14 September 3 production prior to September 5, 2014.
15  WHEREAS, on July 21, 2014, Defendants requested deposition dates for Tech
16 Data witness Kellmeny Jeffcoat.
17  WHEREAS, on August 15, 2014, Defendants noticed the deposition of Kellmeny
18 Jeffcoat for September 5, 2014.
19  WHEREAS, Tech Data and Defendants have conferred and agreed to schedule
20 Kellmeny Jeffcoat's deposition for a date, still to be determined, after September 5, 2014.
21  WHEREAS, Tech Data previously identified its former employees Mary Meador
22 and Susan Gilbert in response to Samsung SDI Co., Ltd.'s Interrogatory No. 1, but represented
23 that these individuals left Tech Data's employment prior to 2000 and responsive documents, if
24 any, relating to these individuals have been produced to Defendants.
25  WHEREAS, in the interest of efficiency and preventing the unnecessary
26 expenditure of resources, Tech Data and Defendants agreed that in the event Susan Gilbert or
27 Mary Meador appear on Tech Data's witness list for trial, Tech Data will make that witness
28 available for deposition at least 1 month before trial.

WHEREAS, on April 18, 2014, Tech Data agreed that it would search for and produce hard copy documents relating to individuals that Defendants intend to depose and individuals that Tech Data intends to rely on to support its claims.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. To the extent Defendants seek to take depositions, subject to the Court's Discovery Protocol (Dkt. No. 1128) and solely related to documents or materials produced by Tech Data on September 3, 2014, Tech Data will not oppose such requests on the basis that they were made after the discovery cut-off.  Tech Data, however, preserves all other responses and objections to any additional depositions that may be sought by Defendants under this paragraph. Tech Data shall work in good faith with Defendants to resolve any issues that may arise with respect to deposition scheduling based on its September 3 production.
2. Defendants may notice and take the deposition of Tech Data witness Kellmeny Jeffcoat after September 5, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128).
3. Defendants may notice and take the depositions of Mary Meador and/or Susan Gilbert after September 5, 2014 to the extent that these witnesses appear on Tech Data's pretrial witness list, subject to the Court's Discovery Protocol (Dkt. No. 1128).  To the extent that either witness appears on Tech Data's pretrial witness list, Tech Data shall make that witness available for deposition at least one month before trial.
4. Tech Data shall search for and produce hard copy documents relating to any individuals deposed after September 5, 2014.  Tech Data shall produce any such documents far enough in advance of the corresponding deposition to give Defendants sufficient time to review those documents in preparation for that deposition.

5. To the extent motions to compel may be required for items 1-4 above, Defendants may file those motions within a reasonable period after the depositions in question.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
                                                                          UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: September 5, 2014 | By: _____ /s/ Leo D. Caseria_____ |

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
E-mail:        ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
                    mscarborough@sheppardmullin.com

Leo D. Caseria, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone:   213-620-1780
Facsimile:   213-620-1398
E-mail:        lcaseria@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

By:_____ /s/ Scott N. Wagner_____
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Robert W. Turken
Scott N. Wagner
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:   (305) 374-7580
Facsimile:   (305) 374-7593
Email:         rturken@bilzin.com
                    swagner@bilzin.com

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:   (954) 356-0011
Facsimile:   (954) 356-0022
Email:         ssinger@bsfllp.com

William A. Isaacson
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone:     (202) 237-2727
Facsimile:     (202) 237-6131
Email:         wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:     (518) 434-0600
Facsimile:     (518) 434-0665
Email:         piovieno@bsfllp.com
               anardacci@bsfllp.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management*

By: */s/ Jeffrey L. Kessler*
WINSTON & STRAWN LLP
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)
Aldo A. Badini, Cal. Bar No. 257086
Eva W. Cole (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:     (212) 294-4692
Facsimile:     (212) 294-4700
Email: jkessler@winston.com
       abadini@winston.com
       pvictor@winston.com
       ewcole@winston.com
       mmdonovan@winston.com

WEIL, GOTSHAL & MANGES LLP
Steven A. Reiss (*pro hac vice*)
David L. Yohai (*pro hac vice*)
Adam C. Hemlock (*pro hac vice*)
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007
Email: steven.reiss@weil.com
       david.yohai@weil.com
       adam.hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*


By: */s/ Jon V. Swenson*
BAKER BOTTS LLP
Jon V. Swenson, Cal Bar No. 233054
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone:     (650) 739-7500
Facsimile:      (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone:     (202) 639-7700
Facsimile:      (202) 639-7890
Email: john.taladay@bakerbotts.com
           joseph.ostoyich@bakerbotts.com
           erik.koons@bakerbotts.com
           charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*


By: */s/ Richard Snyder*
FRESHFIELDS BRUCKHAUS
   DERINGER US LLP
Terry Calvani Cal. Bar. No. 53260
Christine Laciak (*pro hac vice*)
Richard Snyder (*pro hac vice*)
701 Pennsylvania Avenue NW, Suite 600
Washington, D.C. 20004
Telephone:     (202) 777-4565
Facsimile:      (202) 777-4555
Email: terry.calvani@freshfields.com
           christine.laciak@freshfields.com
           richard.snyder@freshfields.com


*Attorneys for Beijing-Matsushita Color CRT*

*Company, Ltd.*

By: */s/ Eliot A. Adelson*
KIRKLAND & ELLIS LLP
Eliot A. Adelson, Cal. Bar. No. 205284
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone:    (415) 439-1413
Facsimile:    (415) 439-1500
Email: eadelson@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*


By: */s/ Lucius B. Lau*
WHITE & CASE LLP
Christopher M. Curran (*pro hac vice*)
George L. Paul (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone:    (202) 626-3600
Facsimile:    (202) 639-9355
Email: ccurran@whitecase.com
            gpaul@whitecase.com
            alau@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*


By: */s/ Rachel S. Brass*
GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass, Cal. Bar. No. 219301
Joel S. Sanders, Cal. Bar. No. 107234
Austin V. Schwing, Cal. Bar. No. 211696
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306
Email: rbrass@gibsondunn.com
            jsanders@gibsondunn.com

aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*


By: /s/ *Hojoon Hwang*
MUNGER, TOLLES & OLSON LLP
Hojoon Hwang, Cal. Bar. No. 184950
William D. Temko, Cal. Bar. No. 98858
Laura K. Lin, Cal. Bar. No. 281542
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: hojoon.hwang@mto.com
   william.temko@mto.com
   laura.lin@mto.com

*Attorneys For Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*


By: /s/ *Kathy L. Osborn*
FAEGRE BAKER DANIELS LLP
Kathy L. Osborn (pro hac vice)
Ryan M. Hurley (pro hac vice)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kathy.osborn@FaegreBD.com
   ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (pro hac vice)
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: jeff.roberts@FaegreBD.com

Stephen M. Judge (pro hac vice)
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900
Email: steve.judge@FaegreBd.com

-8-

1   Calvin L. Litsey, Cal. Bar. No. 289659
    1950 University Avenue, Suite 450
2   East Palo Alto, CA 94303-2279
    Telephone: (650) 324-6700
3   Facsimile: (650) 324-6701
    Email: calvin.litsey@FaegreBD.com
4
5   *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

6

7

8           Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28