1  KAMALA D. HARRIS
   Attorney General of California
2  MARK BRECKLER
   Chief Assistant Attorney General
3  KATHLEEN FOOTE
   Senior Assistant Attorney General
4  EMILIO VARANINI
   Deputy Attorney General
5  State Bar No. 163952
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5908
7   Fax:  (415) 703-5480
    E-mail:  Emilio.Varanini@doj.ca.gov
8
   *Attorneys for the State of California, et al.*
9

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| | **(CIV. LOCAL RULE 79-5(d))** |
| **This Document Relates To:** **ALL ACTIONS** | |

22               **NOTICE OF MOTION AND MOTION**

23        TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:  PLEASE TAKE

24  NOTICE that, pursuant to Civil Local Rules 7.11 and 79-5(d), Plaintiff the Attorney General of

25  the State of California respectfully moves this Court for an order to file under seal portions of her

26  administrative motion for an order issuing revised letters of request to the relevant authorities in

27  the Republic of Korea requesting the taking of evidence from Woong Tae (W.T.) Kim and

28  Myung Joon (M.J.) Kim.  This administrative motion seeks to file under seal portions of the

                                    1

1    administrative motion to issue the letter of request that refer to (1) confidential information

2    received from Defendant LG  pursuant to a cooperation agreement that it has with the Attorney

3    General, (2) the revised letters of request themselves, together with their Korean translations, and

4    (3) the questions attached to those revised letters, together with their Korean translations, along

5    with the attached documents that are the subject of those questions.  This administrative motion is

6    based on this notice, the accompanying memorandum of points and authorities, and the

7    Declaration of Emilio E. Varanini.

8                    **<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>**

9           Civil Local Rule 79-5(b) provides that material entitled to confidentiality under the law

10   may be filed under seal.  Moreover, because the underlying administrative motion for an order

11   issuing revised letters of request is non-dispositive in that it involves private materials and

12   information provided either during discovery or as the result of settlement, only good cause must

13   be shown for sealing portions of that motion.  *See Pintos v. Pac Credit Ass'n,* 605 F.3d 665, 678

14   (9th Cir. 2010).  The administrative motion for an order issuing the revised letters of request, the

15   declaration in support, and the letters of request themselves all refer to the following confidential

16   materials: (1) confidential information received from Defendant LG pursuant to a settlement

17   agreement that it has with the Attorney General, including the personal address of two witnesses

18   from whom the Attorney General seeks the taking of evidence.  These materials are of the type

19   that may be filed under seal.  *See, e.g.*, *Kamakana v. City and County of Honolulu*, 447 F.3d

20   1172, 1179, 1184 (9th Cir. 2006) (identifying personal information and sealed discovery

21   documents attached to non-dispositive motions as sealable materials).

22          Civil Local Rule 79-5 provides that either portions of documents or a document as a whole

23   may be sealed if the requisite showing is made.  As to the administrative motion for an order

24   issuing the revised letters of request as well as the declaration in support of that motion, the

25   Attorney General only requests that portions of the declaration be sealed.  *Cf., e.g.*, *Yountville*

26   *Investors LLC v. Bank of America, N.A.*, 2009 WL 411089, *2 (W.D. Wash. 2009) (referring to it

27   being an "unusual step" for a court to agree that an entire memorandum may be filed under seal).

28   However, such cannot be done as a practical matter as to the revised letters of request in question

                                         2

1   and their Korean translations, all of which extensively refer to this confidential information.  *See,*

2   *e.g.*, Declaration of Emilio E. Varanini.  Moreover, the attached questions to those revised letters

3   of request, the Korean translations of those questions, and the documents attached to those

4   questions to which those questions refer. all involve information that has been designated as being

5   confidential in this case pursuant to this Court's protective order.  *See, e.g.*, Declaration of Emilio

6   E. Varanini.  These materials are of the type that may also be filed under seal.  *See, e.g.*,

7   *Kamakana*, 447 F.3d at 1179, 1184.  And, as with the revised letters of request themselves, there

8   is no practical means to file only portions of those questions and documents in lieu of sealing all

9   of these materials.

10          For the foregoing reasons, the Attorney General respectfully submits that good cause exists

11   for this Court to grant this motion to seal.

12   Dated:  September 4, 2014                      Respectfully submitted,

13                                                  KAMALA D. HARRIS
                                                    Attorney General of California
14

15

16                                                  */s/ Emilio Varanini*
                                                    EMILIO VARANINI
17                                                  Deputy Attorney General
                                                    *Attorneys for the State of California, et al.*

18   SF2011203501
     41067521.doc
19

20

21

22

23

24

25

26

27

28

Administrative Motion to File Under Seal – (Master File No. 3:07-cv-05944-SC)

# CERTIFICATE OF SERVICE

Case Name:   **State of California, et al v.**            No.   **CGC-11-515784**
             **Samsung SDI Co., Ltd., et al**

I hereby certify that on <u>September 4, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL RELATED TO ADMINISTRATIVE MOTION FOR ORDER ISSUING REVISED LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 4, 2014</u>, at San Francisco, California.

| Brenda Zuniga | /s/ Brenda Zuniga |
|:---:|:---:|
| Declarant | Signature |

41069506.doc