1  KAMALA D. HARRIS
   Attorney General of California
2  MARK BRECKLER
   Chief Assistant Attorney General
3  KATHLEEN FOOTE
   Senior Assistant Attorney General
4  EMILIO VARANINI
   Deputy Attorney General
5  State Bar No. 163952
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5908
7   Fax:  (415) 703-5480
    E-mail:  Emilio.Varanini@doj.ca.gov
8
   *Attorneys for the State of California, et al.*
9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14

15  **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**            Master File No. 3:07-cv-05944-SC

16                                                                     MDL No. 1917

17                                                                     **REDACTED LETTER OF REQUEST (LETTERS ROGATORY) (W. T., ENGLISH)**

18

19
    **This Document Relates To:**
20
    **ALL ACTIONS**
21

22

23                          **FILED UNDER SEAL**

24

25

26

27

28

1