Kamala D. Harris
Attorney General of California
Mark Breckler
Chief Assistant Attorney General
Kathleen Foote
Senior Assistant Attorney General
Emilio Varanini
Deputy Attorney General
State Bar No. 163952
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5908
  Fax:  (415) 703-5480
  E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**REDACTED LETTER OF REQUEST (LETTERS ROGATORY) (W. T., KOREAN)** |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | |

**FILED UNDER SEAL**