1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Information Systems, Inc., Toshiba America*
11 *Consumer Products, L.L.C., and Toshiba*
   *America Electronic Components, Inc.*
12

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14                 (SAN FRANCISCO DIVISION)
15

16 | IN RE: CATHODE RAY TUBE (CRT)       Case No. 07-5944 SC
17 | ANTITRUST LITIGATION                MDL No. 1917
18 |
19 | This Document Relates to:
20 | Individual Case No. CV 11-5514
21 |                                     **STIPULATION AND**
   | SEARS, ROEBUCK AND CO. and          **[PROPOSED] ORDER**
22 | KMART CORP.,                        **REGARDING DISCOVERY TO**
   |              Plaintiffs,            **OCCUR AFTER**
23 |                                     **SEPTEMBER 5, 2014**
24 |      v.
25 | CHUNGHWA PICTURE TUBES, LTD.,
26 | *et al*.,
   |              Defendants.
27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc., on behalf of themselves and the other Defendants, (collectively, "Defendants") and Plaintiffs Sears, Roebuck and Co. and Kmart Corp. (collectively, "Sears") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014, is the deadline to complete fact discovery in the Sears action;

WHEREAS, on July 14, 2014, Defendants requested deposition dates for Sears witness Sara LaPorta;

WHEREAS, on August 14, 2014, Defendants requested deposition dates for Sears witness Charles Bacon;

WHEREAS, on August 20, 2014, Sears notified Defendants that, because of an intervening personal issue for the witness, it could only offer Mr. Bacon for deposition on September 9, 2014;

WHEREAS, on August 26, 2014, Sears notified Defendants that, because of Ms. LaPorta's demanding schedule, it could only offer her deposition in late September or early October 2014;

WHEREAS, Sears and Defendants have conferred and agreed that Defendants may depose Mr. Bacon on September 9, 2014, and Ms. LaPorta on October 1, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. Defendants may notice and take the deposition of Charles Bacon on September 9, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128).

2. Defendants may notice and take the deposition of Sara LaPorta on October 1, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____
                                      Hon. Samuel Conti
                                      United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014
Case No. 07-5944 SC
MDL No. 1917

| | | |
|---|---|---|
| 1 | Dated: September 5, 2014 | By: _____ |
| 2 | | **WHITE & CASE** LLP |
| | | Christopher M. Curran (*pro hac vice*) |
| 3 | | ccurran@whitecase.com |
| 4 | | Lucius B. Lau (*pro hac vice*) |
| | | alau@whitecase.com |
| 5 | | Dana E. Foster (*pro hac vice*) |
| 6 | | defoster@whitecase.com |
| | | 701 Thirteenth Street, N.W. |
| 7 | | Washington, DC  20005 |
| 8 | | tel.: (202) 626-3600 |
| | | fax: (202) 639-9355 |

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

   /s/ Kevin J. Murray
Richard Alan Arnold, Esq. (admitted *pro hac vice*)
William J. Blechman, Esq. (admitted *pro hac vice*)
Kevin J. Murray, Esq. (admitted *pro hac vice*)
Samuel J. Randall, Esq. (admitted *pro hac vice*)
Kenny Nachwalter, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

***Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation***

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.