Squire Patton Boggs (US) LLP
Nathan Lane III (CA State Bar # 50961)
nathan.lane@squirepb.com
Mark C. Dosker (CA State Bar # 114789)
mark.dosker@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:      +1 415 954 0200
Facsimile:       +1 415 393 9887

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 3:07-5944-SC<br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014**<br><br>Courtroom: 1, 17th Floor<br>Judge:  Hon. Samuel Conti |

Defendant Technologies Displays Americas LLC ("TDA") and the Direct Action Plaintiffs and the Direct Purchaser Plaintiffs (collectively, "Plaintiffs") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 is the deadline to complete fact discovery in certain actions.

WHEREAS, on August 13, 2014 Plaintiffs requested deposition dates for TDA witness Albino Bessa.

WHEREAS, on August 19, 2014 and August 27, 2014, Plaintiffs sent follow-up correspondence requesting deposition dates for TDA witness Albino Bessa.

WHEREAS, on September 2, 2014, Plaintiffs noticed the deposition of TDA witness Albino Bessa for September 5, 2014.

WHEREAS, scheduling conflicts make it impossible to conduct Mr. Bessa's deposition on or before September 5, 2014.

WHEREAS, TDA and Plaintiffs have conferred and agreed to schedule Albino Bessa's deposition on a date subsequent to September 5, 2014, in a location to be determined.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. Plaintiff may notice and take the deposition of TDA witness Albino Bessa on a date to be agreed upon after September 5, 2014, in a location to be determined, as the parties have stipulated.

Dated:  September 5, 2014

*/s/ Nathan Lane III*
Mark C. Dosker (State Bar # 114789)
Nathan Lane, III (State Bar # 50961)
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1 415 954 0200
Facsimilie: +1 415 393 9887
Email: mark.dosker@squirepb.com
nathan.lane@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC*

| | |
|---|---|
| | */s/ Craig A. Benson* |
| | Kenneth A. Gallo (*pro hac vice*) |
| | Joseph J. Simons (*pro hac vice*) |
| | Craig A. Benson (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 2001 K Street, NW |
| | Washington, DC 20006 |
| | Telephone: (202) 223-7300 |
| | Facsimile: (202) 223-7420 |
| | kgallo@paulweiss.com |
| | jsimons@paulweiss.com |
| | cbenson@paulweiss.com |

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

*/s/ Anne M. Nardacci*
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

*Liaison Counsel for the Direct Action Plaintiffs*

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2014      _____
                                                            Honorable Samuel Conti
                                                            United States District Judge

2

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014
Master File No. 3:07-5944-SC; MDL No. 1917/Individual Case No. 13-cv-1173 (SC)

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111