(*Stipulating Parties Listed on Signature Pages*)

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

12  **In re: CATHODE RAY TUBE (CRT)**          MDL No. 1917
    **ANTITRUST LITIGATION**
13                                             Case No. CGC-11-515784
    This Document Relates to:
14                                             
    BEST BUY ACTIONS                           **STIPULATION AND [PROPOSED]**
15  11-cv-05513-SC                             **ORDER REGARDING DISCOVERY TO**
                                               **OCCUR AFTER SEPTEMBER 5, 2014**
16  13-cv-05264-SC

17

18

19

20

21

22

23

24

25

26

27

28

1    This Stipulation and Proposed Order Regarding Discovery to Occur After September 5, 2014

2  between defendants Panasonic Corporation, Panasonic Corporation of North America, and MT

3  Picture Display Co., Ltd. (together, the "Panasonic Defendants"), on behalf of themselves and the

4  undersigned defendants, on the one hand, and plaintiffs Best Buy Co., Inc., Best Buy Purchasing

5  LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia

6  Hi-Fi, LLC (collectively, "Best Buy"), on the other hand, is made with respect to the following facts

7  and recitals:

8    WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of

9  fact discovery for September 5, 2014.  *See* Dkt. No. 2459.

10    WHEREAS, on July 28, 2014, the Court issued an Order Denying Best Buy's Objections to

11  the Special Master's Order Granting in Part and Denying in Part Motion for Protective Order ("July

12  28 Order") in connection with the Panasonic Defendants' April 18, 2014 Notice of Rule 30(b)(6)

13  Deposition of Best Buy on the issue of competitive intelligence.  *See* Dkt. No. 2714.

14    WHEREAS, following the Court's July 28 Order, the Panasonic Defendants immediately

15  sought to schedule the Rule 30(b)(6) deposition of Best Buy on the issue of competitive intelligence.

16    WHEREAS, on August 1, 2014, defendant Panasonic Corporation of North America served

17  its Second Set of Requests for Production on Best Buy requesting the production of documents

18  produced by Best Buy in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Master File No. 3:07-md-

19  01827-SI (N.D. Cal) and MDL No. 1827, including all related or consolidated actions or, in the

20  alternative, requesting permission from Best Buy to review and identify for potential production,

21  pursuant to procedures provided for in the Court's Stipulation and Order of June 29, 2011 (Dkt. No.

22  952), documents already in the possession of certain defendants that were produced by Best Buy in

23  *In re TFT-LCD (Flat Panel) Antitrust Litigation* or related actions to the extent those documents

24  relate to competitive intelligence.

25    WHEREAS, on August 14, 2014, the Panasonic Defendants served a Rule 30(b)(6) Notice of

26  Deposition regarding competitive intelligence on Best Buy for September 4, 2014.

27    WHEREAS, on August 14, 2014, the Panasonic Defendants served a Notice of Deposition of

28  former Best Buy employee, Mike Ray.

STIPULATION AND [PROPOSED] ORDER REGARDING                                    MDL No. 1917
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

1    WHEREAS, on August 18, 2014, Best Buy advised that its Rule 30(b)(6) witness, Brian

2  Stone, is not available before the close of fact discovery, but is available for deposition on

3  September 16, 2014.

4    WHEREAS, on August 18, 2014, the Panasonic Defendants agreed to the September 16,

5  2014 date and shortly thereafter served an Amended Notice of Rule 30(b)(6) Deposition of Best

6  Buy.

7    WHEREAS, on August 18, 2014, Best Buy agreed to permit defendants to review and

8  identify for potential production, pursuant to procedures provided for in the Court's Stipulation and

9  Order of June 29, 2011 (Dkt. No. 952), documents already in the possession of certain defendants

10  that was produced by Best Buy in *In re TFT-LCD (Flat Panel) Antitrust Litigation* or related actions

11  to the extent those documents relate to competitive intelligence.

12    WHEREAS, on September 3, 2014, Best Buy advised that Mr. Ray is available for

13  deposition on October 2, 2014.

14    WHEREAS, on September 3, 2014, the Panasonic Defendants provided Best Buy with a list

15  of over 1000 documents produced by Best Buy in *In re TFT-LCD (Flat Panel) Antitrust Litigation*

16  or related actions and which the Panasonic Defendants seek to have deemed produced in the above-

17  captioned action.

