SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INTERBOND DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |
| This Document Relates to:<br><br>INTERBOND ACTION<br><br>Individual Case No. 3:11-cv-06275-SC | |

The undersigned Defendants (collectively, "Defendants") and Plaintiff Interbond Corporation of America ("Interbond") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the Interbond action; and

WHEREAS, in the interest of conducting discovery in an efficient and streamlined manner and avoiding the taking of unnecessary depositions, the parties have agreed not to proceed at this time with depositions of Interbond employees who are uncertain or unlikely to be called by Interbond as a witness at trial; and

WHEREAS, Interbond reserves its rights to call such employees or any other individuals as trial witnesses; and

WHEREAS, Interbond and Defendants have conferred and agreed that, to the extent Interbond identifies any individuals on its pretrial witness list whom have not been deposed in this litigation, Defendants may depose those individuals before trial; and

WHEREAS, Interbond and Defendants agree to negotiate and cooperate in good faith with respect to the scheduling and conduct of any depositions that may occur after September 5, 2014 pursuant to this stipulation, consistent with the Court's Discovery Protocol (Dkt. No. 1128); and

WHEREAS, Defendants and Interbond have conferred and agree that Interbond may make a production of documents after the September 5, 2014 close of fact discovery, but no later than September 12, 2014; and

WHEREAS, Defendants will therefore be unable to review and evaluate those documents before the close of fact discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for the undersigned parties as follows:

1. To the extent Interbond identifies on its pretrial witness list any current or former employee, or any other person within its power to produce as a witness, who has not previously been deposed in this case, Defendants may notice and take the deposition of any such

1  individual before trial.  However, Defendants may not seek to depose Interbond employee Lary
2  Sinewitz in his individual capacity, who has previously appeared at deposition in this litigation
3  pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.
4              2.     Interbond will complete its outstanding document production no later than
5  September 12, 2014.  To the extent Defendants wish to file a motion to compel with respect to that
6  production, they will do so no later than September 19, 2014.
7              The undersigned parties respectfully request that this stipulation be entered as an
8  Order of the Court.

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13  Dated: 09/05/2014

   Hon.
   United

   Judge Samuel Conti

| | |
|---|---|
| Dated: September 3, 2014 | By:  /s/ Dylan I. Ballard  |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | Gary L. Halling, Cal. Bar No. 66087 |
| | James L. McGinnis, Cal. Bar No. 95788 |
| | Michael W. Scarborough, Cal. Bar No. 203524 |
| | Dylan I. Ballard, Cal. Bar No. 253929 |
| | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA  94111-4109 |
| | Telephone:    (415) 434-9100 |
| | Facsimile:     (415) 434-3947 |
| | E-mail:          ghalling@sheppardmullin.com |
| | jmcginnis@sheppardmullin.com |
| | mscarborough@sheppardmullin.com |
| | dballard@sheppardmullin.com |

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

By:  /s/ Philip J. Iovieno  
BOIES, SCHILLER & FLEXNER LLP  
Philip J. Iovieno (*pro hac vice*)  
Anne M. Nardacci (*pro hac vice*)  
30 South Pearl Street, 11th Floor  
Albany, NY 12207  
Telephone:    (518) 434-0600  
Facsimile:     (518) 434-0665  
Email:           piovieno@bsfllp.com  
                     anardacci@bsfllp.com  

*Attorneys for Plaintiff Interbond Corporation of America*

By: /s/ Jeffrey L. Kessler  
WINSTON & STRAWN LLP  
Jeffrey L. Kessler (*pro hac vice*)  
A. Paul Victor (*pro hac vice*)  
Aldo A. Badini Cal. Bar No. 257086  
Eva W. Cole (*pro hac vice*)  
Molly M. Donovan (*pro hac vice*)  
200 Park Avenue  
New York, NY 10166  
Telephone:    (212) 294-4692  
Facsimile:     (212) 294-4700

Email: jkessler@winston.com
abadini@winston.com
pvictor@winston.com
ewcole@winston.com
mmdonovan@winston.com

WEIL, GOTSHAL & MANGES LLP
Steven A. Reiss (*pro hac vice*)
David L. Yohai (*pro hac vice*)
Adam C. Hemlock (*pro hac vice*)
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007
Email: steven.reiss@weil.com
david.yohai@weil.com
adam.hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*


By: */s/ Jon V. Swenson*
BAKER BOTTS LLP
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone:     (650) 739-7500
Facsimile:     (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone:     (202) 639-7700
Facsimile:     (202) 639-7890
Email: john.taladay@bakerbotts.com
joseph.ostoyich@bakerbotts.com
erik.koons@bakerbotts.com
charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

By: */s/ Richard Snyder*
FRESHFIELDS BRUCKHAUS
   DERINGER US LLP
Terry Calvani Cal. Bar. No. 53260
Christine Laciak(*pro hac vice*)
Richard Snyder (*pro hac vice*)
701 Pennsylvania Avenue NW, Suite 600
Washington, D.C. 20004
Telephone:    (202) 777-4565
Facsimile:    (202) 777-4555
Email: terry.calvani@freshfields.com
      christine.laciak@freshfields.com
      richard.snyder@freshfields.com

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

By: */s/ Eliot A. Adelson*
KIRKLAND & ELLIS LLP
Eliot A. Adelson Cal. Bar. No. 205284
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone:    (415) 439-1413
Facsimile:    (415) 439-1500
Email: eadelson@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

By: */s/ Lucius B. Lau*
WHITE & CASE LLP
Christopher M. Curran (*pro hac vice*)
George L. Paul (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone:    (202) 626-3600
Facsimile:    (202) 639-9355
Email: ccurran@whitecase.com
      gpaul@whitecase.com
      alau@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

By: */s/ Rachel S. Brass*
GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass Cal. Bar. No. 219301
Joel S. Sanders Cal. Bar. No. 107234
Austin V. Schwing Cal. Bar. No. 211696
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:     (415) 393-8200
Facsimile:     (415) 393-8306
Email:  rbrass@gibsondunn.com
            jsanders@gibsondunn.com
            aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

By: /s/ *Hojoon Hwang*
MUNGER, TOLLES & OLSON LLP
Hojoon Hwang, Cal. Bar. No. 184950
William D. Temko, Cal. Bar. No. 98858
Laura K. Lin, Cal. Bar. No. 281542
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys For Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

By: /s/ Kathy L. Osborn
FAEGRE BAKER DANIELS LLP
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*


By: */s/ Michael T. Brody*
JENNER&BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER&BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.