1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   Bernice Conn, Bar No. 161594
3  BConn@rkmc.com
   David Martinez, Bar No. 193183
4  DMartinez@rkmc.com
   2049 Century Park East, Suite 3400
5  Los Angeles, CA 90067-3208
   Telephone:    310-552-0130
6  Facsimile:    310-229-5800

7  Attorneys for Plaintiffs

8  BEST BUY CO., INC.; BEST BUY PURCHASING
   LLC; BEST BUY ENTERPRISE SERVICES, INC.;
9  BEST BUY STORES, L.P.; BESTBUY.COM, LLC;
   MAGNOLIA HI-FI, LLC.

10

11 Additional Counsel Listed Below

12
13                        UNITED STATES DISTRICT COURT
14                       NORTHERN DISTRICT OF CALIFORNIA
15                             SAN FRANCISCO DIVISION
16

17 IN RE:   CATHODE RAY TUBE (CRT)       Case No. 3:07-cv-05944-SC
   ANTITRUST LITIGATION,                 MDL No. 1917
18
                                         **STIPULATION AND [PROPOSED]
19                                       ORDER REGARDING DISCOVERY
                                         TO OCCUR AFTER SEPTEMBER 5,
20                                       2014**

21 This Documents Relates To:

22 ALL ACTIONS

23
24
25
26
27
28

1  Defendants Koninklijke Philips N.V. and Philips Electronics North America
2  Corporation (collectively, "Philips") and Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC,
3  Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-
4  Fi, LLC, on behalf of the Direct Action Plaintiffs (collectively, "Plaintiffs"), have conferred by
5  and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS
6  FOLLOWS:
7  WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the
8  Best Buy and other Direct Action Plaintiff actions.
9  WHEREAS, on August 7, 2014, Plaintiffs requested the deposition of Philips
10 employee Jan de Lombaerde.
11 WHEREAS, on September 3, 2014, Philips proposed October 9, 2014 as the date
12 for Mr. Lombaerde's deposition due to scheduling conflicts precluding his deposition from
13 occurring prior to September 5, 2014.
14 WHEREAS, Philips and Direct Action Plaintiffs have conferred and agreed to
15 schedule Ms. Lombaerde's deposition for October 9, 2014.
16 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between
17 counsel as follows:  Direct Action Plaintiffs may notice and take the deposition of Jan de
18 Lombaerde on October 9, 2014, or any date thereafter before October 30, 2014 should any
19 unforeseen circumstances preclude a deposition on October 9, 2014.
20
21 PURSUANT TO STIPULATION, IT IS SO ORDERED.
22
23
24 Dated:_____       _____
25                                                        Hon. Samuel Conti
                                                                United States District Judge
26
27
28

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF
DEPOSITION OF JAN DE LOMBAERDE

| | |
|---|---|
| Dated: September 5, 2014 | By: /s/ Charles Malaise |
| | Charles Malaise |
| | charles.malaise@bakerbotts.com |
| | BAKER BOTTS LLP |
| | 1299 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004-2400 |
| | Telephone: (202) 639-1117 |
| | Facsimile: (202) 585-1037 |
| | |
| | *Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation* |
| | |
| | By: /s/ David Martinez |
| | Roman M. Silberfeld |
| | David Martinez |
| | Jill S. Casselman |
| | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | 2049 Century Park East, Suite 3400 |
| | Los Angeles, CA 90067-3208 |
| | Telephone: (310) 552-0130 |
| | Facsimile: (310) 229-5800 |
| | Email: rmsilberfeld@rkmc.com |
| | dmartinez@rkmc.com |
| | jscasselman@rkmc.com |
| | |
| | Elliot S. Kaplan |
| | K. Craig Wildfang |
| | Laura E. Nelson |
| | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | 800 LaSalle Avenue |
| | 2800 LaSalle Plaza |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 349-8500 |
| | Facsimile: (612) 339-4181 |
| | Email: eskaplan@rkmc.com |
| | kcwildfang@rkmc.com |
| | lenelson@rkmc.com |
| | |
| | *Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, and on behalf of the Direct Action Plaintiffs* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.