ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
Bernice Conn, Bar No. 161594
BConn@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC; MAGNOLIA HI-FI, LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti<br><br>**[PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE AS AGAINST THE PHILIPS DEFENDANTS REGARDING CERTAIN OWNERSHIP AND CONTROL ISSUES** |

1   Pursuant to stipulation of the parties, and good cause appearing, the deadline to complete
2   fact discovery be extended up to and including October 5, 2014 with respect to the Philips
3   Defendants regarding certain ownership and control issues.
4   IT IS SO ORDERED.

6   DATED: __09/05/2014_____



Master Case No. 3:07-cv-05944-SC   - 1 -   PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES