Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., HITACHI
DISPLAYS, LTD. (n/k/a JAPAN DISPLAY
INC.), and HITACHI ELECTRONIC DEVICES
(USA), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC |
| | MDL NO.: 1917 |
| This Document Relates To: | INDIVIDUAL CASE: 3:11-cv-01656-SC |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.* | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |

Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants") and the undersigned Defendants (collectively, "Defendants") and plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the Electrograph action;

WHEREAS, on July 23, 2014, Defendants informed Electrograph of their intent to subpoena for deposition five former employees of Electrograph—Alex Ivani, Rabih Chikhani, Lou Azzam, Kathy Koziol, and Sam Taylor—and requested deposition dates for those witnesses;

WHEREAS, Electrograph informed Defendants that its counsel had limited availability to attend the depositions of former Electrograph employee witnesses during the month of August and therefore requested that Defendants schedule those depositions for September;

WHEREAS, Electrograph and Defendants have conferred and agreed that Defendants may depose former Electrograph employees after September 5, 2014;

WHEREAS, Electrograph and Defendants have conferred and agreed to schedule the deposition of Kathy Koziol for September 16, 2014, the deposition of Sam Taylor for September 18, 2014, the deposition of Alex Ivani for October 16, 2014, and the depositions of Robbie Chikhani and Lou Azzam for dates, still to be determined, after September 5, 2014 but no later than October 31, 2014;

WHEREAS, Electrograph and Defendants agree to negotiate and cooperate in good faith with respect to the scheduling of any depositions that may occur after September 5, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128);

///
///
///
///
///

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as
2 follows:
3  1. Defendants may subpoena, notice, and take additional depositions of former
4 Electrograph employees Alex Ivani, Rabih Chikhani, Lou Azzam, Kathy Koziol, and Sam Taylor
5 after September 5, 2014 but no later than October 31, 2014, subject to the Court's Discovery
6 Protocol (Dkt. No. 1128); and
7  2. To the extent motions to compel may be required for item 1 above, Defendants may
8 file those motions within ten days after the depositions in question.

10  PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

15 DATED: 09/05/2014



| | | |
|---|---|---|
| 1 | DATED:  September 4, 2014 | By: */s/ Eliot A. Adelson* |
| 2 | | Eliot A. Adelson (SBN 205284) |
| | | James Maxwell Cooper (SBN 284054) |
| 3 | | KIRKLAND & ELLIS LLP |
| | | 555 California Street, 27th Floor |
| 4 | | San Francisco, CA 94104 |
| | | Telephone:   (415) 439-1400 |
| 5 | | Facsimile:    (415) 439-1500 |
| | | Email:         eadelson@kirkland.com |
| 6 | | max.cooper@kirkland.com |

*Attorneys for Defendant
Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc.*

DATED:  September 4, 2014          By: */s/ Philip J. Iovieno*

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone:   (202) 237-2727
Facsimile:    (202) 237-6131
Email:         wisaacson@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
Philip J. Iovieno
Anne M. Nardacci
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:   (518) 434-0600
Facsimile:    (518) 434-0665
Email:         piovieno@bsfllp.com
                   anardacci@bsfllp.com

*Attorneys for Plaintiffs
Electrograph Systems, Inc. and Electrograph Technologies Corp.*

///
///
///
///
///
///

1  DATED: September 4, 2014    By: /s/ Dylan I. Ballard

2  SHEPPARD MULLIN RICHTER & HAMPTON LLP
3  Gary L. Halling, Cal. Bar No. 66087
   James L. McGinnis, Cal. Bar No. 95788
4  Michael W. Scarborough, Cal. Bar No. 203524
   Dylan I. Ballard, Cal. Bar No. 253929
5  Four Embarcadero Center, 17th Floor
   San Francisco, CA  94111-4109
6  Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947
7  E-mail:        ghalling@sheppardmullin.com
                  jmcginnis@sheppardmullin.com
8                 mscarborough@sheppardmullin.com
                  dballard@sheppardmullin.com
9
   *Attorneys for Defendants*
10 *Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;*
   *Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI*
11 *Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.;*
   *Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung*
12 *SDI Co., Ltd.*

13

14
   DATED: September 4, 2014    By: /s/ Jeffrey L. Kessler
15
   WINSTON & STRAWN LLP
16 Jeffrey L. Kessler (*pro hac vice*)
   A. Paul Victor (*pro hac vice*)
17 Aldo A. Badini Cal. Bar No. 257086
   Eva W. Cole (*pro hac vice*)
18 Molly M. Donovan (*pro hac vice*)
   200 Park Avenue
19 New York, NY 10166
   Telephone:     (212) 294-4692
20 Facsimile:     (212) 294-4700
   Email:         jkessler@winston.com
21                abadini@winston.com
                  pvictor@winston.com
22                ewcole@winston.com
                  mmdonovan@winston.com
23
   [continued on next page]
24

25  ///

26  ///

27  ///

28  ///

|   |   |   |
|---|---|---|
| 1 |  | WEIL, GOTSHAL & MANGES LLP |
|   |  | Steven A. Reiss (*pro hac vice*) |
| 2 |  | David L. Yohai (*pro hac vice*) |
|   |  | Adam C. Hemlock (*pro hac vice*) |
| 3 |  | 767 Fifth Avenue |
|   |  | New York, NY 10153-0119 |
| 4 |  | Telephone:   (212) 310-8000 |
|   |  | Facsimile:    (212) 310-8007 |
| 5 |  | Email:          steven.reiss@weil.com |
|   |  |                     david.yohai@weil.com |
| 6 |  |                     adam.hemlock@weil.com |

7  *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

11  DATED: September 4, 2014        By: */s/ Jon V. Swenson*

12  BAKER BOTTS LLP
Jon V. Swenson (SBN 233054)
13  1001 Page Mill Road
Building One, Suite 200
14  Palo Alto, CA 94304
Telephone:   (650) 739-7500
15  Facsimile:    (650) 739-7699
Email:          jon.swenson@bakerbotts.com
16

17  John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
18  Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
19  1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
20  Telephone:   (202) 639-7700
Facsimile:    (202) 639-7890
21  Email:          john.taladay@bakerbotts.com
                    joseph.ostoyich@bakerbotts.com
22                  erik.koons@bakerbotts.com
                    charles.malaise@bakerbotts.com
23

24  *Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

26  ///
27  ///
28  ///

| | | |
|---|---|---|
| 1 | DATED: September 4, 2014 | By: */s/ Richard Snyder* |

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
Terry Calvani Cal. Bar. No. 53260
Christine Laciak(*pro hac vice*)
Richard Snyder (*pro hac vice*)
701 Pennsylvania Avenue NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555
Email: terry.calvani@freshfields.com
christine.laciak@freshfields.com
richard.snyder@freshfields.com

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

DATED: September 4, 2014           By: */s/ Lucius B. Lau*

WHITE & CASE LLP
Christopher M. Curran (*pro hac vice*)
George L. Paul (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: ccurran@whitecase.com
gpaul@whitecase.com
alau@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

///
///
///
///
///
///
///

1  DATED: September 4, 2014               By: /s/ Hojoon *Hwang*

3                                          MUNGER, TOLLES & OLSON LLP
                                           Hojoon Hwang, Cal. Bar. No. 184950
                                           William D. Temko, Cal. Bar. No. 98858
4                                          Laura K. Lin, Cal. Bar. No. 281542
                                           560 Mission Street
5                                          Twenty-Seventh Floor
                                           San Francisco, California 94105-2907
6                                          Facsimile:     (415) 512-4077

7                                          *Attorneys For Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

10      Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.