1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com
         srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |
| This Document Relates to:<br><br>ALL DIRECT ACTION CASES | |

1
2
3
4
5

Defendants Hitachi Ltd., Hitachi America, Ltd., Hitachi Electronics Devices (USA) Inc., Hitachi Asia Ltd., and Hitachi Displays, Ltd., (collectively, "Hitachi") and the Direct Action Plaintiffs[1] (the "DAPs") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

6

WHEREAS, September 5, 2014, is the deadline to complete fact discovery.

7
8
9
10

WHEREAS, on July 24, 2014, the DAPs served a draft of a Rule 30(b)(6) deposition notice on counsel for Hitachi with topics relating to the ownership and control of certain entities.

11
12

WHEREAS, the parties are in the process of meeting and conferring regarding the propriety of the draft notice, and continue to meet and confer in good faith.

13
14
15
16

WHEREAS, the parties jointly request that the Court enter an order permitting the DAPs to take the deposition after the September 5, 2014 deadline (to the extent that the deposition goes forward).

17
18

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

19
20

(1) if the Rule 30(b)(6) deposition of Hitachi occurs, it must occur on or prior to October 17, 2014; and

21
22

(2) this stipulation is without prejudice to Hitachi's right to object to or otherwise oppose the Rule 30(b)(6) deposition.

23
24
25
26
27
28

---

[1] The Direction Action Plaintiffs are Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; Target Corp., Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., Tech Data Corporation, Tech Data Product Management, Inc., and Dell Inc., and Dell Products L.P.

1

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

6

7

8

9

10   Dated:   09/05/2014



Judge Samuel Conti

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: September 5, 2014

2   By: /s/Eliot Adelson
    Eliot Adelson, Esq.

3   *Counsel to Defendants Hitachi Ltd., Hitachi*
4   *America, Ltd., Hitachi Electronics Devices*
5   *(USA) Inc., Hitachi Asia Ltd., and Hitachi*
    *Displays, Ltd.*

6   __/s/ Samuel J. Randall_____
7   Richard Alan Arnold, Esq. (admitted *pro hac vice*)
    William J. Blechman, Esq. (admitted *pro hac vice*)
8   Kevin J. Murray, Esq. (admitted *pro hac vice*)
9   Samuel J. Randall, Esq. (admitted *pro hac vice*)
    Kenny Nachwalter, P.A.
10  201 S. Biscayne Boulevard, Suite 1100
11  Miami, Florida 33131
    Tel: (305) 373-1000
12  Fax: (305) 372-1861
13  E-mail: rarnold@knpa.com
    wblechman@knpa.com
14  kmurray@knpa.com
15  srandall@knpa.com

16  *Counsel for Plaintiffs Sears, Roebuck and Co.*
17  *and Kmart Corporation*

18

19      Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

20  document has been obtained from each of the above signatories.

21

22

23

24

25

26

27

28