KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO VARANINI
Deputy Attorney General
State Bar No. 163952
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5908
 Fax:  (415) 703-5480
 E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Documents Relates To: ALL ACTIONS | **DECLARATION OF SERVICE** |

## DECLARATION OF SERVICE BY E-MAIL

Case Name:  In Re:  Cathode Ray Tube (CR)T Antitrust Litigation
No.:        3:07-cv-05944

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On September 5, 2014, I served the attached

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL RELATED TO ADMINISTRATIVE MOTION FOR ORDER ISSUING REVISED LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA**

**ADMINISTRATIVE MOTION FOR ORDER ISSUING REVISED LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA**

**DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF THE ADMINISTRATIVE MOTION FOR ORDER ISSUING REVISED LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA**

**REDACTED DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF THE ADMINISTRATIVE MOTION FOR ORDER ISSUING REVISED LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER ISSUING REVISED LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA**

by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

SEE ATTACHED EMAIL SERVICE LIST

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 5, 2014, at San Francisco, California.

_____  
Staci Caston  
Declarant

_____  
Signature

SF2011203501

Case Name:  **In Re:  Cathode Ray Tube (CR)T Antitrust Litigation**
No.:  **3:07-cv-05944**

## EMAIL SERVICE LIST

eadelson@kirkland.com;
max.cooper@kirkland.com;
jmutchnik@kirkland.com;
kate.wheaton@kirkland.com;
jkessler@winston.com;
david.yohai@weil.com;
john.taladay@bakerbotts.com;
erik.koons@bakerbotts.com;
charles.malaise@bakerbotts.com;
Kate.mcmillan@freshfields.com;
Christine.laciak@freshfields.com;
Richard.snyder@freshfields.com;
isimmons@omm.com;
bbradshaw@omm.com;
mlazerwitz@cgsh.com;
Malioto@tatp.com;
LaurenRussell@tatp.com;
wblechman@knpa.com;
NHesterberg@perkinscoie.com;
DBurman@perkinscoie.com;
jmcginnis@sheppardmullin.com;
MScarborough@sheppardmullin.com;
tcunningham@sheppardmullin.com;
hojoon.hwang@mto.com;
William.temko@mto.com;
jonathan.altman@mto.com;
jsanders@gibsondunn.com;
rbrass@gibsondunn.com;
alau@whitecase.com
Defoster@whitecase.com;
JTschirgi@winston.com;
Terrence.callan@pillsburylaw.com;
ccorbitt@zelle.com;
jzahid@zelle.com;
 lgodfrey@susmangodfrey.com;
kmarks@susmangodfrey.com;
Piovieno@bsfllp.com;
anardacci@bsfllp.com