(*Stipulating Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Civil Action No. 3:07-cv-05944<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014 OF NON-PARTY AMAZON.COM, INC. RULE 30(B)(6) CORPORATE REPRESENTATIVE** |

This Stipulation and Proposed Order Regarding Discovery to Occur After September 5, 2014 between the undersigned Defendants ("Defendants"), and non-party Amazon.com, Inc. ("Amazon"), is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

WHEREAS, on July 23, 2014, Defendants served a subpoena *ad testificandum* on Amazon, with a return date of August 8, 2014;

WHEREAS, on July 25, 2014, Defendants served on all parties a Notice of Rule 30(b)(6) Deposition on Amazon;

WHEREAS, following service of the subpoena *ad testificandum* on Amazon, Defendants immediately began to coordinate with Amazon's counsel on the scheduling of the Amazon Rule 30(b)(6) deposition;

WHEREAS, counsel for Defendants and counsel for Amazon have met and conferred a number of times, but Amazon was unable to identify a witness available for the deposition prior to September 5, 2014;

WHEREAS, on September 5, 2014, Amazon has confirmed its witness for the deposition on or before September 15, 2014;

WHEREAS, Defendants need additional time to conduct the Rule 30(b)(6) deposition of Amazon; and

Now, therefore, and subject to the Court's approval, counsel for Defendants and Amazon HEREBY STIPULATE AS FOLLOWS:

1. Defendants may notice and take the Amazon Rule 30(b)(6) deposition on or before September 15, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Samuel Conti
United States District Court Judge

Dated: September 5, 2014

ROSE LAW FIRM

By: /s/ Amy Lee Stewart
Amy Lee Stewart
ROSE LAW FIRM
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 377-0334
Facsimile: (501) 375-1039
E-mail: astewart@roselawfirm.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Jim McGinnis
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Dylan I. Ballard, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com
dballard@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)

3

Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ *Jon V. Swenson*
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

MUNGER, TOLLES & OLSON LLP

By: /s/ *Hojoon Hwang*
HOJOON HWANG (SBN 184950)

```
                            Email: Hojoon.Hwang@mto.com
                            MUNGER, TOLLES & OLSON LLP
                            560 Mission Street, Twenty-Seventh Floor
                            San Francisco, CA 94105-2907
                            Telephone: (415) 512-4000
                            Facsimile: (415) 512-4077

                            WILLIAM D. TEMKO (SBN 098858)
                            Email: William.Temko@mto.com
                            JONATHAN E. ALTMAN (SBN 170607)
                            Email: Jonathan.Altman@mto.com
                            BETHANY W. KRISTOVICH (SBN 241891)
                            Email: Bethany.Kristovich@mto.com
                            MUNGER, TOLLES & OLSON LLP
                            355 South Grand Avenue, Thirty-Fifth Floor
                            Los Angeles, CA 90071-1560
                            Telephone: (213) 683-9100
                            Facsimile: (213) 687-3702
```

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

KIRKLAND & ELLIS LLP

By: /s/ *Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

FRESHFIELDS BRUCKHAUS DERINGER

By: /s/ *Richard Snyder*
Terry Calvani Cal. Bar. No. 53260
Christine Laciak (*pro hac vice*)
Richard Snyder (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue NW, Suite 600

Washington, D.C. 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555
Email: terry.calvani@freshfields.com
christine.laciak@freshfields.com
richard.snyder@freshfields.com

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Rachel S. Brass*
Rachel S. Brass Cal. Bar. No. 219301
Joel S. Sanders Cal. Bar. No. 107234
Austin V. Schwing Cal. Bar. No. 211696
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:(415) 393-8200
Facsimile: (415) 393-8306
Email: rbrass@gibsondunn.com
jsanders@gibsondunn.com
aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

FAEGRE BAKER DANIELS LLP

By: /s/ *Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900
Email: steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

JENNER & BLOCK LLP

By: /s/ *Michael T. Brody*
JENNER&BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

AMAZON, INC.

By: /s/ *Vanessa S. Power*
Vanessa Soriano Power
Stoel Rives LLP
600 University Stret, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

E-mail: vspower@stoel.com

*Counsel For Non-Party Amazon.com, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

# CERTIFICATE OF SERVICE

I, Amy Lee Stewart, Esq., declare under penalty of perjury that I am a citizen of the United States, I am over the age of 18 years, I am employed by Rose Law Firm, 120 East Fourth Street Little Rock, Arkansas 72201, and I am not a party to the within cause of action.

