SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:    ghalling@sheppardmullin.com
            jmcginnis@sheppardmullin.com
            mscarborough@sheppardmullin.com
            tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 3:07-cv-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF SAMSUNG SDI DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER PERMITTING THE DEPOSITION OF LEO MINK TO BE COMPLETED BY JANUARY 30, 2015** |

I, Tyler M. Cunningham, do hereby declare as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of SDI's Opposition to Plaintiffs' Administrative Motion for Order Permitting the Deposition of Leo Mink To Be Completed by January 30, 2015. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. In October 2011, SDI served supplemental responses to the Direct Purchaser Plaintiffs' First Set of Interrogatories, which identify more than 30 instances in which Mr. Leo Mink met or communicated with other CRT manufacturers.

3. Attached hereto as Exhibit A is a true and correct copy of a letter dated December 3, 2012 from Mario N. Alioto to John Taladay.

4. Attached hereto as Exhibit B is a true and correct copy of a letter dated December 18, 2012 from Charles Malaise to Mario N. Alioto.

5. I am informed and believe that Plaintiffs have deposed eight individuals associated with the Philips defendants, and that Plaintiffs have deposed one Philips corporate representative pursuant to Fed. R. Civ. P. 30(b)(6), and have noticed the deposition of an additional Philips representative.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 5, 2014 at San Francisco, California.

    */s/ Tyler M. Cunningham*
    TYLER M. CUNNINGHAM