# Exhibit A

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

December 3, 2012

**VIA ELECTRONIC MAIL**

John Taladay, Esq.
Baker Botts L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
      **MDL No. 1917**

Dear John:

   Pursuant to the Order Re Discovery And Case Management Protocol dated April 3, 2012, Indirect Purchaser Plaintiffs, Individual Action Plaintiffs, and the State of Florida (collectively, "Plaintiffs") have continued to work together to discuss Koninklijke Philips Electronics N.V. ("KPE") and Philips Electronics North America Corporation ("PENAC") (collectively "Philips") employees regarded as potential merits deponents.

   Currently, Plaintiffs' expectations are to notice depositions to take place in San Francisco, CA beginning in January/February of next year. Please inform us of any conflicts or other issues that may preclude these individuals from attending depositions during those calendar months. We anticipate the following six individuals to be the first Philips employees noticed for deposition:

   1. Milan Baran
   2. David Chang
   3. Rosa Hu
   4. Jerry Lin
   5. Dong Liu
   6. Jim Smith

   As we move forward, Plaintiffs anticipate the individuals most likely to be deposed will come from the following list of names:

   Felice Albertazzi
   Patrick Canavan

John Taladay, Esq.
December 3, 2012
Page 2 of 3

       Ney Corsino
       Rik Dombrecht
       Jeffrey Johnson
       G.J. Kleisterlee
       Jan Van Knippenberg
       S.K. Lee
       Si-Quan Li
       Xiu-Hua Li
       Limay Liu
       Bing Ma
       Leo Mink
       J.K. Park
       Jeff Pos
       Cor Saris
       Reinoud Selbeck
       Xheng-Xi ("Frank") Shao
       Jian-Zhong Sheng
       Yu-Zong Song
       Y.T. Sung
       Zheng-Fu ("Sam") Tian
       Lawrence Wadsworth
       Yi Wang
       Ming-Hui Xu
       Yeong-Ug ("Albert") Yang

       Please inform us if any of the above listed individuals are no longer employees of Philips so that we may arrange for the appropriate means of service.  In addition, please inform us if any of the above individuals intend to invoke their rights under the Fifth Amendment.

       Plaintiffs reserve the right to supplement this list depending on Philips' response and on information obtained during the discovery process.   If you believe that any of the listed persons do not have relevant knowledge, or only marginal knowledge, of the relevant facts, please let us know.  Thank you for your attention to this matter and we look forward to speaking with you in the near future.

                                 Sincerely,

                                 /s/ Mario N. Alioto
                                 Trump Alioto Trump & Prescott, LLP
                                 Interim Lead Counsel for the Indirect Purchaser Plaintiffs

John Taladay, Esq.
December 3, 2012
Page 3 of 3

Cc:    Nathan Cihlar
        John Bogdanov
        Liz Brady
        Satu Correa
        Nicholas Weilheimer
        Phil Iovieno