# Exhibit B

**BAKER BOTTS** L.L.P.

THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20004-2400

TEL +1 202.639.7700
FAX +1 202.639.7890
BakerBotts.com

ABU DHABI        HOUSTON
AUSTIN           LONDON
BEIJING          MOSCOW
BRUSSELS         NEW YORK
DALLAS           PALO ALTO
DUBAI            RIYADH
HONG KONG        **WASHINGTON**

December 18, 2012

BY ELECTRONIC MAIL

Charles Malaise
TEL +1 202.639.1117
FAX +1 202.585.1037
charles.malaise@bakerbotts.com

Mario N. Alioto
Trump Alioto Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
malioto@tatp.com

      Re:    *In re: Cathode Ray Tubes (CRT) Antitrust Litigation*, **MDL No 1917**

Dear Mario:

    We write in response to your December 3, 2012 letter regarding potential merits deponents of Koninklijke Philips Electronics N.V. ("KPE") and Philips Electronics North America Corporation ("PENAC") (collectively "Philips"), which was written on behalf of the Indirect Purchaser Plaintiffs and the Individual Action Plaintiffs (collectively, "Plaintiffs").[1]

    In your letter, you identified thirty-two individuals whom Plaintiffs have expressed interest in deposing - almost three times the number of depositions permitted under the Order Re: Discovery and Case Management Protocol (Dkt. 112) (April 3, 2012). Your letter identifies six individuals the Plaintiffs anticipate noticing first for depositions, and the remaining twenty-six as individuals most likely to be deposed.

    The following individuals listed in your letter are no longer employed by Philips:

| | |
|---|---|
| Milan Baran | David Chang |
| Rosa Hu | Jerry Lin |
| Felice Albertazzi | Jim Smith |
| Ney Corsino | Patrick Canavan |
| Jeffrey Johnson | Rik Dombrecht |
| Leo Mink | G.J. Kleisterlee[2] |
| Jeff Pos | S.K. Lee |

---

[1] Since the December 3rd letter, the State of Florida has stipulated to the dismissal of all of its claims with prejudice.
[2] The Indirect Purchaser Plaintiffs and Philips entered into a stipulation in April 2011 where Mr. Kleisterlee agreed to not object to a deposition notice being effectuated by a party notice under Federal Rule of Civil Procedure 30.

**BAKER BOTTS** LLP

Mario N. Alioto — - 2 - — December 18, 2012

|  |  |
|---|---|
| Yeong-Ug ("Albert") Yang | Cor Saris |
| Y.T. Sung | |

Philips has no records of employment for the following individuals:

|  |  |
|---|---|
| Dong Liu[3] | Xiu-Hua Li |
| Jan Van Knippenberg | Bing Ma |
| Si-Quan Li | J.K. Park |
| Limay Liu | Jian-Zhong Sheng |
| Xheng-Xi ("Frank") Shao | Lawrence Wadsworth |
| Yu-Zong Song | Ming-Hui Xu |
| Zheng-Fu ("Sam") Tian | Yi Wang |

Since the only individual identified in your letter that remains employed by Philips is from your "most likely to be deposed" group, we are available to meet and confer as to specific deposition requests and timing.

Please let me know if you like to discuss these matters further.

Regards,

Charles Malaise

cc: (via email)
Nathan Cihlar
John Bogdanov
Nicholas Weilheimer

---

[3] While there are documents produced in this matter suggesting that a Dong Liu was employed by LG.Philips Displays, Philips does not have any employment records for a Dong Liu that was employed in a position that would be relevant to this litigation.

**BAKER BOTTS** LLP

Mario N. Alioto — - 3 - — December 18, 2012

    Phil Iovieno
    Defense Counsel