1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:07-cv-5944-SC<br><br>MDL No. 1917<br><br>[PROPOSED] **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER PERMITTING THE DEPOSITION OF LEO MINK TO BE COMPLETED BY JANUARY 30, 2015** |
|---|---|

1   Plaintiffs' Administrative Motion for Order Permitting the Deposition of Leo Mink
2   to be Completed by January 30, 3015 (Dkt. No. 2780) ("Motion") came on for hearing
3   before the Court.  After full consideration of the points and authorities submitted by the parties,
4   and the Court's file in this matter, and good cause appearing therefor, IT IS HEREBY ORDERED
5   that Plaintiffs' Motion is DENIED.

7   **IT IS SO ORDERED.**

9   Dated: _____                     _____
10                                              HONORABLE SAMUEL CONTI
11                                              UNITED STATES DISTRICT JUDGE