Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL CASES | MDL No 1917<br><br>Master Case No 3:07-cv-05944SC<br><br>**REPORT AND RECOMMENDATION: PARALLEL STATE LITIGATION** |

The undersigned Special Master understands that the court has become aware of litigation in the California Court of Appeal, First Appellate District, Division 5, filed by a class representative in the Indirect Purchaser Class, Jeffrey Figone, challenging an order of the San Francisco superior court dealing with one or more settlements of *parens patriae* claims brought by the State of California involving CRT products of the type involved in the above-entitled litigation. These *parens patriae* claims cover a period that is the same as, or highly similar to, the class period alleged by the Indirect Purchaser Class. Lead Counsel representing the Indirect Purchaser Class also represents Mr Figone in the state court litigation.

Although not a named party herein, the State of California has participated in this litigation. The effect, if any, that resolution of the state litigation may have on this litigation is an issue that has been raised in the state litigation. Even if resolution of the state litigation will not affect cases before this court, there may be a risk of unnecessary duplication of effort or waste of judicial resources by this court, the state courts or both courts in ruling upon or deciding the same or similar issues; any such duplication or waste might be avoided by coordination of proceedings in the two courts. Given the rapidly approaching dates for filing and hearing pretrial motions, the pretrial conference and trial herein, it is prudent for the court to obtain a complete picture of the proceedings in the state court so that this court can make an informed evaluation of the situation. Accordingly, the undersigned RECOMMENDS the court issue the following order:

**Within 10 days of this order, counsel for the State of California who have participated in this litigation and counsel for the Indirect Purchaser Class are ORDERED simultaneously to submit memoranda not to exceed six pages, describing the litigation in the California state courts, the status of that litigation, the impact, if any, that the state court**

litigation may have on the above litigation and any coordination of effort or proceedings with the state court that this court should consider.

IT IS SO ORDERED.

This 5th day of September 2014

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is **Accepted and Ordered** / ~~Denied / Modified~~.

Dated: September 8, 2014

_____
Hon Samuel Conti
United States District Judge