1  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
2  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  LAURA K. LIN (State Bar No. 281542)
   laura.lin@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
8
   Attorneys for Defendants LG Electronics, Inc.,
9  LG Electronics U.S.A., Inc., and LG Electronics
   Taiwan Taipei Co., Ltd.
10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE BY MIRIAM KIM** |
| *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397-SC | |
| *Siegel v. Technicolor SA, et al.*, Case No. 13-cv-05261-SC | Judge:   The Honorable Samuel Conti |
| *Sears, Roebuck & Co. et al. v. Technicolor SA, et al.*, Case No. 13-cv-05262-SC | |

24523683.1                           -1-                            MDL No. 1917
                        NOTICE OF APPEARANCE OF COUNSEL

1   TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE THAT Miriam Kim (State Bar No. 238230) of Munger,

3   Tolles & Olson LLP, 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-

4   2907, hereby enters an appearance as counsel of record for Defendants LG Electronics, Inc., LG

5   Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. in the above referenced

6   matter.  Service may be made using the contact information set forth below.

> Miriam Kim (State Bar No. 238230)
> MUNGER, TOLLES & OLSON LLP
> 560 Mission Street
> Twenty-Seventh Floor
> San Francisco, California 94105-2907
> Telephone:   (415) 512-4000
> Facsimile:   (415) 512-4077
> Email: miriam.kim@mto.com

DATED:  September 9, 2014

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:  */s/ Miriam Kim*
           Miriam Kim

Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., and
LG Electronics Taiwan Taipei Co., Ltd.

24523683.1

NOTICE OF APPEARANCE OF COUNSEL