1  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
2  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  LAURA K. LIN (State Bar No. 281542)
   laura.lin@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
8
   Attorneys for Defendants LG Electronics, Inc.,
9  LG Electronics U.S.A., Inc., and LG Electronics
   Taiwan Taipei Co., Ltd.

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE BY MAIL** |
| *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397-SC | |
| | Judge:   The Honorable Samuel Conti |
| *Siegel v. Technicolor SA, et al.*, Case No. 13-cv-05261-SC | |
| *Sears, Roebuck & Co. et al. v. Technicolor SA, et al.*, Case No. 13-cv-05262-SC | |

## PROOF OF SERVICE

I, Marsha Poulin, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On September 9, 2014, I served upon the interested parties in this action the following document:

### NOTICE OF APPEARANCE BY MIRIAM KIM

☒ By placing ☐ the original(s) ☒ a true and correct copy via electronic Notice through ECF and/or, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐ **TO BE SERVED ELECTRONICALLY VIA ECF THROUGH THE COURT'S NOTIFICATION SYSTEM.**

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 9, 2014, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2014, at San Francisco, California.

*Marsha Poulin*
_____
Marsha Poulin

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | Case No.:  3:07-CV-05944-SC |
| 3 | SERVICE LIST |

Charles H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Christopher Wirth
LA2120
301 Institution Drive
Bellefonte, PA 16823

Clinton Paul Walker
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

Issac L. Diel
Sharp McQueen
6900 College Blvd., Suite 285
Overland Park, KS 66211

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

John G. Emerson
Emerson Poynter LLP
830 Apollo Lane
Houston, татва TX 77058

John Gressette Felder , Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

- 2 -

| | |
|---|---|
| 1 | Lawrence D. McCabe |
| 2 | Murray Frank & Sailer LLP |
| | 275 Madison Avenue |
| 3 | New York, NY 10016 |
| 4 | Lawrence P. Schaefer |
| | Mansfield Tanick & Cohen |
| 5 | 1700 U.S. Bank Plaza South |
| | 220 South Sixth Street |
| 6 | Minneapolis, MN 55402-4511 |
| 7 | |
| | Lori A. Fanning |
| 8 | Miller Law LLC |
| | 115 South LaSalle Street, Suite 2910 |
| 9 | Chicago, IL 60603 |
| 10 | |
| | Mark Reinhardt |
| 11 | Reinhardt Wendorf & Blanchfield |
| | East 1000 First National Bank Building |
| 12 | 322 Minnesota Street |
| | St. Paul, MN 55101 |
| 13 | |
| 14 | Martin E. Grossman |
| | Law Offices of Martin E. Grossman |
| 15 | 2121 Green Brier Drive |
| | Villanova, PA 19085 |
| 16 | |
| | Matthew E. Van Tine |
| 17 | Miller Law LLC |
| | 115 South LaSalle Street, Suite 2910 |
| 18 | Chicago, IL 60603 |
| 19 | |
| | Melissa Willett |
| 20 | Boies, Schiller & Flexner |
| | 5301 Wisconsin Ave. NW |
| 21 | Suite 800 |
| | Washington, DC 20015 |
| 22 | |
| 23 | Neal A Eisenbraun |
| | Neal A Eisenbraun, Chartered |
| 24 | 2599 Mississippi Street |
| | New Brighton, MN 55113 |
| 25 | |
| 26 | Niki B. Okcu |
| | AT&T Services, Inc. Legal Dept. |
| 27 | 525 Market Street, 20th Floor |
| | San Francisco, CA 94105 |
| 28 | |

PROOF OF SERVICE BY MAIL; CASE NO. 3:07-CV-05944-SC; MDL NO. 1917

24529775.1

- 3 -

| | |
|---|---|
| 1 | Patricia A. Conners |
| 2 | Attorney General's Office |
|   | Department of Legal Affairs |
| 3 | Antitrust Section |
|   | PL-01 The Capitol |
| 4 | Tallahassee, FL 32399-1050 |
| 5 | |
|   | Paul F Novak |
| 6 | Milberg LLP |
|   | One Kennedy Square |
| 7 | 777 Woodward Avenue, Suite 890 |
|   | Detroit, MI 48226 |
| 8 | |
|   | Robert B. Gerard |
| 9 | Gerard Selden & Osuch |
|   | 1516 Front Street |
| 10 | San Diego, CA 92101 |
| 11 | |
|   | Roger Martin Schrimp |
| 12 | Damrell Nelson Schrimp Pallios Pacher & Silva |
|   | 1601 I Street 5th Floor |
| 13 | Modesto, CA 95354 |
| 14 | |
|   | Samuel J. Sharp |
| 15 | 701 13th Street NW |
|   | Washington, DC 20005 |
| 16 | |
|   | Steven A. Reiss |
| 17 | Weil Gotshal & Manges LLP |
|   | 767 Fifth Avenue |
| 18 | New York, NY 10153-0119 |
| 19 | |
|   | Traviss Levine Galloway |
| 20 | Zelle Hofmann Voelbel Mason & Gette |
|   | 44 Montgomery St #3400 |
| 21 | San Francisco, CA 94104 |

PROOF OF SERVICE BY MAIL; CASE NO. 3:07-CV-05944-SC; MDL NO. 1917

24529775.1