HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |
| This Document Related to: Individual Case No. 13-cv-2171 (SC) <br><br> Dell Inc.; Dell Products L.P., <br><br>          Plaintiffs, <br><br> v. <br><br> Philips Electronics North America Corporation *et al.*, <br>          Defendants. | |

1    Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc., on behalf of all
2 defendants (collectively, "Defendants") and plaintiffs Dell Inc. and Dell Products L.P.
3 (collectively, "Dell") have conferred by and through their counsel and, subject to the Court's
4 approval, HEREBY STIPULATE AS FOLLOWS:
5    WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the
6 Dell action.
7    WHEREAS, on August 8, 2014, Defendants requested the deposition of Dell
8 employee Julie French.
9    WHEREAS, on August 22, 2014, Dell proposed September 9, 2014 as the date for
10 Ms. French's deposition due to scheduling conflicts precluding her deposition from occurring
11 prior to September 5, 2014.
12    WHEREAS, Defendants and Dell have conferred and agreed to schedule Ms.
13 French's deposition for September 9, 2014.
14    WHEREAS, Dell has not and does not agree that Defendants may take any other
15 deposition of a current or former Dell employee after September 5, 2014.
16
17    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between
18 counsel as follows: Defendants may notice and take the deposition of Julie French on September
19 9, 2014, or any date thereafter before September 30, 2014 should any unforeseen circumstances
20 preclude a deposition on September 9, 2014.
21
22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 Dated: 09/08/2014                              _____
                                                  Hon. [signature: Judge Samuel Conti]
                                                  United States District Judge

| | |
|---|---|
| Dated: September 2, 2014 | By:   /s/ *Hojoon Hwang*<br><br>HOJOON HWANG (State Bar No. 184950)<br>hojoon.hwang@mto.com<br>WILLIAM D. TEMKO (State Bar No. 98858)<br>william.temko@mto.com<br>LAURA K. LIN (State Bar No. 281542)<br>laura.lin@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone:    (415) 512-4000<br>Facsimile:     (415) 512-4077<br><br>Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.<br><br>By:   /s/ *Debra D. Bernstein*<br><br>Michael P. Kenny, Esq. (GA Bar No. 415064)<br>mike.kenny@alston.com<br>Debra D. Bernstein, Esq. (GA Bar No. 054998)<br>debra.bernstein@alston.com<br>Matthew D. Kent, Esq. (GA Bar No. 526272)<br>matthew.kent@alston.com<br>Melissa Mahurin Whitehead, Esq. (GA Bar No. 667932)<br>melissa.whitehead@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia  30309-3424<br>Tel: (404) 881-7000<br>Facsimile: (404) 881-7777<br><br>James M. Wagstaffe, Esq. (SBN 95535)<br>wagstaffe@kerrwagstaffe.com<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, California 94105-1576<br>Tel: (415) 371-8500<br>Facsimile: (415) 371-0500<br><br>Attorneys for Plaintiffs Dell Inc. and Dell Products L.P. |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.