1  Jason C. Murray (CA Bar No. 169806)
   Robert B. McNary (CA Bar No. 253745)
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: 213-443-5582
4  Facsimile: 213-622-2690
   Email: jmurray@crowell.com
5         rmcnary@crowell.com

6  Jerome A. Murphy (*pro hac vice*)
   Astor H.L. Heaven (*pro hac vice*)
7  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Telephone: 202-624-2500
9  Facsimile:  202-628-5116
   Email: jmurphy@crowell.com
10        aheaven@crowell.com

11
   *Attorneys for Plaintiff ViewSonic Corporation*
12

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> Individual Case No. 3:14-cv-02510-SC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PANASONIC DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION** <br><br> Judge: Hon. Samuel Conti |
| This Document Relates to: <br><br> *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | |

1     WHEREAS, on August 25, 2014, Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, "Panasonic") filed a Notice of Motion and Motion to Dismiss and Compel Arbitration (the "Motion to Dismiss") against Plaintiff ViewSonic Corporation ("ViewSonic").

    WHEREAS, Panasonic's Motion to Dismiss is tentatively set for hearing on October 10, 2014 at 10:00 a.m before this Court;

    WHEREAS, the parties have met and conferred, and have agreed to a revised briefing schedule for the Motion to Dismiss;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the respective parties that, in light of the parties' agreement on a revised briefing schedule and subject to the Court's approval, the hearing date for the Motion to Dismiss shall be continued to October 24, 2014;

    IT IS FURTHER STIPULATED AND AGREED, by and between counsel to the respective parties that, any oppositions to the Motion to Dismiss shall be filed on or before September 22, 2014, and any replies to the Motion to Dismiss shall be filed on or before October 6, 2014.

    IT IS SO STIPULATED.

Dated: September 4, 2014

*/s/ Jason C. Murray*
Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
         rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.

Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
aheaven@crowell.com

*Attorney for Plaintiff ViewSonic Corporation*

Dated: September 4, 2014

*/s/ Adam C. Hemlock*
DAVID L. YOHAI (pro hac vice)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (pro hac vice)
E-mail: adam.hemlock@weil.com
DAVID YOLKUT (pro hac vice)
E-mail: david.yolkut@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BAMBO OBARO (267683)
E-mail: bambo.obaro@weil.com
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (pro hac vice)
E-mail: jkessler@winston.com
EVA W. COLE (pro hac vice)
E-mail: ewcole@winston.com
MOLLY M. DONOVAN (pro hac vice)
E-mail: mmdonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 8, 2014



Hon. _____
United _____
Judge Samuel Conti

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: September 4, 2014         By: /s/ Jason C. Murray