SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com

LEO D. CASERIA, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
E-mail:       lcaseria@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |
| This Document Relates to:<br><br>TECH DATA ACTION<br>Individual Case No. 13-CV-00157 SI | |

The undersigned Defendants (collectively, "Defendants") and plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the Tech Data action.

WHEREAS, on August 28, 2014, Tech Data notified Defendants that due to a mistake by its ESI vendor some documents that were designated as responsive were not produced with Tech Data's prior production and that Tech Data would produce those documents to Defendants on September 3, 2014.

WHEREAS, on September 3, 2014, Tech Data produced documents Bates labeled TDCRT-068604 through TDCRT-107506.

WHEREAS, Defendants do not have sufficient time to review Tech Data's September 3 production prior to September 5, 2014.

WHEREAS, on July 21, 2014, Defendants requested deposition dates for Tech Data witness Kellmeny Jeffcoat.

WHEREAS, on August 15, 2014, Defendants noticed the deposition of Kellmeny Jeffcoat for September 5, 2014.

WHEREAS, Tech Data and Defendants have conferred and agreed to schedule Kellmeny Jeffcoat's deposition for a date, still to be determined, after September 5, 2014.

WHEREAS, Tech Data previously identified its former employees Mary Meador and Susan Gilbert in response to Samsung SDI Co., Ltd.'s Interrogatory No. 1, but represented that these individuals left Tech Data's employment prior to 2000 and responsive documents, if any, relating to these individuals have been produced to Defendants.

WHEREAS, in the interest of efficiency and preventing the unnecessary expenditure of resources, Tech Data and Defendants agreed that in the event Susan Gilbert or Mary Meador appear on Tech Data's witness list for trial, Tech Data will make that witness available for deposition at least 1 month before trial.

WHEREAS, on April 18, 2014, Tech Data agreed that it would search for and produce hard copy documents relating to individuals that Defendants intend to depose and individuals that Tech Data intends to rely on to support its claims.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. To the extent Defendants seek to take depositions, subject to the Court's Discovery Protocol (Dkt. No. 1128) and solely related to documents or materials produced by Tech Data on September 3, 2014, Tech Data will not oppose such requests on the basis that they were made after the discovery cut-off.  Tech Data, however, preserves all other responses and objections to any additional depositions that may be sought by Defendants under this paragraph. Tech Data shall work in good faith with Defendants to resolve any issues that may arise with respect to deposition scheduling based on its September 3 production.
2. Defendants may notice and take the deposition of Tech Data witness Kellmeny Jeffcoat after September 5, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128).
3. Defendants may notice and take the depositions of Mary Meador and/or Susan Gilbert after September 5, 2014 to the extent that these witnesses appear on Tech Data's pretrial witness list, subject to the Court's Discovery Protocol (Dkt. No. 1128).  To the extent that either witness appears on Tech Data's pretrial witness list, Tech Data shall make that witness available for deposition at least one month before trial.
4. Tech Data shall search for and produce hard copy documents relating to any individuals deposed after September 5, 2014.  Tech Data shall produce any such documents far enough in advance of the corresponding deposition to give Defendants sufficient time to review those documents in preparation for that deposition.

1    5.  To the extent motions to compel may be required for items 1-4 above, Defendants may
2    file those motions within a reasonable period after the depositions in question.

3

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6

7  Dated:  09/08/2014



_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: September 5, 2014 | By: _____ */s/ Leo D. Caseria*_____ <br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Gary L. Halling, Cal. Bar No. 66087<br>James L. McGinnis, Cal. Bar No. 95788<br>Michael W. Scarborough, Cal. Bar No. 203524<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Telephone:   (415) 434-9100<br>Facsimile:    (415) 434-3947<br>E-mail:         ghalling@sheppardmullin.com<br>                     jmcginnis@sheppardmullin.com<br>                     mscarborough@sheppardmullin.com<br><br>Leo D. Caseria, Cal. Bar No. 240323<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone:    213-620-1780<br>Facsimile:     213-620-1398<br>E-mail:          lcaseria@sheppardmullin.com<br><br>*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| | By:_____ */s/ Scott N. Wagner*_____<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>Robert W. Turken<br>Scott N. Wagner<br>1450 Brickell Ave, Suite 2300<br>Miami, FL 33131-3456<br>Telephone:    (305) 374-7580<br>Facsimile:     (305) 374-7593<br>Email:           rturken@bilzin.com<br>                      swagner@bilzin.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>Stuart Singer<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone:    (954) 356-0011<br>Facsimile:     (954) 356-0022<br>Email:           ssinger@bsfllp.com |

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | William A. Isaacson                                                                       |
|    | 5301 Wisconsin Ave. NW, Suite 800                                                         |
| 2  | Washington, D.C. 20015                                                                    |
| 3  | Telephone:   (202) 237-2727                                                               |
|    | Facsimile:   (202) 237-6131                                                               |
| 4  | Email:       wisaacson@bsfllp.com                                                         |

