---

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>CHUNGHWA PICTURE TUBES, LTD., *et al*.,<br>　　　　　　　　Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |

Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc., on behalf of themselves and the other Defendants, (collectively, "Defendants") and Plaintiffs Sears, Roebuck and Co. and Kmart Corp. (collectively, "Sears") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014, is the deadline to complete fact discovery in the Sears action;

WHEREAS, on July 14, 2014, Defendants requested deposition dates for Sears witness Sara LaPorta;

WHEREAS, on August 14, 2014, Defendants requested deposition dates for Sears witness Charles Bacon;

WHEREAS, on August 20, 2014, Sears notified Defendants that, because of an intervening personal issue for the witness, it could only offer Mr. Bacon for deposition on September 9, 2014;

WHEREAS, on August 26, 2014, Sears notified Defendants that, because of Ms. LaPorta's demanding schedule, it could only offer her deposition in late September or early October 2014;

WHEREAS, Sears and Defendants have conferred and agreed that Defendants may depose Mr. Bacon on September 9, 2014, and Ms. LaPorta on October 1, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. Defendants may notice and take the deposition of Charles Bacon on September 9, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128).

2. Defendants may notice and take the deposition of Sara LaPorta on October 1, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 09/08/2014



Judge Samuel Conti

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

| | | |
|---|---|---|
| 1 | Dated: September 5, 2014 | By: _[signature]_ |

**WHITE & CASE** LLP
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

  /s/ Kevin J. Murray
Richard Alan Arnold, Esq. (admitted *pro hac vice*)
William J. Blechman, Esq. (admitted *pro hac vice*)
Kevin J. Murray, Esq. (admitted *pro hac vice*)
Samuel J. Randall, Esq. (admitted *pro hac vice*)
Kenny Nachwalter, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

***Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation***

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.