*(Stipulating Parties Listed on Signature Pages)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Civil Action No. 3:07-cv-05944<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014 DUE TO MEDICAL CONDITION OF NON-PARTY NEWEGG, INC. RULE 30(B)(6) CORPORATE REPRESENTATIVE** |

This Stipulation and Proposed Order Regarding Discovery to Occur After September 5, 2014 between the undersigned defendants (collectively, the "Defendants") and non-party Newegg, Inc. ("Newegg"), is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014.  *See* Dkt. No. 2459;

WHEREAS, on July 17, 2014, Defendants served a subpoena *ad testificandum* on Newegg, with a return date of August 7, 2014;

WHEREAS, on July 18, 2014, Defendants served on all parties a Notice of Rule 30(b)(6) Deposition on Newegg;

WHEREAS, following service of the subpoena *ad testificandum* on Newegg, Defendants immediately coordinated with Newegg's counsel on the scheduling of the Newegg Rule 30(b)(6) deposition;

WHEREAS, on August 7, 2014, Defendants served an amended subpoena on Newegg, with a return date of August 25, 2014;

WHEREAS, on August 7, 2014, Defendants served on all parties an Amended Notice of Rule 30(b)(6) Deposition on Newegg;

WHEREAS, on the morning of August 25, 2014—the day of the deposition—counsel for Newegg advised counsel for Defendants that the Rule 30(b)(6) deposition of Newegg had to be cancelled due to an emergency medical condition involving Newegg's Rule 30(b)(6) representative, Tony Arif, which ultimately required Mr. Arif to be hospitalized for several days;

WHEREAS, Defendants need additional time to conduct the Rule 30(b)(6) deposition of Newegg in order to allow Mr. Arif sufficient time to recover; and

Now, therefore, and subject to the Court's approval, counsel for Defendants and Newegg HEREBY STIPULATE AS FOLLOWS:

    1.    Defendants may notice and take the Newegg Rule 30(b)(6) deposition of Tony Arif on September 11, 2014.

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated:   09/08/2014                              _____
                                                      Hon. Samuel Conti
4                                                     United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING                         MDL No. 1917
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

Date: September 5, 2014                           WINSTON & STRAWN LLP

                                        By: /s/ Martin C. Geagan
                                             JEFFREY L. KESSLER (*pro hac vice*)
                                             Email: jkessler@winston.com
                                             EVA W. COLE (*pro hac vice*)
                                             Email: ewcole@winston.com
                                             MOLLY M. DONOVAN (*pro hac vice*)
                                             Email: mmdonovan@winston.com
                                             ALDO A. BADINI (257086)
                                             Email: abadini@winston.com
                                             MARTIN C. GEAGAN (*pro hac vice*)
                                             Email:  mgeagan@winston.com
                                             WINSTON & STRAWN LLP
                                             200 Park Avenue
                                             New York, New York 10166-4193
                                             Telephone: (212) 294-6700
                                             Facsimile: (212) 294-4700

                                             STEVEN A. REISS (*pro hac vice*)
                                             Email: steven.reiss@weil.com
                                             DAVID L. YOHAI (*pro hac vice*)
                                             Email: david.yohai@weil.com
                                             ADAM C. HEMLOCK (*pro hac vice*)
                                             Email: adam.hemlock@weil.com
                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153-0119
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007

                                             *Attorneys for Defendants Panasonic Corporation*
                                             *(f/k/a Matsushita Electric Industrial Co., Ltd.),*
                                             *Panasonic Corporation of North America, MT*
                                             *Picture Display Co., Ltd.*

                                             SHEPPARD MULLIN RICHTER & HAMPTON
                                             LLP

                                             By: /s/ Jim McGinnis
                                             SHEPPARD MULLIN RICHTER & HAMPTON
                                             LLP
                                             Gary L. Halling, Cal. Bar No. 66087
                                             James L. McGinnis, Cal. Bar No. 95788
                                             Michael W. Scarborough, Cal. Bar No. 203524
                                             Dylan I. Ballard, Cal. Bar No. 253929
                                             Four Embarcadero Center, 17th Floor
                                             San Francisco, CA  94111-4109

Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com
dballard@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America,
Inc.; Samsung SDI Co., Ltd.; Samsung SDI
(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.
DE C.V.; Samsung SDI Brasil Ltda.; Shenzen
Samsung SDI Co., Ltd. and Tianjin Samsung SDI
Co., Ltd.*

WHITE & CASE LLP

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and Toshiba America
Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ *Jon V. Swenson*
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com

5

1                                  JOSEPH OSTOYICH (*pro hac vice*)

JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

MUNGER, TOLLES & OLSON LLP

By: /s/ *Hojoon Hwang*
HOJOON HWANG (SBN 184950)
Email: Hojoon.Hwang@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
Email: William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Email: Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Email: Bethany.Kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

KIRKLAND & ELLIS LLP

By: /s/ *Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
KIRKLAND & ELLIS LLP

6

555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display East, Inc.),
Hitachi Asia, Ltd., Hitachi America, Ltd., and
Hitachi Electronic Devices (USA), Inc.*

FRESHFIELDS BRUCKHAUS DERINGER

By: /s/ *Richard Snyder*
Terry Calvani Cal. Bar. No. 53260
Christine Laciak (*pro hac vice*)
Richard Snyder (*pro hac vice*)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
701 Pennsylvania Avenue NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555
Email: terry.calvani@freshfields.com
christine.laciak@freshfields.com
richard.snyder@freshfields.com

*Attorneys for Beijing-Matsushita Color CRT
Company, Ltd.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Rachel S. Brass*
Rachel S. Brass Cal. Bar. No. 219301
Joel S. Sanders Cal. Bar. No. 107234
Austin V. Schwing Cal. Bar. No. 211696
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:(415) 393-8200
Facsimile: (415) 393-8306
Email: rbrass@gibsondunn.com
jsanders@gibsondunn.com
aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes,
Ltd. and Chunghwa Picture Tubes (Malaysia)*

FAEGRE BAKER DANIELS LLP

7

By: /s/ *Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900
Email: steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and*
*Thomson Consumer Electronics, Inc.*

JENNER & BLOCK LLP

By: /s/ *Michael T. Brody*
JENNER&BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071

8

1                       Telephone: (213) 239-5100
Facsimile: (213) 239-5199
2                       bcaslin@jenner.com

3                       *Attorneys for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US, Inc. and,*
4                       *Mitsubishi Electric Visual Solutions America, Inc.*

5                       NEWEGG, INC.

6
                By: /s/ *Jennifer Gatewood*
7                       Jennifer Gatewood
Senior Counsel for Newegg, Inc.
8                       16839 E. Gale Ave.
City Of Industry, CA 91745
9                       (626) 271-9700
10                    Jennifer.w.gatewood@newegg.com

11                     *Counsel For Non-Party Newegg, Inc.*

12       Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document
13 has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER REGARDING           MDL No. 1917
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014