ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
Bernice Conn, Bar No. 161594
BConn@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC; MAGNOLIA HI-FI, LLC.

Additional Counsel Listed Below

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Case No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |
|---|---|

Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, "Philips") and Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, on behalf of the Direct Action Plaintiffs (collectively, "Plaintiffs"), have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the Best Buy and other Direct Action Plaintiff actions.

WHEREAS, on August 7, 2014, Plaintiffs requested the deposition of Philips employee Jan de Lombaerde.

WHEREAS, on September 3, 2014, Philips proposed October 9, 2014 as the date for Mr. Lombaerde's deposition due to scheduling conflicts precluding his deposition from occurring prior to September 5, 2014.

WHEREAS, Philips and Direct Action Plaintiffs have conferred and agreed to schedule Ms. Lombaerde's deposition for October 9, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows: Direct Action Plaintiffs may notice and take the deposition of Jan de Lombaerde on October 9, 2014, or any date thereafter before October 30, 2014 should any unforeseen circumstances preclude a deposition on October 9, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 09/08/2014

Hon.
United [signature: Judge Samuel Conti]

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF
DEPOSITION OF JAN DE LOMBAERDE

| | |
|---|---|
| Dated: September 5, 2014 | By: /s/ Charles Malaise |
| | Charles Malaise |
| | charles.malaise@bakerbotts.com |
| | BAKER BOTTS LLP |
| | 1299 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004-2400 |
| | Telephone: (202) 639-1117 |
| | Facsimile: (202) 585-1037 |
| | |
| | *Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation* |

By: /s/ David Martinez
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
 dmartinez@rkmc.com
 jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
 kcwildfang@rkmc.com
 lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, and on behalf of the Direct Action Plaintiffs*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.