*(Stipulating Parties Listed on Signature Pages)*

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Civil Action No. 3:07-cv-05944<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014 OF NON-PARTY AMAZON.COM, INC. RULE 30(B)(6) CORPORATE REPRESENTATIVE |

      This Stipulation and Proposed Order Regarding Discovery to Occur After September 5, 2014 between the undersigned Defendants ("Defendants"), and non-party Amazon.com, Inc. ("Amazon"), is made with respect to the following facts and recitals:

      WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

      WHEREAS, on July 23, 2014, Defendants served a subpoena *ad testificandum* on Amazon, with a return date of August 8, 2014;

      WHEREAS, on July 25, 2014, Defendants served on all parties a Notice of Rule 30(b)(6) Deposition on Amazon;

      WHEREAS, following service of the subpoena *ad testificandum* on Amazon, Defendants immediately began to coordinate with Amazon's counsel on the scheduling of the Amazon Rule 30(b)(6) deposition;

      WHEREAS, counsel for Defendants and counsel for Amazon have met and conferred a number of times, but Amazon was unable to identify a witness available for the deposition prior to September 5, 2014;

      WHEREAS, on September 5, 2014, Amazon has confirmed its witness for the deposition on or before September 15, 2014;

      WHEREAS, Defendants need additional time to conduct the Rule 30(b)(6) deposition of Amazon; and

      Now, therefore, and subject to the Court's approval, counsel for Defendants and Amazon HEREBY STIPULATE AS FOLLOWS:

      1.    Defendants may notice and take the Amazon Rule 30(b)(6) deposition on or before September 15, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 09/08/2014

      Hon. Samuel C_____
      United S_____

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Samuel Conti]*

Dated: September 5, 2014

ROSE LAW FIRM

By: /s/ Amy Lee Stewart
Amy Lee Stewart
ROSE LAW FIRM
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 377-0334
Facsimile: (501) 375-1039
E-mail: astewart@roselawfirm.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Jim McGinnis
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Dylan I. Ballard, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com
dballard@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)

