SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
E-mail:          ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
                    mscarborough@sheppardmullin.com
                    tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF SAMSUNG SDI DEFENDANTS' OPPOSITION TO PLAINTIFF THE STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION FOR ORDER ISSUING REVISED LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA** |

1    I, Tyler M. Cunningham, do hereby declare as follows:

2    1.    I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions.  I make this declaration in support of SDI's Opposition to Plaintiff the State of California's ("Plaintiff") Administrative Motion for Order Issuing Revised Letters of Request for Taking of Evidence From Woong Tae (W.T.) Kim and Myung Joon (M.J.) Kim of the Republic of Korea (Dkt. No. 2794).  Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

3    2.    Attached hereto as Exhibit A is a true and correct copy of a letter dated October 15, 2012 from Mario N. Alioto to Wilson Mudge.  The letter indicates that several attorneys representing Plaintiff were copied, including Emilio Varanini, Michael Jorgenson and Paul Moore.

4    3.    Attached hereto as Exhibit B is a true and correct copy of a letter dated December 24, 2012 from William D. Temko to Mario N. Alioto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 9, 2014 at San Francisco, California.

    */s/ Tyler M. Cunningham*    
    TYLER M. CUNNINGHAM