# Exhibit A

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

October 15, 2012

<u>**VIA ELECTRONIC MAIL**</u>

Wilson Mudge
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

      Re:    *In re Cathode Ray Tube (CRT) Antitrust Litig.,* **Case No. 07-5944 SC**

Dear Will:

      Pursuant to the discovery order dated 04/03/2012 in the above-referenced matter, Indirect Purchaser Plaintiffs, Individual Action Plaintiffs ("Plaintiffs"), and State Attorneys General have continued to work together to discuss LG Electronics, Inc. ("LGEI") and LG Electronics USA, Inc. ("LGUSA") (collectively the "LGE defendants" or "LGE") employees regarded as potential merits deponents.

      Currently, Plaintiffs' expectations are to notice depositions to take place in San Francisco, CA beginning in November/December of this year. Please inform us of any conflicts or other issues that may preclude these individuals from attending depositions during those calendar months. We anticipate the following six individuals to be the first LGE employees noticed for deposition:

1. John Koo
2. Seung Pyung Koo
3. Ki Song Cho
4. Chang Soo Jeon
5. Pil Jae Lee
6. Kyu In Choi

      As we move forward, Plaintiffs anticipate the individuals most likely to be deposed will come from the following list of names:

| | |
|---|---|
| Michael Ahn | Sung Mo Ahn |
| Sang Yong Choi | Byung Koo Jeon |
| Yu Sik Kang | Sang Yong Sam Kim |
| Woong Tae Kim | K.Y. Ko |

| | |
|---|---|
| Havis (H.W.) Kwon | Jeong Shik Lee |
| Morris Lee | Seung Kyu Lee |
| Yeon Mo Lee | Young Bae Nah |
| Woo Hyun Paik | Chang Kwon Park |
| Kyung Joon Park | Jong Min Park |
| Seok Won Park | Robert Perry |
| Duk Chul Ryu | Ron Snaidauf |
| Jung Il Son | You Jong Song |
| Nam Kyun Woo | Young Uk Yang |

Please inform us if any of the above listed individuals are no longer employees of LGE so that we may arrange for the appropriate means of service.  In addition, please inform us if any of the above individuals intend to invoke their rights under the Fifth Amendment.

Plaintiffs reserve the right to supplement this list depending on LGE's response and on information obtained during the discovery process.  If you feel that any of the persons included in the list does not have relevant knowledge or only marginal knowledge of the relevant facts, please let us know.  Thank you for your attention to this matter and we look forward to speaking with you in the near future.

Sincerely,

/s/ Mario N. Alioto
Trump Alioto Trump & Prescott, LLP
Interim Lead Counsel for the Indirect
Purchaser Plaintiffs

cc:   Nathan Cihlar
      Brian S. Umpierre
      Emilio Varanini
      Michael Jorgenson
      Nicole Gordon
      Paul Moore
      Liz Brady
      Satu Correa
      Nicholas Weilheimer
      Phil Iovieno

2