# Exhibit B

# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

December 24, 2012

WRITER'S DIRECT LINE
(213) 683-9266
(213) 683-5166 FAX
William.Temko@mto.com

Via Email and U.S. Mail
Mario N. Alioto, Esq.
Trump Alioto Trump & Prescott
2280 Union Street
San Francisco, CA 94123

Re: **In re Cathode Ray Tube (CRT) Antitrust Litig.,
Case No. 07-5944 SC**

Dear Mario:

    I am writing in response to your November 26, 2012 letter to Hojoon Hwang and Mr. Umpierre's December 19, 2012 email proposing some dates for deposing Messrs. Pil Jae Lee, H.W. (Havis) Kwon and Duk Chul Ryu.

    We are happy to meet and confer with you regarding the timing and location of the depositions of the current employees of LG Electronics, Inc. ("LGEI") and LG Electronics USA, Inc. ("LGEUSA") ("the LG Defendants"). I am advised that Mr. Kwon is the President and CEO of LGE's Home Entertainment Company; as one of LGE's most senior executives, Mr. Kwon would be entitled to the protections of the "apex doctrine." Accordingly, we would also like to meet and confer with you regarding the nature of the testimony you hope to elicit from Mr. Kwon and whether there are less intrusive means available for obtaining that testimony.

    I look forward to discussing these matters with you and/or Mr. Umpierre. In the meantime, pursuant to Section IV(C) of the Order re: Discovery and Case Management Protocol, set forth below is the last known address and the departure date of each individual identified in Plaintiffs' letter of October 15, 2012 who is no longer employed by the LG Defendants:

19552011.3

| Name | Termination Date |
|---|---|
| John Koo<br>Alphaim House 802, Shinsa-dong 649-5<br>Gangnam-gu, Seoul<br>Korea | 12/31/03 |
| Seung Pyung Koo<br>Mido APT 208-901<br>Daechi-dong 452<br>Gangnam-gu, Seoul<br>Korea | 3/31/06 |
| Ki Song Cho<br>1688-146, Bongcheon-dong<br>Gwan'ak-gu, Seoul<br>Korea | 7/31/04 |
| Chang Soo Jeon<br>Gwangjang APT 8-602<br>Yeouido-dong<br>Yeongdeungpo-gu, Seoul<br>Korea | 3/31/09 |
| Kyu In Choi<br>Samik Green APT 105-1017<br>Myungil-dong<br>Gangdong-gu, Seoul<br>Korea | 7/1/01 |
| Michael Ahn<br>Samsung Raemian APT 107-503<br>Shin Gongduk-dong<br>Mapo-gu, Seoul<br>Korea | 4/1/10 |
| Seung Mo Ahn<br>Samsung APT 109-1504<br>Changcheon-dong 6/8<br>Mapo-gu, Seoul<br>Korea | 3/19/09 |
| Sang Yong Choi | 7/1/01 |

19552011.3

| Name | Termination Date |
|---|---|
| Taepyung Bldg. 501<br>Yangjae2-dong 397-6<br>Seocho-gu, Seoul<br>Korea | |
| Byung Koo Jeon<br>Yoowon APT 2-1411<br>Seongsan-dong<br>Mapo-gu, Seoul<br>Korea | 10/20/10 |
| Yu Sik Kang<br>LG 1st APT 155, 104-901<br>Seungbook-dong<br>Yong In<br>Korea | 8/1/89<br>*Yu Sik Kang had no connection with the LG Defendants during the alleged conspiracy period. |
| Woong Tae Kim<br>Jugong APT, Jamsil2-dong 213-2102<br>Songpa-gu, Seoul<br>Korea | 2/4/10 |
| K.Y. Ko<br>Hoogok Maeul Ju-gong A 1109-1103<br>Il San-dong<br>Il San-gu, Go-Yang<br>Korea | 7/1/01 |
| Jeong Shik Lee<br>Hyundai 2d APT 924<br>Dongchoong-dong<br>Yeonsoo-gu, Seoul<br>Korea | 6/30/03 |
| Seung Kyu Lee<br>Samsung Raemian APT<br>Bangbae-dong 2626 (46/4)
Seocho-gu, Seoul<br>Korea | 8/23/01 |
| Young Bae Nah<br>Moonchon maeul 1711-203<br>Juyeop-dong, Koyang-si | 8/1/12 |

19552011.3

MUNGER, TOLLES & OLSON LLP

Mario N. Alioto, Esq.
December 24, 2012
Page 4

| Name | Termination Date |
|---|---|
| Gyeonggi-do<br>Korea | |
| Woo Hyun Paik<br>Veronice 6 cha 401<br>Banpo-dong 551-24<br>Seocho-gu, Seoul<br>Korea | 2/1/98 |
| Kyung Joon Park<br>Banghak-dong 696-30<br>Dobong-gu, Seoul<br>Korea | 7/1/01 |
| Jong Min Park<br>Woosung APT A 203-1807<br>Guro-dong 685-250<br>Guro-gu, Seoul<br>Korea | 7/1/01 |
| Robert Perry<br>61 Fairwood Ave.<br>Sinking Spring, PA | 4/4/07 |
| Ron Snaidauf<br>1446 Normandy Court<br>Elk Grove Village, IL  60007 | 8/31/12 |
| Jung Il Son<br>Seongwon APT 302<br>Sangnam-dong, Changwon-si<br>Gyungnam<br>Korea | 7/1/01 |
| You Jong Song<br>1329-1002 Mokdong APT,<br>Shinjung 6-dong<br>Yangcheon-gu, Incheon<br>Korea | 7/1/01 |
| Nam Kyun Woo<br>Misung APT 26-15,<br>Apgujeong 397<br>Gangnam-gu, Seoul | 4/1/10 |

19552011.3

MUNGER, TOLLES & OLSON LLP

Mario N. Alioto, Esq.
December 24, 2012
Page 5

| Name | Termination Date |
|---|---|
| Korea | |
| Young Uk Yang<br>Gwangmyung 1-dong 7-128<br>Gwangmyung-si<br>Gyeonggi-do<br>Korea | 9/23/01 |

      Finally, I recently discovered that Sang Yong Sam Kim, another potential witness identified in your October 15, 2012 letter to Mr. Mudge, is currently employed by LG Electronics in Korea.

      Happy Holidays!

                                       Very truly yours,

                                       William D. Temko

cc: Brian S. Umpierre (via email)
WDT:v

19552011.3