1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER ISSUING REVISED LETTERS OF REQUEST FOR TAKING OF EVIDENCE FROM WOONG TAE (W.T.) KIM AND MYUNG JOON (M.J.) KIM OF THE REPUBLIC OF KOREA** |
| This Document Relates to:<br><br>ALL ACTIONS | |

1   Plaintiff the State of California ("Plaintiff") filed an Administrative Motion for
2   Order Issuing Revised Letters of Request for Taking of Evidence from Woong Tae (W.T.)
3   Kim and Myung Joon (M.J.) Kim of the Republic of Korea (Dkt. No. 2794) ("Motion").
4   After full consideration of the points and authorities submitted by the parties, and the Court's file
5   in this matter, and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff's
6   Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          HONORABLE SAMUEL CONTI
                                          UNITED STATES DISTRICT JUDGE