Vaughn R Walker
Law Office of Vaughn R Walker
P O Box 26250
San Francisco, CA  94126
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>All Direct Purchaser Plaintiff Actions | MDL No 1917<br><br>Master Case No 3:07-cv-05944SC<br><br>**RECOMMENDED ORDER OF THE SPECIAL MASTER** – *CORRECTED* |

15. An issue left open in the undersigned's August 14 recommended order on Sharp's January 15, 2014 motion to compel, Doc No 2743, is whether Toshiba and Panasonic would be required to produce English language translations of documents responsive to Sharp's interrogatories or to use the information gleaned from those translations in responding to Sharp's interrogatories. Sharp, by letter dated August 18, 2014, to the undersigned makes clear that it does not seek the translations themselves. Instead, it seeks to compel Toshiba and Panasonic "to utilize any of their existing translations of foreign language documents identified in their responses to the direct purchaser plaintiffs' Interrogatories Nos 4 & 5 to fully respond to Sharp's Interrogatories Nos 2 & 3." Craig Benson Letter, August 18, 2014 at 2.

The undersigned does not understand Toshiba or Panasonic to have stated that they and their counsel did *not* and would *not* utilize any translations in responding to Sharp's interrogatories. As the translations form part of the knowledge base for the interrogatory responses by Panasonic and Toshiba, it is fair to require that the translations be considered in framing these responses. If Panasonic and Toshiba did not utilize these translations in framing their interrogatory responses, they should do so promptly and augment their interrogatory responses accordingly. On the other hand, if Panasonic and Toshiba used those translations in responding to the interrogatories in question, the matter would appear to be moot.

IT IS SO ORDERED.

This  9th  day of September 2014

Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Dated: September ___, 2014

_____
Honorable Samuel Conti
United States District Judge