HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397-SC <br><br> *Siegel v. Technicolor SA, et al.*, Case No. 13-cv-05261-SC | **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** <br><br> Judge:    The Honorable Samuel Conti |

IT IS HERBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendant LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") as follows:

1.     The First Amended Complaint in the above-captioned action and all claims asserted therein by plaintiff Costco Wholesale Corporation against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2.     The First Amended Complaint in the above-captioned action and all claims asserted therein by plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust

1 against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the
2 Federal Rules of Civil Procedure;

3     3.     The undersigned parties jointly and respectfully request that the Court enter this
4 Stipulation as an Order.

5     **IT IS SO STIPULATED.**

6 DATED: September 10, 2014      MUNGER, TOLLES & OLSON LLP

By:   */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
*Hojoon.Hwang@mto.com*
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA   94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

WILLIAM D. TEMKO  (SBN 098858)
*William.Temko@mto.com*
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Devfendant
LG Electronics Taiwan Taipei Co., Ltd.

| | | |
|---|---|---|
| 1 | DATED: September 10, 2014 | **PERKINS COIE LLP** |

By: ___/s/ David J. Burman___
David J. Burman (admitted *pro hac vice*)
DBurman@perkinscoie.com
Cori G. Moore (admitted *pro hac vice*)
CGMoore@perkinscoie.com
Eric J. Weiss (admitted *pro hac vice*)
EWeiss@perkinscoie.com
Nicholas H. Hesterberg (admitted *pro hac vice*)
NHesterberg@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Joren S. Bass, Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimilie: 415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation.

DATED:  September 10, 2014	SUSMAN GODFREY LLP

By:  */s/ Lee Godfrey*
H. Lee Godfrey
Kenneth S. Marks
Jonathan Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com

Attorneys for Plaintiff
Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated: _____          _____
                                         Honorable Samuel Conti
                                         United States District Judge