Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com
*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No. C-07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>                    Plaintiff,<br>v.<br><br>HITACHI, LTD.; et al.,<br><br>                    Defendants. | Case No. C 11-05502 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>                    Plaintiff,<br>v.<br><br>TECHNICOLOR SA.; et al.,<br><br>                    Defendants. | Case No. C 13-05261 SC<br><br>**NOTICE OF APPEARANCE OF MATTHEW BEHNCKE**<br><br>JURY TRIAL DEMANDED |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1    PLEASE TAKE NOTICE THAT Matthew C. Behncke, of the law firm of Susman
2 Godfrey L.L.P., hereby appears in this action as additional counsel on behalf of plaintiff Alfred
3 H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.  Plaintiff respectfully
4 requests that all pleadings and other documents be addressed to and served upon Matthew
5 Behncke using the contact information set forth below.

> Matthew C. Behncke
> Susman Godfrey L.L.P.
> 1000 Louisiana, Suite 5100
> Houston, Texas 77002-5096
> Telephone: 713-651-9366
> Facsimile: 713-654-6666
> Email: mbehncke@susmangodfrey.com

Dated: September 11, 2014                         SUSMAN GODFREY L.L.P.

                                                  By:   */s/ Matthew C. Behncke*

                                                  Kenneth S. Marks
                                                  Jonathan J. Ross
                                                  Johnny W. Carter
                                                  Robert S. Safi
                                                  David M. Peterson
                                                  John P. Lahad
                                                  Matthew C. Behncke
                                                  SUSMAN GODFREY L.L.P.
                                                  1000 Louisiana Street, Suite 5100
                                                  Houston, Texas 77002
                                                  Telephone:  (713) 651-9366
                                                  Facsimile:  (713) 654-6666
                                                  Email: kmarks@susmangodfrey.com
                                                           jross@susmangodfrey.com
                                                           jcarter@susmangodfrey.com
                                                           rsafi@susmangodfrey.com
                                                           dpeterson@susmangodfrey.com
                                                           jlahad@susmangodfrey.com
                                                           mbehncke@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883
Email: pfolse@susmangodfrey.com
  rblack@susmangodfrey.com
  jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

Notice of Appearance of Matthew Behncke
Page 3

3

C-11-05502 SC
MDL No. 1917

3305060v1/012325