1   *[Stipulating parties listed on signature page]*

2

3

4

5

6

7

8

9               **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12

13  **IN RE:  CATHODE RAY TUBE (CRT)**          Master File No. CV-07-5944 SC
    **ANTITRUST LITIGATION**                    MDL No. 1917
14
    _____
15                                               **STIPULATION AND [PROPOSED]
    This Document Relates To:                    ORDER EXTENDING THE DEADLINE
16                                               TO FILE MOTION TO COMPEL
    ALL INDIRECT PURCHASER ACTIONS               PANASONIC DEFENDANTS TO
17                                               RESPOND TO INDIRECT-PURCHASER
                                                 PLAINTIFFS' DISCOVERY REQUESTS**
18

19          This  Stipulation  and  Proposed  Order  between  the  Indirect-Purchaser  Plaintiffs

20  ("Plaintiffs")  on  the  one  hand  and  Panasonic  Corporation,  Panasonic  Corporation  of  North

21  America, and MT Picture Display Co., Ltd. (together, the "Panasonic Defendants") on the other

22  hand (together, the "Parties") is made with respect to the following facts and recitals:

23          WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of

24  fact discovery for September 5, 2014 (Dkt. No. 2459);

25          WHEREAS,  the  deadline  to  file  any  motion  to  compel  after  the  discover  cut-off  is

26  September 12, 2014 (L.R. 37-3);

27

28

WHEREAS, on August 1, 2014, Plaintiffs served various discovery requests on all defendants in this action, including the following discovery requests on the Panasonic Defendants: (1) Plaintiffs' First Set of Interrogatories to All Defendants; (2) Plaintiffs' First Set of Requests for Admission to Panasonic Defendants; (3) Plaintiffs' Third Set of Requests for Production of Documents to Panasonic Defendants; (4) Plaintiffs' First Set of Interrogatories to Panasonic Defendants; (5) Plaintiffs' Fourth Set of Requests for Production of Documents to Panasonic Defendants; (together, the "Discovery Requests");

WHEREAS, on or around September 4, 2014, all defendants, including the Panasonic Defendants, served their responses to the Discovery Requests, whose responses included objections on various grounds;

WHEREAS, on September 7, 2014, Plaintiffs sent a meet and confer letter to the Panasonic Defendants regarding issues with their responses and the Parties have since met and conferred in a conference call and in subsequent correspondence with a *bona fide* intent to continue doing so;

WHEREAS, on September 10, 2014, the Parties had a conference call with Special Master Judge Vaughn R Walker and obtained leave for filing an omnibus motion on or before September 12, 2014 to address certain issues common to the responses from all defendants (the "Omnibus Motion");

WHEREAS, the Plaintiffs and the Panasonic Defendants agree to extend the deadline to file a motion to compel relating to issues specific to the Panasonic Defendants' discovery responses to September 19, 2014, so long as such a motion to compel does not (i) overlap with any issues to be addressed in the Omnibus Motion; and (ii) involve issues not subject to the Parties' current meet and confer discussions;

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel that Plaintiffs may file a motion to compel on issues specific to the Panasonic Defendants' discovery responses other than those addressed in the Omnibus Motion on or before September 19, 2014.

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL
CASE NO. 07-5944 SC, MDL NO. 1917

1       The undersigned Parties jointly and respectfully request that the Court enter this

2  stipulation as an order.

3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated: _____

                                            _____

5                                          Hon. Samuel Conti
                                          United States District Judge

| | |
|---|---|
| 6  Dated:  September 11, 2014 | Dated:  September 11, 2014 |
| 7  WINSTON & STRAWN LLP | TRUMP, ALIOTO, TRUMP & PRESCOTT LLP |
| 8  By: */s/ Jeffrey L. Kessler*<br>Jeffrey L. Kessler<br>A. Paul Victor<br>Aldo A. Badini<br>Eva W. Cole<br>Molly M. Donovan<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-4692<br>Facsimile:  (212) 294-4700<br>Email:    jkessler@winston.com<br>           abadini@winston.com<br>           pvictor@winston.com<br>           ewcole@winston.com<br>           mmdonovan@winston.com | By: */s/ Mario N. Alioto*<br>Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile:  (415) 346-0679<br>Email:    malioto@tatp.com<br>           laurenrussell@tatp.com<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs* |
| Steven A. Reiss (*pro hac vice*)<br>David L. Yohai (*pro hac vice*)<br>Adam C. Hemlock (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile:  (212) 310-8007<br>Email:    steven.reiss@weil.com<br>           david.yohai@weil.com<br>           adam.hemlock@weil.com<br><br>*Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* | |

26       Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

27  document has been obtained from each of the above signatories.

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL
CASE NO. 07-5944 SC, MDL NO. 1917