**United States District Court**
For the Northern District of California

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  IN RE: CATHODE RAY TUBE (CRT)      )   MDL No. 1917
   ANTITRUST LITIGATION               )
5  _____    )   Case No. C-07-5944-SC
                                      )
6  This Order Relates To:             )   ORDER GRANTING THOMSONS'
                                      )   ADMINISTRATIVE MOTIONS FOR
7  Sharp Electronics Corp. v. Hitachi )   LEAVE TO FILE UNDER SEAL
   Ltd., No. C-13-1173-SC;            )
                                      )
8  Electrograph Systems, Inc. v.      )
   Technicolor SA, No. 13-cv-05724;   )
9                                     )
   Siegel v. Technicolor SA, No. 13-  )
10 cv-05261;                          )
                                      )
11 Best Buy Co., Inc. v. Technicolor  )
   SA, No. 13-cv-05264;               )
12                                    )
   Target Corp. v. Technicolor SA,    )
13 No. 13-cv-05686                    )
                                      )
14 Interbond Corporation of America   )
   v. Technicolor                     )
15 SA, No. 13-cv-05727;               )
                                      )
16 Office Depot, Inc. v. Technicolor  )
   SA, No. 13-cv-05726;               )
17                                    )
   Costco Wholesale Corporation v.    )
18 Technicolor SA, No. 13-cv-05723;   )
                                      )
19 P.C. Richard & Son Long Island     )
   Corporation v. Technicolor SA, No. )
20 13-cv-05725;                       )
                                      )
21 Schultze Agency Services, LLC v.   )
   Technicolor SA, Ltd., No. 13-cv-   )
22 05668;                             )
                                      )
23 Sears, Roebuck and Co. and Kmart   )
   Corp. v. Technicolor SA, No. 3:13- )
24 cv-05262;                          )
                                      )
25 Tech Data Corp., et al. v.         )
   Hitachi, Ltd., et al., No. 13-cv-  )
26 00157;                             )
                                      )
27 Crago, et al. v. Mitsubishi Elec.  )
   Corp., et al., No. 14-cv-02058.    )
28                                    )

United States District Court
For the Northern District of California

1    Now before the Court are two administrative motions for leave

2    to file under seal submitted by the Thomson Defendants.[1]  ECF Nos.

3    2782 ("Deadline Mot."), 2783 ("Depo. Mot.").  The motions seek

4    leave to file under seal Exhibit A to the Declaration of Stephen

5    Judge, ECF Nos. 2782-1 ("Judge Deadline Decl.") Ex. A; 2783-1

6    ("Judge Depo. Decl.") Ex. A (collectively, the "Judge

7    Declarations"), as well as portions of two briefs filed by Thomson

8    Defendants in opposition to discovery motions filed by the Direct

9    Action Plaintiffs ("DAPs").

10    As required by Civil Local Rule 79-5, counsel for Thomson

11   Defendants, Stephen Judge, filed declarations in support of both

12   motions discussing the materials to be sealed, referencing prior

13   orders sealing materials referenced in their briefing, and noting

14   that Samsung SDI designated Exhibit A to the Judge Declarations as

15   confidential pursuant to the parties' stipulated protective order,

16   ECF No. 1142.  Judge Deadline Decl. ¶¶ 2, 9-11; Judge Depo. Decl.

17   ¶¶ 2, 9-10.  Subsequently, as required by Civil Local Rule 79-5(e),

18   counsel for Samsung SDI filed a declaration establishing the

19   sealability of Exhibit A to the Judge Declarations.  ECF No. 2813

20   ("Cunningham Decl.").

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28   [1] The Thomson Defendants are Technicolor SA (f/k/a Thomson SA) and
Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.).

**United States District Court**
For the Northern District of California

1    Accordingly, leave to file under seal is GRANTED as to:

2

| Document: | Sealed Portion: |
|---|---|
| Declaration of Stephen Judge in Support of Thomson Defendants' Administrative Motion for Leave to File Under Seal and Opposition to Direct Action Plaintiffs' Motion to Extend the Discovery Deadline Against the Thomson Defendants.   ECF No. 2782-1. | Exhibit A, ECF No. 2782-4. |
| Declaration of Stephen Judge in Support of Thomson Defendants' Administrative Motion for Leave to File Under Seal and Opposition to Direct Action Plaintiffs' Motion to Issue a Letter of Request For International Judicial Assistance to Take Depositions in France.   ECF No. 2783-1. | Exhibit A, ECF No. 2783-4. |
| Thomson Defendants' Opposition to Direct Action Plaintiffs' Motion to Extend the Discovery Deadline Against the Thomson Defendants. | Pages 3:13-14; 3:21; 4:1-7.  ECF No. 2782-2. |
| Thomson Defendants' Opposition to Direct Action Plaintiffs' Motion to Issue a Letter of Request for International Judicial Assistance to Take Depositions in France. | Pages 3:16-18; 3:24; 4:3-5.  ECF No. 2783-2. |

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

3

1    Nevertheless, counsel for Thomson Defendants failed to comply

2 with the local rules by not submitting a proposed order with their

3 administrative motions for leave to file under seal.  See Civ. L.R.

4 79-5(d)(1)(B).  Counsel for all parties are reminded that if they

5 fail to comply with the requirements of Civil Local Rule 79-5, they

6 risk denial of their motions for leave to file under seal.

7

8 IT IS SO ORDERED.

9

10    Dated: September 11, 2014    _____

11                                 UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California