SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com

HELEN C. ECKERT, Cal. Bar No. 240531
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
E-mail:       heckert@sheppardmullin.com

Attorneys for Defendant
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |
| This Document Relates to:<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Services, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

Defendant Tianjin Samsung SDI Co., Ltd. ("SDI Tianjin") and Plaintiffs Interbond Corp., P.C. Richard & Son Long Island Corp., ABC Appliance Inc., Marta Cooperative of America, Inc., CompuCom Systems, Inc., Electrograph Systems Inc. and Electrograph Tech. Corp., Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Office Depot (collectively, "Plaintiffs") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the above-captioned actions;

WHEREAS, on August 1, 2014, SDI Tianjin served its First Set of Interrogatories ("SDI Tianjin's Interrogatories") on each of the Plaintiffs;

WHEREAS, on September 5, 2014, Plaintiffs served objections and responses to SDI Tianjin's Interrogatories; and

WHEREAS, SDI Tianjin and Plaintiffs have conferred in good faith and agreed that Plaintiffs will serve supplemental objections and responses to SDI Tianjin Interrogatory Nos. 6 and 8 regarding the specific Samsung entities from whom each Plaintiff purchased CRT Products no later than September 26, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for the undersigned parties as follows:

1. Plaintiffs will serve supplemental objections and responses to SDI Tianjin Interrogatory Nos. 6 and 8 no later than September 26, 2014; and

///
///
///

2. To the extent SDI Tianjin wishes to file a motion to compel with respect to item 1 above, it will do so no later than October 3, 2014.

The undersigned parties respectfully request that this stipulation be entered as an Order of the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____

                                                   Hon. Samuel Conti
                                                   United States District Judge

| | |
|---|---|
| Dated: September 11, 2014 | By: ___/s/ Helen C. Eckert_____ |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | Gary L. Halling, Cal. Bar No. 66087 |
| | James L. McGinnis, Cal. Bar No. 95788 |
| | Michael W. Scarborough, Cal. Bar No. 203524 |
| | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA  94111-4109 |
| | Telephone:     (415) 434-9100 |
| | Facsimile:      (415) 434-3947 |
| | E-mail:           ghalling@sheppardmullin.com |
| |                 jmcginnis@sheppardmullin.com |
| |                 mscarborough@sheppardmullin.com |
| |                 dballard@sheppardmullin.com |
| | |
| | HELEN C. ECKERT, Cal. Bar No. 240531 |
| | 333 South Hope Street, 43rd Floor |
| | Los Angeles, California  90071-1448 |
| | Telephone:     213-620-1780 |
| | Facsimile:      213-620-1398 |
| | E-mail:           heckert@sheppardmullin.com |
| | |
| | *Attorneys for Defendant Tianjin Samsung SDI Co., Ltd.* |
| | |
| | By:___/s/ Philip J. Iovieno_____ |
| | BOIES, SCHILLER & FLEXNER LLP |
| | Philip J. Iovieno (*pro hac vice*) |
| | Anne M. Nardacci (*pro hac vice*) |
| | 30 South Pearl Street, 11th Floor |
| | Albany, NY 12207 |
| | Telephone:     (518) 434-0600 |
| | Facsimile:      (518) 434-0665 |
| | Email:             piovieno@bsfllp.com |
| |                 anardacci@bsfllp.com |
| | |
| | *Attorneys for Plaintiffs Interbond Corp., P.C. Richard & Son Long Island Corp., ABC Appliance Inc., Marta Cooperative of America, Inc., CompuCom Systems, Inc., Electrograph Systems Inc. and Electrograph Tech. Corp., Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Office Depot* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.