(*Stipulating Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Target Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-CV-05514-SC | **Master File No. 3:07-cv-05944-SC**<br><br>MDL No. 1917<br><br>Individual Case No. 3:11-cv-05514<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL TARGET TO RESPOND TO CERTAIN DEFENDANT DISCOVERY REQUESTS** |

This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel Target to Respond to Certain of Defendants' Discovery Requests between defendant Panasonic Corporation ("Panasonic"), on the one hand, and plaintiff Target Corporation ("Target"), on the other hand, is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

WHEREAS, the deadline to file any motion to compel after the discover cut-off is September 12, 2014 (L.R. 37-3);

WHEREAS, on April 11, 2014, defendants Panasonic and LG Electronics, Inc. served their Second Set of Interrogatories on Target ("Panasonic's Second Interrogatories");

WHEREAS, on May 15, 2014, Target served its Responses to Panasonic's Second Interrogatories;

WHEREAS, on July 21, 2014, defendants Philips Electronics North America Corporation and Toshiba Corporation served their First Set of Interrogatories on Target ("PENAC Interrogatories");

WHEREAS, on August 25, 2014, Target served its Responses to the PENAC Interrogatories;

WHEREAS, on September 9, 2014, counsel for the undersigned parties conferred in good faith and agreed that Target will serve supplemental objections and responses to (i) Panasonic's Second Interrogatories Nos. 20 (g) and (h) and 24, and (ii) PENAC Interrogatories No. 9;

WHEREAS, Panasonic and Target have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1. Target will serve revised responses to (i) Panasonic's Second Interrogatories Nos. 20 (g) and (h) and 24 and (ii) PENAC Interrogatories No. 9 by September 19, 2014.

2. The undersigned parties agree to extend the deadline to file a motion to compel relating to Target's revised responses to the named discovery requests, to the extent one is deemed necessary by Panasonic, to September 26, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                Hon. Samuel Conti
United States District Court Judge

Date: September 12, 2014                  WEIL, GOTSHAL & MANGES LLP

By: /s/ *Adam C. Hemlock*
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
LARA E. VEBLEN TRAGER (*pro hac vice*)
Email: lara.trager@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007


JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Defendant Panasonic Corporation*

CROWELL & MORING LLP

By: /s/ *Astor H.L. Heaven*
Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email:      jmurray@crowell.com
            rmcnary@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:      jmurphy@crowell.com
            aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

4

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE        MDL No. 1917
MOTION TO COMPEL TARGET TO RESPOND TO CERTAIN OF DEFENDANTS' DISCOVERY REQUESTS