*(Stipulating Parties Listed on Signature Pages)*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | |
| ALL DIRECT ACTION PLAINTIFF ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling dated March 21, 2014 (Doc. No. 2459) ("Scheduling Order"), on August 5, 2014, Defendants served the expert reports of Dr. Dennis Carlton, who addressed issues related to the Direct Action Plaintiffs' (the "DAPs") claims and the expert reports of Dr. James McClave, Dr. Kenneth Elzinga, Dr. Jerry Hausman, and Dr. Mohan Rao (the "DAP Experts");

WHEREAS, pursuant to the Scheduling Order, the DAP Experts' rebuttal reports are currently required to be served no later than September 23, 2014;

WHEREAS, pursuant to the Scheduling Order, Defendants' experts' surrebuttal reports are currently required to be served no later than October 31, 2014;

WHEREAS, the DAPs and Defendants have coordinated to establish dates for Dr. Carlton's deposition which would be convenient for Dr. Carlton and so as to allow sufficient time for review of the witness's testimony in connection with the DAP Experts' preparation of their rebuttal reports;

WHEREAS, in order to accommodate the schedule of Dr. Carlton and to accommodate DAPs' request for additional time for the DAP Experts to prepare their rebuttal reports, the parties hereto have reached an agreement as set forth herein;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs and counsel for the Defendants as follows:

1.      Defendants will produce Dr. Carlton for deposition on September 16 and 17, 2014

at White & Case's Washington, D.C. offices;

2.      The last day for the DAP Experts to serve their rebuttal expert report on the merits is extended to September 26, 2014, and the last day for the DAP Experts to serve the backup material accompanying their rebuttal expert reports on the merits is extended to October 1, 2014;

3.      The last day for Defendants' experts to serve their surrebuttal expert reports on the merits is extended to November 6, 2014, and the last day for Defendants' experts to serve the backup material accompanying their surrebuttal expert reports on the merits is extended to November 11, 2014;

4.      All other dates in the Scheduling Order are unaffected by this stipulation.

*   *   *

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
                                                                              Hon. Samuel Conti
                                                                         United States District Judge


DATED:  September 12, 2014              WINSTON & STRAWN LLP

                                                         By: /s/ Jeffrey L. Kessler_____
                                                         JEFFREY L. KESSLER (*pro hac vice*)
                                                         Email: JKessler@winston.com
                                                         A. PAUL VICTOR (*pro hac vice*)
                                                         Email: PVictor@winston.com
                                                         ALDO A. BADINI (SBN 257086)
                                                         Email: ABadini@winston.com
                                                         EVA W. COLE (*pro hac vice*)
                                                         Email: EWCole@winston.com
                                                         MOLLY M. DONOVAN
                                                         Email: MMDonovan@winston.com
                                                         **WINSTON & STRAWN LLP**
                                                         200 Park Avenue
                                                         New York, NY 10166
                                                         Telephone: (212) 294-6700
                                                         Facsimile: (212) 294-4700

2

STIPULATION AND [PROPOSED] ORDER                                          Case No. 07-5944
REGARDING SCHEDULING                                                            MDL NO. 1917

1  STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
2  DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
3  ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
4  **WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
5  New York, New York 10153-0119
Telephone: (212) 310-8000
6  Facsimile: (212) 310-8007

7  *Attorneys for Defendants Panasonic Corporation*
*(f/k/a Matsushita Electric Industrial Co., Ltd.),*
8  *Panasonic Corporation of North America, MT*
*Picture Display Co., Ltd.*

9
FRESHFIELDS BRUCKHAUS
10  DERINGER US LLP

11  By: /s/ Richard Snyder
TERRY CALVANI (SBN 53260)
12  Email: terry.calvani@freshfields.com
CHRISTINE LACIAK(*pro hac vice*)
13  Email: christine.laciak@freshfields.com
RICHARD SNYDER (*pro hac vice*)
14  Email: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US**
15  **LLP**
701 Pennsylvania Avenue NW, Suite 600
16  Washington, DC  20004
Telephone: (202) 777-4565
17  Facsimile: (202) 777-4555

18  *Attorneys for Beijing-Matsushita Color CRT*
*Company, Ltd.*
19
KIRKLAND & ELLIS LLP
20
By: /s/ Eliot A. Adelson
21  ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
22  **KIRKLAND & ELLIS LLP**
555 California Street
23  27th Floor
San Francisco, CA 94104
24  Telephone: (415) 439-1400
Facsimile: (415) 439-1500
25
*Attorneys for Defendants Hitachi, Ltd., Hitachi*
26  *Displays, Ltd., Hitachi Asia, Ltd., Hitachi America,*
*Ltd., and Hitachi Electronic Devices (USA), Inc.*
27
SHEPPARD MULLIN RICHTER & HAMPTON
28

3

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America,*
*Inc.; Samsung SDI Co., Ltd.; Samsung SDI*
*(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.*
*DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*
*Samsung SDI Co., Ltd. and Tianjin Samsung SDI*
*Co., Ltd.*

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America Information*
*Systems, Inc., Toshiba America Consumer Products,*
*L.L.C., and Toshiba America Electronic*
*Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)

4

Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V.*
*and Philips Electronics North America Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
RACHEL S. BRASS (SBN 219301)
Email: rbrass@gibsondunn.com
JOEL S. SANDERS (SBN 107234)
Email: jsanders@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes,*
*Ltd. and Chunghwa Picture Tubes (Malaysia)*

FAEGRE BAKER DANIELS LLP

By: /s/ Kathy L. Osborn

KATHY L. OSBORN (pro hac vice)
Email: kathy.osborn@FaegreBD.com
RYAN M. HURLEY (pro hac vice)
Email: ryan.hurley@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000

*Attorneys for Defendants Thomson SA and Thomson*
*Consumer Electronics, Inc.*

5

1

JENNER & BLOCK LLP

2

By: /s/ Terrence J. Truax

3

TERRENCE J. TRUAX (pro hac vice)
Email: ttruax@jenner.com

4

MICHAEL T. BRODY (pro hac vice)
Email: mbrody@jenner.com

5

**JENNER & BLOCK LLP**
353 North Clark Street

6

Chicago, Illinois 60654-3456
Telephone: 312 222-9350

7

Facsimile: 312 527-0484

8

*Attorneys for Defendants Mitsubishi Electric*

9

*Corporation, Mitsubishi Electric US, Inc. and*
*Mitsubishi Electric Visual Solutions America, Inc.*

10

BOIES, SCHILLER & FLEXNER LLP

11

12

By: /s/ Philip J. Iovieno
PHILIP J. IOVIENO

13

Email: piovieno@bsfllp.com
ANNE M. NARDACCI

14

Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**

15

10 North Pearl Street, 4th Floor
Albany, NY 12207

16

Telephone: (518) 434-0600

17

Facsimile: (518) 434-0665

18

WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com

19

JENNIFER MILICI

20

Email: jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**

21

5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015

22

Telephone: (202) 237-2727
Facsimile: (202) 237-6131

23

24

STUART SINGER
Email: ssinger@bsfllp.com

25

**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200

26

Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

27

Facsimile: (954) 356-0022

28

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corp., and Tech Data Product Management, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULING

Case No. 07-5944
MDL NO. 1917