(*Stipulating Parties Listed on Signature Pages*)

1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917<br>Master File No. M:07-5944-SC |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTIONS TO COMPEL** |

1  This Stipulation and Proposed Order Extending the Deadline to File Motions to Compel
2 between Panasonic Corporation, Panasonic Corporation of North America ("PNA"), and MT Picture
3 Display Co., Ltd. (collectively, "Panasonic"), on the one hand, and plaintiffs Best Buy Co., Inc.,
4 Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com,
5 L.L.C., and Magnolia Hi-Fi, LLC ("Best Buy") and Direct Action Plaintiffs and the Indirect
6 Purchaser Class Plaintiffs (collectively, "Plaintiffs"), on the other hand, is made with respect to the
7 following facts and recitals:

8  WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of
9 fact discovery for September 5, 2014.  *See* Dkt. No. 2459;

10  WHEREAS, the deadline to file any motion to compel after the discover cut-off is
11 September 12, 2014 (L.R. 37-3);

12  WHEREAS, on August 1, 2014, defendant PNA served its First Set of Requests for
13 Admission to Best Buy;

14  WHEREAS, on September 5, 2014, Best Buy served its Responses to PNA's First Set of
15 Requests for Admission to Best Buy and stated objections on various grounds;

16  WHEREAS, on September 11, 2014, counsel for Best Buy and PNA held a telephonic meet
17 and confer to discuss deficiencies in Best Buy responses identified by PNA and have a bona fide
18 intent to continue doing so;

19  WHEREAS, on August 1, 2014, Plaintiffs served their First Set of Requests for Admission
20 on Panasonic;

21  WHEREAS, on September 5, 2014, Panasonic served its Responses to Plaintiffs' First Set of
22 Requests for Admission and stated objections on various grounds;

23  WHEREAS, on September 10-11, 2014, counsel for the undersigned parties held telephonic
24 meet and confers to discuss deficiencies in Panasonic's responses identified by Plaintiffs and have a
25 bona fide intent to continue doing so;

26  WHEREAS, the undersigned parties have conferred by and through their counsel and,
27 subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

28  1. Subject to the parties' September 11, 2014 meet and confer discussion, PNA will

1 | provide Best Buy with revised language for certain requests in PNA's First Set of Requests for Admission to Best Buy by September 12, 2014.

2. Subject to the parties' September 11, 2014 meet and confer discussion, Best Buy will provide PNA with revised responses to certain requests in PNA's First Set of Requests for Admission to Best Buy by September 19, 2014.

3. The undersigned parties agree to extend the deadline for PNA to file a motion to compel relating to PNA's First Set of Requests for Admission to Best Buy, to the extent one is deemed necessary by PNA, to September 26, 2014.

4. Subject to the parties' September 11, 2014 meet and confer discussion, with respect to Plaintiffs' First Set of Requests for Admission to Panasonic, Plaintiffs will provide Panasonic with a revised list of documents for discussion by September 18, 2014.

5. Subject to the parties' meet and confer discussion, Panasonic will review the revised list for possible inclusion in a declaration or stipulation related to their authenticity and business record status by October 9, 2014.

6. The undersigned parties agree to extend the deadline for Plaintiffs to file a motion to compel relating to the Plaintiffs' First Set of Requests for Admission to Panasonic, to the extent one is deemed necessary by Plaintiffs, to October 16, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____           _____
                                   Hon. Samuel Conti
                                   United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING                           MDL No. 1917
THE DEADLINE TO FILE MOTIONS TO COMPEL

Date: September 12, 2014                    WINSTON & STRAWN LLP

By: /s/ *Eva W. Cole*
    JEFFREY L. KESSLER (*pro hac vice*)
    Email: jkessler@winston.com
    EVA W. COLE (*pro hac vice*)
    Email: ewcole@winston.com
    MOLLY M. DONOVAN (*pro hac vice*)
    Email: mmdonovan@winston.com
    ALDO A. BADINI (257086)
    Email: abadini@winston.com
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, New York 10166-4193
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700

    STEVEN A. REISS (*pro hac vice*)
    Email: steven.reiss@weil.com
    DAVID L. YOHAI (*pro hac vice*)
    Email: david.yohai@weil.com
    ADAM C. HEMLOCK (*pro hac vice*)
    Email: adam.hemlock@weil.com
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153-0119
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for Defendant Panasonic Corporation of North America*

    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ *Laura E. Nelson*
    Elliot S. Kaplan
    K. Craig Wildfang
    Laura E. Nelson
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    800 LaSalle Avenue
    2800 LaSalle Plaza
    Minneapolis, MN 55402
    Telephone: (612) 349-8500
    Facsimile: (612) 339-4181
    Email: eskaplan@rkmc.com
    kcwildfang@rkmc.com
    lenelson@rkmc.com

4

STIPULATION AND [PROPOSED] ORDER EXTENDING                              MDL No. 1917
THE DEADLINE TO FILE MOTIONS TO COMPEL

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
dmartinez@rkmc.com
jscasselman@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, and on behalf of the Direct Action Plaintiffs*

BOIES, SCHILLER & FLEXNER LLP


/s/ *Philip J. Iovieno*
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and*

*Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

/s/ *Lauren C. Russell*
Mario N. Alioto
Lauren C. Russell
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Fax: (415) 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.