*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br>ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL PANASONIC DEFENDANTS TO RESPOND TO INDIRECT-PURCHASER PLAINTIFFS' DISCOVERY REQUESTS** |

This Stipulation and Proposed Order between the Indirect-Purchaser Plaintiffs ("Plaintiffs") on the one hand and Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (together, the "Panasonic Defendants") on the other hand (together, the "Parties") is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014 (Dkt. No. 2459);

WHEREAS, the deadline to file any motion to compel after the discover cut-off is September 12, 2014 (L.R. 37-3);

1    WHEREAS, on August 1, 2014, Plaintiffs served various discovery requests on all defendants in this action, including the following discovery requests on the Panasonic Defendants: (1) Plaintiffs' First Set of Interrogatories to All Defendants; (2) Plaintiffs' First Set of Requests for Admission to Panasonic Defendants; (3) Plaintiffs' Third Set of Requests for Production of Documents to Panasonic Defendants; (4) Plaintiffs' First Set of Interrogatories to Panasonic Defendants; (5) Plaintiffs' Fourth Set of Requests for Production of Documents to Panasonic Defendants; (together, the "Discovery Requests");

WHEREAS, on or around September 4, 2014, all defendants, including the Panasonic Defendants, served their responses to the Discovery Requests, whose responses included objections on various grounds;

WHEREAS, on September 7, 2014, Plaintiffs sent a meet and confer letter to the Panasonic Defendants regarding issues with their responses and the Parties have since met and conferred in a conference call and in subsequent correspondence with a *bona fide* intent to continue doing so;

WHEREAS, on September 10, 2014, the Parties had a conference call with Special Master Judge Vaughn R Walker and obtained leave for filing an omnibus motion on or before September 12, 2014 to address certain issues common to the responses from all defendants (the "Omnibus Motion");

WHEREAS, the Plaintiffs and the Panasonic Defendants agree to extend the deadline to file a motion to compel relating to issues specific to the Panasonic Defendants' discovery responses to September 19, 2014, so long as such a motion to compel does not (i) overlap with any issues to be addressed in the Omnibus Motion; and (ii) involve issues not subject to the Parties' current meet and confer discussions;

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel that Plaintiffs may file a motion to compel on issues specific to the Panasonic Defendants' discovery responses other than those addressed in the Omnibus Motion on or before September 19, 2014.

1  The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 09/11/2014

_____
Hon. Samuel Conti
United States District Judge

Dated: September 11, 2014

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
A. Paul Victor
Aldo A. Badini
Eva W. Cole
Molly M. Donovan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4692
Facsimile: (212) 294-4700
Email:   jkessler@winston.com
         abadini@winston.com
         pvictor@winston.com
         ewcole@winston.com
         mmdonovan@winston.com

Steven A. Reiss (*pro hac vice*)
David L. Yohai (*pro hac vice*)
Adam C. Hemlock (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   steven.reiss@weil.com
         david.yohai@weil.com
         adam.hemlock@weil.com

*Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

Dated: September 11, 2014

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

By: */s/ Mario N. Alioto*
Mario N. Alioto
Lauren C. Russell
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email:   malioto@tatp.com
         laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.