HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendant
LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal)<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397-SC<br><br>*Siegel v. Technicolor SA, et al*., Case No. 13-cv-05261-SC | **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.**<br><br>Judge:   The Honorable Samuel Conti |

IT IS HERBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendant LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") as follows:

1. The First Amended Complaint in the above-captioned action and all claims asserted therein by plaintiff Costco Wholesale Corporation against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2. The First Amended Complaint in the above-captioned action and all claims asserted therein by plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust

1  against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the
2  Federal Rules of Civil Procedure;
3      3.   The undersigned parties jointly and respectfully request that the Court enter this
4  Stipulation as an Order.
5      **IT IS SO STIPULATED.**
6  DATED:  September 10, 2014          MUNGER, TOLLES & OLSON LLP

By:   */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
*Hojoon.Hwang@mto.com*
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA   94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO  (SBN 098858)
*William.Temko@mto.com*
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Devfendant
LG Electronics Taiwan Taipei Co., Ltd.

1  DATED: September 10, 2014            **PERKINS COIE LLP**

2

3                                        By:  */s/ David J. Burman*
                                         David J. Burman (admitted *pro hac vice*)
4                                        DBurman@perkinscoie.com
                                         Cori G. Moore (admitted *pro hac vice*)
5                                        CGMoore@perkinscoie.com
                                         Eric J. Weiss (admitted *pro hac vice*)
6                                        EWeiss@perkinscoie.com
                                         Nicholas H. Hesterberg (admitted *pro hac vice*)
7                                        NHesterberg@perkinscoie.com
                                         **PERKINS COIE LLP**
8                                        1201 Third Avenue, Suite 4900
9                                        Seattle, WA 98101-3099
                                         Telephone: 206.359.8000
10                                       Facsimile: 206.359.9000
                                         Joren S. Bass, Bar No. 208143
11                                       JBass@perkinscoie.com
12                                       **PERKINS COIE LLP**
                                         Four Embarcadero Center, Suite 2400
13                                       San Francisco, CA 94111-4131
                                         Telephone: 415.344.7120
14                                       Facsimilie: 415.344.7320

15
                                         Attorneys for Plaintiff
16                                       Costco Wholesale Corporation.

17

18

19

20

21

22

23

24

25

26

27

28                                       -3-                              MDL No. 1917
        STIPULATION AND [PROPOSED] ORDER DISMISSING LGETT

DATED:  September 10, 2014         SUSMAN GODFREY LLP

By:   */s/ Lee Godfrey*
H. Lee Godfrey
Kenneth S. Marks
Jonathan Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com

Attorneys for Plaintiff
Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 09/11/2014

*[signature]*

Honorable Samuel Conti
United States District Judge