ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. M:07-5994-SC<br>MDL No. 1917 |
| This Document Relates to | Case No. 3:11-cv-05513-SC |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL PHILIPS TO RESPOND TO DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | |
| *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396; | |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | |
| *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | |
| *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; | |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et | |

60835670.1

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL PHILIPS TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

*al.*, No. 13-cv-01173;

*Dell Inc. and Dell Products L.P. v. Hitachi, Ltd., et al.*, No. 13-cv-02171;

*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776;

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA,, et al.*, No. 13-cv-005723;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727.

*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, 3:14cv-02510;

*The Indirect Purchaser Action.*

This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel Philips to Respond to Direct Action Plaintiffs and Indirect Purchaser Plaintiff's First Set of Requests for Admission between the Direct Action Plaintiffs and Indirect Purchaser Class (collectively "Plaintiffs"), on the one hand, and defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (collectively, "Philips"), on the other hand, is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

WHEREAS, the deadline to file any motion to compel after the discover cut-off is September 12, 2014 (L.R. 37-3);

WHEREAS, on August 1, 2014, the Plaintiffs served their First Set of Requests for Admission on Philips;

WHEREAS, on September 5, 2014, Philips served its Responses to Plaintiffs' First Set of Requests for Admission and stated objections on various grounds;

WHEREAS, on September 10, 2014, counsel for the undersigned parties held telephonic meet and confers to discuss deficiencies in Philips' responses identified by Plaintiffs and have a bona fide intent to continue doing so;

WHEREAS, the Plaintiffs and Philips have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1. Subject to the parties' meet and confer discussion, the Plaintiffs provided Philips with a revised list of documents.

2. Subject to the parties' meet and confer discussion, Philips will review the revised list for inclusion on a declaration or stipulation related to their authenticity and business record status by September 26, 2014.

3. The undersigned parties agree to extend the deadline for the Plaintiffs to file a motion to compel relating to the Plaintiffs First Set of Requests for Admission, to the extent one is deemed necessary by Plaintiffs, to October 3, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____            _____
                                     Hon. Samuel Conti
                                     United States District Court Judge

60835670.1 — - 3 - — STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL PHILIPS TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

| | |
|---|---|
| DATED: September 12, 2014 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: /s/ *Laura E. Nelson* |
| | Roman M. Silberfeld |
| | David Martinez |
| | Laura E. Nelson |

*Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BESTBUY.COM, LLC; Magnolia Hi-Fi, LLC*

/s/ *Lauren C. Russell*
Lauren C. Russell
TRUMP ALIOTO TRUMP & PRESCOTT ATTORNEYS LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415.563.7200
Fax: 415.346.0679
*Lead Counsel for the Indirect Purchaser Plaintiffs*

By: /s/ Charles Malaise
Charles Malaise
charles.malaise@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-1117
Facsimile: (202) 585-1037

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

60835670.1 — - 4 - — **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL PHILIPS TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION**