1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. McGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  E-mail:       ghalling@sheppardmullin.com
                 jmcginnis@sheppardmullin.com
7                mscarborough@sheppardmullin.com

8  LEO D. CASERIA, Cal. Bar No. 240323
   333 South Hope Street, 43rd Floor
9  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
10 Facsimile:    213-620-1398
   E-mail:       lcaseria@sheppardmullin.com
11
   Attorneys for Defendants
12 SAMSUNG SDI AMERICA, INC.,
   SAMSUNG SDI CO., LTD.,
13 SAMSUNG SDI (MALAYSIA) SDN. BHD.,
   SAMSUNG SDI MEXICO S.A. DE C.V.,
14 SAMSUNG SDI BRASIL LTDA.,
   SHENZEN SAMSUNG SDI CO., LTD. and
15 TIANJIN SAMSUNG SDI CO., LTD.

16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                     SAN FRANCISCO DIVISION

20

21 | In re: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC |
   | ANTITRUST LITIGATION |  |
22 |  | MDL No. 1917 |
23 |  | **STIPULATION AND [PROPOSED] ORDER REGARDING WRITTEN DISCOVERY** |
24 | This Document Relates to: |  |
25 | TECH DATA ACTION |  |
   | Individual Case No. 13-CV-00157 SI |  |
26

27

28

Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI") and plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the Tech Data action.

WHEREAS, September 12, 2014 is the deadline to file motions to compel in the Tech Data action.

WHEREAS, SDI and Tech Data have conferred in good faith and agreed that Tech Data will supplement its response to Samsung SDI Co., Ltd.'s Interrogatory No. 24 and provide verifications for all responses to all SDI interrogatories by September 26, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. Tech Data will supplement its response to Samsung SDI Co., Ltd.'s Interrogatory No. 24 and provide verifications for all responses to all SDI interrogatories by September 26, 2014.  SDI's deadline to file a motion to compel, with respect to Samsung SDI Co., Ltd.'s Interrogatory No. 24, is October 3, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
                                             UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: September 12, 2014 | By: _____/s/ Leo D. Caseria_____ |

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
E-mail:          ghalling@sheppardmullin.com
                     jmcginnis@sheppardmullin.com
                     mscarborough@sheppardmullin.com

Leo D. Caseria, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone:     213-620-1780
Facsimile:      213-620-1398
E-mail:          lcaseria@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

By: _____/s/ Scott N. Wagner_____
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Robert W. Turken
Scott N. Wagner
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:     (305) 374-7580
Facsimile:      (305) 374-7593
Email:           rturken@bilzin.com
                     swagner@bilzin.com

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:     (954) 356-0011
Facsimile:      (954) 356-0022
Email:           ssinger@bsfllp.com

William A. Isaacson
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.