1   William A. Isaacson
2   BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave. NW, Suite 800
3   Washington, D.C.  20015
    Telephone:  (202) 237-2727
4   Facsimile:   (202) 237-6131
    Email:  wisaacson@bsfllp.com
5
    Philip J. Iovieno
6   Anne M. Nardacci
    BOIES, SCHILLER & FLEXNER LLP
7   30 South Pearl Street, 11th Floor
    Albany, NY 12207
8   Telephone: (518) 434-0600
    Facsimile: (518) 434-0665
9   Email: piovieno@bsfllp.com
    Email: anardacci@bsfllp.com
10
11  *Liaison Counsel for the Direct Action Plaintiffs*
12
              **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**
               **SAN FRANCISCO DIVISION**
14

| | |
|---|---|
| 15 **IN RE CATHODE RAY TUBE (CRT)** <br> 16 **ANTITRUST LITIGATION** | Master File No. 07-5944 SC <br><br> MDL No. 1917 |
| 17 ──────────────────────────── <br> 18 This document relates to: <br> 19 *Schultze Agency Services, LLC, on behalf of* <br> *Tweeter Opco, LLC and Tweeter Newco, LLC* <br> 20 *v. Hitachi, Ltd., et al.*, No. 12-cv-02649-SC <br> 21 | **DECLARATION OF PHILIP J.** <br> **IOVIENO IN SUPPORT OF DIRECT** <br> **ACTION PLAINTIFFS' RENEWED** <br> **MOTION TO COMPEL** <br> **PRODUCTION OF EUROPEAN** <br> **COMMISSION DECISION** |
| 22 | Judge:  Hon. Samuel P. Conti <br> 23 Court:  Courtroom 1, 17th Floor <br> Date:    October 24, 2014 <br> 24 Time:   10:00 a.m. |

25

26

27

28

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT
OF DIRECT ACTION PLAINTIFFS' RENEWED
MOTION TO COMPEL PRODUCTION OF EUROPEAN
COMMISSION DECISION

Master File No. 3:07-md-05944-SC

I, **PHILIP J. IOVIENO**, declare as follows:

1.      I am a partner at the law firm of Boies, Schiller & Flexner LLP, liaison counsel for the Direct Action Plaintiffs ("DAPs")[1] in this matter, and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Court's March 26, 2014 Order Denying Motion to Compel (ECF No. 2463).

3.      Attached hereto as Exhibit 2 is a true and correct copy of e-mail correspondence between A. Nardacci, liaison counsel for the Direct Action Plaintiffs, and R. Brass, counsel for Chunghwa Picture Tubes, dated August 29, 2014 through September 5, 2014.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Commission Decision in COMP/39.309 – LCD – Liquid Crystal Display, released on or about December 8, 2010.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Summary of Commission Decision in COMP/39.437 – TV and computer monitor tubes, released by the European Commission on or about December 5, 2012.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a statement released by the European Commission on or about December 5, 2012.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Direct Purchaser Plaintiffs' Second Set of Requests for Production of Documents, served on or about March 12, 2010.

---

[1] For purposes of this Declaration and the accompanying Renewed Motion, "DAPs" includes the following entities: ABC Appliance, Inc. d/b/a ABC Warehouse; Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC; Interbond Corporation of America, CompuCom Systems, Inc., Costco Wholesale Corp., Dell Inc., and Dell Products L.P.; Electrograph Systems, Inc., and Electrograph Technologies Corp.; MARTA Cooperative of America, Inc.; Office Depot, Inc.; P.C. Richard & Son Long Island Corp.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC; Sears Roebuck and Co., and Kmart Corp.; Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Target Corp.; Tech Data Corp., and Tech Data Product Management, Inc.; and ViewSonic Corporation.

8.       Attached hereto as Exhibit 7 is a true and correct copy of the Direct Action Plaintiffs' Second Set of Requests for Production of Documents to Defendants Chunghwa Pictures Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia), served on or about January 30, 2014.

9.       Attached hereto as Exhibit 8 is a true and correct copy of correspondence from counsel for the Direct Purchaser Plaintiffs, R. Alexander Saveri, to M. Scarborough, counsel for Samsung SDI, served on or about July 29, 2013.

10.       Attached hereto as Exhibit 9 is a true and correct copy of correspondence from liaison counsel for the Direct Action Plaintiffs, P. Iovieno, to counsel for Defendants, served on or about September 20, 2013.

11.       Attached hereto as Exhibit 10 is a true and correct copy of correspondence from R. Brass, counsel for Chunghwa Picture Tubes, to P. Iovieno, liaison counsel for Direct Action Plaintiffs, served on or about November 5, 2013.

12.       Attached hereto as Exhibit 11 is a true and correct copy of the Direct Action Plaintiffs' correspondence to the Honorable Vaughn R. Walker, served on or about January 31, 2014, seeking an order compelling production of the European Commission decision in COMP/39.437 – TV and computer monitor tubes (ECF No. 2446).

13.       Attached hereto as Exhibit 12 is a true and correct copy of Defendants' correspondence to the Honorable Vaughn R. Walker, served on or about February 28, 2014, responding to the Direct Action Plaintiffs' motion to compel (ECF No. 2449).

14.       Attached hereto as Exhibit 13 is a true and correct copy of a Statement of Decision submitted by the Direct Action Plaintiffs to the Honorable Vaughn R. Walker, containing an exhibit, *Vichi v. Koninklijke Philips Electronics, N.V.*, 85 A.3d 725 (Del. Ch. 2014), served on or about March 4, 2014 (ECF No. 2448).

15.       Attached hereto as Exhibit 14 is a true and correct copy of Defendants' correspondence to the Honorable Vaughn R. Walker, served on or about February March 12, 2014, responding to the Direct Action Plaintiffs' Statement of Decision (ECF No. 2452).

16.     Attached hereto as Exhibit 15 is a true and correct copy of the reply by the Direct Action Plaintiffs regarding the Statement of Decision previously submitted to the Honorable Vaughn R. Walker, served on or about March 17, 2014 (ECF No. 2453).

17.     Attached hereto as Exhibit 16 is a true and correct copy of correspondence from liaison counsel for the Direct Action Plaintiffs, P. Iovieno, to R. Brass, Counsel for Defendant Chunghwa Picture Tubes, served on or about July 7, 2014.

18.     Attached hereto as Exhibit 17 is a true and correct copy of correspondence from liaison counsel for the Direct Action Plaintiffs, P. Iovieno, to R. Brass, Counsel for Defendant Chunghwa Picture Tubes, served on or about August 8, 2014.

19.     Attached hereto as Exhibit 18 is a true and correct copy of correspondence from R. Brass, counsel for Chunghwa Picture Tubes, to P. Iovieno, liaison counsel for the Direct Action Plaintiffs, served on or about July 21, 2014.

20.     Attached hereto as Exhibit 19 is a true and correct copy of correspondence from R. Brass, counsel for Chunghwa Picture Tubes, to P. Iovieno, liaison counsel for the Direct Action Plaintiffs, served on or about August 14, 2014.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the Stipulated Protective Order (ECF No. 306), entered by the Court in the instant action on or about June 18, 2008.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2014, at Albany, New York.


　　　　　 _/s/ Philip J. Iovieno_
Philip J. Iovieno