# Exhibit 7

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917. |
| This Document Relates To:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;<br><br>*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;<br><br>*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649;<br><br>*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157-SC | **DIRECT ACTION PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. and CHUNGHWA PICTURE TUBES (MALAYSIA).** |

| | | |
|---|---|---|
| **PROPOUNDING PARTIES:** | | Direct Action Plaintiffs Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC; Target Corp., Sears, Roebuck, and Co., Kmart Corp.; Interbond Corporation of America; Office Depot, Inc.; CompuCom Systems, Inc.; P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.; Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corporation and Tech Data Product Management, Inc. |
| **RESPONDING PARTIES:** | | Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia). |
| **SET:** | | Two |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Direct Action Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC; Target Corp., Sears, Roebuck, and Co., Kmart Corp.; Interbond Corporation of America; Office Depot, Inc.; CompuCom Systems, Inc.; P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.; Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Direct Action Plaintiffs"), through their counsel, request that Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) (collectively, "Chunghwa Defendants") respond to the following document requests within thirty days of service and produce responsive documents, and afterwards supplement such production as may become necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

## **DEFINITIONS**

The words and phrases used in these requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. In addition, the following terms shall have the meanings set forth below whenever used in any request.

1. The term "Affiliated Entity(ies)" means any entity(ies) involved in the production, pricing, marketing, distribution, and/or sale of CRTs or CRT Products (as those terms are defined herein) at any time during the Relevant Period (as defined herein) in which any of the Chunghwa Defendants (as defined herein), or any division, subdivision, business unit, parent, subsidiary, affiliate, or joint venture thereof, held any ownership interest at any time from March 1, 1995, to the present.

2. The words "all," "any," and "each" mean "each and every."

3. The words "and" and "or" are both conjunctive and disjunctive as necessary.

4. The term "business expenses" includes any and all costs of doing business, including but not limited to any and all taxes, land acquisition costs, rent payments, insurance expenses, utility expenses (including but not limited to payments to vendors providing gas,

DIRECT ACTION PLAINTIFFS' SECOND SET OF
REQUESTS FOR PRODUCTION TO CHUNGHWA
DEFENDANTS
- 1 -
Master File No. 3:07-md-05944-SC

electric, water, trash disposal, internet, or phone services), office equipment purchases, maintenance and repair expenses, office construction or remodeling expenses, legal representation expenses, accounting expenses, and licensing or permit fees.

5. The words "communication" or "correspondence" or words of similar import, in the singular or plural, mean and include without limitation any transmission of documents, conversations, discussions, meetings, or other oral or written exchanges arising out of or concerning the subject matter addressed.

6. The term "CRT" means cathode ray tube and includes cathode ray tubes used in color televisions and color computer monitors.

7. The term "CRT Manufacturer" means any entity that manufactures CRTs.

8. The term "CRT Product" means a television or computer monitor containing a CRT.

9. The term "CRT Product Manufacturer" means any entity that manufacturers products containing CRTs, including, but not limited to, original equipment manufacturers, original design manufacturers, electronics manufacturing services, contract manufacturers, and/or systems integrators.

10. "Document" means, without limitation, the following items, whether printed, recorded, or reproduced by any other mechanical means or process, or written or produced by hand: agreements; contracts; orders; purchase orders; communications; correspondence; letters; emails; telegrams; tape recordings; memoranda; summaries; notes or other recordings of telephone conversations, personal conversations, or meetings; agenda of meetings; notices; minutes; records; calendars; daily diaries; daytimers; statistics; interoffice memoranda; personal memoranda; photographs; photographic slides; motion picture films; audio tapes; charts; graphs; diagrams; drawings; bookkeeping entries; bills; invoices; orders; receipts; canceled checks; vouchers; ledger sheets; computer printouts; statements of witnesses; findings of investigations; files; records of negotiations; reports of experts; reports of consultants; papers; books; bulletins; publications; telefaxes; facsimiles; worksheets; securities; order tickets; records; objects; video tapes; maps; posters; pamphlets; flyers; and any and every other writing or other graphic means

by which human intelligence is in any way transmitted or reported. This includes all drafts, alterations, modifications, changes, and amendments of any of the foregoing of which you have knowledge or which are now or were formerly in your actual or constructive possession, custody, or control. A draft or non-identical copy is a separate document within the meaning of this term.

11. "Identify," when used with reference to an entity, means to state the full name, present or last known address, and present or last known telephone number of such entity.

