# Exhibit 16

# BOIES, SCHILLER & FLEXNER LLP

30 SOUTH PEARL STREET • 11TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

July 7, 2014

| | |
|---|---|
| Michael Scarborough | John M. Taladay |
| Sheppard Mullin Richter & Hampton LLP | Baker Botts LLP |
| Four Embarcadero Center, 17th Floor | 1299 Pennsylvania Ave., NW |
| San Francisco, CA 94111 | Washington, DC 20004 |
| | |
| William D. Temko | Jeffrey Kessler |
| Munger Tolles & Olson LLP | Winston & Strawn LLP |
| 355 South Grand Avenue, Suite 3500 | 200 Park Avenue |
| Los Angeles, CA 90071 | New York, NY 10166 |
| | |
| Christopher Curran | Joel S. Sanders |
| White & Case LLP | Rachel Brass |
| 701 Thirteenth Street, N.W. | Gibson, Dunn & Crutcher LLP |
| Washington, DC 20005 | 555 Madison Street, Suite 3000 |
| | San Francisco, CA 94105 |

Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation*,
Case No. 07-cv-5944-SC (N.D. Cal.)

Dear Counsel:

I write regarding the European Commission's decision, issued December 5, 2012, concerning your clients' participation in the CRT price fixing conspiracy (the "EC Decision").

In Judge Conti's order of March 26, 2014 denying the Direct Action Plaintiffs' motion to compel production of the EC Decision, he noted that "the speedy development of a public version of the Decision is highly important." Dkt. No. 2463 at 6. He further noted that Defendants had represented that publication of a non-confidential version of the EC Decision prior to the end of fact discovery in this case was "likely." *Id*. at 5, 6. As such, Judge Conti "encouraged [Defendants] to proceed apace with their collaboration in the EC's public version of the Decision." *Id*. at 6.[1]

Although it has been more than three months since Judge Conti issued his decision and the close of fact discovery in this case is now less than two months away, the EC has not issued a public version of its Decision. Please advise what steps Defendants have taken to assist in the EC's publication of a public version of its Decision since Judge Conti issued his order on March

---

[1] *See also id*. at 8 ("The Court therefore finds that the final factor weighs against disclosure, and that it also outweighs the benefit the DAPs might receive in obtaining the Decision. However, as noted above, Defendants seem optimistic about the EC's publication of a public version of the Decision before the close of discovery in this case. They are advised to assist in that task.")

July 7, 2014
Counsel
Page 2 of 2

26, 2014.  Please further advise whether you have any information regarding whether a public version will, in fact, be forthcoming before the end of fact discovery in this case.  Please provide a response as soon as possible and, in any event, no later than Monday, July 14.  The Direct Action Plaintiffs do not want to renew our motion to compel on this issue if the EC decision will be made public shortly, but given the impending fact discovery cut-off, we need to know where this issue currently stands.

                              Sincerely,

                              */s/ Philip J. Iovieno*

                              Philip J. Iovieno
                              *Liaison Counsel for the Direct*
                              *Action Plaintiffs*

cc:      Direct Purchaser Plaintiffs' Counsel
          Indirect Purchaser Plaintiffs' Counsel