# Exhibit 17

# BOIES, SCHILLER & FLEXNER LLP

30 SOUTH PEARL STREET • 11TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

August 8, 2014

Michael Scarborough
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

John M. Taladay
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

William D. Temko
Munger Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071

Jeffrey Kessler
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Christopher Curran
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005

Joel S. Sanders
Rachel Brass
Gibson, Dunn & Crutcher LLP
555 Madison Street, Suite 3000
San Francisco, CA 94105

Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation*,
Case No. 07-cv-5944-SC (N.D. Cal.)

Dear Counsel:

I write in response to your letter of July 21, 2014.  Plaintiffs are amenable to your proposal that we discuss the issue of the EC Decision in late August, so long as Defendants agree that, if necessary, Plaintiffs may move to compel or serve follow up discovery with respect to the EC Decision by September 5.  Given the fact discovery cut off of September 5, it would be inappropriate to wait until late August for Defendants to provide an update, unless such an agreement is in place.

We request that Defendants please let us know by August 12 whether they agree to the above.

Sincerely,

*/s/ Philip J. Iovieno*

Philip J. Iovieno
*Liaison Counsel for the Direct
Action Plaintiffs*

cc: Direct Purchaser Plaintiffs' Counsel
    Indirect Purchaser Plaintiffs' Counsel