# Exhibit 18

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Rachel S. Brass
Direct: +1 415.393.8293
Fax: +1 415.374.8429
RBrass@gibsondunn.com

July 21, 2014

VIA ELECTRONIC MAIL

Philip Iovieno
Boies, Schiller & Flexner LLP
30 South Pearl Street
Albany, New York 12207

Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (N.D. Cal.)

Dear Phil:

Thank you for your letter dated July 7, 2014. We write this response on behalf of all counsel addressed in your letter and copied below.

We continue to understand that the European Commission is working to finalize a public version of its decision relating to its investigations regarding color display tubes and color picture tubes. On June 13, 2014, we received confidential communications from the EC regarding its finalization of defendants' confidentiality designations. Each of the defendants has prepared or is in the process of preparing responses to the EC regarding their confidentiality designations. (These responses are also confidential pursuant to EC procedure.)

In addition, to facilitate the process, we have provided the EC with courtesy copies of all the parties' briefing on this issue submitted to Judge Conti and notified them of your most recent correspondence. And on behalf of the defendants, we have made a request to the EC for information regarding the timing of the public version of the decision. We will provide you any information we receive. We propose discussing this issue further in a month's time, at which point we may have a better idea regarding timing.

Sincerely,

Rachel S. Brass

cc: Joel S. Sanders
Michael Scarborough

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

July 21, 2014
Page 2

        John M. Taladay
        William D. Temko
        Jeffrey Kessler
        Christopher Curren

101766521.3