# Exhibit 19

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Rachel S. Brass
Direct: +1 415.393.8293
Fax: +1 415.374.8429
RBrass@gibsondunn.com

August 14, 2014

VIA ELECTRONIC MAIL

Philip Iovieno
Boies, Schiller & Flexner LLP
30 South Pearl Street
Albany, New York 12207

Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (N.D. Cal.)

Dear Phil:

We write in response to your letter dated August 8, 2014 on behalf of all counsel addressed in your letter and copied below.

Thank you for your consideration of our proposal to discuss the issue of the EC decision in late August when we might have a better idea regarding timing. We agree that, if necessary, Plaintiffs may move to compel with respect to the EC decision by September 5. And depending on developments during the next month, we are open to later discussion of allowing a motion to compel after September 5. We do not agree to Plaintiff's proposal with respect to additional discovery regarding the EC decision, however; there is no reason for an alternative with respect to such discovery.

Please let us know whether this is acceptable to Plaintiffs.

Sincerely,

*Rachel Brass/CF*

Rachel S. Brass

cc: Joel S. Sanders
    Michael Scarborough
    John M. Taladay
    William D. Temko
    Jeffrey Kessler
    Christopher Curren

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.