Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Fax:  (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No.<br><br>3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.) MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>        Plaintiffs,<br><br>        v.<br><br>HITACHI, LTD., *et al*.,<br><br>        Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively "Dell") and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively "Mitsubishi Electric") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the Dell action.

1

2

WHEREAS, September 12, 2014 is the deadline for all parties to object to or move to compel additional responses for all written discovery responses in the Dell action.

3

4

5

WHEREAS, Dell and Mitsubishi Electric continue to negotiate initial responses and production of documents by Mitsubishi Electric to Dell's Second Set of Interrogatories and First Set of Requests for Production.

6

7

8

9

10

11

12

13

14

15

16

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows: the deadline for Dell to move to compel additional responses for Dell's Second Set of Interrogatories and First Set of Requests for Production to Mitsubishi Electric shall be moved to one week following Mitsubishi Electric's initial responses and production.  Dell does not waive any of its rights with respect to Mitsubishi Electric's initial responses to Dell's Second Set of Interrogatories and First Set of Requests for Production, including challenging the responses as untimely.  If Mitsubishi Electric does not serve its initial responses or reach an agreement with Dell by September 26, 2014 as to its initial responses, Dell retains the right to move to compel responses from Mitsubishi Electric with respect to Dell's Second Set of Interrogatories and Frist Set of Requests for Production to Mitsubishi Electric.  All other dates in the Scheduling Order are unaffected by this stipulation.

17

\*   \*   \*

18

19

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

20

PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22

23

Dated:_____                       _____
                                                          Hon. Samuel Conti
                                                          United States District Judge

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                        Case No. 07-5944
REGARDING SCHEDULING                                                     MDL NO. 1917

DATED:  September 12, 2014          ALSTON & BIRD LLP

By:      /s/ Debra D. Bernstein
    Michael P. Kenny, Esq. (GA Bar No. 415064)
    mike.kenny@alston.com
    Debra D.  Bernstein, Esq. (GA Bar No. 054998)
    debra.bernstein@alston.com
    Matthew D.  Kent, Esq. (GA Bar No. 526272)
    matthew.kent@alston.com
    Melissa M. Whitehead, Esq. (GA Bar No. 667932)
    melissa.whitehead@alston.com
    **ALSTON & BIRD LLP**
    1201 West Peachtree Street
    Atlanta, Georgia  30309-3424
    Tel: (404) 881-7000
    Facsimile: (404) 881-7777

    *Counsel for Dell Inc. and Dell Products L.P.*

JENNER & BLOCK LLP

By:      /s/ Michael T. Brody
    Terrence J. Truax  (pro hac vice)
    ttruax@jenner.com
    Michael T. Brody (pro hac vice)
    mbrody@jenner.com
    Gabriel A. Fuentes
    gfuentes@jenner.com
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, Illinois 60654-3456
    Tel: (312) 222-9350
    Fax: (312) 527-0484

    Brent Caslin (198682)_
    bcaslin@jenner.com
    JENNER & BLOCK LLP
    633 West Fifth Street
    Suite 3600
    Los Angeles, California 90071
    Tel: (213) 239-5100
    Fax: (213) 239-5199

    *Counsel for Mitsubishi Electric Corporation,*
    *Mitsubishi Electric US, Inc., and Mitsubishi*
    *Electric Visual Solutions America, Inc.*

*   *   *

    Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

3