1  Michael P. Kenny (mike.kenny@alston.com)
   Debra D. Bernstein (debra.bernstein@alston.com)
2  Matthew D. Kent (matthew.kent@alston.com)
   **ALSTON & BIRD LLP**
3  1201 West Peachtree Street
   Atlanta, Georgia  30309-3424
4  Tel: (404) 881-7000
   Fax:  (404) 881-7777
5
   James M. Wagstaffe, Esq. (SBN 95535)
6  wagstaffe@kerrwagstaffe.com
   **KERR & WAGSTAFFE LLP**
7  100 Spear Street, 18th Floor
   San Francisco, California 94105-1576
8  Tel: (415) 371-8500
   Fax: (415) 371-0500
9

10 *Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>  Plaintiffs,<br><br>  v.<br><br>HITACHI, LTD., *et al*.,<br><br>  Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively "Dell") and Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively "Philips") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on July, 30 2014, Dell served its Second Set of Interrogatories and Second Set of Requests for Production on Philips.

WHEREAS, Philips responded and objected to Dell's Second Set of Interrogatories and Second Set of Requests for Production on September 2, 2014.

WHEREAS, Philips objected to Dell's Second Set of Interrogatories on the basis that Dell had exceeded its allotted 25 interrogatories as provided for under Federal Rule 33.

WHEREAS, other plaintiffs in the above-stated action have received discovery responses with similar objections and intend to file motions to compel with the Special Master challenging the defendants' calculation of the number of interrogatories received from the plaintiffs groups.

WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the Dell action.

WHEREAS, September 12, 2014 is the deadline for all parties to object to or move to compel additional responses for all written discovery responses in the Dell action.

WHEREAS, Dell and Philips have agreed to await the Special Master's ruling on the proper method of calculating the number of interrogatories under Federal Rule 33 before evaluating whether Philips is required to provide more substantive responses to Dell's Second Set of Interrogatories.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows: the deadline for Dell to move to compel additional responses for written discovery in the Dell action with respect to Dell's Second Set of Interrogatories shall be moved to fourteen days after any order by the Special Master addressing the proper method of calculating the number of interrogatories under Federal Rule 33.  All other dates in the Scheduling Order are unaffected by this stipulation.

\* \* \*

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
                                            Hon. Samuel Conti

United States District Judge

DATED: September 12, 2014                    ALSTON & BIRD LLP

By:     */s/ Debra D. Bernstein*
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
Melissa M. Whitehead, Esq. (GA Bar No. 667932)
melissa.whitehead@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Dell Inc. and Dell Products L.P.*

BAKER BOTTS LLP

By:     */s/ Charles Malaise*
Charles Malaise
charles.malaise@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Tel.: (202) 639-1117
Facsimile: (202) 585-1037

*Counsel for Koninklijke Philips N.V. and Philips Electronics North America Corporation*

∗   ∗   ∗

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.