1  Michael P. Kenny (mike.kenny@alston.com)
   Debra D. Bernstein (debra.bernstein@alston.com)
2  Matthew D. Kent (matthew.kent@alston.com)
   **ALSTON & BIRD LLP**
3  1201 West Peachtree Street
   Atlanta, Georgia  30309-3424
4  Tel: (404) 881-7000
   Fax:  (404) 881-7777
5
   James M. Wagstaffe, Esq. (SBN 95535)
6  wagstaffe@kerrwagstaffe.com
   **KERR & WAGSTAFFE LLP**
7  100 Spear Street, 18th Floor
   San Francisco, California 94105-1576
8  Tel: (415) 371-8500
   Fax: (415) 371-0500
9

10 *Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

11              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
12                 **SAN FRANCISCO DIVISION**

13 In re: CATHODE RAY TUBE (CRT)
   ANTITRUST LITIGATION
14                                              Master File No. 3:07-cv-05944-SC (N.D. Cal.)
   This Document Relates to Individual Case No.   MDL No. 1917
15
   3:13-cv-02171-SC
16

17

18 DELL INC. and DELL PRODUCTS L.P.,           Individual Case No. 3:13-cv-02171-SC

19         Plaintiffs,

20         v.                                  **STIPULATION AND [PROPOSED]**
                                               **ORDER REGARDING SCHEDULING**
21 HITACHI, LTD., *et al*.,

22         Defendants.

23         Plaintiffs Dell Inc. and Dell Products L.P. (collectively "Dell") and Defendants Samsung

24 SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Brasil, Ltda., Samsung SDI (Malaysia)

25 SDN Bhd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd., and Tianjin

26 Samsung SDI Co., Ltd. (collectively "Samsung SDI") have conferred by and through their

27 counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

28

---

STIPULATION AND [PROPOSED] ORDER                                    Case No. 07-5944
REGARDING SCHEDULING                                               MDL NO. 1917

1

2      WHEREAS, on July, 30 2014, Dell served its Seventh Set of Interrogatories and Second

3 Set of Requests for Production on Samsung SDI.

4      WHEREAS, Samsung SDI responded and objected to Dell's Seventh Set of

5 Interrogatories and Second Set of Requests for Production on September 2, 2014.

6      WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the Dell

7 action.

8      WHEREAS, September 12, 2014 is the deadline for all parties to object to or move to

9 compel additional responses for all written discovery responses in the Dell action.

10      WHEREAS, Dell and Samsung SDI continue to negotiate potential supplemental

11 responses and production of documents by Samsung SDI to Dell's Seventh Set of Interrogatories

12 and Second Set of Requests for Production.

13 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as

14 follows: the deadline for Dell to move to compel additional responses for Dell's Seventh Set of

15 Interrogatories and Second Set of Requests for Production to Samsung SDI shall be moved to one

16 week following Samsung SDI's supplemental responses and production.  If Dell and Samsung

17 SDI do not reach an agreement by September 19, 2014, Dell retains the right to move to compel

18 responses from Samsung SDI with respect to Dell's Seventh Set of Interrogatories and Second Set

19 of Requests for Production to Samsung SDI, with such motion to be submitted by September 19,

20 2014.  All other dates in the Scheduling Order are unaffected by this stipulation.

21                                            *   *   *

22      The undersigned parties jointly and respectfully request that the Court enter this

23 stipulation as an order.

24

25

26

27

28

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____                    _____
                                                                    Hon. Samuel Conti
                                                                    United States District Judge



DATED:  September 12, 2014                    ALSTON & BIRD LLP

                                                            By:        */s/ Debra D. Bernstein*
                                                                Michael P. Kenny, Esq. (GA Bar No. 415064)
                                                                mike.kenny@alston.com
                                                                Debra D.  Bernstein, Esq. (GA Bar No. 054998)
                                                                debra.bernstein@alston.com
                                                                Matthew D.  Kent, Esq. (GA Bar No. 526272)
                                                                matthew.kent@alston.com
                                                                Melissa M. Whitehead, Esq. (GA Bar No. 667932)
                                                                melissa.whitehead@alston.com
                                                                **ALSTON & BIRD LLP**
                                                                1201 West Peachtree Street
                                                                Atlanta, Georgia  30309-3424
                                                                Tel.: (404) 881-7000
                                                                Facsimile: (404) 881-7777

                                                                *Counsel for Dell Inc. and Dell Products L.P.*

                                                            SHEPPARD, MULLIN, RICHTER &
                                                            HAMPTON LLP

                                                            By:        /s/ *Michael Scarborough*
                                                                Gary L. Hallings, Esq. (Cal. Bar No. 66087)
                                                                ghalling@sheppardmullin.com
                                                                James. L. McGinnis, Esq. (Cal. Bar No. 95788)
                                                                jmcginnis@sheppardmullin.com
                                                                Michael Scarborough (Cal. Bar No. 203524)
                                                                mscarborough@sheppardmullin.com
                                                                **SHEPPARD, MULLIN, RICHTER &
                                                                HAMPTON LLP**
                                                                Four Embarcadero Center, 17th Floor
                                                                San Francisco, California 94111-4109
                                                                Tel.: (415) 434-9100
                                                                Facsimile: (415) 434-3947

                                                                *Counsel for Samsung SDI Co., Ltd., Samsung SDI
                                                                America, Inc., Samsung SDI Brasil, Ltda.,
                                                                Samsung SDI (Malaysia) SDN Bhd., Samsung SDI
                                                                Mexico S.A. de C.V., Shenzhen Samsung SDI Co.
                                                                Ltd., and Tianjin Samsung SDI Co., Ltd.*

3

1                                                    *   *   *

2

3           Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

4    document has been obtained from each of the above signatories.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND [PROPOSED] ORDER                                                Case No. 07-5944
REGARDING SCHEDULING                                                            MDL NO. 1917