# EXHIBIT 5

# technicolor



# ANNUAL REPORT 2013
including the Annual Financial Report

### Net interest expense

The net interest expense for continuing operations amounted to €112 million in 2013, compared with €145 million in 2012. This significant decline reflected lower borrowing costs stemming from the refinancing transaction and the significant gross debt reduction, including the voluntary debt prepayment for €67 million implemented in the refinancing context.

For further information, please refer to note 9 of the Group's consolidated financial statements. The interest expense has been computed using the effective interest rate on the Reinstated Debt.

### Other financial income (expense)

Other financial expense for continuing operations totaled €176 million in 2013, compared with €52 million in 2012. In 2013, this amount included €161 million of costs related to the refinancing of July 2013. Transaction costs, including tender premium and other fees on the new debt, amounted to €81 million, while the purchase of part of the senior secured debt maturing in 2016 and 2017 resulted into an IFRS gain reversal recognized as a non-cash expense for €76 million.

## 2.9.5   INCOME TAX

In 2013, the Group total income tax expense on continuing operations, including both current and deferred taxes, amounted to €41 million compared to an expense of €49 million in 2012.

The current income tax charge was notably the result of current taxes due in France, Mexico, Brazil, the UK, Poland and Australia, as well as withholding taxes, which were mostly credited against taxes payable in France. In France, the current income tax reflects income taxes payable due to the limitation of the usage of tax losses carried forward, withholding taxes on income earned by the Group's licensing activities and the local tax "CVAE".

In 2013, as a consequence of all the new rules, and taking into account updated forecasts within the French tax group and consumption of the year, French deferred tax assets remained stable compared to the deferred tax assets recognized as at previous year-end. The remaining deferred tax assets at closing date correspond to a usage by 2027, which represents the estimated predictable taxable income period of the Licensing activity based on future and existing licensing programs.

For more information, please refer to note 10 of the Group's consolidated financial statements.

## 2.9.6   PROFIT (LOSS) FROM CONTINUING OPERATIONS

Profit from continuing operations was a loss of €111 million in 2013, compared with a profit of €13 million in 2012, reflecting mainly the cost of the refinancing transaction.

## 2.9.7   PROFIT (LOSS) FROM DISCONTINUED OPERATIONS

In 2013, Technicolor recorded a €19 million profit from discontinued operations (compared with a loss of €35 million in 2012), reflecting the early payment of a promissory note by Francisco Partners, related to the sale of the Grass Valley Broadcast business in 2010.

In 2012, the loss from discontinued operations was mainly driven by the €38.6 million fine from the European Union related to Thomson's former Cathode Ray Tubes (CRT) business, a business discontinued by the Group in 2005.

## 2.9.8   NET INCOME (LOSS) OF THE GROUP

Technicolor consolidated net loss was €92 million in 2013 (compared with a loss of €22 million in 2012). The net loss attributable to non controlling interests in 2013 is €5 million in 2013 (compared to a loss of €2 million in 2012). Accordingly, the net loss attributable to shareholders of Technicolor SA totaled €87 million (compared with a loss of €20 million in 2012). Stripping out the cost of the refinancing, net profit of the Group reached €69 million.

Net loss per non-diluted share was €0.26 in 2013, compared with a net loss per non-diluted share of €0.07 in 2012.

## 2.9.9   ADJUSTED INDICATORS

In addition to its published results presented in accordance with IFRS and with the aim of providing a more comparable view of the changes in its operating performance, the Group presents a set of adjusted indicators, which exclude impairment charges, restructuring charges and other income and expenses with respect to adjusted EBIT, and amortization charges as well as the impact of provisions for risks, warranties and litigation with respect to adjusted EBITDA (in addition to adjustments included in adjusted EBIT). Technicolor considers that this information may help investors in their analysis of the Group's performance by excluding factors it considers to be non-representative of Technicolor's normal operating performance.

- cash outflow for the acquisition of equity holdings in subsidiaries (net of cash acquired), amounting to €8 million in 2013, compared with €10 million in 2012. In 2013, it corresponded mainly to the acquisition of Village Roadshow and Indoor Direct interests. In 2012, it corresponded mainly to the acquisition of assets from Quinta and Indoor Direct interest;
- proceeds received from sales of equity holdings, amounted to €6 million in 2013, compared with €17 million in 2012 (net of the cash of companies disposed of). In 2013, it corresponded to the net sale proceeds of the investment in Novaled and in 2012 to the disposal of Broadcast Services;
- net variation of cash collateral and security deposits (to secure the Group's obligations) generated a net cash inflow of €5 million in 2013 (compared with a net cash inflow of €4 million in 2012).

### Discontinued Operations
Net investing cash in discontinued operations was a cash inflow of €27 million in 2013, compared with €5 million of cash used in 2012, related mainly to the proceeds received from Francisco Partner following an agreement in 2013 on a Promissory Note issued when the Grass Valley Broadcast business was sold to Francisco Partners in 2010.

## Net cash used in financing activities
Net cash used in financing activities amounted to €248 million in 2013, compared with €73 million used in 2012.

### Continuing operations
Net financing cash used in continuing activities was €248 million in 2013, compared with €73 million used in 2012.

The net cash used in 2013 was primarily to repay borrowings for a net amount of €122 million consisting of (i) debt repayments of €965 million, primarily €57 million of normal scheduled debt repayments, €67 million of prepayments and €838 million which was refinanced and (ii) proceeds from the issuance of new debt in the amount of €843 million.

In addition to the net repayments of borrowings for €122 million, net financing cash included costs related to the refinancing transaction of €131 million.

### Discontinued operations
No financing cash was used by discontinued operations in 2013 and 2012.

## 2.10.3 FINANCIAL RESOURCES
Gross financial debt totaled €1,022 million (IFRS value) at the end of 2013, compared with €1,115 million at the end of 2012. At December 31, 2013, financial debt consisted primarily of €239 million of term loans issued in May 2010 as part of the Group's debt restructuring and €750 million of term loans issued in the refinancing of July 2013. At December 31, 2012, financial debt consisted primarily of €435 million of notes and €659 million of term loans, both issued in May 2010. Financial debt due within one year amounted to €86 million at the end of 2013, compared with €96 million at the end of 2012.

The private placements and the borrowings restructured in 2010 in accordance with the *Sauvegarde* Plan were largely refinanced in July 2013, with the impact of reducing the total amount of debt, reducing the average interest rate and extending the maturity.

At December 31, 2013 the Group had €307 million of cash and deposits, compared with €397 million at December 31, 2012.

For more detailed information on the restructuring and the Group's debt, please refer to note 22 to the Group's consolidated financial statements.

The table below summarizes Technicolor's net financial debt at December 31, 2013.

|  | Type of interest rate | Amount at December 31, 2013 (in million euros) | First maturity [1] | Existence of hedges |
|---|---|---|---|---|
| Term Loans (Non-amortizing tranche) | Floating | 184 | 2017 | Yes |
| Term Loans (Amortizing tranche) | Floating | 805 | 2014 | Yes |
| Other non-current debt | Various | 10 | 2015 | No |
| Other current debt | Various | 23 | 2013 | No |
| **TOTAL DEBT** |  | **1,022** |  |  |
| Available cash and deposits | Floating | 307 | 0 to 1 month | No |
| Committed credit facilities [2] | Floating | 241 |  |  |
| **TOTAL LIQUIDITY** |  | **548** |  |  |

(1) Please refer to note 22.3 for a maturity schedule of the Group's debt.
(2) Availability varies depending on the amount of receivables (please refer to note 22.3 (f)).