Mark C. Dosker (State Bar # 114789)
Nathan Lane, III (State Bar # 50961)
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
Email: mark.dosker@squirepb.com
nathan.lane@squirepb.com

Donald A. Wall (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4000
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

Attorneys for Defendant Technologies Displays Americas LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL CASES. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

Pursuant to Civil L.R. 11-3, Donald A. Wall, an active member of the bar in the State of Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hoc vice* basis representing Technologies Displays Americas LLC in the above-entitled actions.

In support of this application, I certify an oath that:

1.      1 am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2.      I agree to abide by the Standards of Professional Conduct set forth in the Civil Local Rule 11-4 to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.   An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

> Nathan Lane, III
> SQUIRE PATTON BOGGS (US) LLP
> 275 Battery Street, Suite 2600
> San Francisco, CA  94111
> Telephone: +1 415 954 0200
> Facsimile: +1 415 393 9887
> Email: nathan.lane@squirepb.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15th of September, 2014.

>  _____
> Donald A. Wall
> Squire Patton Boggs (US) LLP
>
> Attorneys for Defendant
> Technologies Displays Americas LLC

**PROOF OF SERVICE**

The undersigned certifies and declares as follows:

I am a resident of the State of Arizona and over 18 years of age and am not a party to this action. My business address is 1 East Washington Street, Suite 2700, Phoenix, Arizona 85004, which is located outside of the county where any non-personal service described below took place.

On September 15, 2014, I served the following document(s): **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** on the interested parties in this action as follows:

**ALL PARTIES APPEARING IN THIS ACTION**

☒ By ECF/PACER: I electronically served the above document(s) via ECF/PACER.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 15, 2014, at Phoenix, Arizona.

_____
Sara Ramirez

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

---

I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### DONALD ARTHUR WALL

was on the 23rd day of October, 1982, duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.



Given under my hand and the seal of said Court this 11th day of September, 2014.

JANET JOHNSON, Clerk

By _____
BriAnna M. Aguirre
Deputy Clerk II

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **DONALD ARTHUR WALL** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 23, 1982 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this September 10, 2014.

Jennifer R. Albright
Disciplinary Clerk