1  Mark C. Dosker (State Bar # 114789)
2  Nathan Lane, III (State Bar # 50961)
   SQUIRE PATTON BOGGS (US) LLP
3  275 Battery Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: +1 415 954 0200
   Facsimile: +1 415 393 9887
5  Email: mark.dosker@squirepb.com
   nathan.lane@squirepb.com
6
7  Donald A. Wall (*Pro Hac Vice*)
   SQUIRE PATTON BOGGS (US) LLP
8  1 East Washington Street, Suite 2700
   Phoenix, Arizona 85004
9  Telephone: + 1 602 528 4000
   Facsimile: +1 602 253 8129
10 Email: donald.wall@squirepb.com

11 Attorneys for Defendant Technologies Displays Americas LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL CASES. | [~~PROPOSED~~]<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

Donald A. Wall, an active member in good standing of the Bar of the State of Arizona, whose business address and telephone number are:

> SQUIRE PATTON BOGGS (US) LLP
> 1 East Washington Street, Suite 2700
> Phoenix, Arizona 85004
> Telephone: + 1 602 528 4000
> Facsimile: +1 602 253 8129
> Email: donald.wall@squirepb.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Technologies Displays Americas LLC;

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*.  Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party.  All future filings in this action are subject to the requirements
5  contained in General Order No. 45, Electronic Case Filing.

6  DATED: 09/17/2014

8  _____
   The Honorable Samuel Conti