Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com


Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-1173 SC<br><br>All Direct Purchaser Actions | INDIVIDUAL CASE: 13-CV-1173 SC<br><br>**SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S NOTICE OF APPEAL FROM COLLATERAL ORDER** |

1  Notice is hereby given that Sharp Electronics Corporation and Sharp Electronics

2  Manufacturing Company of America, Inc., Plaintiffs in the above named case, hereby appeal to

3  the United States Court of Appeals for the Ninth Circuit from the collateral order denying their

4  motion for an enlargement of time to opt out of settlements between the Direct Purchaser

5  Plaintiffs and the SDI and Hitachi Defendants, entered in this Action on August 20, 2014, ECF

6  No. 2746, and the collateral order entered in this Action on September 8, 2014, denying their

7  motion for leave to file a motion for reconsideration. ECF No. 2814.

8

9  DATED: September 18, 2014       By: */s/ Kenneth A. Gallo*
                                        Kenneth A. Gallo
10

11           Kenneth A. Gallo (*pro hac vice*)
             Joseph J. Simons (*pro hac vice*)
12           Craig A. Benson (*pro hac vice*)
             **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
13           2001 K Street, NW
             Washington, DC  20006
14           Telephone: (202) 223-7300
             Facsimile: (202) 223-7420
15           Email: kgallo@paulweiss.com
             Email: jsimons@paulweiss.com
16           Email: cbenson@paulweiss.com

17
             Stephen E. Taylor (SBN 058452)
18           Jonathan A. Patchen (SBN 237346)
             **TAYLOR & COMPANY LAW OFFICES, LLP**
19           One Ferry Building, Suite 355
             San Francisco, California 94111
20           Telephone:  (415) 788-8200
             Facsimile:  (415) 788-8208
21           Email: staylor@tcolaw.com
             Email: jpatchen@tcolaw.com
22

23           *Attorneys for Plaintiffs Sharp Electronics Corporation and*
24           *Sharp Electronics Manufacturing Company of America, Inc.*

25

26

27

28

---

SHARP'S NOTICE OF APPEAL FROM COLLATERAL ORDER AND REPRESENTATION STATEMENT
CASE NO. 13-CV-1173 SC, MDL NO. 1917

1

## REPRESENTATION STATEMENT

The undersigned represents Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.  In accordance with Fed. R. App. P. 12(b) and Ninth Cir. R. 3-2(b), attached is a service list that shows all of the parties to the action and identifies their counsel by name, firm, address, email and telephone number, where appropriate.

DATED: September 18, 2014         By: */s/ Kenneth A. Gallo*
                                          Kenneth A. Gallo

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

SHARP'S NOTICE OF APPEAL FROM COLLATERAL ORDER AND REPRESENTATION STATEMENT
CASE NO. 13-CV-1173 SC, MDL NO. 1917

2

## REPRESENTATION STATEMENT SERVICE LIST

| | |
|---|---|
| Kenneth A. Gallo (*pro hac vice*)<br>Joseph J. Simons (*pro hac vice*)<br>Craig A. Benson (*pro hac vice*)<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC  20006<br>Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420<br><br>Stephen E. Taylor (SBN 058452)<br>Jonathan A. Patchen (SBN 237346)<br>Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>Telephone:  (415) 788-8200<br>Facsimile:  (415) 788-8208<br><br>***Attorneys for Plaintiffs-Appellants Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*** | *kgallo@paulweiss.com*<br>*jsimons@paulweiss.com*<br>*cbenson@paulweiss.com*<br><br><br><br><br><br>*staylor@tcolaw.com*<br>*jpatchen@tcolaw.com* |
| Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP<br>& PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br><br>***Interim Lead Counsel for the Indirect Purchaser Plaintiffs*** | *malioto@tatp.com*<br>*laurenrussell@tatp.com* |
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>***Interim Lead Counsel for the Direct Purchaser Plaintiffs*** | *guido@saveri.com*<br>*rick@saveri.com*<br>*grushing@saveri.com*<br>*cadio@saveri.com* |

