## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER
202-223-7356

WRITER'S DIRECT FACSIMILE
202-204-7356

WRITER'S DIRECT E-MAIL ADDRESS
kgallo@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON

DAVID J. BALL
ALEX A. BENSON
PATRICK S. CAMPBELL
CHARLES E. DAVIDOW
KENNETH A. GALLO
MARK F. MENDELSOHN

JANE B. O'BRIEN
ALEX YOUNG K. OH
JOSEPH J. SIMONS
ALEXANDRA M. WALSH
BETH A. WILKINSON

PARTNERS NOT RESIDENT IN WASHINGTON

MATTHEW W. ABBOTT*
ALLAN J. ARFFA
ROBERT A. ATKINS*
JOHN F. BAUGHMAN*
LYNN B. BAYARD*
DANIEL J. BELLER
MITCHELL L. BERG*
MARK S. BERGMAN
BRUCE BIRENBOIM*
H. CHRISTOPHER BOEHNING*
ANGELO BONVINO*
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN*
SUSANNA M. BUERGEL*
JESSICA S. CAREY*
JEANETTE K. CHAN*
YVONNE Y. F. CHAN*
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH*
CHRISTOPHER J. CUMMINGS*
DOUGLAS R. DAVIS*
THOMAS V. DE LA BASTIDE III*
ARIEL J. DECKELBAUM*
ALICE BELISLE EATON*
ANDREW J. EHRLICH*
GREGORY A. EZRING*
LESLIE GORDON FAGEN
MARC FALCONE*
ROSS A. FIELDSTON*
ANDREW C. FINCH
BRAD J. FINKELSTEIN*
BRIAN P. FINNEGAN*
ROBERTO FINZI
PETER E. FISCH*
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY*
HARRIS B. FREIDUS*
MANUEL S. FREY*
ANDREW L. GAINES*
MICHAEL E. GERTZMAN*
ADAM M. GIVERTZ*
SALVATORE GOGLIORMELLA*
ROBERT D. GOLDBAUM*
NEIL GOLDMAN*
ERIC GOODISON*
CHARLES H. GOOGE, JR.*
UDI GROFMAN*
NICHOLAS GROOMBRIDGE*
BRUCE A. GUTENPLAN*
GAINES GWATHMEY, III
ALAN S. HALPERIN*
JUSTIN G. HAMILL*
CLAUDIA HAMMERMAN*
GERARD E. HARPER
BRIAN S. HERMANN*
ROBERT M. HIRSH
MICHELE HIRSHMAN*
MICHAEL S. HONG*
DAVID S. HUNTINGTON*
LORETTA A. IPPOLITO*
JAREN JANGHORBANI*
MEREDITH J. KANE*
ROBERTA A. KAPLAN*

BRAD S. KARP*
PATRICK N. KARSNITZ*
JOHN C. KENNEDY*
BRIAN KIM*
ALAN W. KORNBERG
DANIEL J. KRAMER*
DAVID K. LAKHDHIR*
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL*
XIAOYU GREG LIU*
JEFFREY D. MARELL*
MARCO V. MASOTTI*
EDWIN S. MAYNARD*
DAVID W. MAYO*
ELIZABETH R. McCOLM*
WILLIAM B. MICHAEL*
TOBY S. MYERSON*
CATHERINE NYARADY*
BRAD R. OKUN*
KELLEY D. PARKER*
MARC E. PERLMUTTER*
VALERIE E. RADWANER*
CARL L. REISNER
LORIN L. REISNER*
WALTER G. RICCIARDI
WALTER RIEMAN*
RICHARD A. ROSEN
ANDREW N. ROSENBERG*
JACQUELINE P. RUBIN*
RAPHAEL M. RUSSO*
ELIZABETH M. SACKSTEDER*
JEFFREY D. SAFERSTEIN*
JEFFREY B. SAMUELS*
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER*
ROBERT B. SCHUMER*
JAMES H. SCHWAB*
JOHN M. SCOTT*
STEPHEN J. SHIMSHAK*
DAVID R. SICULAR*
MOSES SILVERMAN
STEVEN SIMKIN*
MARILYN SOBEL
AUDRA J. SOLOWAY*
SCOTT M. SONTAG*
TARUN M. STEWART*
ERIC ALAN STONE*
AIDAN SYNNOTT*
ROBYN F. TARNOFSKY*
MONICA K. THURMOND*
DANIEL J. TOAL*
LIZA M. VELAZQUEZ*
MARIA T. VULLO*
LAWRENCE G. WEE*
THEODORE V. WELLS, JR.
STEVEN J. WILLIAMS*
LAWRENCE I. WITDORCHIC*
MARK B. WLAZLO*
JULIA T. M. WOOD
JORDAN E. YARETT*
KAYE N. YOSHINO*
TONG YU*
TRACEY A. ZACCONE*
T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

September 18, 2014

Via ECF and Hand Delivery

Richard W. Wieking, Clerk of Court
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:      Notice of Appeal for Case No. 13-1173-SC

Dear Mr. Wieking:

   Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. have filed the attached notice of appeal today, in connection with *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-1173 SC.  That case is part of the Multi-District Litigation, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944 SC (MDL No. 1917).

