KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO E. VARANINI
Deputy Attorney General
State Bar No. 163952
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5908
 Fax:  (415) 703-5480
 E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for* State of California *et al*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Documents Relates To:<br><br>ALL ACTIONS | **DECLARATION OF  EMILIO E. VARANINI IN SUPPORT OF MEMORANDUM PURSUANT TO SEPTEMBER 8, 2014 ORDER** |

1

I, EMILIO E. VARANINI, declare as follows:

1. I am a Deputy Attorney General with the California Attorney General's Office and am lead counsel for the California Attorney General in the state court case of *State of California et. al. v. Samsung SDI, Co., Ltd.,* Case No. 11-51584 (California Superior Court, San Francisco). This case has been coordinated with this Court's MDL No. 1917 for purposes of fact and expert discovery as well as mediation and settlement. I am admitted to this Court and could, if called as a witness, testify competently to the matters set forth herein. I make this declaration under penalty of perjury under the laws of the United States and the State of California.

2. Besides this case, I have served as counsel for the State of California in other complex national and international price-fixing and unfair competition cases with private plaintiffs and other state attorneys general. For example, I serve as lead counsel for the State of California, and chair for the multistate group, in the price-fixing case of *State of California et al. v. Infineon Technologies, et al.*, Case No. CV-06-4333 (N.D. Cal. filed July 14, 2006) involving Dynamic Random Access Memory ("DRAM"). While the State of California may file its cases later in time than private plaintiffs, it will have conducted a confidential and often broad investigation beforehand.

3. Coordination of federal and state litigation is not only an important goal in complex cases but also a goal for which the Attorney General has actively worked in her previous price-fixing cases, *see, e.g.,* Exh. 2 attached to this declaration (granting approval of DRAM price-fixing case of settlements of state and federal cases). In those prior cases, the Attorney General has endeavored to coordinate her litigation in federal and state courts with private plaintiffs and with other state attorneys general. In particular, she has joined forces with indirect purchaser plaintiffs in other cases not only to coordinate fact and expert discovery but also to engage in joint settlement discussions, whether through mediation or without it. In accordance with this goal, she has conducted fact and expert discovery in this forum, while reserving only discovery involving state government entities, residual discovery, and certain discovery involving state issues for the state court. This coordination of fact and expert discovery has allowed the State of California to avoid duplication of effort and the unnecessary expenditure of costs, though

2

1  this goal has been hindered to a substantial extent by the reluctance of the Indirect Purchaser
2  Plaintiffs to engage in meaningful coordination.

3        4.      In previous cases the Attorney General and indirect purchaser plaintiff groups have
4  joined forces not just for coordination of fact and expert discovery but also for negotiation of
5  settlements, whether through mediation or without it, but the Indirect Purchaser Plaintiffs have
6  not chosen that approach here as to settlement. The inability to execute a global release, as no
7  joint settlement discussions involving the Indirect Purchaser Plaintiffs, the Attorney General, and
8  any Defendant has taken place to date, has been hindering, and continues to substantially hinder,
9  the Attorney General's ability to enter into settlements, thus adding to her costs.

10        5.      The settlement involving Philips is being appealed by one individual, Mr. Jeffrey
11  Figone, who also acts as a class representative in the Indirect Purchaser Class. Mr. Figone's
12  objection revolves solely around the alleged preclusive effect of the release of the Attorney
13  General's *parens patriae* claim on that part of the Indirect Purchaser Plaintiffs' class action that
14  covers California natural persons (the rest of their case being unaffected). Absent any such
15  preclusive effect, he would have no such objection to that settlement. Exh. 1 to this declaration at
16  5:14-25, 77:1-15. That litigation of that objection in state trial court, and now in state appellate
17  court, has led to additional costs and time expended by the Attorney General.

18        6.      Exhibit 1 to this declaration is a true and accurate copy of the Transcript of Final
19  Approval Hearing of *Chunghwa* and *Philips* Settlements, *State of California et al. v. Chunghwa*
20  *Picture Tubes et al.*, Case No. CGC-11-515786 (Cal. Super. Ct. San Francisco Dec. 5, 2013).

21        7.      Exhibit 2 to this declaration is a true and accurate copy of the Order Granting Final
22  Approval of Settlements, *State of California et al. v. Infineon Technologies, et al.*, Case No. CV-
23  06-4333 (N.D. Cal. filed June 25, 2014) (DRAM price-fixing cases).

24        8.      Exhibit 3 to this declaration is a true and accurate copy of the Order of Court of
25  Appeal re: Motion to Dismiss, *State of California et al. v. Philips Electronics North Am. Corp.*,
26  Case No. A140908 (Cal. App. 1st Dist. July 9, 2014).

27        9.      Exhibit 4 to this declaration is a true and accurate copy of the Transcript of
28  Hearing on Discovery Motions, *State of California et al. v. Samsung SDI Co., Ltd., et al.*, Case

1  No. CGC-11-515784 (Cal. Super. Ct. San Francisco Aug. 21, 2014).

2      I declare under penalty of perjury under the laws of the United States and of the State of
3  California that the foregoing is true and correct and that this declaration was executed on
4  September 18, 2014 in San Francisco, California.

5                                                    By: */s/ Emilio E. Varanini*
6                                                       EMILIO E. VARANINI