BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Case No. 07-5944-SC ) ) MDL No. 1917 ) ) **PHILIPS ELECTRONICS NORTH** ) **AMERICA CORPORATION'S NOTICE** ) **OF MOTION AND MOTION FOR LEAVE** ) **TO FILE MEMORANDUM REGARDING** ) **PARALLEL STATE LITIGATION** ) |
| This Document Relates to: ALL CASES | ) ) **Judge: Honorable Samuel Conti** ) **Courtroom: One, 17th Floor** ) ) ) ) ) |

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE MEMORANDUM REGARDING PARALLEL STATE LITIGATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-11, Defendant Philips Electronics North America Corporation ("PENAC") hereby moves the Court for an order granting PENAC leave to file a Memorandum in response to the Court's September 8, 2014 Order that the Indirect Purchaser Class and the State of California submit briefing regarding parallel state litigation. PENAC's Memorandum would enable the Court to have a complete and accurate record of issues relating to the California state litigation and its impact on this litigation.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, and such other materials and information that the Court may properly consider.

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MEMORANDUM REGARDING PARALLEL STATE LITIGATION

1

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

2   PENAC, by and through counsel, hereby respectfully submits this Memorandum in Support

3   of its Motion for Leave to File its Memorandum Regarding Parallel State Litigation.  On September

4   8, 2014, the Court ordered both the State of California (the "State") and the Indirect Purchaser Class

5   ("IPPs") to submit memoranda "describing the litigation in the California state courts, the status of

6   that litigation, the impact, if any, that the state court litigation may have on the above litigation and

7   any coordination of effort or proceedings with the state court that this court should consider."  (Dkt.

8   No. 2811).   Because the Court did not order PENAC to file any memorandum on these issues,

9   PENAC now seeks leave pursuant to Civil Local Rule 7-11 to file its own Memorandum Regarding

10  Parallel State Litigation ("Memorandum"), which is attached as Exhibit A to this motion.

11   PENAC respectfully submits that its brief Memorandum is justified and necessary  to assist

12  the Court in fully apprehending the relationship between the two litigations.  Because PENAC, like

13  the State and the IPPs, is a party in both the California state litigation and this litigation, the addition

14  of its Memorandum will provide the Court with a complete and accurate record of all parties'

15  perspectives on the parallel state litigation.  PENAC seeks leave to address only "the impact, if any,

16  that the state court litigation may have on the above litigation."  Because the issue of impact has

17  been presented in the California state litigation, PENAC respectfully requests the opportunity to

18  provide the Court with its perspective so that its interests are not prejudiced.

19   Accordingly, good cause exists for permitting PENAC's Memorandum because it is limited

20  to discussing only the issue of impact and will aid the Court's understanding of this issue. For this

21  reason, the Court should grant PENAC's Motion for Leave to File its Memorandum.

22

23

24  Dated: September 18, 2014          By: __/s/ Erik T.Koons_____
25                                          John M. Taladay (*pro hac vice*)
                                          Joseph Ostoyich (*pro hac vice*)
26                                          Erik T. Koons (*pro hac vice*)
                                          Charles M. Malaise (*pro hac vice*)
27                                          BAKER BOTTS LLP
                                          1299 Pennsylvania Ave., N.W.
28
                                          3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Philips Electronics North America Corporation*

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE MEMORANDUM REGARDING PARALLEL STATE LITIGATION

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on September 18, 2014, I electronically filed Philips Electronics North

3 America Corporation's Notice of Motion and Motion for Leave to File a Memorandum Regarding

4 Parallel State Litigation with the Clerk of the Court using the CM/ECF system, which will send

5 notification of such filing to the counsel of record in this matter who are registered on the

6 CM/ECF system.

7

8            By:    ____/s/ Erik T. Koons_____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE MEMORANDUM REGARDING PARALLEL STATE LITIGATION