BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S MOTION FOR LEAVE TO FILE MEMORANDUM REGARDING PARALLEL STATE LITIGATION** |
| This Document Relates to:<br><br>ALL CASES | **Judge: Honorable Samuel Conti**<br>**Courtroom: One, 17th Floor** |

MDL 1917

On September 8, 2014, the Court ordered both the State of California (the "State) and the Indirect Purchaser Class ("IPPs") to submit memoranda "describing the litigation in the California state courts, the status of that litigation, the impact, if any, that the state court litigation may have on the above litigation and any coordination of effort or proceedings with the state court that this court should consider." (Dkt. No. 2811)   Because PENAC, like the State and the IPPs, is a party in both the California state litigation and the above litigation but was not ordered to file a memorandum, PENAC sought leave pursuant to Civil Local Rule 7-11 to file its own memorandum.

The Court having considered PENAC's Motion for Leave to File its memorandum regarding the Parallel State Litigation, and good cause appearing, IT IS HEREBY ORDERED that PENAC's Motion for Leave to File a Memorandum Regarding Parallel State Litigation is GRANTED.

The Clerk is directed to file PENAC's Memorandum regarding Parallel State Litigation in the above-captioned matter.

**IT IS SO ORDERED.**

DATED: _____, 2014      _____
                                     HON. SAMUEL CONTI
                                     UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014, I electronically filed the [Proposed] Order Granting Philips Electronics North America Corporation's Motion for Leave to File Memorandum Regarding Parallel State Litigation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

By:   /s/Erik T. Koons