1  Eliot A. Adelson (SBN 205284)
   James Maxwell Cooper (SBN 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA  94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: eadelson@kirkland.com
5  Email: max.cooper@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice)*
   Barack S. Echols (*pro hac vice forthcoming*)
7  Kate Wheaton (*pro hac vice*)
   KIRKLAND & ELLIS LLP
8  300 North LaSalle
   Chicago, IL  60654
9  Telephone: (312) 862-2000
   Facsimile: (312) 862-2200
10 Email: jmutchnik@kirkland.com
   Email: barack.echols@kirkland.com
11 Email: kate.wheaton@kirkland.com

12 Attorneys for Defendants,
   HITACHI, LTD., HITACHI ASIA, LTD., HITACHI
13 AMERICA, LTD., HITACHI ELECTRONIC DEVICES
   (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a
14 JAPAN DISPLAY INC.)

15

16                     **UNITED STATES DISTRICT COURT**

17                     **NORTHERN DISTRICT OF CALIFORNIA**

18                         **SAN FRANCISCO DIVISION**

19 | IN RE CATHODE RAY TUBE (CRT) | CASE NO. 3:07-CV-05944-SC |
   | ANTITRUST LITIGATION | |
20 | | MDL NO. 1917 |
21 | | **NOTICE OF ATTORNEY WITHDRAWAL FOR HITACHI, LTD.,** |
   | This Document Relates To: | **HITACHI ASIA, LTD., HITACHI** |
22 | | **AMERICA, LTD., HITACHI** |
   | ALL CASES | **ELECTRONIC DEVICES (USA), INC.** |
23 | | **AND HITACHI DISPLAYS, LTD.** |
24 | | **(N/K/A JAPAN DISPLAY INC.)** |
25 | | Hon. Samuel Conti |

26
27
28

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Matthew J. Hertko is no longer affiliated with the law firm of Kirkland and Ellis LLP and hereby withdraws as counsel in the above-referenced matter for Defendants, HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. and HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.).

It is further requested that Matthew J. Hertko's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to mhertko@kirkland.com and that Mr. Hertko's name be removed from any applicable service lists.

The law firm of Kirkland & Ellis LLP continues to serve as counsel for Defendants, HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. and HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.).

DATED:  September 18, 2014

*/s/ Eliot A. Adelson*
Eliot A. Adelson
Attorneys for Defendants,
HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. and HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)