(*Stipulating Parties Listed on Signature Pages*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*State of California, et. al. v. Samsung SDI Co., Ltd., et. al.*, No. CGC-11-515784 | **Master File No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling dated March 21, 2014 (Doc. No. 2459) ("Scheduling Order"), on August 5, 2014, Defendants served the expert reports of Dr. Dennis Carlton and Dr. Janusz A. Ordover, who addressed issues related to the State of California's ("California Attorney General") claims and the expert report of Professor William S. Comanor (the "California Attorney General's Expert");

WHEREAS, pursuant to the Scheduling Order, the California Attorney General's rebuttal expert report is currently required to be served no later than September 23, 2014;

WHEREAS, the California Attorney General and Defendants have reached an agreement to modify the Scheduling Order so that the California Attorney General's rebuttal expert report will be due on September 26, 2014 and related backup material will be due on October 1, 2014;

WHEREAS, the same Defendants' expert witnesses will respond to the California Attorney General's Expert;

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULING

Case No. 07-5944
MDL NO. 1917

-1-

WHEREAS, the California Attorney General and Defendants have agreed to synchronize the schedule for rebuttal and sur-rebuttal expert reports in the above-captioned case with the remaining plaintiffs' schedule;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the California Attorney General and counsel for the undersigned Defendants as follows:

1. The last day for the California Attorney General's expert to serve his rebuttal expert report on the merits is extended to September 26, 2014, and the last day for the California Attorney General's expert to serve the backup material accompanying his rebuttal expert report on the merits is extended to October 1, 2014;

2. All other dates in the Scheduling Order are unaffected by this stipulation.

\* \* \*

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____      _____
                                          Hon. Samuel Conti
                                          United States District Judge

DATED: September 22, 2014        SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
Email: mscarborough@sheppardmullin.com
TYLER M. CUNNINGHAM (SBN 243694)

Email: tcunningham@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING

Case No. 07-5944
MDL No. 1917

ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Emilio E. Varanini*
EMILIO E. VARANINI
Email: emilio.varanini@doj.ca.gov
PAUL A. MOORE
Email: Paul.Moore@doj.ca.gov
Deputy Attorney General
**ATTORNEY GENERAL OF CALIFORNIA**
Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

*Attorneys for Plaintiffs the State of California, et al.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.