ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. M:07-5994-SC<br>MDL No. 1917 |
| This Document Relates to | Case No. 3:11-cv-05513-SC |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL THOMSON TO RESPOND TO DIRECT ACTION PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | |
| *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396; | |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | |
| *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | |
| *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; | |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et* | |

*al.*, No. 13-cv-01173;

*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776;

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA,, et al.*, No. 13-cv-005723;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727.

*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, 3:14cv-02510.

This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel Thomson to Respond to Direct Action Plaintiffs' First Set of Requests for Admission between certain Direct Action Plaintiffs ("DAPs"), on the one hand, and defendants Thomson S.A. (n/k/a Technicolor SA); Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) (collectively, "Thomson"), on the other hand, is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

WHEREAS, the deadline to file any motion to compel after the discover cut-off is

- 2 -

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL THOMSON TO RESPOND TO DIRECT ACTION PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

September 12, 2014 (L.R. 37-3);

WHEREAS, on August 1, 2014, the DAPs served their First Set of Requests for Admission on Thomson;

WHEREAS, on September 5, 2014, Thomson served its Responses to DAP's First Set of Requests for Admission and stated objections on various grounds;

WHEREAS, on September 10, 11, 12, and 19, 2014, counsel for the undersigned parties held telephonic meet and confers to discuss deficiencies in Thomson's responses identified by DAPs and have a bona fide intent to continue doing so;

WHEREAS, on September 12, 2014, the undersigned parties filed a stipulation extending DAPs' deadline to file a motion to compel relating to DAPs' First Set of Requests of Admission until September 22, 2014, *see* Dkt. No. 2840;

WHEREAS, the undersigned parties desire to continue to meet and confer regarding Thomson's responses to DAPs' First Set of Requests for Admission;

WHEREAS, the DAPs and Thomson have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1. Subject to the parties' meet and confer discussion, the Plaintiffs provided Thomson with a revised list of documents.

2. Subject to the parties' meet and confer discussion, Thomson will review the revised list for inclusion on, and will consider executing, a declaration or stipulation related to their authenticity and business record status by September 26, 2014.

3. The undersigned parties agree to extend the deadline for the Plaintiffs to file a motion to compel relating to the Plaintiffs First Set of Requests for Admission, to the extent one is deemed necessary by Plaintiffs, to October 3, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

- 3 -

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL THOMSON TO RESPOND TO DIRECT ACTION PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

Dated: _____    _____
　　　　　　　　　　　　　　Hon. Samuel Conti
　　　　　　　　　　　　　　United States District Court Judge

DATED: September 22, 2014    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: */s/ Laura E. Nelson*_____
　　Roman M. Silberfeld
　　David Martinez
　　Laura E. Nelson

*Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BESTBUY.COM, LLC; Magnolia Hi-Fi, LLC*

　*/s/ Philip J. Iovieno*_____
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com
*Liaison Counsel for Direct Action and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

- 4 -　**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL THOMSON TO RESPOND TO DIRECT ACTION PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION**

*Liaison Counsel for Direct Action Plaintiffs*

 /s/ Kathy L. Osborn
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

- 5 -

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL THOMSON TO RESPOND TO DIRECT ACTION PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION**