Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Counsel for ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | **VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

ADMIN. MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29154467.1

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Plaintiff ViewSonic Corporation (hereafter "ViewSonic") respectfully submits this Administrative Motion for a Sealing Order regarding the its Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration. The following materials are submitted under seal: (a) the highlighted portions of ViewSonic's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration; (b) the highlighted portions of the concurrently-filed Declaration of Astor H. L. Heaven in Support of ViewSonic's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration ("Heaven Declaration"); and (c) Exhibits A though G to the Heaven Declaration.

This motion is supported by the Declaration of Astor H. L. Heaven in Support of Plaintiff ViewSonic's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated September 22, 2014 ("Heaven Sealing Declaration"). See Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Exhibits A though F to the Heaven Declaration are documents designated by ViewSonic as "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142).  Exhibit G, the Declaration of Bonny Cheng, includes confidential business information.  Additionally, the highlighted portions of the Heaven Declaration reference confidential information contained in transactional data produced and designated as "Highly Confidential" in connection with this litigation. And the highlighted portions of ViewSonic's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration reference confidential information contained in these exhibits and declarations. ViewSonic seeks to submit these materials under seal in good faith, in compliance with the Stipulated Protective Order and this Court's Local Rules.

Dated: September 22, 2014         Respectfully Submitted,
                                  */s/ Jason C. Murray*
                                  Jason C. Murray (CA Bar No. 169806)
                                  Robert B. McNary (CA Bar No. 253745)

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-                               ADMIN. MOTION TO FILE UNDER SEAL
                                  MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29154467.1

| | |
|---|---|
| 1 | CROWELL & MORING LLP |
| 2 | 515 South Flower St., 40th Floor<br>Los Angeles, CA 90071 |
| 3 | Telephone: 213-443-5582<br>Facsimile: 213-622-2690 |
| 4 | Email: jmurray@crowell.com<br>           rmcnary@crowell.com |
| 5 | Jerome A. Murphy (*pro hac vice*) |
| 6 | Astor H.L. Heaven (*pro hac vice*)<br>CROWELL & MORING LLP |
| 7 | 1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| 8 | Telephone: 202-624-2500<br>Facsimile: 202-628-5116 |
| 9 | Email: jmurphy@crowell.com<br>           aheaven@crowell.com |
| 10 | *Counsel for ViewSonic Corporation* |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

ADMIN. MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29154467.1