1  Jason C. Murray (CA Bar No. 169806)
   Robert B. McNary (CA Bar No. 253745)
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: 213-443-5582
4  Facsimile: 213-622-2690
   Email: jmurray@crowell.com
5         rmcnary@crowell.com

6  Jerome A. Murphy (*pro hac vice*)
   Astor H.L. Heaven (*pro hac vice*)
7  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Telephone: 202-624-2500
9  Facsimile: 202-628-5116
   Email: jmurphy@crowell.com
10        aheaven@crowell.com

11 *Counsel For ViewSonic Corporation*

12

13

14              UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

16

| 17 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
|---|---|---|
| 18 | | |
| 19 | | The Honorable Samuel Conti |
| 20 | This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| 21 | | **DECLARATION OF ASTOR H.L. HEAVEN IN SUPPORT OF PLAINTIFF VIEWSONIC CORPORATION'S OPPOSITION TO PANASONIC DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION** |
| 22 | *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | |
| 23 | | |
| 24 | | |

25

26 **REDACTED VERSION OF DOCUMENT OF DOCUMENT SOUGHT TO BE SEALED**

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DECLARATION OF ASTOR H.L. HEAVEN
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29154467.1

# DECLARATION OF ASTOR H.L. HEAVEN

I, Astor H.L. Heaven, hereby declare as follows:

1. I am an attorney with the law firm of Crowell & Moring LLP, which represents ViewSonic Corporation ("ViewSonic") in the above-captioned action currently pending in the United States District Court for the Northern District of California.

2. I am a member in good standing of the District of Columbia and Maryland bars. I am admitted to appear in this Court *pro hac vice* in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC, MDL No. 1917 ("MDL 1917").

3. I submit this declaration in accordance with Local Rule 7-5, N.D. Cal., to set forth facts in support of ViewSonic's Opposition to Panasonic Defendants' Motion to Dismiss and Compel Arbitration.

4. The matters stated herein are true to my own personal knowledge, and, if called as a witness, I could and would competently testify thereto.

5. ███████████████████████████████████████████████████████████████

6. Exhibit A is a true and correct copy of the OEM Agreement between ViewSonic and ███████ dated June 1, 1997.

7. Exhibit B is a true and correct copy of the Supplier Agreement between ViewSonic and ███████ dated May 1, 1997.

8. Exhibit C is a true and correct copy of the relevant portions (absent schedules and exhibits) of an OEM Agreement between ViewSonic and ███ dated December 1, 2001.

9. Exhibit D is a true and correct copy of the relevant portions (absent schedules and exhibits) of an OEM Agreement between ViewSonic and ███████ dated January 29, 2002.

10. Exhibit E is a true and correct copy of the OEM Agreement between ViewSonic and ███████ dated August 1, 1998.

11. Exhibit F is a true and correct copy of the relevant portions (absent schedules and

exhibits) of an OEM Agreement between ViewSonic and ▮ dated March 5, 2001.

12.     Exhibit G is a true and correct copy of the Declaration of Bonny Cheng.

Executed this 22nd day of September, 2014, in Washington, District of Columbia.

                                                        */s/ Astor H.L. Heaven*
                                                        Astor H.L. Heaven *(pro hac vice)*