Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Counsel For ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | **DECLARATION OF ASTOR H.L. HEAVEN IN SUPPORT OF PLAINTIFF VIEWSONIC CORPORATION'S OPPOSITION TO PANASONIC DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION** |

**<u>REDACTED VERSION OF DOCUMENT OF DOCUMENT SOUGHT TO BE SEALED</u>**

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DECLARATION OF ASTOR H.L. HEAVEN
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29154467.1

# DECLARATION OF ASTOR H.L. HEAVEN

I, Astor H.L. Heaven, hereby declare as follows:

1. I am an attorney with the law firm of Crowell & Moring LLP, which represents ViewSonic Corporation ("ViewSonic") in the above-captioned action currently pending in the United States District Court for the Northern District of California.

2. I am a member in good standing of the District of Columbia and Maryland bars. I am admitted to appear in this Court *pro hac vice* in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC, MDL No. 1917 ("MDL 1917").

3. I submit this declaration in accordance with Local Rule 7-5, N.D. Cal., to set forth facts in support of ViewSonic's Opposition to Panasonic Defendants' Motion to Dismiss and Compel Arbitration.

4. The matters stated herein are true to my own personal knowledge, and, if called as a witness, I could and would competently testify thereto.

5. ███████████████████████████████████████████████████████████████

6. Exhibit A is a true and correct copy of the OEM Agreement between ViewSonic and ███████ dated June 1, 1997.

7. Exhibit B is a true and correct copy of the Supplier Agreement between ViewSonic and ███████ dated May 1, 1997.

8. Exhibit C is a true and correct copy of the relevant portions (absent schedules and exhibits) of an OEM Agreement between ViewSonic and ███ dated December 1, 2001.

9. Exhibit D is a true and correct copy of the relevant portions (absent schedules and exhibits) of an OEM Agreement between ViewSonic and ███████ dated January 29, 2002.

10. Exhibit E is a true and correct copy of the OEM Agreement between ViewSonic and ███ ███████ dated August 1, 1998.

11. Exhibit F is a true and correct copy of the relevant portions (absent schedules and

exhibits) of an OEM Agreement between ViewSonic and ███ dated March 5, 2001.

12. Exhibit G is a true and correct copy of the Declaration of Bonny Cheng.

Executed this 22nd day of September, 2014, in Washington, District of Columbia.

                                                 */s/ Astor H.L. Heaven*
                                                Astor H.L. Heaven *(pro hac vice)*