# Exhibit A

Filed Under Seal

# Exhibit B

Filed Under Seal

# Exhibit C

Filed Under Seal

# Exhibit D

Filed Under Seal

# Exhibit E

Filed Under Seal

# Exhibit F

Filed Under Seal

# Exhibit G

Filed Under Seal