SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
E-mail:      ghalling@sheppardmullin.com
             jmcginnis@sheppardmullin.com
             mscarborough@sheppardmullin.com
             dballard@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-SC |
| | MDL No. 1917 |
| | (Individual Case No. 3:14-cv-02510) |
| This Document Relates to:<br>       3:14-cv-02510-SC | **ANSWER OF SAMSUNG SDI DEFENDANTS TO VIEWSONIC CORPORATION'S COMPLAINT** |
| VIEWSONIC CORPORATION, | |
|        Plaintiff, | |
|        v. | |
| CHUNGHWA PICTURE TUBES, LTD., et al. | |
|        Defendants. | |

1      Defendants Samsung SDI America, Inc. ("SDIA"), Samsung SDI Co., Ltd.

2  ("SDI Co."), Samsung SDI (Malaysia) Sdn Bhd. ("SDI Malaysia"), Samsung SDI Mexico

3  S.A. de C.V. ("SDI Mexico"), Samsung SDI Brasil Ltda. ("SDI Brasil"), Shenzhen

4  Samsung SDI Co. Ltd. ("SDI Shenzhen"), and Tianjin Samsung SDI Co., Ltd. ("SDI

5  Tianjin") (collectively "SDI" or the "Samsung SDI Defendants"), by and through their

6  undersigned counsel of record, answer Plaintiff ViewSonic Corporation's ("Plaintiff")

7  Complaint (the "Complaint") and allege additional or affirmative defenses as follows.  SDI

8  denies each and every allegation in the Complaint's section headings and in all portions of

9  the Complaint not contained in numbered paragraphs.  To the extent that the Complaint's

10  allegations concern persons and/or entities other than SDI, SDI denies that such allegations

11  support any claim for relief against SDI.

12      SDI responds to the Complaint in accordance with the former Special

13  Master's Report And Recommendations Regarding Defendants' Motions To Dismiss

14  Direct Action Complaints (Dkt. No. 1664); the Court's Order Adopting In Part And

15  Modifying In Part Special Master's Report And Recommendation On Defendants' Motion

16  To Dismiss The Direct Action Complaints (Dkt. No. 1856); related orders dismissing

17  certain parties; and the Court's Stipulation and Order Regarding Service and Preservation

18  of Arguments for Appeal (Dkt. No. 2721).

19  **I.     Introductory Allegations.**

20      1.      To the extent that the allegations of Paragraph 1 are definitional, SDI

21  avers that no response is required.  To the extent that the allegations of Paragraph 1

22  constitute legal contentions and/or conclusions, SDI avers that no response is required.  To

23  the extent that a response is required and to the extent that the allegations of Paragraph 1

24  relate to other defendants or other persons, SDI lacks knowledge or information sufficient

25  to form a belief as to their truth, and therefore denies them.  To the extent that a response is

26  required as to matters relating to SDI, SDI denies all of the allegations of Paragraph 1 and

27  all inferences arising therefrom.  Subject to the foregoing, SDI acknowledges that Plaintiff

28  in the Complaint purports to refer to (i) the period from at least March 1, 1995 through at

-1-

least November 25, 2007 as the "Relevant Period," (ii) color picture tubes as "CPTs," (iii) color display tubes as "CDTs," and (iv) CPTs and CDTs of all sizes collectively as "CRTs," although SDI disputes the propriety of such definitions and any inferences arising therefrom.  SDI specifically denies that the alleged conspiracy, which SDI denies the existence of, extended from March 1, 1995 through November 25, 2007.

2.      To the extent that the allegations of Paragraph 2 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 2 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 2 relate to SDI, SDI denies all of the allegations of Paragraph 2.

3.      To the extent that the allegations of Paragraph 3 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 3 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 3 relate to SDI, SDI denies all of the allegations of Paragraph 3.

4.      To the extent that the allegations of Paragraph 4 or its subparts constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 4 or its subparts relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 4 or its subparts relate to SDI, SDI denies all of the allegations of Paragraph 4.

5.      To the extent that the allegations of Paragraph 5 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a

response is required, and to the extent that the allegations of Paragraph 5 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 5 relate to SDI, SDI denies all of the allegations of Paragraph 5.

6.       To the extent that the allegations of Paragraph 6 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 6 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 6 relate to SDI, SDI denies all of the allegations of Paragraph 6.

7.       To the extent that the allegations of Paragraph 7 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 7 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 7 relate to SDI, SDI denies all of the allegations of Paragraph 7.

8.       With the exception of matters specifically admitted herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and therefore denies them.  SDI admits that the United States Department of Justice ("DOJ") and other foreign competition authorities have announced investigations relating to the cathode ray tubes industry.  SDI further admits on information and belief that C.Y. Lin, the former Chairman and CEO of Defendant Chunghwa Picture Tubes, Ltd., was indicted by a federal grand jury in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  SDI further admits on information and belief that six individuals have been

-3-

indicted by the DOJ in connection with the DOJ's investigation of the color display tubes industry.

9.      With the exception of matters specifically admitted herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9, and therefore denies them.  SDI admits that Samsung SDI Company, Ltd. entered into an amended plea agreement with the DOJ related to an investigation of the cathode ray tubes industry, the terms of which are matters of public record.

10.      To the extent that the allegations of Paragraph 10 constitute legal contentions and/or conclusions, SDI avers that no response is required.  To the extent a response is required, and to the extent that the allegations of Paragraph 10 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent a response is required, and to the extent that the allegations of Paragraph 10 relate to SDI, SDI denies all of the allegations of Paragraph 10.

## II.      Allegations Concerning Jurisdiction and Venue.

11.      SDI admits that Plaintiff purports to invoke the cited statutory provisions, but otherwise denies the allegations of Paragraph 11.

12.      SDI avers that the allegations of Paragraph 12 regarding subject matter jurisdiction constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 12 relate to SDI, SDI denies all of the allegations of Paragraph 12.  To the extent that the allegations of Paragraph 13 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

13.      SDI avers that the allegations of Paragraph 13 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 13 relate to SDI, SDI

-4-

1  denies all of the allegations of Paragraph 13.  To the extent that the allegations of

2  Paragraph 13 relate to other defendants, SDI lacks knowledge or information sufficient to

3  form a belief as to the truth of those allegations, and therefore denies them.

4        14.    SDI avers that the allegations of Paragraph 14 constitute legal

5  contentions and/or conclusions to which no response is required.  To the extent that a

6  response is required, and to the extent that allegations of Paragraph 14 relate to SDI, SDI

7  denies all of the allegations of Paragraph 14.  To the extent that the allegations of

8  Paragraph 14 relate to other defendants, SDI lacks knowledge or information sufficient to

9  form a belief as to the truth of those allegations, and therefore denies them.

10        15.    SDI avers that the allegations of Paragraph 15 regarding venue

11  constitute legal contentions and/or conclusions to which no response is required.  To the

12  extent that a response is required, and to the extent that allegations of Paragraph 15 relate

13  to SDI, SDI denies all of the allegations of Paragraph 15, with the exception of matters

14  specifically admitted herein as follows.  SDI admits that SDI Co., SDI Malaysia, SDI

15  Mexico, SDI Brazil, SDI Shenzen, and SDI Tianjin maintain principal places of business

16  in foreign countries.  SDI further admits that SDIA is licensed to and is doing business in

17  California.  To the extent that the allegations of Paragraph 15 relate to other defendants,

18  SDI lacks knowledge or information sufficient to form a belief as to the truth of those

19  allegations, and therefore denies them.

