# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Cathode Ray Tube (CRT) | Case No: 3:07-cv-5944 SC |
| _____ | **APPLICATION FOR** **ADMISSION OF ATTORNEY** **PRO HAC VICE** |
| This Document relates to ALL CASES | (CIVIL LOCAL RULE 11-3) |

I, Barack S. Echols _____, an active member in good standing of the bar of Illinois _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: In re CRT Antitrust Litigation _____ in the above-entitled action. My local co-counsel in this case is Eliot A. Adelson _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kirkland & Ellis LLP, 300 N. LaSalle Strreet Chicago, IL 60654 | Kirkland & Ellis LLP, 555 California Street San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: (312) 862-3144 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 439-1400 |
| MY EMAIL ADDRESS OF RECORD: barack.echols@kirkland.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: eliot.adelson@kirkland.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6269692 ____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____

_____
Barack S. Echols
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Barack S. Echols _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   09/23/2014

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

*October 2012*