[*Stipulating parties listed on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING PANASONIC DEFENDANTS' SUPPLEMENTAL RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF INTERROGATORIES AND EXTENDING DEADLINE TO FILE MOTION TO COMPEL** |

This Stipulation and Proposed Order between the Indirect-Purchaser Plaintiffs ( "IPPs") and Panasonic Corporation, f/k/a Matsushita Electric Industrial Co., Ltd. ("Panasonic Corp."), Panasonic Corporation of North America ("PNA"), and MT Picture Display Co., Ltd. ("MTPD") (collectively, "Panasonic Defendants") (together, the "Parties") is made with respect to the following facts and recitals:

WHEREAS, the IPPs and the Panasonic Defendants have met and conferred and have resolved all outstanding discovery issues with regard to IPPs' motion to compel supplemental responses from the Panasonic Defendants to IPPs' First Set of Interrogatories to all Defendants ("Interrogatories"), which was filed with the Special Master on September 12, 2014;

WHEREAS, the Panasonic Defendants have agreed to supplement their responses to

Interrogatory No. 7, as it relates to their affirmative defenses Nos. 21-41;

WHEREAS, Panasonic Defendants have also agreed to supplement their responses to Interrogatory Nos. 8, 9, 10, 11, 12, 15, 16, 18, 22, 23 and 24;

WHEREAS, the Panasonic Defendants agree to supplement their responses to the above-described Interrogatories by October 17, 2014;

WHEREAS, the Panasonic Defendants agree to extend the deadline by which the IPPs may file a motion to compel regarding the Panasonic Defendants' supplemental responses to the above-described Interrogatories to October 24, 2014; and

WHEREAS, the IPPs hereby withdraw their September 12, 2014 motion to compel supplemental interrogatory responses from the Panasonic Defendants.

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel that:

1. The Panasonic Defendants will serve supplemental responses to the IPPs' Interrogatory Nos. 7 (regarding affirmative defenses Nos. 21-41), 8, 9, 10, 11, 12, 15, 16, 18, 22, 23 and 24, no later than October 17, 2014;

2. The IPPs may file a motion to compel regarding the Panasonic Defendants' supplemental responses to the IPPs' Interrogatory Nos. 7 (regarding affirmative defenses Nos. 21-41), 8, 9, 10, 11, 12, 15, 16, 18, 23 and 24, no later than October 24, 2014; and

3. The IPPs withdraw their September 12, 2014 motion to compel supplemental interrogatory responses from the Panasonic Defendants.

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

1  Dated:  September 26, 2014                    TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

2

3                                                _/s/ Lauren C. Capurro_____
                                                 Mario N. Alioto (56433)
4                                                Lauren C. Capurro (Russell) (241151)
                                                 TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
5                                                2280 Union Street
                                                 San Francisco, CA 94123
6                                                Telephone: (415) 563-7200
                                                 Facsimile: (415) 346-0679
7

8                                                *Lead Counsel for Indirect Purchaser Plaintiffs*

9

10
    Dated: September 26, 2014                     WEIL, GOTSHAL & MANGES LLP
11
                                                 By: /s/ *Adam C. Hemlock*_____
12

13                                               DAVID L. YOHAI (*pro hac vice*)
                                                 ADAM C. HEMLOCK (*pro hac vice*)
14                                               DAVID E. YOLKUT (*pro hac vice*)
                                                 LARA E. VEBLEN TRAGER (*pro hac vice*)
15                                               WEIL, GOTSHAL & MANGES LLP
                                                 767 Fifth Avenue
16                                               New York, NY 10153-0119
                                                 Telephone: (212) 310-8000
17                                               Facsimile: (212) 310-8007
                                                 E-mail: david.yohai@weil.com
18

19                                               JEFFREY L. KESSLER (*pro hac vice*)
                                                 A. PAUL VICTOR (*pro hac vice*)
20                                               ALDO A. BADINI (257086)
                                                 EVA W. COLE (*pro hac vice*)
21                                               MOLLY M. DONOVAN (*pro hac vice*)
                                                 WINSTON & STRAWN LLP
22                                               200 Park Avenue
                                                 New York, NY 10166-4193
23                                               Telephone: (212) 294-6700
                                                 Facsimile: (212) 294-4700
24                                               E-mail: jkessler@winston.com
25

26                                               *Attorneys for Defendants Panasonic Corporation*
                                                 *(f/k/a Matsushita Electric Industrial Co., Ltd.),*
27                                               *Panasonic Corporation of North America, and MT*
                                                 *Picture Display Co., Ltd.*
28

                                                 3

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4

Dated: _____, 2014                    _____

5

                                                                                    Hon. Samuel Conti
                                                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL
MDL No. 1917; Case No. 07-cv-5944 SC

1

## ECF CERTIFICATION

2

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

3

document has been obtained from each of the above signatories.

4

5

Dated: September 26, 2014

6

_/s/ Lauren C. Capurro_____
Mario N. Alioto (56433)

7

Lauren C. Capurro (Russell) (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

8

2280 Union Street
San Francisco, CA 94123

9

Telephone: (415) 563-7200
Facsimile: (415) 346-0679

10

11

*Lead Counsel for the Indirect Purchaser*
*Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL
MDL No. 1917: Case No. 07-cv-5944 SC