GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696,
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DIRECT ACTION PLAINTIFF ACTIONS | CASE NO. 3:07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DIRECT ACTION PLAINTIFFS' RENEWED MOTION TO COMPEL DEFENDANTS TO PRODUCE THE EUROPEAN COMMISSION DECISION** |

I, Rachel S. Brass, hereby declare as follows:

1.     I am a partner in the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record for Chunghwa Picture Tubes, Ltd. ("Chunghwa") in the above-referenced action.

2.     I submit this declaration in support of Defendants' Opposition To Direct Action Plaintiffs' Renewed Motion To Compel Defendants To Produce The European Commission Decision, filed by Chunghwa, LG Electronics, Philips, Samsung SDI, Toshiba, Panasonic, and the MTPD defendants (collectively, "Defendants"). Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

1

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL BRASS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DIRECT ACTION PLAINTIFFS' RENEWED MOTION TO COMPEL DEFENDANTS TO PRODUCE THE EUROPEAN COMMISSION DECISION, CASE NO. 3:07-CV-5944 SC, MDL NO. 1917

3. After the Court issued its March 26, 2014 Order denying plaintiffs' initial motion to compel production of European Commission ("EC") decision (the "Prior Order"), Gibson Dunn provided a copy of the order to the EC and provided the EC with the discovery and trial deadlines in this case.

4. The EC subsequently confirmed that it is still in the process of finalizing a public decision, and that the EC continues to oppose disclosure of the confidential decision because it would harm the European Union's competition law enforcement regimes and policy interests.

5. The EC has instructed Gibson Dunn that it intends to deliver imminently a formal statement of its views on this issue to the United States Department of Justice, Antitrust Division, which will in turn provide a copy of the statement to the Court.

6. I am informed and believe that since the Prior Order, each of the Defendants named in the decision have engaged with the EC regarding confidentiality and other issues that are prerequisites to finalizing a public decision. Many of the Defendants have resolved those issues, and the others are working in good faith towards a similar end. In addition, there are recipients of the decision who are not Defendants in this case, and the EC is also working with those companies on these same issues.

7. I am informed and believe that Defendants have not released the decision in other litigation, and have continually complied with the EC's view of their obligations with respect to confidentiality.

8. Since the Prior Order, Plaintiffs have received more documents from Defendants and taken more depositions of Defendants.

9. I am informed and believe that to date Defendants and alleged co-conspirators have collectively produced well over 5 million pages of documents in this MDL litigation.

10. I am informed and believe that to date Plaintiffs have taken a total of 154 days of deposition testimony from 80 percipient or fact witnesses in this MDL litigation, utilizing over 1,500 exhibits.

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL BRASS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DIRECT ACTION PLAINTIFFS' RENEWED MOTION TO COMPEL DEFENDANTS TO PRODUCE THE EUROPEAN COMMISSION DECISION, CASE NO. 3:07-CV-5944 SC, MDL NO. 1917

11. I am informed and believe that the depositions of 10 additional percipient or fact witnesses have been noticed or are in the process of being scheduled.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing statements are true and correct.

Executed this 26th day of September 2014, at San Francisco, California.

By: _____
Rachel S. Brass

101805364.3

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF RACHEL BRASS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DIRECT ACTION PLAINTIFFS' RENEWED MOTION TO COMPEL DEFENDANTS TO PRODUCE THE EUROPEAN COMMISSION DECISION, CASE NO. 3:07-CV-5944 SC, MDL NO. 1917