Michael P. Lehmann (Cal. Bar No. 77152)
Christopher L. Lebsock (Cal. Bar No. 184546)
Stephanie Y. Cho (Cal. Bar. No. 291903)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Tel: 415-633-1908
Fax: 415-358-4980
Email: mlehmann@hausfeldllp.com
       clebsock@hausfeldllp.com
       scho@hausfeldllp.com

*Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CRT ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF STEPHANIE Y. CHO** |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | |

1     **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that Stephanie Y. Cho of the law firm Hausfeld LLP, enters an

3 appearance in this action as counsel of record for the Direct Purchaser Plaintiffs.

4 Dated: September 30, 2014      Respectfully Submitted,

5          By: _____/s/ Stephanie Y. Cho_____
                 Stephanie Y. Cho (Cal. Bar. No. 291903)
6                  Michael P. Lehmann (Cal. Bar No. 77152)
                 Christopher L. Lebsock (No. 184546)
7                  HAUSFELD LLP
                 44 Montgomery St., Suite 3400
8                  San Francisco, CA 94104
                 Tel:  (415) 633-1908
9                  Fax:  (415) 358-4980

10

11                  *Counsel for the Direct Purchaser Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Stephanie Y. Cho, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am an attorney in the law firm of HAUSFELD LLP, and my office is located at 44 Montgomery Street, Suite 3400, San Francisco, California 94104.

On September 30, 2014, I caused to be filed the following:

**NOTICE OF APPEARANCE OF STEPHANIE Y. CHO**

with the Clerk of the Court of the United States District Court for the Northern District of California, using the official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Stephanie Y. Cho*
Stephanie Y. Cho

Master File No. CV-O7-5944-SC; MDL 1917
NOTICE OF APPEARANCE OF STEPHANIE Y. CHO