David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:   206.359.8000
Facsimile:   206.359.9000

Joren S. Ayala-Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:   415.344.7120
Facsimile:   415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| | INDIV. CASE NO.: 3:11-CV-06397-SC |
| This Document Relates to:<br><br>*Costco Wholesale Corp. v. Hitachi Ltd., et al.*, No. 11-cv-06397 | **STIPULATION OF DISMISSAL** |

Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V. (f/n/a Koninklijke Philips Electronics N.V.), Philips Taiwan Limited (f/n/a Philips Electronics Industries (Taiwan) Ltd.) and Philips do Brasil, Ltda. (f/n/a Philips da Amazonia Industria Electronica Ltda.) (collectively referred to herein as "Philips"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of

STIPULATION OF DISMISSAL
Case No. 3:07-cv-05944-SC; 3:11-CV-06397-SC

Civil Procedure, hereby stipulate to the dismissal of the present action against Philips with prejudice and state as follows:

    1.    Costco and Philips seek the dismissal of this action with prejudice.

    2.    This stipulation does not affect the rights or claims of Costco against any other defendant or alleged co-conspirator in this litigation.

    3.    WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal.

**IT IS SO STIPULATED.**

Dated September 30, 2014.

By: s/ Cori G. Moore
David J. Burman (pro hac vice)
Cori G. Moore (pro hac vice)
Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg  (pro hac vice)
Steven D. Merriman (pro hac vice)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000
Email:  DBurman@perkinscoie.com
           CGMoore@perkinscoie.com
           EWeiss@perkinscoie.com
           NHesterberg@perkinscoie.com
           SMerriman@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*


By:  s/ Erik T. Koons
John M. Taladay (pro hac vice)
Joseph Ostoyich (pro hac vice)
Erik T. Koons (pro hac vice)
Charles M. Malaiese (pro hac vice)
**BAKER BOTTS L.L.P.**
1299 Pennsylvania Ave., NW
Washington, DC  20004-2400
Telephone:  (202) 639-7700
Facsimile:  (202) 639-7890
Email:  john.taladay@bakerbotts.com
           joseph.ostoyich@bakerbotts.com
           erik.koons@bakerbotts.com
           charles.malaise@bakerbotts.com

*Attorneys for the Philips Defendants*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

LEGAL123641053

- 3 -