1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  Steven D. Merriman (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:  206.359.8000
   Facsimile:   206.359.9000
6
   Joren S. Ayala-Bass, State Bar No. 208143
7  JBass@perkinscoie.com
   **PERKINS COIE LLP**
8  Four Embarcadero Center, Suite 2400
   San Francisco, CA  94111-4131
9  Telephone:  415.344.7120
   Facsimile:   415.344.7320
10
   *Attorneys for Plaintiff*
11 *Costco Wholesale Corporation*

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC MDL NO. 1917 |
17
18 |  | INDIV. CASE NO.: 3:11-CV-06397-SC |
19 | This Document Relates to: | **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** |
20
21 | *Costco Wholesale Corp. v. Hitachi Ltd., et al.*, No. 11-cv-06397 | |

22

23

24

25

26

27

28

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL
Case No. 3:07-cv-05944-SC; 3:11-CV-06397-SC

1  The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

2. 1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as against Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V. (f/n/a Koninklijke Philips Electronics N.V.), Philips Taiwan Limited (f/n/a Philips Electronics Industries (Taiwan) Ltd.) and Philips do Brasil, Ltda. (f/n/a Philips da Amazonia Industria Electronica Ltda.) pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____    _____
                                  Honorable Samuel Conti
                                  United States District Judge

LEGAL123641213

- 1 -

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL
Case No. 3:07-cv-05944-SC; 3:11-CV-06397-SC