ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
Bernice Conn, Bar No. 161594
BConn@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC; MAGNOLIA HI-FI, LLC

Additional Counsel Listed Below

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

ALL ACTIONS

Master File No. 3:07-cv-05944-SC
MDL No. 1917

The Honorable Samuel Conti

**SECOND JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE AS AGAINST THE PHILIPS DEFENDANTS REGARDING CERTAIN OWNERSHIP AND CONTROL ISSUES**



ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

This Second Joint Stipulation To Extend Fact Discovery Deadline As Against Philips Defendants Regarding Certain Ownership And Control Issues between the Direct Action Plaintiffs[1] (the "DAPs"), on the one hand, and Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (together, the "Philips Defendants"), on the other hand, is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014;

WHEREAS, on May 23, 2014, the DAPs served requests for admission and interrogatories regarding ownership and control issues (the "Written Discovery") on the Philips Defendants;

WHEREAS, on July 10, 2014, the Philips Defendants served objections and responses to the Written Discovery;

WHEREAS, on July 23, 2014, the DAPs served a Rule 30(b)(6) deposition notice regarding ownership and control topics on the Philips Defendants;

WHEREAS, on August 19, 2014, the DAPs served a revised Rule 30(b)(6) deposition notice regarding ownership and control topics (the "Rule 30(b)(6) Notice") on the Philips Defendants;

WHEREAS, on September 4, 2014, the parties filed the Joint Stipulation To Extend Fact Discovery Deadline As Against Philips Defendants Regarding Certain Ownership And Control Issues (the "First Joint Stipulation"). (Docket No. 2787.)

WHEREAS, on September 5, 2014, the Court entered an order granting the First Joint Stipulation. (Docket No. 2805.)

---

[1] The Direct Action Plaintiffs are Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, LLC; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; Target Corp., Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., Tech Data Corporation, Tech Data Product Management, Inc., Dell Inc., Dell Products L.P., and CompuCom Systems, Inc.

WHEREAS, the parties continue to meet and confer in good faith to resolve any disputes with respect to the Written Discovery and the Rule 30(b)(6) Notice;

WHEREAS, the parties jointly request that the Court enter a second order extending the deadline to complete fact discovery for the Philips Defendants regarding certain ownership and control issues;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the deadline to complete the Rule 30(b)(6) Deposition be extended up to and including November 5, 2014;

IT IS HEREBY FURTHER STIPULATED, by and between the parties, through their respective counsel of record, that the deadline to move to compel discovery related to the Written Discovery and the Rule 30(b)(6) Deposition shall be extended up to and including November 5, 2014.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DATED: September 30, 2014

/s/ *David Martinez*

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
dmartinez@rkmc.com
jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, and on behalf of the Direct Action Plaintiffs*

DATED: September 30, 2014

/s/ Erik Koons

John M. Taladay
Joseph Ostoyich
Erik Koons
Charles M. Malaise
BAKER BOTTS L.L.P.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
joseph.ostoyich@bakerbotts.com
erik.koons@bakerbotts.com
charles.malaise@bakerbotts.com

*Counsel For Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

DATED: September 30, 2014 /s/ *David Martinez*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES