1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   Bernice Conn, Bar No. 161594
3  BConn@rkmc.com
   David Martinez, Bar No. 193183
4  DMartinez@rkmc.com
   2049 Century Park East, Suite 3400
5  Los Angeles, CA 90067-3208
   Telephone:    310-552-0130
6  Facsimile:    310-229-5800

7  Attorneys for Plaintiffs

8  BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST
   BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES,
9  L.P.; BESTBUY.COM, LLC; MAGNOLIA HI-FI, LLC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | The Honorable Samuel Conti |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE AS AGAINST THE PHILIPS DEFENDANTS REGARDING CERTAIN OWNERSHIP AND CONTROL ISSUES** |

Master Case No. 3:07-cv-05944-SC                         PROPOSED ORDER TO EXTEND FACT
                                                         DISCOVERY DEADLINE

Pursuant to the stipulation of the parties, and good cause appearing, the deadline to complete fact discovery is extended up to and including November 5, 2014 with respect to Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation regarding (a) completion of the Rule 30(b)(6) Deposition regarding ownership and control issues, and (b) moving to compel discovery related to the Written Discovery and the Rule 30(b)(6) Deposition regarding ownership and control issues.

IT IS SO ORDERED.

DATED: _____    _____
                                 SAMUEL CONTI
                                 United States District Court Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES