SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
E-mail: ghalling@sheppardmullin.com
         jmcginnis@sheppardmullin.com
         mscarborough@sheppardmullin.com
         dballard@sheppardmullin.com

HELEN C. ECKERT, Cal. Bar No. 240531
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
E-mail: heckert@sheppardmullin.com

Attorneys for Defendant
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Services, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

1    Defendant Tianjin Samsung SDI Co., Ltd. ("SDI Tianjin") and Plaintiffs Interbond
2 Corp., P.C. Richard & Son Long Island Corp., ABC Appliance Inc., Marta Cooperative of
3 America, Inc., CompuCom Systems, Inc., Electrograph Systems Inc. and Electrograph Tech.
4 Corp., Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco,
5 LLC, and Office Depot (collectively, "Plaintiffs") have conferred by and through their counsel
6 and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:
7    WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the
8 above-captioned actions;
9    WHEREAS, on August 1, 2014, SDI Tianjin served its First Set of Interrogatories
10 ("SDI Tianjin's Interrogatories") on each of the Plaintiffs;
11    WHEREAS, on September 5, 2014, Plaintiffs served objections and responses to
12 SDI Tianjin's Interrogatories; and
13    WHEREAS, SDI Tianjin and Plaintiffs have conferred in good faith and agreed
14 that Plaintiffs will serve supplemental objections and responses to SDI Tianjin Interrogatory Nos.
15 6 and 8 regarding the specific Samsung entities from whom each Plaintiff purchased CRT
16 Products no later than September 26, 2014;
17    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between
18 counsel for the undersigned parties as follows:
19    1.    Plaintiffs will serve supplemental objections and responses to SDI Tianjin
20 Interrogatory Nos. 6 and 8 no later than September 26, 2014; and
21 ///
22 ///
23 ///

2.   To the extent SDI Tianjin wishes to file a motion to compel with respect to item 1 above, it will do so no later than October 3, 2014.

The undersigned parties respectfully request that this stipulation be entered as an Order of the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2014



| | |
|---|---|
| Dated: September 11, 2014 | By:   */s/ Helen C. Eckert*<br><br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Gary L. Halling, Cal. Bar No. 66087<br>James L. McGinnis, Cal. Bar No. 95788<br>Michael W. Scarborough, Cal. Bar No. 203524<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111-4109<br>Telephone:      (415) 434-9100<br>Facsimile:       (415) 434-3947<br>E-mail:            ghalling@sheppardmullin.com<br>                       jmcginnis@sheppardmullin.com<br>                       mscarborough@sheppardmullin.com<br>                       dballard@sheppardmullin.com<br><br>HELEN C. ECKERT, Cal. Bar No. 240531<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California  90071-1448<br>Telephone:      213-620-1780<br>Facsimile:       213-620-1398<br>E-mail:            heckert@sheppardmullin.com<br><br>*Attorneys for Defendant Tianjin Samsung SDI Co., Ltd.*<br><br><br>By:   */s/ Philip J. Iovieno*<br>BOIES, SCHILLER & FLEXNER LLP<br>Philip J. Iovieno (*pro hac vice*)<br>Anne M. Nardacci (*pro hac vice*)<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Telephone:      (518) 434-0600<br>Facsimile:       (518) 434-0665<br>Email:             piovieno@bsfllp.com<br>                       anardacci@bsfllp.com<br><br>*Attorneys for Plaintiffs Interbond Corp., P.C. Richard & Son Long Island Corp., ABC Appliance Inc., Marta Cooperative of America, Inc., CompuCom Systems, Inc., Electrograph Systems Inc. and Electrograph Tech. Corp., Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Office Depot* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.