# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. M:07-5994-SC<br>MDL No. 1917 |
| This Document Relates to | Case No. 3:11-cv-05513-SC |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL PHILIPS TO RESPOND TO DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | |
| *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396; | |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | |
| *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | |
| *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; | |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et* | |

(Left margin: ROBINS, KAPLAN, MILLER & CIRESI L.L.P. ATTORNEYS AT LAW LOS ANGELES)

1  *al., No. 13-cv-01173;*

2  *Dell Inc. and Dell Products L.P. v. Hitachi, Ltd., et al., No. 13-cv-02171;*

3
4  *Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V., et al., No. 13-cv-02776;*

5  *Siegel v. Technicolor SA, et al., No. 13-cv-05261;*

6  *Sears, Roebuck and Co., et al. v. Technicolor SA, No. 13-cv-05262;*
7

8  *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*

9  *Schultze Agency Services, LLC v. Technicolor SA, et al., No. 13-cv-05668;*
10

11  *Target Corp., v. Technicolor SA, et al., No. 13-cv-05686;*

12  *Costco Wholesale Corporation v. Technicolor SA,, et al., No. 13-cv-005723;*
13

14  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al., No. 13-cv-05724;*

15  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 13-cv-05725;*
16

17  *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

18  *Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727.*
19

20  *ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al., 3:14cv-02510;*

21  *The Indirect Purchaser Action.*

22
23  This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel
24  Philips to Respond to Direct Action Plaintiffs and Indirect Purchaser Plaintiff's First Set of
25  Requests for Admission between the Direct Action Plaintiffs and Indirect Purchaser Class
26  (collectively "Plaintiffs"), on the one hand, and defendants Koninklijke Philips Electronics N.V.
27  and Philips Electronics North America Corporation (collectively, "Philips"), on the other hand, is
28  made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

WHEREAS, the deadline to file any motion to compel after the discover cut-off is September 12, 2014 (L.R. 37-3);

WHEREAS, on August 1, 2014, the Plaintiffs served their First Set of Requests for Admission on Philips;

WHEREAS, on September 5, 2014, Philips served its Responses to Plaintiffs' First Set of Requests for Admission and stated objections on various grounds;

WHEREAS, on September 10, 2014, counsel for the undersigned parties held telephonic meet and confers to discuss deficiencies in Philips' responses identified by Plaintiffs and have a bona fide intent to continue doing so;

WHEREAS, the Plaintiffs and Philips have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1. Subject to the parties' meet and confer discussion, the Plaintiffs provided Philips with a revised list of documents.

2. Subject to the parties' meet and confer discussion, Philips will review the revised list for inclusion on a declaration or stipulation related to their authenticity and business record status by September 26, 2014.

3. The undersigned parties agree to extend the deadline for the Plaintiffs to file a motion to compel relating to the Plaintiffs First Set of Requests for Admission, to the extent one is deemed necessary by Plaintiffs, to October 3, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2014        _____
                              Hon. Samuel Conti
                              United States District Judge



DATED: September 12, 2014

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ *Laura E. Nelson*
    Roman M. Silberfeld
    David Martinez
    Laura E. Nelson

*Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BESTBUY.COM, LLC; Magnolia Hi-Fi, LLC*


*/s/ Lauren C. Russell*
Lauren C. Russell
TRUMP ALIOTO TRUMP & PRESCOTT ATTORNEYS LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415.563.7200
Fax: 415.346.0679
*Lead Counsel for the Indirect Purchaser Plaintiffs*


By: /s/ Charles Malaise
    Charles Malaise
    charles.malaise@bakerbotts.com
    BAKER BOTTS LLP
    1299 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2400
    Telephone: (202) 639-1117
    Facsimile: (202) 585-1037

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*