SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com

LEO D. CASERIA, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
E-mail:        lcaseria@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WRITTEN DISCOVERY** |
| This Document Relates to:<br><br>TECH DATA ACTION<br>Individual Case No. 13-CV-00157 SI | |

Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI") and plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the Tech Data action.

WHEREAS, September 12, 2014 is the deadline to file motions to compel in the Tech Data action.

WHEREAS, SDI and Tech Data have conferred in good faith and agreed that Tech Data will supplement its response to Samsung SDI Co., Ltd.'s Interrogatory No. 24 and provide verifications for all responses to all SDI interrogatories by September 26, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. Tech Data will supplement its response to Samsung SDI Co., Ltd.'s Interrogatory No. 24 and provide verifications for all responses to all SDI interrogatories by September 26, 2014. SDI's deadline to file a motion to compel, with respect to Samsung SDI Co., Ltd.'s Interrogatory No. 24, is October 3, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2014

_____
UNITED ST[APPROVED – Judge Samuel Conti]

| | |
|---|---|
| Dated: September 12, 2014 | By: _____/s/ Leo D. Caseria_____ |

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:    (415) 434-9100
Facsimile:     (415) 434-3947
E-mail:         ghalling@sheppardmullin.com
                   jmcginnis@sheppardmullin.com
                   mscarborough@sheppardmullin.com

Leo D. Caseria, Cal. Bar No. 240323
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:     213-620-1398
E-mail:         lcaseria@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

By:_____/s/ Scott N. Wagner_____
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Robert W. Turken
Scott N. Wagner
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:    (305) 374-7580
Facsimile:     (305) 374-7593
Email:          rturken@bilzin.com
                   swagner@bilzin.com

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:    (954) 356-0011
Facsimile:     (954) 356-0022
Email:          ssinger@bsfllp.com

1  William A. Isaacson
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C. 20015
3  Telephone:   (202) 237-2727
   Facsimile:    (202) 237-6131
4  Email:        wisaacson@bsfllp.com

5  Philip J. Iovieno
   Anne M. Nardacci
6  30 South Pearl Street, 11th Floor
   Albany, NY 12207
7  Telephone:   (518) 434-0600
   Facsimile:    (518) 434-0665
8  Email:        piovieno@bsfllp.com
                 anardacci@bsfllp.com
9
10 *Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management*

11

12

13        Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of

14 this document has been obtained from each of the above signatories.