Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Fax:  (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al*.,<br><br>    Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively "Dell") and Defendants LG Electronics, Inc. and LG Electronics USA, Inc. (collectively "LGE") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on July, 30 2014, Dell served its Second Set of Interrogatories and Second Set of Requests for Production on LGE.

WHEREAS, LGE responded and objected to Dell's Second Set of Interrogatories and Second Set of Requests for Production on September 2, 2014.

WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the Dell action.

WHEREAS, September 12, 2014 is the deadline for all parties to object to or move to compel additional responses for all written discovery responses in the Dell action.

WHEREAS, Dell and LGE have conferred in good faith and continue to negotiate potential supplemental responses and production of documents by LGE to certain interrogatories and requests from Dell's Second Set of Interrogatories and Second Set of Requests for Production.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows: the deadline for Dell to move to compel additional responses to Interrogatory 1, 2, 4 from Dell's Second Set of Interrogatories and Request 1, 3, 5, 7 from Dell's Second Set of Requests for Production to LGE shall be moved to one week following LGE's supplemental responses and production.  If Dell and LGE do not reach an agreement by September 19, 2014, Dell retains the right to move to compel responses from LGE with respect to those interrogatories and requests noted above from Dell's Second Set of Interrogatories and Second Set of Requests for Production to LGE.  All other dates in the Scheduling Order are unaffected by this stipulation.

* * *

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2014

[APPROVED — Judge Samuel Conti]

_____
Hon. Samuel Conti
United States District Judge

DATED:  September 12, 2014         ALSTON & BIRD LLP

By:     */s/ Debra D. Bernstein*
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com

        Matthew D. Kent, Esq. (GA Bar No. 526272)
        matthew.kent@alston.com
        Melissa M. Whitehead, Esq. (GA Bar No. 667932)
        melissa.whitehead@alston.com
        **ALSTON & BIRD LLP**
        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        Tel.: (404) 881-7000
        Facsimile: (404) 881-7777

        *Counsel for Dell Inc. and Dell Products L.P.*

        MUNGER, TOLLES & OLSON LLP

        By:    /s/ *Hojoon Hwang*
        Hojoon Hwang
        hojoon.hwang@mto.com
        William D. Temko
        William.temko@mto.com
        Jonathan E. Altman
        jonathan.altman@mto.com
        **MUNGER, TOLLES & OLSON LLP**
        560 Mission Street, 27th Floor
        San Francisco, California 94105
        Tel: (415) 512-4000

        *Counsel for LG Electronics, Inc. and LG Electronics USA, Inc.*

        \* \* \*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.