Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Fax:  (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>        Plaintiffs,<br><br>        v.<br><br>HITACHI, LTD., *et al*.,<br><br>        Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively "Dell") and Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Brasil, Ltda., Samsung SDI (Malaysia) SDN Bhd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "Samsung SDI") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on July, 30 2014, Dell served its Seventh Set of Interrogatories and Second Set of Requests for Production on Samsung SDI.

WHEREAS, Samsung SDI responded and objected to Dell's Seventh Set of Interrogatories and Second Set of Requests for Production on September 2, 2014.

WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the Dell action.

WHEREAS, September 12, 2014 is the deadline for all parties to object to or move to compel additional responses for all written discovery responses in the Dell action.

WHEREAS, Dell and Samsung SDI continue to negotiate potential supplemental responses and production of documents by Samsung SDI to Dell's Seventh Set of Interrogatories and Second Set of Requests for Production.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows: the deadline for Dell to move to compel additional responses for Dell's Seventh Set of Interrogatories and Second Set of Requests for Production to Samsung SDI shall be moved to one week following Samsung SDI's supplemental responses and production.  If Dell and Samsung SDI do not reach an agreement by September 19, 2014, Dell retains the right to move to compel responses from Samsung SDI with respect to Dell's Seventh Set of Interrogatories and Second Set of Requests for Production to Samsung SDI, with such motion to be submitted by September 19, 2014.  All other dates in the Scheduling Order are unaffected by this stipulation.

\* \* \*

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2014



Hon. Samuel Conti
United States District Judge

DATED: September 12, 2014                ALSTON & BIRD LLP

By:     */s/ Debra D. Bernstein*
   Michael P. Kenny, Esq. (GA Bar No. 415064)
   mike.kenny@alston.com
   Debra D. Bernstein, Esq. (GA Bar No. 054998)
   debra.bernstein@alston.com
   Matthew D. Kent, Esq. (GA Bar No. 526272)
   matthew.kent@alston.com
   Melissa M. Whitehead, Esq. (GA Bar No. 667932)
   melissa.whitehead@alston.com
   **ALSTON & BIRD LLP**
   1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
   Tel.: (404) 881-7000
   Facsimile: (404) 881-7777

*Counsel for Dell Inc. and Dell Products L.P.*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:     */s/ Michael Scarborough*
   Gary L. Hallings, Esq. (Cal. Bar No. 66087)
   ghalling@sheppardmullin.com
   James. L. McGinnis, Esq. (Cal. Bar No. 95788)
   jmcginnis@sheppardmullin.com
   Michael Scarborough (Cal. Bar No. 203524)
   mscarborough@sheppardmullin.com
   **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
   Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
   Tel.: (415) 434-9100
   Facsimile: (415) 434-3947

*Counsel for Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Brasil, Ltda., Samsung SDI (Malaysia) SDN Bhd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

1

\* \* \*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.