SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:           ghalling@sheppardmullin.com
                      jmcginnis@sheppardmullin.com
                      mscarborough@sheppardmullin.com
                      tcunningham@sheppardmullin.com

Attorneys for Defendant
SAMSUNG SDI MEXICO, S.A. DE C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi, Ltd.*, No. 3:13-cv-02171-SC | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |

1   Defendants Samsung SDI Mexico, S.A. de C.V. ("SDI Mexico") and LG Electronics, Inc. ("LGE") (together, "Defendants") and Plaintiffs Dell Inc. and Dell Products L.P. ("Plaintiffs") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 was the deadline to complete fact discovery in the above-captioned action;

WHEREAS, on August 1, 2014, SDI Mexico served its First Set of Interrogatories ("SDI Mexico's Interrogatories") on Plaintiffs;

WHEREAS, on August 1, 2014, Defendants served their First Set of Requests for Admission ("Defendants' Requests for Admission") on Plaintiffs;

WHEREAS, on August 1, 2014, Defendants served their First Set of Requests for Production of Documents ("Defendants' Document Requests") on Plaintiffs;

WHEREAS, on September 5, 2014, Plaintiffs served objections and responses to the above-described discovery;

WHEREAS, Defendants and Plaintiffs have conferred in good faith and agreed that Plaintiffs will serve supplemental responses to Defendants' Request for Admission Nos. 12-25, 35-42 and 44-80, and SDI Mexico's Interrogatory No. 20, no later than September 26, 2014;

WHEREAS, Defendants and Plaintiffs have conferred in good faith and agreed that Plaintiffs will conduct a reasonable search and inquiry for agreements between any assigning entity and any CRT product manufacturer related to purchases of CRT products during the relevant period, in response to Defendants' Document Request Nos. 1 and 5; and

WHEREAS, Plaintiffs will inform Defendants as to the results of Plaintiffs' search, but are not waiving any objections that Plaintiffs have asserted in response to Defendants' Document Requests Nos. 1 and 5;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for the undersigned parties as follows:

1.   Plaintiffs will serve supplemental responses to Defendants' Requests for Admission Nos. 12-25, 35-42 and 44-80, and SDI Mexico's Interrogatory No. 20, no later than

1 | September 26, 2014;

2 |     2.    To the extent Defendants wish to file a motion to compel with respect to
3 | item 1 above, or with respect to Defendants' Document Request Nos. 1 and 5, they will do so no
4 | later than October 3, 2014.

5 |     The undersigned parties respectfully request that this stipulation be entered as an
6 | Order of the Court.

8 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

11 | Dated: October 2, 2014

                Hon. Samuel Conti
                United States District Judge

*APPROVED — Judge Samuel Conti* (stamp/signature)

| | |
|---|---|
| Dated: September 12, 2014 | By:    */s/ Tyler M. Cunningham* |

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Tyler M. Cunningham, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
E-mail:          ghalling@sheppardmullin.com
                     jmcginnis@sheppardmullin.com
                     mscarborough@sheppardmullin.com
                     tcunningham@sheppardmullin.com

*Attorneys for Defendant Samsung SDI Mexico S.A. de C.V.*

                    */s/ Claire Yan*

MUNGER, TOLLES & OLSON LLP
Hojoon Hwang, Cal. Bar No. 184950
Claire Yan, Cal. Bar No. 268521
560 Mission Street, Twenty-Seventh Floor
San Francisco CA 94105
Telephone: 415-512-4000
Facsimile: 415-512-4077
Email: Hojoon.Hwang@mto.com
            Claire.Yan@mto.com

*Attorneys for Defendant LG Electronics, Inc.*

|   |   |
|---|---|
| 1 | <div style="text-align:right">*/s/ Matthew D. Kent*</div> |
| 2 | ALSTON & BIRD LLP |

<div style="text-align:right">

*/s/ Matthew D. Kent*

ALSTON & BIRD LLP
Debra D. Bernstein, Esq. (GA Bar No. 415064)
Debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 054998)
Atthew.kent@alston.com
Melissa Mahurin Whitehead, Esq. (GA Bar No. 667932)
Melissa.whitehead@alston.com
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

KERR & WAGSTAFFE LLP
James M. Wagstaffe, Esq., Cal. Bar No. 95535
wagstaffe@kerrwagstaffe.com
100 Spear Street, 18th Floor
San Francisco, CA 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

</div>

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.