1  [*Stipulating parties listed on signature page*]

2

3

4

5

6

7

8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

11

12

13  IN RE: CATHODE RAY TUBE (CRT)      MASTER FILE NO. 07-cv-5944 SC
ANTITRUST LITIGATION               MDL NO. 1917

14  _____
                                   **STIPULATION AND [PROPOSED]**
15  This Document Relates to: ALL INDIRECT  **ORDER EXTENDING THE DEADLINE**
PURCHASER ACTIONS                  **TO FILE A MOTION TO COMPEL**
16                                 **HITACHI DEFENDANTS TO**
                                   **SUPPLEMENT RESPONSES TO**
17  _____  **INDIRECT PURCHASER PLAINTIFFS'**
                                   **FIRST SET OF INTERROGATORIES**

18          This Stipulation and Proposed Order between the Indirect-Purchaser Plaintiffs ( "IPPs")

19  and Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd.("HDP"), Hitachi Asia, Ltd. ("HAS"), Hitachi

20  America, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, "Hitachi Defendants")

21  (together, the "Parties") is made with respect to the following facts and recitals:

22          WHEREAS, the IPPs and the Hitachi Defendants have met and conferred in order to

23  resolve all outstanding discovery issues with regard to Hitachi's responses to IPPs' First Set of

24  Interrogatories ("Interrogatories");

25          WHEREAS, the Hitachi Defendants have agreed to supplement their responses to

26  Interrogatory No. 6 to identify with greater specificity the publicly available information upon

27  which the Hitachi Defendants intend to rely;

28          WHEREAS, the Hitachi Defendants have agreed to supplement their responses to

1  Interrogatory  No., 7, as it related to their affirmative defenses Nos. 8, 13, 14, 19, 25, 27, 28, 32,

2  33, 34, 35 and 38 only;

3      WHEREAS, defendants HTL, HDP and HAS have agreed to supplement their responses to

4  Interrogatory No. 8;

5      WHEREAS, defendants HTL and HDP have agreed to supplement their responses to

6  Interrogatory No. 9;

7      WHEREAS, the Hitachi Defendants have agreed to supplement their responses to

8  Interrogatory Nos. 10, 11, 13, 15, 16, 18, 22, 23 and 24;

9      WHEREAS, the Parties are currently required to file any motion to compel by September

10  12, 2014;

11      WHEREAS, the Hitachi Defendants agree to supplement their responses to the above-

12  described Interrogatories by Friday, September 26, 2014;

13      WHEREAS, the Hitachi Defendants agree to extend the deadline by which the IPPs may

14  file a motion to compel regarding the Hitachi Defendants' Responses to the above-described

15  Interrogatories to October 3, 2014.

16      **IT IS HEREBY STIPLULATED AND AGREED** between the undersigned counsel that

17  the IPPs may file a motion to compel regarding the Hitachi Defendants' supplemental responses to

18  the IPPs' Interrogatory Nos.  6, 7 (as it related to affirmative defenses Nos. 8, 13, 14, 19, 25, 27,

19  28, 32, 33, 34, 35 and 38), 10, 11, 13, 15, 16, 18, 22, 23 and/or 24; defendants HTL's, HDP's and

20  HAS's supplement their responses to Interrogatory No. 8; and/or defendants HTL's and HDP's

21  supplemental responses to Interrogatory No. 9, no later than October 3, 2014.

22      The undersigned Parties jointly and respectfully request that the Court enter this stipulation

23  as an order.

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26  Dated: __October 2_____, 2014

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL
MDL No. 1917; Case No. 07-cv-5944 SC

UNITED STATES DISTRICT COURT

APPROVED

Judge Samuel Conti

NORTHERN DISTRICT OF CALIFORNIA

Dated:  September 12, 2014

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

_/s/ Lauren C. Capurro_____
Mario N. Alioto (56433)
Lauren C. Capurro (Russell) (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

KIRKLAND & ELLIS LLP

_/s/ Eliot A. Adelson_____
Eliot A. Adelson (205284)
James Maxwell Cooper (284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

James H. Mutchnik (pro hac vice)
Kate Wheaton (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

3

1

## ECF CERTIFICATION

2

      Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

3

document has been obtained from each of the above signatories.

4

5

Dated: September 12, 2014                     */s/ Jennie Lee Anderson*

6

7                                   ANDRUS ANDERSON LLP
Jennie Lee Anderson (203586)

8                                   155 Montgomery Street
San Francisco, CA 94104

9                                   Tel.:    (415) 986-1400
Fax:    (415) 986-1474

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL
MDL No. 1917; Case No. 07-cv-5944 SC