# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. M:07-5944-SC<br>MDL No. 1917 |
| This Document Relates to | Case No. 3:11-cv-05513-SC |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;<br><br>*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL LG ELECTRONICS, INC. AND LG ELECTRONICS USA, INC. TO RESPOND TO DIRECT ACTION PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |

Master File No. M:07-5994-SC
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL LG TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

1  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al., No. 13-cv-00157;*

2

3  *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-01173;*

4  *Dell Inc. and Dell Products L.P. v. Hitachi, Ltd., et al., No. 13-cv-02171;*

5

6  *Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V., et al., No. 13-cv-02776;*

7

8  *Siegel v. Technicolor SA, et al., No. 13-cv-05261;*

9  *Sears, Roebuck and Co., et al. v. Technicolor SA, No. 13-cv-05262;*

10 *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*

11

12 *Schultze Agency Services, LLC v. Technicolor SA, et al., No. 13-cv-05668;*

13 *Target Corp., v. Technicolor SA, et al., No. 13-cv-05686;*

14

15 *Costco Wholesale Corporation v. Technicolor SA,, et al., No. 13-cv-005723;*

16 *Electrograph Systems, Inc., et al. v. Technicolor SA, et al., No. 13-cv-05724;*

17

18 *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 13-cv-05725;*

19 *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

20

21 *Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727.*

22 *ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al., 3:14cv-02510;*

23

   *The Indirect Purchaser Action.*

24

25

26

27

28

Master File No. M:07-5994-SC
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL LG TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

1  This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel LG
2  Electronics Inc. and LG Electronics USA, Inc. to Respond to Direct Action Plaintiffs' First Set of
3  Requests for Admission between the Direct Action Plaintiffs (collectively "Plaintiffs"), on the one
4  hand, and LG Electronics, Inc. and LG Electronics USA,  Inc. (collectively, "LG"), on the
5  other hand, is made with respect to the following facts and recitals:

6  WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of
7  fact discovery for September 5, 2014.  *See* Dkt. No. 2459;

8  WHEREAS, the deadline to file any motion to compel after the discovery cut-off is
9  September 12, 2014 (L.R. 37-3);

10  WHEREAS, on August 1, 2014, the Plaintiffs served their First Set of Requests for
11  Admission on LG;

12  WHEREAS, at the Request of LG, Plaintiffs agreed to an extension of time for LG to serve
13  its Responses to Plaintiffs' First Set of Requests for Admission;

14  WHEREAS, the parties have continued to meet and confer to resolve their differences
15  related to LG's forth-coming responses and have a bona fide intent to continue doing so;

16  WHEREAS, the Plaintiffs and LG have conferred by and through their counsel and,
17  subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

18  1. Plaintiffs will replace Exhibit A to their First Set of Requests for Admission with
19     the revised list of documents previously provided by Plaintiffs to LG on August 29,
20     2014 ("Revised Exhibit A");
21  2. Subject to the parties' meet and confer discussion, LG will provide substantive
22     responses on or before September 22, 2014, to Plaintiffs' First Set of Requests for
23     Admission based on the Revised Exhibit A; and
24  3. The undersigned parties agree to extend the deadline for the Plaintiffs to file a
25     motion to compel relating to the Plaintiffs' First Set of Requests for Admission, to
26     the extent one is deemed necessary by Plaintiffs, to September 29, 2014.
27
28

Master File No. M:07-5994-SC
MDL No. 1917

1

STIPULATION AND [PROPOSED] ORDER EXTENDING
THE DEADLINE TO FILE MOTION TO COMPEL AND
RESPOND PLAINTIFFS' FIRST SET OF RFAs

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: October 2, 2014

                                           _____
4                                          Hon. Samuel Conti
                                           United States District Court Judge

*APPROVED — Judge Samuel Conti*

6  DATED: September 12, 2014          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

8                                      By: /s/ *Laura E. Nelson* _____
                                            Roman M. Silberfeld
9                                           David Martinez
                                            Laura E. Nelson
10                                     *Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy
                                       Purchasing LLC; Best Buy Enterprise Services, Inc.;
11                                     Best Buy Stores, L.P.; BESTBUY.COM, LLC; Magnolia
                                       Hi-Fi, LLC*

13                                     /s/ *Philip T. Iovieno* _____
                                       Philip J. Iovieno
14                                     Anne M. Nardacci
                                       **BOIES, SCHILLER & FLEXNER LLP**
15                                     30 South Pearl Street, 11th Floor
                                       Albany, NY 12207
16                                     Telephone: (518) 434-0600
                                       Facsimile: (518) 434-0665
17                                     Email: piovieno@bsfllp.com
                                              anardacci@bsfllp.com

