(*Stipulating Parties Listed on Signature Pages*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*State of California, et. al. v. Samsung SDI Co., Ltd., et. al.*, No. CGC-11-515784 | **Master File No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling dated March 21, 2014 (Doc. No. 2459) ("Scheduling Order"), on August 5, 2014, Defendants served the expert reports of Dr. Dennis Carlton and Dr. Janusz A. Ordover, who addressed issues related to the State of California's ("California Attorney General") claims and the expert report of Professor William S. Comanor (the "California Attorney General's Expert");

WHEREAS, pursuant to the Scheduling Order, Defendants' sur-rebuttal expert reports are currently required to be served no later than October 31, 2014;

WHEREAS, the Direct Action Plaintiffs ("DAPs") and Defendants have reached an agreement to modify the Scheduling Order so that Defendants' sur-rebuttal expert reports will be due on November 6, 2014 and related backup material will be due on November 11, 2014;

WHEREAS, the same Defendants' expert witnesses will respond to the DAPs' expert and the California Attorney General's Expert;

WHEREAS, the California Attorney General and Defendants have agreed to synchronize the schedule for sur-rebuttal expert reports in the above-captioned case with the DAP schedule;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the California Attorney General and counsel for the Defendants as follows:

1. The last day for Defendants' experts to serve their sur-rebuttal expert reports on the merits is extended to November 6, 2014, and the last day for Defendants' experts to serve the backup material accompanying their sur-rebuttal expert reports on the merits is extended to

November 11, 2014;

    2.    All other dates in the Scheduling Order are unaffected by this stipulation.

\* \* \*

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2014

                      Hon. Samuel Conti
                      United States District Judge

DATED: September 17, 2014        SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
Email: mscarborough@sheppardmullin.com
TYLER M. CUNNINGHAM (SBN 243694)
Email: tcunningham@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com

STIPULATION AND [PROPOSED] ORDER                  Case No. 07-5944
REGARDING SCHEDULING                                        MDL No. 1917
SMRH:432350318.1                           -2-

|   |   |
|---|---|
| 1 | LUCIUS B. LAU (*pro hac vice*) |
|   | Email: alau@whitecase.com |
| 2 | **WHITE & CASE LLP** |
|   | 701 Thirteenth Street, N.W. |
| 3 | Washington, DC  20005 |
|   | Telephone: (202) 626-3600 |
| 4 | Facsimile: (202) 639-9355 |

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Emilio E. Varanini*
EMILIO E. VARANINI IV
Email: emilio.varanini@doj.ca.gov
PAUL MOORE III
Email: Paul.Moore@doj.ca.gov
Deputy Attorney General
State of California
Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

*Attorneys for Plaintiffs the State of California, et al.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.