BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Case No. 07-5944-SC ) ) MDL No. 1917 ) ) **[PROPOSED] ORDER GRANTING** ) **PHILIPS ELECTRONICS NORTH** ) **AMERICA CORPORATION'S MOTION** ) **FOR LEAVE TO FILE MEMORANDUM** ) **REGARDING PARALLEL STATE** ) **LITIGATION** |
| This Document Relates to:  ALL CASES | ) ) **Judge: Honorable Samuel Conti** ) **Courtroom: One, 17th Floor** ) ) ) ) |

1    On September 8, 2014, the Court ordered both the State of California (the "State) and the

2  Indirect Purchaser Class ("IPPs") to submit memoranda "describing the litigation in the California

3  state courts, the status of that litigation, the impact, if any, that the state court litigation may have on

4  the above litigation and any coordination of effort or proceedings with the state court that this court

5  should consider." (Dkt. No. 2811)   Because PENAC, like the State and the IPPs, is a party in both

6  the California state litigation and the above litigation but was not ordered to file a memorandum,

7  PENAC sought leave pursuant to Civil Local Rule 7-11 to file its own memorandum.

8    The Court having considered PENAC's Motion for Leave to File its memorandum regarding

9  the Parallel State Litigation, and good cause appearing, IT IS HEREBY ORDERED that PENAC's

10  Motion for Leave to File a Memorandum Regarding Parallel State Litigation is GRANTED.

11    The Clerk is directed to file PENAC's Memorandum regarding Parallel State Litigation in

12  the above-captioned matter.

13

14  **IT IS SO ORDERED.**

15

16

17  DATED: _____October 2_____, 2014

18                                              HON. SAMUEL CONTI
                                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S MOTION
FOR LEAVE TO FILE MEMORANDUM REGARDING PARALLEL STATE LITIGATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 18, 2014, I electronically filed the [Proposed] Order Granting Philips Electronics North America Corporation's Motion for Leave to File Memorandum Regarding Parallel State Litigation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

By:   /s/Erik T. Koons

2