# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
|---|---|
| | MDL. No. 1827 |
| This Order Relates to: | **ORDER RE: PRETRIAL AND TRIAL SCHEDULE** |
| ALL CASES | |

The Court ~~has conferred with Special Master Quinn and~~ adopts the following pretrial and trial schedule:

| Event | Dates Applicable to Class Plaintiffs | Dates Applicable to all Direct Action Plaintiffs and all State AG Plaintiffs (in cases on file by 12/1/10)[1] |
|---|---|---|
| First mediation session to be complete | February 14, 2011 | February 14, 2011 |
| Disclosure of identities of plaintiffs' experts and one paragraph description of issues to be addressed by each expert | March 1, 2011 | July 1, 2011 |

---

[1] Direct action and State AG cases filed after December 1, 2010, will be subject to a separate pretrial and trial schedule, or, if circumstances permit, will be folded into the schedule set forth in this order.

| | | |
|---|---|---|
| Disclosure of identities of all defendants' experts and one paragraph description of issues to be addressed by each expert | April 1, 2011 | August 1, 2011 |
| Plaintiffs and defendants each to provide one paragraph description of each issue/subject of summary judgment motions (copies to be provided to the court) | May 11, 2001 | January 27, 2012 |
| Close of fact discovery in class cases, and of limited discovery unique to DAP and State AG cases | May 11, 2011 | September 2, 2011 |
| Parties to produce all data provided to experts to conduct analysis | May 11, 2011 | N/A |
| Service of opening expert reports for plaintiffs | May 25, 2011 | September 9, 2011 |
| Service of underlying data and code | May 27, 2011 | September 12, 2011 |
| Parties to serve supplemental disclosure with one paragraph description of any additional issues/topics of summary judgment motions (copies to be provided to the court)s | June 17, 2011 | March 2, 2012 |
| Service of opposition expert reports | July 22, 2011 | November 8, 2011 |
| Service of underlying data and code | July 25, 2011 | November 11, 2011 |
| Service of reply expert reports | August 19, 2011 | January 9, 2012 |
| Service of underlying data and code | August 19, 2011 | January 12, 2012 |
| Last day to file dispositive motions | September 2, 2011 | May 18, 2012 |
| Close of expert discovery | September 15, 2011 | February 15, 2012 |
| Last day to file oppositions to dispositive motions | September 23, 2011 | June 15, 2012 |
| Last day to file reply briefs in support of dispositive motions | October 14, 2011 | July 13, 2012 |

| Last day for hearing dispositive motions | November 16, 2011 | August 15, 2012 |
| Pretrial conference | January 17, 2012 | October 9, 2012 |
| Trial begins | February 13, 2012 | November 5, 2012 |

**IT IS SO ORDERED.**

Dated: November 23, 2010

_____
SUSAN ILLSTON
United States District Judge