[Stipulating parties listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL HITACHI DEFENDANTS TO FURTHER SUPPLEMENT THEIR RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

This Stipulation and Proposed Order between the Indirect-Purchaser Plaintiffs ( "IPPs") and Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd.("HDP"), Hitachi Asia, Ltd. ("HAS"), Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, "Hitachi Defendants") (together, the "Parties") is made with respect to the following facts and recitals:

WHEREAS, the IPPs and the Hitachi Defendants have met and conferred in order to resolve all outstanding discovery issues with regard to Hitachi's supplemental responses to IPPs' First Set of Interrogatories ("Interrogatories");

WHEREAS, defendant HTL has agreed to further supplement its responses to Interrogatory No. 10;

1    WHEREAS, the Hitachi Defendants have agreed to further supplement their responses to Interrogatory Nos. 22, 23, and 24.

WHEREAS, the IPPs are currently required to file any motion to compel by October 3, 2014;

WHEREAS, the Hitachi Defendants agree to supplement their responses to the above-described Interrogatories by October 14, 2014;

WHEREAS, the Hitachi Defendants agree to extend the deadline by which the IPPs may file a motion to compel regarding the Hitachi Defendants' Responses to the above-described Interrogatories to October 21, 2014.

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel that the IPPs may file a motion to compel regarding defendant HTL's further supplemental response to the IPPs' Interrogatory No. 10 and the Hitachi Defendants' further supplemental responses to the IPPs' Interrogatory Nos. 22, 23, and 24 no later than October 21, 2014.

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2014

                                         Hon. Samuel Conti
                                         United States District Judge

DATED:  October 3, 2014                  Respectfully submitted,

                                         TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

                                         */s/ Mario N. Alioto*
                                         Mario N. Alioto (56433)
                                         Lauren C. Capurro (Russell) (241151)
                                         TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                         2280 Union Street
                                         San Francisco, CA 94123
                                         Telephone: (415) 563-7200
                                         Facsimile: (415) 346-0679

                                         *Interim Lead Counsel for Indirect-Purchaser Plaintiff*

| | |
|---|---|
| DATED:  October 3, 2014 | KIRKLAND & ELLIS LLP |
| | /s/ Eliot A. Adelson |
| | Eliot A. Adelson (205284) |
| | James Maxwell Cooper (284054) |
| | KIRKLAND & ELLIS LLP |
| | 555 California Street, 27th Floor |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | |
| | James H. Mutchnik, P.C. (*pro hac vice*) |
| | Kate Wheaton (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | |
| | *Attorneys for Defendants,* |
| | *Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.* |

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: October 3, 2014

KIRKLAND & ELLIS LLP

*/s/ Eliot A. Adelson*
Eliot A. Adelson (205284)
James Maxwell Cooper (284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500