(*Stipulating Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>BEST BUY ACTIONS<br>11-cv-05513-SC<br>13-cv-05264-SC | MDL No. 1917<br><br>Case No. CGC-11-515784<br><br>**SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |

This Supplemental Stipulation and Proposed Order Regarding Discovery to Occur After September 5, 2014 between defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (together, the "Panasonic Defendants"), on behalf of themselves and the undersigned defendants, on the one hand, and plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC (collectively, "Best Buy"), on the other hand, is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014. *See* Dkt. No. 2459.

WHEREAS, on September 9, 2014, the Court entered as an order the parties Stipulation Regarding Discovery to Occur After September 5, 2014, which provided, among other things, that the Panasonic Defendants may notice or subpoena and take the deposition of an additional witness after September 5, 2014 but no later than October 15, 2014, in connection with Best Buy's competitive intelligence activities, consistent with the July 28 Order and the Court's Order re Discovery and Case Management Protocol (Dkt. No. 1128). *See* Dkt. No. 2822.

WHEREAS, on September 12, 2014, pursuant to that Stipulation and Order, the Panasonic Defendants identified Debbie Ayala as an additional percipient witness.

WHEREAS, on or about September 18, 2014, Best Buy indicated that Ms. Ayala was available for deposition on October 4, 2014, and on September 27, 2014, the Panasonic Defendants noticed Ms. Ayala's deposition accordingly.

WHEREAS, on September 29, 2014, Best Buy informed the Panasonic Defendants that Ms. Ayala was no longer available on October 4, 2014, but could be available instead on October 18, 2014.

WHEREAS, the Panasonic Defendants and Best Buy have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1. Defendants will take the deposition of Debbie Ayala on October 18, 2014 or another mutually agreeable date.

2. In the event Ms. Ayala's deposition does not proceed because Ms. Ayala becomes

    unavailable, the Panasonic Defendants and Best Buy agree to meet and confer in good faith to select a different, available witness from the alternative witnesses identified by the Panasonic Defendants on September 12, 2014.

3. Best Buy hereby waives any argument that testimony provided at any forthcoming Best Buy percipient witness deposition, as set forth above, is inadmissible because such deposition occurred after September 5, 2014.

4. Best Buy expressly reserves and does not waive all other objections, including deposition objections and evidentiary objections regarding the admissibility of any testimony provided at any additional Best Buy percipient witness deposition.

5. Defendants expressly reserve the right to request the production of additional documents related to competitive intelligence identified at any Best Buy deposition set forth in paragraph (1) or (2) above that takes place after the September 5, 2014 discovery deadline, within forty-eight hours after the conclusion of such deposition. Best Buy hereby waives any objections to the production and admissibility of such documents on the basis that the discovery deadline has passed.  However, Best Buy does not waive other objections.

6. To the extent a motion to compel may be required in connection with the depositions set forth in paragraphs (1) or (2) above, defendants may file such motion within five calendar days after the depositions in question or, with respect to documents, within five calendar days after any decision by Best Buy regarding the production of the requested documents.

3

SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER          MDL No. 1917
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____       _____
                                          Hon. Samuel Conti
                                          United States District Court Judge

Date: October 6, 2014                     WINSTON & STRAWN LLP

                                          By: /s/ *Eva W. Cole*
                                              JEFFREY L. KESSLER (*pro hac vice*)
                                              Email: jkessler@winston.com
                                              EVA W. COLE (*pro hac vice*)
                                              Email: ewcole@winston.com
                                              MOLLY M. DONOVAN (*pro hac vice*)
                                              Email: mmdonovan@winston.com
                                              ALDO A. BADINI (257086)
                                              Email: abadini@winston.com
                                              WINSTON & STRAWN LLP
                                              200 Park Avenue
                                              New York, New York 10166-4193
                                              Telephone: (212) 294-6700
                                              Facsimile: (212) 294-4700

                                              STEVEN A. REISS (*pro hac vice*)
                                              Email: steven.reiss@weil.com
                                              DAVID L. YOHAI (*pro hac vice*)
                                              Email: david.yohai@weil.com
                                              ADAM C. HEMLOCK (*pro hac vice*)
                                              Email: adam.hemlock@weil.com
                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153-0119
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                          *Attorneys for Defendants Panasonic Corporation*
                                          *(f/k/a Matsushita Electric Industrial Co., Ltd.),*
                                          *Panasonic Corporation of North America, MT*
                                          *Picture Display Co., Ltd.*

                                          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                          By: /s/ *Laura E. Nelson*
                                              Elliot S. Kaplan
                                              K. Craig Wildfang

|  |  |
|---|---|
| 1 | Laura E. Nelson |
| 2 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue<br>2800 LaSalle Plaza |
| 3 | Minneapolis, MN 55402 |
| 4 | Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181 |
| 5 | Email: eskaplan@rkmc.com<br>kcwildfang@rkmc.com |
| 6 | lenelson@rkmc.com |

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
dmartinez@rkmc.com
jscasselman@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, and on behalf of the Direct Action Plaintiffs*

WHITE & CASE LLP

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ *Jon V. Swenson*
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

MUNGER, TOLLES & OLSON LLP

By: /s/ *Hojoon Hwang*
HOJOON HWANG (SBN 184950)
Email: Hojoon.Hwang@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
Email: William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Email: Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Email: Bethany.Kristovich@mto.com
MUNGER, TOLLES & OLSON LLP

355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

KIRKLAND & ELLIS LLP

By: /s/ *Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

FRESHFIELDS BRUCKHAUS DERINGER

By: /s/ *Richard Snyder*
Terry Calvani Cal. Bar. No. 53260
Christine Laciak (*pro hac vice*)
Richard Snyder (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555
Email: terry.calvani@freshfields.com
christine.laciak@freshfields.com
richard.snyder@freshfields.com

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Rachel S. Brass*
Rachel S. Brass Cal. Bar. No. 219301

Joel S. Sanders Cal. Bar. No. 107234
Austin V. Schwing Cal. Bar. No. 211696
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:(415) 393-8200
Facsimile: (415) 393-8306
Email: rbrass@gibsondunn.com
jsanders@gibsondunn.com
aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

FAEGRE BAKER DANIELS LLP

By: /s/ *Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900
Email: steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

JENNER & BLOCK LLP

|   |   |
|---|---|
| 1 | By: /s/ *Michael T. Brody* |
|   | JENNER&BLOCK LLP |
| 2 | Terrence J. Truax (*pro hac vice*) |
|   | Michael T. Brody (*pro hac vice*) |
| 3 | 353 North Clark Street |
|   | Chicago, Illinois 60654-3456 |
| 4 | Telephone: (312) 222-9350 |
|   | Facsimile: (312) 527-0484 |
| 5 | ttruax@jenner.com |
| 6 | mbrody@jenner.com |

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

SUPPLEMENTAL STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014                              MDL No. 1917