DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(d) AND 7-11** |

I, Adam C. Hemlock, hereby declare as follows:

1. I am an attorney with Weil, Gotshal & Manges LLP, counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York, and I am admitted to practice before this Court pro hac vice.

2. I submit this Declaration in support of the Panasonic Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Protective Order").

4. Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), the Panasonic Defendants seek to seal the following concurrently-filed document: the highlighted portions of the Reply in Support of Panasonic Defendants' Motion to Dismiss and to Compel Arbitration against Plaintiff ViewSonic Corporation ("ViewSonic").

5. The highlighted portions of the Reply in Support of Panasonic Defendants' Motion to Dismiss and to Compel Arbitration reference confidential information contained in the OEM supply agreement previously sealed pursuant to the Order Granting the Panasonic Defendants' Administrative Motion to File Under Seal, dated September 5, 2014 (Dkt. 2800). Specifically, portions of pages 1, 2, 3, 4, 5 and 6 of the Reply in Support of Panasonic Defendants' Motion to Dismiss and to Compel Arbitration contain such confidential information.

6. The Panasonic Defendants seek to submit the material referenced herein under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Because the information in the materials that the Panasonic Defendants seek to submit under seal have been designated as "Highly Confidential" by ViewSonic (the "Designating Party"), the Panasonic Defendants are filing the accompanying Motion to File Under Seal, and will be prepared to file unredacted versions of the Reply in Support of Panasonic Defendants' Motion to Dismiss and

2

to Compel Arbitration in the public record "[i]f the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied." Civ. L.R. 79-5(e)(2).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2014 at New York, New York.

By: */s/ Adam C. Hemlock*
 ADAM C. HEMLOCK