1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  DAVID E. YOLKUT (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, New York 10153-0119
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  E-mail: adam.hemlock@weil.com

6  BAMBO OBARO (267683)
   WEIL, GOTSHAL & MANGES LLP
7  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9  E-mail: bambo.obaro@weil.com

10 JEFFREY L. KESSLER (*pro hac vice*)
   EVA W. COLE (*pro hac vice*)
11 MOLLY M. DONOVAN (*pro hac vice*)
   WINSTON & STRAWN LLP
12 200 Park Avenue
   New York, New York 10166-4193
13 Telephone: (212) 294-6700
   Facsimile: (212) 294-7400
14 E-mail: jkessler@winston.com

15 *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1    Upon consideration of the Panasonic Defendants' Administrative Motion to File Under Seal
2 Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with their Reply in Support
3 of Panasonic Defendants' Motion to Dismiss and to Compel Arbitration against Plaintiff ViewSonic
4 Corporation, it is hereby:

5    ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is
6 further

7    ORDERED that the Clerk shall file and maintain under seal the following documents or
8 portions of documents related to the Panasonic Defendants' Administrative Motion to File Under
9 Seal:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Panasonic Defendants' Reply in Support of Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | 1:6-8, 15-17<br><br>2:6-10<br><br>3:7-28<br><br>4:1-7, 11-18<br><br>5:3-10, 12-13, 17, 23-28<br><br>6: 1-2, 8 |

IT IS SO ORDERED


Dated: _____                              _____
                                                      Hon. Samuel Conti
                                                      United States District Judge

2

[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS'          MDL No. 1917
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                     Case No. 3:14-cv-02510