1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  DAVID E. YOLKUT (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, New York 10153-0119
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  E-mail: adam.hemlock@weil.com

6  BAMBO OBARO (267683)
   WEIL, GOTSHAL & MANGES LLP
7  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9  E-mail: bambo.obaro@weil.com

10 JEFFREY L. KESSLER (*pro hac vice*)
   EVA W. COLE (*pro hac vice*)
11 MOLLY M. DONOVAN (*pro hac vice*)
   WINSTON & STRAWN LLP
12 200 Park Avenue
   New York, New York 10166-4193
13 Telephone: (212) 294-6700
   Facsimile: (212) 294-7400
14 E-mail: jkessler@winston.com

15 *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **CERTIFICATE OF SERVICE** |

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153. I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on October 6, 2014, I served copies of:

- **REPLY IN SUPPORT OF PANASONIC DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION (UNDER SEAL);**

- **PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-7(d) AND 7-11;**

- **DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL;**

- **PROPOSED ORDER GRANTING THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

☒   **BY ELECTRONIC MAIL** by sending a true copy thereof to the addressees, as stated below.

| | |
|---|---|
| Jason C. Murray<br>E-mail: jmurray@crowell.com<br>Jerome A. Murphy (*pro hac vice*)<br>E-mail: jmurphy@crowell.com<br>Astor H.L. Heaven (*pro hac vice*)<br>E-mail: aheaven@crowell.com<br>CROWELL & MORING LLP<br><br>*Counsel for ViewSonic Corporation* | William A. Isaacson<br>E-mail: wisaacson@bsfllp.com<br>Philip J. Iovieno<br>E-mail: piovieno@bsfllp.com<br>Anne M. Nardacci<br>E-mail: anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Liaison Counsel for Direct Action Plaintiffs* |
| Mario N. Alioto<br>E-mail: malioto@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | Guido Saveri<br>E-mail: guido@saveri.com<br>SAVERI & SAVERI, INC.<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* |
| Emilio Varanini<br>E-mail: emilio.varanini@doj.ca.gov<br>CALIFORNIA ATTORNEY GENERAL'S OFFICE<br><br>*Counsel for the State of California* | *Defense Counsel* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2014 at Washington, D.C.

                                             */s/ Kevin B. Goldstein*
                                             Kevin B. Goldstein

CERTIFICATE OF SERVICE          Case No. 3:14-cv-02510
                                                                          MDL No. 1917