Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
        aheaven@crowell.com

*Attorney for Plaintiff ViewSonic Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**Individual Case No. 3:14-cv-02510-SC**<br><br>**DECLARATION OF ASTOR H. L. HEAVEN IN SUPPORT OF PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11**<br><br>Judge:  Hon. Samuel Conti |
| This Document Relates to:<br><br> *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | |

I, ASTOR H. L. HEAVEN, do hereby declare and state as follows:

1.   I am a member of the bar of the District of Columbia and am admitted to practice before this court *pro hac vice*. I am a counsel with Crowell & Moring LLP, counsel of record for plaintiff ViewSonic Corporation ("ViewSonic"). I make this declaration in support of the Panasonic Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11 (Dkt. No. 2901) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2.   ViewSonic has disclosed or produced to parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) ("Protective Order").

3.   I have reviewed the Panasonic Defendants' Reply in Support of their Motion to Dismiss and to Compel Arbitration (the "Reply") lodged on October 6, 2014.

4.   Pursuant to Civil Local Rules 7-11 and 79-5, this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order of June 18, 2008 (Dkt. No. 306), I make this declaration on behalf of ViewSonic to provide the Court with a basis to maintain under seal all portions of the Panasonic Defendants' Reply in Support of their Motion to Dismiss and Compel Arbitration which reference confidential information contained in Attachment A to the previously filed Declaration of Adam C. Hemlock ("Attachment A"). Attachment A was sealed pursuant to this Court's Order Granting the Panasonic Defendants' Administrative Motion to File Under Seal, dated September 5, 2014 (Dkt. No. 2800).

5.   The Motion quotes from or describes Attachment A.  I am informed or believe that ViewSonic considers any statements in the Reply purporting to summarize these exhibits to be highly confidential, and that public disclosure of the information would also likely cause harm to

ViewSonic with respect to its vendors, competitors and/or customers. Accordingly, all portions of the Reply that quote from or describe Attachment A should be maintained under seal.

6. ViewSonic has narrowly tailored this sealing request to only those materials necessary to protect its proprietary and sensitive business information. Accordingly, for the reason stated above, ViewSonic requests that the Court maintain all portions of the Reply that quote or describe Attachment A under seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 8th day of October, 2014 at Los Angeles, California.

*/s/ Astor H.L. Heaven*
Astor H.L. Heaven