Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING PAYMENT OF EXPENSES FROM SETTLEMENT FUND** |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTION | |

1    WHEREAS, Indirect Purchaser Plaintiffs ("IPPs") and Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd, (collectively, "LG") entered into a settlement agreement on May 28, 2013 by which LG agreed to pay IPPs Twenty Five Million Dollars ($25,000,000) in return for a release of claims;

WHEREAS, the settlement agreement also provides that:

> [A]fter final approval, Class Counsel may apply to use any amount paid by LG to pay the past or future expenses of this litigation.

LG Settlement Agreement, ¶ 22(a);

WHEREAS, the Court granted preliminary approval of the LG settlement on December 9, 2013 (Dkt. No. 2248);

WHEREAS, in its Order Granting Preliminary Approval of Class Action Settlement With LG, the Court directed IPPs' Lead Counsel to provide notice to class members of the terms of the settlement, including Lead Counsel's request to withdraw up to $5 million from the Settlement Fund to pay expenses incurred or to be incurred in this litigation;

WHEREAS, said notice was given to Class Members as directed by the Court;

WHEREAS, the published notice provided that at the Final Approval Hearing: "The Court will also consider Class Counsel's request that $5 million from the Settlement Fund be set aside to pay for expenses incurred or to be incurred in prosecuting this case.";

WHEREAS, after the Fairness Hearing, the Court entered its Order Granting Final Approval of Settlement With LG, including the request that $5 million from the Settlement Fund be set aside to pay for expenses incurred or to be incurred in prosecuting this litigation (Dkt. No. 2542);

WHEREAS, the Order Granting Final Approval of Settlement With LG is now final;

WHEREAS, the Court has previously approved the withdrawal of $500,000 by IPPs to be used to pay expenses (Dkt No. 2618);

WHEREAS, IPPs' Lead Counsel seeks to withdraw an additional $750,000 from the Escrow Fund at this time to pay for expenses incurred in this litigation (specifically, to pay a portion of the cost of IPPs' expert economist's recent work on the IPPs' merits and damages reports);

1

**STIPULATION AND [PROPOSED] ORDER APPROVING EXPENSES FROM SETTLEMENT FUND, MDL No. 1917**

WHEREAS, LG has no objection to IPPs' Lead Counsel withdrawing $750,000 from the Escrow Fund to pay for expenses incurred or to be incurred in this litigation.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Defendants, as follows:

Lead Counsel for the IPPs may withdraw $750,000 from the LG Settlement Fund Escrow Account to pay expenses incurred or to be incurred in this litigation. The balance of the settlement fund shall remain in the escrow account, to be distributed upon further Court Order. IPPs' Lead Counsel shall provide the Court with an accounting of all expenses paid.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

Dated: October 8, 2014   By:   /s/ Mario N. Alioto
Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com

**Lead Counsel for the Indirect Purchaser Plaintiffs**

Dated: October 8, 2014   By:   /s/ Hojoon Hwang
Hojoon Hwang
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Hojoon.Hwang@mto.com

**Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd**

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE