Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C.; Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;

*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776;

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-5944 SC
MDL No. 1917

*Costco Wholesale Corporation v. Technicolor SA,, et al., No. 13-cv-005723;*

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;

*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14cv-02510;

*The Indirect Purchaser Action.*

This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel Toshiba to Respond to Direct Action Plaintiffs and Indirect Purchaser Plaintiffs' First Set of Requests for Admission between the Direct Action Plaintiffs in the cases listed above and Indirect Purchaser Class (collectively "Plaintiffs"), on the one hand, and defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"), on the other hand, is made with respect to the following facts and recitals:

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

WHEREAS, the deadline to file any motion to compel after the discovery cut-off was September 12, 2014 (L.R. 37-3);

WHEREAS, on August 1, 2014, the Plaintiffs served their First Set of Requests for Admission on the Toshiba Defendants;

WHEREAS, on September 5, 2014, Toshiba served its Responses to Plaintiffs' First Set of Requests for Admission and stated objections on various grounds;

WHEREAS, counsel for the undersigned parties have held multiple telephonic meet and confers to discuss purported deficiencies in the Toshiba Defendants' responses identified by Plaintiffs and have a bona fide intent to continue doing so;

WHEREAS, the Plaintiffs and the Toshiba Defendants have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1. The Plaintiffs will provide the Toshiba Defendants with a list of 94 documents produced by the Toshiba Defendants in this litigation by October 10, 2014.

2. The Toshiba Defendants will provide the Plaintiffs with a list of 94 documents produced by the Plaintiffs in this litigation by October 10, 2014.

3. The Toshiba Defendants will review the list provided by Plaintiffs and inform the Plaintiffs by October 17, 2014 whether they will stipulate that any such documents are authentic and, separately, that any such documents are business records within the meaning of Rule 803(6) of the Federal Rules of Evidence.

4. Plaintiffs will review the list of documents provided by the Toshiba Defendants and inform the Toshiba Defendants by October 17, 2014 whether they will stipulate that any such documents are authentic and, separately, that any such documents are business records within the meaning of Rule 803(6) of the Federal Rules of Evidence.

5. The undersigned parties agree to extend the deadline for the Plaintiffs to file a motion to compel relating to the Plaintiffs' First Set of Requests for

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Admission, to the extent one is deemed necessary by Plaintiffs, to October 24, 2014. The Toshiba Defendants reserve all of their rights in responding to any such motion, including withdrawing any agreement or response they have made with respect to the list of 94 documents provided by the Plaintiffs.

6. No response by the Toshiba Defendants to the Plaintiffs' list of 94 documents shall be deemed a response to any of the requests in the Plaintiffs' First Set of Requests for Admission.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___________________

_______________________________________
Hon. Samuel Conti
United States District Court Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Dated: October 10, 2014

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Lucius B. Lau

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno

Philip J. Iovieno
piovieno@bsfllp.com
Anne M. Nardacci
anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

William A. Isaacson
wisaacson@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Stuart H. Singer
ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs*

**TRUMP ALIOTO TRUMP & PRESCOTT ATTORNEYS LLP**

By: */s/ Lauren C. Russell*
Lauren C. Russell
TRUMP ALIOTO TRUMP & PRESCOTT ATTORNEYS LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415.563.7200
Fax: 415.346.0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-5944 SC
MDL No. 1917
5

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of October, 2014, at Washington, DC.

By: */s/ Lucius B. Lau*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

On October 10, 2014, I caused a copy of the "STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: _/s/ Lucius B. Lau_
Lucius B. Lau (*pro hac vice*)