UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti<br><br>Individual Case No. 3:14-cv-02510<br><br>[**PROPOSED**] ORDER GRANTING VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11 |

Upon consideration of ViewSonic Corporation's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with its Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration, it is hereby ORDERED that the motion is GRANTED. The Clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
|---|---|
| ViewSonic Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | The highlighted portions of 2:5-8, 2:10-2:14, 2:15-2:19, 2:23, 3:1-2, 3:8-21, 4:1-19, 4:22-27, 5:15-19, 5:21-23, 6:1-22, 7:17-19, 7:22-27, 8:2-11, 8:13-15, 9:3-4, 9:26-27, 10:20, and 10:24-25.<br><br>The highlighted portions of footnotes 1, 3, 4, 7, and 8. |
| Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | 1:14-16, and the highlighted portions of 1:18, 1:20, 1:21, 1:23, 1:24, 1:25, 1:26, and 1:28. |
| Declaration of Bonny Cheng in Support of ViewSonic Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | Entire Document |
| Exhibit A to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | Entire document |
| Exhibit B to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | Entire document |
| Exhibit C to the to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | Entire document |
| Exhibit D to the to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | Entire document |
| Exhibit E to the to the Declaration of Astor H. L. Heaven in Support of ViewSonic | Entire document |

| | | |
|---|---|---|
| 1 2 | Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | |
| 3 4 5 | Exhibit F to the to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | Entire document |
| 6 7 8 | Exhibit G to the to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | Entire document |

IT IS SO ORDERED.

Dated: 10/7/2014

_____
Hon. Samuel Conti
United States District Judge

-2-

[PROPOSED ORDER GRANTING
ADMIN. MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29154467.1