1   ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
2   Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
3   Bernice Conn, Bar No. 161594
BConn@rkmc.com
4   David Martinez, Bar No. 193183
DMartinez@rkmc.com
5   2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
6   Telephone:     310-552-0130
Facsimile:     310-229-5800
7
Attorneys for Plaintiffs
8
BEST BUY CO., INC.; BEST BUY
9   PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST
10  BUY STORES, L.P.; BESTBUY.COM, LLC;
MAGNOLIA HI-FI, LLC
11
Additional Counsel Listed Below
12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15

16  | IN RE CATHODE RAY TUBE (CRT) | Master File No. M:07-5994-SC |
ANTITRUST LITIGATION | MDL No. 1917 |
17

18  **This Documents Relates To:**

19  *Electrograph Systems, Inc. et al. v. Hitachi,*      **STIPULATION REGARDING**
*Ltd., et al., No. 11-cv-01656;*                      **THE AUTHENTICITY OF**
20                                                       **DOCUMENTS AND THEIR**
**STATUS AS "BUSINESS**
21  *Siegel v. Hitachi, Ltd., et al., No. 11-cv-05502;*  **RECORDS"**

22  *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*
*No. 11-cv-05513;*
23

24  *Target Corp., et al. v. Chunghwa Picture Tubes,*
*Ltd., et al., No. 11-cv-05514;*
25

*Interbond Corporation of America v. Hitachi, et*
26  *al., No. 11-cv-06275;*

27  *Office Depot, Inc. v. Hitachi, Ltd., et al., No. 11-*
*cv-06276;*
28

1

2   *CompuCom Systems, Inc. v. Hitachi, Ltd. Et al.,
No. 11-cv-06396;*

3

4   *Costco Wholesale Corporation v. Hitachi, Ltd., et
al., No. 11-cv-06397;*

5   *P.C. Richard & Son Long Island Corporation, et
al. v. Hitachi, Ltd., et al., No. 12-cv-02648;*

6

7   *Schultze Agency Services, LLC v. Hitachi, Ltd., et
al., No. 12-cv-02649;*

8

9   *Tech Data Corporation, et al. v. Hitachi, Ltd., et
al., No. 13-cv-00157;*

10

11   *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et
al., No. 13-cv-01173;*

12   *Dell Inc. and Dell Products L.P. v. Hitachi, Ltd.,
et al., No. 13-cv-02171;*

13

14   *Sharp Electronics Corp. et al. v. Koninklijke
Philips Electronics, N.V., et al., No. 13-cv-02776;*

15

16   *Siegel v. Technicolor SA, et al., No. 13-cv-05261;*

17   *Sears, Roebuck and Co., et al. v. Technicolor SA,
No. 13-cv-05262;*

18

19   *Schultze Agency Services, LLC v. Technicolor SA,
et al., No. 13-cv-05668;*

20   *Target Corp., v. Technicolor SA, et al., No. 13-cv-
05686;*

21

22   *Costco Wholesale Corporation v. Technicolor
SA,, et al., No. 13-cv-005723;*

23

24   *Electrograph Systems, Inc., et al. v. Technicolor
SA, et al., No. 13-cv-05724;*

25   *P.C. Richard & Son Long Island Corporation, et
al. v. Technicolor SA, et al., No. 13-cv-05725;*

26

27   *Office Depot, Inc. v. Technicolor SA, et al., No.
13-cv-05726;*

28

1
2

*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727.

3

*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, 3:14cv-02510;

4

5

6          WHEREAS, the Direct Action Plaintiffs (collectively "Plaintiffs") and

7   Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes

8   (Malaysia) ("CPT") wish to cooperate in developing an efficient means of

9

10  addressing the authenticity and status as business records of certain documents in

11  the above captioned litigation.

12          WHEREAS, the parties also wish to avoid the costs and burdens of discovery

13

14  to establish the authenticity and status as business records of documents;

15          NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned

16  counsel on behalf of the parties identified above (the "Stipulating Parties"), that:

17

18          1.      None of the Stipulating Parties will object to the admissibility of any

19  document produced by one of the Stipulating Parties at the document identification

20  numbers listed in Exhibit A to this stipulation on the ground that it is not

21

22  "authentic" as that term is used in FRE 901 and FRE 902.

23          2.      None of the Stipulating Parties will object to the admissibility of any

24  document listed in Exhibit B to this stipulation on the ground that it is not a

25

26  "duplicate" of the original, as that term is used in FRE 1001(4) and 1003.

27          3.      None of the Stipulating Parties will object to the admissibility of any

28

document produced by one of the Stipulating Parties at the document identification numbers listed in Exhibit C to this stipulation on the ground that it is not a business record pursuant to FRE 803(6).

4.     The Stipulating Parties agree that no document produced by one of the Stipulating Parties at the Bates numbers listed in Exhibits A, B and C to this stipulation requires a sponsoring witness to establish its authenticity or status as a business record, as enumerated above in paragraphs 1-3.

5.     The Stipulating Parties agree to meet and confer in good faith in advance of trial to resolve issues relating to the authenticity and status as business records of a) documents that CPT may seek to use in this case; and b) additional documents that Plaintiffs may seek to use in this case.

6.     Notwithstanding the above, nothing in this Stipulation shall preclude any of the Stipulating Parties from challenging the admissibility or use of any document on grounds not expressly stipulated to in paragraphs 1-5 above.


DATED:  October 10, 2014          /s/  *Laura E. Nelson*
                                  Roman M. Silberfeld
                                  David Martinez
                                  Jill S. Casselman
                                  ROBINS, KAPLAN, MILLER & CIRESI
                                  L.L.P.
                                  2049 Century Park East, Suite 3400
                                  Los Angeles, CA  90067-3208
                                  Telephone:  (310) 552-0130
                                  Facsimile:   (310) 229-5800
                                  Email:  rmsilberfeld@rkmc.com
                                          dmartinez@rkmc.com
                                          jscasselman@rkmc.com

1

2

3

4

5

6

7

8

9

10

11

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
Email:  eskaplan@rkmc.com
         kcwildfang@rkmc.com
         lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, and on behalf of the Direct Action Plaintiffs*

12

Dated:  October  10, 2014

13

14

15

16

17

/s/  Rachel S. Brass

Joel S. Sanders
 Rachel S. Brass
 Christine A. Fujita
 GIBSON, DUNN & CRUTCHER LLP
 555 Mission Street, Suite 3000
 San Francisco, CA 94105
 Telephone:  415-393-8200
 Facsimile: 415-393-8206

18

19

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

20

21

22

23

24

25

26

27

28

1

# Exhibit A

2

| BEG BATES | END BATES |
|---|---|
| CHU0000207 | CHU0000259 |
| CHU00002853 | CHU00003107 |
| CHU00004334 | CHU00005247 |
| CHU00005997 | CHU00006001 |
| CHU00006004 | CHU00006006 |
| CHU00009205 | CHU00009207 |
| CHU00011251 | CHU00011793 |
| CHU00011783 | CHU00011784 |
| CHU00014182 | CHU00014185 |
| CHU00014189 | CHU00014194 |
| CHU00014198 | CHU00014199 |
| CHU00014200 | CHU00014201 |
| CHU00014202 | CHU00014203 |
| CHU00014204 | CHU00014204 |
| CHU00014205 | CHU00014205 |
| CHU00014212 | CHU00014212 |
| CHU00014213 | CHU00014214 |
| CHU00014218 | CHU00014218 |
| CHU00014223 | CHU00014226 |
| CHU00014232 | CHU00014232 |
| CHU00016887 | CHU00016901 |
| CHU00017003 | CHU00017003 |
| CHU00017026 | CHU00017028 |
| CHU00017037 | CHU00017045 |
| CHU00017069 | CHU00017074 |
| CHU00017076 | CHU00017090 |
| CHU00017092 | CHU00017099 |
| CHU00017130 | CHU00017152 |
| CHU00017750 | CHU00017756 |
| CHU00020661 | CHU00020662 |
| CHU00020779 | CHU00020781 |
| CHU00020782 | CHU00020784 |
| CHU00021268 | CHU00021271 |
| CHU00021272 | CHU00021278 |
| CHU00021280 | CHU00021286 |
| CHU00021289 | CHU00021289 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
| --- | --- |
| CHU00021415 | CHU00021766 |
| CHU00021791 | CHU00021794 |
| CHU00022583 | CHU00022585 |
| CHU00022696 | CHU00022696 |
| CHU00022768 | CHU00022955 |
| CHU00023392 | CHU00023394 |
| CHU00024519 | CHU00025005 |
| CHU00024554 | CHU00024559 |
| CHU00024560 | CHU00024563 |
| CHU00028209 | CHU00028210 |
| CHU00028224 | CHU00028225 |
| CHU00028229 | CHU00028330 |
| CHU00028231 | CHU00028233 |
| CHU00028240 | CHU00028240 |
| CHU00028283 | CHU00028285 |
| CHU00028291 | CHU00028292 |
| CHU00028300 | CHU00028301 |
| CHU00028311 | CHU00028313 |
| CHU00028374 | CHU00028375 |
| CHU00028376 | CHU00028376 |
| CHU00028377 | CHU00028379 |
| CHU00028382 | CHU00028382 |
| CHU00028383 | CHU00028384 |
| CHU00028385 | CHU00028387 |
| CHU00028393 | CHU00028393 |
| CHU00028396 | CHU00028397 |
| CHU00028424 | CHU00028424 |
| CHU00028425 | CHU00028426 |
| CHU00028427 | CHU00028429 |
| CHU00028430 | CHU00028431 |
| CHU00028432 | CHU00028433 |
| CHU00028434 | CHU00028434 |
| CHU00028438 | CHU00028438 |
| CHU00028453 | CHU00028455 |
| CHU00028463 | CHU00028464 |
| CHU00028490 | CHU00028492 |
| CHU00028495 | CHU00028496 |
| CHU00028503 | CHU00028503 |

| BEG BATES | END BATES |
|---|---|
| CHU00028507 | CHU00028507 |
| CHU00028514 | CHU00028515 |
| CHU00028516 | CHU00028518 |
| CHU00028521 | CHU00028523 |
| CHU00028524 | CHU00028525 |
| CHU00028532 | CHU00028533 |
| CHU00028548 | CHU00028550 |
| CHU00028558 | CHU00028558 |
| CHU00028613 | CHU00028614 |
| CHU00028642 | CHU00028644 |
| CHU00028648 | CHU00028650 |
| CHU00028654 | CHU00028655 |
| CHU00028656 | CHU00028657 |
| CHU00028670 | CHU00028671 |
| CHU00028677 | CHU00028679 |
| CHU00028685 | CHU00028686 |
| CHU00028687 | CHU00028688 |
| CHU00028691 | CHU00028693 |
| CHU00028698 | CHU00028698 |
| CHU00028701 | CHU00028703 |
| CHU00028705 | CHU00028706 |
| CHU00028707 | CHU00028710 |
| CHU00028711 | CHU00028712 |
| CHU00028717 | CHU00028721 |
| CHU00028723 | CHU00028724 |
| CHU00028725 | CHU00028727 |
| CHU00028730 | CHU00028733 |
| CHU00028734 | CHU00028735 |
| CHU00028736 | CHU00028736 |
| CHU00028737 | CHU00028737 |
| CHU00028740 | CHU00028743 |
| CHU00028749 | CHU00028751 |
| CHU00028758 | CHU00028759 |
| CHU00028760 | CHU00028762 |
| CHU00028768 | CHU00028770 |
| CHU00028776 | CHU00028780 |
| CHU00028784 | CHU00028785 |
| CHU00028786 | CHU00028788 |

| BEG BATES | END BATES |
|---|---|
| CHU00028791 | CHU00028793 |
| CHU00028803 | CHU00028804 |
| CHU00028809 | CHU00028810 |
| CHU00028817 | CHU00028820 |
| CHU00028841 | CHU00028843 |
| CHU00028848 | CHU00028850 |
| CHU00028851 | CHU00028852 |
| CHU00028853 | CHU00028855 |
| CHU00028856 | CHU00028857 |
| CHU00028865 | CHU00028867 |
| CHU00028868 | CHU00028868 |
| CHU00028869 | CHU00028872 |
| CHU00028873 | CHU00028873 |
| CHU00028874 | CHU00028876 |
| CHU00028889 | CHU00028892 |
| CHU00028909 | CHU00028911 |
| CHU00028933 | CHU00028945 |
| CHU00028955 | CHU00028957 |
| CHU00028958 | CHU00028958 |
| CHU00028959 | CHU00028959 |
| CHU00028960 | CHU00028961 |
| CHU00028975 | CHU00028976 |
| CHU00028985 | CHU00028989 |
| CHU00028993 | CHU00029014 |
| CHU00029050 | CHU00029051 |
| CHU00029062 | CHU00029064 |
| CHU00029070 | CHU00029082 |
| CHU00029084 | CHU00029086 |
| CHU00029108 | CHU00029109 |
| CHU00029116 | CHU00029123 |
| CHU00029138 | CHU00029143 |
| CHU00029147 | CHU00029151 |
| CHU00029152 | CHU00029154 |
| CHU00029163 | CHU00029170 |
| CHU00029175 | CHU00029178 |
| CHU00029189 | CHU00029190 |
| CHU00029191 | CHU00029194 |
| CHU00029214 | CHU00029220 |

| BEG BATES | END BATES |
|---|---|
| CHU00029221 | CHU00029227 |
| CHU00029235 | CHU00029237 |
| CHU00029245 | CHU00029247 |
| CHU00029259 | CHU00029261 |
| CHU00029262 | CHU00029264 |
| CHU00029281 | CHU00029286 |
| CHU00029316 | CHU00029320 |
| CHU00029944 | CHU00029955 |
| CHU00029971 | CHU00029972 |
| CHU00029977 | CHU00029984 |
| CHU00030051 | CHU00030051 |
| CHU00030058 | CHU00030059 |
| CHU00030064 | CHU00030065 |
| CHU00030068 | CHU00030069 |
| CHU00030071 | CHU00030078 |
| CHU00030080 | CHU00030081 |
| CHU00030410 | CHU00030413 |
| CHU00030421 | CHU00030424 |
| CHU00030520 | CHU00030523 |
| CHU00030526 | CHU00030529 |
| CHU00030537 | CHU00030538 |
| CHU00030547 | CHU00030552 |
| CHU00030557 | CHU00030558 |
| CHU00030559 | CHU00030562 |
| CHU00030665 | CHU00030667 |
| CHU00030679 | CHU00030683 |
| CHU00030684 | CHU00030687 |
| CHU00030688 | CHU00030691 |
| CHU00030695 | CHU00030697 |
| CHU00030698 | CHU00030700 |
| CHU00030701 | CHU00030704 |
| CHU00030713 | CHU00030716 |
| CHU00030717 | CHU00030719 |
| CHU00030745 | CHU00030747 |
| CHU00030749 | CHU00030751 |
| CHU00030777 | CHU00030780 |
| CHU00030787 | CHU00030794 |
| CHU00030797 | CHU00030798 |

| BEG BATES | END BATES |
| --- | --- |
| CHU00030799 | CHU00030800 |
| CHU00030816 | CHU00030818 |
| CHU00030819 | CHU00030822 |
| CHU00030827 | CHU00030830 |
| CHU00030835 | CHU00030838 |
| CHU00030839 | CHU00030840 |
| CHU00030872 | CHU00030874 |
| CHU00030881 | CHU00030884 |
| CHU00030894 | CHU00030894 |
| CHU00030916 | CHU00030916 |
| CHU00030922 | CHU00030937 |
| CHU00030960 | CHU00030962 |
| CHU00030965 | CHU00030970 |
| CHU00030979 | CHU00030984 |
| CHU00030985 | CHU00030990 |
| CHU00030992 | CHU00030994 |
| CHU00030995 | CHU00030997 |
| CHU00030998 | CHU00030998 |
| CHU00031006 | CHU00031009 |
| CHU00031010 | CHU00031012 |
| CHU00031015 | CHU00031016 |
| CHU00031017 | CHU00031017 |
| CHU00031018 | CHU00031020 |
| CHU00031028 | CHU00031030 |
| CHU00031040 | CHU00031043 |
| CHU00031044 | CHU00031046 |
| CHU00031056 | CHU00031066 |
| CHU00031067 | CHU00031069 |
| CHU00031075 | CHU00031087 |
| CHU00031101 | CHU00031104 |
| CHU00031105 | CHU00031106 |
| CHU00031111 | CHU00031112 |
| CHU00031113 | CHU00031114 |
| CHU00031123 | CHU00031125 |
| CHU00031136 | CHU00031136 |
| CHU00031141 | CHU00031141 |
| CHU00031142 | CHU00031147 |
| CHU00031150 | CHU00031152 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
|---|---|
| CHU00031174 | CHU00031175 |
| CHU00031176 | CHU00031176 |
| CHU00031178 | CHU00031179 |
| CHU00031180 | CHU00031181 |
| CHU00031182 | CHU00031182 |
| CHU00031183 | CHU00031185 |
| CHU00031190 | CHU00031193 |
| CHU00031194 | CHU00031201 |
| CHU00031202 | CHU00031208 |
| CHU00031209 | CHU00031213 |
| CHU00031214 | CHU00031220 |
| CHU00031221 | CHU00031226 |
| CHU00031240 | CHU00031247 |
| CHU00031249 | CHU00031252 |
| CHU00031254 | CHU00031254 |
| CHU00031274 | CHU00031277 |
| CHU00031804 | CHU00031804 |
| CHU00032057 | CHU00032058 |
| CHU00033201 | CHU00033202 |
| CHU00036378 | CHU00036380 |
| CHU00036382 | CHU00036383 |
| CHU00036384 | CHU00036385 |
| CHU00036386 | CHU00036387 |
| CHU00036394 | CHU00036395 |
| CHU00036406 | CHU00036407 |
| CHU00036410 | CHU00036411 |
| CHU00036412 | CHU00036413 |
| CHU00045143 | CHU00045150 |
| CHU00047663 | CHU00047674 |
| CHU00066032 | CHU00066064 |
| CHU00071226 | CHU00071279 |
| CHU00071480 | CHU00071482 |
| CHU00072808 | CHU00072819 |
| CHU00093512 | CHU00093519 |
| CHU00095612 | CHU00095617 |
| CHU00102752 | CHU00102754 |
| CHU00102864 | CHU00102865 |
| CHU00113999 | CHU00113999 |

| BEG BATES | END BATES |
| --- | --- |
| CHU00119571 | CHU00119573 |
| CHU00119823 | CHU00119849 |
| CHU00121161 | CHU00121192 |
| CHU00123358 | CHU00123361 |
| CHU00123375 | CHU00123378 |
| CHU00123393 | CHU00123397 |
| CHU00123530 | CHU00123531 |
| CHU00123530 | CHU00123530 |
| CHU00123733 | CHU00123733 |
| CHU00124017 | CHU00124019 |
| CHU00124020 | CHU00124021 |
| CHU00124027 | CHU00124029 |
| CHU00124110 | CHU00124115 |
| CHU00124116 | CHU00124118 |
| CHU00124930 | CHU00124981 |
| CHU00125005 | CHU00125008 |
| CHU00125098 | CHU00125110 |
| CHU00125116 | CHU00125125 |
| CHU00125126 | CHU00125138 |
| CHU00125139 | CHU00125140 |
| CHU00125157 | CHU00125161 |
| CHU00125162 | CHU00125167 |
| CHU00125171 | CHU00125180 |
| CHU00125181 | CHU00125183 |
| CHU00125192 | CHU00125194 |
| CHU00125195 | CHU00125198 |
| CHU00125199 | CHU00125206 |
| CHU00125257 | CHU00125292 |
| CHU00125652 | CHU00125653 |
| CHU00125654 | CHU00125654 |
| CHU00125849 | CHU00125858 |
| CHU00125895 | CHU00125899 |
| CHU00126131 | CHU00126133 |
| CHU00154421 | CHU00154454 |
| CHU00281352 | CHU00281923 |
| CHU00303245 | CHU00303797 |
| CHU00363457 | CHU00363467 |
| CHU00438214 | CHU00438218 |

| BEG BATES | END BATES |
| --- | --- |
| CHU00513751 | CHU00513751 |
| CHU00532449 | CHU00532454 |
| CHU00548418 | CHU00548422 |
| CHU00549433 | CHU00549453 |
| CHU00597476 | CHU00597478 |
| CHU00608183 | CHU00608183 |
| CHU00608395 | CHU00608398 |
| CHU00631432 | CHU00631432 |
| CHU00631434 | CHU00631437 |
| CHU00637563 | CHU00637565 |
| CHU00637566 | CHU00637586 |
| CHU00638344 | CHU00638344 |
| CHU00644988 | CHU00644994 |
| CHU00645156 | CHU00645156 |
| CHU00647932 | CHU00647943 |
| CHU00648024 | CHU00648025 |
| CHU00649654 | CHU00649657 |
| CHU00655716 | CHU00655717 |
| CHU00660173 | CHU00660176 |
| CHU00660181 | CHU00660183 |
| CHU00660198 | CHU00660199 |
| CHU00660213 | CHU00660216 |
| CHU00660217 | CHU00660220 |
| CHU00660306 | CHU00660311 |
| CHU00660324 | CHU00660328 |
| CHU00660350 | CHU00660352 |
| CHU00660363 | CHU00660365 |
| CHU00660373 | CHU00660382 |
| CHU00660383 | CHU00660394 |
| CHU00660395 | CHU00660407 |
| CHU00660408 | CHU00660418 |
| CHU00660419 | CHU00660425 |
| CHU00660426 | CHU00660435 |
| CHU00660436 | CHU00660445 |
| CHU00660446 | CHU00660453 |
| CHU00660454 | CHU00660463 |
| CHU00660476 | CHU00660486 |
| CHU00660487 | CHU00660500 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
|---|---|
| CHU00660539 | CHU00660548 |
| CHU00660549 | CHU00660560 |
| CHU00660561 | CHU00660574 |
| CHU00660606 | CHU00660615 |
| CHU00660626 | CHU00660632 |
| CHU00660643 | CHU00660651 |
| CHU00660643 | CHU00660651 |
| CHU00660671 | CHU00660680 |
| CHU00660681 | CHU00660692 |
| CHU00660693 | CHU00660698 |
| CHU00660699 | CHU00660708 |
| CHU00660709 | CHU00660716 |
| CHU00660717 | CHU00660727 |
| CHU00660728 | CHU00660735 |
| CHU00660741 | CHU00660745 |
| CHU00661917 | CHU00661928 |
| CHU00732831 | CHU00732834 |
| CHU00735253 | CHU00735255 |
| CHU00735299 | CHU00735312 |
| CHU00735380 | CHU00735386 |
| CHU00735558 | CHU00735558 |
| CHWA00062147 | CHWA00062569 |
| CHWA00088192 | CHWA00088762 |
| CHWA00106460 | CHWA00106757 |

1

# Exhibit B

2

| BEG BATES | END BATES |
|---|---|
| CHU0000207 | CHU0000259 |
| CHU00002853 | CHU00003107 |
| CHU00004334 | CHU00005247 |
| CHU00005997 | CHU00006001 |
| CHU00006004 | CHU00006006 |
| CHU00009205 | CHU00009207 |
| CHU00011783 | CHU00011784 |
| CHU00014182 | CHU00014185 |
| CHU00014189 | CHU00014194 |
| CHU00014198 | CHU00014199 |
| CHU00014200 | CHU00014201 |
| CHU00014202 | CHU00014203 |
| CHU00014204 | CHU00014204 |
| CHU00014205 | CHU00014205 |
| CHU00014212 | CHU00014212 |
| CHU00014213 | CHU00014214 |
| CHU00014218 | CHU00014218 |
| CHU00014223 | CHU00014226 |
| CHU00014232 | CHU00014232 |
| CHU00016887 | CHU00016901 |
| CHU00017003 | CHU00017003 |
| CHU00017026 | CHU00017028 |
| CHU00017037 | CHU00017045 |
| CHU00017069 | CHU00017074 |
| CHU00017076 | CHU00017090 |
| CHU00017092 | CHU00017099 |
| CHU00017130 | CHU00017152 |
| CHU00017750 | CHU00017756 |
| CHU00020661 | CHU00020662 |
| CHU00020779 | CHU00020781 |
| CHU00020782 | CHU00020784 |
| CHU00021272 | CHU00021278 |
| CHU00021280 | CHU00021286 |
| CHU00021289 | CHU00021289 |
| CHU00021415 | CHU00021766 |
| CHU00021791 | CHU00021794 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
|---|---|
| CHU00022583 | CHU00022585 |
| CHU00022696 | CHU00022696 |
| CHU00022768 | CHU00022955 |
| CHU00023392 | CHU00023394 |
| CHU00024519 | CHU00025005 |
| CHU00024554 | CHU00024559 |
| CHU00024560 | CHU00024563 |
| CHU00028209 | CHU00028210 |
| CHU00028224 | CHU00028225 |
| CHU00028229 | CHU00028330 |
| CHU00028231 | CHU00028233 |
| CHU00028240 | CHU00028240 |
| CHU00028283 | CHU00028285 |
| CHU00028291 | CHU00028292 |
| CHU00028300 | CHU00028301 |
| CHU00028311 | CHU00028313 |
| CHU00028374 | CHU00028375 |
| CHU00028376 | CHU00028376 |
| CHU00028377 | CHU00028379 |
| CHU00028382 | CHU00028382 |
| CHU00028383 | CHU00028384 |
| CHU00028385 | CHU00028387 |
| CHU00028393 | CHU00028393 |
| CHU00028396 | CHU00028397 |
| CHU00028424 | CHU00028424 |
| CHU00028425 | CHU00028426 |
| CHU00028427 | CHU00028429 |
| CHU00028430 | CHU00028431 |
| CHU00028432 | CHU00028433 |
| CHU00028434 | CHU00028434 |
| CHU00028438 | CHU00028438 |
| CHU00028453 | CHU00028455 |
| CHU00028463 | CHU00028464 |
| CHU00028490 | CHU00028492 |
| CHU00028495 | CHU00028496 |
| CHU00028503 | CHU00028503 |
| CHU00028507 | CHU00028507 |
| CHU00028514 | CHU00028515 |

| BEG BATES | END BATES |
|---|---|
| CHU00028516 | CHU00028518 |
| CHU00028521 | CHU00028523 |
| CHU00028524 | CHU00028525 |
| CHU00028532 | CHU00028533 |
| CHU00028548 | CHU00028550 |
| CHU00028558 | CHU00028558 |
| CHU00028613 | CHU00028614 |
| CHU00028642 | CHU00028644 |
| CHU00028648 | CHU00028650 |
| CHU00028654 | CHU00028655 |
| CHU00028656 | CHU00028657 |
| CHU00028670 | CHU00028671 |
| CHU00028677 | CHU00028679 |
| CHU00028685 | CHU00028686 |
| CHU00028687 | CHU00028688 |
| CHU00028691 | CHU00028693 |
| CHU00028698 | CHU00028698 |
| CHU00028701 | CHU00028703 |
| CHU00028705 | CHU00028706 |
| CHU00028707 | CHU00028710 |
| CHU00028711 | CHU00028712 |
| CHU00028717 | CHU00028721 |
| CHU00028723 | CHU00028724 |
| CHU00028725 | CHU00028727 |
| CHU00028730 | CHU00028733 |
| CHU00028734 | CHU00028735 |
| CHU00028736 | CHU00028736 |
| CHU00028737 | CHU00028737 |
| CHU00028740 | CHU00028743 |
| CHU00028749 | CHU00028751 |
| CHU00028758 | CHU00028759 |
| CHU00028760 | CHU00028762 |
| CHU00028768 | CHU00028770 |
| CHU00028776 | CHU00028780 |
| CHU00028784 | CHU00028785 |
| CHU00028786 | CHU00028788 |
| CHU00028791 | CHU00028793 |
| CHU00028803 | CHU00028804 |

| BEG BATES | END BATES |
|-----------|-----------|
| CHU00028809 | CHU00028810 |
| CHU00028817 | CHU00028820 |
| CHU00028841 | CHU00028843 |
| CHU00028848 | CHU00028850 |
| CHU00028851 | CHU00028852 |
| CHU00028853 | CHU00028855 |
| CHU00028856 | CHU00028857 |
| CHU00028865 | CHU00028867 |
| CHU00028868 | CHU00028868 |
| CHU00028869 | CHU00028872 |
| CHU00028873 | CHU00028873 |
| CHU00028874 | CHU00028876 |
| CHU00028889 | CHU00028892 |
| CHU00028909 | CHU00028911 |
| CHU00028933 | CHU00028945 |
| CHU00028955 | CHU00028957 |
| CHU00028958 | CHU00028958 |
| CHU00028959 | CHU00028959 |
| CHU00028960 | CHU00028961 |
| CHU00028975 | CHU00028976 |
| CHU00028985 | CHU00028989 |
| CHU00028993 | CHU00029014 |
| CHU00029050 | CHU00029051 |
| CHU00029062 | CHU00029064 |
| CHU00029070 | CHU00029082 |
| CHU00029084 | CHU00029086 |
| CHU00029108 | CHU00029109 |
| CHU00029116 | CHU00029123 |
| CHU00029138 | CHU00029143 |
| CHU00029147 | CHU00029151 |
| CHU00029152 | CHU00029154 |
| CHU00029163 | CHU00029170 |
| CHU00029175 | CHU00029178 |
| CHU00029189 | CHU00029190 |
| CHU00029191 | CHU00029194 |
| CHU00029214 | CHU00029220 |
| CHU00029221 | CHU00029227 |
| CHU00029235 | CHU00029237 |

| BEG BATES | END BATES |
|---|---|
| CHU00029245 | CHU00029247 |
| CHU00029259 | CHU00029261 |
| CHU00029262 | CHU00029264 |
| CHU00029281 | CHU00029286 |
| CHU00029316 | CHU00029320 |
| CHU00029944 | CHU00029955 |
| CHU00029971 | CHU00029972 |
| CHU00029977 | CHU00029984 |
| CHU00030051 | CHU00030051 |
| CHU00030058 | CHU00030059 |
| CHU00030064 | CHU00030065 |
| CHU00030068 | CHU00030069 |
| CHU00030071 | CHU00030078 |
| CHU00030080 | CHU00030081 |
| CHU00030410 | CHU00030413 |
| CHU00030421 | CHU00030424 |
| CHU00030520 | CHU00030523 |
| CHU00030526 | CHU00030529 |
| CHU00030537 | CHU00030538 |
| CHU00030547 | CHU00030552 |
| CHU00030557 | CHU00030558 |
| CHU00030559 | CHU00030562 |
| CHU00030665 | CHU00030667 |
| CHU00030679 | CHU00030683 |
| CHU00030684 | CHU00030687 |
| CHU00030688 | CHU00030691 |
| CHU00030695 | CHU00030697 |
| CHU00030698 | CHU00030700 |
| CHU00030701 | CHU00030704 |
| CHU00030713 | CHU00030716 |
| CHU00030717 | CHU00030719 |
| CHU00030745 | CHU00030747 |
| CHU00030749 | CHU00030751 |
| CHU00030777 | CHU00030780 |
| CHU00030787 | CHU00030794 |
| CHU00030797 | CHU00030798 |
| CHU00030799 | CHU00030800 |
| CHU00030816 | CHU00030818 |

| BEG BATES | END BATES |
|-----------|-----------|
| CHU00030819 | CHU00030822 |
| CHU00030827 | CHU00030830 |
| CHU00030835 | CHU00030838 |
| CHU00030839 | CHU00030840 |
| CHU00030872 | CHU00030874 |
| CHU00030881 | CHU00030884 |
| CHU00030894 | CHU00030894 |
| CHU00030916 | CHU00030916 |
| CHU00030922 | CHU00030937 |
| CHU00030960 | CHU00030962 |
| CHU00030965 | CHU00030970 |
| CHU00030979 | CHU00030984 |
| CHU00030985 | CHU00030990 |
| CHU00030992 | CHU00030994 |
| CHU00030995 | CHU00030997 |
| CHU00030998 | CHU00030998 |
| CHU00031006 | CHU00031009 |
| CHU00031010 | CHU00031012 |
| CHU00031015 | CHU00031016 |
| CHU00031017 | CHU00031017 |
| CHU00031018 | CHU00031020 |
| CHU00031028 | CHU00031030 |
| CHU00031040 | CHU00031043 |
| CHU00031044 | CHU00031046 |
| CHU00031056 | CHU00031066 |
| CHU00031067 | CHU00031069 |
| CHU00031075 | CHU00031087 |
| CHU00031101 | CHU00031104 |
| CHU00031105 | CHU00031106 |
| CHU00031111 | CHU00031112 |
| CHU00031113 | CHU00031114 |
| CHU00031123 | CHU00031125 |
| CHU00031136 | CHU00031136 |
| CHU00031141 | CHU00031141 |
| CHU00031142 | CHU00031147 |
| CHU00031150 | CHU00031152 |
| CHU00031174 | CHU00031175 |
| CHU00031176 | CHU00031176 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
|---|---|
| CHU00031178 | CHU00031179 |
| CHU00031180 | CHU00031181 |
| CHU00031182 | CHU00031182 |
| CHU00031183 | CHU00031185 |
| CHU00031190 | CHU00031193 |
| CHU00031194 | CHU00031201 |
| CHU00031202 | CHU00031208 |
| CHU00031209 | CHU00031213 |
| CHU00031214 | CHU00031220 |
| CHU00031221 | CHU00031226 |
| CHU00031240 | CHU00031247 |
| CHU00031249 | CHU00031252 |
| CHU00031254 | CHU00031254 |
| CHU00031274 | CHU00031277 |
| CHU00031804 | CHU00031804 |
| CHU00032057 | CHU00032058 |
| CHU00033201 | CHU00033202 |
| CHU00036378 | CHU00036380 |
| CHU00036382 | CHU00036383 |
| CHU00036384 | CHU00036385 |
| CHU00036386 | CHU00036387 |
| CHU00036394 | CHU00036395 |
| CHU00036406 | CHU00036407 |
| CHU00036410 | CHU00036411 |
| CHU00036412 | CHU00036413 |
| CHU00045143 | CHU00045150 |
| CHU00047663 | CHU00047674 |
| CHU00066032 | CHU00066064 |
| CHU00071226 | CHU00071279 |
| CHU00071480 | CHU00071482 |
| CHU00072808 | CHU00072819 |
| CHU00093512 | CHU00093519 |
| CHU00095612 | CHU00095617 |
| CHU00102752 | CHU00102754 |
| CHU00102864 | CHU00102865 |
| CHU00113999 | CHU00113999 |
| CHU00119571 | CHU00119573 |
| CHU00119823 | CHU00119849 |

| BEG BATES | END BATES |
|---|---|
| CHU00121161 | CHU00121192 |
| CHU00123358 | CHU00123361 |
| CHU00123375 | CHU00123378 |
| CHU00123393 | CHU00123397 |
| CHU00123530 | CHU00123531 |
| CHU00123530 | CHU00123530 |
| CHU00123733 | CHU00123733 |
| CHU00124017 | CHU00124019 |
| CHU00124020 | CHU00124021 |
| CHU00124027 | CHU00124029 |
| CHU00124110 | CHU00124115 |
| CHU00124116 | CHU00124118 |
| CHU00124930 | CHU00124981 |
| CHU00125005 | CHU00125008 |
| CHU00125098 | CHU00125110 |
| CHU00125116 | CHU00125125 |
| CHU00125126 | CHU00125138 |
| CHU00125139 | CHU00125140 |
| CHU00125157 | CHU00125161 |
| CHU00125171 | CHU00125180 |
| CHU00125181 | CHU00125183 |
| CHU00125192 | CHU00125194 |
| CHU00125195 | CHU00125198 |
| CHU00125257 | CHU00125292 |
| CHU00125652 | CHU00125653 |
| CHU00125654 | CHU00125654 |
| CHU00125691 | CHU00125698 |
| CHU00125703 | CHU00125709 |
| CHU00125849 | CHU00125858 |
| CHU00125895 | CHU00125899 |
| CHU00125993 | CHU00125997 |
| CHU00126131 | CHU00126133 |
| CHU00154421 | CHU00154454 |
| CHU00281352 | CHU00281923 |
| CHU00303245 | CHU00303797 |
| CHU00363457 | CHU00363467 |
| CHU00438214 | CHU00438218 |
| CHU00549433 | CHU00549453 |

| BEG BATES | END BATES |
|---|---|
| CHU00608183 | CHU00608183 |
| CHU00631432 | CHU00631432 |
| CHU00631434 | CHU00631437 |
| CHU00637563 | CHU00637565 |
| CHU00637566 | CHU00637586 |
| CHU00638344 | CHU00638344 |
| CHU00644988 | CHU00644994 |
| CHU00645156 | CHU00645156 |
| CHU00647932 | CHU00647943 |
| CHU00648024 | CHU00648025 |
| CHU00649654 | CHU00649657 |
| CHU00655716 | CHU00655717 |
| CHU00660173 | CHU00660176 |
| CHU00660181 | CHU00660183 |
| CHU00660198 | CHU00660199 |
| CHU00660213 | CHU00660216 |
| CHU00660217 | CHU00660220 |
| CHU00660306 | CHU00660311 |
| CHU00660324 | CHU00660328 |
| CHU00660350 | CHU00660352 |
| CHU00660363 | CHU00660365 |
| CHU00660373 | CHU00660382 |
| CHU00660383 | CHU00660394 |
| CHU00660395 | CHU00660407 |
| CHU00660408 | CHU00660418 |
| CHU00660419 | CHU00660425 |
| CHU00660426 | CHU00660435 |
| CHU00660436 | CHU00660445 |
| CHU00660446 | CHU00660453 |
| CHU00660454 | CHU00660463 |
| CHU00660476 | CHU00660486 |
| CHU00660487 | CHU00660500 |
| CHU00660539 | CHU00660548 |
| CHU00660549 | CHU00660560 |
| CHU00660561 | CHU00660574 |
| CHU00660606 | CHU00660615 |
| CHU00660626 | CHU00660632 |
| CHU00660643 | CHU00660651 |

| BEG BATES | END BATES |
|---|---|
| CHU00660643 | CHU00660651 |
| CHU00660671 | CHU00660680 |
| CHU00660681 | CHU00660692 |
| CHU00660693 | CHU00660698 |
| CHU00660699 | CHU00660708 |
| CHU00660709 | CHU00660716 |
| CHU00660717 | CHU00660727 |
| CHU00660728 | CHU00660735 |
| CHU00660741 | CHU00660745 |
| CHU00661917 | CHU00661928 |
| CHU00732831 | CHU00732834 |
| CHU00735253 | CHU00735255 |
| CHU00735299 | CHU00735312 |
| CHU00735380 | CHU00735386 |
| CHU00735558 | CHU00735558 |
| CHWA00062147 | CHWA00062569 |
| CHWA00088192 | CHWA00088762 |
| CHWA00106460 | CHWA00106757 |

1

## Exhibit C

2

| BEG BATES | END BATES |
|-----------|-----------|
| CHU0000207 | CHU0000259 |
| CHU00005997 | CHU00006001 |
| CHU00006004 | CHU00006006 |
| CHU00011783 | CHU00011784 |
| CHU00014200 | CHU00014201 |
| CHU00014202 | CHU00014203 |
| CHU00014204 | CHU00014204 |
| CHU00014205 | CHU00014205 |
| CHU00014212 | CHU00014212 |
| CHU00014213 | CHU00014214 |
| CHU00014218 | CHU00014218 |
| CHU00014223 | CHU00014226 |
| CHU00014232 | CHU00014232 |
| CHU00017003 | CHU00017003 |
| CHU00017026 | CHU00017028 |
| CHU00017037 | CHU00017045 |
| CHU00017069 | CHU00017074 |
| CHU00017750 | CHU00017756 |
| CHU00020661 | CHU00020662 |
| CHU00020779 | CHU00020781 |
| CHU00020782 | CHU00020784 |
| CHU00021268 | CHU00021271 |
| CHU00021280 | CHU00021286 |
| CHU00021289 | CHU00021289 |
| CHU00021415 | CHU00021766 |
| CHU00021791 | CHU00021794 |
| CHU00022583 | CHU00022585 |
| CHU00022696 | CHU00022696 |
| CHU00022768 | CHU00022955 |
| CHU00024554 | CHU00024559 |
| CHU00024560 | CHU00024563 |
| CHU00028209 | CHU00028210 |
| CHU00028224 | CHU00028225 |
| CHU00028229 | CHU00028330 |
| CHU00028231 | CHU00028233 |
| CHU00028240 | CHU00028240 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
|---|---|
| CHU00028283 | CHU00028285 |
| CHU00028291 | CHU00028292 |
| CHU00028300 | CHU00028301 |
| CHU00028311 | CHU00028313 |
| CHU00028374 | CHU00028375 |
| CHU00028376 | CHU00028376 |
| CHU00028377 | CHU00028379 |
| CHU00028382 | CHU00028382 |
| CHU00028383 | CHU00028384 |
| CHU00028385 | CHU00028387 |
| CHU00028393 | CHU00028393 |
| CHU00028396 | CHU00028397 |
| CHU00028424 | CHU00028424 |
| CHU00028425 | CHU00028426 |
| CHU00028427 | CHU00028429 |
| CHU00028430 | CHU00028431 |
| CHU00028432 | CHU00028433 |
| CHU00028434 | CHU00028434 |
| CHU00028438 | CHU00028438 |
| CHU00028453 | CHU00028455 |
| CHU00028463 | CHU00028464 |
| CHU00028490 | CHU00028492 |
| CHU00028495 | CHU00028496 |
| CHU00028503 | CHU00028503 |
| CHU00028507 | CHU00028507 |
| CHU00028514 | CHU00028515 |
| CHU00028516 | CHU00028518 |
| CHU00028521 | CHU00028523 |
| CHU00028524 | CHU00028525 |
| CHU00028532 | CHU00028533 |
| CHU00028548 | CHU00028550 |
| CHU00028558 | CHU00028558 |
| CHU00028613 | CHU00028614 |
| CHU00028642 | CHU00028644 |
| CHU00028648 | CHU00028650 |
| CHU00028654 | CHU00028655 |
| CHU00028656 | CHU00028657 |
| CHU00028670 | CHU00028671 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
|---|---|
| CHU00028677 | CHU00028679 |
| CHU00028685 | CHU00028686 |
| CHU00028687 | CHU00028688 |
| CHU00028691 | CHU00028693 |
| CHU00028698 | CHU00028698 |
| CHU00028701 | CHU00028703 |
| CHU00028705 | CHU00028706 |
| CHU00028707 | CHU00028710 |
| CHU00028711 | CHU00028712 |
| CHU00028717 | CHU00028721 |
| CHU00028723 | CHU00028724 |
| CHU00028725 | CHU00028727 |
| CHU00028730 | CHU00028733 |
| CHU00028734 | CHU00028735 |
| CHU00028736 | CHU00028736 |
| CHU00028737 | CHU00028737 |
| CHU00028740 | CHU00028743 |
| CHU00028749 | CHU00028751 |
| CHU00028758 | CHU00028759 |
| CHU00028760 | CHU00028762 |
| CHU00028768 | CHU00028770 |
| CHU00028784 | CHU00028785 |
| CHU00028786 | CHU00028788 |
| CHU00028791 | CHU00028793 |
| CHU00028803 | CHU00028804 |
| CHU00028809 | CHU00028810 |
| CHU00028817 | CHU00028820 |
| CHU00028841 | CHU00028843 |
| CHU00028848 | CHU00028850 |
| CHU00028851 | CHU00028852 |
| CHU00028853 | CHU00028855 |
| CHU00028856 | CHU00028857 |
| CHU00028865 | CHU00028867 |
| CHU00028868 | CHU00028868 |
| CHU00028869 | CHU00028872 |
| CHU00028873 | CHU00028873 |
| CHU00028874 | CHU00028876 |
| CHU00028889 | CHU00028892 |

| BEG BATES | END BATES |
|---|---|
| CHU00028909 | CHU00028911 |
| CHU00028933 | CHU00028945 |
| CHU00028955 | CHU00028957 |
| CHU00028958 | CHU00028958 |
| CHU00028959 | CHU00028959 |
| CHU00028960 | CHU00028961 |
| CHU00028975 | CHU00028976 |
| CHU00029050 | CHU00029051 |
| CHU00029062 | CHU00029064 |
| CHU00029116 | CHU00029123 |
| CHU00029138 | CHU00029143 |
| CHU00029147 | CHU00029151 |
| CHU00029152 | CHU00029154 |
| CHU00029163 | CHU00029170 |
| CHU00029175 | CHU00029178 |
| CHU00029189 | CHU00029190 |
| CHU00029191 | CHU00029194 |
| CHU00029235 | CHU00029237 |
| CHU00029259 | CHU00029261 |
| CHU00029262 | CHU00029264 |
| CHU00029281 | CHU00029286 |
| CHU00029316 | CHU00029320 |
| CHU00029971 | CHU00029972 |
| CHU00029977 | CHU00029984 |
| CHU00030051 | CHU00030051 |
| CHU00030058 | CHU00030059 |
| CHU00030064 | CHU00030065 |
| CHU00030068 | CHU00030069 |
| CHU00030080 | CHU00030081 |
| CHU00030410 | CHU00030413 |
| CHU00030421 | CHU00030424 |
| CHU00030520 | CHU00030523 |
| CHU00030526 | CHU00030529 |
| CHU00030537 | CHU00030538 |
| CHU00030547 | CHU00030552 |
| CHU00030557 | CHU00030558 |
| CHU00030559 | CHU00030562 |
| CHU00030665 | CHU00030667 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
|---|---|
| CHU00030684 | CHU00030687 |
| CHU00030688 | CHU00030691 |
| CHU00030695 | CHU00030697 |
| CHU00030698 | CHU00030700 |
| CHU00030701 | CHU00030704 |
| CHU00030713 | CHU00030716 |
| CHU00030717 | CHU00030719 |
| CHU00030745 | CHU00030747 |
| CHU00030749 | CHU00030751 |
| CHU00030777 | CHU00030780 |
| CHU00030787 | CHU00030794 |
| CHU00030797 | CHU00030798 |
| CHU00030799 | CHU00030800 |
| CHU00030816 | CHU00030818 |
| CHU00030819 | CHU00030822 |
| CHU00030827 | CHU00030830 |
| CHU00030835 | CHU00030838 |
| CHU00030839 | CHU00030840 |
| CHU00030872 | CHU00030874 |
| CHU00030881 | CHU00030884 |
| CHU00030894 | CHU00030894 |
| CHU00030916 | CHU00030916 |
| CHU00030922 | CHU00030937 |
| CHU00030960 | CHU00030962 |
| CHU00030965 | CHU00030970 |
| CHU00030979 | CHU00030984 |
| CHU00030985 | CHU00030990 |
| CHU00030992 | CHU00030994 |
| CHU00030995 | CHU00030997 |
| CHU00030998 | CHU00030998 |
| CHU00031006 | CHU00031009 |
| CHU00031010 | CHU00031012 |
| CHU00031015 | CHU00031016 |
| CHU00031017 | CHU00031017 |
| CHU00031018 | CHU00031020 |
| CHU00031028 | CHU00031030 |
| CHU00031040 | CHU00031043 |
| CHU00031044 | CHU00031046 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
|-----------|-----------|
| CHU00031056 | CHU00031066 |
| CHU00031067 | CHU00031069 |
| CHU00031075 | CHU00031087 |
| CHU00031101 | CHU00031104 |
| CHU00031105 | CHU00031106 |
| CHU00031111 | CHU00031112 |
| CHU00031113 | CHU00031114 |
| CHU00031123 | CHU00031125 |
| CHU00031136 | CHU00031136 |
| CHU00031141 | CHU00031141 |
| CHU00031142 | CHU00031147 |
| CHU00031150 | CHU00031152 |
| CHU00031174 | CHU00031175 |
| CHU00031176 | CHU00031176 |
| CHU00031178 | CHU00031179 |
| CHU00031180 | CHU00031181 |
| CHU00031182 | CHU00031182 |
| CHU00031183 | CHU00031185 |
| CHU00031190 | CHU00031193 |
| CHU00031194 | CHU00031201 |
| CHU00031202 | CHU00031208 |
| CHU00031209 | CHU00031213 |
| CHU00031214 | CHU00031220 |
| CHU00031221 | CHU00031226 |
| CHU00031240 | CHU00031247 |
| CHU00031249 | CHU00031252 |
| CHU00031254 | CHU00031254 |
| CHU00031274 | CHU00031277 |
| CHU00031804 | CHU00031804 |
| CHU00032057 | CHU00032058 |
| CHU00033201 | CHU00033202 |
| CHU00036378 | CHU00036380 |
| CHU00036382 | CHU00036383 |
| CHU00036384 | CHU00036385 |
| CHU00036386 | CHU00036387 |
| CHU00036394 | CHU00036395 |
| CHU00036406 | CHU00036407 |
| CHU00036410 | CHU00036411 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| BEG BATES | END BATES |
|---|---|
| CHU00036412 | CHU00036413 |
| CHU00045143 | CHU00045150 |
| CHU00047663 | CHU00047674 |
| CHU00066032 | CHU00066064 |
| CHU00093512 | CHU00093519 |
| CHU00095612 | CHU00095617 |
| CHU00119571 | CHU00119573 |
| CHU00123530 | CHU00123530 |
| CHU00124017 | CHU00124019 |
| CHU00124020 | CHU00124021 |
| CHU00124027 | CHU00124029 |
| CHU00124110 | CHU00124115 |
| CHU00124116 | CHU00124118 |
| CHU00125181 | CHU00125183 |
| CHU00125192 | CHU00125194 |
| CHU00125652 | CHU00125653 |
| CHU00125654 | CHU00125654 |
| CHU00126131 | CHU00126133 |
| CHU00363457 | CHU00363467 |
| CHU00438214 | CHU00438218 |
| CHU00608183 | CHU00608183 |
| CHU00631434 | CHU00631437 |
| CHU00637563 | CHU00637565 |
| CHU00637566 | CHU00637586 |
| CHU00638344 | CHU00638344 |
| CHU00644988 | CHU00644994 |
| CHU00645156 | CHU00645156 |
| CHU00648024 | CHU00648025 |
| CHU00649654 | CHU00649657 |
| CHU00655716 | CHU00655717 |
| CHU00660173 | CHU00660176 |
| CHU00660181 | CHU00660183 |
| CHU00660306 | CHU00660311 |
| CHU00660324 | CHU00660328 |
| CHU00660350 | CHU00660352 |
| CHU00660363 | CHU00660365 |
| CHU00660741 | CHU00660745 |
| CHU00732831 | CHU00732834 |

| BEG BATES | END BATES |
|---|---|
| CHU00735253 | CHU00735255 |
| CHU00735380 | CHU00735386 |
| CHU00735558 | CHU00735558 |