Kenneth S. Marks
Jonathan R. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: kmarks@susmangodfrey.com
        jross@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

[additional counsel listed on the signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA,* No. 13-cv-05261; | **STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS UNDER STATE LAW**<br><br><br>The Honorable Samuel Conti |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Circuit City Trust"), and defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Shenzhen SEG Hitachi Color Display Devices, Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing Matsushita Color CRT Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North

America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA, Technicolor USA, Inc., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc., being all the defendants in this case ( collectively "Defendants"), state as follows:

On October 17, 2013, the Circuit City Trust filed its First Amended Complaint ("FAC") in individual case number 11-cv-05502  (MDL Master Dkt. No. 2016).  On November 12, 2013, the Circuit City Trust filed its Complaint in individual case number 13-cv-05261 (the "Thomson/Mitsubishi/TDA Complaint") (Ind. Case Dkt. No. 1).   The FAC and the Thomson/Mitsubishi/TDA Complaints are the "Complaints."  In the Complaints, the Circuit City Trust asserts claims for relief against Defendants under the Sherman Act, the California Cartwright Act, California Consumer Protection and Unfair Competition Laws, and the Illinois Antitrust Act.

The Circuit City Trust now desires to dismiss with prejudice its claims against Defendants under the California Cartwright Act, California Consumer Protection and Unfair Competition Laws, and the Illinois Antitrust Act.  The Circuit City Trust is not dismissing, and will continue to prosecute, its claims against Defendants under the Sherman Act.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the claims of the Circuit City Trust asserted against Defendants in these cases under the California Cartwright Act, California Consumer Protection and Unfair Competition Laws, and the Illinois Antitrust Act are

dismissed with prejudice.  This dismissal does not apply to the claims of the Circuit City Trust

asserted against Defendants in these cases under the Sherman Act.


Dated: October 13, 2014                              SUSMAN GODFREY L.L.P.


                                                     By: /s/ Kenneth S. Marks

                                                          Kenneth S. Marks
                                                          Jonathan J. Ross
                                                          SUSMAN GODFREY L.L.P.
                                                          1000 Louisiana Street, Suite 5100
                                                          Houston, Texas 77002
                                                          Telephone:  (713) 651-9366
                                                          Facsimile:  (713) 654-6666
                                                          Email: kmarks@susmangodfrey.com
                                                                 jross@susmangodfrey.com

                                                          Parker C. Folse III
                                                          Rachel S. Black
                                                          Jordan Connors
                                                          SUSMAN GODFREY L.L.P.
                                                          1201 Third Avenue, Suite 3800
                                                          Seattle, Washington 98101-3000
                                                          Telephone:  (206) 516-3880
                                                          Facsimile:  (206) 516-3883
                                                          Email: pfolse@susmangodfrey.com
                                                                 rblack@susmangodfrey.com
                                                                 jconnors@susmangodfrey.com

                                                          *Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Jeffrey L. Kessler
Jeffrey L. Kessler
jkessler@winston.com
A. Paul Victor
pvictor@winston.com
Eva W. Cole
ewcole@winston.com
Molly M. Donovan
mmdonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
Tel:  (212) 294-6700

David L. Yohai
david.yohai@weil.com
Steven A. Reiss
steven.reiss@weil.com
Adam C. Hemlock
adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Tel:  (212) 310-8000

*Counsel for Defendants Panasonic
Corporation, Panasonic Corporation
of North America, and MT Picture
Display Co., Ltd.*

/s/ Hojoon Hwang
Hojoon Hwang
hojoon.hwang@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Tel:  (415) 512-4000

William D. Temko
william.temko@mto.com
Jonathan E. Altman
jonathan.altman@mto.com
Bethany W. Kristovich
bethany.kristovich@mto.com
MUNGER TOLLES & OLSON LLP

DISMISSING WITH PREJUDICE PLAINTIFF'S
CLAIMS UNDER STATE LAW - 4
3350992v1/012325

C-11-05502 SC
MDL No. 1917

355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Tel. (213) 683-9100

*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

*/s/ Mark C. Dosker*
Mark C. Dosker
mark.dosker@squiresanders.com
Nathan Lane, III
nathan.lane@squiresanders.com
SQUIRE SANDERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 954-0200

*Counsel   for   Defendant   Technologies   Displays Americas LLC*

*/s/ John Taladay*
John Taladay
john.taladay@bakerbotts.com
Joseph Ostoyich
joseph.ostoyich@bakerbotts.com
Charles M. Malaise
Charles.malaise@bakerbotts.com
Erik T. Koons
erik.koons@bakerbotts.com
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
Tel:  (202) 639-7909

Jon V. Swenson
jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304
Tel. (650) 739-7500

1

2   *Counsel for Defendants Koninklijke*
    *Philips Electronics N.V., Philips*
3   *Electronics North America*
    *Corporation, Philips Electronics*
4   *Industries (Taiwan), Ltd., and Philips*
    *da Amazonia Industria Electronica Ltda.*
5

6

7
                        /s/ Richard Snyder
8                       Christine Laciak
                        christine.laciak@freshfields.com
9                       Richard Snyder
                        richard.snyder@freshfields.com
10                      Craig D. Minerva
                        craig.minerva@freshfields.com
11                      Bruce C. McCulloch
                        bruce.mcculloch@freshfields.com
12                      Terry Calvani
                        terry.calvani@freshfields.com
13                      FRESHFIELDS BRUCKHAUS &
                          DERINGER US, LLP
14                      700 13th Street, NW
                        10th Floor
15                      Washington, DC 20005-3960
                        Tel:  (202) 777-4500
16

17                      *Counsel for Defendant Beijing*
18                      *Matsushita Color CRT Co., Ltd.*

19

20
                        /s/ Lucius B. Lau
21                      Christopher M. Curran
                        ccurran@whitecase.com
22                      Lucius B. Lau
                        alau@whitecase.com
23                      Dana E. Foster
                        defoster@whitecase.com
24                      WHITE & CASE, LLP
                        701 13th Street, NW
25                      Washington, DC  20005
                        Tel:  (202) 626-3600
26

27                      *Counsel for Defendants Toshiba Corporation,*
28                      *Toshiba America, Inc., Toshiba America*

---

DISMISSING WITH PREJUDICE PLAINTIFF'S          C-11-05502 SC
CLAIMS UNDER STATE LAW - 6                     MDL No. 1917
3350992v1/012325

1                    *Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba*
2                    *America Electronic Components, Inc.*

3

4

5                    */s/ Eliot A. Adelson*
Eliot A. Adelson
6                    eadelson@kirkland.com
7                    James Maxwell Cooper
max.cooper@kirkland.com
8                    KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
9                    San Francisco, CA 94104
Telephone: (415) 439-1400
10                   Facsimile: (415) 439-1500

11

12                   James H. Mutchnik
jmutchnik@kirkland.com
13                   Kate Wheaton
kate.wheaton@kirkland.com
14                   KIRKLAND & ELLIS LLP
300 North LaSalle
15                   Chicago, Illinois 60654
Telephone: (312) 862-2000
16                   Facsimile: (312) 862-2200

17                   *Counsel for Defendants Hitachi, Ltd.,*
*Hitachi Displays, Ltd., Hitachi Asia, Ltd.,*
18                   *Hitachi America, Ltd., Hitachi*
19                   *Electronic Devices (USA), Inc., and Shenzhen SEG*
*Hitachi Color Display Devices, Ltd.*
20

21

22                   */s/ James L. McGinnis*
Gary L. Halling
23                   ghalling@sheppardmullin.com
James L. McGinnis
24                   jmcginnis@sheppardmullin.com
Michael Scarborough
25                   mscarborough@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
26                      HAMPTON LLP
27                   Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
28                   Tel: (415) 434-9100

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Defendants Samsung SDI America, Inc.,*
*Samsung SDI Co., Ltd., Samsung SDI Mexico*
*S.A. de C.V., Samsung SDI Brasil Ltda.,*
*Shenzhen Samsung SDI Co., Ltd., Tianjin*
*Samsung SDI Co., Ltd., and Samsung SDI*
*(Malaysia) Sdn. Bhd.*

*/s/ Terrence J. Truax*
Brent Caslin
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel: (213) 239-5100

Terrence J. Truax
ttruax@jenner.com
Michael T. Brody
mbrody@jenner.com
Shaun M. Van Horn
svanhorn@jenner.com
Gabriel A. Fuentes
gfuentes@jenner.com
Molly M. Powers
mpowers@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350

*Counsel for Mitsubishi Electric Corporation,*
*Mitsubishi Electric & Electronics USA, Inc.*
*and Mitsubishi Electric Visual Solutions America,*
*Inc.*

*/s/ Kathy Osborn*
Calvin L. Litsey
calvin.litsey@faegrebd.com
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Tel: (650) 324-6700

1
2
3
4
5

Kathy Osborn
kathy.osborn@faegrebd.com
Ryan M. Hurley
ryan.hurley@faegrebd.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300

6
7
8
9
10

Jeffrey S. Roberts
Jeff.roberts@faegrebd.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Tel: (303) 607-3500

11
12
13
14

Stephen M. Judge
Steve.judge@faegrebd.com
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Tel: (574) 234-4149

15
16

*Counsel for Defendants Technicolor SA and Technicolor USA, Inc.*

17
18
19
20
21
22
23
24
25
26
27
28

1     Pursuant to General Order No. 45, § X-B, the filer asserts that concurrence in the filing of
2  this document has been obtained from each of the above signatories.

3

4                                          /s/ Kenneth S. Marks
                                           Kenneth S. Marks
5

6

7

8  **IT IS SO ORDERED.**

9

10
   Dated: _____          _____
11                                                        Hon. Samuel Conti
                                                   United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28