**Appendix 1:  CRT Cases To Be Tried In Northern District of California**

| Plaintiff(s) | Claim(s) Asserted | Assert(s) Claims Based on Indirect Purchases? | Must Prove Upstream Overcharges Were Passed on to Plaintiff(s)? | Assert(s) Claims Subject to Downstream Pass-On Defense? |
|---|---|---|---|---|
| Best Buy (Retailer) | Sherman Act; Minnesota | Yes | Yes | Yes |
| Circuit City (Retailer) | Sherman Act; California; Illinois | Yes | Yes | Yes |
| Indirect Purchaser Plaintiffs (Consumers) | Sherman Act; Arizona; California; District of Columbia; Florida; Hawaii; Iowa; Kansas; Maine; Michigan; Minnesota; Mississippi; Nebraska; Nevada; New Mexico; New York; North Carolina; North Dakota; South Dakota; Tennessee; Vermont; West Virginia; Wisconsin | Yes | Yes | Yes |
| Sears/Kmart (Retailers) | Sherman Act; Arizona; California; Florida; Illinois; Massachusetts; Michigan; Minnesota; Mississippi; Nebraska; Nevada; New Mexico; New York; North Carolina; Wisconsin | Yes | Yes | Yes |
| Sharp (Television Manufacturer) | Sherman Act; California; New York | No | No | Yes |
| Target (Retailer) | Sherman Act; Arizona; California; Florida; Illinois; Iowa; Kansas; Michigan; Minnesota; New York; North Carolina; Wisconsin | Yes | Yes | Yes |
| ViewSonic (Monitor "Brander") | Sherman Act | No | No | No |