Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

Counsel for ViewSonic Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>———————————————<br><br>This Document Relates to:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti<br><br>Individual Case No. 3:14-cv-02510<br><br>**VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

ADMIN. MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29154467.1

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Plaintiff ViewSonic Corporation (hereafter "ViewSonic") respectfully submits this Administrative Motion for a Sealing Order regarding its Motion for Leave to File a Surreply in Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration (the "Motion for Leave"). ViewSonic seeks to file the highlighted portions of its surreply, which is attached to the Motion for Leave, under seal.

This motion is supported by the Declaration of Astor H. L. Heaven in Support of Plaintiff ViewSonic's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated October 13, 2014 ("Heaven Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

The highlighted portions of ViewSonic's Surreply in Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration reference confidential information contained in Attachment A to the previously filed Declaration of Adam C. Hemlock (Dkt. No. 2768) ("Attachment A"). Attachment A was sealed pursuant to this Court's Order Granting the Panasonic Defendants' Administrative Motion to File Under Seal, dated September 5, 2014 (Dkt. No. 2800). ViewSonic seeks to submit these materials under seal in good faith, in compliance with the Stipulated Protective Order and this Court's Local Rules.

Dated: October 13, 2014

Respectfully Submitted,
*/s/ Jason C. Murray*
Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com
          rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.

1   Washington, D.C. 20004
    Telephone:  202-624-2500
2   Facsimile:  202-628-5116
    Email: jmurphy@crowell.com
3          aheaven@crowell.com

4   *Counsel for ViewSonic Corporation*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

ADMIN. MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29154467.1