Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Counsel For ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti<br><br>Individual Case No. 3:14-cv-02510<br><br>**DECLARATION OF ASTOR H. L. HEAVEN IN SUPPORT OF PLAINTIFF VIEWSONIC CORPORATION'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PANASONIC DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-29415095.1

DECLARATION OF ASTOR H.L. HEAVEN
MASTER FILE NO. 3:07-CV-05944-SC

# DECLARATION OF ASTOR H. L. HEAVEN

I, Astor H.L. Heaven, hereby declare as follows:

1. I am an attorney with the law firm of Crowell & Moring LLP, which represents ViewSonic Corporation ("ViewSonic") in the above-captioned action currently pending in the United States District Court for the Northern District of California.

2. I am a member in good standing of the District of Columbia and Maryland bars, and am admitted to appear in this Court *pro hac vice* in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC, MDL No. 1917 ("MDL 1917").

3. I submit this declaration in accordance with Local Rule 7-5, N.D. Cal., to set forth facts in support of ViewSonic's Motion For Leave to File Surreply In Opposition to Panasonic Defendants' Motion to Dismiss and to Compel Arbitration.

4. The matters stated herein are true to my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

5. Exhibit A is a true and correct copy of Plaintiff ViewSonic Corporation's Surreply In Opposition to Panasonic Defendants' Motion to Dismiss and to Compel Arbitration.

6. Exhibit B is a true and correct copy of the Proposed Order Granting Plaintiff ViewSonic Corporation's Motion to File Surreply In Opposition to Panasonic Defendants' Motion to Dismiss and to Compel Arbitration.

Executed this 13th day of October, 2014, in Washington, District of Columbia.

                                          */s/ Astor H.L. Heaven*
                                            Astor H.L. Heaven