1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| 11 | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
|---|---|---|
| 12 | | MDL No. 1917 |
| 13 | This Document Relates To: | Individual Case No. 3:14-cv-02510 |
| 14 | *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:14-cv-02510 | **[PROPOSED] ORDER GRANTING PLAINTIFF VIEWSONIC CORPORATION'S MOTION TO FILE SURREPLY IN OPPOSITION TO PANASONIC DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION** |

18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING VIEWSONIC'S
SURREPLY IN OPPOSITION TO PANASONIC
DEFENDANTS' MOTION TO DISMISS

DCACTIVE-29357909.1

Upon consideration of Plaintiff ViewSonic Corporation's ("ViewSonic") Notice of Motion and Motion for Leave to File Surreply in Opposition to Panasonic Defendants' Motion to Dismiss and to Compel Arbitration, it is hereby

ORDERED that the ViewSonic's Motion for Leave to File Surreply in Opposition to Panasonic Defendants' Motion to Dismiss and to Compel Arbitration is GRANTED; and it is further

ORDERED that ViewSonic has leave to file its Surreply in Opposition to to Panasonic Defendants' Motion to Dismiss and to Compel Arbitration.

IT IS SO ORDERED

Dated: October __, 2014

Hon. Samuel Conti
United States District Judge