KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO VARANINI
Deputy Attorney General
State Bar No. 163952
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5908
 Fax:  (415) 703-5480
 E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**NOTICE REGARDING CORRESPONDENCE FROM EUROPEAN COMMISSION RELATING TO DIRECT ACTION PLAINTIFFS' RENEWED MOTION TO COMPEL DEFENDANTS TO PRODUCE THE EUROPEAN COMMISSION DECISION [DOCUMENT NO. 2843]** |
| This Documents Relates To:<br><br>ALL ACTIONS | |

## **Notice**

On September 12, 2014, the Direct Action Plaintiffs filed a motion renewing their request for the production of the confidential European Commission's decision as to its investigation into the price-fixing conspiracy of the Defendants regarding cathode ray tubes or "CRTs". Docket No. 2843. On September 26, 2014, the Defendants filed their Opposition to this motion. Docket No. 2873.

The California Attorney General has been in communication with the European Commission as to the status of its production of a *redacted* public version of its decision. *See* Attachment 1. In response to those communications, the European Commission has sent the California Attorney General a letter, which the California Attorney General received only as of today, October 15, 2014. *See* Attachment 2. That letter contains important information that pertains to the request made by the Direct Action Plaintiffs and the response by the Defendants to that request. *See id.* Because the California Attorney General believes that the information contained in the European Commission's letter is thus germane to this Court's consideration of the request before it, the California Attorney General respectfully files this notice of that correspondence (along with her correspondence to the European Commission by way of background) for this Court's consideration in addressing the request of the Direct Action Plaintiffs.

Dated: October 15, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California


_____/s/ Emilio Varanini_____
EMILIO VARANINI
Deputy Attorney General
*Attorneys for the State of California*

SF2011203501