1 | DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
2 | DAVID E. YOLKUT (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
3 | 767 Fifth Avenue
New York, New York 10153-0119
4 | Telephone: (212) 310-8000
Facsimile: (212) 310-8007
5 | E-mail: adam.hemlock@weil.com

6 | BAMBO OBARO (267683)
WEIL, GOTSHAL & MANGES LLP
7 | 201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
8 | Telephone: (650) 802-3000
Facsimile: (650) 802-3100
9 | E-mail: bambo.obaro@weil.com

10 | JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
11 | MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
12 | 200 Park Avenue
New York, New York 10166-4193
13 | Telephone: (212) 294-6700
Facsimile: (212) 294-7400
14 | E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510-SC |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | **SUPPLEMENTAL DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF THE PANASONIC DEFENDANTS' OPPOSITION TO PLAINTIFF VIEWSONIC CORPORATION'S MOTION FOR LEAVE TO FILE SURREPLY** |

SUPP. DECL. OF ADAM C. HEMLOCK ISO THE PANASONIC DEFS.' OPP'N        MDL No. 1917
TO PL. VIEWSONIC CORP.'S MOT. FOR LEAVE TO FILE SURREPLY               Case No. 3:14-cv-02510

I, Adam C. Hemlock, hereby declare as follows:

1. I am an attorney with Weil, Gotshal & Manges LLP, counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*.

2. I submit this declaration in support of the Panasonic Defendants' Opposition to Plaintiff ViewSonic Corporation's Motion for Leave to File Surreply. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. Included herein as Exhibit A is a true and correct copy of the American Arbitration Association, Commercial Dispute Resolution Procedures (Including Mediation and Arbitration Rules), as amended and effective on January 1, 1999.

4. Included herein as Exhibit B is a true and correct copy of the American Arbitration Association, International Arbitration Rules, as amended and effective April 1, 1997.

5. Included herein as Exhibit C is a true and correct copy of the article *Commentary on the Revisions to the Commercial Arbitration Rules of the American Arbitration Association*, by the American Arbitration Association Commercial Arbitration Rules Revision Committee, published in ADR Currents, December 1998.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2014 at Tokyo, Japan.

By: ___*/s/ Adam C. Hemlock*___
      ADAM C. HEMLOCK