1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  DAVID E. YOLKUT (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, New York 10153-0119
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  E-mail: adam.hemlock@weil.com

6  BAMBO OBARO (267683)
   WEIL, GOTSHAL & MANGES LLP
7  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9  E-mail: bambo.obaro@weil.com

10 JEFFREY L. KESSLER (*pro hac vice*)
   EVA W. COLE (*pro hac vice*)
11 MOLLY M. DONOVAN (*pro hac vice*)
   WINSTON & STRAWN LLP
12 200 Park Avenue
   New York, New York 10166-4193
13 Telephone: (212) 294-6700
   Facsimile: (212) 294-7400
14 E-mail: jkessler@winston.com

15 *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.  Additional attorneys in the signature page.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively the "Panasonic Defendants") respectfully submit this Administrative Motion for a Sealing Order regarding the concurrently filed Panasonic Defendants' Opposition to Plaintiff ViewSonic Corporation's Motion for Leave to File Surreply.  Panasonic Defendants submit under seal Panasonic Defendants' Opposition to Plaintiff ViewSonic Corporation's Motion for Leave to File Surreply.

This motion is supported by the Declaration of Adam C. Hemlock in Support of the Panasonic Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated October 16, 2014 ("Hemlock Sealing Declaration").  *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

The highlighted portions of the Panasonic Defendants' Opposition to Plaintiff ViewSonic Corporation's Motion for Leave to File Surreply reference Highly Confidential information contained in the OEM supply agreement, which was included as Attachment A to the previously filed Declaration of Adam C. Hemlock in Support of the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration, dated August 25, 2014 (Dkt. No. 2768), which was subsequently sealed pursuant to the Order Granting the Panasonic Defendants' Administrative Motion to File Under Seal, dated September 5, 2014 (Dkt. No. 2800).  The Panasonic Defendants seek to submit this document under seal in good faith in order to comply with the Stipulated Protective Order and this Court's Local Rules.

Pursuant to Civil Local Rule 79-5(d) and 79-5(e), a copy of Panasonic Defendants' Opposition to Plaintiff ViewSonic Corporation's Motion for Leave to File Surreply will be provided to the Court for *in camera* review, served on all parties, and e-filed pending ViewSonic's submission, within four days of the date of this Administrative Motion, of a declaration "establishing that the designated material is properly sealable."  The Panasonic Defendants are prepared to e-file the unredacted versions of the documents referenced herein in the public record "[i]f the Designating

Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied." Civ. L.R. 79-5(e)(2).  The Panasonic Defendants respectfully submit this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5, and, through this submission, hereby notify ViewSonic (the Designating Party) of its burden to establish that the designated material is properly sealable.  Civ. L.R. 79-5(e)(1).

Dated:  October 16, 2014

By:  /s/ *Adam C. Hemlock*
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
DAVID YOLKUT (*pro hac vice*)
E-mail: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BAMBO OBARO (267683)
E-mail: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
E-mail: jkessler@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
E-mail: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*