1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  DAVID E. YOLKUT (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, New York 10153-0119
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  E-mail: adam.hemlock@weil.com

6  BAMBO OBARO (267683)
   WEIL, GOTSHAL & MANGES LLP
7  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9  E-mail: bambo.obaro@weil.com

10 JEFFREY L. KESSLER (*pro hac vice*)
   EVA W. COLE (*pro hac vice*)
11 MOLLY M. DONOVAN (*pro hac vice*)
   WINSTON & STRAWN LLP
12 200 Park Avenue
   New York, New York 10166-4193
13 Telephone: (212) 294-6700
   Facsimile: (212) 294-7400
14 E-mail: jkessler@winston.com

15 *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1   Upon consideration of the Panasonic Defendants' Administrative Motion to File Under Seal
2   Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with their Opposition to
3   Plaintiff ViewSonic Corporation's Motion for Leave to File Surreply, it is hereby:
4   ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is
5   further
6   ORDERED that the Clerk shall file and maintain under seal the following documents or
7   portions of documents related to the Panasonic Defendants' Administrative Motion to File Under
8   Seal:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Panasonic Defendants' Opposition to Plaintiff ViewSonic Corporation's Motion for Leave to File Surreply | 1:5-6<br><br>2:6-7, 9-10, 17-18, 20<br><br>3:13-14, 18-19<br><br>4:24-26 |

IT IS SO ORDERED


Dated: _____                                   _____
                                                           Hon. Samuel Conti
                                                           United States District Judge