DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **CERTIFICATE OF SERVICE** |

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153. I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on October 16, 2014, I served copies of:

- **PANASONIC DEFENDANTS' OPPOSITION TO PLAINTIFF VIEWSONIC CORPORATION'S MOTION FOR LEAVE TO FILE SURREPLY (UNDER SEAL);**
- **SUPPLEMENTAL DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF THE PANASONIC DEFENDANTS' OPPOSITION TO PLAINTIFF VIEWSONIC CORPORATION'S MOTION FOR LEAVE TO FILE SURREPLY**
- **PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11;**
- **DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL;**
- **PROPOSED ORDER GRANTING THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

☒   **BY ELECTRONIC MAIL** by sending a true copy thereof the addressees stated below.

| | |
|---|---|
| Jason C. Murray<br>E-mail: jmurray@crowell.com<br>Jerome A. Murphy<br>E-mail: jmurphy@crowell.com<br>Astor H.L. Heaven<br>E-mail: aheaven@crowell.com<br>CROWELL & MORING LLP<br><br>*Counsel for ViewSonic Corporation* | Philip J. Iovieno<br>E-mail: piovieno@bsfllp.com<br>Anne M. Nardacci<br>E-mail: anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Liaison Counsel for Direct Action Plaintiffs* |
| Mario N. Alioto<br>E-mail: malioto@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | Guido Saveri<br>E-mail: guido@saveri.com<br>SAVERI & SAVERI, INC.<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* |
| Emilio Varanini<br>E-mail: emilio.varanini@doj.ca.gov<br>CALIFORNIA ATTORNEY GENERAL'S OFFICE<br><br>*Counsel for the State of California* | *Defense Counsel* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2014 at Washington, D.C.

*/s/ Kevin B. Goldstein*
Kevin B. Goldstein

2