1  Michael P. Kenny (mike.kenny@alston.com)
   Debra D. Bernstein (debra.bernstein@alston.com)
2  Matthew D. Kent (matthew.kent@alston.com)
   **ALSTON & BIRD LLP**
3  1201 West Peachtree Street
   Atlanta, Georgia  30309-3424
4  Tel: (404) 881-7000
   Fax:  (404) 881-7777

5  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
6  **KERR & WAGSTAFFE LLP**
7  100 Spear Street, 18th Floor
   San Francisco, California 94105-1576
8  Tel: (415) 371-8500
   Fax: (415) 371-0500
9

10 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

11                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
12                **SAN FRANCISCO DIVISION**

| 13 | In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
|---|---|---|
| 14 | | Master File No. 3:07-cv-05944-SC (N.D. Cal.) |
| 15 | This Document Relates to Individual Case No. 3:13-cv-02171-SC | MDL No. 1917 |
| 16 | | |
| 17 | DELL INC. and DELL PRODUCTS L.P., | Individual Case No. 3:13-cv-02171-SC |
| 18 | Plaintiffs, | |
| 19 | v. | **NOTICE OF MELISSA MAHURIN WHITEHEAD'S WITHDRAWAL FOR DELL INC. AND DELL PRODUCTS L.P.** |
| 20 | HITACHI, LTD., *et al.*, | |
| 21 | Defendants. | |

22
23
24
25
26
27
28

---

NOTICE OF MELISSA M. WHITEHEAD'S WITHDRAWAL FOR         No. 3:13-cv-02171-SC
DELL PLAINTIFFS                                          MDL No. 1917

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Melissa Mahurin Whitehead is no longer affiliated with the law firm of Alston & Bird LLP and hereby withdraws as counsel in the above-referenced matter for Plaintiffs, DELL INC. and DELL PRODUCTS L.P.

It is further requested that Ms. Whitehead's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to melissa.whitehead@alston.com and that Ms. Whitehead's name be removed from any applicable service lists.

The law firm of Alston & Bird LLP continues to serve as counsel for Plaintiffs, DELL INC. and DELL PRODUCTS L.P.

DATED: October 20, 2014

*/s/ Debra D. Bernstein*
Debra D. Bernstein, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
debra.bernstein@alston.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*