Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Counsel For ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | **DECLARATION OF ASTOR H. L. HEAVEN IN SUPPORT OF VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

I, Astor H.L. Heaven, hereby declare as follows:

1.  I am an attorney with the law firm of Crowell & Moring LLP, which represents ViewSonic Corporation ("ViewSonic") in the above-captioned action currently pending in the United States District Court for the Northern District of California. I am a member in good standing of the District of Columbia and Maryland bars, and am admitted to appear in this Court *pro hac vice* in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC, MDL No. 1917 ("MDL 1917"). The matters stated herein are true to my own personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2.  I submit this declaration in accordance with Civil Local Rule 79-5 to set forth facts in support of ViewSonic's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11.

3.  ViewSonic has disclosed or produced to parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) ("Protective Order").

4.  Pursuant to Civil Local Rules 79-5 and 7-11, this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, I make this declaration on behalf of ViewSonic to provide the Court with a basis to maintain under seal the highlighted portions of ViewSonic's Reply in Support of its Motion for Leave to File a Surreply in Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration (the "Reply in Support of Motion for Leave").

5.  The Reply in Support of Motion for Leave quotes from or describes Attachment A to the previously filed Declaration of Adam C. Hemlock (Dkt. No. 2768) ("Attachment A"). Attachment A contains confidential, nonpublic, and highly sensitive business information pertaining to ViewSonic's operations, and was sealed pursuant to this Court's Order Granting the Panasonic Defendants' Administrative Motion to File Under Seal, dated September 5, 2014 (Dkt. No. 2800). I am informed or believe that ViewSonic considers any statements in the Reply in Support of Motion for Leave summarizing Attachment A to be highly confidential, and that

public disclosure of this information would also likely cause harm to ViewSonic with respect to its vendors, competitors and/or customers. Accordingly, all portions of the Reply in Support of Motion for Leave that quote from or describe Attachment A should be maintained under seal.

6.  ViewSonic has narrowly tailored this sealing request to only those references thereto necessary to protect its proprietary and sensitive business information. Accordingly, for the reasons stated above, ViewSonic requests that the Court maintain all portions of the Reply in Support of Motion for Leave that describe Attachment A, under seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 20th day of October, 2014, in Washington, District of Columbia.

>    */s/ Astor H.L. Heaven*
>    Astor H.L. Heaven