1  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
2  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
3  LAURA K. LIN (State Bar No. 281542)
   laura.lin@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   JESSICA BARCLAY-STROBEL (Sate Bar No. 280361)
9  jessica.barclay-strobel@mto.com
   MUNGER, TOLLES & OLSON LLP
10 355 South Grand Avenue, 35th Floor
   Los Angeles, California  90071-1560
11 Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
12
   Attorneys for Defendants LG Electronics, Inc.,
13 LG Electronics U.S.A., Inc., and LG Electronics
   Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-sc (N.D.Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE OF JESSICA BARCLAY-STROBEL** |
| ALL DIRECT PURCHASER ACTIONS | |
| and | Judge:   Hon. The Honorable Samuel Conti |
| ALL INDIRECT PURCHASER PLAINTIFFS | |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT Jessica Barclay-Strobel (State Bar No. 280361) of

3  Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California

4  90071-1560, hereby enters an appearance as counsel of record for Defendants LG Electronics,

5  Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. in the above

6  referenced matter.  Service may be made using the contact information set forth below.

> Jessica Barclay-Strobel (State Bar No. 280361)
> MUNGER, TOLLES & OLSON LLP
> 355 South Grand Avenue, 35th Floor
> Los Angeles, California  90071-1560
> Telephone:   (213) 683-9100
> Facsimile:   (213) 687-3702
> Email:  jessica.barclay-strobel@mto.com

DATED:  October 20, 2014            Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:   */s/ Jessica Barclay-Strobel*
      JESSICA BARCLAY-STROBEL
Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.