# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: **CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. **3:07-cv-5944 SC** MDL No. **1917** |
| This Document Relates to: | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| ALL ACTIONS | (CIVIL LOCAL RULE 11-3) |

I, <u>Ryan Goodland</u>, an active member in good standing of the bar of <u>the State of Texas</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.</u>, in the above-entitled action. My local co-counsel in this case is <u>Bambo Obaro</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, NY 10153 | Weil, Gotshal & Manges LLP 201 Redwood Shores Parkway Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD: 212-310-8186 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 802-3000 |
| MY EMAIL ADDRESS OF RECORD: ryan.goodland@weil.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bambo.obaro@weil.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>24087604</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: October 14, 2014

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Ryan Goodland</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/21/2014

_____
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER