# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| _____ | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.*, No. 14-cv-02510 | **[PROPOSED]** **ORDER GRANTING VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

Upon consideration of ViewSonic Corporation's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with its Motion for Leave to File a Surreply in Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration, it is hereby ORDERED that the motion is GRANTED. The Clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
|---|---|
| ViewSonic Corporation's Surreply in Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | 1:4-6<br>2:8-10, 13-14, 19-23<br>3:2-3, 8-9, 22-23<br>4:11-18 |

IT IS SO ORDERED.

Dated: October 21, 2014

_____
Hon. Samuel Conti
United States District Judge

-1-

[PROPOSED] ORDER GRANTING
ADMIN. MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29154467.1