DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **[PROPOSED]** ORDER GRANTING THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Upon consideration of the Panasonic Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with their Reply in Support of Panasonic Defendants' Motion to Dismiss and to Compel Arbitration against Plaintiff ViewSonic Corporation, it is hereby:

ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or portions of documents related to the Panasonic Defendants' Administrative Motion to File Under Seal:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Panasonic Defendants' Reply in Support of Panasonic Defendants' Motion to Dismiss and to Compel Arbitration | 1:6-8, 15-17<br><br>2:6-10<br><br>3:7-28<br><br>4:1-7, 11-18<br><br>5:3-10, 12-13, 17, 23-28<br><br>6: 1-2, 8 |

IT IS SO ORDERED

Dated: October 21, 2014

_____
Hon. Samuel Conti
United States District Judge

2

[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS'  
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

MDL No. 1917  
Case No. 3:14-cv-02510