# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. M:07-5994-SC<br>MDL No. 1917 |
| This Document Relates to | Case No. 3:11-cv-05513-SC |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL CHUNGHWA TO RESPOND TO DIRECT ACTION PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |
| *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | |
| *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | |
| *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | |
| *ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, 3:14cv-02510; | |

This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel Chunghwa to Respond to certain Direct Action Plaintiffs' First Set of Requests for Admission between certain Direct Action Plaintiffs ("DAPs"), on the one hand, and defendants Chunghwa

60855311.1

STIPULATION EXTENDING DEADLINE TO FILE MOTION TO COMPEL CHUNGHWA TO RESPOND TO DAPS' FIRST SET OF REQUESTS FOR ADMISSION

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia), (collectively, "CPT"), on the other hand, is made with respect to the following facts and recitals:

WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

WHEREAS, the deadline to file any motion to compel after the discover cut-off is September 12, 2014 (L.R. 37-3);

WHEREAS, on August 1, 2014, the DAPs served their First Set of Requests for Admission on CPT;

WHEREAS, on September 5, 2014, CPT served its Responses to DAP's First Set of Requests for Admission and stated objections on various grounds;

WHEREAS, the parties continue to meet and confer to narrow their differences;

WHEREAS, the DAPs and CPT have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1. The undersigned parties agree to extend the deadline for the DAPs to file a motion to compel relating to the DAP's First Set of Requests for Admission, to the extent one is deemed necessary by DAPs, to October 2, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 22, 2014



_____
Hon. Samuel Conti
United States District Judge

APPROVED
Judge Samuel Conti

60855311.1 — - 2 - — STIPULATION EXTENDING DEADLINE TO FILE MOTION TO COMPEL CHUNGHWA TO RESPOND TO DAPS' FIRST SET OF REQUESTS FOR ADMISSION

DATED: September 25, 2014

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ *Laura E. Nelson*
　　Roman M. Silberfeld
　　David Martinez
　　Laura E. Nelson

*Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BESTBUY.COM, LLC; Magnolia Hi-Fi, LLC*

/s/ *Philip J. Iovieno*
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com
*Liaison Counsel for Direct Action and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC Liaison Counsel for Direct Action Plaintiffs*

60855311.1

- 3 -

STIPULATION EXTENDING DEADLINE TO FILE MOTION TO COMPEL CHUNGHWA TO RESPOND TO DAPS' FIRST SET OF REQUESTS FOR ADMISSION

| | | |
|---|---|---|
| 1 | Dated: September 25, 2014 | By: */s/ Rachel Brass* |
| 2 | | Joel S. Sanders |
| | | Rachel S. Brass |
| 3 | | Christine A. Fujita |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 4 | | 555 Mission Street, Suite 3000 |
| | | San Francisco, CA 94105 |
| 5 | | Tel: 415-393-8200 |
| | | Fax: 415-393-8206 |
| 6 | | *Counsel for Defendants Chunghwa Picture Tubes, Ltd.* |
| 7 | | *and Chunghwa Picture Tubes (Malaysia)* |

60855311.1

- 4 -

STIPULATION EXTENDING DEADLINE TO FILE
MOTION TO COMPEL CHUNGHWA TO RESPOND TO
DAPS' FIRST SET OF REQUESTS FOR ADMISSION