[*Stipulating parties listed on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING PANASONIC DEFENDANTS' SUPPLEMENTAL RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF INTERROGATORIES AND EXTENDING DEADLINE TO FILE MOTION TO COMPEL** |

This Stipulation and Proposed Order between the Indirect-Purchaser Plaintiffs ( "IPPs") and Panasonic Corporation, f/k/a Matsushita Electric Industrial Co., Ltd. ("Panasonic Corp."), Panasonic Corporation of North America ("PNA"), and MT Picture Display Co., Ltd. ("MTPD") (collectively, "Panasonic Defendants") (together, the "Parties") is made with respect to the following facts and recitals:

WHEREAS, the IPPs and the Panasonic Defendants have met and conferred and have resolved all outstanding discovery issues with regard to IPPs' motion to compel supplemental responses from the Panasonic Defendants to IPPs' First Set of Interrogatories to all Defendants ("Interrogatories"), which was filed with the Special Master on September 12, 2014;

WHEREAS, the Panasonic Defendants have agreed to supplement their responses to

Interrogatory No. 7, as it relates to their affirmative defenses Nos. 21-41;

WHEREAS, Panasonic Defendants have also agreed to supplement their responses to Interrogatory Nos. 8, 9, 10, 11, 12, 15, 16, 18, 22, 23 and 24;

WHEREAS, the Panasonic Defendants agree to supplement their responses to the above-described Interrogatories by October 17, 2014;

WHEREAS, the Panasonic Defendants agree to extend the deadline by which the IPPs may file a motion to compel regarding the Panasonic Defendants' supplemental responses to the above-described Interrogatories to October 24, 2014; and

WHEREAS, the IPPs hereby withdraw their September 12, 2014 motion to compel supplemental interrogatory responses from the Panasonic Defendants.

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel that:

1. The Panasonic Defendants will serve supplemental responses to the IPPs' Interrogatory Nos. 7 (regarding affirmative defenses Nos. 21-41), 8, 9, 10, 11, 12, 15, 16, 18, 22, 23 and 24, no later than October 17, 2014;

2. The IPPs may file a motion to compel regarding the Panasonic Defendants' supplemental responses to the IPPs' Interrogatory Nos. 7 (regarding affirmative defenses Nos. 21-41), 8, 9, 10, 11, 12, 15, 16, 18, 23 and 24, no later than October 24, 2014; and

3. The IPPs withdraw their September 12, 2014 motion to compel supplemental interrogatory responses from the Panasonic Defendants.

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

| | | |
|---|---|---|
| 1 | Dated:  September 26, 2014 | TRUMP, ALIOTO, TRUMP & PRESCOTT LLP |

 /s/ Lauren C. Capurro
Mario N. Alioto (56433)
Lauren C. Capurro (Russell) (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*

Dated: September 26, 2014          WEIL, GOTSHAL & MANGES LLP

By: /s/ *Adam C. Hemlock*

DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
LARA E. VEBLEN TRAGER (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 22, 2014

*[APPROVED stamp signed by Judge Samuel Conti, United States District Court, Northern District of California]*

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: September 26, 2014           /s/ Lauren C. Capurro
                                                       Mario N. Alioto (56433)
                                                       Lauren C. Capurro (Russell) (241151)
                                                       TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                                       2280 Union Street
                                                       San Francisco, CA 94123
                                                       Telephone: (415) 563-7200
                                                       Facsimile: (415) 346-0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*