David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000

Joren S. Ayala-Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7120
Facsimile:   415.344.7320

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| | INDIV. CASE NO.: 3:11-CV-06397-SC |
| This Document Relates to:<br><br>*Costco Wholesale Corp. v. Hitachi Ltd., et al.*, No. 11-cv-06397 | **[PROPOSED]** **ORDER ON STIPULATION OF DISMISSAL** |

1  The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

2. 1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as against Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V. (f/n/a Koninklijke Philips Electronics N.V.), Philips Taiwan Limited (f/n/a Philips Electronics Industries (Taiwan) Ltd.) and Philips do Brasil, Ltda. (f/n/a Philips da Amazonia Industria Electronica Ltda.) pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: October 22, 2014



_____
Honor
United

LEGAL123641213

- 1 -

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL
Case No. 3:07-cv-05944-SC; 3:11-CV-06397-SC