1  [Stipulating parties listed on signature page]

2

3

4

5

6

7

8

9                         **UNITED STATES DISTRICT COURT**

10                        **NORTHERN DISTRICT OF CALIFORNIA**

11                            **SAN FRANCISCO DIVISION**

12  | | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A MOTION TO COMPEL HITACHI DEFENDANTS TO FURTHER SUPPLEMENT THEIR RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

19      This Stipulation and Proposed Order between the Indirect-Purchaser Plaintiffs ( "IPPs") and

20  Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd.("HDP"), Hitachi Asia, Ltd. ("HAS"), Hitachi

21  America, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, "Hitachi Defendants")

22  (together, the "Parties") is made with respect to the following facts and recitals:

23      WHEREAS, the IPPs and the Hitachi Defendants have met and conferred in order to resolve

24  all outstanding discovery issues with regard to Hitachi's supplemental responses to IPPs' First Set of

25  Interrogatories ("Interrogatories");

26      WHEREAS, defendant HTL has agreed to further supplement its responses to Interrogatory

27  No. 10;

28

1  WHEREAS, the Hitachi Defendants have agreed to further supplement their responses to
2  Interrogatory Nos. 22, 23, and 24.
3  WHEREAS, the IPPs are currently required to file any motion to compel by October 3, 2014;
4  WHEREAS, the Hitachi Defendants agree to supplement their responses to the above-
5  described Interrogatories by October 14, 2014;
6  WHEREAS, the Hitachi Defendants agree to extend the deadline by which the IPPs may file
7  a motion to compel regarding the Hitachi Defendants' Responses to the above-described
8  Interrogatories to October 21, 2014.
9  **IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel that the
10  IPPs may file a motion to compel regarding defendant HTL's further supplemental response to the
11  IPPs' Interrogatory No. 10 and the Hitachi Defendants' further supplemental responses to the IPPs'
12  Interrogatory Nos. 22, 23, and 24 no later than October 21, 2014.
13  The undersigned Parties jointly and respectfully request that the Court enter this stipulation
14  as an order.
15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17  Dated: October 22, 2014

 Hon. Samuel Conti
 United States District Judge

DATED:  October 3, 2014                  Respectfully submitted,

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

*/s/ Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Capurro (Russell) (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for Indirect-Purchaser Plaintiff*

| | | |
|---|---|---|
| 1 | DATED:  October 3, 2014 | KIRKLAND & ELLIS LLP |

/s/ Eliot A. Adelson
Eliot A. Adelson (205284)
James Maxwell Cooper (284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants,*
*Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan*
*Display Inc.), Hitachi America, Ltd., Hitachi Asia,*
*Ltd., and Hitachi Electronic Devices (USA), Inc.*

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: October 3, 2014                                KIRKLAND & ELLIS LLP

/s/ Eliot A. Adelson
Eliot A. Adelson (205284)
James Maxwell Cooper (284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500