*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED]** |
| ALL INDIRECT PURCHASER ACTIONS | **ORDER REGARDING SERVICE OF EXPERT SUR-REBUTTAL REPORTS** |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling dated March 21, 2014 (Doc. No. 2459) ("Scheduling Order") and Stipulation and Order Regarding Service of Expert Rebuttal Report (Doc. No. 2818) dated September 9, 2014, on September 26, 2014, Plaintiffs served the expert report of Dr. Janet Netz, who addressed issues related to the Indirect Purchaser Plaintiffs' ("IPPs") claims and the Defendants' experts' reports;

WHEREAS, pursuant to the Scheduling Order, Defendants' experts' sur-rebuttal reports are currently required to be served no later than October 31, 2014;

WHEREAS, due to scheduling conflicts of Dr. Janet Netz and Defendants, Defendants are unable to take the deposition of Dr. Janet Netz prior to October 31, 2014;

WHEREAS, in order to accommodate the parties' schedules and that of their experts, the

1
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF
EXPERT SUR-REBUTTAL REPORTS
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1657767.2

1. parties hereto have reached an agreement as set forth herein;

    IT IS HEREBY STIPULATED AND AGREED by counsel for the undersigned parties as follows:

    1. IPPs will produce Dr. Janet Netz for deposition on October 31, 2014 at Zelle Hofmann Voelbel & Mason LLP's San Francisco office;

    2. The last day for Defendants' experts to serve their sur-rebuttal expert reports on the merits is extended to November 6, 2014;

    3. The last day for Defendants' experts to serve their backup productions of materials relied upon in their sur-rebuttal expert reports on the merits is extended to November 11, 2014;

    4. All other dates in the Scheduling Order are unaffected by this stipulation

                                              ***

    The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 22, 2014

_____
Hon. Samuel Conti
United States District Judge

[APPROVED — Judge Samuel Conti — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

| | |
|---|---|
| Dated: August ____, 2014 | Dated: August ____, 2014 |
| WINSTON & STRAWN LLP | TRUMP, ALIOTO, TRUMP & PRESCOTT LLP |
| By: */s/ Jeffrey L. Kessler* | By: */s/ Mario N. Alioto* |
| Jeffrey L. Kessler<br>A. Paul Victor<br>Aldo A. Badini<br>Eva W. Cole<br>Molly M. Donovan<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-4692<br>Facsimile:  (212) 294-4700<br>Email:   jkessler@winston.com<br>         abadini@winston.com<br>         pvictor@winston.com<br>         ewcole@winston.com<br>         mmdonovan@winston.com | Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile:  (415) 346-0679<br>Email:   malioto@tatp.com<br>         laurenrussell@tatp.com<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs* |
| Steven A. Reiss (*pro hac vice*)<br>David L. Yohai (*pro hac vice*)<br>Adam C. Hemlock (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile:  (212) 310-8007<br>Email:   steven.reiss@weil.com<br>         david.yohai@weil.com<br>         adam.hemlock@weil.com<br><br>*Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* | |

3
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF
EXPERT SUR-REBUTTAL REPORTS
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1657767.2

| | |
|---|---|
| Dated: August \_\_\_\_\_, 2014 | Dated: August \_\_\_\_\_, 2014 |
| BAKER BOTTS LLP | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| By: */s/ Jon V. Swenson* | |
| Jon V. Swenson (SBN 233054) | By: */s/ Richard Snyder* |
| BAKER BOTTS LLP | Terry Calvani |
| 1001 Page Mill Road | Christine Laciak (*pro hac vice*) |
| Building One, Suite 200 | Richard Snyder (*pro hac vice*) |
| Palo Alto, CA 94304 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| Telephone: (650) 739-7500 | 701 Pennsylvania Avenue NW, Suite 600 |
| Facsimile:  (650) 739-7699 | Washington, D.C. 20004 |
| Email:      jon.swenson@bakerbotts.com | Telephone: (202) 777-4565 |
| | Facsimile:  (202) 777-4555 |
| John M. Taladay (*pro hac vice*) | Email:      terry.calvani@freshfields.com |
| Joseph Ostoyich (*pro hac vice*) |                    christine.laciak@freshfields.com |
| Erik T. Koons (*pro hac vice*) |                    richard.snyder@freshfields.com |
| Charles M. Malaise (*pro hac vice*) | |
| BAKER BOTTS LLP | *Counsel for Beijing-Matsushita Color CRT Company, Ltd.* |
| 1299 Pennsylvania Ave., N.W. | |
| Washington, DC 20004-2400 | |
| Telephone: (202) 639-7700 | |
| Facsimile:  (202) 639-7890 | |
| Email:      john.taladay@bakerbotts.com | |
|              joseph.ostoyich@bakerbotts.com | |
|              erik.koons@bakerbotts.com | |
|              charles.malaise@bakerbotts.com | |
| *Counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation* | |

| | |
|---|---|
| Dated:  August _____, 2014<br><br>KIRKLAND & ELLIS LLP<br><br>By: */s/ Eliot A. Adelson*<br>Eliot A. Adelson<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1413<br>Facsimile:  (415) 439-1500<br>Email:       eadelson@kirkland.com<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | Dated:  August _____, 2014<br><br>SHEPPARD MULLIN RICHTER & HAMPTON<br><br>By: */s/ Gary L. Halling*<br>Gary L. Halling<br>James L. Mcginnis<br>Michael W. Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile:  (415) 434-3947<br>Email:       ghalling@sheppardmullin.com<br>                  jmcginnis@sheppardmullin.com<br>                  mscarborough@sheppardmullin.com<br><br>*Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| Dated:  August _____, 2014<br><br>WHITE & CASE LLP<br><br>By: */s/ Lucius B. Lau*<br>Christopher M. Curran (*pro hac vice*)<br>George L. Paul (*pro hac vice*)<br>Lucius B. Lau (*pro hac vice*)<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Facsimile:  (202) 639-9355<br>Email:       ccurran@whitecase.com<br>                  gpaul@whitecase.com<br>                  alau@whitecase.com<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | Dated:  August _____, 2014<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>By: */s/ Rachel S. Brass*<br>Rachel S. Brass<br>Joel S. Sanders<br>Austin V. Schwing<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile:  (415) 393-8306<br>Email:       rbrass@gibsondunn.com<br>                  jsanders@gibsondunn.com<br>                  aschwing@gibsondunn.com<br><br>*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |

5
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF
EXPERT SUR-REBUTTAL REPORTS
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1657767.2

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

3257626v2

6

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF
EXPERT SUR-REBUTTAL REPORTS
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1657767.2