1   Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
2   Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
3   Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
4
    White & Case LLP
5   701 Thirteenth Street, N.W.
    Washington, DC  20005
6   Telephone:  (202) 626-3600
    Facsimile:  (202) 639-9355
7
8
9   *Counsel to Defendants Toshiba Corporation,*
    *Toshiba America, Inc., Toshiba America*
10  *Consumer Products, L.L.C.; Toshiba America*
    *Information Systems, Inc., and*
11  *Toshiba America Electronic Components, Inc.*
12

13              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
14                 (SAN FRANCISCO DIVISION)
15

16  | IN RE: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC |
17  | ANTITRUST LITIGATION | MDL No. 1917 |
18

19  This Document Relates to

20  *Electrograph Systems, Inc. et al. v. Hitachi, Ltd.*
    *et al.*, No. 11-cv-01656;
21
                                            **STIPULATION AND**
22  *Siegel v. Hitachi, Ltd., et al.*,       **[PROPOSED] ORDER**
    No. 11-cv-05502;                         **EXTENDING THE DEADLINE**
23                                           **TO FILE MOTION TO**
                                             **COMPEL TOSHIBA TO**
24  *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*,  **RESPOND TO DIRECT**
    No. 11-cv-05513;                         **ACTION PLAINTIFFS AND**
25                                           **INDIRECT PURCHASER**
                                             **PLAINTIFFS' FIRST SET**
26  *Target Corp., et al. v. Chunghwa Picture Tubes,*  **OF REQUESTS FOR ADMISSION**
    *Ltd., et al.*, No. 11-cv-05514;
27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1 *Interbond Corporation of America v. Hitachi, et*
2 *al.*, No. 11-cv-06275;

3 *Office Depot, Inc. v. Hitachi, Ltd., et al.*,
4 No.11-cv-06276;

5 *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*,
6 No. 11-cv-06396;

7 *Costco Wholesale Corporation v. Hitachi, Ltd., et*
8 *al.*, No. 11-cv-06397;

9 *P.C. Richard & Son Long Island Corporation, et*
10 *al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

11 *Schultze Agency Services, LLC v. Hitachi, Ltd., et*
12 *al.*, No. 12-cv-02649;

13 *Tech Data Corporation, et al. v. Hitachi, Ltd., et*
14 *al.*, No. 13-cv-00157;

15 *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et*
16 *al.*, No. 13-cv-01173;

17 *Sharp Electronics Corp. et al. v. Koninklijke*
18 *Philips Electronics, N.V., et al.*,
19 No. 13-cv-02776;

20 *Siegel v. Technicolor SA, et al.*,
21 No. 13-cv-05261;

22 *Sears, Roebuck and Co., et al. v. Technicolor SA*,
23 No. 13-cv-05262;

24 *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*,
25 No. 13-cv-05264;

26 *Schultze Agency Services, LLC v. Technicolor SA,*
27 *et al.*, No. 13-cv-05668;

28 *Target Corp., v. Technicolor SA, et al.*,
No. 13-cv-05686;

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE
TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS
AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2    *Costco Wholesale Corporation v. Technicolor SA,, et al., No. 13-cv-005723;*
3
4    *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.,*
5    *No. 13-cv-05724;*
6
7    *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.,*
8    *No. 13-cv-05725;*
9
10   *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*
11
12   *Interbond Corporation of America v. Technicolor SA, et al.,*
13   *No. 13-cv-05727;*
14
15   *ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.,*
16   *No. 3:14cv-02510;*
17
     *The Indirect Purchaser Action.*
18
19          This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel
20   Toshiba to Respond to Direct Action Plaintiffs and Indirect Purchaser Plaintiffs' First Set of
21   Requests for Admission between the Direct Action Plaintiffs in the cases listed above and
22   Indirect Purchaser Class (collectively "Plaintiffs"), on the one hand, and defendants Toshiba
23   Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba
24   America Electronic Components, Inc.; Toshiba America Information Systems, Inc.
25   (collectively, the "Toshiba Defendants"), on the other hand, is made with respect to the
26   following facts and recitals:
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1     WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close
2 of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

3     WHEREAS, the deadline to file any motion to compel after the discovery cut-off was
4 September 12, 2014 (L.R. 37-3);

5     WHEREAS, on August 1, 2014, the Plaintiffs served their First Set of Requests for
6 Admission on the Toshiba Defendants;

7     WHEREAS, on September 5, 2014, Toshiba served its Responses to Plaintiffs' First
8 Set of Requests for Admission and stated objections on various grounds;

9     WHEREAS, counsel for the undersigned parties have held multiple telephonic meet
10 and confers to discuss purported deficiencies in the Toshiba Defendants' responses identified
11 by Plaintiffs and have a bona fide intent to continue doing so;

12     WHEREAS, the Plaintiffs and the Toshiba Defendants have conferred by and through
13 their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

14     1.   The Plaintiffs will provide the Toshiba Defendants with a list of 94 documents
15         produced by the Toshiba Defendants in this litigation by October 10, 2014.

16     2.   The Toshiba Defendants will provide the Plaintiffs with a list of 94 documents
17         produced by the Plaintiffs in this litigation by October 10, 2014.

18     3.   The Toshiba Defendants will review the list provided by Plaintiffs and inform
19         the Plaintiffs by October 17, 2014 whether they will stipulate that any such
20         documents are authentic and, separately, that any such documents are business
21         records within the meaning of Rule 803(6) of the Federal Rules of Evidence.

22     4.   Plaintiffs will review the list of documents provided by the Toshiba Defendants
23         and inform the Toshiba Defendants by October 17, 2014 whether they will
24         stipulate that any such documents are authentic and, separately, that any such
25         documents are business records within the meaning of Rule 803(6) of the
26         Federal Rules of Evidence.

27     5.   The undersigned parties agree to extend the deadline for the Plaintiffs to file a
28         motion to compel relating to the Plaintiffs' First Set of Requests for

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Admission, to the extent one is deemed necessary by Plaintiffs, to October 24,

2   2014. The Toshiba Defendants reserve all of their rights in responding to any

3   such motion, including withdrawing any agreement or response they have

4   made with respect to the list of 94 documents provided by the Plaintiffs.

5   6.   No response by the Toshiba Defendants to the Plaintiffs' list of 94 documents

6   shall be deemed a response to any of the requests in the Plaintiffs' First Set of

7   Requests for Admission.

8

9   PURSUANT TO STIPULATION, IT IS SO ORDERED

10

11   Dated: October 22, 2014

12   Hon. Sam

13   United St



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2     Dated:  October 10, 2014

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**WHITE & CASE**LLP

By:  _/s/ Lucius B. Lau_
       Christopher M. Curran (*pro hac vice*)
       ccurran@whitecase.com
       Lucius B. Lau (*pro hac vice*)
       alau@whitecase.com
       Dana E. Foster (*pro hac vice*)
       defoster@whitecase.com
       701 Thirteenth Street, N.W.
       Washington, DC  20005
       tel.: (202) 626-3600
       fax: (202) 639-9355

       *Counsel to Defendants Toshiba*
       *Corporation; Toshiba America, Inc.;*
       *Toshiba America Consumer Products,*
       *L.L.C.; Toshiba America Electronic*
       *Components, Inc.; Toshiba America*
       *Information Systems, Inc.*


       BOIES, SCHILLER & FLEXNER LLP

By:  _/s/ Philip J. Iovieno_
       Philip J. Iovieno
       piovieno@bsfllp.com
       Anne M. Nardacci
       anardacci@bsfllp.com
       **BOIES, SCHILLER & FLEXNER LLP**
       30 South Pearl St., 11th Floor
       Albany, NY 12207
       Telephone: (518) 434-0600
       Facsimile: (518) 434-0665

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

William A. Isaacson
wisaacson@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Stuart H. Singer
ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs*


**TRUMP ALIOTO TRUMP &
PRESCOTT
ATTORNEYS LLP**

By:  /s/ Lauren C. Russell
Lauren C. Russell
TRUMP ALIOTO TRUMP & PRESCOTT
ATTORNEYS LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415.563.7200
Fax: 415.346.0679

*Lead Counsel for the Indirect
Purchaser Plaintiffs*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed this 10th day of October, 2014, at Washington, DC.


By:   _/s/ Lucius B. Lau_
         Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

## CERTIFICATE OF SERVICE

2

3       On October 10, 2014, I caused a copy of the "STIPULATION AND [PROPOSED]

4  ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL TOSHIBA

5  TO RESPOND TO DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER

6  PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION" to be electronically filed

7  via the Court's Electronic Case Filing System, which constitutes service in this action

8  pursuant to the Court's order of September 29, 2008.

9

10

11                                      By:  _/s/ Lucius B. Lau_____

12                                              Lucius B. Lau (*pro hac vice*)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28