Kenneth S. Marks
Jonathan R. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
       jross@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

[additional counsel listed on the signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA,* No. 13-cv-05261; | **STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS UNDER STATE LAW**<br><br>The Honorable Samuel Conti |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Circuit City Trust"), and defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Shenzhen SEG Hitachi Color Display Devices, Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing Matsushita Color CRT Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North

America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA, Technicolor USA, Inc., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc., being all the defendants in this case ( collectively "Defendants"), state as follows:

On October 17, 2013, the Circuit City Trust filed its First Amended Complaint ("FAC") in individual case number 11-cv-05502  (MDL Master Dkt. No. 2016).  On November 12, 2013, the Circuit City Trust filed its Complaint in individual case number 13-cv-05261 (the "Thomson/Mitsubishi/TDA Complaint") (Ind. Case Dkt. No. 1).   The FAC and the Thomson/Mitsubishi/TDA Complaints are the "Complaints."  In the Complaints, the Circuit City Trust asserts claims for relief against Defendants under the Sherman Act, the California Cartwright Act, California Consumer Protection and Unfair Competition Laws, and the Illinois Antitrust Act.

The Circuit City Trust now desires to dismiss with prejudice its claims against Defendants under the California Cartwright Act, California Consumer Protection and Unfair Competition Laws, and the Illinois Antitrust Act.  The Circuit City Trust is not dismissing, and will continue to prosecute, its claims against Defendants under the Sherman Act.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the claims of the Circuit City Trust asserted against Defendants in these cases under the California Cartwright Act, California Consumer Protection and Unfair Competition Laws, and the Illinois Antitrust Act are

dismissed with prejudice. This dismissal does not apply to the claims of the Circuit City Trust asserted against Defendants in these cases under the Sherman Act.

Dated: October 13, 2014

SUSMAN GODFREY L.L.P.

By: */s/ Kenneth S. Marks*

Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
jross@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

|   |   |
|---|---|
| 1 | */s/ Jeffrey L. Kessler* |
| 2 | Jeffrey L. Kessler<br>jkessler@winston.com |
| 3 | A. Paul Victor<br>pvictor@winston.com |
| 4 | Eva W. Cole<br>ewcole@winston.com |

/s/ Jeffrey L. Kessler
Jeffrey L. Kessler
jkessler@winston.com
A. Paul Victor
pvictor@winston.com
Eva W. Cole
ewcole@winston.com
Molly M. Donovan
mmdonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700

David L. Yohai
david.yohai@weil.com
Steven A. Reiss
steven.reiss@weil.com
Adam C. Hemlock
adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*


/s/ Hojoon Hwang
Hojoon Hwang
hojoon.hwang@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

William D. Temko
william.temko@mto.com
Jonathan E. Altman
jonathan.altman@mto.com
Bethany W. Kristovich
bethany.kristovich@mto.com
MUNGER TOLLES & OLSON LLP
---

DISMISSING WITH PREJUDICE PLAINTIFF'S
CLAIMS UNDER STATE LAW - 4
3350992v1/012325

C-11-05502 SC
MDL No. 1917

355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Tel. (213) 683-9100

*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*


*/s/ Mark C. Dosker*
Mark C. Dosker
mark.dosker@squiresanders.com
Nathan Lane, III
nathan.lane@squiresanders.com
SQUIRE SANDERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 954-0200

*Counsel for Defendant Technologies Displays Americas LLC*


*/s/ John Taladay*
John Taladay
john.taladay@bakerbotts.com
Joseph Ostoyich
joseph.ostoyich@bakerbotts.com
Charles M. Malaise
Charles.malaise@bakerbotts.com
Erik T. Koons
erik.koons@bakerbotts.com
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
Tel:  (202) 639-7909

Jon V. Swenson
jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304
Tel. (650) 739-7500

|   |   |
|---|---|
| 1 | |
| 2 | *Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | */s/ Richard Snyder*<br>Christine Laciak<br>christine.laciak@freshfields.com<br>Richard Snyder<br>richard.snyder@freshfields.com<br>Craig D. Minerva<br>craig.minerva@freshfields.com<br>Bruce C. McCulloch<br>bruce.mcculloch@freshfields.com<br>Terry Calvani<br>terry.calvani@freshfields.com<br>FRESHFIELDS BRUCKHAUS & DERINGER US, LLP<br>700 13th Street, NW<br>10th Floor<br>Washington, DC 20005-3960<br>Tel:  (202) 777-4500 |
| 18 | *Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* |
| 21 | */s/ Lucius B. Lau*<br>Christopher M. Curran<br>ccurran@whitecase.com<br>Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC  20005<br>Tel:  (202) 626-3600 |
| 28 | *Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America* |

DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS UNDER STATE LAW - 6
3350992v1/012325

C-11-05502 SC
MDL No. 1917

|   |   |
|---|---|
| 1 | *Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |

*/s/ Eliot A. Adelson*
Eliot A. Adelson
eadelson@kirkland.com
James Maxwell Cooper
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

James H. Mutchnik
jmutchnik@kirkland.com
Kate Wheaton
kate.wheaton@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Shenzhen SEG Hitachi Color Display Devices, Ltd.*


*/s/ James L. McGinnis*
Gary L. Halling
ghalling@sheppardmullin.com
James L. McGinnis
jmcginnis@sheppardmullin.com
Michael Scarborough
mscarborough@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
  HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Tel:  (415) 434-9100

|   |   |
|---|---|
| 1 | |
| 2 | *Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |

*/s/ Terrence J. Truax*
Brent Caslin
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel: (213) 239-5100

Terrence J. Truax
ttruax@jenner.com
Michael T. Brody
mbrody@jenner.com
Shaun M. Van Horn
svanhorn@jenner.com
Gabriel A. Fuentes
gfuentes@jenner.com
Molly M. Powers
mpowers@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350

*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Electric Visual Solutions America, Inc.*

*/s/ Kathy Osborn*
Calvin L. Litsey
calvin.litsey@faegrebd.com
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Tel: (650) 324-6700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kathy Osborn
kathy.osborn@faegrebd.com
Ryan M. Hurley
ryan.hurley@faegrebd.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300

Jeffrey S. Roberts
Jeff.roberts@faegrebd.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Tel: (303) 607-3500

Stephen M. Judge
Steve.judge@faegrebd.com
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Tel: (574) 234-4149

*Counsel for Defendants Technicolor SA and Technicolor USA, Inc.*

Pursuant to General Order No. 45, § X-B, the filer asserts that concurrence in the filing of this document has been obtained from each of the above signatories.

*/s/ Kenneth S. Marks*
Kenneth S. Marks

**IT IS SO ORDERED.**

Dated: October 22, 2014

APPROVED
Judge Samuel Conti
United States District Judge

---

DISMISSING WITH PREJUDICE PLAINTIFF'S
CLAIMS UNDER STATE LAW - 10
3350992v1/012325

C-11-05502 SC
MDL No. 1917