Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:   rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com
          srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT ACTION CASES | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |

Defendants Hitachi Ltd., Hitachi America, Ltd., Hitachi Electronics Devices (USA) Inc., Hitachi Asia Ltd., and Hitachi Displays, Ltd., (collectively, "Hitachi") and the Direct Action Plaintiffs[1] (the "DAPs") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014, was the deadline to complete fact discovery.

WHEREAS, on September 5, 2014, this Court approved a stipulation between the parties that extended the deadline for the DAPs to take a Rule 30(b)(6) deposition of Hitachi until October 17, 2014.

WHEREAS, the parties have continued to meet and confer to determine the scope and the date of a deposition. As part of that process, the DAPs submitted to Hitachi in writing the proposed questions that would be asked at the deposition, and Hitachi Ltd. has agreed to produce a witness for the deposition.

WHEREAS, due to scheduling conflicts between the witness and counsel, the parties were unable to find a date prior to October 17, 2014, on which to conduct the deposition.

WHEREAS, the parties have agreed, subject to the Court's approval, to conduct the deposition on November 4, 2014, at 1:00 PM local time at Kirkland & Ellis LLP's office in New York.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

---

[1] The Direction Action Plaintiffs are Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears, Roebuck and Co. and Kmart Corp.; Target Corp., Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., Tech Data Corporation, Tech Data Product Management, Inc., Dell Inc., and Dell Products L.P.

     (1) the DAPs may conduct the Rule 30(b)(6) deposition of Hitachi Ltd. on November 4, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 22, 2014

APPROVED
Judge Samuel Conti

| | | |
|---|---|---|
| 1 | Dated: October 10, 2014 | By: */s/ Eliot Adelson*_____ |
| 2 | | Eliot Adelson, Esq. |

*Counsel to Defendants Hitachi Ltd., Hitachi America, Ltd., Hitachi Electronics Devices (USA) Inc., Hitachi Asia Ltd., and Hitachi Displays, Ltd.*

*/s/Samuel J. Randall*_____
Richard Alan Arnold, Esq. (admitted *pro hac vice*)
William J. Blechman, Esq. (admitted *pro hac vice*)
Kevin J. Murray, Esq. (admitted *pro hac vice*)
Samuel J. Randall, Esq. (admitted *pro hac vice*)
Kenny Nachwalter, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

**Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation**

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.