1    HOJOON HWANG (State Bar No. 184950)
     hojoon.hwang@mto.com
2    MIRIAM KIM (State Bar No. 238230)
     miriam.kim@mto.com
3    LAURA K. LIN (State Bar No. 281542)
     laura.lin@mto.com
4    MUNGER, TOLLES & OLSON LLP
     560 Mission Street
5    Twenty-Seventh Floor
     San Francisco, California 94105-2907
6    Telephone:    (415) 512-4000
     Facsimile:     (415) 512-4077
7

8    WILLIAM D. TEMKO (State Bar No. 98858)
     william.temko@mto.com
9    CLAIRE YAN (State Bar No. 268521)
     claire.yan@mto.com
10   JESSICA BARCLAY-STROBEL (Sate Bar No. 280361)
     jessica.barclay-strobel@mto.com
11   MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue, 35th Floor
12   Los Angeles, California  90071-1560
     Telephone:    (213) 683-9100
13   Facsimile:     (213) 687-3702

14   Attorneys for Defendants LG Electronics, Inc.
     and LG Electronics U.S.A., Inc.

15

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-sc (N.D.Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE OF CLAIRE YAN** |
| ALL DIRECT PURCHASER ACTIONS | |
| and | Judge:  Hon. Samuel Conti |
| ALL INDIRECT PURCHASER PLAINTIFFS | |

1   TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE THAT Claire Yan (State Bar No. 268521) of Munger, Tolles &

3 Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071-1560, hereby

4 enters an appearance as counsel of record for Defendants LG Electronics, Inc. and LG Electronics

5 U.S.A., Inc. in the above referenced matter.  Service may be made using the contact information

6 set forth below.

7

8     Claire Yan (State Bar No. 268521)
       MUNGER, TOLLES & OLSON LLP

9      355 South Grand Avenue, 34th Floor
       Los Angeles, California  90071-1560

10      Telephone:   (213) 683-9100
       Facsimile:   (213) 687-3702

11      Email:  claire.yan@mto.com

12

 DATED:  October 27, 2014     Respectfully submitted,

13

14

            MUNGER, TOLLES & OLSON LLP

15

16

            By:     */s/ Claire Yan*

17               CLAIRE YAN
            Attorneys for Defendants LG Electronics, Inc. and LG

18            Electronics U.S.A., Inc.

19

20

21

22

23

24

25

26

27

28