Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173; | **STATEMENT OF PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. REGARDING PENDING DISCOVERY MOTIONS AGAINST THOMSON SA** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |

*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-2058.

On October 23, 2014, the Court issued an order granting the Direct Action Plaintiffs' (the "DAPs") motion to compel discovery from defendant Thomson SA.  The Court also directed Sharp[1] to file within five days this statement explaining whether it wishes to continue to press its two motions for issuance of letters rogatory pursuant to the Hague Convention.  As set forth below, Sharp now respectfully requests the Court to grant one of the two motions for issuance of letters rogatory.  Thomson SA does not oppose this request.  The other motion for issuance of letters rogatory is moot.

On July 28, 2014, the DAPs moved to compel production by Thomson SA of documents located in France and Rule 30(b)(6) testimony of a Thomson SA witness educated on materials

---

[1] "Sharp" refers to plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.

located in France.  The DAPs also filed as an alternative a first motion for issuance of letters

rogatory pursuant to the Hague Convention seeking production of documents located in France.

(MDL Dkt. No. 2716.)  On August 28, 2014, the DAPs filed a separate second motion for

issuance of letters rogatory to take fact depositions of four former Thomson SA employees

located in France (Emeric Charamel, Christian Lissorgues, Agnes Martin and Didier Trutt).

(MDL Dkt. No. 2776.)  Both motions for issuance of letters rogatory remain pending.

On October 23, 2014, the Court ordered that the documents in France requested by the

DAPs should be produced pursuant to the Federal Rules of Civil Procedure, without a need to

resort to the Hague Convention.  (October 23, 2014 Order (the "Order") at MDL Dkt. No. 2945.)

We expect that Thomson SA will comply with that Order by promptly producing the documents

at issue.  For this reason, the first motion for letters rogatory for documents (MDL Dkt. No. 2716)

is moot at this time.  We reserve the right to return to the Court either to enforce the prior Order

or to seek issuance of letters rogatory, or both, in the event Thomson SA fails to comply with the

Court's Order in a timely manner.

The situation with respect to the second motion requesting depositions of four fact

witnesses located in France presents a different story.  Thomson SA is refusing to produce those

witnesses, either voluntarily or pursuant to the Court's Order.[2]  Accordingly, the second motion

for letters rogatory related to the depositions is not moot.  Thomson SA has authorized us to

represent that it no longer opposes the motion for letters rogatory with respect to the four French

witness depositions.  Declaration of Craig A. Benson ("Benson Decl.") at ¶¶ 2-4.

Consequently, we ask the Court to promptly grant the unopposed motion for letters

---

[2] Pursuant to the Court's Order, Thomson SA is agreeing to produce a Rule 30(b)(6) witness educated on the documents and materials located in France.  Benson Decl. ¶ 5.

1

2

3   rogatory (MDL Dkt. No. 2776) with respect to the depositions of the four French witnesses. [3]

4

5   DATED:  October 28, 2014          By:  /s/ Craig A. Benson

6

7                                              Kenneth A. Gallo (*pro hac vice*)
                                               Joseph J. Simons (*pro hac vice*)
                                               Craig A. Benson (*pro hac vice*)
8                                              **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                               2001 K Street, NW
9                                              Washington, DC  20006
                                               Telephone: (202) 223-7300
10                                             Facsimile: (202) 223-7420
                                               kgallo@paulweiss.com
11                                             jsimons@paulweiss.com
                                               cbenson@paulweiss.com
12

13                                             Stephen E. Taylor (SBN 058452)
                                               Jonathan A. Patchen (SBN 237346)
14                                             **TAYLOR & COMPANY LAW OFFICES, LLP**
                                               One Ferry Building, Suite 355
15                                             San Francisco, California 94111
                                               Telephone:  (415) 788-8200
16                                             Facsimile:  (415) 788-8208
                                               Email: staylor@tcolaw.com
17                                             Email: jpatchen@tcolaw.com
18

19                                             *Attorneys for Plaintiffs Sharp Electronics Corporation and*
                                               *Sharp Electronics Manufacturing Co. of America, Inc.*
20

21

22

23

24

25

26

27

28

---

[3] Pursuant to Articles 4(2) and 33 of the Hague Convention, Sharp attaches as Exhibit A French language translations of the DAPs' Letter of Request and notices for these four depositions.