Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF THE STATEMENT OF PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. REGARDING PENDING DISCOVERY MOTIONS AGAINST THOMSON SA** |

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-2058.

I, CRAIG A. BENSON, hereby declare as follows:

1. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA"). I am an active member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia, and on March 20, 2013 was granted leave to appear *pro hac vice* in this litigation. I have personal knowledge of the facts stated herein and could competently testify to these facts if called upon to do so. I submit this Declaration in support of the Statement of SEC and SEMA regarding pending discovery motions against Thomson SA.

2. On October 27, 2014, I conferred with counsel for Thomson SA to ascertain Thomson SA's views regarding the depositions of Emeric Charamel, Christian Lissorgues, Agnes Martin, and Didier Trutt.

3. Counsel for Thomson SA took the position that the Court's order dated October 23, 2014 does not require them to make the four witnesses available for deposition.

4. Counsel for Thomson SA stated that Thomson SA does not oppose the use of Hague Convention procedures to seek these four fact witness depositions, and Thomson SA's previous objections to the DAPs' motion for letters rogatory for these four depositions are withdrawn in light of the Court's October 23 Order.

5. Counsel for Thomson SA confirmed that Thomson SA will produce for deposition a Rule 30(b)(6) witness educated on documents and materials located in France.

I declare under penalty of perjury, that the foregoing is true and correct. Executed this 28th day of October, 2014, at Washington, DC.

                                              /s/ *Craig A. Benson*
                                                Craig A. Benson