| | |
|---|---|
| Calvin L. Litsey (SBN 289659) | Jeffrey S. Roberts (*pro hac vice*) |
| FAEGRE BAKER DANIELS LLP | FAEGRE BAKER DANIELS LLP |
| 1950 University Avenue, Suite 450 | 3200 Wells Fargo |
| East Palo Alto, CA 94303-2279 | 1700 Lincoln Street |
| Telephone: +1 650-324-6700 | Denver, CO 80203 |
| Facsimile: +1 650-324-6701 | Telephone: +1 303-607-3500 |
| calvin.litsey@FaegreBD.com | Facsimile: +1 303-607-3600 |
| | jeff.roberts@FaegreBD.com |
| Kathy L. Osborn (*pro hac vice*) | |
| Ryan M. Hurley (*pro hac vice*) | Stephen M. Judge (*pro hac vice*) |
| FAEGRE BAKER DANIELS LLP | FAEGRE BAKER DANIELS LLP |
| 300 N. Meridian Street, Suite 2700 | 202 S. Michigan Street, Suite 1400 |
| Indianapolis, IN 46204 | South Bend, IN 46601 |
| Telephone: +1 317-237-0300 | Telephone: +1 574-234-4149 |
| Facsimile: +1 317-237-1000 | Facsimile: +1 574-239-1900 |
| kathy.osborn@FaegreBD.com | steve.judge@FaegreBd.com |
| ryan.hurley@FaegreBD.com | |

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF THOMSON SA'S RESPONSE TO THE SHARP PLAINTIFFS' STATEMENT REGARDING PENDING DISCOVERY MOTIONS** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.,* No. 13-cv-05724; | |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.,* No. 13-cv-05261; | Judge: Hon. Samuel Conti |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264; | |
| *Interbond Corporation of America v. Technicolor SA, et al.,* No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-05726; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.,* No. 13-cv-05723; | |

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.,* No. 31:cv-05725;

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.,* No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No. 13-cv-00157

*Dell Inc. v. Hitachi Ltd.,* No. 13-cv-02171;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.,* No. 13-cv-01173

*ViewSonic Corporation v. Chunghwa Corp., et al.,* No. 14-cv-02510

I, Jeffrey S. Roberts, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants, Technicolor SA (f/k/a Thomson SA). I am an active member in good standing of the bars of the State of Colorado and am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California. I make this declaration in support of Thomson SA's Response to the Sharp Plaintiffs' Statement Regarding Pending Discovery Motions. The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. In May 2014, I spoke with Agnés Martin, Didier Trutt, and Emeric Charamel. None of them are currently employed by Technicolor SA or any subsidiary or affiliate, and each stated that he or she would not willingly sit for a deposition in this case. Others at Thomson SA have also discussed this issue Martin, Trutt and Charamel and have received the same response.

DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF THOMSON SA'S RESPONSE TO SHARP'S STATEMENT

No. 07-5944-SC; MDL No. 1917

2

3. Technicolor SA and its counsel do not have current contact information for Christian Lissorgues despite having attempted to secure it and have not been able to speak with him regarding this case.

4. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the April 18, 2014 e-mail from Kathy Osborn to counsel for Sharp and liaison counsel for DAPs.

5. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the October 24, 2014 e-mail from Kathy Osborn to counsel for Sharp.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 29th day of October 2014, at Denver, Colorado.

/s/ Jeffrey S. Roberts