# Exhibit B

**From:** Osborn, Kathy L.
**Sent:** Friday, October 24, 2014 2:35 PM
**To:** Benson, Craig A; Roberts, Jeffrey S.
**Cc:** Gallo, Kenneth A; Hurley, Ryan M.
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation, 3:07-cv-5944-SC (N.D. Cal.)

Craig:

We have reviewed the Court's order and are presently investigating our options in response to the Court's order regarding the production of documents and Thomson SA's Rule 30(b)(6) designee. We appreciate your deadline with the Court, but we also need time to confer with our client.

With regard to the availability of French witnesses for depositions—something not at issue in DAPs' motion and thus in no way compelled by the recent order—let me remind you that all those individuals are former employees, we have no control over them and we have no ability to require any of them to sit for depositions. As we have previously conveyed to you, we have never been able to locate or contact Mr. Lissorgues and have never spoken with him. We are willing to attempt to reach out to the other three witnesses again but, as we have previously informed you, they have all told us they will not voluntarily sit for depositions. It thus continues to be likely that proceedings under the Hague Convention will be necessary with respect to French witnesses outside of Thomson SA's control.

Are you available for a call about these issues on Monday, sometime after noon eastern?

Regards,
Kathy

**Kathy L. Osborn**
*Partner*
kathy.osborn@FaegreBD.com

**Direct:** +1 317 237 8261
**Mobile:** +1 317 694 0862

FaegreBD.com   Download vCard

**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

**From:** Benson, Craig A [mailto:cbenson@paulweiss.com]
**Sent:** Thursday, October 23, 2014 4:43 PM
**To:** Osborn, Kathy L.; Roberts, Jeffrey S.
**Cc:** Gallo, Kenneth A
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation, 3:07-cv-5944-SC (N.D. Cal.)

Kathy and Jeff:

In light of the recent order from the Court, please advise whether Thomson SA will produce the documents from France called for in the Court's order, whether Thomson SA's 30(b)(6) witness will be educated with those documents, and whether Thomson SA will make available Mr. Lissorgues, Mr. Charamel, Ms. Martin, and Mr. Trutt. We must inform the Court within 5 days of any open issues so we would obviously be grateful for a prompt answer.

Best regards,
Craig

**Craig Benson | Partner**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7343 (Direct Phone) | (202) 204-7343 (Direct Fax)
cbenson@paulweiss.com | www.paulweiss.com