1  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
2  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  LAURA K. LIN (State Bar No. 281542)
   laura.lin@mto.com
5  CATHLEEN H. HARTGE (State Bar No. 296547)
   cathleen.hartge@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
7  Twenty-Seventh Floor
   San Francisco, California 94105-2907
8  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077

Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., and LG Electronics
Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE OF LAURA K. LIN** |
| ALL DIRECT PURCHASER ACTIONS | |
| and | |
| ALL INDIRECT PURCHASER ACTIONS | Judge:   The Honorable Samuel Conti |

3:07-md-05944-sc  MDL No. 1917

NOTICE OF APPEARANCE OF COUNSEL OF LAURA K. LIN

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Laura K. Lin (State Bar No. 281542) of Munger, Tolles & Olson LLP, 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907, hereby enters an appearance as counsel of record for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. in the above referenced matter.  Service may be made using the contact information set forth below.

> Laura K. Lin (State Bar No. 281542)
> MUNGER, TOLLES & OLSON LLP
> 560 Mission Street
> Twenty-Seventh Floor
> San Francisco, California 94105-2907
> Telephone:    (415) 512-4000
> Facsimile:    (415) 512-4077
> Email: laura.lin@mto.com

DATED:  October 30, 2014

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:   */s/ Laura K. Lin*
            Laura K. Lin

Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., and
LG Electronics Taiwan Taipei Co., Ltd.