**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) MDL No. 1917 |
| | ) |
| | ) Case No. C-07-5944-SC |
| This Order Relates To: | ) |
| | ) ORDER REQUESTING |
| INDIRECT PURCHASER ACTIONS | ) SUPPLEMENTAL MATERIALS |
| | ) |
| <u>Sharp Electronics Corp. v. Hitachi Ltd.</u>, No. C-13-1173; | ) |
| | ) |
| <u>Sharp Electronics Corp. v. Technicolor SA</u>, No. 13-cv-02776; | ) |
| | ) |
| <u>Siegel v. Technicolor SA</u>, No. 13-cv-05261; | ) |
| | ) |
| <u>Siegel v. Hitachi, Ltd.</u>, No. 11-cv-05502; | ) |
| | ) |
| <u>Best Buy Co., Inc. v. Hitachi Ltd.</u>, No. 11-cv-05513; | ) |
| | ) |
| <u>Target Corp. v. Technicolor SA</u>, No. 13-cv-05686; | ) |
| | ) |
| <u>Target Corp. v. Chunghwa Picture Tubes, Ltd.</u>, No. 11-cv-05514 | ) |
| | ) |
| <u>ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.</u>, No. 14-cv-02510; | ) |
| | ) |
| <u>Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA</u>, No. 3:13-cv-05262; | ) |
| | ) |
| <u>Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes Ltd.</u>, No. 13-cv-05686; | ) |
| | ) |

**United States District Court**
For the Northern District of California

1     Now before the Court are motions related to the structuring

2   the trial of these matters.  Simplifying somewhat, Indirect

3   Purchaser Plaintiffs ("IPPs") and Direct Action Plaintiffs ("DAPs")

4   whose cases were filed in the Northern District of California

5   jointly move for consolidation of the DAP cases for an initial

6   trial followed by a separate IPP trial.  ECF Nos. 2897 ("IPP/DAP

7   Mot."); 2903 ("Best Buy Joinder").  Defendants oppose this

8   proposal, instead cross-moving for the consolidation of all cases

9   for a single joint trial.  ECF No. 2914 ("Defs. Cross-Mot.").

10     The Court must weigh several considerations in assessing these

11   motions including, among other things, the risk of jury confusion.

12   The Court's analysis of that risk would be aided by the submission

13   of proposed special verdict forms.  Accordingly, IPPs/DAPs and

14   Defendants are hereby ORDERED to file proposed special verdict

15   forms for use in assessing their proposed trial plans within

16   fourteen (14) days.  The parties shall not be bound to advance the

17   same verdict form in any pretrial filings; instead the proposed

18   forms will only be used by the Court in assessing the instant

19   motions.  If necessary, each side may file a memorandum of no more

20   than five (5) pages confined to an explanation of its individual

21   proposed special verdict form.

22

23     IT IS SO ORDERED.

24

25   Dated: November 3, 2014

26                                    UNITED STATES DISTRICT JUDGE

27

28