**United States District Court**
For the Northern District of California

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | | |
| 4 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION ) ) | MDL No. 1917 |
| 5 | _____ ) ) | Case No. C-07-5944-SC |
| 6 | This Order Relates To: ) ) | ORDER RE: THOMSON LETTERS OF REQUEST |
| 7 | Sharp Electronics Corp. v. Hitachi Ltd., No. C-13-1173-SC; ) ) | |
| 8 | Electrograph Systems, Inc. v. Technicolor SA, No. 13-cv-05724; ) ) ) | |
| 9 | | | |
| 10 | Siegel v. Technicolor SA, No. 13-cv-05261; ) ) | |
| 11 | Best Buy Co., Inc. v. Technicolor SA, No. 13-cv-05264; ) ) | |
| 12 | | | |
| 13 | Target Corp. v. Technicolor SA, No. 13-cv-05686 ) ) | |
| 14 | Interbond Corporation of America v. Technicolor SA, No. 13-cv-05727; ) ) ) | |
| 15 | | | |
| 16 | Office Depot, Inc. v. Technicolor SA, No. 13-cv-05726; ) ) | |
| 17 | | | |
| 18 | Costco Wholesale Corporation v. Technicolor SA, No. 13-cv-05723; ) ) | |
| 19 | P.C. Richard & Son Long Island Corporation v. Technicolor SA, No. 13-cv-05725; ) ) ) | |
| 20 | | | |
| 21 | Schultze Agency Services, LLC v. Technicolor SA, Ltd., No. 13-cv-05668; ) ) ) | |
| 22 | | | |
| 23 | Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262; ) ) ) | |
| 24 | | | |
| 25 | Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157; ) ) ) | |
| 26 | | | |
| 27 | Crago, et al. v. Mitsubishi Elec. Corp., et al., No. 14-cv-02058. ) ) | |
| 28 | ) | |

Now before the Court are two motions seeking the issuance of letters of request for international judicial assistance in obtaining documents and witnesses in France from Defendant Thomson SA.  Specifically, Direct Action Plaintiffs ("DAPs") seek the issuance of letters of request for international judicial assistance in the production of documents, ECF No. 2716 ("Docs. Mot."), and depositions in France, ECF No. 2776 ("Depos. Mot."), pursuant to the procedures of the Hague Convention.[1]  Previously, the Court issued an order resolving most of the pending discovery issues related to Thomson SA, ECF No. 2945 ("Thomson Discovery Order"), but ordered Sharp, the chief proponent of these motions, to file a statement explaining whether, in light of that order, the motions for the issuance of letters of request are moot.  Sharp has since filed that statement, ECF No. 2949 ("Sharp Statement"), and explained that while the motion for the issuance of letters of request seeking documents is moot, its motion for letters of request seeking depositions is still ripe.  Id. at 2.  In that statement, Sharp explains that Thomson has withdrawn its opposition to the remaining motion seeking issuance of letters of request in depositions.  Id. at 3; ECF No. 2949-2 ("Benson Decl.") at ¶ 4.

///
///
///
///
///

---

[1] Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Mar. 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444 (codified at 28 U.S.C. § 1780) ("Hague Convention").

Accordingly, the Court orders as follows:

- Sharp's motion seeking the issuance of letters of request for international judicial assistance in the production of documents is DENIED as moot.
- Sharp's motion seeking the issuance of letters of request for international judicial assistance in depositions is GRANTED.

IT IS SO ORDERED.

Dated: November 3, 2014

UNITED STATES DISTRICT JUDGE

3