Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>    PLAINTIFFS,<br><br>    V.<br><br>HITACHI, LTD., *ET AL.*,<br><br>    DEFENDANTS. | **STIPULATION OF DISMISSAL OF HITACHI DEFENDANTS** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Hitachi, Ltd.,
Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and
Hitachi Electronic Devices (USA), Inc. (collectively, "Hitachi"), by and through undersigned counsel,
stipulate and agree that Dell hereby dismisses with prejudice all claims being asserted against Hitachi

in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  In support of this stipulation of dismissal, the parties state as follows:

1.     Dell and Hitachi seek the dismissal of this action with prejudice.

2.     This stipulation does not affect the rights or claims Dell may have against any other defendant or co-conspirator in this litigation.

3.     Each side shall bear its own costs.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

1

2

3     DATED: November 4, 2014              Respectfully submitted,

      By  */s/ Michael P. Kenny*            .
4          Michael P. Kenny, Esq. (GA Bar No. 415064)
           mike.kenny@alston.com
5          Debra D. Bernstein, Esq. (GA Bar No. 054998)
           debra.bernstein@alston.com
6          Matthew D. Kent, Esq. (GA Bar No. 526272)
           matthew.kent@alston.com
7          ALSTON & BIRD LLP
           1201 West Peachtree Street
8          Atlanta, Georgia  30309-3424
           Tel: (404) 881-7000
9          Facsimile: (404) 881-7777

10         James M. Wagstaffe, Esq. (SBN 95535)
           wagstaffe@kerrwagstaffe.com
11         Kerr & Wagstaffe LLP
           100 Spear Street, 18th Floor
12         San Francisco, California 94105-1576
           Tel: (415) 371-8500
13         Facsimile: (415) 371-0500

14         *Attorneys for Plaintiffs Dell Inc. and Dell Products
           L.P.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL OF HITACHI DEFENDANTS                    3:13-cv-02171-SC
                                                                 MDL No. 1917

DATED: November 4, 2014

By: */s/ Eliot A. Adelson*
       Eliot A. Adelson
       eadelson@kirkland.com
       James Maxwell Cooper
       max.cooper@kirkland.com
       Kirkland & Ellis LLP
       555 California Street
       San Francisco, CA 94104
       Tel: (415) 439-1413
       Fax: (415) 439-1500

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

- 4 -