Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) <br><br> MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) <br><br> DELL INC. AND DELL PRODUCTS L.P., <br><br> PLAINTIFFS, <br><br> V. <br><br> HITACHI, LTD., *ET AL.*, <br><br> DEFENDANTS. | **STIPULATION OF DISMISSAL OF TOSHIBA DEFENDANTS** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, "Toshiba"), by and through undersigned counsel, stipulate and agree that Dell hereby dismisses with prejudice all claims being

- 1 -

- 2 -

asserted against Toshiba in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  In support of this stipulation of dismissal, the parties state as follows:

1. Dell and Toshiba seek the dismissal of this action with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. This stipulation does not affect the rights or claims Dell may have against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

DATED: November 4, 2014			Respectfully submitted,

By: */s/ Michael P. Kenny*			.
 Michael P. Kenny, Esq. (GA Bar No. 415064)
 mike.kenny@alston.com
 Debra D. Bernstein, Esq. (GA Bar No. 054998)
 debra.bernstein@alston.com
 Matthew D. Kent, Esq. (GA Bar No. 526272)
 matthew.kent@alston.com
 ALSTON & BIRD LLP
 1201 West Peachtree Street
 Atlanta, Georgia 30309-3424
 Tel: (404) 881-7000
 Facsimile: (404) 881-7777

 James M. Wagstaffe, Esq. (SBN 95535)
 wagstaffe@kerrwagstaffe.com
 Kerr & Wagstaffe LLP
 100 Spear Street, 18th Floor
 San Francisco, California 94105-1576
 Tel: (415) 371-8500
 Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

1  DATED: November 4, 2014
2                                             By:  */s/ Christopher M. Curran*
3                                                   Christopher M. Curran
                                                    ccurran@whitecase.com
4                                                   WHITE & CASE, LLP
                                                    701 13th Street, N.W.
5                                                   Washington, DC 20005
                                                    Tel: (202) 626-3600
6                                                   Fax: (202) 639-9355

7                                                   *Counsel for Defendants Toshiba Corporation,*
                                                    *Toshiba America Information Systems, Inc.,*
8                                                   *Toshiba America Consumer Products, L.L.C., and*
                                                    *Toshiba America Electronic Components, Inc.*
9

10  Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of

11  this document has been obtained from each of the above signatories.