Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
        mjmcburney@crowell.com
        aheaven@crowell.com

*Counsel for Plaintiffs Target Corp.
and ViewSonic Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C-07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Target Corp. v. Chunghwa Picture Tubes Ltd., et al.*, No. 3 :11-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 3 :13-cv-05686-SC<br><br>*Viewsonic Corp.v. Chunghwa Picture Tubes Ltd., et al.*, No. 3:14-cv-02510-SC | **NOTICE OF APPEARANCE BY MATTHEW J. MCBURNEY** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Matthew J. McBurney of Crowell & Moring LLP hereby appears as counsel on behalf of Target Corporation ("Target") and ViewSonic Corporation

-1-

("ViewSonic") in the above-captioned actions.  Target and ViewSonic respectfully request that all pleadings and other documents be served upon Matthew J. McBurney using the contact information set forth below.

        Matthew J. McBurney *(pro hac vice)*
        CROWELL & MORING LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone:  202-624-2500
        Facsimile:  202-628-5116
        E-mail:  mmcburney@crowell.com

Dated:  November 4, 2014        Respectfully submitted,

        */s/ Matthew J. McBurney*

        Jerome A. Murphy *(pro hac vice)*
        Matthew J. McBurney *(pro hac vice)*
        Astor H.L. Heaven *(pro hac vice)*
        CROWELL & MORING LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone:  202-624-2500
        Facsimile:  202-628-5116
        E-mail:  jmurphy@crowell.com
                mmcburney@crowell.com
                aheaven@crowell.com

        Jason C. Murray (CA Bar No. 169806)
        Robert B. McNary (CA Bar No. 253745)
        CROWELL & MORING LLP
        515 South Flower St., 40th Floor
        Los Angeles, CA 90071
        Telephone:  213-443-5582
        Facsimile:  213-622-2690
        Email: jmurray@crowell.com
               rmcnary@crowell.com

        *Counsel for Target Corporation and ViewSonic Corporation*