Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Tel: (213) 443-5582
Fax: (213) 622-2690
Email: jmurray@crowell.com

*Attorney for Plaintiff ViewSonic Corp.*

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,
Toshiba Corporation, Toshiba America Information
Systems, Inc. and Toshiba America Electronic
Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PRESERVATION OF ARGUMENTS FOR APPEAL** |

Pursuant to Civil Local Rule 7-12 and Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. (collectively the "Toshiba Entities") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No 1917) (the "MDL Proceedings");

WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings, naming the Toshiba Entities among others, as Defendants (the "ViewSonic Complaint");

WHEREAS, on June 28, 2014, the Toshiba Entities waived formal service of the ViewSonic Complaint;

WHEREAS, certain other plaintiffs, including the Direct Purchaser Plaintiffs ("DPPs"), the Indirect Purchaser Plaintiffs ("IPPs") and the Direct Action Plaintiffs ("DAPS") have filed substantially similar Complaints or Amended Complaints alleging the same or similar conduct and naming the Toshiba Entities as Defendants;

WHEREAS, ViewSonic and the Toshiba Entities wish to avoid unnecessary briefing and preserve any and all appeal rights of ViewSonic and the Toshiba Entities;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. All motions decided in the MDL to date are deemed to have been raised by the Toshiba Entities against the ViewSonic Complaint, and the arguments raised in any such motions are preserved for appellate purposes as if they had been made by the Toshiba Entities against the ViewSonic Complaint.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

| | |
|---|---|
| Dated:  November 5, 2014 | Respectfully submitted, |
| | CROWELL & MORING LLP |
| | By:  _____/s/_____ |
| | JASON C. MURRAY (CA Bar No. 169806)<br>515 South Flower St., 40th Floor |


Dated:  November 5, 2014

Respectfully submitted,

CROWELL & MORING LLP

By:   _____/s/_____

JASON C. MURRAY (CA Bar No. 169806)
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Tel: (213) 443-5582
Fax: (213) 622-2690
Email: jmurray@crowell.com

JEROME A. MURPHY (*pro hac vice*)
ASTOR H.L. HEAVEN (*pro hac vice*)
1001 Pennsylvania Ave., NW
    Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
Email jmurphy@crowell.com
    aheaven@crowell.com
*Counsel for ViewSonic Corporation*

**WHITE & CASE**LLP

By:_____/s/_____

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355
*Counsel to Defendants Toshiba America,
Inc., Toshiba Corporation, Toshiba America
Information Systems, Inc. and Toshiba
America Electronic Components, Inc.*

STIPULATION AND [PROPOSED] ORDER PRESERVING ARGUMENTS FOR
Case No. 07-5944 SC
MDL No. 1917

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 5th day of November, 2014, at Washington, DC.

By:   /s/          
      Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER PRESERVING ARGUMENTS FOR
Case No. 07-5944 SC
MDL No. 1917
3

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3
    Dated: _____          _____
4
                                                         Hon. Samuel Conti
5                                                     United States District Judge

**CERTIFICATE OF SERVICE**

On November 5, 2014, I caused a copy of the "STIPULATION AND [PROPOSED] ORDER PRESERVING ARGUMENTS ON APPEAL" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By:   /s/  
       Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER PRESERVING ARGUMENTS FOR APPEAL
Case No. 07-5944 SC
MDL No. 1917