GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*CompuCom Sys., Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06396-SC<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275-SC<br><br>*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC<br><br>*P.C. Richard & Son Long Island Corp. et al. v. Hitachi, Ltd. et al.*, No. 3:12-cv-02648-SC<br><br>*Schultze Agency Services, LLC v. Hitachi, Ltd. et al.*, No. 3:12-cv-02649-SC<br><br>*Sears, Roebuck and Co. et al. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:      December 12, 2014<br>Time:     10:00 A.M.<br>Judge:   Hon. Samuel Conti |

On December 12, 2014, the Court held a hearing on Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion to Dismiss for Lack of Personal Jurisdiction ("Motion") in the above-captioned actions.  The Court having considered all papers filed in support of and in opposition to said Motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety.

Judgment is entered for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. on the following Direct Action Plaintiffs' claims:  Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, LLC; CompuCom Systems, Inc.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corp.; MARTA Cooperative of America, Inc.; ABC Appliance; Sears, Roebuck and Co.; Kmart Corp.; Target Corp.; and Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC.

**IT IS SO ORDERED.**

DATED: _____, 2014

_____
Honorable Samuel Conti
U.S. District Judge

1

[Proposed] Order Granting CPT and CPTM's Motion to Dismiss for Lack of Personal Jurisdiction
Master Case No. 07-cv-5944 SC

# DECLARATION OF SERVICE

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date below, I served the within:

**[PROPOSED] ORDER GRANTING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on November 5, 2014. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on November 5, 2014, at San Francisco, California.

/s/ *Joseph Hansen*
Joseph Hansen

101828670.1

2

[PROPOSED] ORDER GRANTING CPT AND CPTM'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
MASTER CASE NO. 07-CV-5944 SC