Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:11-cv-05514-SC  *Target Corp., et al. v. Technicolor SA, et al.,* Case No. 3:13-cv-05686-SC | Master File No. 3:07-cv-05944-SC  MDL No. 1917  **STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS UNDER STATE LAW**  Judge:  Hon. Samuel Conti |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Target Corporation ("Plaintiff"), and defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia), Irico Group Corporation, Irico Group Electronics Co., Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LP Displays International Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing Matsushita Color CRT Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samtel Color Ltd., Thai CRT Co., Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Videocon Industries, Ltd., Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC), Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc., being all the defendants in this case (collectively, "Defendants") state as follow:

On October 3, 2013, Target Corporation filed its Second Amended Complaint ("SAC") in individual case number 3:11-cv-05514-SC (MDL Master Dkt. No. 1981). On December 9, 2013, Target filed its Complaint in individual case number 3:13-cv-05686-SC (Ind. Case Dkt. No. 1) (the "Thomson/Mitsubishi/TDA Complaint"). The SAC and the Thomson/Mitsubishi/TDA Complaint are the "Complaints." In the Complaints, Target asserts claims for relief against Defendants under the Sherman Act, the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code

10/1, *et seq.*, Iowa Code §§ 553.1, *et. seq.*, Kansas Stat. Ann. §§ 50-101, *et. seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*

Plaintiff now desires to dismiss with prejudice its claims against Defendants under the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et. seq.*, Kansas Stat. Ann. §§ 50-101, *et. seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.* Plaintiff is not dismissing, and will continue to prosecute, its claims against Defendants under the Sherman Act.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the claims of Plaintiff asserted against Defendants in these cases under the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et. seq.*, Kansas Stat. Ann. §§ 50-101, *et. seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.* are dismissed with prejudice. Both Plaintiff and Defendants agree to bear their own costs and fees with respect to the dismissed claims. This dismissal does not apply to the claims of Plaintiff asserted against Defendants in these cases under the Sherman Act.

//
//
//
//

| | |
|---|---|
| Dated: November 5, 2014 | */s/ Jason C. Murray* |
| | Jason C. Murray (CA Bar No. 169806) |
| | Robert B. McNary (CA Bar No. 253745) |
| | CROWELL & MORING LLP |
| | 515 South Flower St., 40th Floor |
| | Los Angeles, CA 90071 |
| | Telephone: 213-443-5582 |
| | Facsimile: 213-622-2690 |
| | Email: jmurray@crowell.com |
| | rmcnary@crowell.com |
| | |
| | Jerome A. Murphy *(pro hac vice)* |
| | Matthew J. McBurney *(pro hac vice)* |
| | Astor H.L. Heaven *(pro hac vice)* |
| | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| | Telephone: 202-624-2500 |
| | Facsimile: 202-628-5116 |
| | Email: jmurphy@crowell.com |
| | mmcburney@crowell.com |
| | aheaven@crowell.com |
| | |
| | *Attorney for Plaintiff Target Corporation* |

*/s/ Joel Steven Sanders*
Joel Steven Sanders
jsanders@gibsondunn.com
Rachel S. Brass
rbrass@gibsondunn.com
Christine A. Fujita
cfujita@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933
Tel: 415-393-8200

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*


*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
jkessler@winston.com
A. Paul Victor
pvictor@winston.com
Eva W. Cole
ewcole@winston.com
Molly M. Donovan
mmdonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700

David L. Yohai
david.yohai@weil.com
Steven A. Reiss
steven.reiss@weil.com
Adam C. Hemlock
adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*


*/s/ Hojoon Hwang*

Hojoon Hwang
hojoon.hwang@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

William D. Temko
william.temko@mto.com
Jonathan E. Altman
jonathan.altman@mto.com
Bethany W. Kristovich
bethany.kristovich@mto.com
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel. (213) 683-9100

*Counsel for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*


*/s/ Mark C. Dosker*

Mark C. Dosker
mark.dosker@squiresanders.com
Nathan Lane, III
nathan.lane@squiresanders.com
SQUIRE SANDERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 954-0200

*Counsel for Defendant Technologies Displays Americas LLC and Videocon Industries, Ltd.*

|     |     |
| --- | --- |
| 1   |     |
| 2   | */s/ John Taladay* |
| 3   | John Taladay<br>john.taladay@bakerbotts.com |
| 4   | Joseph Ostoyich<br>joseph.ostoyich@bakerbotts.com |
| 5   | Charles M. Malaise<br>Charles.malaise@bakerbotts.com |
| 6   | Erik T. Koons<br>erik.koons@bakerbotts.com |
| 7   | BAKER BOTTS LLP<br>The Warner |
| 8   | 1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400 |
| 9   | Tel: (202) 639-7909 |
| 10  |     |
| 11  | Jon V. Swenson<br>jon.swenson@bakerbotts.com |
| 12  | BAKER BOTTS LLP<br>1001 Page Mill Road |
| 13  | Building One, Suite 200<br>Palo Alto, CA 94304 |
| 14  | Tel. (650) 739-7500 |
| 15  | *Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* |
| 16  |     |
| 17  |     |
| 18  |     |
| 19  | */s/ Richard Snyder* |
| 20  | Christine Laciak<br>christine.laciak@freshfields.com |
| 21  | Richard Snyder<br>richard.snyder@freshfields.com |
| 22  | Craig D. Minerva<br>craig.minerva@freshfields.com |
| 23  | Bruce C. McCulloch<br>bruce.mcculloch@freshfields.com |
| 24  |     |
| 25  | Terry Calvani<br>terry.calvani@freshfields.com |
| 26  | FRESHFIELDS BRUCKHAUS &<br>DERINGER US, LLP |
| 27  | 700 13th Street, NW, 10th Floor |
| 28  |     |

Washington, DC 20005-3960
Tel: (202) 777-4500

*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.*


/s/ Lucius B. Lau
———————————————
Christopher M. Curran
ccurran@whitecase.com
Lucius B. Lau
alau@whitecase.com
Dana E. Foster
defoster@whitecase.com
WHITE & CASE, LLP
701 13th Street, NW
Washington, DC 20005
Tel: (202) 626-3600

*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*


/s/ Eliot A. Adelson
———————————————
Eliot A. Adelson
eadelson@kirkland.com
James Maxwell Cooper
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

James H. Mutchnik
jmutchnik@kirkland.com
Kate Wheaton
kate.wheaton@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.,*

/s/ James L. McGinnis
Gary L. Halling
ghalling@sheppardmullin.com
James L. McGinnis
jmcginnis@sheppardmullin.com
Michael Scarborough
mscarborough@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Tel: (415) 434-9100

*Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.*

/s/ Terrence J. Truax
Brent Caslin
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel: (213) 239-5100

Terrence J. Truax
ttruax@jenner.com
Michael T. Brody
mbrody@jenner.com
Shaun M. Van Horn
svanhorn@jenner.com
Gabriel A. Fuentes
gfuentes@jenner.com
Molly M. Powers

STIP. AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE
PLAINTIFF'S CLAIMS UNDER STATE LAW MDL NO. 1917
9

mpowers@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350

*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Electric Visual Solutions America, Inc.*

/s/ Kathy Osborn
Calvin L. Litsey
calvin.litsey@faegrebd.com
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Tel: (650) 324-6700

Kathy Osborn
kathy.osborn@faegrebd.com
Ryan M. Hurley
ryan.hurley@faegrebd.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300

Jeffrey S. Roberts
Jeff.roberts@faegrebd.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Tel: (303) 607-3500

Stephen M. Judge
Steve.judge@faegrebd.com
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Tel: (574) 234-4149

*Counsel for Defendants Technicolor SA and Technicolor USA, Inc.*

Pursuant to General Order No. 45, § X-B, the filer asserts that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 5, 2014                             By: */s/Jason C. Murray*
                                                        Jason C. Murray

**IT IS SO ORDERED.**

Dated: _____          _____
                                       Hon. Samuel Conti
                                       United States District Judge