White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    (Stipulating Parties Listed on Signature Pages)

2

3

4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
     (SAN FRANCISCO DIVISION)
6

7

8    IN RE: CATHODE RAY TUBE (CRT)            Case No. 07-5944 SC
     ANTITRUST LITIGATION                     MDL No. 1917
9

10

11

12

13   This Document Relates to:               **STIPULATION AND [PROPOSED]
                                             ORDER VOLUNTARILY
14   *Sears, Roebuck and Co., et al. v. Chunghwa    DISMISSING SEARS AND
     Picture Tubes, Ltd., et al.*, No. 11-cv-05514   KMART'S MASSACHUSETTS
15                                           CONSUMER PROTECTION ACT
16   *Sears, Roebuck and Co., et al. v. Technicolor    CLAIM**
     SA, et al.*, No. 13-cv-05262
17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1       Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned Defendants and Plaintiffs

2   Sears Roebuck and Co. and Kmart Corp. (collectively, the "Stipulating Plaintiffs"), have

3   conferred by and through their counsel and, subject to the Court's approval, HEREBY

4   STIPULATE AS FOLLOWS:

5       WHEREAS, there is pending in the United States District Court for the Northern

6   District of California a multidistrict consolidated proceeding comprised of actions brought on

7   behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as

8   *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No.

9   1917) (the "MDL Proceedings");

10      WHEREAS, on October 3, 2013, the Stipulating Plaintiffs filed a Second Amended

11  Complaint for Damages and Injunctive Relief ("Second Amended Complaint") in which the

12  Stipulating Plaintiffs assert a cause of action under the Massachusetts Consumer Protection

13  Act (MDL Dkt. No. 1973, ¶ 256);

14      WHEREAS, on November 13, 2013, the Stipulating Plaintiffs filed a separate

15  Complaint for Damages and Injunctive Relief in which the Stipulating Plaintiffs assert a

16  cause of action under the Massachusetts Consumer Protection Act (Case No. 13-05262, Dkt.

17  No. 1, ¶ 265);

18      WHEREAS, on October 3, 2013, Schultze Agency Services, LCC ("Tweeter") filed a

19  First Amended Complaint ("Tweeter's First Amended Complaint") in which it asserts a

20  cause of action under the Massachusetts Consumer Protection Act (MDL Dkt. No. 1980,

21  ¶¶ 236-253);

22      WHEREAS, on November 4, 2013, Defendants Toshiba Corporation, Toshiba

23  America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information

24  Systems, Inc., and Toshiba America Electronic Components, Inc. moved to dismiss

25  Tweeter's First Amended Complaint (MDL Dkt. No. 2108) (the "Motion to Dismiss") in part

26  because the Massachusetts Consumer Protection Act does not confer indirect purchaser

27  standing to entities engaged in trade or commerce;

28

1    WHEREAS, on November 4, 2013, Koninklijke Philips N.V., and Philips Electronics

2  North America Corporation joined the Motion to Dismiss (MDL Dkt. No. 2187);

3    WHEREAS, on March 13, 2014, the Court entered an order granting in part and

4  denying in part the Motion to Dismiss (MDL Dkt. No. 2436) (the "Motion to Dismiss

5  Order");

6    WHEREAS, the Court's Motion to Dismiss Order dismissed with prejudice

7  Tweeter's Massachusetts Consumer Protection Act claim against Toshiba Corporation,

8  Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America

9  Information Systems, Inc., Toshiba America Electronic Components, Inc., Koninklijke

10  Philips N.V., and Philips Electronics North America Corporation;

11    WHEREAS, the undersigned Defendants seek to dismiss the Stipulating Plaintiffs'

12  Massachusetts Consumer Protection Act Claim relying upon the same Massachusetts law

13  arguments that were presented in the Motion to Dismiss; and

14    WHEREAS, the Stipulating Plaintiffs and the undersigned Defendants seek to resolve

15  the Defendants' Massachusetts Consumer Protection Act arguments in a manner that

16  conserves the resources of the Court while at the same time preserving any and all appeal

17  rights of both the Stipulating Plaintiffs and the undersigned Defendants;

18    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between

19  counsel for the Stipulating Plaintiffs and counsel for the undersigned Defendants in the

20  above-captioned actions, as follows:

21    1.    The Stipulating Plaintiffs' Massachusetts Consumer Protection Act claim is

22        voluntarily dismissed with prejudice;

23    2.    By virtue of this Stipulation, the Stipulating Plaintiffs and the undersigned

24        Defendants do not waive any of their appeal rights to the state law issues

25        addressed in this Stipulation.

26    3.    This Stipulation has no bearing on, and is without prejudice to, all other

27        claims asserted by the Stipulating Plaintiffs.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

Dated:  November 6, 2014

Respectfully submitted,

2

**WHITE & CASE LLP**

3

By: */s/ Lucius B. Lau*

4

CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com

5

LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com

6

DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com

7

**WHITE & CASE LLP**

8

701 Thirteenth Street, N.W.
Washington, DC 20005

9

Telephone: (202) 626-3600
Facsimile: (202) 639-9355

10

11

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America*

12

*Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America*

13

*Electronic Components, Inc.*

14

15

KENNY NACHWALTER, P.A.

16

By: */s/ Samuel J. Randall*

17

Richard Alan Arnold, Esquire (p*ro hac vice*)
William J. Blechman, Esquire (*pro hac vice*)

18

Kevin J. Murray (*pro hac vice*)
**KENNY NACHWALTER, P.A.**

19

201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131

20

Tel:    (305) 373-1000

21

Fax:    (305) 372-1861

22

Email: rarnold@knpa.com

23

wblechman@knpa.com
kmurray@knpa.com

24

*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.*

25

26

27

28

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   WINSTON & STRAWN LLP

2   By: */s/ Jeffrey L. Kessler*
    JEFFREY L. KESSLER (*pro hac vice*)
3   JKessler@winston.com
    A. PAUL VICTOR (*pro hac vice*)
4   PVictor@winston.com
    ALDO A. BADINI (SBN 257086)
5   ABadini@winston.com
    EVA W. COLE (*pro hac vice*)
6   EWCole@winston.com
    MOLLY M. DONOVAN
7   MMDonovan@winston.com
    **WINSTON & STRAWN LLP**
8   200 Park Avenue
    New York, NY 10166
9   Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
10
11
    STEVEN A. REISS (*pro hac vice*)
12  steven.reiss@weil.com
    DAVID L. YOHAI (*pro hac vice*)
13  david.yohai@weil.com
    ADAM C. HEMLOCK (*pro hac vice*)
14  adam.hemlock@weil.com
    **WEIL, GOTSHAL & MANGES LLP**
15  767 Fifth Avenue
    New York, New York 10153-0119
16  Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
17
18
    *Attorneys for Defendants Panasonic Corporation*
19  *(f/k/a Matsushita Electric Industrial Co., Ltd.),*
    *Panasonic Corporation of North America, MT*
20  *Picture Display Co., Ltd.*
21
    KIRKLAND & ELLIS LLP
22
    By: */s/ Eliot A. Adelson*
23  ELIOT A. ADELSON (SBN 205284)
    JAMES MAXWELL COOPER (SBN 284054)
24  **KIRKLAND & ELLIS LLP**
    555 California Street, 27th Floor
25  San Francisco, California 94104
    Tel: (415) 439-1400
26  Facsimile: (415) 439-1500
    E-mail: eadelson@kirkland.com
27  E-mail: max.cooper@kirkland.com
28

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917

5

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
KATE WHEATON (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display East, Inc.),
Hitachi Asia, Ltd., Hitachi America, Ltd., and
Hitachi Electronic Devices (USA), Inc.*


MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG,
LG Electronics USA, Inc.; and LG Electronics
Taiwan Taipei Co., Ltd.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

BAKER BOTTS LLP

By: */s/ Jon V. Swenson*
JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By: */s/ Richard Snyder*
TERRY CALVANI (SBN 53260)
Email: terry.calvani@freshfields.com
CHRISTINE LACIAK(*pro hac vice*)
Email: christine.laciak@freshfields.com
RICHARD SNYDER (*pro hac vice*)
Email: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue NW, Suite 600
Washington, DC  20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP

By: */s/ Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: +1 212 696 6000
Facsimile: +1 212 697 1559
Email: jzuckerman@curtis.com
etobin@curtis.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DILLINGHAM & MURPHY, LLP

By: */s/ Arthur Gaus*
Arthur Gaus  SBN:  289560
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: + 1 415 397 2700
Facsimile: +1 415 397 3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays*
*Americas, LLC*

JENNER & BLOCK LLP

By: */s/ Terrence J. Truax*
JENNER & BLOCK LLP
Terrence J. Truax (pro hac vice)
Michael T. Brody (pro hac vice)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US, Inc. and,*
*Mitsubishi Electric Visual Solutions America, Inc.*

By: */s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson*
*Consumer Electronics, Inc.*

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917

1
2
3
4
5          PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
7          Dated:  _____          _____
8                                                              Hon. Samuel Conti
                                                          United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

I, Lucius B. Lau, attest that concurrence in the filing of this document has been

3

obtained from all signatories.  I declare under penalty of perjury under the laws of the

4

United States of America that the foregoing is true and correct.  Executed this 6th day of

5

November, 2014, at Washington, DC.

6

7

8

By:  */s/ Lucius B. Lau*

9

Lucius B. Lau

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917

**CERTIFICATE OF SERVICE**

On November 6, 2014, I caused a copy of the "STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION CLAIM" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: */s/ Lucius B. Lau*
        Lucius B. Lau (*pro hac vice*)

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917