GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Tech Data Corp. et al. v. Hitachi, Ltd. et al.*, No. 13-cv-00157-SC | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS TECH DATA CORPORATION'S CLAIMS FOR FAILURE TO PROSECUTE**<br><br>Date:        December 12, 2014<br>Time:       10:00 a.m.<br>Judge:      Hon. Samuel Conti |

I, Rachel S. Brass, hereby declare as follows:

1.      I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced action brought by Tech Data Corporation ("Tech Data").

2.      I submit this declaration in support of Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion to Dismiss Tech Data Corporation's Claims for Failure to Prosecute.  Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3.      To date, Tech Data has not served CPT with a complaint, attempted to serve CPT in Taiwan, or moved to serve CPT through its U.S. counsel with respect to the above-referenced action. *See* ECF Dkt. Case No. 07-cv-5944.

4.      To date, Tech Data has not served any discovery on CPT, filed any motions involving CPT, or otherwise engaged CPT in this litigation.

5.      Had CPT been served with a complaint, it would have conducted discovery relating to Tech Data's alleged damages and other issues, as CPT has done with respect to each of the other plaintiffs who have filed claims in this MDL against the company.  In addition, CPT would have coordinated with other defense counsel in the defense of Tech Data's claims, including with respect to dispositive motions.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of November 2014, at San Francisco, California.

> By: /s/ Rachel S. Brass
> Rachel S. Brass

101825583.1