# EXHIBIT 3

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(202) 223-7352

WRITER'S DIRECT FACSIMILE
(202) 204-7383

WRITER'S DIRECT E-MAIL ADDRESS
dball@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                   JANE B. O'BRIEN
CRAIG A. BENSON                 ALEX YOUNG K. OH
PATRICK S. CAMPBELL             JOSEPH J. SIMONS
CHARLES E. DAVIDOW              ALEXANDRA M. WALSH
KENNETH A. GALLO                BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*              BRAD S. KARP*
ALLAN J. ARFFA                  PATRICK N. KARSNITZ*
ROBERT A. ATKINS*               JOHN C. KENNEDY*
JOHN F. BAUGHMAN*               BRIAN KIM*
LYNN B. BAYARD*                 ALAN W. KORNBERG
DANIEL J. BELLER                DANIEL J. KRAMER*
MITCHELL L. BERG*               DAVID K. LAKHDHIR
MARK S. BERGMAN                 STEPHEN P. LAMB*
BRUCE BIRENBOIM*                JOHN E. LANGE
H. CHRISTOPHER BOEHNING*        DANIEL J. LEFFELL*
ANGELO BONVINO*                 XIAOYU GREG LIU*
JAMES L. BROCHIN                JEFFREY D. MARELL*
RICHARD J. BRONSTEIN            MARCO V. MASOTTI*
DAVID W. BROWN*                 EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*             DAVID W. MAYO*
JESSICA S. CAREY*               ELIZABETH R. McCOLM*
JEANETTE K. CHAN*               WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*              TOBY S. MYERSON*
LEWIS R. CLAYTON                CATHERINE NYARADY*
JAY COHEN                       BRAD R. OKUN*
KELLEY A. CORNISH*              KELLEY D. PARKER*
CHRISTOPHER J. CUMMINGS*        MARC E. PERLMUTTER*
DOUGLAS R. DAVIS*               VALERIE E. RADWANER*
THOMAS V. DE LA BASTIDE III*    CARL L. REISNER
ARIEL J. DECKELBAUM*            LORIN L. REISNER*
ALICE BELISLE EATON*            WALTER G. RICCIARDI
ANDREW J. EHRLICH*              WALTER RIEMAN*
GREGORY A. EZRING*              RICHARD A. ROSEN
LESLIE GORDON FAGEN             ANDREW N. ROSENBERG*
MARC FALCONE*                   JACQUELINE P. RUBIN*
ROSS A. FIELDSTON*              RAPHAEL M. RUSSO*
ANDREW C. FINCH                 ELIZABETH M. SACKSTEDER*
BRAD J. FINKELSTEIN*            JEFFREY D. SAFERSTEIN*
BRIAN P. FINNEGAN*              JEFFREY B. SAMUELS*
ROBERTO FINZI                   DALE M. SARRO
PETER E. FISCH*                 TERRY E. SCHIMEK
ROBERT C. FLEDER                KENNETH M. SCHNEIDER*
MARTIN FLUMENBAUM               ROBERT B. SCHUMER*
ANDREW J. FOLEY*                JAMES H. SCHWAB*
HARRIS B. FREIDUS*              JOHN M. SCOTT*
MANUEL S. FREY*                 STEPHEN J. SHIMSHAK*
ANDREW L. GAINES*               DAVID R. SICULAR*
MICHAEL E. GERTZMAN*            MOSES SILVERMAN
ADAM M. GIVERTZ*                STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*         MARILYN SOBEL
ROBERT D. GOLDBAUM*             AUDRA J. SOLOWAY*
NEIL GOLDMAN*                   SCOTT M. SONTAG*
ERIC GOODISON*                  TARUN M. STEWART*
CHARLES H. GOOGE, JR.*          ERIC ALAN STONE*
ANDREW G. GORDON*               AIDAN SYNNOTT*
UDI GROFMAN*                    ROBYN F. TARNOFSKY*
NICHOLAS GROOMBRIDGE*           MONICA K. THURMOND*
BRUCE A. GUTENPLAN*             DANIEL J. TOAL*
GAINES GWATHMEY, III            LIZA M. VELAZQUEZ*
ALAN S. HALPERIN*               MARIA T. VULLO*
JUSTIN G. HAMILL*               LAWRENCE G. WEE*
CLAUDIA HAMMERMAN*              THEODORE V. WELLS, JR.
GERARD E. HARPER                STEVEN J. WILLIAMS*
BRIAN S. HERMANN*               LAWRENCE I. WITDORCHIC*
ROBERT M. HIRSH                 MARK B. WLAZLO*
MICHELE HIRSHMAN*               JULIA T.M. WOOD
MICHAEL S. HONG*                JORDAN E. YARETT*
DAVID S. HUNTINGTON*            KAYE N. YOSHINO*
LORETTA A. IPPOLITO*            TONG YU*
JAREN JANGHORBANI*              TRACEY A. ZACCONE*
MEREDITH J. KANE*               T. ROBERT ZOCHOWSKI, JR.*
ROBERTA A. KAPLAN*

*NOT AN ACTIVE MEMBER OF THE DC BAR

October 30, 2014

Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204

    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, 3:07-cv-5944-SC (N.D. Cal.)

Dear Kathy:

    Ken Gallo has asked me to join the Sharp team to help try the CRT case and prepare it for trial. I am writing to present the following requests and proposals with respect to the document and deposition discovery that Thomson SA must provide in response to the Court's Order of October 23, 2014.

    First, we would appreciate your producing, in the next week, the documents that Thomson previously produced to the European Commission ("EC"). Because these documents were already assembled and produced to the EC, Thomson should be able to produce them to us immediately. Please include with the production any specific EC requests for documents that Thomson was responding to, along with any letters or other documentation either summarizing the production or showing any limitations on the production. If Thomson does not produce these documents in the next week, we will return to the Court and seek Court resolution setting

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn                                                                2

a production schedule, as stated in the email my colleague Blaise Warren sent to you two days ago on October 28, 2014.

       Second, to facilitate completion of the deposition discovery within 60 days after the Court issued its Order on October 23, we would appreciate your producing the remaining documents subject to the Court's Order compelling production by November 21, 2014.

       Third, while we appreciate your statement that Thomson will try to be available for the Rule 30(b)(6) deposition by the first week of December, the timing of that deposition necessarily will depend on how quickly Thomson completes its production of documents subject to the Order.

       Fourth, we propose the following alternative to proceeding under the Hague Convention with respect to the depositions of the French witnesses. We are willing to appear in Brussels or London for the deposition of each witness who is willing to travel there for deposition. That would allow the parties to proceed with a US-style deposition conducted pursuant to the Federal Rules, it would allow the witnesses to avoid having to appear before a French Magistrate and answer the Magistrate's questions in addition to the parties' questions, and we would also agree to limit our questioning in each such deposition to one half day (3-1/2 hours) if the witness agrees to proceed in English. Please let us know whether the witnesses agree to this alternative procedure.

       Finally, I understand from Blaise that when he discussed Thomson's authentication RFA responses with you on October 27, 2014, you stated that you would think about the issue further and come back to us. Please let us know when we will receive your response so we can evaluate whether to proceed with a motion to compel.

       Sincerely,

*[signature]*

David J Ball

Doc#: US1:9686595v1