1 | Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
2 | Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3 | 2001 K Street, NW
Washington, DC  20006-1047
4 | Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
5 | Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
6 | Email: cbenson@paulweiss.com

7 | Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
8 | **TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
9 | San Francisco, California 94111
Telephone:  (415) 788-8200
10 | Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
11 | Email: jpatchen@tcolaw.com

12 |
*Attorneys for Plaintiffs Sharp Electronics Corporation and*
13 | *Sharp Electronics Manufacturing Company of America, Inc.*

14 | **UNITED STATES DISTRICT COURT**

15 | **NORTHERN DISTRICT OF CALIFORNIA**

16 | **SAN FRANCISCO DIVISION**

17 |

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (SC) MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDER RE: THOMSON DISCOVERY BY IMPOSING DEADLINE ON THOMSON SA'S PRODUCTION OF DOCUMENTS** |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173; | |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |

18
19
20
21
22
23
24
25
26
27
28

1  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-
cv-05726;

2

3  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

4  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

5

6  *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

7  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

8

9  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

10  *Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-02058.

11

12

13  Upon consideration of Direct Action Plaintiffs' Motion, it is hereby:

14  ORDERED that the Motion is hereby GRANTED; and it is further

15  ORDERED that Thomson SA produce the documents subject to the Court's

16  October 23, 2014 Order (Dkt. No. 2945) within ten (10) days of this Order.

17  **IT IS SO ORDERED.**

18

19

20  DATED: _____   _____

21  HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

1