1   Kenneth A. Gallo (*pro hac vice*)
    Joseph J. Simons (*pro hac vice*)
2   Craig A. Benson (*pro hac vice*)
    **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3   2001 K Street, NW
    Washington, DC  20006-1047
4   Telephone:  (202) 223-7300
    Facsimile:  (202) 204-7356
5   Email: kgallo@paulweiss.com
    Email: jsimons@paulweiss.com
6   Email: cbenson@paulweiss.com

7   Stephen E. Taylor (SBN 058452)
    Jonathan A. Patchen (SBN 237346)
8   **TAYLOR & COMPANY LAW OFFICES, LLP**
    One Ferry Building, Suite 355
9   San Francisco, California 94111
    Telephone:  (415) 788-8200
10  Facsimile:  (415) 788-8208
    Email: staylor@tcolaw.com
11  Email: jpatchen@tcolaw.com

12  *Attorneys for Plaintiffs Sharp Electronics Corporation and*
    *Sharp Electronics Manufacturing Company of America, Inc.*

13  [Additional counsel listed on signature pages]

14

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17              **SAN FRANCISCO DIVISION**

18
    In re: CATHODE RAY TUBE (CRT)          Case No. 07-cv-5944 (SC)
19  ANTITRUST LITIGATION                    MDL No. 1917

20  _____            **DIRECT ACTION PLAINTIFFS'**
    This Document Relates to:               **MOTION TO SHORTEN TIME RE:**
21                                          **MOTION TO ENFORCE THE**
    *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,*  **COURT'S ORDER RE: THOMSON**
22  No. 13-cv-1173;                         **DISCOVERY**

23  *Electrograph Systems, Inc. et al. v. Technicolor SA,*  **(CIVIL LOCAL RULE 6-3)**
    *et al.*, No. 13-cv-05724;
24
    *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;
25
    *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*,
26  No. 13-cv-05264;

27
    *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-
28

1   05686;

2   *Interbond Corporation of America v. Technicolor*
3   *SA, et al.*, No. 13-cv-05727;

4   *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-
    cv-05726;
5

6   *Costco Wholesale Corporation v. Technicolor SA, et*
    *al.*, No. 13-cv-05723;

7
    *P.C. Richard & Son Long Island Corporation, et al.*
8   *v. Technicolor SA, et al.*, No. 13-cv-05725;

9   *Schultze Agency Services, LLC v. Technicolor SA,*
    *Ltd., et al.*, No. 13-cv-05668;
10

11  *Sears, Roebuck and Co. and Kmart Corp. v.*
    *Technicolor SA*, No. 3:13-cv-05262;
12

13  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.
    13-cv-00157;

14
    *Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-
15  02058.

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF MOTION AND MOTION FOR ORDER SHORTENING TIME

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 6-3, Plaintiffs[1] will, and hereby do, move this Court for an order shortening the time in which the parties may file opposition and reply briefing on Direct Action Plaintiffs' concurrently filed Motion to Enforce the Court's Order re: Thomson Discovery by Imposing Deadline on Thomson SA's Production of Documents ("Motion to Enforce").

Specifically, Plaintiffs request that the Court issue an order that the last day for Thomson to file an opposition to the Motion to Enforce is November 14, 2014, that a reply brief shall be filed no later than November 17, 2014, and that the Motion to Enforce be deemed submitted for immediate determination without hearing on the day after the reply brief is filed.

### 1.   Reasons for the Requested Shortening of Time

As set forth more fully in Direct Action Plaintiffs' concurrently filed Motion to Enforce, this Court granted Plaintiffs' motion to compel on October 23, 2014, extending discovery against Thomson for 60 days, or until December 22, 2014.  (Dkt. No. 2945 at 22 ("October 23 Order").)  The discovery to be completed within the 60 days includes both document production and depositions.  (*Id.*)  The documents to be produced include documents (1) related to communications or meetings between Thomson and competitors; (2) related to the Court's general or specific jurisdiction over Thomson; (3) related to the disposition of Thomson's CRT business; and (4) that Thomson had produced to the European Commission for Competition ("EC").  (Dkt. No. 2812 (Recommended Order of the Special Master) at 2 (paraphrasing document requests).)  Once Thomson produces the documents, Plaintiffs will need to take a Rule 30(b)(6) corporate deposition and four fact witness depositions using the documents, all within the 60-day period expiring on December 22.

---

[1] "Direct Action Plaintiffs" and "Plaintiffs" refer to all Direct Action Plaintiffs, except the Dell and CompuCom plaintiffs which have not named Thomson SA as a defendant.

As indicated in the underlying motion, Thomson has not, to date, produced any documents in response to the Court's Order.  Nor will Thomson commit to providing a date by which the entire production subject to the October 23 Order will be complete.  *See* Declaration of Craig A. Benson in Support of Motion to Shorten Time re: Motion to Enforce the Court's Order ("Benson Time Decl."), ¶¶ 6, 9, 11-12 & Ex. 2 (at Oct. 30, 8:29 p.m. and Nov. 3, 8:50 p.m. emails).  Plaintiffs therefore request in the Motion to Enforce that Thomson complete production of the documents subject to the October 23 Order within 10 days after the Court's decision on that motion.  In the present motion to shorten time, Plaintiffs request an order expediting briefing on the Motion to Enforce, so that the decision on the Motion to Enforce can be issued more quickly and the discovery can be completed in a timely manner.

**2.  Efforts Made by the Parties**

Plaintiffs have repeatedly asked counsel for Thomson when Thomson would produce the documents subject to the Court's October 23 Order, but Thomson refuses to commit to providing a date by which the entire production subject to the October 23 Order will be complete.  Benson Time Decl. ¶¶ 6, 9; Ex. 2 (at Oct. 30, 8:29 p.m.; Nov. 3, 8:50 p.m. emails).  Concerned that Thomson's position would jeopardize the discovery schedule and trial date, Plaintiffs contacted counsel for Thomson on October 31 to confirm, based on Thomson's October 30 communication, that Thomson would not agree to a production schedule that will permit Plaintiffs to review the documents and complete depositions within the time permitted.  *Id.* Ex. 2 (at Oct. 31, 4:14 p.m. email).  Counsel for Thomson responded on November 3, contending that it would not be "actually achievable" for Plaintiffs to complete discovery by December 22, 2014, unless they agreed to accept something less than a full production from Thomson.  *Id.* Ex. 2 (at Nov. 3, 10:21 a.m. email).  Plaintiffs responded on November 3, asking that Thomson provide dates certain by which it would complete the full ordered production.  *Id.* Ex. 2 (at Nov. 3, 2:25 p.m. email).  Thomson again declined.  *Id.* Ex. 2 (at Nov. 3, 8:50 p.m. email).

Plaintiffs first proposed a briefing and hearing schedule on a motion to enforce on November 3.  *Id.* ¶ 10 & Ex. 2 (at Nov. 3, 2:25 p.m. email).  The parties have met and conferred, and have been unable to stipulate to such a schedule.  *Id.* ¶¶ 11-12 & Ex. 2 (at Nov. 3, 8:50 p.m.

email).  As of the time of this filing, counsel for Thomson has not agreed to Plaintiffs' proposed schedule nor provided a proposed schedule of its own.  *Id.* ¶ 12.

### 3. Harm That Will Occur

If the Motion to Enforce were heard upon a regularly noticed briefing schedule, it would not be heard until December 12, 2014, at the earliest.  Given the fact discovery deadline of December 22, 2014, and the trial date of March 9, 2015, Plaintiffs request a shortened briefing schedule so that Plaintiffs have an opportunity to receive and review Thomson's documents subject to the October 23 Order prior to taking a Rule 30(b)(6) corporate deposition and four fact witness depositions using the documents, and so that all of this discovery can be completed by December 22.  Benson Time Decl. ¶ 13.

### 4. Meet and Confer pursuant to Local Rule 37-1

As set forth more fully above, in the Motion to Enforce, and in the Declarations of Craig A. Benson in support of this motion and the Motion to Enforce, Plaintiffs have engaged in a series of discussions and emails with counsel for Thomson regarding its compliance with the Court's October 23 Order.  Despite these efforts, the parties have been unable to resolve the issues in dispute.  Thus, on November 3, 2014, counsel for the Sharp plaintiffs proposed a briefing schedule on a motion to enforce, sought a stipulation to shortened time for briefing on the concurrently filed Motion to Enforce, and requested Thomson to meet and confer.  The meet and confer conference took place on November 4.  Counsel for Thomson refused to stipulate to expedited briefing.  *See* Benson Time Decl. ¶¶ 5-6, 8-12; Exs. 1-3.

### 5. All Previous Time Modifications

Pursuant to Civil Local Rule 6-3(a)(5), the following table discloses previous time modifications made in this multi-district litigation that are active as to Thomson defendants, whether by stipulation or Court Order:

///

///

///

///

| Date | Dkt. No. | Description |
|---|---|---|
| 7/28/2014 | 2711 | Order establishing discovery and pre-trial schedule between Viewsonic Corporation and defendants. |
| 8/25/2014 | 2761 | Order entering stipulating between Thomson and Direct Action Plaintiffs permitting a Rule 30(b)(6) deposition beyond September 5, 2014. |
| 10/23/2014 | 2945 | Order extending fact discovery by Direct Action Plaintiffs against Thomson for 60 days, or until December 22, 2014. |

**6.  Modification Request**

For all the foregoing reasons, Plaintiffs respectfully request that the briefing for the concurrently filed Motion to Enforce be set as follows, and that the Motion to Enforce shall be deemed submitted for immediate determination without hearing on the day after the reply brief is filed:

| Description of Activity | Filing & Service Date |
|---|---|
| Last Day to File Opposition | November 14, 2014 |
| Last Day to File Reply | November 17, 2014 |

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion to Enforce, the Declaration of Craig A. Benson filed herewith, and such other materials and information that the Court may properly consider.

1   DATED:  November 6, 2014      By:  /s/ Craig A. Benson

2                                    Kenneth A. Gallo (*pro hac vice*)
                                     Joseph J. Simons (*pro hac vice*)
3                                    Craig A. Benson (*pro hac vice*)
                                     **PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP**
4                                    2001 K Street, NW
5                                    Washington, DC 20006
                                     Telephone: (202) 223-7300
6                                    Facsimile: (202) 223-7420
                                     Email: kgallo@paulweiss.com
7                                    Email: jsimons@paulweiss.com
                                     Email: cbenson@paulweiss.com
8
9                                    Stephen E. Taylor (SBN 058452)
                                     Jonathan A. Patchen (SBN 237346)
10                                   **TAYLOR & COMPANY LAW OFFICES, LLP**
                                     One Ferry Building, Suite 355
11                                   San Francisco, California 94111
                                     Telephone:  (415) 788-8200
12                                   Facsimile:  (415) 788-8208
                                     Email: staylor@tcolaw.com
13                                   Email: jpatchen@tcolaw.com
14
15                                   *Attorneys for Plaintiffs Sharp Electronics Corporation and*
                                     *Sharp Electronics Manufacturing Co. of America*
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

By: /s/ David J. Burman
_____

3

4

David J. Burman (pro hac vice)
Cori G. Moore (pro hac vice)

5

Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg (pro hac vice)

6

Steven D. Merriman (pro hac vice)

7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900

8

Seattle, WA 98101-3099
Telephone: 206.359.8000

9

Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com

10

Email: CGMoore@perkisncoie.com

11

Email: EWeiss@perkinscoie.com
Email: NHesterberg@perkinscoie.com

12

Email: SMerriman@perkinscoie.com

13

14

Joren Bass, Bar No. 208143
JBass@perkinscoie.com

15

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400

16

San Francisco, CA 94111-4131
Telephone: 415.344.7120

17

Facsimile: 415.344.7320

18

*Attorneys for Plaintiff Costco Wholesale Corporation*

19

20

21

22

23

24

25

26

27

28

DAPs' MOTION TO SHORTEN TIME RE: MOTION TO ENFORCE ORDER RE: THOMSON DISCOVERY
CASE NO. 07-5944; MDL NO. 1917

1

2      By: /s/ *Philip J. Iovieno*
                                                          _____

3

4      William A. Isaacson
       **BOIES, SCHILLER & FLEXNER LLP**

5      5301 Wisconsin Ave. NW, Suite 800
       Washington, D.C. 20015

6      Telephone: (202) 237-2727
       Facsimile: (202) 237-6131

7      Email: wisaacson@bsfllp.com

8
       Stuart Singer

9      **BOIES, SCHILLER & FLEXNER LLP**
       401 East Las Olas Blvd., Suite 1200

10     Fort Lauderdale, FL 33301
       Telephone: (954) 356-0011

11     Facsimile: (954) 356-0022
       Email: ssinger@bsfllp.com

12

13     Philip J. Iovieno
       Anne M. Nardacci

14     **BOIES, SCHILLER & FLEXNER LLP**
       30 South Pearl Street, 11th Floor

15     Albany, NY 12207
       Telephone: (518) 434-0600

16     Facsimile: (518) 434-0665
       Email: piovieno@bsfllp.com

17     Email: anardacci@bsfllp.com

18

19     *Liaison Counsel for Direct Action Plaintiffs and*
       *Attorneys for Plaintiffs Electrograph Systems, Inc.,*

20     *Electrograph Technologies Corp., Office Depot, Inc.,*
       *Interbond Corporation of America, P.C. Richard & Son*

21     *Long Island Corporation, MARTA Cooperative of*
       *America, Inc., ABC Appliance, Inc., Schultze Agency*

22     *Services LLC on behalf of Tweeter Opco, LLC and*
       *Tweeter Newco, LLC and Tech Data Corporation and*

23     *Tech Data Product Management, Inc.*

24

25

26

27

28

DAPs' MOTION TO SHORTEN TIME RE: MOTION TO ENFORCE ORDER RE: THOMSON DISCOVERY
CASE NO. 07-5944; MDL NO. 1917

By:  /s/ Scott N. Wagner
_____

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: mwidom@bilzin.com

*Attorneys for Plaintiffs Tech Data Corporation and*
*Tech Data Product Management, Inc.*

1

2

By: /s/ David Martinez _____

3

4

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
Jill Casselman

5

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400

6

Los Angeles, CA 90067-3208
Telephone: (310) 552-0130

7

Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com

8

Email: DMartinez@rkmc.com
Email: jcasselman@rkmc.com

9

10

Elliot S. Kaplan
K. Craig Wildfang

11

Laura E. Nelson

12

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue

13

2800 LaSalle Plaza
Minneapolis, MN 55402

14

Telephone: (612) 349-8500
Facsimile: (612) 339-4181

15

Email: eskaplan@rkmc.com
Email: kcwildfang@rkmc.com

16

Email: lenelson@rkmc.com

17

18

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy*
*Purchasing LLC, Best Buy Enterprise Services, Inc.,*

19

*Best Buy Stores, L.P., Bestbuy.com, L.L.C., and*
*Magnolia Hi-Fi, Inc.*

20

21

22

23

24

25

26

27

28

- 9 -

By: /s/ *Lee Godfrey*

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@sumangodfrey.com
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

- 10 -

By: /s/ *Jason Murray*
_____

Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
Email aheaven@crowell.com

*Attorneys for Target Corp.*

By: /s/ Richard Arnold

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

## E-FILING ATTESTATION

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the Direct Action Plaintiffs' Motion to Shorten Time Re: Motion to Enforce the Court's Order Re: Thomson Discovery (Civil Local Rule 6-3). In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: November 6, 2014                    */s/ Craig A. Benson*
                                            Craig A. Benson