1
2
3
4
5
6
7
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

| 12 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
|----|----|----|
| 13 | _____ | MDL No. 1917 |
| 14 | This Document Relates To: | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS'** |
| 15 | *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | **ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1    On November 6, 2014, Plaintiffs filed an Administrative Motion to Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) to file the following documents (or portions thereof) under seal:

- Gray highlighted portions of the Direct Purchaser Plaintiffs' Notice of Motion and Motion for Class Certification with Respect to the Thomson and Mitsubishi Defendants; Memorandum of Points and Authorities in Support Thereof that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential";

- Gray highlighted portions of the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Thomson and Mitsubishi Defendants that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential";

- Exhibits 1–2, 4, 15–136, and 138–139 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Thomson and Mitsubishi Defendants that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential"; and

- The Expert Report of Jeffrey J. Leitzinger, Ph.D.

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion To Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　Hon. Samuel Conti
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE