1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **THE EXPERT REPORT OF JEFFREY J. LEITZINGER, Ph.D.** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | Date:   December 12, 2014<br>Time:   10:00 a.m.<br>Judge:  Hon. Samuel Conti<br>Ctrm:   1, 17th Floor |

November 6, 2014

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Placeholder Only
# Entire Document Submitted Under Seal