Guido Saveri (22349)
    guido@saveri.com
R. Alexander Saveri (173102)
    rick@saveri.com
Geoffrey C. Rushing (126910)
    grushing@saveri.com
Travis L. Manfredi (281779)
    travis@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | Master File No. CV- 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS**<br><br>Date:   December 12, 2014<br>Time:  10:00 a.m.<br>Judge: Hon. Samuel Conti<br>Ctrm:  1, 17th Floor |

# <u>REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED</u>

I, R. ALEXANDER SAVERI, declare:

1.      I am the managing partner of Saveri & Saveri, Inc., which the Court has appointed to act as interim lead counsel on behalf of the Direct Purchaser Plaintiffs ("Plaintiffs") in this action. I have been involved in almost every aspect of this case since its inception. I submit this declaration in support of Direct Purchaser Plaintiffs' Motion for Class Certification. Except as otherwise noted, I make this declaration of my own personal knowledge, and if called upon to do so, could and would testify competently to the facts contained herein.

3.      Attached hereto as Exhibit 1 is a true and correct copy of meeting notes ████ ████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030916) and a certified translation (CHU00030916E).

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Jae In Lee taken in this action.

5.      Attached hereto as Exhibit 3 is a true and correct copy of Amended Plea Agreement in *U.S. v. Samsung SDI, Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. May 17, 2011) (Dkt. No. 29), which I obtained from the Court's PACER website.

6.      Attached hereto as Exhibit 4 is a true and correct copy of meeting notes ████ ████████████████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028532–33) and a certified translation (CHU00028532E–33E).

7.      Attached hereto as Exhibit 5 is a true and correct copy of the Indictment in *U.S. v. Cheng Yuan Lin, a.k.a. C.Y. Lin*, No. 3:09-cr-0131-WHA (N.D. Cal. Feb. 10, 2009) (Dkt. No. 1), which I downloaded from the United States Department of Justice's ("DOJ") website.

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPP MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS: Master File No. CV-07-5944-SC

8.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the Indictment in *U.S. v. Chung Cheng Yeh, a.k.a. Alex Yeh*, No. 3:10-cr-00231 (N.D. Cal. Mar. 30, 2010) (Dkt. No. 1), which I downloaded from the DOJ's website.

9.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the Indictment in *U.S. v. Seung-Kyu Lee, a.k.a. Simon Lee; Yeong-Ug Yang, a.k.a. Yeong-Wook Yang, a.k.a. Yong-Shu Yang, a.k.a. Yong-Shu Liang, a.k.a. Young-UK Yang, a.k.a. Yeong-Eug Yang, a.k.a. Albert Yang; and Jae-Sik Kim*, No. 3:10-cr-00817 (N.D. Cal. Nov. 9, 2010) (Dkt. No. 1), which I downloaded from the DOJ's website.

10.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the Indictment in *U.S. v. Wen Jun Cheng, a.k.a. Tony Cheng*, No. 3:11-cr-00836 (N.D. Cal. Aug. 18, 2009) (Dkt. No. 1), which I downloaded from the DOJ's website.

11.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a the DOJ Press Release, *Former Executive Indicted for His Role in Two Cathode Ray Tube Price-Fixing Conspiracies*, dated February 10, 2009, which I downloaded from the DOJ's website.

12.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the European Commission's Press Release, *Antitrust: Commission confirms sending Statement of Objections to alleged participants in TV and computer monitor tube cartels*, dated November 26, 2009, which I downloaded from the EU website.

13.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the Japanese Fair Trade Commission's ("JFTC") Press Release, *Cease-and-Desist Order and Surcharge Payment Orders against Manufacturers of Cathode Ray Tubes for Televisions*, dated October 7, 2009, which I obtained from the JFTC's website.

14.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of the Korean Fair Trade Commission's ("KFTC") Press Release, *KFTC Fines 5 Color Display Tube Producers 26.2 Billion Won for CDT International Cartel*, dated January 27, 2011, which I obtained from the KFTC's website.

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPP MOTION FOR CLASS CERTIFICATION
WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS: Master File No. CV-07-5944-SC

1    15.    Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the KFTC's Decision No.

2  2011-019, *Wrongful Joint Actions by the 5 Computer Color Monitor CDT Manufacturers*, dated

3  March 10, 2011, with a certified translation, marked as Deposition Exhibits 630 and 630EF. After

4  it was first introduced, the parties agreed on changes to the certified translation, and the document

5  was submitted for re-certification; the attached certified translation is the final, re-certified version.

6    16.    Attached hereto as <u>Exhibit 14</u> is a true and correct copy of an article entitled *Czech*

7  *Competition Office fines cathode ray tubes producers for price-fixing*, by Practical Law Company

8  ("PLC"), dated August 26, 2010, which I obtained from the PLC website.

9    17.    Attached hereto as <u>Exhibit 15</u> is a true and correct copy of meeting notes ████

10  ███████████████████ that was produced in this litigation and designated "Confidential" by

11  Defendant Chunghwa Picture Tubes, Ltd. (CHU00028548–50) and a certified translation

12  (CHU00028548E–50E).

13    18.    Attached hereto as <u>Exhibit 16</u> is a true and correct copy of ███████████████

14  that was produced in this litigation and designated "Confidential" by Defendant Samsung SDI Co.,

15  Ltd. (SDCRT-0006903–04) and a certified translation (SDCRT-0006903E–04E), marked as

16  Deposition Exhibits 2078 and 2078E.

17    19.    Attached hereto as <u>Exhibit 17</u> is a true and correct copy of Defendant Beijing

18  Matsushita Color CRT Co., Ltd.'s Supplemental Responses and Objections to Direct Purchaser

19  Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and served on me in this action.

20    20.    Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Defendant Hitachi

21  Display, Ltd.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories,

22  Nos. 4 and 5, dated February 10, 2012, and served on me in this action.

23    21.    Attached hereto as <u>Exhibit 19</u> is a true and correct copy of Defendant Hitachi

24  Electronic Devices (USA), Inc.'s Second Supplemental Response to Direct Purchaser Plaintiffs'

25  First Set of Interrogatories, Interrogatory No. 5, dated April 26, 2013, and served on me in this

26  action.

27

28

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPP MOTION FOR CLASS CERTIFICATION
WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS: Master File No. CV-07-5944-SC

22.     Attached hereto as <u>Exhibit 20</u> is a true and correct copy of Defendant LG Electronics Inc.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, dated February 10, 2012, and served on me in this action.

23.     Attached hereto as <u>Exhibit 21</u> is a true and correct copy of Second Supplemental Responses and Objections of Panasonic Corporation North America; MT Picture Display Co., Ltd.; and Panasonic Corporation (F/K/A Matsushita Electric Industrial Co., Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated November 3, 2011, and served on me in this action.

24.     Attached hereto as <u>Exhibit 22</u> is a true and correct copy of Third Supplemental Responses and Objections of Panasonic Corporation North America; MT Picture Display Co., Ltd.; and Panasonic Corporation (F/K/A Matsushita Electric Industrial Co., Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated December 23, 2011, and served on me in this action.

25.     Attached hereto as <u>Exhibit 23</u> is a true and correct copy of Defendant Koninklijke Philips Electronics N.V.'s Supplemental Responses and Objections to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, dated March 21, 2012, and served on me in this action.

26.     Attached hereto as <u>Exhibit 24</u> is a true and correct copy of Samsung SDI Defendants' Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, dated October 17, 2011, and served on me in this action.

27.     Attached hereto as <u>Exhibit 25</u> is a true and correct copy of Toshiba America Consumer Products, L.L.C.'s Supplemental Objections and Responses to Interrogatory Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and served on me in this action.

28.     Attached hereto as <u>Exhibit 26</u> is a true and correct copy of Toshiba America Electronic Components, Inc.'s Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and served on me in this action.

29.     Attached hereto as <u>Exhibit 27</u> is a true and correct copy of Toshiba America Information Systems, Inc.'s Supplemental Objections and Responses to Interrogatory Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and served on me in this action.

30.     Attached hereto as <u>Exhibit 28</u> is a true and correct copy of Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and served on me in this action.

31.     Attached hereto as <u>Exhibit 29</u> is a true and correct copy of meeting notes ███ ███████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086208–10) and a certified translation (SDCRT-0086208EF–10EF), marked as Deposition Exhibits 652 and 652EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

32.     Attached hereto as <u>Exhibit 30</u> is a true and correct copy of meeting notes ███ ███████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028565–66) and a certified translation (CHU00028565E–66E).

33.     Attached hereto as <u>Exhibit 31</u> is a true and correct copy of excerpts from the transcript of the deposition of Chih Chun ("C.C.") Liu taken in this action.

34.     Attached hereto as <u>Exhibit 32</u> is a true and correct copy of meeting ███ ██████████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028877–78) and a certified translation (CHU00028877E–78E), marked as Deposition Exhibits 1318 and 1318E.

35.     Attached hereto as <u>Exhibit 33</u> is a true and correct copy of meeting notes ███ ███████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028396–97) and a certified translation (CHU00028396E–97E), marked as Deposition Exhibits 1104 and 1104E.

36.     Attached hereto as <u>Exhibit 34</u> is a true and correct copy of meeting notes ███ █████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00029185–88) and a certified translation (CHU00029185E–88E), marked as Deposition Exhibits 1250 and 1250E.

37.     Attached hereto as <u>Exhibit 35</u> is a true and correct copy of meeting notes ███ ███████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028791–93) and a certified translation (CHU00028791EF–93EF), marked as Deposition Exhibits 1208 and 1208EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

38.     Attached hereto as <u>Exhibit 36</u> is a true and correct copy of meeting notes ███ █████████████████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028463–64) and a certified translation (CHU00028463E–64E), marked as Deposition Exhibits 1133 and 1133E.

39.     Attached hereto as <u>Exhibit 37</u> is a true and correct copy of meeting notes ███ █████████████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028558) and a certified translation (CHU00028558E), marked as Deposition Exhibits 1111 and 1111E.

40.     Attached hereto as <u>Exhibit 38</u> is a true and correct copy of a document that was produced in this litigation and designated "Confidential" by Defendant Mitsubishi Electric Corporation (ME00131622) and a certified translation (ME00131622E), marked as Deposition Exhibits 6113 and 6113E.

6

41.     Attached hereto as <u>Exhibit 39</u> is a true and correct copy of meeting notes ███ ████████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086434–36) and a certified translation (SDCRT-0086434E–36E).

42.     Attached hereto as <u>Exhibit 40</u> is a true and correct copy of meeting notes ███ ████████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0088732–33) and a certified translation (SDCRT-0088732EF–33EF), marked as Deposition Exhibits 680 and 680EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

43.     Attached hereto as <u>Exhibit 41</u> is a true and correct copy of an itinerary ████ ████████████████████████████████████████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00021268–71) and a certified translation (CHU00021268E–71E).

44.     Attached hereto as <u>Exhibit 42</u> is a true and correct copy of excerpts from the transcript of the deposition of Sheng-Jen ("S.J.") Yang taken in this action.

45.     Attached hereto as <u>Exhibit 43</u> is a true and correct copy of meeting notes ███ ████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030855–68) and a certified translation (CHU00030855E–68E), marked as Deposition Exhibits 1152 and 1152E.

46.     Attached hereto as <u>Exhibit 44</u> is a true and correct copy of meeting notes ███ ██████████████████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028685–86) and a certified translation (CHU00028685EF–86EF). After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPP MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS: Master File No. CV-07-5944-SC

47.     Attached hereto as <u>Exhibit 45</u> is a true and correct copy of a ███████ Powerpoint presentation ███████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660383–94), marked as Deposition Exhibit 1217.

48.     Attached hereto as <u>Exhibit 46</u> is a true and correct copy of a Powerpoint presentation ███████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00647932–43), marked as Deposition Exhibit 1227.

49.     Attached hereto as <u>Exhibit 47</u> is a true and correct copy of a Powerpoint presentation ███████ that was produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087934–37) and a certified translation (SDCRT-0087934EF–37EF), marked as Deposition Exhibits 677 and 677EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

50.     Attached hereto as <u>Exhibit 48</u> is a true and correct copy of meeting notes ███████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00031111–12) and a certified translation (CHU00031111EF–12EF), marked as Deposition Exhibits 1170 and 1170EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

51.     Attached hereto as <u>Exhibit 49</u> is a true and correct copy of a Powerpoint presentation ███████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660426–35).

52. Attached hereto as <u>Exhibit 50</u> is a true and correct copy of meeting notes ███ ████████████████████████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028385–87) and a certified translation (CHU00028385EF–87EF), marked as Deposition Exhibits 1135 and 1135EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

53. Attached hereto as <u>Exhibit 51</u> is a true and correct copy of a Powerpoint presentation ████████████████████████ that was produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086706–21).

54. Attached hereto as <u>Exhibit 52</u> is a true and correct copy of a Powerpoint presentation ███████████████████ that was produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087359–70).

55. Attached hereto as <u>Exhibit 53</u> is a true and correct copy of a Powerpoint presentation ███████████████████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660408–18), marked as Deposition Exhibit 1219.

56. Attached hereto as <u>Exhibit 54</u> is a true and correct copy of a Powerpoint presentation ███████████████████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660373–82), marked as Deposition Exhibit 1220.

57. Attached hereto as <u>Exhibit 55</u> is a true and correct copy of a Powerpoint presentation ███████████████████ that was produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087963–69), marked as Deposition Exhibit 632.

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPP MOTION FOR CLASS CERTIFICATION
WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS: Master File No. CV-07-5944-SC

58.     Attached hereto as <u>Exhibit 56</u> is a true and correct copy of a Powerpoint presentation ███████████████████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660671–80), marked as Deposition Exhibit 1223.

59.     Attached hereto as <u>Exhibit 57</u> is a true and correct copy of a Powerpoint presentation ███████████████████ that was produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0090258–66).

60.     Attached hereto as <u>Exhibit 58</u> is a true and correct copy of meeting notes ███ ███████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00031006–09) and a certified translation (CHU00031006E–09E), marked as Deposition Exhibits 1307 and 1307E.

61.     Attached hereto as <u>Exhibit 59</u> is a true and correct copy of meeting notes ███ ██████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087343–48) and a certified translation (SDCRT-0087343EF–48EF). After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

62.     Attached hereto as <u>Exhibit 60</u> is a true and correct copy of meeting notes ███ ██████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030960–62) and a certified translation (CHU00030960E–62E), marked as Deposition Exhibits 1158 and 1158E.

63.     Attached hereto as <u>Exhibit 61</u> is a true and correct copy of meeting notes ███ ██████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00029152–54) and a certified translation (CHU00029152E–54E), marked as Deposition Exhibits 717 and 717E.

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPP MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS: Master File No. CV-07-5944-SC

64.     Attached hereto as <u>Exhibit 62</u> is a true and correct copy of meeting notes ███ ███████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00036390–91) and a certified translation (CHU00036390EF–91EF), marked as Deposition Exhibits 1277 and 1277EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

65.     Attached hereto as <u>Exhibit 63</u> is a true and correct copy of *Statement of Yang Sheng Jen [S.J. Yang] to the Japan Fair Trade Commission, April 8 and 9, 2008*, (April 8–9, 2008) and a certified translation.

66.     Attached hereto as <u>Exhibit 64</u> is a true and correct copy of meeting notes ███ ███████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00031274–77) and a certified translation (CHU00031274E–77E), marked as Deposition Exhibits 1199 and 1199E.

67.     Attached hereto as <u>Exhibit 65</u> is a true and correct copy of meeting notes ███ ███████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00029235–37) and a certified translation (CHU00029235EF–37EF), marked as Deposition Exhibits 1142 and 1142EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

68.     Attached hereto as <u>Exhibit 66</u> is a true and correct copy of meeting notes ███ ███████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00124030–32) and a certified translation (CHU00124030E–32E).

69.     Attached hereto as <u>Exhibit 67</u> is a true and correct copy of excerpts from the transcript of the deposition of Jae In ("J.I.") Lee who was designated as a Fed. R. Civ. P. 30(b)(6) witness for Defendant Samsung SDI Co., Ltd. taken in this action.

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPP MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS: Master File No. CV-07-5944-SC

1        70.     Attached hereto as <u>Exhibit 68</u> is a true and correct copy of excerpts from a

2  document produced in this litigation by Philips (EIN0017705–06, 29, 47).

3        71.     Attached hereto as <u>Exhibit 69</u> is a true and correct copy of meeting notes

4  ████████████████ that were produced in this litigation and designated "Confidential" by

5  Defendant Chunghwa Picture Tubes, Ltd. (CHU00028760–62) and a certified translation

6  (CHU00028760E–62E), marked as Deposition Exhibits 1117 and 1117E.

7        72.     Attached hereto as <u>Exhibit 70</u> is a true and correct copy of meeting notes

8  ████████████████ that were produced in this litigation and designated "Confidential" by

9  Defendant Chunghwa Picture Tubes, Ltd. (CHU00028725–27) and a certified translation

10  (CHU00028725E–27E), marked as Deposition Exhibits 1123 and 1123E.

11        73.     Attached hereto as <u>Exhibit 71</u> is a true and correct copy of meeting notes

12  ████████████████ that were produced in this litigation and designated "Highly Confidential"

13  by Defendant Samsung SDI Co., Ltd. (SDCRT-0086416–18) and a certified translation (SDCRT-

14  0086416EF–18EF). After it was first introduced, the parties agreed on changes to the certified

15  translation, and the document was submitted for re-certification; the attached certified translation is

16  the final, re-certified version.

17        74.     Attached hereto as <u>Exhibit 72</u> is a true and correct copy of meeting notes

18  ████████████████ that were produced in this litigation and designated "Confidential" by

19  Defendant Chunghwa Picture Tubes, Ltd. (CHU00028613–14) and a certified translation

20  (CHU00028613E–14E), marked as Deposition Exhibits 1299 and 1299E (Deposition Exhibit

21  1299E was marked without the certification page; a copy of the complete certified translation

22  (including the certification page) is attached along with Deposition Exhibits 1299 and 1299E).

23        75.     Attached hereto as <u>Exhibit 73</u> is a true and correct copy of meeting notes

24  ████████████████ that were produced in this litigation and designated "Confidential" by

25  Defendant Chunghwa Picture Tubes, Ltd. (CHU00030421–24) and a certified translation

26  (CHU00030421E–24E).

27

28

76.     Attached hereto as <u>Exhibit 74</u> is a true and correct copy of meeting notes ███ ███████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660213–16) and a certified translation (CHU00660213EF–16EF). After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

77.     Attached hereto as <u>Exhibit 75</u> is a true and correct copy of meeting notes ███ ███████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0091656–59) and a certified translation (SDCRT-0091656EF–59EF), marked as Deposition Exhibits 650 and 650EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

78.     Attached hereto as <u>Exhibit 76</u> is a true and correct copy of meeting notes ███ ████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030869–71) and a certified translation (CHU00030869E–71E).

79.     Attached hereto as <u>Exhibit 77</u> is a true and correct copy of meeting notes ███ ██████████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660198–99) and a certified translation (CHU00660198E–99E).

80.     Attached hereto as <u>Exhibit 78</u> is a true and correct copy of ███████████████ that was produced in this litigation and designated "Confidential" by Defendant MT Picture Display Co., Ltd. (MTPD-0223790–92) and a certified translation (MTPD-0223790E–92E), marked as Deposition Exhibits 904 and 904E.

13

81.     Attached hereto as <u>Exhibit 79</u> is a true and correct copy of meeting notes ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and marked "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00031010–12) and a certified translation (CHU00031010E–12E), marked as Deposition Exhibits 1163 and 1163E.

82.     Attached hereto as <u>Exhibit 80</u> is a true and correct copy of meeting notes ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and marked "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00031142–47) and a certified translation (CHU00031142E–47E), marked as Deposition Exhibits 1175 and 1175E.

83.     Attached hereto as <u>Exhibit 81</u> is a true and correct copy of a document that was produced in this litigation and designated "Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086511).

84.     Attached hereto as <u>Exhibit 82</u> is a true and correct copy of meeting notes ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that was produced in this litigation and designated "Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087705–07) and a certified translation (SDCRT-0087705E–07E).

85.     Attached hereto as <u>Exhibit 83</u> is a true and correct copy of meeting notes ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00031240–47) and a certified translation (CHU00031240E–47E), marked as Deposition Exhibits 1193 and 1193E.

86.     Attached hereto as <u>Exhibit 84</u> is a true and correct copy of a document that was produced in this litigation and designated "Confidential" by Defendant MT Picture Display Co., Ltd. (MTPD-0576483) and a certified translation (MTPD-0576483E), marked as Deposition Exhibits 917 and 917E.

87.     Attached hereto as <u>Exhibit 85</u> is a true and correct copy of meeting notes ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and marked "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00029245–47) and a certified translation (CHU00029245E–47E), marked as Deposition Exhibits 1140 and 1140E.

88.     Attached hereto as <u>Exhibit 86</u> is a true and correct copy of meeting notes ▮ ▮ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00029147–51) and a certified translation (CHU00029147E–51E).

89.     Attached hereto as <u>Exhibit 87</u> is a true and correct copy of meeting notes ▮ ▮ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030809–14) and a certified translation (CHU00030809E–14E), marked as Deposition Exhibits 1148 and 1148E.

90.     Attached hereto as <u>Exhibit 88</u> is a true and correct copy of meeting notes ▮ ▮ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030679–83) and a certified translation (CHU00030679E–83E), marked as Deposition Exhibits 1312 and 1312E.

91.     Attached hereto as <u>Exhibit 89</u> is a true and correct copy of meeting notes ▮ ▮ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028400–01) and a certified translation (CHU00028400E–01E), marked as Deposition Exhibits 1114 and 1114E.

92.     Attached hereto as <u>Exhibit 90</u> is a true and correct copy of meeting notes ▮ ▮ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028746–48) and a certified translation (CHU00028746E–48E), marked as Deposition Exhibits 1118 and 1118E.

93.     Attached hereto as <u>Exhibit 91</u> is a true and correct copy of meeting notes ▮ ▮ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030701–04) and a certified translation (CHU00030701EF–04EF), marked as Deposition Exhibits 1137 and 1137EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

94. Attached hereto as Exhibit 92 is a true and correct copy of meeting notes ███ ███████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030807–08, 15) and a certified translation (CHU00030807EF–08EF, 15EF), marked as Deposition Exhibits 1149 and 1149EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

95. Attached hereto as Exhibit 93 is a true and correct copy of meeting notes ███ ███████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00029228–30) and a certified translation (CHU00029228EF–30EF), marked as Deposition Exhibits 1144 and 1144EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

96. Attached hereto as Exhibit 94 is a true and correct copy of meeting notes ███ ███████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00029144–46) and a certified translation (CHU00029144EF–46EF), marked as Deposition Exhibits 706 and 706EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

97. Attached hereto as Exhibit 95 is a true and correct copy of meeting notes ███ ███████████ that were produced in this litigation and marked "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0091353–63) and a certified translation (SDCRT-0091353EF–63EF). After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

98.     Attached hereto as Exhibit 96 is a true and correct copy of meeting notes ██████ ██████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030559–62) and a certified translation (CHU00030559EF–62EF), marked as Deposition Exhibits 307 and 307EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

99.     Attached hereto as Exhibit 97 is a true and correct copy of a Powerpoint presentation ██████████████████████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660626–32), marked as Deposition Exhibit 1222.

100.    Attached hereto as Exhibit 98 is a true and correct copy of meeting notes ██████ ██████████████████ that were produced in this litigation and designated "Confidential" by Defendant MT Picture Display Co., Ltd. (MTPD-0423675–77) and a certified translation (MTPD-0423675EF–77EF). After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

101.    Attached hereto as Exhibit 99 is a true and correct copy of meeting notes ██████ ████████████████████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030839–40) and a certified translation (CHU00030839E–40E), marked as Deposition Exhibits 1212 and 1212E.

102.    Attached hereto as Exhibit 100 is a true and correct copy of a ████████████ report that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030985–90) and a certified translation (CHU00030985E–90E), marked as Deposition Exhibits 1316 and 1316E.

1    103.    Attached hereto as <u>Exhibit 101</u> is a true and correct copy of meeting notes ███

2    ████████████████████████████████████ that were produced in this

3    litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

4    (CHU00030998) and a certified translation (CHU00030998E), marked as Deposition Exhibits

5    1317 and 1317E.

6    104.    Attached hereto as <u>Exhibit 102</u> is a true and correct copy of meeting notes ███

7    ███████████████████ that were produced in this litigation and designated "Highly

8    Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0090355–59) and a certified

9    translation (SDCRT-0090355EF–59EF). After it was first introduced, the parties agreed on

10   changes to the certified translation, and the document was submitted for re-certification; the

11   attached certified translation is the final, re-certified version.

12   105.    Attached hereto as <u>Exhibit 103</u> is a true and correct copy of meeting notes ███

13   ███████████████████ that were produced in this litigation and designated "Confidential" by

14   Defendant Chunghwa Picture Tubes, Ltd. (CHU00071480–82) and a certified translation

15   (CHU00071480EF–82EF). After it was first introduced, the parties agreed on changes to the

16   certified translation, and the document was submitted for re-certification; the attached certified

17   translation is the final, re-certified version.

18   106.    Attached hereto as <u>Exhibit 104</u> is a true and correct copy of a ████████████ memo

19   ████████████████████████████████████ that was produced in this

20   litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-

21   0086569–70), marked as Deposition Exhibit 667.

22   107.    Attached hereto as <u>Exhibit 105</u> is a true and correct copy of ██████████████

23   that was produced in this litigation and designated "Confidential" by Defendant Koninklijke

24   Philips Electronics N.V. (PHLP-CRT-089918).

25

26

27

28

18

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPP MOTION FOR CLASS CERTIFICATION
WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS: Master File No. CV-07-5944-SC

108.    Attached hereto as <u>Exhibit 106</u> is a true and correct copy of meeting notes ████ ████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030749–51) and a certified translation (CHU00030749E–51E), marked as Deposition Exhibits 1143 and 1143E.

109.    Attached hereto as <u>Exhibit 107</u> is a true and correct copy of meeting notes ████ ████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086593–96) and a certified translation (SDCRT-0086593E–96E).

110.    Attached hereto as <u>Exhibit 108</u> is a true and correct copy of ████████ meeting notes ████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087953–62) and a certified translation (SDCRT-0087953EF–62EF), marked as Deposition Exhibits 631 and 631EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

111.    Attached hereto as <u>Exhibit 109</u> is a true and correct copy of meeting notes ████ ████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00578883–85) and a certified translation (CHU00578883EF–85EF), marked as Deposition Exhibits 1871 and 1871EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

112.    Attached hereto as <u>Exhibit 110</u> is a true and correct copy of meeting notes ████ ████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086675–81) and a certified translation (SDCRT-0086675E–81E).

19

1     113.    Attached hereto as <u>Exhibit 111</u> is a true and correct copy of meeting notes ██

2    ████████████ that were produced in this litigation and designated "Confidential" by

3    Defendant Chunghwa Picture Tubes, Ltd. (CHU00030888–93) and a certified translation

4    (CHU00030888E–93E), marked as Deposition Exhibits 1154 and 1154E.

5     114.    Attached hereto as <u>Exhibit 112</u> is a true and correct copy of meeting notes ██

6    ████████████ that were produced in this litigation and designated "Confidential" by

7    Defendant Chunghwa Picture Tubes, Ltd. (CHU00030899–903) and a certified translation

8    (CHU00030899E–903E), marked as Deposition Exhibits 1155 and 1155E.

9     115.    Attached hereto as <u>Exhibit 113</u> is a true and correct copy of meeting notes ██

10    ████████████ that were produced in this litigation and designated "Highly

11    Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086557–60) and a certified

12    translation (SDCRT-0086557EF–60EF), marked as Deposition Exhibits 1528 and 1528EF. After it

13    was first introduced, the parties agreed on changes to the certified translation, and the document

14    was submitted for re-certification; the attached certified translation is the final, re-certified version.

15     116.    Attached hereto as <u>Exhibit 114</u> is a true and correct copy of a ████

16    email ████████████████████████

17    ████████████████████████ that was produced

18    in this litigation by Defendant Toshiba Corporation (TSB-CRT-00041862–63) and a certified

19    translation (TSB-CRT-00041862E–63E).

20     117.    Attached hereto as <u>Exhibit 115</u> is a true and correct copy of meeting notes ██

21    ████████████████████ that were produced in this

22    litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

23    (CHU00028865–67) and a certified translation (CHU00028865E–67E), marked as Deposition

24    Exhibits 1524 and 1524E.

25

26

27

28

1   118.   Attached hereto as <u>Exhibit 116</u> is a true and correct copy of meeting notes ████

2   ████████████████ that were produced in this litigation and designated "Confidential" by

3   Defendant Chunghwa Picture Tubes, Ltd. (CHU00031178–79) and a certified translation

4   (CHU00031178E–79E), marked as Deposition Exhibits 1182 and 1182E.

5   119.   Attached hereto as <u>Exhibit 117</u> is a true and correct copy of meeting notes ████

6   ████████████████ that were produced in this litigation and designated "Confidential" by

7   Defendant Chunghwa Picture Tubes, Ltd. (CHU00030731–33) and a certified translation

8   (CHU00030731E–33E), marked as Deposition Exhibits 1141 and 1141E.

9   120.   Attached hereto as <u>Exhibit 118</u> is a true and correct copy of meeting notes ████

10  ████████████████ that were produced in this litigation and designated "Confidential" by

11  Defendant Chunghwa Picture Tubes, Ltd. (CHU00031183–85) and a certified translation

12  (CHU00031183E–85E).

13  121.   Attached hereto as <u>Exhibit 119</u> is a true and correct copy of meeting notes ████

14  ████████████████ that were produced in this litigation and designated "Confidential" by

15  Defendant Chunghwa Picture Tubes, Ltd. (CHU00030831–34) and a certified translation

16  (CHU00030831E–34E).

17  122.   Attached hereto as <u>Exhibit 120</u> is a true and correct copy of meeting notes ████

18  ████████████████ that were produced in this litigation and designated "Confidential" by

19  Defendant Chunghwa Picture Tubes, Ltd. (CHU00031254) and a certified translation

20  (CHU00031254E), marked as Deposition Exhibits 1211 and 1211E.

21  123.   Attached hereto as <u>Exhibit 121</u> is a true and correct copy of a spreadsheet ████

22  ████████████████ that was produced in this litigation and designated "Confidential" by

23  Defendant MT Picture Display Co., Ltd. (MTPD-0580726) and a certified translation (MTPD-

24  0580726E).

25

26

27

28

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DPP MOTION FOR CLASS CERTIFICATION
WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS: Master File No. CV-07-5944-SC

1       124.    Attached hereto as <u>Exhibit 122</u> is a true and correct copy of meeting notes ▮

2   ▮ that were produced in this litigation and designated "Confidential" by

3   Defendant Chunghwa Picture Tubes, Ltd. (CHU00031051–55) and a certified translation

4   (CHU00031051EF–55EF), marked as Deposition Exhibits 1203 and 1203EF. After it was first

5   introduced, the parties agreed on changes to the certified translation, and the document was

6   submitted for re-certification; the attached certified translation is the final, re-certified version.

7       125.    Attached hereto as <u>Exhibit 123</u> is a true and correct copy of meeting notes ▮

8   ▮ that were produced in this litigation and designated "Confidential" by

9   Defendant Chunghwa Picture Tubes, Ltd. (CHU00030787–94) and a certified translation

10  (CHU00030787E–94E), marked as Deposition Exhibits 1147 and 1147E.

11      126.    Attached hereto as <u>Exhibit 124</u> is a true and correct copy of meeting notes ▮

12  ▮ that were produced in this litigation and designated "Confidential" by

13  Defendant Chunghwa Picture Tubes, Ltd. (CHU00028589–90) and a certified translation

14  (CHU00028589E–90E), marked as Deposition Exhibits 1180 and 1180E.

15      127.    Attached hereto as <u>Exhibit 125</u> is a true and correct copy of meeting notes ▮

16  ▮ that were produced in this litigation and designated "Confidential" by

17  Defendant Chunghwa Picture Tubes, Ltd. (CHU00031174–75) and a certified translation

18  (CHU00031174E–75E).

19      128.    Attached hereto as <u>Exhibit 126</u> is a true and correct copy of meeting notes ▮

20  ▮ that were produced in this litigation and designated "Confidential" by

21  Defendant Chunghwa Picture Tubes, Ltd. (CHU00031180–81) and a certified translation

22  (CHU00031180E–81E), marked as Deposition Exhibits 1202 and 1202E.

23      129.    Attached hereto as <u>Exhibit 127</u> is a true and correct copy of meeting notes ▮

24  ▮ that were produced in this litigation and designated "Confidential" by

25  Defendant Chunghwa Picture Tubes, Ltd. (CHU00036378–80) and a certified translation

26  (CHU00036378E–80E).

27

28

1    130.    Attached hereto as <u>Exhibit 128</u> is a true and correct copy of meeting notes ████

2    ████████████ that were produced in this litigation and designated "Confidential" by

3    Defendant Chunghwa Picture Tubes, Ltd. (CHU00030720–27) and a certified translation

4    (CHU00030720E–27E), marked as Deposition Exhibits 1139 and 1139E.

5    131.    Attached hereto as <u>Exhibit 129</u> is a true and correct copy of meeting notes ████

6    ████████████ that were produced in this litigation and designated "Confidential" by

7    Defendant Chunghwa Picture Tubes, Ltd. (CHU00028763–67) and a certified translation

8    (CHU00028763E–67E).

9    132.    Attached hereto as <u>Exhibit 130</u> is a true and correct copy of a Powerpoint

10   presentation ████████████ that was produced in this litigation and designated

11   "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660717–27), marked as

12   Deposition Exhibit 1198.

13   133.    Attached hereto as <u>Exhibit 131</u> is a true and correct copy of meeting notes ████

14   ████████████ that were produced in this litigation and designated "Highly Confidential"

15   by Defendant Samsung SDI Co., Ltd. (SDCRT-0086672–74) and a certified translation (SDCRT-

16   0086672EF–74EF). After it was first introduced, the parties agreed on changes to the certified

17   translation, and the document was submitted for re-certification; the attached certified translation is

18   the final, re-certified version.

19   134.    Attached hereto as <u>Exhibit 132</u> is a true and correct copy of meeting notes ████

20   ████████████████████████ that were produced

21   in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

22   (CHU00028705–06) and a certified translation (CHU00028705E–06E).

23   135.    Attached hereto as <u>Exhibit 133</u> is a true and correct copy of a meeting notes ████

24   ████████████ that were produced in this litigation and designated "Confidential" by

25   Defendant MT Picture Display Co., Ltd. (MTPD-0038856–59) and a certified translation (MTPD-

26   0038856E–59E), marked as Deposition Exhibits 801 and 801E (other Bates-numbered documents

27   that were marked along with MTPD-0038856–59 as Deposition Exhibit 801 have been omitted).

28

136.    Attached hereto as <u>Exhibit 134</u> is a true and correct copy of a ███████ email ████████████████████████████████████████████████ that was produced in this litigation and designated "Confidential" by Defendant MT Picture Display Co., Ltd. (MTPD-0497049–50) and a certified translation (MTPD-0497049E–50E), marked as Deposition Exhibits 1416 and 1416E (other Bates-numbered documents that were marked along with MTPD-0497049–50 as Deposition Exhibit 1416 and MTPD-0497049E–50E as Deposition Exhibit 1416E have been omitted).

137.    Attached hereto as <u>Exhibit 135</u> is a true and correct copy of a ███████ email ███ that was produced in this litigation and designated "Confidential" by Defendant MT Picture Display Co., Ltd. (MTPD-0492286–89) and a certified translation (MTPD-0492286E–89E), marked as Deposition Exhibits 808 and 808E.

138.    Attached hereto as <u>Exhibit 136</u> is a true and correct copy of meeting notes ███ ████████████████████████████████ that was produced in this litigation and designated "Confidential" by Defendant Hitachi Displays, Ltd. (HDP-CRT00025646–47) and a certified translation (HDP-CRT00025646E–47E).

139.    Attached hereto as <u>Exhibit 137</u> is a true and correct copy of Saveri & Saveri, Inc.'s firm biography.

140.    Attached hereto as <u>Exhibit 138</u> is a true and correct copy of ███████████ that was produced in this litigation and designated "Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0006041–42) and a certified translation (SDCRT-0006041EF–42EF), marked as Deposition Exhibits 635 and 635EF. After it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

1   141. Attached hereto as <u>Exhibit 139</u> is a true and correct copy of ███████

2 ███ that was produced in this litigation and designated "Confidential" by Defendant Samsung

3 SDI Co., Ltd. (SDCRT-0006632–33) and a certified translation (SDCRT-0006632E–33E), marked

4 as Deposition Exhibits 1926 and 1926E.

5   142. Attached hereto as <u>Exhibit 140</u> is a true and correct copy of Technicolor SA (f/k/a

6 Thomson SA)'s 2011 Annual Report that I downloaded from Technicolor SA's website.

8   I declare under penalty of perjury under the laws of the United States that the foregoing is

9 true and correct. Executed on November 7, 2014 at San Francisco, California.

       <u>   */s/ R. Alexander Saveri*   </u>
          R. Alexander Saveri