# EXHIBIT 13
## [Part 3]

> ▫ 모든 제조업체들이 2월에 15″/17″ 생산을 계속 감축하기로 동의함.
>   청화 픽처 튜브는 9일간의 생산 감축 기간을 두기로 했고, SDI/OEC/PH 모두 최소한 7
>   일간의 생산 감축 기간을 계획하기로 하였음.
> ▫ 다음 CDT GSM 시간: 2/24 오후 2:00 (목요일). 장소: 서울 OEC 사무소. 서울에서 3/25
>   그린 미팅(Green Meeting)을 열기로 잠정적 합의함           (소갑 제3-83호증)

> <삼성SDI>
> · LG: 4일 휴무(신년) → 5 days 17″/15″
> · ORION: 4 days(신년) → 7일 O.K.
> · S/S: 7 days(5일)                                          (소갑 제4-27호증)

166      이 회의는 최고위급회의로서 삼성 SDI의 김♣, 김▲▲, 하◉◉, 이△△, LG전
자의 최■■, 이🄰🄰, 고🕀🕀, 임◯◯, 오리온의 조🄰🄰, 이🄼🄼, 문ππ, 오🄼🄼, 필립스
의 짐 스미스(Jim Smith), 제리 린(Jerry Lin), 리매이 리우(Limay Liu), 중화영관의
치엥-위안 린, 치-춘 리우, 웬-춘 챙, 칭-위앤 두가 참석하였다. 이는 중화영관의 '방
문보고서'와 삼성 SDI 이△△의 업무수첩에 의해 확인된다.

   ② 2000년 2월 24일 다자회의

167      피심인들은 14″, 15″, 17″, 19″ CDT의 같은 해 1분기 판매량 정보
를 공개하고 표로 만들어 적정 공급량이 유지되고 있는지를 확인하였다. 그리고 피
심인중 중화영관과 필립스는 삼성 SDI, 오리온, LG전자 등 한국회사들이 합의가격보
다 낮은 수준으로 한국 모니터 생산업체에 CDT를 공급함에 따라 대만 모니터업체로
부터 가격인하 압력을 받았다는 사실에 대해 불만을 제기한 사실이 있다. 이는, 한국
내 거래가격이 다른 피심인에게 상호 영향을 미치며 한국을 포함한 전세계 시장에서
의 판매수량 및 판매가격이 동 카르텔의 합의대상이었음을 알 수 있다. 또한, 한국에
서 한국 CDT제조업체간 회합이 지속되고 있었음을 알 수 있고, 실효성있는 합의실
행을 위해 대만의 CDT 실무진급 회의에 한국에서 개최된 회의결과를 전달하는데도
합의하였다. 그리고 피심인들은 논의 끝에 2000년 3월가격을 15″는 66~67달러, 1
7″는 89~90달러로 정하기로 하고 조업중단일수와 관련하여 2000년 3월중 15″는
10일, 17″는 5일로 하기로 합의하였다. 끝으로 차기회의를 같은 해 3월 25일 서울에
서 삼성 SDI 주최로 골프모임을 겸하여 개최하기로 합의하였다.

PH와 CPT는 한국 모니터 제조사들이 작년부터 대만 제조사들보다 더 나은 상황에 있으며, 대만 고객들은 한국 회사들이 한국 CDT 제조사로부터 특별한 지원을 받아, 대만 제조사들에 비해 경쟁력이 있다는 불만을 제기하였다는 점을 언급했다. Mr. 제리는 PH가 한국에서 매출이 없다고 주장했다.(본래 판매량은 약 140k/m이었음)          (소갑 제3-85호증)

게다가 한국 측 실무진 CSM이 수시로 열리고 있다. PH와 CPT 직원들도 필요한 경우 정기적으로 참석할 수 있도록 초청을 받을 수 있다.... 대만에서 열리는 실무진 회의에서 보고할 수 있도록, 한국 제조사들이 대만에 있는 그 직원에게 관련시장 정보를 전달하도록 하자는 안이 나중에 결의되었다.          (소갑 제3-85호증)

○회의 참석자들 사이의 광범위한 논의 끝에, 3월 가격과 메시지는 다음과 같이 하기로 결의하였다. -15" 67/66 us$, 17" 90/89 us$
○작업일수 축소: 2000년 3월. 회의 참석자들은 다음과 같이 결의하였다.
-17" 5일, 15" 10일          (소갑 제3-85호증)

그린 회의를 3/25(토요일) 서울에서 SDI가 주최하는 것으로 결의되었다.
AM 8:30~11:30: 고위 경영진 회의
AM 12:00 시작: 그린 회의          (소갑 제3-85호증)

168          이 회의는 한국에서 개최된 최고위급 CDT 다자회의로서, 삼성 SDI의 김♣, 김▲▲, 이△△, LG전자의 최 S.Y.(최▣▣), 이 S.K.(이◪◪), 고 K.Y.(고✿✿), Mr. 임(임☺☺), 오리온의 조◪◪, 문 J.H.(문ππ), 오 S.G.(오◪◪), 지미(Jimmy) 김, 필립스의 짐 스미스(Jim Smith), 제리 린(Jerry Lin), 박 J.K., 중화영관의 치-춘 리우, 칭-위엔 두가 참석하였다. 이는 중화영관의 칭-위엔 두가 작성한 '방문보고서', 회의당시 배포된 회의자료, 중화영관 참석자들의 '출국신청서', 삼성 SDI의 이△△의 업무수첩 내용 등에 의해 확인된다.

③ 2000년 4월중 생산량 통제 감사

169          2000년 4월중 삼성 SDI, LG전자, 오리온, 필립스, 중화영관은 각 사의 전세계 공장에서 15"와 17" CDT 생산통제 및 감사계획을 일자별로 표로 만들어 공유하고, 각 사의 직원이 상대방 생산설비를 직접 방문하여 가동중단 여부를 확인하도록 합의한 사실이 있다. 이는 중국 센젠 삼성 SDI 생산라인 중단여부를 확인하기 위해 직원을 파견토록 하는 중화영관의 내부 결재문서와 통제 및 감사계획표에 의해 확인된다.

**■ 15" CMT 생산 통제 & 감사 계획 -2000년 4월 (X10)**

| | CPT X 6 | | SDD X 5.5 | | LG X 4 | | ORION X 2.75 | | PHILIPS X 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 공소 | 감사 | 공소 | 감사 | 공소 | 감사 | 공소 | 감사 | 공소 | 감사 |
| Sat 4/1 | CPT*1 #2 CPT*3 CPTM*8 CPTF*2 | | Suwon#4 Pusan#3/6 M'sia#6 | | Changwon #H3#5 Wales#1 | | Kumi 09 BSA Mex*2 | | Chupein3,4,5 (중국으로 이전) | |
| Sun 4/2 | CPT*1 #2 CPT*3 CPTM*8 CPTF*2 | | Suwon#4 Pusan#3/6 M'sia#6 | | Kumi=G1 Changwon #H3#5 Wales#1 | | Kumi 09 BSA Mex*2 | | Chupein3,4,5 (중국으로 이전) | |
| Mon 4/3 | CPTT*1#2 CPT*3 CPTM*8 CPTF*2 | | Suwon#4 Pusan#3/6 | | Changwon#H3-H5 0.5 days | | | | Chupein3,4,5 (중국으로 이전) | |
| Tue 4/4 | CPTT*1#2 CPT*3 CPTM*8 | | Pusan#3/6 | | | | | | Chupein3,4,5 (중국으로 이전) | |
| Wed 4/5 | CPT*2 CPT*3 CPTM*8 | | Pusan#3/6 | | | | | | Chupein3,4,5 (move to China) | |
| Thu 4/6 | CPT*2 CPT*3 CPTM*8 | | Pusan#3/6 | | | | | | Chupein3,4,5 (move to China) | |
| Fri 4/7 | CPT*2 CPT*3 CPTM*8 | | | | | | | | Chupein3,4,5 (중국으로 이전) | |
| Sat 4/8 | CPT*2 CPT*3 CPTM*8 | | [판독평가] #2 | PH | | | Kumi 09 BSA Mex*2 | | Chupein3,4,5 (중국으로 이전) | |
| Sun 4/9 | CPT*2 CPT*3 CPTM*8 | | Suwon#4 Pusan#3/6 [판독 평가]#2 | PH | Kumi=G1+G2 Changwon #H3#5 | | Kumi 09 Mex*2 | | Chupein3,4,5 (중국으로 이전) | |
| Mon 4/10 | CPT*3 CPTM*8 | | Pusan#3/6 T [판독 평가]#2 | PH | Changwon#H3:H5- 0.5 days | | | | Chupein3,4,5 (중국으로 이전) | |

④ 2000년 5월 26일 다자회의

170

　　　　　피심인들은 아래와 같이 판매가격에 대해 합의하고 즉시 고객들에게 가격 인상을 통보하기로 하였고, 생산량 감축을 위해 피심인들은 15″와 17″ CDT 생산 라인을 최소 6일 이상 중단하기로 합의하고 같은 해 5월 30일까지 계획을 제출하기로 하였다. 피심인들은 회의의 비밀유지를 위한 방안으로, 참석자수를 각 사당 2~3명으로 한정하기로 하고, 차기 회의를 같은 해 6월 20일 말레이시아에서 골프와 겸해 개최하기로 합의하였다. 이는 중화영관의 '방문보고서'와 상하이 국제 컨벤션센터 호텔 메모지에 수기 내용 등에 의해 확인된다.

> 가격 문제와 관련하여, 시장 상황 및 일본 제조사들의 가격에 대한 검토가 있었다. 논의 끝에 참석자들은 다음 결정을 내렸다.
> ◆시행일: 2000-07-01
> ◆가격 지침: 15″ MPRII:$67 (핵심 항목:$66), 17″ MPRII:$88 (핵심 항목: $87)
> 19″ 가격은 이전의 합의 가격으로 유지할 필요가 있다는 결정이 내려졌다.
> 모든 제조사들은 시간을 벌고 7월 1일 이후의 원활한 시작을 위해 고객들에게 리드타임을 주기 위하여, 즉시 합의 가격을 각 고객들에게 전달할 것이다.　　　(소갑 제3-89호증)

> 논의 끝에 참석자들은 리우 이사의 제안을 따르기로 결정했다.
> - 17″ 및 15″ 각각 최소 6일 , 5월 30일까지 계획을 제출　　　(소갑 제3-89호증)

> 1) Mr. 제리는 현 GSM 회의 내용이 종종 외부에 유출되기 때문에 모든 참석자들에게 <u>회의록을 만들지 말고, 관련 마케팅 조사 자료만 보관해 달라고 당부하였다. … 참석 제조사들은 논의 후에 모두 참석자 수를 4명에서 2~3명으로 줄이는데, 동의하였다.</u>
> 2) <u>6월 20일(화요일) 말레이시아에서 그린 회의</u>를 갖자는 결의안이 통과되었다. 회의 일정은 다음과 같다.
> 07:30~12:00   골프 게임 (각 제조사 당 4명으로 제한)
> 12:00~13:00   점심 (진 마 팰리스에서 간단한 식사)
> 13:00~14:30   SDI 마케팅 조사 보고
> 14:30~17:30   ① 참석 사장들은 모두 린 사장이 주최하는 CPTM을 방문할 것.
> 　　　　　　　② CDT 경영진 회의
> 17:30~18:00   저녁식사 (진 마 팰리스에서 간단한 저녁식사)
> 18:00~21:00   CPT 경영진 회의　　　　　　　　　　　　　　(소갑 제3-89호증)

171　　　　　　한편, 피심인들은 기종별로 14″ CDT는 2달러, 15″ CDT는 3달러씩 각각 인상하고 17″ CDT 판매가격은 87~88달러로 할 것을 합의하였다. 또한, 가격인상 통보와 관련하여 고객들에게 5월말까지 인상할 것과 생산량 감축계획을 다음주까지 확정할 것을 합의하였다. 이는 삼성 SDI의 이△△의 업무수첩에 의해 확인된다.

> <u>5月末까지 가격인상 통보 capacity control next week confirm</u>
> price: +2$ 14″, +3$ 15″, 17″: 88$~87$
> Day off: Philips 7 days, LG 4 days, ORION 7 days, Chunghwa 6 days
> 　　　　　　　　　　　　　　　　　　　　　　　　　　(소갑 제4-29호증)

⑤ 2000년 6월 20일 다자회의

172　　　　　　피심인들은 14″, 15″, 17″, 19″ CDT의 각 사별 판매량 및 증감비율 확인을 통해 가격인상 가능여부를 상호 점검하였고, LG전자는 그룹내 고객을 비롯하여 5월 가격인상을 통지하였음을 확인해 주었으며, 필립스도 가격인상 서신을 고객에게 발송하였음을 확인하였다. 또한, 삼성 SDI도 삼성전자가 가격인상 때문에 빠른 납품을 요구하여 주문상황이 좋아졌음을 밝히고 참가사간 점유율을 확대하려 하지 않을 경우 가격인상이 성공적일 것임을 언급하였다. 그리고 피심인들은 규격별 CDT 가격 가이드라인에 대하여 합의하였으며, 2000년 7월 생산중단일수를 15″, 17″ CDT의 경우 최소 6일로 정하고 같은 해 6월 28일까지 계획을 제출하기로 하였으며, 차기 관리자급 회의를 같은 해 7월 13일 LG전자 주관으로 서울에서 개최하기로 합의하였다. 이는 중화영관의 '방문보고서'와 삼성 SDI 이△△의 업무수첩에 의해 확인된다.

> ○ LG는 고객(현지 및 그룹 내 고객들)에게 5월 가격 인상을 통지했다.
> ○ PH는 가격인상을 알리는 서신을 고객들에게 이미 발송했다. ... 고객들의 협상 상황을 기반으로, 14" 가격을 인상하는 데는 아무런 문제가 없을 것이다. 15"에도 강한 반대는 없으며,... 17"의 경우 상황이 그렇게 낙관적이지 않다.
> ○ SDI는 지난 주에 SEC가 주로 가격 인상 문제 때문에 빠른 납품을 요청해서, 6월 주문이 예약보다 약간 더 좋다고 설명했다. 고객들(한국회사를 포함하여)은 이미 가격 인상에 대해 통보 받았으며, [SDI]는 가격 인상에 대해 확고하고 다른 회사의 고객을 건드리려고 하거나 점유율을 확장하려고 하지 않는 한, 가격 인상은 확실히 성공적일 것로 믿는다.
> (소갑 제3-92호증)

> ○ 시장 상황과 현재 실제 시행 가격, 가격 조정에 관한 고객의 수용도, 본래의 점유율 균형을 고려한 후, 회의 참석자들은 다음과 같이 결정하였다:
> (1) 14"/15" 가격 가이드라인:
> 14" MPRII: $54 (핵심물량: $53) 및 최소 $2.0/pcs 인상
> 15" MPRII $67 (핵심물량: $66) 및 최소 $2.0/pcs 인상
> 효력발생일: 2000-07-01
> (2) 17" 정규튜브 가격: 현재 가격수준 유지. 원래 합의된 신규 가격은 1달 연기되어 8월 1일부터 시행된다.
> (소갑 제3-92호증)

> ○ 영업일 감소: 00년 7월
> LG, PH, CPT는 모두 6일간의 15"/17" 생산 중단을 요청했다. SDI는 5일을 제안했다. OEC는15" 5일, 17" 7일을 희망했다. 논의한 후, 회의 참석자는 다음과 같이 결정했다: -최소 6일 17"/15" 각각, -6월 28일까지 계획 제출
> ○또한, 과장급 회의(Managing Meeting)를 7/13(화)에 서울에서 열고, LG가 준비하기로 했다.
> (소갑 제3-92호증)

173      이 회의 참석자들은 '합의사항을 준수하고 인상시점은 늦추며 고객의 말은 믿지말자'고 하면서, 14", 15" CDT가격은 2000년 7월 합의가격대로 적용하고 17" 가격은 한달 연기하기로 합의하였다. 이는 삼성 SDI 이△△의 업무수첩 및 진술내용에 의해 확인된다.

> ○ SDI: ① keep agreement → delay price increases→ do not trust
> ○ 14 "/15"  July and agreed price, 17" 1個月 delay
> → Monitoring system: 7월/8月
> (소갑 제4-30호증)

⑥ 2000년 6월 28일 다자회의

174      피심인들은 합의된 인상가격의 고객 통지여부를 상호 점검하고 고객반응을 크로스 체크하였다. 이러한 사실은 이 회의 목적이 공개되지 않는 시장 수급정보를 바탕으로 가격인상여부를 확인한 뒤 합의가격을 도출하고, 고객이 제시하는 경쟁

자 공급가격의 진위여부를 상호 확인함으로써 합의의 실행이 효과적으로 이루어지도록 함과 동시에 합의실행을 늦추고 있는 회사들에게 이행을 촉구하는데 있음을 알 수 있다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> ○ SDI의 Mr. 하는 ... 컴팩/델타/KFC/ADI는 모두 LG의 견적가가 더 낮다고 주장한다. SDI의 가격이 높아서 위 고객들은 SDI의 주문을 취소하였다.
> ○ LG의 Mr. 림은 6월 LG의 주문량 전체가 지난 주 회의에서 공개된 수치 (15" – 682k, 17" – 711k, 19" – 175k)와 같다는 점을 분명히 하였다. LG는 SDI가 저가로 경쟁하면서 LG가 주문을 잃게 하였다고 확신하고 있으며, 이의를 제기하였다. ... LG는 분명 저가로 주문을 수주하지 못하였다.
> ○ 중국의 PH 판매 정보에 따르면, SDI 센젠은 주저해왔으며 국내 고객 가격을 인상하려는 어떠한 움직임도 보이지 않았다. Mr. 하에게 조사 및 확인 작업을 지원하고, 가격 인상을 압박하도록 요청하였다.
> (소갑 제3-93호증)

⑦ 2000년 7월 13일 다자회의

175    이 회의는 한국시장과 관련하여, 필립스 참가자는 한국의 삼성전자와 대우전자에 요청한 가격인상 관련사항, 공급량통제를 통한 가격인상 가능성 등을 다른 참가자들과 논의하였다. 이는 중화영관의 '방문보고서', 삼성 SDI D.D.(Digital Display) 영업본부에서 회의 개최전 작성한 '7월 13일 Meeting 준비자료', 회의당시 배포된 회의자료에 의해 확인된다.

> ○마지막 회의의 각 결의에 따라, PH 및 Huafei는 8월 1일부터 가격을 $53(itc/cif)으로 조정하고자 할 것이다. PH의 Mr. Park은 SEC 및 Daewoo에게 개별적으로 가격 인상을 요구했으나, 아직 확답을 받지 못했다고 말했다. ... SEC/Daewoo에 대한 최근 공급량은 각 20-25k/m이며, 합계 약 50k/m이다. SDI와 OEC은 위 50k를 자신들에게 공급할 수 있는 다른 공급자가 없을 것이라고 답변했다. PH는 억제를 완화하고, 가격을 인상시킬 수 있다.
> (소갑 제3-95호증)

⑧ 2000년 9월 21일 다자회의

176    피심인들은 전세계 시장에서의 규격별 CDT(14″, 15″, 17″, 19″)의 수급상황 및 판매동향과 관련된 정보를 취합하여 공유하고 향후 판매량 및 판매가격 설정방안에 관해 논의하였다. 또한, TFT-LCD가 평면 CDT 모니터를 대체함에 따라, 삼성 SDI는 삼성전자가 수용할 수 있는 가격안을 참석자들에게 설명하고, TFT-LCD 가격변화에 따라 경쟁력을 가질 수 있는 수준으로 CDT 가격을 설정해

나가기로 합의하였음을 알 수 있다.

177    이는 각 사가 독자적 판단에 의해 생산 및 가격을 설정하는 것이 아니라 공동으로 공급량을 인위적으로 조정하고 대체품의 공급확대 상황에 비추어 판매가격도 공동으로 조절하려는데 있었음을 알 수 있다. 피심인들은 2000년 10월중 15˝, 17˝ CDT의 생산라인을 14일 중단하기로 하였고, 차기회의는 한국 서울에서 같은해 10월 25일 오후에 CDT 회의를 개최하고 10월 26일 오전에는 골프모임인 그린미팅을 개최하기로 합의하였다. 이는 중화영관의 '방문보고서', 회의자료와 삼성 SDI 이△△의 업무수첩에 의해 확인된다.

> ○ (C) 17" 평면 튜브의 합리적 가격 및 TFT 대체 추세:
>   다음은 SDI의 김♣이 15" TFT LCD에대하여 17" 평면 모니터의 경쟁력 및 예상 시장 가격에 관하여 제공한 전망자료이다:

| 15" TFT 모니터 | | | 17" CDT 평첫 모니터 | | |
|---|---|---|---|---|---|
| 항목 | 현자 | 전망 | 항목 | 현재 | 전망 |
| 모율 비율 | $450~480 | $300 | CDT 비용 | $110 | $90 |
| 기타 비율 | $100 | $90 | 기타 비용 | $80 | $75 |
| FOB가격 | $550~580 | $390 | FOB 가격 | $190 | $165 |
| 도매 가격 (FOB*1.2~1.3) | $660~725 | $470 | 도매 가격 (FOB*1.3~1.4) | $247~260 | $214~231 |
| 소매 가격 | $799 | $499 | 소매 가격 | $249~279 | $216~250 |

> 현재 소매가와 비교할 때 $799는 $249보다 약 3.2배 높다. 만약 우리가 이 대신 2.5를 계수로 사용하고, 15" TFT 모니터의 가격이 $499이면, 17" CDT 모니터의 가격은 $499/2.5=$199이어야 한다. 따라서 SEC는 17" 평면 튜브 가격은 $80보다 낮아야 하며, 그렇지 않을 경우 아무도 사지 않을 것이라고 판단한다. ... 따라서, SEC는 $350이 모니터에 대하여는 궁극적인 목표가격이라고 판단한다. ... 그러나 TFT 가격이 인하되면, CDT의 가격도 경쟁력을 유지하기 위하여 인하되어야 한다.              (소갑 제3-96호증)

> ○ 조입일 감소: Qct [원문표기대로] 2000년
>   <u>결의안: 15"/17" 생산라인 14일 중단 (17" 8일, 15" 6일, 15"/17": 각 7일)</u>
> ○ <u>결의안: 다음 회의는 한국 서울에서 개최될 것이다.</u>
>   <u>10월 25일 PM-경영 회의 (AM CPT 회의), 10월 26일 AM 녹색 회의</u>
>                                              (소갑 제3-96호증)

⑨ 2000년 9월 27일 다자회의

178    이 회의에서 피심인들은 2000년 10월중 전세계 공장에 있는 15˝, 17˝ CDT 생산라인 중단계획을 작성하고, 감사방식은 감사일 2일전에 상대방에게 통지하기로 합의하였다. 또한, 차기 회의는 같은 해 10월 4일 오후 2시부터 중화영관의 대만 타오위안 사무실에서 개최하기로 하였다. 이는 중화영관의 팡-이 린이 작성한 '방문보

고서'에 의해 확인된다.

> ○각 제조사가 보고한 라인 중단 및 감사 계획이 첨부되어 있다. 감사 일자 2일 전에, 제조
> 사들은 상대방에게 방문자/주최자에게 통지해야 함이 합의되었다.
> ●Mr. 하는 10월 가격을 논의하기 위해 각 제조사의 최고위 경영진이 다음 회의에 참석할
> 수 있기를 희망한다고 말하였다. 다음 회의 일시는 10/4(3) PM 2:00, 장소: CPT 타오유
> 안 공장
> (소갑 제3-98호증)

⑩ 2000년 10월 25일 다자회의

179        피심인들은 이전회의 합의내용을 논의하면서, LG전자의 영국 웨일즈 공장에
서 합의한 바대로 조업중단을 이행하지 않았다는 점에 중화영관 참가자는 이의를 제
기하였고 LG전자 Mr. 최는 확인후 회신을 하겠다고 답하였고, 고객들의 가격인하 요
청에 대하여 피심인들은 협력하여 공급을 통제하고 가격을 안정화하기로 합의하였
다. 또한, 피심인들은 합의의 불이행을 방지하기 위해 15″, 17″ CDT 제품에 대해
각 사가 적용하고 있던 최저가, 평균가를 익명으로 제출하고 표로 만들어 비교한 뒤
가격 가이드라인을 정하고, 2000년 11월 가격의 안정화를 위해 생산량에 대한 보다
엄격한 통제가 필요하다는데 공감하고 9일간 생산라인 가동을 중단하기로 하였다.
또한, 차기 회의는 중화영관 말레이시아에서 같은 해 11월 29일 오전 9시부터 CDT
다자회의를 개최하기로 합의하였다. 이는 중화영관의 '방문보고서'와 회의자료, 중화
영관 참석자의 출국신청서 및 출장비 정산서, 한국출장시 숙박 호텔영수증, 삼성 SDI
이△△의 업무수첩 기재내용 및 진술 등에 의해 확인된다.

> ○ (A) 지난 회의 사후 점검:
> 검사 통제: CPT는 LG 웨일즈(Wales) 공장의 생산 중단 상황에 대한 감사를 되돌아 보았
> 다. CPT 직원들은 LG가 본래 계획에 따른 생산 중단을 이행하지 않은 사실을 발견했
> 다. LG의 Mr. Choi는 그들이 조사한 후 회신을 하겠다고 하면서 LG는 이번 달 나쁜 수주 상
> 황으로 인해 8일이 넘도록 생산 중단을 했다고 답변하였다.
> ○ 5개 주요사는 가격을 안정적으로 유지하기 위하여 면밀하게 협조하여 수요와 공급 균형
> 을 통제해야 한다.
> (소갑 제3-99호증)

(C) 가격 지침(Guideline):
모든 제조사들은 익명으로 15" /17" 현재 가격을 다음과 같이 제공하였다.

| | 가장 낮은 가격 | | 평균 가격 | | 가격 가이드라인 | |
|---|---|---|---|---|---|---|
| | 15" | 17" | 15" | 17" | 15" | 17" |
| 1 | $63 | $82 | $64 | $83 | $64 | $83 |
| 2 | $63 | $83 | $64 | $84 | $63 | $83 |
| 3 | $64 | $84 | $65 | $85 | $63-64 | $83-84 |
| 4 | $63 | $82 | $64 | $83 | $64 | $83 |
| 5 | $62 | $81 | $64 | $83 | $64 | $83 |
| 평균 | $63 | $82.4 | $64.2 | $83.6 | | |
| 최저가 | $62 | $81 | $64 | $83 | $63 | $83 |
| 일본 | $58 | $76 | $60 | $81 | | |

ㅇ 연장된 논의를 거친 후, 모든 참석자들은 계속된 가격 인하를 방지하기 위해서 본래의 가격 지침상 가격은 더 이상 인하되어서는 안 된다는 점에 동의하였다: 15" ‑$66, 17" ‑$85, 아직 각 2달러의 가격 인하가 허용될 수 있다.[수기로 작성:] 주요 고객(key account)에 대해서, 모두들 가격 할인을 늘리는 것은 적절하지 않다는 점에 동의하였다.
(소갑 제3-99호증)

담49) 이 회의에서도 이전의 관리자급회의에서와 유사한 방식으로 진행이 되었습니다. 특이한 점은 가격가이드라인 설정시 그간 참석사들의 속임수(cheating)가 실효적인 가격합의 및 실행에 방해가 된다고 판단한 참석자중 한명은 무기명으로 기종별 현재 판매가격을 적은후 제출할 것을 제안하고 그 결과를 바탕으로 '최저가격‑평균가격‑가이드라인'을 도출하였습니다. 기종별 가이드라인으로는 15인치는 66불, 17인치는 85불로 합의하였습니다. 또한, 2000년 11월의 가동중단일은 9일로 합의하였습니다.
(소갑 제2-2호증)

ㅇ 결의: 11월 시장 수요는 10월에 비하여 나쁘며, 가격 안정성 유지를 위해, 생산량을 보다 엄격하게 통제할 필요가 있다. 따라서 15" /17" 생산라인에 대한 생산 중단 일수는 10월에 7일에서 9일로 증가되어야 한다.
ㅇ 다음 회의는 CPTM에서 열릴 예정: 11/28 PM 03:00---CPT 경영 회의, 11/29 AM 09:00---CDT 경영 회의
(소갑 제3-99호증)


(7) 2001년도 경쟁자간 회합

<표 23>          2001년도 CDT 카르텔 회의개요

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2001.2.23. | 각사별 가격 가이드라인(15〞: 59±2, 17〞: 76±2, Flat: 91±3, 19〞: 108±3), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제4-36호증 2940쪽 |
| 2 | 2001.3.19. | 각사별 가격 가이드라인, 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-103호증 1643쪽 1645쪽, 소갑 제4-37호 |
| 3 | 2001.3.28. | 현행 가격확인, 정보교환 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-104호증 1656쪽 |
| 4 | 2001.4.19. | 기종별 가격 가이드라인(14〞: 47±1, 15〞: 57±2, 17〞: 74±2, 19〞: 100±3), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-105호증 1666쪽 소갑 제4-38호 |
| 5 | 2001.6.27. | 저가판매 자제, 기종별 가격가이드라인, 조업중단계획 | 중화, SDI, LPD, 오리온 | 소갑 제3-106호증 1682쪽 1685쪽, 소갑 제3-107호증, |

| | | | | (관리자급회의) | 소갑 제4-39호증 |
|---|---|---|---|---|---|
| 6 | 2001.7.24. | 기종별 가격가이드라인, 조업중단계획 | 중화, SDI, LPD, 오리온 | 소갑 제3-108호증 1721쪽<br>소갑 제4-40호증<br>소갑 제2-2호증 답50) |
| 7 | 2001.8.13. | 저가판매 자제 | 중화, SDI, LPD, 오리온 | 소갑 제3-109호증 1731쪽 |
| 8 | 2001.10.15. | 기종별 가격가이드라인, 생산라인 중단계획 | 중화, SDI, LPD, 오리온 | 소갑 제4-41호증 2966쪽 |
| 9 | 2001.10.23. | 가격인상(10.1: $10, 11월: $15, 12월: $5), 저가판매자제 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-110호증 1731쪽 1739쪽, 1741쪽, 1744쪽 |
| 10 | 2001.12.17. | 기종별 가이드라인 (15″: 44, 17″: 58, 17″ Flat: 67, 19″: 85, 19″ Flat: 100) | 중화, SDI, LPD, 오리온 | 소갑 제3-111호증 1759쪽 소갑 제4-42호증 2970쪽 |
| 11 | 2001.12.28. | 기종별 판매가격, 세부사양별 가격차 | 중화, SDI, LPD | 소갑 제3-112호증 1768~1770쪽 |

① 2001년 2월 23일 다자회의

180        피심인들은 15″, 17″, 19″ CDT 제품의 당시 각사별 적용가격을 비교한 후 가격 가이드라인을 설정하였으며, 같은 해 3월 12일간 생산라인 가동을 중단하기로 합의한 사실이 있다. 이는 삼성 SDI 이△△의 업무수첩에 의해 확인된다.

```
○ Price Guide line
        ORION      SDI     LG     CPT    Philips
 15"    60         59      57     57     57              59±2
 17"    76         75      75     74     75              76±2
 Flat   –          15      10(?)  15     15→13 91±3
 19"Con –          *108    108    103    (105±5)S/L     108±3
○ Capa control
- 중화: 15days, LG: 14days, Philips: 14days, ORION: 6-7days, SDI: 10days
 12 days 〔동그라미〕                                    (소갑 제4-36호증)
```

② 2001년 3월 19일 다자회의

181        피심인들은 2001년 2월 판매실적과 3월의 추정치를 교환하고, 각 사의 생산전환 계획 정보 등을 교환하였다. 삼성 SDI 참석자의 발언에서 삼성 SDI와 삼성전자와의 관계를 알 수 있다. 즉, 삼성전자는 삼성 SDI외의 CDT 제조업체로부터 40%를 공급받고 있었으며 CDT 다자회의의 합의를 지키지 않을 경우 삼성 SDI가 삼성전자

로 공급하는 수량을 뺏어갈 수 있음이 파악된다. 이 회의에서 피심인들은 2000년 4월 14″, 15″, 17″, 19″ CDT 제품가격에 대해 각 사의 의견을 종합하여 합의가격을 도출하였고, 2001년 4월중 생산라인 가동 중단일수는 14일로 합의하였다.

182    또한, 피심인들은 차기회의를 중국 상하이에서 같은 해 4월 19일 개최하기로 하였으며 4월 20일에는 골프모임인 그린 미팅을 개최하기로 하였다. 이는 중화영관의 '방문보고서'와 삼성 SDI 이△△의 업무수첩 기재내용에 의해 확인된다.

> ○ 현재 SDI는 SEC에게 60%를 납품하고 있고, 대만 회사는 20%를 차지하고 있고, 다른 한국 회사 및 아시아 태평양 지역은 20%를 쳐지하고 있다. ... SDI는 TSB가 15″ 미니넥 (Mininneck)을 저가에 SEC에 판매함으로써 내부 거래량이 사실상 0이 되었다고 언급하였다.
> (소갑 제3-103호증)

> (B) 4월의 새로운 가격 가이드라인:
>     4월 가격 결정에 대한 각 제조사들의 견해 및 결의 내용은 다음과 같다:
>
> |      | CPT | LG | Orion | PH | SDI | Conclusion |
> |------|-----|-----|-------|-----|-----|-----------|
> | 14″ | 47±1 | -- | 47±1 | 47±1 | 48±1 | 47±1 |
> | 15″ | 58±2 | 57±2 | 57±2 | 58±2 | 58±2 | 57±1 |
> | 17″ | 75±2 | 75±2 | 75±2 | 75±2 | 75±2 | 75±2 |
> | 17″RF | 89±2 | 89±2 | 89±2 | -- | 89±2 | 89±2 |
> | 19″ 85khz | 101±3 | 100±3 | 101±3 | 103±3 | 101±3 | 100±3 |
> | 19″ 95khz | 106±3 | 105±3 | 106±3 | 108±3 | 106±3 | 105±3 |
>
> (E) 4월의 라인 중단일
> 각 제조사는 계획된 조업 중단일수에 대해 보고하였다: CPT - 14일, 필립스14일, LG- 14일, SDI는 12일. 4월 한달 동안 조업 중단일을 14일로 하는 것으로 최종 결의되었다.
> (소갑 제3-103호증)

③ 2001년 3월 28일 다자회의

183    피심인들은 14″, 15″, 17″, 19″ CDT 제품의 판매량 및 시장에서의 고객반응관련 정보를 교환하였다. 특히, 한국의 수요업체인 삼성전자, 한솔전자가 낮은 견적가를 제시한 데 대해서 다른 참가자들은 삼성 SDI 참석자로 하여금 본사에 보고하여 시정하기를 요청한 사실이 있다. 이는 중화영관의 '방문보고서'에서 확인된다.

> ○SEC가 국제정보통신박람회에서 17″를 $111이라는 저가 제시, 한솔이 수주를 위해 17″를 $108로 견적가 제시, SEC가 OEM 수주를 위해 17″RF 튜브에 대해 $80을 제시하는 것과 같은 비합리적인 가격정과 관하여, 모든 업체는 SDI 타이페이가 시장관행을 교란시키는 위 행위를 본사에 보고하기를 바라고 있다.    (소갑 제3-104호증)

- 94 -

④ 2001년 4월 19일 다자회의

184        피심인들은 회의개최전 판매량 변동사항, 규격별 판매가격 및 고객들의 동향, 생산라인 변동현황 관련 정보를 교환하였다. 또한, 다음과 같이 2001년 5월 신규 가이드라인에 합의하였으며 5월중 생산라인 가동 중단일은 14일로 정하였다. 그리고 차기 회의는 같은 해 5월 22일 오전 9시부터 대만 타오위안의 중화영관에서 개최하기로 하였다. 이상의 내용은 삼성 SDI 이△△의 업무수첩 기재내용과 동일하다. 이는 중화영관의 링-윤 쳉이 작성한 '인터뷰 보고서'과 삼성 SDI 이△△의 업무수첩 내용에 의해 확인된다.

---

(B) 신규 가격 지침:
모든 제조사들이 ... 시장을 교란시킬 수 있는 대규모 조정 상황을 피하기 위해 가격을 유지하는데 모든 노력을 기울이기를 바라고 있었다. <u>5월 가격에 대해 제조사들은 다음과 같이 결의했다.</u>

| | 결론 |
|---|---|
| 14" | 47±1 |
| 15" | 57±2 |
| 17" | 74±2 |
| 17"RF | 87±2 |
| 19" 85khz | 100±3 |
| 19" 95khz | 105±3 |

(E) 5월 라인 휴업일
제조사들은 <u>5월의 라인 휴업일을 14일로 하겠다고 결의했다.</u>
(F) AOB:
다음 회의는 타오유안의 CPT에서 갖기로 결의하였다. (5/22 9:00AM) CPT가 회의를 주재할 것이다.       (소갑 제3-105호증)

---

⑤ 2001년 6월 27일 다자회의

185        피심인들은 회의개최전 CDT 판매현황에 대해 정보교환하였다. LG전자 참가자는 오리온이 자사내부의 CDT 주문을 저가로 가로챈 점에 대해 항의를 표시했고, 중화영관의 치-춘 리우(의장)는 이러한 행위는 회원사들의 손실만을 확대시킬 뿐이므로 공격적인 행위를 자제할 것을 요청하였다.

186        또한 피심인들은 2001년 7월 14″, 15″, 17″, 19″CDT 판매가격 가이드라인 및 생산라인 중단일수(14일)에 합의하였고, 생산라인 중단 감사를 위해 같은 해 6

월 29일 대만 삼성 SDI에서 회의를 개최하고, 차기 회의는 대만 LPD에서 같은 해 7월 24일 개최하기로 합의하였다. 각 사는 한국의 수원, 부산, 구미를 포함하여 구체적인 생산공장별 중단계획과 감사는 언제든지 3일전 통보 후 실시하는 규칙도 합의하였다. 이 회의는 삼성 SDI의 김▲▲, 박🔲🔲, 이△△, LPD[33]의 최🔳🔳, 이🔲🔲, 고♧♧, 오리온의 조🔲🔲, 강◎◎, 중화영관의 치-춘 리우, 셍-젠 양, 웬-춘 쳉, 링-윤 쳉이 참석하였다. 이는 중화영관의 '방문보고서', 회의당시 배포된 회의자료, 삼성 SDI의 이△△의 '업무수첩'에 의해 확인된다.

> ○LG는 오리온에게 17"에서 $58인 저가를 이용해 LG 모니터로부터 주문을 가로 챈간 점에 대해 강력한 항의를 표했다. 오리온은 그러한 의혹을 부인했으며, LG가 대만 고객들에게 $61으로 견적가를 제시하였다는 구체적인 증거가 있다고 주장했다. ... 의장인 VP Liu는 시장이 저조한 경우 판매유인을 위해 가격을 낮추는 것은 판매를 증가시키지 않으며, 이는 각자의 손실만 확대할 뿐이라고 말했다. ... 오리온은 LG로부터 주문을 가로채는 공격적인 행위를 자제해 줄 것을 희망한다.                          (소갑 제3-106호증)

> ○ (D) 가격 가이드라인
> 여러 업체가 가격 견적에 대한 가이드라인으로서 현재 상황에 가까운 수치를 채택할 것에 합의했다.
>
> | 14" | $ 43 |
> |---|---|
> | 15` | $ 49 |
> | 17" | $ 65 |
> | 17" 평면 | $ 78 |
> | 19" 85KHZ | $ 90 |
> | 19" 95KHZ | $ 95 |
>
> (E) Jul(원문을 그대로 인용) 라인 중단 일자                              ...
> 여러 업체가 7월에 14일의 라인 중단을 유지하기로 합의했으며 ... 여러 제조사는 계획의 실행 확인 및 조사를 위해 SDI 타이베이에서 6월 29일 오후 2시에 회의를 개최할 것이다.
> (F) 다음 회의는 LG필립스 타이베이에서 개최될 것이다(7월 24일, 13:30)
>                                                          (소갑 제3-106호증)

　　　　⑥ 2001년 7월 24일 다자회의

187　　　　　　　피심인들은 2001년 8월중 CDT 생산라인 중단일수를 15로 하기로 합의하고 14″, 15″, 17″, 19″CDT의 기준가격을 설정하였다. 또한, 차기 회의는 같은 해 8월 21일 오후 1시부터 한국 삼성 SDI 사무실에서 개최하기로 합의하였다. 이 회의는 삼성 SDI의 김▲▲, 박🔲🔲, 이△△, LPD[34]의 최🔳🔳, 이🔲🔲, 고♧♧, 오리온

---

33) LG전자와 필립스는 2001.7.1일부로 각 사의 CRT 사업부문을 통합하여 LG Philips Display(LPD)라는 조인트벤처를 설립하였으며, 이시점 이후에는 LG전자와 필립스의 CDT 판매·영업담당 임직원들이 LPD를 대표하여 카르텔 회의에 참석하였다.

의 조⊠⊠, 강◎◎, 중화영관의 치-춘 리우, 셍-젠 양, 웬-춘 쳉, 링-윤 쳉이 참석하
였고, 이전회의 합의내용에 따라 대만 타이페이의 LPD 사무실에서 CDT 다자회의를
개최하였다. 이는 중화영관의 링-윤 쳉이 작성한 '방문보고서'과 삼성 SDI 이△△의
업무수첩 내용 및 진술에 의해 확인된다.

> (C) 8월 중 생산 중단 일자
> 여러 제조사들은 공장 폐쇄를 실행하는 대신 생산량 조절을 위하여 <u>8월 중의 생산 중단 일</u>
> <u>수를 15일로 하기로 했다.</u>
> (D) 가격 지침 선: 제조사들은 기준 가격을 다음과 같이 하기로 합의했다.
>
> | 14" | $ 42 |
> |---|---|
> | 15" | $ 48 |
> | 17" | $ 64 |
> | 17" 평면 | $ 76 |
> | 19" 85KHZ | $ 87 |
> | 19" 95KHZ | $ 92 |
>
> (E) A.O.B. 다음 회의는 한국 SDI에서 열기로 한다. (8월/21 p.m. 13:00).
>
> (소갑 제3-108호증)

　⑦ 2001년 8월 13일 다자회의

188　　　이 회의에서 중화영관은 삼성 SDI에게 저가공급 중단을 요청하였고 이에 대해
삼성 SDI는 이 사실을 부인하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> ○CPT는 현재 판매량이 늘어났다고 밝히고 SDI에게 <u>저가를 제시함으로써 시장 점유율을</u>
> <u>확장하지 말라고 요구했다. 그렇지 않을 경우 모든 제조사들은 시장 점유율을 유지하기 위</u>
> <u>해 향후 판매가격을 낮추게 될 것이며 이러한 악순환은 시장을 심각하게 해할 것이다.</u>
> SDI는 신규 고객에게 낮은 가격을 제시하지 않았으며 현재 필립스/AOC와 19" 평면만을
> 거래하고 있고 다른 크기의 상품은 일절 관계없다고 주장하며 자신을 옹호하였다.
> ○두 개 제조사들[삼성SDI, LPD]은 가격 인하를 막는데 앞장서고 각자의 가격을 조정할 것
> <u>을 촉구 받았다.</u>
> (소갑 제3-109호증)

　⑧ 2001년 10월 15일 다자회의

189　　　피심인들은 생산-판매량 증감 등의 정보를 교환한 후, 각 사의 전세계 생산
설비의 라인가동 중단계획("shutdown plan")을 점검하였고 14″, 15″, 17″, 19″

---

34) LG전자와 필립스전자는 각 사의 CRT 사업부문을 합자투자(조인트벤처)로 설립된 LPD 홀딩스에 의해 LPD(LG
　Philips Displays Korea Co., Ltd)를 2001. 6. 11.설립하였고, 2001. 6. 30. LG전자로부터, 2001. 7. 1. 필립스전자로부
　터 CRT사업부문을 양도받았다. 이 시점 이후는 LG전자와 필립스의 CDT 판매·영업담당 임직원들이 LPD를 대표
　하여 카르텔 회의에 참석하였다.

CDT의 가격가이드라인에도 합의하였다. 이는 삼성 SDI 이△△의 '업무수첩'에 의해 확인된다.

---

○ shutdown plan
•SDI-2단계 수원 -#1 O.K. 마련-#4 not yet - 3단계: 부산#5 예정
•LPD-3단계 O.K. →Lebring&Hwafei - 1라인중단
•ORION: 3단계를 위한 시간이 필요
•CPT: followed the SKDL
○ price guideline
•14" 42$  •15" 43-45$  •17" 58$, flat 68$  •19" FST[35) 85$   (소갑 제4-41호증)

---

⑨ 2001년 10월 23일 다자회의

190     피심인들은 CDT의 대체제품인 TFT-LCD의 판매가격 인상에 따라 가격인상의 기회라고 판단하고 CDT 가격을 같은 해 10월, 11월, 12월에 각각 10달러, 15달러, 5달러씩 인상하기로 합의하였다. 또한, 삼성 SDI가 삼성전자와의 거래시 합의가격에서 이탈하여 저가로 공급함으로써 시장점유율을 확대하고 다른 참가자의 주문량을 빼앗는데 대해 이의를 제기하였다. 이에 대해 삼성 SDI는 구체적 수치를 제시하며 저가로 주문을 확보한 사실을 부인하였다.

191     또한, 피심인들은 주 고객에 공급하는 가격은 합의가격보다 일정비율(2.5~4%) 낮은 수준에서 결정하였음이 확인되고, 합의가격과 연동하여 변화됨을 알 수 있다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

---

공통적인 합의에 이른 부분은 10월 1일에 $10를 인상하고 11월에는 $15를 인상, 12월에는 다시 $5를 인상한다는 것이다.                                    (소갑 제3-110호증)

---

○CPT가 이의 제기한 내용은 삼성이 저가로 지원성 내부 거래를 함으로써  하락세인 시장에서 높은 점유율을 차지하였으며, 특히 낮은 가격으로 대만 기업의 주문을 확보하려 한다는 것이다. ... SDI는 자사가 저가로 주문을 확보하는 것이 아니라 오히려 대만 기업들에 대해 시장 점유율을 잃고 있는 것이 사실이라고 하면서 이를 강력하게 반박하였다.
○SDI는 그룹 내부 거래에 관하여 시장 가격보다 3% 낮은 수준에서 실행 되었다고 밝혔으며, CPT도 할인율이 3%라고 밝혔다. LG는 4%를 할인하였고, PH는 할인율을1%에서 2.5%로 확대하였다.                                    (소갑 제3-110호증)

---

35) FST는 Full Square Tube의 약어로서 브라운관 화면의 코너부분이 원형(round)이 아닌 사각형(square)인 제품을 말한다.

192    그리고 삼성 SDI는 향후 적용할 17″, 19″ CDT 가격을 참가자들에게 알리고 주문을 잃더라도 가격인하 경쟁을 자제할 것을 촉구하였고, 이에 대해 참가자들은 경쟁을 중단하는 방법을 모색하기로 하였다. CDT 고객의 공급선 선정기준과 관련, 공급업체간 가격격차가 미미할 경우에는 거래관계를 유지하나 가격격차가 클 경우에는 가장 저렴한 공급업체로 언제든지 전환될 수 있음이 알 수 있다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

---

○그는 모두에게 현 상황을 개선하고 부적절한 경쟁을 중단할 방법을 모색할 것을 당부하였다. LPD는 동의를 하였으며...
○SDI는 다음 가격으로 시장을 유지할 것이라고 밝혔다. 17″: $55-57, RF: $66-68, 19″: $85-88. 또한, SDI는 고객들에 의해 서로 대결하게 되는 상황을 피하기 위해 3개 제조사들에게 영업 사원들에게 <u>주문을 잃더라도 수주를 위한 가격 인하 금지를 지시한다는데 동의할 것을 촉구하였다.</u>    (소갑 제3-110호증)

---

회의가 끝난 후 AOC를 방문하였다. AOC직원은 웃으면서 가격 격차가 적다면 CPT 튜브를 더 많이 구매할 수도 있으나 <u>가격 격차가 크면 당연히 가장 저렴한 제안을 하는 곳에서 구매할 것이라고 말하였다.</u> 어떤 구매 담당임원이 최저가를 찾지 않고 일부러 돈을 낭비하려 하겠는가? 킴팔의 첸 웨이는 어떠한 확약도 주지 않으려 하며 <u>모든 할당은 가격에 따라 한다</u>고 밝혔다.    (소갑 제3-110호증)

---

⑩ 2001년 12월 17일 다자회의

193    피심인들은 LCD에 의해 CDT 시장이 빼앗길 것이라는 데에 공감하고 CDT 제조업체간 공동대응으로 가격인상하자는데 합의하였음을 알 수 있고, 삼성 SDI 이△△의 업무수첩에는 향후 적용할 15″, 17″, 19″ CDT 가격가이드라인이 기재되어 있고, 내부거래 가격인상에 대한 논의사항('internal 가격인상')도 기록되어 있다. 이는 중화영관의 '방문보고서'와 삼성 SDI 이△△의 업무수첩 내용에 의해 확인된다.

---

CDT의 가격인상은 LCD에 의한 CDT 교체를 가속화하게 될 것이며 획득하기 어려울 것이다. CPT는 동시에 행동하지 않고는 시간이 언제나 부족하게 될 것이라는 점을 지적하고 LCD 가격이 30 달러 상승하였고 CDT 공장들은 생산으로 손해를 보았다고 말했다. (소갑 제3-111호증)

```
○ LPD
  -internal: 60% for Philips, 95% LG monitor 12/27 가격인상
○ 가격인상에 대한 반응: 가격인상은 우리의 대응에 달려있다.
○ 가격가이드라인
            Market    New Guideline
  15"       41-42        44
  17"       56-57        58
  17" flat  64-65        67
  19"       82-84        85
  19" flat  98          100
① internal 가격인상                           (소갑 제4-42호증)
```

⑪ 2001년 12월 28일 다자회의

194        이 회의에서 피심인들은 CDT의 대체재인 LCD 가격인상과 맞추어 가격을 인상하여야 한다는 점에 공감하고, 가격인상시점에 대해 논의하였다. 내부거래선에 대한 가격인상을 논의하고 적용가격 수준에 대해서도 합의하였다. 구체적으로 LPD 는 필립스에 가격인상을 통보한 사실을 다른 참가자들에게 알렸으며, 삼성 SDI는 다른 회원사들이 가격인상에 합의할 경우 삼성전자향 공급가격을 인상할 계획임을 밝혔다. 구체적으로 살펴보면, 피심인들의 그룹내 거래단가는 합의가격보다 2.5% 할인된 수준에서 결정하기로 합의하였고, 가격인상 합의가 유효하게 이행될 수 있도록 하기 위해 튜브 종류 가격차이 및 대금 결제조건에 대해서도 합의하였다. 이는 중화영관의 링-윤 쳉이 작성한 '방문보고서'에 의해 확인된다.

10월 이후 LCD 가격이 3배로 인상되었으며, 다음 달에는 추가로 $10 인상될 예정이다. CDT 시장 상황이 여전히 지속가능한 상태에 있는 동안 가격을 올릴 수 있는 기회가 있어야 할 것이다. 뿐만 아니라, 대만 신문들이 이미 CDT 가격 상승 예정에 대한 보도를 하였기 때문에, 이번에 가격을 인상하지 못하면, CDT 제조업체들의 약점을 나타내게 될 것이며, 결국 또 한 차례 판매 가격 인하 바람이 불 것이다.                    (소갑 제3-112호증)

○ LPD는 가격 인상이 CEO가 지시한 바에 따라 확정된 정책이며, LPD는 이미 AOC/필립스 측에게 가격이 인상될 것으로 통보했다고 했다

○ SDI는 SEC 및 기타 고객들이 ... CDT 가격 인상을 수용하려 하지 않아 실제 인상 계획 이행에는 어려움이 따를 것으로 예상된다고 언급하였다. 하지만 만약 제조업체들이 가격 인상에 합의한다면, SDI는 동시에 이행할 것이다. ... 모든 제조업체들은 아래의 견적가 원칙을 준수하기로 합의했다

(2) CDT 견적가 원칙:

(a) 효력 발생일: 2002.2.1

(b) CDT 단가: (리베이트를 포함하지 않은 순 가격)

| CDT 종류 | 단가 | 그룹·내거래단가(2.5%할인) |
|---|---|---|
| 15” MPRII ITC | $44 | $42.9 |
| 17” FST MPRII ITC | $57 | $55.6 |
| 17” Flat TCO ITC | $67 | $65.3 |
| 19” FST TCO ITC | $82 | $80.0 |
| 19” Flat TCO ITC | $98 | $95.6 |

(소갑 제3-112호증)

○ 튜브 종류 가격 차이

| | Non ITC → ITC | MPR II → TCO |
|---|---|---|
| 15” | +1 | -- |
| 17” & 17” 평면 | +1.5 | +1 |
| 19” | +2 | +2 |

○ 대금 결제조건: 현지납품 OA 45일(월말), 수출납품: L/C 또는 D/A 60일

○ 다음번 최고경영진회의는 1월24일 12:00에 CPT타워안에서 열릴 것이다.

(소갑 제3-112호증)

(8) 2002년도 경쟁자간 회합

&lt;표 24&gt;                      2002년도 CDT 카르텔 회의개요

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2002.1.11. | 합의가격 실행여부 확인 | 중화, SDI, LPD, 오리온 | 소갑 제3-113호증 1778쪽 |
| 2 | 2002.1.18. | 가격인상 실행 재확인 | 중화, SDI, LPD, 오리온 | 소갑 제3-114호증 1788쪽 |
| 3 | 2002.1.23. | 가격인상 실행확인, 판매가격인상 | 중화, SDI, LPD, 오리온 | 소갑 제3-115호증 1795쪽 |
| 4 | 2002.1.30. | 가격인상(4월 $3) 합의 | 중화, LPD | 소갑 제3-116호증 1798쪽 |
| 5 | 2002.2.22. | 판매가격인상 | 중화, SDI, LPD, 오리온 | 소갑 제3-116-1호증 1804쪽, 1806쪽 소갑 제3-117호증 1822쪽 |
| 6 | 2002.3.20. | 한국 고객대상 판매가격인상 | 중화, SDI, LPD, 오리온 | 소갑 제3-118호증 1826쪽 |
| 7 | 2002.4.22. | 현행 판매가격 유지 | 중화, SDI, LPD, | 소갑 제4-43호증 2971쪽 |

| | | | 오리온 | |
|---|---|---|---|---|
| 8 | 2002.11.28. ~29. | 현행 판매가격 유지, 고객별 시장점유율 할당, 불이행시 벌칙사항 | 중화, SDI, LPD | 소갑 제4-44호증 2974쪽 소갑 제2-1호증 314쪽 |
| 9 | 2002.12. | 정보교환, 공조체계 유지 | 중화, SDI, LPD, 오리온 | 소갑 제4-45호증 |

① 2002년 1월 11일 다자회의

195            피심인들은 직전에 합의한 가격인상의 실행여부를 상호 확인하였다. 삼성 SDI의 경우 삼성전자의 가격인상 수락을 신속하게 하기 위한 조치를 취할 것을 참가자들에게 알렸으며, 같은 내부거래 상황에 있어서 가격인상에 성공한 LPD측 참가자에게 실행여부를 확인한 사실이 있다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> SEC는 CDT 인상을 수락할 수 없다. 그러므로, SEC는 여전히 가격 인상이 어려운 상황에 직면해 있다. 가격 인상 수락을 신속하게 하기 위한 추가적인 논의가 있을 것이다. 또한, SDI는 매우 낮은 가격으로 게이트웨이 17"F/19"F를 수주한 LGE에게 의문을 제기했다 어떻게 LPD가 LGE에 대해서 성공적으로 인상시킬 수 있는지.                     (소갑 제3-113호증)

② 2002년 1월 18일 다자회의

196            피심인들은 생산 및 판매현황, 고객의 반응 정보를 교환한 뒤, 합의된 가격인상안을 성공적으로 실행할 것을 다짐하였고 같은 해 1월 23일 가격인상 정보를 다시 검토하기로 하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> (B) CDT 가격 인상 문제: CDT 가격 인상에 대한 고객들의 지속적인 이의에도 불구하고, 고객들은 그러한 인상이 불가피하다는 것을 이해하기 시작했다. 회의에 참석하는 각 CDT 제조업체의 의지와 신뢰로 모니터 공장의 가격 인상이 이번에는 문제없이 진행되어야 할 것이다. 1월 23일 오전 9시 30분에 각 제조업체는 SDI 타이베이에서 개최될 예정인 회의에 참석하여 가격 인상 정보를 업데이트하고 검토할 것이다.                     (소갑 제3-114호증)

③ 2002년 1월 23일 다자회의

197            피심인들은 2월 가격인상 합의의 실행 진행상황을 상호 점검하였으며, 특히, 삼성 SDI는 삼성전자향 가격인상 진행상황을 다른 참가자들에게 확인시켜 주었다.

또한, 수요가 공급을 초과하고 있으므로 CDT 가격을 같은 해 4월에 3달러 인상하기로 하였다. 이는 중화영관의 '회의결과보고서'에 의해 확인된다.

> (A) 제조업체들 2월 가격인상 및 현황은 각각 아래와 같이 보고되었다.
> (a) SDI
>  1. SEC: SDI는 SEC에 대해 인상하는 협의결과를 따를 것이라고 밝혔으며, 제조업체들이 모두 이 사안에 대해 우려하고 있다는 것을 잘 알고 있다고 했다. 뿐만 아니라, 원래의 견적가가 협의된 가격보다 이미 60% 높다(그룹내 가격 2.5% 할인); 가격인상에는 아무런 문제가 없을 것이다.
> (B) CDT 두 번째 가격인상 주제:
>  <u>수요가 공급을 초과하고 있는 상황에서 모니터 공장에서 소비자에게 더 효율적으로 CDT 가격인상을 전가시키기 위해서, CPT는 4월에 가격을 한차례 더 인상할 것이라고 했다. 우선적 단계는 일시적으로 $3로 결정하는 것이었다.</u>                    (소갑 제3-115호증)

④ 2002년 1월 30일 양자회의

198        이 회의 참가자들은 이전 회의의 합의사항을 이행할 것을 논의하였는데 특히 '4월 3달러 인상' 합의에 대해 상호 재확인하였다. 이는 중화영관 링-윤 쳉이 작성한 '방문보고서'에 의해 확인된다.

> LPD는 전면적 가격 인상에 대한 합의를 반드시 따를 것이다. 수요가 강세를 보이는 가운데 모니터 제조사들이 CDT 가격 인상분을 고객에게 전가하도록 모니터 제조사들을 효과적으로 장려하는데 있어서 그 의도는 다양한 크기의 모델 가격을 4월에 $3씩 다시 한번 인상하는 것이 되어야 한다는 의견이 지난 주 회의(1월 23일)에서 제안되었다. LPD는 기본적으로 동의한다고 했다.                    (소갑 제3-116호증)

⑤ 2002년 2월 22일 다자회의

199        이 회의에서 삼성 SDI는 주고객과의 거래에 대해 다른 피심인들과 논의한 후, 17″CDT의 삼성전자향 판매가격을 2달러 상향조정하기로 하였음이 확인된다. 또한, 같은 해 4월 특정 CDT 사이즈의 판매가격을 3달러씩 인상하기로 합의하고 차기 최고위급 회의에서 실행여부에 대해 최종 결정하기로 하였다. 그리고 차기회의는 같은해 3월 20일 오후 1시 30분에 서울 LPD 사무실에서 개최하기로 하였다. 그리고 아래와 같이 CDT 공급량을 공동으로 감축하기 위해 수립한 생산라인 가동중단계획("CDT Line Shutdown Plan")이 지역별로 제시되어 있다. 한국시장과 관련하여 회원사의 수원, 부산, 구미공장의 생산라인 중단계획이 반영되어 있음이 확인된다. 이

는 중화영관의 링-윤 쳉이 작성한 '방문보고서'와 회의당시 배포된 자료에 의해 확인된다.

> SDI는 이번 달에 17'' 고해상도 평면 튜브 2-3K를 SEC에 선적하였다. SDI에는 현재 다른 고객들이 없다. 제조사들의 논의 후에 SDI는 원래 17'' 평면 튜브 가격보다 $2가 높은 평균적인 견적가를 사용하기로 동의하였다.
> (소갑 제3-116-1호증)

> ○ CPT는 이번 $2 가격 인상은 모니터 제조사들이 CDT 가격 인상분을 고객들에게 전가할 수 있게 하는 것이었다고 하였다. CPT는 4월에 다시 특정한 사이즈 가격을 $3씩 인상할 것이다. CPT는 제조사들이 상호 이해의 토대를 마련하고, 그에 따라 실행하기를 바라고 있다. SDI/LPD 모두 반대하지 않았지만 CPT는 논의를 거쳐 진행하여 다음 달에 있을 CEO 회의에서 최종 결정을 내릴 수 있기를 바란다.
> ○ 다음 회의는 3월 20일 pm 1:30에 서울 LPD에서 있을 것이다.   (소갑 제3-116-1호증)

### CDT Line Shutdown Plan
GSM/Feb.'02

| Maker | Total Line | Shutdown L | Original Plan | Current situation | Remarks |
|---|---|---|---|---|---|
| SDI | 16.5 | 5 | Suwon #4, #5, Busan #6 Malaysia #4(0.5 line), Suwon #1(0.5L) Busan #5 | Suwon #4, #5, Busan #6 Malaysia #4(0.5L),Suwon#1(0.5L) Busan#5 | * Suwon #4(17F) restart in $2(02.2Q) * M'sia #4 plan to shut down * Plan to shut down |
| LPD | 19 | 6 | Gumi (G1,G2), Dapon (4lines) Dapon ( 1 line), Wales#2(0.5line) Wales#2 ( 0.5 line),Lebring 0.5L(1L) | Gumi G1 Dapon 2.5L(5L) Wales 0.5L Lebring 0.5L(1L) Huafei 0.5L(1L) | * LPD T line plan to shut down * Lebring(?) * Huafei plan to shut down |
| Orion | 5 | 1.5 | Mexico 1 line Kumi BSA | MXC 1L Kumi 1L | |
| CPT | 16 | 5 | CPTI #3, #4, CPTM #2 (0.5L), #7 (0.5L), CPTM#6 CPTM #7(0.5L), CPTY #1 (0.5L) | CPTI #3/#4, CPTY#1/#2 CPTM #2 (0.5L), #7 (0.5L)#8(1L) | * CTTI#3/#4 will restart in end of 02 |

⑥ 2002년 3월 20일 다자회의

피심인들은 규격별 생산, 판매현황과 이전에 합의한 가격인상의 실행사항을 점검하였다. 삼성 SDI는 다른 참가자들에게 도시바의 현재 판매량 30만대중 25만대는 삼성전자에게 공급되고 있다는 정보를 전하고 도시바도 2002년 3월부터 17˝ CDT 가격을 1달러, 15˝ CDT 가격을 0.5달러 인상할 계획임을 알려주었다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> ○ SDI는 TSB의 현재 판매량이 300K이고 이중 250K는 SEC에 공급한 것이라고 했다. TSB 또한 3월부터 17" CDT 가격을 $1.0, 15" 가격을 $0.5 인상할 것이다.
> (소갑 제3-118호증)

⑦ 2002년 4월 22일 다자회의

201　　　　　　피심인들은 시장상황 정보를 교환한 뒤 2002년 3분기 가격에 대해 이전 합의가격을 유지하기로 합의하였다. 또한, 타이 CRT에 대해 CDT 다자회의에 참석을 유도할 것, 한국계 3개 CDT 업체는 별도로 대형 CDT 가격협의를 위한 협의체를 신설할 것을 논의한 사실도 확인된다. 이는 삼성 SDI의 박성덕이 회의결과를 사내 이메일('Secret')로 전송한 자료에 의해 확인된다.

---

3. 3Q 가격안
- 가격을 올려야한다는 생각에는 각업체 동의하지만 실제 가격을 올리기는 어려울 것 같다. 따라서 현가를 유지하는 것이 최선이 될 것 같다는 의견
4. A.O.B
- controlling Thai-CRT: Thai-CRT에 대해서는 지속적으로 MTG 참석유도
- 국내 CRT 3업체 별도로 대형/FLAT 포함하는 협의체 신설요청　　　　(소갑 제4-43호증)

---

⑧ 2002년 11월 28~29일 다자회의

202　　　　　　이 회의에서 중화영관은 삼성 SDI의 2002년도 시장점유율이 증가하였으며 합의한 바대로 생산량을 감축할 것을 촉구하였으며, LPD의 Mr. 조는 현행 가격을 유지할 것("Let's keep the price")을 촉구한 사실이 있다. 또한, LPD의 제안에 따라 주요 고객사별로 목표 시장점유율을 정하고 매주 또는 매달 이행을 점검할 것과, 합의가격을 이행하지 않을 경우 담당자와 관리자는 교체되며 다른 2개사가 불이행 회원사의 주 고객을 저가로 공격하는 내용의 벌칙(penalty)을 둘 것을 합의하였다. 이는 삼성 SDI 송▽▽이 회의내용을 기록한 업무수첩 및 진술에 의해 확인된다.

---

○ CPT: Only Samsung didn't reduce lines. Only Samsung saw an increase in M/S in '02 against '01.
○ LPD: Mr. Cho, "Let's keep the price"
○ LPD Proposal
- Negotiate on the target M/S and fix it for important customers
- Review every month or week
- Penalty(벌칙): If company cheat the price(합의가격을 속일 경우)
　① Person in charge and his/her manager will be dispelled.
　② Other 2 companies will attack trouble maker's major customers. (다른 2개회사가 문제를 일으키는 회사의 주요고객을 [저가로] 공격할 것)　　　　(소갑 제4-44호증)

---

답28-1) 'Only Samsung didn't reduce lines'은 중화영관 대표가 언급한 내용을 기재한 것으로, 생산라인을 감축하기로 한 이전 합의내용을 삼성SDI만 이행하고 있지 않는다는 불만을 얘기한 내용입니다. 이어서 기록된 'not fair to CPT'는 삼성SDI의 이같은 행동이 생산라인 감축합의를 이행한 중화영관(CPT) 입장에서는 공정하지 않다는 내용입니다.
그리고, 'CPT: Each company sets a reduced share target in troubled customers'는 중화영관이 언급한 내용으로 CDT 공급업체간 가격을 비교하여 협상력을 극대화한 고객사들에게는 판매량을 줄이자는 것입니다.
(소갑 제2-1호증)

⑨ 2002년 12월 26일 또는 29일 다자회의

203    피심인들이 2002년 5월~12월까지의 각 사별 17″, 19″ CDT 판매량 정보를 공유하고, 2003년 판매계획을 공동으로 수립하는 한편, 대만 실무자급 회의에서 보다 많이 협의("Need more discussion in Taiwan Working Level MTG")하기로 한 사실이 회의자료에서 확인된다.

(9) 2003년도 경쟁자간 회합

<표 25>          2003년도 CDT 카르텔 회의개요[36]

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2003.1.2. | 가격인하 자제, 각사별 시장점유율 할당(중화: 25%, LPD: 30%, SDI: 34%), 옵션가격 금지 | 중화, SDI, LPD (실무자급회의) | 소갑 제3-119호증 1839쪽 |
| 2 | 2003.2. | 시장점유율 할당합의 및 이행점검 | 중화, SDI, LPD | 소갑 제3-120호증 1848쪽 소갑 제4-46호증 2985쪽 소갑 제4-47호증 2993쪽 |
| 3 | 2003.3.21. | 시장점유율 할당합의 및 이행점검 | 중화, SDI, LPD, 오리온 | 소갑 제3-121호증 1857쪽 |
| 4 | 2003.4.29. | 생산량 감축, 고객별 점유율 합의 | 중화, SDI, LPD | 소갑 제3-122호증 1863쪽 1866쪽 |
| 5 | 2003.5. | 한국고객대상 가격인하자제 | 중화, SDI, LPD | 소갑 제3-123호증 1871쪽 |
| 6 | 2003.5.20. | 시장점유율 할당합의 및 이행점검 | 중화, SDI, LPD | 소갑 제4-48호증 3006쪽 소갑 제2-1호증 318쪽 |
| 7 | 2003.5.30. | 시장점유율 할당합의 및 이행점검, 생산감축합의 실행여부 감시방안 | 중화, SDI, LPD | 소갑 제3-124호증 1884쪽 1889쪽, 1893쪽 |
| 8 | 2003.6. | 17″ CDT 한국고객별 판매가격합의 | 중화, SDI, LPD | 소갑 제3-125호증 1896쪽 |
| 9 | 2003.6.12. | 한국고객대상 가격인하 자제 | 중화, SDI, LPD | 소갑 제4-49호증 3014쪽, 3016쪽 |
| 10 | 2003.6.17. | 시장점유율 할당합의 및 이행점검, 한국고객대상 점유율 할당, 주요·소규모 고객간 판매가격차 유지 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-126호증 1912쪽 1915쪽, 1919쪽 |
| 11 | 2003.7.29. | 시장점유율 할당합의 및 이행점검, | 중화, SDI, LPD | 소갑 제3-127호증 1937쪽 |

| | | 한국고객대상 점유율 할당 | (관리자급회의) | 1939쪽, 소갑 제4-50호증,<br>소갑 제3-128호증 1952쪽 |
|---|---|---|---|---|
| 12 | 2003.8.28. | 시장점유율 할당합의, 생산라인 폐쇄 | 중화, SDI, LPD | 소갑 제3-129호증<br>심사보고서 1991쪽, 1974쪽<br>소갑 제3-130호증 1997쪽 |
| 13 | 2003.9.24. | 세부사양별 가격차이, 저가수주 자제 | 중화, SDI, LPD | 소갑 제3-131호증<br>2036쪽, 2038쪽<br>소갑 제3-132호증 |
| 14 | 2003.10. | 한국고객대상 가격인하자제,<br>세부사양별 가격차이 | 중화, SDI, LPD | 소갑 제3-133호증<br>심사보고서 2077쪽, 2079쪽 |
| 15 | 2003.10.28. | 시장점유율 할당합의 및 이행점검 | 중화, SDI, LPD<br>(최고위급회의) | 소갑 제2-2호증 366쪽<br>소갑 제4-51~3호증<br>소갑 제3-134호증 |
| 16 | 2003.11.12. | 시장점유율 할당합의 및 이행점검,<br>생산라인 폐쇄 | 중화, SDI, LPD | 소갑 제3-135호증 2100쪽 |
| 17 | 2003.11.26.<br>~27. | 한국고객포함 주요고객별 판매가격 | 중화, SDI, LPD | 소갑 제3-136호증<br>소갑 제3-137호증 2123쪽 |
| 18 | 2003.12.2. | 전세계 시장 및 고객별 점유율 | 중화, SDI, LPD | 소갑 제3-138호증<br>2125쪽, 2127쪽 2128쪽 |

① 2003년 1월 2일 다자회의

204        피심인들은 각 사의 수익률 정보를 교환한 후 모니터 업체의 가격인하 요청에 공동으로 대응함으로써 수익률을 제고할 것에 대해 동의하였다. 또한, 2002년도 각 사의 판매량 정보에 기초하여 시장점유율을 할당하였으며, 이에 따라 예측된 2003년도 전세계 CDT의 총수요량에 할당된 점유율을 적용하여 판매량을 정하였다.

205        그리고 피심인들이 만장일치로 주요고객에 대한 최저가격에 대해 합의한 사실과, 고객의 가격인하 요청에 대해 연간 수익목표 달성을 위해 합의가격을 유지하기로 하였음이 확인된다. 이는 중화영관의 'CDT 시장분석' 제하의 회의결과보고서에 의해 확인된다.

하방 산업 부문 모니터 제조사들은 CRT 모니터의 생산이 여전히 상당한 수익이 있는 상황에 비해(예를 들어, AOC의 사업 수익은 2002년에 약 USD 40M), CDT 영업은 손실에 직면하고 있다. 이는 업계에 극도로 해로운 것이다. 향후, 3개 제조사들이 어떻게 상호간 진심을 보이면서, 극심한 가격 경쟁을 제거하고 PC 브랜드 제조사 및 모니터 OEM 제조사들의 가격 인하에 공동으로 대항할 수 있을 것인가. 사업 목표로서 수익을 내는 것은 우리의 향후 협력의 초점이 될 것이다.        (소갑 제3-119호증)

36) 이하 연도별 월별 카르텔 회의에서 이 사건 피심인 중화영관, 삼성 SDI, LPD 3개사만 회의에 참석하여 합의한 내용이므로 대부분 별도로 참석회사 및 참석자를 기재하지 아니한다.

CPT가 회의에서 각 제조사의 2002년 총 판매량의 실제 결과가 11월 CEO 회의에서 보고된 수치와 차이가 있다고 반응했음에도 불구하고 여러 제조사의 실제 납품 데이터를 분류한 후, LPD 23.2M, SDI 26.2M (21" 제외), CPT 19.5M. 올해 CDT 전세계 총 수량이 82.5M일 경우, 3개 제조사의 시장점유율은 각각 28%, 32%, 24% 일 것이다 또한 <u>CEO의 결의에 따라, 각각 2003년에 판매를 7% 감축할 것이며,</u> LPD는 21.5M, SDI는 24.4M, CPT는 18.2M이 될 것이며, 이중 CPT의 2003년 총 수량은 CEO가 결의한 수량보다 400K 낮을 것이다. 따라서, 전체 시스템이 수정되어야 한다고 제안되었다. 그러나, LPD/SDI가 11월에 CEO가 결의한 기준을 따라야 한다고 주장하여, 결론은 변경하지 않는 것으로 내려졌다. <u>이는 내년 각 제조사의 점유율이: CPT 25%, LPD 30%, SDI 34%가 될 것을 의미한다.</u>

(소갑 제3-119호증)

○각 제조사들은 상호간 솔직하게, <u>주요 고객에 대한 최저 가격 수준에 관하여 만장일치로 합의에 이르렀다.</u>
○3개 제조사의 목표가 수익을 내는 것이라고 가정할 때, 고객의 가격 인하 요청에 대한 이들의 태도는 매우 단호하다. <u>모두가 자신들이 가격을 지켜야 하며, 각 고객에 대해 옵션 가격을 더 이상 갖지 않아야 한다는 데에 대해 이해를 같이 하고 있다.</u>
○<u>3개 제조사들은 각 제조사의 연간 수익 목표를 달성하기 위해 함께 가격을 유지해야 한다.</u>

(소갑 제3-119호증)

② 2003년 2월중 다자회의

이 회의에서 삼성 SDI의 아래 고객별 판매실적 자료에 의하면, 12대 고객에 한국계 모니터 제조업체인 삼성전자, LG전자, 한솔전자, 현대전자가 포함되어 있는데, 카르텔회의를 통한 담합의 주된 대상임을 알 수 있다.

| 3. 顧客別 販賣實績 (續) | | '02 | | | | | '03 | (천대) |
|---|---|---|---|---|---|---|---|---|
| | | 1Q | 2Q | 3Q | 4Q | Total | 1月 | 2月 |
| 12大 顧客 | AOC | 186 | 188 | 203 | 230 | 807 | 85 | 45 |
| | BenQ | 248 | 155 | 151 | 146 | 700 | 23 | 22 |
| | Compal | 151 | 108 | 102 | 201 | 562 | 49 | 48 |
| | Delta | 326 | 110 | 132 | 292 | 860 | 34 | 85 |
| | Lite-On | 184 | 102 | 140 | 92 | 524 | 68 | 20 |
| | Philips | 310 | 265 | 460 | 116 | 1,151 | 46 | 20 |
| | Proview | 688 | 1,010 | 1,077 | 972 | 3,717 | 305 | 328 |
| | Tatung | 33 | 14 | 26 | 23 | 87 | 10 | 8 |
| | SEC | 3,373 | 3,269 | 3,343 | 3,816 | 13,801 | 1,107 | 1,060 |
| | LGE | 26 | 31 | - | 16 | 72 | - | - |
| | Hansol | 104 | 85 | 95 | 85 | 368 | 35 | 27 |
| | Hyundai | 207 | 141 | 168 | 208 | 823 | 52 | 50 |
| | 計 | 5,808 | 5,486 | 5,993 | 6,216 | 23,503 | 1,794 | 1,716 |
| 非顧客 | | 516 | 405 | 468 | 598 | 1,987 | 165 | 147 |
| 기타사 | | 150 | 101 | 143 | 313 | 777 | 40 | 40 |
| G.Total | | 6,483 | 6,052 | 6,604 | 7,128 | 26,267 | 2,000 | 1,906 |

註) 고객別/기종別 상세내역 별첨

또한, 삼성 SDI 참석자가 한국 고객에게 낮은 가격으로 판매하지 말 것을 내부직원에게 지시하기로 한 사실을 알 수 있고, 2003년부터 이 사건 피심인들이 2002

년 판매 실적자료를 기초로 하여 전세계 시장점유율을 할당하고 2003년 기간중 매달 판매량이 합의된 각 사별 시장점유율과 차이가 발생했는지 여부를 상호 점검하였음을 알 수 있다. 이는 삼성 SDI의 '회의준비자료'와 중화영관의 'CDT 시장검토' 결과 보고서 등에 의해 확인된다.

> 추가로, 삼성은 자신의 내부 직원들에게 자의적으로 국내 고객에게 bare튜브를 판매하거나 낮은 가격을 견적가로 제시하지 않을 것을 지시하였다.   ·      (소갑 제3-120호증)

| | Agreed M/S | | | | | Actual | | | |
|---|---|---|---|---|---|---|---|---|---|
| | '02 | (M/S) | Real | '03 | (M/S) | '03 Jan | | Feb | |
| CPT | 19.2 | 28% | 19.5 | 17.8 | 28% | 1.4 | 26% | 1.0 | 22% |
| LPD | 23.3 | 34% | 23.2 | 21.7 | 34% | 1.9 | 36% | 1.7 | 37% |
| SDI | 26.3 | 38% | 26 | 24.4 | 38% | 2 | 38% | 1.9 | 41% |
| Total | 68.8 | 100% | 68.7 | 63.9 | 100% | 5.3 | 100% | 4.6 | 100% |

(소갑 제4-47호증)

③ 2003년 3월 21일 다자회의

207        이 회의에서 각 사는 14″, 15″, 17″, 19″CDT 판매량 정보를 취합한 뒤 2002년도 판매실적을 기초로 합의한 각 사별 전세계 시장점유율의 이행여부를 확인하고 합의사항 이행여부를 상호 점검한 사실이 있다. 이는 회의개최 전 참가사들에게 배포된 회의자료에 의해 확인된다.

| | Agreed M/S | | | | | Actual | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | '02 | (M/S) | Real | '03 | (M/S) | '03 Jan | | '03 Feb | | '03 Mar | |
| CPT | 19.2 | 28% | 19.5 | 17.8 | 28% | 1.4 | 26% | 1.1 | 23% | 1.4 | 27% |
| LPD | 23.3 | 34% | 23.2 | 21.7 | 34% | 1.9 | 36% | 1.7 | 36% | 1.7 | 33% |
| SDI | 26.3 | 38% | 26 | 24.4 | 38% | 2 | 38% | 1.9 | 40% | 2.1 | 40% |
| Total | 68.8 | 100% | 68.7 | 63.9 | 100% | 5.3 | 100% | 4.7 | 100% | 5.2 | 100% |

(소갑 제3-121호증)

④ 2003년 4월 29일 다자회의

208        피심인들은 각 사의 판매실적표를 만들어 교환한 뒤, 전세계 CDT 수요량에 대해 2002년 11월에 각 사의 CEO가 합의한 7천 2백만대를 6천 8백만대로 수정하고 이 공급량에 맞추기 위해 생산라인, 조업일수를 축소하기로 합의하였다. 또한, 2003년

에 적용하기로 합의한 각 사의 시장점유율(중화영관 28%, LPD 34%, 삼성 SDI 38%) 표로 회의 전차지인 2003년도 1분기까지 준수되었는지 여부를 점검하고, CEO 회의에서 합의된 고객사별 점유율의 이행여부 점검내용에 주요 12개사중 한국계 고객은 삼성전자, LG전자, 한솔전자, 현대전자가 포함되어 있는데, 각 사별 주요 고객은 서로 침범하지 말자는 이해가 형성되어 있었음이 확인된다. 이는 중화영관에서 회의개최일자("2003/04/29")와 비밀("confidential")로 기재된 회의자료에 의해 확인된다.

> 03 CMT demand lower than previous estimation: 72M(Nov '02 CEO)→ 68M
> Suggestion:
> ∨Reduction of each maker's sales target to match the reality:
> ■Reduce 7% of CEO decision (최고경영자의 결정에 따라 7% 감축)
> ∨3 Makers Supply Control: (3사의 공급통제)
> ■Reduced Q'ty equals to half line capa. Shudown 0.5 or 1 line in 2H 03 (2003년 2분기에 0.5 또는 1개라인 폐쇄)
> ■Decrease working day (조업일수 감소)                    (소갑 제3-122호증)

| M/S by CEO MTG Decision [註: 한국계 고객사 중심으로 편집] | | | | |
|---|---|---|---|---|
| | SEC | LGE | HANSOL | HYUNDAI |
| CPT | 8% | – | – | – |
| LPD | 5% | 92% | 60% | 20% |
| SDI | 80% | 4% | 20% | 30% |
| 2003Q1 CDT M/S (based on CDT shipment) | | | | |
| | SEC | LGE | HANSOL | HYUNDAI |
| CPT | 0.7% | 0% | 0% | 0% |
| LPD | 0% | 96.7% | 49.4% | 20.8% |
| SDI | 84.8% | 0.8% | 19.7% | 49.9% |

⑤ 2003년 5월중 다자회의

이 회의에서는 피심인 고객들의 가격인하요청에 대한 정보를 상호교환하였는데, 삼성 SDI는 수익감소를 피하기 위해 삼성전자의 저가공급 요청을 거절하였다는 정보를 다른 참가자들에게 제공한 사실이 확인된다. 이는 중화영관의 'CDT 시장 검토' 제하의 결과보고서에 의해 확인된다.

> SDI는 SEC가 저가 주문을 수용할 의지에 대해 문의하였다고 언급하였다. 17" FST가 여유 있는 생산능력이 없으며 한국이 일반 튜브의 생산으로부터 수익을 얻지 못하고 있기 때문에 SDI는 SEC의 요청을 거절하였다. 만약 SDI가 미화 40달러(현재 단계에서 미화 46~47 달러에 견적가로 제시됨)와 같은 낮은 가격을 수용한다면, SDI는 손실이 더 많아질 뿐만 아니라 생산라인은 보다 일찍 폐쇄될 것이다.                    (소갑 제3-123호증)

⑥ 2003년 5월 20일 다자회의

210 　　　피심인들은 2003년 각 사에 할당된 시장점유율을 확인하고 같은 해 5월의 판매 실적치에 기초하여 합의를 준수하고 있는지를 점검하였다. 차기 회의를 같은 해 5월 27일 개최하고, 차기 회의에서 생산량 통제계획을 확정하고 가격 및 수량정보를 투명하게 공개할 것과 합의이탈을 감시하는 조직구성에 대해 논의하기로 하였다. 이는 삼성 SDI 송▽▽의 업무수첩 및 진술에 의해 확인된다.

```
* 5月 수량
       Quantity    M/S(%)      Agreed M/S (합의된 시장점유율)
SDI    1.68        38.6        38.2%      +0.4%
LPD    1.40        32.1        34%        -1.9%
CPT    1.27        29.1        27.9%      +1.2%          (소갑 제4-48호증)
```

```
* 차주 화요일 MTG        5/27 09:00
 1) June capacity reduction confirmation (6월 생산량 감축 확정)
 2) Price/quantity record open under sun (가격/물량 정보의 투명한 공개)
 3) Committee
    ①financial person check ②retired people ③경찰조직 만들기    (소갑 제4-48호증)
```

답35) 그 다음으로 중화영관이 차주 화요일 미팅 의제를 미리 알려주었는데 ' 1) June capacity reduction confirmation'는 생산감축합의 내용의 이행여부를 확인하자는 내용이고, '2) Price/quantity record open under sun'는 동 회의에서 각 참가자가 공개하는 판매량/판매가격을 보다 투명하게 공개하자는 내용이었습니다. 끝으로 ' 3) ①financial person check'는 재무파트 직원들을 상호 확인케 함으로써 보다 정확한 정보를 공개하도록 유도하는 방안을 제시한 것이고 '경찰조직 만들기'는 합의내용의 이행을 보다 확실하게 보장하는 방안의 하나로 논의된 내용입니다.                    (소갑 제2-1호증)

⑦ 2003년 5월 30일 다자회의

211 　　　이 회의는 '3사 판매업데이트→2001년 1월~5월간 회원사별 시장점유율→모니터 수요예측→대만 실무자급 회의결과 논의→생산라인 중단계획→기타사안'순으로 진행하면서, 피심인들은 2003년 합의된 시장점유율이 준수되고 있는지를 확인하기 위해 1월~5월간 판매 실적치와 비교한 결과 중화영관은 1.2%, LPD는 0.1% 감소되었고 삼성 SDI는 1.4% 증가하였음이 확인되었다. 또한, 피심인들은 삼성전자, LG전자, 한솔전자, 현대전자를 포함한 12대 주요 CDT 고객별 시장점유율을 회원사별로 할당

하기로 합의하였고, 향후 각 사의 재무담당자가 감사(audit)를 진행하고 생산량 통제를 강화하며 가격표를 확정하기로 결정하였다. 이는 회의당시의 개최일자("2003/05/30")와 비밀("confidential")이 기재된 회의자료에 의해 확인된다.

| | Agreed M/S | | | | | Actual | |
|---|---|---|---|---|---|---|---|
| | '02 | (M/S) | Real | '03 | (M/S) | Jan~May | M/S Diff. |
| CPT | 19.2 | 28% | 19.5 | 17.8 | 28% | 6.5 | 27% | ~1.2% |
| LPD | 23.3 | 34% | 23.2 | 21.7 | 34% | 8.3 | 34% | ~0.1% |
| SDI | 26.3 | 38% | 26 | 24.4 | 38% | 9.7 | 40% | 1.4% |
| Total | 68.8 | 100% | 68.7 | 63.9 | 100% | 24.5 | 100% | |

Further Discussion
- Policy to made:
  a) audit(감사): suggested by Financial personnel in each company
  b) capacity control (생산량 통제)
  c) settle price matrix (가격합의표 확정)                    (소갑 제3-124호증)

212       피심인들은 이전회의에서 논의한 대로, 당초 목표한 2003년 판매목표치를 현실을 반영하여 축소조정하였고 이에 따라 생산라인을 폐쇄하거나 조업일수를 감축하기로 합의하였다. 구체적인 '생산라인 폐쇄계획'에 따르면 삼성 SDI는 2003년 6월중 한국의 2개 생산라인을 폐쇄하는 계획을 제출하였음이 확인된다. 끝으로 차기 고위급 다자회의는 말레이시아에서 6월 17일 개최하며 이 회의에서 생산중단 계획, 감사수단, 시장점유율 확정 등을 논의하기로 하였다.

- SDI: '03 Jun. Korea: 2 Line
- TOP Meeting(최고위급 회의) – 17th. June in Malaysia
- Issues to decide:
  a. Shut-down Plan(폐쇄계획)
  b. Audit Method(감사방식)   c. Market Share finalize (시장점유율 최종확정)
                                                   (소갑 제3-124호증)

⑧ 2003년 6월중 다자회의

213       피심인들은 2003년 초에 합의하였던 CDT시장에서의 각 사별 시장점유율을 현실을 반영하여 일부 조정하기로 합의하고 12대 고객별 점유율도 수정치를 반영하여 합의하였음이 확인되고, 같은 해 7월 가격과 관련하여 기본적으로 6월 가격을 유지하기로 합의하고 기존의 시장점유율을 유지하기 위한 목적에서 주요 공급선에 대한 가격

을 구체적으로 합의하고 2차 공급선에 대한 가격도 0.5달러 인상하기로 합의하였다. 이는 중화영관의 'CDT 시장보고서'에 의해 확인된다.

○ 가격은 기본적으로 6월 가격으로 유지되었다. 주요 공급업자들에 대한 가격은 확정되었으며 2차적 공급업자들에 대해서는 0.5달러 추가로 유지되었는데 이는 기존의 시장점유율을 굳히기 위한 것이다.
○ 7월 각 제조업자들의 새로 협상된 가격은 다음과 같다.[註: 한국고객위주로 편집]
- 17"FST

| 고객 | 종류 | CPT | LPD | SDI |
|------|------|-----|-----|-----|
| SEC | MPR, ITC | | | ? |
| | TCO, ITC | | | ? |
| LGE | MPR, ITC | | 47 | |

- 17"평면

| 고객 | 종류 | CPT | LPD | SDI |
|------|------|-----|-----|-----|
| SEC | MPR, ITC | | | ? |
| | TCO, ITC | | | ? |
| | HBT, ITC | | | ? |
| LGE | TCO, ITC | 54.0 | 54.0 | |
| 한솔 | 85K, TCO, ITC | | 53.5 | 55.0 |
| 현대 | MPR, ITC | | 53.5 | 54.0 |

(소갑 제3-125호증)

⑨ 2003년 6월 12일 다자회의

214 　　　　피심인들은 고객사별 판매량 및 가격, 고객의 반응에 관련된 정보를 교환하였으며, 특히 한국계 수요업체인 삼성전자와 관련하여 삼성 SDI와 중화영관 참석자들은 상호 협의하여 가격을 제시하기로 하였다. 또한, LPD가 삼성전자에 공급하는 경우 삼성전자향 합의가격이 붕괴될 위험이 있으므로 공급을 자제할 것을 논의하였다. 또한, 일반적인 가격과 관련하여 중화영관의 토니 쳉은 가격인상시 점유율이 작은 고객부터 하고 가격인하시에는 점유율이 큰 고객부터 하는 것이 합의된 시장점유율 안정화에 도움이 된다는 의견을 제시하고, 피심인들은 주요 고객과 소규모 고객간 가격차는 0.2달러가 적당하다는데 의견을 제시하였다. 이는 삼성 SDI 송▽▽의 업무수첩 기재내용에 의해 확인된다.

○ SEC
- 중화: 일단 SEC에 SDI와 가격 맞추어 가겠다. ... LPD 오지마라. SEC Tricky하다. 가격무너질 염려가 있다.
(소갑 제4-49호증)

```
* 가격인상은 M/S 작은 데에서 먼저하고, 가격인하는 M/S 큰데서 하여야 M/S 조정이 된
  다. (Tony Cheng 의견)
○ Price 차이를 어떻게 하느냐
- major and minor 가격차 $0.20가 Reasonable 하다.            (소갑 제4-49호증)
```

⑩ 2003년 6월 17일 다자회의

215          이 회의는 CDT 판매담당 임원들이 참석한 최고위급회의로서, 피심인들은
2003년 각 사별로 할당된 시장점유율과 같은 해 1월~6월간 실제 판매치를 반영한
점유율간의 차이를 확인하였고, 같은 해 3분기중 1개씩의 생산라인을 폐쇄하는데 대
해 중화영관은 말레이시아, 삼성 SDI는 한국 공장의 생산라인을 폐쇄하기로 하였고,
그 결과 2003년 하반기에는 CDT제품의 공급과잉분이 축소될 것으로 예측하였다. 또
한, 12대 주요 고객사별 점유율 합의와 관련하여 최고위층 합의결과를 따를 것을 원
칙으로 합의하고 공급사별 점유율이 조정 가능하도록 하였다.

```
■ Capacity in 2nd half after line shutdown
- Total supply 34.3M > demand 32.5M
■ Principle: Obey the agreement of TOP management decision (원칙: 최고위급 논의
  결과 합의를 따름)
(1) Global M/S → CPT:LPD:SDI = 27.8%:34%:38.2%
(2) M/S in individual customer is revisable.              (소갑 제3-126호증)
```

216          또한, 피심인들은 고객사별 점유율 할당에 대한 각 사 의견을 제출하였는데, 이
는 하나의 고객사에 대한 공급사를 단순화("simplify suppliers in one customer")함으
로써 경쟁을 회피하기 위함임을 알 수 있다. 각 사의 의견을 취합한 후 이견이 발생
한 삼성전자, LG전자 등 5개 고객사는 의견 조율후 회원사별 공급비율을 합의하였
다. 그 결과에 따르면, 삼성전자는 삼성 SDI가 80%, 중화영관이 10%, LPD가 3%를
공급하고, LG전자는 LPD가 96%, 삼성 SDI가 2%를 공급하기로 하였다. 피심인들은
가격안정화를 위해 주력 공급사와 소규모 공급사간 점유율 차이를 크게 두고 가격에
서도 일정수준 차이가 필요하다는데 공감하고 최소 0.5달러의 가격차를 두기로 하였
다. 이는 중화영관의 회의자료에 의해 확인된다.

| 2003 (Kpe/m) | Original TTL Prod | M/S(%) CDT | M/S(%) LPD | M/S(%) SDI | Qty CPT | Qty LPD | Qty SDI | Revised TTL Prod |
|---|---|---|---|---|---|---|---|---|
| AOC | 11000 | 60% | 30% | 0% | 6600 | 3300 | 550 | 10300 |
| BenQ | 2200 | 66% | 17% | 17% | 1452 | 374 | 374 | 1826 |
| Compal | 2000 | 28% | 48% | 23% | 550 | 960 | 460 | 1600 |
| Delta | 1500 | 0% | 50% | 40% | 0 | 750 | 600 | 1300 |
| Lite-On | 2900 | 92.5% | 0% | 7.5% | 2683 | 0 | 218 | 3500 |
| Philips | 7700 | 18% | 74% | 0% | 1386 | 5698 | 0 | 6750 |
| Proview | 4500 | 0% | 0% | 95% | 0 | 0 | 4275 | 4100 |
| Tatung | 1700 | 95% | 0% | 5% | 1615 | 0 | 85 | 1100 |
| Samsung | 16000 | 8% | 5% | 80% | 1280 | 800 | 12800 | 15300 |
| LGE | 6300 | 0% | 92% | 4% | 0 | 7536 | 332 | 9000 |
| Hansol | 1000 | 0% | 60% | 20% | 0 | 600 | 200 | 700 |
| Hyundai | 1000 | 0% | 20% | 30% | 0 | 200 | 300 | 1000 |
| 12 Total | 59800 | | | | 15576 | 20318 | 20194 | 56175 |
| Others | 12200 | | | | | | | |
| Overall | 72000 | | | | | | | 56175 |
| M/S in 12 | 72000 | | | | 26.0% | 34.0% | 33.8% | |

Concept: (1) to simplify suppliers in one customer (1개 고객당 공급자를 단순화)
(2) major with high portion (above 80%) minor with low portion (below 20%)
(3) less noise & price trouble (잡음 및 가격관련 문제를 감소)          (소갑 제3-126호증)

- In order to have stable price it is necessary to have big difference of share and reasonable price gap between major & minor supplier.
- At least US$0.5 pice gap between Major & minor supplier. (주요&소규모 공급자간 최소 0.5달러의 가격차이를 둠)          (소갑 제3-126호증)

⑪ 2003년 7월 29일 다자회의

217          피심인들은 판매현황 및 생산라인 가동현황 관련정보를 교환하고 시장점유율 통제를 강화해야할 필요성에 대해 논의하였다. 특히 한 개의 고객에 대해 피심인들이 합의가격보다 저가로 공급할 경우 전체 CDT 시장가격에 영향을 미치는 구조를 알 수 있다. 즉, LPD가 컴팔(Compal)에 대해 저가로 공급한 사실에 대해 중화영관도 LG전자와 필립스에 낮은 가격으로 공급할 것이라고 하였으며, 삼성전자도 컴팔향 가격을 인용하여 삼성 SDI에 가격인하 압력을 가한 사실이 있었다.

LPD는 Compal이 HP 프로젝트에 제시한 견적가를 $40.5라고 주장했음. ITC, Glare/Mpr2 및 canceling coil과의 가격차를 모두 고려한다면 위 가격은 현재의 시장 가격보다 크게 낮은 수준이 아님. CPT는 glare가 (가격 인하에서) $2만 고려해야 한다고 주장함 canceling coil은 가격 인하 요인으로 사용되어서는 안 된다는 점은 이미 수 차례 논의된 사항이라고 비판함. 이 방법으로 계산한 가격은 AOC의 가격과 비교되는 수준인 $44임. 이 가격이 시장가격이라면, CPT는 위 가격을 견적가로 LGE/PHS에 제시할 것임. SDI 역시 이에 대해 상당히 불쾌해 했으며 오랫동안 이에 대해 비난하였음. 아마도, SEC는 SDI로부터 동일한 대우를 받기 위해 Compal 가격을 사용해 온 것으로 보임. LPD는 결국 가격 인상을 시도하고 차후 다시 보고하겠다고 밝힘.          (소갑 제3-127호증)

218          또한, 삼성전자향 판매와 관련하여, 삼성 SDI는 도시바가 중화영관의 가격지

원으로 삼성전자에 대한 공급이 원활히 된 데 대해 고맙게 생각하고 있음을 중화영
관 참가자에게 알려주었다. 또한, 중화영관의 삼성전자향 판매 점유율을 7%로 상향
조정에 대해서는 차주 실무진회의에서 7% 점유율을 달성할 수 있도록 합의하였다.

> TSB는 9월 내내 생산을 계속할 것임. SEC 공급을 12월 동안 계속할 것임. 그러므로 <u>CPT
> 의 가격 지원으로 SEC에 대한 공급이 원활하게 된 것에 대해 감사함</u>. CPT의 7% 점유율
> 요청과 관련해, 다음 주 실무진회의에서 공장별, 모델별로 할당량을 정하는 계획을 제안해
> CPT가 7% 점유율을 달성할 수 있도록 할 것임.                                   (소갑 제3-127호증)

219        그리고 피심인들은 2003년 3분기까지 중화영관은 말레이시아 소재 공장의 1
개 라인, 삼성 SDI는 한국 소재 공장의 1개 생산라인을 폐쇄하기로 합의하였다. 또
한, 2003년도 하반기 주요 고객사별 점유율을 합의한 사실이 있다.

| 2H '03 M/S Adjustment (finalized by TPE Working Level MTG) | | | | | |
| --- | --- | --- | --- | --- | --- |
| M/S% | CPT | LPD | SDI | Others | Total |
| SEC | 7% | 3% | 82% | 8% | 100% |
| LGE | – | 96% | 2% | 2% | 100% |
| Hyundai | – | 20% | 50% | 30% | 100% |
| Hansol | – | 40% | 20% | 40% | 100% |
| 2H Total | 9.7M(28.7%) | 11.5M(34.1%) | 12.6M(37.3%) | 3.6M | 37.4M |

220        이 회의는 서울 삼성 SDI 사무실에서 개최된 관리자급 CDT 다자회의로서
중화영관의 춘-쳉 예와 삼성 SDI의 이△△, LPD의 CDT 영업-마케팅 담당 임직원
들이 참석하였다. 이는 중화영관의 'CDT 시장보고서', 삼성 SDI 이△△의 업무수첩,
회의당시 배포자료에 의해 확인된다.

⑫ 2003년 8월 28일 다자회의

221        이 회의에서 2003년 하반기에 합의된 각 사별 시장점유율(삼성 SDI 37.3%,
LPD 34.1%, 중화영관 28.7%) 이행여부를 점검한 결과, 삼성 SDI는 0.5% 초과, LPD
와 중화영관은 각각 0.1%, 0.4%가 미달된 것에 대해 참가자들은 2004년 판매계획과
관련하여 2003년도에 달성하기로 했던 물량에 미치지 못했거나 초과한 부분을 반영
하여 점유율을 가감하기로 합의하였다. 또한, 피심인들은 시장조사기관 및 각 사의
시장분석자료를 바탕으로 예측된 2004년도의 수요에 맞추기 위해 각 사별 판매량을

할당하기로 하고 그에 따라 2003년 3분기중 생산라인 폐쇄계획에 합의하였다. 동 생산라인 폐쇄계획과 관련하여, LPD의 생산라인 폐쇄계획 확정을 위해 삼성 SDI가 지속적으로 압력을 가하기로 하였음을 알 수 있다.

| M; % | 2003 | | | 2004 판매계획 – 판매목표 + '03년 달성하지 못한 차이 |
|---|---|---|---|---|
| | 판매목표 | 달성할 수 있는 수량 | 차이 | |
| CPT(27.8%) | 16.8 | X | A=X-16.8 | 14.5+A |
| LPD(34.0%) | 20.6 | Y | B=Y-20.6 | 17.7+B |
| SDI(38.2%) | 23.1 | Z | C=Z-23.1 | 19.9+C |
| 기타 | 6.5 | | | 2 |
| 합계 | | | | 54 |

(소갑 제3-129호증)

| Company | '02.End | '03.Mar | | '03.Jun | | 03.3Q | | Capa. |
|---|---|---|---|---|---|---|---|---|
| | | Lines# | Shutdown Line | Lines# | Shutdown Line | Lines# | Shutdown Line | Per line |
| CPT | 11 | 10 | Taiwan; 1Line | 9 | Malaysia; 1Line | 8.0 | Malaysia; 1Line | 200K/m |
| LPD | 11.5 | 11.5 | | 10.5 | Huafei; 1Line Wales; 1Line Changsa;+1Line | 9.5 | ? | 200K/m |
| SDI | 11.5 | 11.5 | | 9.5 | Korea; 1Line | 8.5 | Korea; 1Line | 240K/m |
| Total | 34 | 33 | | 29 | | 26 | | |

LPD 후아페이의 라인 중단계획은 내부부서간에 의견교환이 진행되고 있으나 LG그룹, PH그룹, 그리고 중국본토의 현지 벤처 동업자가 연관되어 있기 때문에 다루기가 매우 어렵다. SDI는 지속적으로 압력을 가할 것이다.                           (소갑 제3-130호증)

⑬ 2003년 9월 24일 다자회의

222        이 회의에서 LPD측 참가자는 이전 회의에서 합의된 규칙에 따라 17″CDT 판매가격을 정할 것임을 다른 참가자들에게 알렸으며, 17″CDT 제품의 세부사양별 가격차이에 대해서도 합의하였다. 또한, 피심인들은 합의사항에서 이탈하는 저가 공급사례에 관해 정보를 공유하고 시장가격혼란을 초래하는 저가수주를 자제하기로 하였다. 이는 중화영관의 'CDT 시장검토'자료 및 회의자료에 의해 확인된다.

> ○LPD는 17" 일반 튜브는 막 개발이 완료되었으며, 비용 절감액은 약 US $3(DY는 약
> US$1)이라고 설명하였다. 10월에 대량생산에 들어갈 수 있다. 제시된 가격은 이전 회의
> 에서 합의된 규칙을 따를 것이며, 이는 구모델의 가격보다 오직 US $1 낮은 가격이다.
> ○ITC와 N-ITC37)간의 가격 차이 : LPD는 17" ITC와 N-ITC간의 가격 격차를 당초 $1.5에
> 서 $0.5로 줄일 것을 제안하였다. 그러나 US $1의 격차를 갑자기 줄이는 것은 고객에 대
> 해서 실제로는 가격 인상이므로, 실행에 어려움이 있을것인가? SDI는 다음 달 주문량이
> 여전히 최대치이므로, 우리가 먼저 고객에게 US $1 인상에 대해 통지한다면 이는 성공할
> 수 있을지 모른다고 시사하였다. 10월에 실행을 시작하기로 결정되었다.
>
> (소갑 제3-131호증)

> 마지막으로, 회의 의장은 모두가 저가로 OEM 현장 주문을 확보하려는 시도를 하지 말 것을
> 촉구했으며, 이러한 행위는 시장 가격 혼란을 초래할 뿐이라고 말하였다.
>
> (소갑 제3-131호증)

⑭ 2003년 10월경 다자회의

223         이 회의에서 삼성 SDI는 중화영관이 삼성전자에게 저가로 공급한 행위가 자
사에 대한 가격인하 압력으로 미칠 수 있음을 우려하였고, 이에 대해 중화영관은 합
의가격에서 이탈하지 않을 것을 약속하였다. 또한, CDT제품의 세부사양에 따라 발생
하는 가격차이가 합의가격 실행을 방해한다고 판단하여 규격별 CDT제품의 세부사양
별 가격차이를 표로 만들어 합의함으로써, 세부적인 가격차이에 대해서도 공동으로
가격을 책정하기로 한 사실을 알 수 있다. 차기 회의는 한국에서 LPD 주관하에 11
월 26일 최고위급회의를 개최하기로 합의하였다. 이는 중화영관의 'CDT 시장검토'에
의해 확인된다.

> SDI는 17" FS N-ITC에 관한 SEC와 청화의 합의된 가격 및 납품 사항에 관하여 매우 우려
> 하고 있다. SDI 및 SEC가 ITC 튜브 거래만 하고 있으므로, 만약 청화의 SEC에 대한 ITC 가
> 격이 기준 가격보다 U$1.5 인하된다면 이는 SEC에 대한 가격 인하를 위한 또 다른 전술이
> 라는데 의심할 여지가 없을 것이며, 이로 인해, SEC에 대한 SDI의 판매가격에 영향을 미칠
> 것이므로, 청화가 SEC에 대한 가격 차이를 U$0.5로 조정하거나 N-ITC의 납품을 하지 않을
> 것을 강력히 요청한다. 우리의 답변은 우리는 회의의 결의 사항에 따를 것이며, 우리는 이미
> SEC에게 구두로 $1.5 차이가 $0.5로 감소될 것이라고 통보했으며, 합의된 가격으로부터 이
> 탈하지 않을 것을 보장하였다.
>
> (소갑 제3-133호증)

---

37) ITC는 브라운관의 품질이 최적 상태가 되도록 순도 및 수렴도를 조정완료한 제품이며, N-ITC는 ITC 상태로 조정
하지 않은 제품을 의미한다.

| 항목 | | 현재 가격 기준 | 신규 가격 기준 | 비고 |
|---|---|---|---|---|
| TCO→MPR2<br>(TCO 기준) | 15" | 0 | 0 | |
| | 17" | -1 | -0.5 | |
| | 17"F | -1 | -0.5 | |
| | 19" | -2 | -1 | |
| | 19"F | -2 | -1 | |
| MPR2→ 유광 /무반사<br>(MPR2기준) | 15" | -2 | -1/0.5 | |
| | 17" | -2~3 | -1/0.5 | |
| | 17"F | -2~3 | -1/0.5 | |
| ITC→N-ITC<br>(ITC 기준) | 15" | -1 | -0.5 | |
| | 17"/F | -1.5 | -1 | SEC 예외 -0.5 |
| | 19"/F | -2 | -1.5 | |
| 주파수 | 15"(48K→57K) | +1 | +1 | |
| | 19"F(95K→85K) | -2~3 | -1.5 | |

III. 최고위급 회의
- 시기: 회의는 11/26 오후에 개최될 것이며 골프 타임은 11/27 오전이다.
- 장소: 한국 제주도
- LPD가 주최할 것임
주요 안건:
A. 3개사 및 각 주요 모니터 제조사에 대한 2004년 전 세계 시장 점유율 결정.
  (SEC/LG/AOC/PHS/EMC 등) 퍼센트.
B. 시장 수요 상황 및 생산 라인 중단 시행 계획.          (소갑 제3-133호증)


⑮ 2003년 10월 28일 다자회의

                        ...

224            피심인들은 2003년도 하반기에 각 사별로 합의한 시장점유율이 잘 이행되
고 있는지를 표로 만들어 점검하고, 세부사양별 옵션가격도 합의하였다. 2004년도 전
세계 시장규모와 관련하여 5천4백만대로 합의하고 주요 12대 고객외 나머지 고객의
수요량 3백만대를 제외한 5천1백만대에 대하여 차기 회의까지 고객별 시장점유율
(안)을 제출받아 논의하기로 하였고, 차기 고위급 다자회의는 같은 해 11월 26일 제
주도에서 개최하기로 하였다. 이는 중화영관과 삼성 SDI의 회의자료, 삼성 SDI의 이
△△의 업무수첩 및 진술, 'CDT Glass Meeting 結果 報告'에 의해 확인된다.

답53) 동 회의에서도 각사별로 합의된 2003년도 시장점유율(SDI: 24.4%, LPD: 21.7%, 중화
영관: 17.8%)이 회의개최당시 얼마나 잘 지켜지고 있는지를 점검하였습니다. … 또한, 동 회
의에서는 옵션(option) 가격에 대한 논의도 있었는데, 참석자들은 코팅, DY부착여부, 주파수
등에 따른 가격차를 줄임으로써 가격이 인상되는 효과가 나타나도록 하자는 협의를 하였습
니다.                                                    (소갑 제2-2호증)

⑯ 2003년 11월 12일 다자회의

225        피심인들은 '2003년도 각 사별 판매현황→전세계 CDT수요예측→시장점유율 할당 시뮬레이션→생산라인 폐쇄계획'순으로 논의하였고, 구체적으로 2004년도 시장 점유율 할당과 관련하여 2003년도 합의 점유율이었던 삼성 SDI 38.2%, LPD 34.0%, 중화영관 27.8%를 기준으로 실제 판매량을 반영한 뒤, 2004년도 점유율을 삼성 SDI 37.7%, LPD 34.0%, 중화영관 28.3%로 결정하였고, 시장의 예측수요에 맞춰 과잉공급 분을 해소하기 위해 2004년도 생산라인 폐쇄계획("Line Shut-down Schedule")에도 합의하였다. 이는 회의당시 배포자료에 의해 확인된다.

| | Sales | Original Target | M/S | Reflect of Reality | M/S | Plan | M/S |
|---|---|---|---|---|---|---|---|
| Mpcs;% | Y2002 | Y2003 | | Y2003 | | Y2004 | |
| CPT | 19.2 | 17.8 | 27.8 | 16.5 | 27.1 | 15.0 | 28.3 |
| LPD | 23.3 | 21.7 | 34.0 | 20.6 | 33.8 | 18.0 | 34.0 |
| SDI | 26.3 | 24.4 | 38.2 | 23.8 | 39.1 | 20.0 | 37.7 |
| 3sub-ttl | 68.8 | 63.9 | 100 | 60.9 | 100 | 53.0 | 100 |
| Others | 15.0 | 8.0 | | 5.7 | | 3.0 | |
| Grand-ttl | 82.0 | 72.0 | | 66.6 | | 56.0 | |

(소갑 제3-135호증)

⑰ 2003년 11월 26일~27일간 다자회의

226        이 회의에서는 2003. 11. 12.자 직전 회의시 의견일치를 보지 못한 주요 고객 사(삼성전자, AOC, BenQ, 컴팔 등)들에 대한 점유율 할당을 논의하였고, 17″ 평면 CDT 가격과 관련하여 삼성전자를 비롯한 대형고객들의 주요 공급선으로 합의된 회 원사는 다른 회원사들의 공급가격보다 저렴한 가격으로 제안할 수 있게 하기 위해 고객사별로 각 사가 제시할 가격에 대해서 합의하였다. 이러한 사실은 회의개최계획 및 회의자료에 의해 확인된다.

| Unit: US$ | CPT | LPD | SDI | Remark |
|---|---|---|---|---|
| AOC | 47 | 47 | 48 | Agreed $0.5 price gap advantage is gone |
| LiteOn | 47.5 | No offer | 48.5 | Price gap advantage is gone |
| Philips | 49.5 | 49 | 48.5 | Though SDI offer the lowest price among all, but no order. LPD price under suspicion. |
| Proview | 48→47 | 47 | 48 | |
| SEC | 51.3→50 | 51.5 | | |
| Compal | No offer | 49.5 | 49 | |

<div align="right">(소갑 제3-137호증)</div>

⑱ 2003년 12월 2일 다자회의

227        피심인들은 회의개최 당시 판매현황 정보를 교환한 뒤 생산라인 축소에 대해 논의하면서 LPD는 늦어도 2004년 상반기까지 중국 후아페이의 5개 라인을 폐쇄하기로 결정하였음을 알려주었고, 삼성 SDI는 2003년 상반기에 수원 및 부산의 1개 생산라인 폐쇄사실과 2004년초 부산의 1개 생산라인을 폐쇄하고자 함을 발표하였다.

> ○ LPD는 경영진이 2004년 1분기에, 늦어도 같은 해 <u>상반기에 후아페이의 5개 라인(각 라인 생산능력 약 80K/m)을 폐쇄하기로 결정했다</u>고 설명했다.
> ○ SDI는 올 상반기에 이미 각각 <u>수원과 부산에서 생산 라인을 하나씩 폐쇄</u>하였고 3분기에 신규 TV 튜브 수요에 따라 센젠의 라인 1/2 개를 21''F CPT 생산용으로 전환하였다. ... 현재 총 9개 라인이 있으며 내년' 초에 TV 튜브 생산용 부산 라인 1개를 전환하거나 라인을 폐쇄하여 생산능력을 축소하려는 내부 계획이 있다.　　　(소갑 제3-138호증)

228        또한, 삼성 SDI가 2003년도 정해진 시장점유율을 초과한데 대해 2004년도 시장점유율은 초과분을 공제하는 방식으로 각 사별 시장점유율에 합의하였음이 확인되고, 각 고객사별 시장점유율 할당에도 아래와 같이 합의하였다. 피심인들은 옵션별 가격에도 합의함으로써 실질적인 가격인하 효과를 방지하고자 하였음을 알 수 있다. 이는 중화영관의 'CDT 시장보고서'에 의해 확인된다.

> 그러나 올해, SDI의 전체 실적은 <u>SDI의 할당량인39.1%를 초과</u>하였다. 이전의 제안에 따라 <u>SDI의 내년 판매 수량은 올해 초과 수량을 제한 것으로 해야 한다</u>. 이에 따라 수량은 다음 표에 명시된 바와 같이 <u>CPT 15M (28.3%), LPD 18M (33.9%), SDI 20M (37.8%)가 되었다.</u>　　　(소갑 제3-138호증)

| M/S % | CPT | LPD | SDI | 기타 | 합계 |
|---|---|---|---|---|---|
| SEC | 7% | 4% | 82% | 7% | 14,500 |
| LGE | - | 98% | 1% | 1% | 10,958 |
| 현대 | - | 20% | 55% | 25% | 717 |
| 한솔 | - | 40% | 10% | 50% | 461 |
| [註: 한국업체 증심으로 편집] | | | | | (소갑 제3-138호증) |

목적은 CDT 제조사들의 ITC 전환 비용을 지키는 것이다. LPD/SDI는 원칙적으로 이 목적
에 동의하였으나 SDI→SEC 및 LPD→LGE 공급제품은 주로 ITC 튜브다. 그러한 조치는 그
룹 내 각 고객들에 대한 가격 인하에 준하는 것이다. ... CPT는 내부 생산능력으로 처리할
수 없는 경우에도 B+D 튜브 형태로 판매하는 방법이 가능하고 따라서 이는 가격에는 영향
을 미치지 않을 것이라고 강조하며 실행가능성을 검토해달라고 촉구했다.

(소갑 제3-138호증)

(10) 2004년도 경쟁자간 회합

<표 26>                    2004년도 CDT 카르텔 회의개요

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2004.1.27. | 현행 판매가격유지, 각사별 시장점유율 합의 및 이행점검 | 중화, SDI, LPD | 소갑 제3-139호증 2155쪽 소갑 제3-140호증 2181쪽 소갑 제4-54~5호증 |
| 2 | 2004.2.23. | 각사별 시장점유율 합의 및 이행점검 | 중화, SDI, LPD | 소갑 제4-56호증 3047쪽 소갑 제4-57호증 |
| 3 | 2004.3.2. ~3. | 각사별 시장점유율 합의 및 이행점검, 생산량 감축 | 중화, SDI, LPD | 소갑 제3-141호증 2180쪽, 2181쪽, 2184쪽 소갑 제4-58호증 3053쪽, 3054쪽, 3057쪽 |
| 4 | 2004.3.15. | 판매가격인상(10%인상 풍지후 5% 인상) | 중화, SDI, LPD | 소갑 제4-61호증 3074쪽 소갑 제2-1호증 324쪽 |
| 5 | 2004.3.25. ~27. | 판매가격인상(모든고객, 모든기종: $2~3), 세부사양별 가격차이, 구체적 가격인상 계획 | 중화, SDI, LPD | 소갑 제3-142호증 2186쪽, 2192쪽 소갑 제3-143호증 2197쪽, 2200쪽 소갑 제4-62호증 3078쪽 |
| 6 | 2004.4.26. ~27. | 각사별 시장점유율 합의 및 이행점검, 기종별(15", 17", 19" CDT) 가격인상 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-144호증 2229쪽, 2234쪽 소갑 제3-145호증 2226쪽 소갑 제4-63호증 |
| 7 | 2004.5.6. | 4월 가격인상 점검 및 5월 인상계획(15", 17": $2, 19": $3), 6대거래선과 타거래선과의 가격차이($1) | 중화, SDI, LPD | 소갑 제4-64호증 3085쪽 |
| 8 | 2004.5.24. | 기종별 1차, 2차 가격인상 | 중화, SDI, LPD | 소갑 제4-65호증 3088쪽 소갑 제4-66~7호증 소갑 제3-146호증 2254쪽 |

| 9 | 2004.6.2. | 계열회사간 거래 및 일반 판매가격인상 | 중화, SDI, LPD | 소갑 제3-147호증 2257쪽 |
|---|---|---|---|---|
| 10 | 2004.6.28.~29. | 3차 가격인상 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-148호증 2267쪽 |
| 11 | 2004.7.26.~27. | 각사별 시장점유율 합의 및 이행점검, 현행 판매량 및 가격 유지, 비밀유지 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-149~50호증 소갑 제4-69호증 3105쪽 소갑 제4-68호증 |
| 12 | 2004.8.17.~18. | 계열회사간 거래가격 유지, 현행가격 유지, 생산량 감축 | 중화, SDI, LPD | 소갑 제3-152호증 2300쪽 소갑 제3-151호증 소갑 제4-70호증 3115쪽 |
| 13 | 2004.9.21. | 각사별 시장점유율 합의 및 이행점검, 생산량 감축 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-153호증 2313쪽 소갑 제3-154~6호증 |
| 14 | 2004.10.26. | 각사별 시장점유율 합의 및 이행점검, 공급물량 감축, 현행 판매가격 유지 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-157호증 소갑 제4-71호증 3120쪽 |
| 15 | 2004.11. | 한국고객 대상 각사별 판매가격 | 중화, SDI, LPD | 소갑 제3-158호증 2356쪽 |
| 16 | 2004.11.15 | 비밀유지방안, 이전 합의사항 이행촉구, 각사별 시장점유율 합의 및 이행점검, 생산량 감축 | 중화, SDI, LPD | 소갑 제3-159호증 소갑 제3-160호증 2375쪽, 2378쪽, 2381쪽 |
| 17 | 2004.11.24 | 가격인하 방지방안 | 중화, SDI, LPD | 소갑 제3-161호증 소갑 제3-162호증 2406쪽, 2410쪽 |
| 18 | 2004.12.1. | 고객별 판매가격합의 및 점유율 할당 | 중화, SDI, LPD | 소갑 제3-163호증 2435쪽, 2439쪽 |
| 19 | 2004.12.29 | 고객별 판매가격합의 및 생산라인 폐쇄계획 | 중화, SDI, LPD | 소갑 제3-164호증 2452쪽, 2456쪽 소갑 제4-72호증 |

① 2004년 1월 27일 다자회의

229    이 회의에 피심인들은 판매현황 및 생산라인 가동현황 정보를 교환하고 가격을 유지하기로 합의하였음을 알 수 있고, 이전회의에서 합의한 2004년도 각 사별 시장점유율이 실제 판매량 대비 준수되고 있는지를 확인한 결과, 삼성 SDI와 LPD는 각각 0.5%, 1.2%를 초과하였고 중화영관은 1.7% 미달된 것으로 나타났다. 또한, 생산라인 감축합의와 관련하여 회의당시 각 사의 전세계 생산라인 수는 삼성 SDI 9개, LPD 11.5개, 중화영관은 8개 라인을 운용중이었으며 2004년 1분기에는 각각 7.5개, 8.5개, 7개 라인으로 감축하기로 합의되었음이 확인된다. 차기 회의는 같은 해 3월 2일 대만에서 LPD 주관으로 개최하기로 결정하였다. 이는 중화영관의 '해외출장보고서', 삼성 SDI 이△△의 업무수첩, 회의당시 프리젠테이션 자료 등에 의해 확인된다.

○ LPD는 아직도 사업이 손실을 내고 있으며, 모두 가격을 본래 상태로 유지하기를 희망한다고 언급함. <u>SDI 역시 가격 유지의 중요성을 역설함</u>
○ 파트너들간 분위기는 매우 좋음. 원료료 가격상승을 고려하여 튜브가격은 당분간 유지되어야 함.                                                 (소갑 제3-139호증)

| company | Line Control Plan & Status | | | | | | |
|---|---|---|---|---|---|---|---|
| | 02.End | 03.Q 1 | 03.Q2 | 03.Q3 Target | Current | Gap | 04.Q1 Target |
| CPT | 11.0 | 10.0 | 9.0 | 8.0 | 8.0 | 0.0 | 7.0 |
| LPD | 11.5 | 11.5 | 10.5 | 9.5 | 11.5 | 2.0 | 8.5 |
| SDI | 11.5 | 11.5 | 9.5 | 8.5 | 9.0 | 0.5 | 7.5 |
| Total | 34.0 | 33.0 | 29.0 | 26.0 | 28.5 | | 23.0 |

② 2004년 2월 23일 다자회의

230        이 회의에서 피심인들은 이전회의에서 합의된 각 사별 시장점유율의 이행사항을 점검한 결과 합의수치에 근접하여 의견 마찰이 없었으며, 같은 해 2월 26일까지 문제가 되는 거래선 판매수치를 재확인 후 조정하기로 합의하였고, 차기 회의를 같은 해 3월 2일~3월 3일간 LPD 사무실에서 개최하였다. 이는 삼성 SDI의 'DDM 실무미팅 결과보고' 자료, 삼성 SDI 송▽▽의 일정표에 기재된 '2004.2.23. 14:00 3사 미팅(LG)'에 의해 확인된다.

3. 미팅내용
- <u>전체적으로 3사 공히 실적 호조이고, M/S역시 합의수치에 근접하여 큰 Noise 없었음</u>
1) 1월 실적 및 2월 예상

| | CPT | LPD | SDI | TOTAL |
|---|---|---|---|---|
| 1월 실적 | 1,284 | 1,644 | 1,793 | 4,721 |
| M/S | 27.2% | 34.8% | 38.0% | |
| 2월 예상 | 1,370 | 1,694 | 1,900 | 4,964 |
| M/S | 27.6% | 34.1% | 38.3% | |

=>2/26까지 문제거래선 다시 확인후 조정키로 함 (AOC,EMC,SEC,COMPAL)
                                                        (소갑 제4-56호증)

③ 2004년 3월 2일~3일 다자회의

231        피심인들은 2004년도 합의된 각 사의 시장점유율(삼성 SDI 37.7%, LPD 34.0%, 중화영관 28.3%)을 기준으로 같은 해 1~2월간 판매실적이 얼만큼 차이가 있

는지를 상호 점검하였는데 그 결과 삼성 SDI와 LPD는 각각 0.3%, 0.4% 초과, 중화
영관은 0.7% 미달로 확인되었다. 그리고 생산라인 감축합의("'04 Line Control Plan")와
관련하여 2004년 1분기중 각 사별 최적 생산라인을 유지하기 위해 일정 라인수를 추가
로 감축하기로 합의하였다. 이와 같은 시장점유율, 생산량 감축 합의이후 피심인들은 수
익률 감소를 방지하기 위해 2004년 2분기부터 CDT 가격을 인상하기로 합의하였다. 이
는 중화영관 및 삼성 SDI의 프리젠테이션 자료, 삼성 SDI의 이△△이 작성한 'CDT
Top Meeting(3/2)' 제하의 자료, 삼성 SDI 이△△의 업무수첩 등에 의해 확인된다.

| Mpcs;% | '04.Jan | | | '04.Feb | | | '04.Jan~Feb | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 1.3 | 27.2% | -1.1% | 1.4 | 27.9% | -0.4% | 2.7 | 27.5% | -0.7% |
| LPD | 1.6 | 34.8% | 0.8% | 1.7 | 34.0% | 0.0% | 3.4 | 34.4% | 0.4% |
| SDI | 1.8 | 38.0% | 0.3% | 1.9 | 38.2% | 0.4% | 3.7 | 38.1% | 0.3% |
| 3sub-ttl | 4.7 | 100% | 0.0% | 5.0 | 100% | 0.0% | 9.8 | 100% | 0.0% |
| Others | 0.2 | | | 0.2 | | | 0.4 | | |
| Grand-ttl | 4.9 | | | 5.2 | | | 10.2 | | |

(소감 제3-141호증)

| company | Additional Line Shutdown Plan(추가 생산라인 폐쇄 계획) | | | |
|---|---|---|---|---|
| | Factory | Schedule | Line Reduction | After # of Line |
| CPT | Fuzhou 1L | Q1,'04(?) | 1L | 7.0L |
| LPD | Nanjing 2.5L Changwon 0.5L | Q1,'04 Q1,'04 | 3L | 8.5L |
| SDI | Busan 1L Another 0.5L | Q1,'04(?) ? | 1.5L | 7.5L |

(소감 제3-141호증)

So, to prevent from profit loss, CDT price has to be increase(d) from Q2, '04.

④ 2004년 3월 15일 다자회의

232    피심인들은 회의당시 판매량 정보를 교환하고, 가격인상에 대해 같은 해 4월
1일 선적분부터 가격을 인상하고 고객들에게는 공동으로 10%인상을 통보하고 5%인
상을 관철시키기로 합의하였음을 알 수 있다. 이는 삼성 SDI 송▽▽의 업무수첩에
통하여 확인된다.

```
 -중화의견 ①가격 낮추어도 CDT 시장감소를 막을 수 없다.
② 이번 기회를 놓치면 더 어렵다.
 -LPD의견 ①가격인상
②가격인상후에 어떻게 decrease할 때 협조할 것인가?→이것을 피할 수 있는 방법 준비 要
③timing-wise: A.S.A.P.만이 할 수 있는 방법이다.
4. 가격인상방법
 - 10%인상한다고 하고 5% 인상하자 (LPD)
 - Everyone same time announce our customer.
 - 4月 1日 Shipment increase price
                                                        (소갑 제4-61호증)
```

┌─────────────────────────────────────────────────────────────────┐
│ 답43) 가격인상 방법에 대한 합의도 있었는데, '10% 인상한다고 하고 5% 인상하자'는 내용
│ 은 10% 가격인상을 고객들에게 통보하나 실제로는 5%만 인상한다는 내용입니다. 'Everyone
│ same time announce our customer'는 고객사들이 꺼려하는 가격인상통보시점을 참가사들간
│ 동일하게 맞추자는 합의내용을 기록한 것입니다. 제 기억으로 2004년 당시 시장전반적으로 가
│ 격이 올라갈 것이라는 예상이 있었으므로 참가사들이 함께 가격을 인상하는 것이 그다지 어려
│ 지는 않았던 분위기였습니다. 가격인상 시점과 관련하여 '4월 1일 Shipment increase price'는
│ 4월 1일 선적분부터 인상하자는 논의내용을 기록한 것입니다.
│                                                        (소갑 제2-1호증)
└─────────────────────────────────────────────────────────────────┘


⑤ 2004년 3월 25일~27일간 다자회의

233          피심인들이 모든 종류와 모든 크기의 CDT가격을 2~3달러 인상하기로 합의

하고 가격인상에 성공하기 위해 공동으로 준비작업을 진행하기로 하였음을 알 수 있

다.   피심인들은 6대 고객 및 기타 고객별로 15″, 17″, 19″ CDT의 구체적 가격에

대하여 합의하였고, 6대 고객에 대해 주요 공급업자가 아닌 업체는 주요 공급업자보다

0.5달러 높은 가격을 제시하도록 하였으며, 신규 옵션가격도 합의하였음이 확인된다.

┌─────────────────────────────────────────────────────────────────┐
│ 주요 재료의 가격인상과 유리공급의 긴축성을 고려하여, 우리는 모든 고객에 대하여 모든 종
│ 류와 모든 크기의 가격을 $2-3 인상할 계획이다. 각 해당 계정관리자는 각 고객에 대한 가
│ 격설정제안서를 제출할 것이다. 또한 고객의 반응과 함께 경쟁 브랜드의 움직임을 예의 주시
│ 하여 이차 가격 인상 시도 기회를 잡을 것인가를 결정해야 한다. 시장상황에 대하여 언론에
│ 시의 적절한 보도자료를 제출하는 것도 권한다.
│                                                        (소갑 제3-142호증)
└─────────────────────────────────────────────────────────────────┘

┌─────────────────────────────────────────────────────────────────┐
│ 4월 1일 현재 신규 기준가는 조정될 것이다.
│
│ 크기              튜브종류        세계6대CDT모니터고객 기타고객

| 크기 | | 튜브종류 | | 세계6대CDT모니터고객 | 기타고객 |
|---|---|---|---|---|---|
| 15" | 48K | MPR2 | B+D | 37 | 38 |
| 17"FS | | MPR2 | B+D | 44 | 45 |
| 17"RF | | MPR2 | B+D | 49 | 50 |
| 19"FS | 85K | MPR2 | B+D | 65 | 66 |
| 19"RF | 95K | TCO | B+D | 76 | 77 |

│ 6대 주요고객은 AOC, 필립스, ECM, 라이트온, SEC와 LGE이다.
│                                              (소갑 제3-143호증, 제4-62호증)
└─────────────────────────────────────────────────────────────────┘

6대 고객들에게 2등급 공급업자들은 $0.5 높은 가격을 제시하여야 한다. 이는 시장점유율을 안정시키기 위한 목적으로 대형 및 소형 고객 간 가격차이를 강조하기 위하여 기회를 활용하기 위한 것이다. 일련의 가격인상은 예고 없이 일어나는 것이기 때문에, 첫 번째 단계에서 가격은 단지 $2-3만이 상승할 것이다. 우리는 또한 고객들에게 잠재적 가격인상 2단계에 대하여 알려야 할 것이다. 그래서 그들이 OEM고객들에게 전달할 수 있는 시간을 줘야 할 것이다. 더불어, 동시에 신규 옵션가격이 시행될 것이다. 구체적 사항은 다음과 같다:

| 항목 | 크기 | 현재가 | 조정가 |
|---|---|---|---|
| MPR2→TCO | 15" | 0 | 0 |
| | 17"/17"F | +1 | +0.5 |
| | 19"/19"F | +2 | +1 |
| MPR2→ Glare/Anti-glare | 15"/17"/17"F | -2 | -1/0.5 |
| [수기로 작성 : "B+D"] N-ITC → ITC | 15" | +1 | +0.5 |
| | 17"/17"F | +1.5 | +1 |
| | 19"/19"F | +2 | +1.5 |
| Frequency | 15" (48K→57K) | +1 | +1 |
| | 19"/F (95K→85K) | -2~3 | -1.5 |

234    그리고 회의당시 프리젠테이션 자료에 따르면 구체적인 시점별 가격인상 실행계획에도 합의하였음을 알 수 있다. 구체적으로 2004년 3월 29일에는 고객에게 공식 가격인상 통보를 하고, 같은 해 3월 30일~31일간 가격인상 보도자료를 배포하기로 하였다. 또한, 4월 1일~10일간 고객을 접촉하여 가격인상 배경 및 이유를 설명하고 이후 대만회의에서 이행상황을 점검하기로 하였다. 차기 고위급회의는 삼성 SDI 주관 중국 상해에서 2004. 4. 26.에 개최하기로 하였다. 이는 중화영관의 '해외출장 보고서', 삼성 SDI 이△△의 업무수첩 및 회의시 배포된 프리젠테이션 자료에 의해 확인된다.



- 127 -

```
Top Meeting Schedule
- Date: Apr. 26(16:00~18:30) Top meeting
        Apr. 27(morning) Green meeting
- Place: Shanghai, China
- Host: SDI                                    (소갑 제3-142호증)
```

⑥ 2004년 4월 26일~27일 다자회의

235         피심인들은 회의당시 각사의 판매량 자료 및 증감현황 정보를 공유한 뒤, 2004년 각사별 할당 점유율이 준수되고 있는지를 실제 판매정보를 기초로 점검하였다. 그리고 15″, 17″, 19″ CDT의 2004년도 4월 가격인상 가이드라인과 삼성전자, LG전자를 비롯한 주요고객("1st Tier")에는 주력 공급사에 한하여 1달러 차의 저가 공급을 허용하기로 합의하였다. 또한, 새로운 옵션가격에 적용할 가격도 표로 만들어 공동으로 결정되었음이 확인된다. 이는 회의당시 배포된 프리젠테이션 자료, 삼성 SDI 이△△의 업무수첩중 '4/26(월) CDT TOP MTG in Shanghai', 회의개최 전 참가자들간 교환 이메일 등에 의해 확인된다.

| Mpcs;% | '04.Q1 | | | '04. Apr | | |
|---|---|---|---|---|---|---|
|  | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 4.1 | 27.7% | -0.6% | 1.3 | 27.6% | -0.7% |
| LPD | 5.4 | 34.4% | 0.4% | 1.6 | 33.2% | -0.7% |
| SDI | 5.7 | 37.9% | 0.2% | 1.8 | 39.2% | 1.4% |
| 3sub-ttl | 14.9 | 100% | 0.0% | 4.7 | 100% | 0.0% |
| Others | 0.7 |  |  | 0.2 |  |  |
| Grand-ttl | 15.7 |  |  | 4.9 |  |  |

(소갑 제3-144호증)

| Size | Type | SPEC. | 引上案 |
|---|---|---|---|
| 15" | CV | 48kHz, MPR, N-ITC | 38.0 |
| 17" | CV | MPR, N-ITC | 45.0 |
| 17" | SMF | MPR, N-ITC | 50.0 |
| 19" | CV | 85kHz, MPR, N-ITC | 66.0 |
| 19" | SMF | 95kHz[38], TCO, N-ITC | 77.0 |

※ U$1 Favor for 1st Tier is allowed only for 1 Major vendor
* 1st Tier: SEC, AOC, LG, Philips, EMC, Lite-on          (소갑 제3-144호증)

---

38) 19″ 85khz, 19″ 95khz는 각각 19" 모니터중 수평주파수가 최대 85 킬로헤르츠와 95 킬로헤르츠인 제품을 의미하며, 수평주파수는 수평라인을 1초당 몇 번 표시할 수 있는지를 나타내는 수치로서 높은 수평 주파수를 지원할수록 높은 기술이 적용된 제품이다.

⑦ 2004년 5월 6일 다자회의

236        피심인들은 같은 해 4월 가격인상여부 점검시 LPD는 삼성 SDI에 가
격인상 이행여부를 확인하였고, 이후 5월 가격인상에 대하여 논의한 후 피심인들은
15″와 17″CDT는 2달러 인상, 19″CDT는 3달러를 인상하고, 고객별 판매물량도
정하였으며 삼성전자, LG전자 포함 6대 거래선과 타 거래선은 1달러 가격차를 유지하
기로 합의하였다. 이는 삼성 SDI의 최훈이 작성한 회의결과보고서에 의해 확인된다.

```
3. 4월 및 5월 가격인상 관련
(1) 4월 가격인상 Review
 - LPD: Delta, Compal, AOC, SEC에서 SDI가 가격인상을 지키지 않았다며 구체적으로
   하나하나 가격을 언급하며 당사에 Challenge
 - SDI: 일부 거래선 既 Open 된 L/C 가격 미변동, DFT/DF 가격차이를 설명하여 실질적
   으로 가격은 다 인상하였음을 설명
(2) 5월 가격인상
 - LPD: 4월 가격인상때 SDI가 미준수 한 부분이 있음. 5월의 경우 SDI, CPT 인상여부를
   보고 확실한 경우 인상하겠음.
 - CPT: 19"Flat의 가격인상은 어렵다. 19 "Flat 시장을 죽일 수 있음. 19" FST의 경우
   +2$ 인상하고, Flat은 유지하자.                                    (소갑 제4-64호증)
```

```
▶ 5월 가격인상 진행안
① 5월 가격인상 (15 "/17" +2$, 19 "+3$)
② 가격인상 수량
 - CPT: 6대 거래선+BenQ, 5월물량 50%
 - LPD: 6대 거래선, 5월물량 50%
 - SDI: 6대 거래선+Delta, 5월물량 50%
③ 6대 거래선(SEC, AOC, PHS, LGE, Proview, L/on)과 他 거래선 가격차:$1
                                                              (소갑 제4-64호증)
```

⑧ 2004년 5월 24일 다자회의

237        이 회의에서 삼성 SDI의 삼성전자향 가격인상전까지 LPD와 중화영관은 선
적을 중단하거나, 필립스 및 LG전자의 인상가격도 계열회사 보호를 위해 환급해줄
것을 논의하였다. 이에 대해 삼성 SDI는 최대한 조기에 가격인상을 약속하고 차기 가
격인상시에는 삼성전자향 가격을 먼저 인상하고 다른 고객에 대한 가격을 인상하기
로 합의하였다. 또한, 피심인들은 2004년도 각 사별로 할당된 시장점유율이 회의개최
시점에 준수되고 있는지를 표로 만들어 확인한 뒤 2004년 4월과 5월에 각각 인상하
기로 합의하였던 15″, 17″, 19″CDT 가격을 확인한 뒤 이행여부를 점검하였음을

알 수 있다. 이 는 삼성 SDI의 최훈이 이매일을 통해 본사에 보고한 회의결과보고, 삼성 SDI 송▽▽의 업무수첩, 삼성 SDI D/D(Digital Display) 영업본부에서 회의전 입장정리를 위해 작성한 준비자료인 'CDT Management Meeting (5/24)', 회의시 배포된 프리젠테이션 자료 등에 의해 확인된다.

---

3. SEC 2차 가격인상 관련
- CPT: 6월 총 수량 90K중 미 출하수량 60K에 대한 SEC 신 P/O(6/11) 가격이 2차 인상 가격을 미 반영 → 6/14부터 선적중단
  SDI에게는 2차 가격인상 조기해결 요청과 동시, LPD에게는 CPT와 같이 전면 선적중단 을 요청
- LPD: LGE의 시장조사에 의하면 SEC의 SET Street Price가 인상된 것 없음. 이에 의거 LPD 를 압박중임. SEC 가격이 인상되지 않는다면 6/1 인상한 PHS, LGE 2차 인상가격을 Captive 고객보호차원에서 Pay Back 할 예정
- SDI: 6/15 강제마감 (15 "/17" +2$). SEC와는 계속 협상 진행중으로 최대한 조기 해결 하겠음을 설명
4. 3차 가격인상 관련
- 다만, SEC의 가격인상이 이루어지지 않는한 3차 가격인상은 어려움을 말하며, 3차 가격 인상부터는 SEC의 선 가격인상이후 타 거래선 가격인상을 추진하겠다고 밝힘

(소갑 제4-65호증)

---

1. 1st, 2nd Price-up

| Size | Type | SPEC. | Apr(A) | May(B) | Gap(B-A) |
|------|------|-------|--------|--------|----------|
| 15" | CV | 48kHz, MPR, N-ITC | 38.0 | 40.0 | 2.0 |
| 17" | CV | MPR, N-ITC | 45.0 | 47.0 | 2.0 |
| 17" | SMF | MPR, N-ITC | 50.0 | 52.0 | 2.0 |
| 19" | CV | 85kHz, MPR, N-ITC | 66.0 | 66.0 | - |
| 19" | SMF | 95kHz, TCO, N-ITC | 77.0 | 77.0 | - |

⑨ 2004년 6월 2일 다자회의

238    이 회의에서 중화영관측 참석자는 삼성 SDI와 LPD가 계열사에 공급하는 가격 인상을 지연하는 것이 합의를 지키지 않는 행위라고 비난한 후, 피심인들은 같은 해 7월 1일부터 15〃 및 17〃 CDT 제품가격을 상위 6개사에 대하여는 1달러, 기타 고객에는 2달러씩 인상하기로 합의하였다. 이는 중화영관의 이본느 윤이 작성한 'CDT 시장보고서'에 의해 확인된다.

> 3. SDI와 LPD가 그룹 내부 고객들에 대한 가격 인상을 지연하는 것에 대해, 우리는 그러한 지연 행위가 우리의 주요 고객들에 대한 불공정한 행위라는 점을 수 차례의 회의에서 지적하며 비난해왔다.
> 4. 수요 및 공급 상황을 분석해볼 때 시장은 계속해서 뜨거운 상태를 유지할 것으로 보이며 이는 가격 인상의 또 다른 기회이다. 3개사는 7월 1일을 이행일로 하는 것으로 공통된 입장을 취했다. 15"와 17" 가격은 상위 6개사에 대해 $1, 다른 고객들에 대해서는 $2 인상될 예정으로 이로서 1, 2 급 고객들 간의 차이가 더욱 커질 것이다. (소갑 제3-147호증)

⑩ 2004년 6월 28일~29일간 다자회의

239    피심인들은 2004년도 상반기에 이루어진 실제 판매량 정보를 취합하여 2004
년도 시장점유율과의 격차를 표로 만들어 확인한 사실을 알 수 있다. 또한, 15", 1
7", 19" CDT제품에 대해 같은 해 4월에 1차 가격인상 합의와 5월에 2차 가격인상
합의의 이행여부를 점검하고, 삼성 SDI가 삼성전자에 대한 2차 가격인상 실행이후
같은 해 7월 15일부터 15", 17" CDT제품 가격을 각각 1달러씩 인상하기로 합의하
였다. 이는 회의당시 프리젠테이션자료에 의해 확인된다.

> 3. 3rd Price-up (3차 가격인상)
> - Conclusion: Only increase 15", 17"F
>   (Effects from July 15th after succeeded from SDI to SEC 2nd time price-up)
> - Price Difference: 15" + U$1, 17"F + U$1              (소갑 제3-148호증)

240    피심인들은 차기 CDT 관리자급 회의는 같은 해 7월 26일~27일간 중국 상
해에서 삼성 SDI 주관으로, 최고위급 회의는 같은 해 8월 19일~20일간 중국 곤명에
서 중화영관 주관으로 개최하기로 합의하였다.

⑪ 2004년 7월 26일~27일 다자회의

241    이 회의에서 삼성 SDI, LPD, 중화영관의 CDT 영업-마케팅 담당 임직원들
은 이전 회의에서 합의한 바대로 양일간 관리자급 CDT 다자회의를 개최하였다. 또
한 삼성 SDI의 'CDT Meeting 결과보고'에 따르면, 피심인들은 LCD 가격하락에 대
비하여 당분간 CDT 판매가격을 당시수준으로 유지하고 2004년 8월 판매량도 6월 수
준으로 유지할 것을 합의하였고, 동 모임이 반독점법 조사에 걸리지 않도록 유의할

것을 논의하였다. 이는 중화영관의 'CDT 시장보고'의 기재사항과 동일하다는 점에서
도 합의사실이 입증된다. 이는 삼성 SDI 이△△의 업무수첩, 삼성 SDI 본사에 보고
한 'CDT Meeting 결과보고', 중화영관의 'CDT 시장보고' 및 회의당시의 프리젠테이
션 자료에 의해 확인된다.

---

2) 合意事項
□ LCD 가격이 급격하게 하락하고 있으나, 가격인하를 하더라도 CDT 수요에 미치는 영향
  이 적음→LCD가격상황을 Watch하되 <u>당분간 현재가격수준 유지</u>
□ <u>8월 판매량을 6월 수준으로 유지</u>
□ Glass MTG가 Anti-Trust Law에(LCD조사 소문) 저촉되지 않도록 노력하도록
  함
                                                         (소갑 제4-69호증)

---

⑫ 2004년 8월 17일~18일간 다자회의

242          피심인들은 삼성 SDI와 LPD의 계열사간 거래가격이 낮은 데 대해 중화영
관은 고객들로부터 가격인하 압박을 받을 것이며 다른 피심인들에게도 동일한 영향
을 미칠 수 있으므로 공동으로 CDT 가격을 안정화하자는데 합의하였음이 확인된다.
이는 회의전 LPD 김◻◻이 장소변경을 통지한 이메일, 중화영관 춘-챙 에가 작성한
'해외여행 복귀 보고서' 등에 의해 확인된다.

---

○ 2분기 가격 조정은 시장 가격을 합리적이고 균일하게 만들 수도 있었다. <u>그러나
SDI/LPD가 그룹 내부 고객들(즉, SEC/LGE)에게 시장 가격을 주장하지 않았다. 시장 가격
과 비교했을 때 현재 가격은 개당 $2~3가 낮다.</u>
○ CPT 가격은 상대적으로 SDI/LPD 가격보다 높다. 시장이 하락할 때 고객들로부터의 압
박이 가장 클 것이다. 이익을 내기 위해 CPT는 시장 가격 안정화에 적절한 방식으로 힘쓸
것이다. <u>먼저 해야 할 일은 SDI/LPD로 하여금 그들의 생산량을 통제하도록 요청하는 것이
다.</u> 그렇지 않으면 공급이 수요를 초과한 이후 가격을 유지하기 힘들 것이다.
○ <u>SEC가 손실을 보고 있기 때문에 CDT 가격 인하의 소문이 시장에 돌면, SDI는 분명 당
해 가격을 크게 인하해 달라는 요청을 받을 것이고 SDI에 한층 더 영향을 미칠 것이다. 따
라서 SDI는 가격 안정화를 최우선 과제로 삼자는데 동의한다.</u>        (소갑 제3-152호증)

---

243          또한, 피심인들은 2004년 하반기와 2005년 가격조정방안을 논의하면서 2004
년 8월에는 현재가격을 유지하고 9월이후 가격가이드라인을 조정하기로 하였다. 또한,
비수기 가격통제를 위해 주력 공급사가 주도하고 다른 피심인들이 따르는 방식을 취
하며, 매주 가격점검을 하되 불이행시 벌칙제도를 도입하기로 한 사실이 확인된다.
그리고 피심인들은 생산량 감축이 필요하다는데 인식을 같이하고 단기적인 수단으로는
조업일수 감소, 장기적으로는 생산라인을 폐쇄하기로 하였다. 이는 삼성 SDI의 프리젠

테이션 자료에서 확인된다.

```
IV. '04.2H~'05 Price Management
  ∨ Aug. '04: Stay current price (현재 가격 유지)
  ∨ From Sep. '04: Adjustment of Price Guide Line (가격가이드라인 조정)
  ∨ How to control in slow season
  - 1st Vendor takes initiative & 2nd/3rd vendor follow
  - Price audit by weekly(매주 가격감시) base through Taipei W/L MTG
  - set up penalty system (제재 시스템 설정)
V. Capacity control(생산량 통제):  Needed capacity control
  ·Short term(단기, ~'04.E): Working Day Reduction (조업일수 감소)
   (More 3~5 days off/month→23~25 days operating)
  ·Long term(장기, '05~): Line Shut Down (생산라인 폐쇄)          (소갑 제4-70호증)
```

⑬ 2004년 9월 21일 다자회의

244      피심인들은 2004년도 3분기까지 각사 판매자료를 기초로 이전에 합의한 각 사별 2004년도 점유율과의 차이정도를 상호 점검하였고, 생산량 감축에 대해서도 2004년 6월에 합의한 각 사별 생산라인수를 기준으로 2004년 4분기와 2005년 1분기에 각각 각 사별로 1개의 생산라인을 추가로 감축하기로 합의하였다. 이는 2005년도 전세계 CDT 수요를 5천만대("50M")으로 가정하고 초과공급을 최소화하기 위해 인위적으로 생산라인을 감축시키려는 의도에서 비롯된 것이다. 이는 회의당시의 프리젠테이션 자료, 중화영관의 'CDT 시장보고서', 중화영관의 호텔 숙박영수증 및 한국출장비 정산서류 등에 의해 확인된다.

| •'04 Capacity control guideline review | | | | | | | |
|---|---|---|---|---|---|---|---|
| company | Plan & Current Status | | | '04.Q4(C) | Gap(B–C) | '05.Q1(D) | Gap(B–D) |
| | '03 Top meeting(A) | Current(B) | Gap(B–A) | | | | |
| CPT | 8.0 | 8.0 | 0.0 | 7.0 | 1.0 | 6.0 | 2.0 |
| LPD | 9.5 | 9.5 | 0.0 | 8.5 | 1.0 | 7.5 | 2.0 |
| SDI | 8.5 | 9.5 | 1.0 | 8.5 | 1.0 | 7.5 | 2.0 |
| Total | 26.0 | 27.0 | 1.0 | 24.0 | 3.0 | 21.0 | 6.0 |

•'05 Capacity control suggestion
 - reduce the CDT capacity among 3 makers to 50M in '05          (소갑 제3-153호증)

⑭ 2004년 10월 26일 다자회의

245      피심인들은 2004년 10월 각 사의 판매량이 각 사별로 할당된 시장점유율과 일치하는지 여부를 점검하였고, 향후 CDT시장에서의 각 사 점유율과 추가 생산라인

감축에도 합의할 것을 논의하였음이 확인된다. 또한, 2004년 11월부터 공급물량을 감소시키기로 합의하고, 판매가격은 연말까지 유지하기로 합의한 사실이 있다. 이는 회의당시 프리젠테이션 자료 및 삼성 SDI의 'CDT MTG 結果 報告'에 의해 확인된다.

```
2. 11月 前望 및 對應策
 - 이에 11월~ 各 社別 공급물량 감소합의(前月 對比 各 100K/月)
   ☞ 3社 Total 10월 5.5M→11월 5.2M→12월 4.8M→1월 4.5M
3. 販價 關聯 協議 事項
 - 년말 까지 판가 유지 합의                          (소갑 제4-71호증)
```

⑮ 2004년 11월경 CDT 다자회의

246    피심인들은 회의당시 각 사의 주 고객에 대한 17″CDT 판매가격을 비교하였는데 이는 주 고객에 대해 각 사의 적용 가격간에 적정한 가격차가 존재하여야 하기 때문이다. 즉, 다른 회원사가 인정해준 주 고객에 대해서도 가격이 너무 낮게 적용되면 다른 회원사들에게 가격인하 압력으로 작용하기 때문이었다. 이는 중화영관의 회의결과보고서를 통해 확인된다.

| | SDI | LPD | CPT |
|---|---|---|---|
| 1. SEC 17" RF | $48.90 | $50.50 | $50.50 |
| | LPD | | |
| 3. PHS & LGE 17" RF ... | $50.00 | | (소갑 제3-158호증) |

⑯ 2004년 11월 15일 다자회의

247    이 회의에서는 첫 번째 쪽 상단에 수기로 작성된 내용에서 피심인들은 위법사실을 인식하고 증거를 은폐하려는 노력을 하였음을 알 수 있다. 피심인들은 CDT 시장정보를 교환하고, 구체적으로 문제가 되는 고객별 판매수량 및 가격정보를 교환하였다. 특히, 삼성 SDI는 자신의 주고객인 프로뷰(Proview)에 대해 LPD가 판매를 확대한 것에 대해 논쟁한 사실이 있는데 이는 피심인들간의 특정 고객별로 주공급자를 인정하는 (묵시적) 합의가 존재하였고, 사전에 상대방 협의없이 주고객에 판매를 확대할 경우 동일한 방식으로 보복을 가하는 카르텔 원칙(소위 'Matching Behavior')이 존재하였음을 알 수 있고, 2005년도 CDT시장에서의 각 사별 할당된 점유율을 확인하고 2004년말 또는 2005년 1월에 구체적인 생산라인 폐쇄계획을 실행하

기로 합의하였다. 이는 회의전 회의시간, 장소를 확인하기 위해 LPD의 한경섭이 다

른 참석자들에게 발송한 이메일 및 중화영관의 '사업보고서'에 의해 확인된다.

> 업게 동료와 회의를 하는 것은 자유 시장체계에 반한다는 점을 감안하면, 문서를 증거로
> 남기는 것은 적절하지 않다.                                          (소갑 제3-160호증)

> SDI에 통지하지 않고 LPD가 프로뷰 판매를 점차 확대한 것에 대하여, 이 행위는 판매 할당
> 에 관한 무언의 합의를 위반한 것이다. SDI는 유감을 표했고, LPD에 후속 조치 및 프로뷰
> 에 관한 향후 계획에 대해 설명해줄 것을 강력히 요구했다. LPD는 2005년 시장 수요가 ↓
> 이므로, 프로뷰와 관계를 유지했을 뿐이라고 주장하였다. 회사 정책에 관하여는 선택의 여
> 지가 없다. SDI는 여전히 불쾌해했으며, LPD 본사가 합당한 설명 및 후속 조치를 제시할
> 것을 계속해서 요청했다. 그렇지 않을 경우, SDI는 LPD 고객을 확보할 것이다.
>                                                                    (소갑 제3-160호증)

> 4. 2005년도 판매 할당은 48,500k의 총 수량을 바탕으로 할 것이다. 3개 제조사 판매 비율
>    은: CPT/LPD/SDI  28.5%/33.9%/37.6%.
> 5. 라인 폐쇄: 시장 악화가 예상보다 일찍 도래하여, 구체적인 폐쇄 계획은 생산 능력을 적
>    절히 통제하기 위하여 연말/2005년 1월에 시행되는 것이 좋을 것임이 틀림없다.
>                                                                    (소갑 제3-160호증)

⑰ 2004년 11월 24일 다자회의

248        피심인들은 구체적인 고객별 판매점유율을 할당하고 이행여부를 상호 점검

하였다. 특히, 피심인들은 삼성전자, LG전자를 포함한 6대 고객에 적용하는 판매가격

이 회원사별로 이전 합의가격과 차이가 발생하였음을 인지하고 삼성 SDI가 삼성전자

에 공급하는 가격을 기준으로 점차 인상해 나가기로 합의하였다. 또한, 중화영관의

생-보 양은 LPD의 합의가격 이탈행위에 대해 동일한 방식으로 보복함으로써 LPD의

합의준수를 이끌어내는 전략에 대해 증거자료 보고서에 기재하고 있다. 이는 회의결

과를 참석자에게 배포한 이메일과 회의결과를 중화영관 생-보 양이 정리한 'CDT 시

장보고서'에 의해 확인된다.

> 지난 세 차례 시행 속에서 합의 가격 인상의 결과, 대만 제조사들의 기준 가격은 한국 제조
> 사들의 기준 가격보다 높았다. CPT는 회의에서, 3개 제조사들에게 상위 6개 고객에 대한 기
> 준 가격은 대만 제조사들의 경쟁력을 보장하기 위해 동일한 수준으로 조정되어야 한다고 제
> 안하였다. 권고된 접근 방법은 대만 제조사들에 대한 가격을 SEC에 대한 SDI의 가격을 최
> 저 가격으로 하고, 그에 따라 인하하고, 시장 붕괴를 야기할 수 있는 일시적인 가격 하락을
> 방지하기 위해 통일된 기준 가격에 이를 때까지, 나누어서 점진적으로 조정하는 것이다.
> SDI/LPD는 상위 6개 고객에게 동일 가격을 제안하는데 대해 어떠한 우려도 없으며, 가격 수
> 준을 인상하고자 한다. 구체적 가격은 경영진 회의에서 결정될 것이다.        (소갑 제3-162호증)

> CDT M/S에 관한 3개 제조사의 묵시적 합의에 대해 LPD가 반복적으로 방해한 점에 관하
> 여, CPT는 LGE와 거래함에 있어 소량의 저가 전략을 이용하여 대응하고, 이 기회를 통해서
> 자신의 그룹내부 고객을 통해 LPD의 실제 가격을 캐내기 위해 활용함과 동시에, 시장 가격
> 을 훼손하는 LPD의 행위를 제지할 계획이다.　　　　　　　　　　(소갑 제3-162호증)

⑬ 2004년 12월 1월 다자회의

249　　　　　피심인들은 2004년도에 합의된 세 번의 가격인상 실행과정에서 피심인간 적
용가격에 괴리가 발생하였고, 상위 6대 고객에 대한 기준가격을 동일하게 조정하기
위해 중화영관의 17″ CDT 기준가를 50달러로 맞추기로 합의한 사실이 확인된다. 또
한, 피심인들은 6대 고객에 대한 2004년도 실제 인도분을 기초로 하여 2005년도에 적
용할 각 고객별 할당 점유율에 합의하였다. 이에 따르면, 삼성전자의 경우 삼성 SDI
84%, 중화영관 12%, LPD 4%, LG전자는 LPD 96%, 삼성 SDI와 중화영관 각각 2%
로 합의하였음을 알 수 있다. 이러한 사실은 중화영관의 '해외출장 복귀보고서'에 의
해 확인된다.

> 지난 3번의 가격 인상이 비지속적으로 시행되면서 대만 제조사들의 기준 가격은 한국 고객
> 들의 가격보다 높게 되었다. CPT는 시장 내 대만 제조사 고객들의 경쟁력 및 공정성을 보
> 장하기 위해 상위 6개 고객들을 위한 기준가가 동일한 수준이 되어야 한다고 제안했다. 현
> 단계에서 SDI는 SEC를 위한 기준가격을 단 한차례 $49로 올렸고 이는 AOC/ 라이트온 같
> 은 대만 제조사가 지불하는 $51보다 $2 낮은 것이다. 그러나 LPD/SDI는 12월이 가격 인
> 하에 적절한 시기가 아니라고 생각하며 연말까지 현 가격을 유지하기를 바라고 있다. CPT
> 는 내년 1월부터 시작하여 기준가를 월 $0.50씩 $50수준까지 인하하는 것으로 합의되었다.
>
> | | 17″ (MPR, B+D) | SEC | EMC | LGE | PHS | AOC | L-On |
> |---|---|---|---|---|---|---|---|
> | 공식적인 기준 가격 | SDI | $48.9 | $51 | $51.5 | $51.5 | $52.5 | $51.5 |
> | | LPD | $49.5 | $51 | $50 | $50 | $51.5 | - |
> | | CPT | $49.5 | $50.5 | $51.5 | $51.5 | $51 | $51 |
>
> 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(소갑 제3-163호증)

- 136 -

| 제조사 | 2004 실제 인도분 | | | | 2005 가정 | | | |  |
|---|---|---|---|---|---|---|---|---|---|
|  | CPT | LPD | SDI | Total | CPT | LPD | SDI | 총계 |  |
| SEC | 9.3% | 2.4% | 88.3% |  | 12% | 4% | 84% |  | 노란색 부분은 3개 제조사간 다툼이 있는 부분을 나타낸다. |
|  | 1,407 | 383 | 13,461 | 15,251 | 1,572 | 524 | 11,006 | 13,102 |  |
| AOC | 61.6% | 28.3% | 10.1% |  | 74% | 24% | 2% |  |  |
|  | 8,060 | 3,748 | 1,329 | 13,137 | 8,363 | 2,717 | 226 | 11,301 |  |
| LGE | 0.0% | 99.9% | 0.1% |  | 2% | 96% | 2% |  |  |
|  | - | 9,784 | 7 | 8,794 | 169 | 8,110 | 169 | 8,448 |  |
| 프로뷰 | 8.8% | 0.3% | 90.8% |  | 8% | 5% | 87% |  |  |
|  | 541 | 23 | 5,541 | 6,105 | 567 | 283 | 4,815 | 5,665 |  |
| 필립스 | 10.2% | 88.1% | 1.7% |  | 14% | 84% | 2% |  |  |
|  | 500 | 4,252 | 55 | 4,807 | 574 | 8,442 | 82 | 4,098 |  |
| 라이트온 | 98.8% | 0.0 | 1.2% |  | 99% | 0 | 1% |  |  |
|  | 2,620 | - | 30 | 2,650 | 1,683 | - | 17 | 1,700 |  |
| 기타 | 25.0% | 35.6% | 39.4% |  | 20% | 32.3% | 47.7% |  |  |
|  | 1,350 | 2,193 | 3,232 | 6,775 | 678 | 1,094 | 1,616 | 3,388 |  |
| 시장 점유율 | 24.7% | 34.8% | 40.4% |  | 28.5% | 33.9% | 37.6% |  |  |
| 총수량 | 14,478 | 20,382 | 23,654 | 58,514 | 13,605 | 16,166 | 17,931 | 47,702 |  |

⑲ 2004년 12월 29일 다자회의

250      피심인들은 주요 6대 고객에 대한 현재 적용가격을 표로 만들어 비교하였고, 적용가격 변동가능성에 대해 논의한 후, 2005년 1월에도 2004년 12월 합의가격을 계속유지하기로 합의하였다. 그리고 생산라인 감축합의 실행을 상호 감시하기 위한 계획에 대해서도 합의가 이루어졌다. 즉, 삼성 SDI는 제이 정(Jay Jeong), J.H. 최, LPD는 J.H. 오, 김◯◯, 중화영관은 브루스 루(Bruce Lu), 에디 메이(Eddie Mei)를 감사인으로 선정하고 각 사의 여러지역 공장에서 매달 한번씩 상호 방문을 통해 감사를 실시하기로 하였다. 이는 중화영관의 'CDT 시장보고서'과 삼성 SDI 이△△의 USB에서 수거된 회의시 교환된 각 사별 판매량정보자료 및 생산라인 중단 감시계획에 의해 확인된다.

| | CPT | LPD | SDI |
|---|---|---|---|
| AOC | $50 | $51 | $51.5 |
| EMC | $50.5 | $51 | $50.5 |
| SEC | $49.5 | $49.5 | $49 |
| PCE | $51 | $50 | $51.5 |
| LGE | -- | $50 | -- |
| LON | $50.5 | | $52.5 |

상기 내용은 6개 상위고객의 17"F 기준 가격이다. LPD는 주요 고객들의 각 주요 공급업체가 해당 고객의 기준가격 조정을 제안할 수 있으며, 그 경우 다른 2개 CDT 제조업체는 새로운 기준가격에 따라 자신의 가격을 조정할 수 있고, 가격 차이를 유지할 수 있다고 제안하였다. CPT와 SDI도 원칙적으로는 동의하였으나 이러한 합의는 실제 기준 가격을 전제로 수행되어야 한다.

<u>3개 제조회사는 12월 가격을 1월에도 유효하게 유지하기로 합의했으며</u>, 현재의 혼란스런 시장경향을 명확히 하기 위해 가능한 한 빨리 최고회의를 열기를 희망하였다.

(소갑 제3-164호증)

---

I. 라인 폐쇄 계획
CPT 대표: 브루스 루 (푸조우) 에디 메이 (푸조우), LPD 대표: J.H. Oh (센젠), J.S. Kim (서울), SDI 대표: 제이 정 (티안진), J.H. Choi (서울)
라인 폐쇄 계획에 관해, 각 회사는 1월 1일부터 계속 매월 책임지도록 2인의 감사인-주감사인 1인과 보조자 1인-을 배정하였다.
그들은 부정기적으로 서로의 공장을 방문하여 라인 폐쇄 상황을 검사한다.  감사 작업을 위한 준비는 다음 표와 같다. ○는 주감사인, △는 보조자.

| 공장 | | CPT | LPD | SDI |
|---|---|---|---|---|
| CPT | 푸조우 | | — | △ |
| LPD | 구미 | | △ | ○ |
| | 창사 | ○ | | △ |
| | 남경 | △ | | ○ |
| SDI | 한국 | △ | ○ | |
| | 티안진 | △ | ○ | |
| | 센젠 | ○ | △ | |
| | 말레이시아 | ○ | △ | |
| | 브라질 | ○ | △ | |

(소갑 제3-164호증)

---

(11) 2005년도 경쟁자간 회합

<표 27>             <u>2005년도 CDT 카르텔 회의개요</u>

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2005.1.19. | 기종별 판매 가격가이드라인, 생산라인 폐쇄 및 감사계획 | 중화, SDI, LPD | 소갑 제2-1호증 326쪽 소갑 제3-165호증 2467쪽 소갑 제4-73호증 3129쪽 |
| 2 | 2005.2.24. | 가격인하폭(15": $1, 17/19": $2), 각사별 시장점유율 할당 및 이행점검, 생산라인 감축 | 중화, SDI, LPD | 소갑 제3-166호증 소갑 제3-167호증 2541쪽 소갑 제3-168호증 2522쪽, 2523쪽 소갑 제4-74호증 3135쪽 |
| 3 | 2005.3.29. | 현행 판매가격유지, 생산라인 감축 | 중화, SDI, | 소갑 제3-169~70호증 |

| | | | | |
|---|---|---|---|---|
| | ~30. | 및 감사계획, 주요-소규모 고객별 판매가격 | LPD | 소갑 제3-171호증 2546~7쪽<br>소갑 제4-75호증 3145쪽<br>소갑 제4-76호증 3148~9쪽 |
| 4 | 2005.4.13. | 고객별, 공급자별 판매가격 | 중화, SDI, LPD | 소갑 제3-172호증 2548쪽 |
| 5 | 2005.4.26. | 각사별 시장점유율 할당 및 이행점검 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-173~4호증<br>소갑 제3-175호증 2587쪽<br>소갑 제4-77호증 3157쪽 |
| 6 | 2005.5.24. | 현행 판매가격유지, 생산량 감축계획 | 중화, SDI, LPD (관리자급회의) | 소갑 제2-1호증 329쪽<br>소갑 제3-176~7호증<br>소갑 제4-78 및 4-80호증<br>소갑 제4-79호증 3161쪽 |
| 7 | 2005.6.28. | 현행 판매가격유지, 생산량 감축계획 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-178~180호증<br>소갑 제4-81호증 3172쪽<br>소갑 제4-82호증 |
| 8 | 2005.7.20. | 정보교환, 최고위층 회의 개최계획 | 중화, SDI, LPD | 소갑 제4-83호증<br>소갑 제4-84호증 3186쪽<br>소갑 제4-85호증 |
| 9 | 2005.9.28. | 각사별 시장점유율 할당 및 이행점검, 판매가격인상 실행방법, 생산량 감축 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-181호증 2625쪽<br>소갑 제3-182호증<br>소갑 제4-86 및 4-88호증<br>소갑 제4-87호증<br>3197쪽, 3199쪽 |
| 10 | 2005.11.2. | 판매가격 인상($ 1)합의 및 이행계획 | 중화, SDI, LPD | 소갑 제3-183호증 2641쪽 |
| 11 | 2005.11.21. | 이전 가격인상합의 이행여부 점검 | 중화, SDI, LPD (관리자급회의) | 소갑 제2-1호증 답59)<br>소갑 제3-184호증 2701쪽<br>소갑 제4-89~90호증 |
| 12 | 2005.12.20.~21. | 점유율할당 합의 이행점검 및 가격인하 자제 | 중화, SDI, LPD (관리자급회의) | 소갑 제1-1호증 295쪽<br>소갑 제2-1호증 332쪽<br>소갑 제3-185 및 187호증<br>소갑 제3-186호증 2709쪽<br>소갑 제4-91~92호증 |

① 2005년 1월 19일 다자회의

251    이 회의는 2004. 12. 15. LPD의 김○○이 2005. 1. 12.~19. 사이에 대만에서 관리자급 CDT 회의개최를 다른 참석자에게 제안하였다. 또한 2005. 1. 13. LPD의 정◇◇은 일정과 관련하여 1. 19. 오전 7시 30분부터 12시까지 골프모임을 갖고 오후 2시 30분부터 7시까지 대만의 하워드 플라자(Howard Plaza)호텔에서 관리자급 모임을 갖는 내용의 이메일을 참가자들에게 송부하였다. 또한, 1. 18. LPD의 정◇◇이 참가자들에게 송부한 이메일에 따르면, 동 카르텔 회의의 비밀유지를 위해 골프모임에는 각 사별 2명, 관리자급 모임에는 3명씩 인원수를 제한하기로 한 사실을 확인할 수 있다.

As for the participants to management meeting, I would like to explain what we previously consensued; We had better have the <u>limited attendants considering securing the confidentiality</u> and the value of the management meeting. (관리자급 회의의 가치와 비밀확보를 감안하여 참석자를 제한)
Therefore, the following is each companies' mutual understanding so far
- <u>Green meeting: 2 people per company(그린미팅: 회사당 2명)</u>
- <u>Meeting attendants: 3 people per company(회의참석자: 회사당 3명)</u>

(소갑 제3-165호증)

252  또한, 피심인들은 2005년 2월까지 아래의 새로운 가격 가이드라인에 따라 판매하기로 합의하였고, 생산라인 폐쇄계획 및 라인 폐쇄여부를 감사하기 위한 계획에도 합의하였음을 알 수 있다. 이는 삼성 SDI의 'G/S MTG 結果報告', 송▽▽의 진술에 의해 확인된다.

| 구분 | 기존 Guideline(A) | New Guideline(B) | (A)-(B) | 1Q 경영판가 |
|---|---|---|---|---|
| 15"MPR2, SKD | $39 | $38 | △$1 | $34.8 |
| 17"MPR2, SKD | $46 | $44 | △$2 | $41.9 |
| 17"Flat TCO, SKD | $51 | $49 | △$2 | $44.3 |
| 19"Flat TCO, SKD | $72 | $70 | △$2 | $63.7 |

5. Capa control
 - Capa Control 계획을 F-Up하기 위한 Line Audit 강화
   ☞ 各社別 2명씩 사전 Notice 없이, Free Pass로 라인 Audit 가능 합의

| | 라인 현황 | Shut-Down Plan | |
|---|---|---|---|
| | 04년 末→05년 末 | ~05년 初 | ~05년 6월 |
| 중화 | 8개→6.5개 | 복주#1or2(1.0) | 복주#1or2(0.5) |
| LPD | 9.5개→7.5개 | 창원#2(1.0) | 화페이#1,#7(1.0) |
| SDI | 9.5개→7.5개 | 부산#1(0.5), 심천#1(0.5) | 수원(1.0) |

(소갑 제4-73호증)

답49-1) 동 회의에서는 판매가격과 관련하여 12월~1월까지 수요급감으로 인하여 각사별로 제각각 판가를 인하하여왔던 부분을 현실화 함으로써 2월까지는 각사별로 기인하던 가격을 New Guide Line판가로 하기로 하였습니다. 구체적인 내용은 15인치 MPR2, SKD 규격의 경우 기존 $39에서 $1인하된 $38로 가격을 설정하였고, 17인치 MPR2, SKD 규격의 경우 $46에서 $2인하된 $44를 새로운 가격가이드인으로 정했습니다. 17인치 Flat, TCO, SKD 규격은 $51에서 $2인하된 $49에 판매하기로 합의하였고 19인치 Flat, TCO, SKD 제품은 $72에서 $2인하된 $70에 판매하기로 하였습니다.
또한, 생산량 통제합의와 관련하여 각사별 2명씩 사전 통지 없이 프리패스(Free Pass)로 생산라인이 가동하고 있는지를 점검(Audit)하기로 합의하였던 것으로 기억됩니다.

(소갑 제2-1호증)

② 2005년 2월 24일 다자회의

253        피심인들은 CDT 판매가격과 관련하여 15″는 1달러, 17″ 및 19″는 2달러
씩 하향 조정하여 향후 적용하기로 합의하였고, 합의된 규격별 CDT 가격은 아래와
같이 15″ 38달러, 17″FST 44달러, 17″ 49달러, 19″ 70달러 등이었다. 또한, 피심
인들은 계열사간 거래가격이 너무 낮은지 여부에 대해 논의하고 생산라인 감축계획
및 집행에 관해서도 합의하였다. 이는 회의 개최전인 같은 해 2월 14일 LPD의 정◇
◇의 이메일, 중화영관의 'CDT 시장보고'에 의해 확인된다.

> 시장 수요의 하락으로 인해, 각 제조업체는 주문을 확보하기 위해 서로 다른 고객에게 각자
> 가격을 인하하고 있다. 특히, 17″평면이 가장 논란이 되는 제품이다. 시장에서 주요 사업자들
> 간 공정한 경쟁을 보장하기 위해서, <u>2월에 발효될 주요 6개 고객에 대한 가격 견적을 다시
> 결정하였다. 조정 후 가격은 15″의 경우 $1, 17″/19″의 경우 $2이다.</u> 시장 상황이 여전히 불
> 확실하므로 3월 가격 하락 여부에 대해서는 우선 현재 가격을 유지하고 고객 주문이나 시장
> 점유율이 있을 경우 서로 연락한 후 결정하는 것으로 합의되었다.                (소갑 제3-168호증)

| USD | 사양 | 1월 전 기준가 | 2월 업데이트 신규 기준가 | 차이 |
|---|---|---|---|---|
| 15″ | B+D, MPR2 | $39 | $38 | -$1 |
| 17″FST | B+D, MPR2 | $46 | $44 | -$2 |
| 17″ | B+D, MPR2 | $51 | $49 | -$2 |
| 19″ | B+D, TCO | $72 | $70 | -$2 |

(소갑 제3-168호증)

> ○ 각 제조업체는 표면적으로는 기준가를 기반으로 고객에 대한 가격을 조정하고 있다. 그
>   러나, SEC /필립스 고객으로부터 얻은 정보에 의하면, 경쟁사의 실제 가격은 그룹 내부
>   거래로 인하여 모두 보다 더 인하된 낮은 수준의 가격이다. SDI/LPD는 공개된 17″
>   기준가보다 최소한 $2-3이 낮은 그룹 내부 고객 가격을 제안하고 있다. 15″의 경우 가
>   격 차이는 $4-5까지 될 수도 있다. 그럼에도 불구하고, CPT는 2위로서 현실 상황에서
>   벗어날 수 없으며, 그렇지 않으면 주문감소 추세를 가속화 할지도 모른다.
> ○ 조업정지 계획 및 집행: <u>이전 회의에서 채택된 결의에 따르면, 각 제조업체는 1월부터 1
>   개의 생산라인을 정지시킬 것이다.</u> … 현재, 고객들은 CDT의 심각한 과잉공급을 인식하
>   고 계속해서 가격인하를 요구하고 있다. LPD는 회의에서 수급 불균형의 효과적 통제를
>   위해 2차 생산라인 조업정지의 실행을 앞당기자고 제안했다. (회의에서) <u>일시적으로 6월
>   전에 조업정지를 실시하는 것으로 결정되었다.</u>                (소갑 제3-168호증)

254        그리고 회의당시 프리젠테이션 증거자료에 의하면, 이 회의 개최전 오전 8시
부터 12시까지 팜 가든 골프클럽(Palm Garden)에서 골프모임을 갖고 오후 2시부터
오후 5시까지 대만의 매리어트호텔에서 CDT 다자회의가 개최되었음이 확인된다. 또

한, 참가자들은 이전에 합의한 각 사별 전세계 CDT 시장점유율과 2005년 1월 및 2월 현재 발생한 실제 판매량과의 차이를 확인하였음을 알 수 있다.

| 2005 | | 05.Jan | | | 05.Feb | | |
|---|---|---|---|---|---|---|---|
| Mpcs;% | Agreed M/S | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 28.5% | 0.9 | 24.0% | -4.5% | 0.8 | 24.1% | -4.4% |
| LPD | 33.9% | 1.4 | 35.1% | 1.2% | 1.2 | 35.7% | 1.8% |
| SDI | 37.6% | 1.6 | 41.0% | 3.4% | 1.3 | 40.1% | 2.5% |
| 3sub-ttl | 100.0% | 3.9 | 100% | 0.0% | 3.2 | 100% | 0.0% |
| Others | | 0.1 | | | 0.1 | | |
| Grand-ttl | | 4.0 | | | 3.3 | | |

(소갑 제3-167호증, 제4-74호증)

③ 2005년 3월 29일~30일 다자회의

255        피심인들은 각 사의 판매동향 및 재고현황정보를 교환하였음을 알 수 있고, 2005년 2분기의 수요를 예측한 후 같은 해 4월에는 판매가격 유지를 합의하고 향후 월 2회 판매가격 위주의 협의를 진행하는 실무자급 회의를 강화하기로 하였음이 확인된다. 또한, 생산라인 감사를 강화하고 이전에 합의한 2단계 생산라인 감축안에 추가하여 1개 라인씩을 폐쇄하기로 합의하였다. 이는 삼성 SDI의 'G/S MTG 結果報告'에 의해 확인된다.

4. 販價 關聯 協議 事項
 - 기본적으로 4월 판가 유지 합의
 ☞ 해결책으로 4월부터 대만실무 Meeting 강화(2回/月 판가위주협의)
5. Capa Control
 - Capa Control 계획을 F-Up하기 위한 Line Audit 강화
 ☞ 4월부터 Notice없이, Free Pass로 라인 Audit 실시
 - 기존 협의한 2nd Step Shut-Down外, 추가 1개라인 Shut-Down검토 합의

| | 라인현황 | Shut-Down Plan | |
|---|---|---|---|
| | 04년말→05년말 | 1st Step(1月) | 2nd Step(~6月) |
| 중화 | 8개→6.5개 | | 各社別 1개라인 |
| LPD | 9.5개→7.5개 | 各社別 완료 | 外 추가 1개 검토 |
| SDI | 9.5개→7.5개 | | |

(소갑 제4-75호증)

256        그리고 피심인들은 2005년 각 사에 할당된 시장점유율이 준수되고 있는지를 확인하였으며, 생산량 통제합의와 관련하여 각 사의 감사 담당자를 지정한 후, 한

국과 중국에서 서로 하루전에 통보하고 자유롭게 상대방 공장가동여부를 확인할 것을 합의하였다. 또한, 15″, 17″, 19″ 규격별 CDT 가격도 기준가격, 소규모 판매자가 6대 고객에게 판매하는 가격, 6대 고객중 자신의 주고객에게 판매하는 가격을 세분하여 아래와 같이 합의하였다. 이는 중화영관의 회의일정을 통보 이메일, 중화영관의 'CDT 결과보고서', 중화영관과 삼성 SDI의 회의당시 프리젠테이션 자료 등에 의해 확인된다.



<소갑 제3-171호증, 제4-76호증>

• 가격 지침 검토 (2월 기반)

| 크기 | 명세 | 6개 고객 제외<br>(시장가격) | 소규모 →<br>주요 6개사 | 주요 →<br>주요 6개사 |
|---|---|---|---|---|
| 15″ | 45KHz. N-ITC. MPR | US$39 | US$38.5 | US$38 |
| 17″FS | N-ITC. MPR | US$45 | US$44.5 | US$44 |
| 17″F | N-ITC. MPR | US$50 | US$49.5 | US$49 |
| 19″F | 96KHz. N-ITC. ICC | US$71 | US$70.5 | US$70 |

※ 주요 6개사: SEC, AOC, LGE, 프로뷰, 필립스, 라이트온

<소갑 제3-171호증, 제4-76호증>

④ 2005년 4월 13일 다자회의

257　　　　　이 회의에서 피심인들은 자신의 주 고객에 대한 15″, 17″ CDT 판매가격을 다음과 같이 공개하였다. 이는 다른 피심인들이 주고객에게 적용하는 판매가격을 감안하여 자신의 판매가격을 맞게 조정하려는 의도에서 이루어진 것이다. 이는 중화영관 웨이-룽 루가 작성한 회의결과보고서에 의해 확인된다.

- 143 -

| 1. | SDI→SEC | |
|---|---|---|
| 15" | $36.90 | |
| 17" FS | $43.40 | |
| 17" RF | $45.90 | |

| 2. | SDI→프로뷰 | |
|---|---|---|
| 15" | $35.50 | *bare* 마이너스 $5 |
| 17" FS | $43.50 | *bare* 마이너스 $6.5 |
| 17" RF | $46.50 | *bare* 마이너스 $6.5 |

| 3. | LPD→LGE | |
|---|---|---|
| 15" | $36.50 | |
| 17" FS | $41.60 | |
| 17" RF | $46.50 | |

| 4. | LPD→필립스 | |
|---|---|---|
| 15" | | |
| 17" FS | $43.00 | |
| 17" RF | $47.00 | |

| 5. | CPT→AOC | |
|---|---|---|
| 15" | $36.50 | |
| 17" FS | $43.00 | *bare* 마이너스 $6.5 |
| 17" RF | $47.50 | *bare* 마이너스 $6.5 |

| 6. | CPT→라이트온 | |
|---|---|---|
| 15" | $37.00 | |
| 17" FS | $43.00 | |
| 17" RF | $48.00 | |

<소갑 제3-172호증>

⑤ 2005년 4월 26일 다자회의

258       피심인들이 2005년도 합의한 시장점유율이 각 사별로 준수되고 있는지를 상호 점검하고, 생산량 감축합의의 실행여부 및 상호감사를 실시한 사실이 확인된다. 또한, 17″CDT 가격과 관련하여, 삼성전자, LG전자 등 6대 고객에게 적용한 가격을 공개하고 차기 실무자급 회의에서 고객별로 새로운 가격 가이드라인을 설정하기로 합의하였다. 이는 회의전 회의일정을 통보한 이메일, 중화영관의 'CDT 시장보고서', 회의당시 배포된 프리젠테이션 자료에 의해 확인된다.



<소갑 제3-175호증, 제4-77호증>

⑥ 2005년 5월 24일 다자회의

259    피심인들은 판매가격과 관련하여 2005년 7월까지 이전 합의사항에 따르도록 합의하였고, 생산량 통제와 관련하여 같은 해 3분기까지 중화영관은 5개 라인, LPD 와 삼성 SDI는 각각 6.5개 라인을 유지할 것을 합의하였음을 알 수 있고, 프리젠테이션 자료 및 참가자의 진술에 따르면 이전 관리자급 CDT 다자회의와 마찬가지로 각사의 판매량정보 및 2005년 합의한 각 사별 점유율 달성여부를 점검하였다. 또한, 17″ CDT에 있어서 6대 고객별 주공급자의 판매가격을 공개함으로써 피심인들간에 적절한 가격차이를 유지하여 고객별 점유율을 유지하려고 하였음을 알 수 있다. 이는 삼성 SDI 송▽▽이 작성한 다이어리, 진술 및 'CDT G/S MTG 結果報告', 중화영관의 'CDT 시장보고서', 삼성 SDI와 중화영관의 프리젠테이션 자료 등에 의해 확인된다.

2. 販價 關聯 協議 事項
 - 7月까지 기본적인 판가 유지 합의
 - 6月 '판가인상' 제의했으나, 각사 '과잉 CAPA'로 부정적 반응
 ☞ '7月 인상'에 대해 6/末 재협의 예정
3. Capa Control
 - 3Q까지 3단계 추진 합의

|  | 라인현황 | Shut-Down Plan | | |
|---|---|---|---|---|
|  | 04년말 | 1단계 | 2단계 | 3단계 |
|  |  | ~1Q | ~2Q | ~3Q |
| 중화 | 8.0(4,000명) | 7.0(3,100명) | 6.0(2,600명) | 5.0(2,200명) |
| LPD | 9.5 | 8.5(창원△1) | 7.59(구미△1) | 6.5(화페이△1) |
| SDI(제출) | 9.5 | 8.5(부산/심천 속△0.5) | 8.0(마련△0.5) | 6.5(수원△1.5) |
| (실제) | 11.3 | 10.3(부산△1) |  |  |

(소갑 제4-79호증)

답54-1) 'I. CDT Sales Update' 및 ' II. Market Share Reivew'순서에서는 회의개최시점 기준 각사의 CDT 판매량 자료를 확인하고 2005년도 합의된 각사별 시장점유율에서 얼마만큼 이탈하였는지 정도를 논의하였습니다. 합의된 점유율에서 이탈한 정도가 클 경우 이에 대해 회사들은 그 이유를 상대방에게 설명하기도 했습니다. 'III. Market Information'에서는 6대 고객(SEC, LGE, AOC, Lite-On, Proview, Philips)에 공급되는 17인치 일반/평면 모니터의 주 공급선 가격을 표로 만들고 향후 계속 유지할지 여부에 대해 논의하였습니다. 삼성SDI는 삼성전자(SEC), 프로뷰(Proview)와 주 거래선 관계가 있었고, LPD는 LG전자(LGE)와 필립스(Philips), 그리고 중화영관은 AOC와 라이트 온(Lite-on)과 주거래선 관계에 있었습니다.
(소갑 제2-1호증)

⑦ 2005년 6월 28일 다자회의

260　　　　　　피심인들이 각 사별 판매동향정보를 교환하고 판매가격과 관련하여 인상논

의 후 2005년 7월까지 이전 합의가격을 유지하기로 하였고, 같은 해 하반기의 시장

수요를 예측한 뒤 그에 맞춰 생산량을 통제하자는 합의에 이르렀음을 알 수 있다.

그리고 각 사별 15″, 17″, 19″ CDT의 월별 판매량 정보를 교환하여 전세계 공급

량을 확인하였으며, 주요 고객별 판매량 정보도 교환하였음이 확인된다. 이후 이를

기초로 2005년 연간 합의된 점유율에서의 이탈여부도 점검하였고, 각 사의 CDT 생

산라인 감축합의의 이행점검과 향후 감축계획에 대해서 합의하였다. 이는 중화영관

령-유앤 윤의 달력에 기재된 내용과 'CDT 시장보고서' 및 삼성 SDI의 'G/S MTG

結果報告', 회의당시 배포된 프리젠테이션 자료에 의해 확인된다.

| 2. 販價 關聯 事項 | | | | |
|---|---|---|---|---|
| - 기본적으로 7월까지 판가 유지 합의 | | | | |
| - 일부 판가인상논의 있었으나, 하반기 'LCD Capa증가' 에 따라 아직은 부정적 반응 | | | | |
| 5. Capa Control | | | | |
| - 3Q까지 3단계 추진 합의 | | | | |
| | 라인현황 | Shut-Down Plan | | |
| | 04년말 | 1단계 | 2단계 | 3단계 |
| | | ~1Q | ~2Q | ~3Q |
| 중화 | 8.0(4,000명) | 7.0(3,100명) | 6.0(2,600명) | 5.0(2,200명) |
| LPD | 9.5 | 8.5(창원△1) | 7.59(구미△1) | 6.5(화페이△1) |
| SDI(제출) | 9.5 | 8.5(부산/심천 各△0.5) | 8.0(미란/수원 各△0.5) | 6.5(수원△1.0) |
| (실제) | 11.3 | 10.3(부산△1) | | |
| ... | | | | (소갑 제4-81호증) |

⑧ 2005년 7월 20일 다자회의

261　　　　　　피심인들은 각 사의 판매동향 및 재고현황, 생산라인 가동현황 정보를 교환한

후, 2005년도 하반기에 생산라인 조정 필요성에 대한 합의를 위해 같은 해 8월 최고

위층 모임('TOP MEETING')을 개최하기로 하였다. 이는 삼성 SDI 송▽의 일정표

와 'G/S MTG 結果報告', 회의당시 프리젠테이션자료 등에 의해 확인된다.

| 5. TOP MEETING | |
|---|---|
| - 3社 下半期 수요회복 전망이 불투명해짐으로 업체/라인 구조조정 필요성 공감대 확산 | |
| - <u>8月末 TOP MEETING을 통하여 구조조정 공감대 형성 및 대한 협의</u> | (소갑 제4-84호증) |

⑨ 2005년 9월 28일 다자회의

262        피심인들은 2006년도 시장점유율을 삼성 SDI 38.1%, LPD 34.4%, 중화영관 25.8%로 할당하기로 합의한 사실이 나타나 있다. 이는 2005년도 합의된 각사별 시장 점유율과 실제 달성치와의 차이를 반영하여 정한 수치이다. 그리고 2006년부터 각 사의 공존을 위해 고객별로 2개사만 공급함으로써 고객별 경쟁자수를 축소하는데도 합의하였다.

| 2. 06年 M/S Allocation | | | | | |
|---|---|---|---|---|---|
| □ 06년 3社 Total33.4M 기준으로, SDI38%, LPD35%, 중화26% M/S 합의 | | | | | |
| | 05년 M/S | | | 06년 M/S | |
| | 原합의 | 실제 | 차이 | 합의 | 물량 |
| SDI | 37.7% | 41.0% | +3.3% | 38.1% | 12.8M |
| LPD | 34.0% | 34.4% | +0.4% | 34.8% | 11.6M |
| CPT | 28.3% | 24.6% | △3.7% | 25.8% | 8.6M |
| ☞ 06년부터 3社의 共存을 위해 고객별 2Vendor System 도입에 합의  (소감 제4-87호증) | | | | | |

263        또한, 피심인들은 판매가격 인상방안에 대해서도 CDT 세부규격에 따른 가 격기준을 명확히 설정하고, 재고량을 최소화하며 가격인상 명분에 대해 고객사를 공 동으로 설득하고 고객사별 가격차의 균형을 유지하기로 하였다. 그리고 생산량 감축 합의와 관련하여 기존 합의내용에 추가하여 2006년 상반기까지 각 사별로 0.5~1개 생산라인을 축소하기로 합의하였다.

| □ 판가 인상실행 방법에 대한 3社 협의사항 |
|---|
| ① 가격결정에 대한 Process 定立 |
| ☞ Bare/ITC 等 가격기준이 부정확하여 모니터 업체와의 Nego時  불리 |
| ② CDT Maker 및 Supply 上 재고 최소화 실시 |
| ③ 가격인상 명분에 대한 모니터 업계의 사전 공감대 형성 |
| ☞ 가격하락에 의한 Supply-Chain 붕괴로 共滅 가능성에 대해 모니터 업체 설득 |
| ④ 모니터 업체別 가격 Balance 유지 |
| ☞ 現 가격이 낮은 업체(AOC)로부터 가격회복후, 점차 확대적용          (소감 제4-87호증) |

| 4. Capa Control |
|---|
| ① 기존 협의한 계획外, 05년 1차로 추가 0.5~1개 라인 Shut-Down 합의 |
| ② 약속된 계획 이행을 F-Up 하기 위한 각 사간 Line Audit 강화          (소감 제4-87호증) |

264        또한, 삼성 SDI와 중화영관이 삼성전자향 판매물량을 대상으로 논쟁을 벌인

사실이 있는데, 중화영관이 삼성 SDI의 사전 승인없이 삼성전자향 판매량을 증가시키자 이에 대한 시정이 이루어지지 않으면 삼성 SDI는 중화영관의 주고객인 AOC 및 라이트온에 대해 저가공세로 중화영관 판매량을 위축시키겠다는 내용이 담겨있다.

> SDI는 CPT의 SEC 주문 확대에 대해 강력히 항의했다. 또한 SDI는 긍정적 답변을 받지 못한다면, AOC/라이트온 및 주요 고객들과 관련하여 보복할 것이라고 위협했다. CPT는 SEC 주문을 늘리기 위해 미리 경쟁하지 않았다고 분명히 밝혔다. SEC가 미리 할당을 한 것이다.　　　　　　　　　　　　　　　　　　　　　　　　　(소갑 제3-181호증)

265　　　　이 회의는 대만에서 개최된 최고위급 CDT 다자회의로서, 삼성 SDI의 김▨▨, 박▨▨, LPD의 한 S.D. 이▨▨, 중화영관의 Mr. 종(Zhong), 정-송 루가 참석하였다. 이는 삼성 SDI 송▽▽의 일정표 내용과 'G/S MTG 結果報告', 중화영관의 'GSM 최상위 경영자 회의' 및 삼성 SDI와 중화영관의 프리젠테이션 자료에 의해 확인된다.

　　⑩ 2005년 11월 2일 다자회의

266　　　　이 회의에서 피심인들은 고객에 상관없이 현재 CDT 가격에서 1달러씩을 인상하기로 하였으며, 회원사별로 주요고객에게 가격인상을 통지하고 다른 피심인들은 그에 따르기로 합의한 사실이 있다. 또한, 저가공세로 다른 피심인의 주고객을 공격하는 행위에 대해서 논쟁을 벌인 사실도 있다. 이는 CDT 카르텔 회원사간에는 다른 피심인의 주고객은 저가로 공격하지 말자는 묵시적, 명시적 합의가 존재하였음을 알 수 있다. 이는 중화영관의 '접촉보고서'에 의해 확인된다.

> ○ 상기 이유 및 마스크 공급 문제 때문에 비용이 크게 늘어났다. 세 당사자들은 다음과 같은 현재 가격 기준에 대해 이해를 같이 하였다. 고객에 상관없이 가격을 @USD 1만큼 인상.
> 2. SDI가 이번 주 SEC/EMC에 대한 가격 인상을 공식 통지할 책임을 맡고, LPD/CPT는 위 가격 인상을 따를 것이다.
> 3. LPD 또한 그들의 그룹 내부 고객인 LGE/PHS에게 이번 주 내에 가격 인상을 통지할 것이라 약속하였다.
> 4. SDI가 저가로 라이트온을 괴롭히는 것에 대해, CPT는 심각한 반대 의사를 밝히고 원래 가격으로 복귀할 것을 요청하였다. 그렇지 않으면 SEC에 대해 협조할 수 없을 것이다.　　　　　　　　　　　　　　　　　　　　　　　　(소갑 제3-183호증)

　　⑪ 2005년 11월 21일 다자회의

- 148 -

267          피심인들은 이전 회의에서 합의한 모든 CDT가격의 1달러 인상합의의 실행여부를 참가자들은 상호 확인하였고, 이행이 의심스러운 피심인에 대해서는 추후 가격인상 실행의 약속을 확인하였음을 알 수 있다. 이는 삼성 SDI 송▽▽의 일정표 및 진술, 회의당시 프리젠테이션 자료, 중화영관의 'GSM 회의' 제목의 결과보고서에 의해 확인된다.

---

1. 본래, 세 당사자들은 모든 고객에 대해 공통된 이해를 갖고 있었다. 튜브 타입에 상관없이, 인도 가격을 11월부터 $1/PC 인상하자는 것이다. 그러나 CPT와 LPD 만이 AOC에 대한 가격을 실제로 인상하였다.   SDI가 가격 인상을 따르지 않은 점에 대해, 강한 불만이 있었다.
2. SDI는 주요 고객들을(AOC/SEC/프로뷰)에 대한 판매가격이 CPT/LPD 보다 높기 때문에 판매가격 인상에 대한 반발이 있었다고 반복해서 주장하였다. SDI는 활발한 논의 후, AOC 부분에 대해 '가격 인상을' 따르는 것에 동의하였다. 또한 SEC/프로뷰는 다음 주의 상품 납품부터 시작될 가격 인상을 위해 노력할 것이다. CPT와 LPD는 SDI의 성공 이후 이러한 조정을 따를 것이다.
3. 또한, LPD는 LGE가 11월 가격 인상에 대한 요청을 이미 수용하였다고 주장하였다.

(소갑 제3-184호증)

---

     ⑫ 2005년 12월 20일~21일간 다자회의

268          피심인들은 2005년도 상반기와 하반기의 각 사별 시장점유율을 평균하여 2005년도 전체 시장점유율을 계산한 뒤 이전에 합의한 점유율과 상호 비교하였음이 확인된다. 확인결과 2005년도의 피심인별 전세계 점유율은 중화영관 25.5%, LPD 33.5%, 삼성 SDI 41%로 나타났다. 또한, 아래와 같이 CDT 판매가격 경쟁을 하지 않기로 하는 합의하였다. 이는 삼성 SDI 송▽▽의 일정표 내용과 진술, 회의개최전 LPD의 김▨▨이 다른 참가자에게 발송한 회의일정 이메일, 중화영관의 '12월 기간 CDT GSM 회의' 및 진술, 삼성 SDI와 중화영관의 프리젠테이션 자료에 의해 확인된다.

---

I. 2005년 각 제조업체의 실제 M/S 결과

|  | 05년 상반기 | 05년 하반기 | 전체 |
|---|---|---|---|
| CPT | 23.9% | 27.4% | 25.5% |
| LPD | 35.5% | 31.1% | 33.5% |
| SDI | 40.6% | 41.5% | 41% |

III. 가격 보증:
CDT의 지속적인 수량 감소는 이미 돌이킬 수 없는 추세이다.  3개 제조업체들은 가격 하락이 수요를 창출할 수 없으며 상호 공격의 악순환만을 가져올 것이라고 상호간 이해하고 있다. 위 사업자들은 각자가 자제하여 가격 경쟁에 진입하지 않기를 바라고 있다.

(소갑 제3-186호증)

---

답60-1) 논의내용은 직전에 개최된 회의에 대해 진술한 내용과 거의 유사하게, 각사의 판매량을 점검하는 'CDT Sales Update', 판매실적이 기합의된 각사별 시장점유율과 일치하는지 여부를 확인하는 'Market Share Review', 시장상황 변화에 따라 향후 가격을 예측하고 시장가격정보를 확인할 필요가 있는지를 토의한 'Market Information'순으로 진행되었습니다.
(소갑 제2-1호증)

답25-1) 우선 참가자들은 2005년도 각 사별 전세계 시장점유율이 합의대로 이행되고 있는지를 점검하였습니다. 참가자들은 중화영관, LPD 및 삼성SDI의 205년 상반기, 2005년 하반기 및 2005년 전체 시장점유율을 계산했습니다. 그 결과 2005년 전체 시장점유율은 삼성SDI가 41%, LPD가 33.5%, 중화영관이 25.5%로 집계되었습니다. 하지만, 당사는 타 참가자들의 비난을 피하기 위해 영업실적을 축소 보고했습니다. 회의보고서에 따르면 2005년 하반기 당시의 시장점유율은 실제로는 LPD의 시장점유율에 더 근접했습니다. ... 고객 수요가 급격히 하락하면서 2005년 시장점유율에 어느정도 변동이 있었지만, 회의 참가자들이 기존의 시장점유율을 유지하자고 합의하지 않았더라면 보다 급격한 점유율 변화가 있었을 것이라고 생각합니다. 또한, 당시 CDT 시장감축 상황에도 불구하고 가격하락을 통한 상호공격 자제 필요성에 대해 참석자들은 공감하였습니다.
(소갑 제1-1호증)

(12) 2006도 경쟁자간 회합

① 2006년 3월 13일~14일간 다자회의

269    피심인들이 각 사의 월별 판매량 및 점유율을 점검하고 이전에 합의한 2006년 할당 점유율과의 차이를 확인하였음을 알 수 있다. 또한, 2005년 9월 최고위급 CDT 다자회의에서 합의한 각 사의 생산량 통제 합의의 내용도 재확인하였다. 또한, 피심인들이 삼성전자향 공급물량을 합의하여 조정하고 이전 합의사항인 생산라인 폐쇄계획의 실행여부를 확인한 사실을 알 수 있다. 즉, 대만계 고객인 AOC에 대해 피심인들은 공급물량의 불균형 상황에 대해 논쟁을 벌인 후 중화영관과 LPD가 삼성전자향 물량을 줄이는 대가로 삼성 SDI가 AOC에 대한 사업을 중단하기로 하였다. 또한, LPD는 중국 화페이 공장의 폐쇄를, 삼성 SDI는 한국 수원 공장의 폐쇄 계획을 확인하여 주었다. 이는 중화영관의 징-송 루가 작성한 '방문보고서(GSM 회의)' 및 진술, 삼성 SDI 하◉◉의 '주요 토의사항' 제하의 결과보고서에 의해 확인된다.

---

1. 경쟁사 販賣動向 및 M/S
2. 各社別 Capa Control
   □ '05.9月 Top 미팅時 3社 Capa Control 관련 협의완료
4. 3社: 미팅 운영관련
   □ 3社: 회의 주최자(Chairman) 변경 ☞ '05년 SDI→'06년 CPT
   □ 미팅 운영방안 ☞ 현재 1회/月 실시에서 분기 or 격월 진행
   □ 보안강화 및 차기미팅 일정
   ☞ 미팅 보안강화방안 및 차기회의일정(장소) 협의          (소갑 제4-93호증, 3223쪽)

---

○ SDI는 브라질의 지원을 원하는 AOC가 OPTVx20K의 주문을 공급하기만 하였다고 밝혔다. 이것은 SDI에게는 매우 불공정한 것이다. <u>SDI는 LPD가 SEC 주문을 포기하고 CPTF가 SEC에 대한 M/S를 대폭 줄이는 조건으로 AOC와의 사업을 완전히 중단하겠다고 제안하였다.</u> CPTF와 LPD는 모두 이에 대해 고려할 의사가 있다고 밝혔다.
III. 후아페이 공장
○ <u>[LPD]의 후아페이는 CDT 생산이 5/E에 완전히 중단될 것으로 예상하였다.</u>
V. 기타
○ <u>SDI의 수원공장은 근래 CRT 생산을 완전히 중단될 것이다.</u> (소갑 제3-188호증, 2722쪽)

---

답26-1) 이 회의는 제가 참석한 경쟁사와의 마지막 CDT 다자회의로 기억합니다. <u>이 회의에서는 삼성전자에 대한 판매분을 참가사간에 어떻게 분배할지가 논의되기도 하였습니다.</u> 먼저, 삼성SDI 측이 LPD와 당사가 저가로 AOC에게 CDT를 공급하고 있다고 비난했습니다. 그리고 LPD가 삼성전자에 대한 주문을 포기하고 중화영관이 삼성전자에 대한 판매 점유율을 줄이는 조건으로 AOC에 대한 판매를 중단하겠다고 밝혔습니다. 저는 당사가 이 제안을 고려할 용의가 있다고 삼성SDI 참가자에게 말했지만, 제안을 정중히 거절하기 위한 것이었습니다. 중화영관은 삼성전자에 대한 CDT 판매를 포기할 수 없었습니다. ... 또한, 회의 참가자들은 생산라인 폐쇄에 대한 자체 계획 상황을 점검했는데, 구체적으로 LPD 대표는 LPD가 2006년 5월말까지 중국 화페이 공장의 폐쇄를 계획하고 있다고 했고, 삼성SDI 대표는 SDI가 연말까지 한국 수원공장 폐쇄를 희망하고 있다고 했습니다.
(소갑 제1-1호증, 296쪽)

---

　4) 실행사실


　　가) 실행구조


270　　　　　이 사건 공동행위의 피심인들은 10년 이상 정기적으로 개최된 CDT 카르텔 회의를 통해 판매가격, 생산량 감축계획, 시장·고객별 시장점유율 할당 등을 합의하였으며, 합의사항을 한국 등 시장에서 실행한 사실이 있다.


271　　　　　카르텔 회의에서 합의된 사항은 각 참가그룹별 본사의 통제하에 실행되었다. CDT 카르텔회의 참석자들은 본사의 영업·마케팅 부서나 해외지사 임직원이라

하더라도 본사로부터 회의참가의 지시를 받고 회의내용에 대한 지침을 받았다. 또한, 회의종료후 해외지사 직원은 합의결과를 이메일 또는 결과보고서의 형태로 보고하였다. 합의방식에 따른 구체적 실행구조는 다음과 같다.

272        먼저, CDT 카르텔회의에서 사용된 판매가격고정 합의는 각 사의 본사 또는 지사소속 임직원간 이루어졌고, 합의결과에 따라 본사 및 지사는 차기 협상주기에 적용될 판매가격을 결정하였다. 고객과의 협상주기는 CDT의 경우 통상 월별로 판매가격 및 판매량의 협상이 이루어졌다. 판매가격 고정 합의는 다양한 형태로 나타났는데, i) 기종별 특정 가격(범위) 합의, ii) 최저가격 합의 iii) 세부사양별 가격격차 합의, iv) 품질차이를 고려한 피심인별 가격 합의, v) 가격인상(인하)폭 합의, vi) 주요고객과 소규모 고객간 가격격차 합의, vii) 이전 합의가격 유지 합의 등이 그것이다. 또한, 피심인들은 판매가격 고정 합의와 관련하여 고객에게 우선 통지할 회사를 정하고, 통지일자, 가격인상 이유 등 부대조건에도 합의하였다.

> 답10) 우선 가격에 대해 말씀드리면, 가격인상에 대한 합의, 최저가격(minimum, floor, bottom price)에 대한 합의가 있었습니다. 또한, 개별 고객에 대한 판매가격 합의도 있었는데 6대 고객들에 대한 주요(primary) 공급자들이 제안할 구체적 가격에 대한 합의도 있었고, 6대 고객들에게 제2차(secondary) 공급자들이 제안할 구체적 가격에 대한 합의도 존재하였으며, 6대 고객과 군소고객들에게 제안되는 가격의 차이에 대한 합의도 있었습니다. CDT 카르텔 회의에서는 가격인상을 고객에게 통보할 회사를 함께 정하고 가격인상 시점 및 고객에게 설명할 가격인상 배경 등에 대해서도 공동으로 결정하였습니다.
>
> (소갑 제1-1호증)

273        이상과 같이 합의된 판매가격은 거의 대부분의 회의에서 이행여부가 점검됨으로써 합의의 실행이 보장되었다. 피심인들을 대표하는 회의 참석자들은 이전 합의의 이행여부를 돌아가며 확인하였고, 각 사가 고객 또는 시장에서 취합한 정보에 근거하여 특정 회사의 판매량이 증가하였을 경우 비난의 대상이 되었다. CDT 카르텔 회의에서는 매번 각 사의 생산량, 판매량, 재고량 등의 증감 변동여부를 표로 만들어 확인하였는데 특히, 특정 고객에 대한 판매량의 증가는 저가판매의 유력한 증거로 인식되었다.

274        둘째, 이 사건 공동행위 초기단계에서 피심인들은 전체 생산량의 인위적 감축필요성에 대해 공감하고 생산량 감축을 위한 구체적 방안에 대해서도 합의가 이루

어졌다. 우선, 피심인들은 월별 조업중단일수에 합의하고 계획서를 상호 교환하였으며, 상대방 제조설비를 직접 방문하여 가동중단여부를 확인하는 방식으로 합의의 실행이 담보되었다. 감시방식도 사전통보 없이 불시에 상대 회사 공장을 방문하기로 합의하는 등 시간이 경과하면서 보다 치밀하게 발전하였다. 또한, 피심인들은 가동중단 합의도 속임수가 사용될 수 있고 감시비용이 소요되었기 때문에 각 사가 보유한 전세계 생산라인을 공동의 계획에 따라 폐쇄하는 합의를 하기도 하였다. 연간 폐쇄계획을 공동으로 수립하고 월별, 분기별로 합의실행여부가 점검되었다.

> 답10) 생산량에 대한 합의가 이루어졌는데, 전세계 CDT 수요를 예측한 후 CDT 가격하락 방지를 위하여 그에 맞도록 각 사별 공급량을 정했습니다. 카르텔 회원사들은 매달 조업중단계획을 회의 전에 의장사에 제출하고 회의에서는 조업중단일수를 정하였습니다. 또한, CDT 시장이 점차 축소되자 각 회원사의 전세계 CDT 공장에 있는 생산라인 자체를 폐쇄하기로 합의하였습니다. 생산량을 감축하기로 합의한 이유는 가격합의의 경우 제품별 세부사양이 상이하고 품질이 달라 합의이탈여부를 감시하기가 용이하지 않았기 때문입니다. 생산량 감축합의의 준수여부를 확인하기 위해 참가사들은 자신의 직원을 상대방 회사에 파견하여 직접 가동 중단여부, 라인 폐쇄여부를 감사하기도 하였습니다.          (소갑 제1-1호증)

275        셋째, 피심인들은 상호 경쟁을 회피하기 위하여 CDT 시장점유율 및 고객별 판매량 점유율 할당에도 합의한 사실이 있다. 각 사별로 점유율을 할당하게 될 경우 피심인들은 생산기술 및 영업활동에 있어서 경쟁을 할 유인이 사라지게 되므로, 시장점유율 할당에도 합의하였다. CDT 시장점유율을 할당하기 위하여 피심인들은 이전 기간중 각 사의 판매량 자료에 기초하여 시장점유율에 합의하고 매 회의시마다 실제 판매량에 기초하여 합의사항 이행여부를 점검하였다. 대부분의 회의에서 합의실행이 원활히 진행되었고 합의된 점유율보다 많이 판매가 이루어진 피심인에게는 다음번 할당 점유율을 감소하는 등의 조정도 이루어졌다. 합의시마다 실제 판매량에 기초하여 점유율대로 판매가 이루어지지 않은 회원사에 보전해주기도 하고 시장점유율을 재조정하는 등의 방식으로 시장상황 변화에 따라 합의사항을 이행하기 위해 노력하였다.

> 답10) 그리고 시장점유율에 대해서도 합의하였는데, 전세계 CDT 시장에 공급할 각 회원사 별 점유율과 주요 고객별 판매점유율도 합의하고 매 회의때마다 합의준수여부를 상호 점검 하였습니다.          (소갑 제1-1호증)

276        그리고 이 같은 방식은 고객별 판매량 점유율 할당 합의의 이행에도 유사하게 사용되었는데, 피심인들은 고객별로 주 공급사, 2차 공급사를 정하고 각자의 판매

점유율을 공동으로 설정하였다. 만약 점유율대로 판매가 이루어지지 않았을 경우 점유율을 재조정하거나 상호 언쟁을 벌여 합의사항대로 이행을 촉구하고 이에 대해 약속하는 방식으로 고객별 점유율 할당 합의가 실행될 수 있었다. 고객별 판매량 점유율을 할당할 경우, 각 사는 주 고객에 대해 다른 피심인들과 경쟁을 하지 않아도 되는 이점을 누렸다. 만약, 자신의 주 고객에 대해 다른 회사가 저가 공급을 하였을 경우 이 사실은 자신의 주문량이 감소하므로 감시하기가 용이하였고, 카르텔 회의에서 같은 방식을 사용하여 경쟁사에게 피해를 주겠다는 발언을 함으로써 상호간의 점유율 합의사항이 원활히 실행될 수 있었다.

---

답16) 합의사항을 이행하지 않고 있다는 정황이 발견한 회원사는 동일한 방법으로 합의사항을 준수하지 않음으로써 다른 회원사에게 피해를 줄 수 있다는 식의 공격적 발언을 하기도 했습니다.

답28) 'Penalty: ②Other 2 companies will attack trouble maker's major customers.'은 합의를 이행하지 않은 참석자에게 가할 벌칙을 제안한 것으로서... ②의 내용은 '합의에 따르지 않고 낮은 가격을 고객에게 제시하여 합의된 점유율을 지키지 않은 회사의 주고객에게 나머지 두회사가 낮은 가격을 제시하여 물량을 뺏어오도록 하자'는 내용입니다.

(소갑 제2-1호증)

---

277   이상의 내용으로부터 피심인들은 CDT 카르텔 회의에서 합의사항을 효과적으로 실행하기 위해 다양한 합의방식을 사용하거나, 점검 및 제재 시스템을 마련하여 운용한 사실을 알 수 있다.


나) 합의의 실행여부


278   위 2. 가. 행위사실을 종합해 볼 때, 이 사건 공동행위는 10년 이상의 기간동안 최소 매월 1회 지속적으로 개최되는 카르텔 회의를 통해 이루어졌다. 각 회의를 통해 피심인들이 합의한 사항은 다음 회의에서 실행여부가 점검되었으며, 합의 이탈을 방지하기 위한 제재규칙이 제정되기도 하였다. 매회 카르텔 회의 참가자들의 진술이나 증거자료에 의하면, 이 사건 공동행위 피심인들이 매회 카르텔 회의에서 자신이 직접 실행사실을 공개하고 다른 피심인들로부터 실행여부를 확인받은 사실이 확인된다.

나. 관련 법규정

독점규제 및 공정거래에 관한 법률(2006. 4. 1. 법률 제7492호로 개정되기 전의 것)
제2조의 2 (국외행위에 대한 적용) 이 법은 국외에서 이루어진 행위라도 국내시장에 영향
을 미치는 경우에는 적용한다.<본조신설 2004. 12. 31>

제19조 (부당한 공동행위의 금지) ①사업자는 계약·협정·결의 기타 어떠한 방법으로도 다
른 사업자와 공동으로 부당하게 경쟁을 제한하는 다음 각호의 1에 해당하는 행위를 할 것
을 합의(이하 "부당한 공동행위"라 한다)하거나 다른 사업자로 하여금 이를 행하도록 하여
서는 아니된다.
1. 가격을 결정·유지 또는 변경하는 행위
2. (생 략)
3. 상품의 생산·출고·수송 또는 거래의 제한이나 용역의 거래를 제한하는 행위

다. 위법성 판단

1) 위법성 성립요건

279   법 제19조 제1항의 부당한 공동행위가 성립하기 위해서는, 사업자가 법 제19조
제1항 각 호의 1.의 행위에 대하여 다른 사업자와 계약·협정·결의 기타 어떠한 방법
으로도 합의를 하고 이러한 합의가 부당하게 경쟁을 제한하여야 한다. 이러한 부당한
공동행위가 국외에서 이루어진 경우라도 국내시장에 영향을 미치는 경우에는 이 법을
적용한다.

2) 위법성 요건 해당여부

가) 합의의 존재여부

(1) 합의의 의미

- 155 -

280        부당한 공동행위가 성립하려면 계약, 협정, 결의 기타 어떠한 방법으로든지 사업자간에 공동행위를 하기로 하는 합의가 있어야 한다. 부당한 공동행위를 인정하기 위한 합의는 계약, 협정 등과 같은 명시적 합의뿐만 아니라 사업자간의 양해와 같은 묵시적 합의까지 포함한다. 부당한 공동행위에 있어서의 합의는 사업자간의 의사의 연락을 의미하는 것으로서 명시적인 합의뿐만 아니라 묵시적인 합의 내지는 암묵의 요해에 그치는 경우도 포함한다.39)

281        법 제19조 제1항의 부당한 공동행위는 사업자가 다른 사업자와 공동으로 일정한 거래분야에서 경쟁을 실질적으로 제한하는 같은 항 각 호의 1에 해당하는 행위를 할 것을 합의함으로써 성립하는 것이므로, 합의에 따른 행위를 현실적으로 하였을 것을 요하는 것이 아니고, 또 어느 한쪽의 사업자가 당초부터 합의에 따를 의사도 없이 진의아닌 의사표시에 의하여 합의한 경우라고 하더라도 다른 쪽 사업자는 당해 사업자가 합의에 따를 것으로 신뢰하고 당해 사업자는 다른 사업자가 합의를 위와 같이 신뢰하고 행동할 것이라는 점을 이용함으로써 경쟁을 제한하는 행위가 되는 것은 마찬가지이므로 부당한 공동행위의 성립에 방해가 되지 않는다고 할 것이며, 위와 같은 합의는 어떠한 거래분야나 특정한 입찰에 참여하는 모든 사업자들 사이에서 이루어질 필요는 없고, 일부의 사업자들 사이에만 이루어진 경우에도 그것이 경쟁을 제한하는 행위로 평가되는 한 부당한 공동행위가 성립한다고 보아야 할 것이다.40)

282        한편, 사업자들이 경쟁을 제한할 목적으로 공동하여 향후 계속적으로 가격의 결정, 유지 또는 변경행위 등을 하기로 하면서, 그 결정주체, 결정방법 등에 관한 일정한 기준을 정하고, 향후 이를 실행하기 위하여 계속적인 회합을 가지기로 하는 등의 기본적인 원칙에 관한 합의를 하고, 이에 따라 위 합의를 실행하는 과정에서 수회에 걸쳐 회합을 가지고 구체적인 가격의 결정 등을 위한 합의를 계속하여 온 경우, 그 회합 또는 합의의 구체적인 내용이나 구성원에 일부 변경이 있더라도, 그와 같은 일련의 합의는 전체적으로 하나의 부당한 공동행위로 봄이 상당하다. 또한, 가격결정 등의 합의 및 그에 기한 실행행위가 있었던 경우 부당한 공동행위가 종료한 날은 그 합의가 있었던 날이 아니라 그 합의에 기한 실행행위가 종료한 날을 의미한다고 할

39) 서울고법 2001. 12. 11. 선고 2000누16830 판결 참조
40) 대법원 1999. 2. 23. 선고 98두15849 판결 참조

것이다.41)

283         '기본원칙에 관한 합의를 하고 그 실행행위로서 각 가격담합을 계속하여 온
것으로 볼 수 있는지 여부'에 관하여는 최초 가격 담합시 장기적인 전망 속에서 가격
담합을 계획하였다고 볼 만한 정황이 있는지, 각 가격담합이 주기적으로 일정한 시기
마다 이루어졌는지, 각 가격담합에서 가격인상을 결정한 주체가 일정했는지, 각 가격
담합으로 인한 효과가 차회 담합이 있을 때까지 지속되었는지, 직전의 담합에서 합의
했던 가격을 기준으로 새로운 담합을 하였는지 등이 중요한 판단요소들이다42)

   (2) 법 제19조 제1항 제1호에 해당하는 행위인지 여부

284         법 제19조 제1항 제1호에서 규정하는 "가격을 결정·유지 또는 변경하는 행
위"라 함은 사업자가 다른 사업자와 공동으로 상품이나 용역의 가격을 결정·유지 또
는 변경하는 행위를 말한다. 여기서 말하는 '가격'이란 사업자가 제공하는 상품 또는
용역의 대가, 즉 사업자가 거래의 상대방으로부터 반대급부로 받는 일체의 경제적 이
익을 가리키는 것으로, 당해 상품이나 용역의 특성, 거래내용 및 방식 등에 비추어
거래의 상대방이 상품 또는 용역의 대가로서 사업자에게 현실적으로 지급하여야 하
는 것이라면 그 명칭에 구애됨이 없이 당해 상품 또는 용역의 가격에 포함된다43)

285         이러한 '가격결정행위'에서 말하는 가격은 반드시 거래가 이루어지는 최종가
격자체일 것을 요하지 않으며 그와 같은 최종거래 가격을 결정하는 행위는 물론 최
종가격을 결정하는데 필요한 요소를 결정하는 행위를 포괄하는 것으로서 최종가격은
물론 평균가격, 표준가격, 기준가격, 최고·최저가격 등 명칭여하를 불문한다44)

286         2이상의 사업자가 법 제19조 제1항 각호에 해당하는 행위를 하고 있는 경우
라 함은 비단 사업자들이 동일한 상품에 대하여 동일한 최종거래가격을 정하는 경우
뿐만 아니라, 동일·유사한 상품에 대하여 평균가격, 표준가격, 기준가격, 최고·최저

41) 대법원 2006. 3. 24. 선고 2004두11275 판결 참조

42) 서울고등법원 2008. 8. 20. 선고 2007두2939 판결 참조

43) 대법원 2001. 5. 8. 선고 2000두10212 판결 참조

44) 대법원 2002. 6. 14. 선고 2000두8905 판결, 서울고등법원 2000. 10. 10. 선고 2000누1180 판결 참조

가격 등 가격결정의 기준을 정하는 행위, 가격인상·인하율(폭)을 정하는 행위, 이윤율, 할인율 등 가격의 구성요소에 대한 그 수준이나 한도를 정하는 행위 등을 모두 포함한다(서울고등법원 2007. 1. 17. 선고 2004누17060 판결). 또한, 가격가이드라인에 대한 공동설정 합의도 법 제19조 제1항 제1호 소정의 부당한 공동행위에 해당한다.[45]

287    따라서 위 2. 1. 가의 행위사실을 살펴본 바와 같이, 이 사건 피심인들은 CDT의 최저가격, 가격가이드라인, 판매가격범위, 판매가격의 인상 및 인하폭, 세부사양별 가격차 등을 합의하였고, 고객에게 통지할 가격인상사유, 고객별 통지담당자, 가격인상 통지시점 및 가격인상시점 등에 대해서도 합의하였으므로 법 제19조 제1항 제1호의 규정에 의한 '가격을 결정·유지 또는 변경하는 행위'에 해당된다.

 (3) 법 제19조 제1항 제3호에 해당하는 행위인지 여부

288    법 제19조 제1항 제3호에서 규정하는 "상품의 생산·출고·수송 또는 거래의 제한이나 용역의 거래를 제한하는 행위"라 함은 사업자 사이에 각 당사자의 생산량이나 판매량을 일정 수준으로 제한하거나 일정한 비율로 감축시킴으로써 가격의 유지 또는 인상을 도모하려는 것을 말한다. 시장점유율을 사전에 합의로 정할 경우에는 합의된 시장점유율을 유지하기 위해 참여사업자들의 상품 판매량이 시장점유율 수준에 맞춰 제한될 수 밖에 없으므로 상품의 생산, 출고 또는 거래를 제한하는 행위에 해당된다.[46]

289    따라서 위 2. 1. 가.의 행위사실을 살펴본 바와 같이, 이 사건 피심인들은 전 세계 CDT 수요의 감소추세에 맞춰 과잉공급을 해소함으로써 가격하락을 방지하고자 하였고 이를 위해 CDT시장점유율을 업체별로 할당하거나 고객별 판매점유율을 할당하기로 합의하고 이를 실행하였다. 시장점유율을 사전에 합의로 정할 경우 합의된 시장점유율을 유지하기 위해 생산량이 시장점유율 수준에 맞춰 제한될 수 밖에 없고 궁극적으로 시장의 가격, 품질, 서비스에 의한 경쟁이 감소되는 결과가 초래되

45) 대법원 2002. 7. 12. 선고 2000두10311 판결 참조
46) 대법원 2001. 5. 8. 선고 2000두10212 판결, 서울고등법원 2000. 11. 16. 선고 99누6226 판결 참조

므로47) 이러한 시장점유율 합의행위는 법 제19조 제1항 제3호의 규정에 의한 '상품의 생산을 제한하는 행위'에 해당된다. 또한, 피심인들은 생산량 감축을 위해 생산라인 가동 중단일수 및 생산라인 폐쇄계획에도 합의하고 생산공장의 교차방문을 통하여 가동중단여부를 직접 감시하고 상호간 실행여부를 점검·확인하였는 바, 이러한 행위는 법 제19조 제1항 제3호에 해당된다.

(4) 하나의 공동행위

290     사업자들이 부당한 공동행위의 기본적 원칙에 관한 합의를 하고 이를 실행하는 과정에서 수차례의 합의를 계속하여 온 경우는 물론, 그러한 기본적 원칙에 관한 합의 없이 장기간에 걸쳐 여러 차례의 합의를 해 온 경우에도 그 각 합의가 단일한 의사에 기하여 동일한 목적을 수행하기 위한 것으로서 단절됨이 없이 계속 실행되어 왔다면, 그 각 합의의 구체적인 내용이나 구성원 등에 일부 변경이 있었다고 할지라도, 특별한 사정이 없는 한 그와 같은 일련의 합의는 전체적으로 1개의 부당한 공동행위로 봄이 상당하다.48)

291     위 2. 가.의 행위사실을 살펴본 바와 같이, 이 사건 피심인들이 공동행위 기간중 수많은 카르텔회의를 개최하고 구체적인 판매가격이나 시장점유율, 생산량 감축 등을 위해 합의를 계속하여 해 온 것이 사실인 바, 다음과 같은 점을 고려할 때 하나의 공동행위로 인정된다.49)

292     첫째, 피심인들은 공동행위 기간에 걸쳐 CDT의 판매가격 안정(인상, 유지 또는 급격한 하락 방지)를 도모하고자 하였으며, 이 과정에서 시장수급상황을 조절하기 위해 필요한 시장점유율 할당, 생산량 감축에 합의하는 등 CDT 시장에서 상호

---

47) 대법원 2001. 5. 8. 선고 2000두10212 판결

48) 대법원 2008. 9. 25. 선고 2007두3756 판결 참조

49) 이 사건에서 1996년 11월 23일 최초 다자회의에서 기본합의가 형성되었다고 판단할 여지도 많다. 즉, 피심인들의 대표이사가 참석한 최고위급회의에서 생산현황 및 계획에 대한 정보교환과 판매가격 인하자제 및 가격합의, 생산량 감축에 대한 합의가 이루어졌으며 이러한 논의내용 및 합의방식은 이후 실무자급 카르텔회의를 통해 구체화되는 방식으로 중층적 카르텔 회의가 상호 연관성을 갖고 공동행위 기간에 걸쳐 지속되었다. 또한, 당시 회의에 참석하지 않은 타 경쟁사를 참가시키기로 합의함으로써 이러한 카르텔 회의를 상당기간 지속시킬 의도가 있었다는 점에서도 더욱 그러하다.

가격경쟁에 따른 공멸을 막고 사업성을 유지하기 위한 단일한 의사와 동일한 목적을 수행하기 위하여 카르텔 회의에 참여하였다.

293    둘째, 피심인들은 카르텔 회의의 목적을 달성하기 위하여 공동행위 기간에 걸쳐 단절됨이 없이 합의와 실행을 반복하였다. 이 과정에서 피심인들은 판매가격 뿐만 아니라 시장·고객별 점유율, 생산량 감축에 대하여 일관되게 합의와 실행이 이루어졌으며, 카르텔 회의도 대표이사로부터 중간관리자, 실무자에 이르기까지 중층적인 구조를 갖고 10여년의 기간동안 월 1회 이상 주기적으로 합의가 이루어지는 등 합의방식의 동질성도 지속적으로 유지되었다.

294    특히, 실제 이 사건 카르텔 회의는 매회 반복적, 정례적으로 합의하고 실행하는 과정에서 단절됨이 없이 상호 의사연결성이 있었다. 즉, 각 카르텔회의에서 피심인들은 각 사의 생산·판매현황, 향후 수요예측, 현행가격 등에 관한 정보를 교환한 후 이전 합의사항의 이행여부, 가격인상 합의의 실현가능성 등을 논의하였다. 또한, 새로운 합의가격은 종전 합의가격을 기준으로 인상 또는 인하폭으로 설정되기도 하고 이전 합의가격을 유지하기로 하는 합의를 하기도 하였다. 또한, 이전 합의가격의 실행사실을 상호 점검한 사실도 각 카르텔 회의는 상호 의사연결성이 있었음을 알 수 있다.

295    그리고 시장점유율 할당합의도 각 사는 전년도 판매량 자료에 기초하여 각 사별 연간 점유율을 합의한 후 각 분기마다 상황변화를 반영하여 재조정하였고 매 회의에서는 판매량 자료에 기초하여 이전 합의가 이행되고 있는지를 점검하였다. 또한, 각각의 생산량 감축합의도 피심인들이 예측한 수요량에 맞춰 가격하락 방지를 위해 매 회의에서 지속적으로 생산량 감축합의를 하고 실행여부도 실제 상대회사를 방문하여 조업중단여부를 직접 확인하는 방식을 계속해 온 사실이 확인되었다.

296    셋째, 회의참가 구성원도 공동행위 기간에 걸쳐 일부 변동은 있었으나 피심인들을 주축으로 동일성이 유지된 점50) 등을 고려할 때, 이 사건 공동행위는 하나의

---

50) 피심인 중 LPD는 당초 LG전자와 필립스 전자가 참여해 오다가 양사의 CRT 사업부문을 통합하여 조인트 벤처로 LPD가 설립되면서 계속 참여한 것으로 이 사건 공동행위 관련 회의 참석자 등이 LPD 구성원으로 관련 회의에 참석하는 등 참석자의 동일성에 차이가 없다,

공동행위에 해당된다.

나) 경쟁제한성 판단

297        사업자들이 공동으로 가격을 결정하거나 변경하는 행위는 그 범위 내에서 가격결정을 감소시킴으로써 그들의 의사에 따라 어느 정도 자유로이 가격의 결정에 영향을 미치거나 미칠 우려가 있는 상태를 초래하게 되므로, 그와 같은 사업자들의 공동행위는 특별한 사정이 없는 한 부당하다고 볼 수 밖에 없다.51)

298        한국시장을 포함한 아시아 시장 등의 판매량이나 시장점유율을 할당하고, 판매가격의 유지·결정 등을 합의한 결과 사업자간 경쟁이 실질적으로 제한됨으로써 한국시장에서의 제품 수입·판매가격이 일반적인 요인에 의하여 결정되는 가격보다 더 높게 형성되고 유지되었다고 볼 수 밖에 없는 등 경쟁이 제한된다.52)

299        시장점유율을 사전에 합의로 정할 경우에는 합의된 시장점유율을 유지하기 위해 판매량이 시장점유율 수준에 맞춰 제한될 수 밖에 없고 이는 결국 해당제품 시장의 가격, 품질, 서비스에 의한 경쟁을 감소시키는 결과를 초래하는 점에 비추어볼 때 이러한 시장점유율 합의행위는 해당제품의 생산, 출고 또는 거래를 제한하는 행위로서 거래시장분야에서의 경쟁을 실질적으로 제한하는 법 제19조 제1항 제3호 소정의 부당한 공동행위에 해당된다.53)

300        위 3. 가.의 행위사실을 살펴본 바와 같이, 피심인들의 이 사건 공동행위는 다음과 같은 점을 고려할 때, 경쟁제한 효과만 발생시키는 것이 명백한 경성 공동행위에 해당된다.54)

---

51) 대법원 2009. 3. 26. 선고 2008두21058 판결 참조
52) 서울고법 2004. 11. 24. 선고 2003누9000 판결 참조
53) 대법원 2001. 5. 8. 선고 2000두10212 판결 참조
54) 공동행위 심사기준(개정 2009. 8. 12. 공정거래위원회 예규 제71호, IV. 공동행위의 위법성 심사)에 의하면, 가격, 산출량의 결정·제한이나 시장·고객의 할당 등은 성격상 경쟁제한 효과만 발생시키는 것이 명백한 경우로 보고 있다.

301        첫째, 이 사건 공동행위는 경쟁관계에 있는 피심인들이 카르텔회의를 통해
한국 및 기타 시장에 판매하는 CDT의 가격을 인위적으로 인상·유지하고 시장점유율
할당, 생산량 감축 등을 합의하여 실행한 행위로서 '가격', '생산량' 및 '시장할당' 등이
매개가 된 점에서 경쟁제한 이외에 다른 목적을 찾아볼 수 없는 행위에 해당된다.

302        둘째, 피심인들이 2002년경부터 CDT 시장에서 거의 100%를 점유하고 있는
등 절대적인 지배력을 갖고 있는 상황이라는 점에서 볼 때, 피심인들간의 CDT 가격
이나 생산량 합의는 시장을 독점화함으로써 경쟁을 완전히 배제시키는 효과가 발생
한다는 점이 명백하다. 피심인들은 CDT에서 평판디스플레이 패널로 수요가 전환됨
에 따라 시장규모가 위축되고 가격이 하락되는 시점에서 인하할 가격폭도 설정해 온
것은 피심인들이 경쟁을 촉진하고자 하는 의도를 가졌다고 볼 수도 없다. 가격합의
는 가격고정 또는 가격인상 합의만을 의미하는 것은 아니며 가격하락 추세속에 공동
의 인위적인 가격설정이 없었더라면 보다 가격하락이 신속히 진행되고 품질 또는 서
비스 등 비가격 경쟁이 촉진될 상황을 저해하는 가격관련 공동행위 일체를 의미하는
것이다.

303        셋째, 피심인들이 기본적으로 경쟁제한적 의도를 가지고 이 사건 공동행위에
참가하였다는 점도 명백하게 확인된다. 우선 카르텔회의에서 피심인들이 교환해 온
정보는 각 사의 생산 및 판매량, 생산라인 전환계획, 각사의 주문 및 재고현황, 각사
의 현행가격, 각사의 향후 가격책정계획 등의 정보로서 일반적으로 시장에서 공개적
으로 입수하기 어려운 것들이다.[55] 또한, 피심인들은 실제 카르텔 회의에서 상호 경
쟁을 하는 것이 모두를 공멸시킬 수 있으므로 자제하여야 한다는 논의를 지속하면서
합의를 도출하였다. 이 과정에서 피심인들은 카르텔회의에서 다른 사업자의 합의사
항 이행여부를 점검하였고 이를 위반하는 과도한 할인행위나 다른 회원사의 주문량
을 빼앗는 행위, 합의된 내용대로 생산량 및 판매량을 감축하지 않은 사실이 발견되
는 경우 합의사항 이행을 촉구하였다.

---

[55] 실제 피심인들은 카르텔 회의에 대해 비밀을 유지하기 위해, 회의증거자료를 남기지 않을 것과 각 사별 회의 참석
자 수를 제한할 것을 합의한 사실, 회의자료나 결과보고서 등에 '비밀', '대외비' 등의 표시가 기재되어 있는 사실은
이를 뒷받침한다.

304        넷째, 이 사건 공동행위는 효율성을 증대시키는 경제적 효과와 관련성이 없다. 피심인들이 조직한 CDT 카르텔회의는 단순히 판매가격, 시장점유율 할당, 생산량 감축의 조정 및 합의를 위한 의사연락체계로서 생산, 판매, 구매, 연구개발 등 효율성을 증대시키는 경제적 통합에 해당되지 아니한다.

305        따라서, 피심인들이 CDT 시장에서의 판매가격, 생산량 제한, 시장할당 등의 결정은 개별 사업자들이 독자적으로 결정하여야 함에도 피심인들이 공동으로 CDT의 판매가격, 생산량 제한 등을 합의하여 결정한 행위로서 경쟁을 제한할 의도가 명백하고 CDT 시장에서의 사업자간 경쟁을 감소시키거나 소멸시키는 결과를 초래하는 것으로써 부당하게 경쟁을 제한하는 행위에 해당된다.

3) 소결

306        피심인들의 CDT 판매가격 설정행위는 법 제19조 제1항 제1호의 규정에 위반되고, 생산량 감축 및 시장점유율 할당행위는 법 제19조 제1항 제3호의 규정에 위반된다.

4. 처분                                    …

가. 시정조치 및 과징금 부과

307        앞서 본 바와 같이, 피심인들은 국내 CDT 판매시장에서 거의 100% 시장점유율을 차지하고 있으며, 피심인들의 이 사건 공동행위는 시장에 미치는 경쟁제한효과 및 파급효과의 정도가 크다고 인정되므로 독점규제 및 공정거래에 관한 법률[56] 제22조 및 제55조의3, 같은 법 시행령[57] 제9조 및 제61조 제1항 관련 [별표2], '과징금

---

[56] 2005.4.1. 시행 법(법률 제7315호) 부칙 제8조(부당한 공동행위의 과징금에 관한 경과조치)는 '이 법 시행 전의 행위로서 이 법 시행 전에 종료되거나 이 법 시행 이후에도 그 상태가 지속되는 행위에 대한 과징금의 적용에 있어서는 종전의 규정에 의한다.'라고 규정하고 있다. 또한, 2005.4.1. 시행 법 시행령(제18768호) 부칙 제4조(부당한 공동행위의 과징금에 관한 경과조치)는 '이 영 시행 전의 행위로서 이 영 시행 전에 종료되거나 이 영 시행 후에도 그 상태가 지속되는 행위에 대한 과징금의 적용에 있어서는 종전의 규정에 의한다.'라고 규정하고 있다. 한편, 이 사건 공동행위 기간은 1996. 11. 23.~2006. 3. 14.이므로 법 제22조에 의한 과징금 부과는 2005. 4. 1. 시행 법률을 제7315호로 개정되기 전의 것을 말한다. 이하 같다.
[57] 2005. 4. 1. 대통령령 제18768호로 개정되기 전의 것을 말한다. 이하 같다.

부과 세부기준 등에 관한 고시'58)(이하 '과징금고시'라 한다) Ⅲ. 2. 다. (1)59)의 규정
에 의하여 과징금을 부과한다. 다만, 향후 법위반행위의 재발방지를 위한 시정명령은
심의일 현재 피심인들이 국내 CRT산업이 소멸하여 CDT 사업부문을 영위하지 아니
하고 있고 시정조치의 실익이 없으므로 제외한다.

나. 과징금 산정

1) 기본과징금의 산정

가) 관련매출액

(1) 관련상품의 범위

308   이 사건 공동행위로 인해 직접 또는 간접적으로 영향을 받은 상품은 컴퓨터
용 컬러모니터 브라운관(CDT)이다. 실제 합의대상이 된 14인치, 15인치, 17인치, 19
인치 제품을 관련상품으로 획정한다.

(2) 위반행위의 시기 및 종기

309   피심인 삼성 SDI와 피심인 중화영관, 피심인 중화영관 말레이시아60), 피심인
중화영관 푸조우의 경우, 이 사건 공동행위의 시기는 1996. 11. 23.로 본다. 같은 날
삼성 SDI, 피심인 삼성 SDI와 피심인 중화영관, 피심인 중화영관 푸조우 및 오리온
은 각 사의 대표이사가 참석한 최고위급 CDT 카르텔회의를 개최하여 CDT 다자회
의 중요한 핵심요소인 생산현황 및 향후 계획과 관련된 정보를 교환하고, 생산량
감축, 판매가격 인하자제, 다른 CRT 사업자들도 참여하도록 역할분담하기로 합의하
였고, 그 이후 10년 이상 CDT 카르텔이 지속되었으므로 피심인 삼성 SDI와 피심인
중화영관, 피심인 중화영관 말레이시아, 피심인 중화영관 푸조우가 부당한 공동행위

58) 2005. 7. 13. 공정거래위원회 고시 제200-15호 부칙 제2항에 의하여 2004. 4. 1. 공정거래위원회 고시 제2004-7호를 적용한다.
59) 과징금고시 Ⅲ. 2. 다. (1)의 규정에 의하면, 부당한 공동행위에 대하여는 원칙적으로 과징금을 부과한다.
60) 앞서 본 각주 5) 및 각주 14) 참조

를 할 것을 합의한 날인 1996. 11. 23.을 이 사건 공동행위의 시기로 본다.

310        피심인 LPD의 경우 2001. 6. 30.을 이 사건 공동행위의 시기로 본다. 앞서 본 바와 같이, LPD는 LG전자와 필립스전자의 CRT 사업부문을 합작투자로 지주회사인 LPD 홀딩스에 의해 2001. 6. 11. 설립되었고, LPD는 LG전자로부터 같은 해 6. 30. 필립스전자로부터 같은 해 7. 1. 각각 CRT사업부문을 양도받았으며, 설립 후 최초로 2001. 7. 24. CDT 카르텔 회의에 참석하였으나, 모회사인 LG전자와 필립스전자부터 영업상 주요 물적·인적요소를 양도받은 점, 모회사가 이 사건 공동행위에 가담해 온 2001. 4. 19. 및 2001. 6. 27. 다자회의의 참석자와 규격별 판매가격, 생산라인 중단 등 합의사항에 대해 2001. 7. 24. 최초 참석회의에도 동일한 참석자와 판매가격 가이드라인 설정, 생산라인 중단유지 합의 등 동일한 담합이 계속되어 그 효과가 발생된 점 등을 고려할 때, 부당한 공동행위로 인한 경쟁제한 의도 및 효과의 연속성이 인정되므로 영업양수일인 2001. 6. 30.을 위반행위의 개시일로 본다.

311        한편, 부당한 공동행위가 종료한 날이라 함은 이러한 합의가 더 이상 존속하지 않게 된 날을 의미하고, 합의가 더 이상 존속하지 않게 되었다 함은 이러한 합의에 정해진 조건이나 기한이 있었는데 그 조건이 충족되거나 기한이 종료한 경우 또는 당해 사업자가 탈퇴하거나, 당사자 사이에 합의를 파기하기로 한 경우, 또는 사업자들이 합의에 의하여 인상한 가격을 다시 원래대로 환원하는 등 합의에 명백히 반하는 행위를 함으로써 더 이상 합의가 유지되고 있다고 인정하기 어려운 사정이 있는 경우 등이 이에 해당한다고 할 것이다.[61]

312        따라서 이 사건 공동행위의 종기는 2006. 3. 14.로 본다. 같은 날 이후 피심인들이 새로운 회합을 가졌다는 증거자료가 없고, 실제 공동행위가 더 이상 존속하였는지 여부가 불명확한 점, 피심인 중화영관의 대표이사가 경쟁사와 마지막 CDT 다자회의라고 진술한 점, 2006. 3. 14. 마지막 회의에서 피심인들은 중국, 한국 등의 공장폐쇄 계획, 생산라인 중단을 논의한 점, CDT 시장수요가 대폭 축소되고 평판 디스플레이 시장으로 급속히 전환되어 피심인들의 이 사건 공동행위가 더 이상 유지되고

---

61) 서울고법 2004. 11. 24. 선고 2003누9000 판결 참조

있다고 인정하기 어려운 사정이 있는 점 등을 고려하여 이 사건 공동행위의 종기는 2006. 3. 14.로 본다.

(3) 관련매출액 범위

313      관련매출액은 '위반사업자가 위반기간 동안 일정한 거래분야에서 판매한 상품이나 용역의 매출액 또는 이에 준하는 금액'을 의미한다.[62] 따라서, 삼성 SDI, 중화영관의 관련매출액은 1996. 11. 23.~2006. 3. 14.까지, LPD의 관련매출액은 2001. 6. 30.~2006. 3. 14.까지의 피심인들이 CDT제품을 한국으로 수출하거나 국내에 판매한 금액으로 한다. 단, 14″, 15″CDT제품은 공동행위의 전기간에 걸쳐 합의대상에 포함되었으나, 17″CDT제품은 1998. 7. 31. 카르텔 회의부터, 19″CDT제품은 1999. 1. 18. 카르텔 회의부터 담합 대상에 포함되었으므로 17″ 및 19″CDT제품은 이 시점부터 2006. 3. 14.까지 한국내 판매한 CDT제품의 금액을 관련매출액으로 한다.

나) 부과기준율

314      과징금고시 IV. 1. 다. (1). (가)[63]의 규정에 의하면, 위반행위의 중대성 정도별로 부과기준율을 정하도록 규정하고 있으므로 위반행위의 중대성 판단에 관한·운영지침 IV. 2. 다. (1) 관련 [별표3]에 따라 산정된 점수는 3.0점[64]이고 산정점수가 2.2점 이상인 경우는 매우 중대한 위반행위에 해당되어 부과기준율은 3.5%~5%이다. 다만 이 사건 담합기간중 CDT 판매가격의 하락폭 완화를 위해 유지해 온 점, 법위반행위의 대부분이 2004. 4월 과징금고시 시행전의 행위인 점, CDT시장의 급격한 변동 및 수요 급감에 따른 수익성 악화를 완화하기 위한 점 등을 고려하여 부과기준율

---

62) 시행령 제9조(과징금의 산정방법) 제1항

63) 과징금고시 IV. 1. 다. (1) 부당한 공동행위
   (가) 관련매출액에 위반행위 중대성의 정도별 부과기준율을 곱하여 기본과징금을 산정한다.

| 중대성 정도 | 부과기준율 |
|---|---|
| 매우 중대한 위반행위 | 3.5 ~ 5.0% |

64) 과징금 부과시 관련매출액의 산정 및 위반행위의 중대성 판단에 관한 운영지침 IV. 2. 다. (1) 관련 [별표3]의 부당한 공동행위 세부평가기준에 따라 이 사건 위반행위의 내용: 0.5(비중)×3점(부가수준: 상)=1.5점, 위반행위의 정도 참작사항 중 시장점유율: 0.2(비중)×3점(부가수준: 상)=0.6점, 위반행위의 파급효과: 0.3(비중)×3점(부가수준: 상)=0.9점이고, 산정점수 합계는 1.5점+0.6점+0.9점=3점으로 2.2점 이상으로 매우 중대한 위반행위에 해당한다.

은 3.5%를 적용한다.


다) 기본과징금액


315   부과기준율에 따라 피심인별 기본과징금은 아래 <표 28>의 내용과 같다.


<표 28>                       기본과징금

(원)

| 피심인별 | 관련매출액 | 부과기준율 | 기본 과징금액 |
|---|---|---|---|
| 삼성 SDI | 2,079,129,417,703 | 3.5% | 72,769,529,619 |
| 엘피디(LPD) | 621,349,000,000 | 3.5% | 21,747,215,000 |
| 중화영관 | TWD 6,039,799,493 (232,592,678,475) | 3.5% | TWD 211,392,982 (8,140,743,746) |
| 중화영관 말레이시아 | TWD 89,488,243 (3,446,192,237) | 3.5% | TWD 3,132,088 (120,616,728) |
| 중화영관 푸조우 | TWD 79,677,374 (3,068,375,672) | 3.5% | TWD 2,788,708 (107,393,148) |
| 합계 | 2,939,585,664,087 | – | 102,885,498,241 |

* 중화영관 3사 매출액은 타이완달러(TWD)을 기준으로 위원회 합의일(2011.1.26) 현재
   한국외환은행 최초 고시 매매기준율(1 TWD=38.51원)을 적용하여 원화로 환산함


라) 의무적 조정과징금의 산정


316   피심인들은 의무적 조정사유가 없으므로 기본과징금을 의무적 조정과징금으로
산정한다.


마) 임의적 조정과징금 산정


317     (1) 피심인들은 이 사건 공동행위에 이사 또는 그 이상에 해당하는 고위임
원이 위반행위에 직접 참여한 사실이 인정되므로 과징금고시 IV. 3. 나.65)에 따라 의
_____
65) 과징금고시 IV. 3. 나. 가중사유 및 비율
   (5) 위반사업자의 이사 또는 그 이상에 해당하는 고위 임원이 위반행위에 직접 관여한 경우 : 100분의 10이내

320        (2) 피심인 삼성 SDI, 피심인 중화영관, 피심인 중화영관 말레이시아, 피심인 중화영관 푸조우는 당해 CDT시장에서의 수요급감, 가격급락에 따른 산업의 구조조정으로 수익성이 악화된 점, 최근 3~4년간 당해 제품관련 당기순이익이 사실상 손실로 부당이득이 적은 점. 과거 3년간 법위반전력이 없고 법위반 재발방지를 위해 CP도입·시행하고 있는 점, 당해 시장·산업계의 경영상 어려움 등으로 감경한 기존 심결례가 있는 점, 국·내외시장 또는 산업의 객관적인 사정 또는 여건이 급격히 변화하여 CDT시장이 소멸한 점 등을 고려할 때, 임의적 조정과징금을 부과하는 것이 현저히 과중하다고 인정되어 과징금 고시 IV. 4. 가. (2).의 규정에 따라 위 피심인들에 대하여 임의적 조정과징금에서 70%를 감경한다. 다만, 과징금 고시 IV. 4. 마.의 규정에 따라 백만원 미만의 금액은 절사한다. 피심인별 부과과징금은 아래 <표 30>와 같다.

<표 30>                    부과 과징금

(천원, %)

| 피심인 | 임의적 조정과징금 | 감면율 | 부과과징금 | 과징금 부과한도 | |
|---|---|---|---|---|---|
| | | | | 3년 평균 매출액의 5% | 3년 평균매출액 |
| 삼성 SDI | 80,046,482 | 70 | 24,013,944 | 276,998,000 | 5,539,965,000 |
| LPD | 19,572,493 | 100 | 0 | 42,371,000 | 847,437,000 |
| 중화영관 | 7,326,669 (TWD190,253,634) | 70 | 2,198,000 (TWD57,076,105) | 110,111,000 | 2,202,227,000 |
| 중화영관 말레이시아 | 108,555 (TWD2,818,880) | 70 | 32,566 (TWD845,664) | 19,981,000 | 399,636,000 |
| 중화영관 푸조우 | 96,653 (TWD 2,509,838) | 70 | 28,996 (TWD752,951) | 34,472,000 | 689,442,000 |

* 타이완달러(TWD)는 1 TWD=38.51원으로 산정금액임

5. 결론

321        피심인들의 위 2. 가. 행위는 법 제19조 제1항 제1호 및 제3호의 규정에 위반되므로, 과징금 납부명령에 대하여는 법 제22조의 규정을 적용하여 주문과 같이 의결한다.

공정거래위원회는 위와 같이 의결하였다.


2011년  3월  10일


의        장   위 원 장     김 동 수

주심위원     김 학 현

위      원     안 영 호

위      원     양 명 조

위      원     이 홍 권

위      원     전 성 훈

위      원     최 종 원