Guido Saveri (22349)
 *guido@saveri.com*
R. Alexander Saveri (173102)
 *rick@saveri.com*
Geoffrey C. Rushing (126910)
 *grushing@saveri.com*
Travis L. Manfredi (281779)
 *travis@saveri.com*
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **CERTIFICATE OF SERVICE** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | |

# CERTIFICATE OF SERVICE

I am employed in San Francisco County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to this action. My business address is Saveri & Saveri, Inc., 706 Sansome Street, San Francisco, CA 94111. I declare under the penalty of perjury that, on November 7, 2014, I served or caused to be served true and correct copies of the following documents:

1. **DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [GREYLINED VERSION, SUBMITTED UNDER SEAL]**;

2. **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS [GREYLINED VERSION, SUBMITTED UNDER SEAL] (without exhibits)**; and

3. **EXPERT REPORT OF JEFFREY J. LEITZINGER, PH.D. [GREYLINED VERSION, SUBMITTED UNDER SEAL]**;

VIA ELECTRONIC MAIL to the addressee(s) specified below; and

4. **EXHIBITS 1–140 to the DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS [SUBMITTED UNDER SEAL]**

VIA FTP SITE to the addressee(s) specified below:

**SEE ATTACHED SERVICE LIST.**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 7, 2014 in San Francisco, California.

                                     */s/ Travis L. Manfredi*
                                     Travis L. Manfredi

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – **MDL No. 1917**

# SERVICE LIST

| | |
|---|---|
| Michael T. Brody<br>Terrence J. Truax<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br>Email: mbrody@jenner.com<br>Email: ttruax@jenner.com<br><br>Brent Caslin<br>JENNER & BLOCK LLP<br>633 West 5th Street<br>Suite 3500<br>Los Angeles, CA 90071<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., Mitsubishi Electric Visual Solutions America, Inc.* | Kathy L. Osborn<br>Ryan M. Hurley<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com<br><br>*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| Nathan Lane III<br>Mark C. Dosker<br>SQUIRE PATTON BOGGS (US) LLP<br>275 Battery Street, Suite 2600<br>San Francisco, California 94111<br>Telephone: +1 415 954 0200<br>Facsimile: +1 415 393 9887<br>E-mail: nathan.lane@squirepb.com<br>E-mail: mark.dosker@squirepb.com<br><br>*Attorneys for Defendant Technologies Displays Americas, LLC* | |

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – MDL No. 1917

# SERVICE LIST

| | |
|---|---|
| Eliot A. Adelson (State Bar No. 205284)<br>James Maxwell Cooper (State Bar No. 284054)<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: eadelson@kirkland.com<br>Email: max.cooper@kirkland.com<br><br>James H. Mutchnik, P.C.<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: jmutchnik@kirkland.com<br>Email: kate.wheaton@kirkland.com<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>MScarborough@sheppardmullin.com<br>Tyler M. Cunningham<br>tcunningham@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>Four Embarcadero Center , 17th Floor<br>San Francisco, CA 94111<br>Tel: (415) 434-9100<br>Fax: (415) 434-3947<br><br>*Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |
| Jeffrey L. Kessler<br>jkessler@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY<br>10166-4193<br>Tel: (212) 294-6700<br><br>David L. Yohai<br>david.yohai@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corp. of North America, and MT Picture Display Co., Ltd.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>William D. Temko<br>William.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Tel: (415) 512-4000<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – MDL No. 1917

# SERVICE LIST

| | |
|---|---|
| John Taladay<br>john.taladay@bakerbotts.com<br>Erik Koon<br>erik.koons@bakerbotts.com<br>Charles Malaise<br>charles.malaise@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Ave.<br>NW Washington, D.C. 20004-2400<br>Tel: (202) 639-7909<br>Fax: (202)639-1165<br><br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda.* | Joel S. Sanders<br>jsanders@gibsondunn.com<br>Rachel S. Brass<br>rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105<br>Tel: (415) 393-8200<br>Fax: (415) 393-8200<br><br>*Counsel for Defendant Tatung Company of America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| Kate S. McMillan<br>Kate.mcmillan@freshfields.com<br>Christine Laciak<br>Christine.laciak@freshfields.com<br>Richard Snyder<br>Richard.snyder@freshfields.com<br>FRESHFIELDS BRUCKHAUS & DERINGER US, LLP<br>701 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20004<br>Tel: (202) 777-4566<br>Fax: (202) 777-4555<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| Ian Simmons<br>isimmons@omm.com<br>Benjamin G. Bradshaw<br>bbradshaw@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Tel: (202) 383-5163<br>Fax: (202) 383-5414<br><br>*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* | Terrence A. Callan<br>Terrence.callan@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880<br>Tel: (415) 983-1000<br>Fax: (415) 983-1200<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd., IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* |

*In re: Cathode Ray Tube (CRT) Antitrust Litigation* – MDL No. 1917

# SERVICE LIST

| | |
|---|---|
| Michael R. Lazerwitz<br>mlazerwitz@cgsh.com<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 9000<br>Washington, DC 20006<br>Tel: (202) 974-1500<br>Fax: (202) 974-1999<br><br>*Counsel for Defendant LP Displays International, Ltd.* | Craig C. Corbitt<br>ccorbitt@zelle.com<br>Judith A. Zahid<br>jzahid@zelle.com<br>ZELLE HOFFMAN VOELBEL & MASON LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104<br>Tel: (415) 693-0700<br>Fax: (415) 693-0770<br><br>*Counsel for Indirect Purchaser Plaintiffs* |
| Mario Alioto<br>Malioto@tatp.com<br>Lauren Russell<br>LaurenRussell@tatp.com<br>TRUMP ALIOTO TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679<br><br>*Counsel for Indirect Purchaser Plaintiffs* | H. Lee Godfrey<br>lgodfrey@susmangodfrey.com<br>Kenneth S. Marks<br>kmarks@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Tel: (713) 651-9366<br><br>*Counsel for Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| William J. Blechman<br>wblechman@knpa.com<br>KENNY NACHWALTER, P.A.<br>201 South Biscayne Boulevard, Suite 1100<br>Miami, Florida 33131<br>Tel: (305) 373-1000<br>Fax: (305) 372-1861<br><br>*Counsel for Direct Action Plaintiff Sears, Roebuck and Co. and KMart Corporation* | Kamala D. Harris<br>    Attorney General of California<br>Mark Breckler<br>    Chief Assistant Attorney General<br>Kathleen E. Foote<br>    Senior Assistant Attorney General<br>Emilio E. Varanini<br>    Deputy Attorney General<br>Emilio.Varanini@doj.ca.gov<br>OFFICE OF ATTORNEY GENERAL<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br>Tel: (415) 703-5908<br>Fax: (415) 703-5480<br><br>*California Office of the Attorney General* |
| Nicholas H. Hesterberg<br>NHesterberg@perkinscoie.com<br>David J. Burman<br>DBurman@perkinscoie.com<br>PERKINS COIE<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101<br>Tel: (206) 359-8000<br>Fax: (206) 359-9000<br><br>*Counsel for Direct Actions Plaintiff Costco Wholesale Corporation* | Philip J. Iovieno<br>Piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br>Fax: (518) 434-0665<br><br>*Counsel for Direct Action Plaintiffs* |