1  Eliot A. Adelson (SBN 205284)
   James Maxwell Cooper (SBN 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: eadelson@kirkland.com
5  Email: max.cooper@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice*)
   Barack Echols (*pro hac vice*)
7  Kate Wheaton (*pro hac vice*)
   KIRKLAND & ELLIS LLP
8  300 North LaSalle
   Chicago, IL  60654
9  Telephone: (312) 862-2000
   Facsimile: (312) 862-2200
10 Email: jmutchnik@kirkland.com
   Email: bechols@kirkland.com
11 Email: kate.wheaton@kirkland.com

12 Attorneys for Defendants
   HITACHI, LTD., HITACHI DISPLAYS, LTD.
13 (n/k/a JAPAN DISPLAY INC.), HITACHI
   AMERICA, LTD., HITACHI ASIA, LTD.,
14 AND HITACHI ELECTRONIC DEVICES
   (USA), INC.

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC |
| 20 | MDL NO. 1917 |
| 21  This Document Relates to: | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-59(d) AND 7-11 RE HITACHI DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND THE STATUTES OF LIMITATIONS** |
| 22 | |
| 23  *All Indirect Purchaser Actions* | |
| 24  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC; | |
| 25 | |
| 26  *Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC; | |
| 27 | |
| 28 | |

1 *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;

2

3 *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC;

4

5 *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC

6

7 *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC;

8

9 *Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC;

10

11 *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC;

12

13 *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;

14

15 *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

16 *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi,*
17
*Ltd., et al.,* No. 3:12-cv-02649-SC;
18

19 *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), by and through their counsel, respectfully request an order permitting the Hitachi Defendants to file the following materials under seal: (1) the highlighted portions of the Hitachi Defendants' Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations and Memorandum of Points and Authorities In Support Thereof ("Withdrawal Motion"); and (2) Exhibits 3 through 7, 9, 12 through 17, 20 and 23 to the Declaration of Eliot Adelson in Support of the Hitachi Defendants' Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations and Memorandum of Points and Authorities In Support Thereof ("Adelson Declaration").

This motion is supported by the Declaration of Eliot A. Adelson in Support of Hitachi Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated November 7, 2014 ("Adelson Sealing Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Exhibits 3, 7, 9, 20, and 23 to the Adelson Declaration are documents designated by the Hitachi Defendants as "Confidential" or "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case. *See* Dkt. No. 306, No. 07-cv-05944 (N.D. Cal) (amended at Dkt. No. 1142). The highlighted portions of the Withdrawal Motion contain, reference, or summarize confidential information contained in these exhibits. The Hitachi Defendants seek to file Exhibits 3, 7, 9, 20, and 23 to the Adelson Declaration, as well as the highlighted portions of the Withdrawal Motion corresponding thereto, under seal because there is a "compelling reason" to do so. *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). A party meets the "compelling reasons" standard by presenting "articulable facts" identifying the interests favoring filing a document under seal. *Id*. at 1181. As set forth in the Adelson Sealing Declaration, the Hitachi Defendants meet this standard because Exhibits 3, 7, 9, 20, and 23 to the Adelson Declaration, as well as the highlighted portions of the Withdrawal Motion corresponding thereto,

contain confidential, non-public information about the Hitachi Defendants' business practices that remain important to the Hitachi Defendants' competitive position.

Exhibits 4-6, and 12-17 to the Adelson Declaration are documents that have been designated by certain Plaintiffs and Defendants as "Confidential" or "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case. The Hitachi Defendants seek to submit this material under seal in good faith in order to comply with the Protective Order and this Court's Local Rules. Because these Plaintiffs and Defendants have designated content in these documents as "Confidential" or "Highly Confidential," it is their burden to establish that the designated material is in fact sealable. Civ. L. R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006). The Hitachi Defendants respectfully submit this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5, and, through this submission, hereby notifies the Designating Parties of their burden to establish that the designated material is properly sealable. *See Kamakana*, 447 F.3d at 1178-1180.

Pursuant to Civil Local Rule 79-5(d), a copy of the Withdrawal Motion Exhibits 3 through 7, 9, and 12 through 20 and 23 to the Adelson Declaration will be lodged with the Court for in camera review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal.

DATED: November 7, 2014

By: */s/ Eliot A. Adelson*

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.