UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-59(d) AND 7-11 RE HITACHI DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND THE STATUTES OF LIMITATIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC | |

1  *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.*,
2  No. 3:11-cv-06275-SC;

3  *Office Depot, Inc. v. Hitachi, Ltd., et al.*,
4  No. 3:11-cv-06276-SC;

5  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC;
6

7  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC;
8

9  *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 3:12-cv-02648-SC;

10 *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-02649-SC;
11
12
13 *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 3:13-cv-00157-SC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING HITACHI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE WITHDRAWAL AND STATUTES OF LIMITATIONS

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917

Upon consideration of Hitachi Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with its Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations and Memorandum of Points and Authorities in Support Thereof, it is hereby ORDERED that the motion is GRANTED. The clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Hitachi Defendants' Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations and Memorandum of Points and Authorities in Support Thereof | The highlighted portions of pp. 3:8-11; 3:14-20; 3:23-4:2; 4:5-10; 4:14-5:2; 5:4-12; 5:16-6:8; 6:15-17; 6:22-23; 10:21-27; 11:11-12:2; 12:5-10; 12:26-28; 13:9-11; 13:16-19; 13:23-14:2; 14:6-12; 14:27-15:3; 17:8-10 |
| Declaration of Eliot A. Adelson in Support of Hitachi Defendants' Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations ("Adelson Decl.") | The highlighted portions of 1:19-2:10; 2:15-18; 2:27-3:15; 3:21-23; 3:24-4:2 |
| Exhibit 3 to the Adelson Decl., Excerpts from the April 15, 2014 Expert Report of Dr. Vandy Howell | Entire Document |
| Exhibit 4 to the Adelson Decl., Excerpts from the September 5, 2014 Deposition of Dr. Janet Netz | Entire Document |
| Exhibit 5 to the Adelson Decl., Excerpts from the September 17, 2014 Deposition of Michael Whinston | Entire Document |
| Exhibit 6 to the Adelson Decl., Excerpts from the October 27, 2014 Deposition of Kenneth Elzinga | Entire Document |
| Exhibit 7 to the Adelson Decl., Excerpts from the July 3, 2012 Deposition of Tom Heiser | Entire Document |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Exhibit 9 to the Adelson Decl., Excerpts from the March 18, 2014 Deposition of Tom Heiser | Entire Document |
| Exhibit 12 to the Adelson Decl., CHU00031123 - Ex. 1266 | Entire Document |
| Exhibit 13 to the Adelson Decl., CHU00031150 - Ex. 1176 | Entire Document |
| Exhibit 14 to the Adelson Decl., CHU00031153 | Entire Document |
| Exhibit 15 to the Adelson Decl., CHU00031155 | Entire Document |
| Exhibit 16 to the Adelson Decl., MTPD-0208436 | Entire Document |
| Exhibit 17 to the Adelson Decl., CHU00031161 | Entire Document |
| Exhibit 20 to the Adelson Decl., HEDUS-CRT00169265 | Entire Document |
| Exhibit 23 to the Adelson Decl., HEDUS-CRT00001721 | Entire Document |

IT IS SO ORDERED.


Dated: _____          _____
                                        Hon. Samuel Conti
                                        United States District Judge