**EXHIBIT 11**

1   MORGAN, LEWIS & BOCKIUS LLP
    KENT M. ROGER, State Bar No. 95987
2   DIANE L. WEBB, State Bar No. 197851
    MICHELLE PARK CHIU, State Bar No. 248421
3   JASON B. ALLEN, State Bar No. 251759
    One Market, Spear Street Tower
4   San Francisco, CA 94105-1126
    Tel: 415.442.1000
5   Fax: 415.442.1001
    E-mail: kroger@morganlewis.com
6           dwebb@morganlewis.com
            mchiu@morganlewis.com
7           jason.allen@morganlewis.com

8   Attorneys for Defendants
    HITACHI, LTD.
9   HITACHI DISPLAYS, LTD.
    HITACHI ASIA, LTD.
10  HITACHI AMERICA, LTD.
    HITACHI ELECTRONIC DEVICES (USA), INC.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16  IN RE CATHODE RAY TUBE (CRT)          Case No. C07-5944 SC
    ANTITRUST LITIGATION
17                                         **MDL NO. 1917**

18                                         Judge: Hon. Samuel Conti

19                                         Special Master: Hon. Charles A. Legge (Ret.)

20  _____    **DECLARATION OF TILLIE LIM IN
                                           SUPPORT OF THE HITACHI**
21  This Document Relates To:              **DEFENDANTS' EVIDENTIARY**
                                           **PROFFER**
    ALL ACTIONS
22

23                    **DECLARATION OF TILLIE LIM**

24       I, Tillie Lim, declare:

25       1.      I am the Associate General Counsel and Secretary of Hitachi America, Ltd.

26  ("HAL"). I make this declaration in support of the Hitachi Defendants' proffer. I have personal

27  knowledge of the facts contained in this declaration, except for those, if any, based on

28  information and belief, and, if called as a witness, would and could competently testify to them.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22081000.4                                                              MDL 1917

2.    Upon information and belief, HAL has never manufactured any CPT or CDT tubes or CPT or CDT finished products.

3.    Upon information and belief, HAL sold CDT computer monitors during the period 2001 to early 2002.  HAL did not sell CDT computer monitors from late 2002 to present.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 7th day of December, 2010, in Tarrytown, New York.

_Tillie Lim_

Tillie Lim

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF TILLIE LIM IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER