Case 4:07-cv-05944-JST   Document 2971-24   Filed 11/07/14   Page 1 of 1

# Exhibit 14
# Filed Under Seal