**EXHIBIT 19**



Copyright 2001 Los Angeles Times
All Rights Reserved
Los Angeles Times

July 27, 2001 Friday
Home Edition

**SECTION:** BUSINESS; Part 3; Financial Desk; Pg. 4

**LENGTH:** 119 words

**HEADLINE:** IN BRIEF / TECHNOLOGY;
Hitachi Will Exit PC Display-Tube Business

**BYLINE:** Reuters

**BODY:**

   Hitachi said it will exit the conventional desktop computer display-tube business, citing sluggish PC demand and a shift to new displays.

   Hitachi said it will halt production of cathode ray tubes used to make computer displays and close plants employing 770 workers in Sakura City, Japan, 950 in Singapore and 1,670 in Johore, Malaysia.

   Hitachi said it is reviewing its options on the sale of the cathode ray tube business, which generated about $470 million in revenue last year.

   A spokesman for Hitachi America said the decision to depart from the tube business would have no effect on Hitachi's ongoing computer monitor business.

   Shares of Hitachi's American depositary receipts fell 77 cents to $84.60 on the NSYE.

**LOAD-DATE:** July 27, 2001