**EXHIBIT 24**

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
CASE NO. 3:07-CV-05944-SC
MDL NO. 1917

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION
_____

This Document Relates to:
ALL ACTIONS
_____/

                    Kenny Nachwalter, P.A.
                    201 South Biscayne Boulevard
                    Suite 1100
                    Miami, Florida 33131
                    Tuesday, November 4th, 2014
                    12:58 p.m. - 1:45 p.m.

         DEPOSITION OF PATRICK BARRETT
    as 30(b)(6) representative of Hitachi, Ltd.

         Taken before Beverly Bourlier James,
Registered Professional Reporter, Certified Realtime
Reporter and Notary Public in and for the State of
Florida at Large, pursuant to Notice of Taking
Deposition filed in the above-mentioned cause.

Page 4

1       MR. RANDALL:  So, Elliott, you agree to
2    stipulate to the witness being sworn in remotely
3    and that the witness is who he says he is?
4       MR. ADELSON:  I do.
5  THEREUPON:
6                PATRICK BARRETT
7  called as a witness on behalf of the Plaintiffs
8  herein, duly sworn and responding "Yes," was examined
9  and testified as follows:
10      MR. ADELSON:  Before we begin, there are a
11   couple things we should put on the record here.
12      MR. RANDALL:  Go ahead.
13      MR. ADELSON:  The first is that the
14   witness here is Mr. Patrick Barrett.  He is the
15   senior vice president and general counsel of
16   Hitachi America who will be testifying on behalf
17   of Hitachi, Ltd., and you and I have discussed and
18   you have agreed that by offering a witness who is
19   in-house counsel to Hitachi America we are in no
20   way waiving any privilege.  None of the questions
21   that you will be asking today seek privileged
22   information nor will we be providing any
23   privileged information.  And just wanted to put
24   that on the record and get your agreement that
25   that is our agreement.

Page 28

1  Electronic Devices (USA), Inc. to increase or
2  decrease prices for the CRTs sold by Hitachi
3  Electronic Devices (USA), Inc.?
4     A.   No.
5     Q.   During the relevant period, did Hitachi
6  Displays, Ltd. have the ability to determine or
7  modify budgetary decisions made by Hitachi Electronic
8  Devices (USA), Inc.?
9     A.   No.
10    Q.   Between January 1, 1995 and September 30,
11 2002, what was the percentage amount, if any, of
12 Hitachi, Ltd.'s ownership share in Shenzhen SEG
13 Hitachi Color Display Devices, Ltd.?
14    A.   Hitachi, Ltd. had a 25 percent ownership
15 share in Shenzhen SEG Hitachi Color Display Devices,
16 Ltd. from January 1, 1995 to September 30, 2002.
17    Q.   Between October 1, 2002 and November 7,
18 2007, what was the percentage amount, if any, of
19 Hitachi, Ltd.'s ownership share in Shenzhen SEG
20 Hitachi Color Display Devices, Ltd.?
21    A.   Hitachi, Ltd. had no ownership share of
22 Shenzhen SEG Hitachi Color Display Devices, Ltd. from
23 October 1, 2002 to November 7, 2007.
24    Q.   Between October 1, 2002 and November 7,
25 2007, what was the percentage amount, if any, of

Page 29

1   Hitachi Display, Ltd.'s ownership share in Shenzhen
2   SEG Hitachi Color Display Devices, Ltd.?
3       A.    Hitachi Displays, Ltd. had a 25 percent
4   ownership share in Shenzhen SEG Hitachi Color Display
5   Devices, Ltd. from October 1, 2002 to November 7,
6   2007.
7       Q.    When, if ever, did Hitachi, Ltd. sell its
8   ownership share in Shenzhen SEG Hitachi Color Display
9   Devices, Ltd.?
10      A.    Hitachi, Ltd.'s Display Group was spun off
11  to form Hitachi Displays, Ltd. on October 1, 2002.
12  At that time, Hitachi, Ltd.'s ownership share in
13  Shenzhen SEG Hitachi Color Display Devices, Ltd. was
14  transferred to Hitachi Displays, Ltd.
15      Q.    When, if ever, did Hitachi Displays, Ltd.
16  sell its ownership share in Shenzhen SEG Hitachi
17  Color Display Devices, Ltd.?
18      A.    Hitachi Displays, Ltd. sold its minority
19  ownership share in Shenzhen SEG Hitachi Color Display
20  Devices, Ltd. through an agreement executed on
21  November 8, 2007.
22      Q.    Between January 1, 1995 and November 7,
23  2007, did Hitachi, Ltd. have the ability to remove
24  officers or directors at Shenzhen SEG Hitachi Color
25  Display Devices, Ltd.?

Page 30

1    A.    No.
2    Q.    Between January 1, 1995 and November 7,
3  2007, did Hitachi, Ltd. have the ability to appoint
4  officers or directors at Shenzhen SEG Hitachi Color
5  Display Devices, Ltd.?
6    A.    From January 1, 1995 to September 30,
7  2002, as a minority shareholder, Hitachi, Ltd. had
8  the ability to appoint three of the seven members of
9  Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
10 board of directors.  From October 1, 2002 through
11 November 7, 2007, Hitachi, Ltd. did not have the
12 ability to appoint any members of Shenzhen SEG
13 Hitachi Color Display Devices' board of directors.
14   Q.    Between January 1, 1995 and November 7,
15 2007, did Hitachi, Ltd. have the ability to hire
16 employees at Shenzhen SEG Hitachi Color Display
17 Devices, Ltd.?
18   A.    No.
19   Q.    Between January 1, 1995 and November 7,
20 2007, did Hitachi, Ltd. have the ability to fire
21 employees at Shenzhen SEG Hitachi Color Display
22 Devices, Ltd.?
23   A.    No.
24   Q.    Between October 1, 2002 and November 7,
25 2007, did Hitachi Displays, Ltd. have the ability to

```
                                                           Page 31

 1     remove officers or directors at Shenzhen SEG Hitachi
 2     Color Display Devices, Ltd.?
 3          A.    From October 1, 2002 to November 7, 2007,
 4     as a minority shareholder, Hitachi Displays had the
 5     ability to remove three of the seven members of
 6     Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
 7     board of directors.  It did not have the ability to
 8     remove any officers.
 9          Q.    Between October 1, 2002 and November 7,
10     2007, did Hitachi Displays, Ltd. have the ability to
11     appoint officers or directors at Shenzhen SEG Hitachi
12     Color Display Devices, Ltd.?
13          A.    From October 1, 2002 to November 7, 2007,
14     as a minority shareholder, Hitachi Displays, Ltd. had
15     the ability to appoint three of the seven members of
16     Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
17     board of directors, but did not have the ability to
18     appoint officers.
19          Q.    Between October 1, 2002 and November 7,
20     2007, did Hitachi Displays, Ltd. have the ability to
21     hire employees at Shenzhen SEG Hitachi Color Display
22     Devices, Ltd.?
23          A.    No.
24          Q.    Between October 1, 2002 and November 7,
25     2007, did Hitachi Displays, Ltd. have the ability to
```

```
                                                          Page 32
 1      fire employees at Shenzhen SEG Hitachi Color Display
 2      Devices, Ltd.?
 3           A.     No.
 4           Q.     During the relevant period, did Shenzhen
 5      SEG Hitachi Color Display Devices, Ltd. manufacture
 6      CRTs?
 7           A.     Yes.
 8           Q.     During the relevant period, did Shenzhen
 9      SEG Hitachi Color Display Devices, Ltd. sell CRTs?
10           A.     Yes.
11           Q.     During the relevant period, did Hitachi,
12      Ltd. have the ability to direct Shenzhen SEG Hitachi
13      Color Display Devices, Ltd. to increase or decrease
14      production quantity levels for the CRTs manufactured
15      by Shenzhen SEG Hitachi Color Display Devices, Ltd.?
16           A.     No.
17           Q.     During the relevant period, did Hitachi,
18      Ltd. have the ability to direct Shenzhen SEG Hitachi
19      color display devices to increase or decrease prices
20      for the CRTs sold by Shenzhen SEG Hitachi Color
21      Display Devices, Ltd.?
22           A.     No.
23           Q.     During the relevant period, did Hitachi,
24      Ltd. have the ability to determine or modify
25      budgetary decisions made by Shenzhen SEG Hitachi
```

Page 33

1  Color Display Devices, Ltd.?
2      A.    No.
3      Q.    During the relevant period, did Hitachi
4  Displays, Ltd. have the ability to direct Shenzhen
5  SEG Hitachi Color Display Devices, Ltd. to increase
6  or decrease production quantity levels for the CRTs
7  manufactured by Shenzhen SEG Hitachi Color Display
8  Devices, Ltd.?
9      A.    No.
10      Q.    During the relevant period, did Hitachi
11  Displays, Ltd. have at ability to direct Shenzhen SEG
12  Hitachi color display devices to increase or decrease
13  prices for the CRTs sold by Shenzhen SEG Hitachi
14  Color Display Devices, Ltd.?
15      A.    No.
16      Q.    During the relevant period, did Hitachi
17  Displays, Ltd. have the ability to determine or
18  modify budgetary decisions made by Shenzhen SEG
19  Hitachi Color Display Devices, Ltd.?
20      A.    No.
21      Q.    For each year from January 1, 1995 through
22  the present, what was the percentage amount, whether
23  direct or indirect, if any, of Hitachi, Ltd.'s
24  ownership interest in Hitachi PC Corporation?
25      A.    From 1995 through 1997, Hitachi, Ltd.

Page 40

1           C E R T I F I C A T E
2
3   STATE OF FLORIDA:
4   COUNTY OF MIAMI-DADE:
5            I, BEVERLY BOURLIER JAMES, a Notary Public
6   for the State of Florida at Large, hereby certify
7   that I reported the deposition of PATRICK BARRETT;
8   and that the foregoing pages constitute a true and
9   correct transcription of my shorthand report of the
10  deposition by said witness on this date.
11           I further certify that I am not an attorney
12  or counsel of any of the parties, nor a relative or
13  employee of any attorney or counsel connected with
14  the action nor financially interested in the action.
15           WITNESS my hand and official seal in the
16  State of Florida, this 4th day of November, 2014.
17
18                   _____
19                   BEVERLY BOURLIER JAMES
                     Registered Professional Reporter
20                   Certified Realtime Reporter
                     Certified LiveNote Reporter
21                   Florida Professional Reporter
                     NCRA Realtime Systems Administrator
22
23
24
25