Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF ELIOT A. ADELSON IN SUPPORT OF HITACHI DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND THE STATUTES OF LIMITATIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC; | |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC

*Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC;

*Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC

I, Eliot A. Adelson, declare as follows:

1.  I am an attorney licensed to practice in the State of California and the Northern District of California. I am a partner with the firm of Kirkland & Ellis LLP, and counsel for Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"). I submit this Declaration in Support of Hitachi Defendants' Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations and Memorandum of Points and Authorities in Support Thereof. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2.  Attached as Exhibit 1 to this Declaration is a true and correct copy of the Declaration of Katsuyuki Kawamura in support of the Hitachi Defendants' Evidentiary Proffer filed on December 7, 2010, ECF No. 820, in the matter *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944, United States District Court, Northern District of California.

3.  Attached as Exhibit 2 to this Declaration is a true and correct copy of the Declaration of Tetsuro Yokoo in support of the Hitachi Defendants' Evidentiary Proffer filed on December 7, 2010, ECF No. 819, in the matter *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944, United States District Court, Northern District of California.

4.  [REDACTED]

5.  [REDACTED]

6.  [REDACTED]

1
2
3     7.   ███████████████████████████
4     ███████████████████████████████
5     ███████████████████████████████
6     ██████████
7     8.   ███████████████████████████
8     ███████████████████████████████
9     ███████████████████████████████
10    ██████

11    9.   Attached as Exhibit 8 to this Declaration is a true and correct copy of the Declaration
12    of Raymond Teng in support of the Hitachi Defendants' Evidentiary Proffer filed on December 7,
13    2010, ECF 822 in the matter, *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944,
14    United States District Court, Northern District of California.

15    10.  ███████████████████████████
16    ███████████████████████████████
17    ███████████████████████████████
18    ██████████

19    11.  Attached as Exhibit 10 to this Declaration is a true and correct copy of the
20    Declaration of L. Thomas Heiser in support of the Hitachi Defendants' Evidentiary Proffer filed on
21    December 7, 2010, ECF No. 825 in the matter, *In Re Cathode Ray Tube (CRT) Antitrust Litigation*,
22    Case No. 07-5944, United States District Court, Northern District of California.

23    12.  Attached as Exhibit 11 to this Declaration is a true and correct copy of the
24    Declaration of Tillie Lim in support of the Hitachi Defendants' Evidentiary Proffer filed on
25    December 7, 2010, ECF No. 823 in the matter, *In Re Cathode Ray Tube (CRT) Antitrust Litigation*,
26    Case No. 07-5944, United States District Court, Northern District of California.

27    13.  ███████████████████████████
28    ███████████████████████████████

1  ████████████████████████████████████████

2  14.  ████████████████████████████████████

3  ████████████████████████████████████████

4  ████████████████████████████████

5  15.  ████████████████████████████████████

6  ████████████████████████████████████████

7  ████████████████████

8  16.  ████████████████████████████████████

9  ████████████████████████████████████████

10 ██████████████████████████████

11 17.  ████████████████████████████████████

12 ████████████████████████████████████████

13 18.  ████████████████████████████████████

14 ████████████████████████████████████████

15 ██████████████████████

16    19.    Attached as Exhibit 18 to this Declaration is a true and correct copy of excerpts from Volume 8, No 31, of Publication *Display Monitor*, dated July 30, 2001 from with document identification numbers HEDUS-CRT00169116 - HEDUS-CRT00169137.

   20.    Attached as Exhibit 19 to this Declaration is a true and correct copy of Los Angeles Times article from July 27, 2001 titled, *"Hitachi will Exit PC Display-Tube Business"*.

21 21.  ████████████████████████████████████

22 ████████████████████████████████████████

23 ████████████████████

24    22.    Attached as Exhibit 21 to this Declaration is a true and correct copy of Warren Communication News article from March 11, 2002 titled, *"Hitachi Sharpens Focus"*.

   23.    Attached as Exhibit 22 to this Declaration is a true and correct copy of Jiji Press, Ltd. article from March 25, 2002 titled, *"Hitachi to Withdraw from CRT TV Production in China"*.

28 24.  ████████████████████████████████████

1 ■
2 ■

25. Attached as Exhibit 24 to this Declaration is a true and correct copy of excerpts from the Deposition of Patrick Barrett taken on November 4, 2014 in the matter, *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944, United States District Court, Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 7, 2014

By: /s/ *Eliot A. Adelson*

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.