# Exhibit 3
# Filed Under Seal

# Exhibit 4
# Filed Under Seal

Case 4:07-cv-05944-JST   Document 2972-4   Filed 11/07/14   Page 3 of 5

# Exhibit 5
# Filed Under Seal

# Exhibit 6
# Filed Under Seal

# Exhibit 7
# Filed Under Seal