**EXHIBIT 8**

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
DIANE L. WEBB, State Bar No. 197851
MICHELLE PARK CHIU, State Bar No. 248421
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
      dwebb@morganlewis.com
      mchiu@morganlewis.com
      jason.allen@morganlewis.com

Attorneys for Defendants
HITACHI, LTD.
HITACHI DISPLAYS, LTD.
HITACHI ASIA, LTD.
HITACHI AMERICA, LTD.
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
| | **MDL NO. 1917** |
| | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To: | **DECLARATION OF RAYMOND TENG IN SUPPORT OF THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER** |
| ALL ACTIONS | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22084489.1

MDL 1917

DECLARATION OF RAYMOND TENG IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER

# DECLARATION OF RAYMOND TENG

I, Raymond Teng, declare:

1.    I am Deputy General Manager, Displays Division of Hitachi Asia, Ltd. ("HAS"). I have been employed by HAS since 1989. Prior to my current position, I also served as Senior Manager of Materials and Control, in charge of shipping and logistics, for HAS from 1999 to 2003. I make this declaration in support of the Hitachi Defendants' proffer. I have personal knowledge of the facts contained in this declaration, except for those, if any, based on information and belief, and, if called as a witness, would and could competently testify to them.

## I.    CPT Tubes

2.    HAS never manufactured color picture tubes ("CPT tubes").

3.    I am informed and believe, based upon my recollection, HAS had been selling CPT tubes since its incorporation on February 1989 until in or around April 2000.

4.    At all times relevant here, HAS's sales territory for CPT tubes was Asia. The United States is not, and never was, within HAS's sales territory.

## II.    CDT Tubes

5.    HAS never manufactured color display tubes ("CDT tubes").

6.    I am informed and believe, based upon my recollection, HAS had been selling CDT tubes since its incorporation on February 1989 until June, 27 2002.

7.    At all times relevant here, HAS's sales territory for CDT tubes was Asia. The United States is not, and never was, within HAS's sales territory.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 7th day of December, 2010, in Singapore.

_____
RAYMOND TENG

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22084489.1    -2-    MDL 1917
DECLARATION OF RAYMOND TENG IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER