# Exhibit 12
# Filed Under Seal

# Exhibit 13
# Filed Under Seal

# Exhibit 14
# Filed Under Seal

# Exhibit 15
# Filed Under Seal

# Exhibit 16
# Filed Under Seal

# Exhibit 17
# Filed Under Seal