**EXHIBIT 24**

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
CASE NO. 3:07-CV-05944-SC
MDL NO. 1917

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION
_____
This Document Relates to:
ALL ACTIONS
_____/

Kenny Nachwalter, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tuesday, November 4th, 2014
12:58 p.m. - 1:45 p.m.

DEPOSITION OF PATRICK BARRETT
as 30(b)(6) representative of Hitachi, Ltd.

Taken before Beverly Bourlier James, Registered Professional Reporter, Certified Realtime Reporter and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above-mentioned cause.

Page 4

1      MR. RANDALL:  So, Elliott, you agree to
2   stipulate to the witness being sworn in remotely
3   and that the witness is who he says he is?
4      MR. ADELSON:  I do.
5   THEREUPON:
6                    PATRICK BARRETT
7   called as a witness on behalf of the Plaintiffs
8   herein, duly sworn and responding "Yes," was examined
9   and testified as follows:
10     MR. ADELSON:  Before we begin, there are a
11  couple things we should put on the record here.
12     MR. RANDALL:  Go ahead.
13     MR. ADELSON:  The first is that the
14  witness here is Mr. Patrick Barrett.  He is the
15  senior vice president and general counsel of
16  Hitachi America who will be testifying on behalf
17  of Hitachi, Ltd., and you and I have discussed and
18  you have agreed that by offering a witness who is
19  in-house counsel to Hitachi America we are in no
20  way waiving any privilege.  None of the questions
21  that you will be asking today seek privileged
22  information nor will we be providing any
23  privileged information.  And just wanted to put
24  that on the record and get your agreement that
25  that is our agreement.

Page 28

1  Electronic Devices (USA), Inc. to increase or
2  decrease prices for the CRTs sold by Hitachi
3  Electronic Devices (USA), Inc.?
4       A.    No.
5       Q.    During the relevant period, did Hitachi
6  Displays, Ltd. have the ability to determine or
7  modify budgetary decisions made by Hitachi Electronic
8  Devices (USA), Inc.?
9       A.    No.
10      Q.    Between January 1, 1995 and September 30,
11 2002, what was the percentage amount, if any, of
12 Hitachi, Ltd.'s ownership share in Shenzhen SEG
13 Hitachi Color Display Devices, Ltd.?
14      A.    Hitachi, Ltd. had a 25 percent ownership
15 share in Shenzhen SEG Hitachi Color Display Devices,
16 Ltd. from January 1, 1995 to September 30, 2002.
17      Q.    Between October 1, 2002 and November 7,
18 2007, what was the percentage amount, if any, of
19 Hitachi, Ltd.'s ownership share in Shenzhen SEG
20 Hitachi Color Display Devices, Ltd.?
21      A.    Hitachi, Ltd. had no ownership share of
22 Shenzhen SEG Hitachi Color Display Devices, Ltd. from
23 October 1, 2002 to November 7, 2007.
24      Q.    Between October 1, 2002 and November 7,
25 2007, what was the percentage amount, if any, of

1   Hitachi Display, Ltd.'s ownership share in Shenzhen
2   SEG Hitachi Color Display Devices, Ltd.?
3       A.    Hitachi Displays, Ltd. had a 25 percent
4   ownership share in Shenzhen SEG Hitachi Color Display
5   Devices, Ltd. from October 1, 2002 to November 7,
6   2007.
7       Q.    When, if ever, did Hitachi, Ltd. sell its
8   ownership share in Shenzhen SEG Hitachi Color Display
9   Devices, Ltd.?
10      A.    Hitachi, Ltd.'s Display Group was spun off
11  to form Hitachi Displays, Ltd. on October 1, 2002.
12  At that time, Hitachi, Ltd.'s ownership share in
13  Shenzhen SEG Hitachi Color Display Devices, Ltd. was
14  transferred to Hitachi Displays, Ltd.
15      Q.    When, if ever, did Hitachi Displays, Ltd.
16  sell its ownership share in Shenzhen SEG Hitachi
17  Color Display Devices, Ltd.?
18      A.    Hitachi Displays, Ltd. sold its minority
19  ownership share in Shenzhen SEG Hitachi Color Display
20  Devices, Ltd. through an agreement executed on
21  November 8, 2007.
22      Q.    Between January 1, 1995 and November 7,
23  2007, did Hitachi, Ltd. have the ability to remove
24  officers or directors at Shenzhen SEG Hitachi Color
25  Display Devices, Ltd.?

```
                                                             Page 30
 1        A.    No.
 2        Q.    Between January 1, 1995 and November 7,
 3   2007, did Hitachi, Ltd. have the ability to appoint
 4   officers or directors at Shenzhen SEG Hitachi Color
 5   Display Devices, Ltd.?
 6        A.    From January 1, 1995 to September 30,
 7   2002, as a minority shareholder, Hitachi, Ltd. had
 8   the ability to appoint three of the seven members of
 9   Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
10   board of directors.  From October 1, 2002 through
11   November 7, 2007, Hitachi, Ltd. did not have the
12   ability to appoint any members of Shenzhen SEG
13   Hitachi Color Display Devices' board of directors.
14        Q.    Between January 1, 1995 and November 7,
15   2007, did Hitachi, Ltd. have the ability to hire
16   employees at Shenzhen SEG Hitachi Color Display
17   Devices, Ltd.?
18        A.    No.
19        Q.    Between January 1, 1995 and November 7,
20   2007, did Hitachi, Ltd. have the ability to fire
21   employees at Shenzhen SEG Hitachi Color Display
22   Devices, Ltd.?
23        A.    No.
24        Q.    Between October 1, 2002 and November 7,
25   2007, did Hitachi Displays, Ltd. have the ability to
```

```
                                                   Page 31

 1    remove officers or directors at Shenzhen SEG Hitachi
 2    Color Display Devices, Ltd.?
 3         A.    From October 1, 2002 to November 7, 2007,
 4    as a minority shareholder, Hitachi Displays had the
 5    ability to remove three of the seven members of
 6    Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
 7    board of directors.  It did not have the ability to
 8    remove any officers.
 9         Q.    Between October 1, 2002 and November 7,
10    2007, did Hitachi Displays, Ltd. have the ability to
11    appoint officers or directors at Shenzhen SEG Hitachi
12    Color Display Devices, Ltd.?
13         A.    From October 1, 2002 to November 7, 2007,
14    as a minority shareholder, Hitachi Displays, Ltd. had
15    the ability to appoint three of the seven members of
16    Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
17    board of directors, but did not have the ability to
18    appoint officers.
19         Q.    Between October 1, 2002 and November 7,
20    2007, did Hitachi Displays, Ltd. have the ability to
21    hire employees at Shenzhen SEG Hitachi Color Display
22    Devices, Ltd.?
23         A.    No.
24         Q.    Between October 1, 2002 and November 7,
25    2007, did Hitachi Displays, Ltd. have the ability to
```

1   fire employees at Shenzhen SEG Hitachi Color Display
2   Devices, Ltd.?
3         A.    No.
4         Q.    During the relevant period, did Shenzhen
5   SEG Hitachi Color Display Devices, Ltd. manufacture
6   CRTs?
7         A.    Yes.
8         Q.    During the relevant period, did Shenzhen
9   SEG Hitachi Color Display Devices, Ltd. sell CRTs?
10        A.    Yes.
11        Q.    During the relevant period, did Hitachi,
12  Ltd. have the ability to direct Shenzhen SEG Hitachi
13  Color Display Devices, Ltd. to increase or decrease
14  production quantity levels for the CRTs manufactured
15  by Shenzhen SEG Hitachi Color Display Devices, Ltd.?
16        A.    No.
17        Q.    During the relevant period, did Hitachi,
18  Ltd. have the ability to direct Shenzhen SEG Hitachi
19  color display devices to increase or decrease prices
20  for the CRTs sold by Shenzhen SEG Hitachi Color
21  Display Devices, Ltd.?
22        A.    No.
23        Q.    During the relevant period, did Hitachi,
24  Ltd. have the ability to determine or modify
25  budgetary decisions made by Shenzhen SEG Hitachi

Page 33

1  Color Display Devices, Ltd.?
2       A.    No.
3       Q.    During the relevant period, did Hitachi
4  Displays, Ltd. have the ability to direct Shenzhen
5  SEG Hitachi Color Display Devices, Ltd. to increase
6  or decrease production quantity levels for the CRTs
7  manufactured by Shenzhen SEG Hitachi Color Display
8  Devices, Ltd.?
9       A.    No.
10      Q.    During the relevant period, did Hitachi
11 Displays, Ltd. have at ability to direct Shenzhen SEG
12 Hitachi color display devices to increase or decrease
13 prices for the CRTs sold by Shenzhen SEG Hitachi
14 Color Display Devices, Ltd.?
15      A.    No.
16      Q.    During the relevant period, did Hitachi
17 Displays, Ltd. have the ability to determine or
18 modify budgetary decisions made by Shenzhen SEG
19 Hitachi Color Display Devices, Ltd.?
20      A.    No.
21      Q.    For each year from January 1, 1995 through
22 the present, what was the percentage amount, whether
23 direct or indirect, if any, of Hitachi, Ltd.'s
24 ownership interest in Hitachi PC Corporation?
25      A.    From 1995 through 1997, Hitachi, Ltd.

1            C E R T I F I C A T E
2
3     STATE OF FLORIDA:
4     COUNTY OF MIAMI-DADE:
5            I, BEVERLY BOURLIER JAMES, a Notary Public
6     for the State of Florida at Large, hereby certify
7     that I reported the deposition of PATRICK BARRETT;
8     and that the foregoing pages constitute a true and
9     correct transcription of my shorthand report of the
10    deposition by said witness on this date.
11            I further certify that I am not an attorney
12    or counsel of any of the parties, nor a relative or
13    employee of any attorney or counsel connected with
14    the action nor financially interested in the action.
15            WITNESS my hand and official seal in the
16    State of Florida, this 4th day of November, 2014.
17
18            _____
19            BEVERLY BOURLIER JAMES
              Registered Professional Reporter
20            Certified Realtime Reporter
              Certified LiveNote Reporter
21            Florida Professional Reporter
              NCRA Realtime Systems Administrator
22
23
24
25