UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**[PROPOSED] ORDER GRANTING THE HITACHI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND THE STATUTES OF LIMITATIONS** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC | |

1  *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,*
2  No. 3:11-cv-06275-SC;

3  *Office Depot, Inc. v. Hitachi, Ltd., et al.,*
4  No. 3:11-cv-06276-SC;

5  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC;
6

7  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;
8

9  *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

10  *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;
11
12

13  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC

[PROPOSED] ORDER GRANTING HITACHI'S MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND STATUTES OF LIMITATIONS

2

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917

After full consideration of the evidence, briefs and authorities, and oral argument of counsel, the Court finds that there is no triable issue of material fact as to the causes of action asserted in the operative complaints of the Indirect Purchaser Plaintiffs and each of the Direct Action Plaintiffs in the above-captioned cases as to Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd. ("HDP"), Hitachi Asia, Ltd. ("HAS"), Hitachi America, Ltd. ("HAL") and Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Defendants"). The Hitachi Defendants are therefore entitled to judgment as a matter of law.

IT IS HEREBY ORDERED that the Hitachi Defendants' Motion For Summary Judgment Based Upon Withdrawal And The Statutes of Limitations is GRANTED:

1) The Hitachi Defendants are not subject to liability for any acts in furtherance of the alleged conspiracy after March 20, 2003, when the Hitachi Defendants exited the CRT industry and therefore withdrew from the alleged conspiracy.

2) With the exception of claims under Wisconsin and Vermont law, all claims of the Indirect Purchaser Plaintiffs and each of the Direct Action Plaintiffs in the above-captioned cases against the Hitachi Defendants are barred in their entirety by the applicable statutes of limitations and are dismissed because they were filed more than four years after the Hitachi Defendants exited the CRT industry and withdrew from the alleged conspiracy. With respect to the state-law claims under Wisconsin and Vermont law, which are subject to six-year statutes of limitations, all such claims arising outside the limitations period are barred and dismissed.

IT IS SO ORDERED.

Dated: _____

Hon. Samuel Conti
United States District Judge