1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  jsanders@gibsondunn.com
   RACHEL S. BRASS, SBN 219301
3  rbrass@gibsondunn.com
   AUSTIN SCHWING, SBN 211696
4  aschwing@gibsondunn.com
   555 Mission Street, Suite 3000
5  San Francisco, CA 94105
   Telephone: (415) 393-8200
6  Facsimile: (415) 986-5309

7  Attorneys for Defendants
   CHUNGHWA PICTURE TUBES, LTD. and
8  CHUNGHWA PICTURE TUBES (MALAYSIA)
   SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*CompuCom Sys., Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06396-SC<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275-SC<br><br>*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC<br><br>*P.C. Richard & Son Long Island Corp. et al. v. Hitachi, Ltd. et al.*, No. 3:12-cv-02648-SC<br><br>*Sears, Roebuck and Co. et al. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC | **DECLARATION OF WANG CHI CHENG IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS ON DUE PROCESS GROUNDS**<br><br>Date:     February 6, 2015<br>Time:    10:00 A.M.<br>Judge:   Hon. Samuel Conti |

1

I, Wang Chi Cheng, hereby declare and state as follows:

1. My current position with Chunghwa Picture Tubes, Ltd. ("CPT") is CFO in the Finance Department. I am a resident of Taiwan. I am an adult over eighteen (18) years of age. The statements in this Declaration are based on my own personal knowledge, and if called as a witness I could, and would, testify competently that the matters set forth herein are true.

2. CPT and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. ("CPTM") have produced transactional sales data in this litigation to the Direct Action Plaintiffs. Based on my review of that data, CPT and CPTM made sales during the alleged relevant period in the states of Illinois, Iowa, New York, California, and North Carolina as follows: 0.001% of their total cathode ray tube sales during the relevant period were in Illinois (CPT and CPTM color display tube sales of less than 3,000 units to three customers in 1998-2000 and 2004); 0.002% in Iowa (CPTM color picture tube sales of about 5,000 units to one customer in 2005); 0.012% in New York (CPT color display tube sales of less than 25,000 units to two customers in 1994, 1997, and 1998); approximately 0.21% in California (500,000 tubes to a handful of customers); and approximately 0.44% in North Carolina (CPT color display tubes of around 700,000 to a single customer from 1994-1997).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of November, 2014, at Taoyuan, Taiwan.

_____
(printed name)

_____
(signature)

2

DECLARATION OF WANG CHI CHENG IN SUPPORT OF CPT AND CPTM'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' STATE LAW CLAIMS ON DUE PROCESS GROUNDS – MASTER CASE NO. 07-CV-5944 SC

Gibson, Dunn & Crutcher LLP