GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*CompuCom Sys., Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06396-SC<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275-SC<br><br>*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC<br><br>*P.C. Richard & Son Long Island Corp. et al. v. Hitachi, Ltd. et al.*, No. 3:12-cv-02648-SC<br><br>*Sears, Roebuck and Co. et al. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC | **DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS ON DUE PROCESS GROUNDS**<br><br>Date:  February 6, 2015<br>Time:  10:00 A.M.<br>Judge:  Hon. Samuel Conti |

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF CPT AND CPTM'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' STATE LAW CLAIMS ON DUE PROCESS GROUNDS – MASTER CASE NO. 07-CV-5944 SC

I, Rachel S. Brass, hereby declare as follows:

1.     I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. ("CPT") and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. ("CPTM") in the above-referenced action.

2.     I submit this declaration in support of Defendants CPT and CPTM's Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3.     Attached as **Exhibit A** is a true and correct copy of cited excerpts from the certified deposition transcript of Dr. James McClave, which took place on June 25, 2014.

4.     Attached as **Exhibit B** is a true and correct copy of cited excerpts from the certified deposition transcript of Dr. Alan S. Frankel, which took place on July 10, 2014.

5.     Attached as **Exhibit C** is a true and correct copy of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.Com, L.L.C., and Magnolia Hi-Fi, Inc.'s Responses to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s First Set of Requests for Admission, dated March 10, 2014.

6.     Attached as **Exhibit D** is a true and correct copy of Plaintiff Interbond Corporation of America's (Brandsmart) Objections and Responses to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s First Set of Requests for Admission, dated March 10, 2014.

7.     Attached as **Exhibit E** is a true and correct copy of Plaintiff CompuCom Systems, Inc.'s Objections and Responses to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s First Set of Requests for Admission, dated March 10, 2014.

8.     Attached as **Exhibit F** is a true and correct copy of Plaintiff Office Depot, Inc.'s Objections and Responses to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s First Set of Requests for Admission, dated March 10, 2014.

9. Attached as **Exhibit G** is a true and correct copy of Plaintiffs P.C. Richard & Son Long Island Corporation's; MARTA Cooperative of America, Inc.'s; and ABC Appliance, Inc.'s Objections and Responses to Chunghwa Picture Tubes, Ltd.'s and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s First Set of Requests for Admission, dated March 10, 2014.

10. Attached as **Exhibit H** is a true and correct copy of Plaintiff Target Corp.'s Responses and Objections to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s First Set of Requests for Admission, dated March 10, 2014.

11. Attached as **Exhibit I** is a true and correct copy of Plaintiffs Sears, Roebuck and Co. & Kmart Corp.'s Objections and Responses to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes Malaysia Sdn. Bhd.'s First Set of Requests for Admission, dated March 10, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of November 2014, at San Francisco, California.

By:   /s/ *Rachel S. Brass*
         Rachel S. Brass

101824322.3

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF CPT AND CPTM'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' STATE LAW CLAIMS ON DUE PROCESS GROUNDS – MASTER CASE NO. 07-CV-5944 SC