# Exhibit A

Page 1

1           IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2                  SAN FRANCISCO DIVISION

3

4
   IN RE:  CATHODE RAY TUBE
5  (CRT) ANTITRUST LITIGATION

6
     Master File No.
7  3:07-cv-05944 SC
       MDL NO. 1917
8    Judge:  Hon. Samuel Conti

9

10
         VIDEOTAPED DEPOSITION OF JAMES MCCLAVE, Ph.D.
11
           Taken on Behalf of the Defendant
12

13
        DATE TAKEN:         Wednesday, June 25, 2014
14
        TIME:               9:00 a.m. - 1:50 p.m.
15
        PLACE:              Greenberg Traurig
16                          450 South Orange Avenue
                            Orlando, Florida
17

18

19

20

21
             STENOGRAPHICALLY REPORTED BY:
22               NORA KELLY-MEOLA, RPR

23

24

25         Job No. 80760

TSG Reporting - Worldwide - 877-702-9580

```
 1    APPEARANCES:
      Counsel for Plaintiff and the witness:
 2        Philip Iovieno
          Anne Nardacci
 3        Kyle Smith
          Boies Schiller & Flexner
 4        30 South Pearl Street
          Albany, NY 12207
 5

 6
      Counsel for Plaintiff, Philips:
 7        Charles Loughlin
          Baker Botts
 8        1299 Pennsylvania Avenue Northwest
          Washington, DC 20004
 9
10    Counsel for Plaintiff, ViewSonic Corp and Target Corp.:
          Robert McNary
11        Crowell & Moring
          515 South Flower Street
12        Los Angeles, CA 90071

13
14    Counsel for Plaintiff and the witness:
          Jonathan Weiss
15        Klee Tuchin Bogdanoff & Stern
          1999 Avenue of the Stars
16        Los Angeles, CA 90067

17
18    Counsel for Plaintiff, Mitsubishi:
          John Lahad
19        Susman Godfrey
          1000 Louisiana
20        Houston, TX 77002

21
22    Counsel for Defendant, Panasonic:
          Jeffrey Kessler
23        Jennifer Stewart
          Winston & Strawn
24        200 Park Avenue
          New York, NY 10166
25
```

```
 1    Counsel for Defendant, Samsung SDI:
          James McGinnis
 2        Sheppard Mullin Richter & Hampton
          Four Embarcadero Center
 3        San Francisco, CA 94111

 4

 5    Counsel for Defendant, LG:
          William Temko
 6        Munger Tolles & Olson
          355 South Grand Avenue
 7        Los Angeles, CA 90071

 8

 9     Counsel for Defendant, Chunghwa Picture Tube:
          Rachel Brass
10        Gibson Dunn & Crutcher
          555 Mission Street
11        San Francisco, CA 94105

12
      Counsel for Defendant, Mitsubishi:
13        Lucius Lau
          White & Case
14        701 Thirteenth Street Northwest
          Washington, DC 20005
15

16    Counsel for Defendant, Hitachi:
          Matthew Hertko
17        Kirkland & Ellis
          300 North LaSalle
18        Chicago, IL 60654
          Appeared via telephone conference call
19

20

21    Counsel for State of California:
          Paul Moore, III
22        Deputy Attorney General - State of California
          455 Golden Gate Avenue
23        San Francisco, CA 94012
          Appeared via telephone conference call
24

25
```

 1   Counsel for Defendant, Mitsubishi Electric:
          Shaun Van Horn
 2        Jenner & Block
          353 North Clark Street
 3        Chicago, IL 60654
          Appeared via telephone conference call
 4

 5   ALSO PRESENT:

 6        Jamie Hollingsworth, Videographer

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Q.   So in your experience when you're looking at
2    price, it is common to use a log-log model of cost and
3    demand factors?
4    A.   Yes.  In my experience it's common.
5         MR. MCGINNIS:  I don't have any other questions
6    for you.  Thank you.
7         MR. TEMKO:  I have no questions.
8         MS. BRASS:  I have just a couple.
9                    CROSS-EXAMINATION
10   BY MS. BRASS:
11   Q.   Hello, Dr. McClave.  I'm Rachel Brass.  I'm
12   from Gibson, Dunn & Crutcher, the Chunghwa Picture Tube
13   defendants.
14   A.   Hello.
15   Q.   Hello.  Just to make sure I understand your
16   report, do you attempt to offer an opinion on the
17   traceability of tubes sold by Chunghwa Pictures Tubes to
18   particular tube customers or to the plaintiffs for whom
19   you have submitted your report?
20   A.   Did I understand you to ask about
21   traceability --
22   Q.   Exactly.
23   A.   -- following the tube?
24   Q.   Yeah.  Do you offer an opinion on that?
25   A.   No.

1  Q.  Okay.  Do you know or did you study what
2  proportion of purchases made by any of the plaintiffs in
3  your report included Chunghwa Picture Tubes as tubes?
4  A.  So make sure I understand it, the finished
5  products that purchased by plaintiffs, is that what
6  you're asking about?
7  Q.  Uh-hum.  Did you study what percentage of tubes
8  in the products they purchased were Chunghwa Pictures
9  Tubes tubes?
10  A.  No.
11       MS. BRASS:  Okay.  I think those are all my
12  questions.  Thank you.
13       THE WITNESS:  Sure.
14       MR. LOUGHLIN:  No questions.
15       MS. BRASS:  Does anyone on the phone have any
16  questions?
17       MR. KESSLER:  Does anyone on the phone have any
18  questions?
19       MR. MOORE:  This is Paul Moore for one of the
20  defendants, we just have a couple of questions.
21       MR. KESSLER:  You can go.  Please proceed.
22                    CROSS-EXAMINATION
23  BY MR. MOORE:
24  Q.  Thank you.  Dr. McClave, did you do anything to
25  evaluate the effects of differing levels of vertical

1  DEPONENT'S ERRATA SHEET AND SIGNATURE INSTRUCTIONS
2
3
4
5
6
7
8
9
10
11
12           INSTRUCTIONS TO DEPONENT
13
14       After reading this volume of your deposition,
15   indicate any corrections or changes to your testimony
16   and the reasons therefor on the Errata Sheet supplied to
17   you and sign it.  DO NOT make marks or notations on the
18   transcript volume itself.
19
20   *** REPLACE THIS PAGE OF THE TRANSCRIPT WITH THE
21   COMPLETED AND SIGNED ERRATA SHEET WHEN RECEIVED.
22
23
24
25

Page 148

1  ATTACH TO THE DEPOSITION OF JAMES MCCLAVE, Ph.D.
   CASE:  In re: CRT Antitrust litigation
2  CASE NO.:  3:07-cv-05944-SC

3

4                        ERRATA SHEET

5      I, JAMES MCCLAVE, Ph.D., have read the foregoing

6  deposition given by me on Wednesday, June 25, 2014, in

7  Orlando, Florida, and the following corrections, if any,

8  should be made in the transcript:

9  PAGE    LINE            CORRECTION AND REASON THEREFOR

10

11

12

13

14

15

16

17       Subject to the above corrections, if any, my

18  testimony reads as given by me in the foregoing

19  deposition.

20          SIGNED at _____ Florida, this

21  _____ day of _____, 20___.

22                              _____

23                              JAMES MCCLAVE, Ph.D.

24

25

```
 1                CERTIFICATE OF REPORTER OATH
 2
 3     STATE OF FLORIDA
 4     COUNTY OF POLK
 5
 6           I, the undersigned authority, hereby certify
 7     that the witness named herein personally appeared before
 8     me and was duly sworn.
 9
10           WITNESS my hand and official seal this 8th day
11     of July 2014.
12
13
14
15
16           _____
17           NORA KELLY-MEOLA, RPR, CLR
18           NOTARY PUBLIC - STATE OF FLORIDA
19           MY COMMISSION NO.  FF 065827
20           EXPIRES: NOVEMBER 27, 2017
21           SCLAFANI WILLIAMS COURT REPORTERS, INC.
22
23
24
25
```

Page 150

1                REPORTER'S DEPOSITION CERTIFICATE

2

3     STATE OF FLORIDA

4     COUNTY OF POLK

5

6         I, Nora Kelly-Meola, Shorthand Reporter and

7     Notary Public in and for the State of Florida at large,

8     hereby certify that the witness appeared before me for

9     the taking of the foregoing deposition, and that I was

10    authorized to and did stenographically and

11    electronically report the deposition, and that the

12    transcript is a true and complete record of my

13    stenographic notes and recordings thereof.

14         I FURTHER CERTIFY that I am neither an attorney,

15    nor counsel for the parties to this cause, nor a

16    relative or employee of any attorney or party connected

17    with this litigation, nor am I financially interested in

18    the outcome of this action.

19         DATED THIS 8th day of July 2014 at Lakeland,

20    Polk County, Florida.

21

22

23         _____
           Nora Kelly-Meola
24         SCLAFANI WILLIAMS COURT REPORTERS, INC.

25