UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-59(d) AND 7-11 RE HITACHI PARTIES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON THE LACK OF EVIDENCE OF PARTICIPATION IN THE ALLEGED CONSPIRACY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC | |

1  *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,*
2  No. 3:11-cv-06275-SC;

3  *Office Depot, Inc. v. Hitachi, Ltd., et al.,*
4  No. 3:11-cv-06276-SC;

5  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC;
6

7  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;
8

9  *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

10 *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;
11

12 *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING HITACHI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE THE LACK OF EVIDENCE OF PARTICIPATION

2

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917

Upon consideration of Hitachi Parties' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with its Notice of Motion and Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy and Memorandum of Points and Authorities in Support Thereof, it is hereby ORDERED that the motion is GRANTED.  The clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Hitachi Parties' Notice of Motion and Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy and Memorandum of Points and Authorities in Support Thereof | The highlighted portions of 3:3-8; 3:14-19; 4:3-10; 4:17-4:27; 5:6-9; 5:14-18; 5:27-6:6; 7:16-8:8; 8:11-9:8; 9:12-17; 15:6-11; 15:13-16:1 |
| Declaration of Eliot A. Adelson in Support of Hitachi Parties' Notice of Motion and Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy ("Adelson Decl.") | The highlighted portions of 1:15-4:6; 2:15-4:26 |
| Exhibit 2 to the Adelson Decl., Excerpts from the April 15, 2014 Expert Report of Dr. Vandy Howell | Entire Document |
| Exhibit 3 to the Adelson Decl., Excerpts from the September 5, 2014 Deposition of Dr. Janet Netz | Entire Document |
| Exhibit 4 to the Adelson Decl., Excerpts from the September 17, 2014 Deposition of Michael Whinston | Entire Document |
| Exhibit 5 to the Adelson Decl., Excerpts from the October 27, 2014 Deposition of Kenneth Elzinga | Entire Document |
| Exhibit 6 to the Adelson Decl., Excerpts from the July 3, 2012 Deposition of Tom Heiser | Entire Document |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Exhibit 9 to the Adelson Decl., Excerpts from the March 11, 2014 Deposition of Noburu Toyama | Entire Document |
| Exhibit 10 to the Adelson Decl., Excerpts from the June 12, 2013 Deposition of Kenichi Hazuku | Entire Document |
| Exhibit 11 to the Adelson Decl., Supplemental Exhibit A to Various DAP Interrogatory Responses, September 5, 2014 | Entire Document |
| Exhibit 12 to the Adelson Decl., Excerpts from the July 11, 2014 Deposition of Thom Schmitt | Entire Document |
| Exhibit 13 to the Adelson Decl., HDP-CRT00023501 | Entire Document |
| Exhibit 14 to the Adelson Decl., HEDUS-CRT00181624 | Entire Document |
| Exhibit 15 to the Adelson Decl., Excerpts from the July 12, 2012 Deposition of Yasu Hisa Takeda | Entire Document |
| Exhibit 16 to the Adelson Decl., Excerpts from the February 27, 2014 Deposition of Jing Song Lu | Entire Document |
| Exhibit 17 to the Adelson Decl., Excerpts from the February 27, 2014 Deposition of In Hwan Song | Entire Document |
| Exhibit 18 to the Adelson Decl., Excerpts from the February 5, 2013 Deposition of Michael Son | Entire Document |
| Exhibit 19 to the Adelson Decl., Excerpts from the January 16, 2013 Dae Eui Lee | Entire Document |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Exhibit 20 to the Adelson Decl., Excerpts from the March 27, 2013 Deposition of Deok-Yun Kim | Entire Document |
| Exhibit 21 to the Adelson Decl., Excerpts from the July 3, 2013 Deposition of Yasuki Yamamoto | Entire Document |
| Exhibit 22 to the Adelson Decl., Excerpts from the May 8-9, 2014 Deposition of Chih-Yen Hsu | Entire Document |
| Exhibit 23 to the Adelson Decl., Excerpts from the June 19, 2013 Deposition of Hoon Choi | Entire Document |
| Exhibit 24 to the Adelson Decl., Excerpts from the April 15, 2014 Expert Report of Dr. Kenneth Elzinga | Entire Document |
| Exhibit 25 to the Adelson Decl., Excerpts from the April 15, 2014 Expert Report of Dr. Janet Netz | Entire Document |
| Exhibit 26 to the Adelson Decl., Excerpts from the April 15, 2014 Expert Report of Dr. Jerry Hausman | Entire Document |

IT IS SO ORDERED.


Dated: _____                    _____
                                                  Hon. Samuel Conti
                                                  United States District Judge