**EXHIBIT 8**

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
DIANE L. WEBB, State Bar No. 197851
MICHELLE PARK CHIU, State Bar No. 248421
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
dwebb@morganlewis.com
mchiu@morganlewis.com
jason.allen@morganlewis.com

Attorneys for Defendants
HITACHI, LTD.
HITACHI DISPLAYS, LTD.
HITACHI ASIA, LTD.
HITACHI AMERICA, LTD.
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
|---|---|
| | **MDL NO. 1917** |
| | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To:<br><br>ALL ACTIONS | **DECLARATION OF TILLIE LIM IN SUPPORT OF THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER** |

### DECLARATION OF TILLIE LIM

I, Tillie Lim, declare:

1. I am the Associate General Counsel and Secretary of Hitachi America, Ltd. ("HAL"). I make this declaration in support of the Hitachi Defendants' proffer. I have personal knowledge of the facts contained in this declaration, except for those, if any, based on information and belief, and, if called as a witness, would and could competently testify to them.

DB2/22081000.4

DECLARATION OF TILLIE LIM IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER

MDL 1917

2. Upon information and belief, HAL has never manufactured any CPT or CDT tubes or CPT or CDT finished products.

3. Upon information and belief, HAL sold CDT computer monitors during the period 2001 to early 2002. HAL did not sell CDT computer monitors from late 2002 to present.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 7th day of December, 2010, in Tarrytown, New York.

*[signature]*

Tillie Lim

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22081000.4 -2- MDL 1917
DECLARATION OF TILLIE LIM IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER