# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**[PROPOSED] ORDER GRANTING HITACHI PARTIES' MOTION FOR SUMMARY JUDGMENT BASED UPON THE LACK OF EVIDENCE OF PARTICIPATION IN THE ALLEGED CONSPIRACY** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC | |

[PROPOSED] ORDER GRANTING HITACHI'S MOTION FOR SUMMARY JUDGMENT BASED UPON THE LACK OF EVIDENCE OF PARTICIPATION IN THE ALLEGED CONSPIRACY

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917

1
2   *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,*
3   No. 3:11-cv-06275-SC;

4   *Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC;
5
6   *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC;

7
8   *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;

9   *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;
10
11  *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;
12
13  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| [PROPOSED] ORDER GRANTING HITACHI'S MOTION FOR SUMMARY JUDGMENT BASED UPON THE LACK OF EVIDENCE OF PARTICIPATION IN THE ALLEGED CONSPIRACY | CASE NO.: 3:07-cv-05944-SC<br>MDL NO.: 1917 |
|---|---|

After full consideration of the evidence, briefs and authorities, and oral argument of counsel, the Court finds that there is no triable issue of material fact as to the causes of action asserted in the operative complaints of the Indirect Purchaser Plaintiffs and each of the Direct Action Plaintiffs in the above-captioned cases as to Hitachi America, Ltd. ("HAL"), Hitachi Displays, Ltd. ("HDP"), and Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Parties"). The Hitachi Parties are therefore entitled to judgment as a matter of law.

IT IS HEREBY ORDERED that the Hitachi Parties' Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy is GRANTED:

1) All claims of the Indirect Purchaser Plaintiffs and each of the Direct Action Plaintiffs in the above-captioned cases against the Hitachi Parties are dismissed.

IT IS SO ORDERED.

Dated: _____

Hon. Samuel Conti
United States District Judge