White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05502<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397<br><br>*Costco Wholesale Corp. v. Technicolor SA*, Case No. 13-cv-05723<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05724<br><br>*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275<br><br>*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276 | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725

*Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514

*Target Corp. v. Technicolor SA, et al.*, Case No. 3:13-cv-05686

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157

*Schultze Agency Services, LLC on behalf of Tweeter Oopco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02649

*Schultze Agency Services, LLC on behalf of Tweeter Oopco, LLC and Tweeter Newco, LLC v. Technicolor SA, et al.*, Case No. 3:13-cv-05668

*ViewSonic Corp. v. Chunghwa Pictures Tubes, Ltd., et al.*, Case No. 3:14-cv-02510

Upon consideration of The Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Administrative Motion"), submitted in connection with the Defendants' Notice of Motion and Motion for Summary Judgment on Plaintiffs' Umbrella Damages ("Defendants' Motion") and the Declaration of Lucius B. Lau in Support of the Defendants' Motion ("Lau Declaration"), it is hereby:

ORDERED that the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the portions of the Defendants' Motion that contain quotations from, or discussion of, testimony and documents that Plaintiffs have designated as "Highly Confidential" or "Confidential"; and the Clerk shall maintain under seal Exhibits B and C to the Lau Declaration, which consist wholly of material designated as "Highly Confidential" or "Confidential" by Plaintiffs.

**IT IS SO ORDERED.**

Dated: _____     _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917