Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols *(pro hac vice)*
Kate Wheaton *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI DISPLAYS, LTD. (n/k/a JAPAN
DISPLAY INC.), HITACHI AMERICA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC |
| | MDL NO. 1917 |
| This Document Relates to: | **DECLARATION OF ELIOT A. ADELSON IN SUPPORT OF HITACHI PARTIES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON THE LACK OF EVIDENCE OF PARTICIPATION IN THE ALLEGED CONSPIRACY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| *All Indirect Purchaser Actions* | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC; | |
| *Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 3:11-cv-05502-SC; | |

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1    *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*
2    No. 3:11-cv-05513-SC;

3    *Target Corp, et al. v. Chunghwa Picture Tubes,*
     *Ltd., et al.,* No. 3:11-cv-05514-SC;
4

5    *Sears, Roebuck and Co. and Kmart Corp. v.*
     *Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-
     05514-SC
6

7    *Interbond Corporation of America, d/b/a*
     *BrandsMart USA v. Hitachi, et al.,*
8    No. 3:11-cv-06275-SC;

9    *Office Depot, Inc. v. Hitachi, Ltd., et al.,*
     No. 3:11-cv-06276-SC;
10

11   *CompuCom Systems, Inc. v. Hitachi, Ltd.,*
     *et al.,* No. 3:11-cv-06396-SC;
12

13   *Costco Wholesale Corporation v. Hitachi,*
     *Ltd., et al.,* No. 3:11-cv-06397-SC;

14   *P.C. Richard & Son Long Island Corporation, et*
     *al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;
15

16   *Schultze Agency Services, LLC on behalf of*
     *Tweeter OPCO, LLC and Tweeter Newco, LLC v.*
17   *Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;

18   *Tech Data Corporation, et al. v. Hitachi,*
     *Ltd., et al.,* No. 3:13-cv-00157-SC
19

20

21

22

23

24

25

26

27

28

ADELSON DECLARATION RE HITACHI'S MOTION FOR          CASE NO.: 3:07-cv-05944-SC
SUMMARY JUDGMENT RE THE LACK OF EVIDENCE OF          MDL NO.: 1917
PARTICIPATION

I, Eliot A. Adelson, declare as follows:

1.     I am an attorney licensed to practice in the State of California and the Northern District of California. I am a partner with the firm of Kirkland & Ellis LLP, and counsel for Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Parties"). I submit this Declaration in Support of Hitachi Parties' Notice of Motion and Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy and Memorandum of Points and Authorities in Support Thereof. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2.     Attached as Exhibit 1 to this Declaration is a true and correct copy of the Declaration of Katsuyuki Kawamura in support of the Hitachi Defendants' Evidentiary Proffer filed on December 7, 2010, ECF No. 820, in the matter *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944, United States District Court, Northern District of California.

3.     ████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████

4.     ████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████

5.     ████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████

6.     ████████████████████████████████████████████████
██████████████████████████████████████████████████████

1  ████████████████████████████████████████████

2  ███████████

3  7.   ████████████████████████████████████████

4  ███████████████████████████████████████████

5  ████████████████████████████████████████████

6  ████████

7          8.       Attached as Exhibit 7 to this Declaration is a true and correct copy of the Declaration

8  of L. Thomas Heiser in support of the Hitachi Defendants' Evidentiary Proffer filed on December 7,

9  2010, ECF No. 825, in the matter *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-

10  5944, United States District Court, Northern District of California.

11          9.       Attached as Exhibit 8 to this Declaration is a true and correct copy of the Declaration

12  of Tillie Lim in support of the Hitachi Defendants' Evidentiary Proffer filed on December 7, 2010,

13  ECF No. 823, in the matter *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944,

14  United States District Court, Northern District of California.

15  10.   ████████████████████████████████████████

16  ████████████████████████████████████████████

17  ███████████████████████████████████████████

18  ████████

19  11.   ████████████████████████████████████████

20  ███████████████████████████████████████████

21  ███████████████████████████████████████████

22  ████████

23  12.   ████████████████████████████████████████

24  ███████████████████████████████████████████

25  ██████████████████████████████████████████

26  ████████████████

27  13.   ████████████████████████████████████████

28  ███████████████████████████████████████████

ADELSON DECLARATION RE HITACHI'S MOTION FOR      2      CASE NO.: 3:07-cv-05944-SC
SUMMARY JUDGMENT RE THE LACK OF EVIDENCE OF             MDL NO.: 1917
PARTICIPATION

14.

15.

16.

17.

18.

19.

20.

21. ███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████

███

22. ███████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

███

23. ███████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

24. ███████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

25. ███████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

████

26. ███████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

███

27. ██████████████████████████████████████

████████████████████████████████████

███████████████████████████████████

███████████

1    I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct.

3 DATED: November 7, 2014                    By: /s/ Eliot A. Adelson

4                                                Eliot A. Adelson
                                                 James Maxwell Cooper
5                                                KIRKLAND & ELLIS LLP
                                                 555 California Street, 27th Floor
6                                                San Francisco, CA  94104
                                                 Telephone: (415) 439-1400
7                                                Facsimile: (415) 439-1500
                                                 Email: eadelson@kirkland.com
8                                                Email: max.cooper@kirkland.com

9                                                Attorneys for Defendants
                                                 HITACHI DISPLAYS, LTD. (n/k/a JAPAN
10                                               DISPLAY INC.), HITACHI AMERICA,
                                                 LTD., AND HITACHI ELECTRONIC
11                                               DEVICES (USA), INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28