# Exhibit 2
# Filed Under Seal

# Exhibit 3
# Filed Under Seal

# Exhibit 4
# Filed Under Seal

# Exhibit 5
# Filed Under Seal

# Exhibit 6
# Filed Under Seal