# Exhibit 9
# Filed Under Seal

# Exhibit 10
# Filed Under Seal

# Exhibit 11
# Filed Under Seal

# Exhibit 12
# Filed Under Seal

# Exhibit 13
# Filed Under Seal

# Exhibit 14
# Filed Under Seal

# Exhibit 15
# Filed Under Seal

# Exhibit 16
# Filed Under Seal

# Exhibit 17
# Filed Under Seal

# Exhibit 18
# Filed Under Seal

# Exhibit 19
# Filed Under Seal

# Exhibit 20
# Filed Under Seal

# Exhibit 21
# Filed Under Seal

# Exhibit 22
# Filed Under Seal

# Exhibit 23
# Filed Under Seal

# Exhibit 24
# Filed Under Seal

# Exhibit 25
# Filed Under Seal

# Exhibit 26
# Filed Under Seal