1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. McGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  TYLER M. CUNNINGHAM, Cal. Bar No. 243694
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:     415-434-9100
6  Facsimile:     415-434-3947
   E-mail:        ghalling@sheppardmullin.com
7                 jmcginnis@sheppardmullin.com
                  mscarborough@sheppardmullin.com
8                 tcunningham@sheppardmullin.com

9  Attorneys for Defendants
   SAMSUNG SDI CO., LTD.,
10 SAMSUNG SDI AMERICA, INC.,
   SAMSUNG SDI (MALAYSIA) SDN. BHD.,
11 SAMSUNG SDI MEXICO S.A. DE C.V.,
   SAMSUNG SDI BRASIL LTDA.,
12 SHENZHEN SAMSUNG SDI CO., LTD. and
   TIANJIN SAMSUNG SDI CO., LTD.

13

14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

19 | In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 07-5944 SC MDL No. 1917 |
|---|---|
| This Document Relates to: | **DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO INDIRECT PURCHASER PLAINTIFFS' AND CERTAIN DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS ON STATUTE OF LIMITATIONS GROUNDS** |
| INDIRECT PURCHASER ACTIONS | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Costco Wholesale Corporation v. Hitachi, Ltd. et al.*, No. 3:11-cv-06397; | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |

1

2 *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;

3 *Interbond Corporation of America v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

4

5 *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

6 *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276;

7

8 *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262;

9 *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-

10 cv-05514

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CUNNINGHAM DECL. IN SUPPORT OF DEFS.' MOT. FOR PARTIAL SUMM. J. AS TO CERTAIN STATE LAW CLAIMS ON STATUTE OF LIMITATIONS GROUNDS

1    I, Tyler M. Cunningham, hereby declare as follows:

2    1.    I am a member of the bar of the State of California and an attorney with Sheppard,

3  Mullin, Richter & Hampton, counsel of record for Defendants Samsung SDI America, Inc.;

4  Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. de

5  C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co.,

6  Ltd.  I make this Declaration in support of Defendants' Motion for Partial Summary Judgment as

7  to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute

8  of Limitations Grounds.  I have personal knowledge of the matters set forth herein and could and

9  would testify competently to each of them.

10    2.    Attached hereto as Exhibit A is a true and correct copy of a press release titled

11  Antitrust: Commission carries out inspections in the cathode ray tubes sector, dated November 8,

12  2007.

13    3.    Attached hereto as Exhibit B is a true and correct copy of an article titled

14  Matsushita and Samsung drawn into CRT investigation, dated November 10, 2007.

15    4.    Attached hereto as Exhibit C is a true and correct copy of an article titled Philips is

16  targeted in investigation, dated November 21, 2007.

17    5.    Attached hereto as Exhibit D is a true and correct copy of an article titled Philips is

18  subject of inquiry, dated November 22, 2007.

19    6.    Attached hereto as Exhibit E is a true and correct copy of an article titled Class

20  Counsel Announce Filing of Class Action Complaint Charging Leading Manufacturers of

21  Cathode-Ray Tubes Participated in a Global Cartel to Fix Prices, dated November 27, 2007.

22    7.    Attached hereto as Exhibit F is a true and correct copy of an article titled Thomson

23  Gets Justice Dept Subpoena, dated February 15, 2008.

24    8.    Attached hereto as Exhibit G is a true and correct copy of an excerpt of Toshiba

25  Corporation Annual Report 2008.

26    9.    Sheppard Mullin staff compiled a list of complaints related to this multi-district

27  litigation.  According to that list, more than 30 such complaints had been filed by February 18,

28  2008.

-1-

1    I declare under penalty of perjury of the laws of the United States that the foregoing is true

2  and correct.

3    Executed on November 7, 2014 at San Francisco, California.

4                                  /s/ Tyler M. Cunningham
5                                  TYLER M. CUNNINGHAM

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:434715753.2          CUNNINGHAM DECL. IN SUPPORT OF DEFS.' MOT. FOR PARTIAL SUMM. J. AS TO CERTAIN
                          STATE LAW CLAIMS ON STATUTE OF LIMITATIONS GROUNDS