# Exhibit A

 **Press releases database**



RSS

---

| Antitrust: Commission carries out inspections in the cathode ray tubes sector |
| European Commission - MEMO/07/453  08/11/2007 |
| Other available languages: none |

 Back to the search results  Expand  Share

 **DOC** **PDF**

**MEMO/07/453**

Brussels, 8th November 2007

# Antitrust: Commission carries out inspections in the cathode ray tubes sector

***The European Commission can confirm that on 8th November 2007 Commission officials carried out unannounced inspections at the premises of manufacturers of cathode ray tubes (CRTs). Cathode ray tubes are used in television sets and computer monitors. The Commission has reason to believe that the companies concerned may have violated EC Treaty rules on cartels and restrictive business practices (Article 81).***

The Commission officials were accompanied by their counterparts from the relevant national competition authorities.

Surprise inspections are a preliminary step in investigations into suspected cartels. The fact that the European Commission carries out such inspections does not mean that the companies are guilty of anti-competitive behaviour; nor does it prejudge the outcome of the investigation itself. The European Commission respects the rights of defence, in particular the right of companies to be heard in antitrust proceedings.

There is no strict deadline to complete cartel inquiries. Their duration depends on a number of factors, including the complexity of each case, the extent to which the undertakings concerned co-operate and the exercise of the rights of defence.

## My account

Manage your searches and email notifications

 Login  Sign up

## New search

## Latest updates

- Recent press releases
- European Commission Daily News

# Exhibit B

## *Matsushita and Samsung drawn into CRT investigation*

Financial Times (London, England)

November 10, 2007 Saturday, Asia Edition 1

Copyright 2007 The Financial Times Limited

**Section:** COMPANIES - INTERNATIONAL; Pg. 9

**Length:** 343 words

**Byline:** By JONATHAN SOBLE and JUNG-A SONG

## Body

Competition authorities from across the world are investigating a group of Asian electronics makers including Japan's Matsushita and South Korea's Samsung on suspicion of price fixing in the shrinking market for ***cathode-ray tubes***.

Matsushita, which sells under the Panasonic and National brands, confirmed yesterday that Japan's Fair Trade Commission had raided the Osaka offices of its ***CRT*** subsidiary, MT Picture Display. Samsung confirmed that South Korean authorities were probing its ***CRT*** business.

The European Commission said in a statement that it was inspecting unnamed ***CRT*** makers. "The Commission has reason to believe that the companies concerned may have violated EC Treaty rules on ***cartels*** and restrictive business practices," it said.

Other Asian ***CRT*** makers are also understood to be under ***investigation***.

Demand for ***cathode-ray tubes***, used in older-style television sets and computer monitors, is dropping with the rise of flat-screen technology.

Matsushita expects industry-wide sales to fall to 69m units globally by 2010 from 112m in 2006.

Samsung's ***CRT*** business operates at a loss, and the company said last month it was considering closing the operation. Matsushita ended ***CRT*** production in Europe and the US in 2005 and closed an MT Picture Display plant in Thailand in September.

***CRT*** sales contribute less than 1 per cent of group revenues for Matsushita, which like Samsung and other big electronics makers has switched its focus to LCD and plasma displays.

Matsushita combined its remaining ***CRT*** operations with those of Toshiba until earlier this year when its partner sold out of the venture.

An official close to the Japanese investigation said the price-fixing investigation was likely to take at least nine months. If Matsushita is found to have colluded with other manufacturers it could be fined an amount equal to 10 per cent of its ***CRT*** sales during the period of collusion, he said.

Matsushita shares ended down 4.3 per cent yesterday compared with a 1.2 per cent decline in Japan's benchmark Nikkei average. Samsung shares rose 0.3 per cent.

## Classification

**Language:** ENGLISH

**Document-Type:** Stories

Matsushita and Samsung drawn into CRT investigation

**Publication-Type:** Newspaper

**Subject:**  COMPUTER & ELECTRONICS MFG (92%); INVESTIGATIONS (92%); ANTITRUST & TRADE LAW (91%); MONITORS & DISPLAYS (91%); PRICE FIXING (91%); ELECTRON TUBE MFG (90%); RESTRAINT OF TRADE (90%); CARTELS (90%); AUDIO & VIDEO EQUIPMENT MFG (90%); ELECTRONICS (90%); COMMERCE DEPARTMENTS (76%); EUROPEAN UNION INSTITUTIONS (76%); EUROPEAN UNION LAW (75%); INTERNATIONAL ASSISTANCE (74%); SALES PROJECTIONS (73%); PLASMA TELEVISIONS (73%); FINES & PENALTIES (69%; CN Company News; MN0304 Equities; GN02 European Union Government; ON23 Forecasts & Predictions; ON General News; GN Government News; GN08 International Affairs; MN Market News; MN02 Market Reports; MN03 Markets; CN1801 Monopolies & Antitrust; CN17 Production; CN18 Regulation of Business

**Company:**  SAMSUNG GROUP (94%); TOSHIBA CORP (58%); SAMSU00000 Samsung Corp

**Organization:** EUROPEAN COMMISSION (57%); EUROPEAN UNION (59%)

**Ticker:** TOS (LSE) (58%); 6502 (TSE) (58%)

**Industry:**  NAICS335221 HOUSEHOLD COOKING APPLIANCE MANUFACTURING (94%); NAICS334413 SEMICONDUCTOR & RELATED DEVICE MANUFACTURING (94%); NAICS325510 PAINT & COATING MANUFACTURING (94%); NAICS325211 PLASTICS MATERIAL & RESIN MANUFACTURING (94%); NAICS325110 PETROCHEMICAL MANUFACTURING (94%); NAICS236220 COMMERCIAL & INSTITUTIONAL BUILDING CONSTRUCTION (94%); NAICS334310 AUDIO & VIDEO EQUIPMENT MANUFACTURING (58%); NAICS334220 RADIO & TELEVISION BROADCASTING & WIRELESS COMMUNICATIONS EQUIPMENT MANUFACTURING (58%); NAICS334111 ELECTRONIC COMPUTER MANUFACTURING (58%); NAICS:N334 Computer & Electronic Product Mfg; NAICS:N3343 Audio & Video Equipment Mfg; NAICS:N3344 Semiconductor & Other Electronic Component Mfg; NAICS:N334411 Electron Tube Mfg; NAICS:N9261 Admin of Economic Programs; NAICS:N92615 Regulation Licensing & Inspection of Miscellaneous Commercial Sectors

**Geographic:**  OSAKA, JAPAN (90%); JAPAN (94%); KOREA, REPUBLIC OF (94%); EUROPE (93%); EUROPEAN UNION MEMBER STATES (92%); THAILAND (79%); JP Japan; KR South Korea; TH Thailand; US United States of America; XR Americas; XO Asia; XB North America; QJ South East Asia

**Load-Date:** November 9, 2007

# Exhibit C



# Philips is targeted in investigation

Published: Wednesday, November 21, 2007

**AMSTERDAM** — Philips Electronics, the largest maker of consumer electronics in Europe, said Wednesday that it had been included in investigations into possible anti-competitive activities in the glass-tube display industry.

The competition authorities in several jurisdictions had started investigations, the company said. It would assist regulators, it added.

"As these matters are in the very early stages, Philips is not in a position to predict or comment on their outcome," the company said.

Joon Knapen, a Philips spokesman, declined to comment further.

Antitrust authorities in Europe and Asia raided a Matsushita Electric Industrial unit and other cathode-ray-tube makers this month on suspicion of price fixing. Cathode ray tubes are used in television sets and computer monitors, although the market for them has shrunk with the advent of liquid crystal and plasma displays.

Matsushita had confirmed that the Fair Trade Commission of Japan had begun investigation of its cathode ray tube unit, MT Picture Display. Samsung SDI said the FTC of South Korea had started an inquiry into its CRT business.

The European Commission, the European Union's antitrust authority, said this month that it had conducted surprise visits of manufacturers of cathode-ray tubes used in computers and televisions, without identifying the companies involved.

**More Articles in Business »**

Ads by Google                                          what's this?

**Free Marketing Strategy**
Let's see if we can grow your
business by 100%
www.jonbowes.com/free

Case 4:07-cv-05944-JST   Document 2978-2   Filed 11/07/14   Page 9 of 22

Copyright 2009 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Advertise with Us | Site Map

# Exhibit D

## *Philips is subject of inquiry*

The International Herald Tribune

November 22, 2007 Thursday

Copyright 2007 International Herald Tribune All Rights Reserved

**Section:** FINANCE; Pg. 15

**Length:** 223 words

**Dateline:** AMSTERDAM

## Body

Philips Electronics, the largest maker of consumer electronics in Europe, said Wednesday that it had been included in investigations into possible anti-competitive activities in the glass-tube display industry.

The competition authorities in several jurisdictions had started investigations, the company said. It would assist regulators, it added.

''As these matters are in the very early stages, Philips is not in a position to predict or comment on their outcome,'' the company said.

Joon Knapen, a Philips spokesman, declined to comment further.

Antitrust authorities in Europe and Asia raided a Matsushita Electric Industrial unit and other **_cathode-ray tube_** makers this month on suspicion of price fixing. **_Cathode ray tubes_** are used in television sets and computer monitors, although the market for them has shrunk with the advent of liquid crystal and plasma displays.

Matsushita had confirmed that the Fair Trade Commission of Japan had begun **_investigation_** of its **_cathode-ray tube_** unit, MT Picture Display. Samsung SDI said that regulators in South Korea had started an inquiry into its **_CRT_** business.

The European Commission, the European Union's antitrust authority, said this month that it had conducted surprise visits of manufacturers of **_cathode-ray tubes_** used in computers and televisions, without identifying the companies involved.

## Classification

**Language:** ENGLISH

**Publication-Type:** Newspaper

**Subject:** ANTITRUST & TRADE LAW (92%); MONITORS & DISPLAYS (92%); ELECTRON TUBE MFG (91%); CONSUMER ELECTRONICS (90%); RESTRAINT OF TRADE (90%); INVESTIGATIONS (90%); CONSUMER ELECTRONICS MFG (90%); AUDIO & VIDEO EQUIPMENT MFG (90%); COMPUTER & ELECTRONICS MFG (78%); COMPUTER EQUIPMENT (78%); TELEVISION EQUIPMENT (78%); PRICE FIXING (78%); CARTELS (77%); COMMERCE DEPARTMENTS (77%); COMPUTER MONITORS (74%); EUROPEAN UNION (73%); EUROPEAN UNION INSTITUTIONS (72%)

Philips is subject of inquiry

**Company:** KONINKLIJKE PHILIPS NV (ROYAL PHILIPS) (91%); PANASONIC CORP (57%); SAMSUNG SDI CO LTD (56%)

**Organization:** EUROPEAN COMMISSION (55%); EUROPEAN UNION (55%)

**Ticker:** PHIA (BIT) (91%); PHIA (AMS) (91%); PHG (NYSE) (91%); 6752 (TSE) (57%); 006400 (KSE) (56%)

**Industry:** NAICS335110 ELECTRIC LAMP BULB & PART MANUFACTURING (91%); NAICS334516 ANALYTICAL LABORATORY INSTRUMENT MANUFACTURING (91%); NAICS334310 AUDIO & VIDEO EQUIPMENT MANUFACTURING (91%); NAICS334210 TELEPHONE APPARATUS MANUFACTURING (57%); SIC3661 TELEPHONE & TELEGRAPH APPARATUS (57%); NAICS334118 COMPUTER TERMINAL & OTHER COMPUTER PERIPHERAL EQUIPMENT MANUFACTURING (56%); SIC3575 COMPUTER TERMINALS (56%)

**Geographic:** AMSTERDAM, NETHERLANDS (58%); EUROPE (91%); EUROPEAN UNION MEMBER STATES (91%); NETHERLANDS (79%); KOREA, REPUBLIC OF (79%); ASIA (79%)

**Load-Date:** November 25, 2007

# Exhibit E

# *Class Counsel Announce Filing of Class Action Complaint Charging Leading Manufacturers of Cathode-Ray Tubes Participated in a Global Cartel to Fix Prices*

Business Wire

November 27, 2007 Tuesday 8:07 PM GMT

Copyright 2007 Business Wire, Inc.

**Distribution:** Business Editors; Manufacturing Writers

**Length:** 734 words

**Dateline:** SAN FRANCISCO

## Body

Class counsel for businesses and individuals that purchased **_cathode-ray tubes_** (″CRTs″) and products containing CRTs from manufacturers announced the filing today of a class action complaint alleging defendants operated a global cartel to fix the prices of CRTs sold in the United States.

″With the rapid fall in demand for CRTs in the United States over the past decade due to the introduction of technologically superior products, prices for CRTs should have rapidly declined as well,″ stated plaintiff's counsel Joseph R. Saveri of Lieff Cabraser Heimann & Bernstein, LLP. ″Instead, for almost a decade, we have seen periods of unnatural and sustained price stability, as well as inexplicable increases in the prices of CRTs.″

**_CRT_** technology has been in use for more than 100 years. CRTs can be found in a wide range of products including computer monitors and televisions. ″Despite the enormous size of the **_CRT_** industry, it is dominated by a small group of manufacturers,″ Saveri added. ″The complaint charges that these manufacturers participated in a global cartel to fix the prices of CRTs.″

The complaint alleges defendants' collusive behavior artificially inflated the price of **_CRT_** products, causing plaintiff and other direct purchasers to pay more than they should have. The defendants include multinational electronics corporations Chunghwa, LG Electronics, Matushita, Philips Electronics, Samsung and Toshiba. A number of these companies have been the subject of coordinated enforcement actions by the United States Department of Justice and competition authorities in Europe, Japan and South Korea. Chunghwa recently confirmed it had a received a subpoena relating to CRTs issued by a California district court. A federal grand jury operating under the auspices of the United States Department of Justice, Antitrust Division (″DOJ″) through its San Francisco office issued the subpoena.

Plaintiff seeks to represent the following class of businesses and individuals:

> All persons and entities residing in the United States who, from May 1, 1998 through the present, purchased **_CRT_** Products in the United States directly from the Defendants. Specifically excluded from this Class are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any Defendant. Also excluded are all governmental entities, and any judicial officer presiding over this action.

Further information on the litigation, including a copy of the consolidated class action complaint, can be obtained at *www.lieffcabraser.com/antitrust/crt.htm*.

Class Counsel Announce Filing of Class Action Complaint Charging Leading Manufacturers of Cathode-Ray Tubes
Participated in a Global Cartel to Fix Prices

Contact Class Counsel

Antitrust laws are designed to protect the economy and to promote competition among businesses by prohibiting price-fixing and other forms of anticompetitive conduct.

Individuals, businesses, public agencies and other entities that have purchased CRTs or products incorporating CRTs are welcome to contact plaintiffs' counsel. Learning of your experience in purchasing these products will assist us in prosecuting the litigation. We will review your claim without charge or obligation.

You may contact Lieff Cabraser partner Eric B. Fastiff at 1-800-541-7358 or at *efastiff@lchb.com*

About Lieff Cabraser

Lieff Cabraser Heimann & Bernstein, LLP is a fifty-plus attorney law firm with offices in San Francisco, New York and Nashville. The firm represents businesses, governments and individuals as plaintiffs in class and group actions as well as in individual lawsuits in cases involving substantial losses. Since 2003, the *National Law Journal* has annually selected Lieff Cabraser as one of the top plaintiffs' law firms in the nation.

Lieff Cabraser has played a prominent role in federal litigation under the Sherman Act on behalf of businesses in numerous markets including computer components, prescription drugs, polypropylene carpets, compact discs, credit cards, linerboard, carbon fiber, plastic laminates, flat glass, industrial pigments and vitamins. The firm has also successfully litigated antitrust claims against Microsoft Corporation for monopolistic practices, and achieved record recoveries against El Paso Gas Co. and wholesale electric companies for allegedly manipulating the price of energy in California.

Learn more at *www.lieffcabraser.com*.

CONTACT: Lieff Cabraser Heimann & Bernstein, LLP
Joseph R. Saveri, 415-956-1000

*http://www.businesswire.com*

## Classification

**Language:** ENGLISH

**Publication-Type:** Newswire

**Subject:**  CLASS ACTIONS (93%); PRICE FIXING (92%); SUITS & CLAIMS (91%); CARTELS (91%); ELECTRON TUBE MFG (90%); RESTRAINT OF TRADE (90%); CONSUMER ELECTRONICS MFG (90%); MONITORS & DISPLAYS (90%); LITIGATION (90%); PRESS RELEASES (90%); ANTITRUST & TRADE LAW (89%); US FEDERAL GOVERNMENT (89%); JUSTICE DEPARTMENTS (89%); LAW ENFORCEMENT (86%); LAWYERS (78%); COMPUTER & ELECTRONICS MFG (78%); BUSINESS TORTS (78%); ELECTRONICS (78%); INTERNATIONAL TRADE LAW (78%); ENGINEERING (78%); TELEVISION EQUIPMENT (73%); PRICE INCREASES (72%); MULTINATIONAL

Class Counsel Announce Filing of Class Action Complaint Charging Leading Manufacturers of Cathode-Ray Tubes
Participated in a Global Cartel to Fix Prices

CORPORATIONS (72%); GRAND JURY (72%); SUBPOENAS (69%); LAW COURTS & TRIBUNALS (69%); AGENCY RULEMAKING (69%); PUBLIC POLICY (68%); ENFORCEMENT ACTIONS (64%); Lawsuit

**Company:**  LIEFF CABRASER HEIMANN & BERNSTEIN LLP (71%); LG ELECTRONICS INC (58%); TOSHIBA CORP (54%); KONINKLIJKE PHILIPS NV (ROYAL PHILIPS) (54%); CA-LIEFF-CABRASER

**Organization:** US DEPARTMENT OF JUSTICE (54%)

**Ticker:** LGLD (LSE) (58%); 066570 (KSE) (58%); 6502 (TSE) (54%); PHIA (BIT) (54%); PHIA (AMS) (54%); PHG (NYSE) (54%)

**Industry:** NAICS541110 OFFICES OF LAWYERS (71%); SIC8111 LEGAL SERVICES (71%); NAICS334310 AUDIO & VIDEO EQUIPMENT MANUFACTURING (58%); NAICS334210 TELEPHONE APPARATUS MANUFACTURING (58%); NAICS334220 RADIO & TELEVISION BROADCASTING & WIRELESS COMMUNICATIONS EQUIPMENT MANUFACTURING (54%); NAICS334111 ELECTRONIC COMPUTER MANUFACTURING (54%); NAICS335110 ELECTRIC LAMP BULB & PART MANUFACTURING (54%); NAICS334516 ANALYTICAL LABORATORY INSTRUMENT MANUFACTURING (54%); Other Consumer; Technology; Consumer Electronics; Public Policy/Government; Manufacturing; White House/Federal Government; Engineering; Professional Services; Legal; Consumer

**Geographic:**  SAN FRANCISCO, CA, USA (92%); CALIFORNIA, USA (92%); UNITED STATES (95%); KOREA, REPUBLIC OF (79%); NORTH AMERICA (79%); EUROPE (79%); JAPAN (74%); California; United States; North America

**Load-Date:** November 28, 2007

# Exhibit F

### Thomson Gets Justice Dept Subpoena

Dow Jones Corporate Filings Alert

February 15, 2008 Friday 7:43 PM GMT

Copyright 2008 Factiva ®, from Dow Jones
All Rights Reserved

Dow Jones Factiva

© 2008 Dow Jones & Company, Inc.

Dow Jones Newswires

**Length:** 203 words

## Body

DOW JONES NEWSWIRES

Thomson Inc. (TMS) on Friday said it received a subpoena related to a U.S. Department of Justice **_investigation_** into alleged anticompetitive conduct in the **_cathode ray tube_** industry.

France-based Thomson also received a request from the European Commission related to the **_cathode ray tubes_** industry, according to a filing on Friday with the U.S. Securities and Exchange Commission.

According to the filing, the company received the Justice Department subpoena in November and the request from the European Commission on Jan. 9.

Thomson, which provides technology to the media and entertainment industries, said class-action lawsuits were filed in New Jersey in late January asserting private antitrust claims against it, and other companies currently or formerly in the **_cathode ray tubes_** industry.

**_Cathode ray tubes_** are frequently used to display images on television and computer screens.

Thomson said its policy is to conduct business in compliance with competition laws. The company said it is taking appropriate measures to respond to the subpoena and European Commission request.

-Jared A. Favole, Dow Jones Newswires; 202-862-9207; _jared.favole@dowjones.com_ [ 02-15-08 1524ET ]

## Notes

PUBLISHER: Dow Jones & Company, Inc.

## Classification

**Language:** ENGLISH

**Publication-Type:** Newswire

Thomson Gets Justice Dept Subpoena

**Journal Code:** FF

**Subject:**  SUBPOENAS (93%); JUSTICE DEPARTMENTS (93%); US FEDERAL GOVERNMENT (92%); ANTITRUST & TRADE LAW (91%); INVESTIGATIONS (90%); RESTRAINT OF TRADE (90%); EUROPEAN UNION INSTITUTIONS (90%); LAW ENFORCEMENT (90%); MONITORS & DISPLAYS (90%); INTERNATIONAL ECONOMIC ORGANIZATIONS (90%); SUITS & CLAIMS (88%); ENTERTAINMENT & ARTS (77%); CLASS ACTIONS (72%); LITIGATION (54%); c17 Funding/Capital; gvjus Justice Department; ccat Corporate/Industrial News; gcat Political/General News; gpir Politics/International Relations; gpol Domestic Politics; gvbod Government Bodies; gvexe Executive Branch; ncat Content Types; nfact Factiva Filters; nfcpin FC&E Industry News Filter; PROVIDER TERMS: FF, 8K, ADR, CNW, DJWI, FCTV, SNPR, WEI, DJPN

**Company:**  THOMSON INC (91%); TECHNICOLOR SA (91%); DOW JONES NEWSWIRES (90%); thmmm Thomson SA

**Organization:** US DEPARTMENT OF JUSTICE (94%); EUROPEAN COMMISSION (91%); EUROPEAN UNION (59%); SECURITIES & EXCHANGE COMMISSION (57%)

**Ticker:** TCH (PAR) (91%)

**Company-Number:** DJ Ticker: 18453.FR, TMS; ISIN: FR0000184533

**Industry:** NAICS512191 TELEPRODUCTION & OTHER POSTPRODUCTION SERVICES (91%); NAICS334419 OTHER ELECTRONIC COMPONENT MANUFACTURING (91%); NAICS334310 AUDIO & VIDEO EQUIPMENT MANUFACTURING (91%); SIC7819 SERVICES ALLIED TO MOTION PICTURE PRODUCTION (91%); SIC3671 ELECTRON TUBES (91%); SIC3651 HOUSEHOLD AUDIO & VIDEO EQUIPMENT (91%); i3302 Computers/Electronics; i3454 Electronic Consumer Goods; icnp Consumer Products; ielec Electronics; ihome Home Electronics/Appliances; PROVIDER TERMS: BRD, MED, MOV, XDJGI, XENX, XNYA

**Geographic:**  NEW JERSEY, USA (79%); EUROPE (96%); UNITED STATES (94%); EUROPEAN UNION MEMBER STATES (94%); FRANCE (93%); WESTERN EUROPE (79%); MEDITERRANEAN (79%); NORTH AMERICA (79%); eurz European Countries/Regions; fra France; usa United States; eecz European Union Countries; medz Mediterranean Countries/ Regions; namz North American Countries/Regions; weurz Western European Countries/Regions; PROVIDER TERMS: EC, EU, FR, NME, US, WEU

IP Codes: ESPT, HDL, RTRS, JUS, USG, CYC, MMR, NND

**Load-Date:** February 16, 2008

# Exhibit G

# TOSHIBA
## Leading Innovation »»»



# Toshiba Corporation
Annual Report 2008 • Operational Review

ship interests in Westinghouse for approximately six years from the date of the initial shareholders agreements. To protect the Company from capital participations by unfavorable third parties and to protect minority shareholders' interests, the Company also provided each of Shaw, IHI and Kazatomprom with an option to sell all or part of its ownership interest to the Company during a certain period, while the Company has an option to purchase all or part of the ownership interest of Shaw, IHI or Kazatomprom, under certain conditions. In the event that Shaw, IHI or Kazatomprom exercise the sell option, or the Company exercises its purchase option, the Group may need to raise further funds.

**(5) Lawsuits and others**

The Group undertakes global business operations and is involved from time to time in disputes, including lawsuits and other legal proceedings and investigations by relevant authorities. There will be also possibility of such a case in future. Due to the differences in judicial systems and the uncertainties inherent of such proceedings, the Group may be subject to a ruling requiring payments of amounts far exceeding its expectations. Any judgement or decision unfavorable to the Group could have a materially adverse effect on the Group's financial condition or results of operations. In addition, the pursuit of or defense of such lawsuits, legal proceedings and investigations may require significant resources and significant involvement of the Group's senior management, which may divert management attention from normal operations.

In January 2007, the European Commission (the "Commission") imposed fines on 19 companies, including the Company, for infringing EU competition laws in the gas insulated switchgear market. The Company was directly fined EUR86.25 million, and was also fined EUR4.65 million jointly and severally with Mitsubishi Electric Corporation. The Company contends that it did not infringe EU competition laws and appealed these fines in April 2007. However, there can be no assurances that the Company will be successful in its appeal.

The Group is also being investigated by the Commission and/or the US Department of Justice for potential violations of competition laws with respect to semiconductors, LCD products, cathode ray tubes (CRT) and heavy electrical equipment. In addition, individuals and corporations in the United States have filed class action lawsuits against the Group with respect to alleged anti-competitive behavior.

**(6) Development of new products**

It is critically important for the Group to offer the market viable and innovative new products and services. The Group identifies strategic products that will drive future profits, and defines strategic product areas to support through the timely introduction of successive products. However due to the rapid pace of technological innovation, the introduction of new technologies and products that replace current products, and changes in technology standards, the introduction to market of optimum new products may be delayed, and new products that are brought to market may be accepted by the market for a shorter period than anticipated. In addition, any failure on the part of the Group to assure sufficient funding and resources for continuous product development may affect the Group's ability to develop new products and services and to introduce them to the market.

**(7) Investments in new business**

The Group invests in companies involved in new businesses as well as developing its own new businesses. Many technological issues need to be resolved, and potential demand effectively discovered and captured, before a new line of business can become successful, and as such the progress and success of new businesses are uncertain. If any new business in which the Group invests or which the Group attempts to develop does not progress as planned, the Group may not recover the funds and resources it has spent, and this may adversely affect the Group. Mobile Broadcasting Corporation, a Toshiba consolidated subsidiary that operates a digital satellite broadcasting service, accounts for a significant loss, and any failure to make favorable progress in reforming its business may have an adverse effect on Group results.

**(8) Success of joint ventures and other business alliances**

A key strategy of the Group in many of its businesses is the formation of joint ventures and business alliances optimized for each business, in every area of the business, including research and development, production and marketing. If the Group experiences differences with a partner in a joint venture or business alliance, in respect of financing, technological management, product development or management strategies, such joint ventures or business alliances may be terminated.

**(9) Global environment**

The Group undertakes global business operations. Any changes in political, economic and social conditions, legal or regulatory changes and exchange rate fluctuations, in any region, may impact on market demand and the Group's business operations.

As the Group expands overseas production, particularly in Asia, any occurrence of terrorism or of epidemic illness, such as avian flu, could have a significant adverse effect on Group results.