Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com
            srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT ACTION CASES | **STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Sears, Roebuck and Co. ("Sears"), and Kmart Corporation ("Kmart") (collectively, "Plaintiffs") and Defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia), Irico Group Corporation, Irico Group Electronics Co., Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LP Displays International Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Shenzhen SEG Hitachi Color Display Devices, Ltd., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing Matsushita Color CRT Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samtel Color Ltd., Thai CRT Co., Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Videocon Industries, Ltd., Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC), Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc., being all the defendants in this case (collectively, "Defendants") state as follow:

On October 3, 2013, Plaintiffs filed their Second Amended Complaint ("SAC") in individual case number 3:11-cv-05514-SC (MDL Master Dkt. No. 1973). On November 11,

2013, Plaintiffs filed their Complaint in individual case number 3:13-cv-05562-SC (Ind. Case Dkt. No. 1) (the "Thomson/Mitsubishi/TDA Complaint"). The SAC and the Thomson/Mitsubishi/TDA Complaint are the "Complaints." In the Complaints, Plaintiffs assert claims for relief against Defendants under the Sherman Act, the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.* New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*

Plaintiffs previously stipulated to the dismissal of their claim under Massachusetts G.L. c. 93A, §§ 2, *et seq.* That proposed order is currently pending before this Court.

Plaintiffs now desire to dismiss with prejudice their claims against Defendants under the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.*, New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§

75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*  In addition, Sears now desires to dismiss with prejudice its claim pursuant to Michigan Comp. Laws Ann. §§ 445.771, *et seq.*

Plaintiffs are not dismissing, and will continue to prosecute, their claims against Defendants as follows:

1.  Sears will continue to prosecute its claims under the Sherman Act and the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*; and

2.  Kmart will continue to prosecute its claims under the Sherman Act.  In addition, Kmart will continue to prosecute its claims under Michigan Comp. Laws Ann. §§ 445.771, *et seq.* for purchases pre-dating March 24, 2005.  Kmart will continue to prosecute its claims under the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.* for purchases post-dating March 24, 2005.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the claims Plaintiffs asserted against Defendants in these cases under the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.*, New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.* are dismissed with prejudice. Both Plaintiffs and Defendants agree to bear

1   their own costs and attorneys' fees with respect to the dismissed claims. This dismissal does not
2   apply to the claims Plaintiffs asserted against Defendants in these cases under the Sherman Act,
3
4   the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, and Michigan Comp. Laws Ann. §§
5   445.771, *et seq.*, as described above.
6
7
8
9
10
11
12
13  PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
15
16
17  Dated:_____          _____
18                                        Hon. Samuel Conti
                                          United States District Judge
19
20
21
22
23
24
25
26
27
28

1   Dated: November 7, 2014                    Respectfully submitted,

2                                              KENNY NACHWALTER, P.A.

3
                                               By: */s/ Samuel J. Randall*
4                                              Richard Alan Arnold, Esquire (p*ro hac vice*)
5                                              William J. Blechman, Esquire (*pro hac vice*)
                                               Kevin J. Murray (*pro hac vice*)
6                                              Samuel J. Randall (*pro hac vice*)
7                                              **KENNY NACHWALTER, P.A.**
                                               201 S. Biscayne Boulevard, Suite 1100
8                                              Miami, Florida 33131
9                                              Tel: (305) 373-1000
                                               Fax: (305) 372-1861
10                                             Email:      rarnold@knpa.com
11                                                         wblechman@knpa.com
                                                           kmurray@knpa.com
12                                                         srandall@knpa.com
13
                                               *Counsel for Plaintiffs Sears Roebuck and Co. and*
14                                             *Kmart Corp.*
15

16                                             WINSTON & STRAWN LLP
17
                                               By: */s/ Jeffrey L. Kessler*
18                                             JEFFREY L. KESSLER (*pro hac vice*)
19                                             JKessler@winston.com
                                               A. PAUL VICTOR (*pro hac vice*)
20                                             PVictor@winston.com
21                                             ALDO A. BADINI (SBN 257086)
                                               ABadini@winston.com
22                                             EVA W. COLE (*pro hac vice*)
23                                             EWCole@winston.com
                                               MOLLY M. DONOVAN
24                                             MMDonovan@winston.com
25                                             **WINSTON & STRAWN LLP**
                                               200 Park Avenue
26                                             New York, NY 10166
27                                             Telephone: (212) 294-6700
                                               Facsimile: (212) 294-4700
28

| | |
|---|---|
| 1 | STEVEN A. REISS (*pro hac vice*) |
| 2 | steven.reiss@weil.com |
| | DAVID L. YOHAI (*pro hac vice*) |
| 3 | david.yohai@weil.com |
| | ADAM C. HEMLOCK (*pro hac vice*) |
| 4 | adam.hemlock@weil.com |
| 5 | **WEIL, GOTSHAL & MANGES LLP** |
| 6 | 767 Fifth Avenue |
| | New York, New York 10153-0119 |
| 7 | Telephone: (212) 310-8000 |
| 8 | Facsimile: (212) 310-8007 |

9   *Attorneys for Defendants Panasonic Corporation*
10  *(f/k/a Matsushita Electric Industrial Co., Ltd.),*
    *Panasonic Corporation of North America, MT*
11  *Picture Display Co., Ltd.*

12

13  KIRKLAND & ELLIS LLP

14  By: */s/ Eliot A. Adelson*
15  ELIOT A. ADELSON (SBN 205284)
    JAMES MAXWELL COOPER (SBN 284054)
16  **KIRKLAND & ELLIS LLP**
17  555 California Street, 27th Floor
    San Francisco, California 94104
18  Tel: (415) 439-1400
19  Facsimile: (415) 439-1500
    E-mail: eadelson@kirkland.com
20  E-mail: max.cooper@kirkland.com

21

22  JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
    KATE WHEATON (*pro hac vice*)
23  **KIRKLAND & ELLIS LLP**
24  300 North LaSalle
    Chicago, Illinois 60654
25  Tel: (312) 862-2000
    Facsimile: (312) 862-2200
26

27  *Attorneys for Defendants Hitachi, Ltd., Hitachi*
    *Displays, Ltd. (n/k/a Japan Display East, Inc.),*
28  *Hitachi Asia, Ltd., Hitachi America, Ltd., and*

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014
Case No. 07-5944 SC
MDL No. 1917

1    *Hitachi Electronic Devices (USA), Inc.*

2

3    WHITE & CASE LLP

4
     By: */s/ Lucius B. Lau*
5    CHRISTOPHER M. CURRAN (*pro hac vice*)
     ccurran@whitecase.com
6    LUCIUS B. LAU (*pro hac vice*)
     alau@whitecase.com
7    DANA E. FOSTER (*pro hac vice*)
     defoster@whitecase.com
8
9    **WHITE & CASE LLP**
     701 Thirteenth Street, N.W.
10   Washington, DC 20005
     Telephone: (202) 626-3600
11   Facsimile: (202) 639-9355
12
13   *Attorneys for Defendants Toshiba Corporation,*
     *Toshiba America, Inc., Toshiba America*
14   *Information Systems, Inc., Toshiba America*
     *Consumer Products, L.L.C., and Toshiba America*
15   *Electronic Components, Inc.*
16

17
     MUNGER, TOLLES & OLSON LLP
18
19   By: */s/ Hojoon Hwang*
     HOJOON HWANG (SBN 184950)
20   Hojoon.Hwang@mto.com
     **MUNGER, TOLLES & OLSON LLP**
21   560 Mission Street, Twenty-Seventh Floor
     San Francisco, California 94105-2907
22   Telephone: (415) 512-4000
     Facsimile: (415) 512-4077
23
24
25   WILLIAM D. TEMKO (SBN 098858)
     William.Temko@mto.com
26   JONATHAN E. ALTMAN (SBN 170607)
     Jonathan.Altman@mto.com
27   BETHANY W. KRISTOVICH (SBN 241891)
     Bethany.Kristovich@mto.com
28

| | |
|---|---|
| 1 | **MUNGER, TOLLES & OLSON LLP** |
| 2 | 355 South Grand Avenue, Thirty-Fifth Floor |
|   | Los Angeles, CA 90071-1560 |
| 3 | Telephone: (213) 683-9100 |
| 4 | Facsimile: (213) 687-3702 |
| 5 | *Attorneys for Defendants LG Electronics, Inc.; LG,* |
|   | *LG Electronics USA, Inc.; and LG Electronics* |
| 6 | *Taiwan Taipei Co., Ltd.* |
| 7 | |
| 8 | SHEPPARD MULLIN RICHTER & HAMPTON |
| 9 | |
| 10 | By: */s/ Gary L. Halling* |
|    | GARY L. HALLING (SBN 66087) |
| 11 | ghalling@sheppardmullin.com |
| 12 | JAMES L. MCGINNIS (SBN 95788) |
|    | jmcginnis@sheppardmullin.com |
| 13 | MICHAEL W. SCARBOROUGH (SBN 203524) |
| 14 | mscarborough@sheppardmullin.com |
|    | **SHEPPARD MULLIN RICHTER &** |
| 15 | **HAMPTON** |
| 16 | Four Embarcadero Center, 17th Floor |
|    | San Francisco, California 94111 |
| 17 | Telephone: (415) 434-9100 |
| 18 | Facsimile: (415) 434-3947 |
| 19 | *Attorneys for Defendants Samsung SDI America,* |
| 20 | *Inc.; Samsung SDI Co., Ltd.; Samsung SDI* |
|    | *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.* |
| 21 | *DE C.V.; Samsung SDI Brasil Ltda.; Shenzen* |
| 22 | *Samsung SDI Co., Ltd. and Tianjin Samsung SDI* |
|    | *Co., Ltd.* |
| 23 | |
| 24 | BAKER BOTTS LLP |
| 25 | |
| 26 | By: */s/ Jon V. Swenson* |
|    | JON V. SWENSON (SBN 233054) |
| 27 | jon.swenson@bakerbotts.com |
| 28 | **BAKER BOTTS LLP** |
|    | 1001 Page Mill Road |

1   Building One, Suite 200
2   Palo Alto, CA 94304
    Telephone: (650) 739-7500
3   Facsimile: (650) 739-7699
    E-mail: jon.swenson@bakerbotts.com
4
5   JOHN M. TALADAY (*pro hac vice*)
    john.taladay@bakerbotts.com
6   JOSEPH OSTOYICH (*pro hac vice*)
7   joseph.ostoyich@bakerbotts.com
    **BAKER BOTTS LLP**
8   1299 Pennsylvania Ave., N.W.
9   Washington, DC 20004-2400
    Telephone: (202) 639-7700
10  Facsimile: (202) 639-7890
11
12  *Attorneys for Defendants Koninklijke Philips
    Electronics N.V. and Philips Electronics North
13  America Corporation*
14
15  GIBSON, DUNN & CRUTCHER LLP
16
    By: */s/ Rachel S. Brass*
17  Rachel S. Brass (SBN 219301)
    rbrass@gibsondunn.com
18  Joel S. Sanders (SBN 107234)
19  jsanders@gibsondunn.com
    Austin V. Schwing (SBN 211696)
20  **GIBSON, DUNN & CRUTCHER LLP**
21  555 Mission Street, Suite 3000
    San Francisco, California 94105
22  Tel: (415) 393-8200
23  Fax: (415) 393-8306
24
    *Attorneys for Defendant Chunghwa Picture Tubes,
25  Ltd. and Chunghwa Picture Tubes (Malaysia)*
26
27  FRESHFIELDS BRUCKHAUS
    DERINGER US LLP
28

1    By: */s/ Richard Snyder*

2    TERRY CALVANI (SBN 53260)
3    Email: terry.calvani@freshfields.com
     CHRISTINE LACIAK(*pro hac vice*)
4    Email: christine.laciak@freshfields.com
5    RICHARD SNYDER (*pro hac vice*)
     Email: richard.snyder@freshfields.com
6    **FRESHFIELDS BRUCKHAUS DERINGER US**
7    **LLP**
     701 Pennsylvania Avenue NW, Suite 600
8    Washington, DC  20004
9    Telephone: (202) 777-4565
     Facsimile: (202) 777-4555
10

11   *Attorneys for Beijing-Matsushita Color CRT*
     *Company, Ltd.*
12

13

14   *CURTIS, MALLET-PREVOST, COLT & MOSLE*
     *LLP*
15

16   By: */s/ Jeffrey I. Zuckerman*_____
     Jeffrey I. Zuckerman (*Pro Hac Vice*)
17   Ellen Tobin (*Pro Hac Vice*)
18   101 Park Avenue
     New York, New York 10178
19   Telephone: 212.696.6000
     Facsimile: 212.697.1559
20   Email: jzuckerman@curtis.com
21   etobin@curtis.com

22   Arthur Gaus (SBN 289560)
23   DILLINGHAM & MURPHY, LLP
     601 California Street, Suite 1900
24   San Francisco, California 94108
25   Telephone: 415.397.2700
     Facsimile: 415.397-3300
26   Email: asg@dillinghammurphy.com
27

28   *Attorneys for Defendant Technologies Displays*
     *Americas LLC*

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014
Case No. 07-5944 SC
MDL No. 1917

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28