SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
E-mail: ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com

HELEN C. ECKERT, Cal. Bar No. 240531
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:     213-620-1780
Facsimile:     213-620-1398
E-mail:        heckert@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br>Judge: Hon. Samuel Conti |
| This Document Relates to:<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 11-cv-06396;<br>(CONTINUED ON NEXT PAGE) | **CERTIFICATE OF SERVICE** |

1
2  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;
3  *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd., et al,* No. 13-cv-02171;
4
5  *Electrograph Systems, Inc. and Electrograph Technologies Corp., v. Hitachi, Ltd., et al.*, No. 11-cv-01656;
6
7  *Interbond Corporation of America v. Hitachi, Ltd., et al.*, No. 11-cv-06275;
8  *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;
9
10 *P.C. Richard & Son Long Island Corp., Marta Coooperative of Am., Inc., ABC Appliance, Inc. v. Hitachi, Ltd., et al.*, No.
11 12-cv-02648;
12 *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco,
13 LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;
14 *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-
15 cv-05514;
16 *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
17
18 *Tech Data Corp and Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.*, No. 13-cv-00157;
19
20 *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-02510.
21
22
23
24
25
26
27
28

2

SMRH:434752569.1                                                         CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Matthew O'Hearn, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Sheppard, Mullin, Richter & Hampton, Four Embarcadero Center, 17th Floor, San Francisco, California 94111. I am readily familiar with the practice at my place of business for the collection and processing of mail.

On November 7, 2014, I served:

- **SDI DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO DIRECT ACTION PLAINTIFFS' SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS (UNREDACTED VERSION)**

- **DECLARATION OF JAMES L. MCGINNIS IN SUPPORT OF SDI DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO DIRECT ACTION PLAINTIFFS' SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS AND EXHIBITS 1-22 (UNREDACTED VERSION)**

- **[PROPOSED] ORDER GRANTING SDI DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO DIRECT ACTION PLAINTIFFS' SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS**

- **SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED IN SUPPORT OF SDI DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO DIRECT ACTION PLAINTIFFS' SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS**

- **DECLARATION OF HELEN C. ECKERT IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO DIRECT ACTION PLAINTIFFS' SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS**

- **[PROPOSED] ORDER GRANTING SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO DIRECT ACTION PLAINTIFFS' SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS**

☒ **BY ELECTRONIC MAIL**: true and correct copies of the above-referenced documents were sent to all the addressees listed below.

☐ **BY U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at SMRH in

accordance with SMRH's ordinary business practices.  I am readily familiar with SMRH's practice for collection and processing of mail, and know that in the ordinary course of SMRH's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 7, 2014, at San Francisco, California.

>    */s/ Matthew O'Hearn*
>    Matthew O'Hearn

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

CASE NO. 07-5944 SC; MDL NO. 1917

**SERVICE LIST**

| | |
|---|---|
| H. Lee Godfrey<br>Kenneth S. Marks<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>lgodfrey@susmangodfrey.com<br>kmarks@susmangodfrey.com | Counsel for Plaintiff Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust<br><br>**BY EMAIL** |
| David J. Burman<br>Eric J. Weiss<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>DBurman@perkinscoie.com<br>EWeiss@perkinscoie.com | Counsel for Plaintiff Costco Wholesale Corporation<br><br>**BY EMAIL** |
| Debra D. Bernstein<br>Matthew D. Kent<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30303-3224<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>debra.bernstein@alston.com<br>matthew.kent@alston.com | Counsel for Plaintiffs Dell Inc. and Dell Products L.P.<br>**BY EMAIL** |
| William J. Blechman<br>**KENNY NACHWALTER, P.A.**<br>201 S. Biscayne Boulevard, Suite 1100<br>Miami, FL 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>wblechman@knpa.com | Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.<br>**BY EMAIL** |

| | | |
|---|---|---|
| 1 | Jason C. Murray<br>**CROWELL & MORING LLP**<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5582<br>Facsimile: (213) 622-2690<br>jmurray@crowell.com | Counsel for Plaintiffs Target Corporation and Viewsonic Corporation<br><br>**BY EMAIL** |
| 2 | Robert W. Turken<br>Mitchell E. Widom<br>Scott N. Wagner<br>**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131-3456<br>Telephone: (305) 374-7580<br>Facsimile: (305) 734-7593<br>rturken@bilzin.com<br>mwidom@bilzin.com<br>swagner@bilzin.com | Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.<br><br>**BY EMAIL** |
| 3 | Philip J. Iovieno<br>Anne M. Nardacci<br>**BOIES, SCHILLER & FLEXNER LLP**<br>10 North Pearl Street, 4th Floor<br>Albany, NY  12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br>piovieno@bsfllp.com<br>anardacci@bsfllp.com | Liaison Counsel for Direct Action Plaintiffs; Counsel for Plaintiff Office Depot, Inc.; Plaintiff Interbond Corporation of America; Plaitiff Shultze Agency Services, LLC; Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp.; Plaintiffs P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc. d/b/a ABC Warehouse; Plaintiff CompuCom Systems, Inc.;<br><br>**BY EMAIL** |
| 4 | Mario N. Alioto<br>Lauren C. Russell<br>**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**<br>2280 Union Street<br>San Francisco, CA  94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>malioto@tatp.com<br>laurenrussell@tatp.com | Interim Lead Counsel for the Indirect Purchaser Plaintiffs<br><br>**BY EMAIL** |

SMRH:434752569.1                                            CERTIFICATE OF SERVICE

| | |
|---|---|
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey Rushing<br>**SAVERI & SAVERI, INC.**<br>706 Sansome Street<br>San Francisco, CA  94111-1730<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>guido@saveri.com<br>rick@saveri.com<br>grushing@saveri.com | Interim Lead Counsel for the Direct Purchaser Plaintiffs<br><br>**BY EMAIL** |
| Emilio E. Varanini, IV, Esq.<br>Deputy Attorney General<br>State of California<br>Department of Justice<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102-7004<br>emilio.varanini@doj.ca.gov | Counsel for Plaintiff State of California<br><br>**BY EMAIL** |
| Ian Simmons<br>Benjamin G. Bradshaw<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>isimmons@omm.com<br>bbradshaw@omm.com | Counsel for Non-Party Samsung Electronics Co., and Samsung Electronics America, Inc. |
| **ALL DEFENSE COUNSEL** | **BY EMAIL** |