UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173*<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-00141;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*<br><br>*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*<br><br>*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;* | **[PROPOSED] ORDER GRANTING THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

*Target Corp. v. Technicolor SA, et al., No. 13-cv-05686;*

*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.,* 3:14cv-02510;

After full consideration of the evidence, the briefs and authorities, and oral arguments of counsel, the Court finds that there is no triable issue of fact as to whether Thomson Consumer Electronics, Inc. ("Thomson Consumer") knowingly participated in a conspiracy to fix the price and/or reduce the output of Cathode Display Tubes ("CDTs"). Thomson Consumer is therefore entitled to judgment as a matter of law.

IT IS HEREBY ORDERED that Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment is GRANTED.

1. Thomson Consumer's Motion for Summary Judgment on Electrograph Systems, Inc. and Electrograph Technologies, Corp.'s First and Fourth Claims for Relief; Tech Data Corporation and Tech Data Product Management, Inc.'s First Claim for Relief; and ViewSonic Corporation's First Claim for Relief is GRANTED and the foregoing claims of these Direct Action Plaintiffs are dismissed with prejudice because Thomson Consumer is not subject to liability for any damages that may have been caused to the Direct Action Plaintiffs by a conspiracy regarding CDTs; and

2. Thomson Consumer's Motion for Partial Summary Judgment on Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, Inc.'s First Claim for Relief; Alfred H. Siegel's (as trustee of the Circuit City Stores, Inc. Liquidating Trust) First Claim for Relief; Costco Wholesale Corporation's First Claim for Relief; Interbond Corporation of America's First Claim for Relief; Office Depot, Inc.'s First Claim for Relief; P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.'s First and Second Claims for Relief; Sears Roebuck and Co. and Kmart Corp.'s First and Second Claims for Relief; Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s First Claim for Relief; Target Corporation's First Claim for Relief; and Schultze Agency Services, LLC's First Claim for Relief is GRANTED because Thomson Consumer is not subject to liability for any damages that may have been caused to the Direct Action Plaintiffs by a conspiracy regarding CDTs.

[PROPOSED ORDER] GRANTING THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT     3     No. 07-5944-SC; MDL No. 1917

1  IT IS SO ORDERED.

2

3  DATED: _____

4

5                                              _____
                                               Hon. Samuel Conti
6                                              United States District Court Judge