# EXHIBIT 20

HIGHLY CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3             SAN FRANCISCO DIVISION
4
5   IN RE:  CATHODE RAY TUBE    ) Case No.
6   (CRT) ANTITRUST LITIGATION  ) 3:07-CV-05944-SC
7   _____ ) MDL No. 1917
8   This Document Relates to:   )
9   ALL ACTIONS                 )
10  _____ )
11
12                              September 5, 2014
13                              9:05 a.m.
14
15      Videotaped Deposition of JACK BRUNK,
16  taken by Plaintiff at the DoubleTree Resort by
17  Hilton, 2400 Willow Street Pike, Lancaster,
18  Pennsylvania, before Randi J. Garcia,
19  Registered Professional Reporter, and Notary Public
20  beginning at approximately 9:05 a.m., when were
21  present on behalf of the respective parties:
22
23
24
25

Page 86

1  J. BRUNK
2  Q  The entire time that you worked at the  10:46AM
3  company, did Thomson Consumer manufacture CRTs  10:46AM
4  in North America?  10:46AM
5  A  Yes.  10:46AM
6  Q  So from at least 1993 through 2005,  10:46AM
7  correct?  10:47AM
8  A  Uh-huh.  10:47AM
9  Q  Okay.  What else did Thomson Consumer  10:47AM
10  manufacture?  10:47AM
11     MR. HURLEY:  Object to form.  Lacks  10:47AM
12  foundation.  10:47AM
13     THE WITNESS:  The Display Division?  10:47AM
14  Q  Let's start with the Display Division.  10:47AM
15  A  Nothing.  10:47AM
16  Q  What else are you aware of Thomson  10:47AM
17  Consumer as a company, not restricted to the  10:47AM
18  Display Division, manufacturing?  10:47AM
19     MR. HURLEY:  Object to form.  10:47AM
20     THE WITNESS:  I don't know specifically  10:47AM
21  what they manufactured.  I don't know if they  10:47AM
22  manufactured it in-house or outsourced products  10:47AM
23  but they -- it was all consumer electronics  10:47AM
24  products.  10:47AM
25  Q  Are you aware of whether the tube or  10:47AM

Page 87

1  J. BRUNK
2  Display Division was a separate legal entity  10:47AM
3  from Thomson Consumer?  10:47AM
4     MR. HURLEY:  Object to form.  Seeks a  10:47AM
5  legal conclusion.  10:47AM
6     THE WITNESS:  I don't know.  10:47AM
7  Q  Are you aware of how big a part of  10:48AM
8  Thomson Consumer's business tube sales were?  10:48AM
9     MR. HURLEY:  Objection.  Vague, ambiguous.  10:48AM
10     THE WITNESS:  No.  10:48AM
11  Q  Aside from facilities in Scranton,  10:48AM
12  Marion, Mexicali and Mexico City, are you aware  10:48AM
13  of any other production facilities that Thomson  10:48AM
14  Consumer operated during the relevant period?  10:48AM
15     MR. HURLEY:  Object to form.  10:48AM
16     THE WITNESS:  I believe there was a  10:48AM
17  deflection yoke manufacturing facility in  10:48AM
18  Torreon, Mexico.  10:49AM
19  Q  Do you remember whether that facility  10:49AM
20  was operating the entire time period that you  10:49AM
21  worked in the Display Division Group of Thomson  10:49AM
22  Consumer?  10:49AM
23  A  I don't.  10:49AM
24  Q  I'd like to ask a few questions about  10:49AM
25  Thomson Displays Americas.  Is that a name that  10:49AM

Page 88

1  J. BRUNK
2  you know?  10:49AM
3  A  Yes.  10:49AM
4  Q  What is or was Thomson Displays  10:49AM
5  Americas?  10:49AM
6  A  The CRT manufacturing group.  10:49AM
7  Q  Did there come a period of time when the  10:49AM
8  Display Group became known as Thomson Displays  10:49AM
9  Americas that you're aware of?  10:50AM
10     MR. HURLEY:  Object to form.  10:50AM
11     THE WITNESS:  I don't remember.  They  10:50AM
12  changed their name all the time.  10:50AM
13  Q  Do you remember if it was at the  10:50AM
14  beginning or the end of the time that you were  10:50AM
15  working at the Display Division Group that the  10:50AM
16  company was known as Thomson Displays Americas?  10:50AM
17     MR. HURLEY:  Object to form.  Lacks  10:50AM
18  foundation.  Calls for speculation.  10:50AM
19     THE WITNESS:  I don't.  10:50AM
20  BY MR. BENSON:  10:50AM
21  Q  Did there come a period of time when  10:50AM
22  Thomson Consumer and Thomson S.A. sold or  10:50AM
23  transferred their CRT business that you're aware  10:50AM
24  of?  10:50AM
25     MR. HURLEY:  Object to form.  10:50AM

Page 89

1  J. BRUNK
2     THE WITNESS:  Yes.  10:50AM
3  Q  Approximately when was that, if you  10:51AM
4  recall?  10:51AM
5  A  I believe it was in mid to late 2005.  10:51AM
6  Q  And do you recall whether it was at that  10:51AM
7  time that the Display Group became known as  10:51AM
8  Thomson Displays Americas?  10:51AM
9     MR. HURLEY:  Object to form.  10:51AM
10     THE WITNESS:  I don't.  10:51AM
11  BY MR. BENSON:  10:51AM
12  Q  What do you know about the -- the  10:51AM
13  transactions by which Thomson Consumer and  10:51AM
14  Thomson S.A. sold or transferred their CRT  10:51AM
15  operations?  10:51AM
16     MR. HURLEY:  Objection.  Seeks a legal  10:51AM
17  conclusion.  10:51AM
18     THE WITNESS:  I don't know any -- any of  10:51AM
19  it.  10:51AM
20  Q  Did there come a period of time when  10:52AM
21  Thomson Displays Americas changed its name to  10:52AM
22  Technologies Displays Americas?  10:52AM
23     MR. HURLEY:  Object to form.  10:52AM
24     THE WITNESS:  I think so.  10:52AM
25