1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| _____ | **[PROPOSED] ORDER GRANTING SDI DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO DIRECT ACTION PLAINTIFFS' SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS** |
| This Document Relates to: | |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; | |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | |
| *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd., et al*, No. 13-cv-02171; | |
| *Electrograph Systems, Inc. and Electrograph Technologies Corp., v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| (CONTINUED ON NEXT PAGE) | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Interbond Corporation of America v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*P.C. Richard & Son Long Island Corp., Marta Coooperative of Am., Inc., ABC Appliance, Inc. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Tech Data Corp and Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-02510.

[PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT AS TO DAPS' CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS

1    Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia)

2  SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung

3  SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.'s (collectively, "SDI") Motion for Partial Summary

4  Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based

5  on CRT Product Purchases from Samsung Electronics ("Motion") came on regularly for hearing

6  before this Court.

7    Having considered all the papers filed in support of and in opposition of said Motion, and

8  having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED

9  that SDI's Motion is GRANTED in full, and Plaintiffs' Sherman Act damage claims based on

10 purchases of CRT Products from Samsung Electronics Co., Ltd. and its subsidiaries are dismissed

11 with prejudice.

12

13 **IT IS SO ORDERED.**

14

15 DATED: _____

16

17                                                    _____

                                                         Hon. Samuel Conti
18                                                    United States District Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT AS TO
DAPS' CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS