Mark C. Dosker (State Bar # 114789)
Nathan Lane, III (State Bar # 50961)
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415.954.0200
Facsimile: 415.393.9887
Email: mark.dosker@squirepb.com
nathan.lane@squirepb.com

Attorneys for Defendant
Technologies Displays Americas LLC with respect to all cases except *Office Depot, Inc. v. Technicolor SA, et al.* and *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*
(additional counsel on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-5944-SC<br>MDL No. 1917 |
| This Document Relates to<br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-005723;<br>*Crago, d/b/a Dash Computers, Inc., et al., v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-02058;<br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br>*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668;<br>*Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;<br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;<br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br>*Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686. | **DECLARATION OF DONALD A. WALL IN SUPPORT OF DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC'S MOTION FOR SUMMARY JUDGMENT** |

1. I am an attorney with Squire Patton Boggs (US) LLP, and am one of the attorneys for Technologies Displays Americas LLC ("TDA") in a number of the above-captioned cases. I am a member in good standing of the Arizona bar and am admitted *pro hac vice* in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC, MDL No. 1917. The matters stated herein are true to my own personal knowledge and, if called as a witness, I could and would testify competently thereto. I submit this Declaration in support of TDA's Motion for Summary Judgment.

2. TDA responded to interrogatories, requests for production of documents and requests for admission, and produced documents in connection with the captioned cases.

3. Albino Bessa was deposed in these cases on October 2, 2014.

4. Jack Brunk was deposed in these cases on September 5, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2014 in Phoenix, Arizona.

*[signature]*
Donald A. Wall

Additional counsel:

Donald A. Wall (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602.528. 4000
Facsimile: 602.253.8129
Email: donald.wall@squirepb.com

Attorneys for Defendant
Technologies Displays Americas LLC with respect to all
cases except *Office Depot, Inc. v. Technicolor SA, et al.*
and *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

Jeffrey I. Zuckerman (*Pro Hac Vice*)
Ellen Tobin (*Pro Hac Vice*)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (State Bar # 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

Attorneys for Defendant
Technologies Displays Americas LLC with respect to
*Office Depot, Inc. v. Technicolor SA, et al.* and
*Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

SQUIRE PATTON BOGGS
(US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Declaration of Donald A. Wall in Support of TDA's Motion for Summary Judgment
Master Case No. 07-CV-5944-SC
-3-