UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-5944-SC<br>MDL No. 1917 |
| This Document Relates to<br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;<br>*Costco Wholesale Corporation v. Technicolor SA, et al.,* No. 13-cv-005723;<br>*Crago, d/b/a Dash Computers, Inc., et al., v. Mitsubishi Electric Corporation, et al.,* No. 14-cv-02058;<br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05724;<br>*Interbond Corporation of America v. Technicolor SA, et al.,* No. 13-cv-05727;<br>*Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-05726;<br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.,* No. 13-cv-05725;<br>*Schultze Agency Services, LLC v. Technicolor SA, et al.,* No. 13-cv-05668;<br>*Sears, Roebuck and Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05262;<br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.,* No. 13-cv-01173;<br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;<br>*Target Corp., v. Technicolor SA, et al.,* No. 13-cv-05686. | **[PROPOSED] ORDER GRANTING DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Judge: Hon. Samuel Conti |

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

582068/SFO

[Proposed] Order Granting TDA's Motion for Summary Judgment
Master Case No. 07-CV-5944-SC
-1-

On February 6, 2015, the Court held a hearing on Defendant Technologies Displays Americas LLC's Motion for Summary Judgment ("Motion") in the above-captioned actions. The Court having considered all papers filed in support of and in opposition to said Motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

Judgment is entered for Technologies Displays Americas LLC on the following Plaintiffs' claims: Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.; Costco Wholesale Corporation; Crago, d/b/a Dash Computers, Inc., Arch Electronics, Inc., Meijer, Inc., Meijer Distribution, Inc., Nathan Muchnick, Inc., Princeton Display Technologies, Inc. Radio & TV Equipment, Inc., Studio Spectrum, Inc., and Wettstein and Sons, Inc., d/b/a Wettstein's; Electrograph Systems, Inc. and Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.; Schultz Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Sears, Roebuck, and Co., Kmart Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.; Alfred H. Siegel, solely as Trustee of the Circuit City Stores, Inc. Liquidating Trust; and Target Corp. on the basis that there is no evidence that TDA participated in the CRT conspiracy alleged by Plaintiffs. In view of the Court's ruling on this issue, it is not necessary to address the other issues raised in the Motion.

**IT IS SO ORDERED**.

Dated: _____    _____
                                   The Honorable Samuel Conti
                                   United States District Judge