Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*The Indirect Purchaser Action*<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;

*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14cv-02510.

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following documents under seal:

1. Exhibits F, H, and I to the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Notice of Motion of Motion For Summary Judgment Concerning Withdrawal ("Lau Decl.") which are transcript excerpts of deposition testimony that the Toshiba Defendants have designated as "Highly Confidential"; and

2. Exhibits C, D, and G to the Lau Decl. which are documents that the Defendants have produced in this litigation and designated as "Confidential" or "Highly Confidential."

This motion is supported by the Declaration of Samuel J. Sharp, dated November 7, 2014 ("Sharp Decl."). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable." Because the above cited materials are subject to a protective order and contain sensitive business information, compelling reasons exist for sealing the documents. *See, e.g., Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

As set forth in the Sharp Decl., the standard for filing under seal is met in the present case. The documents listed above consist of, quote from, and/or summarize confidential, nonpublic, proprietary and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about the Toshiba Defendants' sales processes, business practices, internal practices, confidential business and supply agreements, and competitive positions. This information is confidential commercial information, the disclosure of which would prejudice the Toshiba Defendants

both in their commercial relationships with customers and suppliers and in their competitive efforts. Accordingly, compelling reasons exist for Exhibits C, D, F, G, H, I to the Lau Decl. to be filed under seal. For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to Civil Local Rules 7-11 and 79-5.

                                                Respectfully submitted,

Dated:  November 7, 2014                          **WHITE & CASE** LLP

                                    By:   /s/ Lucius B. Lau
                                        Christopher M. Curran (*pro hac vice*)
                                        ccurran@whitecase.com
                                        Lucius B. Lau (*pro hac vice*)
                                        alau@whitecase.com
                                        Dana E. Foster (*pro hac vice*)
                                        defoster@whitecase.com
                                        701 Thirteenth Street, N.W.
                                        Washington, DC  20005
                                        tel.: (202) 626-3600
                                        fax: (202) 639-9355

                                        *Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
3

## CERTIFICATE OF SERVICE

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005