UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |

This Document Relates to:

*The Indirect Purchaser Action*

*Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-01656;

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

**[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2   *Schultze Agency Services, LLC v. Hitachi, Ltd.,*
    *et al.*, No. 12-cv-02649;
3

4   *Tech Data Corporation, et al. v. Hitachi, Ltd.,*
    *et al.*, No. 13-cv-00157;
5

6   *Sharp Electronics Corp., et al. v. Hitachi, Ltd.,*
    *et al.*, No. 13-cv-01173;
7

8   *ViewSonic Corporation, v. Chunghwa Picture*
    *Tubes, Ltd., et al.*, No. 3:14cv-02510.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Upon consideration of the Toshiba Defendants' Administrative Motion to File
2   Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in
3   connection with the Toshiba Defendants' Notice of Motion and Motion for Summary
4   Judgment Concerning Withdrawal ("Defendants' Motion"), and the Declaration of Samuel J.
5   Sharp in Support of the Defendants' Motion, it is hereby:
6       ORDERED that the Administrative Motion is GRANTED; and it is further
7       ORDERED that the Clerk shall maintain under seal Exhibits C, D, F, G, H, and I to
8   the Declaration of Lucius B. Lau In Support of the Toshiba Defendants' Notice of Motion
9   and Motion for Summary Judgment Concerning Withdrawal which consist wholly of
10  material designated as "Highly Confidential" or "Confidential" by the parties to this
11  litigation.

**IT IS SO ORDERED.**

Dated: _____          _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*White & Case LLP*
*701 Thirteenth Street, NW*
*Washington, DC 20005*

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917