Michael Lacovara (209279)
michael.lacovara@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
Telephone:    212 277 4000
Facsimile:    212 277 4001

Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder *(pro hac vice)*
richard.snyder@freshfields.com
Christine Laciak*(pro hac vice)*
christine.laciak@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
Telephone:    202 777 4500
Facsimile:    202 777 4555

*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC, MDL No. 1917 |
| This document relates to: *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | **DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

BMCC'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5

Master File 07-cv-5944
MDL 1917

Pursuant to Civil Local Rules 7-11 and 79-5, Beijing Matsushita Color CRT Co., Ltd. (**BMCC**) respectfully requests an order permitting BMCC to file under seal Exhibits A-F to the Declaration of Richard S. Snyder in support of the Motion to Dismiss Under Rule 12(b)(2) and Motion for Summary Judgment Under Rule 56 for Lack of Personal Jurisdiction in their entirety.

Exhibits A-B (collectively **Confidential Exhibits**) are the deposition transcripts respectively of Masashi Muramatsu and Ayumu Kinoshita, designated by the Panasonic Defendants as Highly Confidential.

Exhibits C-F (collectively the **Loh Exhibits**) were submitted as Exhibits E, F, K, and O to the Declaration of Vincent S. Loh in Support of Plaintiffs Best Buy, Target, and Tech Data's Consolidated Opposition to Defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion to Dismiss Certain Direct Action Purchase Complaints.  The Court previously GRANTED the Motion to Seal the Loh Exhibits.  *See* Order Granting Plaintiffs Best Buy, Tech Data, and Target's Administrative Motion to Seal Pursuant to Civil Local Rules 7-11 and 79-5 dated February 12, 2014, Dkt. No. 2383 (**Sealing Order**).

This motion is supported by the Declaration of Richard S. Snyder in Support of BMCC's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated November 7, 2014.  *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable."). On June 18, 2008, the Court approved a Stipulated Protective Order in this matter (Dkt. No. 306) (the **Protective Order**).  The Protective Order requires that a party may not file any confidential material in the public record (¶ 10).  The Protective Order provides that any party seeking to file any confidential material under seal must comply with Civil Local Rule 79-5 (*id.*).

BMCC seeks to submit the material referenced herein under seal in good faith in order to comply with the Sealing Order, the Protective Order in this action and the applicable Local Rules.

Pursuant to Civil Local Rule 79-5(d) and 79-5(e), a copy of the Confidential Exhibits will be provided to the Court for *in camera* review, served on all parties, and e-filed pending the

BMCC'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5

Master File 07-cv-5944
MDL 1917

2

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

1  Designating Parties' submission, within four days of the date of this Administrative Motion, of a
2  declaration "establishing that the designated material is properly sealable."  BMCC is prepared to
3  e-file the unredacted versions of the documents referenced herein in the public record "[i]f the
4  Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and
5  the Administrative Motion to File Under Seal is denied."  Civ. L.R. 79-5(e)(2).  BMCC
6  respectfully submits this Administrative Motion pursuant to the Protective Order and Civil Local
7  Rule 79-5, and, through this submission, hereby notifies the Designating Parties of their burden to
8  establish that the designated material is properly sealable.  Civ. L.R. 79-5(e)(1).

Dated: November 7, 2014                FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:  /s/ Michael Lacovara
     Michael Lacovara (209279)
     Freshfields Bruckhaus Deringer US LLP
     601 Lexington Avenue, 31st Floor
     New York, NY 10022
     Telephone: 212 277 4000
     Facsimile: 212 277 4001
     Email: michael.lacovara@freshfields.com

     Terry Calvani (53260)
     Richard Snyder (*pro hac vice*)
     Christine Laciak (*pro hac vice*)
     Freshfields Bruckhaus Deringer US LLP
     700 13th Street, NW, 10th Floor
     Washington, DC 20005
     Telephone: 202 777 4500
     Email: terry.calvani@freshfields.com
     Email: richard.snyder@freshfields.com
     Email: christine.laciak@freshfields.com

     *Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

BMCC'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5

Master File 07-cv-5944
MDL 1917

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW

3