UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This document relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | Case No. 07-cv-5944 SC, MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

[PROPOSED] ORDER GRANTING BMCC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

Master File 07-cv-5944
MDL 1917

# [PROPOSED] ORDER

This matter comes before the Court on Defendant Beijing Matsushita Color CRT Co. Ltd.'s (**BMCC's**) November 7, 2014 Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (**Motion to Seal**). Having considered the Motion to Seal and the Declaration of Richard S. Snyder in support thereof (**Snyder Declaration**), and good cause appearing therefore:

The Court hereby GRANTS the Motion to Seal and orders that the following are properly sealable and shall be sealed:

| |
|---|
| Exhibit A to the Snyder Declaration |
| Exhibit B to the Snyder Declaration |
| Exhibit C to the Snyder Declaration |
| Exhibit D to the Snyder Declaration |
| Exhibit E to the Snyder Declaration |
| Exhibit F to the Snyder Declaration |

**IT IS SO ORDERED**

Dated:

          **Honorable Samuel Conti**
          United States District Judge