Michael Lacovara (209279)
michael.lacovara@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
Telephone:     212 277 4000
Facsimile:      212 277 4001

Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder (*pro hac vice*)
richard.snyder@freshfields.com
Christine Laciak(*pro hac vice*)
christine.laciak@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
Telephone:     202 777 4500
Facsimile:      202 777 4555

*Counsel for Defendant Beijing Matsushita
Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-5944 SC, MDL No. 1917 |
|---|---|
| This document relates to: *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | **DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF BEIJING MATSUSHITA COLOR CRT CO., LTD.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT FOR LACK OF PERSONAL JURISDICTION**<br><br>Judge:    Honorable Samuel Conti<br>Court:    Courtroom 1, 17th Floor<br>Time:     February 6, 2015, 10:00 am |

DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF BMCC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Richard S. Snyder, hereby declare as follows:

1. I am Counsel at Freshfields Bruckhaus Deringer US LLP, counsel to Beijing Matsushita Color CRT Company, Ltd. (**BMCC**) in the above-captioned litigation.

2. I am a member of the Bars of the Commonwealth of Virginia and the District of Columbia and am admitted to practice before this Court *pro hac vice*. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. This declaration is submitted in support of the motion by BMCC for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(2) or, in the alternative, for summary judgment pursuant to Federal Rule of Civil Procedure 56, in the direct purchaser actions, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Master File No. 07-cv-05944, MDL No. 1917, on the ground that the Court lacks sufficient evidence to exercise personal jurisdiction over BMCC.

4. The Kinoshita Declaration was first filed on September 30, 2013, in a related action brought in San Francisco Superior Court.

5. Since the Kinoshita Declaration was filed, Mr. Kinoshita's successor as Deputy Director, Marketing and Sales Dept. at BMCC, Mr. Masashi Muramatsu, was deposed by various CRT claimants.

6. No other plaintiff sought to depose any other employee of BMCC.

7. Attached hereto as Exhibit A is a true and correct copy of the Deposition of Masashi Muramatsu. **FILED UNDER SEAL.**

8. Attached hereto as Exhibit B is a true and correct copy of the Deposition of Ayumu Kinoshita. **FILED UNDER SEAL.**

9. Attached hereto as Exhibit C is a true and correct copy of excerpts of the Deposition of Chih Chun-Liu, which were initially introduced into this action as Exhibit K to the Loh Declaration, Docket No. 2340. **FILED UNDER SEAL.**

10. Attached hereto as Exhibit D is a true and correct copy of a report of the Philips/Matsushita 1st Global Meeting, which was initially introduced in this action as Exhibit O to the Loh Declaration, Docket No. 2340. **FILED UNDER SEAL.**

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF BMCC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

2

11. Attached hereto as Exhibit E is a true and correct copy of Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, Exhibit E to the Loh Declaration, Docket No. 2340. **FILED UNDER SEAL.**

12. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Deposition of Sheng-Jen Yang, which were initially introduced into this action as Exhibit F to the Loh Declaration, Docket No. 2340. **FILED UNDER SEAL.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was signed this 7th day of November, 2014, in Washington, D.C.

Freshfields Bruckhaus Deringer US LLP

By: _____
Richard Snyder (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
Email: richard.snyder@freshfields.com
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Facsimile: 202 777 4555

**Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.**

DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF BMCC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION