UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-5944 SC, MDL No. 1917 |
| | **[PROPOSED] ORDER GRANTING DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S MOTION TO DISMISS UNDER RULE 12(b)(2) AND MOTION FOR SUMMARY JUDGMENT UNDER RULE 56 FOR LACK OF PERSONAL JURISDICTION** |
| This document relates to: | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | Judge: Honorable Samuel Conti |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; | Court: Courtroom 1, 17th Floor |
| | Date: February 6, 2015, 10:00 a.m. |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | |

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

[PROPOSED] ORDER GRANTING BMCC'S MOTION TO DISMISS UNDER RULE 12(B)(2) AND MOTION FOR SUMMARY JUDGMENT UNDER RULE 56 FOR LACK OF PERSONAL JURISDICTION

Master File 07-cv-5944
MDL 1917

# [PROPOSED] ORDER GRANTING SUMMARY JUDGMENT

On February 6, 2015, the Court held a hearing on Defendant Beijing Matsushita Color CRT Co. Ltd.'s Motion to Dismiss under Rule 12(b)(2) and Motion for Summary Judgment Under Rule 56 for Lack of Personal Jurisdiction in the above-captioned actions. The Court having considered all papers filed in support of and in opposition to said Motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety.

Judgment is entered for Defendant Beijing Matsushita Color CRT Co. Ltd. in the following actions: *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; and *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

**IT IS SO ORDERED**

Dated:

**Hon. Samuel Conti**
United States District Judge

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

[PROPOSED] ORDER GRANTING BMCC'S MOTION TO DISMISS UNDER RULE 12(B)(2) AND MOTION FOR SUMMARY JUDGMENT UNDER RULE 56 FOR LACK OF PERSONAL JURISDICTION

Master File 07-cv-5944
MDL 1917

1