1   Michael Lacovara (209279)
    michael.lacovara@freshfields.com
2   Freshfields Bruckhaus Deringer US LLP
    601 Lexington Avenue, 31st Floor
3   New York, NY 10022
    Telephone:      212 277 4000
4   Facsimile:      212 277 4001

5   Terry Calvani (53260)
    terry.calvani@freshfields.com
6   Richard Snyder (*pro hac vice*)
    richard.snyder@freshfields.com
7   Christine Laciak (*pro hac vice*)
    christine.laciak@freshfields.com
8   Freshfields Bruckhaus Deringer US LLP
    700 13th Street, NW, 10th Floor
9   Washington, DC  20005-3960
    Telephone:      202 777 4500
10  Facsimile:      202 777 4555

11  *Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

                **SAN FRANCISCO DIVISION**
15
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-5944 SC |
|---|---|
16 | | MDL No. 1917 |
17 | This Document Relates to: | |
18 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | **DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S CERTIFICATE OF SERVICE RELATING TO MOTION TO DISMISS UNDER RULE 12(b)(2) AND MOTION FOR SUMMARY JUDGMENT UNDER RULE 56 FOR LACK OF PERSONAL JURISDICTION** |
19 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
20 | | |
21 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; | |
22 | *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | Judge:    Hon. Samuel P. Conti<br>Court:    Courtroom 1, 17th Floor<br>Date:     February 6, 2015, 10:00 a.m. |
23

24

25

26

27

28

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DEFENDANT BMCC'S CERTIFICATE OF SERVICE RELATING TO MOTION TO
DISMISS UNDER RULE 12(B)(2) AND MOTION FOR SUMMARY JUDGMENT
UNDER RULE 56 FOR LACK OF PERSONAL JURISDICTION

MASTER FILE 07-CV-5944
MDL 1917

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Michael Lacovara, declare that I am over the age of eighteen (18) and not a party to the within action.  I am a partner in the law firm of Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, 31st Floor, New York, NY 10022.

On November 7, 2014, I caused a copy of the following documents to be electronically filed and served via the Official Court Electronic Document Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008, except for redacted materials that have been emailed to the attached service list.

1.  DEFENDANT BMCC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 IN SUPPORT OF MOTION TO DISMISS UNDER RULE 12(b)(2) AND MOTION FOR SUMMARY JUDGMENT UNDER RULE 56 FOR LACK OF PERSONAL JURISDICTION, INCLUDING DECLARATION OF RICHARD S. SNYDER AND ALL OTHER ATTACHMENTS; and

2.  DEFENDANT BMCC'S MOTION TO DISMISS UNDER RULE 12(b)(2) AND MOTION FOR SUMMARY JUDGMENT UNDER RULE 56 FOR LACK OF PERSONAL JURISDICTION, INCLUDING DECLARATION OF RICHARD S. SNYDER AND ATTACHMENTS THERETO [REDACTED AND UNREDACTED VERSIONS].

Freshfields
Bruckhaus Deringer
US LLP
Attorneys at Law
Washington, D.C.

DEFENDANT BMCC'S CERTIFICATE OF SERVICE RELATING TO MOTION TO
DISMISS UNDER RULE 12(B)(2) AND MOTION FOR SUMMARY JUDGMENT UNDER
RULE 56 FOR LACK OF PERSONAL JURISDICTION

MASTER FILE 07-CV-5944
MDL 1917

2

Dated: November 7, 2014

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Michael Lacovara
     Michael Lacovara (209279)
     michael.lacovara@freshfields.com
     Freshfields Bruckhaus Deringer US LLP
     601 Lexington Avenue, 31st Floor
     New York, NY 10022
     Telephone:  212 277 4000
     Facsimile:  212 277 4001

***Counsel to Defendant Beijing Matsushita
Color CRT Co., Ltd.***

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DEFENDANT BMCC'S CERTIFICATE OF SERVICE RELATING TO NOTICE OF
MOTION AND MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE
EVIDENCE SUFFICIENT TO STATE A CLAIM

MASTER FILE 07-CV-5944
MDL 1917

3

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679<br>Email: malioto@tatp.com<br>Email: laurenrussell@tatp.com<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs* | Roman M. Silberfeld<br>Email: RMSilberfeld@rkmc.com<br>David Martinez<br>Email: DMartinez@rkmc.com<br>Laura E. Nelson<br>Email: LeNelson@rkmc.com<br>ROBINS, KAPLAN, MILLER & CIRESI L.LP.<br><br>*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Service, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC* |
| Jason C. Murray<br>Email: jmurray@crowell.com<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 443-5582<br>Fax: (213) 622-2690<br><br>Jerome A. Murphy<br>Email: jmurphy@crowell.com<br>Astor H.L. Heaven<br>Email: aheaven@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br><br>*Counsel for Plaintiffs Target Corp. and ViewSonic Corporation* | Robert W. Turken<br>Email: rturken@bilzin.com<br>Mitchell E. Widom<br>Email: mwidom@bilzin.com<br>Scott N. Wagner<br>Email: swagner@bilzin.com<br>Wendy Polit<br>Email: wpolit@bilzin.com<br>BILZIN SUMBERG BAENA PRICE & AXLEROD LLP<br><br>Stuart H. Singer<br>Email: ssinger@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.* |
| Philip J. Iovieno<br>Email: piovieno@bsfllp.com<br>William A. Isaacson<br>Email: wisaacson@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Counsel for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.* | All Defense Counsel |

FRESHFIELDS<br>BRUCKHAUS DERINGER<br>US LLP<br>ATTORNEYS AT LAW<br>WASHINGTON, D.C.

DEFENDANT BMCC'S CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM

MASTER FILE 07-CV-5944
MDL 1917

4