Michael Lacovara (209279)
michael.lacovara@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
Telephone:	212 277 4000
Facsimile:	212 277 4001

Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder *(pro hac vice)*
richard.snyder@freshfields.com
Christine Laciak *(pro hac vice)*
christine.laciak@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
Telephone:	202 777 4500
Facsimile:	202 777 4555

***Counsel for Defendant Beijing Matsushita
Color CRT Co., Ltd.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC, MDL No. 1917 |
| This document relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS,<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | **DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

BMCC'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5

Master File 07-cv-5944
MDL 1917

Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendant Beijing Matsushita Color CRT Co., Ltd. (**BMCC**) respectfully requests an order permitting BMCC to file under seal Exhibits B and C (collectively the **Confidential Exhibits**) to the Declaration of Richard S. Snyder submitted in support of BMCC's Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and for Lack of Standing to Seek Injunctive Relief (**Summary Judgment Motion**).

Exhibit B to the Declaration of Richard S. Snyder submitted in support of the Summary Judgment Motion is the Indirect Purchaser Plaintiffs' Objections and Responses to Defendant MT Picture Display Co., Ltd.'s First Set of Interrogatories (**IPP Interrogatory Responses**), including Attachment A thereto which has been designated "Highly Confidential." The IPP Interrogatory Responses reference numerous documents, excerpts and testimony designated by various Defendants as "Confidential" or "Highly Confidential."

Exhibit C to the Declaration of Richard S. Snyder submitted in support of the Summary Judgment Motion is a document Bates labeled PHLP-CRT-087372 and designated "Confidential."

This motion is supported by the Declaration of Richard S. Snyder in Support of BMCC's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated November 7, 2014. *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

On June 18, 2008, the Court approved a Stipulated Protective Order in this matter (Dkt. No. 306) (**Protective Order**). The Protective Order requires that a party may not file any confidential material in the public record (¶ 10). The Protective Order provides that any party seeking to file any confidential material under seal must comply with Civil Local Rule 79-5 (*id.*).

BMCC seeks to submit the material referenced herein under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules.

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

BMCC'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5

Master File 07-cv-5944
MDL 1917

2

Pursuant to Civil Local Rule 79-5(d) and 79-5(e), a copy of the Confidential Exhibits will be provided to the Court for *in camera* review, served on all parties, and e-filed pending the Designating Parties' submission, within four days of the date of this Administrative Motion, of a declaration "establishing that the designated material is properly sealable." BMCC is prepared to e-file the unredacted versions of the documents referenced herein in the public record "[i]f the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied." Civ. L.R. 79-5(e)(2). BMCC respectfully submits this Administrative Motion pursuant to the Protective Order and Civil Local Rule 79-5, and, through this submission, hereby notifies the Designating Parties of their burden to establish that the designated material is properly sealable. Civ. L.R. 79-5(e)(1).

Dated: November 7, 2014

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:   /s/ Michael Lacovara
Michael Lacovara (209279)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: 212 277 4000
Facsimile: 212 277 4001
Email: michael.lacovara@freshfields.com

Terry Calvani (53260)
Richard Snyder (*pro hac vice*)
Christine Laciak (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
Email: christine.laciak@freshfields.com

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*