1  Michael Lacovara (209279)
   michael.lacovara@freshfields.com
2  FRESHFIELDS BRUCKHAUS DERINGER US LLP
   601 Lexington Ave., 31st Floor
3  New York, NY 10022
   Telephone:     212 277 4000
4  Facsimile:     212 277 4001

5  Terry Calvani (53260)
   terry.calvani@freshfields.com
6  Richard Snyder (*pro hac vice*)
   richard.snyder@freshfields.com
7  Christine Laciak(*pro hac vice*)
   christine.laciak@freshfields.com
8  FRESHFIELDS BRUCKHAUS DERINGER US LLP
   700 13th Street, NW, 10th Floor
9  Washington, DC 20005-3960
   Telephone:     202 777 4500
10 Facsimile:     202 777 4555

11 ***Counsel for Defendant Beijing Matsushita
   Color CRT Co., Ltd.***
12

13                 **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

| 16 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-5944 SC, MDL No. 1917 |
|---|---|---|
| 17 | | **DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| 18 | This document relates to: | |
| 19 | ALL INDIRECT-PURCHASER ACTIONS, | |
| 20 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| 21 | | |
| 22 | *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| 23 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| 24 | | |
| 25 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| 26 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; | |
| 27 | | |
| 28 | *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | |

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DECLARATION OF RICHARD S. SNYDER IN SUPPORT
OF BMCC'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5

Master File 07-cv-5944
MDL 1917

I, Richard S. Snyder, do declare and state as follows:

1. I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, counsel of record for defendant Beijing Matsushita Color CRT Co., Ltd. (**BMCC**) in the above-captioned litigation.

2. I am a member of the Bars of the Commonwealth of Virginia and the District of Columbia and am admitted to practice before this Court *pro hac vice*.

3. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

4. I submit this Declaration in support of BMCC's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11 filed concurrently.

5. On November 7, 2014, BMCC filed a Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and for Lack of Standing to Seek Injunctive Relief (**Motion**). Filed contemporaneously with the Motion was the Declaration of Richard S. Snyder (**Snyder Declaration**) in support thereof, attaching Exhibits B-C in support of the Motion.

6. Exhibit B to the Snyder Declaration is a true and correct copy of the Indirect Purchaser Plaintiffs' Objections and Responses to Defendant MT Picture Display Co., Ltd.'s First Set of Interrogatories (**IPP Interrogatory Responses**), including Attachment A thereto which has been designated "Highly Confidential." The IPP Interrogatory Responses reference numerous documents, excerpts and testimony designated by various Defendants as "Confidential" or "Highly Confidential."

7. Exhibit C to the Snyder Declaration is a true and correct copy of a document Bates labeled PHLP-CRT-087372 and designated "Confidential."

8. On June 18, 2008, the Court approved a Stipulated Protective Order in this matter (Dkt. No. 306) (**Protective Order**). The Protective Order requires that a party may not file any confidential material in the public record (¶ 10). The Protective Order provides that any party seeking to file any confidential material under seal must comply with Civil Local Rule 79-5 (*id.*).

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DECLARATION OF RICHARD S. SNYDER IN SUPPORT
OF BMCC'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5

Master File 07-cv-5944
MDL 1917

2

9. Exhibits B and C are documents and/or contain excerpts from and/or statements derived from documents and testimony which have been designated "confidential" or "highly confidential" pursuant to the Protective Order.

10. BMCC seeks to submit the material referenced herein under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was signed this 7th day of November, 2014, in Washington, D.C.

Freshfields Bruckhaus Deringer US LLP

By: _____

Richard Snyder (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
Email: richard.snyder@freshfields.com
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Facsimile: 202 777 4555

**Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.**

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW

DECLARATION OF RICHARD S. SNYDER IN SUPPORT
OF BMCC'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5

Master File 07-cv-5944
MDL 1917