Michael Lacovara (209279)
michael.lacovara@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
Telephone:   212 277 4000
Facsimile:   212 277 4001

Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder (*pro hac vice*)
richard.snyder@freshfields.com
Christine Laciak (*pro hac vice*)
christine.laciak@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
Telephone:   202 777 4500
Facsimile:   202 777 4555

*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-5944 SC, MDL No. 1917 |
| This document relates to: ALL INDIRECT-PURCHASER ACTIONS, *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | **DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF**<br><br>[Defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of FTAIA and For Lack of Standing to Seek Injunctive Relief filed Concurrently Herewith]<br><br>Judge:   Honorable Samuel Conti<br>Court:   Courtroom 1, 17th Floor<br>Date:    February 6, 2015, 10:00 a.m. |

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF BMCC'S
MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE
EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA
AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF

Master File 07-cv-5944
MDL 1917

I, Richard S. Snyder, hereby declare as follows:

1. I am Counsel at Freshfields Bruckhaus Deringer US LLP, counsel to Beijing Matsushita Color CRT Co., Ltd. (**BMCC**) in the above-captioned litigation.

2. I am a member of the Bars of the Commonwealth of Virginia and the District of Columbia and am admitted to practice before this Court *pro hac vice*. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. This declaration is submitted in support of the motion by BMCC for summary judgment in the above referenced cases, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Master File No. 3:07-MDL-1917, for failure to adduce evidence sufficient to state a claim in light of the FTAIA and for lack of standing to seek injunctive relief.

4. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Objections and Responses of Defendant Beijing Matsushita Color CRT Co., Ltd. to Indirect Purchaser Plaintiffs' First Set of Interrogatories, pages 1-3, 27-28.

5. BMCC has not been subject to any investigation or inquiry by the United States Department of Justice Antitrust Division (**DOJ**) and was not a recipient of the European Commission's Statement of Objections relating to CRTs.

6. BMCC has not been subject to criminal prosecution with respect to CRTs.

7. I have conducted a thorough search of publicly available information on the website of the DOJ (www.usdoj.gov/atr), and to my knowledge, the only criminal action brought by the DOJ to date with respect to CRTs is a DOJ conspiracy prosecution which was limited to CDTs only, and covered the period January 1997 – March 2006. *See* Request for Judicial Notice, filed November 7, 2014, Exhibit X.

8. Plaintiffs conducted depositions of two deponents who identified themselves as former employees of BMCC during their depositions; neither witness was questioned with regard to their role in sales at BMCC.

9. Plaintiffs have not authenticated, via deposition, stipulation, or otherwise, any documents produced by BMCC.

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF BMCC'S MOTION
FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE
SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK
OF STANDING TO SEEK INJUNCTIVE RELIEF

Master File 07-cv-5944
MDL 1917

1

10. No witness has testified in deposition to having agreed with anyone at BMCC on the price at which any CRT would be sold in the United States.

11. No witness has testified in deposition to having agreed with anyone at BMCC to limit exports to the United States.

12. Attached hereto as Exhibit B is a true and correct copy of the Indirect Purchaser Plaintiffs' Objections and Responses to Defendant MT Picture Display Co., Ltd.'s First Set of Interrogatories, including Exhibit A.[1] **FILED UNDER SEAL.**

13. Attached hereto as Exhibit C is a true and correct copy of a document produced in this matter, Bates labeled PHLP-CRT-087372. **FILED UNDER SEAL.**

14. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Chih Chun-Liu, taken on February 21, 2013 pages 423:22-424:8 and the reporter's certification.

15. Attached hereto as Exhibit E is a true and correct copy of an excerpt of the Expert Report of Janusz A. Ordover, Ph.D. dated August 5, 2014 ¶¶ 12-14 including Figure 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was signed this 7th day of November, 2014, in Washington, D.C.

Freshfields Bruckhaus Deringer US LLP

By: _____
Richard S. Snyder (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
Email: richard.snyder@freshfields.com
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Facsimile: 202 777 4555

**Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.**

---

[1] The response of the Indirect Purchaser Plaintiffs is provided by way of example. Multiple other plaintiffs also submitted the Conspiracy Chart in response to interrogatories.

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF BMCC'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF

Master File 07-cv-5944
MDL 1917

2