# EXHIBIT A

1  Michael Lacovara (209279)
   Freshfields Bruckhaus Deringer US LLP
2  601 Lexington Avenue, 31st Floor
   New York, NY 10022
3  Tel: 212-230-4630
   Fax: 212-277-4001
4  Michael.lacovara@freshfields.com

5  Terry Calvani (53260)
   Richard Snyder (*pro hac vice*)
6  Freshfields Bruckhaus Deringer US LLP
   700 13th Street, N.W., 10th Floor
7  Washington, DC 20005
   Tel: 202-777-4565
8  Fax: 202-777-4555
   Terry.calvani@freshfields.com
9  Richard.snyder@freshfields.com

10 ***Attorneys for Defendant Beijing Matsushita
   Color CRT Co., Ltd.***
11

12             UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16

17 IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

18 ─────────────────────────────────   No. 3:07-cv-5944 SC
                                      MDL No. 1917
19 This Document Relates to:          Judge: Hon. Samuel Conti

20 The Indirect-Purchaser Action;
                                      **OBJECTIONS AND RESPONSES OF**
21 *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*   **DEFENDANT BEIJING MATSUSHITA**
   *No. 11-cv-05513;*                 **COLOR CRT CO., LTD. TO INDIRECT-**
                                      **PURCHASER PLAINTIFFS' FIRST SET**
22 *Electrograph Systems, Inc. et al. v. Hitachi,*   **OF INTERROGATORIES**
   *Ltd., et al., No. 11-cv-01656;*
23
   *Sears Roebuck and Co. et al. v. Chunghwa*
24 *Picture Tubes, Ltd., et al., No. 11-cv-05514;*

25 *Target Corp., et al. v. Chunghwa Picture*
   *Tubes, Ltd., et al., No. 11-cv-05514;*
26
   *Tech Data Corporation, et al. v. Hitachi, Ltd.,*
27 *et al., No. 13-cv-00157;*

28 *ViewSonic Corporation, v. Chunghwa Picture*

*Tubes, Ltd., et al.*, 3:14cv-02510

PROPOUNDING PARTIES: Indirect-Purchaser Plaintiffs

RESPONDING PARTY: Beijing Matsushita Color CRT Co. Ltd.

SET NO.: ONE (1)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") responds and objects to Indirect-Purchaser Plaintiffs' ("Plaintiffs'")[1] First Set of Interrogatories dated August 1, 2014.

**PRELIMINARY STATEMENT**

The following objections and responses are based upon the information currently known and reasonably available to BMCC given the following:

1. BMCC never manufactured or sold CRT Products.
2. BMCC manufactured CRTs only in China.
3. BMCC never had any subsidiaries, offices, branches, employees or assets in the United States.
4. BMCC did not sell CRTs in the United States.
5. BMCC ceased manufacturing CDTs in 1999.
6. BMCC shut down all of its manufacturing operations in 2009 and has sold the assets of its CRT manufacturing business.

---

[1] BMCC understands that pursuant to a letter of August 4, 2014, Direct Action Plaintiffs with active cases against BMCC have joined the Interrogatories.

1      7.    Prior to 2004 BMCC did not have electronically stored transaction data.

2      8.    Beginning in 2004, BMCC used an Oracle ERP system to store transaction data electronically.  When BMCC shut down its CRT operations it terminated its Oracle license and lost access to the electronic transaction database.

    9.    BMCC no longer manufactures anything.  It operates solely as a property management business.

    10.    BMCC has fewer than 150 current employees compared to the thousands of employees it had while engaged in CRT manufacturing.  Many of its current employees were hired after BMCC shut down its CRT operations and were not engaged in those operations.

Without obligating itself to do so, except to the extent required under the Federal Rules of Civil Procedure, BMCC reserves the right to amend or supplement the responses as additional information is recalled or otherwise ascertained.  BMCC reserves the right to supplement the responses subject to any applicable Order by the Court.  Further, BMCC specifically reserves the right to utilize subsequently discovered information or evidence at trial.

The general and specific objections set forth below are intended to apply to all information provided in response to the Interrogatories.  Furthermore, these responses do not in any way waive any objections by BMCC, in this or in any subsequent proceeding, on any grounds, including objections as to the competency, relevancy, materiality, privilege or admissibility of the responses, or the subject matter thereof.

## GENERAL OBJECTIONS

BMCC asserts the following General Objections with respect to each of the Interrogatories:

1.    BMCC objects to the Interrogatories, including the Instructions and Definitions, to the extent they seek information beyond the permissible scope of discovery or seek to impose obligations beyond those imposed by Rules 26 and 33 of the Federal Rules of Civil Procedure, the Local Rules, or an applicable Order by the Court.

| | |
|---|---|
| 1 | Michael Lacovara (209279) |
| | Terry Calvani (53260) |
| 2 | Richard Snyder (*pro hac vice*) |
| | Freshfields Bruckhaus Deringer US LLP |
| 3 | 700 13th Street, N.W., 10th Floor |
| | Washington, DC 20005 |
| 4 | Tel: 202-777-4565 |
| | Fax: 202-777-4555 |
| 5 | Email: richard.snyder@freshfields.com |
| 6 | Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 3:07-cv-05944 SC<br>MDL No. 1917<br>Judge: Hon. Samuel Conti |
| This Document Relates to:<br><br>The Indirect Purchaser Action<br><br>Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513;<br><br>Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al., No. 11-cv-01656;<br><br>Sears Roebuck and Co. et al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-05514;<br><br>Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-05514;<br><br>Tech Data Corporation, et al. v. Hitachi, Ltd., et al., No. 13-cv-00157;<br><br>ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al., 3:14cv-02510 | **OBJECTIONS AND RESPONSES OF DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD TO INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF INTERROGATORIES: VERIFICATION** |

**<u>VERIFICATION</u>**

I, Ms. Wang Guoying, declare the following:

I am the Assistant General Manager of Beijing Matsushita Color CRT Co., Ltd (***BMCC***) and am authorized to make this verification on behalf of BMCC.

I have read the foregoing Objections and Responses of Defendant Beijing Matsushita Color CRT Co., Ltd to Indirect Purchaser Plaintiffs' First Set of Interrogatories dated August 1,

2014, and I know its contents. These responses were prepared by representatives of and counsel for BMCC, upon whom I have relied. These responses are based upon records and information thus far discovered and may contain inadvertent and undiscovered errors. Consequently, BMCC reserves the right to make any changes in these response if it appears that omissions or errors have been made or that more accurate information is available. Subject to these limitations, these responses are true to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed in Beijing, China on September 3, 2014

_____
Wang Guoying