# EXHIBIT D

```
                                                       Page 388
 1              *** HIGHLY CONFIDENTIAL ***
 2            UNITED STATES DISTRICT COURT
 3          NORTHERN DISTRICT OF CALIFORNIA
 4               SAN FRANCISCO DIVISION
 5   Case No. 3:07-cv-05944 SC
 6   MDL No. 1917
 7   ------------------------------------x
 8   IN RE:  CATHODE RAY TUBE (CRT)
 9           ANTITRUST LITIGATION
10   ------------------------------------x
11   This Document Relates to:
12   ALL ACTIONS
13   ------------------------------------x
14                                 Taipei 101 Tower
15                                 Xinyi Road
16                                 Taipei City, 11049
17                                 Taiwan
18
19                                 February 21, 2013
20                                 9:41 a.m.
21       Volume III of III
22       CONTINUED DEPOSITION of CHIH CHUN-LIU, held at the
23   aforementioned time and place, before Audrey
24   Shirley, Qualified Realtime Reporter, MBIVR
25
```

Page 423

| | | |
|---|---|---|
| 1 | Trade Agreement? | 10:27:31 |
| 2 | A. Within the area there are trade | 10:27:31 |
| 3 | preferential treatments. | 10:27:35 |
| 4 | Q. For which countries? | 10:27:37 |
| 5 | A. I believe Canada, United States and | 10:27:42 |
| 6 | Mexico. | 10:27:46 |
| 7 | Q. So what does this paragraph say | 10:27:49 |
| 8 | concerning Philips Brazil and the North American | 10:27:51 |
| 9 | Free Trade Agreement? | 10:27:56 |
| 10 | MR. LAU: Objection; best evidence rule. | 10:27:59 |
| 11 | THE WITNESS: It says Philips Brazil | 10:28:34 |
| 12 | produces tubes for sales in that country in NAFTA | 10:28:36 |
| 13 | and in Argentina. Its products would not be sold | 10:28:47 |
| 14 | to places that we normally sell to to mess up the | 10:28:59 |
| 15 | market. | 10:29:07 |
| 16 | BY MR. VARANINI: | 10:29:13 |
| 17 | Q. Mr. Liu, can you please turn to point | 10:29:14 |
| 18 | number 6 of the report, concerning BMCC, which | 10:29:17 |
| 19 | would be Bates number CHU00029176. Could you | 10:29:23 |
| 20 | please review that paragraph? | 10:29:35 |
| 21 | A. I'm done. | 10:29:38 |
| 22 | Q. What does that paragraph say concerning | 10:29:51 |
| 23 | BMCC's exports of 14-inch color picture tube? | 10:29:55 |
| 24 | MR. LAU: Objection; best evidence rule. | 10:30:01 |
| 25 | THE WITNESS: It says that it sells to | 10:30:30 |

Page 424

| | | |
|---|---|---|
| 1 | Samsung, AKEI and Matsushita.  It will not | 10:30:43 |
| 2 | increase production or create troubles. | 10:30:49 |
| 3 | BY MR. VARANINI: | 10:30:58 |
| 4 |     Q.   And based on your background and | 10:30:58 |
| 5 | experience, Mr. Liu, what does the term AKEI | 10:31:02 |
| 6 | stand for? | 10:31:06 |
| 7 |     A.   Oh, if I remember correct it's | 10:31:06 |
| 8 | Matsushita in U.S., New Jersey. | 10:31:12 |
| 9 |     Q.   So, does AKEI sell televisions in the | 10:31:18 |
| 10 | U.S. market? | 10:31:22 |
| 11 |     A.   Yes. | 10:31:22 |
| 12 |     MR. VARANINI:  Madam reporter, can you | 10:31:39 |
| 13 | please show Mr. Liu the document that's been | 10:31:41 |
| 14 | previously marked for identification as Exhibit | 10:31:43 |
| 15 | Number 1157. | 10:31:47 |
| 16 | BY MR. VARANINI: | 10:31:47 |
| 17 |     Q.   Mr. Liu, can you take a moment to look | 10:32:15 |
| 18 | over the document that's been marked as | 10:32:17 |
| 19 | Exhibit 1157, that begins with Bates number | 10:32:19 |
| 20 | CHU00029163? | 10:32:24 |
| 21 |     A.   Yes. | 10:32:44 |
| 22 |     Q.   What is this document? | 10:32:45 |
| 23 |     A.   This is CPT group meeting minutes. | 10:32:46 |
| 24 |     Q.   And who for Chunghwa attended this | 10:32:51 |
| 25 | meeting? | 10:32:53 |

# CERTIFICATE OF COURT REPORTER

I, Audrey Shirley, Member of the British Institute of Verbatim Reporters, Qualified Realtime Reporter, hereby certify that the foregoing testimony was recorded by me stenographically and thereafter transcribed by me; and that the foregoing transcript is a true and accurate verbatim record of the said testimony, to the best of my skill and ability.

I further certify that I am not a relative, employee or counsel of any of the parties of the within cause, nor am I an employee or relative of any counsel for the parties, nor am I in any way interested in the outcome of the within cause.

Signed *Audrey Shirley*

Audrey Shirley, MBIVR, QRR

Date: February 26, 2013.