Michael Lacovara (209279)
michael.lacovara@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
Telephone:    212 277 4000
Facsimile:    212 277 4001

Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder *(pro hac vice)*
richard.snyder@freshfields.com
Christine Laciak *(pro hac vice)*
christine.laciak@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
Telephone:    202 777 4500
Facsimile:    202 777 4555

**Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-5944 SC, MDL No. 1917 |
| This document relates to: | **REQUEST FOR JUDICIAL NOTICE BY DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF** |
| ALL INDIRECT-PURCHASER ACTIONS, | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | [Defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and For Lack of Standing to Seek Injunctive Relief filed Concurrently Herewith] |
| *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; | Judge:    Honorable Samuel Conti<br>Court:    Courtroom 1, 17th Floor |
| *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | Date:     February 6, 2015; 10:00 a.m. |

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

BMCC'S REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF SUMMARY JUDGMENT MOTION

Master File 07-cv-5944
MDL 1917

**REQUEST FOR JUDICIAL NOTICE**

Beijing Matsushita Color CRT Co., Ltd. (**BMCC**) respectfully requests that the Court, pursuant to Federal Rule of Evidence 201 and in connection with BMCC's Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and for Lack of Standing to Seek Injunctive Relief, take judicial notice of (i) the March 9, 2011 Samsung SDI Plea Agreement, and (ii) the February 15, 2006 Securities and Exchange Commission Order, which are attached, respectively, as Exhibits X and Y to the Declaration of Richard Snyder, filed herewith.

Federal Rule of Evidence 201 allows a court to take judicial notice of a fact that is "not subject to reasonable dispute because it: (i) is generally known within the trial court's territorial jurisdiction; or (ii) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Pursuant to this Rule, the Court may take judicial notice of court filings and other matters of public record, particularly in related matters. The Court may take judicial notice of the plea agreement because it has been filed in the United States District Court for the Northern District of California in a related matter. *See, e.g.*, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of "several pleadings, memoranda, expert reports, etc.," from related litigation in other federal courts because they are "readily verifiable"); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (Court may take judicial notice of proceedings in state or federal court if such proceedings are directly related to the matters at issue) (*citing St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169, 1172 (10th Cir. 1979)).

The Court may take judicial notice of the SEC order because it may take judicial notice of orders and other official pronouncements that are published on the website of a United States government entity. *See Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (judicially noticing SEC filings); *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (recognizing that SEC filings are subject to judicial notice).

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

BMCC'S REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF SUMMARY JUDGMENT MOTION

Master File 07-cv-5944
MDL 1917

2

For the foregoing reasons, BMCC respectfully requests that the Court take judicial notice of Exhibits X and Y to the attached Declaration of Richard S. Snyder in Support of BMCC's Request for Judicial Notice.

Dated: November 7, 2014

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:  /s/ Michael Lacovara
Michael Lacovara (209279)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: 212 277 4000
Facsimile: 212 277 4001
Email: michael.lacovara@freshfields.com

Terry Calvani (53260)
Richard Snyder (*pro hac vice*)
Christine Laciak (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Facsimile: 202 777-4555
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
Email: christine.laciak@freshfields.com

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*