Michael Lacovara (209279)
michael.lacovara@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
Telephone:    212 277 4000
Facsimile:    212 277 4001

Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder (*pro hac vice*)
richard.snyder@freshfields.com
Christine Laciak (*pro hac vice*)
christine.laciak@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
Telephone:    202 777 4500
Facsimile:    202 777 4555

*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 3:07-cv-5944 SC, MDL No. 1917 |
| This document relates to: <br><br> ALL INDIRECT-PURCHASER ACTIONS, <br><br> *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; <br><br> *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; <br><br> *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; <br><br> *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; <br><br> *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; <br><br> *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | **DECLARATION OF RICHARD S. SNYDER IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE BY DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF** <br><br> [Defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and For Lack of Standing to Seek Injunctive Relief filed Concurrently Herewith] <br><br> Judge:    Honorable Samuel Conti <br> Court:    Courtroom 1, 17th Floor <br> Date:     February 6, 2015, 10:00 a.m. |

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DECLARATION OF RICHARD S. SNYDER IN SUPPORT
OF BMCC'S REQUEST FOR JUDICIAL NOTICE

Master File 07-cv-5944
MDL 1917

I, Richard S. Snyder, do declare and state as follows:

1. I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, counsel of record for defendant Beijing Matsushita Color CRT Co., Ltd. (**BMCC**) in these actions.

2. I am a member of the Bars of the Commonwealth of Virginia and the District of Columbia and am admitted to practice before this Court *pro hac vice*. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit X is a true and correct copy of the 2011 Amended Plea Agreement of Samsung SDI Company, Ltd. filed in the United States District Court for the Northern District of California in *United States of America v. Samsung SDI Company, Ltd.*, 11-cr-0162 (WHA).

4. Attached hereto as Exhibit Y is a true and correct copy of the February 15, 2006, Order of the Securities and Exchange Commission Instituting Proceedings, Making Findings, and Revoking Registration of Securities Pursuant to Section 12(j) of the Securities Exchange Act of 1934.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of November, 2014, at Washington, DC.

Freshfields Bruckhaus Deringer US LLP

By: _____
Richard S. Snyder (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
Email: richard.snyder@freshfields.com
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Facsimile: 202 777 4555

***Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.***

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DECLARATION OF RICHARD S. SNYDER IN SUPPORT
OF BMCC'S REQUEST FOR JUDICIAL NOTICE

Master File 07-cv-5944
MDL 1917

2