| | |
|---|---|
| 1 | Michael Lacovara (209279) |
| | michael.lacovara@freshfields.com |
| 2 | Freshfields Bruckhaus Deringer US LLP |
| | 601 Lexington Avenue, 31st Floor |
| 3 | New York, NY 10022 |
| | Telephone: 212 277 4000 |
| 4 | Facsimile: 212 277 4001 |
| 5 | Terry Calvani (53260) |
| | terry.calvani@freshfields.com |
| 6 | Richard Snyder (*pro hac vice*) |
| | richard.snyder@freshfields.com |
| 7 | Christine Laciak (*pro hac vice*) |
| | christine.laciak@freshfields.com |
| 8 | Freshfields Bruckhaus Deringer US LLP |
| | 700 13th Street, NW, 10th Floor |
| 9 | Washington, DC 20005-3960 |
| | Telephone: 202 777 4500 |
| 10 | Facsimile: 202 777 4555 |
| 11 | *Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| ALL INDIRECT-PURCHASER ACTIONS, | **DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | Judge: Hon. Samuel P. Conti |
| | Court: Courtroom 1, 17th Floor |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; | Date: February 6, 2015, 10:00 a.m. |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | |

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DEFENDANT BMCC'S CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM

MASTER FILE 07-CV-5944
MDL 1917

**CERTIFICATE OF SERVICE**

I, Michael Lacovara, declare that I am over the age of eighteen (18) and not a party to the within action. I am a partner in the law firm of Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, 31st Floor, New York, NY 10022.

On November 7, 2014, I caused a copy of the following documents to be electronically filed and served via the Official Court Electronic Document Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008, except for redacted materials that have been emailed to the attached service list.

1. DEFENDANT BMCC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF, INCLUDING DECLARATION OF RICHARD S. SNYDER AND ALL OTHER ATTACHMENTS;

2. DEFENDANT BMCC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF, INCLUDING DECLARATION OF RICHARD S. SNYDER AND ATTACHMENTS THERETO [REDACTED AND UNREDACTED VERSIONS]; and

3. REQUEST FOR JUDICIAL NOTICE BY DEFENDANT BMCC IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF, INCLUDING DECLARATION OF RICHARD S. SNYDER WITH ATTACHMENTS THERETO.

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DEFENDANT BMCC'S CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM

MASTER FILE 07-CV-5944
MDL 1917

2

Dated: November 7, 2014

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Michael Lacovara
    Michael Lacovara (209279)
    michael.lacovara@freshfields.com
    Freshfields Bruckhaus Deringer US LLP
    601 Lexington Avenue, 31st Floor
    New York, NY 10022
    Telephone:  212 277 4000
    Facsimile:  212 277 4001

***Counsel to Defendant Beijing Matsushita Color CRT Co., Ltd.***

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DEFENDANT BMCC'S CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM

MASTER FILE 07-CV-5944
MDL 1917

3

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679<br>Email: malioto@tatp.com<br>Email: laurenrussell@tatp.com<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs* | Roman M. Silberfeld<br>Email: RMSilberfeld@rkmc.com<br>David Martinez<br>Email: DMartinez@rkmc.com<br>Laura E. Nelson<br>Email: LeNelson@rkmc.com<br>ROBINS, KAPLAN, MILLER & CIRESI L.LP.<br><br>*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Service, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC* |
| Jason C. Murray<br>Email: jmurray@crowell.com<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 443-5582<br>Fax: (213) 622-2690<br><br>Jerome A. Murphy<br>Email: jmurphy@crowell.com<br>Astor H.L. Heaven<br>Email: aheaven@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br><br>*Counsel for Plaintiffs Target Corp. and ViewSonic Corporation* | Robert W. Turken<br>Email: rturken@bilzin.com<br>Mitchell E. Widom<br>Email: mwidom@bilzin.com<br>Scott N. Wagner<br>Email: swagner@bilzin.com<br>Wendy Polit<br>Email: wpolit@bilzin.com<br>BILZIN SUMBERG BAENA PRICE & AXLEROD LLP<br><br>Stuart H. Singer<br>Email: ssinger@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.* |
| Richard Alan Arnold<br>Email: rarnold@knpa.com<br>William J. Blechman<br>Email: wblechman@knpa.com<br>Kevin J. Murray<br>Email: kmurray@knpa.com<br>KENNY NACHWALTER, P.A.<br><br>*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.* | Philip J. Iovieno<br>Email: piovieno@bsfllp.com<br>William A. Isaacson<br>Email: wisaacson@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Counsel for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.* |
| All Defense Counsel | |

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

DEFENDANT BMCC'S CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM

MASTER FILE 07-CV-5944
MDL 1917

4