Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc., and*
*Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates To: *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725. | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  I, Lucius B. Lau, hereby declare as follows:

2      1.    I am an attorney with the law firm of White & Case LLP, counsel for

3  Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer

4  Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic

5  Components, Inc. (collectively, the "Toshiba Defendants").

6      2.    I submit this declaration in support of the Toshiba Defendants' Administrative

7  Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated

8  November 7, 2014, filed contemporaneously herewith.  I have personal knowledge of the

9  facts stated herein, and I could and would competently testify thereto if called as a witness.

10     3.    On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No.

11  306) (the "Stipulated Protective Order").

12     4.    Plaintiff MARTA Cooperative of America, Inc. ("MARTA") has produced

13  certain documents that it designated as "Highly Confidential" or "Confidential" under the

14  Stipulated Protective Order.

15     5.    MARTA has designated the transcripts of the depositions of Robert

16  Thompson and Aimee Fields as "Confidential" under the Stipulated Protective Order.

17     6.    On November 7, 2014, the Toshiba Defendants filed the Defendants' Notice

18  of Motion and Motion for Summary Judgment With Respect to MARTA ("Defendants'

19  Motion") and the Declaration of Lucius B. Lau in Support of the Defendants' Motion, and

20  attached, as Exhibits A, C, D, F, G, I, and J, certain documents which MARTA designated as

21  "Highly Confidential" or "Confidential"; and, as Exhibits B and E, transcript excerpts of the

22  deposition testimony of Robert Thompson and Aimee Fields.  As such, the Toshiba

23  Defendants filed these materials under seal.

24     7.    Portions of the Defendants' Motion contain quotations from, and discussions

25  of, the above-specified "Highly Confidential" or "Confidential" material.  As such, the

26  Toshiba Defendants filed the Defendants' Motion under seal.

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    I declare under penalty of perjury under the laws of the United States of America that

2  the foregoing is true and correct.

3

4    Executed this 7th day of November, 2014, in Washington, D.C.

5

6

7    _____

8    Lucius B. Lau

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA
DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
2