Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., and
Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi Ltd. et al., No. 13-cv-02171*<br><br>. | **Case No. Master File No. 3:07-cv-5944-SC**<br><br>**MDL No. 1917**<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FOREIGN TRANSACTIONS BARRED BY THE FTAIA**<br><br>Judge:    Hon. Samuel P. Conti<br>Court:    Courtroom 1, 17th Floor<br>Date:    February 6, 2015, 10 a.m. |

I, Tiffany B. Gelott, declare and state as follows:

1.     I am an associate with Baker Botts LLP, counsel of record for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation in this action.  I am a member of the bar of the District of Columbia and have been practicing before this Court in the above captioned matter on a *pro hac vice* basis.  I make this Declaration in Support of Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the Foreign Trade Antitrust Improvements Act ("FTAIA").

2.     The information contained herein is based on my own personal knowledge and if called as a witness I could, and would, testify competently that the matters set forth herein are true and accurate to the best of my recollection.

3.     The materials referenced in this declaration were all designated by Dell Inc. and Dell Products L.P. ("Plaintiffs") as "Highly Confidential" and filed under seal.  Therefore, there is an overriding interest in not disclosing the materials and Defendants must file these documents under seal to safeguard the confidentiality of each document.

4.     Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiffs' Supplemental Responses to Defendants LG Electronics, Inc.'s and Samsung SDI Co. Ltd's First Set of Interrogatories, Nos. 8 and 9, dated June 16, 2014.

5.     In support of its Joint Motion, Defendants have attached, as <u>Exhibit B</u>, true and correct copies of excerpts from the Oral Videotaped Deposition of Julie French, dated June 2, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 7th day of November, 2014 at Washington, District of Columbia.


                                        /s/ Tiffany B. Gelott_____
                                        Tiffany Gelott

DECLARATION OF MS. TIFFANY GELOTT IN SUPPORT DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FOREIGN TRANSACTIONS BARRED BY THE FTAIA (3:07-CV-05944 SC, MDL NO. 1917)