Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi Ltd. et al.,* No. 13-cv-02171 | Case No. 07-5944 SC<br><br>**[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Date: February 6, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom No. 1<br><br>Hon. Samuel Conti |

Upon consideration of Koninklijke Philips N.V.'s and Philips Electronics North America Corporation's Administrative Motion to File Documents under Seal Pursuant to the Civil Local Rules 7-11 and 79-5(d), submitted in conjunction with Defendants' Joint Notice and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA; it is hereby

ORDERED that the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file under seal the Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA, and Exhibits A and B to Declaration of Tiffany B. Gelott in Support of Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA.

Dated: _____, 2014

_____
**The Honorable Samuel Conti**
**Northern District of California**

1

[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)