JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.
and LG Electronics U.S.A., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| This Document Relates to: | Case No. Master File No. 3:07-cv-05944-SC |
| *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06397 | MDL NO. 1917 |
| | Individual Case no. 11-cv-06397 |
| *Costco Wholesale Corp. v. Technicolor SA, et al.*, Individual Case No. 13-cv-05723 | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST COSTCO ON CHOICE OF LAW GROUNDS** |
| | [Notice of Motion and Motion for Partial Summary Judgment filed concurrently herewith] |
| | Judge:  Hon. Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Ctrm:   1, 17th Floor |

1    Defendants' Joint Motion For Partial Summary Judgment Against Costco on Choice of
2  Law Grounds ("Defs.' Costco Motion") came on for hearing on February 6, 2015 at 10:00 a.m., or
3  as soon as counsel could be heard thereafter, in Courtroom 1, 17th Floor, San Francisco,
4  California before the Honorable Samuel Conti.
5    Having read and considered all of the pleadings and documents filed in support of and in
6  opposition to Defs.' Costco Motion, and having considered the arguments of counsel, the Court
7  hereby grants Defs.' Costco Motion.
8    Partial summary judgment in favor of the moving defendants is hereby ordered with
9  respect to Costco's Second, Fourth, Fifth, and Sixth Claims for Relief under California, Arizona,
10 Florida, and Illinois state law.

12    IT IS SO ORDERED.

14 DATED:

17                                                    Honorable Samuel Conti
                                                      United States District Judge

19 Submitted by:

20 MUNGER, TOLLES & OLSON LLP

23 By:    /s/ *Hojoon Hwang*
            HOJOON HWANG

24 Attorneys for Defendants LG Electronics,
25 Inc., LG Electronics U.S.A., Inc.