IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | Case No. 07-5944 SC<br>MDL. No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

2  
3  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

4  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

5  
6  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

7  *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

8  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

9  
10  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

11  

12  

13  Upon consideration of Defendants Panasonic Corporation of North America's ("PNA") and

14  Panasonic Corporation's (f/k/a Matsushita Electric Industrial Co., Ltd.) Administrative Motion to

15  File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with their

16  Motion for Summary Judgment, it is hereby:

17  ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is

18  further

19  ORDERED that the Clerk shall file and maintain under seal the following documents or

20  excerpted portions of documents related to the Administrative Motion to File Under Seal:

21  

| Document | Sealed Portions |
|---|---|
| Defendants Panasonic Corporation Of North America's And Panasonic Corporation's (f/k/a Matsushita Electric Industrial Co., Ltd.) Notice Of Motion And Motion For Summary Judgment | Pages iv-v, 2-11, and 14-19 |
| Exhibit 1 to the Declaration of Eva W. Cole in Support of the Motion (the "Cole Declaration") (excerpts from the August 5, 2014 Expert Report of Dr. Darrell Williams) | Entire excerpted document |

- 2 –

[PROPOSED] ORDER GRANTING DEFS PNA'S AND                                    Case No. 07-5944 SC
PANASONIC CORP.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS                   MDL No. 1917

| | |
|---|---|
| Exhibit 2 to the Cole Declaration (excerpts from the transcript of the October 8-9, 2013 deposition of Masashi Muramatsu) | Entire excerpted document |
| Exhibit 3 to the Cole Declaration (excerpts from the transcript of the February 5-6, 2013 deposition of Ayumu Kinoshita) | Entire excerpted document |
| Exhibit 4 to the Cole Declaration (excerpts from the transcript of the February 19-21, 2013 deposition of Chih Chun-Liu) | Entire excerpted document |
| Exhibit 5 to the Cole Declaration (document bearing bates number TSB-CRT-00018162 through TSB-CRT-00018207) | Entire document |
| Exhibit 6 to the Cole Declaration (document bearing bates number PC-0020552 through PC-0020556) | Entire document |
| Exhibit 7 to the Cole Declaration (document bearing bates number MTPD-0176401) | Entire document |
| Exhibit 8 to the Cole Declaration (excerpts from the November 6, 2014 Sur-Rebuttal Report of Dr. Darrell Williams) | Entire excerpted document |
| Exhibit 9 to the Cole Declaration (excerpts from the September 26, 2014 Rebuttal Report of Indirect Purchaser Plaintiffs' ("IPPs") Expert Janet S. Netz) | Entire excerpted document |
| Exhibit 10 to the Cole Declaration (document bearing bates number CHU00028311 through CHU00028313) | Entire document |
| Exhibit 11 to the Cole Declaration (document bearing bates number SDCRT-0086748 through SDCRT-0086750) | Entire document |
| Exhibit 12 to the Cole Declaration (document bearing bates number PHLP-CRT-095492 through PHLP-CRT-095493) | Entire document |
| Exhibit 13 to the Cole Declaration (excerpts from the transcript of the March 27-29, 2013 deposition of Deok-Yun Kim) | Entire excerpted document |
| Exhibit 14 to the Cole Declaration (excerpts from the transcript of the February 22, 25-26, 2013 deposition of Sheng-Jen Yang) | Entire excerpted document |
| Exhibit 15 to the Cole Declaration (document bearing bates number CHU00028755 through CHU00028756) | Entire document |
| Exhibit 16 to the Cole Declaration (excerpts from the transcript of the March 12-13, 2014 deposition of Allen Chang) | Entire excerpted document |
| Exhibit 17 to the Cole Declaration (excerpts from the transcript of the July 17-18, 2012 deposition of | Entire excerpted document |

| | |
|---|---|
| Hirokazu Nishiyama) | |
| Exhibit 18 to the Cole Declaration (excerpts from the transcript of the August 27, 2014 deposition of Philip Britton) | Entire excerpted document |
| Exhibit 19 to the Cole Declaration (excerpts from the transcript of the October 2, 2014 deposition of Mike Ray) | Entire excerpted document |
| Exhibit 20 to the Cole Declaration (excerpts from the September 26, 2014 Expert Rebuttal Report of Dr. Kenneth G. Elzinga) | Entire excerpted document |
| Exhibit 21 to the Cole Declaration (excerpts from the April 15, 2014 Expert Report of Jerry A. Hausman) | Entire excerpted document |

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO ORDERED**

Dated:_____                    _____
                                                                                 Hon. Samuel Conti
                                                                         United States District Judge