Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and
Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P.  v. Hitachi Ltd. et al., No. 13-cv-02171*<br><br>. | Case No. 07-5944 SC<br><br>**KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Date:        February 6, 2015<br>Time:       10:00 a.m.<br>Place:       Courtroom No. 1<br><br>Hon. Samuel Conti |

Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively "Philips Defendants"), by and through its counsel, respectfully request an order permitting the Philips Defendants to file the following documents under seal:

1. Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA ("Joint Motion") that contains quotations or information from documents and deposition testimony that Dell Inc. and Dell Products L.P.'s (collectively, "Dell') have designated "Confidential" or "Highly Confidential;"

2. Exhibit A to Declaration of Tiffany B. Gelott in Support of the Joint Motion ("Gelott Declaration") that contains interrogatories responses from Dell's Supplemental Responses to Defendants LG Electronics, Inc.'s and Samsung SDI Co. Ltd.'s First Set of Interrogatories, Nos. 8 and 9, dated June 16, 2014 that that Dell has designated "Confidential" or "Highly Confidential."

3. Exhibit B to the Gelott Declaration that contains excerpts from the Deposition of Julie French, dated June 2, 2014, that Dell has designated "Confidential" or "Highly Confidential."

This motion is supported by the Declaration of Tiffany B. Gelott in Support of the Philips Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated November 7, 2014.  Civil Local Rule 79-5 governs the filing under seal of an entire document upon a request that establishes that the document, or portions thereof, "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(a). This Court's General Order No. 62 sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order . . . the submitting party must file and serve an Administrative Motion for a sealing order. . . ."

The Philips Defendants take no position whether the designated documents satisfy the requirements for sealing. Although Defendants' request is narrowly tailored to include only the information that may require confidentiality, it is the burden of Dell to establish that the

1  designated information is sealable. *See* Civil L. R. 79-5(d) ("Within 7 days thereafter, the
2  designating party must file with the Court and serve a declaration establishing that the designated
3  information is sealable . . . or must withdraw the designation of confidentiality.").

4      For these reasons, the Philips Defendants respectfully submit this motion pursuant to Civil
5  Local Rule 79-5 and hereby notify Dell of their burden to establish the Joint Motion, and Exhibits
6  A and B to Gelott Declaration are sealable.

By: */s/ Erik T. Koons*
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890