1  Jon V. Swenson (SBN 233054)
   BAKER BOTTS LLP
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA 94304-1007
4  Telephone: (650) 739-7500
   Email: jon.swenson@bakerbotts.com
5
6  John M. Taladay (*pro hac vice*)
   Joseph Ostoyich (*pro hac vice*)
7  Erik T. Koons (*pro hac vice*)
   Charles M. Malaise (*pro hac vice*)
8  BAKER BOTTS LLP
   1299 Pennsylvania Ave., N.W.
9  Washington, DC 20004-2400
10 Telephone: (202) 639-7700
   Facsimile: (202) 639-7890
11 Email: john.taladay@bakerbotts.com
   Email: joseph.ostoyich@bakerbotts.com
12 Email: erik.koons@bakerbotts.com
   Email: charles.malaise@bakerbotts.com
13
14 *Attorneys for Defendants Koninklijke Philips N.V., and Philips Electronics North America Corporation*
15
                    **UNITED STATES DISTRICT COURT**
16                  **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
17
18

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. Master File No. 3:07-cv-5944-SC** |
| This Document Relates to: | **MDL No. 1917** |
| *Dell Inc. and Dell Products L.P.  v. Hitachi Ltd. et al., No. 13-cv-02171* | **CERTIFICATE OF SERVICE** |
| . | |

CERTIFICATE OF SERVICE

1  I, Tiffany B. Gelott, declare that I am a citizen of the United States and over the age of
2  eighteen years. I am employed by the firm of Baker Botts LLP, and I am not a party to this action.
3  On November 7, 2014 I served the foregoing documents:

- Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA [UNREDACTED VERSION] and

- Exhibits A and B to the Declaration of Tiffany B. Gelott in Support of Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA [UNDER SEAL]

on the following by electronic mail at the address below:

| | |
|---|---|
| Mario N. Alioto<br>Lauren C. Capurro (Russell)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>E-mail: malioto@tatp.com<br>E-mail: laurenrussell@tatp.com<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>SAVERI & SAVER', INC.<br>706 Sansome Street *Interim Lead Counsel for Indirect Purchaser*<br>San Francisco, CA 94111 *Plaintiffs Class*<br>Tel: (415) 217-6810<br>E-mail: guido@saveri.com<br>E-mail: rick@saveri.com<br>E-mail: grushing@saveri.com<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* |
| Michael P. Kenny<br>Debra D. Bernstein<br>Rodney J. Ganske<br>E-mail: mike.kenny@alston.com<br>E-mail: debra.bernstein@alston.com<br>E-mail: rod.ganske@alston.com<br>ALSTON & BIRD LLP<br><br>*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* | Kenneth A. Gallo<br>Joseph J. Simons<br>Craig Benson<br>E-mail: kgallo@paulweiss.com<br>E-mail: jsimons@paulweiss.com<br>E-mail: cbenson@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>*Counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.* |
| Philip J. Iovieno<br>Anne M. Naracci<br>BOIES, SCHILLER & FLEXNER LLP | Emilio Varanini<br>OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA |

1
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | 30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>E-mail: piovieno@bsfllp.com<br>E-mail: anardacci@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs* | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>E-mail: emilio.varanini@doj.ca.gov<br><br>*Attorneys for the State of California* |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Hojoon Hwang<br>William D. Temko<br>Jonathan E. Altman<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Email: hojoon.hwang@mto.com<br>Email: William.temko@mto.com<br>Email: joonathan.altman@mto.com<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd* | Jeffrey L. Kessler<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Email: jkessler@winston.com<br><br>David L. Yohai<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: david.yohai@weil.com<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd* |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Kate S. McMillan<br>Christine Laciak<br>Richard Snyder<br>richard.snyder@freshfields.com<br>FRESHFIELDS BRUCKHAUS & DERINGER US, LLP<br>701 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20004<br>Email: kate.mcmillan@freshfields.com<br>Email: Christine.laciak@freshfields.com<br>Email: richard.snyder@freshfields.com<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Joel S. Sanders<br>Rachel S. Brass<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Email: jsanders@gibsondunn.com<br>Email: rbrass@gibsondunn.com<br><br>*Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Lucius B. Lau<br>Dana E. Foster<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Email: alau@whitecase.com<br>Email: defoster@whitecase.com<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America* | James L. McGinnis<br>Michael Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Email: jmcginnis@sheppardmullin.com<br>Email: mscarborough@sheppardmullin.com<br><br>*Counsel for Defendants Samsung SDI America,* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| *Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | *Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |
| Eliot A. Adelson<br>James Maxwell Cooper<br>Sarah Farley<br>sfarley@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Email: eadelson@kirkland.com<br>Email: max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Email: jmutchnik@kirldand.com<br>Email: kate.wheaton@kirkland.com<br><br>*Counsel for Hitachi, Ltd, Hitachi Displays, Ltd, Hitachi Asia, Ltd, Hitachi America, Ltd, and Hitachi Electronic Devices (USA), Inc.* | Brent Caslin<br>Terrence J. Truax<br>Michael T. Brody<br>Molly M. Powers<br>JENNER & BLOCK LLP<br>633 West Fifth Street<br>Suite 3600<br>Los Angeles, CA 90071<br>Email: bcaslin@jenner.com<br>Email: ttruax@jenner.com<br>Email: mbrody@jenner.com<br>Email: mpowers@jenner.com<br><br>*Counsel for Mitsubishi Electric U.S., Inc. and Mitsubishi Digital Electronics Americas, Inc.* |
| Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE SANDERS LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Email: mark.dosker@squiresanders.com<br>Email: nathan.lane@squiresanders.corn<br><br>*Counsel for Technologies Displays Americas LLC and Videocon Industries, Ltd* | Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Email: kathy.osborn@FaegreBD.com<br>Email: ryan.hurley@FaegreBD.com<br><br>Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Email: jeff.roberts@FaegreBD.com<br><br>Attorneys for Thomson SA |

1 | I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 7th day of November, 2014 at Washington, District of Columbia.

/s/ Tiffany B. Gelott
Tiffany Gelott

4
CERTIFICATE OF SERVICE