1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.
   and LG Electronics U.S.A., Inc. and LG
13 Electronics Taiwan Co., LTD.*

14                    UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| 16 | This Document Relates to: | Case No. Master File No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
|---|---|---|
| 17 | *Electrograph Systems, Inc.; Electrograph Technologies Corp. v. Hitachi, Ltd., et al.*, | Individual Case Nos. 11-cv-01656, |
| 18 | Individual Case No. 11-cv-01656 | 12-cv-02648 |
| 19 | *P.C. Richard & Sons Long Island Corporation, et. al. v. Hitachi, Ltd., et al.*, | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT NOTICE OF** |
| 20 | Individual Case No. 12-cv-02648 | **MOTION AND MOTION FOR PARTIAL** |
| 21 | | **SUMMARY JUDGMENT AGAINST ELECTROGRAPH, P.C. RICHARD, AND** |
| 22 | | **MARTA ON CHOICE OF LAW GROUNDS** |
| 23 | | [Notice of Motion and Motion for Partial Summary Judgment filed concurrently |
| 24 | | herewith] |
| 25 | | Judge:  Hon. Samuel Conti |
| 26 | | Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Ctrm:   1, 17th Floor |

27

28

1  Defendants' Joint Motion For Partial Summary Judgment on Against Electrograph, P.C.
2  Richard, and MARTA ("Defendants' New York Choice of Law Motion") came on for hearing on
3  February 6, 2015 at 10:00 a.m., or as soon as counsel could be heard thereafter, in Courtroom 1,
4  17th Floor, San Francisco, California before the Honorable Samuel Conti.
5  Having read and considered all of the pleadings and documents filed in support of and in
6  opposition to Defendants' New York Choice of Law Motion, and having considered the
7  arguments of counsel, the Court hereby grants Defendants' New York Choice of Law Motion.
8  The Court will:

- Apply Washington law to Electrograph's Second, Third, Fourth, and Fifth Claims for Relief as to indirect purchases by ActiveLight and CineLight, and grant partial summary judgment in favor of Defendants as to these claims;

- Apply Maryland law to Electrograph's Second, Third, Fourth, and Fifth Claims for Relief as to indirect purchases by Coastal, and grant partial summary judgment in favor of Defendants as to these claims;

- Apply New York law as to Electrograph's Second, Third, Fourth, and Fifth Claims for Relief as to indirect purchases by Electrograph (other than those indirect purchases by ActiveLight, CineLight, Coastal, and ICG) and grant partial summary judgment in favor of Defendants as to these claims for purchases made before December 28, 1998;

- Apply New York law to P.C. Richard's Second Claim for Relief and grant partial summary judgment in favor of Defendants as to this claim for purchases made before December 28, 1998;

- Apply Arizona law to MARTA's Second Claim for Relief, and grant partial summary judgment in favor of Defendants as to MARTA's Illinois state law claim.

- 1 -      3:07-cv-05944-SC; MDL 1917
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY ON NEW YORK CHOICE OF LAW GROUNDS

1     IT IS SO ORDERED.

3  DATED:

6                                             Honorable Samuel Conti
                                              United States District Judge

8  Submitted by:

9  MUNGER, TOLLES & OLSON LLP

12 By:     /s/ *Hojoon Hwang*
           HOJOON HWANG

14 Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

- 2 -                                              3:07-cv-05944-SC; MDL 1917
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY ON NEW YORK
CHOICE OF LAW GROUNDS