JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-4692
Facsimile: (212) 294-4700


*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*

Additional Counsel Listed on Signature Pages

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL. No. 1917 |
| This Document Relates to: | |
| ALL INDIRECT-PURCHASER ACTIONS | **DECLARATION OF EVA W. COLE IN SUPPORT OF DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) MOTION FOR SUMMARY JUDGMENT** |
| *Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173 | |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;￼ | |
| *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, | |

- 1 -

1  No. 13-cv-05264;

2  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

3
4  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

5  *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

6
7  *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

8  *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

9  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

10
11  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

12  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

13
14  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

15  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

16  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

17
18  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

19  *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

20
21  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

22  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

23
24
25
26
27
28

DECL. OF EVA W. COLE I/S/O DEFENDANTS PNA'S AND
PANASONIC  CORP.'S MOT. FOR SUMMARY JUDGMENT

Case No. 07-5944 SC
MDL No. 1917

I, Eva W. Cole, declare as follows:

I am an attorney with Winston & Strawn LLP, attorneys for Defendants Panasonic Corporation of North America and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) in these actions.  I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*.  I make this declaration in support of Defendants Panasonic Corporation of North America's and Panasonic Corporation's Motion for Summary Judgment.

1.    Attached hereto as Exhibit 1 are true and correct copies of excerpts from the August 5, 2014 Expert Report of Dr. Darrell Williams, the expert witness for Defendants Panasonic Corporation, Matsushita Toshiba Picture Display Co., Ltd., and Panasonic Corporation of North America.

2.    Attached hereto as Exhibit 2 are true and correct copies of excerpts from the transcript of the October 8-9, 2013 deposition of Masashi Muramatsu.

3.    Attached hereto as Exhibit 3 are true and correct copies of excerpts from the transcript of the February 5-6, 2013 deposition of Ayumu Kinoshita.

4.    Attached hereto as Exhibit 4 are true and correct copies of excerpts from the transcript of the February 19-21, 2013 deposition of Chih Chun-Liu.

5.    Attached hereto as Exhibit 5 is a true and correct copy of the document bearing bates number TSB-CRT-00018162 through TSB-CRT-00018207, that was produced in this litigation by defendant Toshiba Corporation.

6.    Attached hereto as Exhibit 6 is a true and correct copy of the document bearing bates number PC-0020552 through PC-0020556, that was produced in this litigation by defendant Panasonic Corporation.

7.    Attached hereto as Exhibit 7 is a true and correct copy of the document bearing bates number MTPD-0176401, that was produced in this litigation by defendant MT Picture Display Co., Ltd.

8.    Attached hereto as Exhibit 8 are true and correct copies of excerpts from the November 6, 2014 Sur-Rebuttal Report of Dr. Darrell Williams.

1      9.      Attached hereto as Exhibit 9 are true and correct copies of excerpts from the

2   September 26, 2014 Rebuttal Report of Janet S. Netz, the expert witness for the indirect purchaser

3   class plaintiffs.

4      10.     Attached hereto as Exhibit 10 is a true and correct copy of the document

5   bearing bates number CHU00028311 through CHU00028313, that was produced in this litigation by

6   defendant Chunghwa Picture Tube.

7      11.     Attached hereto as Exhibit 11 is a true and correct copy of the document

8   bearing bates number SDCRT-0086748 through SDCRT-0086750, that was produced in this

9   litigation by defendant Samsung SDI Co., Ltd.

10     12.     Attached hereto as Exhibit 12 is a true and correct copy of the document

11  bearing bates number PHLP-CRT-095492 through PHLP-CRT-095493, that was produced in this

12  litigation by defendant Philips.

13     13.     Attached hereto as Exhibit 13 are true and correct copies of excerpts from the

14  transcript of the March 27-29, 2013 deposition of Deok-Yun Kim.

15     14.     Attached hereto as Exhibit 14 are true and correct copies of excerpts from the

16  transcript of the February 22, 25-26, 2013 deposition of Sheng-Jen Yang.

17     15.     Attached hereto as Exhibit 15 is a true and correct copy of the document

18  bearing bates number CHU00028755 through CHU00028756, that was produced in this litigation by

19  defendant Chunghwa Picture Tube.

20     16.     Attached hereto as Exhibit 16 are true and correct copies of excerpts from the

21  transcript of the March 12-13, 2014 deposition of Allen Chang.

22     17.     Attached hereto as Exhibit 17 are true and correct copies of excerpts from the

23  transcript of the July 17-18, 2012 deposition of Hirokazu Nishiyama, who was designated as a Fed.

24  R. Civ. P. 30(b)(6) witness for defendants Panasonic Corporation of North America, MT Picture

25  Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.).

26     18.     Attached hereto as Exhibit 18 are true and correct copies of excerpts from the

27  transcript of the August 27, 2014 deposition of Philip Britton.

28

19.     Attached hereto as Exhibit 19 are true and correct copies of excerpts from the transcript of the October 2, 2014 deposition of Mike Ray.

20.     Attached hereto as Exhibit 20 are true and correct copies of excerpts from the September 26, 2014 Expert Rebuttal Report of Dr. Kenneth G. Elzinga, the expert witness for the direct action plaintiffs.

21.     Attached hereto as Exhibit 21 are true and correct copies of excerpts from the April 15, 2014 Expert Report of Jerry A. Hausman, the expert witness for Sharp plaintiffs.


DATED: November 7, 2014                    By:    /s/ Eva W. Cole


JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*