# Exhibits 1 Through 21 Submitted Under Seal