JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.
and LG Electronics U.S.A., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| This Document Relates to: | Case No. Master File No. 3:07-cv-05944-SC |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396 | MDL NO. 1917 |
| | Individual Case No. 11-cv-06396 |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST COMPUCOM SYSTEMS, INC. ON CHOICE OF LAW GROUNDS** |
| | [Notice of Motion and Motion for Partial Summary Judgment filed concurrently herewith] |
| | Judge: Hon. Samuel Conti<br>Date: February 6, 2015<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor |

1  Defendants' Joint Motion For Partial Summary Judgment Against CompuCom, Systems,
2  Inc. on Choice of Law Grounds ("Defs.' CompuCom Motion") came on for hearing on February
3  6, 2015 at 10:00 a.m., or as soon as counsel could be heard thereafter, in Courtroom 1, 17th Floor,
4  San Francisco, California before the Honorable Samuel Conti.
5  Having read and considered all of the pleadings and documents filed in support of and in
6  opposition to Defs.' CompuCom Motion, and having considered the arguments of counsel, the
7  Court hereby grants Defs.' CompuCom Motion.
8  Partial summary judgment in favor of the moving defendants is hereby ordered with
9  respect to CompuCom's Secord, Third, and Fourth Claims for Relief under California and New
10 York state law.
11 IT IS SO ORDERED.

13 DATED:

16 _____
   Honorable Samuel Conti
   United States District Judge

18 Submitted by:

19 MUNGER, TOLLES & OLSON LLP

22 By:   /s/ *Hojoon Hwang*
          HOJOON HWANG

23 Attorneys for Defendants LG Electronics,
24 Inc., LG Electronics U.S.A., Inc.

3:07-cv-05944-SC; MDL 1917
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST COMPUCOM ON CHOICE OF LAW GROUNDS