1  Jon V. Swenson (SBN 233054)
   BAKER BOTTS LLP
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA 94304-1007
4  Telephone: (650) 739-7500
   Email: jon.swenson@bakerbotts.com
5

6  John M. Taladay (*pro hac vice*)
   Joseph Ostoyich (*pro hac vice*)
7  Erik T. Koons (*pro hac vice*)
   Charles M. Malaise (*pro hac vice*)
8  BAKER BOTTS LLP
   1299 Pennsylvania Ave., N.W.
9  Washington, DC 20004-2400
   Telephone: (202) 639-7700
10 Facsimile: (202) 639-7890
   Email: john.taladay@bakerbotts.com
11 Email: joseph.ostoyich@bakerbotts.com
12 Email: erik.koons@bakerbotts.com
   Email: charles.malaise@bakerbotts.com
13

14 *Attorneys for Defendants Koninklijke Philips N.V., and
   Philips Electronics North America Corporation*

15
                    UNITED STATES DISTRICT COURT
16                 NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
17

18

19 | **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. Master File No. 3:07-cv-5944-SC** |
20 | | **MDL No. 1917** |
21 | This Document Relates to: | **DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FOREIGN TRANSACTIONS BARRED BY THE FTAIA** |
22 | *Dell Inc. and Dell Products L.P. v. Hitachi Ltd. et al., No. 13-cv-02171* | |
23 | | |
24 | . | |
25 | | Judge: Hon. Samuel P. Conti |
26 | | Court: Courtroom 1, 17th Floor |
   | | Date: February 6, 2015, 10 a.m. |
27

28

DECLARATION OF MS. TIFFANY GELOTT IN SUPPORT DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FOREIGN TRANSACTIONS BARRED BY THE FTAIA (3:07-CV-05944 SC, MDL NO. 1917)

I, Tiffany B. Gelott, declare and state as follows:

1. I am an associate with Baker Botts LLP, counsel of record for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation in this action. I am a member of the bar of the District of Columbia and have been practicing before this Court in the above captioned matter on a *pro hac vice* basis. I make this Declaration in Support of Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the Foreign Trade Antitrust Improvements Act ("FTAIA").

2. The information contained herein is based on my own personal knowledge and if called as a witness I could, and would, testify competently that the matters set forth herein are true and accurate to the best of my recollection.

3. The materials referenced in this declaration were all designated by Dell Inc. and Dell Products L.P. ("Plaintiffs") as "Highly Confidential" and filed under seal. Therefore, there is an overriding interest in not disclosing the materials and Defendants must file these documents under seal to safeguard the confidentiality of each document.

4. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiffs' Supplemental Responses to Defendants LG Electronics, Inc.'s and Samsung SDI Co. Ltd's First Set of Interrogatories, Nos. 8 and 9, dated June 16, 2014.

5. In support of its Joint Motion, Defendants have attached, as <u>Exhibit B</u>, true and correct copies of excerpts from the Oral Videotaped Deposition of Julie French, dated June 2, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of November, 2014 at Washington, District of Columbia.

/s/ Tiffany B. Gelott
Tiffany Gelott