Jon V. Swenson (SBN 233054)
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Erik T. Koons
Charles M. Malaise
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION  This Document Relates to:  *Dell Inc. and Dell Products L.P.  v. Hitachi Ltd. et al., No. 13-cv-02171* . | Case No. Master File No. 3:07-cv-5944-SC  MDL No. 1917  **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FOREIGN TRANSACTIONS BARRED BY THE FTAIA**  Judge::   Hon. Samuel P. Conti  Court:    Courtroom 1, 17th Floor  Date:     February 6, 2015, 10 a.m. |

On February 6, 2014, the Court held a hearing on Defendants Joint Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA in the above-captioned actions. The Court having considered all papers filed in support of and in opposition to said Joint Motion, and having heard argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Joint Motion is GRANTED in its entirety.

Judgment is entered in favor of Defendants on all of Plaintiffs' claims barred by the FTAIA in the above-captioned actions for liability and damages.

**IT IS SO ORDERED.**


DATED: _____, 2015            _____
                                                Honorable Samuel Conti
                                                U.S. District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FOREIGN TRANSACTIONS BARRED BY THE FTAIA (3:07-CV-05944 SC, MDL NO. 1917)