JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., and LG Electronics
Taiwan Taipei Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co, Inc., et al v. Hitachi, Ltd.*, Individual Case No. 11-cv-05513 | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST MAGNOLIA HI-FI ON CHOICE OF LAW GROUNDS**<br><br>[Notice of Motion and Motion for Partial Summary Judgment filed concurrently herewith]<br><br>Judge:  Hon. Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Ctrm:   1, 17th Floor |

3:07-cv-05944-SC

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST MAGNOLIA HI-FI ON CHOICE OF LAW GROUNDS

1  Defendants' Joint Motion For Partial Summary Judgment Against Magnolia Hi-Fi On
2  Choice of Law Grounds, came on for hearing on February 6, 2015 at 10:00 a.m., or as soon as
3  counsel could be heard thereafter, in Courtroom 1, 17th Floor, San Francisco, California before the
4  Honorable Samuel Conti.

5  Having read and considered all of the pleadings and documents filed in support of and in
6  opposition to Defendants' New York Choice of Law Motion, and having considered the
7  arguments of counsel, the Court hereby grants Defendants' New York Choice of Law Motion.
8  The Court will grant partial summary judgment in favor of Defendants on Magnolia's Second
9  Claim for Relief brought under Minnesota law.

10  IT IS SO ORDERED.

13  DATED:

16  Honorable Samuel Conti
United States District Judge

18  Submitted by:

19  MUNGER, TOLLES & OLSON LLP

21  By:  /s/ *Miriam Kim*
22        Miriam Kim

23  Attorneys for Defendants LG Electronics,
24  Inc., and LG Electronics U.S.A., Inc.