Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397 | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656

2  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05724

3  *Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275

4  *Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727

5  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276

6  *Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726

7  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648

8  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725

9  *Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514

10 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following documents under seal:

1. Portions of the Defendants' Notice of Motion and Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales ("Defendants' Motion") that contain quotations from, or discussion of, deposition testimony and documents that the Plaintiffs or Defendants in the above-captioned actions ("Plaintiffs") have designated as "Highly Confidential" or "Confidential";

2. Exhibits B, C and I to the Declaration of Lucius B. Lau in Support of the Defendants' Motion, which are documents served on behalf of one or more Plaintiffs that have been designated by the Plaintiffs as "Highly Confidential" or "Confidential";

3. Exhibit D to the Declaration of Lucius B. Lau in Support of the Defendants' Motion, which Defendants have designated as "Highly Confidential"; and

4. Exhibits G and H to the Declaration of Lucius B. Lau in Support of the Defendants' Motion, which are transcript excerpts of deposition testimony that the Plaintiffs have designated as "Highly Confidential."

This motion is supported by the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated November 7, 2014 ("Lau Declaration"). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable." Civ. L. R. 79-5(d)(1)(A).

Because Exhibit D is subject to a protective order and contains sensitive business information, compelling reasons exist for sealing Exhibit D. *See, e.g., Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). As set forth in the Lau Declaration, the document consists of, quotes from, and/or summarizes confidential, nonpublic, proprietary and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about the parties' sales processes, business practices, internal practices, and competitive positions. The disclosure of this confidential commercial information would prejudice the parties in their commercial relationships and in their competitive efforts. Moreover, the document quotes from and/or summarizes documents and deposition testimony that certain Defendants and Plaintiffs have designated as "Highly Confidential" or "Confidential." For these reasons, the Toshiba Defendants respectfully request that Exhibit D be maintained under seal.

Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of documents that contain material that is "privileged, protectable as a trade secret or otherwise entitled to protection under law." Civ. L. R. 79-5(b). This Court's General Order No. 62 sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(e) requires a party seeking to file under seal a document designated as confidential by the opposing party pursuant to a protective order, or a document containing information so designated, to file a declaration in support specifically identifying the designating party. Civ. L. R. 79-5(e).

The Toshiba Defendants seek to file the above-specified documents under seal in order to comply with the Protective Order and applicable Local Rules. Because the Plaintiffs have designated content in certain of these documents as "Highly Confidential" or "Confidential," it is the Plaintiffs' burden to establish that the designated material is in fact sealable. Civ. L. R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006).

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3    For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to
4    Civil Local Rules 7-11 and 79-5 and hereby notify the parties of their burden to establish that
5    the material they designated as "Highly Confidential" or "Confidential" is in fact sealable.
6
7                                              Respectfully submitted,
8    Dated:  November 7, 2014                  **WHITE & CASE** LLP
9
10                                             By:  /s/ Lucius B. Lau
                                                Christopher M. Curran (*pro hac vice*)
11                                              ccurran@whitecase.com
                                                Lucius B. Lau (*pro hac vice*)
12                                              alau@whitecase.com
13                                              Dana E. Foster (*pro hac vice*)
                                                defoster@whitecase.com
14                                              701 Thirteenth Street, N.W.
15                                              Washington, DC  20005
                                                tel.: (202) 626-3600
16                                              fax: (202) 639-9355
17
18                                              *Counsel to Defendants Toshiba*
                                                *Corporation, Toshiba America, Inc.,*
19                                              *Toshiba America Information Systems,*
                                                *Inc., Toshiba America Consumer Products,*
20                                              *LLC, Toshiba America Electronic*
21                                              *Components, Inc.*
22
23
24
25
26
27
28

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

3

**CERTIFICATE OF SERVICE**

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

        */s/ Lucius B. Lau*
        Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005