Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656 | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2  *Electrograph Systems, Inc., et al. v. Technicolor
3  SA, et al.*, Case No. 3:13-cv-05724

4  *Interbond Corp. of America v. Hitachi, Ltd., et
   al.*, Case No. 3:11-cv-06275
5

6  *Interbond Corp. of America v. Technicolor SA, et
   al.*, Case No. 3:13-cv-05727

7
   *Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case
8  No. 3:11-cv-06276

9  *Office Depot, Inc. v. Technicolor SA, et al.*, Case
10 No. 3:13-cv-05726

11 *P.C. Richard & Son Long Island Corp., et al. v.
   Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648
12

13 *P.C. Richard & Son Long Island Corp., et al. v.
   Technicolor SA, et al.*, Case No. 3:13-cv-05725
14

15 *Sears, Roebuck & Co. and Kmart Corp. v.
   Chunghwa Picture Tubes, Ltd., et al.*, Case No.
16 3:11-cv-05514

17 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*,
   Case No. 3:13-cv-00157
18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC, MDL No. 1917

I, Lucius B. Lau, hereby declare as follows:

1.      I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2.      I submit this declaration in support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated November 7, 2014, filed contemporaneously herewith.  I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3.      On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4.      On November 7, 2014, the Toshiba Defendants filed the Defendants' Notice of Motion and Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales ("Defendants' Motion") and the Declaration of Lucius B. Lau in Support of the Defendants' Motion, and attached:

    a.  Exhibit B, the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014, which the Indirect Purchaser Plaintiffs designated as "Confidential" under the Stipulated Protective Order;

    b.  Exhibit C, the Report of Alan S. Frankel, Ph.D., dated April 15, 2014, which Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, Inc. ("Best Buy Plaintiffs") designated as "Highly Confidential" under the Stipulated Protective Order;

    c.  Exhibit D, the Expert Report of Janusz A. Ordover, Ph.D., dated August 5, 2014, which Defendants designated as "Highly Confidential" under the Stipulated Protective Order;

    d.  Exhibit G, excerpts of the transcripts of the 30(b)(6) deposition of the Best Buy Plaintiffs, which the Best Buy Plaintiffs designated as "Highly Confidential" under the Stipulated Protective Order;

  e. Exhibit H, excerpts from the transcript of the deposition of Rebecca Smith, which the Best Buy Plaintiffs designated as "Highly Confidential" under the Stipulated Protective Order; and

  f. Exhibit I, Plaintiffs Sears, Roebuck and Co. and Kmart Corporation's Objections and Responses to Defendant Hitachi Displays, Ltd.'s First Set of Requests for Admission, dated August 4, 2014, which Sears, Roebuck and Co. and Kmart Corporation designated as "Highly Confidential" under the Stipulated Protective Order.

5. Portions of the Defendants' Motion contain quotations from, and discussions of, the above-specified "Highly Confidential" or "Confidential" material. As such, the Toshiba Defendants filed the Defendants' Motion under seal.

6. Exhibit D has been designated as "Highly Confidential" by Defendants because, on information and belief, the document consists of, quotes from, and/or summarizes confidential, nonpublic, and highly sensitive business information of various parties, including information regarding the parties' commercially sensitive business information and strategies, sales processes, business practices, internal practices and competitive positions. On information and belief, disclosing information within Exhibit D, which information certain Plaintiffs and Defendants have designated as "Highly Confidential" or "Confidential," presents a risk of undermining the parties' business relationships and would cause harm with respect to the parties' competitors and customers by placing them at a competitive disadvantage.

7. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, the above-mentioned materials should be maintained under seal and in redacted form.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC, MDL No. 1917
2

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.
3
4  Executed this 7th day of November, 2014, in Washington, D.C.

_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC, MDL No. 1917
3