White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05724<br><br>*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275<br><br>*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648 | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725

*Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

1       Upon consideration of The Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Administrative Motion"), submitted in connection with the Defendants' Notice of Motion and Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales ("Defendants' Motion") and the Declaration of Lucius B. Lau in Support of the Defendants' Motion ("Lau Declaration"), it is hereby:

      ORDERED that the Administrative Motion is hereby GRANTED; and it is further

      ORDERED that the Clerk shall file and maintain under seal the portions of the Defendants' Motion that contain quotations from, or discussion of, testimony and documents that Plaintiffs or Defendants have designated as "Highly Confidential" or "Confidential"; and the Clerk shall maintain under seal Exhibits B, C, D, G, H and I to the Lau Declaration, which consist wholly of material designated as "Highly Confidential" or "Confidential" by Plaintiffs or Defendants.

      **IT IS SO ORDERED.**

Dated: _____      _____

                                                                HONORABLE SAMUEL CONTI
                                                                UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005