Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656 | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' INDIRECT PURCHASER CLAIMS BASED ON FOREIGN SALES** |

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05724

*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275

*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725

*Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514

*Tech Data Corp., et al. V. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' INDIRECT PURCHASER CLAIMS BASED ON FOREIGN SALES
Case No. 07-5944-SC, MDL No. 1917

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.

2. I submit this declaration in support of Defendants' Notice of Motion and Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales ("Defendants' Motion"), filed contemporaneously herewith. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as **Exhibit A** is a table setting forth the state law claims subject to this motion in each of the relevant actions.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014, and served on behalf of the Indirect Purchaser Plaintiffs.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Report of Alan S. Frankel, Ph.D., dated April 15, 2014, and served on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, Inc. On information and belief, Dr. Frankel presents the same type of arguments and analysis with respect to the portions of his report cited in Defendants' Motion in his expert reports served in the CompuCom, Costco, Electrograph, Interbond, Office Depot, P.C. Richard, Sears, Kmart and Tech Data actions.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Expert Report of Janusz A. Ordover, Ph.D., dated August 5, 2014, and served on behalf of Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd., Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, Philips do Brasil Ltda., Hitachi, Ltd. , Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc.,

Toshiba America Electronic Components, Inc., Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, Panasonic Corporation (f/k/a Matsushita Electrical Industrial Co.), Panasonic Corporation of North America, MT Picture Display Co., Ltd. ("MTPD"), Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi Electric Visual Solutions America, Inc. in the Best Buy actions. On information and belief, Dr. Ordover presents the same type of arguments and analysis with respect to the portions of his report cited in Defendants' Motion in his expert reports served in the CompuCom, Costco, Electrograph, Interbond, Office Depot, P.C. Richard, Sears, Kmart and Tech Data actions.

7. Attached hereto as **Exhibit E** is a table setting forth citations regarding the harmonization of the relevant state laws with federal antitrust law.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) deposition of Costco Wholesale Corporation, taken December 7, 2012.

9. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcripts of the Rule 30(b)(6) deposition of Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Service, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and Magnolia Hi-Fi, taken on December 3, 2012 and May 22, 2014.

10. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of Rebecca Smith, taken August 27, 2014.

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from Plaintiffs Sears, Roebuck and Co. & Kmart Corp.'s Objections and Responses to Defendant Hitachi Displays, Ltd.'s First Set of Requests for Admission, dated August 4, 2014.

12. Attached hereto as **Exhibit J** is a true and correct copy of Defendants' Joint Notice of Motion and Motion to Dismiss Amended Complaint Under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), *In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal. Feb. 19, 2010), ECF No. 1559 filed on behalf of multiple entities including Sharp Electronics Corporation.

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION
AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' INDIRECT PURCHASER
CLAIMS BASED ON FOREIGN SALES
Case No. 07-5944-SC, MDL No. 1917
2

13.     Attached hereto as **Exhibit K** is a true and correct copy of a letter from Craig A. Benson, counsel for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., to counsel for the Defendants, dated October 14, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of November, 2014, in Washington, D.C.

_____
Lucius B. Lau