# Exhibit A

**Table of Remaining State Law Claims Asserted in the Relevant Actions**

| Action | Citation | State Law Claims |
|---|---|---|
| Best Buy | First Am. Compl. ¶¶ 236-49 (N.D. Cal. filed Oct. 3, 2013), ECF No. 1978 | Minnesota |
| CompuCom | First Am. Compl. ¶¶ 226-55 (N.D. Cal. filed Oct. 3, 2013), ECF No. 1975 | California, New York |
| Costco | First Am. Compl. ¶¶ 187-216 (N.D. Cal. filed Oct. 3, 2013), ECF No. 1982 | Arizona, California, Florida, Illinois (Costco's Washington claims have been dismissed, see Order at 27:12-28 (N.D. Cal. Aug. 21, 2013), ECF No. 1856) |
| Electrograph | Second Am. Compl. ¶¶ 246-284 (N.D. Cal. filed Oct. 3, 2013), ECF No. 1976 | California, New York |
| Interbond | First Am. Compl. ¶¶ 226-40 (N.D. Cal. filed Oct. 3, 2013), ECF No. 1974 | Florida |
| Office Depot | First Am. Compl. ¶¶ 237-68 (N.D. Cal. filed Oct. 3, 2013), ECF No. 1977 | California, Florida |
| P.C. Richard | P.C. Richard et al. First Am. Compl. ¶¶ 232-48 (N.D. Cal. filed Oct. 3, 2013), ECF No. 1979 | Arizona, Illinois, Michigan, New York |
| Sears and Kmart | Second Am. Compl. ¶¶ 230-65 (N.D. Cal. filed Oct. 3, 2013), ECF No. 1973 | Arizona, California, Florida, Illinois, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, Wisconsin (Sears and Kmart have agreed to dismiss their Massachusetts claims, see Stipulation Voluntarily Dismissing Sears and Kmart's Massachusetts Consumer Protection Act Claim (N.D. Cal. Nov. 6, 2014), ECF No. 2962) |
| Tech Data | First Am. Compl. ¶¶ 245-76 (N.D. Cal. filed Sept. 9, 2013), ECF No. 1911 | California, Florida |
| IPPs | Report and Recommendation Regarding Indirect Purchaser Pls.' Mot. for Class Certificated (N.D. Cal. June 20, 2013), ECF No. 1742; Order Adopting Special Master's Reports and Recommendations on Defs.' Mot. to Exclude Expert Test. and Indirect-Purchaser Pls. Mot. for Class Certification (N.D. Cal. Sept. 24, 2013), ECF No. 1950 | Arizona, California, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, Washington, D.C., West Virginia, Wisconsin |