# Exhibit F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
IN RE: CATHODE RAY TUBE (CRT) )
ANTITRUST LITIGATION          )
                              )
_____)
                              ) No. 07-5944 SC
                              ) MDL No. 1917
This Document Relates to:     )
                              )
ALL ACTIONS                   )
                              )
_____)
```

VIDEOTAPED 30(B)(6) DEPOSITION UPON ORAL EXAMINATION

OF

COSTCO WHOLESALE CORPORATION

GEOFFREY SHAVEY


9:04 A.M.

DECEMBER 7, 2012

1209 THIRD AVENUE, SUITE 4800

SEATTLE, WASHINGTON


REPORTED BY: JULIE R. HEAD, CRR, RPR, CCR No. 3119

Page 106

```
11:48  1    the cost of -- of the goods that it purchases?
11:48  2              MR. WEISS:  Objection.  Vague.
11:48  3              THE WITNESS:  What do you mean by that?
11:48  4         Q.  (BY MR. EMANUELSON:)  Okay.  Let's start
11:48  5    with -- if -- If a cost of a television were to go up,
11:48  6    how does Costco decide how to price that product?
11:48  7         A.  Well, you mean -- it depends on the percent
11:48  8    increase.  Is it something that -- First of all, is it
11:48  9    something we agree to, is there a basis for it.  Second
11:48 10    of all, is it modest, where it's, you know, one percent
11:48 11    where we can still adhere to our pricing or is it to the
11:48 12    magnitude of where a retail price adjustment is
11:48 13    necessary.  So, again, everything's looked at on a
11:48 14    case-by-case basis.  There's no general rule.
11:48 15         Q.  So, the first thing you say, is it a cost that
11:49 16    we could agree to.  Your -- Are you referring to the
11:49 17    manufacturer tries to sell at a higher price and Costco,
11:49 18    through negotiation, will resist that increase?
11:49 19         A.  Yeah.  I mean, with any negotiation -- or any
11:49 20    conversation with a manufacturer, it's a negotiation.
11:49 21    So, if they're going to come to us with a raised cost,
11:49 22    we'd want to know what are the drivers of that.  I mean,
11:49 23    it's different if you're talking about commodity
11:49 24    products where you can see that the price of cotton is
11:49 25    going up or something like that, but if it's a
```

```
11:52  1              You mentioned that one factor of how -- of
11:52  2    whether cost -- of Costco's pricing response would be
11:52  3    the magnitude of the cost increase; is that right?
11:52  4         A.   Yes.
11:52  5         Q.   And can you give -- give me an idea of a
11:52  6    typical magnitude where it would be -- You mentioned one
11:52  7    percent.  I mean, what -- what would the magnitude -- a
11:52  8    higher magnitude be that --
11:52  9              MR. WEISS:  Objection.
11:52 10         Q.   (BY MR. EMANUELSON:)  -- would affect Costco's
11:52 11    decisions?
11:52 12              MR. WEISS:  Objection.  Vague.
11:52 13              MR. GRALEWSKI:  Join.
11:52 14              THE WITNESS:  If you're selling something for
11:52 15    $300 and you're making ten percent and you have a one
11:52 16    percent cost increase and let's say I'm at 299, I'm not
11:52 17    going to go up in price.  If I am making five percent on
11:52 18    an item and the cost increase is six percent, there's a
11:52 19    problem.  I can't sustain that retail price.
11:53 20         Q.   (BY MR. EMANUELSON:)  And what -- what other
11:53 21    factors would affect Costco's ability to -- to increase
11:53 22    prices in response to cost changes, besides the
11:53 23    magnitude of the increase?
11:53 24              MR. GRALEWSKI:  Object to the form.  Lacks
11:53 25    foundation.
```

Page 110

```
11:53  1                THE WITNESS:  Can you state that again?
11:53  2         Q.   (BY MR. EMANUELSON:)  Sure.
11:53  3                You said that -- whether Costco could increase
11:53  4    prices in response to cost changes varies on a
11:53  5    case-by-case basis, right?
11:53  6         A.   Um-hum.
11:53  7         Q.   So, what other factors besides magnitude?
11:53  8                MR. GRALEWSKI:  Object to the form.  Lacks
11:53  9    foundation.
11:53 10                THE WITNESS:  It is -- Is the competition
11:53 11    reflected a price change or are you seeing, you know,
11:53 12    pricing going up in the market?  If competition hasn't
11:53 13    changed price, that's going to limit my flexibility to
11:53 14    change price, also, because the -- again, the premise of
11:53 15    us carrying an item is offering value to our member.
11:53 16    So, you have to look at the market conditions, too,
11:53 17    which your competitors are doing.
11:53 18         Q.   (BY MR. EMANUELSON:)  Is the demand -- Would
11:54 19    the demand for the product also be an element of the
11:54 20    market conditions?
11:54 21         A.   Yeah, I mean, that's -- that's a factor.
11:54 22                MR. EMANUELSON:  So, I'd like to mark a
11:54 23    document.
      24                (Deposition Exhibit 611 was marked for
      25                identification.)
```