JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (SBN 257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

-1-

-2-

1. *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

2. *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

3. *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

4. *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

5. *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

6. *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

7. *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

8. *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

9. *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

10. *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

11. *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

12. *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

13. *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

14. *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

15. *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

16. *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

17. *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510;

18. *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171.

1  Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), the undersigned Defendants in the above-captioned actions hereby move the Court for leave to file the following documents, or portions thereof, under seal:

1. Portions of Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and

2. Exhibits 1 to 9 to the Declaration of Jennifer M. Stewart in Support of Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA.

This motion is supported by the Declaration of Jennifer M. Stewart in Support of Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Stewart Decl."). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

Here, Defendants submit this Administrative Motion because they wish to file documents that contain either (a) material designated by the indirect purchaser plaintiffs or the direct action plaintiffs in the above-captioned actions (together, "Plaintiffs") pursuant to the Stipulated Protective Order (Dkt. 306, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Plaintiffs pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential." *See* Stewart Decl. ¶¶ 3-12. Defendants take no position on whether the designated documents satisfy the requirements for sealing. Although Defendants' request is narrowly tailored to include only the information that may require confidentiality, it is Plaintiffs' burden to show good cause for sealing the designated documents by submitting a declaration showing good cause and a proposed order within four days after the lodging of the designated documents. *See* Civ. L. R. 79-5(e)(1).

1    Because Civil Local Rule 79-5(d) prohibits the sealing of documents by agreement of the
2  parties, the parties are unable to enter into such a stipulation.  *See* Civ. L. R. 7-11 (requiring
3  explanation of lack of stipulation), 79-5(d)(1)(A).

DATED:  November 7, 2014                    WINSTON & STRAWN LLP

By: /s/ *Eva W. Cole*
JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

**WHITE & CASE**LLP

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.

-4-

Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (with respect to all of the above-captioned cases except for Dell Inc., et al. v. Hitachi, Ltd., et al., No. 13-cv-0271)*

BAKER BOTTS LLP

By: /s/ *John M. Taladay*
JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

MUNGER, TOLLES & OLSON LLP

By: /s/ *Hojoon Hwang*
JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor

-5-

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS

CASE NO. 07-5944 SC
MDL NO. 1917

|   |   |
|---|---|
| 1 | San Francisco, California 94105-2907 |
|   | Telephone: (415) 512-4000 |
| 2 | Facsimile: (415) 512-4077 |
| 3 | WILLIAM D. TEMKO (SBN 098858) |
|   | William.Temko@mto.com |
| 4 | **MUNGER, TOLLES & OLSON LLP** |
|   | 355 South Grand Avenue, Thirty-Fifth Floor |
| 5 | Los Angeles, CA 90071-1560 |
|   | Telephone: (213) 683-9100 |
| 6 | Facsimile: (213) 687-3702 |
| 7 |   |
|   | *Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.* |
| 8 |   |
| 9 |   |
|   | KIRKLAND & ELLIS LLP |
| 10 |   |
|   | By: /s/ *Eliot A. Adelson* |
| 11 | ELIOT A. ADELSON (SBN 205284) |
|   | Email: eadelson@kirkland.com |
| 12 | **KIRKLAND & ELLIS LLP** |
|   | 555 California Street, 27th Floor |
| 13 | San Francisco, CA 94104 |
|   | Telephone: (415) 439-1413 |
| 14 | Facsimile: (415) 439-1500 |
| 15 | JAMES H. MUTCHNIK, P.C. (*pro hac vice*) |
|   | KATE WHEATON (*pro hac vice*) |
| 16 | **KIRKLAND & ELLIS LLP** |
|   | 300 North LaSalle |
| 17 | Chicago, Illinois 60654 |
|   | Tel: (312) 862-2000 |
| 18 | Facsimile: (312) 862-2200 |
| 19 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 20 |   |
| 21 |   |
|   | SHEPPARD MULLIN RICHTER & HAMPTON |
| 22 |   |
|   | By: /s/ *Gary L. Halling* |
| 23 | GARY L. HALLING (SBN 66087) |
|   | Email: ghalling@sheppardmullin.com |
| 24 | JAMES L. MCGINNIS (SBN 95788) |
|   | Email: jmcginnis@sheppardmullin.com |
| 25 | MICHAEL W. SCARBOROUGH, (SBN 203524) |
|   | Email: mscarborough@sheppardmullin.com |
| 26 | **SHEPPARD MULLIN RICHTER & HAMPTON** |
|   | Four Embarcadero Center, 17th Floor |
| 27 | San Francisco, CA 94111 |
|   | Telephone: (415) 434-9100 |
| 28 |   |

-6-

Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Rachel S. Brass*
JOEL S. SANDERS (Cal. Bar. No. 107234)
Email: jsanders@gibsondunn.com
RACHEL S. BRASS (Cal. Bar. No. 219301)
Email: rbrass@gibsondunn.com
AUSTIN V. SCHWING (Cal. Bar. No. 211696)
Email: aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:     (415) 393-8200
Facsimile:      (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. as to Direct Action Plaintiffs Best Buy entities, Target, Sears, Interbond, Office Depot, CompuCom, P.C. Richards, MARTA, ABC Appliance, Schultze Agency Services, and ViewSonic only*

FAEGRE BAKER DANIELS LLP

By: /s/ *Kathy L. Osborn*
KATHY L. OSBORN (*pro hac vice*)
Email: kathy.osborn@FaegreBD.com
RYAN M. HURLEY (*pro hac vice*)
Email: ryan.hurley@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

-7-

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS

CASE NO. 07-5944 SC
MDL NO. 1917

Telephone: (303) 607-3500
Facsimile: (303) 607-3600

STEPHEN M. JUDGE (*pro hac vice*)
Email: steve.judge@FaegreBd.com
**FAEGRE BAKER DANIELS LLP**
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

JENNER & BLOCK LLP

By: /s/ *Terrence J. Traux*
Terrence J. Truax (*pro hac vice*)
Email: ttruax@jenner.com
Michael T. Brody (*pro hac vice*)
Email: mbrody@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

BRENT CASLIN (Cal. Bar. No. 198682)
Email: bcaslin@jenner.com
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ *Michael Lacovara*
Michael Lacovara (209279)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: 212 277 4000

-8-

|   |   |
|---|---|
| 1 | Facsimile: 212 277 4001 |
|   | Email: michael.lacovara@freshfields.com |
| 2 |   |
|   | TERRY CALVANI (SBN 53260) |
| 3 | Email: terry.calvani@freshfields.com |
|   | CHRISTINE LACIAK(pro hac vice) |
| 4 | Email: christine.laciak@freshfields.com |
|   | RICHARD SNYDER (pro hac vice) |
| 5 | Email: richard.snyder@freshfields.com |

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Nathan Lane, III*
MARK C. DOSKER
Email: mark.dosker@squirepb.com
NATHAN LANE, III
Email: nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (*pro hac vice*)
Email: donald.wall@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: /s/ *Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (*pro hac vice*)
Ellen Tobin (*pro hac vice*)
101 Park Avenue
New York, New York 10178

-9-

| DEFENDANTS' ADMINISTRATIVE | CASE NO. 07-5944 SC |
|---|---|
| MOTION TO SEAL DOCUMENTS | MDL NO. 1917 |

|   |   |
|---|---|
| 1 | Telephone: 212.696.6000 |
| 2 | Facsimile: 212.697.1559<br>Email: jzuckerman@curtis.com<br>etobin@curtis.com |

Arthur Gaus (SBN 289560)
**DILLINGHAM & MURPHY, LLP**
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

-10-