IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br><br> This Document Relates to: <br><br> ALL INDIRECT-PURCHASER ACTIONS <br><br> *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; <br><br> *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.* No. 13-cv-05724; <br><br> *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; <br><br> *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; <br><br> *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; <br><br> *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; <br><br> *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; <br><br> *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; <br><br> *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; <br><br> *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; <br><br> *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; <br><br> *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; <br><br> *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; <br><br> *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; <br><br> *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11 | Case No. 07-5944 SC <br> MDL. No. 1917 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  cv-06397;

2  *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

3  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

4  

5  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

6  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

7  

8  *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

9  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

10 

11 *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510;

12 *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171.

13

14  Upon consideration of Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA, it is hereby:

ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or excerpted portions of documents related to the Administrative Motion to File Under Seal:

| Document | Sealed Portions |
|---|---|
| Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | Pages 2, 3, 5, 6, 7, 8, 9, 15, 16 |
| Exhibit 1 to the Declaration of Jennifer M. Stewart in Support of Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA ("Stewart Decl.") (excerpts from the October 31, 2014 deposition of Janet S. Netz) | Entire excerpted document |

| | |
|---|---|
| Exhibit 2 to the Stewart Declaration (excerpts from the April 15, 2014 Expert Report of Janet S. Netz) | Entire excerpted document |
| Exhibit 3 to the Stewart Declaration (excerpts from the April 15, 2014 Expert Report of James T. McClave) | Entire excerpted document |
| Exhibit 4 to the Stewart Declaration (excerpts from the April 15, 2014 Expert Report of Alan S. Frankel regarding the cases captioned *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513, and *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264) | Entire excerpted document |
| Exhibit 5 to the Stewart Declaration (excerpts from the transcript of the June 27, 2014 deposition of Janet S. Netz) | Entire excerpted document |
| Exhibit 6 to the Stewart Declaration (excerpts from the transcript of the June 25, 2014 deposition of Alan S. Frankel) | Entire excerpted document |
| Exhibit 7 to the Stewart Declaration (excerpts from the transcript of the June 25, 2014 deposition of James T. McClave) | Entire excerpted document |
| Exhibit 8 to the Stewart Declaration (excerpts from the transcript of the June 10, 2014 deposition of Mohan Rao) | Entire excerpted document |
| Exhibit 9 to the Stewart Declaration (excerpts from the September 26, 2014 Reply Report of Mohan Rao to Janusz Ordover) | Entire excerpted document |

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO ORDERED**

Dated: _____  _____
                                           Hon. Samuel Conti
                                           United States District Judge