# EXHIBIT A

# EXHIBIT A-1

# APPENDIX OF AUTHORITY IN SUPPORT OF DEFENDANTS' ARGUMENT THAT STATE ANTITRUST LAWS HAVE THE SAME SCOPE AS FEDERAL ANTITRUST LAWS

| State | Authority |
|---|---|
| **Arizona** | *Laborers' & Operating Engineers' Util. Agreement Health & Welfare Trust Fund for Arizona v. Philip Morris, Inc.*, 42 F. Supp. 2d 943, 950 (D. Ariz. 1999). |
| **California** | *Rick-Mik Enters., Inc. v. Equilon Enters. LLC*, 532 F.3d 963, 976 (9th Cir. 2008); *Cnty. of Tuolumne v. Sonora Cmty. Hosp.*, 236 F.3d 1148, 1160 (9th Cir. 2001); *Nova Designs, Inc. v. Scuba Retailers Ass'n*, 202 F.3d 1088, 1092 (9th Cir. 2000). |
| **District of Columbia** | *Atlantic Coast Airlines Holdings, Inc. v. Mesa Air Grp., Inc.*, 295 F. Supp. 2d 75, 89 n.7 (D. Col. 2003). |
| **Hawaii** | *Hoilien v. OneWest Bank, FSB*, No. CV. 11-00357 DAE-RLP, 2012 WL 1379318 at *13 (D. Hawaii Apr. 20, 2012). |
| **Illinois** | *Hackman v. Dickerson Realtors, Inc.*, 520 F. Supp. 2d 954, 966 (N.D. Ill. 2007). |
| **Iowa** | *Double D Spotting Service, Inc. v. Supervalu, Inc.*, 136 F.3d 554, 561 (8th Cir. 1998). |
| **Kansas** | *In re Linerboard Antitrust Litig.*, 223 F.R.D. 335, 350 (E.D. Penn. 2004). |
| **Maine** | *Davric Maine Corp. v. Rancourt*, 216 F.3d 143, 149 (1st Cir. 2000). |
| **Michigan** | *Salmon v. City of Cadillac*, No. 263586, 2005 WL 3416119, at *5 (Mich. Ct. App. Dec. 13, 2005). |
| **Minnesota** | *Midwest Comm v. Minn. Twins*, 779 F.2d 444, 454 (8th Cir. 1985). |
| **Mississippi** | *Pope v. Mississippi Real Estate Comm'n*, 872 F.2d 127, 129 (5th Cir. 1989). |
| **Nebraska** | Neb. Rev. Stat. § 59-829. |
| **Nevada** | Nev. Rev. Stat. § 598A.050; *Boulware v. Nevada Dep't. of Human Resources*, 960 F.2d 793, 800 (9th Cir. 1992). |

| | |
|---|---|
| **New Mexico** | N.M. Stat. § 57-1-15; *Singh v. Memorial Med. Ctr., Inc.*, 536 F. Supp. 2d 1244, 1247 n.3 (D.N.M 2008). |
| **New York** | *Doron Precision Sys., Inc. v. FAAC, Inc.*, 423 F. Supp. 2d 173, 192-93 (S.D.N.Y. 2006). |
| **North Carolina** | *Rose v. Vulcan Materials Co.*, 194 S.E.2d 521, 530 (N.C.1973). |
| **North Dakota** | *In re Elec. Books Antitrust Litig.*, No. 11 MD 2293 DLC, 2014 WL 2535112, at *15 (S.D.N.Y. June 5, 2014). |
| **South Dakota** | *Assam Drug Co., Inc. v. Miller Brewing Co., Inc.*, 798 F.2d 311, 313 (8th Cir. 1986). |
| **Tennessee** | *Rockholt Furniture, Inc. v. Kincaid Furniture Co.*, No. 1:96CV588, 1998 WL 1661384, at *7 (E.D. Tenn. July 6, 1998). |
| **Vermont** | *Vermont Mobile Home Owners' Ass'n v. Lapierre*, 94 F. Supp. 2d 519, 523 (D. Vt. 2000). |
| **West Virginia** | *Princeton Ins. Agency, Inc. v. Erie Ins. Co.*, 225 W.Va. 178, 183-84 (W.Va. 2009). |
| **Wisconsin** | *State v. Waste Mgmt. of Wis., Inc.*, 261 N.W.2d 147, 151-53 (Wis. 1978). |

# EXHIBIT A-2

## APPENDIX OF AUTHORITY IN SUPPORT OF DEFENDANTS' ARGUMENT THAT STATE CONSUMER PROTECTION LAWS HAVE THE SAME SCOPE AS FEDERAL CONSUMER PROTECTION LAWS

| State | Authority |
|---|---|
| **California** | *Cel-Tech Commc'ns, Inc. v. Los Angeles Cellular Tel. Co.*, 20 Cal. 4th 163, 185 (1999); *Bowen v. Ziasun Technologies, Inc.*, 116 Cal. App. 4th 777, 788-89 (2004). |
| **Florida** | Fla. Stat. § 501.202(3). |
| **Hawaii** | *Davis v. Four Seasons Hotel Ltd.*, 122 Hawai'i 423, 228 P.3d 303, 310 (2010). |
| **Nebraska** | *State ex rel. Douglas v. Assoc. Grocers of Neb. Co-op, Inc.*, 332 N.W.2d 690, 693 (Neb. 1983). |
| **Nevada** | Nev. Rev. Stat. § 598A.050; *Boulware v. Nevada Dep't. of Human Resources*, 960 F.2d 793, 800 (9th Cir. 1992). |
| **New Mexico** | N.M. Stat. § 57-12-4. |
| **New York** | *State v. Colo. State Christian Coll. of Church of Inner Power, Inc.*, 76 Misc. 2d 50, 54, 346 N.Y.S.2d 482, 487 (N.Y. Sup. Ct. 1973); *People ex rel. Spitzer v. Applied Card Sys., Inc.*, 805 N.Y.S.2d 175, 178 (N.Y. App. Div. 2005). |
| **North Carolina** | *Henderson v. U. S. Fid. & Guar. Co.*, 488 S.E.2d 234, 239 (N.C. 1997). |
| **Vermont** | Vt. Stat. Ann. tit. 9, §§ 2451; 2453(b). |
| **Washington** | *State v. Black*, 100 Wash.2d 793, 806, 676 P.2d 963, 967 (1984). |