# Exhibits 1 Through 9 Submitted Under Seal