# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC |
| This Document Relates to: | MDL No. 1917 |
| ALL INDIRECT-PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS' DISPOSITIVE MOTION DIRECTED AT PLAINTIFFS' INCLUSION OF NON-ACTIONABLE CLAIMS BASED ON FOREIGN SALES** |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | |
| *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; | |
| *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | |

- 1 -

[PROPOSED] ORDER GRANTING DEFS.' DISPOSITIVE MOT. DIRECTED AT PLS.' INCLUSION OF NON-ACTIONABLE CLAIMS BASED ON FOREIGN SALES (3:07-CV-05944 SC, MDL NO. 1917)

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510;

*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171.

Upon consideration of Defendants' Joint Motion for Summary Judgment, all papers filed in support of and in opposition to said motion and the arguments of counsel, IT IS HEREBY ORDERED:

Pursuant to Federal Rule of Civil Procedure 56(a), Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the Foreign Antitrust Improvement Act, 15 U.S.C. § 6a, is GRANTED in its entirety, and all damages claims against Defendants in the above captioned actions are DISMISSED with prejudice.

**IT IS SO ORDERED**

Dated:_____          _____
                                                          Hon. Samuel Conti
                                                          United States District Judge

[PROPOSED] ORDER GRANTING DEFS.' DISPOSITIVE MOT. DIRECTED AT PLS.' INCLUSION OF NON-ACTIONABLE CLAIMS BASED ON FOREIGN SALES (3:07-CV-05944 SC, MDL NO. 1917)