DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
LARA E. VEBLEN TRAGER (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 1917<br>Master No. 3:07-cv-05944-SC<br><br>**PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DAPS' ALLEGED DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO** |

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively the "Panasonic Defendants") respectfully submit this Administrative Motion for a Sealing Order regarding Certain Defendants' concurrently filed Notice of Motion and Motion for Partial Summary Judgment with Respect to Direct Action Plaintiffs' Alleged Direct Damage Claims Based on Purchases from Sanyo Entities ("Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo"). The following materials are submitted under seal: (a) the highlighted portions of Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo; and (b) Exhibits A, B, C, D, E, F, and I to the concurrently-filed Declaration of Adam C. Hemlock In Support of Certain Defendants' Motion for Partial Summary Judgment with respect to Direct Action Plaintiffs' Alleged Direct Damage Claims Based on Purchases from Sanyo Entities (the "Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo").

This motion is supported by the Declaration of Adam C. Hemlock in Support of the Panasonic Defendants' Administrative Motion to File Under Seal Certain Defendant's Partial Summary Judgment Motion with Respect to Sanyo, dated November 7, 2014. *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable."). On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142) (the "Protective Order").

Exhibit A to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC ("Best Buy"), which

Best Buy has designated as "Highly Confidential" under the terms of the Protective Order.

Exhibit B to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff Interbond Corporation of America, d/b/a BrandsMart USA ("BrandsMar**t**"), which BrandsMart has designated as "Highly Confidential" under the terms of the Protective Order.

Exhibit C to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Circuit City"), which Circuit City has designated as "Highly Confidential" under the terms of the Protective Order.

Exhibit D to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff Costco Wholesale Corporation ("Costco"), which Costco has designated as "Highly Confidential" under the terms of the Protective Order.

Exhibit E to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff  Sears Roebuck and Co. and Kmart Corp. ("Sears/Kmart"), which Sears/Kmart has designated as "Highly Confidential" under the terms of the Protective Order.

Exhibit F to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo is Plaintiff Sears/Kmart's Objections and Responses to Defendants Panasonic Corp. and LGE's First Interrogatories, dated December 31, 2013.  Sears/Kmart has designated this document as "Highly Confidential" under the terms of the Protective Order.

Exhibit I to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo is DAP Plaintiff Sharp Electronics Corporation and Sharp Electronics

Manufacturing Company of America, Inc.'s ("Sharp") Responses and Objections to Defendants Panasonic Corp. and LGE's First Interrogatories, dated July 22, 2013.  Sharp has designated this document as "Confidential" under the terms of the Protective Order.

The highlighted portions of Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo reference confidential information contained in Exhibit I.

The Panasonic Defendants seek to submit these documents under seal in order to comply with the Protective Order and this Court's Local Rules.  Pursuant to Civil Local Rule 79-5(d) and 79-5(e), copies of the Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo and Exhibits A, B, C, D, E, F and I will be provided to the Court for *in camera* review, served on all parties, and e-filed pending the named Plaintiffs' submission, within four days of the date of this Administrative Motion, of declarations "establishing that the designated material is properly sealable."  The Panasonic Defendants are prepared to e-file the unredacted versions of the documents referenced herein in the public record "[i]f the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied."  Civ. L.R. 79-5(e)(2).  The Panasonic Defendants respectfully submit this Administrative Motion pursuant to the Protective Order and Civil Local Rule 79-5, and, through this submission, hereby notify the named Plaintiffs (the Designating Parties) of their burden to establish that the designated material is properly sealable.  Civ. L.R. 79-5(e)(1).

| | | |
|---|---|---|
| 1 | Dated:  November 7, 2014 | By:  /s/ *Adam C. Hemlock* |

DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
DAVID YOLKUT (*pro hac vice*)
E-mail: david.yolkut@weil.com
LARA E. VEBLEN TRAGER (*pro hac vice*)
E-mail: lara.trager@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BAMBO OBARO (267683)
E-mail: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
E-mail: jkessler@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
E-mail: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*