DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
LARA E. VEBLEN TRAGER (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Master No. 3:07-cv-05944-SC |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DAPS' ALLEGED DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO** |

ADAM C. HEMLOCK DECL. ISO PANASONIC DEFS.' ADMIN. MOT. TO SEAL CERTAIN DEFS.' MOT. FOR PARTIAL SUMM. J. WITH RESPECT TO SANYO

MDL No. 1917
Master No. 3:07-cv-05944 SC

I, Adam C. Hemlock, hereby declare as follows:

1. I am an attorney with Weil, Gotshal & Manges LLP, counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*.

2. I submit this Declaration in Support of the Panasonic Defendants' Administrative Motion to File Under Seal Certain Defendants' Motion for Partial Summary Judgment with Respect to Direct Action Plaintiffs' Alleged Direct Damage Claims Based on Purchases from Sanyo Entities. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142) (the "Protective Order").

4. Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), the Panasonic Defendants seek to seal the following concurrently-filed documents: (a) the highlighted portions of Certain Defendants' Notice of Motion and Motion for Partial Summary Judgment with Respect to Direct Action Plaintiffs' Alleged Direct Damage Claims Based on Purchases from Sanyo Entities ("Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo"); and (b) Exhibits A, B, C, D, E, F and I to the concurrently-filed Declaration of Adam C. Hemlock In Support of Certain Defendants' Motion for Partial Summary Judgment with respect to Direct Action Plaintiffs' Alleged Direct Damage Claims Based on Purchases from Sanyo Entities (the "Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo Damages").

5. Exhibit A to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services,

Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC ("Best Buy"), which Best Buy has designated as "Highly Confidential" in its entirety under the terms of the Protective Order.

6. Exhibit B to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff Interbond Corporation of America, d/b/a BrandsMart USA ("BrandsMart"), which BrandsMart has designated as "Highly Confidential" in its entirety under the terms of the Protective Order.

7. Exhibit C to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Circuit City"), which Circuit City has designated as "Highly Confidential" in its entirety under the terms of the Protective Order.

8. Exhibit D to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff Costco Wholesale Corporation ("Costco"), which Costco has designated as "Highly Confidential" in its entirety under the terms of the Protective Order.

9. Exhibit E to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo are excerpts from the April 15, 2014 Expert Report of Alan Frankel, Expert for Plaintiff  Sears Roebuck and Co. and Kmart Corp. ("Sears/Kmart"), which Sears/Kmart has designated as "Highly Confidential" in its entirety under the terms of the Protective Order.

10. Exhibit F to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo is Plaintiff Sears/Kmart's Objections and Responses to Defendants Panasonic Corp. and LGE's First Interrogatories, dated December 31, 2013.   Sears/Kmart has

designated this document as "Highly Confidential" in its entirety under the terms of the Protective Order.

11. Exhibit I to the Hemlock Declaration ISO Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo is Plaintiff Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s ("Sharp") Responses and Objections to Defendants Panasonic Corp. and LGE's First Interrogatories, dated July 22, 2013.  Sharp has designated this document as "Confidential" in its entirety under the terms of the Protective Order.  The highlighted portions of pages 5 and 13 of Certain Defendants' Partial Summary Judgment Motion with Respect to Sanyo Damages reference confidential information contained in Exhibit I.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2014 at New York, New York.

By:    /s/ Adam C. Hemlock
        ADAM C. HEMLOCK