DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
LARA E. VEBLEN TRAGER (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 1917<br>Master No. 3:07-cv-05944-SC<br><br>**[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DAPS' ALLEGED DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO** |

Upon consideration of the Panasonic Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11 (the "Administrative Motion to File Under Seal"), submitted in connection with Certain Defendants' Notice of Motion and Motion for Partial Summary Judgment with Respect to Direct Action Plaintiffs' ("DAPs'") Alleged Direct Damage Claims Based on Purchases from Sanyo, it is hereby:

ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or portions of documents related to the Panasonic Defendants' Administrative Motion to File Under Seal:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Certain Defendants' Notice of Motion and Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo | 5:1-2; 13:1-2 |
| Exhibit A to the Declaration of Adam C. Hemlock In Support of Certain Defendants' Motion for Partial Summary Judgment with respect to Direct Action Plaintiffs' Alleged Direct Damage Claims Based on Purchases from Sanyo Entities ("Hemlock Declaration") (April 15, 2014 Expert Report of Alan Frankel (Best Buy Action)) | Entire excerpted document |
| Exhibit B to the Hemlock Declaration (April 15, 2014 Expert Report of Alan Frankel (BrandsMart Action)) | Entire excerpted document |
| Exhibit C to the Hemlock Declaration (April 15, 2014 Expert Report of Alan Frankel (Circuit City Action)) | Entire excerpted document |
| Exhibit D to the Hemlock Declaration (April 15, 2014 Expert Report of Alan Frankel (Costco Action)) | Entire excerpted document |
| Exhibit E to the Hemlock Declaration (April 15, 2014 Expert Report of Alan Frankel (Sears/Kmart Action)) | Entire excerpted document |

| | |
|---|---|
| Exhibit F to the Hemlock Declaration (Plaintiff Sears/Kmart's Objections and Responses to Panasonic Corp. and LGE's First Interrogatories, dated December 31, 2013) | Entire excerpted document |
| Exhibit I to the Hemlock Declaration (Plaintiff Sharp's Responses and Objections to Defendants Panasonic Corp. and LGE's First Interrogatories, dated July 22, 2013) | Entire excerpted document |

IT IS SO ORDERED

Dated: _____                      _____
                                              Hon. Samuel Conti
                                              United States District Judge