# Exhibit A

# (Filed Under Seal)

# Exhibit B

# (Filed Under Seal)

# Exhibit C

# (Filed Under Seal)

# Exhibit D

# (Filed Under Seal)

# Exhibit E

# (Filed Under Seal)

# Exhibit F

# (Filed Under Seal)

# Exhibit I

# (Filed Under Seal)