Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No. 07-5944 SC
MDL No. 1917

This Document Relates to:

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173-SC

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157-SC

*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, 3:14cv-02510-SC

**THE TOSHIBA DEFENDANTS' JOINDER TO THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the "Toshiba Defendants") hereby join Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment, which was filed on November 7, 2014.

Respectfully submitted,

Dated: November 7, 2014

WHITE & CASE LLP

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

On November 7, 2014, I caused a copy of “THE TOSHIBA DEFENDANTS’ JOINDER TO THOMSON CONSUMER’S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT” to be electronically filed via the Court’s Electronic Case Filing System, which constitutes service in this action pursuant to the Court’s order of September 2, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau