1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Information Systems, Inc., Toshiba America*
11 *Consumer Products, L.L.C., and*
   *Toshiba America Electronic Components, Inc.*
12

13                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
14                    (SAN FRANCISCO DIVISION)
15

| 16<br>17 | IN RE: CATHODE RAY TUBE (CRT)<br>ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|---|
| 18 | | |
| 19 | This Document Relates to: | |
| 20 | *Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No.<br>3:11-cv-05513-SC | **THE TOSHIBA DEFENDANTS'**<br>**JOINDER TO DEFENDANTS** |
| 21 | | **CHUNGHWA PICTURE TUBES,** |
| 22 | *CompuCom Sys., Inc. v. Hitachi, Ltd. et al.*, No.<br>3:11-cv-06396-SC | **LTD. AND CHUNGHWA PICTURE**<br>**TUBES (MALAYSIA) SDN. BHD.'S** |
| 23 | | **MOTION FOR SUMMARY** |
| 24 | *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No.<br>3:11-cv-06275-SC | **JUDGMENT ON DIRECT ACTION**<br>**PLAINTIFFS' STATE LAW** |
| 25 | | **CLAIMS ON DUE PROCESS** |
| 26 | *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-<br>cv-06276-SC | **GROUNDS** |
| 27 | | |
| 28 | *P.C. Richard & Son Long Island Corp. et al. v.*<br>*Hitachi, Ltd. et al.*, No. 3:12-cv-02648-SC | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2 *Sears, Roebuck and Co. et al. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC
3
4 *Target Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the "Toshiba Defendants") hereby join Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds, which was filed on November 7, 2014.

Dated: November 7, 2014

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS ON DUE PROCESS GROUNDS
Case No. 07-5944 SC
MDL No. 1917

**CERTIFICATE OF SERVICE**

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS ON DUE PROCESS GROUNDS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS ON DUE PROCESS GROUNDS
Case No. 07-5944 SC
MDL No. 1917