# Exhibit A

# (Filed Under Seal)

# Exhibit B

# (Filed Under Seal)

# Exhibit C

# (Filed Under Seal)

# Exhibit D

# (Filed Under Seal)

# Exhibit E

# (Filed Under Seal)

# Exhibit F

# (Filed Under Seal)

# Exhibit G

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2                 SAN FRANCISCO DIVISION
3    Case No. 3:07-cv-05944 SC
     MDL No. 1817
4    ------------------------------------x
     IN RE:  CATHODE RAY TUBE (CRT)
5            ANTITRUST LITIGATION
6    ------------------------------------x
7    This Document Relates to:
     ALL ACTIONS
8    ------------------------------------x
9                        599 Lexington Avenue
                         New York, New York
10
                         October 9, 2014
11                       9:10 a.m.
12
13           30(b)(6) DEPOSITION of PANASONIC
14   DEFENDANTS and its Representative ROBERT L.
15   NOWICKI, taken by the Plaintiffs, held at the
16   aforementioned time and place, before Sherri
17   Flagg, a Registered Professional Reporter,
18   Certified LiveNote Reporter, and Notary Public.
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

```
                                        Page 12
1   JVC and Kenwood Corporation.
2        Q.    Going forward, does that continue
3   to today or has there been another change?
4        A.    As of 2012, Panasonic no longer
5   owns any shares of JVC Capital Holding, Inc.
6        Q.    Does it own any shares today of any
7   JVC entity, to the best of your knowledge?
8        A.    Not that I'm aware of.
9        Q.    Okay.  Let's go to 1(E) which is
10  Sanyo Electric Company, Limited, again, has the
11  -- when did any Panasonic entity first acquire
12  any shares of Sanyo Electric Company, Limited?
13       A.    December 21st, 2009.
14       Q.    And which entity acquired those
15  shares?
16       A.    Panasonic Corporation.
17       Q.    And what percentage of the shares
18  did it acquire?
19       A.    It acquired a 50.2 percent stake in
20  Sanyo Electric Company, Limited.
21       Q.    And has that stake changed between
22  December 21st and the present?
23       A.    Since 2011 Panasonic Corporation
24  has owned 100 percent of Sanyo Electric Co.,
25  Limited.
```

# Exhibit H

Page 165

1                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2                 SAN FRANCISCO DIVISION
3    _____
                                    )
4    IN RE: CATHODE RAY TUBE (CRT)  )
     ANTITRUST LITIGATION           )
5    _____) No. 07-cv-05944 SC
     This Document Relates to:      ) MDL No. 1917
6    ...(continuing caption page 2) )
     _____)
7
8        SUPERIOR COURT OF THE STATE OF CALIFORNIA
              CITY AND COUNTY OF SAN FRANCISCO
9    _____
                                    )
10   STATE OF CALIFORNIA, et al.,   )
                                    )
11              Plaintiffs,         )
                                    ) No. CGC-11-515784
12         v.                       )
                                    )
13   SAMSUNG SDI, INC., CO., LTD,   )
     et al.,                        )
14              Defendants.         )
     _____)
15
16         CONTINUED HIGHLY CONFIDENTIAL
17         DEPOSITION OF TATSUO TOBINAGA
18          San Francisco, California
19           Tuesday, July 17, 2012
20
21
22   Reported by:
     LESLIE ROCKWOOD
23   CSR No. 3462
24
25

Page 178

| | | |
|---|---|---|
| 1 | by another CRT manufacturer to go into a Panasonic | 09:36:37 |
| 2 | television set? | 09:36:39 |
| 3 |    A.   I would speculate that there are other ones, but | 09:37:03 |
| 4 | I don't know all of the steps. | 09:37:15 |
| 5 |    Q.   Thank you. | 09:37:16 |
| 6 |      Now, let's talk about when -- let's talk about | 09:37:20 |
| 7 | what steps would be required in order to get a | 09:37:23 |
| 8 | Panasonic -- or sorry -- an MTPD CRT into a Samsung | 09:37:27 |
| 9 | television set.  Would these steps be identical to the | 09:37:32 |
| 10 | ones you've just described? | 09:37:36 |
| 11 |    A.   I have no knowledge whatsoever about the steps | 09:37:53 |
| 12 | for Samsung. | 09:37:55 |
| 13 |    Q.   Or using a Panasonic tube in the -- in a TV set | 09:37:58 |
| 14 | not made by Panasonic? | 09:38:03 |
| 15 |    A.   So you're talking about manufacturers other than | 09:38:14 |
| 16 | Samsung? | 09:38:19 |
| 17 |    Q.   Well, did you -- did MTPD sell tubes to any | 09:38:19 |
| 18 | entity that was not owned or controlled by Panasonic? | 09:38:23 |
| 19 |    A.   Yes, it has. | 09:38:25 |
| 20 |    Q.   Who? | 09:38:47 |
| 21 |    A.   For example, Sharp and Sanyo and major | 09:38:49 |
| 22 | television manufacturers -- Japanese manufacturers. | 09:39:06 |
| 23 |    Q.   And when you manufacture tubes for Sharp and | 09:39:10 |
| 24 | Sanyo, you do so according to the specifications in their | 09:39:14 |
| 25 | purchase orders? | 09:39:18 |

# Exhibit I

# (Filed Under Seal)