1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  DAVID E. YOLKUT (*pro hac vice*)
   LARA E. VEBLEN TRAGER (*pro hac vice*)
3  **WEIL, GOTSHAL & MANGES LLP**
   767 Fifth Avenue
4  New York, New York 10153-0119
   Telephone: (212) 310-8000
5  Facsimile: (212) 310-8007
   E-mail: adam.hemlock@weil.com
6
   BAMBO OBARO (267683)
7  **WEIL, GOTSHAL & MANGES LLP**
   201 Redwood Shores Parkway
8  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
9  Facsimile: (650) 802-3100
   E-mail: bambo.obaro@weil.com
10
   JEFFREY L. KESSLER (*pro hac vice*)
11 EVA W. COLE (*pro hac vice*)
   MOLLY M. DONOVAN (*pro hac vice*)
12 **WINSTON & STRAWN LLP**
   200 Park Avenue
13 New York, New York 10166-4193
   Telephone: (212) 294-6700
14 Facsimile: (212) 294-7400
   E-mail: jkessler@winston.com
15
   *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and*
16 *MT Picture Display Co., Ltd.*

17                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
18                          **SAN FRANCISCO DIVISION**

19

20 | In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No.: 3:07-cv-05944 SC
                                                         MDL No. 1917
21 |                                                   | Judge: Hon. Samuel Conti

22 | This Document Relates to:                         | **DECLARATION OF SHINICHI MIYOSHI RE MT PICTURE DISPLAY CO., LTD. IN SUPPORT OF CERTAIN DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DAPS' ALLEGED DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO**
23 | ALL ACTIONS                                       |
24 |                                                   |
25 |                                                   |
26

27
28

DECL. OF SHINICHI MIYOSHI RE MTPD
ISO CERTAIN DEF'S MOT FOR PARTIAL SUMMARY JUDGMENT
ON DAP CLAIMS FOR PURCHASES FROM SANYO

MDL No. 1917
Case No. 3:07-cv-05944

I, Shinichi Miyoshi, declare under penalty of perjury that:

1. I am employed by Defendant Panasonic Corporation f/k/a Matsushita Electric Industrial Co. Ltd. (hereinafter, "Panasonic Corp.") in the Legal Affairs Center, AVC Networks Company, Panasonic Corporation. I am a resident of Japan. I am an adult over eighteen (18) years of age, and the statements in this Declaration are made on my own personal knowledge of the records available to me and my general knowledge of the business practices of Panasonic Corp. and MT Picture Display Co., Ltd., f/k/a/ Matsushita Toshiba Picture Display Co., Ltd. ("MTPD").

2. Panasonic Corp. is a Japanese company with its principal place of business located at 1006 Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan.

3. MTPD is a Japanese entity with an office in Osaka, Japan at 1-15 Matsuo-Cho, Kadoma-shi, Osaka, 571-8504, Japan. MTPD was established as a joint venture between Panasonic Corp. and Toshiba Corporation ("Toshiba") in 2003. Panasonic Corp. held 64.5% of MTPD at the time that MTPD was formed. Panasonic Corp. acquired Toshiba's 35.5% interest in MTPD on March 30, 2007, at which time MTPD became a wholly-owned subsidiary of Panasonic Corp.

4. During the period March 1, 1995 through November 25, 2007 (the "Relevant Period"), and from the start of the Relevant Period until December 21, 2009, MTPD did not hold an ownership interest in Sanyo North America Corporation, Sanyo Manufacturing Corporation, Sanyo Energy USA Corporation, Sanyo Fisher (USA) Corporation, or Sanyo Electric Co., Ltd. (individually, each a "Sanyo Entity" and collectively the "Sanyo Entities").

5. From the start of the Relevant Period until December 21, 2009, no officer or director of MTPD served as an officer or director of any Sanyo Entity.

6. From the start of the Relevant Period until December 21, 2009, MTPD was not a party to any loan or trust agreement with any Sanyo Entity.

7. From the start of the Relevant Period until December 21, 2009, MTPD did not exercise any control over any practice or policy of any Sanyo Entity, including with respect to pricing of CRT finished products or otherwise.

2

DECL. OF SHINICHI MIYOSHI RE MTPD
ISO CERTAIN DEF'S MOT FOR PARTIAL SUMMARY JUDGMENT
ON DAP CLAIMS FOR PURCHASES FROM SANYO

MDL No. 1917
Case No. 3:07-cv-05944

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Osaka, Japan on November 6, 2014.

By: *Shinichi Miyoshi*
Shinichi Miyoshi

3

DECL. OF SHINICHI MIYOSHI RE MTPD
ISO CERTAIN DEF'S MOT FOR PARTIAL SUMMARY JUDGMENT
ON DAP CLAIMS FOR PURCHASES FROM SANYO

MDL No. 1917
Case No. 3:07-cv-05944