DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
LARA E. VEBLEN TRAGER (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No.: 3:07-cv-05944 SC<br>MDL No. 1917<br>Judge: Hon. Samuel Conti |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF SHINICHI MIYOSHI RE PANASONIC CORPORATION IN SUPPORT OF CERTAIN DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DAPS' ALLEGED DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO** |

DECL. OF SHINICHI MIYOSHI RE PANASONIC CORP
ISO CERTAIN DEF'S MOT FOR PARTIAL SUMMARY JUDGMENT
ON DAP CLAIMS FOR PURCHASES FROM SANYO

MDL No. 1917
Case No. 3:07-cv-05944

I, Shinichi Miyoshi, declare under penalty of perjury that:

1. I am employed by Defendant Panasonic Corporation f/k/a Matsushita Electric Industrial Co. Ltd. (hereinafter, "Panasonic Corp.") in the Legal Affairs Center, AVC Networks Company, Panasonic Corporation. I am a resident of Japan. I am an adult over eighteen (18) years of age, and the statements in this Declaration are made on my own personal knowledge of the records available to me and my general knowledge of the business practices of Panasonic Corp.

2. Panasonic Corp. is a Japanese company with its principal place of business located at 1006 Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan.

3. During the period March 1, 1995 through November 25, 2007 (the "Relevant Period"), and from the start of the Relevant Period until December 21, 2009, Panasonic Corp. did not hold an ownership interest in Sanyo North America Corporation, Sanyo Manufacturing Corporation, Sanyo Energy USA Corporation, Sanyo Fisher (USA) Corporation, or Sanyo Electric Co., Ltd. (individually, each a "Sanyo Entity" and collectively the "Sanyo Entities").

4. From the start of the Relevant Period until December 21, 2009, no officer or director of Panasonic Corp. served as an officer or director of any Sanyo Entity.

5. From the start of the Relevant Period until December 21, 2009, Panasonic Corp. was not a party to any loan or trust agreement with any Sanyo Entity.

6. From the start of the Relevant Period until December 21, 2009, Panasonic Corp. did not exercise any control over any practice or policy of any Sanyo Entity, including with respect to pricing of CRT finished products or otherwise.

7. On December 21, 2009, more than two years after the end of the Relevant Period, Panasonic Corp. acquired a 50.2% ownership interest in Sanyo Electric Co., Ltd.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

DECL. OF SHINICHI MIYOSHI RE PANASONIC CORP
ISO CERTAIN DEF'S MOT FOR PARTIAL SUMMARY JUDGMENT
ON DAP CLAIMS FOR PURCHASES FROM SANYO

MDL No. 1917
Case No. 3:07-cv-05944

Executed at Osaka, Japan on November 6, 2014.

By: /s/ Shinichi Miyoshi
Shinichi Miyoshi

3

DECL. OF SHINICHI MIYOSHI RE PANASONIC CORP
ISO CERTAIN DEF'S MOT FOR PARTIAL SUMMARY JUDGMENT
ON DAP CLAIMS FOR PURCHASES FROM SANYO

MDL No. 1917
Case No. 3:07-cv-05944