DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
LARA E. VEBLEN TRAGER (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
E-mail: david.yohai@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-7400
E-mail:  jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No.:  3:07-cv-05944 SC<br>MDL No. 1917<br>Judge: Hon. Samuel Conti<br><br>**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DAPS' ALLEGED DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO** |

Defendants' Motion for Partial Summary Judgment with Respect to Direct Action Plaintiffs' Alleged Direct Damage Claims Based on Purchases from Sanyo (the "Motion") filed by Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; Beijing Matsushita Color CRT Co., Ltd.; Hitachi Asia, Ltd., Hitachi America, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi, Ltd.; Koninklijke Philips N.V.; Philips do Brasil Ltda.; Philips Electronics North America Corporation; Philips Taiwan Limited; LG Electronics, Inc.; LG

1 Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd.; Mitsubishi Electric Corporation;
2 Mitsubishi Electric US, Inc.; Mitsubishi Electric Visual Solutions America, Inc.; Samsung SDI
3 (Malaysia) SDN. BHD.; Samsung SDI America, Inc.; Samsung SDI Brasil Ltda.; Samsung SDI Co.,
4 Ltd.; Samsung SDI Mexico S.A. DE C.V.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI
5 Co., Ltd.; Thomson Consumer Electronics, Inc.; Thomson SA; Toshiba America Consumer
6 Products, L.L.C.; Toshiba America Electronic Components, Inc.; Toshiba America Information
7 Systems, Inc.; Toshiba America, Inc.; and Toshiba Corporation ("Defendants") having come before
8 the Court, the Court having considered all relevant documents and evidence and having considered
9 the arguments of counsel, and good cause appearing therefore, it is hereby:

10      ORDERED that the Motion is GRANTED in full; it is further
11      ORDERED that summary judgment is entered in favor of Defendants with respect to all
12 Direct Action Plaintiffs' alleged direct damage claims based on purchases from Sanyo North
13 America Corporation; Sanyo Manufacturing Corporation; Sanyo Energy USA Corporation; and/or
14 Sanyo Fisher (USA) Corporation.

16      IT IS SO ORDERED.

18 Dated: _____                                    _____
                                                              Hon. Samuel Conti
19                                                            United States District Judge