Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*Tech Data Corp. et al. v. Hitachi, Ltd. et al.*, No. 13-cv-00157-SC | **THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS TECH DATA CORPORATION'S CLAIMS FOR FAILURE TO PROSECUTE** |

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS TECH DATA CORPORATION'S CLAIMS FOR FAILURE TO PROSECUTE
Case No. 07-5944 SC
MDL No. 1917

1  Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc.
2  ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America
3  Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the
4  "Toshiba Defendants") hereby join Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa
5
6  Picture Tubes (Malaysia) Sdn. Bhd.'s Motion to Dismiss Tech Data Corporation's Claims for
7  Failure to Prosecute, which was filed on November 7, 2014.

Respectfully submitted,

Dated:  November 7, 2014         WHITE & CASE LLP

By:  /s/ Lucius B. Lau
     Christopher M. Curran (*pro hac vice*)
     ccurran@whitecase.com
     Lucius B. Lau (*pro hac vice*)
     alau@whitecase.com
     Dana E. Foster (*pro hac vice*)
     defoster@whitecase.com
     701 Thirteenth Street, N.W.
     Washington, DC  20005
     tel.: (202) 626-3600
     fax: (202) 639-9355

     *Counsel to Defendants Toshiba
     Corporation, Toshiba America, Inc.,
     Toshiba America Information Systems, Inc.,
     Toshiba America Consumer Products,
     L.L.C., and Toshiba America Electronic
     Components, Inc.*

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND
CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS TECH DATA
CORPORATION'S CLAIMS FOR FAILURE TO PROSECUTE
Case No. 07-5944 SC
MDL No. 1917

**CERTIFICATE OF SERVICE**

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS TECH DATA CORPORATION'S CLAIMS FOR FAILURE TO PROSECUTE" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS TECH DATA CORPORATION'S CLAIMS FOR FAILURE TO PROSECUTE
Case No. 07-5944 SC
MDL No. 1917