Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc.; Electrograph Technologies Corp. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-01656<br><br>*P.C. Richard & Sons Long Island Corporation, et. al. v. Hitachi, Ltd., et al.*, Individual Case No. 12-cv-02648 | **THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ELECTROGRAPH, P.C. RICHARD AND MARTA ON CHOICE OF LAW GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS' JOINT NOTICE OF MOTION AND
MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ELECTROGRAPH, P.C. RICHARD AND
MARTA ON CHOICE OF LAW GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT THEREOF
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc.
2  ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America
3  Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the
4  "Toshiba Defendants") hereby join the Defendants' Joint Notice of Motion and Motion for
5
6  Partial Summary Judgment Against Electrograph, P.C. Richard, and MARTA on Choice of
7  Law Grounds and Memorandum of Points and Authorities in Support Thereof, which was
8  filed on November 7, 2014.

Respectfully submitted,

Dated:  November 7, 2014

**WHITE & CASE** LLP

By:   /s/ Lucius B. Lau
      Christopher M. Curran (*pro hac vice*)
      ccurran@whitecase.com
      Lucius B. Lau (*pro hac vice*)
      alau@whitecase.com
      Dana E. Foster (*pro hac vice*)
      defoster@whitecase.com
      701 Thirteenth Street, N.W.
      Washington, DC  20005
      tel.: (202) 626-3600
      fax: (202) 639-9355

*Counsel to Defendants Toshiba
Corporation, Toshiba America, Inc.,
Toshiba America Information Systems, Inc.,
Toshiba America Consumer Products,
L.L.C., and Toshiba America Electronic
Components, Inc.*

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS' JOINT NOTICE OF MOTION AND
MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ELECTROGRAPH, P.C. RICHARD AND
MARTA ON CHOICE OF LAW GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT THEREOF
Case No. 07-5944 SC
MDL No. 1917
2

**CERTIFICATE OF SERVICE**

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' JOINDER TO LGE DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON STANDING GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ELECTROGRAPH, P.C. RICHARD AND MARTA ON CHOICE OF LAW GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
Case No. 07-5944 SC
MDL No. 1917