Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and
Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co, Inc., et al v. Hitachi, Ltd.*, Individual Case No. 11-cv-05513 | **THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST MAGNOLIA HI-FI ON CHOICE OF LAW GROUNDS** |

Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the "Toshiba Defendants") hereby join the Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Magnolia Hi-Fi on Choice of Law Grounds and Memorandum of Points and Authorities in Support Thereof, which was filed on November 7, 2014.

Dated:  November 7, 2014

Respectfully submitted,

WHITE & CASE LLP

By:  /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST MAGNOLIA HI-FI ON CHOICE OF LAW GROUNDS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

                                                */s/ Lucius B. Lau*
                                                Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS'
JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY
JUDGMENT AGAINST MAGNOLIA HI-FI ON CHOICE OF LAW GROUNDS
Case No. 07-5944 SC
MDL No. 1917