1  Brent Caslin (Cal. Bar. No. 198682)
2  Jenner & Block LLP
   633 West Fifth Street
3  Suite 3600
   Los Angeles, California 90071
4  Telephone:    213 239-5100
   Facsimile:    213 239-5199
5  bcaslin@jenner.com

6  
   Terrence J. Truax (*pro hac vice*)
7  Michael T. Brody (*pro hac vice*)
   Jenner & Block LLP
8  353 N. Clark Street
   Chicago, Illinois 60654-3456
9  Telephone:    312 222-9350
   Facsimile:    312 527-0484
10 ttruax@jenner.com
11 mbrody@jenner.com

12 *Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc.,
   and Mitsubishi Electric Visual Solutions America, Inc.*
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 3:07-cv-5944-SC** <br> **MDL No. 1917** |
| This Document Relates to: <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; <br><br> *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br><br> *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; <br><br> *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; <br><br> *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

| | |
|---|---|
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; | |
| *Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262; | |
| *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171; | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157; | |
| *Siegel v. Technicolor SA, et al.*, No.13-cv-05261; | |
| *Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510. | |

Pursuant to Civil Local Rule 7-11 and 79-5(d), and the Stipulated Protective Order of June 18, 2008, Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric") respectfully seek this Court's approval to file the Mitsubishi Electric Defendants' Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases From NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation (the "Motion") and Exhibits A and D-N to the Declaration of Michael T. Brody in support thereof, Under Seal.

Mitsubishi requests an order sealing the following documents, which have been designated as "Confidential" or "Highly Confidential" under the Protective Order:

- **Exhibits A and D-N** to the Declaration of Michael T. Brody in Support of Mitsubishi Electric Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on

CRT Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation.

The Mitsubishi Electric Defendants will be filing a publicly redacted version of the Motion. Accordingly, the Mitsubishi Electric Defendants respectfully request that the Court grant its application to file the exhibits outlined above and portions of the Motion under seal.

Dated: November 7, 2014

JENNER & BLOCK LLP

By:   /s/ Terrence J. Truax
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*