1
2
3
4
5

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:     213 239-5199
bcaslin@jenner.com

6
7
8
9
10
11

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     312 222-9350
Facsimile:     312 527-0484
ttruax@jenner.com
mbrody@jenner.com

12
13

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

14
15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

16
17

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No. 3:07-cv-5944-SC
MDL No. 1917

18

This Document Relates to:

**DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

19
20

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

21
22

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

23

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

24
25

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

26
27

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

28

*Target Corp. v. Technicolor SA, et al.*, No.

1    13-cv-05686;

2    *Costco Wholesale Corporation v.*
*Technicolor SA, et al.*, No. 13-cv-05723;

3

4    *Schultze Agency Services, LLC v.*
*Technicolor SA, Ltd., et al.*, No. 13-cv-
05668;

5

6    *Sears, Roebuck and Co., et al. v.*
*Technicolor SA*, No. 13-cv-05262;

7

8    *Dell Inc., et al. v. Phillips Electronics North*
*America Corporation, et al.*, No. 13-cv-
02171;

9

10   *Tech Data Corp., et al. v. Hitachi, Ltd., et*
*al.*, No.13-cv-00157;

11

12   *Siegel v. Technicolor SA, et al.*, No.13-cv-
05261;

13

14   *Viewsonic Corporation v. Chunghwa*
*Picture Tubes Ltd., et al.*, No.13-cv-02510.

15

16   **DECLARATION OF GABRIEL A. FUENTES**

I, Gabriel A. Fuentes, declare as follows:

17

18   1.       I am an attorney licensed to practice law in the State of Illinois, and I am a partner

19   at the law firm of Jenner & Block LLP, and attorney of record for Defendants Mitsubishi Electric

20   Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.

21   (collectively, "Mitsubishi Electric"). I submit this declaration in support of the Mitsubishi

22   Electric Defendants' Administrative Motion to File Documents Under Seal (the "Motion").  I

23   have personal knowledge of the facts set forth in this declaration and, if called as a witness, I

24   could and would testify competently to such facts under oath.

25   2.       On June 18, 2008, this Court signed the stipulated Protective Order (Case No.

26   3:07-cv-05944-SC, Dkt. No. 306), that allows a party to designate a document or deposition

27   testimony "Confidential" or "Highly Confidential" when that party believes the document or

28   testimony contains "trade secrets, or other confidential research, development, or commercial

1  information, within the meaning of Fed. R. Civ. P. 26(c); or other private or competitively

2  sensitive information for which special protection from public disclosure and from use for any

3  purpose other than prosecuting this litigation would be warranted." *See id.* at 1-6.

4       3.    When litigation materials are designated confidential pursuant to the Protective

5  Order, "a Party may not file [them] in the public record." A party that seeks to file under seal any

6  Protected Material must comply with Civil Local Rule 79-5." *Id.* at 11.

7       4.    Exhibits A and D-N to the Declaration of Michael Brody filed in Support of

8  Mitsubishi Electric Defendants' Motion For Partial Summary Judgment as to Direct Action

9  Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases From NEC

10  Corporation and NEC-Mitsubishi Electric Visual Systems Corporation are  confidential or highly

11  confidential expert reports, deposition testimony, and other private or competitively sensitive

12  information, designated as "Confidential" or "Highly Confidential" by the Mitsubishi Electric

13  Defendants pursuant to the Protective Order.

14       I declare under penalty of perjury under the laws of the State of California and the United

15  States that the foregoing is true and correct.

16       Executed this 7th day of November, 2014 at Chicago, Illinois.

17

18   JENNER & BLOCK LLP

19  *By:*   /s/ Gabriel A. Fuentes

| | |
|---|---|
| JENNER & BLOCK LLP | Brent Caslin (Cal Bar. No. 198682) |
| Terrence J. Truax (*pro hac vice*) | JENNER & BLOCK LLP |
| Michael T. Brody (*pro hac vice*) | 633 West Fifth Street, Suite 3600 |
| Gabriel A. Fuentes | Los Angeles, California 9007 |
| 353 N. Clark Street | Telephone: (213) 239-5100 |
| Chicago, Illinois 60654-3456 | Facsimile:  (213) 239-5199 |
| Telephone: (312) 222-9350 | bcaslin@jenner.com |
| Facsimile: (312) 527-0484 | |
| ttruax@jenner.com | |
| mbrody@jenner.com | |

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*