1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.
   and LG Electronics U.S.A., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| This Document Relates to: | Case No. Master File No. 3:07-cv-05944-SC |
|---|---|
| *Office Depot, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06276 | MDL NO. 1917 |
| | Individual Case no. 11-cv-06276 |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST OFFICE DEPOT ON CHOICE OF LAW GROUNDS** |
| | [Notice of Motion and Motion for Partial Summary Judgment filed concurrently herewith] |
| | Judge: Hon. Samuel Conti<br>Date: February 6, 2015<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor |

1    Defendants' Joint Motion For Partial Summary Judgment Against Office Depot on Choice of Law Grounds ("Defs.' Office Depot Motion") came on for hearing on February 6, 2015 at 10:00 a.m., or as soon as counsel could be heard thereafter, in Courtroom 1, 17th Floor, San Francisco, California before the Honorable Samuel Conti.

Having read and considered all of the pleadings and documents filed in support of and in opposition to Defs.' Office Depot Motion, and having considered the arguments of counsel, the Court hereby grants Defs.' Office Depot Motion.

Partial summary judgment in favor of the moving defendants is hereby ordered with respect to Office Depot's claims related to purchases by Office Max through 2003 on Office Depot's Second, Third, and Fourth Claims for Relief under Florida and California state law. Partial summary judgment in favor of the moving defendants is further ordered with respect to Office Depot's Third and Fourth Claims for Relief under California state law.

IT IS SO ORDERED.

DATED:

_____
Honorable Samuel Conti
United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:    /s/ *Hojoon Hwang*
       HOJOON HWANG

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc.

- 1 -    3:07-cv-05944-SC; MDL 1917
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST OFFICE DEPOT ON CHOICE OF LAW GROUNDS