Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261; | Case No. 07-5944 SC<br><br>**[PROPOSED] ORDER GRANTING PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Date:      February 6, 2015<br>Time:      10:00 a.m.<br>Place:     Courtroom No. 1<br><br>Hon. Samuel Conti |

1  *Best Buy Co., Inc. v. Hitachi, Ltd.,*
   No. 11-cv-05513;
2
   *Best Buy Co., Inc. v. Technicolor SA,*
3  No. 13-cv-05264;

4  *Interbond Corp. of Am. v. Hitachi, Ltd.,*
   No. 11-cv-06275;
5
   *Interbond Corp. of Am. v. Technicolor SA,*
6  No. 13-cv-05727;

7  *Office Depot, Inc. v. Hitachi, Ltd.,*
   No. 11-cv-06276;
8
   *Office Depot, Inc. v. Technicolor SA,*
9  No. 13-cv-05726;

10 *CompuCom Sys., Inc. v. Hitachi, Ltd.,*
   No. 11-cv-06396;
11
   *P.C. Richard & Son Long Island Corp. v.*
12 *Hitachi, Ltd.,*
   No. 12-cv-02648;
13
   *P.C. Richard & Son Long Island Corp. v.*
14 *Technicolor SA,*
   No. 13-cv-05725;
15
   *Schultze Agency Servs., LLC v. Hitachi, Ltd.,*
16 No. 12-cv-02649;

17 *Schultze Agency Servs., LLC v. Technicolor*
   *SA,*
18 No. 13-cv-05668;

19 *Tech Data Corp. v. Hitachi, Ltd.,*
   No. 13-cv-00157;
20
   *Dell Inc. v. Hitachi Ltd.,*
21 No. 13-cv-02171;

22 *Sears, Roebuck and Co. and Kmart Corp. v.*
   *Technicolor SA,*
23 No. 13-cv-05262

24 *Sears, Roebuck and Co. and Kmart Corp. v.*
   *Chunghwa Picture Tubes, Ltd.,*
25 No. 11-cv-05514

26 *Sharp Electronics Corp. v. Hitachi Ltd.,*
   Case No. 13-cv-1173 SC
27
   *Sharp Electronics Corp. v. Koninklijke Philips*
28 *Elecs., N.V.,*

1   Case No. 13-cv-2776 SC

2   *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*,

3   Case No. 14-cv-2510 SC

4   *All Indirect Purchaser Actions*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1         Upon consideration of Philips Electronics North America Corporation's, Philips Taiwan

2   Limited's, and Philips do Brasil Ltda.'s Administrative Motion to File Documents under Seal

3   Pursuant to the Civil Local Rules 7-11 and 79-5(d), submitted in conjunction with Philips

4   Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s

5   Notice of Motion and Motion for Partial Summary Judgment; it is hereby

6         ORDERED that the Administrative Motion is hereby GRANTED; and it is further

7         ORDERED that the Clerk shall file under seal the unredacted version of Philips

8   Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s

9   Notice and Motion for Partial Summary Judgment, and Exhibits 1, 3, and 7-38 to the Declaration

10  of Tiffany B. Gelott in Support of Philips Electronics North America Corporation's, Philips

11  Taiwan Limited's, and Philips do Brasil Ltda.'s  Notice of Motion and Motion for Partial

12  Summary Judgment.

13

14  Dated: _____, 2014

15

16

17                              _____

18                              **The Honorable Samuel Conti**
                                **Northern District of California**

19

20

21

22

23

24

25

26

27

28
                                               1