Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Philips Electronics North America*
*Corporation, Philips Taiwan Limited, and Philips do*
*Brasil Ltda.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Case No. 07-5944-SC )<br>) MDL No. 1917 )<br>) |
| This Document Relates to: | ) **[PROPOSED] ORDER GRANTING** ) **DEFENDANTS PHILIPS ELECTRONICS** ) **NORTH AMERICA CORPORATION'S,** |
| *Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656; | ) **PHILIPS TAIWAN LIMITED'S, AND** ) **PHILIPS DO BRASIL LTDA.'S NOTICE OF** ) **MOTION AND MOTION FOR PARTIAL** ) **SUMMARY JUDGMENT** |
| *Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724; | )<br>) Date:          February 6, 2015 ) Time:          10:00 a.m. ) Place:         Courtroom 1, 17th Floor |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | )<br>) Hon. Samuel P. Conti ) |
| *Siegel v. Technicolor SA*, No. 13-cv-05261; | )<br>)<br>)<br>) |

| | | |
|---|---|---|
| 1 | *Best Buy Co., Inc. v. Hitachi, Ltd.*, | ) |
| 2 | No. 11-cv-05513; | ) |
| 3 | *Best Buy Co., Inc. v. Technicolor SA*, | ) |
| | No. 13-cv-05264; | ) |
| 4 | | ) |
| 5 | *Interbond Corp. of Am. v. Hitachi, Ltd.*, | ) |
| | No. 11-cv-06275; | ) |
| 6 | | ) |
| 7 | *Interbond Corp. of Am. v. Technicolor SA*, | ) |
| | No. 13-cv-05727; | ) |
| 8 | *Office Depot, Inc. v. Hitachi, Ltd.*, | ) |
| 9 | No. 11-cv-06276; | ) |
| 10 | *Office Depot, Inc. v. Technicolor SA*, | ) |
| | No. 13-cv-05726; | ) |
| 11 | | ) |
| 12 | *CompuCom Sys., Inc. v. Hitachi, Ltd.*, | ) |
| | No. 11-cv-06396; | ) |
| 13 | *P.C. Richard & Son Long Island Corp. v.* | ) |
| 14 | *Hitachi, Ltd.*, | ) |
| | No. 12-cv-02648; | ) |
| 15 | *P.C. Richard & Son Long Island Corp. v.* | ) |
| 16 | *Technicolor SA*, | ) |
| | No. 13-cv-05725; | ) |
| 17 | | ) |
| 18 | *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, | ) |
| | No. 12-cv-02649; | ) |
| 19 | | ) |
| 20 | *Schultze Agency Servs., LLC v. Technicolor SA*, | ) |
| | No. 13-cv-05668; | ) |
| 21 | *Tech Data Corp. v. Hitachi, Ltd.*, | ) |
| 22 | No. 13-cv-00157; | ) |
| 23 | *Dell Inc. v. Hitachi Ltd.*, | ) |
| | No. 13-cv-02171; | ) |
| 24 | | ) |
| 25 | *Sears, Roebuck and Co. and Kmart Corp. v.* | ) |
| | *Technicolor SA*, | ) |
| 26 | No. 13-cv-05262 | ) |
| 27 | *Sears, Roebuck and Co. and Kmart Corp. v.* | ) |
| | *Chunghwa Picture Tubes, Ltd.*, | ) |
| 28 | No. 11-cv-05514 | ) |

| | |
|---|---|
| *Sharp Electronics Corp. v. Hitachi Ltd.*, <br> Case No. 13-cv-1173 SC | ) <br> ) <br> ) |
| *Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.*, <br> Case No. 13-cv-2776 SC | ) <br> ) <br> ) <br> ) <br> ) |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, <br> Case No. 14-cv-2510 SC | ) <br> ) <br> ) <br> ) |
| *All Indirect Purchaser Actions* | ) <br> ) <br> ) |

1    On February 6, 2015, the Court held a hearing on Defendants Philips Electronics North

2  America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s Motion for Partial

3  Summary Judgment in the above-captioned actions.  The Court having considered all papers filed in

4  support of and in opposition to said Motion, and having heard argument of counsel, and good

5  cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety.

6    Judgment is entered in favor of Defendants Philips Electronics North America Corporation,

7  Philips Taiwan Limited, and Philips do Brasil Ltda. on all of Plaintiff's claims in the above-captioned

8  actions for liability and damages after June 2001.

9    **IT IS SO ORDERED.**

10

11

12  DATED: _____, 2015      _____

13                                          Honorable Samuel Conti
                                            U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN
LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)