1  JEROME C. ROTH (State Bar No. 184950)
   Jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   Hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 184950)
   Miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  William.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 S. Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
11 Facsimile:    (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.,
   LG Electronics U.S.A., Inc., LG Electronics
13 Taiwan Taipei Co., LTD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A.'S SECOND ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Declaration of Jessica Barclay-Strobel and [Proposed] Order filed concurrently herewith]<br><br>Judge:  Hon. Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Crtrm.: 1, 17th Floor |

1    Pursuant to Northern District of California Civil Local Rule 7-11 and 79-5, Defendants LG
2 Electronics, Inc. and LG Electronics U.S.A. (collectively, "LGE") respectfully move for this Court
3 to issue an order authorizing the filing under seal of the following submissions:

4    (1)    The highlighted portions of the sealed version of Defendant LG Electronics, Inc.'s
5 Notice of Motion and Motion for Partial Summary Judgment on Withdrawal Grounds and
6 Memorandum of Points and Authorities in Support Thereof, filed concurrently herewith;

7    (2)    Exhibits 8, 10, 11, 13, 15-18, 20-22, and 25-26 in the Declaration of Cathleen H.
8 Hartge in Support of Defendant LG Electronics, Inc.'s Notice of Motion for Partial Summary
9 Judgment on Withdrawal Grounds and Memorandum of Points and Authorities in Support Thereof
10 ("Hartge Declaration"), filed concurrently herewith;

11    (3)    The highlighted portions of the sealed version of LG Defendants' Notice of Motion
12 and Motion for Partial Summary Judgment on FTAIA Grounds and Memorandum of Points and
13 Authorities in Support Thereof, filed concurrently herewith;

14    (4)    Exhibits 1 to 9 in the Declaration of Hojoon Hwang in Support of LGE
15 Defendants' Notice of Motion and Motion for Partial Summary Judgment on FTAIA Grounds and
16 Memorandum of Points and Authorities in Support Thereof ("Hwang Declaration"), filed
17 concurrently herewith;

18    (5)    The highlighted portions of the sealed version of LGE Defendants' Notice of
19 Motion and Motion for Partial Summary Judgment on Standing Grounds and Memorandum of
20 Points and Authorities in Support Thereof, filed concurrently herewith;

21    LGE concurrently submits the Declaration of Jessica Barclay-Strobel in support of the
22 Administrative Motion and a [Proposed] Order in compliance with Civil Local Rule 79-5(d).

23    LGE requests that portions of documents and entirety of exhibits listed above be filed
24 under seal because those documents and exhibits are or contain discussion, analysis, references to
25 documents or information that other parties to this litigation (the "Designating Parties") have
26 designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective
27 Order (Dkt. No. 306), as set forth in paragraph 4, 6, 7, 8, and 9 of the Declaration of Jessica
28 Barclay-Strobel in support of LGE Defendants' Administrative Motion to File under Seal.

1    As permitted by Civil Local Rule 79-5(c), LGE has concurrently e-filed *under seal*
2 unredacted version of the documents referenced above attached to this motion.
3    LGE takes no position on whether the designated documents satisfy the requirements for
4 sealing, and specifically reserve the right to challenge any "CONFIDENTIAL" or "HIGHLY
5 CONFIDENTIAL" designation under the Stipulated Protective Order (Dkt. No. 306) as well as the
6 sealability of these documents under Civil Local Rule 79-5.  The Designating Parties must show
7 good cause for sealing the documents by submitting a declaration within four days after the filing
8 of this Administrative Motion to Seal.  *See* Civil Local Rule 79-5(d), (e).

RESPECTFULLY SUBMITTED,

DATED:  November 7, 2014

MUNGER, TOLLES & OLSON LLP

By: _____/s/ *Jerome C. Roth*_____
       JEROME C. ROTH
Attorneys for Defendants LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS TAIWAN TAIPEI CO., LTD.