JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
Hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
William.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., LG Electronics
Taiwan Taipei Co., LTD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC <br><br> MDL No. 1917 |
| This Document Related to: <br><br> DIRECT PURCHASER ACTIONS | **DECLARATION OF JESSICA BARCLAY-STROBEL IN SUPPORT OF DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A.'S SECOND ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT** <br><br> [Administrative Motion to Seal and [Proposed] Order filed concurrently herewith] <br><br> Judge:  Hon. Samuel Conti <br> Date:   February 6, 2015 <br> Time:   10:00 a.m. <br> Crtrm.: 1, 17th Floor |

1  I, Jessica Barclay-Strobel, declare:

2      1.    I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

    2.    Pursuant to Civil Local Rule 7-11 and 79-5, I make this declaration in support of LGE Defendants' Administrative Motion to Seal.

    3.    Defendants seek permission to file under seal the highlighted portions of the sealed version of:

    (a)    Defendant LG Electronics, Inc.'s Notice of Motion and Motion for Partial Summary Judgment on Withdrawal Grounds and Memorandum of Points and Authorities in Support Thereof;

    (b)    LGE Defendants' Notice of Motion and Motion for Partial Summary Judgment on FTAIA Grounds and Memorandum of Points and Authorities in Support Thereof;

    (c)    LGE Defendants' Notice of Motion and Motion for Partial Summary Judgment on Standing Grounds and Memorandum of Points and Authorities in Support Thereof.

    4.    The portions the documents referenced in Paragraph 3 contain discussion, analysis, references to, or information taken directly from, material designated by another party in this matter as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306) in this case.

    5.    Defendants further seek permission to file under seal the following documents in their entirety:

    (a)    Exhibits 8, 10, 11, 13, 25, and 26 in the Declaration of Cathleen H. Hartge in Support of Defendant LG Electronics, Inc.'s Notice of Motion for Partial Summary Judgment on Withdrawal Grounds and Memorandum of Points and Authorities in Support Thereof ("Hartge Declaration");

      (b)      Exhibits 15, 16, 17, 18, 20, 21, and 22 in the Hartge Declaration;

      (c)      Exhibits 2, 3, 4, 5, 7, and 9 in the Declaration of Hojoon Hwang in Support of LGE Defendants' Notice of Motion and Motion for Partial Summary Judgment on FTAIA Grounds and Memorandum of Points and Authorities in Support Thereof ("Hwang Declaration");

      (d)      Exhibits 1, 6, and 8 in the Hwang Declaration;

6. The documents referenced in paragraph 5(a) were produced by Defendants Philips and Hitachi in this litigation and have been designated "CONFIDENTIAL or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306).

7. The documents referenced in paragraph 5(b) are excerpts of the transcripts of depositions of various Chunghwa, Samsung, Panasonic, Hitachi, and Philips witnesses. These excerpts were designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. No. 306).

8. The documents referenced in paragraph 5(c) were produced by Direct Action Plaintiffs in this litigation and have been designated "CONFIDENTIAL or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306).

9. The documents referenced in paragraph 5(d) are excerpts of the transcripts of depositions of various Direct Action Plaintiffs witnesses. These excerpts were designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. No. 306).

10. LGE seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Local Rules. Because the information LGE seeks to submit under seal has been designated as Confidential or Highly Confidential by other parties, LGE is filing the accompanying Administrative Motion, and will be prepared to file an unredacted versions of the above-referenced documents in the public record if required by Civil Local Rule 79-5(e).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 7, 2014, in Los Angeles, California.

1
2                                           /s/ *Jessica Barclay-Strobel*
3                                          JESSICA BARCLAY-STROBEL
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

25074624.1                            -4-                    3:07-cv-05944-SC; MDL 1917
DECLARATION OF JESSICA BARCLAY-STROBEL ISO SECOND ADMINISTRATIVE MOTION TO FILE UNDER SEAL