JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc. and LG Electronics
Taiwan Taipei Co., LTD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LG DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>[Defendant LG Electronics, Inc.'s Notice Of Motion And Motion For Partial Summary Judgment On Withdrawal Grounds And Memorandum Of Points And Authorities In Support Thereof And Defendants' Joint Notice Of Motion And Motion For Partial Summary Judgment Against Office Depot On Choice Of Law Grounds And Memorandum Of Points And Authorities In Support Filed Concurrently Herewith]<br><br>Judge:  Honorable Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Crtrm.:  1, 17th Floor |

1  The Request For Judicial Notice in Support of LG Defendants' Motions for Summary
2  Judgment, came on for hearing on February 6, 2015 at 10:00 a.m., or as soon as counsel could be
3  heard thereafter, in Courtroom 1, 17th Floor, San Francisco, California before the Honorable
4  Samuel Conti.
5  Having read and considered all of the pleadings and documents filed in support of and in
6  opposition to the Motion, and having considered the arguments of counsel, the Court hereby
7  grants the Motion.
8  IT IS SO ORDERED.

DATED: _____
Honorable Samuel Conti
United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:    /s/ *Hojoon Hwang*
       HOJOON HWANG

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.