Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and
Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv- | **THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  05514;

2  *Interbond Corporation of America v. Hitachi,*
3  *Ltd., et al.*, No. 11-cv-06275;

4  *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;
5

6  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 11-cv-06396;

7  *P.C. Richard & Son Long Island Corp., et al. v.*
8  *Hitachi, Ltd., et al.*, No. 12-cv-02648;

9  *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v.*
10 *Hitachi, Ltd., et al.*, No. 12-cv-02649;

11 *Tech Data Corp and Tech Data Product*
12 *Management, Inc., v. Hitachi, Ltd., et al.*, No. 13-cv-00157;
13

14 *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-02510.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS PANASONIC CORPORATION OF NORTH
AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO.,
LTD.) NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
Case No. 07-5944 SC
MDL No. 1917

Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the "Toshiba Defendants") hereby join Defendants Panasonic Corporation of North America's and Panasonic Corporation's (f/k/a Matsushita Electric Industrial Co., Ltd.) Notice of Motion and Motion for Summary Judgment, which was filed on November 7, 2014.

Respectfully submitted,

Dated: November 7, 2014

WHITE & CASE LLP

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
Case No. 07-5944 SC
MDL No. 1917
2

**CERTIFICATE OF SERVICE**

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

                                                        */s/ Lucius B. Lau*
                                                        Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005