Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:    (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. V. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **Master File No. 3:07-cv-05944-SC**<br>**MDL No. 1917**<br><br>**DECLARATION OF MICHAEL T. BRODY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT ACTION PURCHASERS' SHERMAN ACT DAMAGES CLAIMS BASED ON CRT PRODUCT PURCHASES FROM NEC CORPORATION AND NEC-MITSUBISHI ELECTRIC VISUAL SYSTEMS CORPORATION**<br><br>**Hon. Samuel P. Conti**<br><br>Judge: Hon. Samuel P. Conti<br>Court: Courtroom 1, 17th Floor<br>Date:   February 6, 2015 |

1

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

## DECLARATION OF MICHAEL T. BRODY

I, Michael T. Brody, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am a partner at the law firm of Jenner & Block LLP, attorneys of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc (collectively, the "Mitsubishi Electric Defendants"). I submit this declaration in support of the Mitsubishi Electric Defendants' Notice Of Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases From NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation ("Motion"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2

DECLARATION OF MICHAEL T. BRODY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:07-cv-05944-SC; MDL No. 1917

2.      **[UNDER SEAL]** Attached to my declaration as **Exhibit A** is a true and correct copy of Mitsubishi Electric's Expert Report of Dov Rothman served on August 5, 2014.

3.      **[PUBLIC]** Attached to my declaration as **Exhibit B** is a true and correct copy of NEC Corporation Annual Report (2000).

4.      **[PUBLIC]** Attached to my declaration as **Exhibit C** is a true and correct copy of Hoovers: NEC Corporation Profile (Nov. 6, 2014).

5.      **[UNDER SEAL]** Attached to my declaration as **Exhibit D** is a true and correct copy of Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc's Response to Direct Action Plaintiffs' Second Set of Interrogatories served on July 24, 2014.

6.      **[UNDER SEAL]** Attached to my declaration as **Exhibit E** is a true and correct copy of Circuit City's Expert Report of Alan S. Frankel served on April 15, 2014.

7.      **[UNDER SEAL]** Attached to my declaration as **Exhibit F** is a true and correct copy of PC Richard's Expert Report of Alan S. Frankel served on April 15, 2014.

8.      **[UNDER SEAL]** Attached to my declaration as **Exhibit G** is a true and correct copy of Electrograph's Expert Report of Alan S. Frankel served on April 15, 2014.

9.      **[UNDER SEAL]** Attached to my declaration as **Exhibit H** is a true and correct copy of Interbond's Expert Report of Alan S. Frankel served on April 15, 2014.

10.     **[UNDER SEAL]** Attached to my declaration as **Exhibit I** is a true and correct copy of Office Depot's Expert Report of Alan S. Frankel served on April 15, 2014.

11.     **[UNDER SEAL]** Attached to my declaration as **Exhibit J** is a true and correct copy of Tech Data's Expert Report of Alan S. Frankel served on April 15, 2014.

12.     **[UNDER SEAL]** Attached to my declaration as **Exhibit K** is a true and correct copy of Best Buy's Expert Report of Alan S. Frankel served on April 15, 2014.

1       13.     **[UNDER SEAL]** Attached to my declaration as **Exhibit L** is a true and correct copy of Volume I of the Deposition Transcript of Mitsubishi Electric's 30(b)(6) witness H. Tsukamoto.

        14.     **[UNDER SEAL]** Attached to my declaration as **Exhibit M** is a true and correct copy of Plaintiffs' Ex. 6119E (Joint Venture Agreement).

        15.     **[UNDER SEAL]** Attached to my declaration as **Exhibit N** is a true and correct copy of Mitsubishi Electric's Response to Direct Action Plaintiffs' First Set of Requests for Admission served on July 24, 2014.

        I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

        Executed this 7th day of November, 2014 at Chicago, Illinois.

>       By: /s/ *Michael T. Brody*
>       JENNER & BLOCK LLP
>       Terrence J. Truax (*pro hac vice*)
>       Michael T. Brody (*pro hac vice*)
>       353 North Clark Street
>       Chicago, Illinois 60654-3456
>       Telephone: (312) 222-9350
>       Facsimile: (312) 527-0484
>       ttruax@jenner.com
>       mbrody@jenner.com
>
>       Brent Caslin (Cal. Bar. No. 198682)
>       JENNER & BLOCK LLP
>       633 West Fifth Street, Suite 3600
>       Los Angeles, California 90071
>       Telephone: (213) 239-5100
>       Facsimile: (213) 239-5199
>       bcaslin@jenner.com
>
>       *Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

DECLARATION OF MICHAEL T. BRODY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:07-cv-05944-SC; MDL No. 1917