1   Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
2   633 West Fifth Street
Suite 3600
3   Los Angeles, California 90071
Telephone:     213 239-5100
4   Facsimile:     213 239-5199
5   bcaslin@jenner.com

6   Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
7   JENNER & BLOCK LLP
353 N. Clark Street
8   Chicago, Illinois 60654-3456
Telephone:     312 222-9350
9   Facsimile:     312 527-0484
ttruax@jenner.com
10   mbrody@jenner.com
*Attorneys for Mitsubishi Electric Corporation*
11

12

13                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
14                    **SAN FRANCISCO DIVISION**

15   In re: CATHODE RAY TUBE (CRT)          **Case No. 3:13-cv-5944-SC**
     ANTITRUST LITIGATION                   **MDL No. 1917**
16
17   This Document Relates to:              **[PROPOSED] ORDER GRANTING**
                                            **MITSUBISHI ELECTRIC DEFENDANTS'**
18   *Best Buy Co., Inc., et al. v. Technicolor SA,*   **MOTION FOR PARTIAL SUMMARY**
     *et al.*, No. 13-cv-05264;            **JUDGMENT AS TO DIRECT ACTION**
19                                          **PURCHASERS' SHERMAN ACT DAMAGES**
     *Electrograph Systems, Inc., et al. v.*  **CLAIMS BASED ON CRT PRODUCT**
20   *Technicolor SA, et al.*, No. 13-cv-05724;  **PURCHASES FROM NEC CORPORATION**
                                            **AND NEC-MITSUBISHI ELECTRIC VISUAL**
21                                          **SYSTEMS CORPORATION**
     *Interbond Corp. of Am. v. Technicolor SA,*
22   *et al.*, No. 13-cv-05727;
                                            Judge: Hon. Samuel P. Conti
23   *Office Depot, Inc. v. Technicolor SA, et al.*,  Court: Courtroom 1, 17th Floor
     No. 13-cv-05726;                       Date:  February 6, 2015
24                                          Time: 10:00 A.M.
25   *P.C. Richard & Son Long Island*
     *Corporation, et al. v. Technicolor SA, et al.*,
26   No. 13-cv-05725;

27   *Target Corp. v. Technicolor SA, et al.*, No.
     13-cv-05686;
28

---

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, the "Mitsubishi Electric Defendants") Notice of Motion and Motion For Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases From NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation (the "Motion") has come before the Court.

After considering the motion, papers, and argument submitted in support of and in opposition to this motion, the Mitsubishi Electric Defendants' Motion for Partial Summary Judgment is hereby GRANTED in its entirety.


IT IS SO ORDERED.



Dated: _____                    _____

                                             Honorable Samuel Conti
                                             United States District Judge

1

PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:07-cv-05944-SC; MDL No. 1917