# <u>EXHIBIT 1</u>

# (FILED UNDER SEAL)