# EXHIBIT 7

# (FILED UNDER SEAL)

# **EXHIBIT 8**

# **(FILED UNDER SEAL)**

# **EXHIBIT 9**

# **(FILED UNDER SEAL)**

# <u>EXHIBIT 10</u>

# (FILED UNDER SEAL)

# EXHIBIT 11

# (FILED UNDER SEAL)