# EXHIBIT 12

# (FILED UNDER SEAL)

# EXHIBIT 13

# (FILED UNDER SEAL)

# **EXHIBIT 14**

# **(FILED UNDER SEAL)**

# EXHIBIT 15

# (FILED UNDER SEAL)