# EXHIBIT 16

# (FILED UNDER SEAL)

# **EXHIBIT 17**

# **(FILED UNDER SEAL)**

# EXHIBIT 18

# (FILED UNDER SEAL)

# EXHIBIT 19

# (FILED UNDER SEAL)

# EXHIBIT 20

# (FILED UNDER SEAL)

# EXHIBIT 21

# (FILED UNDER SEAL)

# EXHIBIT 22

# (FILED UNDER SEAL)

# EXHIBIT 23

# (FILED UNDER SEAL)