# EXHIBIT 24

# (FILED UNDER SEAL)

# EXHIBIT 25

# (FILED UNDER SEAL)

# EXHIBIT 26

# (FILED UNDER SEAL)

# EXHIBIT 27

# (FILED UNDER SEAL)

# <u>EXHIBIT 28</u>

# (FILED UNDER SEAL)

# EXHIBIT 29

# (FILED UNDER SEAL)

# **EXHIBIT 30**

# **(FILED UNDER SEAL)**