# EXHIBIT 31

# (FILED UNDER SEAL)

# EXHIBIT 32

# (FILED UNDER SEAL)

# EXHIBIT 33

# (FILED UNDER SEAL)

# EXHIBIT 34

# (FILED UNDER SEAL)

# EXHIBIT 35

# (FILED UNDER SEAL)

# <u>EXHIBIT 36</u>

# (FILED UNDER SEAL)

# <u>EXHIBIT 37</u>

# (FILED UNDER SEAL)

# <u>EXHIBIT 38</u>

# (FILED UNDER SEAL)