**APPENDIX A**

**CROSS-REFERENCE GUIDE TO ALLEGATIONS IN PLAINTIFFS' COMPLAINTS**

| Plaintiffs' Allegation in Motion | Best Buy 1st Am. Compl. (Dkt. No. 1978, Oct. 3, 2013) | CompuCom 1st. Am. Compl. (Dkt. No. 1975, Oct. 3, 2013) | Dell 1st Am. Compl. (Dkt. No. 1726 June 10, 2013) | Electrograph 2d Am. Compl. (Dkt. No. 1976 Oct. 3, 2013) | Interbond 1st Am. Compl. (Dkt. No. 1974 Oct. 3, 2013) | Office Depot 1st Am. Compl. (Dkt. No. 1977 Oct 3, 2013) | PC Richard 1st Am. Compl. (Dkt. No. 1979 Oct. 3, 2013) | Sharp v. KPNV, No. 13-cv-2776 (Dkt. No. 1 June 17, 2013) | Circuit City 1st Am. Compl. (Dkt. No. 1972 Oct. 3, 2013) | Sears/KMart 2d Am. Compl. (Dkt. No. 1973 Oct. 3, 2013) | Tech Data 1st Am. Compl. ((Dkt. No. 1911 Sept. 9, 2013) | Tweeter 1st Am. Compl. (Dkt. No. 1980 Oct. 3, 2013) | Viewsonic Compl., 14cv2510 (Dkt. No. 1 May 30, 2014) | IPP 4th Consol. Am. Compl. (Dkt. No. 1526 Jan. 10, 2013) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Best Buy 1st Am. Compl. ¶ 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| Best Buy 1st Am. Compl. ¶ 45 | 45 | 39 | 43 | 54 | 39 | 40 | 45 | 32 | 44 | 41 | 47 | 43 | 31 | 54 |
| Best Buy 1st Am. Compl. ¶ 46 | 46 | 40 | 44 | 55 | 40 | 41 | 46 | 34 | 45 | 42 | 48 | 44 | 32 | 55 |
| Best Buy 1st Am. Compl. ¶ 47 | 47 | 41 | 45 | 56 | 41 | 42 | 47 | 33 | 46 | 43 | 49 | 45 | 33 | 56 |
| Best Buy 1st Am. Compl. ¶ 48 | 48 | 42 | 46 | 57 | 42 | 43 | 48 | 36 | 47 | 44 | 50 | 46 | 34 | 57 |
| Best Buy 1st Am. Compl. ¶ 125 | 125 | 118 | 119 | 130 | 118 | 129 | 124 | 163-165 | 120 | 122 | 130 | 122 | 119 | 154 |
| Best Buy 1st Am. Compl. ¶ 130 | 130 | 122 | 124 | 134 | 122 | 133 | 128 | 174 | 125 | 127 | 134 | 126 | 124 | 159 |
| Best Buy 1st Am. Compl. ¶ 147 | 147 | 140 | 141 | 152 | 140 | 151 | 146 | 194 | 143 | 145 | 153 | 144 | 150 | 171 |