Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br>MDL No. 1917<br>**[PROPOSED] ORDER GRANTING DEFENDANTS PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     February 6, 2015<br>Time:    10:00 a.m.<br>Place:   Courtroom 1, 17th Floor<br><br>Hon. Samuel P. Conti |
| This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261; | |

| | | |
|---|---|---|
| 1 | *Best Buy Co., Inc. v. Hitachi, Ltd.*, <br> No. 11-cv-05513; | ) <br> ) |
| 2 | | ) |
| 3 | *Best Buy Co., Inc. v. Technicolor SA*, <br> No. 13-cv-05264; | ) <br> ) ) |
| 4 | | ) |
| 5 | *Interbond Corp. of Am. v. Hitachi, Ltd.*, <br> No. 11-cv-06275; | ) <br> ) |
| 6 | | ) |
| 7 | *Interbond Corp. of Am. v. Technicolor SA*, <br> No. 13-cv-05727; | ) <br> ) |
| 8 | *Office Depot, Inc. v. Hitachi, Ltd.*, <br> No. 11-cv-06276; | ) <br> ) |
| 9 | | ) |
| 10 | *Office Depot, Inc. v. Technicolor SA*, <br> No. 13-cv-05726; | ) <br> ) |
| 11 | | ) |
| 12 | *CompuCom Sys., Inc. v. Hitachi, Ltd.*, <br> No. 11-cv-06396; | ) <br> ) |
| 13 | *P.C. Richard & Son Long Island Corp. v.* <br> *Hitachi, Ltd.*, <br> No. 12-cv-02648; | ) <br> ) <br> ) |
| 14 | | |
| 15 | *P.C. Richard & Son Long Island Corp. v.* <br> *Technicolor SA*, <br> No. 13-cv-05725; | ) <br> ) <br> ) |
| 16 | | |
| 17 | | |
| 18 | *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, <br> No. 12-cv-02649; | ) <br> ) |
| 19 | *Schultze Agency Servs., LLC v. Technicolor SA*, <br> No. 13-cv-05668; | ) <br> ) |
| 20 | | |
| 21 | *Tech Data Corp. v. Hitachi, Ltd.*, <br> No. 13-cv-00157; | ) <br> ) |
| 22 | | |
| 23 | *Dell Inc. v. Hitachi Ltd.*, <br> No. 13-cv-02171; | ) <br> ) |
| 24 | | |
| 25 | *Sears, Roebuck and Co. and Kmart Corp. v.* <br> *Technicolor SA*, <br> No. 13-cv-05262 | ) <br> ) <br> ) |
| 26 | | |
| 27 | *Sears, Roebuck and Co. and Kmart Corp. v.* <br> *Chunghwa Picture Tubes, Ltd.*, <br> No. 11-cv-05514 | ) <br> ) <br> ) |
| 28 | | |

[PROPOSED] ORDER GRANTING DEFENDANTS PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)

| | |
|---|---|
| 1 | *Sharp Electronics Corp. v. Hitachi Ltd.*, )<br>Case No. 13-cv-1173 SC ) |
| 2 | ) |
| 3 | *Sharp Electronics Corp. v. Koninklijke Philips* )<br>*Elecs., N.V.*, ) |
| 4 | Case No. 13-cv-2776 SC ) |
| 5 | *ViewSonic Corp. v. Chunghwa Picture Tubes,* )<br>*Ltd.*, ) |
| 6 | Case No. 14-cv-2510 SC ) |
| 7 | *All Indirect Purchaser Actions* ) |
| 8 | ) |

[PROPOSED] ORDER GRANTING DEFENDANTS PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)

<0>
<1>
<2>
<3>
<4>

On February 6, 2015, the Court held a hearing on Defendants Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s Motion for Partial Summary Judgment in the above-captioned actions. The Court having considered all papers filed in support of and in opposition to said Motion, and having heard argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety.

Judgment is entered in favor of Defendants Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda. on all of Plaintiff's claims in the above-captioned actions for liability and damages after June 2001.

**IT IS SO ORDERED.**

DATED: _____, 2015        _____
                                              Honorable Samuel Conti
                                              U.S. District Judge