Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and
Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, Case No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd.*, Case No. 11-cv-05502;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, Case No. 11-cv-05513;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd.*, Case No. 11-cv-06275;<br><br>*Office Depot, Inc. v. Hitachi, Ltd.*, Case No. 11-cv-06276; | **TOSHIBA DEFENDANTS' JOINDER TO PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

*CompuCom Sys., Inc. v. Hitachi, Ltd.*,
Case No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, Case No. 12-cv-02648;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*,
Case No. 12-cv-02649;

*Tech Data Corp. v. Hitachi, Ltd.*,
Case No. 13-cv-00157;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, Case No. 11-cv-05514

*Sharp Electronics Corp. v. Hitachi Ltd.*,
Case No. 13-cv-1173 SC

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, Case No. 14-cv-2510 SC

*All Indirect Purchaser Actions*.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS' JOINDER TO PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 07-5944 SC
MDL No. 1917

Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the "Toshiba Defendants") hereby join Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil LTDA.'s Notice of Motion and Motion for Partial Summary Judgment, filed on November 7, 2014.

Dated: November 7, 2014

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

# CERTIFICATE OF SERVICE

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' JOINDER TO PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau