1 | HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
2 | MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
3 | CATHLEEN H. HARTGE (State Bar No. 296547)
cathleen.hartge@mto.com
4 | MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
5 | San Francisco, California 94105-2907
Telephone:    (415) 512-4000
6 | Facsimile:    (415) 512-4077

7 | WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
8 | CLAIRE YAN (State Bar No. 268521)
claire.yan@mto.com
9 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
10 | Los Angeles, California 90071-1506
Telephone:    (213) 683-9100
11 | Facsimile:    (213) 687-3702

12 | Attorneys for Defendants LG Electronics, Inc.
and LG Electronics U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-sc (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF ERIC H. KIM IN SUPPORT OF LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS** |
| ALL ACTIONS | |
| | [Notice of Motion for Partial Summary Judgment, Memorandum of Points and Authorities, Declaration of Laura K. Lin, and [Proposed] Order filed concurrently herewith] |

25068289.1

DECLARATION OF DUK CHUL RYU IN SUPPORT OF LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS (3:07-MD-05944-SC)

I, Eric H. Kim, hereby declare:

1. I am over the age of eighteen, and am not a party to this action. I have personal knowledge of the facts and matters stated herein and, if called, could and would testify competently to them.

2. I am currently employed by LG Electronics, Inc. ("LGEI") as a manager for LGE's Legal Division. I have held this position since 2012.

3. LGEI is a Korean corporation with its principal place of business at LG Twin Towers 128, Yeoui-daero, Yeongdeungpo-gu, Seoul 150-721, Korea.

4. Prior to July 2001, LGEI manufactured cathode ray tubes ("CRTs"). LGEI sold CRTs to LGEI's CRT Product manufacturing facilities and other companies' CRT Product manufacturing facilities located outside of the United States. LGEI did not sell CRTs to consumers because CRTs are not a standalone product.

5. At all times, LGEI's CRT manufacturing facilities were located exclusively outside of the United States.

6. Based on the information reasonably available to LGEI today, between March 1, 1995 and November 25, 2007, the Conspiracy Period alleged by the plaintiffs in this case, LGEI had no sales of CRTs or CRT Products to customers located in Arizona, Florida, Illinois, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New York, New Mexico, North Carolina, or Wisconsin.

7. LGEI has no offices or other facilities in Arizona, California, Florida, Illinois, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New York, New Mexico, North Carolina, or Wisconsin (collectively, the "Relevant States").

8. LGEI does not own property in the Relevant States. LGEI has never acquired or leased property in the Relevant States.

9. Based on the information reasonably available to LGEI today, no officer or director of LGEI resides in the Relevant States or did so during the Relevant Period.

10. LGEI has never filed or been required to file taxes in the Relevant States.

25068289.1

-2-

DECLARATION OF DUK CHUL RYU IN SUPPORT OF LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS (3:07-MD-05944-SC)

1  I declare under penalty of perjury under the laws of California that the foregoing is true
2  and correct. Executed on the _7_ day of November, 2014 in _Seoul, S. Korea_.

[signature]