1  Eliot A. Adelson (SBN 205284)
   James Maxwell Cooper (SBN 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: eadelson@kirkland.com
5  Email: max.cooper@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice*)
   Kate Wheaton (*pro hac vice*)
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, IL  60654
   Telephone: (312) 862-2000
9  Facsimile: (312) 862-2200
   Email: jmutchnik@kirkland.com
10 Email: kate.wheaton@kirkland.com

11 Attorneys for Defendant
   HITACHI, LTD.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC |
| 18 | MDL NO.: 1917 |
| 19  This Document Relates To: | DECLARATION OF KAZUO HATANAKA IN SUPPORT OF HITACHI, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS |
| 20  *All Actions.* | |
| 21 | |

22

23

24

25

26

27

28

I, Kazuo Hatanaka, hereby declare:

1. I am over the age of eighteen. I have personal knowledge of the facts and matters stated herein and, if called, could and would testify competently to them. Although English is not my native language, I fully understand the contents of this Declaration.

2. I am currently employed by Hitachi, Ltd. ("HTL") as Advisor, Liquid Crystal Display Division.

3. HTL is a Japanese corporation with its principal place of business at 6-6, Marunouchi 1-chome, Chiyoda-ku, Tokyo, 100-8280, Japan.

4. Prior to December 2001, HTL manufactured cathode ray tubes ("CRTs") in plants located in Japan, Singapore, and Malaysia. Prior to October 1, 2002, HTL sold color display tubes ("CDTs") to CRT Product manufacturing facilities located within the United States. Sometime prior to March 1, 1995, HTL sold color picture tubes ("CPTs") to CRT Product manufacturing facilities located within the United States. HTL sold CRT monitors in the United States during the Relevant Period. HTL did not sell CRTs to consumers because CRTs are not a standalone product.

5. Based on the information reasonably available to HTL today, at all times HTL's CRT manufacturing facilities were located exclusively outside of the United States.

6. Based on the information reasonably available to HTL today, HTL has no offices in Arizona, California, Florida, Illinois, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New York, New Mexico, North Carolina, or Wisconsin (collectively, the "Relevant States").

7. Based on the information reasonably available to HTL today, HTL does not own property in the Relevant States and HTL has not acquired or leased property in the Relevant States.

8. HTL has never held any formal meetings of its directors or shareholders in the Relevant States.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on the _5th_ day of November, 2014 in Tokyo, Japan.

_K. Hatanaka_

DECLARATION OF KAZUO HATANAKA IN SUPPORT OF HITACHI, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS

1

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917