| | |
|---|---|
| Calvin L. Litsey (SBN 289659) | Jeffrey S. Roberts (*pro hac vice*) |
| FAEGRE BAKER DANIELS LLP | FAEGRE BAKER DANIELS LLP |
| 1950 University Avenue, Suite 450 | 3200 Wells Fargo |
| East Palo Alto, CA 94303-2279 | 1700 Lincoln Street |
| Telephone: +1 650-324-6700 | Denver, CO 80203 |
| Facsimile: +1 650-324-6701 | Telephone: +1 303-607-3500 |
| calvin.litsey@FaegreBD.com | Facsimile: +1 303-607-3600 |
| | jeff.roberts@FaegreBD.com |
| Kathy L. Osborn (*pro hac vice*) | |
| Ryan M. Hurley (*pro hac vice*) | Stephen M. Judge (*pro hac vice*) |
| FAEGRE BAKER DANIELS LLP | FAEGRE BAKER DANIELS LLP |
| 300 N. Meridian Street, Suite 2700 | 202 S. Michigan Street, Suite 1400 |
| Indianapolis, IN 46204 | South Bend, IN 46601 |
| Telephone: +1 317-237-0300 | Telephone: +1 574-234-4149 |
| Facsimile: +1 317-237-1000 | Facsimile: +1 574-239-1900 |
| kathy.osborn@FaegreBD.com | steve.judge@FaegreBd.com |
| ryan.hurley@FaegreBD.com | |

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL ACTIONS | **DECLARATION OF MEGGAN EHRET IN SUPPORT OF THOMSON SA AND THOMSON CONSUMER ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS**<br><br>Judge: Hon. Samuel Conti |

I, Meggan Ehret, hereby declare as follows:

1.  I have personal knowledge of the facts and matters stated herein and, if called, could and would testify competently to them.

2. I am currently the Secretary and General Counsel, Litigation and Compliance, for Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), where I have been employed since January 2005. Technicolor USA, Inc. is a wholly owned subsidiary of Technicolor SA (f/k/a Thomson SA).

3. From March 1, 1995 through November 25, 2007 (the "Relevant Period") Technicolor USA, Inc. was a Delaware corporation headquartered in Indianapolis, Indiana. During the Relevant Period, Technicolor USA, Inc. did not own or operate manufacturing plants, offices, or other facilities related to its former CPT business in New York.

4. During the Relevant Period, Technicolor SA was a French corporation headquartered in Issy-les-Moulineaux, France. During the Relevant Period, Technicolor SA did not own or operate manufacturing plants, offices, or other facilities related to its former CPT business in New York.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 7th day of November 2014, at Indianapolis, Indiana.

/s/ Meggan Ehret

DECLARATION OF MEGGAN EHRET IN SUPPORT OF THOMSON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

No. 07-5944-SC; MDL No. 1917