Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI AMERICA, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC<br><br>MDL NO.: 1917 |
| This Document Relates To:<br><br>*All Actions.* | DECLARATION OF PATRICK BARRETT IN SUPPORT OF HITACHI AMERICA, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS |

DECLARATION OF PATRICK BARRETT IN SUPPORT OF HITACHI AMERICA, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917

I, Patrick Barrett, hereby declare:

1. I am over the age of eighteen, and am not a party to this action.

2. I am Senior Vice President, General Counsel at Hitachi America, Ltd. ("HAL"). I am authorized to make this declaration on behalf of HAL. I am informed and believe that the matters stated in this declaration are true, and if called, could and would testify competently to them.

3. HAL is a New York corporation with its principal place of business at 50 Prospect Avenue, Tarrytown, New York 10591.

4. HAL never manufactured cathode ray tubes ("CRTs"). Prior to April 1998, HAL sold CRTs to CRT Product manufacturing facilities. HAL did not sell CRTs to consumers because CRTs are not a standalone product. HAL did not manufacture CRT Products in the United States.

5. Based on the information reasonably available to HAL today, no officer or director of HAL resides in Arizona, Florida, Massachusetts, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin, or did so during the Relevant Period.

6. HAL has never held any formal meetings of its directors or its shareholder in Arizona, Florida, Illinois, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, North Carolina, or Wisconsin.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 6th day of November, 2014 in Tarrytown, New York.

*Patrick J. Barrett*

DECLARATION OF PATRICK BARRETT IN SUPPORT OF HITACHI AMERICA, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS

1

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917