1  JEFFREY L. KESSLER (*pro hac vice*)
   ALDO A. BADINI (Bar No. 257086)
2  EVA W. COLE (*pro hac vice*)
   MOLLY M. DONOVAN (*pro hac vice*)
3  **WINSTON & STRAWN LLP**
   200 Park Avenue
4  New York, New York 10166-4193
   Telephone: (212) 294-6700
5  Facsimile: (212) 294-4700
   Email: jkessler@winston.com
6
   STEVEN A. REISS (*pro hac vice*)
7  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
8  **WEIL, GOTSHAL & MANGES LLP**
   767 Fifth Avenue
9  New York, New York 10153-0119
   Telephone: (212) 310-8000
10 Facsimile: (212) 310-8007
   Email: steven.reiss@weil.com
11
   *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric*
12 *Industrial Co., Ltd.), Panasonic Corporation of North America, and MT*
   *Picture Display Co., Ltd.*
13

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396<br><br>*Sears, Roebuck and Co. and Kmart Corp v. Chunghwa Picture Tubes, Ltd., et al.*, Individual Case No. 11-cv-05514<br><br>*Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et. al.*, Individual Case No. 11-cv-05514 | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF SHINICHI MIYOSHI IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS** |

# DECLARATION OF SHINICHI MIYOSHI

I, Shinichi Miyoshi, hereby declare under penalty of perjury that:

1. I am employed by Defendant Panasonic Corporation f/k/a Matsushita Electric Industrial Co. Ltd. (hereinafter, "Panasonic Corp.") in the Legal Affairs Center, AVC Networks Company, Panasonic Corporation. I am a resident of Japan. I am an adult over eighteen (18) years of age, and the statements in this Declaration are made on my own personal knowledge of the records available to me and my general knowledge of the business practices of Panasonic Corp. and MT Picture Display Co., Ltd., f/k/a/ Matsushita Toshiba Picture Display Co., Ltd. ("MTPD").

2. Panasonic Corp. is a Japanese company with its principal place of business located at 1006 Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan.

3. MTPD is a Japanese entity with an office in Osaka, Japan at 1-15 Matsuo-Cho, Kadoma-shi, Osaka, 571-8504, Japan. MTPD was established as a joint venture between Panasonic Corp. and Toshiba Corporation ("Toshiba") in 2003. Panasonic Corp. held 64.5% of MTPD at the time that MTPD was formed. Panasonic Corp. acquired Toshiba's 35.5% interest in MTPD on March 30, 2007, at which time MTPD became a wholly-owned subsidiary of Panasonic Corp.

4. MTPD has not maintained its headquarters in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin during the Relevant Period, or at any time thereafter.

5. MTPD has no principle place of business in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin.

6. MTPD has never maintained offices or manufacturing facilities in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin.

7. MTPD is not, nor has it ever been, incorporated in or licensed to do business in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin.

8. MTPD has no mailing address or telephone listing in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin.

1  9. No officer or director of MTPD resides in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin, nor has any during the Relevant Period.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6 day of November, 2014, at Osaka, Japan.

_____
SHINICHI MIYOSHI