JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (Bar No. 257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396<br><br>*Sears, Roebuck and Co. and Kmart Corp v. Chunghwa Picture Tubes, Ltd., et al.*, Individual Case No. 11-cv-05514<br><br>*Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et. al.*, Individual Case No. 11-cv-05514 | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br><br>**DECLARATION OF SHINICHI MIYOSHI IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS** |

## DECLARATION OF SHINICHI MIYOSHI

I, Shinichi Miyoshi, hereby declare under penalty of perjury that:

1. I am employed by Defendant Panasonic Corporation f/k/a Matsushita Electric Industrial Co. Ltd. (hereinafter, "Panasonic Corp.") in the Legal Affairs Center, AVC Networks Company, Panasonic Corporation. I am a resident of Japan. I am an adult over eighteen (18) years of age, and the statements in this Declaration are made on my own personal knowledge of the records available to me and my general knowledge of the business practices of Panasonic Corp.

2. Panasonic Corp. is a Japanese company with its principal place of business located at 1006 Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan. Panasonic Corp. was incorporated in December 1935 as Matsushita Denki Sangyo Kabushiki Kaisha, under the laws of Japan.

3. Panasonic Corp. has not maintained its headquarters in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin during the period March 1, 1995 to November 25, 2007 (the "Relevant Period"), or at any time thereafter.

4. Panasonic Corp. has no principle place of business in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin.

5. Panasonic Corp. has never maintained offices or manufacturing facilities in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin.

6. Panasonic Corp. is not, nor has it ever been, incorporated in or licensed to do business in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin.

7. Panasonic Corp. has no mailing address or telephone listing in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin.

8. No officer or director of Panasonic Corp. resides in Arizona, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, or Wisconsin, nor has any during the Relevant Period.

1  I hereby declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.
3  Executed this 6 day of November, 2014, at Osaka, Japan.

*Shinichi Miyoshi*
SHINICHI MIYOSHI

2
DECL. OF SHINICHI MIYOSHI I/S/O DEFS.'
MOT. FOR PARTIAL SUMMARY JUDGMENT

Case No. 07-5944 SC
MDL NO. 1917