1  Eliot A. Adelson (SBN 205284)
   James Maxwell Cooper (SBN 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: eadelson@kirkland.com
5  Email: max.cooper@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice*)
   Kate Wheaton (*pro hac vice*)
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, IL 60654
   Telephone: (312) 862-2000
9  Facsimile: (312) 862-2200
   Email: jmutchnik@kirkland.com
10 Email: kate.wheaton@kirkland.com

11 Attorneys for Defendants
   HITACHI ELECTRONIC DEVICES (USA), INC.
12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

| | |
|---|---|
| 17 IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC |
| 18 | MDL NO.: 1917 |
| 19 This Document Relates To: | DECLARATION OF L. THOMAS HEISER IN SUPPORT OF HITACHI ELECTRONIC DEVICES (USA), INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS |
| 20 *All Actions.* | |
| 21 | |

1  I, L. Thomas Heiser, hereby declare:

2  1.  I am over the age of eighteen, and am not a party to this action. I have personal knowledge of the facts and matters stated herein and, if called, could and would testify competently to them.

2.  I am President and Chief Executive Officer of Hitachi Electronic Devices (USA), Inc. ("HEDUS"). I have been employed by HEDUS since 1998 and have held a variety of positions within HEDUS, including many in sales and management. Prior to my current position, I served as Senior Vice President and General Manager of Sales of HEDUS. I have also served on HEDUS's Board of Directors since April 2008. During my tenure at HEDUS, I have held various management positions in which I had direct management responsibility for product development, sales, engineering, and manufacturing. As a result of my long tenure with HEDUS and the various positions I have held within the organization, I am familiar with HEDUS's historical business, including sales and manufacturing and, in particular, its involvement in the color display tubes ("CDT tubes") and color picture tube ("CPT tubes") (jointly, "CRT") business. In my capacity as President and Chief Executive Officer of HEDUS, as well as my service on the Board of Directors of HEDUS, I am familiar with HEDUS's business generally and, in particular, its involvement in the CRT industry. I am authorized to make this declaration on behalf of HEDUS. I am informed and believe that the matters stated in this declaration are true.

3.  HEDUS is a Delaware corporation with its principal place of business at 208 Fairforest Way, Greenville, South Carolina, 29607.

4.  Prior to April 2002, HEDUS manufactured cathode ray tubes ("CRTs"). HEDUS sold CRTs to CRT Product manufacturing facilities located inside and outside of the United States. HEDUS did not sell CRTs to consumers because CRTs are not a standalone product. During the Relevant Period, HEDUS did not sell or manufacture CRT Products in the United States.

5.  HEDUS does not own property in Arizona, California, Florida, Illinois, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New York, New Mexico, North Carolina, or Wisconsin. HEDUS has not acquired or leased property in Arizona, Florida,

Illinois, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, New York, New Mexico, North Carolina, or Wisconsin.

6. Based on the information reasonably available to HEDUS today, no officer or director of HEDUS resides in Arizona, Florida, Illinois, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New York, New Mexico, North Carolina, or Wisconsin or did so during the Relevant Period.

7. HEDUS has never filed or been required to file taxes in Arizona, Florida, Illinois, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, New York, New Mexico, North Carolina, or Wisconsin.

8. HEDUS has never held any formal meetings of its directors in the Arizona, California, Florida, Illinois, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, North Carolina, or Wisconsin.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on the 6TH day of November, 2014 in LAWRENCEVILLE, GA

*[signature]*