1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.*
   *and LG Electronics U.S.A., Inc., LG Electronics*

13

14                    UNITED STATES DISTRICT COURT

15        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 This Document Relates to:                    Case No. Master File No. 3:07-cv-05944-SC

18 *CompuCom Systems, Inc. v. Hitachi, Ltd., et*   MDL NO. 1917
   *al.*, Individual Case No. 11-cv-06396
19                                               **[PROPOSED] ORDER GRANTING**
   *Costco Wholesale Corporation v. Hitachi,*   **DEFENDANTS' JOINT NOTICE OF**
20 *Ltd., et al.*, Individual Case No. 11-cv-06397 **MOTION AND MOTION FOR PARTIAL**
                                                 **SUMMARY JUDGMENT AGAINST**
21 *Office Depot Inc. v. Hitachi Ltd., et al.*,  **CERTAIN DIRECT ACTION**
   Individual Case No. 11-cv-06276              **PLAINTIFFS ON DUE PROCESS**
22                                               **GROUNDS**

23                                               [Notice of Motion and Motion for Partial
                                                 Summary Judgment, Declaration of Laura K.
24                                               Lin filed concurrently herewith]

25                                               Judge:   Hon. Samuel Conti
                                                 Date:    February 6, 2015
26                                               Time:    10:00 a.m.
                                                 Ctrm:    1, 17th Floor
27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS

1    Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action

2    Plaintiffs on Due Process Grounds ("Defendants' Due Process Motion") came on for hearing on

3    February 6, 2015 at 10:00 a.m., or as soon as counsel could be heard thereafter, in Courtroom 1,

4    17th Floor, San Francisco, California before the Honorable Samuel Conti.

5    Having read and considered all of the pleadings and documents filed in support of and in

6    opposition to Defendants' Due Process Motion, and having considered the arguments of counsel,

7    the Court hereby grants Defendants' Due Process Motion.

8    IT IS SO ORDERED.

9

10   DATED:

11

12

13                                        _____
                                          Honorable Samuel Conti
14                                        United States District Judge

15   Submitted by:

16   MUNGER, TOLLES & OLSON LLP

17

18

19   By:     /s/ Hojoon Hwang
             HOJOON HWANG
20
     Attorneys for Defendants LG Electronics,
21   Inc.; LG Electronics U.S.A., Inc.

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS