1  JEROME C. ROTH (State Bar No. 184950)
   Jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   Hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 184950)
   Miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  William.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 S. Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
11 Facsimile:    (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.,*
   *LG Electronics U.S.A., Inc., LG Electronics*
13 *Taiwan Taipei Co., LTD*

14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A.'S SECOND ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:  Hon. Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Crtrm.: 1, 17th Floor |

   /s/ Jerome C. Roth                              /s/ Terrence J. Truax
JEROME C. ROTH                                  TERRENCE J. TRUAX
Attorneys for LG Electronics, Inc.,             Attorneys for Defendants Mitsubishi Electric
LG Electronics U.S.A., Inc.,                    US, Inc. and Mitsubishi Electric Visual
LG Electronics Taiwan Taipei Co., LTD           Solutions America, Inc.

3:07-cv-05944-SC; MDL 1917

ADMINISTRATIVE MOTION TO SEAL