1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:    (213) 683-9100
11 Facsimile:    (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.
   and LG Electronics U.S.A., Inc. and LG
13 Electronics Taiwan Co., LTD.*

14                UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 This Document Relates to:                          Case No. Master File No. 3:07-cv-05944-SC

18 *Costco Wholesale Corporation v. Hitachi,*         MDL NO. 1917
   *Ltd., et al.*, Individual Case No. 11-cv-06397
                                                      **[PROPOSED] ORDER GRANTING
19 *Sears, Roebuck and Co. and Kmart Corp v.*         DEFENDANTS' JOINT NOTICE OF
   *Chunghwa Picture Tubes, Ltd., et al.*,            MOTION AND MOTION FOR PARTIAL
20 Individual Case No. 11-cv-05514                    SUMMARY JUDGMENT AGAINST
                                                      CERTAIN DIRECT ACTION
21 *Office Depot Inc. v. Hitachi Ltd., et al.*,       PLAINTIFFS ON STATE LAW CLAIMS
   Individual Case No. 11-cv-06276                    LIMITED TO INTERSTATE ACTIVITY**
22
   *Interbond Corporation of America d/b/a*           [Notice of Motion and Motion for Partial
23 *BrandsMart USA v. Hitachi, Ltd., et al.*,         Summary Judgment]
   Individual Case No. 11-cv-06275
24                                                    Judge:  Hon. Samuel Conti
   *P.C. Richard & Son Long Island Corporation*      Date:   February 6, 2015
25 *et al. v. Hitachi Ltd., et al.*, Individual Case  Time:   10:00 a.m.
   No. 12-cv-02648                                    Ctrm:   1, 17th Floor
26

27

28

1  Defendants' Joint Motion For Partial Summary Judgment Against Certain Direct Action
2  Plaintiffs on State Law Claims Limited to Interstate Activity ("Defendants' Intrastate Motion")
3  came on for hearing on February 6, 2015 at 10:00 a.m., or as soon as counsel may be heard
4  thereafter, in Courtroom 1, 17th Floor, San Francisco, California before the Honorable Samuel
5  Conti.
6  Having read and considered all of the pleadings and documents filed in support of and in
7  opposition to Defendants' Intrastate Motion, and having considered the arguments of counsel, the
8  Court hereby grants Defendants' Intrastate Motion.
9  IT IS SO ORDERED.
10
11 DATED:
12
13
14                                          Honorable Samuel Conti
                                            United States District Judge
15
16 Submitted by:
17 MUNGER, TOLLES & OLSON LLP
18
19
20 By:    /s/ *Hojoon Hwang*
        HOJOON HWANG
21
   Attorneys for Defendants LG Electronics,
22 Inc., LG Electronics U.S.A., Inc., and LG
   Electronics Taiwan Taipei Co., Ltd.
23
24
25
26
27
28