JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., LTD.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| This Document Relates to: | Case No. Master File No. 3:07-cv-05944-SC |
|---|---|
| DIRECT PURCHASER ACTIONS | MDL NO. 1917 |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396 | **DECLARATION OF HOJOON HWANG IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS AND STANDING GROUNDS –** |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06397 | **Sealed Exhibits 1-9** |
| *Sears, Roebuck and Co. and Kmart Corp v. Chunghwa Picture Tubes, Ltd., et al.*, Individual Case No. 11-cv-05514 | [Notices of Joint Motions and Motions for Partial Summary Judgment and Memoranda of Points and Authorities and [Proposed] Order filed concurrently] |
| *Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276 | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et. al.*, Individual Case No. 11-cv-05514 | Judge:   The Honorable Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 A.M.<br>Crtrm.:  1, 17th Floor |
| *Best Buy Co., et al. v. Hitachi, LTD, et al.*, Individual Case No. 11-cv-05513 | |

Master File No. 3:07-cv-05944-SC

*Circuit City, et al. v. Hitachi, LTD., et al.*, Individual Case No. 11-cv-05502

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06397

*Electrograph Systems, Inc., et al. v. Hitachi, LTD., et al.,* Individual Case No. 11-cv-01656

*Interbond Corporation of America d/b/a BrandsMart USA v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06275

*Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276

*P.C. Richard & Son Long Island Corporation et al. v. Hitachi Ltd., et al.*, Individual Case No. 12-cv-02648

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC, et al., v. Technicolor SA, et al.,* Individual Case No. 13-cv-05668

*Tech Data Corp., et al. v. Hitachi, LTD., et al.,* Individual Case No. 13-cv-00151

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, Individual Case No. 14-02510

DECL. OF HOJOON HWANG ISO DEFS.' MOT. FOR SUMM. J. ON FTAIA AND STANDING GROUNDS

Master File No. 3:07-cv-05944-SC; mdl No. 1917

I Hojoon Hwang hereby declare:

I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

1. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Mohan Roa, Ph.D. deposed in this case on June 10, 2014.

2. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the rebuttal expert report of Mohan Roa, Ph. D. to Jansuz Ordover dated September 26, 2014.

3. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the rebuttal expert report of James McClave, Ph. D. dated September 26, 2014.

4. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the expert report of James McClave dated April 15, 2014.

5. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the expert report of Alan Frankel, Ph.D. (Best Buy) dated April 15, 2014.

6. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Alan Frankel, Ph.D. deposed in this case on July 10, 2014.

7. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the expert report of Mohan Rao, Ph.D. dated April 15, 2014.

8. Attached hereto as Exhibit 8 is a true and correct copy of deposition exhibit 3451 marked at the deposition of Mohan Roa, Ph.D., deposed in this case on June 10, 2014.

9. Attached hereto as Exhibit 9 is true and correct copy of excerpts from the supplemental expert report of Alan Frankel, Ph.D. dated June 30, 2014.

DECLARATION OF HOJOON HWANG ISO DEFS.' MOT. FOR SUMM. J. ON FTAIA AND STANDING GROUNDS
- 1 -
Master File No. 3:07-cv-05944-SC

1  I declare under penalty of perjury under the laws of California that the foregoing is true
2  and correct.  Executed on the 7th day of November, 2014 in San Francisco, California.
3
4  DATED:  November 7, 2014                    MUNGER, TOLLES & OLSON LLP
5
6
7                                               */s/ Hojoon Hwang*
                                           HOJOON HWANG
8
9                                          Attorneys for Defendants LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG
10                                         ELECTRONICS TAIWAN TAIPEI CO., LTD.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 DECLARATION OF HOJOON HWANG ISO        - 2 -        Master File No. 3:07-cv-05944-SC
   DEFS.' MOT. FOR SUMM. J. ON FTAIA AND
   STANDING GROUNDS