# SEALED EXHIBITS 1 - 9

# DECLARATION OF HOJOON HWANG IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS AND STANDING GROUNDS