JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.
and LG Electronics U.S.A., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| This Document Relates to: | Case No. Master File No. 3:07-cv-05944-SC |
|---|---|
| DIRECT PURCHASER ACTIONS | MDL NO. 1917 |
| | Individual Case No. 11-cv-06397 |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS** |
| | [Notice of Motion and Motion for Partial Summary Judgment filed concurrently herewith] |
| | Judge:  Hon. Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Ctrm:   1, 17th Floor |

Defendants' Joint Motion For Partial Summary Judgment On FTAIA Grounds ("Motion") came on for hearing on _____.

Having read and considered all of the pleadings and documents filed in support of and in opposition to the Motion, and having considered the arguments of counsel, the Court hereby grants the Motion.

IT IS SO ORDERED.

DATED:

_____
Honorable Samuel Conti
United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:     /s/ *Hojoon Hwang*
         HOJOON HWANG

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc.