```
 1  Brent Caslin (Cal. Bar. No. 198682)
    Jenner & Block LLP
 2  633 West Fifth Street
    Suite 3600
 3  Los Angeles, California 90071
    Telephone:    213 239-5100
 4  Facsimile:    213 239-5199
    bcaslin@jenner.com
 5
 6  Terrence J. Truax (pro hac vice)
    Michael T. Brody (pro hac vice)
 7  Jenner & Block LLP
    353 N. Clark Street
 8  Chicago, Illinois 60654-3456
    Telephone:    312 222-9350
 9  Facsimile:    312 527-0484
    ttruax@jenner.com
10  mbrody@jenner.com
11
```

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 3:07-cv-5944-SC** <br> **MDL No. 1917** |
| This Document Relates to: <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; <br><br> *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br><br> *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; <br><br> *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; <br><br> *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

Pursuant to Civil Local Rule 7-11 and 79-5(d), and the Stipulated Protective Order of June 18, 2008, Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric") respectfully seek this Court's approval to file Mitsubishi Electric Corporation's Motion for Summary Judgment Based Upon Absence of Evidence of Liability (the "Motion") and Exhibits 1 - 23 to the Declaration of Michael T. Brody in support thereof, Under Seal.

Mitsubishi Electric requests an order sealing the following documents, which have been designated as "Confidential" or "Highly Confidential" under the Protective Order:

- **Exhibits 1 - 23** to the Declaration of Michael T. Brody in Support of Mitsubishi Electric Corporation's Motion for Summary Judgment Based Upon Absence of Evidence of Liability.

Mitsubishi Electric will be filing a publicly redacted version of the Motion. Accordingly, Mitsubishi Electric respectfully requests that the Court grant its application to file the exhibits outlined above and portions of the Motion under seal.

Dated: November 7, 2014

JENNER & BLOCK LLP

By:   /s/ Terrence J. Truax
JENNER & BLOCK LLP
Terrence J. Truax *(pro hac vice)*
Michael T. Brody (*pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*