Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:      213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     312 222-9350
Facsimile:      312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. V. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | Case No. 3:07-cv-5944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL** |

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.* No., 13-cv-02171;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, "Mitsubishi Electric's") Administrative Motion to File their Motion for Summary Judgment Based Upon Absence of Evidence of Liability (the "Motion"), as well as Exhibits 1 and 23 thereto, Under Seal, has come before the Court. Having considered the administrative motion and the documents proposed to be filed under seal, pursuant to the Court's prior sealing orders, and for good cause shown,

IT IS HEREBY ORDERED THAT the following Exhibits are to be sealed:
- Exhibits 1 and 23 to the Declaration of Michael T. Brody filed in Support of Mitsubishi Electric Corporation's Motion for Summary Judgment Based Upon Absence of Evidence of Liability.

The portions of the Motion that refer to or discuss those exhibits are to be sealed.

IT IS SO ORDERED.

Dated: _____                    _____
                                              Honorable Samuel Conti
                                              United States District Judge