Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS WHO ARE NATURAL PERSONS RESIDING IN CALIFORNIA** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions* | |
| | Date:       February 6, 2015<br>Time:       10:00 a.m.<br>Place:      Courtroom 1<br><br>Hon. Samuel P. Conti |

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PHILIPS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS WHO ARE NATURAL PERSONS RESIDING IN CALIFORNIA (3:07-CV-05944 SC, MDL NO. 1917)

I, Tiffany Gelott, declare and state as follows:

1. I am an attorney with Baker Botts LLP, attorneys for Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda (collectively, the "Philips defendants") in the above-captioned action. I am a member of the bar of the District of Columbia and have been admitted to practice before this Court on this matter pro hac vice. I make this declaration in support of Defendants' Notice of Motion and Motion for Summary Judgment Against Indirect Purchaser Plaintiffs Who Are Natural Persons Residing In California. The information contained herein is based on my own personal knowledge, and if called as a witness I could, and would, testify competently that the matters set forth herein are true.

2. Attached hereto as Exhibit A is a true and correct copy of the November 8, 2011 Complaint filed in *State of California, et al. v. Samsung SDI Ltd., Co., et al.*, San Francisco Superior Court Case No. CGC-11-515784.

3. Attached hereto as Exhibit B is a true and correct copy of the May 11, 2012 Amended Complaint filed in *State of California, et al. v. Chunghwa Picture Tubes, et al.*, San Francisco Superior Court Case No. CGC-11-515786.

4. Attached hereto as Exhibit C is a true and correct copy of the April 11, 2012 Settlement Agreement between Philips Electronics North America Corporation and the Attorney General of California, on behalf of the State of California and its state agencies, its political subdivisions and public agencies, and as *parens patriae* on behalf of all natural persons, in *State of California, et al. v. Chunghwa Picture Tubes, et al.*, San Francisco Superior Court Case No. CGC-11-515786.

5. Attached hereto as Exhibit D is a true and correct copy of the June 12, 2013 Order Granting Preliminary Approval of Settlement, Certifying Class, and Approving Form of Class and Parens Notices and Setting Final Fairness Hearing Date in State of *California, et al. v. Chunghwa Picture Tubes, et al.*, San Francisco Superior Court Case No. CGC-11-515786.

6. Attached hereto as Exhibit E is a true and correct copy of the December 9, 2013 Order Granting Final Approval of the Chunghwa and Philips Settlements and Awarding Attorneys' Fees,

entered in *State of California, et al. v. Chunghwa Picture Tubes, et al.*, San Francisco Superior Court Case No. CGC-11-515786.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed on November 7, 2014 in Washington, D.C.

/s/ Tiffany B. Gelott
Tiffany B. Gelott

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PHILIPS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS WHO ARE NATURAL PERSONS RESIDING IN CALIFORNIA (3:07-CV-05944 SC, MDL NO. 1917)