Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., Toshiba America*
*Consumer Products, LLC, and Toshiba America*
*Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397 | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc. (collectively,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following document under seal:

1.  Portions of the Toshiba Defendants' Joinder to Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds ("Toshiba Defendants' Joinder") that contain discussion of exhibits accompanying interrogatory responses that Plaintiffs ABC Appliance, Inc.; Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, LLC; CompuCom Systems, Inc.; Costco Wholesale Corporation; Dell Inc.; Dell Products L.P.; Electrograph Systems, Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Kmart Corporation; Magnolia HI-FI, Inc.; MARTA Cooperative of America, Inc.; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; Schultze Agency Services, LLC; Sears, Roebuck & Co.; Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.; Target Corp.; Tech Data Corporation; Tech Data Product Management, Inc.; and ViewSonic Corporation (collectively, the "Direct Action Plaintiffs") have designated as "Highly Confidential."

2.  Exhibits 1-4 to the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Joinder which are deposition excerpts that the Toshiba Defendants have designated as "Highly Confidential."

This motion is supported by the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated November 7, 2014 ("Lau Decl."). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable." Civ. L. R. 79-5(d)(1)(A)

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of

2   documents that contain material that is "privileged, protectable as a trade secret or otherwise

3   entitled to protection under law."  Civ. L. R. 79-5(b).  This Court's General Order No. 62 sets

4   forth procedures applicable to the filing of sealed documents in civil cases.  Civil Local Rule

5   79-5(e) requires a party seeking to file under seal a document designated as confidential by

6   the opposing party pursuant to a protective order, or a document containing information so

7   designated, to file a declaration in support specifically identifying the designating party.  Civ.

8   L. R. 79-5(e).

9    The Toshiba Defendants seek to file the above-specified documents under seal in

10  order to comply with the Protective Order and applicable Local Rules.  Because the Direct

11  Action Plaintiffs have designated content in these documents as "Highly Confidential," it is

12  the Direct Action Plaintiffs' burden to establish that the material they designated is in fact

13  sealable.  Civ. L. R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th

14  Cir. 2006).

15   As set forth in the Lau Decl., the standard for filing under seal is met for Exhibits 1-4.

16  The testimony in those exhibits consists of confidential, nonpublic, proprietary and highly

17  sensitive business information, including, among other commercially sensitive business

18  information and strategies, confidential information about the Toshiba Defendants' sales

19  processes, business practices, internal practices, confidential business and supply agreements,

20  and competitive positions.  This information is confidential commercial information, the

21  disclosure of which would prejudice the Toshiba Defendants both in their commercial

22  relationships with customers and suppliers and in their competitive efforts.  Accordingly,

23  compelling reasons exist for Exhibits 1-4 to the Declaration of Lucius B. Lau in Support of

24  the Toshiba Defendants' Joinder to be filed under seal.  For these reasons, the Toshiba

25  Defendants respectfully submit this motion pursuant to Civil Local Rules 7-11 and 79-5.

26

27

28

1        For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to

2    Civil Local Rules 7-11 and 79-5 and hereby notify the parties of their burden to establish that

3    the designated material is in fact sealable.

4

5                                                Respectfully submitted,

6    Dated:  November 7, 2014                    **WHITE & CASE**LLP

7

8                                                By: */s/ Lucius B. Lau*
                                                     Christopher M. Curran (*pro hac vice*)
9                                                    ccurran@whitecase.com
                                                     Lucius B. Lau (*pro hac vice*)
10                                                   alau@whitecase.com
                                                     Dana E. Foster (*pro hac vice*)
11                                                   defoster@whitecase.com
                                                     701 Thirteenth Street, N.W.
12                                                   Washington, DC  20005
                                                     tel.: (202) 626-3600
13                                                   fax: (202) 639-9355
14
                                                     *Counsel to Defendants Toshiba*
15                                                   *Corporation, Toshiba America, Inc.,*
16                                                   *Toshiba America Information Systems,*
                                                     *Inc., Toshiba America Consumer Products,*
17                                                   *LLC, Toshiba America Electronic*
                                                     *Components, Inc.*
18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917