Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc., and*
*Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397 | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated November 7, 2014, filed contemporaneously herewith. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. Plaintiffs ABC Appliance, Inc.; Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, LLC; CompuCom Systems, Inc.; Costco Wholesale Corporation; Dell Inc.; Dell Products L.P.; Electrograph Systems, Inc.; Electrograph Technologies Corp.; Interbond Corporation of America; Kmart Corporation; Magnolia HI-FI, Inc.; MARTA Cooperative of America, Inc.; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; Schultze Agency Services, LLC; Sears, Roebuck & Co.; Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.; Target Corp.; Tech Data Corporation; Tech Data Product Management, Inc.; and ViewSonic Corporation (collectively, the "Direct Action Plaintiffs") have designated Exhibit A to various interrogatory responses submitted by the Direct Action Plaintiffs as "Highly Confidential" under the Stipulated Protective Order.

5. The Toshiba Defendants have provided in these actions deposition testimony designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

6. On November 7, 2014, the Toshiba Defendants filed the Toshiba Defendants' Joinder to Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds ("Toshiba Defendants' Joinder").

7. On November 7, 2014, the Toshiba Defendants filed the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Joinder ("Lau Decl.").

8. Exhibits 1-4 to the Lau Decl. are excerpts from deposition testimony designated "Highly Confidential" under the Stipulated Protective Order.

9. Portions of the Toshiba Defendants' Joinder contain discussions of the above-specified "Highly Confidential" material. Pursuant to the protective order, the Toshiba Defendants filed those portions of the Toshiba Defendants' Joinder under seal.

10. Exhibits 1-4 to the Lau Decl. are filed under seal because they contain confidential, nonpublic, and highly sensitive business information. They contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

11. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, the above-mentioned materials should be maintained under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of November, 2014, in Washington, D.C.

_____
Lucius B. Lau

# CERTIFICATE OF SERVICE

On November 7, 2014, I caused a copy of "DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                                                             */s/ Lucius B. Lau*
                                                                                Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005