# Exhibits 1-23
# (Filed Under Seal)