Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and
Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | **THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS** |

**REDACTED COPY OF DOCUMENT SOUGHT TO BE SEALED**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the "Toshiba Defendants") hereby join Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds (the "Joint Motion") , which was filed on November 7, 2014, by LG Electronics, Inc., LG Electronics, U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil LTDA, Shenshen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc.; Mitsubishi Electronic Corporation, Mitsubishi Electronic Visual Solutions America, Inc., Mitsubishi Electric & Electronics USA, Inc., and Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (collectively, the "Moving Defendants").

The Toshiba Defendants are in the same position with respect to due process as the Moving Defendants for the following state-law claims:

1.  Costco's Second, Fourth, Fifth, and Sixth Claims for Relief under Arizona and Florida state law.

The relevant factual allegations addressed in the Joint Motion are similar to the factual allegations against the Toshiba Defendants, and the legal arguments advanced in the Joint Motion apply with equal force to the Toshiba Defendants.  Like the Moving Defendants, the Toshiba Defendants lack sufficient business contacts with the states at issue.

It is undisputed that none of the Toshiba Defendants maintained their headquarters, principal places of business, manufacturing facilities, or any other material business presence

THE TOSHIBA DEFENDANTS' JOINDER
TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

in Arizona or Florida (collectively, the "Relevant States").  This conclusion is demonstrated by the following undisputed facts:

- Toshiba Corporation is a Japanese company with its principal place of business located in Japan.  *See* Target Second Amended Complaint ("SAC") ¶54; Costco First Amended Complaint ("FAC") ¶51; Sears Kmart SAC ¶58; Declaration of Lucius B. Lau, dated November 7, 2014 ("Lau Decl."), Ex. 1 (Rule 30(b)(6) Dep. Tr. of Toshiba Corporation (Koji Kurosawa) at 12:11-15; 30:17-19).

- TAI is a Delaware company with its principal place of business located in New York.  *See* Target SAC ¶55; Costco FAC ¶52; Sears Kmart SAC ¶59.

- TAIS is a California corporation with its principal place of business located in California.  *See* Target SAC ¶59; Costco FAC ¶55; Sears Kmart SAC ¶62; Lau Decl., Ex. 2 (Rule 30(b)(6) Dep. Tr. of TACP and TAIS (Richard Huber) at 63:19-21).

- TACP was headquartered in New Jersey and had its principal place of business in Lebanon, Tennessee before it merged into TAIS.  *See* Target SAC ¶56; Costco FAC ¶53; Sears Kmart SAC ¶60; Lau Decl., Ex. 2 (Rule 30(b)(6) Dep. Tr. of TACP and TAIS (Richard Huber) at 13:12-22, 68:8-12); Lau Decl., Ex. 3 (Rule 30(b)(6) Dep. Tr. of TACP and Toshiba Corporation (Yoshiaki Uchiyama) at 12:3-7).

- TAEC is a California corporation with its principal place of business located in California.  *See* Target SAC ¶57; Costco FAC ¶54; Sears Kmart SAC ¶61; Lau Decl., Ex. 4 (Rule 30(b)(6) Dep. Tr. of TAEC (Jay Heinecke) at 19:12-15).

- During the Relevant Period, all of the Toshiba Defendants' manufacturing facilities were located outside of the Relevant States.  Lau Decl., Ex. 4 (Rule 30(b)(6) Dep. Tr. of TAEC (Jay Heinecke) at 32:4-16; 78:1-6); Lau Decl., Ex. 2 (Rule 30(b)(6) Dep. Tr. of TACP and TAIS (Richard Huber) at 68:8-18); Lau Decl., Ex. 3 (Rule 30(b)(6) Dep.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tr. TACP and Toshiba Corporation (Yoshiaki Uchiyama) at 47:4-8); Lau Decl., Ex. 1 (Rule 30(b)(6) Dep Tr. of Toshiba Corporation (Koji Kurosawa) at 38:9-11; 58:9-16).

The Plaintiffs fail to identify any alleged anticompetitive conduct by any Toshiba Defendant in Arizona or Florida. *See, e.g.*, CompuCom's Objections and Responses to LG Electronics U.S.A, Inc. and Panasonic Corporation's Second Set of Interrogatories, Response to Interrogatory No. 10 (stating that "[e]vidence supporting defendants' and their co-conspirators' price fixing includes documents produced by all parties and the testimony of witnesses," citing various expert reports and discovery responses by others, and identifying "Exhibit A to interrogatory responses submitted by the Dell Plaintiffs on July 14, 2014, including all revisions and supplementations thereto"). The most recent supplement of this "Exhibit A" is attached as Exhibit A to the declaration of Laura K. Lin accompanying the Joint Motion ("Exhibit A"). These states lack even slight or casual contact with the Toshiba Defendants' purported anticompetitive conduct, which allegedly occurred exclusively in other states and other countries.

Plaintiffs' Exhibit A ███████████████████████████████████████ ██████████████████████ See Exhibit A (line 335). ████████████████████ ██████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ The exchange of general market information is necessary for businesses to remain competitive. See *Wilcox v. First Interstate Bank*, 815 F. 2d 522, 527 (9th Cir. 1987) ("An exchange of price information which constitutes reasonable business behavior is not an illegal agreement."). Moreover, that single contact – out of the more than two thousand alleged contacts at issue – is too "slight and casual" to satisfy due process. *AT&T Mobility LLC v. AU Optronics Corp.*, 707 F.3d 1107, 1113 (9th Cir. 2013).

THE TOSHIBA DEFENDANTS' JOINDER
TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS
Case No. 07-5944 SC
MDL No. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Accordingly, for the same reasons as those set forth in the Joint Motion, the Toshiba Defendants respectfully request that this Court grant partial summary judgment of the above-listed state-law claims, brought by Costco against the Toshiba Defendants.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2
Dated:  November 7, 2014

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**W H I T E & C A S E** LLP

By:   _/s/ Lucius B. Lau_

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba*
*Corporation, Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products,*
*L.L.C., and Toshiba America Electronic*
*Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

THE TOSHIBA DEFENDANTS' JOINDER
TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**CERTIFICATE OF SERVICE**

2      On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS'

3 JOINDER TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY

4 JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS

5 GROUNDS" to be electronically filed via the Court's Electronic Case Filing System, which

6

7 constitutes service in this action pursuant to the Court's order of September 2, 2008.

8

9

10                                        _/s/ Lucius B. Lau_

11                                      Lucius B. Lau

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE TOSHIBA DEFENDANTS' JOINDER
TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*,<br>Individual Case No. 11-cv-06397 | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS** |

1    Upon consideration of the Toshiba Defendants' Joinder to Defendants' Joint Motion

2   for Partial Summary Judgment Against Certain Direct Action Plaintiffs On Due Process

3   Grounds, and any responses and replies thereto, it is hereby:

4    ORDERED that the motion is GRANTED; and it is further

5    ORDERED that Costco's Second, Fourth, Fifth, and Sixth Claims for Relief under

6   Arizona and Florida state law as they pertain to the Toshiba Defendants are dismissed with

7   prejudice.

8

9    **IT IS SO ORDERED.**

10

11

12  Dated: _____        _____

13                     HONORABLE SAMUEL CONTI

14                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER GRANTING
THE TOSHIBA DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS
Case No. 07-5944-SC
MDL No. 1917

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397. | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

I, Lucius B. Lau, hereby declare as follows:

1.      I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2.      I submit this declaration in support of the Toshiba Defendants' Joinder to Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs On Due Process Grounds, filed contemporaneously herewith.  I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3.      Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the transcript of the Rule 30(b)(6) deposition of Toshiba Corporation (Koji Kurosawa).

4.      Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the transcript of the Rule 30(b)(6) deposition of TACP and TAIS (Richard Huber).

5.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the Rule 30(b)(6) deposition of TACP and Toshiba Corporation (Yoshiaki Uchiyama).

6.      Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the transcript of the Rule 30(b)(6) deposition of TAEC (Jay Heinecke).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of November, 2014, in Washington, D.C.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA
DEFENDANTS' JOINDER TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY
JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS
Case No. 07-5944-SC
MDL No. 1917
2

EXHIBIT 1

Sought To Be Sealed

EXHIBIT 2

Sought To Be Sealed

EXHIBIT 3

Sought To Be Sealed

EXHIBIT 4

Sought To Be Sealed