# EXHIBIT 23



TRANSPERFECT

City of New York, State of New York, County of New York

I, Artem Furman, hereby certify that the <u>2002-01-22 Commercial Times B</u> document is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Signature

Sworn to before me this
25th day of August 2014

Signature, Notary Public

LEAH RAE TALLMAN
Notary Public - State of New York
No. 01TA6295072
Qualified in New York County
Commission Expires Dec 30, 201?

Stamp, Notary Public



THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 80 CITIES WORLDWIDE

Total number of articles: 1 article

---

Commercial Times | January 22, 2002
Newspaper |

---

CRT industry's heart set on February price hike

Samsung SDI decided on price increase across the board, Chunghwa Picture Tubes and [sic] LG.Philips to be
more adamant on increasing their prices  Tian Yuan/Taipei  The price of CRTs for monitors was expected to go
up from January this year, but evidently this plan for a price increase has not been successfully implemented;
most monitor manufacturers are saying that their January prices have remained unchanged from their December
levels. However, CRT industry players have their hearts set; Samsung SDI has decided to strike again in
February with price hikes for their CRTs across the board, and this move by Samsung has strengthened the
determination of Chunghwa Picture Tubes and LG. Philips to raise their prices. CRT industry players had
planned on raising the prices of CRTs for monitors last December, but due to poor timing, the plan has yet to be
accepted by monitor manufacturers. Most monitor manufacturers have expressed that they have received
repeated messages regarding price hikes from CRT manufacturers, but that the two sides are still in the
negotiation phase. CRT prices this month have remained at their December levels. A small number of monitor
manufacturers also stated that, due to an increased volume of orders, the average purchase price in January is
even $1-$2 lower than that in December. With regard to the move by CRT manufacturers to raise prices, most
monitor manufacturers believe the timing is not appropriate; moreover, the overall production capacity is still
showing more supply than demand, a price increase for CRTs would be a deliberate manipulation rather than a
natural adjustment of supply and demand the industry itself. For this reason, even having received the
notification of price hikes from LG.Phlips, etc., the prices have not moved in January. But for a small number of
monitor manufacturers that have close relationships with CRT manufacturers, there might not be as much room
for negotiation. JEAN stated that, starting from January, the prices of CRTs of various sizes sourced from
Chunghwa Picture Tubes all have increased by USD3; JEAN will also try to pass this additional cost on to its
customers. Nevertheless, Samsung SDI also stated that Samsung plans to strike again in February with a price
hike, though the company has not provided details on the scale of the increase except to say that it would shrink
the price differences among items of different specifications, indicating that this price hike would take place
across the board regardless of size or specification. And Samsung has recently issued a notification letter
regarding the price increase to monitor manufacturers in Taiwan. Thanks to increasing demand, TFT-LCDs have
the potential to turn the market around from loss to gain. CRT suppliers Samsung, Chunghwa Picture Tubes and
LG.Philips Display together already account for a 70%-80% share. For LG.Philips, because the integration of
production bases is still in progress since the merger last year, there has been more pressure on its profitability,
which is also a main reason for its leading role in this price hike. However, on the move to go against the natural
ecology of the market and successfully execute a price increase, CRT industry players are still working hard
towards it.

This information was provided by Wisers electronic service. The copyrights, trademarks and logos in the above content are
owned by the relevant organizations / copyright owners. All rights reserved. Any content provided by a user is the sole
responsibility of that user, Wisers is not responsible for the said content/copyright or any damage/loss resulting therefrom.
Print out of Wisers electronic service.