Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S MOTION FOR SUMMARY JUDGMENT** |
| This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | Date: February 6, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom No. 1, 17th Floor<br><br>Hon. Samuel Conti |

| | |
|---|---|
| 1 | *Best Buy Co., Inc. v. Technicolor SA*, |
|  | No. 13-cv-05264; |
| 2 | |
| 3 | *Interbond Corp. of Am. v. Hitachi, Ltd.*, |
|  | No. 11-cv-06275; |
| 4 | |
|  | *Interbond Corp. of Am. v. Technicolor SA*, |
| 5 | No. 13-cv-05727; |
| 6 | |
|  | *Office Depot, Inc. v. Hitachi, Ltd.*, |
| 7 | No. 11-cv-06276; |
| 8 | *Office Depot, Inc. v. Technicolor SA*, |
|  | No. 13-cv-05726; |
| 9 | |
| 10 | *CompuCom Sys., Inc. v. Hitachi, Ltd.*, |
|  | No. 11-cv-06396; |
| 11 | |
|  | *P.C. Richard & Son Long Island Corp. v.* |
| 12 | *Hitachi, Ltd.*, |
|  | No. 12-cv-02648; |
| 13 | |
| 14 | *P.C. Richard & Son Long Island Corp. v.* |
|  | *Technicolor SA*, |
| 15 | No. 13-cv-05725; |
| 16 | *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, |
|  | No. 12-cv-02649; |
| 17 | |
| 18 | *Schultze Agency Servs., LLC v. Technicolor SA*, |
|  | No. 13-cv-05668; |
| 19 | |
|  | *Tech Data Corp. v. Hitachi, Ltd.*, |
| 20 | No. 13-cv-00157; |
| 21 | *Dell Inc. v. Hitachi Ltd.*, |
|  | No. 13-cv-02171; |
| 22 | |
| 23 | *Sears, Roebuck and Co. and Kmart Corp. v.* |
|  | *Technicolor SA*, |
| 24 | No. 13-cv-05262 |
| 25 | *Sears, Roebuck and Co. and Kmart Corp. v.* |
|  | *Chunghwa Picture Tubes, Ltd.*, |
| 26 | No. 11-cv-05514 |
| 27 | |
|  | *Sharp Electronics Corp. v. Hitachi Ltd.*, |
| 28 | No. 13-cv-1173 SC |

| | |
|---|---|
| 1 | *Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.,* )<br>No. 13-cv-2776 SC )<br>)<br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.,* )<br>No. 14-cv-2510 SC )<br>)<br>*All Indirect Purchaser Actions* ) |

[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S
MOTION FOR SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)

1  On February 6, 2015, the Court held a hearing on Defendant Koninklijke Philips N.V.'s Motion
2  for Summary Judgment in the above-captioned actions.  The Court having considered all papers filed
3  in support of and in opposition to said Motion, and having heard argument of counsel, and good cause
4  appearing, IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety.
5  Judgment is entered in favor of Defendant Koninklijke Philips N.V. on all of Plaintiff's claims
6  in the above-captioned actions.
7  IT IS SO ORDERED.

10  DATED: _____, 2015         _____
11                                             Honorable Samuel Conti
                                               U.S. District Judge