# EXHIBIT 26

# (FILED UNDER SEAL)

# EXHIBIT 27

# (FILED UNDER SEAL)

# EXHIBIT 28

# (FILED UNDER SEAL)

# EXHIBIT 29

# (FILED UNDER SEAL)