Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 6, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom No. 1, 17th Floor<br><br>Hon. Samuel Conti |

| | | |
|---|---|---|
| 1 | *Best Buy Co., Inc. v. Technicolor SA*, No. 13-cv-05264; | ) ) ) |
| 2 | | ) |
| 3 | *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275; | ) ) ) |
| 4 | | ) |
| 5 | *Interbond Corp. of Am. v. Technicolor SA*, No. 13-cv-05727; | ) ) ) |
| 6 | | ) |
| 7 | *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276; | ) ) ) |
| 8 | *Office Depot, Inc. v. Technicolor SA*, No. 13-cv-05726; | ) ) ) |
| 9 | | ) |
| 10 | *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396; | ) ) ) |
| 11 | | ) |
| 12 | *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648; | ) ) ) ) |
| 13 | | ) |
| 14 | *P.C. Richard & Son Long Island Corp. v. Technicolor SA*, No. 13-cv-05725; | ) ) ) ) |
| 15 | | ) |
| 16 | *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649; | ) ) ) |
| 17 | | ) |
| 18 | *Schultze Agency Servs., LLC v. Technicolor SA*, No. 13-cv-05668; | ) ) ) |
| 19 | | ) |
| 20 | *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157; | ) ) ) |
| 21 | *Dell Inc. v. Hitachi Ltd.*, No. 13-cv-02171; | ) ) ) |
| 22 | | ) |
| 23 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262 | ) ) ) ) |
| 24 | | ) |
| 25 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | ) ) ) ) |
| 26 | | ) |
| 27 | *Sharp Electronics Corp. v. Hitachi Ltd.*, No. 13-cv-1173 SC | ) ) ) |
| 28 | | ) |

| | |
|---|---|
| *Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.*, <br> No. 13-cv-2776 SC | ) ) ) ) |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, <br> No. 14-cv-2510 SC | ) ) ) ) ) |
| *All Indirect Purchaser Actions* | ) ) ) |

| | |
|---|---|
| 1 | On February 6, 2015, the Court held a hearing on Defendant Koninklijke Philips N.V.'s Motion |
| 2 | for Summary Judgment in the above-captioned actions.  The Court having considered all papers filed |
| 3 | in support of and in opposition to said Motion, and having heard argument of counsel, and good cause |
| 4 | appearing, IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety. |
| 5 | Judgment is entered in favor of Defendant Koninklijke Philips N.V. on all of Plaintiff's claims |
| 6 | in the above-captioned actions. |
| 7 | IT IS SO ORDERED. |

DATED: _____, 2015        _____
                                             Honorable Samuel Conti
                                             U.S. District Judge

-1-
[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S
MOTION FOR SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)