JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
Hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
William.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., LTD*

*Additional Moving Defendants and Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT**<br><br>[Declaration of Claire Yan and [Proposed] Order filed concurrently herewith]<br><br>Judge:  Hon. Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Crtrm.:  1, 17th Floor |

Pursuant to Northern District of California Civil Local Rule 7-11 and 79-5, Defendants Mitsubishi Electric Corporation ("Mitsubishi"), LG Electronics, Inc., LG Electronics U.S.A., and (collectively, "Moving Defendants") respectfully move for this Court to issue an order authorizing the filing under seal of the following submissions:

(1) The highlighted portions of the sealed version of Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds and Memorandum of Points and Authorities in Support Thereof, filed concurrently herewith;

(2) Exhibits 1 through 39 in the Declaration of Claire Yan in Support of Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds and Memorandum of Points and Authorities in Support Thereof ("Yan Declaration"), filed concurrently herewith;

(3) The highlighted portions of the sealed version of Defendants LG and Mitsubishi Electronic Subsidiaries' Notice of Motion and Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof, filed concurrently herewith;

(4) Exhibit D in the Declaration of Jessica Barclay-Strobel in Support of LG and Mitsubishi Electronic Subsidiaries' Notice of Motion and Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof ("Barclay-Strobel Declaration");

(5) Exhibits A through B of the Declaration of Michael T. Brody in Support of LG and Mitsubishi Electronic Subsidiaries' Notice of Motion and Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof ("Brody Declaration");

(6) The highlighted portions of the sealed version of Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity and Memorandum of Points and Authorities in Support Thereof, filed concurrently herewith;

(7) The highlighted portions of the sealed version of Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on

1  Due Process Grounds and Memorandum of Points and Authorities in Support Thereof, filed
2  concurrently herewith;
3      (8)   Exhibits A, B, 1-8, 10-11, 13-16, 21-26, and 28-30 in the Declaration of Laura K
4  Lin In Support of Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment
5  Against Certain Direct Action Plaintiffs on Due Process Grounds, filed concurrently herewith;
6      Moving Defendants concurrently submit the Declaration of Claire Yan in Support of LG
7  and Mitsubishi Defendants' Administrative Motion to Seal in Support of Defendants' Joint
8  Motions for Summary Judgment ("Yan Sealing Declaration"), Gabriel A. Fuentes in Support of
9  LG and Mitsubishi Defendants' Administrative Motion to Seal in Support of Defendants' Joint
10 Motions for Summary Judgment ("Fuentes Sealing Declaration"), and a [Proposed] Order in
11 compliance with Civil Local Rule 79-5(d).
12     Mitsubishi requests that the entirety of exhibits listed in paragraph (5) above be filed under
13 seal because those exhibits are or contain private or competitively sensitive information of
14 Mitsubishi Electric Corporation and as a result have been designated as "HIGHLY
15 CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306), as set forth in paragraph
16 2 of the Fuentes Sealing Declaration.
17     Moving Defendants request that portions of the documents listed in paragraphs (1), (3), (6)
18 and (7), and the entirety of exhibits listed in paragraphs (2), (4), and (8), be filed under seal
19 because those documents and exhibits are or contain discussion, analysis, references to documents
20 or information that other parties to this litigation (the "Designating Parties") have designated
21 "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt.
22 No. 306), as set forth in paragraph 4 and 6-10 of the Yan Sealing Declaration.
23     As permitted by Civil Local Rule 79-5(c), Moving Defendants have concurrently e-filed
24 *under seal* unredacted version of the documents referenced above attached to this motion.
25     Except for the exhibits listed in paragraph (5) , Moving Defendants take no position on
26 whether the designated documents satisfy the requirements for sealing, and specifically reserve the
27 right to challenge any "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" designation under
28 the Stipulated Protective Order (Dkt. No. 306) as well as the sealability of these documents under

Civil Local Rule 79-5.  The Designating Parties must show good cause for sealing the documents by submitting a declaration within four days after the filing of this Administrative Motion to Seal. *See* Civil Local Rule 79-5(d), (e).

RESPECTFULLY SUBMITTED,

DATED:  November 7, 2014

MUNGER, TOLLES & OLSON LLP

By:   /s/ *Hojoon Hwang*
         HOJOON HWANG

Attorneys for Defendants LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., and LG ELECTRONICS TAIWAN TAIPEI CO., LTD.