Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:	213 239-5100
Facsimile:	213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:	312 222-9350
Facsimile:	312 527-0484
ttruax@jenner.com
mbrody@jenner.com
*Attorneys for Mitsubishi Electric Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:13-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. V. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | **DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT.**<br><br>Judge: Hon. Samuel Conti<br>Date:  February 6, 2015<br>Time:  9:00 AM<br>Crtrm.: 1, 17th Floor |

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.,* No. 13-cv-02171;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

## **DECLARATION OF GABRIEL A. FUENTES**

I, Gabriel T. Fuentes, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am a partner at the law firm of Jenner & Block LLP, attorneys of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. I submit this declaration in support of the LG and Mitsubishi Electric Defendants' Administrative Motion to Seal in Support of Defendants' Joint Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. Exhibits A and B to the Declaration of Michael T. Brody filed in Support of LG and Mitsubishi Electric Subsidiaries' Motion For Summary Judgment should be filed under seal because they have been identified by Mitsubishi Electric Corporation to contain private or competitively sensitive information of Mitsubishi Electric Corporation and as a result have been designated as Highly Confidential pursuant to the Protective Order.

1   I declare under penalty of perjury under the laws of the State of California and the United States
2   that the foregoing is true and correct.
3   Executed this 7th day of November, 2014 at Chicago, Illinois.

4              /s/ Gabriel A. Fuentes
                 Gabriel A. Fuentes