1  JEROME C. ROTH (State Bar No. 184950)
   Jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   Hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 184950)
   Miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  William.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 S. Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, California 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.,
   LG Electronics U.S.A., Inc., LG Electronics*
13 *Taiwan Taipei Co., LTD*

14

## UNITED STATES DISTRICT COURT

15

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

16

17

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC (N.D.Cal)<br>MDL No. 1917 |
| This Document Related to:<br><br>Individual Case No. 3:13-cv-2171 (SC), *Dell Inc.; Dell Products L.P., v. Philips Electronics North America Corporation et al.;*<br><br>Individual Case No. 3:13-cv-01173-SC, *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*<br><br>Individual Case No. 3:13-cv-2776 SC, *Sharp Electronics Corp. et al. v. Koninklijke Philips Elecs., N.V. et al*<br><br>. | **[PROPOSED] ORDER GRANTING LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT**<br><br>[Administrative Motion to Seal and Declaration of Claire Yan filed concurrently herewith]<br><br>Judge:  Hon. Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Crtrm.:  1, 17th Floor |

3:07-cv-05944-SC; MDL No. 1917

[PROPOSED] ORDER GRANTING LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT

-2-

1    LG and Mitsubishi Defendants' Administrative Motion to Seal In Support of Defendants'
2 Joint Motions for Summary Judgment came on for hearing on _____.
3    Having read and considered all of the pleadings and documents filed in support of and in
4 opposition to the Motion, and having considered the arguments of counsel, the Court hereby
5 grants the Motion.
6    IT IS SO ORDERED.

Dated:  _____

SAMUEL CONTI
United States District Judge