Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and
Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **THE TOSHIBA DEFENDANTS' JOINDER TO KONINKLIJKE PHILIPS N.V.'S, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS WHO ARE NATURAL PERSONS RESIDING IN CALIFORNIA AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

THE TOSHIBA DEFENDANTS' JOINDER TO PHILIPS'S
MOTION FOR SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS WHO ARE
NATURAL PERSONS RESIDING IN CALIFORNIA AND MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT
Case No. 07-5944 SC
MDL No. 1917

Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the "Toshiba Defendants") hereby join Philips's Motion for Summary Judgment Against Indirect Purchaser Plaintiffs Who Are Natural Persons Residing in California and Memorandum of Points and Authorities in Support, which was filed on November 7, 2014.

Respectfully submitted,

Dated:  November 7, 2014

WHITE & CASE LLP

By:  */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

THE TOSHIBA DEFENDANTS' JOINDER TO PHILIPS'S
MOTION FOR SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS WHO ARE NATURAL PERSONS RESIDING IN CALIFORNIA AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
Case No. 07-5944 SC
MDL No. 1917

# CERTIFICATE OF SERVICE

On November 7, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' JOINDER TO KONINKLIJKE PHILIPS N.V.'S, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS WHO ARE NATURAL PERSONS RESIDING IN CALIFORNIA AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

                                                            */s/ Lucius B. Lau*
                                                            Lucius B. Lau