1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 S. Grand Avenue, Thirty-Fifth Floor
9  Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
10 Facsimile:    (213) 687-3702

11 *Attorneys for Defendants LG Electronics, Inc.*
   *and LG Electronics U.S.A., Inc., LG Electronics*
12 *Taiwan Taipei Co. LTD*

13

14            UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16             SAN FRANCISCO DIVISION

17 | IN RE: CATHODE RAY TUBE (CRT) | Master File No. 3:07-cv-05944-SC
   | ANTITRUST LITIGATION |
18 | | MDL No. 1917

19 | This Document Related to: | **DECLARATION OF CATHLEEN H.**
   | | **HARTGE AND EXHIBITS IN SUPPORT**
20 | DIRECT PURCHASER ACTIONS | **OF DEFENDANT LG ELECTRONICS,**
   | | **INC.'S MOTION FOR PARTIAL**
21 | | **SUMMARY JUDGMENT ON**
   | | **WITHDRAWAL GROUNDS**
22 |
   | **[Notice of Motion and Motion for Partial**
23 | **Summary Judgment, Declaration of Duk**
   | **Chul Ryu and [Proposed] Order filed**
24 | **concurrently herewith]**

25 | Judge:    Honorable Samuel Conti
   | Date:     February 6, 2015
26 | Time:     10:00 a.m.
   | Crtrm.:   1, 17th Floor
27 |

28
                                    Master File No. 3:07-cv-05944-SC
   DECLARATION OF CATHLEEN H. HARTGE AND EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR
        PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

I, Cathleen Hartge, hereby certify and state as follows:

1.      I am over the age of eighteen, and am not a party to this action.  I have personal knowledge of the facts and matters stated herein and, if called, could and would testify competently to them.

2.      Attached to this declaration as Exhibit 1 is a true and correct copy of an article by *Suzanne Kapner, LG of Korea and Philips Set Screen-Making Venture,* N.Y. Times, Nov. 28, 2000, http://www.nytimes.com/2000/11/28/business/lg-of-korea-and-philips-set-screen-making-venture.html.

3.      Attached to this declaration as Exhibit 2 is a true and correct copy of an article by James M. Dorsey, *Philips Electronics, Korea's LG Expand Tie-Ups—Cathode-Ray Tube Venture, Talks on Mobile Phones Follow Big Screens Deal*, Wall St. J., Nov. 28, 2000.

4.      Attached to this declaration as Exhibit 3 is a true and correct copy of an article *LG, Philips to Establish CRT Joint Venture*, Xinhua News Agency, Nov. 28, 2000.

5.      Attached to this declaration as Exhibit 4 is a true and correct copy of an article, *LG Elec Says Philips Deal Almost Done*, Reuters, Nov. 27, 2000.

6.      Attached to this declaration as Exhibit 5 is a true and correct copy of an article by Sunny Yang, *LG Electronics Says Philips Tie Cures Ills*, Korea JoongAng Daily, Nov. 28, 2000, http://koreajoongangdaily.joins.com/news/article/article.aspx?aid=1882016.

7.      Attached to this declaration as Exhibit 6 is a true and correct copy of excerpts from the deposition of Duk Chul Ryu (Volume 1) deposed in this case on January 15, 2014.

8.      Attached to this declaration as Exhibit 7 is a true and correct copy of excerpts from the deposition of Duk Chul Ryu (Volume 2)  deposed in this case on January 16, 2014.

9.      Attached to this declaration as Exhibit 8 is a true and correct copy of deposition exhibit 2629 marked at the deposition of Thomas L. Heiser deposed in this case on March 18, 2014.

10.     Attached to this declaration as Exhibit 9 is a true and correct copy of deposition exhibit 4001 marked at the deposition of Frans Spaargaren deposed in this case on September 12, 2014.

DECLARATION OF CATHLEEN H. HARTGE AND EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

11.     Attached to this declaration as Exhibit 10 is a true and correct copy of deposition exhibit 6000 marked at the deposition of Frans Spaargaren deposed in this case on September 12, 2014.

12.     Attached to this declaration as Exhibit 11 is a true and correct copy of a document produced in this case and Bates stamped as HDP-CRT00026061- HDP-CRT00026062.

13.     Attached to this declaration as Exhibit 12 is a true and correct copy of a true and correct copy of is a document produced in this case and Bates stamped as HEDUS-CRT00164948- HEDUS-CRT00164951.

14.     Attached to this declaration as Exhibit 13 is a true and correct PHLP-CRT- 070838-PHLP-CRT-070839.

15.     Attached to this declaration as Exhibit 14 is a true and correct copy of excerpts from the deposition of Kyung Tae Kwon deposed in this case on July 13, 2012.

16.     Attached to this declaration as Exhibit 15 is a true and correct copy of excerpts from the deposition of In Hwan Song (Volume 3) deposed in this case on December 14, 2012.

17.     Attached to this declaration as Exhibit 16 is a true and correct copy of excerpts from the deposition of Chih Chu Liu (Volume 1) deposed on this case on February 19, 2013.

18.     Attached to this declaration as Exhibit 17 is a true and correct copy of excerpts from the deposition of Chih Chu Liu (Volume 3) deposed on this case on February 21, 2013.

19.     Attached to this declaration as Exhibit 18 is a true and correct copy of excerpts from the deposition of Hirokazu Nishiyama deposed on this case on March 5, 2013.

20.     Attached to this declaration as Exhibit 19 is a true and correct copy of excerpts from the deposition of Pil Jae Lee (Volume 1) deposed in this case on July 16, 2013.

21.     Attached to this declaration as Exhibit 20 is a true and correct copy of excerpts from the deposition of Thomas L. Heiser deposed in this case on March 18, 2014.

22.     Attached to this declaration as Exhibit 21 is a true and correct copy of excerpts from the deposition of Woong Rae Kim (Volume 2) deposed in this case on July 2, 2014.

23.     Attached to this declaration as Exhibit 22 is a true and correct copy of excerpts from the deposition of Frans Spaargaren deposed in this case on August 27, 2014.

24.     Attached to this declaration as Exhibit 23 is a true and correct copy of excerpts from the deposition of Young Bae Na deposed in this case on September 23, 2014.

25.     Attached to this declaration as Exhibit 24 is a true and correct copy of deposition exhibit 7501 marked at the deposition of Young Bae Na on September 23, 2014

26.     Attached to this declaration as Exhibit 25 is a true and correct copy of a true and correct copy of is a document produced in this case and Bates stamped as PHLP-CRT-018339-PHLP-CRT-018340.

27.     Attached to this declaration as Exhibit 26 is a true and correct copy of excerpts from the deposition of Kenneth Elzinga deposed in this case on October 27, 2014.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Executed on the 7th day of November, 2014 in San Francisco, California.


DATED:  November 7, 2014              MUNGER, TOLLES & OLSON LLP
                                      HOJOON HWANG
                                      WILLIAM D. TEMKO
                                      MIRIAM KIM
                                      CATHLEEN H. HARTGE
                                      LAURA K. LIN


                                      By:  _____/s/ Cathleen H. Hartge_____
                                             CATHLEEN H. HARTGE

                                      Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

DECLARATION OF CATHLEEN H. HARTGE AND EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

EXHIBIT 1 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 1
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

**News**Room

11/28/00 N.Y. Times W1
2000 WLNR 3211365

New York Times (NY)
Copyright (c) 2000 The New York Times. All rights reserved.

November 28, 2000

Section: W

LG of Korea and Philips Set Screen-Making Venture

SUZANNE KAPNER

Royal Philips Electronics and LG Electronics form joint venture that would be world's largest maker of television and computer screens; new alliance follows deal struck in September 1999, when LG Electronics sold half its flat-display screen division to Philips; LG-Philips LCD is now world's second-largest maker of thin-film, liquid-crystal displays used for flat screens on laptop computers (M)

LONDON, Nov. 27

Royal Philips Electronics of the Netherlands and LG Electronics of South Korea said today that they would form a joint venture that would be the world's largest maker of television and computer screens. The companies also said that they were discussing a merger of mobile phone operations.

The string of new and potential alliances follows a deal struck in September 1999, when LG Electronics sold half of its flat-display screen division to Philips for $1.6 billion. LG-Philips LCD is now the world's second-largest maker of thin-film, liquid-crystal displays used for flat screens on laptop computers.

Philips and LG will each own half of the joint venture, which will combine the companies' cathode ray tube units. The new company, which has not been named, will have headquarters in Hong Kong and be run by Philippe Combes, chief executive of Philips display components division.

With $6 billion in annual sales, the new venture will hold 25 percent of the market for color picture tubes used in television screens and computer monitors, overtaking the market leader, the Samsung SDI Company, a subsidiary of Samsung Group. Samsung SDI has 15 percent of the global market, Mr. Geerts said.

Peter Knox, an analyst with Commerzbank Securities, called the combination a "neat fit," since it brings together Philips's leading position in large television screens with LG's strength in computer monitors. The two businesses mesh geographically as well. Philips dominates Europe and the Americas, while LG is one of the strongest players in Asia.

For Philips, the combination is expected to increase profitability. LG's margins for the business were 15 percent in 1999, or roughly three times those of Philips, Mr. Knox estimates.

LG, meanwhile, will get $1.1 billion from the new venture to reflect the difference in value between the LG and the Philips businesses. And Philips said it was considering buying as much as $500 million worth of LG preferred shares. LG will use the money to reduce debt -- which has soared after its merger in June with LG Information and Communications, a telecommunications-equipment maker -- and to finance the purchase of a third-generation mobile phone license in Korea.

Shares of Philips rose 1.19 euros, or 2.9 percent, to 42.89 euros ($36). LG fell 200 won, or 1.4 percent, to 13,800 ($11.63).

**---- Index References ----**

Company: LG PHILLIPS LCD (KOREA); SAMSUNG CORP; LG ELECTRONICS LTD; KONINKLIJKE PHILIPS ELECTRONICS NV

News Subject: (Joint Ventures (1JO05); Major Corporations (1MA93); Corporate Groups & Ownership (1XO09))

Industry: (I.T. (1IT96); Visual Display (1VI97); Computer Equipment (1CO77); Consumer Electronics (1CO61); Electronics (1EL16); Manufacturing (1MA74); Flat Panel Displays (1FL81))

Region: (Europe (1EU83); Western Europe (1WE41))

Language: EN

Other Indexing: (AMERICAS; COMMERZBANK SECURITIES; LCD; LG PHILIPS LCD; PHILIPS; ROYAL PHILIPS ELECTRONICS; SAMSUNG; SAMSUNG GROUP) (Geerts; Knox; LG; LG Electronics; LG Information; Peter Knox; Philippe Combes)

Company Terms: ROYAL PHILIPS ELECTRONICS; LG ELECTRONICS

Edition: Late Edition - Final

Word Count: 547



Westlaw Next © 2014 Thomson Reuters. No claim to original U.S. Government Works.

EXHIBIT 2 TO CATHLEEN H. HARTGE DECLARATION
IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S
NOTICE OF MOTION AND MOTION FOR PARTIAL
SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 3
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

**NewsRoom**

11/28/00 Xinhua Eng. Newswire 00:00:00

XINHUA NEWS AGENCY

Copyright © 2004 Comtex News Network. All rights reserved.

November 28, 2000

LG, Philips to Establish CRT Joint venture

SEOUL (Nov. 28) XINHUA - LG Electronics Co. and Royal Philips Electronics have agreed to set up a 50:50 cathode ray tube (CRT) joint venture in the first half of next year. Through the deal, the South Korean company Tuesday said it will be able to secure a total of 1.6 billion U.S. dollars, which will be used to reduce its debts and invested in new strategic businesses.

Philips will pay 1.1 billion dollars for a 50 percent stake in the joint venture to close the difference in valuation of their respective operations.

The alliance will create the world's largest producer of CRTs for TV and computer monitors, outstripping Samsung SDI, which provides 23 percent of global demand, said LG.

Philips is the second largest provider with a share of 13 percent and LG ranks third with 11 percent.

The new economic entity is expected to set up headquarters in Hong Kong and four local operations for manufacturing and marketing in the United States, Europe, the Chinese mainland and the rest of Asia.

Now LGE operates four overseas CRT plants while Philips has 10 plants around the world.

Last year, the two companies formed an LCD joint venture --LG. Philips LCD.

Copyright XINHUA NEWS AGENCY

-0-


**---- Index References ----**

Company: LG ELECTRONICS LTD; KONINKLIJKE PHILIPS ELECTRONICS NV

News Subject: (Joint Ventures (1JO05); Major Corporations (1MA93); Corporate Groups & Ownership (1XO09))

Industry: (Consumer Electronics (1CO61); Electronics (1EL16); Manufacturing (1MA74))

Region: (South Korea (1SO65); USA (1US73); Americas (1AM92); North America (1NO39); Asia (1AS61); Eastern Asia (1EA61))

Language: EN

Other Indexing: (CRT; LG; LG ELECTRONICS CO; LGE; ROYAL PHILIPS ELECTRONICS; SDI)

Word Count: 239

**End of Document**                                             © 2014 Thomson Reuters. No claim to original U.S. Government Works.



EXHIBIT 3 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 3
# TO HARTGE DECLARATION ISO LG ELECTRONICS, INC.'S PARTIAL MSJ ON WITHDRAWAL GROUNDS

**News**Room

11/28/00 Xinhua Eng. Newswire 00:00:00

XINHUA NEWS AGENCY
Copyright © 2004 Comtex News Network. All rights reserved.

November 28, 2000

LG, Philips to Establish CRT Joint venture

SEOUL (Nov. 28) XINHUA - LG Electronics Co. and Royal Philips Electronics have agreed to set up a 50:50 cathode ray tube (CRT) joint venture in the first half of next year. Through the deal, the South Korean company Tuesday said it will be able to secure a total of 1.6 billion U.S. dollars, which will be used to reduce its debts and invested in new strategic businesses.

Philips will pay 1.1 billion dollars for a 50 percent stake in the joint venture to close the difference in valuation of their respective operations.

The alliance will create the world's largest producer of CRTs for TV and computer monitors, outstripping Samsung SDI, which provides 23 percent of global demand, said LG.

Philips is the second largest provider with a share of 13 percent and LG ranks third with 11 percent.

The new economic entity is expected to set up headquarters in Hong Kong and four local operations for manufacturing and marketing in the United States, Europe, the Chinese mainland and the rest of Asia.

Now LGE operates four overseas CRT plants while Philips has 10 plants around the world.

Last year, the two companies formed an LCD joint venture --LG. Philips LCD.

Copyright XINHUA NEWS AGENCY

-0-


**---- Index References ----**

Company: LG ELECTRONICS LTD; KONINKLIJKE PHILIPS ELECTRONICS NV

News Subject: (Joint Ventures (1JO05); Major Corporations (1MA93); Corporate Groups & Ownership (1XO09))

Industry: (Consumer Electronics (1CO61); Electronics (1EL16); Manufacturing (1MA74))

Region: (South Korea (1SO65); USA (1US73); Americas (1AM92); North America (1NO39); Asia (1AS61); Eastern Asia (1EA61))

Language: EN

Other Indexing: (CRT; LG; LG ELECTRONICS CO; LGE; ROYAL PHILIPS ELECTRONICS; SDI)

Word Count: 239

**End of Document**                                               © 2014 Thomson Reuters. No claim to original U.S. Government Works.



EXHIBIT 4 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 4
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

**News**Room

11/27/00 Reuters News 00:57:58

Reuters
Copyright © 2000 Reuters Limited

November 27, 2000

LG Elec says Philips deal almost done.

SEOUL, Nov 27 (Reuters) - LG Electronics , a South Korean home appliance maker, said on Monday the final touches were being put on a deal with Philips Electronics NV of Netherlands.

"Negotiations are still going on, but the talks are in the final stage," an LG spokesman said. He declined to elaborate.

A spokesman from Philips Electronics Korea said the company might make an announcement on Monday, but he would not confirm the announcement would involve LG.

The Maeil Business Newspaper reported on Monday that LG Electronics would set up a joint venture with Philips for cathode ray tube (CRT) business.

Philips would invest $1.6 billion to take most of shares of the joint venture, which would start with LG's CRT business, it said.

Philips would pay $400 million to LG within this year, which would be used for improving its financial status, and invest the rest in the first half of next year, when the joint venture would officially inaugurate, the newspaper said.

LG and Philips would manage the joint venture together, it said.

LG Electronics shares were down 50 won ($0.421) to 13,950 at 0055 GMT.

LG Electronics set up a TFT-LCD joint venture with Philips last year.

($=1187.0 won).


**---- Index References ----**

Company: PHILIPS ELECTRONICS (UK) LTD; LIMITED LIABILITY COMPANY "PHILIPS"; PHILIPS ELECTRONICS CHINA BV; KONINKLIJKE PHILIPS ELECTRONICS NV; LG ELECTRONICS; PHILIPS ELECTRONICS TECHNOLOGY SHANGHAI HOLDING BV; LG CORP; PHILIPS MEDICAL REFURBISHED SYSTEMS BV; PHILIPS ELECTRONICS SINGAPORE PTE LTD; LG ELECTRONICS LTD; PHILIPS AB; PHILIPS ELECTRONICS INDIA LTD; PHILIPS ELECTRONICS REALTY CORP; PHILIPS AG; PHILIPS ELECTRONICS (ISRAEL) LTD; PHILIPS ELECTRONICS IRELAND LTD; PHILIPS ELECTRONICS REPRESENTATIVE OFFICES BV; PHILIPS ELECTRONICS MIDDLE EAST AND AFRICA BV; LEAGUE ALLOY CO LTD; PHILIPS SPA (PHILIPS ELECTRONIC NV); PHILIPS ELECTRONICS LTD; PHILIPS ELECTRONICS KOREA LTD; LIBERTAS CAPITAL (DUBAI) LTD; LCD;

KONINKLIJKE PHILIPS; PHILIPS DANMARK AS; LAFARGE SA ADR; GUANGXI LIUGONG MACHINERY CO LTD; PHILIPS ELECTRONICS AUSTRALIA LTD; PHILIPS ELECTRONICS JAPAN LTD; PHILIPS ROMANIA SRL

News Subject: (Joint Ventures (1JO05); Major Corporations (1MA93); Corporate Events (1CR05); Business Management (1BU42))

Industry: (Electronics (1EL16); Consumer Electronics (1CO61); Consumer Products & Services (1CO62))

Region: (South Korea (1SO65); Far East (1FA27); Eastern Asia (1EA61); Asia (1AS61))

Language: EN

Other Indexing: (ELECTRONICS KOREA; LCD; LG; LG ELEC; LG ELECTRONICS; MAEIL BUSINESS NEWSPAPER; PHILIPS; PHILIPS ELECTRONICS) (Philips)

Word Count: 200

---

**End of Document**

© 2014 Thomson Reuters. No claim to original U.S. Government Works.



EXHIBIT 5 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 5
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS







JTBC   중앙일보   중앙SUNDAY   Korea JoongAng Daily   일간스포츠   JMnet 더보기 ▾   로그인   日본·中文

**KOREA JoongAng DAILY**

Search

| National | Business | Opinion | Culture | Sports | Foreign community | 🔊 영어신문학습 |

Economic & Financial Policy    Industry    IT/Science    Stock Market    Special series

구독신청 | 샘플신청 | PDF | 모바일

f  ⓣ  ⓣ  Ⓒ   URL 줄이기        + A  − A        📖 dictionary     🖨     ✉     ⬇

# LG Electronics Says Philips Tie Cures Ills

Nov 28,2000

JoongAng Ilbo spoke Tuesday with the vice chairman and CEO of LG Electronics, John Koo. LG signed an agreement Monday with Royal Philips Electronics to merge their cathode ray tube businesses into a new company.

JAI: LG Electronics has entered into another partnership with Philips in addition to the currently operating joint venture that makes liquid crystal displays. Why did you select Philips again as your partner?

Koo: We have trust in Philips, since the first partnership has posted satisfactory revenues. We foresee that this new joint venture, for cathode ray tubes, will become a leader in the global market.

JAI: Do you have anything to say about your relationship with Philips a year after establishing the liquid crystal display partnership?

Koo: I realized that it was impossible to take the world's top position without a partnership with another company in these times of unlimited competition.

JAI: Some industry watchers expect that LG's display unit business will be shrunk by the spin-off of its cathode ray tube business.

Koo: We do not expect any big problems, as cathode ray tubes are components of monitors. The new company will develop technologies and new products which the parents will use in their TVs and monitors. The joint venture will provide more value for the parent companies.

JAI: Nomura Securities pointed out that LG's attraction of foreign capital resulting from the partnership is not enough to settle its short-term liquidity problems.

Koo: We will receive a $1.1 billion payment from the new company during the first half of 2001. We will issue redeemable preferred shares to lower our debt ratio to below 200 percent by the end of this year. If Philips purchases $500 million worth of the issues, our liquidity problems will be completely solved. We have already secured sufficient capital for investment in digital and telecommunication equipment projects.

JAI: Despite the attraction of foreign capital, LG Electronics' shares have been on a downward course recently.

Koo: If investors would look at our additional efforts to lower the company's debt ratio, they would change their attitudes. We will soon sell off our stakes in non-electronics affiliates. I would ask investors to consider our company's future value.

JAI: Some market observers are pessimistic about the new partnership. They say that LG electronics will remain as a simple manufacturer of refrigerators and washing machines because you have shed your major high-tech business segments.



Koo: The cathode ray tube business is no longer our major high-tech business. We will build on our reputation as the "digital leader," focusing on digital projects and next-generation telecommunications projects. The profitability of the company will be boosted by the partnership. We will prove it sooner or later.

JAI: But LG Electronics' annual sales are expected to drop next year after the spin-off of the cathode ray tube business.

Koo: Sales figures next year will not be much changed from this year. We have projected 2001 at 16.4 trillion won ($13.8 billion), up from 13.6 trillion won this year. Profits will also increase.

**by Sunny Yang**

▶ "당뇨" 딴거하지말고, "이것"만 해라!
▶ 남성수술은 퍼스트비뇨기과 김재영원장
▶ 남탈! 전립선 완치할 수 있다.
▶ 아이 셋 주부, 남편 몰래 '이것' 만지더니..
▶ 짝 출신 "30억" 재벌男, 알고보니..충격!
▶ 김오곤티 "비만어성" ○○모르면 살못빼?!





### J-Hot Click

- Residents block launch of leaflets
- Arrival of iPhone 6 will change phone market
- Jobs for humanities majors pull a vanishing act
- Reps vow help for sex slaves
- North can fit nuke on missile: USFK commander
- United States a 'logical ally' for Korea, Stratfor's
- FSS to investigate lenders
- SC Korea to open new head office
- 3-D printers in the operating room
- Kaist researcher elected as next director of ITU

- 항암효과 있는 약초 "와송" 화제된 이유?!
- 남성수술은 퍼스트비뇨기과 김재영원장
- 서민 대출지원 "최대 5000만원" 가능
- 방송인도 놀란"주식프로그램" 대체뭐길래?
- 전X현 부분모델 화끈한 몸매비결!!

- 30.40代부부관계 관심사 – "한번더"?
- "2개 이상 임플란트 해야한다면?"
- 고추 만지는 내아이..알아보니? "틱장애"
- 김오곤티비만어성 살찌는 이유? 이것ول라서..
- 부부들의 제 2의 신혼 "이것" 알고보니..

 Tweet 0   Recommend   URL 줄이기  dictionary 



Log in to **Twitter or Facebook** account to connect
with the Korea JoongAng Daily

Social comment?

To write comments, please log in to one of the accounts.

Standards Board Policy (0/250자)

To write comments, please log in to one of the accounts.

등록





## SHOPPING & LIFE

더보기



올레멤버십 다이어리 2015



[인터파크도서]정가로 구매하
면 두배 할인!!



기미 잡티에 대박난 괴물 화장
품 등장!



바르고 문지르면 기미, 잡티가
깨끗!



**Market Data**                    2014-10-28 마감

| KOSPI | KOSDAQ | Exchange Rate |
|---|---|---|
| 1,925.68 | 562.29 | 1,049.30 |
| ▼ 6.29 0.33% | ▲ 2.37 0.42% | ▼ 3.2 0.3% |

증권 종목을 검색하세요    검색    주요시세정보

**Bilingual Column**    more ›

**Government must not feign innocence**



착한 정부는 나쁜 정부다

**실시간 인기정보**

- 김오곤" 비만여성 운동없이 살뺄수있다?!
- 김오곤타비만여성 "이것"만 해도살빼져?!
- 먹어도 살 안찌는 여성, 이유 알고보니..
- 가을철.라식.라섹 할때 "꼭" 이것만 알아두…
- "당뇨완인" 해결한 한국인, 세계가 놀랐다..
- ▶ 서민대출 지원 "최대5000만원까지"
- 남성수술은 퍼스트비뇨기과 김재영원장
- 서민대출 지원 "최대5000만원까지!"
- 대명"파격할인분양" 보증금 100%만기 환급!







## Editorials                                    more ›

**Time for realism**

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Court's strange logic** ◄ EDITORIAL



## INSIDE K-Wave
more ›

### JYJ to perform on Japan tour

K-pop trio JYJ successfully finished their Asia tour last month. ...



### Park Hae-jin makes donation

Korean actor Park Hae-jin donated 100 million won ($94,047)...



## My App Series

### 1200+ Financial Terms HD

This elaborate glossary is useful for people ...



### Image To Text OCR

A loyal reader sent a letter to the Korea JoongAng Daily...



### Opinet

Cruising around town to try to find the cheapest gas station is ...



## What's Popular Now

| National | Business | Opinion | Culture |
|---|---|---|---|

1. Residents block launch of leaflets
2. Execution asked for Sewol captain
3. Jobs for humanities majors pull a
4. Saenuri details its overhaul of public pe...
5. Reps vow help for sex slaves
6. Unification can be planned for
7. North can fit nuke on missile: USFK
8. United States a 'logical ally' for Korea,...

About the paper  |  Contact Us  |  Advertising  |  FAQ  |  Q&A

JoongAng Media Network

Copyright by JoongAng Ilbo

Terms of Use  |  Copyright Policy  |  Privacy Policy  |  E-mail address privacy

KOREA JOONGANG DAILY

All materials contained on this site are protected by Korean copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior consent of Joins.com.

[Policy on the use of contents]

EXHIBIT 6 TO CATHLEEN H. HARTGE DECLARATION
IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S
NOTICE OF MOTION AND MOTION FOR PARTIAL
SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 6
# TO HARTGE DECLARATION ISO LG ELECTRONICS, INC.'S PARTIAL MSJ ON WITHDRAWAL GROUNDS

HIGHLY CONFIDENTIAL

# ORIGINAL

Page 1

1         UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3    ——————————————————————————

                             )

4   IN RE:  CATHODE RAY TUBE     )

    (CRT) ANTITRUST LITIGATION   )

5    —————————————————————————— )  No. 307-5944 SC

                             )  MDL No. 1917

6   This Document Relates to:    )

                             )  **HIGHLY CONFIDENTIAL**

7   ALL ACTIONS              )

   —————————————————————————— )

8

9     SUPERIOR COURT OF THE STATE OF CALIFORNIA

10      CITY AND COUNTY OF SAN FRANCISCO

11   ——————————————————————————

                             )

12   STATE OF CALIFORNIA, et al.,   )

                             )

13           Plaintiffs,    )

             v.                )  No. CGC-11-51584

14                             )  [Related to

   SAMSUNG SDI, INC., CO.,      )  CGC-11-515786]

    LTD., et al.            )

15                             )

          Defendants.    )

16   ——————————————————————————

17

18     VIDEOTAPED DEPOSITION OF DUK CHUL RYU

19         San Francisco, California

20       Wednesday, January 15, 2014

21            Volume I

22

   Reported by:

23   SUZANNE F. BOSCHETTI

   CSR No. 5111

24

25

HIGHLY CONFIDENTIAL

Page 22

| | | | |
|---|---|---|---|
| 1 | Q | Mr. Ryu, you started working at LG in April | 09:32:52 |
| 2 | of 1994; is that correct? | | 09:32:56 |
| 3 | A | No. | 09:33:05 |
| 4 | Q | When did you start working for LG? | 09:33:08 |
| 5 | A | It was from December of 1993. | 09:33:16 |
| 6 | Q | And was it called Lucky -- was LG called | 09:33:24 |
| 7 | Lucky Goldstar at that time? | | 09:33:27 |
| 8 | A | It was Goldstar. | 09:33:39 |
| 9 | Q | And it changed to LG Electronics sometime | 09:33:40 |
| 10 | in 1995; is that correct? | | 09:33:45 |
| 11 | A | That I'm not too sure. | 09:33:56 |
| 12 | Q | What was your title when you first joined | 09:33:58 |
| 13 | LG or Goldstar? | | 09:34:01 |
| 14 | A | I was an associate. | 09:34:09 |
| 15 | Q | And what group were you in at that time? | 09:34:13 |
| 16 | | THE INTERPRETER: Clarification. | 09:34:34 |
| 17 | | THE WITNESS: I belonged to the Planning | 09:34:40 |
| 18 | and Management Department in CRT Business Division | | 09:34:46 |
| 19 | located in Gumi. | | 09:34:52 |
| 20 | | THE INTERPRETER: G-u-m-i. | 09:34:54 |
| 21 | BY MS. WHITEHEAD: | | 09:35:01 |
| 22 | Q | So you had responsibilities related to | 09:35:02 |
| 23 | cathode ray tubes at that time; is that correct? | | 09:35:04 |
| 24 | A | Yes. | 09:35:17 |
| 25 | Q | And cathode ray tubes are also called CRTs, | 09:35:17 |

HIGHLY CONFIDENTIAL

Page 23

| | | |
|---|---|---|
| 1 | right? | 09:35:21 |
| 2 | A    Yes, that's correct. | 09:35:26 |
| 3 | Q    And you understand that a color display | 09:35:27 |
| 4 | tube is a type of CRT; is that right? | 09:35:29 |
| 5 | A    It is a CRT for monitors. | 09:35:44 |
| 6 | Q    For computer monitors? | 09:35:47 |
| 7 | A    Correct. | 09:35:51 |
| 8 | Q    And it's also referred to as a CDT? | 09:35:52 |
| 9 | A    Yes, that's correct. | 09:35:59 |
| 10 | Q    Were there any other uses for CDTs besides | 09:36:01 |
| 11 | computer monitors? | 09:36:05 |
| 12 | A    To my understanding, it is also used for | 09:36:19 |
| 13 | medical equipment. | 09:36:22 |
| 14 | Q    And that would be for the displays for | 09:36:26 |
| 15 | medical equipment; is that right? | 09:36:29 |
| 16 | A    That's correct. | 09:36:33 |
| 17 | Q    Do you understand that a color picture tube | 09:36:36 |
| 18 | is also a type of CRT? | 09:36:38 |
| 19 | A    Yes. | 09:36:46 |
| 20 | Q    It's also referred to as a CPT? | 09:36:47 |
| 21 | A    Yes, that's correct. | 09:36:54 |
| 22 | Q    And CPTs were used in televisions, correct? | 09:36:54 |
| 23 | A    Yes, that's correct. | 09:37:01 |
| 24 | Q    Were there any other uses for CPTs besides | 09:37:02 |
| 25 | televisions? | 09:37:05 |

HIGHLY CONFIDENTIAL

|   | | Page 24 |
|---|---|---|
| 1 | A    I don't believe I heard of any other uses. | 09:37:15 |
| 2 | Q    How long were you an associate in the | 09:37:23 |
| 3 | Planning and Management Group at Gumi when you | 09:37:26 |
| 4 | started in '93? | 09:37:30 |
| 5 | A    I think I was an associate for four to five | 09:37:49 |
| 6 | years. | 09:37:53 |
| 7 | Q    What were your job responsibilities as an | 09:37:58 |
| 8 | associate in the Planning and Management Group at | 09:38:02 |
| 9 | the Gumi factory? | 09:38:05 |
| 10 | A    I analyzed costs for the CRTs that were | 09:38:23 |
| 11 | manufactured by Goldstar. | 09:38:28 |
| 12 | Q    What types of costs did you analyze? | 09:38:38 |
| 13 | A    The such costs as the material cost, the | 09:39:06 |
| 14 | labor cost, other expenses, sales management cost | 09:39:10 |
| 15 | and general management costs were managed. | 09:39:15 |
| 16 | Q    Did you issue any reports about the costs | 09:39:26 |
| 17 | for CRTs during that time? | 09:39:30 |
| 18 | A    Yes. | 09:39:44 |
| 19 | Q    What types of reports did you issue? | 09:39:44 |
| 20 | A    I reported the analysis result of the costs | 09:40:03 |
| 21 | by sizes of CDTs and CPTs. | 09:40:09 |
| 22 | Q    How frequently did you issue these reports? | 09:40:20 |
| 23 | A    I issued reports quarterly. | 09:40:37 |
| 24 | Q    And who did you issue the reports to? | 09:40:41 |
| 25 | A    I made a report to the team leader. | 09:40:52 |

HIGHLY CONFIDENTIAL

Page 159

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby

3     certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that any witnesses in the foregoing proceedings,

7     prior to testifying, were duly sworn; that a record

8     of the proceedings was made by me using machine

9     shorthand which was thereafter transcribed under my

10    direction; that the foregoing transcript is a true

11    record of the testimony given.

12         I further, certify I am neither financially

13    interested in the action nor a relative or employee

14    of any attorney or party to this action.

15         IN WITNESS WHEREOF, I have this date

16    subscribed my name.

17    Dated: January 24, 2014

18

19

20

21

22         SUZANNE F. BOSCHETTI

23            CSR No. 5111

24

25

Attached to the deposition of DUK CHUL RYU, Volume I (January 15, 2014)

## ERRATA SHEET

| Page | Line | Change |
|------|------|--------|
| 22 | 14 | Change "receive" to "received" |
| 24 | 13 | Delete "the" before "such" |
| 25 | 4 | Change "where" to "were" |
| 27 | 14 | Delete "in" |
| 27 | 15 | Change "lines" to "line" |
| 33 | 9 | Change "teams" to "team" |
| 34 | 19 | Change "sizes" to "size" |
| 43 | 17 | Change "a" to "the" |
| 43 | 19 | Change "at that" to "on the" |
| 43 | 20 | Change "sizes were" to "size was" |
| 44 | 3 | Change "have" to "had" |
| 44 | 8 | Change "demand" to "demands" |
| 44 | 20 | Change "in" to "on" |
| 60 | 18 | Change "was" to "were" |
| 68 | 3 | Change "Export" to "Domestic" |
| 68 | 8 | Change "Export" to "Domestic" |
| 68 | 14 | Change "Export" to "Domestic" |
| 80 | 18 | Change "Teco" to "Beko" |
| 86 | 8 | Change "Teco" to "Beko" |
| 98 | 4 | Change "was" to "were" |
| 101 | 16 | Change "was" to "were" |
| 103 | 18 | Change "cost" to "cause" |
| 110 | 19 | Change "inventory" to "demand" |
| 128 | 17 | *Should be*:  "There were people who worked in…" |
| 140 | 12 | Change "how many" to "what" |

HIGHLY CONFIDENTIAL

Page 158

1

2

3

4

5

6

7

8          I, DUK CHUL RYU, do hereby declare under

9     penalty of perjury that I have read the foregoing

10    transcript of my deposition; that I have made such

11    corrections as noted herein, in ink, initialed by

12    me, or attached hereto; that my testimony as

13    contained herein, as corrected, is true and correct.

14          EXECUTED this __21__ day of __February__,

15    2014, at ____Seoul____, __South Korea__.

16                    (City)              (State)

17

18          _____

                         DUK CHUL RYU

19                       Volume I

20

21

22

23

24

25

EXHIBIT 7 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 7
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

HIGHLY CONFIDENTIAL

# ORIGINAL

Page 160

1          UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3    ——————————————————————————

                           )

4   IN RE:  CATHODE RAY TUBE      )

    (CRT) ANTITRUST LITIGATION     )

5   ——————————————————————————  )  No. 307-5944 SC

                           )  MDL No. 1917

6   This Document Relates to:     )

                           )  **HIGHLY CONFIDENTIAL**

7   ALL ACTIONS                  )

   ——————————————————————————  )

8

9      SUPERIOR COURT OF THE STATE OF CALIFORNIA

10       CITY AND COUNTY OF SAN FRANCISCO

11   ——————————————————————————

                           )

   STATE OF CALIFORNIA, et al.,   )

12                          )

13            Plaintiffs,     )

           v.               )  No. CGC-11-51584

                           )  [Related to

14   SAMSUNG SDI, INC., CO.,      )  CGC-11-515786]

    LTD., et al.                )

15                          )

          Defendants.     )

16   ——————————————————————————  )

17

18      VIDEOTAPED DEPOSITION OF DUK CHUL RYU

19           San Francisco, California

20         Thursday, January 16, 2014

21              Volume II

22

   Reported by:

23   SUZANNE F. BOSCHETTI

    CSR No. 5111

24

25

HIGHLY CONFIDENTIAL

Page 239

| | | |
|---|---|---|
| 1 | else and did it. | 01:49:18 |
| 2 | Q    So when -- when an employee of LGE | 01:49:20 |
| 3 | communicated with one of its suppliers that it would | 01:49:26 |
| 4 | purchase, you know, a particular volume of tubes, | 01:49:28 |
| 5 | was it guaranteeing that it would purchase that | 01:49:31 |
| 6 | number of tubes? | 01:49:33 |
| 7 | MR. TEMKO:  Vague and ambiguous. | 01:49:59 |
| 8 | Incomplete hypothetical.  Calls for a legal | 01:50:01 |
| 9 | conclusion. | 01:50:07 |
| 10 | THE WITNESS:  We did not guarantee. | 01:50:10 |
| 11 | BY MS. WHITEHEAD: | 01:50:13 |
| 12 | Q    Were there times when LGE purchased fewer | 01:50:13 |
| 13 | tubes than it had told a supplier it intended to | 01:50:16 |
| 14 | purchase? | 01:50:21 |
| 15 | A    Yes, there were. | 01:50:35 |
| 16 | Q    In what situations would that happen? | 01:50:36 |
| 17 | A    There were cases where the total number of | 01:51:03 |
| 18 | TV monitor production volume was decreased from the | 01:51:09 |
| 19 | number that we had planned at the LG Electronics. | 01:51:19 |
| 20 | Q    And were there ever any other reasons that | 01:51:24 |
| 21 | LGE would purchase fewer tubes than it had told a | 01:51:26 |
| 22 | supplier it would purchase? | 01:51:31 |
| 23 | A    In case their price competitiveness was | 01:52:07 |
| 24 | worse than the other supplier, because we sometimes | 01:52:12 |
| 25 | gave more volume to the other company that had | 01:52:18 |

HIGHLY CONFIDENTIAL

Page 240

| | | |
|---|---|---|
| 1 | better price competitiveness, in that case, certain | 01:52:23 |
| 2 | supplier's volume got decreased. | 01:52:29 |
| 3 | Q    Were there any other reasons that LGE would | 01:52:34 |
| 4 | purchase fewer tubes than it had told a supplier it | 01:52:36 |
| 5 | would purchase? | 01:52:40 |
| 6 | A    Because you limited your question up to | 01:53:13 |
| 7 | 2010, there was another reason.  For example, there | 01:53:15 |
| 8 | were cases where a certain supplier reduced their | 01:53:22 |
| 9 | CRT business that in some cases a company would | 01:53:27 |
| 10 | completely give up the CRT business all together | 01:53:37 |
| 11 | that we had to reduce the volume of the CRTs that we | 01:53:43 |
| 12 | purchased than the plan. | 01:53:49 |
| 13 | Q    And are there any other reasons you can | 01:53:57 |
| 14 | think of? | 01:53:59 |
| 15 | A    No. | 01:54:06 |
| 16 | Q    When you were in procurement at LGE, LGE | 01:54:10 |
| 17 | was a -- an owner of LPD, correct? | 01:54:15 |
| 18 | MR. TEMKO:  Object.  No foundation.  Calls | 01:54:31 |
| 19 | for a legal conclusion.  And vague as to time. | 01:54:36 |
| 20 | THE WITNESS:  I knew it was a joint | 01:54:53 |
| 21 | venture, but I did not have a precise understanding | 01:54:59 |
| 22 | as to the relationship with LG Electronics. | 01:55:03 |
| 23 | BY MS. WHITEHEAD: | 01:55:07 |
| 24 | Q    Did LGE procure tubes from LPD differently | 01:55:07 |
| 25 | from the way it procured tubes from other CRT | 01:55:12 |

HIGHLY CONFIDENTIAL

Page 241

```
 1    suppliers?                                      01:55:16
 2        A      No.                                  01:55:26
 3        Q      Who were LGE's CRT computer monitor  01:55:37
 4    customers during the time you were in procurement at  01:55:42
 5    LGE?                                            01:55:45
 6            MR. TEMKO:   Object.  No foundation.    01:56:01
 7            THE WITNESS:   LG Electronics had its own  01:56:25
 8    brand, and I believe it supplied to such companies  01:56:29
 9    as Sony or other companies which did OEM method.  01:56:37
10    BY MS. WHITEHEAD:                               01:56:45
11        Q      Can you think of any other companies who  01:56:46
12    used the OEM method that LGE supplied computer  01:56:50
13    monitors to?                                    01:56:54
14        A      I remember Apple.                    01:57:09
15        Q      Any others?                          01:57:11
16        A      I don't recall any more because I wasn't  01:57:19
17    directly involved in the sales.                 01:57:21
18        Q      Do you know whether LGE supplied computer  01:57:27
19    monitors to Dell?                               01:57:30
20        A      That I don't know.                   01:57:38
21        Q      Do you know whether LGE -- strike that.  01:57:41
22            During the time you were in procurement at  01:57:47
23    LGE, who were the TV customers of LGE?          01:57:51
24            MR. TEMKO:   Just out of curiosity, do you  01:58:07
25    mean CRT televisions?                           01:58:10
```

HIGHLY CONFIDENTIAL

Page 284

| | | |
|---|---|---|
| 1 | MR. TEMKO:  Yes, please. | 04:47:11 |
| 2 | BY MS. WHITEHEAD: | 04:47:16 |
| 3 | Q     Were you curious why LPD had information | 04:47:16 |
| 4 | about the price increase plans of its competitors? | 04:47:20 |
| 5 | MS. SOLOUKI:  Same objection. | 04:47:35 |
| 6 | THE WITNESS:  This is what I thought: | 04:48:09 |
| 7 | There was no way to verify whether the LPD's | 04:48:18 |
| 8 | information they were telling me about the | 04:48:25 |
| 9 | competitors' price increase was correct or not.  So | 04:48:27 |
| 10 | I thought it was one of the LPD's sales strategy or | 04:48:42 |
| 11 | a way to persuade me of their price increase notice, | 04:48:50 |
| 12 | that they could have been using this as false | 04:48:56 |
| 13 | information. | 04:49:11 |
| 14 | One thing I want to add is that it pertains | 04:49:55 |
| 15 | to my personal position, but because I was working | 04:50:01 |
| 16 | in the procurement of monitor CDT and TV CPT and the | 04:50:11 |
| 17 | LCD module at the same time, that relating to the | 04:50:23 |
| 18 | CRT portion, I was making every effort to lower the | 04:50:29 |
| 19 | cost in terms of the CDT monitors and CPT TVs. | 04:50:42 |
| 20 | In addition to it, if you look at the first | 04:51:45 |
| 21 | email, the date of the first email is October 25th. | 04:51:47 |
| 22 | And later on, Mr. Ahn makes another request, again | 04:51:52 |
| 23 | on January 13th.  So that means -- | 04:51:58 |
| 24 | MS. WHITEHEAD:  November. | 04:52:04 |
| 25 | (Discussion off the record in Korean.) | 04:52:14 |

HIGHLY CONFIDENTIAL

Page 285

| | | |
|---|---|---|
| 1 | THE WITNESS:   So that means during that | 04:52:16 |
| 2 | 20 days, I had been making a lot of effort in order | 04:52:20 |
| 3 | to lower the prices or to respond to the price | 04:52:30 |
| 4 | increase with my own purchasing strategy, even | 04:52:37 |
| 5 | utilizing the Business Planning Team, not only the | 04:52:46 |
| 6 | Purchasing Team, that I was making every effort to | 04:52:58 |
| 7 | lower the CRT prices.  So I think you can verify | 04:53:04 |
| 8 | that reading these chain of emails. | 04:53:09 |
| 9 | BY MS. WHITEHEAD: | 04:53:21 |
| 10 | Q   Do you recall whether LPD was ultimately | 04:53:21 |
| 11 | successful in getting this price increase that it | 04:53:24 |
| 12 | requested in October of 2007? | 04:53:30 |
| 13 | A   I don't recall that exactly. | 04:53:48 |
| 14 | Q   But according to the email on | 04:53:50 |
| 15 | November 13th, 2007, LPD still insisted on a price | 04:53:53 |
| 16 | increase, correct? | 04:53:58 |
| 17 | MR. TEMKO:  Mischaracterizes the document. | 04:54:07 |
| 18 | THE WITNESS:  Yes, that's right.  That's | 04:54:22 |
| 19 | why the first email was written by the -- I believe | 04:54:24 |
| 20 | a manager at the LPD's Sales Team, but the last | 04:55:08 |
| 21 | email was from the -- I believe he was the sales | 04:55:15 |
| 22 | director of LPD, and I think that shows how fierce | 04:55:22 |
| 23 | the price negotiation was. | 04:55:29 |
| 24 | BY MS. WHITEHEAD: | 04:55:29 |
| 25 | Q   Mr. Ryu, as an employee in purchasing for | 04:55:37 |

HIGHLY CONFIDENTIAL

Page 286

| | | |
|---|---|---|
| 1 | CRTs, did you want your suppliers to discuss prices | 04:55:40 |
| 2 | with their competitors? | 04:55:44 |
| 3 |     A     Not at all. | 04:56:11 |
| 4 |     Q     So when you received emails like the one | 04:56:12 |
| 5 | here in which your suppliers provided information | 04:56:14 |
| 6 | regarding the price increases of their competitors, | 04:56:19 |
| 7 | why didn't you ask them how they got that | 04:56:23 |
| 8 | information? | 04:56:25 |
| 9 |     A     By "competitors," do you mean SDI and CPT? | 04:56:51 |
| 10 |     Q     Yes. | 04:56:56 |
| 11 |     A     As I said earlier, that was because I did | 04:57:23 |
| 12 | not have sufficient time to pay attention to those | 04:57:35 |
| 13 | things, because I had too many things to take care | 04:57:39 |
| 14 | of that I could not pay attention to it. | 04:57:42 |
| 15 |     Also, I wasn't interested in whether the | 04:58:06 |
| 16 | CPT was raising its prices or SDI was raising its | 04:58:09 |
| 17 | prices.  My foremost interest was to lower the CDT | 04:58:15 |
| 18 | prices that we were purchasing from LPD. | 04:58:22 |
| 19 |     So if you look in the middle of the email, | 04:58:40 |
| 20 | it says:  "No profit, no business."  This is the | 04:58:43 |
| 21 | phrase I used in order to pressure LPD so that I | 04:58:45 |
| 22 | could lower the prices. | 04:58:56 |
| 23 |     Q     Mr. Ryu, if you did not want your suppliers | 04:59:00 |
| 24 | to discuss prices with their competitors, why didn't | 04:59:05 |
| 25 | you ask Mr. Jin Mun Choi how he got the information | 04:59:10 |

HIGHLY CONFIDENTIAL

Page 293

1        I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4        That the foregoing proceedings were taken

5  before me at the time and place herein set forth;

6  that any witnesses in the foregoing proceedings,

7  prior to testifying, were duly sworn; that a record

8  of the proceedings was made by me using machine

9  shorthand which was thereafter transcribed under my

10  direction; that the foregoing transcript is a true

11  record of the testimony given.

12        I further, certify I am neither financially

13  interested in the action nor a relative or employee

14  of any attorney or party to this action.

15        IN WITNESS WHEREOF, I have this date

16  subscribed my name.

17

18  Dated: January 29, 2014.

19

20

21  _____

22        SUZANNE F. BOSCHETTI

23        CSR No. 5111

24

25

HIGHLY CONFIDENTIAL

Page 292

1

2

3

4

5

6

7

8          I, DUK CHUL RYU, do hereby declare under

9    penalty of perjury that I have read the foregoing

10   transcript of my deposition; that I have made such

11   corrections as noted herein, in ink, initialed by

12   me, or attached hereto; that my testimony as

13   contained herein, as corrected, is true and correct.

14          EXECUTED this ___ day of _February_ ,

15   2014, at ____Seoul____ , __South Korea__ .

16                  (City)              (State)

17

18          _____

                 DUK CHUL RYU

19               Volume II

20

21

22

23

24

25

SEALED EXHIBIT 8 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS - Filed Under Seal

EXHIBIT 9 TO CATHLEEN H. HARTGE DECLARATION
IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S
NOTICE OF MOTION AND MOTION FOR PARTIAL
SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 9
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

1  | BAKER BOTTS L.L.P.
   | Jon V. Swenson (SBN 233054)
2  | 1001 Page Mill Road
   | Building One, Suite 200
3  | Palo Alto, CA 94304-1007
   | Telephone: (650) 739-7500
4  | Facsimile: (650) 739-7699
   | Email: jon.swenson@bakerbotts.com
5  |
   | BAKER BOTTS L.L.P.
6  | John M. Taladay (*pro hac vice*)
   | Joseph Ostoyich (*pro hac vice*)
7  | Erik T. Koons (*pro hac vice*)
   | Charles M. Malaise (*pro hac vice*)
8  | 1299 Pennsylvania Avenue, N.W.
   | Washington, D.C. 20004-2400
9  | Telephone: (202) 639-7700
   | Facsimile: (202) 639-7890
10 | Email: john.taladay@bakerbotts.com
   | Email: joseph.ostoyich@bakerbotts.com
11 | Email: erik.koons@bakerbotts.com
   | Email: charles.malaise@bakerbotts.com
12 |
   | *Attorneys for Defendant Koninklijke Philips N.V., and*
13 | *Philips Electronics North America Corporation*

14

15 | **UNITED STATES DISTRICT COURT**
   | **NORTHERN DISTRICT OF CALIFORNIA**
16 | **SAN FRANCISCO DIVISION**

17 | In re: CATHODE RAY TUBE (CRT)          | Case No. 07-5944 SC
   | ANTITRUST LITIGATION                   | MDL No. 1917
18 |
   | This Document Relates to:              | **DECLARATION OF FRANCISCUS**
19 |                                        | **JOHANNES SPAARGAREN**
   | ALL ACTIONS
20

21

22

23

24

25

26

27

28

Active 15226772.1                                              MDL 1917

DECLARATION OF FRANCISCUS JOHANNES SPAARGAREN

---

EXHIBIT NO. WU
400 1
7-11-14
S. LANCASTER

1       I, Franciscus Johannes Spaargaren, being duly sworn, hereby declare and state as follows:

2       1.    The statements contained in this declaration are based on my personal knowledge, my

3   review of the books and records of Koninklijke Philips N.V. ("KPNV"), and my consultation with

4   various employees of KPNV, as well as KPNV's subsidiaries, joint ventures, and associates

5   (collectively "Philips"). If called upon, I could and would competently testify to these statements

6   under oath.

7       2.    Unless otherwise specified, the statements below relate to May 1998 to June 2004—

8   the time period during which I was employed by Philips.

9

10   **I.    Professional Background**

11       3.    I received a bachelor's degree in economics from Utrecht University in 1978.

12       4.    I received an executive masters of business administration from Henley Management

13   College in the United Kingdom in 1993.

14       5.    I am currently retired and live in Oisterwijk, in the Netherlands. I was employed by

15   Philips from May 1998 to June 2004.

16       6.    Prior to joining Philips, I served in the internal audit department for Bruna, a Dutch

17   company with approximately 400 bookstores in the Netherlands; served as an assistant controller for

18   Baars Cheese; and served in various corporate capacities for Varta, a German battery manufacturer.

19       7.    Since leaving Philips, I have served as the CFO for multiple companies including

20   GemPlus, OTB, Cofely, and Tommy Hilfiger.

21

22   **II.    Employment at Philips**

23       8.    Philips Display Components ("Philips Components") is a business group within

24   Philips that manufactured and sold components for consumer electronics including cathode ray tubes

25   ("CRTs") for televisions and computer monitors. The Philips Components business group was part

26   of the Product Division Components, at that time one of the six Product Divisions of Philips.

27       9.    I joined Philips Components as CFO in May 1998. My official title was executive

28   vice-president and CFO of Philips Components. I worked for Philips Components from May 1998

Active 15226772.3            2            MDL 1917

1 || to November 2001.

2       10.    During my time at Philips Components, I reported directly to Philips Components'

3 || CEO: Mr. Y.C. Lo (May 1998 to January 1999), Mr. Gerard Kleisterlee (January 1999 to August

4 || 2000), and Mr. Matt Medeiros (August 2000 to November 2001).

5       11.    In July 2001, KPNV and LG Electronics, Inc. ("LG") created a joint venture for the

6 || manufacture and sale of CRTs known as LG.Philips Displays ("LPD").

7       12.    Philips' Joint Venture Office ("JV Office") was created in November 2001 to oversee

8 || KPNV's investment in multiple joint ventures including LPD. I was the head of this office from

9 || November 2001 until I left Philips in June 2004. My title was executive vice-president of Philips

10 || International. I was the sole employee of the JV Office.

11       13.    In this position, I first reported to Mr. Arthur Van der Poel, a member of KPNV's

12 || board of management. I later reported to Mr. Jan Oosterveld, head of corporate strategy, and finally

13 || Mr. Ad Huijser, KPNV's chief technology officer.

14       14.    I was never employed by LPD and never received any compensation from LPD.

15

16 || **III.    The Formation of LPD**

17       15.    LPD was officially created in July 2001, as a joint venture between KPNV and LG.

18 || The joint venture was governed by a Joint Venture Agreement ("JV Agreement") that was signed by

19 || KPNV and LG on June 11, 2001.

20       16.    KPNV and LG had begun discussing this potential joint venture in late 1999.

21       17.    I was personally involved in the negotiations surrounding the drafting of the Letter of

22 || Intent between the joint venture parties in early 2000, which set out key terms of the joint venture.

23       18.    As part of these discussions, I was personally involved in working with LG on the

24 || valuation of the assets that both shareholders would contribute to LPD and to develop the high-level

25 || structure for LPD's governance that LPD's management would implement once LPD became

26 || operative.

27

28

Active 15226772.3           3           MDL 1917
DECLARATION OF FRANCISCUS JOHANNES SPAARGAREN

1     **A.**    *Reasons That KPNV Wanted to Create the Joint Venture*

2     19.    The CRT industry was maturing, meaning that it was showing lower growth rates

3 than in its initial years.

4     20.    KPNV believed that the joint venture would better align CRT assets and allow them

5 to monetize their value. The joint venture would create cost advantages and technology advantages

6 in purchasing and production, which would allow it to compete more effectively in the CRT

7 industry.

8     21.    KPNV believed that the joint venture was mutually advantageous because of the

9 strengths of Philips and LG in various product and geographic areas.

10

11     **B.**    *Financing/Capitalization*

12     22.    LPD was intended to be a self-financing, independent corporate entity.

13     23.    At the formation of LPD, LG and Philips contributed assets that the parties valued at

14 approximately $3.1 billion and S2 billion, respectively, at the time of LPD's formation.

15     24.    Philips contributed assets related to CRTs to LPD.

16     25.    LPD was adequately capitalized at its formation, including a $2 billion loan that LPD

17 obtained from a syndicate of banks.

18     26.    LPD's operations were to be funded by the cash flow generated by LPD's sales, as

19 well as the working capital provided by this loan.

20

21     **C.**    *The Joint Venture Agreement*

22     27.    The high-level structure of LPD's corporate governance was laid out in the JV

23 Agreement, which established that LPD would be run by the company's management. KPNV and

24 LG would be merely non-controlling shareholders.

25     28.    As part of this JV Agreement, the shares of LPD were split equally between KPNV

26 and LPD, except that KPNV received one additional share. This structure, however, in no way gave

27 KPNV influence or control over LPD, and instead was designed solely for the purpose of ensuring

28 that LPD had access to Philips' portfolio of cross-intellectual property licenses.

1      29.     The JV Agreement also created and established the responsibilities of LPD's

2  Supervisory Board and Group Management Team.

3      30.     I was a member of the Supervisory Board from the creation of LPD through June

4  2004 when I left Philips.

5      31.     The Group Management Team consisted of ten LPD officers. These positions were

6  the CEO, CFO, Chief Operating Officer (COO), the Chief Sales Officer, Chief Strategy Officer,

7  Chief Technology Officer (CTO), and four regional managers.

8      32.     In September 2002, the Group Management Team was restructured by LPD and

9  became known as the Executive Board. The Executive Board was composed of LPD's CEO, CFO,

10  COO, and Chief Sales Officer. LPD's intent in restructuring the Group Management Team was to

11  allow LPD's management to act more quickly and decisively.

12

13  **IV.    LPD Was a Wholly Separate and Independent Company**

14      33.     After the creation of LPD in July 2001, LPD was a wholly separate, independent, and

15  fully-operational company.

16      34.     LPD maintained its own books and records, which were kept wholly separate from

17  those of KPNV. This included LPD's bank accounts, which were maintained separate from those of

18  KPNV and LG. Philips never consolidated LPD's results with its own.

19      35.     LPD's assets were also always kept separate from KPNV's assets and were never

20  commingled. KPNV had no ability to access LPD's cash or capital and LPD had no ability to access

21  KPNV's cash or capital. Nor were any of LPD's assets ever securitized for the benefit of KPNV.

22      36.     The members of LPD's Group Management Team/Executive Board were solely

23  officers and employees of LPD, not LPD's shareholders, and were paid by LPD.

24      37.     In my understanding, LPD's Group Management Team/Executive Board held regular

25  formal meetings, the minutes of which were recorded.

26

27  **V.    KPNV Had No Control Over LPD's Day-to-Day Operations**

28      38.     As part of being a wholly separate and fully-operational company, the financial and

1   business affairs of LPD's operational headquarters were run by LPD's Group Management

2   Team/Executive Board, individually and jointly. The operations of LPD's subsidiaries were

3   likewise run by the management of those subsidiaries.

4       39.    At no time did KPNV, or any other Philips entity, or LG ever exert any day-to-day

5   management or control over LPD.

6       40.    Based on the JV Agreement, both shareholders held approximately 50% of LPD's

7   shares and thus neither could unilaterally make decisions at LPD's general meeting of shareholders,

8   as a two-thirds majority was required to pass shareholder decisions.

9

10       *A.*     **LPD's Supervisory Board**

11       41.    The role of the Supervisory Board was to provide high-level strategic advice to

12   LPD's management and aide LPD in determining its business policies and how to implement those

13   policies. This implementation, however, was solely the responsibility of LPD's management.

14       42.    The Supervisory Board never made decisions on behalf of LPD; it only approved

15   major decisions planned by LPD's management such as LPD's strategic plans related to investments

16   and restructuring. Further, I do not remember a single instance in which the Supervisory Board

17   vetoed any investments or plans that LPD submitted to the Supervisory Board.

18       43.    The Supervisory Board did not run or control the day-to-day operations of LPD.

19   LPD's management had independent autonomy to control LPD's business. The Supervisory Board

20   did not have management responsibilities over the price that LPD charged for CRTs, or the volume

21   of CRTs that LPD produced, or the customers that LPD sold to.

22       44.    This structure of a supervisory board giving strategic guidance and a management

23   team that controls the day-to-day operations of a company is typical in the Netherlands.

24       45.    The members of the Supervisory Board had a fiduciary duty to LPD. As a member of

25   the Supervisory Board, I took this fiduciary obligation seriously and, in this capacity, never acted in

26   any way contrary to LPD's interests. KPNV never instructed me as a Supervisory Board member to

27   direct LPD on how to run its day-to-day operations.

28

**B.   Philips' Joint Venture Office**

46.   The Philips JV Office was the liaison between Philips and LPD.

47.   My primary responsibility as head of this office was to keep KPNV informed on the status of its joint ventures, including its investment in LPD.  In order to fulfill this responsibility, I analyzed information that the Supervisory Board received from LPD about its operational performance.

48.   As the only member of the JV Office, I did not manage the day-to-day operations or strategic direction of LPD in any way, nor did I control KPNV's representatives on the Supervisory Board.

49.   The JV Office did not have any control over the agenda for the Supervisory Board meetings, nor did the JV Office advise LPD on business plans or investments.

**VI.   KPNV and LG Sought to Ensure LPD's Financial Success**

50.   KPNV and LG always sought to assist LPD in becoming a financially self-sufficient company.

51.   During LPD's first year, a confluence of market factors—including the dotcom bubble bursting and the tragedy of September 11, 2001—resulted in poor performance across the entire consumer electronics industry, including LPD.

52.   In response to this performance, upon LPD's request, KPNV and LG worked with the syndicate of private lenders to agree on a capital injection.  Thus, in May 2002, KPNV and LG agreed to make a capital injection of $250 million into LPD.  KPNV later made additional capital injections and provided certain guarantees if further injections were necessary.  KPNV believed that LPD would be able to use these funds to restructure and continue to be financially self-sufficient.

53.   KPNV never insisted on receiving any income as a shareholder of LPD and never received a return on its investment.

54.   KPNV never removed assets from LPD.  Nor did it ever withdraw or seek the return of its equity investments in LPD, or divert LPD's funds to its own use.

55.   All of Philips' transactions with LPD were at arms-length.

DECLARATION OF FRANCISCUS JOHANNES SPAARGAREN

1

2        I declare under penalty of perjury under the laws of the United States of America that the

3   foregoing is true and correct.

4        Executed on April 10, 2014 in _____Oisterwijk, the Netherlands_____

5

6

7

8                                          Franciscus Johannes Spaargaren

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Active 15226772.3                                    8                                         MDL 1917

DECLARATION OF FRANCISCUS JOHANNES SPAARGAREN

SEALED EXHIBIT 10 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 11 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

EXHIBIT 12 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 12
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

# Notes document id 57464248D4CC8728852569AE005879D4

| $Created | 11/27/2000 02:09:30 PM |
|---|---|
| $Modified | 11/27/2000 02:09:41 PM |
| $Moods | N |
| $UpdatedBy | CN=Tom Heiser/O=HEDUS |
| Body | -----Original Message----- From: Gerard Corbett [mailto:gerard.corbett@hal.hitachi.com] Sent: Monday, November 27, 2000 2:55 AM To: Abigail Bradford; Alan Wong; andrew mulazzi; Barbara Dyer; Benjie Hopkins; Bill Davis; Bill Melo; Bill Porter; Carl J. Green; Charlotte Bradford; Chrislyn Brandt; Clare hassall; Clare Thomsen; Craig Kerkove; Daniel M. Mahoney; David J. Brozek; Driessen Mike; Ed Vales; Eric Kreis; Felix McNulty; Frank Fowler; Gary Bennett; Gary Galusha; Geert Lievens; gene.murphy@hal.hitachi.com; geoffb@hvbi.com; Gerry Gilhuly; Haydee Lopez; Hiroaki Hamano; Hisashi (Shaw) Funami; Jack Brietenbucher; Janjigian Mike; Jeff Muscatine; Jill Kuglar; Jim Sogas; Joanna Macgovern; Joe Ragonese; Joe Smallwood; John Henderson; Kantaro Tanii; Kaz Masamoto; Kurt Ibsen; Laine Maniquis; Larry Royalty; Leo Delaney; Leslie Bishop; Linda Duffy; Lock Vicki; Lou Caro; mike.janjigian@hii-hitachi.com; Nina Sison; Parker; Pat Reilly; Pete Denes; Pete Scobel; Pete Westafer; Peter Doelling; Rachel Scharlat; Reiko Nishiguchi; Rich Gadomski; Riemer Hans; Robert Lahr; Robert Neudecker; Roland Gomez; Ron Bechtold; Rose Chojnacki; Russell Stump; Sam-hapla van den Berg/hapla; Sandra Renihan; Satoshi Kinoshita; Scott Baker; Scott Barnette; scott koreski; Sosei Katsumoto; Stephanie Tyler; Steve Meadows; Steven Zivanic; Stuart Kirk; Tamara Deschryver; Tatsuya Kubo; Terry Cooper; Tom Barrett; Tom Heiser; Tom Smith; Vincent Lavallee Subject: MORNING NEWS BRIEFS ************************************************************************ **** ** From The Nikkei Tokyo Electric Sells Power Generators To Hitachi TOKYO (Nikkei)--Tokyo Electric Power Co. (9501) has sold off two gas turbine electricity generators to Hitachi Ltd. (6501), company sources said Saturday. The company plans to reduce facility maintenance costs by speeding up sales of excess generators because growth in power demand is slowing. The two generators at a power plant in Tokyo were the second such sell-off for Japan's largest electricity provider. In July, it sold a generator to General Electric Co. The two generators have an output capacity of 41,700 kilowatts and were built at a total cost of 14 billion yen. One started operating in December 1992 and the other in February 1993. Hitachi will likely resell the generators to overseas independent power producers after repairing them. Tokyo Electric has not disclosed the purchase price. Tokyo Electric suspended operations of power generators with a capacity of 354,400 kilowatts in March. It is also considering selling a generator at a power plant in Yokosuka, Kanagawa Prefecture. * * * Hitachi Joint Venture To Supply Guangzhou Subway Escalators TOKYO (Nikkei)--Guangzhou Hitachi Elevator Co., a Chinese joint venture of Hitachi Ltd. (6501), has received an order to provide, install and service escalators in subways in Guangzhou, China. The order, worth 1.3 billion yen, is for a total of 109 escalators in the 16 stations of the No. 2 line in Guangzhou, which is currently under construction. The company won about half the order for the previous No. 1 line. Units for the No. 2 line will be produced in China, but most parts will be procured locally. Products for the No. 1 line were made in Japan and shipped to China. Hitachi hopes the order will allow it to gain a stronger foothold in the growing Chinese market for elevator and escalator equipment, and catch up with Mitsubishi Electric Corp. (6503), which currently holds the top share. * * * Hitachi, Itochu Win Big Water Mill Order From China TOKYO (Nikkei)--Hitachi Ltd. (6501) and Itochu Corp. (8001) have jointly received an order estimated to be worth over |

HEDUS-CRT00164948

4 billion yen for five hydroelectric power water mills from an electricity utility in China's Hunan Province, officials at the Japanese firms said. The water mills each have an output capacity of 45,000kw and a diameter of six meters. They will be built on a riverbed, generating power from natural water flow which will minimize the adverse impact on the environment. Hunan Wuling Hydropower Development Co. partnered with another Chinese firm, Harbin Electric Machinery Co., on the order. Construction of the facilities will be the first in China to be covered by yen loans allocated to promote environmental protection. More such loans are likely to be made for similar projects and for the installation of desulfurizing equipment at power plants, sources said. Hitachi receives most of its orders for hydroelectric power plants from China and South America. * * * From The Wall Street Journal WAL-MART AND SEARS saw robust gains in sales from last year on the day after Thanksgiving as the holiday shopping season began. The increases were driven by early-morning discounts of as much as 50% on select items. * * * Boeing is expected to receive orders for at least 113 of its big 777 airliners this year, valued at more than $18 billion. The record annual total would put demand for the jets well ahead of comparable models by rival Airbus of Europe. * * * Climate talks collapsed over levels of emissions-reduction credits the U.S. and other countries would get for absorption of carbon dioxide in their forests and farmlands. But negotiators plan to resume Kyoto treaty talks next year. * * * Japan's NTT DoCoMo is close to a deal to acquire a 16% to 18% stake in the wireless arm of AT&T for nearly $10 billion, say people familiar with the talks. The pact would provide AT&T Wireless and its parent with much-needed cash. * * * AT&T Broadband, a unit of AT&T, told several companies that it won't accept further deliveries of products for its cable-television networks for the rest of the year. Some suppliers' shares fell on the news. * * * Flight delays were reported for some travelers returning home from the Thanksgiving holiday. Rain, low visibility and scattered labor protests were to blame for the slow service. * * * American Airlines and British Air senior executives hope to use a meeting of their Oneworld alliance this week to re-energize the airline group and their own stalled bilateral relations. * * * The Nasdaq composite surged 149.04, or 5.4%, to 2904.38 Friday, rebounding from recent losses as investors snapped up some hard-hit technology shares. The Dow industrials gained 70.91 to 10470.23. * * * Universal Pictures' "The Grinch" stole Thanksgiving from Walt Disney, grossing an estimated $73.8 million during the five-day holiday weekend. * * * Japan's Softbank returned to profitability for the half-year ended Sept. 30, and its president said the technology company's shares are undervalued. * * * Credit Agricole stepped in to help trans-Atlantic investment bank Lazard buy out a French financier's stake in a Lazard holding company in a transaction valued at $502 million. * * * Microsoft plans to launch this spring Train Simulator, a computer game that reflects a resurgence in model trains. * * * Sharp of Japan plans to enter the crowded U.S. market with an entertainment-oriented device that will offer Web access and downloading of color video. * * * FedEx's founder, Frederick W. Smith, underwent heart-bypass surgery. But the chairman and CEO is expected to return soon to his duties. * * * Retailers Slash Prices to Draw Those Wary Holiday Shoppers The kickoff of the holiday shopping season made one thing clear: Mark it down and they will come. Worried that this year's holiday sales could pale compared with last year's blockbuster selling season, retailers across the country took the offensive by offering steep discounts and managed to lure substantial numbers of shoppers. For the aggressive consumer, there were deals to be found not only on the season's hottest items, such as DVD players, digital cameras and scooters, but also on some staple gift items such as clothing that haven't sold well in the recent economic slowdown. The Macy's store at the South Shore Plaza mall in Braintree, Mass., was decked out in holly boughs, gold ribbons -- and red clearance signs. "Look around. You'll find some great deals," advised one sales clerk. Sure enough, much of the already marked-down women's sportswear was discounted further at the register. Final price for a red sweater by Jones New York: $42, down from $84 originally. Meanwhile, the nation's largest retailers, Wal-Mart Stores Inc. and Sears, Roebuck & Co., both saw healthy

HEDUS-CRT00164949

increases in sales from last year on the day after Thanksgiving, driven by early-morning discounts of as much as 50% on select items. At Sears, weekend gains were led by apparel, a category that has been weak for the retailer all year. Women's dresses and other ready-to-wear items, which were discounted about 50%, saw increases of as much 30%. The stores also did a strong business in shoes, leather coats, fine jewelry and tools. The payoff for such discounting was evident in the sales figures: Wal-Mart, based in Bentonville, Ark., said same-store sales on Friday rose 4% to 6% over the same day last year, while total sales for the day increased to more than $1.1 billion, up slightly from last year. Sears's Friday sales rose more than 6%, beating out the day after Thanksgiving last year as the best sale day in the 114-year-history of the company," based in Hoffman Estates, Ill. "This has gotten off to a great start, so we have to be optimistic," says Mary Conway, Sears's president of stores. Overall, mall traffic on the day after Thanksgiving rose 9.7% to 67.6 million visitors from the year before, by one count. And traffic at department stores in particular rose 8.2% to 83.1 million, according to RCT Systems Inc.'s National Retail Traffic Index, which draws data from a sample of the nation's 1,500 enclosed malls. And Internet sales -- helped by discounting as well -- got a big boost, jumping 26% to $105.1 million, according to BizRate.com, a Los Angeles firm that tracks orders from about half of all online shopping sites. Despite a momentary technical hiccup on Friday morning when its site briefly crashed, Amazon.com was on track to crack the 11 million mark for items ordered on its site since Nov. 2, when it opened a special holiday gift store. But even with such gains, the early discounting makes it difficult to gauge the true success of the weekend. At a cost to profits, discounting created momentum, but can retailers perpetuate it through Christmas? After Friday's healthy surge, consumer mall traffic rose a more modest 3.6% on Saturday from the year before, to 49 million visitors. And traffic at department stores inched up just 0.4% on Saturday to 56.8 million, according to RCT. "This weekend's traffic was almost completely due to special promotions. There wasn't one big toy to get people into the stores, so [retailers] had to run promotions to get people there early," says John Konarski, senior vice president at the International Council of Shopping Centers, a New York-based trade group. With factors such as higher home heating prices and uncertainty about the presidential election detracting from consumer confidence, this holiday season isn't expected to be as robust as those of years past. Jeff Feiner, a Lehman Brothers retail analyst, projects a sales increase of 3% to 5%, compared with 7% last year. "It will be an OK Christmas selling season, but not a buoyant one," Mr. Feiner says. The discounts don't look to be ending anytime soon. Kmart Corp.'s BlueLight.com e-commerce Web site plans to begin offering blue-light specials in cyberspace Monday, highlighted by a special offer of a limited number of the much coveted Sony PlayStation 2 for $499. BlueLight, based in San Francisco, hopes to use the PlayStation to draw shoppers to its site. That means holiday shoppers can continue celebrating some really good deals -- as they did this weekend. Lisa Kaiser shopped on the day after Thanksgiving for the first time this year, lured by all the bargains. She arrived at the Best Buy store in Evanston, Ill., about 45 minutes before the store's 7 a.m. opening, and quickly snapped up big-ticket items such as a $249 digital camera and a $99 cordless telephone, both on sale. * * * Holiday Shopping Off to Solid Start NEW YORK (AP) -- The first weekend of the holiday shopping season turned out to be a pleasant surprise for worried retailers: The consumers who crowded malls and logged onto e-commerce sites spent more than expected as they snapped up the season's must-have items. Sweaters, coats and other apparel items, bouncing back from a months-long slump, were the top sellers in stores and online. In fact, clothing turned out to be the most popular category on the Internet on Friday, followed by consumer electronics. Scooters and robotic pets were the big standouts in toys. ``Sales looked pretty decent,'' said Michael P. Niemira, vice president of the Bank of Tokyo Mitsubishi on Sunday, estimating that the weekend's sales will be about 5 to 6 percent higher than last year. ``It's a good start to the season. But where it goes from here remains to be seen." The solid sales followed months of sluggish business for many retailers, but the Thanksgiving weekend receipts were the result

HEDUS-CRT00164950

|  | of hard work on the part of merchants. Faced with an overall drop in consumer spending, retailers began discounting earlier than usual and focused more on what they expect will be the hot items. Sears, Roebuck and Co., for example, is holding its ``Best Prices of the Season'' campaign in early December, instead of after the holidays. A combination of stock market volatility, high interest rates, and rising fuel prices have made consumers cut back on things they don't really need. Analysts say the unresolved presidential election has contributed to Americans' uncertainty. Despite the strong start to the season, retailers are nervous about consumers like David Penner, a 58-year-old teacher from Andover, Mass., who plans to cut his holiday budget because he is spending $100,000 in home renovations. They also want Eleanor Jaick, a 55-year-old resident of Florham Park, N.J., who was just browsing on Saturday at New Jersey's Short Hills Mall, to get excited about the chunky sweaters and leather coats being offered this season. * * * Korea LG Elec: To Form TV Picture Tube JV With Philips SEOUL -- South Korea's LG Electronics Co. (Q.LGE) said Monday it has signed a letter of intent with Royal Philips Electronics NV (PHG) to enter a business alliance, including establishment of a picture tube joint venture through a merger of the two sides' cathode ray tube operations. * * * Japan's NTT DoCoMo Nears Agreement On $10 Billion Stake in AT&T Wireless Japan's NTT DoCoMo Inc. is close to an agreement to acquire a 16% to 18% stake in AT&T Wireless Corp. for nearly $10 billion, according to people familiar with the situation. A deal between NTT DoCoMo, a wireless unit of Japan's Nippon Telegraph & Telephone Corp., and AT&T Wireless, the wireless arm of AT&T Corp., Basking Ridge, N.J., is expected later this week, these people said. NTT DoCoMo is expected to acquire the minority position in AT&T Wireless by purchasing the stake from both parent company AT&T and the wireless unit. AT&T Wireless currently trades as a tracking stock of AT&T, but AT&T plans to spin off its 85% ownership in the wireless company and convert the unit's tracking stock into an asset-based common stock sometime next year. The remaining 15% of AT&T Wireless is publicly held. It couldn't be determined how the proceeds from NTT DoCoMo would be divided between AT&T and AT&T Wireless. However, such a deal would provide both companies with much-needed cash. Parent company AT&T, which is in the midst of a major restructuring, would conceivably use the money to help pay down some of its $62 billion in debt. AT&T Wireless would likely use the financial investment to bulk up ahead of federal wireless auctions that are expected to take place next month. Those auctions could reach into the millions of dollars as wireless companies bid for frequency spectrum to boost the capacity of their networks. While AT&T Wireless has the most spectrum of any U.S. wireless firm, it is still expected to participate in the auctions. One of the aucti@■ · ‖. ‖ |
|---|---|
| DeliveredDate | 11/27/2000 02:09:00 PM |
| DeliveryPriority | N |
| From | "Tom Heiser" |
| Importance | 2 |
| PostedDate | 11/27/2000 02:09:41 PM |
| SendTo | Parks, Peggy |
| Subject | FW: MORNING NEWS BRIEFS |
| creationtime | 12/07/2000 08:06:23 -0800 |
| lastmodifiedtime | 12/07/2000 12:31:21 -0800 |
| notesUID | 57464248D4CC8728852569AE005879D4 |
| uniqueid | 57464248D4CC8728852569AE005879D4 |

SEALED EXHIBIT 13 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

EXHIBIT 14 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 14
# TO HARTGE DECLARATION ISO LG ELECTRONICS, INC.'S PARTIAL MSJ ON WITHDRAWAL GROUNDS

Page 1

1          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2              SAN FRANCISCO DIVISION

3  _____
                                    )
4  IN RE: CATHODE RAY TUBE (CRT)   )
   ANTITRUST LITIGATION            )
5  _____ ) No. 07-cv-05944 SC
   This Document Relates to:       ) MDL No. 1917
6  ...(continuing caption page 2)  )
   _____ )

7

8      SUPERIOR COURT OF THE STATE OF CALIFORNIA
            CITY AND COUNTY OF SAN FRANCISCO

9  _____
                                    )
10 STATE OF CALIFORNIA, et al.,    )
                                    )
11            Plaintiffs,          )
                                    ) No. CGC-11-515784
12        v.                       )
                                    )
13 SAMSUNG SDI, INC., CO., LTD,    )
   et al.,                        )
14            Defendants.          )
   _____ )

15

16            HIGHLY CONFIDENTIAL
17         DEPOSITION OF LG ELECTRONICS
18              KYUNG TAE KWON
19          San Francisco, California
20           Friday, July 13, 2012
21                Volume I
22 Reported by:
   SUZANNE F. BOSCHETTI
23 CSR No. 5111
24
25

Page 27

| | | |
|---|---|---|
| 1 | A    Because the company was handed over to LG | 09:54:50 |
| 2 | Philips, I don't believe it does now. | 09:54:57 |
| 3 | Q    Does LGCNS, the company you mentioned | 09:55:00 |
| 4 | earlier as managing the computer system of LG | 09:55:06 |
| 5 | Electronics, have any information regarding costs of | 09:55:10 |
| 6 | the manufacture, sale or distribution of CRTs from | 09:55:16 |
| 7 | the period 1995 through June 2001? | 09:55:21 |
| 8 | MR. MUDGE:  Object.  Foundation and form. | 09:55:25 |
| 9 | THE WITNESS:  Well, because LGCNS is a | 09:56:24 |
| 10 | company that manages our company at the time our | 09:56:29 |
| 11 | company was being divided -- at the time of the | 09:56:35 |
| 12 | division with the LG Philips Display, I believe when | 09:56:46 |
| 13 | the assets were being transferred, I think those | 09:56:51 |
| 14 | things were transferred as well. | 09:57:01 |
| 15 | MR. KIM:  Objection to the translation. | 09:57:05 |
| 16 | Not -- instead of "those things," electronic data, | 09:57:07 |
| 17 | that system. | 09:57:11 |
| 18 | THE INTERPRETER:  This interpreter did not | 09:57:14 |
| 19 | hear that electronic data in the testimony. | 09:57:16 |
| 20 | MR. KIM:  He mentioned -- | 09:57:21 |
| 21 | MR. SPECKS:  Okay.  Let's not have an | 09:57:23 |
| 22 | argument.  You have your objection. | 09:57:24 |
| 23 | MR. MUDGE:  That's fine. | 09:57:26 |
| 24 | BY MR. SPECKS: | 09:57:28 |
| 25 | Q    All right.  Let's -- let's -- was any | 09:57:28 |

Page 28

| | | |
|---|---|---|
| 1 | investigation done by you or anyone else to | 09:57:30 |
| 2 | determine whether or not LG Electronics Inc. has any | 09:57:33 |
| 3 | information for the period 1995 through June 2001 | 09:57:38 |
| 4 | regarding the costs of manufacturing, selling or | 09:57:43 |
| 5 | distributing CRTs? | 09:57:47 |
| 6 | A    I checked that with the CNS. | 09:58:26 |
| 7 | Q    With who at CNS? | 09:58:30 |
| 8 | A    The general manager, Choong Jeong Lee. | 09:58:37 |
| 9 | THE INTERPRETER:  C-h-o-o-n-g, J-e-o-n-g, | 09:58:40 |
| 10 | L-e-e. | 09:58:45 |
| 11 | BY MR. SPECKS: | 09:58:48 |
| 12 | Q    And what did he tell you? | 09:58:48 |
| 13 | A    I heard from him that at the time the | 09:59:07 |
| 14 | company was being divided in 2001, the electronic | 09:59:12 |
| 15 | data, including emails, were handed over as part of | 09:59:18 |
| 16 | the information asset. | 09:59:25 |
| 17 | Q    And do you know whether CNS retained any | 09:59:28 |
| 18 | backup tapes of any of the data that they were | 09:59:33 |
| 19 | turning over? | 09:59:36 |
| 20 | A    Well, the way CNS manages our company was | 10:00:13 |
| 21 | to have a basic data, original data and the backup | 10:00:22 |
| 22 | data.  But then to my understanding because the | 10:00:28 |
| 23 | original data and backup data are running together, | 10:00:32 |
| 24 | if one of them were transferred, I believe backup | 10:00:37 |
| 25 | data also was transferred. | 10:00:42 |

Page 111

1        I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4        That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were duly sworn; that a record

8    of the proceedings was made by me using machine

9    shorthand which was thereafter transcribed under my

10   direction; that the foregoing transcript is a true

11   record of the testimony given.

12        I further, certify I am neither financially

13   interested in the action nor a relative or employee

14   of any attorney or party to this action.

15        IN WITNESS WHEREOF, I have this date

16   subscribed my name.

17

18   Dated: 7/21/12

19

20

21

22

23            SUZANNE F. BOSCHETTI

24            CSR No. 5111

25

Page 110

8        I, KYUNG TAE KWON, do hereby declare under

9    penalty of perjury that I have read the foregoing

10   transcript of my deposition; that I have made such

11   corrections as noted herein, in ink, initialed by

12   me, or attached hereto; that my testimony as

13   contained herein, as corrected, is true and correct.

14        EXECUTED this _22_ day of ___August___ ,

15   20_12_ , at ___Seoul___ , ___Korea___ .

16             (City)             (State)

18          _KYUNG TAE KWON_

                 KYUNG TAE KWON

SEALED EXHIBIT 15 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 16 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 17 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 18 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

EXHIBIT 19 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 19
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

HIGHLY CONFIDENTIAL

**ORIGINAL**                                    Page 1

1             UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5                                   **HIGHLY CONFIDENTIAL**

6    IN RE:   CATHODE RAY TUBE

     (CRT) ANTITRUST LITIGATION       No. 3:07-CV-05944

7    _____/

8

9

10

                 -- HIGHLY CONFIDENTIAL --

11

12

13

14

15       Videotaped deposition of PIL JAE LEE, VOLUME 1,

16       taken at the Hilton Los Cabos Beach & Golf Resort,

17       Transpeninsular Highway, 23447 Cabo San Lucas, Baja

18       California Sur, Mexico commencing at 9:01 A.M.,

19       on Tuesday, July 16, 2013, before Leslie Rockwood,

20       RPR, CSR No. 3462.

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 48

| | | |
|---|---|---|
| 1 | THE INTERPRETER:  The witness -- this is by the | 10:59:00 |
| 2 | main interpreter.  The witness also mentioned that he was | 10:59:02 |
| 3 | involved in restructuring as well. | 10:59:06 |
| 4 | CHECK INTERPRETER:  That's correct.  Partly. | 10:59:09 |
| 5 | Q.  BY MS. CASSELMAN:  So when you say that there | 10:59:15 |
| 6 | was restructuring within LPD and that your role involved | 10:59:17 |
| 7 | allocating CRTs to different factories, were you involved | 10:59:25 |
| 8 | in any closures of LPD factories? | 10:59:30 |
| 9 | MR. TEMKO:  Object.  Vague and ambiguous and | 11:00:00 |
| 10 | mischaracterizes the prior testimony. | 11:00:02 |
| 11 | THE WITNESS:  At the time, as a person in the | 11:00:53 |
| 12 | sales department, my role was to give advice.  For | 11:00:56 |
| 13 | example, if certain factory needed to close, if we | 11:01:02 |
| 14 | consider that option, then as a person in sales, I would | 11:01:08 |
| 15 | give advice as to the options, whether it will be better | 11:01:15 |
| 16 | to close that factory now or next year, or if that | 11:01:21 |
| 17 | factory would be viable and come back to normal stage | 11:01:27 |
| 18 | later on.  So in the position of the sales, that was the | 11:01:33 |
| 19 | kind of advice I gave.  Not involved in the restructuring | 11:01:38 |
| 20 | itself. | 11:01:45 |
| 21 | Q.  BY MS. CASSELMAN:  In July 2001 when LPD was | 11:01:47 |
| 22 | formed, did any LG factories close? | 11:01:52 |
| 23 | A.  LG -- | 11:02:03 |
| 24 | MR. HWANG:  LG factories. | 11:02:03 |
| 25 | THE WITNESS:  LG original factory. | 11:02:09 |

HIGHLY CONFIDENTIAL

Page 49

| | | |
|---|---|---|
| 1 | MS. CASSELMAN:  I think I just said or meant to | 11:02:12 |
| 2 | say any LG factories. | 11:02:15 |
| 3 | THE WITNESS:  Well, to be more precise, after | 11:02:25 |
| 4 | LPD was formed, all the factories were referred to as LPD | 11:02:29 |
| 5 | factories.  No factory was referred to as LG factories | 11:02:33 |
| 6 | any longer. | 11:02:37 |
| 7 | Q.  BY MS. CASSELMAN:  Oh, I understand that. | 11:02:39 |
| 8 | I'm -- my question is:  At the time that LPD was formed, | 11:02:41 |
| 9 | did any factories close and, therefore, not make it to | 11:02:45 |
| 10 | become LPD factories? | 11:02:49 |
| 11 | A.  No. | 11:03:09 |
| 12 | Q.  Do you know if there were any employee layoffs | 11:03:09 |
| 13 | when LPD was formed -- former LG employees who did not | 11:03:14 |
| 14 | become -- strike that.  Let me try this again. | 11:03:18 |
| 15 | At the time that LPD was formed, were there any | 11:03:20 |
| 16 | LG employees in the CRT industry who did not go to work | 11:03:23 |
| 17 | for LPD? | 11:03:28 |
| 18 | A.  To my understanding, there was hardly any | 11:03:56 |
| 19 | employees who did that, because almost everybody in its | 11:03:59 |
| 20 | entirety was moved. | 11:04:04 |
| 21 | Q.  So if I understand your testimony, you said | 11:04:13 |
| 22 | hardly any employees did that.  Did you mean hardly any | 11:04:16 |
| 23 | employees stayed with LG? | 11:04:21 |
| 24 | CHECK INTERPRETER:  Can you -- I'm sorry. | 11:04:36 |
| 25 | Ms. Kim, would you please repeat and retranslate the | 11:04:39 |

HIGHLY CONFIDENTIAL

Page 176

1    STATE OF CALIFORNIA      ) ss:

2    COUNTY OF MARIN          )

3

4            I, LESLIE ROCKWOOD, CSR NO. 3452, do hereby

5    certify:

6            That the foregoing deposition testimony was

7    taken before me at the time and place therein set forth

8    and at which time the witness was administered the oath;

9            That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16           I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20           IN WITNESS WHEREOF, I have subscribed my name

21   this 25th day of July, 2013.

22

23

24           _Leslie Rockwood_

25           LESLIE ROCKWOOD, RPR, CSR NO. 3462

HIGHLY CONFIDENTIAL

Page 175

1        I declare under the penalty of perjury under the

2   laws of the State of California that the foregoing is

3   true and correct.

4        Executed on _____Sep. 17, 2013_____, 2013, at

5   _____Seoul_____, _____Korea_____.

6

7                                    _____

8                                         PIL JAE LEE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED EXHIBIT 20 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 21 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 22 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

EXHIBIT 23 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 23
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

1             UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4   BEST BUY CO. INC., BEST BUY     :

5   PURCHASING LLC, BEST BUY       :

6   ENTERPRISE SERVICES, INC. BEST   :   Master File No.

7   BUY STORES, L.P., Bestbuy.com,   :   3:07-cv-05944-SC

8   LLC, and MAGNOLIA HI-FI, LLC.,   :   MDL No. 1917

9           Plaintiffs,       :

10     vs.                     :

11   LG,                       :

12          Defendant.        :

13

14     VIDEOTAPED DEPOSITION OF YOUNG BAE NA

15        Tuesday, September 23, 2014

16         commencing at 9:16 a.m.

17          Lewis Silkin LLP

18           5 Chancery Lane

19           Clifford's Inn

20          London, EC4A 1BL

21          United Kingdom

22   Reported by:

23   Thelma Harries, MBIVR, ACR

24

25   PAGES 1 - 271

                                  Page 1

```
 1                    MR. SILBERFELD:  It's up to you.

 2                    Chuck?  (Same handed)

 3                    Nicole.  I'm sorry to throw it, but

 4       there you go.

 5                    THE INTERPRETER:  Thank you.

 6                    MR. SILBERFELD:  (To Mr. Temko)  And

 7       you have one?

 8                    MR. TEMKO:  I have a copy.

 9                    MR. SILBERFELD:  Okay, great.

10                    (Exhibit 7501 marked for

11       identification)

12       BY MR. SILBERFELD:

13              Q     We'll come back to the topics in the

14       Notice in a little while, but let's just talk about

15       Exhibit 7501.                              09:45AM

16                    It is a document consisting of

17       fourteen pages.  And you've reviewed this, have you

18       not, Mr. Na?

19              A     Yes, I did.

20              Q     And, as you understand it, is this   09:46AM

21       document intended by you and by LG to be

22       a reference document with regard to the four topics

23       that are the subject of your deposition and the

24       company's deposition here today?

25              A     Yes.                              09:46AM
```

Page 25

```
 1                    MR. TEMKO:  Can I -- I'm not trying

 2    to interrupt the deposition.  I think, technically,

 3    they're labelled, so I -- I'm not sure that this

 4    purports to reflect all four topics, but you'll see

 5    that they're labelled Topic 1 topic.  So I think      09:46AM

 6    it's --

 7                    MR. SILBERFELD:  At least some of

 8    them.

 9                    MR. TEMKO:  Yes.

10                    MR. SILBERFELD:  Yes.

11                    MR. TEMKO:  Yes.

12                    MR. SILBERFELD:  I mean, for example,

13    the last topic for today has to do with litigation

14    between the companies.  I don't think that's

15    covered in here.                                      09:47AM

16                    MR. TEMKO:  That's -- that was my

17    only point.

18                    MR. SILBERFELD:  I think that's

19    exactly right.

20    BY MR. SILBERFELD:                                    09:47AM

21         Q    Mr. Na, did -- did you participate in

22    some way in the creation of Exhibit 7501?

23                    MR. TEMKO:  Object.  Vague and

24    ambiguous.

25                    THE WITNESS:  No, I wasn't involved   09:47AM
```

Page 26

1    in making this plan.

2                (Interpreted)  My understanding was

3    -- is that this particular document was compiled or

4    prepared by our legal team.

5    BY MR. SILBERFELD:                                    09:48AM

6         Q    Okay.  You've read it?

7         A    Yes, I did.

8         Q    Does it appear accurate to you?

9         A    Yes.

10         Q    Okay.  You may use it at any time for     09:48AM

11    purposes of answering any of my questions, all

12    right?

13         A    Okay, thank you.

14         Q    When you went through this, Mr. Na,

15    did you find any errors or mistakes?                 09:48AM

16         A    (Interpreted)  No, I was not able to

17    find anything that would be specifically indicated,

18    as such.

19         Q    And when you reviewed this for

20    accuracy, did you do so just from your memory of     09:48AM

21    the events, some of which are reflected here?

22         A    Yes.

23         Q    All right.  So now turning back to

24    the deposition Notice, which is the document on

25    your left, the -- the first topic for today is the   09:49AM

                                                    Page 27

```
 1      was formed?

 2              A       June 2001.

 3              Q       And as of June 2001, Mr. Na, what did

 4      LG contribute to the joint venture that became LPD?

 5              A       Excuse me, "contribute" means?        09:59AM

 6                      (Interpreted)  Excuse me,

 7      "contribute" means?

 8              Q       Oh, I'm sorry.

 9                      In forming LPD, LG put something into

10      the joint venture and Philips put something into   09:59AM

11      the joint venture.

12                      Again, not in precise details --

13      I just want to get a general sense of this from

14      you -- what did LG contribute to the joint venture?

15              A       (Interpreted)  For the joint venture,   10:00AM

16      both companies, LG as well as Philips, contributed

17      assets, and, in the assets, these are included;

18      the talents, factory, the site for factory,

19      technology.  Those were the asset contributions

20      made for the joint venture.                        10:00AM

21              Q       Did LG contribute, in addition to the

22      factory and factories and the technology, the

23      employees who formerly worked for LG would now work

24      for LPD?

25              A       (Interpreted)  That's correct.      10:01AM
```

                                                        Page 35

1          Something like that?

2                    A       Around two thousand.

3                    Q       Okay.  And LG contributed factories

4          or facilities to the joint venture, correct?

5                    A       Yes.                              10:03AM

6                    Q       And how many such factories or

7          facilities were there, do you know?  Approximately?

8                    A       Several.

9                    Q       I'm sorry?

10                   A       Several factories.                10:03AM

11                   Q       Several?

12                   A       Yes.

13                   Q       Less than five?

14                   A       Around five.  Five/six.

15                   Q       Okay.  And LG also contributed assets   10:03AM

16         to the joint venture in the form of technology,

17         correct?

18                   A       Yes.

19                   Q       And that would be know-how, patents,

20         and the like?                                      10:03AM

21                   A       (Interpreted)  As for the patents,

22         I don't really know as to what extent, but

23         obviously know-hows and technologies, along with

24         talents, went over to that.

25                   Q       And, as you understand it, did     10:04AM

Page 37

```
1        Philips also contribute facilities, technology and

2        its employees to the joint venture?

3                    MR. MALAISE:  Objection.  Vague as to

4        Philips.

5                    THE WITNESS:  (Interpreted)  As for    10:04AM

6        the Philips, I don't have -- I don't have exact

7        information, but that's my understanding.

8        BY MR. SILBERFELD:

9             Q    Okay.  We'll talk about the

10       management structure of LPD in a moment, but let me  10:04AM

11       go back to the first page of Exhibit 7501 now under

12       the heading LPD.

13                  Do you see that, sir?

14            A    Yes.

15            Q    Okay.  It says June 26, 2001 (date of  10:04AM

16       formation), LGEI and LG Electronics Wales Limited

17       collectively held a 50 per cent minus one share

18       interest.  LGEI held a 37-and-a-half per cent

19       ownership interest and LG Electronics Wales Limited

20       held a 12-and-a-half per cent interest.         10:05AM

21                  Is that a true and correct

22       description of the ownership that LGEI and

23       LG Electronics Wales had in LPD at the date of

24       formation?

25            A    Yes.                                 10:05AM
```

Page 38

1     the purpose, SVB was there to provide high level

2     guidance to LPD and also to assist, and that was

3     the role.  And that is how it's stated in the JVA.

4                And, as for the SVB, as far as my

5     understanding goes, by the law of Netherlands, they   10:30AM

6     can operate in that manner.

7     BY MR. SILBERFELD:

8          Q     Was part of the rationale for having

9     a supervisory board, the protection of LG's

10    investment when it contributed its assets to the      10:30AM

11    formation of LPD?

12         A     (Interpreted)  No, that was not one

13    of the rationales.

14         Q     LPD had other management structures

15    too, did it not?  It had officers, for example?       10:31AM

16         A     (Interpreted)  Internally, inside LPD

17    it existed.

18                (In person)  Yes.

19         Q     Okay.  And so it was not part of the

20    job of the supervisory board members to run the       10:32AM

21    business of LPD day-to-day, correct?

22         A     It's totally different.  The SVB's

23    mission and the management in the LPD, they had the

24    full responsibility to manage LPD.

25         Q     Right.                                      10:32AM

                                                    Page 46

```
1              COURT REPORTER:  I'm sorry, I thought
2    he was talking Korean.  I was waiting for the
3    interpreter.  I'm really sorry.  Could you repeat
4    that?  I'm sorry.  If he's going in and out...
5              THE WITNESS:  (Interpreted)  Correct.   10:32AM
6    LPD internally had a management inside and they
7    were fully responsible of managing the company, and
8    SVB had -- it was totally different from that.
9    BY MR. SILBERFELD:
10         Q    The SVB, the supervisory board,        10:32AM
11   provided broad guidance, strategy and oversight?
12   Is that a fair way to say it?
13         A    (Interpreted)  Well, I don't have --
14   strike that.
15              I don't know the exact definition of    10:33AM
16   "oversight", but, just like you have stated, its
17   job was to provide high level strategy guidelines
18   and also to approve proposed plans.
19         Q    And the supervisory board provided
20   that high level guidance to whom?                  10:33AM
21         A    To whom?  LPD --
22              (Interpreted)  To LPD's management.
23         Q    Perfect.
24              When you served on the supervisory
25   board, did you participate in providing high level  10:34AM
```

Page 47

```
 1        guidance and strategy to LPD's management?

 2             A      Yes, I did, in partial.

 3             Q      For the time you served?

 4             A      Yes.

 5             Q      Okay.  And when you served on the      10:34AM

 6        supervisory board, Mr. Na, between 2003 and 2005,

 7        was it part of your responsibility to report back

 8        to LGEI what it was that you were learning and

 9        recommending to LPD's management?

10             A      LGEI.  No, we didn't report to LGEI.   10:34AM

11             Q      You didn't report.

12             A      LGEI people was the owner of the

13        supervisory board, so...

14             Q      I'm sorry, perhaps you could answer

15        in Korean?                                        10:35AM

16             A      (Interpreted)  So your question is

17        whether we reported back to LGEI, correct?

18             Q      Correct.  That's the question.

19             A      (Interpreted)  No, we did not.

20             Q      Do you recall how many members of the  10:35AM

21        supervisory board there were supposed to be

22        according to the joint venture agreement?

23             A      (Interpreted)  My understanding is

24        three.

25             Q      Three by each company?                 10:35AM
```

                                                            Page 48

1          A     By each company.

2          Q     Three by LG and three by Philips?

3          A     Yes.

4          Q     Okay.  If you look at this page,

5     you'll see the names of many individuals and their     10:36AM

6     tenure and then who designated them.

7                Let me ask you about the ones

8     designated by LGEI, all right?

9          A     Yes.

10         Q     The first one is Nam K. Woo.  Do you     10:36AM

11    see that?

12         A     Yes, I do.

13         Q     Mr. Woo -- is it Mr. Woo, by the way?

14         A     Yes, Mr. Woo.

15         Q     Okay.  Did Mr. Woo, according to     10:36AM

16    this, serve on the supervisory board from 2002 to

17    2003 and a short time in 2004, is that correct?

18         A     Yes, it is.

19         Q     Okay.  Did Mr. Woo have a job at LGEI

20    as well, in addition to these responsibilities?     10:36AM

21         A     Yes, he did.

22         Q     Do you know what his job was in this

23    time frame?

24         A     I think he was the head of -- head of

25    some -- the business unit which handles IT product,     10:37AM

Page 49

```
 1    you could, please, re-state your answer.  Thank

 2    you.

 3                    COURT REPORTER:  "Q.  And what is

 4    your understanding of the roles and

 5    responsibilities of the group management team

 6    members?  What were they to do?"

 7                    THE WITNESS:  They are the,

 8    literally, the management team -- management team

 9    of the LPD, LPD operation.  So they are fully

10    involved in the -- the operation.  Everything.        11:05AM

11    BY MR. SILBERFELD:

12          Q     Day-to-day management of the

13    business?

14          A     Yes, they did.

15          Q     And what is your understanding of how   11:05AM

16    many members of the group management team there

17    were to be?

18          A     To my understanding, it used to be

19    ten and it -- and -- and the group management team

20    that may -- that body was renamed as an executive   11:05AM

21    board, and the number rise down to four;  from ten

22    to four.

23          Q     Do you know when that change

24    happened, Mr. Na?

25          A     I'm not sure.  I don't remember        11:05AM
```

Page 70

1          A     Yes, I do.

2          Q     Now, let's turn to page 11.  This is

3     a chart of the LPD executive board members.

4               If I could just ask you to turn back

5     to page 9 for a moment?                    11:14AM

6               With the exception of the first entry

7     about Mr. Combes, do you see that all the other end

8     dates for their tenure on the group management team

9     are September 10th, 2002?  Do you see that, sir?

10         A     September 10th, yes.             11:15AM

11         Q     Yeah.  All the dates end at

12    September 10th, 2002?

13              MR. HWANG:  I believe J.D. Choi is

14    another exception.

15              COURT REPORTER:  I'm sorry?

16              MR. HWANG:  J.D. Choi is another

17    exception --

18              MR. SILBERFELD:  You're right.

19              MR. HWANG:  -- just to clarify.

20    BY MR. SILBERFELD:                         11:15AM

21         Q     Two exceptions;  Mr. Combes and

22    Mr. Choi.  But all others ended September 10th,

23    2002.

24              Is it your understanding, Mr. Na,

25    that the group management team changed around  11:15AM

Page 77

1    September 2002 to become the executive board?  Is

2    that your understanding?

3         A    Yeah, that's my understanding.

4         Q    Okay, great.

5              So now go back to page 11, and we          11:15AM

6    have the executive board members.  And some of the

7    names here are the same as some of the names of

8    the group management team, correct, such as

9    Mr. Combes?

10        A    Yes.                                        11:16AM

11        Q    Okay.  Is it your understanding that

12   LGEI formally in some way appointed these

13   individuals to serve on the executive board of LPD?

14             MR. TEMKO:  Object.  Vague and

15   ambiguous.                                           11:16AM

16             THE WITNESS:  (Interpreted)  To be

17   more exact, if such proposal was made by LPD,

18   I think such was approved by us in that way.

19   BY MR. SILBERFELD:

20        Q    All right, so --                           11:17AM

21             MR. HWANG:  Sorry, he added

22   something.

23             THE WITNESS:  (Interpreted)  And that

24   was -- such approval was made by of SVB.

25

Page 78

```
 1                    You testified earlier today, in
 2      response to counsel's question, about LG's decision
 3      to make a second capital injection into LPD in June
 4      of 2004.
 5                    Do you recall that?                    06:31PM
 6             A      Yeah.  That was the second capital
 7      injection.  Yes, I recall.
 8             Q      And just so we orient ourselves.  If
 9      you'd look at Exhibit 7501, which is the reference
10      materials?  It looks like this.  (Indicating)        06:31PM
11             A      Yes.
12             Q      Just look with me, if you would, at
13      page 14 of 14.  So I'm referring to the third item
14      down, "LGEI made a $250 million capital injection".
15                    Do you see that?                       06:32PM
16             A      Yes, I do.
17             Q      And is it your testimony that you
18      believe that LGEI made that second capital
19      injection on or about June 25, 2004?
20             A      Yes.                                   06:32PM
21             Q      When was the decision made by LGEI to
22      make that second capital injection?
23             A      I don't recall exact -- the exact
24      date, but definitely there has been discussion in
25      2003 because they were talking -- they were         06:33PM
```

Page 263

```
 1    zero, is that correct?

 2            A    Yes.

 3                 Q      Mr. Na, you testified, in response to

 4    counsel's questioning earlier, that you served on

 5    the supervisory board of LPD from approximately      06:35PM

 6    late 2003 to late 2005.

 7                 Do you recall that testimony?

 8            A      Yes, I do.

 9            Q      And I believe you test -- testified

10    that you also attended at least one prior           06:35PM

11    supervisory board meeting as a guest, correct?

12            A      Yes, just once.

13            Q      At any of the supervisory board

14    meetings that you attended, either as a member or

15    as a guest, did you ever hear any reference to the  06:35PM

16    fact that LPD had been meeting with its competitors

17    to exchange pricing, capacity or production

18    information?

19            A      No, nobody was telling about that to

20    me.                                                 06:36PM

21            Q      Did you ever hear from anyone at LPD

22    that LPD had been meeting with competitors to

23    exchange pricing, capacity or production

24    information?

25            A      No.                                  06:36PM
```

Century Court Reporters, A VERITEXT COMPANY
866 299-5127

1          Q      In your role as the head of IR and

2     M&A at LGEI, did you ever hear that LPD had been

3     meeting with its competitors to exchange pricing,

4     capacity or production information?

5          A      No.                                    06:36PM

6          Q      And this -- I may be beating the dead

7     horse.  Let me ask it one other way.

8               After the formation of LPD in June of

9     2001, did you ever hear from anyone at LG that they

10    knew or suspected that LPD had been meeting with     06:37PM

11    competitors to exchange pricing, capacity or

12    production information?

13         A      No.

14         Q      Now, I just want to ask you a couple

15    of questions about the period before the formation   06:37PM

16    of LPD, and I'm focusing on -- I believe the time

17    period was 1998 to 2001 when you were working in

18    the United States.

19               Do you recall that time frame?

20         A      Yes, it was tough times to me.          06:37PM

21         Q      I believe you testified that, during

22    those years, you were working as the brand manager

23    for the IT brand for LGEUSA, is that correct?

24         A      For the IT products.

25         Q      IT products.  So you were selling IT     06:38PM

                                              Page 266

1              C E R T I F I C A T E

2

3        I, THELMA HARRIES, MBIVR, ACR do hereby

4    certify:

5        That YOUNG BAE NA the witness whose

6    examination is hereinbefore set forth was duly

7    sworn by me and the within transcript is a true

8    record of the testimony given by such witness.

9        I further certify that I am not related to

10   any of the parties of this action nor in anyway

11   interested in the outcome of this matter.

12

13
                           THELMA HARRIES, MBIVR, ACR
14                         Certified Court Reporter

15

16

17

18

19

20

21

22

23

24

25

                                      Page  271

EXHIBIT 24 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

# EXHIBIT 24
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

✗7501

**Topic No. 1: Ownership Structure of Particular Entities During Relevant Periods**

| LGEUSA | March 1, 1995 – present: LGEI has owned a majority interest in LGEUSA.<br><br>December 31, 1998: LGEI held a 99.7% interest in LGEUSA.<br><br>Beginning December 31, 1999 – present:  LGEUSA has been a wholly-owned subsidiary of LGEI. | *Source*: LGEI Annual Reports |
|---|---|---|
| Zenith | March 1, 1995 – Nov. 8, 1995: LGEI held an approximately 5% ownership share in Zenith.<br><br>Beginning November 8, 1995 – April 27, 1999: LGEI and LG Semicon Co., LTD, held an approximately 57.68% ownership interest in Zenith.  Of this 57.68% ownership share, LG Semicon held an 80% share and LGEI held a 20% share.<br><br>Beginning April 27, 1999 - November 5, 1999: LGEI held its 57.68% ownership interest in Zenith directly.<br><br>Beginning November 5, 1999 – 2004: Zenith emerged from a bankruptcy restructuring as a wholly owned subsidiary of LGEI.<br><br>2004 – Present: Zenith is a wholly owned subsidiary of LGEUSA. | *Source*: Securities and Exchange Commission filings |
| LG Semicon Co., LTD | November 8, 1995 – April 27, 1999: LG Semicon Co., LTD is a wholly owned subsidiary of LGEI. | *Source*: Data Compiled By LGEI Legal Department |
| LPD | June 26, 2001 (date of formation):  LGEI and LG Electronics Wales Ltd. collectively held a 50% minus one share interest. LGEI held a 37.5% ownership interest and LG Electronics Wales Ltd. held a 12.5% interest.<br><br>Beginning April 15, 2003:  LGEI and LG Electronics Wales Ltd. continued to hold a 50% minus one share interest in LPD. Between the two companies, LGEI held a 40.8% interest and LG Electronics Wales Ltd. held a 9.2% interest.<br><br>Beginning May 1, 2004 – LPD bankruptcy:  LG Electronics Wales Ltd. held a 50% minus one share interest. | *Source*: Data Compiled By LGEI Legal Department |



EXHIBIT

7501
9/23/14

PENGAD 800-631-6989

### Topic No. 2: LPD Board Members, Officers, and Group Members

**Chart A: LPD Supervisory Board Members [By Name]**
*Source of Information: Data Compiled By LGEI Legal Department*

| Name | Approximate Dates of Tenure on Supervisory Board[1] | Designated Party |
|---|---|---|
| Guy Demuynck | 10/27/2001 – 12/2/2002 | KPNV |
| Frans Spaargaren | 10/27/2001 – 2/24/2004 | KPNV |
| David Chang | 10/27/2001 – 9/16/2003 | KPNV |
| Nam K. Woo | 12/2/2002 -- 11/4/2003 and  9/3/2004 ~ 11/24/2004 | LGEI |
| Byung Chul Jung | 10/27/2001 – 11/5/2002 | LGEI |
| Young Soo Kwon | 10/27/2001 – 1/12/2006 | LGEI |
| Jan Oosterveld | 12/2/2002 – 2/24/2004 | KPNV |
| John Koo | 12/2/2002 – 9/16/2003 | LGEI |
| Woo Hyun Paik | 12/2/2002 – 2/24/2004 | LGEI |
| Ken Humphreys | 2/18/2003 – 2/24/2004 | KPNV |
| Young Bae Na | 12/2/2003 – 11/28/2005 | LGEI |
| Frans A. van Houten | 9/3/2004 | KPNV |
| Ad Huijser | 9/3/2004 – 1/12/2006 | KPNV |
| Herman olde Bolhaar | 9/3/2004 – 1/12/2006 | KPNV |
| Martin McHugh | 11/24/2004 – 1/12/2006 | KPNV |
| Hee Won Kwon | 2/18/2005 – 1/12/2006 | LGEI |
| S.H. Park | 1/12/2006 | LGEI |

---

[1] Approximate dates of tenure are based on the dates on which these board members appear on the LPD Supervisory Board minutes in the possession, custody, or control of LGEI.

**Chart B: Employment Background of Supervisory Board Members Appointed By LGEI**
*Source of Information: Data Compiled By LGEI Legal Department*

| Byung Chul Jung | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2000/01/01 | General Management of Head Office | President |
| 1999/01/01 | General Management | President |
| 1996/12/10 | CEO/CFO | Vice President |
| 1996/07/01 | CFO | Vice President |

| Nam K. Woo | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2006/01/01 | General Management of China Region | President |
| 2005/01/01 | Training Dispatch | President |
| 2000/02/01 | Digital Media Business Office | Vice President |
| 2000/01/01 | Multimedia Business Office | Executive Director |
| 1996/11/01 | Dept. of Management Strategy | Executive Director |
| 1996/07/04 | North America Region Office | Executive Director |
| 1995/03/01 | LGEUSA | Executive Director |

| Young Soo Kwon | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2002/04/01 | Finance and Economy | President |
| 2001/01/01 | Finance and Economy Team | Managing Director |
| 2000/01/01 | Finance | Managing Director |
| 1999/07/01 | Management Support | Assistant Managing Director |
| 1998/09/21 | M&A Promotion Task Team | Assistant Managing Director |
| 1996/12/10 | Globalization | Director |
| 1996/07/04 | Strategic Planning | Senior General Manager |
| 1996/04/23 | CD-PLAYEROBU | Senior General Manager |
| 1995/01/01 | CD-PLAYEROBU | General Manager |

| John Koo | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2003/10/01 | Counsel Office | Chairman |
| 1996/03/01 | LGE CEO and Electronic Media CU | Vice Chairman |
| 1995/01/01 | LGE CEO | Chairman |

| Woo Hyun Paik | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2008/01/01 | CTO | President |
| 2005/01/01 | CTA | President |
| 2000/07/01 | North America; CTO | President |
| 2000/02/01 | North America; CTO | Vice President |
| 1998/02/01 | CTO (Multimedia) | Vice President |

| Young Bae Na | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2004/01/01 | IR/M&A Team | VPGM |
| 2002/03/01 | IR/M&A Team | General Manger |
| 2001/09/02 | M&A Group | General Manager |
| 1999/01/01 | LGEUSA Brand | General Manager |
| 1998/04/01 | LGEUSA | General Manager |
| 1996/03/01 | Office of the Chairman | General Manager |

| Hee Won Kwon | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2007/06/01 | LCD TV Business Dept. | Vice President |
| 2007/03/01 | Display Production | Vice President |
| 2005/01/01 | Display Business Dept. | Vice President |
| 2002/01/01 | Digital Information Display Business Dept. | Managing Director |
| 2001/07/01 | DID Production | Managing Director |
| 2000/01/01 | PC Production | Managing Director |
| 1998/01/01 | PC Production Office | Senior General Manager |
| 1997/01/11 | PC Planning Management Team | General Manager |
| 1996/08/14 | Renovation Team 2 | General Manager |
| 1996/07/23 | Europe region Planning Management Team | General Manager |
| 1996/02/23 | The Western region Planning Management Office | General Manager |
| 1995/03/23 | Paris Branch | General Manager |
| 1995/01/24 | Overseas Business Soft Landing Team | General Manager |
| 1995/01/23 | Solution Development Office | General Manager |

| Seong (or Sung) Ho Park | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2007/04/01 | IR Team | Vice President |
| 2006/01/01 | IR/M&A Team | Vice President |

**Chart C: LPD Board of Management Members**
*Source of Information: Data Compiled By LGEI Legal Department*

| Name | Employer | Date of Employment / Time on Board of Management | Designating Party |
|---|---|---|---|
| Philippe Combes | LPD | 6/29/2001 - 8/16/2001 | KPNV |
| Kyoung Ji Lee | LPD | 6/29/2001 - 2/5/2002 | LGEI |
| Sang Ho Sagong | LPD | 6/29/2001 - 6/12/2002 | LGEI |
| Ki Song Cho | LPD | 6/29/2001 - 12/31/2001 | LGEI |
| Andreas Wente | LPD | 9/15/2001 - 4/1/2004 | KPNV |
| James (Jim) Smith | LPD | 6/12/2002 - 4/1/2004 | KPNV |
| Aart Van Gorkum | LPD | 6/12/2002 - 4/30/2003 | KPNV |
| Sang Yeoup Rhee | LPD | 6/12/2002 - 1/1/2003 | LGEI |
| Deok Sik Moon | LPD | 6/12/2002 - 1/1/2003 | LGEI |
| Moon Bong Choi | LPD | 1/1/2003 - 10/24/2005 | LGEI |
| Byong-chul Kang | LPD | 1/1/2003 - 4/1/2005 | LGEI |
| Bernard Cassanhiol | LPD | 4/30/2003 - 1/15/2005 | KPNV |
| Jeong Il Son | LPD | 12/31/2002 - 3/7/2006 | LGEI |
| Petrus van Bommel | LPD | 4/1/2004 - 8/1/2005 | KPNV |
| Cornelius van Otterloo | LPD | 1/15/2005 - 10/24/2005 | KPNV |
| Joung-Won Ha | LPD | 4/1/2005 - 10/24/2005 | LGEI |
| Rene Nibbelke | LPD | 7/8/2005 - 10/24/2005 | KPNV |
| Paulus Verhagen | LPD | 8/1/2005 - 3/7/2006 | KPNV |

09/22/2014  10:16    3102295865             RKMC                        PAGE   08/45

**Chart D: LPD Board of Management Members With an Employment History At LGEI**
*Source of Information: Data Compiled By LGEI Legal Department*

| | Kyoung Ji Lee | |
|---|---|---|
| **Appointment Date** | **Division** | **Title of Position** |
| 2001/01/01 | Europe Management | Vice President |
| 1999/08/23 | Financial Administration | Executive Director |
| 1999/07/08 | Overseas Physical Distribution | Managing Director |
| 1989/08/01 | Semiconductor Business Headquarter | General Manager |
| | Sang Ho Sagong | |
| **Appointment Date** | **Division** | **Title of Position** |
| 2004/01/01 | DTV North Asia Group | General Manager |
| 1999/08/10 | BNL Branch | General Manager |
| 1997/04/04 | Düsseldorf Office | Deputy General Manager |
| 1996/07/24 | CD-ROM Export Team | Deputy General Manager |
| 1996/07/01 | CD-ROM Branch Office Support Team | Deputy General Manager |
| 1995/11/21 | R-PROJECTTAS | Deputy General Manager |
| 1995/10/23 | CD-Player Support Office | Deputy General Manager |
| 1995/01/23 | CD-I Sales Office | Deputy General Manager |
| | Ki Song Cho | |
| **Appointment Date** | **Division** | **Title of Position** |
| 2001/01/01 | M-project | Executive Vice President |
| 2000/07/01 | Display components /international sales | Executive Vice President |
| 2000/01/01 | Display components /international sales | Senior managing director |
| 1999/03/01 | Display International sales | Senior managing director |
| 1997/12/01 | Display international sales | Managing Director |
| 1996/11/01 | North America region headquarters | Managing Director |
| 1996/07/04 | Management strategy team | Managing Director |
| 1996/01/01 | Planning team | Managing Director |
| 1995/03/01/ | Vision planning team | Managing Director |
| | Sang Yeoup Rhee | |
| **Appointment Date** | **Division** | **Title of Position** |
| 2007/02/19 | Management Control Team | General Manager |
| 2007/01/01 | Europe Management Control Team | General Manager |
| 2005/01/20 | Europe Management Planning Group | General Manager |

| 2001/11/10 | IR/M&A Team | General Manager |
| 2000/02/22 | In Charge of DBF | Deputy General Manager |
| 1999/09/10 | NBD Team | Deputy General Manager |
| 1993/02/01 | Information Center | Assistant |

| Deok Sik Moon | | |
| Appointment Date | Division | Title of Position |
| 2002/03/31 | Management Control Team | Managing Director |
| 2001/03/01 | Financial Affairs Team | Managing Director |
| 1998/07/23 | Financial Affairs Accounting Team | General Manager |
| 1998/06/23 | Financial Administration | General Manager |
| 1998/06/22 | Human Resources/ Labor and Management | General Manager |
| 1997/03/11 | Human Resources Development | General Manager |
| 1997/03/10 | Training Dispatch | General Manager |
| 1996/07/24 | Chongju Accounting Team | General Manager |
| 1995/08/23 | Communication Apparatus Management Support Office | Deputy General Manager |
| 1995/01/01 | Mobile Communication Planning Management Team | Manager |

| Moon Bong Choi | | |
| Appointment Date | Division | Title of Position |
| 1996/07/23 | Display Parts Export 2 Team | Manager |
| 1991/09/01 | Electronic Parts Export 3 Division | Assistant |

| Byeong Cheol Kang | | |
| Appointment Date | Division | Title of Position |
| 2001/04/23 | M-Project | General Manager |
| 1999/01/09 | Display Technology Strategy Team | Assistant Executive Researcher |
| 1997/03/01 | Technology Development Institute, Production Technology Center | Assistant Executive Researcher |
| 1993/10/09 | Technology Development Institute, Production Technology Center | Senior Researcher |

| Jeong Il Son | | |
| Appointment Date | Division | Title of Position |
| 1998/11/01 | Electron Tube 2OBU | Assistant Managing Director |
| 1997/03/01 | Electron Tube 1OBU | Director |
| 1996/01/01 | Electron Tube 1OBU | General Manager |
| 1995/01/23 | Electron Tube 1 Production | General Manager |

**Chart E: LPD Group Management Team Members**
*Source of Information: Data Compiled By LGEI Legal Department*

| Name | Employer | Position | Tenure on Group Management Team | Designating Party |
|---|---|---|---|---|
| Philippe Combes | LPD | CEO | 6/29/2001 - 8/16/2001 | KPNV |
| Andreas Wente | LPD | CEO | 9/15/2002 - 9/10/2002 | KPNV |
| Kyoung Ji Lee | LPD | CFO | 6/29/2001 - 9/10/2002 | LGEI |
| S. P. Koo | LPD | Deputy CEO; COO | 6/29/2001 - 9/10/2002 | LGEI |
| Ki Song Cho | LPD | CSO | 6/29/2001 - 9/10/2002 | LGEI |
| Guy Leborgne | LPD | Chief Strategy Planning Officer ("CSPO") | 6/29/2001 - 9/10/2002 | KPNV |
| Aart van Gorkum | LPD | Chief Technology Officer (CTO") | 6/29/2001 - 9/10/2002 | KPNV |
| J.D. Choi | LPD | Regional Manager Asia/Pacific | 6/29/2001 - 4/1/2002 | LGEI |
| Jim Smith | LPD | Regional Manager Europe | 6/29/2001 - 9/10/2002 | KPNV |
| Y.Y. Park | LPD | Regional Manager China | 6/29/2001 - 9/10/2002 | LGEI |
| Edward Schwartz | LPD | Regional Manager Americas | 6/29/2001 - 9/10/2002 | KPNV |

09/22/2014  10:15    3102295865                    RKMC                              PAGE   11/45

**Chart F: LPD Group Management Team Members With an Employment History At LGEI**
*Source of Information: Data Compiled By LGEI Legal Department*

### Kyoung Ji Lee

| Appointment Date | Division | Title of Position |
|---|---|---|
| 2001/01/01 | Europe Management | Vice President |
| 1999/08/23 | Financial Administration | Executive Director |
| 1999/07/08 | Overseas Physical Distribution | Managing Director |
| 1989/08/01 | Semiconductor Business Headquarter | General Manager |

### S.P. Koo

| Appointment Date | Division | Title of Position |
|---|---|---|
| 2001/01/01 | Display Device business headquarters | President |
| 1999/03/01 | Display business headquarters | President |
| 1996/07/04 | Display business headquarters | Executive Vice President |
| 1996/03/01 | Video Display SBU | Executive Vice President |
| 1995/03/01 | Video Display SBU | Senior Managing Director |

### Ki Song Cho

| Appointment Date | Division | Title of Position |
|---|---|---|
| 2001/01/01 | M-project | Executive Vice President |
| 2000/07/01 | Display components /international sales | Executive Vice President |
| 2000/01/01 | Display components /international sales | Senior managing director |
| 1999/03/01 | Display International sales | Senior managing director |
| 1997/12/01 | Display international sales | Managing Director |
| 1996/11/01 | North America region headquarters | Managing Director |
| 1996/07/04 | Management strategy team | Managing Director |
| 1996/01/01 | Planning team | Managing Director |
| 1995/03/01/ | Vision planning team | Managing Director |

### J.D. Choi

| Appointment Date | Division | Title of Position |
|---|---|---|
| 2000/03/01 | Electron Tubes Business Group | Managing Director |
| 1998/11/01 | Electron tubes 1 OBU | Assistant Managing Director |
| 1998/03/01 | MGT/ Electronics OBU | Director |
| 1996/03/01 | MGT/Electronics OBU | Director |
| 1995/01/01 | MGT/Electronics OBU | Chief Head of Department |

### Y. Y. Park

| Appointment Date | Division | Title of Position |
|---|---|---|
| 2001/03/01 | M-project | Executive Vice President |
| 2001/01/01 | M-project | Managing Director |
| 1997/03/01 | Monitor OBU | Director |
| 1996/01/01 | Monitor OBU | Director |
| 1995/03/01 | Electron tube 1 OBU | Director |

**Chart G: LPD Executive Board Members**
*Source of Information: Data Compiled By LGEI Legal Department*

| Position | Name | Employer | Date of Employment | Designating Party |
|---|---|---|---|---|
| President/CEO | Philippe Combes | LPD | 6/29/2001 - 8/16/2001 | KPNV |
| President/CEO | Andreas Wente | LPD | 9/15/2001 - 4/1/2004 | KPNV |
| President/CEO | Jeong Il Son | LPD | 4/1/2004 - 1/30/2006 | LGEI |
| Deputy to President/CEO | Ki Song Cho | LPD | 6/29/2001 - 12/31/2003 | LGEI |
| Deputy President/CEO | P. van Bommel | LPD | 4/1/2004 - 8/1/2005 | KPNV |
| CFO | Kyoung Ji Lee | LPD | 6/29/2001 - 9/10/2002 | LGEI |
| CFO | P. van Bommel | LPD | 9/10/2002- 8/1/2005 | KPNV |
| CFO | Paulus Vergahen | LPD | 8/1/2005 - 1/30/2006 | KPNV |
| COO | S.P. Koo | LPD | 6/29/2001 - 9/10/2002 | LGEI |
| COO | Ki Song Cho | LPD | 6/29/2001 - 12/31/2003 | LGEI |
| COO | Jeong Il Son | LPD | 12/31/2003 - 4/1/2004 | LGEI |
| COO | S.D. Han | LPD | 7/1/2005 - 1/30/2006 | LGEI |
| CSO | Ki Song Cho | LPD | 6/19/2001 - 9/10/2002 | LGEI |
| CSO | C.H. Kim | LPD | 9/10/2002 - 5/1/2004 | LGEI |
| CSO | Wiebo Vaartjes | LPD | 5/1/2004 - 1/30/2006 | KPNV |

**Chart H: LPD Executive Board Members With an Employment History At LGEI**
*Source of Information: Data Compiled By LGEI Legal Department*

### Jeong Il Son

| Appointment Date | Division | Title of Position |
|---|---|---|
| 1998/11/01 | Electron Tube 20BU | Assistant Managing Director |
| 1997/03/01 | Electron Tube 10BU | Director |
| 1996/01/01 | Electron Tube 10BU | General Manager |
| 1995/01/23 | Electron Tube 1 Production | General Manager |

### Ki Song Cho

| Appointment Date | Division | Title of Position |
|---|---|---|
| 2001/01/01 | M-project | Executive Vice President |
| 2000/07/01 | Display components /international sales | Executive Vice President |
| 2000/01/01 | Display components /international sales | Senior managing director |
| 1999/03/01 | Display International sales | Senior managing director |
| 1997/12/01 | Display international sales | Managing Director |
| 1996/11/01 | North America region headquarters | Managing Director |
| 1996/07/04 | Management strategy team | Managing Director |
| 1996/01/01 | Planning team | Managing Director |
| 1995/03/01/ | Vision planning team | Managing Director |

### Kyoung Ji Lee

| Appointment Date | Division | Title of Position |
|---|---|---|
| 2001/01/01 | Europe Management | Vice President |
| 1999/08/23 | Financial Administration | Executive Director |
| 1999/07/08 | Overseas Physical Distribution | Managing Director |
| 1989/08/01 | Semiconductor Business Headquarter | General Manager |

### S.P. Koo

| Appointment Date | Division | Title of Position |
|---|---|---|
| 2001/01/01 | Display Device business headquarters | President |
| 1999/03/01 | Display business headquarters | President |
| 1996/07/04 | Display business headquarters | Executive Vice President |
| 1996/03/01 | Video Display SBU | Executive Vice President |
| 1995/03/01 | Video Display SBU | Senior Managing Director |

### S.D. Han

| Date | Division | Title of Position |
|---|---|---|
| 2000/07/01 | Display Device Research institute | Managing Director |
| 2000/03/01 | Display Device Research institute | Assistant Managing |

Page 12 of 14

09/22/2014  10:16     3102295865                    RKMC                          PAGE   14/45

| | | Director |
|---|---|---|
| 1998/07/10 | Display Device Research institute | Chief General Manager |
| 1998/05/23 | Display Softlanding team | Chief General Manager |
| 1996/01/06 | Video Display Zenith | General Manager |
| 1995/01/23 | Video Display International Support | General Manager |

### C.H. Kim

| Date | Division | Title of Position |
|---|---|---|
| 2004/06/01 | PDP Module Marketing team | Managing Director |
| 1997/04/23 | LG Chicago office | Chief head of department |
| 1994/06/01 | LG Chicago office | Head of department |

09/22/2014  10:16     3102295865                    RKMC                                    PAGE   15/45

**Topic No. 3(b): LGEI Investments in LPD From January 1, 2001 - 2006**

| June 2001 | LGEI contributed its CRT assets to LPD pursuant to the Joint Venture Agreement.  LPEI's CRT business was valued at $3.1B at the time of transfer.  LPD paid $1.1B to LGEI for the excess value of CRT assets contributed by LGEI to LPD. | *Source:* Joint Venture Agreement. |
|---|---|---|
| May 31, 2002 | LGEI made a $125M capital injection. LGEI also provided a guarantee of $200M on LPD's behalf to the bank syndicate that provided financing to LPD. | *Source:* Minutes of the Supervisory Board Meeting, February 2, 2002. |
| June 25, 2004 | LGEI made a $250M capital injection. LGEI reduced its guarantee to the bank syndicate to $50M. | *Source:* Restructuring Agreement between LPD and the bank syndicate, dated June 25, 2004. |
| December 7, 2005 | LGEI informed LPD's lenders that "it [LGEI] is not able to inject further cash." | *Source:* December 7, 2005 letter from LGEI. |

SEALED

EXHIBIT 25 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS -

Filed Under Seal

SEALED EXHIBIT 26 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal