1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 S. Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
11 Facsimile:    (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.,
   LG Electronics U.S.A., Inc., and LG Electronics
13 Taiwan Taipei Co., Ltd.*

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN FRANCISCO DIVISION
17

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Related to: | **[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS** |
| DIRECT PURCHASER ACTIONS | |
| | **[Notice of Motion and Motion for Partial Summary Judgment, Declaration of Cathleen H. Hartge and Declaration of Duk Chul Ryu filed concurrently herewith]** |
| | Judge:  Honorable Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Crtrm.: 1, 17th Floor |

LG Electronics, Inc.'s Motion For Partial Summary Judgment on Withdrawal Grounds came on for hearing on February 6, 2015.

Having read and considered all of the pleadings and documents filed in support of and in opposition to LG Electronics, Inc.'s motion, and having considered the arguments of counsel, the Court hereby grants LG Electronics, Inc.'s motion.

IT IS SO ORDERED:

DATED:

---
Honorable Samuel Conti
United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:     /s/ *Hojoon Hwang*
        HOJOON HWANG

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.