JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Related to:<br><br>Individual Case No. 3:13-cv-2171 (SC), *Dell Inc.; Dell Products L.P., v. Philips Electronics North America Corporation et al.;*<br><br>Individual Case No. 3:13-cv-01173-SC, *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*<br><br>Individual Case No. 3:13-cv-2776 SC, *Sharp Electronics Corp. et al. v. Koninklijke Philips Elecs., N.V. et al.* | Master File No. 3:07-md-05944-SC (N.D. Cal) MDL No. 1917<br><br>**DECLARATION OF CLAIRE YAN AND EXHIBITS ISO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS –**<br>**Sealed Exhibits 1-39**<br><br>[Notice of Joint Motion and Motion for Partial Summary Judgment and [Proposed] Order filed concurrently]<br><br>Judge:   The Honorable Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 A.M.<br>Crtrm.:  1, 17th Floor |

I, Claire Yan, hereby declare:

I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

## I. Documents and Deposition Exhibits

1. Attached to this declaration as Exhibit 1 is a true and correct copy of deposition exhibits 1908 and 1908-E (Korean and English Certified Translation versions) marked for identification at the deposition of Jae In Lee on July 25, 2013.

2. Attached to this declaration as Exhibit 2 is a true and correct copy of deposition exhibits 3620 and 3620-E (Korean and Certified Translation English versions) marked for identification at the deposition of Vincent Sampietro on June 25, 2014.

3. Attached to this declaration as Exhibit 3 is a true and correct copy of deposition exhibits 3621 and 3621-E (Korean and Certified Translation English versions) marked for identification at the deposition of Vincent Sampietro on June 25, 2014.

4. Attached to this declaration as Exhibit 4 is a true and correct copy of deposition exhibit 3622 marked for identification at the deposition of Vincent Sampietro on June 25, 2014.

5. Attached to this declaration as Exhibit 5 is a true and correct copy of deposition exhibits 3623 and 3623-E (Korean and Certified Translation English versions) marked for identification at the deposition of Vincent Sampietro on June 25, 2014.

6. Attached to this declaration as Exhibit 6 is a true and correct copy of deposition exhibit 3624 marked for identification at the deposition of Vincent Sampietro on June 25, 2014.

7. Attached to this declaration as Exhibit 7 is a true and correct copy of deposition exhibits 4765 and 4765-E (Korean and Certified Translation English versions) marked for identification at the deposition of Takashi Nakanishi on July 30, 2014.

8. Attached to this declaration as Exhibit 8 is a true and correct copy of deposition exhibit 4991 marked for identification at the deposition of Martin Garvin on August 6, 2014.

9. Attached to this declaration as Exhibit 9 is a true and correct copy of deposition exhibit 4993 marked for identification at the deposition of Martin Garvin on August 6, 2014.

10. Attached to this declaration as Exhibit 10 is a true and correct copy of deposition exhibit 5089 marked for identification at the deposition of Angela Ford on August 8, 2014.

11. Attached to this declaration as Exhibit 11 is a true and correct copy of deposition exhibit 5090 marked for identification at the deposition of Angela Ford on August 8, 2014.

12. Attached to this declaration as Exhibit 12 is a true and correct copy of deposition exhibit 5091 marked for identification at the deposition of Angela Ford on August 8, 2014.

13. Attached to this declaration as Exhibit 13 is a true and correct copy of deposition exhibit 5092 marked for identification at the deposition of Angela Ford on August 8, 2014.

14. Attached to this declaration as Exhibit 14 is a true and correct copy of deposition exhibit 5093 marked for identification at the deposition of Angela Ford on August 8, 2014.

15. Attached to this declaration as Exhibit 15 is a true an correct copy of deposition exhibit 5094 marked for identification at the deposition of Angela Ford on August 8, 2014.

16. Attached to this declaration as Exhibit 16 is a true an correct copy of deposition exhibit 5097 marked for identification at the deposition of Angela Ford on August 8, 2014.

17. Attached to this declaration as Exhibit 17 is a true and correct copy of deposition exhibit 5200 marked for identification at the deposition of Dennis Selman on August 13, 2014.

18. Attached to this declaration as Exhibit 18 is a true and correct copy of deposition exhibit 5205 marked for identification at the deposition of Dennis Selman on August 13, 2014.

19. Attached to this declaration as Exhibit 19 is a true and correct copy of deposition exhibit 5902 marked for identification at the deposition of Gerry Smith on August 27, 2014.

20. Attached to this declaration as Exhibit 20 is a true and correct copy of deposition of 5908 marked for identification at the deposition of Ricky Ratley on August 28, 2014.

21. Attached to this declaration as Exhibit 21 is a true and correct copy of deposition exhibit 6071 marked for identification at the deposition Shutan Lillie on September 3, 2014.

22. Attached to this declaration as Exhibit 22 is a true and correct copy of deposition exhibit 6089 marked for identification at the deposition of Julie French on September 9, 2014.

23. Attached to this declaration as Exhibit 23 is a true a correct copy of deposition exhibit 6090 marked for identification at the deposition of Julie French on September 9, 2014.

**II. Deposition Testimony**

24. Attached to this declaration as Exhibit 24 are true and correct copies of excerpts to the deposition of Ayumu Kinoshita, Volume 1, deposed in this case on February 5, 2013.

25. Attached to this declaration as Exhibit 25 are true and correct copies of excerpts to the deposition of Vincent Sampietro deposed in this case on June 25, 2014.

26. Attached to this declaration as Exhibit 26 are true and correct copies of excerpts to the deposition of Toshihito Nakanishi deposed in this case on July 29, 2014.

27. Attached to this declaration as Exhibit 27 are true and correct copies of excerpts to the deposition of Martin Garvin deposed in this case on August 6, 2014.

28. Attached to this declaration as Exhibit 28 are and correct copies of excerpts to the deposition of Angela Ford deposed in this case on August 8, 2014.

29. Attached to this declaration as Exhibit 29 are true and correct copies of excerpts to the deposition of Dennis Selman deposed in the case on August 13, 2014.

30. Attached to this declaration as Exhibit 30 are true and correct copies of excerpts to the deposition of Gerry Smith deposed in this case on August 27, 2014.

31. Attached to this declaration as Exhibit 31 are true and correct copies of excerpts to the deposition of Ricky Ratley deposed in this case on August 28, 2014.

32. Attached to this declaration as Exhibit 32 are true and correct copies of excerpts to the deposition of Shutan Lillie deposed in this case on September 3, 2014.

33. Attached to this declaration as Exhibit 33 are true and correct copies of excerpts to the deposition of Julie French deposed in this case on September 9, 2014.

34. Attached to this declaration as Exhibit 34 are true and correct copies of excerpts to the deposition of Ayumu Kinoshita, Volume 2, deposed in this case on February 6, 2013.

35. Attached to this declaration as Exhibit 35 are true and correct copies of excerpts to the deposition of Kenneth Elzinga, Volume 2, deposed in this case on October 27, 2014.

36. Attached to this declaration as Exhibit 36 are true and correct copies of excerpts to the deposition of Julie French deposed in this case on June 2, 2014.

### III. Expert Report

37. Attached to this declaration as Exhibit 37 is a true and correct copy of excerpts from the Expert Rebuttal Report of Kenneth Elzinga, dated September 26, 2014.

### IV. Discovery

38. Attached to this declaration as Exhibit 38 is a true and correct copy of excerpts from the Sharp's Response to Philips Electronics North America Corporation's First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated September 5, 2014.

39. Attached to this declaration as Exhibit 39 is a true and correct copy of excerpts from Exhibit A to Sharp's Response to Philips Electronics North America Corporation's First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated September 5, 2014.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on the 7th day of November, 2014 in Los Angeles, California.

| | |
|---|---|
| DATED: November 7, 2014 | MUNGER, TOLLES & OLSON LLP<br>   HOJOON HWANG<br>   WILLIAM D. TEMKO<br>   MIRIAM KIM<br>   CLAIRE YAN<br><br>By:    /s/ Claire Yan<br>       CLAIRE YAN<br>Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. |