# EXHIBITS 1-39 OF THE DECLARATION OF CLAIRE YAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ARE FILED UNDER SEAL