1  JEROME C. ROTH (State Bar No. 184950)
   Jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   Hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 184950)
   Miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  William.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 S. Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
11 Facsimile:    (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.,*
   *LG Electronics U.S.A., Inc.,*
13

14
                       UNITED STATES DISTRICT COURT
15
                      NORTHERN DISTRICT OF CALIFORNIA
16
                            SAN FRANCISCO DIVISION
17

18
   | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) |
   |---|---|
   | | MDL No. 1917 |
   | This Document Related to: | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS** |
   | Individual Case No. 3:13-cv-2171 (SC), *Dell Inc.; Dell Products L.P., v. Philips Electronics North America Corporation et al.;* | |
   | Individual Case No. 3:13-cv-01173-SC, *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.* | Judge:  Honorable Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00 A.M.<br>Crtrm.:  1, 17th Floor |
   | Individual Case No. 3:13-cv-2776 SC, *Sharp Electronics Corp. et al. v. Koninklijke Philips Elecs., N.V. et al.* | |

3:07-cv-05944-SC; MDL No. 1917

[PROPOSED] ORDER GRANTING DEFS' MOT. FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS

The DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS ("Motion") came for a hearing on February 6, 2015 at 10:00 a.m., or as soon as counsel could be heard thereafter, in Courtroom 1, 17th Floor, San Francisco, California before the Honorable Samuel Conti.

Having read and considered all of the pleadings and documents filed in support of and in opposition to the Motion, and having considered the arguments of counsel, the Court hereby grants the Motion.

Partial summary judgment in favor of the moving defendants is hereby ordered with respect to the Dell and Sharp Plaintiffs' claims relating to conduct occurring before November 27, 2003.

**IT IS SO ORDERED.**

DATED:

_____
Honorable Samuel Conti
United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:     /s/ *Hojoon Hwang*
        HOJOON HWANG

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc.