1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Information Systems, Inc., Toshiba America*
11 *Consumer Products, L.L.C., and*
   *Toshiba America Electronic Components, Inc.*
12

13                   UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA
                       (SAN FRANCISCO DIVISION)
15

| | |
|---|---|
| 16 IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| 18 | |
| 19 This Document Relates to: | |
| 20 *Electrograph Sys., Inc. v. Hitachi, Ltd.*,<br>Case No. 11-cv-01656; | |
| 21 | |
| 22 *Siegel v. Hitachi, Ltd.*,<br>Case No. 11-cv-05502; | |
| 23 | **THE TOSHIBA DEFENDANTS'** |
| 24 *Best Buy Co., Inc. v. Hitachi, Ltd.*,<br>Case No. 11-cv-05513; | **JOINDER TO KONINKLIJKE PHILIPS N.V.'S NOTICE OF MOTION AND MOTION FOR** |
| 25 | **SUMMARY JUDGMENT** |
| 26 *Interbond Corp. of Am. v. Hitachi, Ltd.*,<br>Case No. 11-cv-06275; | |
| 27 | |
| 28 *Office Depot, Inc. v. Hitachi, Ltd.*,<br>Case No. 11-cv-06276; | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *CompuCom Sys., Inc. v. Hitachi, Ltd.*,
2  Case No. 11-cv-06396;

3  *P.C. Richard & Son Long Island Corp. v. Hitachi,
4  Ltd.*, Case No. 12-cv-02648;

5  *Schultze Agency Servs., LLC v. Hitachi, Ltd.*,
6  Case No. 12-cv-02649;

7  *Tech Data Corp. v. Hitachi, Ltd.*,
8  Case No. 13-cv-00157;

9  *Sears, Roebuck and Co. and Kmart Corp. v.
10 Chunghwa Picture Tubes, Ltd.*,
   Case No. 11-cv-05514
11
12 *Sharp Electronics Corp. v. Hitachi Ltd.*,
   Case No. 13-cv-1173 SC
13
14 *ViewSonic Corp. v. Chunghwa Picture Tubes,
   Ltd.*, Case No. 14-cv-2510 SC
15
16 *All Indirect Purchaser Actions*.

17
18
19
20
21
22
23
24
25
26
27
28

THE TOSHIBA DEFENDANTS' JOINDER KONINKLIJKE PHILIPS N.V.'S NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT
Case No. 07-5944 SC
MDL No. 1917

Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the "Toshiba Defendants") hereby join Koninklijke Philips N.V.'s Notice of Motion and Motion for Summary Judgment, which was filed on November 7, 2014, except as to those arguments that pertain to Dell Inc. and Dell Products L.P.

Dated:  November 7, 2014

Respectfully submitted,

WHITE & CASE LLP

By:  /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

On November 7, 2014, I caused a copy of "KONINKLIJKE PHILIPS N.V.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

                       */s/ Lucius B. Lau*
                         Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005