1  JEROME C. ROTH (State bar No. 1594830
   Jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.,*
   *and LG Electronics U.S.A., Inc., LG Electronics*
13 *Taiwan Taipei Co., LTD*

14

15                    UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

17 | IN RE: CATHODE RAY TUBE (CRT) | Master File No. 3:07-cv-05944-SC |
   | ANTITRUST LITIGATION | |
18 | | MDL No. 1917 |
   | | |
19 | This Document Related to: | **DECLARATION OF JESSICA BARCLAY-STROBEL IN SUPPORT OF LG AND MITSUBISHI ELECTRONIC SUBSIDIARIES' MOTION FOR SUMMARY JUDGMENT – Sealed Ex. D** |
20 | DIRECT PURCHASER ACTIONS | |
21 | | [Notice of Motion and Motion for Summary Judgment, Declaration of Mavis Chou, Declaration of Matthew Kim, Declaration of Richard C. Wingate, Declaration of Michael T. Brody, Declaration of Lindsay D. McCaskill, and [Proposed] Order filed concurrently herewith] |
22 | | |
23 | | |
24 | | |
25 | | Judge:   Hon. The Honorable Samuel Conti |
   | | Date:    February 6, 2015 |
26 | | Time:    10:00 AM |
   | | Crtrm.:  1, 17th Floor |
27 | | |
28 |

                                          3:07-cv-05944-SC; MDL 1917

## Declaration of Jessica Barclay-Strobel

1.      I am an attorney licensed to practice law in the State of California. I am an associate in the law firm of Munger, Tolles & Olson LLP, counsel of record for defendants LG Electronics, Inc. ("LGEI"), LG Electronics U.S.A. ("LGEUSA"), and LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") in the above-captioned actions.  I submit this declaration in support of the LG and Mitsubishi Electronic Subsidiaries' Motion for Summary Judgment.

2.      The Direction Action Plaintiffs ("DAPs") deposed three LGEUSA 30(b)(6) witnesses—Kyung Tae Kwon, Yun Seok Lee, Mok Hyeon Seong—and several current or former employees of LG-related entities in the above captioned actions.  I have reviewed the deposition transcripts of those 30(b)(6) witnesses as well as Young Bae Na, Kyu In Quin Choi, Choong Ryul Park, Pil Jae Lee, Jin Kang Jung, and Duk Chul Ryu.  These transcripts do not identify any price-fixing or other anticompetitive communications by LGEUSA or LGETT.  Likewise, no exhibits were introduced suggesting unlawful communications or agreements by LGEUSA or LGETT.

3.      Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Mok Hyeon Seong, a 30(b)(6) witness for LGEI and LGEUSA, dated July 9, 2012.

4.      Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Kyung Tae Kwon, a 30(b)(6) witness for LGEI and LGEUSA, dated July 13, 2012.

5.      Attached hereto as Exhibit C is a true and correct copy of an excerpt from the Supplemental Response by LGEI to DPPs' First Set of Interrogatories, dated February 10, 2012.

6.      Attached hereto as Exhibit D is a true and correct copy of an excerpt from the DAPs' Letter to Hon. Vaughn R. Walker, dated August 14, 2014.  That letter addresses a chart the DAPs produced in response to discovery requests that they contend is a "comprehensive" list of "conspiratorial meetings," the companies represented at those meetings, and the "specific individuals from each company" who attended.  Over the course of two months, the DAPs revised and added to that chart, ultimately producing on September 5, 2014, a supplemental Exhibit A ("Supplemental Exhibit A") listing over 2,200 allegedly anticompetitive communications.  Then, on November 6 and again on November 7, 2014—the day Defendants filed their summary judgment motions—revised third and fourth versions of Exhibit A (collectively, "November 2014

DECLARATION OF JESSICA BARCLAY-STROBEL IN SUPPORT OF
LG'S MOTION FOR SUMMARY JUDGMENT

1   Supplemental Exhibit A") were produced on behalf of some but not all of the DAPs: ABC

2   Appliance, Inc., CompuCom Systems, Inc., Electrograph Systems, Inc., Electrograph

3   Technologies Corp., Interbond Corporation of America, MARTA Cooperative of America, Inc.,

4   Office Depot, Inc., P.C. Richard & Son Long Island Corporation, and Schultze Agency Services,

5   LLC, and Circuit City Liquidating Trust.  I have reviewed that November 2014 Supplemental

6   Exhibit A and concluded that it does not add any LG employees who were not already listed on

7   the Supplemental Exhibit A produced on September 5, 2014.

8            7.       Attached hereto as Exhibit E is a true and correct copy of an excerpt from Best

9   Buy's Objections and Responses to LGEUSA's Third Set of Interrogatories, dated August 21,

10  2014 ("8/21/14 Best Buy Responses").  In an attempt to identify what evidence supported the

11  DAPs' allegations that LGEUSA participated in an alleged CRT price-fixing conspiracy,

12  LGEUSA served interrogatories on and received responses similar to Exhibit E from DAPs

13  Electrograph Systems, Inc. and Electrograph Technologies Corp.; Alfred H. Siegel, solely as

14  trustee of the Circuit City Stores, Inc. Liquidating Trust; Best Buy Co., Inc., Best Buy Purchasing

15  LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.Com, L.L.C., and

16  Magnolia Hi-Fi, Inc.; Target Corp., Sears, Roebuck, and Co., Kmart Corp.; Interbond Corporation

17  of America; Office Depot, Inc.; CompuCom Systems, Inc.; Costco Wholesale Corporation; P.C.

18  Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., and ABC

19  Appliance, Inc.; Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter

20  Newco, LLC; and Tech Data Corporation and Tech Data Product Management, Inc.; Dell Inc. and

21  Dell Products L.P.; and Sharp Electronics Corporation and Sharp Electronics Manufacturing

22  Company of America, Inc.; and ViewSonic Corporation.

23           8.       Attached hereto as Exhibit F is a true and correct copy of an excerpt from Samsung

24  SDI Co., Ltd.'s Responses to Dell's First Set of Requests for Admission Response, dated

25  November 25, 2013.  Exhibit F is cited as evidence in support of Best Buy's allegations in the

26  8/21/14 Best Buy Responses.  All the DAPs' interrogatory responses mentioned in Paragraph 7

27  above also cited to Exhibit F as evidence in support of their allegations.

28

DECLARATION OF JESSICA BARCLAY-STROBEL IN SUPPORT OF
LG'S MOTION FOR SUMMARY JUDGMENT

1    9.    I declare under penalty of perjury that the foregoing is true and correct.  Executed

2  this 7th day of November, 2014, in Los Angeles, California.

3

4                                      By:   ___/s/  *Jessica Barclay-Strobel*_____

5                                               Jessica Barclay-Strobel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JESSICA BARCLAY-STROBEL IN SUPPORT OF
LG'S MOTION FOR SUMMARY JUDGMENT