# Exhibit A

# Exhibit A

HIGHLY CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3   _____
                                             )
 4   IN RE: CATHODE RAY TUBE (CRT)           )
     ANTITRUST LITIGATION                    )
 5   _____) No. 07-cv-05944 SC
     This Document Relates to:               ) MDL No. 1917
 6   ...(continuing caption page 2)          )
                                             )
 7   _____
 8        SUPERIOR COURT OF THE STATE OF CALIFORNIA
              CITY AND COUNTY OF SAN FRANCISCO
 9   _____
                                             )
10   STATE OF CALIFORNIA, et al.,            )
                                             )
11                    Plaintiffs,            )
                                             ) No. CGC-11-515784
12              v.                           )
                                             )
13   SAMSUNG SDI, INC., CO., LTD,            )
     et al.,                                 )
14                    Defendants.            )
     _____)
15
16              HIGHLY CONFIDENTIAL
17           DEPOSITION OF LG ELECTRONICS
18              MOK HYEON SEONG
19           San Francisco, California
20            Monday, July 9, 2012
21                Volume I
22   Reported by:
     SUZANNE F. BOSCHETTI
23   CSR No. 5111
24
25
```

HIGHLY CONFIDENTIAL

Page 40

| | | |
|---|---|---|
| 1 | Electronics Inc. and LG Electronics USA Inc.? | 11:03:06 |
| 2 | A    Yes, I do. | 11:03:38 |
| 3 | Q    All right. Am I -- is it your testimony | 11:03:39 |
| 4 | that LG Electronics USA did not sell any CRTs in the | 11:03:41 |
| 5 | United States during the period 1995 through June of | 11:03:49 |
| 6 | 2001? | 11:03:53 |
| 7 | A    Correct. | 11:04:12 |
| 8 | Q    Okay. Just for purposes of background, do | 11:04:12 |
| 9 | you speak English? | 11:04:16 |
| 10 | MR. MUDGE: Objection. Form. | 11:04:19 |
| 11 | THE WITNESS: I do a little bit. I can | 11:04:20 |
| 12 | exchange greetings. | 11:04:22 |
| 13 | BY MR. SPECKS: | 11:04:24 |
| 14 | Q    But you would not consider yourself | 11:04:24 |
| 15 | proficient in English? | 11:04:28 |
| 16 | A    I just told you I can only exchange | 11:04:34 |
| 17 | greetings. | 11:04:38 |
| 18 | Q    What's your understanding of what the LG | 11:04:38 |
| 19 | defendants are accused of doing in this case? | 11:04:50 |
| 20 | MR. MUDGE: Objection. Vague. | 11:05:03 |
| 21 | THE WITNESS: Based on what I heard, I | 11:05:28 |
| 22 | believe the litigation was brought because CRT | 11:05:32 |
| 23 | prices were fixed, and because of that, the TV | 11:05:40 |
| 24 | monitor prices were affected. I believe that is why | 11:05:48 |
| 25 | the litigation started. | 11:05:53 |

HIGHLY CONFIDENTIAL

Page 125

```
 1
 2
 3
 4
 5
 6
 7
 8         I, MOK HYEON SEONG, do hereby declare under
 9   penalty of perjury that I have read the foregoing
10   transcript of my deposition; that I have made such
11   corrections as noted herein, in ink, initialed by
12   me, or attached hereto; that my testimony as
13   contained herein, as corrected, is true and correct.
14         EXECUTED this  22  day of  AUGUST ,
15   20 12 , at   SEOUL   ,   KOREA   .
16                    (City)              (State)
17
18
                            MOK HYEON SEONG
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 126

1          I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4          That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were duly sworn; that a record
8    of the proceedings was made by me using machine
9    shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12         I further, certify I am neither financially
13   interested in the action nor a relative or employee
14   of any attorney or party to this action.
15         IN WITNESS WHEREOF, I have this date
16   subscribed my name.
17
18   Dated: 7/20/12
19
20
21
22
23              SUZANNE F. BOSCHETTI
24                 CSR No. 5111
25

**ERRATA SHEET**
**CRT 30(b)(6) Deposition of LGE Defendants - MOK HYEON SEONG**
**July 9, 2012**

| Page | Line | Change and/or Correction | Reason |
|------|------|--------------------------|--------|
| 12 | 11 | Delete "you were" | Transcription error |
| 19 | 15 | "2006" to "2001" | Inaccurate translation later clarified by interpreter |
| 35 | 22 | "Manlose" to "Melrose" | Transcription error |
| 41 | 2 | "She" to "He" | Transcription error |
| 44 | 1 | "LG Display" to "LG Philips Display" | Transcription error |
| 48 | 19 | "Changwon" to "Chunghwa" | Transcription error |
| 49 | 5 | "Interrogatories" to "list of questions" | Inaccurate translation later clarified by interpreter |
| 54 | 17 | "LGP" to "LG Philips" | Clarification of response |
| 55 | 13 | "operation of board" to "Board of Management" | Inaccurate translation later clarified by interpreter |
| 67 | 11 | "became the CEO" to "he was COO in the beginning and then he became the CEO" | Inaccurate translation later clarified by interpreter |
| 73 | 2 | "below" to "beyond" | Transcription error |
| 78 | 21 | "computated" to "computed" | Clarification of response |
| 80 | 4 | "Changwon" to "Changsha" | Inaccurate translation later clarified by interpreter |
| 81 | 11 | "monitored" to "monitor" | Transcription error |
| 81 | 21 | "monitored" to "monitor" | Transcription error |
| 83 | 3 | "LG Philips was" to "LG Philips Display was" | Clarification of question |
| 83 | 11 | "LG Displays" to "LG Philips Display" | Clarification of question |
| 92 | 13 | "CRTs" to "CRT TVs" | Inaccurate translation later clarified by interpreter |
| 95 | 11 | "boiling" to "baking" | Inaccurate translation later clarified by interpreter |

58009602v3

| 102 | 1 | "different levels" to "differently" | Inaccurate translation later clarified by interpreter |
| --- | --- | --- | --- |
| 108 | 20 | "PCBAs" to "PCBs" | Transcription error |
| 110 | 18 | "display" to "Display" | Clarification of response |
| 112 | 3 | "display" to "Display" | Clarification of response |
| 112 | 18 | "JFK" to "GFK" | Clarification of response |
| 117 | 4 | "Then" to "That" | Clarification of response |
| 123 | 6 | "2000. LG Electronics" to "2000. Because LGE did not count Zenith's sales performance as part of LGE's sales performance, LG Electronics" | Inaccurate translation later clarified by interpreter |
| 123 | 7 | "do not have any information about that" to "do not have Zenith sales data" | Inaccurate translation later clarified by interpreter |

58009602v3