# Exhibit B

# Exhibit B

Page 1

1           UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2                SAN FRANCISCO DIVISION
3   _____
                                        )
4   IN RE: CATHODE RAY TUBE (CRT)       )
    ANTITRUST LITIGATION                )
5   _____ ) No. 07-cv-05944 SC
    This Document Relates to:           ) MDL No. 1917
6   ...(continuing caption page 2)      )
                                        )
7   _____
8        SUPERIOR COURT OF THE STATE OF CALIFORNIA
              CITY AND COUNTY OF SAN FRANCISCO
9   _____
                                        )
10  STATE OF CALIFORNIA, et al.,        )
                                        )
11               Plaintiffs,            )
                                        ) No. CGC-11-515784
12         v.                           )
                                        )
13  SAMSUNG SDI, INC., CO., LTD,        )
    et al.,                             )
14               Defendants.            )
                                        )
15  _____)
16              HIGHLY CONFIDENTIAL
17          DEPOSITION OF LG ELECTRONICS
18               KYUNG TAE KWON
19            San Francisco, California
20              Friday, July 13, 2012
21                   Volume I
22  Reported by:
    SUZANNE F. BOSCHETTI
23  CSR No. 5111
24
25

Page 59

| | | |
|---|---|---|
| 1 | A    That's right. | 11:44:42 |
| 2 | Q    And how was that allocated? | 11:44:43 |
| 3 | A    As I explained earlier, we have the cost at | 11:45:06 |
| 4 | the time we first set up that particular conveyor | 11:45:16 |
| 5 | belt. And we divide that amount into the period of | 11:45:20 |
| 6 | the time the conveyor belt is to be used. And | 11:45:25 |
| 7 | usually it's five years, so we divide that amount | 11:45:30 |
| 8 | into five years and that's how we calculate. | 11:45:34 |
| 9 | Q    All right. Any other costs that you | 11:45:50 |
| 10 | haven't described for me that were involved in the | 11:45:53 |
| 11 | manufacture of CRT televisions? | 11:45:55 |
| 12 | A    I think I described -- described most of | 11:46:11 |
| 13 | the manufacturing related costs. | 11:46:16 |
| 14 | Q    All right. Now, LG Electronics USA was not | 11:46:19 |
| 15 | in the business of manufacturing CRT televisions, | 11:46:24 |
| 16 | correct? | 11:46:27 |
| 17 | A    Correct. | 11:46:34 |
| 18 | Q    So when LG Electronics Inc. or one of its | 11:46:34 |
| 19 | affiliates completed its manufacture of the CRT TV | 11:46:39 |
| 20 | for shipment to the United States and shipped the | 11:46:44 |
| 21 | CRT TV to LG Electronics USA, which entity bore the | 11:46:49 |
| 22 | cost of shipping the TV to the United States? | 11:46:58 |
| 23 | A    There is depending on the sales conditions. | 11:47:26 |
| 24 | If the condition is in the form of FOB, it is the | 11:47:52 |
| 25 | United States entity that bears the cost. If the | 11:47:58 |

Page 110

```
 1
 2
 3
 4
 5
 6
 7
 8          I, KYUNG TAE KWON, do hereby declare under
 9  penalty of perjury that I have read the foregoing
10  transcript of my deposition; that I have made such
11  corrections as noted herein, in ink, initialed by
12  me, or attached hereto; that my testimony as
13  contained herein, as corrected, is true and correct.
14          EXECUTED this  22  day of  August    ,
15  20 12 , at    Seoul       ,   Korea      .
16                  (City)                  (State)
17
                           KYUNG TAE KWON
18
                           KYUNG TAE KWON
19
```

Page 111

1       I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4       That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand which was thereafter transcribed under my
10 direction; that the foregoing transcript is a true
11 record of the testimony given.
12      I further, certify I am neither financially
13 interested in the action nor a relative or employee
14 of any attorney or party to this action.
15      IN WITNESS WHEREOF, I have this date
16 subscribed my name.
17
18 Dated: 7/21/12
19
20
21
22
23            SUZANNE F. BOSCHETTI
24               CSR No. 5111
25

**ERRATA SHEET**
**CRT 30(b)(6) Deposition of LGE Defendants - KYUNG TAE KWON**
**July 13, 2012**

| Page | Line | Change and/or Correction | Reason |
|---|---|---|---|
| 12 | 2 | "in" to "and" | Transcription error |
| 15 | 10 | "am" to "do" | Clarification of response |
| 18 | 16 | "how come those results" to "how those results" | Inaccurate translation later corrected by interpreter |
| 21 | 13 | Delete "kinds of" | Transcription error |
| 26 | 20 | "1985" to "1995" | Transcription Error |
| 44 | 6 | "bell" to "valve" | Transcription error |
| 49 | 12 | "monitors that people" to "monitors in that people" | Clarification of response |
| 65 | 20 | "printed out" to "retrieved" | Inaccurate translation later corrected by interpreter |
| 70 | 4 | "system when" to "system as backup data when" | Inaccurate translation later corrected by interpreter |
| 71 | 23 | "TPT" to "CPT" | Transcription error |