18    WHEREAS, on September 4, 2014, the Panasonic Defendants served an Amended Notice of

19  Deposition of Mike Ray.

20    WHEREAS, on September 4, 2014, the Panasonic Defendants agreed to provide Best Buy

21  with a revised list of documents produced by Best Buy in *In re TFT-LCD (Flat Panel) Antitrust*

22  *Litigation* or related actions, which the Panasonic Defendants contend related to competitive

23  intelligence and which the Panasonic Defendants seek to have deemed produced in the above-

24  captioned action.  The Panasonic Defendants will provide the revised list no later than September

25  12, 2014.   Best Buy has agreed to review the Panasonic Defendants' revised list pursuant to

26  procedures provided for in the Court's Stipulation and Order of June 29, 2011 (Dkt. No. 952).

27    WHEREAS, the Panasonic Defendants and Best Buy have conferred by and through their

28  counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1.      The Panasonic Defendants will take the remainder of Best Buy's Rule 30(b)(6) deposition on September 16, 2014 on the following topic: "[Best Buy's] practices, policies and procedures concerning [Best Buy's] market monitoring activity for CRT Finished Products including, but not limited to the following:  (a) [Best Buy's] competitive intelligence activities; (b) [Best Buy's] use of third-party data sources and market share/data analyses; and (c) [Best Buy's]  knowledge, use, and tracking of [Best Buy's] competitors pricing for CRT Finished Products during the Relevant Time Period," and consistent with the July 28 Order.

2.      The Panasonic Defendants will take the deposition of Mike Ray on October 2, 2014.

3.      In the event Mr. Ray's deposition does not proceed because Mr. Ray becomes unavailable, the Panasonic Defendants may notice or subpoena and take the deposition of a different Best Buy percipient witness after September 5, 2014 but no later than October 15, 2014.

4.      In addition to the depositions as set forth in the paragraphs above, the Panasonic Defendants may notice or subpoena and take the deposition of an additional witness after September 5, 2014 but no later than October 15, 2014, in connection with Best Buy's competitive intelligence activities, consistent with the July 28 Order and the Court's Order re Discovery and Case Management Protocol (Dkt. No. 1128).

5.      The Panasonic Defendants will identify a witness for the deposition set forth in paragraph (4) above and several alternatives by September 12, 2014.  If the Panasonic Defendants' identified witness is unavailable or unable to be located, the Panasonic Defendants and Best Buy agree to meet and confer in good faith to select a different, available witness from the alternative witnesses identified by the Panasonic Defendants.

6.      Best Buy hereby waives any argument that testimony provided at its forthcoming Rule 30(b)(6) deposition and any additional Best Buy percipient witness depositions, as set forth above, is inadmissible because the deposition(s) occurred after September 5, 2014.

4

7.     Best Buy expressly reserves and does not waive all other objections, including deposition objections and evidentiary objections regarding the admissibility of any testimony provided at its forthcoming Rule 30(b)(6) deposition and any additional Best Buy percipient witness depositions.

8.     The Panasonic Defendants expressly reserve the right to request the production of additional documents related to competitive intelligence identified at any Best Buy depositions that take place after the September 5, 2014 discovery deadline, within forty-eight hours after the conclusion of any such deposition.  Best Buy hereby waives any objections to the production and admissibility of such documents on the basis that the discovery deadline has passed.  However, Best Buy does not waive other objections.

9.     Best Buy hereby waives any argument that any documents produced in *In re TFT-LCD (Flat Panel) Antitrust Litigation* or related actions that are identified by the Panasonic Defendants by September 12, 2014 are inadmissible because they were deemed produced after September 5, 2014.

10.    Best Buy expressly reserves any other objections regarding the admissibility of any documents produced in *In re TFT-LCD (Flat Panel) Antitrust Litigation* or related actions and deemed produced in the above-captioned action after September 5, 2014.

11.    To the extent motions to compel may be required in connection with the depositions set forth in paragraphs (1), (2), (3) and (4) above, or with respect to any competitive intelligence documents identified in paragraph (7) or any competitive intelligence documents produced in *In re TFT-LCD (Flat Panel) Antitrust Litigation* or related actions that the Panasonic Defendants seek to have deemed produced in the above-captioned action, the Panasonic Defendants may file those motions within five calendar days after the depositions in question or, with respect to documents, within five calendar days after any decision by Best Buy regarding the production of the requested documents.

5

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____                  _____
                                         Hon. Samuel Conti
                                         United States District Court Judge



Date: September 5, 2014                  WINSTON & STRAWN LLP


                                         By: /s/ *Eva W. Cole*_____
                                             JEFFREY L. KESSLER (*pro hac vice*)
                                             Email: jkessler@winston.com
                                             EVA W. COLE (*pro hac vice*)
                                             Email: ewcole@winston.com
                                             MOLLY M. DONOVAN (*pro hac vice*)
                                             Email: mmdonovan@winston.com
                                             ALDO A. BADINI (257086)
                                             Email: abadini@winston.com
                                             WINSTON & STRAWN LLP
                                             200 Park Avenue
                                             New York, New York 10166-4193
                                             Telephone: (212) 294-6700
                                             Facsimile: (212) 294-4700

                                             STEVEN A. REISS (*pro hac vice*)
                                             Email: steven.reiss@weil.com
                                             DAVID L. YOHAI (*pro hac vice*)
                                             Email: david.yohai@weil.com
                                             ADAM C. HEMLOCK (*pro hac vice*)
                                             Email: adam.hemlock@weil.com
                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153-0119
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007

                                             *Attorneys for Defendants Panasonic Corporation*
                                             *(f/k/a Matsushita Electric Industrial Co., Ltd.),*
                                             *Panasonic Corporation of North America, MT*
                                             *Picture Display Co., Ltd.*

                                         ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


                                         By: /s/ *Laura E. Nelson*_____
                                             Elliot S. Kaplan
                                             K. Craig Wildfang

6

Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
dmartinez@rkmc.com
jscasselman@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, and on behalf of the Direct Action Plaintiffs*

WHITE & CASE LLP

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

7

STIPULATION AND [PROPOSED] ORDER REGARDING                                    MDL No. 1917
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER BOTTS LLP

By: /s/ *Jon V. Swenson*
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V.*
*and Philips Electronics North America*
*Corporation*

MUNGER, TOLLES & OLSON LLP

By: /s/ *Hojoon Hwang*
HOJOON HWANG (SBN 184950)
Email: Hojoon.Hwang@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
Email: William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Email: Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Email: Bethany.Kristovich@mto.com
MUNGER, TOLLES & OLSON LLP

8

STIPULATION AND [PROPOSED] ORDER REGARDING                                    MDL No. 1917
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG,
LG Electronics USA, Inc.; and LG Electronics
Taiwan Taipei Co., Ltd.*

KIRKLAND & ELLIS LLP

By: /s/ *Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display East, Inc.),
Hitachi Asia, Ltd., Hitachi America, Ltd., and
Hitachi Electronic Devices (USA), Inc.*

FRESHFIELDS BRUCKHAUS DERINGER

By: /s/ *Richard Snyder*
Terry Calvani Cal. Bar. No. 53260
Christine Laciak (*pro hac vice*)
Richard Snyder (*pro hac vice*)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
701 Pennsylvania Avenue NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555
Email: terry.calvani@freshfields.com
christine.laciak@freshfields.com
richard.snyder@freshfields.com

*Attorneys for Beijing-Matsushita Color CRT
Company, Ltd.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Rachel S. Brass*
Rachel S. Brass Cal. Bar. No. 219301

9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joel S. Sanders Cal. Bar. No. 107234
Austin V. Schwing Cal. Bar. No. 211696
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:(415) 393-8200
Facsimile: (415) 393-8306
Email: rbrass@gibsondunn.com
jsanders@gibsondunn.com
aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes,
Ltd. and Chunghwa Picture Tubes (Malaysia)*

FAEGRE BAKER DANIELS LLP

By: /s/ *Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900
Email: steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and
Thomson Consumer Electronics, Inc.*

JENNER & BLOCK LLP

10

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

By: /s/ *Michael T. Brody*
JENNER&BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US, Inc. and,
Mitsubishi Electric Visual Solutions America, Inc.*

14

15

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

16

17

18

19

20

21

22

23

24

25

26

27

28

11