I further declare that on September 5, 2014, I served a true and correct copy of STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014 OF NON-PARTY AMAZON.COM, INC. RULE 30(B)(6) CORPORATE REPRESENTATIVE on the following by electronically mailing a true and correct copy to the email addresses set forth below:

## PLAINTIFFS

| | |
|---|---|
| Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP<br>  & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA  94123<br>Telephone:     (415) 563-7200<br>Facsimile:      (415) 346-0679<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | *malioto@tatp.com*<br>*laurenrussell@tatp.com* |
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA  94111<br>Telephone:     (415) 217-6810<br>Facsimile:      (415) 217-6813<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* | *guido@saveri.com*<br>*rick@saveri.com*<br>*grushing@saveri.com*<br>*cadio@saveri.com* |

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Telephone:    (518) 434-0600<br>Facsimile:     (518) 434-0665<br><br>William A. Isaacson<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, N.W., Suite 800<br>Washington, DC 20015<br>Telephone:    (202) 237-2727<br>Facsimile:     (202) 237-6131<br><br>*Liaison Counsel for the Direct Action Plaintiffs and Plaintiffs Electrograph Systems; Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Compucom Systems Inc.; Tweeter Opco, LLC; Schultze Agency Services, LLC on behalf of Tweeter Newco, LLC; ABC Appliance, Inc.; Marta Cooperative of American, Inc., P.C.; Richard & Son Long Island Corporation* | *piovieno@bsfllp.com*<br>*anardacci@bsfllp.com*<br><br><br><br><br><br>*wisaacson@bsfllp.com* |
| Kamala D. Harris<br>   Attorney General of California<br>Mark Breckler<br>   Chief Assistant Attorney General<br>Kathleen E. Foote<br>   Senior Assistant Attorney General<br>Emilio E. Varanini<br>   Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel:    (415) 703-5908<br><br>*California Office of the Attorney General* | *emilio.varanini@doj.ca.gov* |

10

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917

## DEFENDANTS AND INTERESTED PARTIES

| | |
|---|---|
| Hojoon Hwang<br>Jerome C. Roth<br><br>Laura K. Sullivan<br><br>MUNGER, TOLLES & OLSON<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>William D. Temko<br>Jonathan E. Altman<br>Bethany W. Kristovich<br>MUNGER, TOLLES & OLSON<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9266<br>Facsimile: (213) 683-5166<br><br>***Counsel for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd.*** | *Hojoon.Hwang@mto.com*<br>*Jerome.Roth@mto.com*<br>*Laura.sullivan@mto.com*<br><br><br><br><br><br><br><br><br>*William.Temko@mto.com*<br>*Jonathan.Altman@mto.com*<br>*Bethany.kristovich@mto.com* |
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br><br>BAKER BOTTS L.L.P.<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:    (202) 639-7700<br>Facsimile:    (202) 639-7890<br><br>***Counsel for Defendants Koninklijke Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronics Ltda.*** | *john.taladay@bakerbotts.com*<br>*erik.koons@bakerbotts.com*<br>*charles.malaise@bakerbotts.com* |
| Joseph R. Tiffany, II<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone:    (650) 233-4644<br>Facsimile:    (650) 233-4545<br><br>***Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.*** | *joseph.tiffany@pillsburylaw.com* |

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917

| | |
|---|---|
| Joel S. Sanders<br>Rachel S. Brass<br>Austin V. Schwing<br><br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:     (415) 393-8200<br>Facsimile:      (415) 393-8306<br><br>***Counsel for Defendants Chunghwa Picture Tubes, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; and Tatung Company of America*** | jsanders@gibsondunn.com<br>rbrass@gibsondunn.com<br>aschwing@gibsondunn.com |
| Christine Laciak<br>Richard Snyder<br>Terry Calvani<br><br>Bruce C. McCulloch<br>Craig Minerva<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>701 Pennsylvania Avenue, NW Suite 6000<br>Washington D.C. 20004-2692<br>Telephone:     (202) 777-4500<br>Facsimile:      (202) 777-4555<br><br>***Counsel for Defendant Beijing-Matsushita Color CRT Co., Ltd*** | christine.laciak@freshfields.com<br>richard.snyder@freshfields.com<br>terry.calvani@freshfields.com<br>bruce.mcculloch@freshfields.com<br>craig.minerva@freshfields.com |
| Lucius B. Lau<br>Dana E. Foster<br>Aya Kobori<br>Tsung Hui (Danny) Wu<br>Jeremy K. Ostrander<br>WHITE & CASE LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Telephone:     (202) 626-3656<br>Facsimile:      (202) 639-9355<br><br>***Counsel for Defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc.*** | alau@whitecase.com<br>defoster@whitecase.com<br>akobori@whitecase.com<br><br>twu@whitecase.com<br>jostrander@whitecase.com |
| Eliot A. Adelson<br>James Maxwell Cooper<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone:     (415) 439-1400<br>Facsimile:      (415) 439-1500 | eadelson@kirkland.com<br>max.cooper@kirkland.com |

| | |
|---|---|
| James H. Mutchnik, P.C.<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br><br>***Counsel for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Asia, Ltd.; Hitachi America, Ltd.; Hitachi Electronic Devices (USA), Inc.; FRESHShenzhen SEG Hitachi Color Display Devices, Ltd.*** | *jmutchnik@kirkland.com*<br>*kate.wheaton@kirkland.com* |
| Michael R. Lazerwitz<br>CLEARY GOTTLIEB STEEN & HAMPTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone:     (202) 974-1500<br>Facsimile:      (202) 974-1999<br><br>***Counsel for Defendant LP Displays International, Ltd.*** | *mlazerwitz@cgsh.com* |
| Michael Tubach<br>Ian Simmons<br>Benjamin G. Bradshaw<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br><br>***Counsel for Samsung Electronics America, Inc.; Samsung Electronics Co., Ltd.*** | *mtubach@omm.com*<br>*isimmons@omm.com*<br>*bbradshaw@omm.com* |
| James L. McGinnis<br>Michael Scarborough<br>Gary Halling<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br><br>Leo D. Caseria<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone:     (213) 620-1780<br>Facsimile:      (213) 620-1398<br><br>***Counsel for Defendants Samsung SDI*** | *jmcginnis@sheppardmullin.com*<br><br>*mscarborough@sheppardmullin.com*<br>*ghalling@sheppardmullin.com*<br><br><br><br><br>*lcaseria@sheppardmullin.com* |

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917

| | | |
|---|---|---|
| 1<br>2<br>3 | *America, Inc.; Samsung SDI Co., Ltd.;*<br>*Samsung SDI Mexico S.A. de C. V; Samsung*<br>*SDI Brasil Ltda.; Shenzhen Samsung SDI*<br>*Co., Ltd.; Tianjin Samsung SDI Co., Ltd.;*<br>*Samsung SDI (Malaysia) Sdn. Bhd.* | |
| 4<br>5<br>6<br>7 | Calvin Litsey<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303<br>Telephone: (650) 324-6700<br>Facsimile: (650) 324-6701 | *calvin.litsey@faegrebd.com* |
| 8<br>9<br>10<br>11 | Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 | *kathy.osborn@faegrebd.com*<br>*ryan.hurley@faegrebd.com* |
| 12<br>13<br>14<br>15<br>16<br>17 | Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600<br><br>**Counsel for Defendants Technicolor SA**<br>**(f/k/a Thomson SA); Technicolor USA, Inc.**<br>**(f/k/a Thomson Consumer Electronics, Inc.)** | *jeff.roberts@faegrebd.com* |
| 18<br>19<br>20<br>21 | Michael T. Brody<br>Terrence Joseph Truax<br>Molly Powers<br>JENNER & BLOCK LLP<br>353 N Clark Street<br>Chicago, IL 60654-3456 | *mbrody@jenner.com*<br>*ttruax@jenner.com*<br>*mpowers@jenner.com* |
| 22<br>23<br>24<br>25<br>26 | Brent Caslin<br>JENNER & BLOCK LLP<br>633 West 5th Street<br>Suite 3500<br>Los Angeles, CA 90071<br><br>**Counsel for Defendants Mitsubishi Electric**<br>**Corporation; Mitsubishi Electric &**<br>**Electronics USA, Inc.** | *bcaslin@jenner.com* |

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917

<table>
<tr><td>

Mark C. Dosker  
Nathan Lane, III  
SQUIRE SANDERS (US) LLP  
275 Battery Street, Suite 2600  
San Francisco, CA 94111  
415-954-0200  
Fax: 415-393-9887  

***Counsel for Defendant Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC)***

</td><td>

*mark.dosker@squiresanders.com*  
*nathan.lane@squiresanders.com*

</td></tr>
</table>

Executed on September 5, 2014 at Little Rock, Arkansas. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  
Amy L. Stewart