Philip J. Iovieno
Anne M. Nardacci
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:   (518) 434-0600
Facsimile:   (518) 434-0665
Email:       piovieno@bsfllp.com
             anardacci@bsfllp.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management*

By: */s/ Jeffrey L. Kessler*
WINSTON & STRAWN LLP
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)
Aldo A. Badini, Cal. Bar No. 257086
Eva W. Cole (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:   (212) 294-4692
Facsimile:   (212) 294-4700
Email: jkessler@winston.com
       abadini@winston.com
       pvictor@winston.com
       ewcole@winston.com
       mmdonovan@winston.com

WEIL, GOTSHAL & MANGES LLP
Steven A. Reiss (*pro hac vice*)
David L. Yohai (*pro hac vice*)
Adam C. Hemlock (*pro hac vice*)
767 Fifth Avenue
New York, NY 10153-0119
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
Email: steven.reiss@weil.com
       david.yohai@weil.com
       adam.hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

By: */s/ Jon V. Swenson*
BAKER BOTTS LLP
Jon V. Swenson, Cal Bar No. 233054
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone:     (650) 739-7500
Facsimile:      (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone:     (202) 639-7700
Facsimile:      (202) 639-7890
Email: john.taladay@bakerbotts.com
           joseph.ostoyich@bakerbotts.com
           erik.koons@bakerbotts.com
           charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

By: */s/ Richard Snyder*
FRESHFIELDS BRUCKHAUS
   DERINGER US LLP
Terry Calvani Cal. Bar. No. 53260
Christine Laciak (*pro hac vice*)
Richard Snyder (*pro hac vice*)
701 Pennsylvania Avenue NW, Suite 600
Washington, D.C. 20004
Telephone:     (202) 777-4565
Facsimile:      (202) 777-4555
Email: terry.calvani@freshfields.com
           christine.laciak@freshfields.com
           richard.snyder@freshfields.com

*Attorneys for Beijing-Matsushita Color CRT*

-6-

1     *Company, Ltd.*

2

3     By: */s/ Eliot A. Adelson*
    KIRKLAND & ELLIS LLP

4     Eliot A. Adelson, Cal. Bar. No. 205284
    555 California Street, 27th Floor

5     San Francisco, CA 94104
    Telephone:     (415) 439-1413

6     Facsimile:       (415) 439-1500
    Email: eadelson@kirkland.com

7

8     *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.),*

9     *Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

10

11

12     By: */s/ Lucius B. Lau*
    WHITE & CASE LLP

13     Christopher M. Curran (*pro hac vice*)
    George L. Paul (*pro hac vice*)

14     Lucius B. Lau (*pro hac vice*)
    701 Thirteenth Street, N.W.

15     Washington, D.C. 20005
    Telephone:     (202) 626-3600

16     Facsimile:       (202) 639-9355
    Email: ccurran@whitecase.com

17            gpaul@whitecase.com
           alau@whitecase.com

18

19     *Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information*

20     *Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components,*

21     *Inc.*

22

23     By: */s/ Rachel S. Brass*
    GIBSON, DUNN & CRUTCHER LLP

24     Rachel S. Brass, Cal. Bar. No. 219301
    Joel S. Sanders, Cal. Bar. No. 107234

25     Austin V. Schwing, Cal. Bar. No. 211696
    555 Mission Street, Suite 3000

26     San Francisco, CA 94105
    Telephone:     (415) 393-8200

27     Facsimile:       (415) 393-8306
    Email: rbrass@gibsondunn.com

28            jsanders@gibsondunn.com

aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

By: /s/ *Hojoon Hwang*
MUNGER, TOLLES & OLSON LLP
Hojoon Hwang, Cal. Bar. No. 184950
William D. Temko, Cal. Bar. No. 98858
Laura K. Lin, Cal. Bar. No. 281542
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: hojoon.hwang@mto.com
william.temko@mto.com
laura.lin@mto.com

*Attorneys For Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

By: /s/ *Kathy L. Osborn*
FAEGRE BAKER DANIELS LLP
Kathy L. Osborn (pro hac vice)
Ryan M. Hurley (pro hac vice)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (pro hac vice)
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: jeff.roberts@FaegreBD.com

Stephen M. Judge (pro hac vice)
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900
Email: steve.judge@FaegreBd.com

-8-

1  Calvin L. Litsey, Cal. Bar. No. 289659
2  1950 University Avenue, Suite 450
   East Palo Alto, CA 94303-2279
3  Telephone: (650) 324-6700
   Facsimile: (650) 324-6701
4  Email: calvin.litsey@FaegreBD.com

5  *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

6

7

8        Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of
   this document has been obtained from each of the above signatories.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28