3

```
                    Email: alau@whitecase.com
                    DANA E. FOSTER (pro hac vice)
                    Email: defoster@whitecase.com
                    WHITE & CASE LLP
                    701 Thirteenth Street, N.W.
                    Washington, DC 20005
                    Telephone: (202) 626-3600
                    Facsimile: (202) 639-9355

                    Attorneys for Defendants Toshiba Corporation,
                    Toshiba America, Inc., Toshiba America
                    Information Systems, Inc., Toshiba America
                    Consumer Products, L.L.C., and Toshiba America
                    Electronic Components, Inc.

                    BAKER BOTTS LLP

                    By: /s/ Jon V. Swenson
                    JON V. SWENSON (SBN 233054)
                    Email: jon.swenson@bakerbotts.com
                    BAKER BOTTS LLP
                    1001 Page Mill Road
                    Building One, Suite 200
                    Palo Alto, CA 94304
                    Telephone: (650) 739-7500
                    Facsimile: (650) 739-7699

                    JOHN M. TALADAY (pro hac vice)
                    Email: john.taladay@bakerbotts.com
                    JOSEPH OSTOYICH (pro hac vice)
                    Email: joseph.ostoyich@bakerbotts.com
                    ERIK T. KOONS (pro hac vice)
                    Email: erik.koons@bakerbotts.com
                    CHARLES M. MALAISE (pro hac vice)
                    Email: charles.malaise@bakerbotts.com
                    BAKER BOTTS LLP
                    1299 Pennsylvania Avenue, N.W.
                    Washington, DC 20004-2400
                    Telephone: (202) 639-7700
                    Facsimile: (202) 639-7890

                    Attorneys for Defendants Koninklijke Philips N.V.
                    and Philips Electronics North America
                    Corporation

                    MUNGER, TOLLES & OLSON LLP

                    By: /s/ Hojoon Hwang
                    HOJOON HWANG (SBN 184950)
```

```
 1                                      Email: Hojoon.Hwang@mto.com
                                        MUNGER, TOLLES & OLSON LLP
 2                                      560 Mission Street, Twenty-Seventh Floor
                                        San Francisco, CA 94105-2907
 3                                      Telephone: (415) 512-4000
                                        Facsimile: (415) 512-4077
 4
 5                                      WILLIAM D. TEMKO (SBN 098858)
                                        Email: William.Temko@mto.com
 6                                      JONATHAN E. ALTMAN (SBN 170607)
                                        Email: Jonathan.Altman@mto.com
 7                                      BETHANY W. KRISTOVICH (SBN 241891)
                                        Email: Bethany.Kristovich@mto.com
 8                                      MUNGER, TOLLES & OLSON LLP
                                        355 South Grand Avenue, Thirty-Fifth Floor
 9                                      Los Angeles, CA 90071-1560
                                        Telephone: (213) 683-9100
10                                      Facsimile: (213) 687-3702
11
                                        *Attorneys for Defendants LG Electronics, Inc.; LG,*
12                                      *LG Electronics USA, Inc.; and LG Electronics*
                                        *Taiwan Taipei Co., Ltd.*
13
14                                      KIRKLAND & ELLIS LLP
15                                      By: /s/ Eliot A. Adelson
                                        ELIOT A. ADELSON (SBN 205284)
16                                      Email: eadelson@kirkland.com
                                        KIRKLAND & ELLIS LLP
17                                      555 California Street
                                        27th Floor
18                                      San Francisco, CA 94104
                                        Telephone: (415) 439-1413
19                                      Facsimile: (415) 439-1500
20
                                        *Attorneys for Defendants Hitachi, Ltd., Hitachi*
21                                      *Displays, Ltd. (n/k/a Japan Display East, Inc.),*
                                        *Hitachi Asia, Ltd., Hitachi America, Ltd., and*
22                                      *Hitachi Electronic Devices (USA), Inc.*
23
                                        FRESHFIELDS BRUCKHAUS DERINGER
24
25                                      By: /s/ Richard Snyder
                                        Terry Calvani Cal. Bar. No. 53260
26                                      Christine Laciak (*pro hac vice*)
                                        Richard Snyder (*pro hac vice*)
27                                      FRESHFIELDS BRUCKHAUS
                                        DERINGER US LLP
28                                      701 Pennsylvania Avenue NW, Suite 600
```

Washington, D.C. 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555
Email: terry.calvani@freshfields.com
christine.laciak@freshfields.com
richard.snyder@freshfields.com

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Rachel S. Brass*
Rachel S. Brass Cal. Bar. No. 219301
Joel S. Sanders Cal. Bar. No. 107234
Austin V. Schwing Cal. Bar. No. 211696
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:(415) 393-8200
Facsimile: (415) 393-8306
Email: rbrass@gibsondunn.com
jsanders@gibsondunn.com
aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

FAEGRE BAKER DANIELS LLP

By: /s/ *Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900
Email: steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

JENNER & BLOCK LLP

By: /s/ *Michael T. Brody*
JENNER&BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

AMAZON, INC.

By: /s/ *Vanessa S. Power*
Vanessa Soriano Power
Stoel Rives LLP
600 University Stret, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

E-mail: vspower@stoel.com

*Counsel For Non-Party Amazon.com, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

# CERTIFICATE OF SERVICE

I, Amy Lee Stewart, Esq., declare under penalty of perjury that I am a citizen of the United States, I am over the age of 18 years, I am employed by Rose Law Firm, 120 East Fourth Street Little Rock, Arkansas 72201, and I am not a party to the within cause of action.

I further declare that on September 5, 2014, I served a true and correct copy of STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014 OF NON-PARTY AMAZON.COM, INC. RULE 30(B)(6) CORPORATE REPRESENTATIVE on the following by electronically mailing a true and correct copy to the email addresses set forth below:

**PLAINTIFFS**

| | |
|---|---|
| Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP<br>& PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | malioto@tatp.com<br>laurenrussell@tatp.com |
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* | guido@saveri.com<br>rick@saveri.com<br>grushing@saveri.com<br>cadio@saveri.com |

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917

Philip J. Iovieno  
Anne M. Nardacci  
BOIES, SCHILLER & FLEXNER LLP  
10 North Pearl Street, 4th Floor  
Albany, NY 12207  
Telephone: (518) 434-0600  
Facsimile: (518) 434-0665  

piovieno@bsfllp.com  
anardacci@bsfllp.com  

William A. Isaacson  
BOIES SCHILLER & FLEXNER LLP  
5301 Wisconsin Avenue, N.W., Suite 800  
Washington, DC 20015  
Telephone: (202) 237-2727  
Facsimile: (202) 237-6131  

wisaacson@bsfllp.com  

*Liaison Counsel for the Direct Action Plaintiffs and Plaintiffs Electrograph Systems; Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Compucom Systems Inc.; Tweeter Opco, LLC; Schultze Agency Services, LLC on behalf of Tweeter Newco, LLC; ABC Appliance, Inc.; Marta Cooperative of American, Inc., P.C.; Richard & Son Long Island Corporation*

Kamala D. Harris  
  Attorney General of California  
Mark Breckler  
  Chief Assistant Attorney General  
Kathleen E. Foote  
  Senior Assistant Attorney General  
Emilio E. Varanini  
  Deputy Attorney General  
455 Golden Gate Avenue, Suite 11000  
San Francisco, CA 94102-3664  
Tel: (415) 703-5908  

emilio.varanini@doj.ca.gov  

*California Office of the Attorney General*

**DEFENDANTS AND INTERESTED PARTIES**

| | |
|---|---|
| Hojoon Hwang<br>Jerome C. Roth<br><br>Laura K. Sullivan<br><br>MUNGER, TOLLES & OLSON<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>William D. Temko<br>Jonathan E. Altman<br>Bethany W. Kristovich<br>MUNGER, TOLLES & OLSON<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9266<br>Facsimile: (213) 683-5166<br><br>***Counsel for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd.*** | *Hojoon.Hwang@mto.com*<br>*Jerome.Roth@mto.com*<br>*Laura.sullivan@mto.com*<br><br><br><br><br><br><br><br>*William.Temko@mto.com*<br>*Jonathan.Altman@mto.com*<br>*Bethany.kristovich@mto.com* |
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br><br>BAKER BOTTS L.L.P.<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:   (202) 639-7700<br>Facsimile:    (202) 639-7890<br><br>***Counsel for Defendants Koninklijke Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronics Ltda.*** | *john.taladay@bakerbotts.com*<br>*erik.koons@bakerbotts.com*<br>*charles.malaise@bakerbotts.com* |
| Joseph R. Tiffany, II<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone:   (650) 233-4644<br>Facsimile:    (650) 233-4545<br><br>***Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.*** | *joseph.tiffany@pillsburylaw.com* |

11

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917

| | |
|---|---|
| Joel S. Sanders<br>Rachel S. Brass<br>Austin V. Schwing<br><br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:   (415) 393-8200<br>Facsimile:    (415) 393-8306<br><br>*Counsel for Defendants Chunghwa Picture Tubes, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; and Tatung Company of America* | jsanders@gibsondunn.com<br>rbrass@gibsondunn.com<br>aschwing@gibsondunn.com |
| Christine Laciak<br>Richard Snyder<br>Terry Calvani<br><br>Bruce C. McCulloch<br>Craig Minerva<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>701 Pennsylvania Avenue, NW Suite 6000<br>Washington D.C. 20004-2692<br>Telephone:   (202) 777-4500<br>Facsimile:    (202) 777-4555<br><br>*Counsel for Defendant Beijing-Matsushita Color CRT Co., Ltd* | christine.laciak@freshfields.com<br>richard.snyder@freshfields.com<br>terry.calvani@freshfields.com<br>bruce.mcculloch@freshfields.com<br>craig.minerva@freshfields.com |
| Lucius B. Lau<br>Dana E. Foster<br>Aya Kobori<br>Tsung Hui (Danny) Wu<br>Jeremy K. Ostrander<br>WHITE & CASE LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Telephone:   (202) 626-3656<br>Facsimile:    (202) 639-9355<br><br>*Counsel for Defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc.* | alau@whitecase.com<br>defoster@whitecase.com<br>akobori@whitecase.com<br><br>twu@whitecase.com<br>jostrander@whitecase.com |
| Eliot A. Adelson<br>James Maxwell Cooper<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone:   (415) 439-1400<br>Facsimile:    (415) 439-1500 | eadelson@kirkland.com<br>max.cooper@kirkland.com |

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917

| | |
|---|---|
| James H. Mutchnik, P.C.<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>***Counsel for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Asia, Ltd.; Hitachi America, Ltd.; Hitachi Electronic Devices (USA), Inc.; FRESHShenzhen SEG Hitachi Color Display Devices, Ltd.*** | *jmutchnik@kirkland.com*<br>*kate.wheaton@kirkland.com* |
| Michael R. Lazerwitz<br>CLEARY GOTTLIEB STEEN<br>& HAMPTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone:   (202) 974-1500<br>Facsimile:    (202) 974-1999<br><br>***Counsel for Defendant LP Displays International, Ltd.*** | *mlazerwitz@cgsh.com* |
| Michael Tubach<br>Ian Simmons<br>Benjamin G. Bradshaw<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br><br>***Counsel for Samsung Electronics America, Inc.; Samsung Electronics Co., Ltd.*** | *mtubach@omm.com*<br>*isimmons@omm.com*<br>*bbradshaw@omm.com* |
| James L. McGinnis<br>Michael Scarborough<br>Gary Halling<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br><br><br>Leo D. Caseria<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone:   (213) 620-1780<br>Facsimile:    (213) 620-1398<br><br>***Counsel for Defendants Samsung SDI*** | *jmcginnis@sheppardmullin.com*<br><br>*mscarborough@sheppardmullin.com*<br>*ghalling@sheppardmullin.com*<br><br><br><br><br><br>*lcaseria@sheppardmullin.com* |

| | |
|---|---|
| *America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI Mexico S.A. de C. V; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) Sdn. Bhd.* | |
| Calvin Litsey<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303<br>Telephone: (650) 324-6700<br>Facsimile: (650) 324-6701<br><br>Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br><br>Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600<br><br>**Counsel for Defendants Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.)** | *calvin.litsey@faegrebd.com*<br><br><br><br><br><br>*kathy.osborn@faegrebd.com*<br>*ryan.hurley@faegrebd.com*<br><br><br><br><br><br>*jeff.roberts@faegrebd.com* |
| Michael T. Brody<br>Terrence Joseph Truax<br>Molly Powers<br>JENNER & BLOCK LLP<br>353 N Clark Street<br>Chicago, IL 60654-3456<br><br>Brent Caslin<br>JENNER & BLOCK LLP<br>633 West 5th Street<br>Suite 3500<br>Los Angeles, CA 90071<br><br>**Counsel for Defendants Mitsubishi Electric Corporation; Mitsubishi Electric & Electronics USA, Inc.** | *mbrody@jenner.com*<br>*ttruax@jenner.com*<br>*mpowers@jenner.com*<br><br><br><br>*bcaslin@jenner.com* |

Mark C. Dosker
Nathan Lane, III
SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
415-954-0200
Fax: 415-393-9887

mark.dosker@squiresanders.com
nathan.lane@squiresanders.com

**Counsel for Defendant Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC)**

Executed on September 5, 2014 at Little Rock, Arkansas. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Amy L. Stewart

STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

MDL No. 1917