12. "Identify," when used with reference to documents, other than those under claim of privilege, means to identify the documents by each author, sender, addressee, date, subject, recipient, place of recording, and custodian.

13. "Identify" or "identification," when used in reference to an individual person, means to state his or her full name, present or last known address, present or last known telephone number, and present or last known position and business affiliation.

14. "Identify," "describe," "explain," or "state," when used in reference to any fact, act occurrence, transaction, statement, communication, document, or other matter, means to describe and identify the facts constituting such matter.

15. "Including" or "includes" means without limitation.

16. "Reflect(ing) or refer(ring) to" means a statement or communication about, relating to, concerning, describing, containing, identifying, or in any way pertaining to the subject matter in the request.

17. The term "Relevant Period" means the period beginning March 1, 1995 and continuing through the present.

18. The terms "You" and "Your" mean the Chunghwa Defendants and/or each of the Chunghwa Defendants, as defined herein.

19. The term "Chunghwa Defendants" refers collectively to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia), and their predecessors, parents, subsidiaries, or affiliates and segments, departments, or divisions thereof.

**INSTRUCTIONS**

1. The documents covered by these requests include all documents in your possession, custody, or control.

2. Each document request shall be construed independently, and no document request shall be viewed as limiting the scope of any other document request.

3. Each document request seeks information limited to the Relevant Period, unless stated otherwise.

4. You shall produce all documents in the manner in which they are maintained in the usual course of Your business and/or You shall organize and label the documents to correspond to the categories of the requests. A request for a document shall be deemed to include a request for any and all file folders within which the document was contained, transmittal sheets, cover letters, exhibits, attachments, or enclosures to the document in addition to the document itself.

5. The fact that a document is produced by another party does not relieve you of the obligation to produce your copy of the same document, even if the two documents are identical.

6. If you withhold under any claim of privilege any document or thing or portion thereof requested, then furnish a list specifying each document or thing or part thereof for which the privilege is claimed and the following information about each such item: date, author, recipients and their titles; basis on which the privilege is claimed; the paragraph or sub-paragraph of the request to which the document or thing responds; and a sufficient description of the subject matter of the document or thing (without disclosing its contents) to allow its description to the Court for a ruling on the claim of privilege.

7. If any information requested is withheld based on a claim that such information constitutes attorney work-product, please provide all the information described in the previous instruction and identify the litigation in connection with which the information and the information it contains was obtained and/or prepared.

8. For each document request with respect to which you assert a claim of privilege, state whether the documents or information requested have ever been provided to the

Government or any party, entity, or individual other than the Chunghwa Defendants or their attorneys.

9. If any responsive document was but is no longer in your possession or subject to your control, state whether it is: (a) missing or lost; (b) destroyed; (c) otherwise disposed of; or (d) transferred voluntarily or involuntarily to others, and identify the name and address of its current or last known custodian, and the circumstances surrounding such disposition.

10. The obligation to respond to these document requests is continuing pursuant to Rule 26(e) of the Federal Rules of Civil Procedure. If at any time after responding to these document requests you discover additional responsive documents that will make your responses to these document requests more complete or correct, amend your responses and produce such responsive documents as soon as reasonably possible, pursuant to the requirements of Rule 26(e).

11. If an objection is made to a request, or a part of a request, the specific ground for the objection shall be set forth clearly in the response to that request. If you consider only a part of a request to be objectionable, you must specify such part, and must otherwise respond to the remainder of the request.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 30:**

All Documents relating to, prepared for, submitted to, or received from any foreign governmental or legislative body, including the Canadian Competition Bureau, the European Commission, any agency or representative body of any foreign country, state or other political subdivision, or any law enforcement agency, authority or commission in any foreign country, relating to the production, sale, marketing, pricing or distribution of CRT or CRT Products. This request includes all Documents relating to proffers, transcripts, notes, summaries, testimony, witness statements, or responses to requests for information that You produced to any foreign governmental agency or foreign grand jury, including any Documents produced as part of any plea bargain negotiations or in connection with any application for or grant of amnesty.

| | | |
|---|---|---|
| 1 | DATED: January 30, 2014 | /s/ Philip J. Iovieno |
| 2 | | William A. Isaacson |
| | | BOIES, SCHILLER & FLEXNER LLP |
| 3 | | 5301 Wisconsin Ave. NW, Suite 800 |
| | | Washington, D.C. 20015 |
| 4 | | Telephone: (202) 237-2727 |
| | | Facsimile: (202) 237-6131 |
| 5 | | Email: wisaacson@bsfllp.com |
| 6 | | Stuart Singer |
| | | BOIES, SCHILLER & FLEXNER LLP |
| 7 | | 401 East Las Olas Blvd., Suite 1200 |
| | | Fort Lauderdale, FL 33301 |
| 8 | | Telephone: (954) 356-0011 |
| | | Facsimile: (954) 356-0022 |
| 9 | | Email: ssinger@bsfllp.com |
| 10 | | Philip J. Iovieno |
| | | Anne M. Nardacci |
| 11 | | BOIES, SCHILLER & FLEXNER LLP |
| | | 30 South Pearl Street, 11th Floor |
| 12 | | Albany, NY 12207 |
| | | Telephone: (518) 434-0600 |
| 13 | | Facsimile: (518) 434-0665 |
| | | Email: piovieno@bsfllp.com |
| 14 | | Email: anardacci@bsfllp.com |
| 15 | | *Liaison Counsel for Direct Action Plaintiffs and* |
| | | *Attorneys for Plaintiffs Office Depot, Inc., Compucom* |
| 16 | | *Systems, Inc., Interbond Corporation of America, P.C.* |
| | | *Richard & Son Long Island Corporation, MARTA* |
| 17 | | *Cooperative of America, Inc., ABC Appliance, Inc.,* |
| | | *Schultze Agency Services LLC on behalf of Tweeter* |
| 18 | | *Opco, LLC and Tweeter Newco, LLC* |
| 19 | | |
| | | */s/ David Martinez* |
| 20 | | |
| | | Roman M. Silberfeld |
| 21 | | David Martinez |
| | | Jill S. Casselman |
| 22 | | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | | 2049 Century Park East, Suite 3400 |
| 23 | | Los Angeles, CA 90067-3208 |
| | | Telephone: (310) 552-0130 |
| 24 | | Facsimile: (310) 229-5800 |
| | | Email: rmsilberfeld@rkmc.com |
| 25 | | dmartinez@rkmc.com |
| | | jscasselman@rkmc.com |
| 26 | | |
| | | Elliot S. Kaplan |
| 27 | | K. Craig Wildfang |
| | | Laura E. Nelson |
| 28 | | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | | 800 LaSalle Avenue |

| DIRECT ACTION PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO CHUNGHWA DEFENDANTS | - 7 - | Master File No. 3:07-md-05944-SC |
|---|---|---|

2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

*/s/ William J. Blechman*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com

*Counsel for Plaintiff Sears Roebuck and Co. and Kmart Corp.*

*/s/ Jason C. Murray*

Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp.*

DIRECT ACTION PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO CHUNGHWA DEFENDANTS — - 8 - — Master File No. 3:07-md-05944-SC

           /s/ Scott N. Wagner

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
Email: swagner@bilzin.com
      mwidom@bilzin.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

DIRECT ACTION PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO CHUNGHWA DEFENDANTS

- 9 -

Master File No. 3:07-md-05944-SC

| | |
|---|---|
| 1 | William A. Isaacson (admitted *pro hac vice*) |
| 2 | Melissa Felder (admitted *pro hac vice*) |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 3 | 5301 Wisconsin Ave. NW, Suite 800 |
|   | Washington, D.C. 20015 |
| 4 | Telephone: (202) 237-2727 |
|   | Facsimile: (202) 237-6131 |
| 5 | Email: wisaacson@bsfllp.com |
|   | mfelder@bsfllp.com |

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: Cathode Ray Tube (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC |
| This Document Relates To: | MDL No. 1917 |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | **CERTIFICATE OF SERVICE** |
| *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | |
| *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | |
| *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | |
| *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157-SC | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the documents listed below to be served by Email transmission on January 30, 2014 to each of the persons as set forth on the attached service list.

- Direct Action Plaintiffs' Second Set of Requests for Production to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)

Dated: January 30, 2014      /s/      *Timothy Miller*
                             Timothy Miller

2

# SERVICE LIST

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:   415-563-7200<br>Fax:   415-346-0679<br>Email: malioto@tatp.com<br>          laurenrussell@tatp.com<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:   415-217-6810<br>Fax:   415-217-6813<br>Email: guido@saveri.com<br>          rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |
| Emilio Varanini<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:   415-703-5908<br>Fax:   415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | James L. McGinnis<br>Michael W. Scarborough<br>Dylan Ballard<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:   415-434-9100<br>Fax:   415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>          mscarborough@sheppardmullin.com<br>          dballard@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* |

| | | |
|---|---|---|
| 1 | Jeffrey L. Kessler<br>A. Paul Victor<br>Eva W. Cole<br>Molly M. Donovan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel:   212-294-4692<br>Fax:   212-294-4700<br>Email: jkessler@winston.com<br>         pvictor@winston.com<br>         ewcole@winston.com<br>         mmdonovan@winston.com<br><br>*Counsel for Panasonic Corporation; Panasonic Corporation of North America; and MT Picture Display Co., Ltd.* | Steven A. Reiss<br>David L. Yohai<br>David Yolkut<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:   212-310-8000<br>Fax:   212-310-8007<br>Email: steven.reiss@weil.com<br>         david.yohai@weil.com<br>         david.yolkut@weil.com<br><br>Bambo Obaro<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175<br>Tel:   (650) 802-3000<br>Fax:   (650) 802-3100<br>Email: bambo.obaro@weil.com<br><br>*Counsel for Panasonic Corporation; Panasonic Corporation of North America; and MT Picture Display Co., Ltd.* |
| | Eliot A. Adelson<br>James Maxwell Cooper<br>Kirkland & Ellis LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Tel:     415-439-1400<br>Fax:    415-439-15001<br>Email: eliot.adelson@kirkland.com<br>         max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: 312-862-2000<br>Fax: 312-862-2200<br>Email: james.mutchnik@kirkland.com<br>         kate.wheaton@kirkland.com<br><br>*Counsel for Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.; and Hitachi Electronic Devices (USA), Inc.* | Calvin L. Litsey<br>Kathy L. Osborn<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo, CA 94303-2279<br>Tel: (650) 324-6700<br>Fax: (650) 324-6701<br>Email: calvin.litsey@faegrebd.com<br>         kathy.osborn@faegrebd.com<br><br>*Counsel for Technicolor SA and Technicolor USA, Inc.* |

4

| | |
|---|---|
| Brent Caslin<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel: (213) 239-5100<br>Fax: (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>Terrence J. Truax<br>Michael T. Brody<br>Shaun M. Van Horn<br>Jenner & Block<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>Fax: (312) 527-0484<br>Email: ttruax@jenner.com<br>mbrody@jenner.com<br>svanhorn@jenner.com<br><br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel: 415-393-8200<br>Fax: 415-393-8206<br>Email: jsanders@gibsondunn.com<br>rbrass@gibsondunn.com<br>cfujita@gibsondunn.com<br><br>*Counsel for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| Christopher M. Curran<br>Lucius B. Lau<br>Charise Naifeh<br>Dana Foster<br>White & Case<br>701 Thirteenth Street N.W.<br>Washington, DC 20005<br>Tel: 202-626-3600<br>Fax: 202-639-9355<br>Email: ccurran@whitecase.com<br>alau@whitecase.com<br>cnaifeh@whitecase.com<br>dfoster@whitecase.com<br><br>*Counsel for Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronics Components, Inc.; Toshiba America Information Systems, Inc.* | William Temko<br>Jonathan Altman<br>Hojoon Hwang<br>Laura Lin<br>Munger, Tolles & Olson LLP<br>560 Mission Street<br>San Francisco, CA 94105<br>Tel: 415-512-4009<br>Fax: 415-512-4077<br>Email: william.temko@mto.com<br>jonathan.altman@mto.com<br>hojoon.hwang@mto.com<br>laura.lin@mto.com<br><br>*Counsel for LG Electronics, Inc.; LG Electronics USA, Inc.* |

| | |
|---|---|
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel:    202-639-7700<br>Fax:   202-639-7890<br>Email: john.taladay@bakerbotts.com<br>          erik.koons@bakerbotts.com<br>          charles.malaise@bakerbotts.com<br><br>Jon V. Swenson<br>Baker Botts L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Tel:    650-739-7500<br>Fax:   650-739-7699<br>Email: jon.swenson@bakerbotts.com<br><br>*Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation* | Mark C. Dosker<br>Nathan Lane, III<br>Squire Sanders  LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel:    415-954-0200<br>Fax:   415-393-9887<br>Email: mark.dosker@squiresanders.com<br>          nathan.lane@squiresanders.com<br><br>*Counsel for Technologies Displays Americas LLC and Videocon Industries, Ltd.* |

6