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br><br>William A. Isaacson<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, N.W., Suite 800<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br><br>*Liaison Counsel for the Direct Action Plaintiffs and Plaintiffs Electrograph Systems; Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Compucom Systems Inc.; Tweeter Opco, LLC; Schultze Agency Services, LLC on behalf of Tweeter Newco, LLC; ABC Appliance, Inc.; Marta Cooperative of American, Inc., P.C.; Richard & Son Long Island Corporation* | *piovieno@bsfllp.com*<br>*anardacci@bsfllp.com*<br><br><br><br><br><br><br>*wisaacson@bsfllp.com* |
| Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5908<br><br>*California Office of the Attorney General* | *emilio.varanini@doj.ca.gov* |

| | |
|---|---|
| Jeffrey L. Kessler | *JKessler@winston.com* |
| Eva W. Cole | *EWCole@winston.com* |
| Molly Donovan | *MMDonovan@winston.com* |
| A. Paul Victor | *PVictor@winston.com* |
| Aldo A. Badini | *ABadini@winston.com* |
| James F. Lerner | *JLerner@winston.com* |
| Jennifer Stewart | *JStewart@winston.com* |
| Sofia Arguello | *SArguello@winston.com* |
| WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4698<br>Facsimile: (212) 294-4700 | |
| David L. Yohai | *david.yohai@weil.com* |
| David E. Yolkut | *david.yolkut@weil.com* |
| Kevin B. Goldstein | *kevin.goldstein@weil.com* |
| Adam Hemlock | *adam.hemlock@weil.com* |
| Diana Aguilar | *diana.aguilar@weil.com* |
| Meaghan Thomas-Kennedy | *meaghan.thomas-kennedy@weil.com* |
| WEIL, GOTSHAL, & MANGES, LLP<br>767 Fifth Ave.<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 | |
| Bambo Obaro | *Bambo.obaro@weil.com* |
| WEIL, GOTSHAL, & MANGES, LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 | |
| ***Counsel for Defendants Panasonic Corporation; Panasonic Corporation of North America; MT Picture Display Co., Ltd.*** | |

| | |
|---|---|
| Hojoon Hwang<br>Jerome C. Roth<br>Laura K. Lin<br>MUNGER, TOLLES & OLSON<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 | *Hojoon.Hwang@mto.com*<br>*Jerome.Roth@mto.com*<br>*Laura.lin@mto.com* |
| William D. Temko<br>Jonathan E. Altman<br>Bethany W. Kristovich<br>MUNGER, TOLLES & OLSON<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9266<br>Facsimile: (213) 683-5166 | *William.Temko@mto.com*<br>*Jonathan.Altman@mto.com*<br>*Bethany.kristovich@mto.com* |
| ***Counsel for Defendants LG Electronics, Inc.;<br>LG Electronics USA, Inc.; LG<br>Electronics Taiwan Taipei Co., Ltd.*** | |

| | |
|---|---|
| John M. Taladay<br>Charles Malaise<br>Erik Koons<br>Joseph Ostoyich<br>BAKER BOTTS L.L.P.<br>The Warner<br>1299 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890<br><br>Jon V. Swenson<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br><br>***Counsel for Defendants Koninklijke Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronica Ltda.*** | *john.taladay@bakerbotts.com*<br>*charles.malaise@bakerbotts.com*<br>*erik.koons@bakerbotts.com*<br>*joseph.ostoyich@bakerbotts.com*<br><br><br><br><br><br><br>*jon.swenson@bakerbotts.com* |
| Joseph R. Tiffany, II<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4644<br>Facsimile: (650) 233-4545<br><br>***Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.*** | *joseph.tiffany@pillsburylaw.com* |

| | |
|---|---|
| Joel S. Sanders<br>Rachel S. Brass<br>Austin V. Schwing<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>*Counsel for Defendants Chunghwa Picture Tubes, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; and Tatung Company of America* | *jsanders@gibsondunn.com*<br>*rbrass@gibsondunn.com*<br>*aschwing@gibsondunn.com* |
| Christine Laciak<br>Richard Snyder<br>Terry Calvani<br>Bruce C. McCulloch<br>Craig Minerva<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>701 Pennsylvania Ave., NW Suite 6000<br>Washington D.C. 20004-2692<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br><br>*Counsel for Defendants Beijing-Matsushita Color CRT Co., Ltd.* | *christine.laciak@freshfields.com*<br>*richard.snyder@freshfields.com*<br>*terry.calvani@freshfields.com*<br>*bruce.mcculloch@freshfields.com*<br>*craig.minerva@freshfields.com* |

| | |
|---|---|
| Lucius B. Lau<br>Dana E. Foster<br>Jeremy K. Ostrander<br>Aya Kobori<br>Tsung-Hui (Danny) Wu<br>WHITE & CASE LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Telephone: (202) 626-3656<br>Facsimile: (202) 639-9355<br><br>William H. Bave, III<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-2673<br><br>***Counsel for Defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc.*** | *alau@whitecase.com*<br>*defoster@whitecase.com*<br>*jostrander@whitecase.com*<br>*akobori@whitecase.com*<br>*twu@whitecase.com*<br><br><br><br><br><br><br>*wbave@whitecase.com* |
| Eliot A. Adelson<br>James Maxwell Cooper<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik, P.C.<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>***Counsel for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Asia, Ltd.; Hitachi America, Ltd.; Hitachi Electronic Devices (USA), Inc.; FRESHShenzhen SEG Hitachi Color Display Devices, Ltd.*** | *eadelson@kirkland.com*<br>*max.cooper@kirkland.com*<br><br><br><br><br><br>*jmutchnik@kirkland.com*<br>*kate.wheaton@kirkland.com* |

| | |
|---|---|
| Michael R. Lazerwitz<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br><br>***Counsel for Defendant LP Displays International, Ltd.*** | *mlazerwitz@cgsh.com* |
| Michael Tubach<br>Ian Simmons<br>Benjamin G. Bradshaw<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br><br>***Counsel for Defendants Samsung Electronics America, Inc.; Samsung Electronics Co., Ltd.*** | *mtubach@omm.com*<br>*isimmons@omm.com*<br>*bbradshaw@omm.com* |
| James L. McGinnis<br>Michael Scarborough<br>Gary L. Halling<br>Tyler Cunningham<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br><br>***Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI Mexico S.A. de C. V; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) Sdn. Bhd.*** | *jmcginnis@sheppardmullin.com*<br>*mscarborough@sheppardmullin.com*<br>*ghalling@sheppardmullin.com*<br>*tcunningham@sheppardmullin.com* |

| | |
|---|---|
| Calvin L. Litsey<br>FAEGRE BAKER DANIELS LLP<br>1950 University Ave, Suite 450<br>East Palo Alto, CA 94303<br>Telephone:  (650) 324-6700<br>Facsimile: (650) 324-6701<br><br>Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br><br>Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600<br><br>Stephen Judge<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, Indiana 46601<br>Telephone: (574) 234-4149<br>Facsimile: (574) 239-1900<br><br>***Counsel for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*** | *calvin.litsey@faegrebd.com*<br><br><br><br><br><br>*kathy.osborn@faegrebd.com*<br>*ryan.hurley@faegrebd.com*<br><br><br><br><br><br><br>*jeff.roberts@faegrebd.com*<br><br><br><br><br><br><br><br>*steve.judge@FaegreBD.com* |
| Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE SANDERS (US) LLP<br>275 Battery Street<br>Suite 2600<br>San Francisco, CA 94111<br>415-954-0200<br>Fax: 415-393-9887<br><br>***Counsel for Defendant Technologies Displays Americas LLC*** | *mark.dosker@squiresanders.com*<br>*nathan.lane@squiresanders.com* |

SHARP'S NOTICE OF APPEAL FROM COLLATERAL ORDER AND REPRESENTATION STATEMENT
CASE NO. 13-CV-1173 SC, MDL NO. 1917

11