   For avoidance of doubt, the appeal is only for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., and pertains only to some of the defendants:  Hitachi, Ltd.; Hitachi Displays Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.; Hitachi Electronic Devices (USA), Inc.; Shenzhen SEG Hitachi Color Display Devices, Ltd.; Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI (Malaysia) Sdn. Bhd.; Samsung SDI Mexico S.A. de C.V.;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Richard W. Wieking, Clerk of Court                                                2

Samsung SDI Brazil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Hong Kong), Ltd.  No other defendants are involved in the appeal.[1]

          The appeal also pertains only to two collateral orders from the case: (1) the order denying plaintiffs' motion for an enlargement of time to opt out of settlements between the Direct Purchaser Plaintiffs and the SDI and Hitachi Defendants (No. 07-5944, Docket No. 2746); and (2) the order denying plaintiffs' motion for leave to file a motion for reconsideration of that order (No. 07-5944, Docket No. 2814).

          In all other respects, *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-1173 SC, and the related case *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V.*, Case No. 13-cv-2776 SC, should proceed in this Court.

                              Very truly yours,

                              /s/ *Kenneth A. Gallo*

                              Kenneth A. Gallo


Enclosure

CC: All counsel via ECF

---

[1] The following defendants are not involved in this appeal: LG Electronics, Inc.; LG Electronics USA, Inc.; LP Displays International, Ltd.; LG.Philips Displays Holding B.V.; LG.Philips Displays International B.V.; Meridian Solar & Display Co., Ltd.; Panasonic Corporation; Panasonic Corporation of North America; Panasonic Consumer Electronics Co.; MT Picture Display Co., Ltd.; Matsushita Electronic Corporation (Malaysia) Sdn. Bhd.; PT.MT Picture Display Indonesia; Beijing Matsushita Color CRT Co., Ltd.; Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products LLC; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; Toshiba Display Devices (Thailand) Company, Ltd.; Thomson SA (n/k/a Technicolor SA); Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.); Videocon Industries, Ltd.; Technologies Displays Americas LLC; Koninklijke Philips Electronics, N.V., a/k/a Royal Philips Electronics; Philips Electronics North America Corporation; Philips Consumer Electronics Co.; Philips Electronics Industries (Taiwan) Ltd.; Philips Da Amazonia Industria Electronics Ltda.; and Orion Engineering & Service, Inc.

# ATTACHMENT (NOTICE OF APPEAL)

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com


Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC<br>MDL No. 1917 |
| This Document Relates to: | INDIVIDUAL CASE: 13-CV-1173 SC |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-1173 SC<br><br>All Direct Purchaser Actions | **SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S NOTICE OF APPEAL FROM COLLATERAL ORDER** |

1    Notice is hereby given that Sharp Electronics Corporation and Sharp Electronics

2  Manufacturing Company of America, Inc., Plaintiffs in the above named case, hereby appeal to

3  the United States Court of Appeals for the Ninth Circuit from the collateral order denying their

4  motion for an enlargement of time to opt out of settlements between the Direct Purchaser

5  Plaintiffs and the SDI and Hitachi Defendants, entered in this Action on August 20, 2014, ECF

6  No. 2746, and the collateral order entered in this Action on September 8, 2014, denying their

7  motion for leave to file a motion for reconsideration.  ECF No. 2814.

8

9  DATED:  September 18, 2014        By:  */s/ Kenneth A. Gallo*
                                          Kenneth A. Gallo
10

11                                   Kenneth A. Gallo (*pro hac vice*)
                                     Joseph J. Simons (*pro hac vice*)
12                                   Craig A. Benson (*pro hac vice*)
                                     **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
13                                   2001 K Street, NW
                                     Washington, DC  20006
14                                   Telephone: (202) 223-7300
                                     Facsimile: (202) 223-7420
15                                   Email: kgallo@paulweiss.com
                                     Email: jsimons@paulweiss.com
16                                   Email: cbenson@paulweiss.com

17
                                     Stephen E. Taylor (SBN 058452)
18                                   Jonathan A. Patchen (SBN 237346)
                                     **TAYLOR & COMPANY LAW OFFICES, LLP**
19                                   One Ferry Building, Suite 355
                                     San Francisco, California 94111
20                                   Telephone:  (415) 788-8200
                                     Facsimile:  (415) 788-8208
21                                   Email: staylor@tcolaw.com
                                     Email: jpatchen@tcolaw.com
22

23                                   *Attorneys for Plaintiffs Sharp Electronics Corporation and*
24                                   *Sharp Electronics Manufacturing Company of America, Inc.*

25

26

27

28

1

## REPRESENTATION STATEMENT

2      The undersigned represents Sharp Electronics Corporation and Sharp Electronics

3   Manufacturing Company of America, Inc.  In accordance with Fed. R. App. P. 12(b) and Ninth

4   Cir. R. 3-2(b), attached is a service list that shows all of the parties to the action and identifies

5   their counsel by name, firm, address, email and telephone number, where appropriate.

6

7   DATED:  September 18, 2014         By:  */s/ Kenneth A. Gallo*
                                            Kenneth A. Gallo
8

9                                      Kenneth A. Gallo (*pro hac vice*)
                                       Joseph J. Simons (*pro hac vice*)
10                                     Craig A. Benson (*pro hac vice*)
                                       **PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP**
11                                     2001 K Street, NW
                                       Washington, DC  20006
12                                     Telephone: (202) 223-7300
                                       Facsimile: (202) 223-7420
13                                     Email: kgallo@paulweiss.com
                                       Email: jsimons@paulweiss.com
14                                     Email: cbenson@paulweiss.com

15
                                       Stephen E. Taylor (SBN 058452)
16                                     Jonathan A. Patchen (SBN 237346)
                                       **TAYLOR & COMPANY LAW OFFICES, LLP**
17                                     One Ferry Building, Suite 355
                                       San Francisco, California 94111
18                                     Telephone:  (415) 788-8200
                                       Facsimile:  (415) 788-8208
19                                     Email: staylor@tcolaw.com
                                       Email: jpatchen@tcolaw.com
20

21                                     *Attorneys for Plaintiffs Sharp Electronics Corporation and*
                                       *Sharp Electronics Manufacturing Company of America, Inc.*
22

23

24

25

26

27

28

## **REPRESENTATION STATEMENT SERVICE LIST**

| | |
|---|---|
| Kenneth A. Gallo (*pro hac vice*)<br>Joseph J. Simons (*pro hac vice*)<br>Craig A. Benson (*pro hac vice*)<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC  20006<br>Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420<br><br>Stephen E. Taylor (SBN 058452)<br>Jonathan A. Patchen (SBN 237346)<br>Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>Telephone:  (415) 788-8200<br>Facsimile:  (415) 788-8208<br><br>***Attorneys for Plaintiffs-Appellants Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*** | *kgallo@paulweiss.com*<br>*jsimons@paulweiss.com*<br>*cbenson@paulweiss.com*<br><br><br><br><br>*staylor@tcolaw.com*<br>*jpatchen@tcolaw.com* |
| Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP<br>& PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br><br>***Interim Lead Counsel for the Indirect Purchaser Plaintiffs*** | *malioto@tatp.com*<br>*laurenrussell@tatp.com* |
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>***Interim Lead Counsel for the Direct Purchaser Plaintiffs*** | *guido@saveri.com*<br>*rick@saveri.com*<br>*grushing@saveri.com*<br>*cadio@saveri.com* |

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 | *piovieno@bsfllp.com*<br>*anardacci@bsfllp.com* |
| William A. Isaacson<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, N.W., Suite 800<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br><br>***Liaison Counsel for the Direct Action Plaintiffs and Plaintiffs Electrograph Systems; Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; Compucom Systems Inc.; Tweeter Opco, LLC; Schultze Agency Services, LLC on behalf of Tweeter Newco, LLC; ABC Appliance, Inc.; Marta Cooperative of American, Inc., P.C.; Richard & Son Long Island Corporation*** | *wisaacson@bsfllp.com* |
| Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5908<br><br>***California Office of the Attorney General*** | *emilio.varanini@doj.ca.gov* |

| | |
|---|---|
| Jeffrey L. Kessler | *JKessler@winston.com* |
| Eva W. Cole | *EWCole@winston.com* |
| Molly Donovan | *MMDonovan@winston.com* |
| A. Paul Victor | *PVictor@winston.com* |
| Aldo A. Badini | *ABadini@winston.com* |
| James F. Lerner | *JLerner@winston.com* |
| Jennifer Stewart | *JStewart@winston.com* |
| Sofia Arguello | *SArguello@winston.com* |
| WINSTON & STRAWN LLP | |
| 200 Park Avenue | |
| New York, NY 10166-4193 | |
| Telephone: (212) 294-4698 | |
| Facsimile: (212) 294-4700 | |
| | |
| David L. Yohai | *david.yohai@weil.com* |
| David E. Yolkut | *david.yolkut@weil.com* |
| Kevin B. Goldstein | *kevin.goldstein@weil.com* |
| Adam Hemlock | *adam.hemlock@weil.com* |
| Diana Aguilar | *diana.aguilar@weil.com* |
| Meaghan Thomas-Kennedy | *meaghan.thomas-kennedy@weil.com* |
| WEIL, GOTSHAL, & MANGES, LLP | |
| 767 Fifth Ave. | |
| New York, NY 10153 | |
| Telephone: (212) 310-8000 | |
| Facsimile: (212) 310-8007 | |
| | |
| Bambo Obaro | *Bambo.obaro@weil.com* |
| WEIL, GOTSHAL, & MANGES, LLP | |
| 201 Redwood Shores Parkway | |
| Redwood Shores, CA 94065 | |
| Telephone: (650) 802-3000 | |
| Facsimile: (650) 802-3100 | |

***Counsel for Defendants Panasonic Corporation; Panasonic Corporation of North America; MT Picture Display Co., Ltd.***

| | |
|---|---|
| Hojoon Hwang | *Hojoon.Hwang@mto.com* |
| Jerome C. Roth | *Jerome.Roth@mto.com* |
| Laura K. Lin | *Laura.lin@mto.com* |
| MUNGER, TOLLES & OLSON | |
| 560 Mission Street | |
| Twenty-Seventh Floor | |
| San Francisco, CA 94105-2907 | |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | |
| | |
| William D. Temko | *William.Temko@mto.com* |
| Jonathan E. Altman | *Jonathan.Altman@mto.com* |
| Bethany W. Kristovich | *Bethany.kristovich@mto.com* |
| MUNGER, TOLLES & OLSON | |
| 355 South Grand Avenue, Thirty-Fifth Floor | |
| Los Angeles, CA 90071-1560 | |
| Telephone: (213) 683-9266 | |
| Facsimile: (213) 683-5166 | |
| | |
| ***Counsel for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd.*** | |

| | |
|---|---|
| John M. Taladay | *john.taladay@bakerbotts.com* |
| Charles Malaise | *charles.malaise@bakerbotts.com* |
| Erik Koons | *erik.koons@bakerbotts.com* |
| Joseph Ostoyich | *joseph.ostoyich@bakerbotts.com* |
| BAKER BOTTS L.L.P. | |
| The Warner | |
| 1299 Pennsylvania Ave., NW | |
| Washington, DC 20004 | |
| Telephone: (202) 639-7700 | |
| Facsimile: (202) 639-7890 | |
| | |
| Jon V. Swenson | *jon.swenson@bakerbotts.com* |
| BAKER BOTTS L.L.P. | |
| 1001 Page Mill Road | |
| Building One, Suite 200 | |
| Palo Alto, CA 94304 | |
| Telephone: (650) 739-7500 | |
| Facsimile: (650) 739-7699 | |
| | |
| ***Counsel for Defendants Koninklijke Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronica Ltda.*** | |
| Joseph R. Tiffany, II | *joseph.tiffany@pillsburylaw.com* |
| PILLSBURY WINTHROP SHAW PITTMAN, LLP | |
| 2550 Hanover Street | |
| Palo Alto, CA 94304-1114 | |
| Telephone: (650) 233-4644 | |
| Facsimile: (650) 233-4545 | |
| | |
| ***Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.*** | |

| | |
|---|---|
| Joel S. Sanders<br>Rachel S. Brass<br>Austin V. Schwing<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>**_Counsel for Defendants Chunghwa Picture Tubes, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; and Tatung Company of America_** | _jsanders@gibsondunn.com_<br>_rbrass@gibsondunn.com_<br>_aschwing@gibsondunn.com_ |
| Christine Laciak<br>Richard Snyder<br>Terry Calvani<br>Bruce C. McCulloch<br>Craig Minerva<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>701 Pennsylvania Ave., NW Suite 6000<br>Washington D.C. 20004-2692<br>Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555<br><br>**_Counsel for Defendants Beijing-Matsushita Color CRT Co., Ltd._** | _christine.laciak@freshfields.com_<br>_richard.snyder@freshfields.com_<br>_terry.calvani@freshfields.com_<br>_bruce.mcculloch@freshfields.com_<br>_craig.minerva@freshfields.com_ |

| | |
|---|---|
| Lucius B. Lau | *alau@whitecase.com* |
| Dana E. Foster | *defoster@whitecase.com* |
| Jeremy K. Ostrander | *jostrander@whitecase.com* |
| Aya Kobori | *akobori@whitecase.com* |
| Tsung-Hui (Danny) Wu | *twu@whitecase.com* |
| WHITE & CASE LLP | |
| 701 13th Street, NW | |
| Washington, DC 20005 | |
| Telephone: (202) 626-3656 | |
| Facsimile: (202) 639-9355 | |
| | |
| William H. Bave, III | *wbave@whitecase.com* |
| WHITE & CASE LLP | |
| 1155 Avenue of the Americas | |
| New York, NY 10036 | |
| Telephone: (212) 819-2673 | |
| | |
| ***Counsel for Defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc.*** | |
| Eliot A. Adelson | *eadelson@kirkland.com* |
| James Maxwell Cooper | *max.cooper@kirkland.com* |
| KIRKLAND & ELLIS LLP | |
| 555 California Street, 27th Floor | |
| San Francisco, CA 94104 | |
| Telephone: (415) 439-1400 | |
| Facsimile: (415) 439-1500 | |
| | |
| James H. Mutchnik, P.C. | *jmutchnik@kirkland.com* |
| Kate Wheaton | *kate.wheaton@kirkland.com* |
| KIRKLAND & ELLIS LLP | |
| 300 North LaSalle | |
| Chicago, IL 60654 | |
| Telephone: (312) 862-2000 | |
| Facsimile: (312) 862-2200 | |
| | |
| ***Counsel for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Asia, Ltd.; Hitachi America, Ltd.; Hitachi Electronic Devices (USA), Inc.; FRESHShenzhen SEG Hitachi Color Display Devices, Ltd.*** | |

| | |
|---|---|
| Michael R. Lazerwitz<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br><br>**Counsel for Defendant LP Displays<br>International, Ltd.** | *mlazerwitz@cgsh.com* |
| Michael Tubach<br>Ian Simmons<br>Benjamin G. Bradshaw<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br><br>**Counsel for Defendants Samsung<br>Electronics America, Inc.; Samsung<br>Electronics Co., Ltd.** | *mtubach@omm.com*<br>*isimmons@omm.com*<br>*bbradshaw@omm.com* |
| James L. McGinnis<br>Michael Scarborough<br>Gary L. Halling<br>Tyler Cunningham<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br><br>**Counsel for Defendants Samsung SDI<br>America, Inc.; Samsung SDI Co., Ltd.;<br>Samsung SDI Mexico S.A. de C. V;<br>Samsung SDI Brasil Ltda.; Shenzhen<br>Samsung SDI Co., Ltd.; Tianjin Samsung<br>SDI Co., Ltd.; Samsung SDI (Malaysia)<br>Sdn. Bhd.** | *jmcginnis@sheppardmullin.com*<br>*mscarborough@sheppardmullin.com*<br>*ghalling@sheppardmullin.com*<br>*tcunningham@sheppardmullin.com* |

| | |
|---|---|
| Calvin L. Litsey<br>FAEGRE BAKER DANIELS LLP<br>1950 University Ave, Suite 450<br>East Palo Alto, CA 94303<br>Telephone:  (650) 324-6700<br>Facsimile: (650) 324-6701 | *calvin.litsey@faegrebd.com* |
| Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 | *kathy.osborn@faegrebd.com*<br>*ryan.hurley@faegrebd.com* |
| Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600 | *jeff.roberts@faegrebd.com* |
| Stephen Judge<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, Indiana 46601<br>Telephone: (574) 234-4149<br>Facsimile: (574) 239-1900<br><br>***Counsel for Defendants Thomson S.A.<br>and Thomson Consumer Electronics,<br>Inc.*** | *steve.judge@FaegreBD.com* |
| Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE SANDERS (US) LLP<br>275 Battery Street<br>Suite 2600<br>San Francisco, CA 94111<br>415-954-0200<br>Fax: 415-393-9887<br><br>***Counsel for Defendant Technologies<br>Displays Americas LLC*** | *mark.dosker@squiresanders.com*<br>*nathan.lane@squiresanders.com* |