20  **III.    Allegations Concerning the Parties.**

21        16.    To the extent that the allegations of Paragraph 16 relate to other

22  defendants, or a plaintiff, or other persons, SDI lacks knowledge or information sufficient

23  to form a belief as to their truth, and therefore denies them.  To the extent the allegations of

24  Paragraph 16 relate to SDI, SDI denies all of those allegations.

25        17.    To the extent that the allegations of Paragraph 17 relate to other

26  defendants, or a plaintiff, or other persons, SDI lacks knowledge or information sufficient

27  to form a belief as to their truth, and therefore denies them.  To the extent the allegations of

28  Paragraph 17 relate to SDI, SDI denies all of those allegations.

1          18.     SDI lacks knowledge or information sufficient to form a belief as to

2   the truth of the allegations of Paragraph 18, and therefore denies them.

3          19.     SDI lacks knowledge or information sufficient to form a belief as to

4   the truth of the allegations of Paragraph 19, and therefore denies them.

5          20.     SDI lacks knowledge or information sufficient to form a belief as to

6   the truth of the allegations of Paragraph 20, and therefore denies them.

7          21.     SDI avers that the allegations of Paragraph 21 are definitional, to

8   which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

9   IRICO Group Corporation, IRICO Group Electronics Co., Ltd., and IRICO Display

10  Devices Co., Ltd. collectively in the Complaint as "IRICO."

11         22.     SDI lacks knowledge or information sufficient to form a belief as to

12  the truth of the allegations of Paragraph 22, and therefore denies them.

13         23.     SDI lacks knowledge or information sufficient to form a belief as to

14  the truth of the allegations of Paragraph 23, and therefore denies them.

15         24.     SDI avers that the allegations of Paragraph 24 are definitional, to

16  which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

17  LG Electronics, Inc. and LG Electronics USA, Inc. collectively in the Complaint as "LG

18  Electronics."

19         25.     SDI lacks knowledge or information sufficient to form a belief as to

20  the truth of the allegations of Paragraph 25, and therefore denies them.

21         26.     SDI lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations of Paragraph 26, and therefore denies them.

23         27.     SDI lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations of Paragraph 27, and therefore denies them.

25         28.     SDI avers that the allegations of Paragraph 28 are definitional, to

26  which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

27  Panasonic Corporation and Panasonic Corporation of North America collectively in the

28  Complaint as "Panasonic."

1    29.    SDI lacks knowledge or information sufficient to form a belief as to
2    the truth of the allegations of Paragraph 29, and therefore denies them.

3    30.    SDI lacks knowledge or information sufficient to form a belief as to
4    the truth of the allegations of Paragraph 30, and therefore denies them.

5    31.    SDI lacks knowledge or information sufficient to form a belief as to
6    the truth of the allegations of Paragraph 31, and therefore denies them.

7    32.    SDI lacks knowledge or information sufficient to form a belief as to
8    the truth of the allegations of Paragraph 32, and therefore denies them.

9    33.    SDI lacks knowledge or information sufficient to form a belief as to
10   the truth of the allegations of Paragraph 33, and therefore denies them.

11   34.    SDI lacks knowledge or information sufficient to form a belief as to
12   the truth of the allegations of Paragraph 34, and therefore denies them.

13   35.    SDI avers that the allegations of Paragraph 35 are definitional, to
14   which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to
15   Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation,
16   Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria
17   Electronica Ltda. collectively in the Complaint as "Philips."

18   36.    SDI denies all of the allegations of Paragraph 36, with the exception
19   of matters specifically admitted herein.  SDI specifically denies that SDI Co. has offices in
20   Chicago and San Diego.  SDI admits that SDI Co. is a publicly traded South Korean
21   company, but denies that its principal place of business is 575 Shin-dong, Youngtong-gu,
22   Suwon, South Korea.  SDI admits that Samsung Electronics Co., Ltd. ("SEC") holds
23   almost 20% of SDI Co.'s stock, but specifically denies that SEC dominated or controlled
24   SDI Co.  The Samsung SDI Defendants aver that SDI Co. and SEC are independent,
25   separately-owned, publicly traded corporations, and demand strict proof to the contrary.

26   37.    SDI denies each and every allegation of Paragraph 37.
27   38.    SDI denies all of the allegations of Paragraph 38, with the exception
28   of matters specifically admitted herein as follows.  SDI specifically denies that SDI

-7-

Mexico is a wholly-owned subsidiary of Samsung SDI and that SDI Mexico manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated and controlled Samsung SDI Mexico.  SDI admits that SDI Mexico is a Mexican company with its principal place of business located at Blvd. Los Olivos, No. 21014, Parque Industrial El Florido, Tijuana, B.C. Mexico.

39.     SDI denies all of the allegations of Paragraph 39, with the exception of matters specifically admitted herein as follows.  SDI specifically denies that SDI Brazil is a wholly-owned subsidiary of Samsung SDI and that SDI Brazil manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated and controlled SDI Brazil.  SDI admits that SDI Brasil is a Brazilian company with its principal place of business located at Av. Eixo Norte Sul, S/N, Distrito Industrial, 69088-480 Manaus, Amazonas, Brazil.

40.     SDI denies all of the allegations of Paragraph 40, with the exception of matters specifically admitted herein as follows.  SDI specifically denies that SDI Shenzhen is a wholly-owned subsidiary of Samsung SDI and that SDI Shenzhen manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated and controlled SDI Shenzhen.  SDI admits that SDI Shenzhen is a Chinese company with its principal place of business located at Huanggang Bei Lu, Futian Gu, Shenzhen, China.

41.     SDI denies all of the allegations of Paragraph 41, with the exception of matters specifically admitted herein as follows.  SDI specifically denies that SDI Tianjin is a wholly-owned subsidiary of Samsung SDI and that SDI Tianjin manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that SEC dominated and controlled SDI Tianjin. SDI admits that SDI Tianjin is a Chinese company with its principal place of business located at Developing Zone of Yi-Xian Park, Wuqing County, Tianjin, China.

42.     SDI denies all of the allegations of Paragraph 42, with the exception of matters specifically admitted herein as follows.  SDI specifically denies that SDI Malaysia is a wholly-owned subsidiary of Samsung SDI and that SDI Malaysia

manufactured, marketed, sold and/or distributed CRT Products.  SDI further denies that
SEC dominated and controlled SDI Malaysia.  SDI admits that SDI Malaysia is a
Malaysian company with its principal place of business at Lots 635 & 660, Kawasan
Perindustrian, Tuanku Jafaar, 71450 Sungai Gadut, Negeri Sembilan Darul Khusus,
Malaysia.

43.    SDI avers that the allegations of Paragraph 43 are definitional, to
which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to
SDI Co., SDIA, SDI Mexico, SDI Brazil, SDI Shenzhen, SDI Tianjin, and SDI Malaysia
collectively in the Complaint as "Samsung," although SDI disputes the propriety of such
reference and any inferences that may be drawn therefrom.

44.    SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 44, and therefore denies them.

45.    SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 45, and therefore denies them.

46.    SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 46, and therefore denies them.

47.    SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 47, and therefore denies them.

48.    SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 48, and therefore denies them.

49.    SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 49, and therefore denies them.

50.    SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 50, and therefore denies them.

51.    SDI avers that the allegations of Paragraph 51 are definitional, to
which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to
Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC,
Toshiba America Electronic Components, Inc., and Toshiba America Information

-9-

1  Systems, Inc. collectively in the Complaint as "Toshiba."

2        52.    SDI lacks knowledge or information sufficient to form a belief as to

3  the truth of the allegations of Paragraph 52, and therefore denies them.

4        53.    SDI lacks knowledge or information sufficient to form a belief as to

5  the truth of the allegations of Paragraph 53, and therefore denies them.

6        54.    To the extent that the allegations of Paragraph 54 are definitional, SDI

7  avers that no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer

8  to Chunghwa Picture Tubes, Ltd., and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.

9  collectively in the Complaint as "Chunghwa."  SDI otherwise lacks knowledge or

10  information sufficient to form a belief as to the truth of the allegations of Paragraph 54,

11  and therefore denies them.

12        55.    SDI lacks knowledge or information sufficient to form a belief as to

13  the truth of the allegations of Paragraph 55, and therefore denies them.

14        56.    SDI lacks knowledge or information sufficient to form a belief as to

15  the truth of the allegations of Paragraph 56, and therefore denies them.

16        57.    SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 57, and therefore denies them.

18        58.    SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 58, and therefore denies them.

20        59.    SDI avers that the allegations of Paragraph 59 are definitional, to

21  which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

22  Thomson SA and Thomson Consumer Electronics, Inc. collectively in the Complaint as

23  "Thomson."

24        60.    SDI lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations of Paragraph 60, and therefore denies them.

26        61.    SDI lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations of Paragraph 61, and therefore denies them.

28        62.    SDI lacks knowledge or information sufficient to form a belief as to

-10-

1  the truth of the allegations of Paragraph 62, and therefore denies them.

2         63.     SDI avers that the allegations of Paragraph 63 are definitional, to

3  which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

4  Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and

5  Mitsubishi Electric Visual Solutions America, Inc. collectively in the Complaint as

6  "Mitsubishi."

7  **IV.    Allegations Concerning Agents and Co-Conspirators**

8         64.     To the extent that the allegations of Paragraph 64 relate to other

9  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

10  and therefore denies them.  To the extent that the allegations of Paragraph 64 relate to SDI,

11  SDI denies all of those allegations.

12         65.     To the extent that the allegations of Paragraph 65 relate to other

13  defendants or other persons, SDI lacks knowledge or information sufficient to form a

14  belief as to their truth, and therefore denies them.  To the extent that the allegations of

15  Paragraph 65 relate to SDI, SDI denies all of those allegations.

16         66.     SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 66, and therefore denies them.

18         67.     SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 67, and therefore denies them.

20         68.     SDI avers that the allegations of Paragraph 68 are definitional, to

21  which no response is required.  Nevertheless, SDI admits that Plaintiff purports to refer to

22  Daewoo Electronics Co., Ltd., Orion Electronic Co. and Daewoo-Orion Societe Anonyme

23  collectively in the Complaint as "Daewoo."

24         69.     SDI lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations of Paragraph 69, and therefore denies them.

26         70.     SDI lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations of Paragraph 70, and therefore denies them.

28         71.     SDI lacks knowledge or information sufficient to form a belief as to

-11-

1 the truth of the allegations of Paragraph 71, and therefore denies them.

2      72.    To the extent that the allegations of Paragraph 72 relate to other

3 defendants or other persons, SDI lacks knowledge or information sufficient to form a

4 belief as to their truth, and therefore denies them.  To the extent that the allegations of

5 Paragraph 72 relate to SDI, SDI denies all of those allegations.

6 **V.    Allegations Concerning Trade and Commerce.**

7      73.    SDI avers that the allegations of Paragraph 73 constitute legal

8 contentions and/or conclusions to which no response is required, but SDI nonetheless

9 denies all of the allegations of Paragraph 73 to the extent they purport to pertain to SDI.

10 Further, to the extent that the allegations of Paragraph 73 relate to other defendants, SDI

11 lacks knowledge or information sufficient to form a belief as to their truth, and therefore

12 denies them.

13      74.    SDI avers that the allegations of Paragraph 74 constitute legal

14 contentions and/or conclusions to which no response is required, but SDI nonetheless

15 denies all of the allegations of Paragraph 74 to the extent they purport to pertain to SDI.

16 Further, to the extent that the allegations of Paragraph 74 relate to other defendants, SDI

17 lacks knowledge or information sufficient to form a belief as to their truth, and therefore

18 denies them.

19      75.    SDI avers that the allegations of Paragraph 75 constitute legal

20 contentions and/or conclusions to which no response is required, but SDI nonetheless

21 denies all of the allegations of Paragraph 75 to the extent they purport to pertain to SDI.

22 Further, to the extent that the allegations of Paragraph 75 relate to other defendants, SDI

23 lacks knowledge or information sufficient to form a belief as to their truth, and therefore

24 denies them.

25 **VI.    Factual Allegations.**

26      76.    To the extent that the allegations of Paragraph 76 are definitional, SDI

27 avers that no response is required.  To the extent a response is required, SDI lacks

28 knowledge or information sufficient to form a belief as to the truth of the allegations of

1   Paragraph 76, and therefore denies them.

2         77.   SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 77, and therefore denies them.

4         78.   To the extent that the allegations of Paragraph 78 are definitional, SDI

5   avers that no response is required.  To the extent a response is required, SDI lacks

6   knowledge or information sufficient to form a belief as to the truth of the allegations of

7   Paragraph 78, and therefore denies them.

8         79.   SDI lacks knowledge or information sufficient to form a belief as to

9   the truth of the allegations of Paragraph 79, and therefore denies them.

10         80.   To the extent that the allegations of Paragraph 80 are definitional, SDI

11   avers that no response is required.  To the extent a response is required, SDI lacks

12   knowledge or information sufficient to form a belief as to the truth of the allegations of

13   Paragraph 80, and therefore denies them, with the exception of matters specifically

14   admitted herein as follows.  SDI admits that CRTs can be subdivided into CDTs and CPTs.

15   SDI further admits that CPTs are used primarily in televisions and related devices and that

16   CDTs are primarily used in computer monitors and similar devices.

17         81.   SDI lacks knowledge or information sufficient to form a belief as to

18   the truth of the allegations of Paragraph 81, and therefore denies them.

19         82.   SDI lacks knowledge or information sufficient to form a belief as to

20   the truth of the allegations of Paragraph 82, and therefore denies them.

21         83.   To the extent that the allegations of Paragraph 83 relate to other

22   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

23   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

24   of Paragraph 83 relate to SDI, SDI denies all of those allegations.

25         84.   To the extent that the allegations of Paragraph 84 relate to other

26   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

27   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

28   of Paragraph 84 relate to SDI, SDI denies all of those allegations.

-13-

85.     To the extent that the allegations of Paragraph 85 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 85 relate to SDI, SDI denies all of those allegations.

86.     To the extent that the allegations of Paragraph 85 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 86 relate to SDI, SDI denies all of those allegations.

87.     To the extent that the allegations of Paragraph 87 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 87 relate to SDI, SDI denies all of those allegations.

88.     To the extent that the allegations of Paragraph 88 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 88 relate to SDI, SDI denies all of those allegations.

89.     To the extent that the allegations of Paragraph 89 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 89 relate to SDI, SDI denies all of those allegations.

90.     To the extent that the allegations of Paragraph 90 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 90 relate to SDI, SDI denies all of those allegations.

91.     To the extent that the allegations of Paragraph 91 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 91 relate to SDI, SDI denies all of those allegations.

1    92.    To the extent that the allegations of Paragraph 92 and its subparts
2    relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or
3    information sufficient to form a belief as to their truth, and therefore denies them.  To the
4    extent that the allegations of Paragraph 92 and its subparts relate to SDI, SDI denies all of
5    those allegations.

6    93.    SDI lacks knowledge or information sufficient to form a belief as to
7    the truth of the allegations of Paragraph 93, and therefore denies them.

8    94.    To the extent that the allegations of Paragraph 94 relate to other
9    defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to
10   form a belief as to their truth, and therefore denies them.  To the extent that the allegations
11   of Paragraph 94 relate to SDI, SDI denies all of those allegations.

12   95.    To the extent that the allegations of Paragraph 94 relate to other
13   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to
14   form a belief as to their truth, and therefore denies them.  To the extent that the allegations
15   of Paragraph 94 relate to SDI, SDI denies all of those allegations.

16   96.    SDI lacks knowledge or information sufficient to form a belief as to
17   the truth of the allegations of Paragraph 96, and therefore denies them.

18   97.    SDI lacks knowledge or information sufficient to form a belief as to
19   the truth of the allegations of Paragraph 97, and therefore denies them.

20   98.    SDI lacks knowledge or information sufficient to form a belief as to
21   the truth of the allegations of Paragraph 98, and therefore denies them.

22   99.    SDI lacks knowledge or information sufficient to form a belief as to
23   the truth of the allegations of Paragraph 99, and therefore denies them.

24   100.   SDI lacks knowledge or information sufficient to form a belief as to
25   the truth of the allegations of Paragraph 100, and therefore denies them.

26   101.   SDI denies each and every allegation of Paragraph 101.

27   102.   SDI lacks knowledge or information sufficient to form a belief as to
28   the truth of the allegations of Paragraph 102, and therefore denies them.

-15-

1    103.    To the extent that the allegations of Paragraph 103 relate to other

2  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

3  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

4  of Paragraph 103 relate to SDI, SDI denies all of those allegations.

5    104.    To the extent that the allegations of Paragraph 104 relate to other

6  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

7  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

8  of Paragraph 104 relate to SDI, SDI denies all of those allegations.

9    105.    To the extent that the allegations of Paragraph 105 relate to other

10  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

11  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

12  of Paragraph 105 relate to SDI, SDI denies all of those allegations.

13    106.    To the extent that the allegations of Paragraph 106 relate to other

14  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

15  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

16  of Paragraph 106 relate to SDI, SDI denies all of those allegations.

17    107.    To the extent that the allegations of Paragraph 107 relate to other

18  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

19  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

20  of Paragraph 107 relate to SDI, SDI denies all of those allegations.

21    108.    To the extent that the allegations of Paragraph 108 relate to other

22  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

23  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

24  of Paragraph 108 relate to SDI, SDI denies all of those allegations.

25    109.    To the extent that the allegations of Paragraph 109 relate to other

26  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

27  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

28  of Paragraph 109 relate to SDI, SDI denies all of those allegations.

110.    To the extent that the allegations of Paragraph 110 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 110 relate to SDI, SDI denies all of those allegations.

111.    To the extent that the allegations of Paragraph 111 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 111 relate to SDI, SDI denies all of those allegations.

112.    To the extent that the allegations of Paragraph 112 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 112 relate to SDI, SDI denies all of those allegations.

113.    To the extent that the allegations of Paragraph 113 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 113 relate to SDI, SDI denies all of those allegations.

114.    To the extent that the allegations of Paragraph 114 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 114 relate to SDI, SDI denies all of those allegations.

115.    To the extent that the allegations of Paragraph 115 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 115 relate to SDI, SDI denies all of those allegations.

116.    To the extent that the allegations of Paragraph 116 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 116 relate to SDI, SDI denies all of those allegations.

-17-

1          117.    To the extent that the allegations of Paragraph 117 relate to other

2   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

3   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

4   of Paragraph 117 relate to SDI, SDI denies all of those allegations.

5          118.    To the extent that the allegations of Paragraph 118 relate to other

6   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

7   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

8   of Paragraph 118 relate to SDI, SDI denies all of those allegations.

9          119.    To the extent that the allegations of Paragraph 119 relate to other

10   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

11   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

12   of Paragraph 119 relate to SDI, SDI denies all of those allegations.

13          120.    To the extent that the allegations of Paragraph 120 relate to other

14   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

15   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

16   of Paragraph 120 relate to SDI, SDI denies all of those allegations.

17          121.    To the extent that the allegations of Paragraph 121 relate to other

18   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

19   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

20   of Paragraph 121 relate to SDI, SDI denies all of those allegations.

21          122.    To the extent that the allegations of Paragraph 122 relate to other

22   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

23   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

24   of Paragraph 122 relate to SDI, SDI denies all of those allegations.

25          123.    To the extent that the allegations of Paragraph 123 and its subparts

26   relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or

27   information sufficient to form a belief as to their truth, and therefore denies them.  To the

28   extent that the allegations of Paragraph 123 and its subparts relate to SDI, SDI denies all of

1   those allegations.

2       124.    To the extent that the allegations of Paragraph 124 relate to other

3   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

4   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

5   of Paragraph 124 relate to SDI, SDI denies all of those allegations.

6       125.    To the extent that the allegations of Paragraph 125 relate to other

7   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

8   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

9   of Paragraph 125 relate to SDI, SDI denies all of those allegations.

10      126.    To the extent that the allegations of Paragraph 126 relate to other

11  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

12  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

13  of Paragraph 126 relate to SDI, SDI denies all of those allegations.

14      127.    To the extent that the allegations of Paragraph 127 relate to other

15  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

16  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

17  of Paragraph 127 relate to SDI, SDI denies all of those allegations.

18      128.    To the extent that the allegations of Paragraph 128 relate to other

19  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21  of Paragraph 128 relate to SDI, SDI denies all of those allegations.

22      129.    To the extent that the allegations of Paragraph 129 relate to other

23  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

24  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

25  of Paragraph 129 relate to SDI, SDI denies all of those allegations.

26      130.    To the extent that the allegations of Paragraph 130 relate to other

27  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

28  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

-19-

of Paragraph 130 relate to SDI, SDI denies all of those allegations.

131.    To the extent that the allegations of Paragraph 131 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 131 relate to SDI, SDI denies all of those allegations.

132.    To the extent that the allegations of Paragraph 132 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 132 relate to SDI, SDI denies all of those allegations.

133.    To the extent that the allegations of Paragraph 133 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 133 relate to SDI, SDI denies all of those allegations.

134.    With the exception of matters specifically admitted herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134, and therefore denies them.  SDI admits that the European Commission has announced fines relating to its investigation into the cathode ray tubes industry, and the details regarding that announcement are matters of public record.  With respect to the documents purportedly quoted in Paragraph 134, SDI refers Plaintiffs to the referenced documents for a description of their specific contents.

135.    To the extent that the allegations of Paragraph 135 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 135 relate to SDI, SDI denies all of those allegations.

136.    To the extent that the allegations of Paragraph 136 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 136 relate to SDI, SDI denies all of those allegations.

-20-

137.    To the extent that the allegations of Paragraph 137 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 137 relate to SDI, SDI denies all of those allegations.

138.    To the extent that the allegations of Paragraph 138 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 138 relate to SDI, SDI denies all of those allegations.

139.    To the extent that the allegations of Paragraph 139 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 139 relate to SDI, SDI denies all of those allegations.

140.    To the extent that the allegations of Paragraph 140 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 140 relate to SDI, SDI denies all of those allegations.

141.    To the extent that the allegations of Paragraph 141 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 141 relate to SDI, SDI denies all of those allegations.

142.    To the extent that the allegations of Paragraph 142 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 142 relate to SDI, SDI denies all of those allegations.

143.    To the extent that the allegations of Paragraph 143 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 143 relate to SDI, SDI denies all of those allegations.

-21-

1    144.    To the extent that the allegations of Paragraph 144 relate to other
2  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to
3  form a belief as to their truth, and therefore denies them.  To the extent that the allegations
4  of Paragraph 144 relate to SDI, SDI denies all of those allegations.

5    145.    To the extent that the allegations of Paragraph 145 relate to other
6  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to
7  form a belief as to their truth, and therefore denies them.  To the extent that the allegations
8  of Paragraph 145 relate to SDI, SDI denies all of those allegations.

9    146.    To the extent that the allegations of Paragraph 146 relate to other
10  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to
11  form a belief as to their truth, and therefore denies them.  To the extent that the allegations
12  of Paragraph 146 relate to SDI, SDI denies all of those allegations.

13    147.    To the extent that the allegations of Paragraph 147 relate to other
14  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to
15  form a belief as to their truth, and therefore denies them.  To the extent that the allegations
16  of Paragraph 147 relate to SDI, SDI denies all of those allegations.

17    148.    To the extent that the allegations of Paragraph 148 relate to other
18  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to
19  form a belief as to their truth, and therefore denies them.  To the extent that the allegations
20  of Paragraph 148 relate to SDI, SDI denies all of those allegations.

21    149.    To the extent that the allegations of Paragraph 149 relate to other
22  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to
23  form a belief as to their truth, and therefore denies them.  To the extent that the allegations
24  of Paragraph 149 relate to SDI, SDI denies all of those allegations.

25    150.    To the extent that the allegations of Paragraph 150 relate to other
26  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to
27  form a belief as to their truth, and therefore denies them.  To the extent that the allegations
28  of Paragraph 150 relate to SDI, SDI denies all of those allegations.

1    151.   To the extent that the allegations of Paragraph 151 relate to other

2  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

3  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

4  of Paragraph 150 relate to SDI, SDI denies all of those allegations.

5    152.   SDI denies each and every allegations of Paragraph 152.

6    153.   SDI denies each and every allegation of Paragraph 153.

7    154.   To the extent that the allegations of Paragraph 154 relate to other

8  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

9  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

10  of Paragraph 154 relate to SDI, SDI denies all of those allegations.

11    155.   To the extent that the allegations of Paragraph 155 relate to other

12  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

13  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

14  of Paragraph 155 relate to SDI, SDI denies all of those allegations.

15    156.   To the extent that the allegations of Paragraph 156 relate to other

16  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

17  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

18  of Paragraph 156 relate to SDI, SDI denies all of those allegations.

19    157.   To the extent that the allegations of Paragraph 157 relate to other

20  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

21  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

22  of Paragraph 157 relate to SDI, SDI denies all of those allegations.

23    158.   To the extent that the allegations of Paragraph 158 relate to other

24  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

25  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

26  of Paragraph 158 relate to SDI, SDI denies all of those allegations.

27    159.   To the extent that the allegations of Paragraph 159 relate to other

28  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 159 relate to SDI, SDI denies all of those allegations.

160.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 160, and therefore denies them.

161.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 161, and therefore denies them.

162.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 161, and therefore denies them.

163.   To the extent that the allegations of Paragraph 163 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 163 relate to SDI, SDI denies all of those allegations.

164.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 164, and therefore denies them.

165.   To the extent that the allegations of Paragraph 165 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 165 relate to SDI, SDI denies all of those allegations.

166.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 166, and therefore denies them.

167.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 167, and therefore denies them.

168.   To the extent that the allegations of Paragraph 168 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 168 relate to SDI, SDI denies all of those allegations.

169.   To the extent that the allegations of Paragraph 169 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

-24-

1  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

2  of Paragraph 169 relate to SDI, SDI denies all of those allegations.

3          170.    To the extent that the allegations of Paragraph 170 relate to other

4  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

5  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

6  of Paragraph 170 relate to SDI, SDI denies all of those allegations.

7          171.    To the extent that the allegations of Paragraph 171 relate to other

8  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

9  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

10  of Paragraph 171 relate to SDI, SDI denies all of those allegations.

11          172.    To the extent that the allegations of Paragraph 172 relate to other

12  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

13  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

14  of Paragraph 172 relate to SDI, SDI denies all of those allegations.

15          173.    To the extent that the allegations of Paragraph 173 relate to other

16  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

17  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

18  of Paragraph 173 relate to SDI, SDI denies all of those allegations.

19          174.    With the exception of matters specifically admitted herein as follows,

20  SDI lacks knowledge or information sufficient to form a belief as to the truth of the

21  allegations in Paragraph 174, and therefore denies them.  SDI admits that DOJ and other

22  foreign competition authorities have announced investigations relating to the cathode ray

23  tubes industry.

24          175.    With the exception of matters specifically admitted herein as follows,

25  SDI lacks knowledge or information sufficient to form a belief as to the truth of the

26  allegations in Paragraph 175, and therefore denies them.  SDI admits that foreign

27  competition authorities have announced investigations relating to the cathode ray tubes

28  industry.

176.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 176, and therefore denies them.

177.   To the extent that the allegations of Paragraph 177 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 177 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, in or about May, 2008, the Hungarian Competition Authority ("HCA") announced its own investigation of the cathode ray tubes industry.  With respect to the HCA announcement purportedly quoted from in Paragraph 177, SDI refers Plaintiff to the referenced document for a description of its content.

178.   With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178, and therefore denies them.  SDI admits on information and belief that C.Y. Lin, the former Chairman and CEO of Defendant Chunghwa Picture Tubes, Ltd., was indicted by a federal grand jury in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly quoted from in Paragraph 178, SDI refers Plaintiff to the referenced document for a description of its content.

179.   With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179, and therefore denies them.  SDI admits on information and belief that Wu Jen Cheng, formerly of Chunghwa Picture Tubes, Ltd., was indicted by a federal grand jury in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly characterized in Paragraph 179, SDI refers Plaintiff to the referenced document for a description of its content.

180.   With the exception of matters specifically admitted on information

1   and belief herein as follows, SDI lacks knowledge or information sufficient to form a

2   belief as to the truth of the allegations in Paragraph 180, and therefore denies them.  SDI

3   admits on information and belief that Chung Cheng Yeh was indicted by a federal grand

4   jury in connection with the DOJ's investigation of the cathode ray tubes industry, the terms

5   of which are a matter of public record.  With respect to the press release purportedly

6   quoted from in Paragraph 180, SDI refers Plaintiff to the referenced document for a

7   description of its content.

8          181.   With the exception of matters specifically admitted on information

9   and belief herein as follows, SDI lacks knowledge or information sufficient to form a

10  belief as to the truth of the allegations in Paragraph 181, and therefore denies them.  SDI

11  admits on information and belief that Seung-Kyu Lee and Jae-Sik Kim were indicted by a

12  federal grand jury in connection with the DOJ's investigation of the cathode ray tubes

13  industry, the terms of which are a matter of public record.  With respect to the press release

14  purportedly quoted from in Paragraph 181, SDI refers Plaintiff to the referenced document

15  for a description of its content.

16         182.   SDI denies the allegations in Paragraph 182, with the exception of

17  matters specifically admitted herein as follows.  SDI admits that SDI Co. entered into an

18  amended plea agreement with the United States related to an investigation of the cathode

19  ray tubes industry, the terms of which are a matter of public record.

20         183.   With the exception of matters specifically admitted herein as follows,

21  SDI lacks knowledge or information sufficient to form a belief as to the truth of the

22  allegations in Paragraph 183, and therefore denies them.  SDI admits that the European

23  Commission has announced fines relating to its investigation into the cathode ray tubes

24  industry, and the details regarding that announcement are matters of public record.  With

25  respect to the documents purportedly quoted in Paragraph 183, SDI refers Plaintiffs to the

26  referenced documents for a description of their specific contents.

27         184.   To the extent that the allegations of Paragraph 184 relate to other

28  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

-27-

1  form a belief as to their truth, and therefore denies them.  To the extent that the allegations

2  of Paragraph 184 relate to SDI, SDI denies all of those allegations.

3           185.    To the extent that the allegations of Paragraph 185 relate to SDI, SDI

4  denies all of those allegations.  To the extent that the allegations of Paragraph 185 relate to

5  other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

6  truth, and therefore denies them, with the exception of matters specifically admitted herein

7  as follows.  SDI admits on information and belief that SEC entered into a plea agreement

8  with the DOJ related to an investigation of dynamic random access memory, the terms of

9  which are a matter of public record.

10          186.    To the extent that the allegations of Paragraph 186 relate to SDI, SDI

11  denies all of those allegations.  To the extent that the allegations of Paragraph 186 relate to

12  other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

13  truth, and therefore denies them.

14          187.    To the extent that the allegations of Paragraph 187 relate to other

15  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

16  and therefore denies them.  To the extent that the allegations of Paragraph 187 relate to

17  SDI, SDI denies all of those allegations, with the exception of matters specifically

18  admitted herein as follows.  SDI admits on information and belief that, in or about

19  December, 2006, authorities in Japan, Korea, the European Union, and the United States

20  announced investigations of the TFT-LCD industry.

21          188.    To the extent that the allegations of Paragraph 188 relate to SDI, SDI

22  denies all of those allegations.  To the extent that the allegations of Paragraph 188 relate to

23  other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

24  truth, and therefore denies them.

25          189.    With the exception of matters specifically admitted on information

26  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

27  belief as to the truth of the allegations in Paragraph 189, and therefore denies them.  SDI

28  admits on information and belief that LG Display Co., Ltd., Sharp Corporation, and

-28-

1  Chunghwa Picture Tubes, Ltd. entered into plea agreements with the DOJ related to an

2  investigation of the TFT-LCD industry, the terms of which are matters of public record.

3         190.  SDI lacks knowledge or information sufficient to form a belief as to

4  the truth of the allegations of Paragraph 190, and therefore denies them.

5         191.  To the extent that the allegations of Paragraph 191 relate to SDI, SDI

6  denies all of those allegations.  To the extent that the allegations of Paragraph 191 relate to

7  other defendants, SDI lacks knowledge or information sufficient to form a belief as to their

8  truth, and therefore denies them.

9         192.  To the extent that the allegations of Paragraph 192 relate to other

10  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

11  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 192

12  relate to SDI, SDI denies all of those allegations, with the exception of matters specifically

13  admitted herein as follows.  SDI admits that, during at least portions of the alleged period,

14  SDI Co. attended the Korea Display Conference.  SDI further admits that, during at least

15  portions of the alleged period, SDI Co. was a member of KODEMIA and EDIRAK.

16         193.  To the extent that the allegations of Paragraph 193 relate to other

17  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

18  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 193

19  relate to SDI, SDI denies all of those allegations, with the exception of matters specifically

20  admitted herein as follows.  SDI admits that, during at least portions of the alleged period,

21  H.K. Chung, Woo Jong Lee, Bae Choel-Han, Jung Ho-Gyun and H.C. Kim attended the

22  Korea Display Conference.

23         194.  To the extent that the allegations of Paragraph 194 relate to other

24  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

25  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 194

26  relate to SDI, SDI denies all of those allegations.

27         195.  To the extent that the allegations of Paragraph 195 relate to other

28  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

-29-

their truth, and therefore denies them.  To the extent that the allegations of Paragraph 195 relate to SDI, SDI denies all of those allegations.

196.    To the extent that the allegations of Paragraph 196 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 196 relate to SDI, SDI denies all of those allegations.

197.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 197, and therefore denies them.

198.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 198, and therefore denies them.

199.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 199, and therefore denies them.

200.    SDI denies all the allegations of Paragraph 200, with the exception of matters specifically admitted herein as follows.  SDI admits that, in late 2005, SDI closed its cathode ray tube factory in Germany.

201.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 201, and therefore denies them.

202.    To the extent that the allegations of Paragraph 202 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 202 relate to SDI, SDI denies all of those allegations.

203.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 203, and therefore denies them.

204.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 204, and therefore denies them.

205.    To the extent that the allegations of Paragraph 205 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 205

-30-

1    relate to SDI, SDI denies all of those allegations.

2           206.   SDI lacks knowledge or information sufficient to form a belief as to

3    the truth of the allegations of Paragraph 206, and therefore denies them.

4           207.   To the extent that the allegations of Paragraph 207 relate to other

5    defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

6    their truth, and therefore denies them.  To the extent that the allegations of Paragraph 207

7    relate to SDI, SDI denies all of those allegations.

8           208.   SDI lacks knowledge or information sufficient to form a belief as to

9    the truth of the allegations of Paragraph 208, and therefore denies them.

10          209.   SDI lacks knowledge or information sufficient to form a belief as to

11   the truth of the allegations of Paragraph 209, and therefore denies them.

12          210.   SDI lacks knowledge or information sufficient to form a belief as to

13   the truth of the allegations of Paragraph 210, and therefore denies them.

14          211.   To the extent that the allegations of Paragraph 211 relate to other

15   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

16   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 211

17   relate to SDI, SDI denies all of those allegations.

18          212.   To the extent that the allegations of Paragraph 212 and its subparts

19   relate to other defendants or entities, SDI lacks knowledge or information sufficient to

20   form a belief as to their truth, and therefore denies them.  To the extent that the allegations

21   of Paragraph 212 and its subparts relate to SDI, SDI denies all of those allegations.

22   **VII.   Allegations Concerning Plaintiff's Alleged Injuries**

23          213.   To the extent that the allegations of Paragraph 213 relate to other

24   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

25   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 213

26   relate to SDI, SDI denies all of those allegations.

27          214.   To the extent that the allegations of Paragraph 214 relate to other

28   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

-31-

1   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 214

2   relate to SDI, SDI denies all of those allegations.

3          215.   To the extent that the allegations of Paragraph 215 relate to other

4   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

5   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 215

6   relate to SDI, SDI denies all of those allegations.

7          216.   To the extent that the allegations of Paragraph 216 relate to other

8   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

9   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 216

10   relate to SDI, SDI denies all of those allegations.

11          217.   To the extent that the allegations of Paragraph 217 relate to other

12   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

13   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 217

14   relate to SDI, SDI denies all of those allegations.

15          218.   To the extent that the allegations of Paragraph 218 relate to other

16   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

17   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 218

18   relate to SDI, SDI denies all of those allegations.

19          219.   To the extent that the allegations of Paragraph 219 relate to other

20   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

21   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 219

22   relate to SDI, SDI denies all of those allegations.

23   **VIII.   Allegations Concerning Supposed Fraudulent Concealment.**

24          220.   SDI denies each and every allegation of Paragraph 220.

25          221.   SDI denies each and every allegation of Paragraph 221.

26          222.   To the extent that the allegations of Paragraph 222 relate to other

27   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

28   and therefore denies them.  To the extent that the allegations of Paragraph 222 relate to

-32-

SDI, SDI denies all of those allegations.

223.    To the extent that the allegations of Paragraph 223 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 223 relate to SDI, SDI denies all of those allegations.

224.    To the extent that the allegations of Paragraph 224 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 214 relate to SDI, SDI denies all of those allegations.

225.    To the extent that the allegations of Paragraph 225 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 225 relate to SDI, SDI denies all of those allegations.

226.    To the extent that the allegations of Paragraph 226 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 226 relate to SDI, SDI denies all of those allegations.

227.    To the extent that the allegations of Paragraph 227 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 227 relate to SDI, SDI denies all of those allegations.

228.    To the extent that the allegations of Paragraph 228 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 228 relate to SDI, SDI denies all of those allegations.

229.    To the extent that the allegations of Paragraph 229 and its subparts relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

-33-

1   229 and its subparts relate to SDI, SDI denies all of those allegations.

2              230.   To the extent that the allegations of Paragraph 230 relate to other

3   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

4   and therefore denies them.  To the extent that the allegations of Paragraph 230 relate to

5   SDI, SDI denies all of those allegations.

6              231.   To the extent that the allegations of Paragraph 231 relate to other

7   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

8   and therefore denies them.  To the extent that the allegations of Paragraph 231 relate to

9   SDI, SDI denies all of those allegations.

10             232.   To the extent that the allegations of Paragraph 232 relate to other

11  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

12  and therefore denies them.  To the extent that the allegations of Paragraph 232 relate to

13  SDI, SDI denies all of those allegations.

14             233.   To the extent that the allegations of Paragraph 233 relate to other

15  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

16  and therefore denies them.  To the extent that the allegations of Paragraph 233 relate to

17  SDI, SDI denies all of those allegations.

18             234.   To the extent that the allegations of Paragraph 234 relate to other

19  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

20  and therefore denies them.  To the extent that the allegations of Paragraph 234 relate to

21  SDI, SDI denies all of those allegations.

22             235.   To the extent the allegations of Paragraph 235 constitute legal

23  conclusions and/or contentions, SDI avers that no response is required.  To the extent that

24  a response is required, and the allegations of Paragraph 235 relate to other defendants, or

25  other persons, SDI lacks knowledge or information sufficient to form a belief as to their

26  truth, and therefore denies them.  To the extent that the allegations of Paragraph 235 relate

27  to SDI, SDI denies all of those allegations.

28             236.   To the extent the allegations of Paragraph 236 constitute legal

conclusions and/or contentions, SDI avers that no response is required.  To the extent that
a response is required, and the allegations of Paragraph 236 relate to other defendants, or
other persons, SDI lacks knowledge or information sufficient to form a belief as to their
truth, and therefore denies them.  To the extent that the allegations of Paragraph 236 relate
to SDI, SDI denies all of those allegations.

**IX.    Allegations Concerning Supposed American Pipe, Government Action, and Cross-Jurisdictional Tolling**

237.    SDI avers that the allegations of Paragraph 237 constitute legal
contentions and/or conclusions to which no response is required.  To the extent that a
response is required, and to the extent that allegations of Paragraph 237 relate to SDI, SDI
denies all of the allegations of Paragraph 237, with the exception of matters specifically
admitted herein as follows.  SDI admits that indictments have been issued by a federal
grand jury in connection with DOJ's investigation of the color display tubes industry, the
terms of which are a matter of public record.  To the extent that the allegations of
Paragraph 237 relate to other defendants, SDI lacks knowledge or information sufficient to
form a belief as to the truth of those allegations, and therefore denies them.

238.    SDI avers that the allegations of Paragraph 238 constitute legal
contentions and/or conclusions to which no response is required.  To the extent that a
response is required, and to the extent that allegations of Paragraph 238 relate to SDI, SDI
denies all of those allegations.  To the extent that the allegations of Paragraph 238 relate to
other defendants, SDI lacks knowledge or information sufficient to form a belief as to the
truth of those allegations, and therefore denies them.

239.    SDI avers that the allegations of Paragraph 239 constitute legal
contentions and/or conclusions to which no response is required.  To the extent that a
response is required, SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 239, and therefore denies them.

**X.    Allegations Concerning Claim for Violations**

240.    SDI repeats and incorporates by reference its responses to

-35-

Paragraphs 1 through 239 of the Complaint with the same force and effect as if set forth herein at length.

241.   SDI avers that the allegations of Paragraph 241 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of those allegations.

242.   SDI denies each and every allegation of Paragraph 242.

243.   SDI denies each and every allegation of Paragraph 243.

244.   SDI denies each and every allegation of Paragraph 244.

245.   SDI denies each and every allegation of Paragraph 245, including its subparts.

246.   SDI denies each and every allegation of Paragraph 246.

247.   SDI denies each and every allegation of Paragraph 247.

248.   SDI denies each and every allegation of Paragraph 248.

**XI.   Allegations Concerning Plaintiff' Prayer for Relief.**

SDI denies that Plaintiff suffered any injury or incurred any damages by any act or omission of SDI as alleged in the Complaint, and further denies that Plaintiff is entitled to any relief under any theory by means of the allegations set forth in the Complaint.

## ADDITIONAL OR AFFIRMATIVE DEFENSES

Without assuming any burden it would not otherwise bear, SDI asserts the following additional and/or affirmative defenses to Plaintiff's Complaint:

### FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted.

### SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE
### (Waiver and Estoppel)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

-36-

## THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of laches.

## FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of unclean hands.

## FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Remedies Unconstitutional, Unauthorized or Contrary to Public Policy)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized.

## SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Absence of Damages)

Plaintiff's claims should be dismissed because Plaintiff has suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent that Plaintiff purportedly suffered injury or damage, which SDI specifically denies, SDI further contends that any such purported injury or damage was not by reason of any act or omission of SDI.

## SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Antitrust Injury)

Plaintiff's claims should be dismissed because Plaintiff has not suffered actual, cognizable antitrust injury of the type antitrust laws are intended to remedy.

## EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Uncertainty of Damages)

Plaintiff's claims should be dismissed because the alleged damages sought are too speculative and uncertain, and cannot be practicably ascertained or allocated.

-37-

## NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff's claims should be dismissed, in whole or in part, because Plaintiff failed to take all necessary, reasonable, and appropriate actions to mitigate its alleged damages, if any.

## TENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Statutes of Limitation)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by the applicable statute(s) of limitations.

## ELEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiff would be unjustly enriched if it was allowed to recover any part of the damages alleged in the Complaint.

## TWELFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Proximate Cause)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, due to the absence of any injury or damage for which SDI's actions, conduct, or omissions were the proximate cause.

## THIRTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

Plaintiff's claims for injunctive relief should be dismissed because Plaintiff has available an adequate remedy at law.

## FOURTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Privilege)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because any action taken by or on behalf of SDI was justified, constituted bona fide business competition and was taken in pursuit of its own legitimate business and

-38-

economic interests, and is therefore privileged.

## FIFTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Non-actionable or Governmental Privilege)

Plaintiff's claims are barred, in whole or in part, because the alleged conduct of SDI that is the subject of the Complaint was caused by, due to, based upon, or in response to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, and/or regulatory agencies, and such is non-actionable or privileged.

## SIXTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Parties)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, for failure to join indispensable parties.

## SEVENTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because any and all injuries alleged in the Complaint, the fact and extent of which SDI specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiff and/or third parties or entities, other than SDI.

## EIGHTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acquiescence)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by Plaintiff's acquiescence in and/or confirmation of any and all conduct and/or omissions alleged as to SDI.

## NINETEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction and/or Failure to State a Claim Under the Foreign Trade Antitrust Improvements Act)

Plaintiff's claims based on foreign purchases, if any, should be dismissed to

-39-

1  the extent that they are barred, in whole or in part, because they are outside the Court's

2  subject matter jurisdiction as defined by the Foreign Trade Antitrust Improvements Act, 15

3  U.S.C. § 6a and/or analogous state authority.

### TWENTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Uncertainty)

6  Plaintiff's claims should be dismissed for uncertainty and vagueness and

7  because their claims are ambiguous, and/or unintelligible.  SDI avers that Plaintiff's claims

8  do not describe the events or legal theories with sufficient particularity to permit SDI to

9  ascertain what other defenses may exist.  SDI therefore reserves the right to amend its

10  Answer to assert additional defenses and/or supplement, alter, or change its Answer and/or

11  defenses upon the discovery of more definitive facts upon the completion of its

12  investigation and discovery.

### TWENTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Standing to Sue for Injuries Alleged)

15  Plaintiff's claims should be dismissed, in whole or in part, to the extent

16  Plaintiff lacks standing to sue for the injuries alleged in the Complaint.  To the extent that

17  Plaintiff purchased products containing CRTs, as opposed to CRTs themselves, its alleged

18  injuries are even more speculative, derivative, indirect, and remote.  Plaintiff's damage

19  claims create an impermissible risk of duplicative recoveries and complex damage

20  apportionment.

### TWENTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Competition Not Harmed)

23  Plaintiff's claims should be dismissed to the extent that they are barred, in

24  whole or in part, because SDI's actions did not lessen competition in the relevant

25  market(s).

### TWENTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Intervening or Superseding Acts of Third Parties)

28  Plaintiff's damages, if any, resulted from the acts or omissions of third

-40-

parties over whom SDI had no control or responsibility.  The acts of such third parties constitute intervening or superseding causes of harm, if any, suffered by Plaintiff.

## TWENTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Injury or Damages Offset by Benefits Received)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits Plaintiff received with respect to the challenged conduct.

## TWENTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Increased Output and Lower Prices)

SDI, without admitting the existence of any contract, combination, or conspiracy in restraint of trade as alleged in the Complaint, avers that the matters about which Plaintiff complains resulted in increased output and lower prices for CRTs and/or CRT Products.

## TWENTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Prices Fixed by Plaintiff)

Plaintiff's claims should be dismissed to the extent they are barred, in whole or in part, because the price of CRTs and/or CRT Products was fixed, if at all, by Plaintiff and/or other purchasers of CRTs and/or CRT Products, either individually or collectively.

## TWENTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiff has failed to allege fraud or fraudulent concealment with sufficient particularity.

## TWENTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Plead Conspiracy with Particularity)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiff has failed to allege conspiracy with sufficient particularity.

-41-

## TWENTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Detrimental Reliance)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiff did not detrimentally rely upon any alleged deceptive trade conduct as alleged in the Complaint.

## THIRTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Arbitration Agreements)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, by agreements that require arbitration of the matters alleged in the Complaint.

## THIRTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Settlement Set Off)

Without admitting that Plaintiff is entitled to recover damages in this matter, SDI is entitled to set off from any recovery Plaintiff may obtain against SDI any amount paid to Plaintiff by any other Defendants who have settled, or do settle, Plaintiff's claims in this matter.

## THIRTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Injunctive Relief)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiff has failed to state a claim for injunctive relief insofar as Plaintiff seeks to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

## THIRTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Jurisdiction)

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because any alleged conduct of SDI occurred outside of the jurisdiction of the Court.

-42-

1

## THIRTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

2

### (Damages Passed On)

3    Plaintiff's claims should be dismissed to the extent they are barred, in whole

4  or in part, because any injury or damage alleged in the Complaint, which SDI specifically

5  denies, was passed on to persons or entities other than Plaintiff and/or was passed on by

6  Plaintiff to other parties.

7

## THIRTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

8

### (Damages Not Passed Through to Plaintiff)

9    Plaintiff's claims should be dismissed to the extent they are barred, in whole

10  or in part, because any injury or damage alleged in the Complaint was not incurred by or

11  passed on to Plaintiff, or was incurred by or passed on to persons or entities other than

12  Plaintiff.

13

## THIRTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

14

### (No Unreasonable Restraint Of Trade)

15    Plaintiff's claims are barred, in whole or in part, because the alleged conduct

16  of SDI did not unreasonably restrain trade.

17

## THIRTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

18

### (Ultra Vires)

19    To the extent that any actionable conduct may have occurred, Plaintiff's

20  claims against SDI are barred because all such alleged conduct would have been

21  committed by individuals acting ultra vires.

22

## THIRTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

23

### (Proportionality)

24    To the extent SDI is found liable for damages, the fact and extent of which

25  are expressly denied by SDI, those damages must be reduced in proportion to SDI's degree

26  of fault.

27

28

-43-

1  **<u>THIRTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>**

2  **(Forum Non Conveniens)**

3      Plaintiff's claims are barred, in whole or in part, because of the doctrine of

4  forum non conveniens.

5  **<u>FORTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>**

6  **(Permitted By Law)**

7      Plaintiff's claims are barred, in whole or in part, to the extent they are based

8  on alleged acts, conduct or statements that are specifically permitted by law.

9  **<u>FORTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE</u>**

10  **(Multiple Recoveries)**

11      To the extent Plaintiff's claims would result in SDI paying damages to more

12  than one claimant for the same alleged overcharge, they are barred because such multiple

13  recoveries would violate rights guaranteed to SDI by the U.S. Constitution and other law,

14  including, without limitation, rights guaranteed under the Due Process Clause of the

15  Fourteenth Amendment.

16  **<u>FORTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE</u>**

17  **(Improper Extraterritorial Application)**

18      Plaintiff's claims are barred, in whole or in part, by the U.S. Constitution

19  and/or other applicable law to the extent their claims seek the improper extraterritorial

20  application of the laws cited to any transactions occurring outside the United States.

21  **<u>FORTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE</u>**

22  **(Acts Outside The Jurisdiction)**

23      Plaintiff's claims under the laws of the various States cited are barred, in

24  whole or in part, to the extent SDI's alleged conduct occurred outside the jurisdiction of

25  this Court and/or was neither directed to nor affected persons, entities, or commerce in the

26  various States cited.

27

28

-44-

## FORTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Market Power)

Plaintiff's claims are barred, in whole or in part, to the extent they have failed to allege or prove that SDI possessed or possesses market power in any legally cognizable relevant market.

## FORTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Release)

Plaintiff's claims are barred, in whole or in part, because they have been released by Plaintiff and/or others.

## FORTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Voluntary Payment)

Plaintiff's claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

## FORTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Other Defenses Incorporated by Reference)

SDI adopts and incorporates by reference any and all other additional or affirmative defenses asserted or to be asserted by any other defendant in this proceeding to the extent that Samsung SDI may share in such affirmative defenses.

## FORTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Reservation of Rights to Assert Additional Defenses)

SDI has not knowingly or intentionally waived any applicable defenses and explicitly reserves the right to assert and rely on such other applicable defenses as may become available or apparent during discovery proceedings.  SDI further reserves the right to amend its Answer and/or its defenses accordingly, and/or to delete defenses that it determines are not applicable during the course of subsequent discovery.

WHEREFORE, the Samsung SDI Defendants pray for judgment as follows:

1.    That Plaintiff take nothing under the Complaint, and the Complaint be dismissed with prejudice;

2.    That judgment be entered in favor of the Samsung SDI Defendants and against Plaintiff on each and every cause of action set forth in the Complaint;

3.    That the Samsung SDI Defendants recover their costs of suit and attorneys' fees incurred herein; and

4.    That the Samsung SDI Defendants be granted such other and further relief as the Court deems just and proper.

Dated:  September 23, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____/s/ Michael W. Scarborough_____
              MICHAEL W. SCARBOROUGH

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

-46-