19                                     William A. Isaacson
                                       **BOIES, SCHILLER & FLEXNER LLP**
                                       5301 Wisconsin Ave. NW, Suite 800
20                                     Washington, D.C. 20015
                                       Telephone: (202) 237-2727
21                                     Facsimile: (202) 237-6131
                                       Email:  wisaacson@bsfllp.com

23                                     Stuart Singer
                                       **BOIES, SCHILLER & FLEXNER LLP**
                                       401 East Las Olas Blvd., Suite 1200
24                                     Fort Lauderdale, Fl 33301
                                       Telephone: (954) 356-0011
25                                     Facsimile: (954) 356-0022
                                       Email: ssinger@Bsfflp.Com

27                                     *Liaison Counsel For Direct Action And Attorneys For
                                       Plaintiffs Electrograph Systems, Inc., Electrograph
                                       Technologies, Corp., Office Depot, Inc., Interbond
28                                     Corporation Of America, P.C. Richard & Son Long
                                       Island Corporation, Marta Cooperative Of America,*

---

Master File No. M:07-5994-SC
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER EXTENDING THE
DEADLINE TO FILE MOTION TO COMPEL LG TO RESPOND
TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

*Inc., Abc Appliance, Inc., Schultze Agency Services Llc On Behalf Of Tweeter Opco, Llc And Tweeter Nezvco, LLC*
*Liaison Counsel For Direct Action Plaintiffs*

/S/ David J. Burman
David J. Burman (Pro Hac Vice)
Cori G. Moore (Pro Hac Vice)
Eric J. Weiss (Pro Hac Vice)
Nicholas H. Hesterberg (Pro Hac Vice)
Steven D. Merriman (Pro Hac Vice)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Wa 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: Dburman@Perkinscoie.Com
　　　Cgmoore@Perkisncoie.Com
　　　Eweiss@Perkinscoie.Com
　　　Nhesterberg@Perkinscoie.Com
　　　Smerriman@Perkinscoie.Com

Joren Bass, Bar No. 208143
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, Ca 94111-4131
Telephone: 415.344.7120
Facsimile:  415.344.7320
Email:  Jbass@Perkinscoie.Com

*Attorneys For Plaintiff Costco Wholesale Corporation*

/S/ Robert W. Turken
Robert W. Turken
Scott N. Wagner
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave, Suite 2300
Miami, Fl 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
　　　swagner@bilzin.com

Stuart Singer
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Fl 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:  ssinger@bsfllp.com

William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**

Master File No. M:07-5994-SC
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL LG TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
 anardacci@bsfllp.com

*Attorneys For Plaintiffs Tech Data Corporation And Tech Data Product Management, Inc.*

/S/ Kenneth S. Marks
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
 jross@susmangodfrey.com
 jcarter@susmangodfrey.com
 dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
 rblack@susmangodfrey.com
 jconnors@susmangodfrey.com

*Attorneys For Plaintiff Alfred H. Siegel, As Trustee Of The Circuit City Stores, Inc. Liquidating Trust*

Master File No. M:07-5994-SC
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL LG TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

|   |   |
|---|---|
| 1 | /s/ Jason C. Murray |
|   | Jason C. Murray (CA Bar No. 169806) |
| 2 | **CROWELL & MORING LLP** |
|   | 515 South Flower St., 40th Floor |
| 3 | Los Angeles, CA 90071 |
|   | Telephone: 213-443-5582 |
| 4 | Facsimile:  213-622-2690 |
|   | Email: jmurray@crowell.com |

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
E-mail: jmurphy@crowell.com
          aheaven@crowell.com

*Attorneys for Target Corp. and ViewSonic Corporation*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Telephone: 305-373-1000
Facsimile:  305-372-1861
Email: rarnold@knpa.com
          wblechrnan@knpa.com
          kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp*


/s/ Michael P. Kenny
Michael P. Kenny
Debra D. Bernstein
Matthew D. Kent
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
Email: mike.kenny@alston.com
          debra.bernstein@alston.com
          matthew.kent@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500
Email:  wagstaffe@kerrwagstaffe.com

---

Master File No. M:07-5994-SC
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL LG TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*

/s/ Kenneth A. Gallo
Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email:  kgallo@paulweiss.com
           jsimons@paulweiss.com
           cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
           jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

Master File No. M:07-5994-SC
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL LG TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

By:   */s/ Miriam Kim*
Miriam Kim
**MUNGER, TOLLES & OLSON LLP**
355 S. Grand Ave., 35th Floor
Los Angeles, CA 90071
Email: miriaim.kim@mto.com

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

\* \* \*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

---

Master File No. M:07-5994-SC
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL LG TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION