# Exhibit D

# Exhibit D

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
        aheaven@crowell.com

*Counsel for Plaintiff Target Corp.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | Individual Case No. 13-cv-05686 |
| *Target Corp., v. Technicolor SA, et al.*, Case No. 13-cv-05686-SC | **PLAINTIFF TARGET CORP.'S RESPONSES AND OBJECTIONS TO DEFENDANTS MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRONIC VISUAL SOLUTIONS AMERICA, INC., AND MITSUBISHI ELECTRIC US, INC.'S FIRST SET OF INTERROGATORIES** |

PROPOUNDING PARTY:   Defendants Mitsubishi Electric Corporation, Mitsubishi Electronic

Visual Solutions America, Inc., and Mitsubishi Electric US, Inc.

RESPONDING PARTY:   Plaintiff Target Corp.

SET NO.:   ONE

-1-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1      Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Target

2  Corp. ("Target") hereby responds to the First Set of Interrogatories to Plaintiff Target

3  ("Interrogatories") served by counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi

4  Electronic Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (collectively the

5  "Defendants") in the above-captioned matter. For the reasons specified below, Target objects

6  generally and specifically to all specifications in the Interrogatories. Target reserves the right to

7  supplement the objections and responses set forth below.

8                              **GENERAL OBJECTIONS**

9      Target asserts the following General Objections to the Interrogatories, including the

10  Instructions and the Definitions, which are incorporated by reference in each specific response as

11  though set forth fully therein:

12     1.    Target objects to the Interrogatories to the extent that they are overbroad,

13  burdensome, and seek information that is outside the scope of any allowable discovery by the

14  Federal Rules of Civil Procedure, the Local Rules of the District Court for the Northern District

15  of California, or any order of this Court. Target specifically objects to the instruction to serve

16  verified answers at the offices of Jenner & Block, LLP, Attn: Shaun M. Van Horn, 353 N. Clark

17  Street, Chicago, Illinois 60654 within thirty (30) days after the date of service. Target does not

18  agree to undertake any obligations beyond those required by the Federal Rules of Civil Procedure

19  or the Local Rules of this Court.

20     2.    Target objects to the Interrogatories to the extent that they seek information

21  protected by the attorney-client privilege and/or attorney work-product doctrine, the joint

22  prosecution privilege, or any other privilege or doctrine of confidentiality provided by law, or that

23  otherwise constitutes information prepared for or in anticipation of litigation. Such information

24  will not be produced; any production thereof is inadvertent and not a waiver of any applicable

25  privilege or protection against disclosure.

26     3.    Target objects to the Interrogatories to the extent that they duplicate other

27  interrogatories, in whole or in part, made by other defendants in this matter, in violation of the

28  integration order included in section XV, subsections D and E of the Court's "Order Re

1    Discovery and Case Management Protocol," entered in the MDL on April 3, 2012.   Order Re
2    Discovery and Case Management Protocol, *In re Cathode Ray Tube Antitrust Litigation*, Case
3    No. 07-cv-05944-SC MDL No. 1917 (N.D. Cal. April 3, 2012), Docket No. 1128.

4         4.    Target objects to the Interrogatories to the extent that they seek information not
5    currently in Target's possession, custody, or control.

6         5.    Target objects to the Interrogatories to the extent that they seek information
7    already in the possession, custody or control of the defendants.

8         6.    Target objects to the Interrogatories to the extent that they are unreasonable,
9    oppressive, unintelligible, vague, ambiguous, and unduly burdensome and for which the
10   acquisition of information responsive to each would cause Target undue annoyance and expense.

11        7.    Target objects to the Interrogatories to the extent that they seek information not
12   related to the claims or defenses of any party in this matter or are not reasonably calculated to
13   lead to the discovery of admissible evidence.

14        8.    Target objects to the Interrogatories to the extent that the information sought is
15   unreasonably cumulative or duplicative, or is obtainable from a source other than Target that is
16   more convenient, less burdensome, or less expensive.   Target also objects to the Interrogatories to
17   the extent that they seek information that can be more easily obtained by Defendants from public
18   sources.

19        9.    Target objects to the Interrogatories to the extent that they contain terms that are
20   vague or ambiguous.   Target also objects to Defendants' definitions of words to the extent that
21   they are inconsistent with the plain meaning of those words or impose an expanded definition of
22   the words or phrases.   By responding to an Interrogatory containing such definitions, Target does
23   not adopt the definitions of the terms propounded by Defendants.   Instead, Target expressly
24   reserves its right to narrow the scope of the purported definition.

25        10.   Target specifically objects to the definitions of "All", "And," "Or," "Location,"
26   "Document," "You," "Your," "Yourself," "Identify," "Person," "Relevant Period," "Describe,"
27   and "Relate" to the extent that such definitions make the Interrogatories overly broad, unduly
28   burdensome, or seek information that is not relevant to the subject matter of this litigation and,

                                   -3-          TARGET'S RESPONSES AND OBJECTIONS TO
                                                MITSUBISHI'S INTERROGATORIES

1   therefore, render the Interrogatories not reasonably calculated to lead to the discovery of
2   admissible evidence.

3        11.    Target objects to the Interrogatories to the extent that they call for the disclosure of
4   information containing trade secrets or proprietary, sensitive, or other confidential business
5   information.

6        12.    Target objects to the Interrogatories to the extent that they seek legal conclusions
7   and supporting facts that are not reasonably ascertainable or available at this stage of the
8   litigation.

9        13.    Target objects to the Interrogatories to the extent that they call for expert
10  testimony.  Target will provide expert disclosures as provided by the Federal Rules of Civil
11  Procedure or by order of the Court, and at the appropriate time.

12       14.    Target objects to the Interrogatories to the extent that they would require Target to
13  disclose information that would cause Target to violate its existing contractual obligations to
14  other parties to maintain the confidentiality of such information.

15       15.    Target objects to the Interrogatories to the extent Defendants are drawing a
16  distinction between CRTs and CRT products.  Target interprets all requests related to CRTs to
17  include its purchases of CRT products, which contain CRTs.

18       16.    Target objects to the Interrogatories to the extent that they are premature.   In
19  responding to such Interrogatories, Target in no way concedes their relevance to the merits and
20  expressly reserves other objections to those Interrogatories. These responses are being made after
21  reasonable inquiry into the relevant facts, and are based only upon the information and
22  documentation that is presently known to Target. Further investigation and discovery may result
23  in the identification of additional information, and Target reserves the right to modify its
24  responses.  Target's responses should not be construed to prejudice its right to conduct further
25  investigation in this case, or to limit their use of any additional evidence that exists in the record
26  of these MDL proceedings.

27       17.    Target objects to Instruction 1 to the extent that it purports to require information
28  protected by the attorney-client privilege and/or attorney work-product doctrine, the joint

-4-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1    prosecution privilege, or any other privilege or doctrine of confidentiality provided by law, or that

2    otherwise constitutes information prepared for or in anticipation of litigation.  Such information

3    will not be produced; any production thereof is inadvertent and not a waiver of any applicable

4    privilege or protection against disclosure.

5         18.    Target objects to Instruction 2 as overly broad, unduly burdensome, oppressive,

6    and outside the scope of discovery allowed by the Federal Rules of Civil Procedure to the extent

7    that it purports to require Target to describe its process for responding to Interrogatories.  Target

8    further objects to Instruction 2 to the extent that it purports to require information protected by the

9    attorney-client privilege and/or attorney work-product doctrine, the joint prosecution privilege, or

10   any other privilege or doctrine of confidentiality provided by law, or that otherwise constitutes

11   information prepared for or in anticipation of litigation.

12        19.    Target objects to Instruction 3 as overly broad, unduly burdensome, oppressive,

13   and outside the scope of discovery allowed by the Federal Rules of Civil Procedure to the extent

14   that it purports to require that Target provide information that is outside the scope of any

15   allowable discovery by the Federal Rules of Civil Procedure, the Local Rules of the District Court

16   for the Northern District of California, or any order of this Court.

17        20.    Target objects to Instruction 4 as overly broad, unduly burdensome, oppressive,

18   and outside the scope of discovery allowed by the Federal Rules of Civil Procedure to the extent

19   that it purports to require Target to describe its process for responding to Interrogatories.  Target

20   further objects to Instruction 4 to the extent that it purports to require information protected by the

21   attorney-client privilege and/or attorney work-product doctrine, the joint prosecution privilege, or

22   any other privilege or doctrine of confidentiality provided by law, or that otherwise constitutes

23   information prepared for or in anticipation of litigation.  Target further objects to Instruction 4 to

24   the extent it purports to require Target to fully respond to Interrogatories that are premature.

25        21.    Target objects to Instruction 5 as overly broad, unduly burdensome, oppressive,

26   and outside the scope of discovery allowed by the Federal Rules of Civil Procedure to the extent

27   that it purports to require Target to describe its process for responding to Interrogatories.  Target

28

-5-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1  further objects to Instruction 5 to the extent it purports to require Target to fully respond to
2  Interrogatories that are premature.

3      22.    Target objects to Instructions 6 and 7 as overly broad, unduly burdensome,
4  oppressive, and outside the scope of discovery allowed by the Federal Rules of Civil Procedure,
5  particularly in that they seek information that is not relevant to the subject matter of this litigation.

6      23.    Target objects to Instruction 8 as overly broad, unduly burdensome, oppressive,
7  and outside the scope of discovery allowed by the Federal Rules of Civil Procedure, particularly
8  in that it purports to require Target to specifically identify and certify portions of business
9  records.  Documents produced by Target in this litigation shall be deemed produced in response
10 to these Interrogatories, subject to the responses and objections contained herein.  The burden of
11 identifying specific information or documents responsive to these Interrogatories from documents
12 produced in the course of this litigation is substantially the same for either party, and Target is
13 entitled to elect the option to produce business records pursuant to Rule 33(d) of the Federal
14 Rules of Civil Procedure.  Target does not agree to undertake any obligations beyond those
15 required by the Federal Rules of Civil Procedure or the Local Rules of this Court.

16                    **RESPONSES TO INTERROGATORIES**

17 **INTERROGATORY NO. 1:**

18      Identify any alleged "Glass Meetings" (as alleged in ¶¶ 117-131 of the Complaint) that
19 You contend Mitsubishi Electric Employees attended, by stating the time, date and location of the
20 meeting, Identifying the Persons who attended any such "Glass Meetings," and Identifying any
21 statements that You contend were made by Mitsubishi Electric Employees that You contend
22 constitute evidence in support of the conspiracy alleged in the Complaint.

23 **RESPONSE TO INTERROGATORY NO. 1:**

24      Target refers to and incorporates its General Objections as though set forth fully herein.
25 Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.
26 Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence
27 and "state its case" in responses to written discovery.  Target further objects to this Interrogatory
28 to the extent that it is duplicative of other discovery propounded by other defendants in MDL No.

                            -6-    TARGET'S RESPONSES AND OBJECTIONS TO
                                   MITSUBISHI'S INTERROGATORIES

1   1917. Target further objects to this Interrogatory to the extent that it seeks information protected

2   by the attorney-client privilege or work-product doctrine.   Target further objects to this

3   Interrogatory to the extent it seeks information that is in Defendants' possession, custody, or

4   control, or equally available to Defendants.   Target also objects to this Interrogatory on the

5   grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

6            Subject to and without waiving the foregoing objections, Target states that the documents

7   and transactional data produced in this litigation shall be deemed produced in response to this

8   Interrogatory, subject to the response and objections contained herein.   Target further states that

9   the response to this Interrogatory may include the transactional data and documents produced by

10   defendants, co-conspirators, and third parties in MDL No. 1917.   The burden of identifying

11   specific documents responsive to this Interrogatory from a review of the documents and data

12   identified in this response is the substantially the same for Target or Defendants.   Target further

13   states that information responsive to this Interrogatory is contained in the following, which Target

14   hereby incorporates by reference:

15       • The documents produced in this litigation and listed by Target in its response to

16           Interrogatory No. 1 of its Responses and Objections to Defendants Panasonic

17           Corporation of North America and Koninklijke Philips N.V.'s First Set of

18           Interrogatories, dated July 21, 2014.

19       • Expert report of Dr. Kenneth G. Elzinga dated April 15, 2014 and accompanying

20           materials.

21       • Expert Report of Dr. Kenneth G. Elzinga dated August 5, 2014 and accompanying

22           materials.

23       • Hitachi Displays, Ltd.'s Supplemental Response to Direct Purchaser Plaintiffs' First

24           Set of Interrogatories, No. 5 (February 10, 2012);

25       • Hitachi Displays, Ltd.'s (n/k/a Japan Display Inc.) Second Supplemental Response to

26           Direct Purchaser Plaintiffs' First Set of Interrogatories, Interrogatory No. 5 (April 12,

27           2013);

28

-7-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1  • Hitachi Electronic Devices (USA), Inc.'s Supplemental Response to Direct Purchaser
2     Plaintiffs' First Set of Interrogatories, Interrogatory No. 5 (February 10, 2012);

3  • Hitachi Electronic Devices (USA), Inc.'s Second Supplemental Response to Direct
4     Purchaser Plaintiffs' First Set of Interrogatories, Interrogatory No. 5 (April 26, 2013);

5  • Koninklijke Philips Electronics N.V. to Responses and Objections to Direct Purchaser
6     Plaintiffs' First Set of Interrogatories Nos. 4 and 5 (March 21, 2012);

7  • Koninklijke Philips Electronics N.V. and Philips Electronics North America
8     Corporation Responses and Objections to Direct Purchaser Plaintiffs' First Set of
9     Interrogatories Nos. 4 and 5 (July 18, 2012);

10 • LG Electronics, Inc.'s Supplemental Responses to Direct Purchaser Plaintiffs' First
11    Set of Interrogatories, Interrogatories Nos. 4 and 5;

12 • LG Electronics, Inc.'s Second Supplemental Responses to Direct Purchaser Plaintiffs'
13    First Set of Interrogatories, Interrogatories Nos. 4 and 5;

14 • Panasonic Corporation of North America, MT Picture Display Co., Ltd., and
15    Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) Second
16    Supplemental Responses and Objections to Direct Purchaser Plaintiffs' First Set of
17    Interrogatories (November 2, 2011);

18 • Panasonic Corporation of North America, MT Picture Display Co., Ltd., and
19    Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) Third
20    Supplemental Responses and Objections to Direct Purchaser Plaintiffs' First Set of
21    Interrogatories (December 23, 2011);

22 • Philips' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of
23    Interrogatories, Interrogatories Nos. 4 and 5;

24 • Philips' Second Supplemental Responses to Direct Purchaser Plaintiffs' First Set of
25    Interrogatories, Interrogatories Nos. 4 and 5;

26 • Samsung SDI Defendants' Responses to Direct Action Plaintiffs' First Set of
27    Interrogatories (May 12, 2010);

28

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1      • Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs'
2          First Set of Interrogatories Nos. 4 and 5 (October 17, 2011);
3      • Samsung SDI Defendants' Second Supplemental to Direct Purchaser Plaintiffs' First
4          Set of Interrogatories Nos. 4 and 5 (November 25, 2013);
5      • Samsung SDI Co., Ltd.'s Responses to Dell Plaintiffs' First Set of Interrogatories
6          (November 25, 2013);
7      • Samsung SDI Co., Ltd.'s Responses to Dell Plaintiffs' First Set of Requests for
8          Admission (November 25, 2013);
9      • Toshiba America Electronic Components, Inc.'s Supplemental Objections and
10         Responses to Interrogatory Nos. 4 and 5 of Direct Purchaser Plaintiffs' First Set of
11         Interrogatories (February 10, 2012);
12     • Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Nos.
13         4 and 5 of Direct Purchaser Plaintiffs' First Set of Interrogatories (February 10, 2012);
14     • Korean Fair Trade Commission Report on the CRT Conspiracy;
15     • The European Commission Report on the CRT Conspiracy;
16     • Attachment A to Certain Direct Action Plaintiffs' *Responses to Various
17         Interrogatories, served herewith; and
18     • The Chart attached as Exhibit A to these responses.
19         Target also incorporates by reference the responses of all other plaintiffs in this matter,
20     including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all other Direct
21     Action Plaintiffs, to the same or substantially similar interrogatories propounded by all defendants
22     in MDL.  Discovery is ongoing and Target reserves the right to supplement and/or amend its
23     response to this Interrogatory as appropriate.
24     **INTERROGATORY NO. 2:**
25         For the alleged communication on December 4, 1995 (alleged in ¶ 149, bullet 1):
26         a.    Identify all Persons, including Mitsubishi Electric Employees and Chunghwa
27               Employees, that participated in this communication.
28

-9-                    TARGET'S RESPONSES AND OBJECTIONS TO
                       MITSUBISHI'S INTERROGATORIES

1        b.    Identify all Documents, other than CHU00028558, Related to this

2             communication.

3        c.    Identify all percipient witness statements or testimony Related to this

4             communication.

5        d.    Describe all actions and statements that occurred during this communication.

6    **RESPONSE TO INTERROGATORY NO. 2:**

7        Target refers to and incorporates its General Objections as though set forth fully herein.

8    Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

9    Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

10    and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

11    on the ground that the term "related to" is vague, ambiguous, and overbroad.  Target further

12    objects to this Interrogatory to the extent that it is duplicative of other discovery propounded by

13    other defendants in MDL No. 1917.  Target further objects to this Interrogatory to the extent that

14    it seeks information protected by the attorney-client privilege or work-product doctrine.  Target

15    further objects to this Interrogatory to the extent it seeks information that is in Defendants'

16    possession, custody, or control, or equally available to Defendants.  Target also objects to this

17    Interrogatory on the grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R.

18    Civ. P. 33(a)(1).

19        Subject to and without waiving the foregoing objections, Target refers to and incorporates

20    its responses to Interrogatory No. 1.  Pursuant to Fed. R. Civ. P. 33(d), Target directs Defendants

21    to CHU00028558.  Target also incorporates by reference the responses of all other plaintiffs in

22    this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all

23    other Direct Action Plaintiffs, to the same or substantially similar interrogatories propounded by

24    all defendants in MDL.  Discovery is ongoing and Target reserves the right to supplement and/or

25    amend its response to this Interrogatory as appropriate.

26    **INTERROGATORY NO. 3:**

27        For the alleged visit on November 21, 1996 (alleged in ¶ 149, bullet 2):

28

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

DCACTIVE-28663517 1

1       a.    Identify all Persons, including Mitsubishi Electric Employees and Chunghwa

2              Employees, that participated in this visit.

3       b.    Identify all Documents, other than CHU00028548, Related to this visit.

4       c.    Identify all percipient witness statements or testimony Related to this visit.

5       d.    Describe all actions and statements that occurred during this communication,

6              including by Identifying any information exchanged by the participants in

7              connection with this visit.

8   **RESPONSE TO INTERROGATORY NO. 3:**

9       Target refers to and incorporates its General Objections as though set forth fully herein.

10  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

11  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

12  and "state its case" in responses to written discovery. Target further objects to this Interrogatory

13  on the grounds that the terms "actions," "visit," "related to," and "describe" are vague,

14  ambiguous, and overbroad. Target further objects to this Interrogatory to the extent that it is

15  duplicative of other discovery propounded by other defendants in MDL No. 1917. Target further

16  objects to this Interrogatory to the extent that it seeks information protected by the attorney-client

17  privilege or work-product doctrine. Target further objects to this Interrogatory to the extent it

18  seeks information that is in Defendants' possession, custody, or control, or equally available to

19  Defendants. Target also objects to this Interrogatory on the grounds that Defendants have

20  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

21       Subject to and without waiving the foregoing objections, Target refers to and incorporates

22  its responses to Interrogatory No. 1. Pursuant to Fed. R. Civ. P. 33(d), Target directs Defendants

23  to CHU00028548. Target also incorporates by reference the responses of all other plaintiffs in

24  this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all

25  other Direct Action Plaintiffs, to the same or substantially similar interrogatories propounded by

26  all defendants in MDL. Discovery is ongoing and Target reserves the right to supplement and/or

27  amend its response to this Interrogatory as appropriate.

28

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

**INTERROGATORY NO. 4:**

For the alleged exchange on December 18, 1998 (alleged in ¶ 1149, bullet 3):

a.     Identify all Persons, including Mitsubishi Electric Employees and Chunghwa Employees, that participated in this exchange.

b.     Identify all Documents, other than CHU000285323, Related to this exchange.

c.     Identify all percipient witness statements or testimony Related to this exchange.

d.     Describe all actions and statements that occurred during this exchange, including by Identifying any information exchanged by the participants in connection with this exchange.

**RESPONSE TO INTERROGATORY NO. 4:**

Target refers to and incorporates its General Objections as though set forth fully herein. Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome. Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence and "state its case" in responses to written discovery. Target further objects to this Interrogatory on the grounds that the terms "actions," "exchange," "related to," and "describe" are vague, ambiguous, and overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of other discovery propounded by other defendants in MDL No. 1917. Target further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or work-product doctrine. Target further objects to this Interrogatory to the extent it seeks information that is in Defendants' possession, custody, or control, or equally available to Defendants. Target also objects to this Interrogatory on the grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

Subject to and without waiving the foregoing objections, Target refers to and incorporates its responses to Interrogatory No. 1. Pursuant to Fed R. Civ. P. 33(d), Target directs Defendants to CHU00028532. Target also incorporates by reference the responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves the right to supplement and/or

-12-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1    amend its response to this Interrogatory as appropriate.

2    **INTERROGATORY NO. 5:**

3        For the alleged meeting on August 29, 2000 (alleged in ¶ 149, bullet 4):

4        a.    Identify all Persons, including Mitsubishi Electric Employees and SDI Samsung

5            Employees, that participated in this meeting.

6        b.    Identify all Documents Related to this meeting.

7        c.    Identify all percipient witness statements or testimony Related to this meeting.

8        d.    Describe all actions and statements that occurred during this meeting.

9    **RESPONSE TO INTERROGATORY NO. 5:**

10       Target refers to and incorporates its General Objections as though set forth fully herein.

11   Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

12   Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

13   and "state its case" in responses to written discovery. Target further objects to this Interrogatory

14   on the grounds that the terms "actions," "identify," "related to," and "describe" are vague,

15   ambiguous, and overbroad. Target further objects to this Interrogatory to the extent that it is

16   duplicative of other discovery propounded by other defendants in MDL No. 1917. Target further

17   objects to this Interrogatory to the extent that it seeks information protected by the attorney-client

18   privilege or work-product doctrine. Target further objects to this Interrogatory to the extent it

19   seeks information that is in Defendants' possession, custody, or control, or equally available to

20   Defendants. Target also objects to this Interrogatory on the grounds that Defendants have

21   exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

22       Subject to and without waiving the foregoing objections, Target refers to and incorporates

23   its responses to Interrogatory No. 1. Target directs Defendants to Samsung SDI Supplemental

24   Response to the DPPs' Interrogatory No. 5. Target also incorporates by reference the responses

25   of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect

26   Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

27   interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves

28   the right to supplement and/or amend its response to this Interrogatory as appropriate.

-13-    TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1    **INTERROGATORY NO. 6:**

2         For the alleged meeting on October 24, 2000 (alleged in ¶ 149, bullet 5):

3         a.    Identify all Persons, including Mitsubishi Electric Employees and Toshiba

4               Employees, that participated in this meeting.

5         b.    Identify all Documents Related to this meeting.

6         c.    Identify all percipient witness statements or testimony Related to this meeting.

7         d.    Describe all actions and statements that occurred during this meeting, including

8               by Identifying any "proprietary information" shared in connection with this

9               meeting.

10   **RESPONSE TO INTERROGATORY NO. 6:**

11        Target refers to and incorporates its General Objections as though set forth fully herein.

12   Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

13   Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

14   and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

15   on the grounds that the terms "actions," "related to,"  and "describe" are vague, ambiguous, and

16   overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

17   discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

18   Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

19   work-product doctrine.  Target further objects to this Interrogatory to the extent it seeks

20   information that is in Defendants' possession, custody, or control, or equally available to

21   Defendants.  Target also objects to this Interrogatory on the grounds that Defendants have

22   exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

23        Subject to and without waiving the foregoing objections, Target refers to and incorporates

24   its responses to Interrogatory No. 1.  Target directs Defendants to Toshiba Corporation's

25   Supplemental Response to DPP's Interrogatory No. 5. Target also incorporates by reference the

26   responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the

27   Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially

28   similar interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target

-14-
TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1    reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

2    **INTERROGATORY NO. 7:**

3       For the alleged meeting on November 15, 2000 (alleged in ¶ 149, bullet 6):

4       a.   Identify all Persons, including Mitsubishi Electric Employees and Toshiba
5            Employees, that participated in this meeting.

6       b.   Identify all Documents Related to this meeting.

7       c.   Identify all percipient witness statements or testimony Related to this meeting.

8       d.   Describe all actions and statements that occurred during this meeting, including
9            by Identifying any "proprietary information" shared in connection with this
10           meeting.

11   **RESPONSE TO INTERROGATORY NO. 7:**

12      Target refers to and incorporates its General Objections as though set forth fully herein.
13   Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.
14   Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence
15   and "state its case" in responses to written discovery. Target further objects to this Interrogatory
16   on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and
17   overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of other
18   discovery propounded by other defendants in MDL No. 1917. Target further objects to this
19   Interrogatory to the extent that it seeks information protected by the attorney-client privilege or
20   work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks
21   information that is in Defendants' possession, custody, or control, or equally available to
22   Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have
23   exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

24      Subject to and without waiving the foregoing objections, Target refers to and incorporates
25   its responses to Interrogatory No. 1.   Target directs Defendants to Toshiba Corporation's
26   Supplemental Response to DPP's Interrogatory No. 5. Target also incorporates by reference the
27   responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the
28   Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially

-15-        TARGET'S RESPONSES AND OBJECTIONS TO
            MITSUBISHI'S INTERROGATORIES

1   similar interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target

2   reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

3   **INTERROGATORY NO. 8:**

4       For the alleged meeting on January 24, 2001 (alleged in ¶ 149, bullet 7):

5       a.    Identify all Persons, including Mitsubishi Electric Employees and Toshiba

6           Employees, that participated in this meeting.

7       b.    Identify all Documents Related to this meeting.

8       c.    Identify all percipient witness statements or testimony Related to this meeting.

9       d.    Describe all actions and statements that occurred during this meeting, including

10          by Identifying any "proprietary information" shared in connection with this

11          meeting.

12  **RESPONSE TO INTERROGATORY NO. 8:**

13      Target refers to and incorporates its General Objections as though set forth fully herein.

14  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

15  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

16  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

17  on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and

18  overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

19  discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

20  Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

21  work-product doctrine.  Target further objects to this Interrogatory to the extent it seeks

22  information that is in Defendants' possession, custody, or control, or equally available to

23  Defendants.  Target also objects to this Interrogatory on the grounds that Defendants have

24  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

25      Subject to and without waiving the foregoing objections, Target refers to and incorporates

26  its responses to Interrogatory No. 1.  Target directs Defendants to Toshiba Corporation's

27  Supplemental Response to DPP's Interrogatory No. 5.  Target also incorporates by reference the

28  responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the

-16-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1    Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially

2    similar interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target

3    reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

4    **INTERROGATORY NO. 9:**

5         For the alleged meeting on March 6, 2001 (alleged in ¶ 149, bullets 8):

6         a.   Identify all Persons, including Mitsubishi Electric Employees and Toshiba

7              Employees, that participated in this meeting.

8         b.   Identify all Documents Related to this meeting.

9         c.   Identify all percipient witness statements or testimony Related to this meeting.

10        d.   Describe all actions and statements that occurred during this meeting, including

11             by Identifying any "proprietary information" shared in connection with this

12             meeting.

13   **RESPONSE TO INTERROGATORY NO. 9:**

14        Target refers to and incorporates its General Objections as though set forth fully herein.

15   Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

16   Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

17   and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

18   on the grounds that the terms "actions," "identify," "related to,"  and "describe" are vague,

19   ambiguous, and overbroad.  Target further objects to this Interrogatory to the extent that it is

20   duplicative of other discovery propounded by other defendants in MDL No. 1917.  Target further

21   objects to this Interrogatory to the extent that it seeks information protected by the attorney-client

22   privilege or work-product doctrine.  Target further objects to this Interrogatory to the extent it

23   seeks information that is in Defendants' possession, custody, or control, or equally available to

24   Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

25   exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

26        Subject to and without waiving the foregoing objections, Target refers to and incorporates

27   its responses to Interrogatory No. 1.  Target directs Defendants to Toshiba Corporation's

28   Supplemental Response to DPP's Interrogatory No. 5.  Target also incorporates by reference the

-17-          TARGET'S RESPONSES AND OBJECTIONS TO
              MITSUBISHI'S INTERROGATORIES

1   responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the

2   Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially

3   similar interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target

4   reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

5   **INTERROGATORY NO. 10:**

6       For the alleged communication on August 2, 2001 (alleged in ¶ 149, bullet 9):

7       a.   Identify all Persons, including Mitsubishi Electric Employees and Chunghwa

8            Employees, that participated in this communication.

9       b.   Identify all Documents, other than CHU00031154, Related to this

10           communication.

11      c.   Identify all percipient witness statements or testimony Related to this

12           communication.

13      d.   Describe all actions and statements that occurred during this communication,

14           including by Identifying the "Mitsubishi sales strategy" communicated in this

15           communication and by Identifying the "confidential information" provided in

16           connection with this communication.

17  **RESPONSE TO INTERROGATORY NO. 10:**

18      Target refers to and incorporates its General Objections as though set forth fully herein.

19  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

20  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

21  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

22  on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and

23  overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

24  discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

25  Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

26  work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks

27  information that is in Defendants' possession, custody, or control, or equally available to

28  Defendants.  Target also objects to this Interrogatory on the grounds that Defendants have

-18-        TARGET'S RESPONSES AND OBJECTIONS TO
            MITSUBISHI'S INTERROGATORIES

1  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

2          Subject to and without waiving the foregoing objections, Target refers to and incorporates

3  its responses to Interrogatory No. 1. Pursuant to Fed R. Civ. P. 33(d), Target directs Defendants

4  to CHU00031154. Target also incorporates by reference the responses of all other plaintiffs in

5  this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all

6  other Direct Action Plaintiffs, to the same or substantially similar interrogatories propounded by

7  all defendants in MDL. Discovery is ongoing and Target reserves the right to supplement and/or

8  amend its response to this Interrogatory as appropriate.

9  **INTERROGATORY NO. 11:**

10         For the alleged communication on October 25, 2001 (alleged in ¶ 149, bullet 10):

11         a.    Identify all Persons, including Mitsubishi Electric Employees and Samsung SDI

12               Employees, that participated in this communication.

13         b.    Identify all Documents Related to this communication.

14         c.    Identify all percipient witness statements or testimony Related to this

15               communication.

16         d.    Describe all actions and statements that occurred during this communication,

17               including by Identifying the "confidential information" shared in connection with

18               this communication.

19  **RESPONSE TO INTERROGATORY NO. 11:**

20         Target refers to and incorporates its General Objections as though set forth fully herein.

21  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

22  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

23  and "state its case" in responses to written discovery. Target further objects to this Interrogatory

24  on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and

25  overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of other

26  discovery propounded by other defendants in MDL No. 1917. Target further objects to this

27  Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

28  work-product doctrine. Target further objects to this Interrogatory to the extent it seeks

-19-       TARGET'S RESPONSES AND OBJECTIONS TO
           MITSUBISHI'S INTERROGATORIES

1  information that is in Defendants' possession, custody, or control, or equally available to

2  Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

3  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

4     Subject to and without waiving the foregoing objections, Target refers to and incorporates

5  its responses to Interrogatory No. 1. Target directs Defendants to the testimony of Jae In Lee and

6  Samsung SDI's Supplemental Response to the DPPs' Interrogatory No. 5.   Target also

7  incorporates by reference the responses of all other plaintiffs in this matter, including the Direct

8  Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the

9  same or substantially similar interrogatories propounded by all defendants in MDL.  Discovery is

10  ongoing and Target reserves the right to supplement and/or amend its response to this

11  Interrogatory as appropriate.

12  **INTERROGATORY NO. 12:**

13     For the alleged meeting on December 26, 2002 (alleged in ¶ 149, bullet 11):

14     a.     Identify all Persons, including Mitsubishi Electric Employees and Toshiba

15            Employees, that participated in this meeting.

16     b.     Identify all Documents Related to this meeting.

17     c.     Identify all percipient witness statements or testimony Related to this meeting.

18     d.     Describe all actions and statements that occurred during this meeting, including

19            by Identifying any "proprietary information" shared in connection with this

20            meeting.

21  **RESPONSE TO INTERROGATORY NO. 12:**

22     Target refers to and incorporates its General Objections as though set forth fully herein.

23  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

24  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

25  and "state its case" in responses to written discovery. Target further objects to this Interrogatory

26  on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and

27  overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of other

28  discovery propounded by other defendants in MDL No. 1917. Target further objects to this

-20-     TARGET'S RESPONSES AND OBJECTIONS TO
         MITSUBISHI'S INTERROGATORIES

1   Interrogatory to the extent that it seeks information protected by the attorney-client privilege or
2   work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks
3   information that is in Defendants' possession, custody, or control, or equally available to
4   Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have
5   exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

6       Subject to and without waiving the foregoing objections, Target refers to and incorporates
7   its responses to Interrogatory No. 1.   Target directs Defendants to Toshiba Corporation's
8   Supplemental Response to DPP's Interrogatory No. 5.   Target also incorporates by reference the
9   responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the
10  Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially
11  similar interrogatories propounded by all defendants in MDL.   Discovery is ongoing and Target
12  reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

13  **INTERROGATORY NO. 13:**

14      For the alleged meeting on March 3, 2003 (alleged in ¶ 149, bullet 12):

15          a.   Identify all Persons, including Mitsubishi Electric Employees and SDI Samsung
16               Employees, that participated in this meeting.

17          b.   Identify all Documents Related to this meeting.

18          c.   Identify all percipient witness statements or testimony Related to this meeting.

19          d.   Describe all actions and statements that occurred during this meeting, including
20               by Identifying any "customers" that were allocated or were discussed for possible
21               allocation in connection with this meeting, by Identifying all statements regarding
22               "CDT price maintenance" discussed at this meeting, and by Identifying the
23               information exchanged in connection with this meeting.

24  **RESPONSE TO INTERROGATORY NO. 13:**

25      Target refers to and incorporates its General Objections as though set forth fully herein.
26  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.
27  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence
28  and "state its case" in responses to written discovery.   Target further objects to this Interrogatory

-21-          TARGET'S RESPONSES AND OBJECTIONS TO
              MITSUBISHI'S INTERROGATORIES

on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of other discovery propounded by other defendants in MDL No. 1917. Target further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or work-product doctrine. Target further objects to this Interrogatory to the extent it seeks information that is in Defendants' possession, custody, or control, or equally available to Defendants. Target also objects to this Interrogatory on the grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

Subject to and without waiving the foregoing objections, Target refers to and incorporates its responses to Interrogatory No. 1. Target directs Defendants to SDCRT-006041 and Samsung SDI's Supplemental Response to the DPPs' Interrogatory No. 5. Target also incorporates by reference the responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

**INTERROGATORY NO. 14:**

For the alleged communication on May 21, 2003 (alleged in ¶ 149, bullet 13):

    a.    Identify all Persons, including Mitsubishi Electric Employees, Toshiba Employees, and Hitachi Employees, that participated in this communication.

    b.    Identify all Documents Related to this communication.

    c.    Identify all percipient witness statements or testimony Related to this communication.

    d.    Describe all actions and statements that occurred during this communication, including by Identifying all "coded company references" Mitsubishi Electric agreed to use, and Identifying which "participating companies' names" Mitsubishi Electric agreed to keep secret.

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

**RESPONSE TO INTERROGATORY NO. 14:**

Target refers to and incorporates its General Objections as though set forth fully herein. Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome. Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence and "state its case" in responses to written discovery. Target further objects to this Interrogatory on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of other discovery propounded by other defendants in MDL No. 1917. Target further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or work-product doctrine. Target further objects to this Interrogatory to the extent it seeks information that is in Defendants' possession, custody, or control, or equally available to Defendants. Target also objects to this Interrogatory on the grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

Subject to and without waiving the foregoing objections, Target refers to and incorporates its responses to Interrogatory No. 1. Pursuant to Fed R. Civ. P. 33(d), Target directs Defendants to HDP-CRT00026401. Target also incorporates by reference the responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

**INTERROGATORY NO. 15:**

For the alleged communication on June 26, 2003 (alleged in ¶ 149, bullet 14):

a.   Identify all Persons, including Mitsubishi Electric Employees, Matsushita Employees, Hitachi Employees, and Toshiba Employees, that participated in this communication.

b.   Identify all Documents related to this communication.

c.   Identify all percipient witness statements or testimony Related to this communication.

-23-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

d.   Describe all actions and statements that occurred during this

e.   communication, including by Identifying any agreements referenced in this communication to share information.

**RESPONSE TO INTERROGATORY NO. 15:**

Target refers to and incorporates its General Objections as though set forth fully herein. Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome. Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence and "state its case" in responses to written discovery. Target further objects to this Interrogatory on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of other discovery propounded by other defendants in MDL No. 1917. Target further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or work-product doctrine. Target further objects to this Interrogatory to the extent it seeks information that is in Defendants' possession, custody, or control, or equally available to Defendants. Target also objects to this Interrogatory on the grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

Subject to and without waiving the foregoing objections, Target refers to and incorporates its responses to Interrogatory No. 1. Pursuant to Fed R. Civ. P. 33(d), Target directs Defendants to HDP-CRT00024172. Target also incorporates by reference the responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

**INTERROGATORY NO. 16:**

For the alleged meeting on March 31, 2004 (alleged in ¶ 149, bullet 15):

a.   Identify all Persons, including Mitsubishi Electric Employees and Samsung SDI Employees, Related to this meeting.

b.   Identify all Documents Related to this meeting.

-24-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1          c.     Identify all percipient witness statements or testimony Related to this meeting.

2          d.     Describe all actions and statements that occurred during this meeting, including

3                by Identifying any information shared at this meeting.

4    **RESPONSE TO INTERROGATORY NO. 16:**

5        Target refers to and incorporates its General Objections as though set forth fully herein.

6    Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

7    Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

8    and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

9    on the grounds that the terms "actions," "related to,"  and "describe" are vague, ambiguous, and

10    overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

11    discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

12    Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

13    work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks

14    information that is in Defendants' possession, custody, or control, or equally available to

15    Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

16    exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

17        Subject to and without waiving the foregoing objections, Target refers to and incorporates

18    its responses to Interrogatory No. 1.  Target directs Defendants to Samsung SDI's Supplemental

19    Response to the DPPs' Interrogatory No. 5.  Target also incorporates by reference the responses

20    of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect

21    Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

22    interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target reserves

23    the right to supplement and/or amend its response to this Interrogatory as appropriate.

24    **INTERROGATORY NO. 17:**

25        For the alleged meeting on July 1, 2004 (alleged in ¶ 149, bullet 16):

26          a.     Identify all Persons, including Mitsubishi Electric Employees and Samsung SDI

27                Employees, that participated in this meeting.

28          b.     Identify all Documents Related to this meeting.

-25-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1        c.      Identify all percipient witness statements or testimony Related to this meeting.

2        d.      Describe all actions and statements that occurred during this meeting, including

3               by Identifying the information shared at this meeting.

4  **RESPONSE TO INTERROGATORY NO. 17:**

5        Target refers to and incorporates its General Objections as though set forth fully herein.

6  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

7  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

8  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

9  on the grounds that the terms "actions," "related to,"  and "describe" are vague, ambiguous, and

10  overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

11  discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

12  Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

13  work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks

14  information that is in Defendants' possession, custody, or control, or equally available to

15  Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

16  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

17        Subject to and without waiving the foregoing objections, Target refers to and incorporates

18  its responses to Interrogatory No. 1.  Target directs Defendants to Samsung SDI's Supplemental

19  Response to the DPPs' Interrogatory No. 5.  Target also incorporates by reference the responses

20  of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect

21  Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

22  interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target reserves

23  the right to supplement and/or amend its response to this Interrogatory as appropriate.

24  **INTERROGATORY NO. 18:**

25        For the alleged receipt of confidential production reports on June 17, 1998, May

26  16, 2001, and April 3, 2002 (alleged in ¶ 149, bullet 17):

27

28

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

DCACTIVE-28663517.1

1    a.    Identify all Persons, including Mitsubishi Electric Employees, that sent or
2          received these confidential production reports.

3    b.    Identify all Documents Related to these confidential production reports.

4    c.    Identify all percipient witness statements or testimony Related to these
5          confidential production reports.

6    d.    Describe all actions and statements that occurred during the exchange and receipt
7          of these confidential production reports.

8    **RESPONSE TO INTERROGATORY NO. 18:**

9    Target refers to and incorporates its General Objections as though set forth fully herein.

10   Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

11   Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

12   and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

13   on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and

14   overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

15   discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

16   Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

17   work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks

18   information that is in Defendants' possession, custody, or control, or equally available to

19   Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

20   exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

21   Subject to and without waiving the foregoing objections, Target refers to and incorporates

22   its responses to Interrogatory No. 1. Target directs Defendants to Samsung SDI's Supplemental

23   Response to the DPPs' Interrogatory No. 5. Target also incorporates by reference the responses

24   of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect

25   Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

26   interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves

27   the right to supplement and/or amend its response to this Interrogatory as appropriate.

28

-27-    TARGET'S RESPONSES AND OBJECTIONS TO
        MITSUBISHI'S INTERROGATORIES

1    **INTERROGATORY NO. 19:**

2         Identify any meetings, communications, exchanges, agreements, or receipts of

3    confidential information other than those specifically identified in ¶ 149 of the Complaint in

4    which Mitsubishi Electric participated that Relate to a conspiracy for CRTs or CRT Products

5    involving Mitsubishi Electric. For any meetings, communications, exchanges, agreements, or

6    receipts of confidential information that you identify:

7         a.    Identify all Persons involved.

8         b.    Identify all Related Documents.

9         c.    Provide the date, time, and location.

10        d.    Identify all Related percipient witness statements or testimony.

11        e.    Describe all actions and statements that occurred.

12   **RESPONSE TO INTERROGATORY NO. 19:**

13        Target refers to and incorporates its General Objections as though set forth fully herein.

14   Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

15   Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

16   and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

17   on the grounds that the terms "actions," "related to," and "describe" are vague, ambiguous, and

18   overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

19   discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

20   Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

21   work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks

22   information that is in Defendants' possession, custody, or control, or equally available to

23   Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

24   exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

25        Target further objects to this Interrogatory to the extent that it seeks, in contravention of

26   well-established legal principles, to dismember the overall conspiracy to focus on its separate

27   parts, instead of looking at it as a whole, *see In re CRT Antitrust Litigation,* Master Docket No.

28   3:07-cv-05944sc, Recommended Order of the Special Master, dated August 15, 2014 ("If

                              -28-      TARGET'S RESPONSES AND OBJECTIONS TO
                                        MITSUBISHI'S INTERROGATORIES

1  'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

2  appropriate, still less is it appropriate in discovery"); *Continental Ore Co. v. Union Carbide &*

3  *Carbon Corp.,* 370 U.S. 690, 699 (1962); *Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.,* 620

4  F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten,* 226 U.S. 525, 544 (1913)),

5  and improperly seeks "to carve the alleged conspiracy into a number of mini-conspiracies." *In re*

6  *TFT-LCD (Flat Panel) Antitrust Litigation,* No. M 07-1827 SI, 2011 WL 7724271, at *1-2 (N.D.

7  Cal. Nov. 8, 2011).

8         Subject to and without waiving the foregoing objections, Target refers to and incorporates

9  its responses to Interrogatory No. 1. Target also incorporates by reference the responses of all

10  other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser

11  Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

12  interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves

13  the right to supplement and/or amend its response to this Interrogatory as appropriate.

14  **INTERROGATORY NO. 20:**

15         Other than the communications identified in ¶ 149 of the Complaint, Identify all "regular

16  communications" that Samsung SDI Employees had with Mitsubishi Electric Employees

17  regarding CRTs or CRT Products (as alleged in Complaint ¶ 137) by:

18         a.    Identifying all Persons involved in these "regular communications."

19         b.    Identifying all Documents Related to these "regular communications."

20         c.    Providing the date, time, and location of each "regular communication."

21         d.    Identifying percipient witness statements or testimony Related to these "regular

22             communications."

23         e.    Describing all actions and statements that occurred during these "regular

24             communications."

25  **RESPONSE TO INTERROGATORY NO. 20:**

26         Target refers to and incorporates its General Objections as though set forth fully herein.

27  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

28  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

-29-      TARGET'S RESPONSES AND OBJECTIONS TO
    MITSUBISHI'S INTERROGATORIES

1   and "state its case" in responses to written discovery. Target further objects to this Interrogatory

2   on the grounds that the terms "actions," "related to," and "describing" are vague, ambiguous, and

3   overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of other

4   discovery propounded by other defendants in MDL No. 1917. Target further objects to this

5   Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

6   work-product doctrine. Target further objects to this Interrogatory to the extent it seeks

7   information that is in Defendants' possession, custody, or control, or equally available to

8   Defendants. Target also objects to this Interrogatory on the grounds that Defendants have

9   exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

10          Target further objects to this Interrogatory to the extent that it seeks, in contravention of

11  well-established legal principles, to dismember the overall conspiracy to focus on its separate

12  parts, instead of looking at it as a whole, *see In re CRT Antitrust Litigation,* Master Docket No.

13  3:07-cv-05944sc, Recommended Order of the Special Master, dated August 15, 2014 ("If

14  'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

15  appropriate, still less is it appropriate in discovery"); *Continental Ore Co. v. Union Carbide &*

16  *Carbon Corp.,* 370 U.S. 690, 699 (1962); *Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.,* 620

17  F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten,* 226 U.S. 525, 544 (1913)),

18  and improperly seeks "to carve the alleged conspiracy into a number of mini-conspiracies." *In re*

19  *TFT-LCD (Flat Panel) Antitrust Litigation,* No. M 07–1827 SI, 2011 WL 7724271, at *1-2 (N.D.

20  Cal. Nov. 8, 2011).

21          Subject to and without waiving the foregoing objections, Target refers to and incorporates

22  its responses to Interrogatory No. 1. Target also incorporates by reference the responses of all

23  other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser

24  Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

25  interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves

26  the right to supplement and/or amend its response to this Interrogatory as appropriate.

27  **INTERROGATORY NO. 21:**

28          Other than the meetings specifically identified in ¶ 149 of the Complaint, Identify

-30-        TARGET'S RESPONSES AND OBJECTIONS TO
            MITSUBISHI'S INTERROGATORIES

1   all "group meetings" regarding CRTs or CRT Products in which Mitsubishi Electric Employees

2   by:

3       a.      Identifying all Persons involved in these "group meetings."

4       b.      Identifying all Documents Related to these "group meetings."

5       c.      Providing the date, time, and location of each "group meeting."

6       d.      Identifying percipient witness statements or testimony Related to these "group

7               meetings."

8       e.      Describing all actions and statements that occurred during these "group

9               meetings."

10  **RESPONSE TO INTERROGATORY NO. 21:**

11      Target refers to and incorporates its General Objections as though set forth fully herein.

12  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

13  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

14  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

15  on the grounds that the terms "actions," "related to," and "describing" are vague, ambiguous, and

16  overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

17  discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

18  Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

19  work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks

20  information that is in Defendants' possession, custody, or control, or equally available to

21  Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

22  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

23      Target further objects to this Interrogatory to the extent that it seeks, in contravention of

24  well-established legal principles, to dismember the overall conspiracy to focus on its separate

25  parts, instead of looking at it as a whole, *see In re CRT Antitrust Litigation,* Master Docket No.

26  3:07-cv-05944sc, Recommended Order of the Special Master, dated August 15, 2014 ("If

27  'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

28

-31-     TARGET'S RESPONSES AND OBJECTIONS TO
         MITSUBISHI'S INTERROGATORIES

1  appropriate, still less is it appropriate in discovery"); *Continental Ore Co. v. Union Carbide &*

2  *Carbon Corp.,* 370 U.S. 690, 699 (1962); *Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.,* 620

3  F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten,* 226 U.S. 525, 544 (1913)),

4  and improperly seeks "to carve the alleged conspiracy into a number of mini-conspiracies." *In re*

5  *TFT-LCD (Flat Panel) Antitrust Litigation,* No. M 07–1827 SI, 2011 WL 7724271, at *1-2 (N.D.

6  Cal. Nov. 8, 2011).

7        Subject to and without waiving the foregoing objections, Target refers to and incorporates

8  its responses to Interrogatory No. 1.  Target also incorporates by reference the responses of all

9  other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser

10  Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

11  interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target reserves

12  the right to supplement and/or amend its response to this Interrogatory as appropriate.

13  **INTERROGATORY NO. 22:**

14        Identify all alleged "affirmative acts" (as alleged in Complaint ¶ 222) taken by Mitsubishi

15  Electric Employees to conceal a conspiracy related to CRTs or CRT Products, by stating the

16  name of the Mitsubishi Electric Person that took the "affirmative act," the date, time, and place of

17  such act, Identifying any Documents Related to such "affirmative acts," and by Describing all

18  actions and statements that occurred during the "affirmative acts," including any actions to

19  conceal a conspiracy.

20  **RESPONSE TO INTERROGATORY NO. 22:**

21        Target refers to and incorporates its General Objections as though set forth fully herein.

22  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

23  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

24  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

25  on the grounds that the terms "actions," "identify," "related to," and "describing" are vague,

26  ambiguous, and overbroad.  Target further objects to this Interrogatory to the extent that it is

27  duplicative of other discovery propounded by other defendants in MDL No. 1917.  Target further

28  objects to this Interrogatory to the extent that it seeks information protected by the attorney-client

-32-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

privilege or work-product doctrine. Target further objects to this Interrogatory to the extent it seeks information that is in Defendants' possession, custody, or control, or equally available to Defendants. Target also objects to this Interrogatory on the grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

Target further objects to this Interrogatory to the extent that it seeks, in contravention of well-established legal principles, to dismember the overall conspiracy to focus on its separate parts, instead of looking at it as a whole, *see In re CRT Antitrust Litigation*, Master Docket No. 3:07-cv-05944sc, Recommended Order of the Special Master, dated August 15, 2014 ("If 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not appropriate, still less is it appropriate in discovery"); *Continental Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690, 699 (1962); *Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620 F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)), and improperly seeks "to carve the alleged conspiracy into a number of mini-conspiracies." *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07–1827 SI, 2011 WL 7724271, at *1-2 (N.D. Cal. Nov. 8, 2011).

Subject to and without waiving the foregoing objections, Target refers to and incorporates its responses to Interrogatory No. 1. Target also incorporates by reference the responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

**INTERROGATORY NO. 23:**

Identify all alleged "pretextual reasons" (as alleged in Complaint ¶ 222) given by Mitsubishi Electric Employees for their pricing and output actions by stating the name of the Mitsubishi Electric Person that gave "pretextual reasons," the date, time and place of such provided reason, Identifying any Documents Related to such "pretextual reasons," and by Describing all actions and statements that occurred during the provision of the "pretextual reasons."

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

DCACTIVE-28663547 1

1   **RESPONSE TO INTERROGATORY NO. 23:**

2      Target refers to and incorporates its General Objections as though set forth fully herein.

3 Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

4 Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

5 and "state its case" in responses to written discovery. Target further objects to this Interrogatory

6 on the grounds that the terms "actions," "related to," and "describing" are vague, ambiguous, and

7 overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of other

8 discovery propounded by other defendants in MDL No. 1917. Target further objects to this

9 Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

10 work-product doctrine. Target further objects to this Interrogatory to the extent it seeks

11 information that is in Defendants' possession, custody, or control, or equally available to

12 Defendants. Target also objects to this Interrogatory on the grounds that Defendants have

13 exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

14      Target further objects to this Interrogatory to the extent that it seeks, in contravention of

15 well-established legal principles, to dismember the overall conspiracy to focus on its separate

16 parts, instead of looking at it as a whole, *see In re CRT Antitrust Litigation,* Master Docket No.

17 3:07-cv-05944sc, Recommended Order of the Special Master, dated August 15, 2014 ("If

18 'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

19 appropriate, still less is it appropriate in discovery"); *Continental Ore Co. v. Union Carbide &*

20 *Carbon Corp.,* 370 U.S. 690, 699 (1962); *Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.,* 620

21 F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten,* 226 U.S. 525, 544 (1913)),

22 and improperly seeks "to carve the alleged conspiracy into a number of mini-conspiracies." *In re*

23 *TFT-LCD (Flat Panel) Antitrust Litigation,* No. M 07–1827 SI, 2011 WL 7724271, at *1-2 (N.D.

24 Cal. Nov. 8, 2011).

25      Subject to and without waiving the foregoing objections, Target refers to and incorporates

26 its responses to Interrogatory No. 1. Target also incorporates by reference the responses of all

27 other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser

28 Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

<div align="center">-34-</div>

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1  interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target reserves

2  the right to supplement and/or amend its response to this Interrogatory as appropriate.

3  **INTERROGATORY NO. 24:**

4      Identify all agreements made by Mitsubishi Electric Employees and at least one other Co-

5  conspirator "to give pretextual reasons for price increases and output reductions" (as alleged in

6  Complaint ¶ 228), by stating the name of the Mitsubishi Electric Person that entered into such

7  agreement, the date, time, and place of such agreement, Identifying any Documents Related to

8  such agreement, and by Describing all actions and statements that occurred during the making of

9  agreements "to give pretextual reasons for price increases and output reductions."

10  **RESPONSE TO INTERROGATORY NO. 24:**

11      Target refers to and incorporates its General Objections as though set forth fully herein.

12  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

13  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

14  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

15  on the grounds that the terms "actions," "related to," and "describing" are vague, ambiguous, and

16  overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

17  discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

18  Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

19  work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks

20  information that is in Defendants' possession, custody, or control, or equally available to

21  Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

22  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

23      Target further objects to this Interrogatory to the extent that it seeks, in contravention of

24  well-established legal principles, to dismember the overall conspiracy to focus on its separate

25  parts, instead of looking at it as a whole, *see In re CRT Antitrust Litigation,* Master Docket No.

26  3:07-cv-05944sc, Recommended Order of the Special Master, dated August 15, 2014 ("If

27  'compartmentalizing' an alleged conspiracy at trial or on summary judgment motion is not

28  appropriate, still less is it appropriate in discovery"); *Continental Ore Co. v. Union Carbide &*

-35-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1   *Carbon Corp.*, 370 U.S. 690, 699 (1962); *Beltz Travel Service, Inc. v. Int'l Air Trans. Assoc.*, 620

2   F.2d 1360, 1366-67 (9th Cir. 1980) (citing *United States v. Patten*, 226 U.S. 525, 544 (1913)),

3   and improperly seeks "to carve the alleged conspiracy into a number of mini-conspiracies." *In re*

4   *TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07–1827 SI, 2011 WL 7724271, at *1-2 (N.D.

5   Cal. Nov. 8, 2011).

6           Subject to and without waiving the foregoing objections, Target refers to and incorporates

7   its responses to Interrogatory No. 1. Target also incorporates by reference the responses of all

8   other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser

9   Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

10  interrogatories propounded by all defendants in MDL. Discovery is ongoing and Target reserves

11  the right to supplement and/or amend its response to this Interrogatory as appropriate.

12  **INTERROGATORY NO. 25:**

13          If you contend that Mitsubishi Electric did not effectively withdraw from the conspiracy

14  alleged in the Complaint Related to Color Picture Tubes (or "CPTs") by 1998, state every basis or

15  factual ground that supports such a contention, Identify each Document that You contend

16  supports such a contention, Identify each percipient witness statement or testimony that You

17  contend supports such a contention, Identify each Person who has knowledge concerning each

18  contention, and Describe the actions or statements that You contend support such a contention.

19  **RESPONSE TO INTERROGATORY NO. 25:**

20          Target refers to and incorporates its General Objections as though set forth fully herein.

21  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

22  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

23  and "state its case" in responses to written discovery. Target further objects to this Interrogatory

24  on the grounds that the phrase "factual ground" and the terms "knowledge," "actions," "identify,"

25  "related to," and "describe" are vague, ambiguous, and overbroad. Target further objects to this

26  Interrogatory to the extent that it is duplicative of other discovery propounded by other

27  defendants in MDL No. 1917. Target further objects to this Interrogatory to the extent that it

28  seeks information protected by the attorney-client privilege or work-product doctrine. Target

-36-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1  further objects to this Interrogatory to the extent it seeks information that is in Defendants'

2  possession, custody, or control, or equally available to Defendants.  Target also objects to this

3  Interrogatory on the grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R.

4  Civ. P. 33(a)(1).

5        Subject to and without waiving the foregoing objections, Target refers to and incorporates

6  its responses to Interrogatory No. 1.  Target also incorporates by reference the responses of all

7  other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser

8  Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

9  interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target reserves

10  the right to supplement and/or amend its response to this Interrogatory as appropriate.

11  **INTERROGATORY NO. 26:**

12        If you contend that Mitsubishi Electric did not effectively withdraw from the conspiracy

13  alleged in the Complaint Related to Color Display Tubes (or "CDTs") by 2005, state every basis

14  or factual ground that supports such a contention, Identify each Document that You contend

15  supports such a contention, Identify each percipient witness statement or testimony that You

16  contend supports such a contention, Identify each Person who has knowledge concerning each

17  contention, and Describe the actions or statements that You contend support such a contention.

18  **RESPONSE TO INTERROGATORY NO. 26:**

19        Target refers to and incorporates its General Objections as though set forth fully herein.

20  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

21  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

22  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

23  on the grounds that the phrase "factual ground" and the terms "knowledge," "actions," "related

24  to,"  and "describe" are vague, ambiguous, and overbroad.  Target further objects to this

25  Interrogatory to the extent that it is duplicative of other discovery propounded by other

26  defendants in MDL No. 1917.  Target further objects to this Interrogatory to the extent that it

27  seeks information protected by the attorney-client privilege or work-product doctrine.  Target

28  further objects to this Interrogatory to the extent it seeks information that is in Defendants'

-37-      TARGET'S RESPONSES AND OBJECTIONS TO
          MITSUBISHI'S INTERROGATORIES

1   possession, custody, or control, or equally available to Defendants.  Target also objects to this

2   Interrogatory on the grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R.

3   Civ. P. 33(a)(1).

4        Subject to and without waiving the foregoing objections, Target refers to and incorporates

5   its responses to Interrogatory No. 1.  Target also incorporates by reference the responses of all

6   other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser

7   Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially similar

8   interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target reserves

9   the right to supplement and/or amend its response to this Interrogatory as appropriate.

10  **INTERROGATORY NO. 27:**

11       Identify all Persons that you contend were owned or controlled by Mitsubishi Electric and

12  from whom You purchased CRTs or CRT Products, by stating the time periods during which You

13  purchased CRTs or CRT Products from such entities, Identifying any Documents Related to

14  Mitsubishi Electric's ownership and control of such entity upon which You base Your contention,

15  Identifying percipient witnesses statements or testimony Related to Mitsubishi Electric's

16  ownership and control of such entity, and Describing the actions or statements that You contend

17  support the contention that Mitsubishi Electric owned or controlled such entity.

18  **RESPONSE TO INTERROGATORY NO. 27:**

19       Target refers to and incorporates its General Objections as though set forth fully herein.

20  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

21  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

22  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

23  on the grounds that the terms "actions," "related to," and "describing" are vague, ambiguous, and

24  overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

25  discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

26  Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

27  work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks

28  information that is in Defendants' possession, custody, or control, or equally available to

-38-      TARGET'S RESPONSES AND OBJECTIONS TO
          MITSUBISHI'S INTERROGATORIES

1  Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

2  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

3        Subject to and without waiving the foregoing objections, Target refers to and incorporates

4  its responses to Interrogatory No. 1.  Pursuant to Fed. R. Civ. P. 33(d), Target directs Defendants

5  to the transactional data it produced in this litigation.  Target also incorporates by reference the

6  responses of all other plaintiffs in this matter, including the Direct Purchaser Plaintiffs, the

7  Indirect Purchaser Plaintiffs, and all other Direct Action Plaintiffs, to the same or substantially

8  similar interrogatories propounded by all defendants in MDL.  Discovery is ongoing and Target

9  reserves the right to supplement and/or amend its response to this Interrogatory as appropriate.

10  **INTERROGATORY NO. 28:**

11        Identify all Persons Identified in Interrogatory No. 27 whose sales of CRTs or CRT

12  Products You or Your expert economist included in computing Your overcharge damages

13  allocated to Mitsubishi Electric and the time periods of such Person's sales included in computing

14  Your overcharge damages (as described in Exhibit 15 of the Report Of Alan S. Frankel, Ph.D.

15  dated April 15, 2014, provided by You).

16  **RESPONSE TO INTERROGATORY NO. 28:**

17        Target refers to and incorporates its General Objections as though set forth fully herein.

18  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

19  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

20  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

21  to the extent that it is duplicative of other discovery propounded by other defendants in MDL No.

22  1917.  Target further objects to this Interrogatory to the extent that it seeks information protected

23  by the attorney-client privilege or work-product doctrine.   Target further objects to this

24  Interrogatory to the extent it seeks information that is in Defendants' possession, custody, or

25  control, or equally available to Defendants.  Target also objects to this Interrogatory on the

26  grounds that Defendants have exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

27        Subject to and without waiving the foregoing objections, Target refers to and incorporates

28  its responses to Interrogatory No. 1.  Pursuant to Fed. R. Civ. P. 33(d), Target directs Defendants

-39-        TARGET'S RESPONSES AND OBJECTIONS TO
             MITSUBISHI'S INTERROGATORIES

1   to the expert report of Dr. Frankel, the back-up material, and all files and data referred to in the

2   report and materials. Target also incorporates by reference the responses of all other plaintiffs in

3   this matter, including the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and all

4   other Direct Action Plaintiffs, to the same or substantially similar interrogatories propounded by

5   all defendants in MDL. Discovery is ongoing and Target reserves the right to supplement and/or

6   amend its response to this Interrogatory as appropriate.

7   **INTERROGATORY NO. 29:**

8         Do You contend that sales by Mitsubishi Electric of CRTs or CRT Products that were

9   shipped by Mitsubishi Electric to a location outside of the United States are the subject of any

10  claim alleged in the Complaint? If so, please Identify the customers outside of the United States

11  to whom Mitsubishi Electric shipped CRTs or CRT Products that are subject to Your claim, the

12  time periods of such sales, the volume of such sales, and Describe the legal theory by which You

13  intend to include such sales in Your claim.

14  **RESPONSE TO INTERROGATORY NO. 29:**

15        Target refers to and incorporates its General Objections as though set forth fully herein.

16  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

17  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

18  and "state its case" in responses to written discovery. Target further objects to this Interrogatory

19  on the grounds that terms "describe," "theory," "location" and "identify" are vague, ambiguous,

20  and overbroad. Target further objects to this Interrogatory to the extent that it is duplicative of

21  other discovery propounded by other defendants in MDL No. 1917. Target further objects to this

22  Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

23  work-product doctrine. Target further objects to this Interrogatory to the extent it seeks

24  information that is in Defendants' possession, custody, or control, or equally available to

25  Defendants. Target also objects to this Interrogatory on the grounds that Defendants have

26  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

27        Subject to and without waiving the foregoing objections, Target refers to and incorporates

28  its responses to Interrogatory No. 1. Target, pursuant to Fed. R. Civ. P. 33(d) refers Defendants

-40-          TARGET'S RESPONSES AND OBJECTIONS TO
              MITSUBISHI'S INTERROGATORIES

1   to its production of purchase order and point of sale data, which reflect the products that are the

2   subject of Target's claims.

3   **INTERROGATORY NO. 30:**

4       If You contend that Mitsubishi Electric is liable to you on any factual or legal theory not

5   specifically set forth in the Complaint, state each theory, Identify each Document that You

6   contend supports each theory, Identify each Person who has knowledge concerning each theory,

7   and Describe any actions or statements that You contend supports each theory.

8   **RESPONSE TO INTERROGATORY NO. 30:**

9       Target refers to and incorporates its General Objections as though set forth fully herein.

10  Target further objects on the grounds that this Interrogatory is overbroad and unduly burdensome.

11  Target also objects to this Interrogatory as improperly requiring Target to marshal all evidence

12  and "state its case" in responses to written discovery.  Target further objects to this Interrogatory

13  on the grounds that terms "knowledge," "concerning," and "theory" are vague, ambiguous, and

14  overbroad.  Target further objects to this Interrogatory to the extent that it is duplicative of other

15  discovery propounded by other defendants in MDL No. 1917.  Target further objects to this

16  Interrogatory to the extent that it seeks information protected by the attorney-client privilege or

17  work-product doctrine.   Target further objects to this Interrogatory to the extent it seeks

18  information that is in Defendants' possession, custody, or control, or equally available to

19  Defendants.   Target also objects to this Interrogatory on the grounds that Defendants have

20  exceeded the 25-interrogatory limit of Fed. R. Civ. P. 33(a)(1).

21      Target reserves the right to supplement its response to this Interrogatory based on further

22  discovery investigation, expert work, or other developments in this case.

23  //

24  //

25  //

26  //

27  //

28  //

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

1   //

2   //

3   //

4   //

5   //

6   //

7

8   DATED: August 25, 2014       By:   */s/ Astor H.L. Heaven*

9                               Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)

10                               CROWELL & MORING LLP
515 South Flower St., 40th Floor

11                               Los Angeles, CA 90071
Telephone:  213-443-5582

12                               Facsimile:  213-622-2690
Email: jmurray@crowell.com

13                                     rmcnary@crowell.com

14                               Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)

15                               CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.

16                               Washington, D.C. 20004
Telephone:  202-624-2500

17                               Facsimile:  202-628-5116
Email: jmurphy@crowell.com

18                                     aheaven@crowell.com

19                             *Counsel for Plaintiff Target Corp.*

20

21

22

23

24

25

26

27

28

-42-

TARGET'S RESPONSES AND OBJECTIONS TO
MITSUBISHI'S INTERROGATORIES

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| DIRECT VENDOR | BASIS FOR STANDING | SUPPORT |
|---|---|---|
| | Co-conspirator Orion Electric Co., Ltd. owned and controlled by the Daewoo Group (including Daewoo Electronics Corporation and Orion Electric Components, Co., Ltd.) | Precht, Michael, et. al., The Korean Electronics Industry, CRC Press, (c) 1997, at 50-51, 91, available at: http://books.google.com/books?id=Mo8BGG1SBYC&lpg=PA50&ots=tsOFbZYQJ8&dq=orion%20clonse8&pg=PA50#v=snippet&q=orion%20electric&f=false <br> Harvard Business School, "Daewoo's Globalization: Uz-Daewoo Auto Project", No. 9-598-065, March 23, 1998, at 19-21 of 35. <br> Troubled Company Reporter, "ORION ELECTRIC; Creditor Opposition May Abort Sale" April 5, 2005, Vol. 8, No. 66, available at: http://bankrupt.com/TCRAP_Public/050405.mbx <br> Amended Writ of Summons, Curtis Sanders and Chunghwa Picture Tubes, Ltd , et. al   November 13, 2009, at 11.12 of 32, Case No. S-097394 (BCSC), available at: http://www.cfmlawyers.ca/wp-content/uploads/2012/05/CRTClass-action_Writ.pdf <br> Steinberg, David, Korea's Changing Roles in Southeast Asia: Expanding Influence and Relations, Institute of Southeast Asian Studies, (c) 2010 at 132, available at: http://books.google.com/books?id=PvVF8G3rCpcE&lpg=PA132&ots=iljh5qUiP8&dq=orion%20electric%20owned%20to%20daewoo6&pg=PA132#v=onepage&q&f=false |
| Daewoo Electronics America, Inc. | | Article, "Daewoo and VIAS Demonstrate the Latest in Wireless Home Entertainment Technology at CES," Jan. 8, 2004, available at: http://www.vias.com/pressreleasedetail.php?la=112 |
| | Daewoo Electronics America, Inc. owned and controlled by Daewoo Electronics Corporation | Appeal from the United States District Court for the Northern District of California in Case No. 04-CV-01830, Funai Electric Company Ltd. v. Daewoo Electronics Corp et. al., Sept 1, 2010, available at http://patentlaw.com/media/docs/2010/09/09-1125-1244.pdf <br> Article, "Federal Circuit finds Successor Company Liable for infringement by Prior Company," September 6, 2010, available at: http://ipmiplaw.wordpress.com/2010/09/06/federal-circuit-finds-successor-company-liable-for-infringement-by-prior-company/ <br> Article, "Successor to U.S. subsidiary liable for predecessor's patent damages liability notwithstanding its establishment pursuant to foreign agreement between foreign companies," October 28, 2010,available at: http://www.lexology.com/library/detail.aspx?g=78c13e8b7c11-4288-a07d-0f56a794c95e <br> Memorandum of Law, John Raburn, et. al. v. Doe Woo, Inc. et. al. (N.D. Texas 2010), Case 3:09-cv-01172-G, Dkt., 21, available at: http://www.gpo.gov/fdsys/pkg/USCOURTS-txnd-3_09-cv-01172/pdf/USCOURTS-txnd-3_09-cv-01172-0.pdf <br> Business Week, Company Overview of Daewoo Electronics America Inc., available at: http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=4236851 <br> Article, "NewStar Business Credit Provides $15MM to Daewoo Electronics America," October 29, 2013,available at: http://www.abladvisor.com/news/3599/newstar-business-credit-provides-15mm-to-daewoo-electronics-america |
| Daewoo Electronics Corporation | Orion Electric Co., Ltd. owned and controlled by the Daewoo Group (including Daewoo Electronics Corporation and Orion Electric Components, Co., Ltd.) | See entry for Daewoo Electronics America, Inc., infra |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| | | |
|---|---|---|
| Hitachi America Ltd. Computer Division is an unincorporated business subdivision of Defendant Hitachi America, Ltd. | Defendant Hitachi America, Ltd. owned and controlled by Defendant Hitachi Ltd. | Microboard Technology, "Hitachi Names Microboards Microboards International Distributor", January 25, 2000, available at: http://www.microboards.com/news-events/hitachi-names-microboards-international-distributor |
| | | News Release, "Hitachi Showcases Technology Built for Fast Times at INFOCOMM 2000", June 15, 2000, available at: http://www.hitachi.us/about/press/Archive/2000/061500.html |
| | | Article, "Hitachi Launches Affordable, Feature-Rich Projector to Meet the Growing Multimedia Demands of Educators and Budget Conscious Businesses", June 11, 2001, available at: http://www.projectorcentral.com/news_story_308.htm |
| | | News Release, "Hitachi America Forms New Digital Media Division", July 2, 2002, available at: http://www.hitachi-america.us/about/press/details/p070202znd.html |
| | | Form 20-F filed with the U.S. SEC Fiscal Year ended March 31, 2001, at 16, http://www.hitachi.com/IR-e/library/20F/2001/index.html |
| | | Hitachi Ltd. 20-F Annual Report, filed March 31, 2002, at 19, available at http://www.sec.gov/Archives/edgar/data/4771/000104554902000252/u0026ae20vf.txt |
| | | Hitachi Ltd. 20-F Annual Report, filed September 30, 2003, at 21, available at http://www.sec.gov/Archives/edgar/data/4771/000119312503056135/d20f.txt |
| | | Hitachi Ltd. 20-F Annual Report, filed August 20, 2004, at 17 and 99, available at http://www.sec.gov/Archives/edgar/data/4771/000119312504144223/d20f.htm |
| | | Hitachi Ltd. 20-F Annual Report, filed August 26, 2005, at 16, available at http://www.sec.gov/Archives/edgar/data/4771/000119312505174960/d20f.htm |
| | | Hitachi Ltd. 20-F Annual Report, filed August 7, 2006, at 18, available at http://www.sec.gov/Archives/edgar/data/4771/000119312506163031/d20f.htm |
| | | Hitachi Ltd. 20-F Annual Report, filed June 26, 2007, at 19, available at 11 http://www.sec.gov/Archives/edgar/data/4771/000119312507142357/d20f.htm |
| | | Hitachi Ltd. 20-F Annual Report, filed June 20, 2008, at 18, available at http://www.sec.gov/Archives/edgar/data/4771/000119312508137042/d20f.htm |
| | | Hitachi Ltd. 20-F Annual Report, filed July 27, 2009, at 19, available at http://www.sec.gov/Archives/edgar/data/4771/000119312509155317/d20f.htm |
| | | Hitachi Ltd. 20-F Annual Report, filed June 29, 2010, at 25, available at http://www.sec.gov/Archives/edgar/data/4771/000119312510104906/d20f.htm |
| | | Hitachi Ltd. 20-F Annual Report, filed June 24, 2011, at 24 and 58, available at http://www.sec.gov/Archives/edgar/data/4771/000119312511172867/d20f.htm |
| | | Hitachi Ltd. Annual Securities Report (FY 2012) at page 18, available at http://www.hitachi.com/IR-e/library/stock/hst_ir_fy2012_4_en.pdf |
| | | Business Wire, "Hitachi Introduces 1998 Consumer Electronics Line", June 22, 1998, available at: http://www.siliconinvestor.com/readreplies.aspx?msgid=4951725 |
| | | News Release, "Hitachi Debuts New "Ultravision Digital" Series Lineup", September 21, 1998, available at: http://www.hitachi.us/about/press/archive/1998/092198.html |
| | | News Release, "Hitachi Introduces New DVD, Camcorder and VCR Line During 2001 International CES", January 4, 2001, available at: http://www.hitachi.us/about/press/Archive/2001/010401.html |
| | | News Release, "Hitachi Expands Projection Television Line Up With Nine New HDTV Monitors and Four New Conventional Sets", May 29, 2001, available at http://www.hitachi.us/about/press/Archive/2001/052901c.html |
| | | News Release, "Hitachi Integrates HDTV Tuners, DVI and IEEE 1394 With 5C New Projection Televisions", May 31, 2002, available at http://www.hitachi.us/about/press/Archive/2002/053102.html |
| | | Business Wire, "Hitachi Projection Televisions Go All Digital; New Line Features 1080p Digital Video Processor, Learning AV Net and Integrated Sets with POD", June 16, 2003, available at: http://www.businesswire.com/news/home/20030516005286/en/Hitachi-Projection-Televisions-Digital-Line-Features-1080p |
| | | Business Wire, "HITACHI 2006 BIG SCREEN PROJECTION LINE FEATURES DRAMATICALLY DESIGNED MODELS AND BEST-IN-CLASS PERFORMANCE", January 5, 2006, available at http://www.businesswire.com/news/home/20060105005057/en/Hitachi-2006-Big-Screen-Projection-Line-Features |
| | | Business Wire, "Hitachi Unveils 50-Inch Ultra Thin Plasma Display", September 4, 2008, available at: http://www.businesswire.com/news/google/20080904005256/en |
| Hitachi America Ltd. Computer Division | | Deposition of Thomas L. Heiser, In Re: Cathode Ray (CRT) Antitrust Litigation, July 3, 2012 at 30:4-6; 382:16-18 |
| | | Deposition of Yasuhiro Morishima, In Re: Cathode Ray (CRT) Antitrust Litigation, July 12, 2012 at 370:5-24 |
| | | Deposition of William Whalen, In Re: Cathode Ray (CRT) Antitrust Litigation, August 23, 2012 at 92:11-13 |
| | | Deposition of Modesto Rodriguez, In Re: Cathode Ray (CRT) Antitrust Litigation, August 23, 2012 at 26:23-27:3 |
| | | Hitachi America, Ltd. Responses and Objections to DAP's 1st Set of Requests for Admission, In Re: Cathode Ray (CRT) Antitrust Litigation, February 18, 2014, at No. 1 |
| | | Hitachi Electronic Devices (USA), Inc. Responses and Objections to DAP's 1st Set of Requests for Admission, In Re: Cathode Ray (CRT) Antitrust Litigation, February 18, 2014, at No. 1 |
| | | Hitachi, Ltd. Responses and Objections to DAP's 1st Set of Requests for Admission, In Re: Cathode Ray (CRT) Antitrust Litigation, February 18, 2014, at No. 1 |
| | | Defendant Hitachi Home Electronics (America), Inc.'s Statement Pursuant to Rule 7.1 Interlocty Bureau Mutual Insurance Company v. Hitachi Home Electronics (America), Inc., et al, Case. No.5:08-cv-00030-DCR-JBT, Dkt., No. 2 dated June 23, 2008 [ E.D. Ky.] |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| | |
|---|---|
| Defendant Hitachi Displays, Ltd. owned and controlled by Defendant Hitachi, Ltd. | Article, "For the Spin-Off of the Display Business by Company Split," June 18, 2002, available at http://translate.google.com/translate?hl=en&sl=ja&u=http://www.hitachi.co.jp/New/cnews/2002/0618a/index.html&prev=/search%3Fq%3D%25252hitachi%2Bltd%252%2B%25252hitachi%2Bdisplays%2Btd%252%2Bhitachi%2Bsplit%26hl%3Den%26rls%3D%3D%253D%25D%3Db%25Dch%3Deh%26cl%3D3D%25s%2Bchh%3D%253Dbch%3Deh%26cl%3D3D%25s%2Bchh%3D%253Dbch%3Deh%26cl%3D3D%25s%2Bchh%3D%253Dbch%26hl%3D%25u%3D%26rls%3DSDS92%26tbn%30odf=1_cd_min.1/1/2001,cd_max:12/31/2003&sa=X&ei=AQDnUrTuMxaHOCIR_4DwCg&ved=0CEiQ7gEwBw |
| | Hitachi Ltd. 20-F Annual Report, filed September 30, 2003, at 20, available at http://www.sec.gov/Archives/edgar/data/47710/000119312503056135/d20f.txt |
| | Hitachi Ltd. 20-F Annual Report, filed August 20, 2004, at 16, available at http://www.sec.gov/Archives/edgar/data/47710/000119312504144223/d20f.htm |
| | Hitachi Ltd. 20-F Annual Report, filed August 26, 2005, at 16, available at http://www.sec.gov/Archives/edgar/data/47710/000119312505174960/d20f.htm |
| | Hitachi Ltd. 20-F Annual Report, filed August 7, 2006, at 17, available at   http://www.sec.gov/Archives/edgar/data/47710/000119312506163031/d20f.htm |
| | Hitachi Ltd. 20-F Annual Report, filed June 26, 2007, at 13, 21, 24, and 55, available at http://www.sec.gov/Archives/edgar/data/47710/000119312507142357/d20f.htm |
| | Hitachi Ltd. 20-F Annual Report, filed July 27, 2009, at 19, available at http://www.sec.gov/Archives/edgar/data/47710/000119312509155317/d20f.htm |
| | Hitachi Ltd. 20-F Annual Report, filed June 29, 2010, at 28, available at http://www.sec.gov/Archives/edgar/data/47710/000119312510104966/d20f.htm |
| | Hitachi Ltd. 20-F Annual Report, filed June 24, 2011, at 24, available at http://www.sec.gov/Archives/edgar/data/47710/000119312511172867/d20f.htm |
| | Hitachi Displays, Ltd. Responses and Objections to DAP's 1st Set of Requests for Admission, *In Re  Cathode Ray (CRT) Antitrust Litigation*, February 18, 2014, at No. 12 |
| | Hitachi, Ltd. Responses and Objections to DAP's 1st Set of Requests for Admission, *In Re  Cathode Ray (CRT) Antitrust Litigation*, February 18, 2014, at No. 12 |
| | Deposition of Thomas L. Heiser, *In Re  Cathode Ray (CRT) Antitrust Litigation*, July 3, 2012 at 30:12-21, 30:22-31:1, 32:3-9 |
| | News Release 12/25/2007 Hitachi, Canon and Matsushita Reach Basic Agreement on LCD Panel Business, available at http://www.hitachi.com/New/cnews/f_071225.pdf |
| | News Release 2/27/2008 Conclusion of Formal Contract Between Hitachi and Canon Related to Comprehensive LCD Panel Business Alliance, available at http://www.hitachi.com/New/cnews/f_080227a.pdf |
| | News Release 11/15/2011 INCJ, Hitachi, Sony and Toshiba Sign Definitive Agreements Re Integration of Small- and Medium-Sized Display Businesses, available at http://www.hitachi.com/New/cnews/f_111115e.pdf |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| Nissei Sangyo America, Ltd. owned and controlled by Nissei Sangyo Co., Ltd. (n/k/a Hitachi High-Technologies Corporation) | Nissei Sangyo Co., Ltd Annual Report 2000, at 16, 19, 31, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2000.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2001, at 13, 15, 27, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2001.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2002, at 8, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2002.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2003, at 10, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2003.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2004, at 29, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2004.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2005, at 30, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2005.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2006, at 32, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2006.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2007, at 32, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2007.pdf<br>Statement of Stephen D. Snoke, Executive Vice President and General Counsel for Hitachi High-Technologies America, Inc., at 1, available at: http://www.irs.gov/pub/irs-apa/hitachi_high_technologies_america_-_stephen_snoke.pdf<br>Ilene Hersher, USITC, "Dynamic random access memory semiconductors of 256 kilobits and above from Japan", 1986, at A-9, available at: http://books.google.com/books?id=IDVOU8pkcHYC&lpg=RA1-PA58&ots=Utn)ZE4pGvM&dq=%22Nissei%20Sangyo%20America%2C%20Ltd.%2C%20subsidiary&pg=RA1-PA58#v=onepage&q=%22Nissei%20Sangyo%20America,%20Ltd.%22%20subsidiary&f=false<br>Article, Hitachi High-Technologies America Formed to Address High-End Instrumentation Solutions Market", March 20, 2002, available at: http://www.hitachi-america.us/about/press/details/032002.html<br>Deposition of Yasuhiro Morishima, In Re: Cathode Ray (CRT) Antitrust Litigation, July 12, 2012 at 68:20-70:3; 70:20-24<br>Deposition of Nobuhiko Kobayashi, In Re: Cathode Ray (CRT) Antitrust Litigation, July 17, 2012 at 88:15-20<br>Hitachi, Ltd. Responses and Objections to DAP's 1st Set of Requests for Admission, In Re: Cathode Ray (CRT) Antitrust Litigation, February 18, 2014, at No. 5 |
| Nissei Sangyo America, Ltd. (n/k/a Hitachi High-Technologies America, Inc.) Corporation) owned and controlled by Defendant Hitachi, Ltd. | Nissei Sangyo Co., Ltd Annual Report 2000, at 42, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2000.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2001, at 7, 38, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2001.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2002, at 17, 22, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2002.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2003, at 24, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2003.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2004, at 44, 55, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2004.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2005, at 24, 40, 50, 61, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2005.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2006, at 13, 42, 53, 63, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2006.pdf<br>Nissei Sangyo Co., Ltd Annual Report 2007, at 28, 42, 53, 63, available at: http://www.hitachi-hitec.com/global/ir/direpor/ar2007.pdf<br>Statement of Stephen D. Snoke, Executive Vice President and General Counsel for Hitachi High-Technologies America, Inc., at 1, available at: http://www.irs.gov/pub/irs-apa/hitachi_high_technologies_america_-_stephen_snoke.pdf<br>Hitachi Ltd. 20-F Annual Report, filed March 31, 2002, at 18 (ownership interest 73.4%), available at http://www.sec.gov/Archives/edgar/data/47710/000114554920000252/d00264z0vf.txt<br>Hitachi Ltd. 20-F Annual Report, filed September 30, 2003, at 9, 20 (ownership interest 87.6%), available at http://www.sec.gov/Archives/edgar/data/47710/000119312503135615/d20f.txt<br>Hitachi Ltd. 20-F Annual Report, filed August 20, 2004, at 16, 96 (ownership interest 55.6%), available at http://www.sec.gov/Archives/edgar/data/47710/000119312504544223/d20f.htm<br>Hitachi Ltd. 20-F Annual Report, filed August 26, 2005, at 18 (ownership interest 55.3%), available at http://www.sec.gov/Archives/edgar/data/47710/000119312505174960/d20f.htm<br>Hitachi Ltd. 20-F Annual Report, filed August 7, 2006, at 17 (ownership interest 51.7%), available at http://www.sec.gov/Archives/edgar/data/47710/000119312506163031/d20f.htm<br>Hitachi Ltd. 20-F Annual Report, filed June 26, 2007 (ownership interest 51.7%), at 18, 25, available at http://www.sec.gov/Archives/edgar/data/47710/000119312507142357/d20f.htm<br>Hitachi Ltd. 20-F Annual Report, filed June 20, 2008, at 13, 17, 23, 29, 30 (51.7%), available at http://www.sec.gov/Archives/edgar/data/47710/000119312508137042/d20f.htm<br>Hitachi Ltd. 20-F Annual Report, filed July 27, 2009, at 14, 19 (51.8%), available at http://www.sec.gov/Archives/edgar/data/47710/000119312509155317/d20f.htm<br>Hitachi Ltd. 20-F Annual Report, filed June 29, 2010, at 21, 26 (ownership interest 51.8%), available at http://www.sec.gov/Archives/edgar/data/47710/000119312510149606/d20f.htm<br>Hitachi Ltd. 20-F Annual Report, filed June 24, 2011, at 19, 24 (ownership interest 51.8%), available at http://www.sec.gov/Archives/edgar/data/47710/000119312511128657/d20f.htm<br>Article, "Hitachi High-Technologies America Formed to Address High-End Instrumentation Solutions Market", March 20, 2002, available at http://www.hitachi-america.us/about/press/details/032002.html<br>Hitachi Ltd. Annual Securities Report (FY 2012) at page 14 (Hitachi, Ltd's ownership interest 51.8%), available at http://www.hitachi.com/IR-e/library/stock/hst_sr_fy2012_0_en.pdf |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| | | |
|---|---|---|
| LG Electronics U.S.A., Inc. | | LG Electronics Inc._1998 Annual Report, at 31, 33 and 37-39, available at http://www.lge.co.kr/upload/IR/MR/Annual_report_1998(0).pdf |
| | | LG Electronics Inc._1999 Annual Report, at 35, 40, 44, 47, available at: http://www.lg.com/global/pdf/annual-report-1999.pdf |
| | | LG Electronics Inc._1999 Audit Report, at 21, 34, 45, available at: http://www.lg.com/global/pdf/audit-report-1999.pdf |
| | | LG Electronics Inc._2000 Annual Report, at 58, 65, 72, 77, available at: http://www.lg.com/global/pdf/annual-report-2000.pdf |
| | | LG Electronics Inc._2000 Audit Report, at 24, 38, 52, available at: http://www.lg.com/global/pdf/audit-report-2000.pdf |
| | | LG Electronics Inc._2001 Annual Report, at 8, 63, 74, available at: http://www.lg.com/global/pdf/annual-report-2001.pdf |
| | | LG Electronics Inc._2001 Audit Report 2001, at 24, 37, 53, available at: http://www.lg.com/global/pdf/audit-report-2001.pdf |
| | | LG Electronics Inc._2002 Annual Report, at 14, 36, available at: http://www.lg.com/global/pdf/annual-report-2002.pdf |
| | | LG Electronics Inc._2002 Audit Report, at 26-29, 30, 37, 46, available at: http://www.lg.com/global/pdf/audit-report-2002.pdf |
| | | LG Electronics Inc._2003 Annual Report, at 173, 77-80, 89, 99, available at: http://www.lg.com/global/pdf/annual-report-2003.pdf |
| | | LG Electronics Inc._2003 Audit Report, at 25, 30-33, 42, 52, available at: http://www.lg.com/global/pdf/audit-report-2003.pdf |
| | | LG Electronics Inc._2004 Annual Report, at 84, 88-91, 101, 108, 127, available at: http://www.lg.com/global/pdf/annual-report-2004.pdf |
| | | LG Electronics Inc._2004 Audit Report, at 27, 32-35, 45, 53, available at: http://www.lg.com/global/pdf/audit-report-2004.pdf |
| | | LG Electronics Inc._2005 Annual Report, at 28, 33-35, 37, 48, 59, available at: http://www.lg.com/global/pdf/annual-report-2005.pdf |
| | | LG Electronics Inc._2005 Audit Report, at 60, available at: http://www.lg.com/global/pdf/audit-report-2005.pdf |
| | | LG Electronics Inc._2006 Consolidated Financial Statements, at 3, 14, 17, 46 of 64, available at: http://www.lg.com/global/pdf/financial-statements-2006.pdf |
| | LG Electronics U.S.A., Inc. owned and controlled by Defendant LG Electronics, Inc. (f/k/a GoldStar Co. Ltd.) | LG Press Release. LG Electronics USA Names K.I. Kwon To President of the Consumer Electronics Division. July 26, 2006, http://www.lg.com/us/press-release/lg-electronics-usa-names-ki-kwon-to-president-of-the-consumer-electronics-division |
| | | LG Electronics Inc._2007 Consolidated Financial Statements, at 15, 17, 27, 46-47, available at: http://www.lg.com/global/pdf/financial-statements-2007.pdf |
| | | LG Electronics Inc._2008 Annual Report, at 39, available at: http://www.lg.com/global/pdf/annual-report-2008.pdf |
| | | LG Electronics Inc._2008 Consolidated Financial Statements, at 14, 16, 40, available at: http://www.lg.com/global/pdf/LGE_2008consolidated.pdf |
| | | LG Electronics Inc._2009 Consolidated Financial Statements, at 15-16, 40, available at: http://www.lg.com/global/pdf/LGE_2009_Englishreport+Consolidated).pdf |
| | | LG Electronics Inc._2010 Separate Interim Financial Statements, at 37, 61, 64, available at: http://www.lg.com/global/pdf/LGE-2010-4Q-Consolidation.pdf |
| | | LG Electronics Inc._2011 Separate Interim Financial Statements, at 38, 60, 64, available at: http://www.lg.com/global/pdf/%5B2011%5DConsolidated-Interim-Financial-Statements.pdf |
| | | LG Electronics Inc._2012 3Q Separate Interim Financial Statements, at 16, 31, 35, available at: http://www.lg.com/global/pdf/2012_3Q_LG_Interim_Separate_Financial_Statement.pdf |
| | | LG Electronics Inc._Separate Financial Statements 2012 at 39, available at http://www.lg.com/global/investor-relations/reports/financial-statements |
| | | LG Electronics Inc._2013 Consolidated Financial Statements at 18, available at http://www.lg.com/global/investor-relations/reports/financial-statements |
| | | Zenith Electronics Corporation Corporate Disclosure Statement Pursuant to Rule 7.1 in Zenith Electronics Corp. v. V, Inc., Westinghouse Digital Electronics LLC, S-06-cv-00246-DF, Dkt. 2, October 30 2006 (E. D. Texas) |
| | | Deposition of Yun Seok Lee, In Re: Cathode Ray (CRT) Antitrust Litigation, July 11, 2012 at 22:23-23:7 |
| | | LG Electronics Inc._2001 Audit Report 2001, at 3, 11, 24, 38, available at: http://www.lg.com/global/pdf/audit-report-2001.pdf |
| | | LG Electronics Inc._2001 Annual Report, at 45, 53, 64, 90, available at: http://www.lg.com/global/pdf/annual-report-2001.pdf |
| | | LG Electronics Inc._2001 Audit Report, at 25, 31, available at: http://www.lg.com/global/pdf/audit-report-2001.pdf |
| | | LG Electronics Inc._2002 Annual Report, at 14, available at: http://www.lg.com/global/pdf/annual-report-2002.pdf |
| | LG Philips Displays Holding B.V. (n/k/a LP Displays) owned and controlled by Defendant LG Electronics, Inc. (f/k/a GoldStar Co. Ltd.) and Defendant Koninklijke Philips Electronics N.V | Joint Venture Agreement, by and between LG Electronics, Inc. and Koninklijke Philips Electronics N.V., June 11, 2001 (LGE000000554-161), at 26-27. |
| | | Deposition of Mick Hyeon Seong, In Re: Cathode Ray (CRT) Antitrust Litigation, July 9, 2012 at 55:3-17; 61:10-14 |
| | | Deposition of Thomas Heiser, In Re: Cathode Ray (CRT) Antitrust Litigation, March 18, 2014 at 159:5-13 |
| | | Deposition of Kyung Tae Kwon, In Re: Cathode Ray (CRT) Antitrust Litigation, July 13, 2012 at 40:4-9 |
| | | Deposition of Jim Smith, In Re: Cathode Ray (CRT) Antitrust Litigation, December 12, 2013 at 74:11-15; 202:14-18; 263:5-11; 366:23-367:7 |
| | | Deposition of Duk Chul Ryu, In Re: Cathode Ray (CRT) Antitrust Litigation, January 15, 2014 at 51:12-22 |
| | | Deposition of Patrici Canavan, In Re: Cathode Ray (CRT) Antitrust Litigation, January 30, 2014 at 50:14-21 |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| Entity | Information |
|---|---|
| Defendant LG Philips Displays International Ltd. owned and controlled by LG Philips Displays Holding B.V. (n/k/a LP Displays) | Information on Legal Entities of LG. Philips Displays, no date (PHLP-CRT-095919-25) at PHLP-CRT-095924 |
| | Information on Legal Entities of LG. Philips Displays, dated 12/24/2002 (PHLP-CRT-095919-925) at 924 |
| Defendant LG Philips Displays Holding B.V. (n/k/a LP Displays) owned and controlled by LG Electronics Wales Ltd. | Information on Legal Entities of LG. Philips Displays, dated 8/1/2002 (LPD-NU0093612-616) at 615 |
| | Information on Legal Entities of LG. Philips Displays, dated 7/4/2003 (LPD-NU00202015-20221) at 2020 |
| | Information on Legal Entities of LG. Philips Displays, dated 12/3/2003 (LPD-NU00174797-805) at 802 |
| LG Electronics Wales Ltd. owned and controlled by Defendant LG Electronics, Inc. | Information on Legal Entities of LG. Philips Displays, dated 9/15/2005 (PENAC-DOJ-0000565-5741 at 571 |
| | LG Electronics Inc. 2003 Audit Report, at 4, 26-27, 36, available at: http://www.lg.com/global/pdf/audit report 2003 pdf |
| | LG Electronics Inc. 2003 Annual Report, at 50, 74, 81, available at: http://www.lg.com/global/pdf/annual-report 2003 pdf |
| | LG Electronics Inc. 2004 Audit Report, at 4, 38, available at: http://www.lg.com/global/pdf/audit-report 2004 pdf |
| | LG Electronics Inc. 2004 Annual Report, at 58, 92, available at: http://www.lg.com/global/pdf/annual-report 2004 pdf |
| | LG Electronics Inc. 2005 Audit Report, at 39, available at: http://www.lg.com/global/pdf/audit-report 2005 pdf |
| | LG Electronics Inc. 2006 Consolidated Financial Statements, at 15, available at: http://www.lg.com/global/pdf/financial-statments-2006.pdf |
| | LG Electronics Inc. 2007 Consolidated Financial Statements, at 16, available at: http://www.lg.com/global/pdf/financial-statments-2007.pdf |
| LG Electronics Wales Ltd. owned and controlled by LG Electronics Service Europe Netherlands B.V. (n/k/a LG Electronics European Holdings B.V.) | LG Electronics Inc. 1999 Consolidated Audit Report, at 13, available at: http://www.lg.com/global/pdf/icon-audit report 1999.pdf |
| | LG Electronics Inc. 2000 Consolidated Audit Report, at 13, available at: http://www.lg.com/global/pdf/icon-audit-report 2000.pdf |
| | LG Electronics Inc. 2001 Consolidated Audit Report, at 14, available at: http://www.lg.com/global/pdf/icon-audit-report 2001.pdf |
| | LG Electronics Inc. 2002 Consolidated Audit Report, at 10, available at: http://www.lg.com/global/pdf/icon-audit-report 2002.pdf |
| | LG Electronics Inc. 2003 Consolidated Audit Report, at 26, available at: http://www.lg.com/global/pdf/icon-audit-report 2003.pdf |
| | LG Electronics Inc. 2004 Consolidated Audit Report, at 12, available at: http://www.lg.com/global/pdf/icon-audit-report 2004.pdf |
| | LG Electronics Inc. 2005 Audit Report, at 16, 37, available at: http://www.lg.com/global/pdf/audit-report 2005.pdf |
| | LG Electronics Inc. 2006 Consolidated Financial Statements, at 14, available at: http://www.lg.com/global/pdf/financial-statments-2006.pdf |
| | LG Electronics Inc. 2007 Consolidated Financial Statements, at 12, available at: http://www.lg.com/global/pdf/financial-statments-2007.pdf |
| LG Electronics Service Europe Netherlands B.V. (n/k/a LG Electronics European Holdings B.V.) owned and controlled by Defendant LG Electronics, Inc. | LG Electronics Inc. 2005 Consolidated Audit Report, at 16, available at: http://www.lg.com/global/pdf/icon-audit-report 2005.pdf |
| | LG Electronics Inc. 2005 Consolidated Financial Statements, at 14, available at: http://www.lg.com/global/pdf/financial-statments-2005.pdf |
| | LG Electronics Inc. 2006 Consolidated Financial Statements, at 16, available at: http://www.lg.com/global/pdf/financial-statments-2006.pdf |
| | LG Electronics Inc. 2007 Consolidated Financial Statements, at 14, available at: http://www.lg.com/global/pdf/financial-statments-2007.pdf |
| | LG Electronics Inc. 2008 Consolidated Financial Statements, at 14, available at: http://www.lg.com/global/pdf/LGE_2008consolidated.pdf |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| | |
|---|---|
| Zenith Electronics Corporation (a/k/a Zenith Electronics LLC) | Zenith Electronics Corporation (a/k/a Zenith Electronics LLC) owned and controlled by Defendant LG Electronics, Inc. | LG Electronics Inc. 1998 Annual Report, at 31, 37, 40, and 42
LG Electronics Inc. 1999 Audit Report, at 3, 22, 38, 46, available at: http://www.lg.com/global/pdf/audit-report-1999.pdf
LG Electronics Inc. 2000 Annual Report, at 58, 67, available at: http://www.lg.com/global/pdf/annual-report-2000.pdf
LG Electronics Inc. 2000 Audit Report, at 24 and 42, available at: http://www.lg.com/global/pdf/audit-report-2000.pdf
LG Electronics Inc. 2001 Annual Report, at 63, 79, available at: http://www.lg.com/global/pdf/annual-report-2001.pdf
LG Electronics Inc. 2001 Audit Report 2001, at 24, available at: http://www.lg.com/global/pdf/audit-report-2001.pdf
LG Electronics Inc. 2002 Annual Report, at 34, available at: http://www.lg.com/global/pdf/annual-report-2002.pdf
LG Electronics Inc. 2002 Audit Report, at 24, 31, 79, available at: http://www.lg.com/global/pdf/audit-report-2002.pdf
LG Electronics Inc. 2003 Annual Report, at 49, 73, 81, available at: http://www.lg.com/global/pdf/annual-report-2003.pdf
LG Electronics Inc. 2003 Audit Report, at 27, 36, available at: http://www.lg.com/global/pdf/audit-report-2003.pdf
LG Electronics Inc. 2004 Annual Report, at 84, 127, available at: http://www.lg.com/global/pdf/annual-report-2004.pdf
LG Electronics Inc. 2004 Audit Report, at 29, 31, available at: http://www.lg.com/global/pdf/audit-report-2004.pdf
Zenith Electronics Corporation SC 13E3/A Report filed April 1, 1999, at 2, available at http://www.sec.gov/Archives/edgar/data/109265/0000950131-99-002045.txt |

Zenith Electronics Corporation 10-Q Report filed May 14, 1996, at Note 8, available at http://www.sec.gov/Archives/edgar/data/109265/0000109265-96-000005.txt

Zenith Electronics Corporation S-4/A Report filed April 19, 1999, at 186, A-8, available at http://www.sec.gov/Archives/edgar/data/109265/0000950131-99-002366.txt

Zenith Electronics Corporation SC14D1/A Tender Offer Statement filed September 15, 1995, available at, http://www.sec.gov/Archives/edgar/data/109265/0000002561-95-000074.txt

LG "History", available at: http://www.lg.com/us/corporate-information/overview/history

"Zenith Heritage", available at: http://www.zenith.com/heritage/

Article, "Zenith Financing" Zenith Electronics Corp. Said It Signed . . . December 24, 1997, available at: http://articles.chicagotribune.com/1997-12-24/news/9712240142_1_zenith-lg-electronics-financing

Scott, Carson Pirie. 72. Zenith Electronics Corp. Chicago Tribune. May 11, 1997, available at http://articles.chicagotribune.com/1997-05-11/business/9705110030_1_lg-electronics-zenith-electronics-corp-proxy-statement

Zenith Electronics Corporation Corporate Disclosure Statement Pursuant to Rule 7.1 in Pamela Papay v. Zenith Electronics Corp., 4:04-cv-00731-JCH, Dkt. 2, June 14, 2004 (E.D. Mo.)

Article, "TV Maker Fades to Black: Zenith to Sell Majority Stake to S. Lorean Conglomerate", July 18, 1995, available at: http://articles.latimes.com/1995-07-18/business/fi-25111_1_zenith-electronics-corp

Article, "High-Maintenance TV", June 24, 2004, available at http://www.nytimes.com/2004/06/24/technology/high-maintenance-tv.html?pagewanted=all&src=pm

| Zenith Electronics Corporation (a/k/a Zenith Electronics LLC) owned and controlled by LG Electronics U.S.A., Inc. | Comments of LG Electronics U.S.A., Inc., Before the U.S. Department of Commerce National Telecommunications and Information Administration, September 25, 2006, a 2, In the Matter of Implementation and Administration of a Coupon Program for Digital-to-Analog Converter Boxes , Dkt. No. 0512129-6129-01, available at http://www.ntia.doc.gov/legacy/otiahome/dtv/comments/dtvcoupon_comments059.pdf
Zenith Electronics Corporation Corporate Disclosure Statement Pursuant to Rule 7.1 in Zenith Electronics Corp. v. V., Inc., Westinghouse Digital Electronics LLC, 5:06-cv-00246-DF, Dkt. 2, October 30 2006 (E.D. Texas) |

| LG Electronics U.S.A., Inc. owned and controlled by LG Electronics, Inc. | See entry for LG Electronics U.S.A., Inc., infra. |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| Entity | Citations |
|---|---|
| **Mitsubishi Digital Electronics America, Inc. (n/k/a Mitsubishi Electric Visual Solutions America, Inc.) owned and controlled by Mitsubishi Electric US Holdings, Inc.** | 2003 communication from Mitsubishi Electric Corporation to the Federal Communications Commission in FCC Proceeding 02-230, Oct. 30, 2003, available at: http://fortdocs.fcc.gov/filings/2003/10/31/5510440554.html<br><br>Mitsubishi's Certificate of Interested Persons and Corporate Disclosure Statement Pursuant to Rule 7.1 in John P. Groney v. Mitsubishi Digital Electronics America, Inc., Case No. 6:05-cv-01206-ACC-KRS, Dkt. No. 12, dated Sept. 26, 2005 (M.D. Fl.)<br><br>Defendant Mitsubishi Digital Electronics America, Inc. Statement Pursuant to Rule 7.1 in Orbach, L.L.C. v The DirectTV Group, Inc. et al., Case No. 2:05-cv-00519-TJW, Dkt. No. 93, dated Mar. 17, 2006 (E.D. Tex.)<br><br>Mitsubishi Digital Electronics America, Inc. Statement Pursuant to Rule 7.1 in Positive Technologies v. Bern2 America Corp., et al., Case No. 2:07-cv-00057-MHS, Dkt. No. 31, dated May 1, 2007 (E.D. Tex.)<br><br>Mitsubishi Digital Electronics America, Inc. Statement Pursuant to Rule 7.1 Grmoa Color Technologies v. Mitsubishi et al., Case No. 1:07-cv-06233-PKC, Dkt. No. 15, dated Sept. 5, 2007 (S.D.N.Y.)<br><br>Mitsubishi Digital Electronics America, Inc. Statement Pursuant to Rule 7.1 Chereth Omni LLC v. Samsung Electronics America, Inc., and Mitsubishi Digital Electronics America, Inc. Case No. 6:08-cv-00279-LED, Dkt. No. 20, dated Sept. 2, 2008 (E.D. Tex.)<br><br>Mitsubishi Digital Electronica America, Inc. Statement Pursuant to Rule 7.1 aratzchapan Corporation v. Chi Mei Optoelectronics et al., Case No. 5:08-cv-00137-TJW, Dkt. No. 65, dated Nov 10, 2008 (E.D. Tex.)<br><br>Mitsubishi Digital Electronics America, Inc. Statement Pursuant to Rule 7.1 JCHI, LLC, d/b/o Intellectual Capital Holdings Limited v. LG Electronics et al., Case No. 5:08-cv-00177-DF-CMC, Dkt. No. 20, dated Dec. 8, 2008 (E.D. Tex.)<br><br>Defendants Mitsubishi Electric Corp., Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric and Electronics USA, Inc., Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Digital Electronics America, Inc. Statement Pursuant to Rule 7.1 in Rovi Corporation et al v. Mitsubishi Electric Corp. et al., Case No. 1:12-cv-00547-SLR, Dkt. No. 10, dated June 7, 2012 (D. Del.)<br><br>Mitsubishi Digital Electronics America, Inc.'s Corporate Disclosure Statement Pursuant to Rule 7.1 in Grmoa Color Technologies v. Mitsubishi et al., Case No. 1:07-cv-06233-PKC, Dkt. No. 15, dated Sept. 5, 2007 (S.D.N.Y.) |
| _Mitsubishi Electric US Holdings, Inc. owned and controlled by Defendant Mitsubishi Electric Corp._ | |
| **Mitsubishi Consumer Electronics America, Inc. owned and controlled by Defendant Mitsubishi Electric Corp.** | Article, "Mitsubishi Plans Television Research Center: Electronics: The $11-million facility, scheduled to open in October, will employ more than 100 people in the county", February 7, 1995, available at http://articles.latimes.com/1995-02-07/business/fi-29248_1_research-center<br><br>Article, "Mitsubishi restructures electronics operations", October 29, 1998, available at: http://www.nytimes.com/document.asp?doc_id=1119504<br><br>Article, "COMPANY NEWS; MITSUBISHI TO REORGANIZE ITS UNITED STATES OPERATIONS", October 30, 1998, available at: http://www.nytimes.com/1998/10/30/business/company-news-mitsubishi-to-reorganize-its-united-states-operations.html |
| **Mitsubishi Electronics America, Inc. owned and controlled by Defendant Mitsubishi Electric Corp.** | Article, "Mitsubishi Electric to Restructure", Oct. 30, 1998, available at: http://articles.latimes.com/1998/oct/30/business/fi-37566<br><br>Book, Certain Dynamic Random Access Memories and Components Thereof, Inv. 337-TA-242, November 1987, at 5, available at: http://books.google.com/books?id=qkjK3t6wo7tC&lpg=PA8-IA85&ousville_JYjET6&dq=PA8-IA5&ousville_JYjET6&dq=%22Mitsubishi%20Electronics%20America%2C%20Inc.%22&pg=PA8-IA9#v=onepage&q=%22Mitsubishi%20Electronics%20America%2C%20Inc.%22&f=false<br><br>Order Denying Plaintiff's Motion for Partial Summary Judgment of an Established Royalty Rate as the Reasonable Royalty for the Simm Patents Wong Laboratories, Inc. v Mitsubishi Electronics America, Inc., 860 F.Supp. 1448 (C.D. California 1993), available at: http://www.leagle.com/decision/19933208860FSupp1448_12122<br><br>Article, "Mitsubishi Merges 2 U.S. Subsidiaries: Reorganization: Its consumer electronics group in Cypress and high-tech marketing group in Torrance will be combined into a single Cypress-based entity", July 17, 1990, available at: http://articles.latimes.com/1990-07-17/business/fi-391_1_consumer-electronics-group<br><br>Article, "Mitsubishi Unit Named in Complaint : Electronics: The action by the U.S. International Trade Commission could lead to a ban on the import and sale of the company's semiconductors", August 28, 1993, available at: http://articles.latimes.com/1993-08-28/business/fi-37120_1_national-semiconductor<br><br>Article, "BLACK AND WHITE OF IMAGE SENSOR M64287U", 1995, available at: http://www.ic72.com/pdf_file/m/118866.pdf<br><br>Article, "Mitsubishi Electronics America's Real-Time Visualization makes European debut at ECR 2000", March 5, 2000, available at: http://www.terarecon.com/wordpress/press-release/mitsubishi-electronics-americas-real-time-visualization-makes-european-debut-at-ecr-2000<br><br>"M16C/62 PRODUCT OVERVIEW", 1997, available at: http://kowic.com/kowd/data/pdf/td/cd066/228318.pdf<br><br>Article, "Mitsubishi restructures electronics operations", October 30, 1998, available at: http://www.nytimes.com/document.asp?doc_id=1119493 |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| Entity | Citations |
|---|---|
| NEC America, Inc. owned and controlled by NEC USA, Inc. | Article, "NEC USA, NEC America & NEC Solutions (America) to be Combined to Form NEC Corporation of America", Apr. 26, 2006, http://www.nec.co.jp/press/en/0604/2602.html<br><br>NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions (America), Inc., and NEC Unified Solutions, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in Technology Properties Limited, Inc. v. Fujitsu Limited et al. Case No. 2:05-cv-00494-TJW, Dkt. No. 34 (dated Jan. 11, 2006) (E.D. Tex.) |
| NEC Solutions (America), Inc. owned and controlled by NEC USA, Inc. | Article, "NEC USA, NEC America & NEC Solutions (America) to be Combined to Form NEC Corporation of America", Apr. 26, 2006, http://www.nec.co.jp/press/en/0604/2602.html<br><br>NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions (America), Inc., and NEC Unified Solutions, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in Technology Properties Limited, Inc. v. Fujitsu Limited et al. Case No. 2:05-cv-00494-TJW, Dkt. No. 34 (dated Jan. 11, 2006) (E.D. Tex.) |
| NEC USA, Inc. wholly owned and controlled by NEC Corp. | NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions (America), Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Financial Services, Inc., NEC USA, and NEC America in Orion IP, LLC v. Yokohama Tire Corp., et al. Case No. 6:06-cv-00364-LED, Dkt. No. 89 (dated Nov. 10, 2006) (E.D. Tex.)<br><br>NEC, Chart of Consolidated Subsidiaries, September 30, 2001, available at: http://www.nec.co.jp/press/en/0110/images/2601-03.pdf<br><br>Article, "NEC USA, NEC America & NEC Solutions (America) to be Combined to Form NEC Corporation of America", Apr. 26, 2006, http://www.nec.co.jp/press/en/0604/2602.html<br><br>Article, "NEC USA Promotes Gerald Kenney to Senior Vice President and General Counsel; Kenney to Oversee All Legal Operations at NEC USA Companies", April 6, 2004, available at: http://www.businesswire.com/news/home/20040405005449/en/NEC-USA-Promotes-Gerald-Kenney-Senior-Vice#.UxYIlMAqxlc |
| NEC USA, Inc., NEC America, Inc., and NEC Solutions (America), Inc. merged to form NEC Corporation of America | Article, "NEC USA, NEC America & NEC Solutions (America) to be Combined to Form NEC Corporation of America", Apr. 26, 2006, http://www.nec.co.jp/press/en/0604/2602.html<br><br>About NEC: NEC Corporation of America, available at: http://www.necam.com/About/doc.cfm?id=NECAM<br><br>Article, "NEC Corporation of America Starts Operating as An Integrated Company", July 3, 2006, available at: http://www.prnewswire.com/news-releases/nec-corporation-of-america-begins-operations-as-a-newly-integrated-company-55760487.html<br><br>Article, "Sophilia Hsu Speaks at NEC Corporation of America's International Trade Compliance Conference", May 7, 2013, available at: http://chester-law.com/sophilia-hsu-speaks-nec-corporation-americas-international-trade-compliance-conference/<br><br>NEC Corp. 20-F Annual Report dated Sept. 11, 2003 at 23, http://www.sec.gov/Archives/edgar/data/72127/000114554903001173/h00497e20vf.txt<br><br>NEC Corp. 20-F Annual Report dated Sept. 17, 2004 at 22, http://www.sec.gov/Archives/edgar/data/72127/000095012304011077/k00743e20vf.htm<br><br>NEC Corp. 20-F Annual Report dated Sept. 25, 2005 at "Organizational Structure", http://www.sec.gov/Archives/edgar/data/72127/000114554605001703/k01030e20vf.htm<br><br>Article, "NEC Corporation of America Begins Operations as a Newly Integrated Company", July 3, 2006, available at: http://www.necunifiedsolutions.com/main/NewsEvents/NewPressPage.asp?release=2006070301.xml |
| NEC Corporation of America owned and controlled by NEC Corp. | NEC USA, and NEC America in Orion IP, LLC v. Yokohama Tire Corp., et al. Case No. 6:06-cv-00364-LED, Dkt. No. 89 (dated Nov. 10, 2006) (E.D. Tex.)<br><br>Disclosure Statement of NEC Corporation, NEC Electronics America, Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Financial Services, Inc.<br><br>Article, "Verizon and NEC Set New Record for Transmitting High Bit-Rate Technologies Over Fiber Field", Mar. 13, 2012, available at: http://www.necam.com/About/read.cfm?ID=9c1e04a3-80b8-481f-937D-be6e6519919<br><br>Article, "NEC Sets TPC Benchmark E (TPC-E) Performance Record", Mar. 29, 2012, available at: http://www.necam.com/About/read.cfm?ID=b932a575c-9ddf-42d4-841a-ed50a355975<br><br>Article, "NEC USA, NEC America & NEC Solutions (America) to be Combined to Form NEC Corporation of America", Apr. 26, 2006, http://www.nec.co.jp/press/en/0604/2602.html<br><br>Article, "Shinsuke Takahashi Joins NEC Corporation of America as President and CEO", January 10, 2013, available at: http://www.necam.com/About/read.cfm?b2va2a2f768-85ee-44e3-9a78-d9511a8e830c |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| | |
|---|---|
| | NEC Corp. 20-F Annual Report dated Sept. 28, 2000 at 5, http://www.sec.gov/Archives/edgar/data/72127/000059012300006931/0001126a20-f.txt |
| | Article, "NEC & Mitsubishi Electric Establish Display Monitor Businesses", Jan. 28, 2000, available at http://www.nec.co.jp/press/en/0001/2801.html |
| | NEC Corp. 20-F Annual Report dated Sept. 21, 2001 at F-15, http://www.sec.gov/Archives/edgar/data/72127/000114554901500046/0031b8e20-f.txt |
| | NEC Corp. 20-F Annual Report dated Aug. 6, 2002 at F-15, http://www.sec.gov/Archives/edgar/data/72127/000114554902000196/b0020e20vf.txt |
| | NEC Corp. 20-F Annual Report dated Sept. 1, 2003 at F-15, http://www.sec.gov/Archives/edgar/data/72127/000114554903001173/h00497a20vf.txt |
| Joint venture NEC Display Solutions, Ltd. (f/k/a NEC-Mitsubishi Electric Visual Systems Corp.) jointly owned and controlled by Defendant Mitsubishi Electric Corp. and NEC Corp. | NEC Corp. 20-F Annual Report dated Sept. 17, 2004 at F-16, http://www.sec.gov/Archives/edgar/data/72127/000095012340011077/b00743e20vf.htm |
| | Article, "NEC-MITSUBISHI Begins Operations as NEC Display Solutions", Apr. 1, 2005, available at: http://www.necdisplay.com/press-release/nec-mitsubishi-begins-operations-as-nec-display-so/413 |
| | Regulation (EEC) No. 4064/89 Merger Procedure, Case No. COMP/M.1883-NEC/MITSUBISHI, dated Mar 4, 2000, available at: http://ec.europa.eu/competition/mergers/cases/decisions/m1883_en.pdf |
| | NEC Corporation Responses and Objections to Direct Action Plaintiffs' First Set of Requests to Direct Action Plaintiffs' First Set of Requests for Admission, April 11, 2013, In re TFT-LCD (Flat Panel) Antitrust Litigation, MDL No. 1827, at Nos. 1, 30 |
| | Joint Venture Agreement, NEC Corporation and Mitsubishi Electric Corporation, December 27, 1995, NMV Articles of Incorporation of NEC-Mitsubishi Electric Visual Systems Corporation, December 27, 1999 |
| | NEC Corporation Responses and Objections to Direct Action Plaintiffs' First Set of Requests for Admission, April 11, 2013, In Re TFT-LCD (Flat Panel) Antitrust Litigation, MDL No. 1827, at Nos. 11 |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| Entity | References |
|---|---|
| NEC Technologies, Inc. owned and controlled by NEC Corp. | Article, "EXECUTIVE CHANGES", August 23, 1990, available at: http://www.nytimes.com/1990/08/23/business/executive-changes-931790.html |
| | Article, "NEC Technologies Inc. Recalls PC-17-01 And PC-17-01 Laptop Computer Batteries", November 22, 1994, available at: http://www.cpsc.gov/en/Recalls/1994/NEC-Technologies-Inc-Recalls-PC-17-01-And-PC-17-02-Laptop-Computer-Batteries/ |
| | NEC Corporate Directory, March 31, 1996, available at: http://www.nec.com/en/global/ir/library/annual/1996/corpo/corpo.html |
| | Decision, at Paragraph 3, In NEC Home Electronics, Ltd. and NEC Technologies, Inc. v. The United States and Zenith Electronics Corporation, 54 F.3d 736 (Fed. Cir. 1995), available at: http://law.justia.com/cases/federal/appellate-courts/F3/54/736/483076/ |
| | NEC Corp. 20-F Annual Report dated Sept. 28, 2000 at 18, F-14, available at: http://www.sec.gov/Archives/edgar/data/72127/000095012300008913/k00152e20-f.txt |
| | Article, "NEC Technologies Ships New Generation of MT/10 Series Full-Featured Portable Projectors: Superior Choice for Conference Room and Classroom Use", October 2, 2000, available at: http://www.projectorcentral.com/news_story_252.htm |
| | Article, "NEC Technologies Shines on Rental/Staging Market with Brightest Projector in The Nighthawk Line to Date", April 19, 2001, available at: http://www.projectorcentral.com/news_story_293.htm |
| | NEC, Chart of Consolidated Subsidiaries, September 30, 2001, available at: http://www.nec.co.jp/press/en/0110/images/2603-03.pdf |
| | Article, "NEC Technologies Introduces Merlin – A Unique Video "Wizard" That Makes Using A Ready Computer Easy and Fun; Merlin Video Wizard, Multimedia Direct Links, Hand-Held Remote Control and Other Friendly Features Highlight Upcoming Ready Line of Multimedia PCs", February 19, 2006, available at: http://www.thefreelibrary.com/NEC+Technologies+Introduces+Merlin---A+Unique+Video+%22Wizard%22+That...-a018011108 |
| | Company Overview of NEC Technologies, Inc., available at: http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=929364 |
| NEC Systems, Inc. owned and controlled by NEC Corp. | Customs Ruling, HQ 228255, March 18, 1999, available at: http://rulings.cbp.gov/detail.asp?ru=228255&ac=pr |
| | Article, "NEC Systems Debuts its New Internet Business Solutions Division", August 1, 2000, available at: http://winningmessage.com/NECSystemsNewInterBus%20release.htm |
| | Article, "NEC Systems Readies Services For Midsize Companies", July 31, 2000, available at: http://business.highbeam.com/137376/article-1G1-63802582/nec-systems-readies-services-midsize-companies-new |
| | NEC, Chart of Consolidated Subsidiaries, September 30, 2001, available at: http://www.nec.co.jp/press/en/0110/images/2603-03.pdf |
| | Article, "Packard Bell assets sold to contract manufacturer", December 13, 1999, available at: http://www.bizjournals.com/sacramento/stories/1999/12/13/daily1.html |
| NEC Computers Inc. owned and controlled by NEC Computers International B.V. | Article, "V-ONE and NEC Computers Inc. Announce Agreement to Bundle SmartGate VPN in MobilePro Windows CE Devices", April 28, 2000, available at: http://www.design-reuse.com/news/1655/v-one-nec-computers-agreement-bundle-smartgate-vpn-mobilepro-windows-ce-devices.html |
| | Article, "American Power Conversion and NEC Computers Inc. Join Forces to Enhance System Availability for Service Providers and E-Businesses", November 1, 2000, available at: http://www.apc.com/site/press_center/index.cfm/american-power-conversion-and-nec-computers-inc-join-forces-to-enhance-system-availability-for-service-providers-and-e-businesses/ |
| | Article, "Job expands for NEC Computers chief operating officer", January 19, 2001, available at: http://www.bizjournals.com/sacramento/stories/2001/01/15/daily29.html |
| NEC Computers Inc. owned and controlled by NEC Technologies Inc. | Article, "NEC Computers Inc. First to Introduce Transmeta-based Ultraportable Enterprise Notebook Computer in North America", April 16, 2001, available at: http://www.9xstats.com/articleview.cfm?articleID=649 |
| | Article, "NEC Computers Inc. Unveils Sleek New Ultraportable Notebook Computer for Executive Computing Needs", May 7, 2001, available at: http://www.emailwire.com/release/NEC-Computers-Inc-Unveils-Sleek-New-Ultraportable-Notebook-Computer-for-Executive-Computing-Needs.html |
| NEC Technologies Inc. | Article, "NEC Computers Inc. Ships New Version of All-in-One" Space-Saving PC", September 11, 2001, available at: http://nisc.client.shareholder.com/releasedetail.cfm?sh_print=yes&releaseid=58296 |
| | Article, "NVIDIA'S GeForce2 MX Selected for NEC Computers International's Mainstream Personal Computers", June 28, 2000, available at: http://www.nvidia.com/object/IO_20010711_4551.html |
| | NEC, Chart of Consolidated Subsidiaries, September 30, 2001, available at: http://www.nec.co.jp/press/en/0110/images/2603-03.pdf |
| | NEC Corp. 20-F Annual Report dated Sept. 21, 2001 at F-15, available at: http://www.sec.gov/Archives/edgar/data/72127/000114554901500046/k00188e20-f.txt |
| NEC Computers International B.V. owned and controlled by NEC Corp. | NEC Corp. 20-F Annual Report dated Aug. 6, 2002 at F-15, http://www.sec.gov/Archives/edgar/data/72127/000114554902000196/k00250e20-f.txt |
| | NEC Corp. 20-F Annual Report dated Sept. 1, 2003 at F-15, available at: http://www.sec.gov/Archives/edgar/data/72127/000114554903001173/u00497e20vf.txt |
| | NEC Corp. 20-F Annual Report dated Sept. 17, 2004 at F-16, available at: http://www.sec.gov/Archives/edgar/data/72127/000095012304011077/k00743e20vf.htm |
| | Article, "Organizational Structure", available at: http://www.sec.gov/Archives/edgar/data/72127/000114554905001703/u01009e20vf.htm |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| | |
|---|---|
| | Company Overview of NEC Technologies, Inc., available at: http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=929364 |
| | Article, "NEC merges two units with headquarters in Sacramento", February 14, 2002, available at: http://www.bizjournals.com/sacramento/stories/2002/02/11/daily27.html |
| | Article, "NEC Technologies Achieves Accurate Color Reproduction and True Film Look With Latest TriDigital Series Projector", March 4, 2002, available at: http://www.prnewswire.com/news-releases/nec-technologies-achieves-accurate-color-reproduction-and-true-film-look-with-latest-tridigital-series-projector-76247417.html |
| NEC Technologies, Inc., NEC Systems, Inc., and NEC Computers Inc. merged to form NEC Solutions (America), Inc. | Article, "NEC Technologies, Visual Systems Introduces New Website", March 12, 2002, available at: http://presentationmaster.digitalmedianet.com/article/NEC-Technologies-Visual-Systems-Introduces-New-Website-8611 |
| | Article, "NEC unveils high-performance chip" April 29, 2002, available at: http://www.bizjournals.com/sacramento/stories/2002/04/29/daily2.html |
| | Article, "NEC Solutions America Gets CEO", June 16, 2003, available at: http://www.lightreading.com/nec-solutions-america-gets-ceo/d/d-id/592604 |
| | NEC Corp. 20-F Annual Report dated Sept. 1, 2003 at F-15, available at: http://www.sec.gov/Archives/edgar/data/72127/000114554903001173/d0059f.e20vf.txt |
| | NEC Corp. 20-F Annual Report dated Sept. 17, 2004 at F-16, available at: http://www.sec.gov/Archives/edgar/data/72127/000095013304011077/a00743e20vf.htm |
| | NEC Corp. 20-F Annual Report dated Sept. 25, 2005 at "Organizational Structure", available at: http://www.sec.gov/Archives/edgar/data/72127/000114554905001703/0103003e20vf.htm |
| NEC Solutions (America), Inc. owned and controlled by NEC USA, Inc. | See entry for NEC Corporation of America, infra. |
| NEC USA, Inc. owned and controlled by NEC Corp. | See entry for NEC Corporation of America, infra. |
| NEC USA, Inc., NEC America, Inc., and NEC Solutions (America), Inc. merged to form NEC Corporation of America | See entry for NEC Corporation of America, infra. |
| NEC Corporation of America wholly owned and controlled by NEC Corp. | See entry for NEC Corporation of America, infra. |
| Joint venture NEC Display Solutions, Ltd. (f/k/a NEC-Mitsubishi Electric Visual Systems Corp.) jointly owned and controlled by Defendant Mitsubishi Electric Corp. and NEC Corp. | See entry for NEC Corporation of America, infra. |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| | | |
|---|---|---|
| NEC Display Solutions of America, Inc. (f/k/a NEC-Mitsubishi Electronics Display of America) | NEC Display Solutions of America, Inc. owned and controlled by joint venture NEC Display Solutions Ltd. (f/k/a NEC-Mitsubishi Electric Visual Systems Corp.) | Article, "NEC-MITSUBISHI Begins Operations as NEC Display Solutions", Apr. 1, 2005, available at: http://www.necdisplay.com/press-release/nec-mitsubishi-begins-operations-as-nec-display-so/413 |
| | | PR Newswire, "NEC-Mitsubishi Electronics Display of America, Inc. Appoints T.J. Trojan As President and Chief Operating Officer", dated Oct. 1, available at: http://www.prnewswire.com/news-releases/nec-mitsubishi-electronics-display-of-america-inc-appoints-tj-trojan-as-president-and-chief-operating-officer-72319722.html |
| | | Article, "NEC-Mitsubishi Electric Visual Systems Corporation to become NEC Corporation wholly-owned subsidiary", Feb. 21, 2005, available at: http://www.nec-display-solutions.com/p/xe/sv/news/dp/internet/Content/PressReleases/2005/Company/NMElectronicVisualCorporation.html?tan=&year=2005 |
| | | NEC Display Solutions of America, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in Positive Technologies v. BenQ America Corp. et al., Case No. 2:07-cv-00067-MHS, Dkt., No. 12 (dated Apr. 23, 2007) (E.D. Tex.) |
| | | NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions (America), Inc., and NEC Unified Solutions, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in Technology Properties Limited, Inc. v Fujitsu Limited et al., Case No. 2:05-cv-00494-TJW, Dkt., No. 34 (dated Jan. 11, 2008) (E.D. Tex.) |
| | | Plaintiff's Statement Pursuant to Rule 7.1 in NEC Display Solutions of America, Inc. v. M-Tek Kiosk, Inc., Case. No. 3:11-cv-00070-HZ, Dkt., No. 3 (dated Jan. 19, 2011) (D. Or.) |
| | | Article, "NEC-Mitsubishi's New MultiSync(R) LCD2110 Leads Flat Panel Monitor Industry", August 24, 2000, available at: http://www.prnewswire.com/news-release/nec-mitsubishis-new-multisync-lcd2110-leads-flat-panel-monitor-industry-73009597.html |
| | | Article, "NEC-Mitsubishi Electronics Display of America, Inc. Appoints T.J. Trojan As President and Chief Operating Officer; Leadership to Focus Company on Growth in New Display Applications for Customers, Businesses and Specialty Markets", October 1, 2001, available at http://www.prnewswire.com/news-releases/nec-mitsubishi-electronics-display-of-america-inc-appoints-tj-trojan-as-president-and-chief-operating-officer-72319722.html |
| Joint venture NEC Display Solutions Ltd. (f/k/a NEC-Mitsubishi Electric Visual Systems Corp.) owned and controlled by Defendant Mitsubishi Electric Corp. and NEC Corp. | See entry for NEC Corporation of America, infra. | |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| Packard Bell NEC, Inc. (a/k/a PB Electronics) | Packard Bell NEC, Inc. owned and controlled by NEC Corp. | See NEC Press Release (Japanese) 7/31/1998, available at http://www.nec.co.jp/press/ja/9807/3101.htm. NEC Corp s 2000 20-F filing (filed March 31, 2000 at F-16), available at http://www.sec.gov/Archives/edgar/data/72127/0000950123000089313/d00152e20-f.txt |
| | | NEC Corp s 2001 20-F filing (filed September 21, 2001), available at http://www.sec.gov/Archives/edgar/data/72127/000114550901500046/d00188e20-f.txt |
| | Joint venture NEC Display Solutions, Ltd. (f/k/a NEC-Mitsubishi Electric Visual Systems Corp.) Jointly owned and controlled by Defendant Mitsubishi Electric Corp. and NEC Corp. | See entry for NEC Corporation of America, infra. |

| Panasonic Consumer Electronics Co. | Panasonic Consumer Electronics Co. is an unincorporated division of Defendant Panasonic Corporation of North America f/k/a Matsushita Electric Corporation of America) | See Hughes v. Panasonic Consumer Electronics Co., 2011 WL 2976839 at *1 (D.N.J. 2011) |
| | | See Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint inHughes v. Panasonic Consumer Electronics Co. , at 4, April 27, 2010, (E.D. N.J.), Case No. 2:10-cv-00846-SDW-MCA, Dkt. 9 |
| | | Article, "Panasonic picks a former BestBuy.com executive to head consumer sales", July 29, 2013,available at: http://www.internetretailer.com/2013/07/29/panasonic-hires-former-bestbuycom-executive |
| | | Panasonic/Technics Audio Products (United Warranty, at 1, available at: http://www2.panasonic.com/static/Warranty/WARRANTY_HomeAudio.pdf |
| | | Deposition of Masahiro Kimura, In Re: Cathode Ray (CRT) Antitrust Litigation, July 19, 2012 at 34 & 35:3 |
| | | Panasonic North America Company Profile, http://www.panasonic.com/about/overview.asp |
| | | Fortino v. Quasar Co., a Division of Matsushita Electric Corporation of America , 950 F.2d 389, 391 (7th Cir 1991) |
| | | Clark v. Matsushita Electric Industrial Co., Ltd , et al. , 811 F.Supp. 1061, 1064, 1068 (M.D. Pa 1993) |
| | | Article, "Matsushita's North American Operations To Form New Management Team", February 13,1997, available at: http://www.thefreelibrary.com/Matsushita%27s+North+American+Operations+To+Form+New+Management+Team...a019123132 |
| | | Environmental Sustainability Report 1999, at 74, available at http://panasonic.net/sustainability/en/downloads/back_number/index.html |
| | | Environmental Sustainability Report 2001, at 44-45, available at https://panasonic.net/sustainability/en/downloads/back_number/index.html |
| | | Environmental Sustainability Report 2002, at 13, 71-72, available at http://panasonic.net/sustainability/en/sustainability/en/downloads/back_number/index.html |
| | | Panasonic Corporation 20-F Annual Report, filed September 10, 2003, at 25, available at http://www.sec.gov/Archives/edgar/data/63271/000119312503047505/d20f.htm |
| | | Article, Matsushita Announces Proposed Senior Management Changes, April 28, 2004, at 4 of 4, http://panasonic.net/ir/relevant/en040428-4/en040428-4-1.pdf (last visited 1/3/13). |
| | | Panasonic Corp. 20-F Annual Report at 18, filed 2003-7-31 |
| | | Panasonic Corp. 20-F Annual Report at 25, filed 2002-7-22 |
| | | Panasonic Corp. 20-F Annual Report at 29, filed 2003-9-10 |
| | Defendant Panasonic Corporation of North America (f/k/a Matsushita Electric Corporation of America) owned and controlled by Defendant Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd) | Panasonic Corporation 20-F Annual Report, filed September 13, 2004, at 30, available at http://www.sec.gov/Archives/edgar/data/63271/000119312504155264/d20f.htm |
| | | Panasonic Corporation 20-F Annual Report, filed September 12, 2005, at 13, available at http://www.sec.gov/Archives/edgar/data/63271/000119312505183432/d20f.htm; |
| | | Panasonic Corporation 20-F Annual Report, filed September 11, 2006, at 34, available at http://www.sec.gov/Archives/edgar/data/63271/000119312506188347/d20f.htm |
| | | Panasonic Corporation 20-F Annual Report, filed August 30, 2007 at 29, available at http://www.sec.gov/Archives/edgar/data/63271/000119312507192290/d20f.htm |
| | | The Panasonic Report for Sustainability 2007 , at 7-8, 32-33, 35, 38, 40 of 45, available at http://www.corporateregister.com/a10723/mse07-csr-jp.pdf |
| | | Panasonic Corporation 20-F Annual Report, filed June 30, 2008, at 36, available at http://www.sec.gov/Archives/edgar/data/63271/000119312508143333/d20f.htm |
| | | Panasonic Corporation 20-F Annual Report filed June 30, 2009, at 22, available at http://www.sec.gov/Archives/edgar/data/63271/000119312509141165/d20f.htm |
| | | Panasonic Corporation 20-F Annual Report filed June 30, 2010, at 24, available at http://www.sec.gov/Archives/edgar/data/63271/000119312510150553/d20f.htm |
| | | Panasonic Corporation 20-F Annual Report filed June 30, 2011, at 24, available at http://www.sec.gov/Archives/edgar/data/63271/000119312511178201/d20f.htm |
| Panasonic Consumer Electronics Co. | | Panasonic Corporation 20-F Annual Report filed June 28, 2012, at 24, available at http://www.sec.gov/Archives/edgar/data/63271/000119312512286456/d20f.htm |
| | | Deposition of Masahiro Kimura, In Re: Cathode Ray (CRT) Antitrust Litigation, July 19, 2012 at 66:3-67:4 |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| | |
|---|---|
| | Business Integration Contract between Matsushita Electric Industrial Co., Ltd and Toshiba Corporation, January 29, 2003, available at: TSB-CRT-00018162 |
| | Panasonic Corporation 20-F Annual Report filed September 13, 2004, at 12, 22, available at: http://www.sec.gov/Archives/edgar/data/63271/000119312504155264/d20f.htm |
| | Panasonic Corporation 20-F Annual Report filed September 12, 2005, at 12, 18, 126, available at http://www.sec.gov/Archives/edgar/data/63271/000119312505183432/d20f.htm |
| | Panasonic Corporation 20-F Annual Report filed September 11, 2006, at 11, 127, 127, available at http://www.sec.gov/Archives/edgar/data/63271/000119312506188347/a20f.htm |
| | Panasonic Corporation 20-F Annual Report filed August 30, 2007, at 11, available at http://www.sec.gov/Archives/edgar/data/63271/000119312507192250/d20f.htm |
| Defendant Panasonic Corporation owned and controlled joint venture Defendant Matsushita Toshiba Picture Display Co., Ltd. (n/k/a MT Picture Display Co., Ltd.) | Panasonic Corporation 20-F Annual Report filed June 30, 2008, at 14, available at http://www.sec.gov/Archives/edgar/data/63271/000119312508143333/d20f.htm |
| | Panasonic Corporation 20-F Annual Report filed June 30, 2009, at 9, available at  http://www.sec.gov/Archives/edgar/data/63271/000119312509104115/d20f.htm |
| | Toshiba Corp., Annual Report 2003, at 35, 46, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2003/ar2003e.pdf |
| | Toshiba Corp., Annual Report 2004, at 20, 43, 55, 74, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2004/ar2004e.pdf |
| | Toshiba Corp., Annual Report 2005, at 40, 52, 67, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2005/ar2005e.pdf |
| | Toshiba Corp., Annual Report 2006, at 43, 56, 70, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2006/ar2006e.pdf |
| | Article, "Closure of MT Picture Display (M) Sdn. Bhd", July 26, 2006, available at https://www.toshiba.co.jp/about/ir/en/news/20060726.htm |
| | Article, "Matsushita, Toshiba Advances CRT Joint Venture", March 28, 2003, available at http://www.twice.com/news/matsushita-toshiba-advances-crt-joint-venture-2 |
| | Notice on European Commission's Decision Concerning the Business of Color Picture Tubes, December 6, 2012, available at: http://www.toshiba.co.jp/about/ir/en/news/20121206.pdf |
| | Deposition of Takashi Nakano, In Re: Cathode Ray (CRT) Antitrust Litigation, July 13, 2012 at 33:9-37:11; 42:23- 43:10 |
| | Deposition of Tatsuo Tobinaga, In Re: Cathode Ray (CRT) Antitrust Litigation, July 16, 2012 at 18:12-19:2; 211:4-5, 115:20-22 |
| | Deposition of Ayumu Omoshia, In Re: Cathode Ray (CRT) Antitrust Litigation, February 5, 2013 at 36:4-7 |
| | Deposition of Hun Sul Chu, In Re: Cathode Ray (CRT) Antitrust Litigation, February 11, 2014 at 201:2; 126:5-12 |
| | MTPD-0193810, MTPD-0591715-21; MTPD-0599440-5; PC-0021795-805; PC-0021855-65; PC-0022238-40p; PC-0022345-50, PC-0022362-63, PC-0022370-71, PC-0022477-79; PC-0022516-32; PC-0022670-3; PC-0022682-5; PC-0022731-2; PC-0022810-2; PC-0022813-6, PC-0022975-94; PC-0023088-108; PC-0023109-18, PC-0023213-4, PC-0022223-33; PC-0023279-301, PC-0023417-8; PC-0023520-21, PC-0023525-9; PC-0033563-7 |

| | | |
|---|---|---|
| Panasonic Corporation of North America f/f/k/a Matsushita Electric Corporation of America) | Defendant Panasonic Corporation of North America (f/k/a Matsushita Electric Corporation of America) owned and controlled by Defendant Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd) | See entry for Panasonic Consumer Electronics Co. infra |
| | Defendant Panasonic Corporation owned and controlled joint venture Defendant Matsushita Toshiba Picture Display Co., Ltd. (n/k/a MT Picture Display Co., Ltd.) | See entry for Panasonic Consumer Electronics Co. infra |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| | |
|---|---|
| JVC Americas Corp. owned and controlled by Victor Company of Japan, Ltd. (n/k/a JVC Kenwood Corporation) | Victor Company of Japan Limited. Annual Report 1998, at 31 and 35 of 36, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar1998-e_all.pdf |
| | JVC Victor Company of Japan, Limited. Annual Report 1999, at 31, and 35 of 36, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar1999-e_all.pdf |
| | JVC Victor Company of Japan, Limited. Annual Report 2000, at 36, 39, of 40, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2000-e_all.pdf |
| | JVC Victor Company of Japan, Limited. Annual Report 2001, at 45 of 46, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2001-e_all.pdf |
| | JVC Victor Company of Japan, Limited. Annual Report 2002, at 45 and 48 of 50, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2002-e_all.pdf |
| | Article, "JVC Announces 3 New Dualmode Digital Cameras: The New GC-A33, GC-A50, AND GC-A55," March 2, 2003, available at: http://www.dcviews.com/press/JVC_GC-A55.htm |
| | JVC Victor Company of Japan Limited  Annual Report 2003, at 55 of 56, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2003-e_all.pdf |
| | JVC Victor Company of Japan, Limited. Annual Report 2004, at 55, 56, and 58 of 59, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2004-e_all.pdf |
| | Victor Company of Japan, Ltd.'s Disclosure Statement Pursuant to Rule 7.1, St. Clair Intellectual Property Consultants, Inc. v  Samsung, et  al, Case 1:04-cv-01436-LPS, C.A. No. 04-1436-JJF, April 20, 2005 (D. Delaware), available at https://ecf.ded.uscourts.gov/docs/D431131571 |
| | JVC Victor Company of Japan, Limited  Annual Report 2005, at, 57, and 60, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2005-e_all.pdf |
| | JVC Americas Corporation's Disclosure Statements Pursuant to Rule 7.1, Compression Labs, Inc. v Agfa Corp , et  al , Case 2:04-cv-00158-DF, Case 2:04-cv-00158/84706/73/0/.pdf/1188618381 Texas), available at http://docs.justia.com/cases/federal/district-courts/texas/txedce/2:2004cv00158/84706/73/0/.pdf/1188618381 |
| | JVC Americas Corporation's Disclosure Pursuant to Rule 7.1, Ditronics, LLC v  The DirecTV Group, Inc., et al.  Case 2:05-cv-00519-TJW, Dkt.  76, March 17, 2006 (E.D. Texas) |
| | JVC Victor Company of Japan, Limited. Annual Report 2006, at 35, and 63 of 64, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2006-e_all.pdf |
| | JVC Victor Company of Japan, Limited  Annual Report 2007, at 22, 27, and 57 of 60, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2007-e_all.pdf |
| | JVC America. Company Overview, available at http://www.jvc.com/company/index.jsp |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| JVC Americas Corporation | Victor Company of Japan, Ltd. (n/k/a JVC Kenwood Corporation) owned and controlled by Defendant Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) | Article. "Matsushita Will Help Restructure JVC, May 31, 1994, available at: http://www.telecompaper.com/news/matsushita-will-help-restructure-jvc--27379 |
| | | Victor Company of Japan Limited . Annual Report 1998, at 25 of 36, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar1998/e_all.pdf |
| | | JVC Victor Company of Japan, Limited . Annual Report 1999, at 25 of 36, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar1999-e_all.pdf |
| | | JVC Victor Company of Japan, Limited . Annual Report 2000, at 28 of 40, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2000-e_all.pdf |
| | | JVC Victor Company of Japan, Limited. Annual Report 2001, at 5, 6, and 34 of 48, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2001-e_all.pdf |
| | | JVC Victor Company of Japan, Limited. Annual Report 2002, at 35 of 50, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2002-e_all.pdf |
| | | JVC Victor Company of Japan Limited. Annual Report 2003, at 45 of 56, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2003-e_all.pdf |
| | | Panasonic Corp. 20-F Annual Report, filed September 10, 2003, at 49, available at http://www.sec.gov/Archives/edgar/data/63271/000119312503047505/d20f.htm |
| | | JVC Victor Company of Japan, Limited. Annual Report 2004, at 32 and 47 of 61, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2004-e_all.pdf |
| | | Panasonic Corporation. 20-F Annual Report, filed September 13, 2004, at 29, available at http://www.sec.gov/Archives/edgar/data/63271/000119312504155264/d20f.htm |
| | | JVC Victor Company of Japan, Limited. Annual Report 2005, at 34, and 48 of 62, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2005-e_all.pdf |
| | | Panasonic Corporation. 20-F Annual Report, filed September 12, 2005, at 32, available at http://www.sec.gov/Archives/edgar/data/63271/000119312505183432/d20f.htm |
| | | JVC Victor Company of Japan, Limited. Annual Report 2006, at 30 and 51 of 64, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2006-e_all.pdf |
| | | Panasonic Corporation. 20-F Annual Report, filed September 11, 2006, at 33, available at http://www.sec.gov/Archives/edgar/data/63271/000119312506188347/d20f.htm |
| | | JVC Victor Company of Japan, Limited. Annual Report 2007, at 44 of 60, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data_jvc/ar2007-e_all.pdf |
| | | Panasonic Corporation. 20-F Annual Report, filed August 30, 2007, at 12, 29, available at http://www.sec.gov/Archives/edgar/data/63271/000119312507192290/d20f.htm |
| | | JVC Victor Company of Japan, Limited. Annual Report 2008, at 18 of 36, available at http://www.jvckenwood.co.jp/en/ir/library/annual/data/jkh_ar_2008_en_fs_pvc.pdf |
| | | Funding Universe. Victor Company of Japan, Limited History , available at http://www.fundinguniverse.com/company-histories/victor-company-of-japan-limited-history/ |
| | | JVC America Corp. Disclosure Pursuant to Rule 7.1, International Control Systems, LLC v. Sony Electronics, Inc., et al., Case 2:08-cv-00188-CE, December 22, 2008, (E.D. Texas Marshall Div.) |
| | | Press Release 7/24/2007 Notice on Capital and Business Alliance and Management Integration for Further Study, Between JVC and Kenwood as well as Third Party Allotment of New Whares of JVC, available at http://panasonic.co.jp/corp/news/official/data/data.dir/en070724-8/en070724-8.html |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| | |
|---|---|
| JVC Company of America owned and controlled by JVC Americas Corp. | Opinion, JVC Co. of America, Div. of U.S. JVC Corp. v U.S., 62 F.Supp.2d 1132 (1999), Slip Op. 99-76, Court No. 93-09-00543, available at: http://www.leagle.com/decision/199911346225supp2d1132_11092 |
| | Opinion, JVC COMPANY OF AMERICA DIVISION OF US JVC CORPORATION v. UNITED STATES, No. 00-1028, November 21, 2000, available at: http://caselaw.findlaw.com/us-federal-circuit/1493158.html |
| | Article, "People on the Move: JVC Company of America Names CEO", October 2008, available at: http://www.dealerscope.com/article/people-move-jvc-company-america-names-ceo-176020/1 |
| | Hifiengine.com Owners Manuals, Service Manuals, Schematics, "JVC", available at: http://www.hifiengine.com/library/jvc.shtml |
| | Barcodeinc.com, "JVC Surveillance Camera and Surveillance DVR", available at: http://www.barcodeinc.com/jvc/ |
| | Article, "JVC Introduces Portable High Definition Digital Player/Recorder", available at: http://www.creativeplanetnetwork.com/dcp/news/jvc-introduces-portable-high-definition-digital-player-recorder/39551 |
| | Article, "JVC's New Alneo XA-HD500 Portable MP3 Player", October 18, 2005, available at: http://www.ecoustics.com/products/jvcs-new-alneo-xa-hd500-portable/ |
| JVC Company of America | Article, "JVC TH-L1 5 1 Surround System for Gamers and Home Theater, Too", June 27, 2007, available at: http://gizmodo.com/272244/jvc-th-l1-51-surround-system-for-gamers-and-home-theater-too |
| | JVC HD70h97 HD-ILA Television Brochure, at 2, available at: http://www.betterviewing.com/pdf/hd70h97.pdf |
| | See entry for JVC Americas Corp., infra. |
| JVC Americas Corp. owned and controlled by Victor Company of Japan, Ltd. (n/k/a JVC Kenwood Corporation) | See entry for JVC Americas Corp., infra. |
| Victor Company of Japan, Ltd. (n/k/a JVC Kenwood Corporation) owned and controlled by co-conspirator Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) | |
| Sanyo North America Corp. owned and controlled by Sanyo Electric Co., Ltd. | Article, "Sanyo Projectors Benefit the Classroom and Lecture Hall with Innovative New Products", June 29, 2010, available at: http://www.hdtvmagazine.com/news/2010/09/sanyo-projectors-benefit-the-classroom-and-lecture-hall-with-innovative-new-products.php |
| | Article, "SANYO North America Corp. Announces New Distribution Arrangement for Consumer Batteries", April 6, 2010, available at: http://www.thefreelibrary.com/SANYO+North+America+Corp.+Announces+New+Distribution+Arrangement+for...-a0223200057 |
| | Article, "SANYO Opens Plant in Oregon", November 2, 2009, available at: http://www.industryweek.com/companies/sanyo-opens-plant-oregon |
| | Article, "Sanyo's 'eneloop bike' runs on batteries and foot power", April 2010, available at: http://www.sandiegometro.com/2010/04/sanyo%E2%80%99s-eneloop-bike%E2%80%99B-runs-on-batteries-and-foot-power/ |
| | Article, "Panasonic To Buy Sanyo", December 24, 2008, available at: https://www.sustainablebusiness.com/index.cfm/go/news.display/id/17373 |
| Sanyo North America Corp. | Panasonic Headquarter News 2008-12-19 (Amend) Panasonic and Sanyo Agree to Capital and Business Alliance, available at http://panasonic.co.jp/corp/news/official/data/data.dir/en081219-7/en081219-7.html |
| | Panasonic Press Release 2009-11-4 Panasonic Announces Commencement of Tender Offer for SANYO Shares, available at http://panasonic.co.jp/corp/news/official/data/data.dir/en091104-5-1.pdf |
| | Panasonic Press Release 2009-11-25 Panasonic Announces the Extension of the Period of the Tender Offer for SANYO Shares and Other Related Matters, available at http://panasonic.co.jp/corp/news/official/data/data.dir/en091125-5-1.pdf |
| | Panasonic Headquarters News 2009-12-21 Sanyo Becomes a Panasonic Company, available at http://panasonic.co.jp/corp/news/official/data/data.dir/en091221-2/en091221-2.html |
| Sanyo Electric Co., Ltd. owned and controlled by Defendant Panasonic Corp. | Panasonic Corp. 20-F Annual Report, (filed March 31, 2011, at 2, 11-12, 17-18, 28, 34-35, 37-38, 111, 155, available at http://www.sec.gov/Archives/edgar/data/63271/000119312511178201/d20f.htm |
| | Panasonic Corp. 20-F Annual Report, (filed March 31, 2012, at 2, 13, 18, 23, 29, 39, 41, 116, available at http://www.sec.gov/Archives/edgar/data/63271/000119312512856456/d20956d20f.htm |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| | |
|---|---|
| Philips Consumer Electronics Co. is a subdivision of the Philips Group and is operated as a business division of Defendant Philips Electronics North America Corporation ("PENAC") | Defendant Philips Consumer Electronics, Inc. Disclosure Pursuant to Rule 7.1, Befjco Feli v Philips Consumer Electronics, Inc., et al., Case No. 1:08-cv-07729-DC, Dkt. No. 12, October 3, 2008 |
| Philips Group owned and controlled by Defendant Koninklijke Philips Electronics N.V | Article, "Company Information"- Koninklijke Philips Electronics N.V., available at: http://topics.nytimes.com/top/news/business/companies/koninklijke_royal_philips_electronica_nv/ |
| | Article, "Royal Philips Electronics $1.5 Billion Notes Offering", March 12, 2012, available at: http://www.davispolk.com/Royal-Philips-Electronics-15-Billion-Notes-Offering-03-12-2012/ |
| | Royal Philips 20-F Annual Report dated Feb. 25, 2013,Exhibit 8, "List of Significant Subsidiaries" [no page number], http://www.sec.gov/Archives/edgar/data/313216/000119312513073920/d485585d ex8.htm |
| | Royal Philips and PENAC Resp. to Dell 1st RFP dated August 30, 2013, "Response to Request No. 1," at 12, Dell Inc., Dell Products L.P., v. PENAC, 3:07-md-5944-SC, (N.D. Cal.) |
| | Defendant Philips Consumer Electronics, Inc. Disclosure Pursuant to FRCP 7.1, Befjco Feli v. Philips Consumer Electronics, Inc., et al., Case No. 1:08-cv-07729-DC, Dkt. No. 12, October 3, 2008 |
| | Royal Philips S-8 dated May 26, 2005, "Statement of Changes in Beneficial Ownership" [no page number], http://www.sec.gov/Archives/edgar/data/313216/000089183604000211/u51345x02/u51345x02/scd101-04_ex.xml |
| Defendant PENAC owned and controlled by Philips Holding USA Inc. | Royal Philips SC 13D/A dated June 7, 2004, "Information to be Included in Statements Filed Pursuant to Rule 13d-1(a) and Amendments Thereto Files Pursuant to Rule 13d-2(a), http://www.sec.gov/Archives/edgar/data/313216/000089183604000224/scd105.txt |
| | 2006-2-13 Royal Philips 20-F Annual Report, Exhibit 8 "List of significant subsidiaries" |
| | 2005-2-22 Royal Philips 20-F Annual Report, Exhibit 8 "List of significant subsidiaries" |
| | 2004-2-23 Royal Philips 20-F Annual Report, Exhibit 8 "List of significant subsidiaries" |
| | 2003-3-14 Royal Philips 20-F Annual Report, Exhibit 8 "List of significant subsidiaries" |
| | 2002-5-2 Royal Philips 20-F Annual Report, Exhibit 8 "List of significant subsidiaries" |
| | 2001-5-7 Royal Philips 20-F Annual Report, Exhibit 8, "List of significant subsidiaries" |
| | Royal Philips SC 13D/A dates June 7, 2004, "Information to be Included in Statements Filed Pursuant to Rule 13d-1(a) and Amendments Thereto Files Pursuant to Rule 13d-2(a), at 5, http://www.sec.gov/Archives/edgar/data/313216/000089183604000224/scd105.txt |
| | Royal Philips S-8 dated May 26, 2005, "Statement of Changes in Beneficial Ownership" [no page number], http://www.sec.gov/Archives/edgar/data/313216/000089183604000211/u51345x02/scd101-04_ex.xml |
| | Royal Philips 20-F Annual Report dated Feb. 20, 2007, Exhibit 8, "List of Significant Subsidiaries" [no page number], http://www.sec.gov/Archives/edgar/data/313216/000115697307000251/o51902ex8.htm |
| | Royal Philips 20-F Annual Report dated Feb. 19, 2008, Exhibit 8, "List of Significant Subsidiaries" [no page number], http://www.sec.gov/Archives/edgar/data/313216/000115697308000201/o54854ex8.htm |
| Philips Holding USA Inc. owned and controlled by Defendant Koninklijke Philips Electronics N.V | Royal Philips 20-F Annual Report dated Feb. 23, 2009, Exhibit 8, "List of Significant Subsidiaries" [no page number] http://www.sec.gov/Archives/edgar/data/313216/000115697309000099/o66122ex8.htm |
| | Royal Philips 20-F Annual Report dated 2010-2-23, Exhibit 8, "List of subsidiaries" [no page number] |
| | Royal Philips 20-F Annual Report dated Feb. 18, 2011, Exhibit 8, "List of Significant Subsidiaries" [no page number], http://www.sec.gov/Archives/edgar/data/313216/000095012311015455/u10549ex8.htm |
| | Royal Philips 20-F Annual Report dated 2012-2-24 Exhibit 8 "List of subsidiaries" [no page number] * |
| | Royal Philips 20-F Annual Report dated Feb. 25, 2013,Exhibit 8, "List of Significant Subsidiaries" [no page number], http://www.sec.gov/Archives/edgar/data/313216/000119312513073920/d485585d ex8.htm |
| | Royal Philips 20-F Annual Report dated 2014-2-25, Exhibit 8, "List of Significant Subsidiaries" [no page number] |
| Philips Consumer Electronics Co. | Article, "Philips to Acquire GenMyte, November 26, 2007", available at: http://www.hadco.com/hadco/Public/content.aspx?hakhkey=Philips |
| | Royal Philips and PENAC Resp. to Dell 1st RFP dated August 30, 2013, "Response to Request No. 1," at 12, Dell Inc., Dell Products L.P., v. PENAC, 3:07-md-5944-SC, (N.D. Cal.) |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| | |
|---|---|
| | Joint Venture Agreement by and between LG Electronics, Inc. and Koninklijke Philips Electronics N.V., June 11, 2001 [PHLP-CRT_144478-144585], at 15-16. |
| | Philips Annual Report 2001, at 19, 55-56, available at: http://www.philips.com/shared/assets/Downloadablefile/FinancialStatements_AR01-1324.pdf |
| | Royal Philips 20-F Annual Report dated May 2, 2002, at 14, 31, available at: http://www.sec.gov/Archives/edgar/data/313216/000115697302000178/u44550e20-f.txt |
| | Philips Annual Report 2002, at 23, 61, available at: http://www.philips.com/shared/assets/Downloadablefile/AR02-FinancialReport_2243.pdf |
| | Royal Philips 20-F Annual Report dated March 14, 2003, at 15, available at: http://www.sec.gov/Archives/edgar/data/313216/000115697303000371/u45959e20vf.txt |
| Joint venture LG Philips Displays Holding B.V. owned and controlled by Defendant Koninklijke Philips Electronics N.V. | Philips Annual Report 2003, at 70, available at http://www.philips.com/shared/assets/Downloadablefile/FinancialStatements_AR03-2812.pdf |
| | Royal Philips 20-F Annual Report dated February 23, 2004, at 40, 32, available at: http://www.sec.gov/Archives/edgar/data/313216/000115697304000207/u4711e20vf.htm |
| | Royal Philips 20-F Amended Annual Report dated April 28, 2005, Exhibit 15(g), at 7, available at: http://www.sec.gov/Archives/edgar/data/313216/000115697305000564/u48648ev15wg.htm |
| | Philips Annual Report 2004, at 56, available at: http://www.philips.com/shared/assets/Downloadablefile/Philips_AnnualReview2004_2-13731.pdf |
| | Philips Annual Report 2004, at 40, 128, 150, available at: http://www.philips.com/shared/assets/Downloadablefile/Philips_AnnualReport2004_2-13833.pdf |
| | Philips Annual Report 2005, at 50, 119, 150, 174, 198, 209, available at: http://www.philips.com/shared/assets/Downloadablefile/AR_2005%283%29-15245.pdf |
| | Philips Annual Report 2006 at: 144, available at: www.philips.com/shared/assets/Downloadablefile/Investor/annualreport/Philips2006_AnnualReport.pdf |
| | Deposition of Mok Hyeon Seong, In Re: Cathode Ray (CRT) Antitrust Litigation, July 9, 2012 at 55:3-17; 61:10-14 |
| | Deposition of Thomas Heiser, In Re: Cathode Ray (CRT) Antitrust Litigation, March 18, 2014 at 159:5-13 |
| | Deposition of Kyung Tae Kwon, In Re: Cathode Ray (CRT) Antitrust Litigation, July 13, 2012 at 40:4-9 |
| | Deposition of Jim Smith, In Re: Cathode Ray (CRT) Antitrust Litigation, December 12, 2012 at 74:11-15; 207:14-18; 263:5-11; 366:23-367:7 |
| | Deposition of Dul Chul Ryu, In Re: Cathode Ray (CRT) Antitrust Litigation, January 15, 2014 at 51:12-22 |
| | Deposition of Patrick Canavan, In Re: Cathode Ray (CRT) Antitrust Litigation, January 30, 2014 at 50:14-21 |
| | PHLP-CRT-001202-44; PHLP-CRT-002055-76; PHLP-CRT-002350-2641; PHLP-CRT-003077-215; PHLP-CRT-049349-50; PHLP-CRT-136698-744; PHLP-CRT-138683-95, LGE00091924-36; LPD-NL00126762-64; LPD-NL00128880-3, LPD-NL00201824-9; BAKCC-CRT00000565-6. |
| Defendant LG Philips [International] owned and controlled by LG Philips Displays Holding B.V. (n/k/a LP Displays) | See entry for LG Electronics USA, Inc., infra |

| | |
|---|---|
| Philips Electronics North America Corporation ("PENAC") | Defendant PENAC, owned and controlled by Philips Holding USA Inc. | See entry for Philips Consumer Electronics Co., infra. |
| | Philips Holding USA, Inc. owned and controlled by Defendant Koninklijke Philips Electronics N.V. | See entry for Philips Consumer Electronics Co., infra. |
| | Joint venture LG Philips Displays Holding B.V. owned and controlled by Defendant Koninklijke Philips Electronics N.V. | See entry for Philips Consumer Electronics Co., infra. |
| | Defendant LG Philips [International] owned and controlled by LG Philips Displays Holding B.V. (n/k/a LP Displays) | See entry for LG Electronics USA, Inc., infra |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| | |
|---|---|
| Samsung Electronics America, Inc. owned and controlled by Samsung Electronics Co. Ltd. | Samsung 1998 Annual Report at 45, 65 of 66, available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_1998.html |
| | Samsung 1999 Annual Report at 56, 81 of 83, available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_1999.html |
| | Samsung 2000 Annual Report at 62, 85 of 88 available at ahttp://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2000.html |
| | Samsung Electronics Co. Ltd 's Audit Report 2001 dated March 13, 2002 at 23 of 48, available at http://www.sec.gov/Archives/edgar/vpri/02/99999999997-02-022823 |
| | Samsung Electronics Co. Ltd 's Audit Report 2002 dated May 6, 2003 at 22, 26, 31, 32, 56 of 62, available at http://www.sec.gov/Archives/edgar/vpri/03/99999999997-03-020649 |
| | Samsung Electronics Co. Ltd 's Audit Report 2004 dated May 4, 2005 at 27, 31 of 63, available at http://www.sec.gov/Archives/edgar/vpri/05/99999999997-05-022445 |
| | Samsung Electronics Co. Ltd 's Audit Report 2005 dated May 1, 2006 at 31, 36, 44, 65 of 73, available at http://www.sec.gov/Archives/edgar/vpri/06/99999999997-06-017635 |
| | Samsung 2005 Annual Report at 87, 146 of 148 available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2005.html |
| | Samsung 2006 Annual Report at 85, 152 of 154 available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2006.html |
| | Samsung Electronics Co. Ltd 's Audit Report 2006 dated April 4, 2007 at 29, 33, 39, 41, 63, 66 of 77, available at http://www.sec.gov/Archives/edgar/vpri/07/99999999997-07-016335 |
| | Samsung 2007 Annual Report at 80, 84, 138 of 140 available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2007.html |
| | Samsung Electronics Co. Ltd 's Audit Report 2007 dated April 4, 2007 at 18, 22, 80-81, 84 of 95 (96-196 is duplicate), available at http://www.sec.gov/Archives/edgar/vpri/08/99999999997-08-022661 |
| | Samsung 2008 Annual Report at 42, 61, 64, 104 of 106 available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2008html |
| | Samsung Electronics Co. Ltd 's Audit Report 2008 dated March 30 at 30-37, 56, 61 of 69, available at http://www.sec.gov/Archives/edgar/vpri/09/99999999997-09-013805 |
| | Samsung Electronics Co., Ltd. Annual Report 2009 at 49, available at http://japan.samsung.com/aboutsamsung/electronic/electronics/samsung/electronic/electcompany/images/2009.pdf |
| Samsung Electronics America, Inc. | Samsung Electronics Co., Ltd. Annual Report 2010, available at http://www.samsung.com/us/aboutsamsung/ir/financialInformation/annualreport/downloads/2010/SECAR2010_Eng_Final.pdf |
| | Samsung Electronics Co., Ltd. Annual Report 2011 at 40, available at http://www.samsung.com/us/aboutsamsung/ir/financialInformation/annualreport/downloads/2011/SECAR2011_Eng_Final.pdf |
| | Samsung Electronics Co., Ltd. Annual Report 2012 at 28, available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/downloads/2013/SECAR2012_Eng_Final.pdf |
| | Deposition of Steve Panosian, In Re: Cathode Ray (CRT) Antitrust Litigation, July 17, 2012 at 26:19 - 27:8 Expert Report of Stephen Haggard (dated April 15, 2014) and all documents referred to therein |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| Defendant Samsung SDI Co., Ltd. owned and controlled by Samsung Electronics Co. Ltd. | Samsung Electronics Co., Ltd. 1999 Annual Report at 70 of 83, available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_1999.html |
| | Samsung Electronics Co., Ltd. 2000 Annual Report at 63, 74 of 88 available at http://www.samsung.com/us/Aboutsamsung/investor_relations/financial_information/annual_reports_2000.html |
| | Samsung Electronics Co., Ltd.'s Audit Report 2001 dated March 13, 2002 at 25, 42 of 48, available at http://www.sec.gov/Archives/edgar/vpri/b2/999999999997-02-022823 |
| | Samsung Electronics Co., Ltd.'s Audit Report 2002 dated May 6, 2003 at 30-32, 56 of 62, available at http://www.sec.gov/Archives/edgar/vpri/b3/999999997-03-020649 |
| | Samsung Electronics Co., Ltd.'s Audit Report 2004 dated May 4, 2005 at 42, 44, 46, 65 of 72, available at http://www.sec.gov/Archives/edgar/vpri/b5/999999997-05-021445 |
| | Samsung Electronics Co., Ltd.'s Audit Report 2005 dated May 1, 2006 at 30, 35, 39, 41-45, 64 of 73, available at http://www.sec.gov/Archives/edgar/vpri/06/999999999 05-017635 |
| | Samsung Electronics Co., Ltd. 2005 Annual Report at 104-106, 108, 127 of 148 available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2005.html |
| | Samsung Electronics Co., Ltd.'s Audit Report 2006 dated April 4, 2007 at 28, 32, 37, 39-43, 67-68 of 77, available at http://www.sec.gov/Archives/edgar/vpri/07/999999997-07-016335 |
| | Samsung Electronics Co., Ltd. 2006 Annual Report at 89, 102-106, 126-128 of 154 available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2006.html |
| | Samsung Electronics Co., Ltd. 2007 Annual Report at 98-102, 125-126 of 140 available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2007.html |
| | Samsung Electronics Co., Ltd.'s Audit Report 2007 dated April 4, 2007 at 44-45, 47-50, 82 of 95 (96-196 is duplicate), available at http://www.sec.gov/Archives/edgar/vpri/08/999999997-08-022661 |
| | Samsung Electronics Co., Ltd. 2008 Annual Report dated March 30 at 30-33, 35-36, 60, 62 of 69, available at http://www.sec.gov/Archives/edgar/vpri/09/999999997-0-013805 |
| | Samsung Electronics Co., Ltd. 2008 Annual Report at 76-77, 94-95 of 106 available at http://www.samsung.com/us/aboutsamsung/investor_relations/financial_information/annual_reports_2008.html |
| | Samsung SDI Shareholders and Investors, available at http://www.samsungsdi.com/sustain/ir2_2.jsp |
| | Expert Report of Stephen Haggard (dated April 15, 2014) and all documents referred to therein. |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| | | |
|---|---|---|
| Thomson Consumer Electronics Inc. (n/k/a Technicolor USA Inc.) | Thomson Consumer Electronics Inc. owned and controlled by Technicolor SA (f/k/a Thomson SA) | Thomson Group 20-F Annual Report, filed May 30, 2003, at 105, F-33, F-70, available at: http://www.sec.gov/Archives/edgar/data/1080259/000009591680300013/d20f.htm<br><br>Thomson Group 20-F Annual Report, filed June 29, 2004, at F-75, available at: http://www.sec.gov/Archives/edgar/data/1080259/000119312504111361/d20f.htm<br><br>Thomson Group 20-F Annual Report, filed June 3, 2005, at F-84, available at: http://www.sec.gov/Archives/edgar/data/1080259/000117099705000025/form20f.htm<br><br>Thomson Group 20-F Amended Annual Report, filed December 22, 2005, at F-84, available at: http://www.sec.gov/Archives/edgar/data/1080259/000117099705000054/m20f.htm<br><br>Thomson Group 20-F Annual Report, filed May 12, 2006, at F-143, available at: http://www.sec.gov/Archives/edgar/data/1080259/000130817906000089/thomson.htm<br><br>Thomson Group 20-F Amended Annual Report, filed June 21, 2006, at F-143, available at: http://www.sec.gov/Archives/edgar/data/1080259/000130817906000106/thomson20fa.htm<br><br>Thomson Group 20-F Annual Report, filed May 11, 2007, at F-91, available at: http://www.sec.gov/Archives/edgar/data/1080259/000130817907000089/thook20f.htm<br><br>Thomson Group 20-F Amended Annual Report, filed July 24, 2007, at F-91, available at: http://www.sec.gov/Archives/edgar/data/1080259/000130817907000119/thook20fa20f06-complet.htm<br><br>Thomson 2008 20-F at 151, available at http://www.technicolor.com/en/who-we-are/investor-center<br><br>Technicolor 2010-4-6 20-F at 128, available at http://www.technicolor.com/en/who-we-are/investor-center<br><br>Technicolor Annual Report 2010 at 134, available at http://www.technicolor.com/en/who-we-are/investor-center<br><br>Technicolor Annual Report 2011 at 128, available at http://www.technicolor.com/en/who-we-are/investor-center<br><br>Technicolor, Annual Report 2012, at 132, 133, 216, 234, 242, 258, available at: http://interactivedocument.technicolor.com/en/InteractiveDocument/AnnualReport2012/?Page=244<br><br>Technicolor Annual Report 2013 at 152, available at http://www.technicolor.com/en/who-we-are/investor-center<br><br>Environmental Response and Revitalization Site Summary, RCA Corporation, March 2014, available at: http://www.epa.chico.gov/rcbc/rca.aspx<br><br>Mergent Industrial, Technicolor SA, January 28, 2014, at 2, available at: http://www.mergent.com/docs/plans-new-companies/technicolor-sa-1-28-2014.pdf?isIvism=0<br><br>U.S. Congress, Making things better: competing in manufacturing, DIANE Publishing, Copyright 1990, at 87-88, available at: http://books.google.com/books?id=sfpdn4TVGhC&lpg=PA87&ots=SbExtYFNYR&dq=%22thomson%2Bconsumer%2Belectronics%22%2Dsubsidiary&pg=PA87#v=onepage&q=%22thomson%2Bconsumer%2Belectronics%22%2Dsubsidiary&f=false |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| Entity | Documents |
|---|---|
| Toshiba America, Inc., owned and controlled by Defendant Toshiba Corporation | Toshiba Corporation, Annual Report 1999, at 47, 68, 70 of 72 available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar1999/6502e.pdf |
| | Toshiba Corp. Annual Report 2000 at 45, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2000.htm |
| | Toshiba Corp. Annual Report 2001 at 39, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2001.htm |
| | Toshiba Corp. Annual Report 2002 at 43, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2002.htm |
| | Toshiba Corp. Annual Report 2003 at 35, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2003.htm |
| | Toshiba Corp. Annual Report 2004 at 43, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2004e.pdf |
| | Toshiba Corp. Annual Report 2005 at 52, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2005e.pdf |
| | Toshiba Corp. Annual Report 2006, at 56, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2006/ar2006e.pdf |
| | Toshiba Corp. Annual Report 2007 at 76, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2007.htm |
| | Toshiba Corp. Annual Report 2008 at 70, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2008.htm |
| | Toshiba Corp. Annual Report 2009 at 64, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2009.htm |
| | Toshiba Corp. Annual Report 2010 at 71, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2010.htm |
| | Toshiba Corp. Annual Report 2011 at 75, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2011/ar2011e.pdf |
| | Toshiba Corp. Annual Report 2012 at 80, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2012/ar2012e.pdf |
| | Toshiba Corp Annual Report 2013 at 82, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2013/ar2013e.pdf |
| | Toshiba America Information Systems, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in InMicroInc, LLC v. Intel Corp., et al., Case 2:07-cv-00488-MHS, March 6, 2008, (E.D. Texas) |
| | Toshiba America, Inc. and Toshiba America Information Systems, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in Typhoon Touch Technologies v. Dell, Inc. et al., August 20, 2008, Case 6:07-cv-00546 LED (E.D. Texas) |
| | Toshiba America, Inc. and Toshiba America Information Systems, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in nWorkpeck Wireless LLC v. 3Com Corporation, et al., Case 5:08-cv-01831-PJ, October 27, 2008 (N.D. Alabama, Northeast Division) |
| | Toshiba America, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in Magali Corporation and Massachusetts Institute of Technology v. Seagate Technology et al., Case 1:08-cv-00940-HB, February 2, 2009 (D. Delaware) |
| | Toshiba America Information Systems, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in Boom Technologies, Inc. v. Intel Corporation, et al., Case 1:09-cv-00005-SLR, June 1, 2009 (D. Delaware) |
| | Toshiba America Information Systems, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in Innovative Biometric Technology, LLC v. Lenovo (United States), Inc., et al., Case 9:09-cv-81046-KLR, December 14, 2010 (S.D. Fla.) |
| | Toshiba America Information Systems, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in Wilder Digital, LLC v. Ayre Acoustics, Inc., et al., Case 1:11-cv-00321-LPS, Corporate Disclosure, June 10, 2011 (D. Delaware) |
| | Toshiba America, Inc. Certificate of Interested Persons and Corporate Disclosure Statement Pursuant to Rule 7.1 in Brandywine Communications Technologies, LLC v. Toshiba Corporation and Toshiba America, Inc., Case 6:11-cv-01856-CEH-DAB, December 16, 2011 (M.D. Fla.) |
| | Toshiba America Information Systems, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in FastVDO, LLC v. Apple, Inc., et al., Case 1:11-cv-00797-RGA, December 19, 2011 (D. Delaware) |
| | Toshiba Corporation, et. al Statement Pursuant to Rule 7.1 in HSM Portfolio LLC and Technology Properties Limited LLC v. Fujitsu Limited, et. al, Case 1:11-cv-00770-RGA, Dkt. 161, January 18, 2012, (D. Delaware), |
| | Toshiba America Information Systems Inc., et. al Corporate Disclosure Statement Pursuant to Rule 7.1 in Jayventure, Inc. v. Acer, Inc., et al., Case 1:11-cv-00568-RGA, Dkt. 87, March 12, 2012, (D. Delaware), |
| | Toshiba Corporation Corporate Disclosure Statement Pursuant to Rule 7.1 in Graphics Properties Holdings, Inc. v. Toshiba America Information Systems Inc., et al., May 14, 2012, at 1, Case 1:12-cv-00213-LPS, Dkt. 10, (D. Delaware), |
| | Toshiba Entities' Motion for Partial Summary Judgment under Illinois Brick in In Re TFT-LCD (Flat Panel) Antitrust Litigation, July 30, 2012, Dkt. 3575, September 9, 2011 (N.D. Cal.) |
| | Deposition of Koji Kurosawa, In Re: Cathode Ray (CRT) Antitrust Litigation, July 30, 2012 at 123:24-124:4 |
| | Deposition of Richard Huber, In Re Cathode Ray (CRT) Antitrust Litigation, August 1, 2012 at 86:3-9 |
| | Deposition of Jay Alan Heinecke, In Re: Cathode Ray (CRT) Antitrust Litigation, July 31, 2012 at 158:10-18 |
| Toshiba America, Inc. | Inside Toshiba, available at: http://www.toshiba.com/tai/about_us.jsp |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories

August 25, 2014

| | |
|---|---|
| | Panasonic Corporation 20-F Annual Report filed September 13, 2004, at 12, 22, available at: http://www.sec.gov/Archives/edgar/data/63271/000119312504155364/d20f.htm |
| | Panasonic Corporation 20-F Annual Report filed September 12, 2005, at 12, 18, 126, available at http://www.sec.gov/Archives/edgar/data/63271/000119312505183432/d20f.htm |
| | Panasonic Corporation 20-F Annual Report filed September 11, 2006, at 11, 17, 127, available at http://www.sec.gov/Archives/edgar/data/63271/000119312506188347/d20f.htm |
| | Panasonic Corporation 20-F Annual Report filed August 30, 2007, at 11, available at http://www.sec.gov/Archives/edgar/data/63271/000119312507192290/d20f.htm |
| | Panasonic Corporation 20-F Annual Report filed June 30, 2008, at 14, available at http://www.sec.gov/Archives/edgar/data/63271/000119312508143333/d20f.htm |
| | Panasonic Corporation 20-F Annual Report filed June 30, 2009, at 9, available at http://www.sec.gov/Archives/edgar/data/63271/000119312509141165/d20f.htm |
| Defendant Toshiba Corporation owned and controlled joint venture Defendant Matsushita Toshiba Picture Display Co., Ltd. (n/k/a MT Picture Display Co., Ltd.) | Toshiba Corp., Annual Report 2003, at 35, 46, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2003/ar2003e.pdf |
| | Toshiba Corp., Annual Report 2004, at 20, 43, 55, 74, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2004/ar2004e.pdf |
| | Toshiba Corp., Annual Report 2005, at 40, 52, 67, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2005/ar2005e.pdf |
| | Toshiba Corp., Annual Report 2006, at 43, 56, 70, available at http://www.toshiba.co.jp/about/ir/en/finance/ar/ar2006/ar2006e.pdf |
| | Business Integration Contract between Matsushita Electric Industrial Co., Ltd. and Toshiba Corporation, January 29, 2003 (TSB-CRT-00018162) |
| | Toshiba Press Release 2003-1-29 Matsushita and Toshiba Announce Outline of New CRT Joint Venture, available at http://www.toshiba.co.jp/about/press/2003_01/pr2902.htm |
| | Article, "Matsushita, Toshiba Advances CRT Joint Venture", March 28, 2003, available at: http://www.twice.com/news/matsushita-toshiba-advances-crt-joint-venture-2 |
| | Notice on European Commission's Decision Concerning the Business of Color Picture Tubes, December 6, 2012, available at: http://www.toshiba.co.jp/about/ir/en/news/20121206.pdf |
| | Deposition of Takashi Nakano, In Re: Cathode Ray (CRT) Antitrust Litigation, July 13, 2012 at 33:9-37:11, 42:23-43:10 |
| | Deposition of Tetsuo Tabuaga, In Re: Cathode Ray (CRT) Antitrust Litigation, July 16, 2012 at 18:12-19:2; 21:1-4; 115:20-22 |
| | Deposition of Ayumu Iinoshita, In Re: Cathode Ray (CRT) Antitrust Litigation, February 5, 2013 at 36:4-7 |
| | Deposition of Hun Sul Choi, In Re: Cathode Ray (CRT) Antitrust Litigation, February 11, 2014 at 20:1-2; 126:6-12 |
| | Article, "Closure of MT Picture Display (M) Sdn. Bhd.", July 26, 2006, available at: http://www.toshiba.co.jp/about/ir/en/news/20060726.htm |

Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories
August 25, 2014

| Entity | Ownership | Citations |
|---|---|---|
| Toshiba America Consumer Products, LLC f/k/a Toshiba America Consumer Products Inc., | Toshiba America Consumer Products, LLC, owned and controlled by Toshiba America, Inc. | Toshiba America Consumer Products, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in *Parental Guide of TX. v. Thomson Inc. et. al*, Case 2:03-cv-00022-TJW, Dkt. 22, May 1, 2003 (E.D. Texas) |
| | | Toshiba America Consumer Products, LLC Corporate Disclosure Statement Pursuant to Rule 7.1 in *Digital Choice of Texas, LLC v. Sichuan Changhong Electronic Co., LTD., et al* , Case 2:05-cv-00195-TJW, Dkt. 57, July 15, 2005 (E.D. Texas) |
| | | Toshiba Corporation Corporate Disclosure Statement Pursuant to Rule 7.1 in *Donald Ersler v. Toshiba America, Inc. et. al* , Case 1:07-cv-02306-SMG, Dkt. 7, August 8, 2007 (E.D.N.Y.) |
| | | Toshiba America Consumer Products, LLC Corporate Disclosure Statement Pursuant to Rule 7.1 in *Lawrence Mann and Robert Stewart v. Toshiba America Consumer Products, L.L.C and Toshiba America, Inc.*, Case 2:07-cv-03854-JAG-MCA, Dkt. 8, October 30, 2007 (D.C. N.J.). |
| | | Toshiba America Consumer Products, LLC Corporate Disclosure Statement Pursuant to Rule 7.1 in *Bradley J. Kreisler v. Toshiba America Consumer Products, L.L.C and Toshiba Corporation*, Case 3:08-cv-00260-JHG-GJP, Dkt. 10, May 9, 2008 (S.D. Illinois) |
| | | Toshiba America Consumer Products, LLC Corporate Disclosure Statement Pursuant to Rule 7.1 in *Aaron Asp v. Toshiba America Consumer Products, LLC* , Case 2:08-cv-00427-JDH-TPK, Dkt. 8, July 14, 2008 (S.D. Ohio) |
| | Toshiba America, Inc. is owned and controlled by Defendant/Toshiba Corporation | Toshiba America, Inc. Corporate Disclosure Statement Pursuant to Rule 7.1 in *Knott Corporation v. IPS Alpha Technology, Ltd. et al* , Case 1:08-cv-04036-AKH-LMS, Dkt. 04, July 31, 2008 (S.D.N.Y.) |
| | | Corporate Disclosure Statement Pursuant to Rule 7.1 in *Promote Innovation LLC v. Toshiba Corporation et al* , Case 2:10-cv-00100-TJW, Dkt. 38, June 21, 2010 (E.D. Texas) |
| | | Inside Toshiba, available at: http://www.toshiba.com/tai/about_us.jsp |
| | | Article, "Toshiba America Consumer Products Selects Waggener Edstrom Worldwide as Agency of Record for North America Consumer Products", June 10, 2009, available at: http://www.prnewswire.com/news-release/toshiba-america-consumer-products-selects-waggener-edstrom-worldwide-as-agency-of-record-for-north-america-consumer-products-62080357.html |
| | | Article, "TOSHIBA'S REGZA® TV WINS FIRST-EVER PC MAGAZINE GREENTECH HDTV AWARD", December 4, 2008, available at: http://www.mettecinteractive.com/recycling/41zsr54award.html |
| | | Article, "Toshiba Announces Innovative Campaign With Dark Horse Comics and USA TODAY", June 16, 2010, available at: http://www.redorbit.com/news/entertainment/1880250/toshiba_announces_innovative_campaign_with_dark_horse_comics_and_usa/#GerFu8yt1jiI2yEU.99 |
| | | Article, "Toshiba America Consumer Products Announces Appointment of Atsushi Murasawa as President and CEO", April 13, 2009, available at: http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aVyJuamcw.nU |
| | Defendant Toshiba Corporation owned and controlled joint venture Defendant Matsushita Toshiba Picture Display Co., Ltd. (n/k/a MT Picture Display Co., Ltd.) | See entry for Toshiba America, Inc., *infra* |
| Toshiba America Information Systems, Inc. | Toshiba America Information Systems, Inc., owned and controlled by Toshiba America, Inc. | Article, "Toshiba America Information Systems Deploys Oracle® Applications to Provide a "Flexible Foundation for the Future", May 1, 2006, available at: http://www.oracle.com/us/corporate/press/016516_EN |
| | | Press Release, "Toshiba Upgrades Kirabook with 4th Generation Intel Processors", 2014, available at: http://www.toshibapresscenter.com/press-releases/toshiba_upgrades_Kirabook.pdf |
| | | Press Release, "Toshiba America Appoints New National Sales Manager", May 20, 2005, available at: http://www.toshibacameras.com/news/pr/pr-05202005.pdf |
| | | Article, "Toshiba and GreatAmerica Form Strategic Relationship to Deliver Financing Strategies for Toshiba Telecom and VoIP Systems", November 16, 2004, available at http://www.greatamerica.com/news/toshiba-and-greatamerica-form-strategic-relationship-to-deliver-financing-strategies-for-toshiba-telecom-and-voip-systems.aspx |
| | | Article, "Toshiba America Information Systems Inc. Names New President", June 23, 1997, available at: http://www.netimes.com/document.asp?doc_id=1210590 |
| | | TAIS Job Posting, "Senior Attorney", Undated, available at: http://www.ocbar.org/Portals/0/pdf/jOb-TAISeniorAttorney.pdf |
| | Toshiba America, Inc., owned and controlled by Defendant Toshiba Corporation | Deposition of Yoshiaki Uchiyama, In Re: Cathode Ray (CRT) Antitrust Litigation, August 1, 2012 at 12:5-7 |
| | | Deposition of Richard Huber, In Re: Cathode Ray (CRT) Antitrust Litigation, August 1, 2012 at 85:18-86:2 |
| | Defendant Toshiba Corporation owned and controlled joint venture Defendant Matsushita Toshiba Picture Display Co., Ltd. (n/k/a MT Picture Display Co., Ltd.) | See entry for Toshiba America, Inc., *infra* |

| MEETING DATE | LOCATION | CPT | LG | DISC/IVM | SCI | HIT | MEC | MIT | TSB | PNS | LPD | MTPD | TGIT | SMCC | ERI | SMTL | TAT | SCNY | THOM | INDIVIDUAL PARTICIPANTS | MEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1995 1996 | Taiwan Taipei | x | x | x | x | | | | | x | | | | | | | | | | PHS: David Chung / PHS: Jerry Lin / CPT: C.C. Lu / TSB: Mr. Hui / SDB: Mr. Lee / LG: P4 See Lee | n/a | P4 See Lee | p5 17 79-88 |
| 1995 1996 | Taiwan Taipei | x | x | | x | | | | | | | | | | | | | | | LG: P4 Lee / CPT: C.C. Liu | n/a | P4 See Lee | 105-107 |
| 2/16/1995 | | | | x | x | | | | | | | | | | | | | | | SD: Hoo Moi Ha, Sang Kook Sung, Kui Jun Eom / LG: Choong Bae Kim, Chang Gi Kim, Moon Bong Choo / Gham: Wol Sub Eom, Sang Chul Yoon, Yong Gyu Oh | SDC41-0086208 | Duel See Lee | 141 2 144 21 |
| 3/13/1995 | Korea | | | x | | | | | | | | | | | | | | | | SD: Oh Sang Kwon, Duel Lae Lee / Gham: Young Lae Kim, Jae Sung Kim | SDC41-0085311 | Duel Lae Lee | 144 3-150.18 |
| 3/22/1995 | | x | | x | | | | | | | | | | | | | | | | CPT: J S Lu / CPT: Chan Keo Heoh / CPT: Section Chief Dong | CHE0002387 P 878 | J S Lu | J S Lu. Dep Vol 2, 203 206 |
| 5/29/1995 | Malaysia | x | x | | x | | | | | | | | | | | | | | | CPT: J S Lu / CPT: Vincent Lee / LG: Mr. B.R. Jeon / LG: Mr. Kim / LG: Mr. Tam | CHE0002893 I 941 | J S Lu | J S Lu. Dep Vol. 1, 76-78 / Dep Vol 2, 247-250 / Dep Vol 2, 252-283 |
| 6/22/1995 | Amsterdam, Netherlands | | | | | | | | | x | | | | | | | | | x | THOM: Alain Clemenil / THOM: Wright / PHS: Robson / PHS: Jeff H. Pos | HGP CFT03055626 | | |
| 7/17/1995 | | x | | x | | | | | | | | | | | | | | | | CPT: C.C. Liu / CPT: Sony Chan / CPT: C.Y. Lin / CPT: Tony Cheng / SDB: Specialist Tm / SDB: Generalist Qingyang Yin / Jasper President Li / Department Manager Luo | CHE0002887 I | C.C. Liu | C.C. Liu, Dep Vol. 1, 110-112 |
| 8/16/1995 | Malaysia | x | x | | x | | | | | | | | | | | | | | | CPT: J S Lu / CPT: Christine Heoh (Chun Mee) / CPT: Vincent Lee / SEB: Mr. D H. Lee / SEB: Mr. Ahon / SEB: Mr. Goo / SEB: Mr. Kun | CHE0002886 9 872 | J S Lu | J S Lu, Dep. Vol. 1, 78 85 |
| 9/7/1995 | | x | | x | | | | | | | | | | | | | | | | CPT: Michael Gu / CPT: C.C. Liu / CPT: Tony Cheng / TBA: Section Chief Jion Chan Yeu / TBA: Director Yum Peng Hong | CHE0002411 313 | C.C. Liu | C.C. Liu. Dep. Vol. 1, 112-114 |
| 10/9/1995 | Taiwan | x | x | | x | | | | | | | x | | | | | | | | CPT: Cheng Yuan Du / CPT: Senkung Peng / LG: P3 Lee / SDB: Manung Sa Lee | CHE0003483 1 / CHE0003849 6 | P4 See Lee | 206 |
| 11/31/1995 | Madrid, Spain | | | | x | | | | | | x | | | | | | | | x | THOM: John Merville / THOM: Alain Clemenil / PHS: Jacques Booper / PHS: Gerard / PHS: Electrolux / PHS: Jeff H. Pos | HGP CFT02055531 | | |

HIGHLY CONFIDENTIAL

EXHIBIT A

| MEETING DATE | LOCATION | CPT | LU | OKC/TOW | SDI | KIT | MEC | MIT | TSA | PHS | LPD | MTPD | TCRT | SMCC | BIL | SMTL | TAT | SONY | THOM | INDIVIDUALS/PARTICIPANTS | REG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/1999 | | x | | | | | | x | | | | | | | | | | | | CPT Michael Du / MKT Assistant Vice President Chen-Jen Wang / MKT Head of Domain Wen-Hsun Fang | CHC00203558 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 114-115 |
| 12/5/1995 | | x | x | | | | | | | | | | | | | | | | | CPT Jason Lu / CPT Tony Su / CPT General Manager Export Dept. Mr. C.G. Lien / CPT Rep from Singapore B.K. Jeon / CPT Rep from C.I. Mr. Myint Tum | CHC00210916-911 | C.C. Liu / J.S. Lu | C.C. Liu, Dep. Vol. 1, 115-116 / J.S. Lu, Dep. Vol. 2, 260-263 |
| 1/30/1996 | | | | | x | x | | | | | | | | | | | | | | HR Kobayashi / SDI Ken | HDP CRT00215646 | Nobuhiko Kobayashi | 195 (Nobuhiko Kobayashi) |
| 2/29/1996 SEDAT | | | x | | x | | x | | | | | | | | | | | | | CPT J.S. Lu / CPT Christine Hsieh / SED Mr. Park | CHC00218841-843 | J.S. Liu | J.S. Liu, Dep. Vol. 1, 49-66 Dep. Vol. 2, 760-251 |
| 3/4/1996 | | x | | | | | | | x | | | | | | | | | | | CPT President / TSA Mr. Fujiwara / TSA Mr. Sunaga / TSA Mr. Yoshitora | CHC00229302-304 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 194-336 |
| 4/22/1996 Malaysia | | x | | | | | | | | | | x | | | | | | | | CPT Lu (Director) / CPT Hsueh, Chun-Mao (Christina) / MEC Tamura, (Mr.) / MEC Yasu, (Mr.) | CHC00215524 | Jason Lu | at 86-89 |
| 4/29/1996 | | x | | | | | | | x | | | | | | | | | | | CPT Michael Du / TSA Mr. Fukunaga / TSA Mr. Kan Chun Yeu | CHC00219300-301 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 117-118 |
| 5/6/1996 Taiwan | | x | | | | | x | | | | | x | | | | | | | | MEC Hsu / MEC Chang / MEC Huang / CPT Lau / CPT Chang / CPT Du / CPT Lau (Director) / CPT Cheng (Head of Division) / CPT Kuo, Chen (Assistant Chief) / MEC Pou, Chi-Yen (Section Chief) / MEC Cheng, Tu-Hau | CHC00218511 | Allen Cheng (Zhong) / Michael Hsu | Cheng at 78 Hsu at 102 |
| 5/31/1996 | | x | | x | x | | | | | | | | | | | | | | | CPT J.S. Lu / CPT Christine Hsieh / SED Jin-Park (Sales Senior Manager) | CHC00218670-810 | J.S. Liu | J.S. Lu, Dep. Vol. 2, 221-225 |
| 5/14/1996 CPT Malaysia | | x | | x | | | | | | | | | | | | | | | | CPT J.S. Lu / Orson, Mr. H.C. Moon / Orson, Mr. J.Y. Lee | CHC00218968-969 | J.S. Liu | J.S. Lu, Dep. Vol. 2, 225-230 |
| 6/10/1996 CPT Malaysia | | x | x | | | | | | | | | | | | | | | | | CPT J.S. Lu / CPT Christine Hsieh / LG Mr. Bak et al | CHC00289317-914 | J.S. Liu | J.S. Lu, Dep. Vol. 1, 90-96 Dep. Vol. 2, 243-183 |
| 7/10/1996 TDDT | | x | | | | | | | x | | | | | | | | | | | CPT J.S. Lu / CPT Mrs. Christina Hsieh / TSA Mr. Sunaga | CHC00228295-296 | J.S. Liu | J.S. Lu, Dep. Vol. 1, 96-99 Dep. Vol. 2, 264-267 |

HIGHLY CONFIDENTIAL

EXHIBIT A

| MEETING DATE | LOCATION | CPT | LG | OEC /PWR | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCRT | BMCC | BII | SMTL | TAT | SDNT | TNCM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/19/1996 | | x | | | x | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: C.Y. Lin<br>CPT: Tony Chen<br>SDI: Mr. C.Y. Kuo<br>SDI: Mr. Hao-Xiao Hu | CHE000210853-854 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 189-192 |
| 9/23/1996 | Hitachi-Asia Taipei office | x | | | | x | | | | | | | | | | | | | | HIT: Senior Manager Chong Chen Chang<br>CPT: Director Liu, Senior Manager Cheng, Cheng-Yuan (Michael) Du | CHE000218400-01E | C.C. Liu, Kazuhiro Sakashita | 276-01 (Kazuhiro) Sakashita |
| 10/9/1996 | | x | | | | | | | | x | | | | | | | | | | CPT: Tao Director; Liu, Cheng-Yuan (Michael)<br>TSB: Wakayama (Department Manager)<br>Yamamoto (Section Chief), Dasen (Assistant Vice President), Lu (Section Chief) | CHE000224391 | Iwao Yamamoto | 152-2 161-25 |
| 10/17/1996 | | x | | x | | | | | | | | | | | | | | | x | SDI: Dong-Hart Lee, Dae-Eui Lee, Hun-Sul Chu<br>Denon: Bok-Il Jung, Sang Chul Yoon, Dae Sik Lee<br>LG: Chang Il Lee, Chul Ho Lee | SDCEE 0086121 | Dae Eui Lee | 151-8 155-13 |
| 10/24/1996 (Taiwan) | | x | x | x | x | | | | | | | | | | | | | | | CPT: Mr. Liu<br>CPT: Chang Yuan Du<br>LG: KS Huh<br>LG: JM Park<br>LG: PI Lee | CHE000218909<br>CHE000212958 | PI Lee | 111 |
| 10/30/1996 (Taiwan) | | x | | | x | x | | x | | | | | | | | | | | | MEC: Hsu<br>MEC: Chang<br>CPT: Chang (Edward)<br>CPT: Du<br>(Michael)<br>CPT: Cheng, Ling Yun (Edward)<br>MEC: Hou, Chih Yen (Section Manager)<br>MEC: Chang, Yu Hao (Head of Department) | CHE000212514 | Michael Hsu | at 132 |
| 11/21/1996 | | x | | | x | x | | | | | | | | | | | | | | CPT: Michael Du<br>CPT: Tony Cheng | CHE000218398-399 | S.J. Kang | S.J. Kang, Dep. Vol. 1, 69-71 |
| 11/21/1996 | | x | | | x | x | | | | | | | | | | | | | | HIT: Tune-an Branch Senior Manager Chern-Lung Cheng | CHE000218398-399 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 122-123 |
| 11/21/1996 (NKS Taiwan) | | x | | | | x | | | | | | | | | | | | | | HIT: Chung Chern Chung<br>CPT: Cheng-Yuan (Michael) Du, Ling Yun (Edward) Chang | CHE000218398-01E | Kazuhiro Sakashita | 289-23 (Kazuhiro Sakashita) |
| 11/21/1996 | | x | | x | x | | | | | | | | | | | | | | | CPT: Chairman Lin<br>CPT: Director C.C. Liu<br>CPT: President Fang<br>CPT: Josh Lu<br>LPD: CEO Sun et al<br>Denon: CEO Teos et al | CHE000218-791-793 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 351-362 |
| 11/21/1996 | | x | x | x | x | | | | | | | | | | | | | | | CPT: JS Liu<br>CPT: President CPTM Fang<br>CPT: C.Y. Lin<br>CPT: C.C. Liu<br>LPD: Mr. Sun et al<br>Denon: Mr. Teos et al | CHE000218 786-788 | JS Liu | J.S. Liu, Dep. Vol. 1, 99-105<br>Dep. Vol. 2, 252-260 |
| 11/25/1996 | | x | x | x | | x | | | | | | | | | | | | | | HIT: Mr. Kimura, Kazuhiro Sakashita<br>SDI: Mr. Roji<br>CPT: Director Chi-Chun (C.C.) Liu, Jason (Jeng Seng) Liu | CHE000218 784-01E | Kazuhiro Sakashita | 318-10 (Kazuhiro Sakashita) |
| 11/25/1996 | | x | x | | x | | | x | | | | | | | | | | | | | SDCEE 0086224 | Jason Choo | 98-13 |

| MEETING DATE / LOCATION | CPT | LG | OEC /? | SDI | HIT | MEC | SMT | TSB | PHS | LPD | MTPD | TCFT | SAMC | BS | SMTS | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG DATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/1996 | x | | | x | x | | x | x | | | | | | | | | | | CPT C.C. Liu / CPT Jason Lu / HTC Mr. Shimizu / HTC Mr. Kimura / SDD Mr. Na | CHC0000281196-197 | C.C. Liu / J.S. Lu | C.C. Liu, Dep. Vol. 1, 83-86 / J.S. Lu, Dep. Vol. 2, 251-260 |
| 11/26/1996 | x | | | x | x | | x | | | | | | | | | | | | CPT Jason Lu, CPT C.C. Liu, HIT Kasahara, Sakashita, HIT Mr. Kimura, SDD Mr. Na | CHC0000281196-01, CHC0000281196-01 | | |
| 11/26/1996 | | | x | x | | | | | | | | | | | | | | | | SDCKT-0285124 | Hoon Choo | 98.13 |
| 1997 | x | x | x | | | | | | | | | | | | | | | | SDI Margroso Lee, Dongheon Lee, Changhee Jung, Dae Eul Lee / LG Mr. Kim, Moonbong Choi, Young J. Lung, Hoechul Lee / Orion Bool Jung, Mr. Sangchul Hoon, Yongkyu Oh | SDCKT-0286138 | Dae Eul Lee | 156.1-158.7 |
| 3SA40 HT Asia Plant, Taipei | x | | | | x | | | | | | | | | | | | | | CPT Michael Du, CPT Edward Cheng, CPT C.C. Liu, CPT Tony Cheng, HIT Chung Lung Chang | CHC0000281394 | | |
| 3/15/1997 | x | x | | x | | | | | | | | | | | | | | | CPT Mr. Lin / CPT Wen Chun Cheng / LG Kwang Soo Hae / LG Jong Wan Lee / LG Zhen-Ji Lin / LG J.J. Lee | CHC0000281394 | PH Lee | 319 |
| 3/28/1997 | x | | x | x | x | | | | x | | | | | | | | | | CPT C.C. Liu / CPT Michael Du / CPT C.Y. Lin / CPT Tony Cheng / SDD Mr. Na / SDD Mr. Na / PHS President Yu / Orion Mr. Hee rll Moon | CHC0000281768 | J.C. Liu | C.C. Liu, Dep. Vol. 1, 515-517 |
| 3/28/1997 Taiwan, Taipei | x | x | | | | | | | | | | | | | | | | | CPT Mr. Lu / CPT Yu Shun Lau / CPT Chang Yuan Du / LG PJ Lee / LG C.C. Liu | CHC0000281767 | PH Lee | 310 |
| 3/24/1997 | x | x | | x | x | | | | x | | | | | | | | | | CPT C.C. Liu / PH Michael Du / SDD Taejen President Eu Won Na / SDD Jaejong Hoon, Yad Hoon / SDD AVP Lee | CHC0002057058 | C.C. Liu | C.C. Liu, Dep. Vol. 2, 371-373 |

HIGHLY CONFIDENTIAL

EXHIBIT A

| MEETING DATE | LOCATION | CPT | LG | OEC/PHM | SCI | HIT | MEC | MIT | TSB | PHG | LPO | MTPD | TCRT | BMCC | IRI | SMTC | TAT | SONY | TNCM | INDIVIDUAL PARTICIPANTS | REG DATES | DEFENDANTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/1997 | | x | x | x | x | | x | | | x | | | | | | | | | | CPT: C.C. Liu / CPT: Michael Du / CPT: President Lin / CPT: Plant Manager Chen / CPT: Senior Manager Chang / 9000: Meng Pin-Seng / 9000: Mr. Yoon / 9000: Mr. Su / 9000: all together 7 members / PHS: Market Sales Senior Manager Tseng / JG: Taipei President Lin | CHL00001876p.762 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 123-125 |
| 3/4/1997 | | x | | | | | x | | | | | | | | | | | | | MEC: Hsu / MEC: Chang / CPT: C.Feng (Edward) / CPT: Chang (Tony) / CPT: Du / +VP&CPT: Cheng (Senior Manager) / CPT: Du, Cheng Yuan (Michael) / CPT: Cheng, Ling Yun (Edward) / MEC: Hu, Zhi-Yan (Section Chief) / MEC: Zheng, Yu-Hao (Director) | CHL00013027 | Allen Chang (Zhang) / Michael Hsu | Chang at 94 mu at 140 |
| 3/12/1997 | | | | x | x | | | | | | x | | | | | | | | | PHS: Fred Henry and Patrick Canavan / SDI: L.J. Kim, / SDI: H. H. Hwang and / SDI: C. M. Sun | HDY02007286 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 91; D. 102 37 |
| 3/12/1997 | Samsung's Taiwan office | x | x | x | x | x | x | | | x | | | | | | | | | | MEC: Zhang (Chang) / JG: Lee / Jianwei Moon / PHS: Zeng / HIT: Chang / Chang, Wen-Chun (Tony) / Du / HIT: Jun-Long Zhang / HIT: Zhang, Tai-Hao / JG: Lee, Pei Lee / MEC: Zhang, Tai-Hao / BEC: Moon, Song Hee / PHS: Zeng, Huan-Rong / SDI: Hu, Hou Mao / SDI: Lee, Wong SA / SDI: Lee, Gae Mao / CPT: Cheng Yuan | CHL00014755 | Allen Chang (Zhang) | Allen Chang (Zhang) at 103; Pei Lee test at 211 |
| 3/19/1997 | | x | x | | x | x | x | | | x | | | | | | | | | | CPT: C.C. Liu / CPT: Michael Du / CPT: President Lin / 9000: Mr. H. S. Lee / 9000: Mr. Ortiz Lee / PHS: Mr. Mulan Bala / PHS: Mr. Tseng / Omon: Mr. Moon / JG: Mr. Ahn | CHL00014752 754 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 96-99 |
| 3/26/1997 | | x | | | x | | | | | x | | | | | | | | | | CPT: C.C. Liu / CPT: Director Yang / CPT: Michael Du / 9000: Mr. Su / 9000: Mr. Hu / 9000: Mr. Lee / PHS: Director Zeng | CHL00013746-748 | C.C. Liu / S.J. Yang | C.C. Liu, Dep Vol. 1, 125-126 / S.J. Yang, Dep. Vol. 1, 71-80 |

HIGHLY CONFIDENTIAL

EXHIBIT A

EXHIBIT A

| MEETING DATE/LOCATION | CPT | LG | OKC/TDM | SDI | NIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCFR | BMCC | BSI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION/TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/1997 | x | | | | | | | x | | | | | | | | | | | CPT  C.C. Liu<br>CPT  Michael Du<br>TSB  Mr. Ya Yang<br>TSB  Mr. Hong<br>TSB  Mr. Song | CHG00028293-285 | C.C. Liu | C.C. Liu, Dep. Vol. I,<br>126-128 |
| 4/28/1997 | x | x | | x | x | x | | x | x | | x | | | | | | | | CPT  Yang<br>CPT  Liu, Chin-Chan [C.C.] (Director)<br>CPT  Bo, Cheng (and S.J.) (Director)<br>CPT  Bo, Cheng Yuan (Michael)<br>MEC  Ya, Ru Zhu (Section Head)<br>MEC  Esgia, (Mr.) | CHG00028503 | TJ Yang | S.J. Yang, Dep. Vol. I,<br>80-83<br>Vol. I,<br>417-420 |
| 4/28/1997 | x | x | | x | | x | x | | x | | | | | | | | | | CPT  C.C. Liu<br>CPT  Michael Du<br>SDD  Mr. Na<br>SDD  Mr. M.S. Lee<br>SDD  Mr. Chris Lee<br>PHS  Mr. Song<br>Dmon  Mr. Moon | CHG00028290-292 | C.C. Liu<br>S.J. Yang | C.C. Liu, Dep. Vol. I,<br>128-129<br>S.J. Yang, Vol. I,<br>416-417 |
| 4/29/1997 | x | x | | x | | | | | | | | | | | | | | | CPT  C.C. Liu<br>CPT  C.Y. Lin<br>CPT  Edward Cheng<br>HEC  Chen-Long Chang | CHG00028395 | C.C. Liu | C.C. Liu, Dep. Vol. I,<br>129-131 |
| 4/29/1997 | x | x | | x | | x | | | | | | | | | | | | | MEC  Hsu<br>CPT  Cheng (Edward)<br>CPT  Du | CHG00028305 | Michael Hsu | at 147 |
| 4/29/1997 | x | x | | x | x | | | x | x | | | | | | | | | | HEC  Chang Chen-Chang<br>CPT  Cheng Yuan (Michael) Du, Ling Yuri (Edward)<br>CPT  Chang | CHG00028393-01E | Lea/ves Sa LasHes | 179-13 (Lea/ves<br>Sa LasHes) |
| 5/2/1997 | x | x | x | | x | x | | | | | | | | | | | | | CPT  Senior Manager Cheng<br>CPT  Edward Cheng<br>CPT  Michael Du<br>SDI  Mang H.(L)<br>SDI  Jennie Lu<br>CPT  C.C. Liu<br>SDD  JR Kim | CHG00028734-735 | C.C. Liu | C.C. Liu, Dep. Vol. I,<br>131-132 |
| 5/5/1997 | x | x | x | | x | | | | x | | | | | | | | | | SDD  Mr. Na<br>SDD  Mr. H.S. Lee<br>GG  Mr. Lim<br>Dmon  Mr. Moon<br>PHS  Mr. Zeng<br>CPT  C.C. Liu<br>CPT  Michael Du<br>SDD  Mr. Na<br>SDD  Mr. Yoon<br>PHS  President Song<br>PHS  Director Tung<br>GG  AVP Chen | CHG00028730-731 | C.C. Liu | C.C. Liu, Dep. Vol. I,<br>100-102 |
| 5/7/1997 | x | x | | x | | | | | x | | | | | | | | | | CPT  Miss Hsueh<br>SDD  Mr. Paris<br>SDD  Mr. Moon<br>SDD  Mr. Joseph JQ<br>SDD  Mr. Hsieh | CHG00028725-727 | C.C. Liu | C.C. Liu, Dep. Vol. I,<br>132-133 |
| 5/7/1997 | x | x | | x | | | | x | | | | | | | | | | | CPT  J.S. Lu<br>CPT  Christina Hsueh | CHG00028722-724 | J.S. Lu | J.S. Lu, Dep. Vol. I,<br>109-113 |
| 5/23/1997 | x | x | | x | | x | | x | | | | | | | | | | | CPT  J.S. Lu<br>CPT  Christina Hsueh<br>MEC  Mr. Tamori | CHG00028501-502 | J.S. Lu | J.S. Lu, Dep. Vol. I,<br>113-117 |

HIGHLY CONFIDENTIAL

| MEETING DATE | LOCATION | CPT | LG | OEC/TPM | SDI | NT | MEC | MAT | TSB | PHS | LPD | MTPD | TCRT | SAMCC | BU | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | WEB BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/1997 | | x | x | | x | | | | x | | | | | | | | | | | Itohisa Watayama Kimura<br>SDD Jitae Lee<br>CPT Director S J Yang<br>CPT Michael Du<br>CPT Mr. Hseih<br>SDD Mr. Yoo<br>SDD AVP Mr. Lee | SDCET 00886245 | Jitae Lee | 158-21, 162-18 |
| 7/8/1997 | | x | | | x | | | | | x | | | | | | | | | | | CHC00326712-712 | S J Yang | S J Yang, Dep. Vol. 1, 83-87 |
| 7/9/1997 | Versailles, France | | | | | | | | | | | | | | | | | | | THO04 Adam Chapman<br>PHS Mel Jo Poo<br>PHS Pakem | HDP-CETG0055190 | | |
| 7/14/1997 | | x | | | x | | | | | x | x | | | | | | | | | | CPT C.C. Liu<br>CPT S.J. Yang<br>CPT Michael Du<br>TSB Mr. Matsuda<br>TSB Mr. Ohmori<br>TSB Mr. Takasaki | CHC00326177 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 514-515 |
| 7/14/1997 | | x | | | x | | | | | x | | | | | | | | | | | CPT Director C.C. Liu<br>CPT S.J. Yang<br>CPT Michael Du<br>TSB Mr. Matsuda<br>TSB Mr. Ohmori<br>TSB Mr. Takasaki | CHC00326177-278 | S J Yang | S J Yang, Dep. Vol. 1, 87-90 |
| 7/14/1997 | | x | | | x | | | | | x | | | | | | | | | | | CPT C.C. Liu<br>CPT Michael Du<br>SDD Taipei President Ha<br>SDD AVP Lee<br>SDD Guise Lee | CHC00326307-310 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 134-135 |
| 8/19/1997 | | x | | | x | | | | | | | | | | | | | | | | CPT C.C. Liu<br>CPT C.C. Liu<br>CPT S J Yang<br>SDD Mr. Na<br>SDD Mr. Au<br>SDD Mr. Kim | CHC00326701-703 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 335-337 |
| 8/19/1997 | | x | | | | | | | | | | | | | | | | | | | Sung Kyu Park (SDI), J. Lu, Chisimu, Saungroop Moon | SDCET 00886247 | J4 Park | |
| 9/12/1997 | | x | | | | x | | x | | | | | | | | | | | | | MEC: Hsu<br>MEC: Chung<br>CPT Zheng (Edward)<br>CPT Du | CHC00326497 | Albert Chung (Zhang)<br>Michael Hsu | Chung at 139; Hsu at 150 |
| 9/29/1997 | | x | | | | | | | | | | | | | | | | | | | CPT J.S. Lu<br>TSB Mr. Suzuga<br>TSB Mr. Sato | CHC00328179-274 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 117-121 |
| 10/9/1997 | | x | | | x | | | | | | x | | | | | | | | | | CPT Director S J Yang<br>CPT Director C.C. Liu<br>CPT Michael Du<br>SDD Mr. Yeung Hong Lee<br>SDD Mr. Na | CHC00328491-493 | S J Yang | S J Yang, Dep. Vol. 1, 96-98 |
| 10/24/1997 | | x | | | | | | | | | | | | | | | | | | | CPT Director C.C. Liu<br>CPT Michael Du<br>CPT President C.C. Lim<br>CPT Factory Manager chen<br>CPT Head of Division S.J. Yang<br>SDD Chen<br>Hong Kong Branch President Zheng<br>SDD Mr. D.Y. Kim<br>SDD Lee<br>SDD Mr. Lee | CHC00328489-490 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 137-139 |

HIGHLY CONFIDENTIAL

EXHIBIT A

| MEETING DATE | LOCATION | CPT | LG | OEC /DW | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MTPO | TCRT | BMCC | IRI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/1997 | SDD Taipei | x | | | x | | | | | x | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Michael Du<br>CPT: Director S.J. Yang<br>SDD: Taipei President Ha<br>SDD: AVP Lee<br>PHS: President Song | CHU00028687-688 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 139-141 |
| 10/31/1997 | | x | | | | | x | | | | | | | | | | | | | MEC: Chang, Hsu, Bo Chang Lee (Matsushitaa Taiwan - LCD), CPT: Du, Cheng (Edward), Ms. Lin | CHU00028495 | Allen Chang (Zhang) Michael Hsu | Chang at 121, 129, Hsu at 153 |
| 11/7/1997 | (Matsushita's Taipei office) | x | | | | | x | | | | | x | | | | | | | | MEC: Chang, Hsu, CPT: Du, Liu, Yang<br>CPT: Liu (Director)<br>CPT: Yang (Director)<br>CPT: Du, Ching-Yuan (Michael)<br>MEC: Xu, Zhiyan (Assistant Manager)<br>MEC: Zhang, Yu Hao (Director) | CHU00028490-492 | C.C. Liu; Allen Chang (Zhang), Hsu | Liu at 141-42; Chang at 129-30, Hsu at 156 |
| 11/21/1997 | | x | | | | x | | | | | | | | | | | | | | CPT: Director C.C. Liu<br>CPT: Director S.J. Yang<br>CPT: Michael Du<br>SDD: Taipei President Ha<br>PHS: Senior Manager Xu-Li Lin<br>LG: Mr. J.M. Park<br>LG: VP B-Ca Li | CHU00028674-676 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 142-144 |
| 12/00/1997 | | | | | | x | | | x | | | | | | | | | | | | HDP-CRT00025612 | Nobuaki Ito<br>Nobuhiko Kobayashi | 254:12 (Nobuaki Ito); 221 (Nobuhiko Kobayashi) |
| 12/3/1997 | | x | x | x | x | | x | | x | | | | x | | | | | | | CPT: J.S. Lu<br>CPT: Director C.C. Liu | CHU00020779-781 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 123-131 |
| 12/9/1997 | | x | | x | x | | | | | | | | | | | | | | | CPT: C.C. Liu<br>CPT: Michael Du<br>CPT: S.J. Yang<br>SDD: Mr. Ha<br>SDD: Mr. H.S. Lee<br>Orion: Mr. Moon | CHU00028670 | C.C. Liu | C.C. Liu, Dep. Vol. 3, 517-518 |
| 12/9/1997 | | x | | x | x | | | | | | | | | | | | | | | CPT: Director S.J. Yang<br>CPT: Director C.C. Liu<br>CPT: Michael Du<br>SDD: Mr. Ha<br>SDD: Mr. Lee<br>SDD: Mr. H.S. Lee<br>Orion Taipei: Mr. Moon | CHU00028670-671 | S.J. Yang | S.J. Yang, Dep. Vol. 1, 98-103 |
| 12/16/1997 | Korea | | x | x | x | | | | | | | | | | | | | | | Orion - Bok Il Jung, Hong Kyu Oh, Dae Shik Lee Yong Il Jung, Seung Yeul Shin<br>SDI - Dong Hoon Lee, Change Hee Change, Dae Eui Lee | SDCRT-0086248; SDCRT-0086249 | Dae Eui Lee | 163:1-167:15; 167:25-169:17 |
| 12/24/1997 | | x | | | | | x | | | | | | | | | | | | | MEC: Chang, Hsu<br>CPT: Hsu, Chih-Yen (Assistant Manager)<br>CPT: Chang, Yu Hao (Head of Division)<br>MEC: | CHU00028487 | Allen Chang (Zhang) Michael Hsu | Chang II at 150; Hsu at 158 |
| 12/29/1997 | | | x | x | x | | | | | | | | | | | | | | | SDI - Dae Eui Lee | SDCRT-0086253 | Dae Eui Lee | 170:5-175:9 |
| 1998-2001 | | x | x | x | x | | | | | x | | | | | | | | | | Kwang Ho Lee (SDI); Song, Michael (SDI); Dae Eui Lee (SDI); Jae In Lee (SDI) | N/A | J.I. Lee | Jae In Lee Vol 1 25:24-26:2, 28:10-29:1, 29:14-30:20, 37:12-37:13, 62:5-62:9, 65:11-66:3, 66:7-66:11 |
| 1998/1999 | Taiwan | x | | | x | | | | | | | | | | | | | | | J.Y. Youn | | J.Y. Youn | 43:01:00 |
| 1998 | Cheju Island, South Korea | | | | x | | | | x | | | | | | | | | | | Toshiba: Yamamoto, Yasuki, Yoshino<br>SDI: D.Y. Kim; another SDI employee | | Yasuki Yamamoto | 117:22-121:23; 137:21-141:14 |

HIGHLY CONFIDENTIAL

| MEETING DATE/LOCATION | CPT | LG | OEC/PRM | SDI | NIT | MEC | MT | TSB | PHS | LPD | MTPD | TCBT | MTPD | IRI | SMTI | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BATES | DEFENDANTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/1998 | x | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  | CPT Senior Manager S.I Yang; CPT President C.C Liu; CPT Director C.C. Liu; CPT Michael Du; SDI Mr. Koh; SDI Mr. Na; SDI Mr. Ine; SDI Mr. Im; SDI Mr. Li | CHG00028631-632 | S.I. Yang | S.I Yang, Dep. Vol. 1, 115-122 |
| 4/27/1998 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | HITACHI-CRT00002105 | Tom Heiser | 134.06 (Tom Heiser) |
| 05/00/1998 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | HDP CRT00037584 | Kazumasa Hata | 130-16 (Kazumasa Hata) |
| 05/00/1998 |  |  | x | x | x | x |  | x | x |  |  |  |  |  |  |  |  | x | HIT Tom Heiser; Thom Schmett | HITACHI-CRT00002107 | Tom Heiser | 184-11 (Tom Heiser) |
| 5/18/1998 Taiwan | x |  | x |  |  |  |  | x |  |  |  |  |  |  |  |  |  |  | CPT President C.C. Liu; CPT Manager Yang; CPT Michael Du; TSB Mr. Matohara Toshino; TSB Taipei Mr. Yong Fu; TSB Section Chief Kun-Peng Hong | CHG00028252-253 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 145-147 |
| 5/18/1998 | x |  | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | CPT Director C.C Liu; CPT Senior Manager Yang; CPT Michael Du; OEC Mr. Moon; OEC Mr. Kang | CHG00028993-994 | C.C Liu | C.C. Liu, Dep. Vol. 1, 147-148 |
| 5/18/1998 Taiwan | x |  | x |  |  |  |  | x |  |  |  |  |  |  |  |  |  |  | CPT S.I Yang; CPT C.C. Liu; CPT Michael Du; TSB Mr. Matohara Toshino; TSB Mr. Fujimoto; TSB Mr. Kun-Peng Hong; TSB Mr. Yong Fu | CHG00028252-253 | S.I. Yang | S.I Yang, Dep. Vol. 1, 429-431 |
| 6/2/1998 future meeting planned for Taiwan | x | x | x |  | x | x |  | x | x |  |  |  |  |  |  |  |  |  | CPT S.I Yang; CPT C.C. Liu; CPT Michael Du; SDI Mr. Na; SDI Mr. Lee; Onon Kang | CHG00028432-434 | S.I. Yang | S.I Yang, Dep. Vol. 1, 122-130 |
| 6/4/1998 DAIITEC Meeting in Osaka | x | x | x | x | x | x | x | x | x |  |  |  |  |  |  |  |  |  | TSB Wakayama; MIT Tsukamoto; HIT Uchida; MEC Shimoda | HDP-CRT00005118 | | |
| 6/4/1998 Korea | x | x |  | x |  |  |  |  |  |  |  |  |  |  |  |  |  | x | CPT S.I Yang; CPT C.C Liu | CHG00028638 | S.I. Yang | S.I Yang, Dep. Vol. 1, 130-134 |
| 7/8/1998 Hilton Columns Golf Club, Alpharetta, GA | x |  |  |  | x |  |  |  | x |  |  |  |  |  |  |  |  |  | HIT Tom Heiser; Hans Braun | HITACHI-CRT00166576 | Tom Heiser | 92-03 (Tom Heiser) |
| 7/10/1998 Third Server Sports Golf, Norcross, GA | x |  |  | x | x |  |  |  | x |  |  |  |  |  |  |  |  |  | HIT Sharon Thom Schmett; GL-75; HHS Jeff Johnson; Pat Casanum | HITACHI-CRT00166576 | Tom Heiser | 92-03 (Tom Heiser) |
| 7/11/1998 Hitachi Office, Norcross, GA | x |  |  |  | x |  |  |  | x |  |  |  |  |  |  |  |  |  | HIT Tom Heiser; Thom Schmett; HHS Gerri Levenes, Pat Casanum, Jeff Johnson | PHD-CRT-081748 | Tom Heiser | 100-11 (Tom Heiser) |
| 7/11/1998 Hitachi, Norcross, GA | x |  |  |  | x |  |  |  | x |  |  |  |  |  |  |  |  |  | PH Pat Casanum; PH Jeff Johnson; HIT Tom Heiser; HIT Thom Schmett; HIT Gerri Levens | PHLP CRT 081748 | Jim Smith | Jim Smith Dep. Vol. 1, 249-255 |
| 7/14/1998 Matsushka | | | | | x | | x | | | | | | | | | | | | SDI Lee (deputy) | SOCKT G066416 | Jae In Lee | Lee I at 88-94 |

| MEETING DATE | LOCATION | CPT | LG | OEC/TVM | SDI | HIT | MEC | MXT | TSB | PHS | LPD | MTPD | TCRT | BMCC | IBI | SMTL | TAT | SCMY | THCM | INDIVIDUAL MEETING PARTICIPANTS | REG DATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/1998 | | | | | x | | | | | | | | | | | | | | | Jae In Lee (SDI) | SDCRT-00064416 | Ji Lee | |
| 7/10/1998 / 8/1/1998 | Taiwan | | | | | | | | | | | | | | | | | | | | | | |
| | | x | x | x | x | | | | | | | | | | | | | | | B.Y. Kim | SDCRT-00063179 | | |
| 7/12/1998 | | x | x | x | x | | | | | | | x | | | | | | | | | SDCRT-00064419 | | |
| 8/10/1998 | | x | x | x | x | | | | | x | | | | | | | | | | Kwang Ho Lee (SDI), Song, Michael (SDI), Dae Eui Lee (SDI), Jae In Lee (SDI) | N/A | Ji Lee | See In Lee Vol 1 25, 24, 26, 2, 28 10, 29, 1, 29, 14, 30, 20, 31, 12, 13, 37, 11, 62, 5, 62, 9, 65, 11, 66, 3, 66, 7, 66, 11 |
| 8/12/1998 | | x | | | | x | | | | | | | | | | | | | | HIT: Nam-kyung Zhang, CPT: C.C. Liu, CPT: Michael Diu | HDP CRT00055114 | | |
| 8/21/1998 | [Matsushita's Taipei office] | x | | x | | | x | | | | | x | | | | | | | | MEC: Chang, Hsu, CPT: Liu, Diu, CPT: Liu (Director), CPT: Diu, Chang Yuan (Michael), MEC: Hsu (Assistant Manager), MEC: Chang Yu Tai (Senior Manager) | CHJ00023443 | Allen Chang (Chang), Michael Hsu, C.C. Liu | Chang at 157; Hsu at 160 |
| 8/26/1998 | | x | x | | x | | | | | | | | | | | | | | | CPT: J.S. Liu, SDD: Mr. S.K. Park, SDD: Mr. Y.S. Moon, SDD: Mr. P.K. Jeon | CHJ00028613-614 | J.S. Liu | J.S. Liu, Dep. Vol. 1, 131-132 |
| 8/27/1998 | | x | | | | x | | | | | | | | | | | | | | CPT: C.C. Liu, CPT: Michael Diu, MEC: Managers Chem-Lang Chang | CHJ00028185-187 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 151-153 |
| 9/02/1998 (AA) | | | | | | | | | | | | | | | | | | | | | HDP-CRT00031568 | Nobuaki Ito, Nobuharu Kobayashi | 314-319 (Nobuaki Ito), 290 (Nobuharu Kobayashi) |
| 9/7/1998 | | x | x | x | x | x | x | | | | | | x | | | | | | | SDI- Michael Son, In Eun, E.H. Lee, D.H. Lee, D.E. Lee | CHJ00029116 | Michael Son | 124-11-131-8 |
| 9/7/1998 | | x | x | x | x | | | | | | | | x | | | | | | | SDI- Dae Eui Lee | SDCRT-0066460 | Dae Eui Lee | 201-21-205-9 |
| 9/7/1998 to 9/8/1998 | | x | x | x | | | | | | | | | x | | | | | | | CPT: C.C. Liu, CPT: Michael Diu, SDD: Mr. Jee Eun, SDD: Mr. E.B. Lee, SDD: Mr. D.H. Lee, SDD: Mr. B.S. Moon, SDD: Mr. Seck, LG: Mr. Choir, LG: Mr. C.G. Kim, LG: Mr. P.Y. Jeong, LG: Mr. Y.T. Jeong, LG: Mr. D.E. Lee, Omori: Mr. H.C. Moon, Omori: Mr. B.S. Jeong, Omori: Mr. Sat Kim, Omori: Mr. E.J. Lee, TCRT: Mr. Thanapat Chaiyaveth | CHJ00029116-330 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 102-104 |

HIGHLY CONFIDENTIAL

EXHIBIT A

| MEETING DATE | LOCATION | CPT | LG | CHC/PHM | SDI | HIT | SEC | MIT | TSB | PHS | LPD | MTPD | TCET | MACC | BE | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | MTG DATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/1996 | | x | x | x | x | | | | | | | | x | | | | | | SDI- Dae Eui Lee | SDCRT-0086480 | Dae Eui Lee | 209, 210-209.9 |
| 9/24/1996 | | x | x | x | x | | x | | | | | | x | | | | | | CPT: J S Liu; CPT Michael Liu; SDD Mr. H H Lee; SDD Mr. S K Park; SDD Mr. Moon; SDD Mr. Son; LG Mr. Cho; LG Mr. C S Jeon; LG Mr. Y J Jeong; LG Mr. K K Kug; Orion Mr. H C moon; Orion Mr. B C Jeon; Orion Mr. D S Lee; Orion Mr. S K Oh; TCET Mr. Boonjhoo | CH000029152.264 | J S Liu | J S Liu, Dep. Vol. 1, 313-317 |
| 9/26/1996 Taiwan | | x | x | x | x | | | | x | | | | x | | | | | | SDI - Michael Son | SDCRT-0086481 | Dae Eui Lee | 209.21, 214-22 |
| 9/26/1996 | | x | x | x | x | | | | | | | | | | | | | | SDI - Michael Son | CH000029181 | Michael Son | 144.12, 145.2 |
| 10/9/1996 Fuzhou | | x | x | x | x | | x | | | x | | | x | | x | | | | CPT: J S Liu; CPT Dai-huang Ren; CPT Alex Yeh; CPT Quang Yu-Zie; CPT Wen He Yu; PHS Zheng Li Chao; PHS President Jun-Chong Song; PHS Manager Seng Ma; SDD Manager Myoung Sei Lee; SDD Zhen Yong; Orion Tae Sik Kang; LG J B Park; BE VP Jun She Wei | CH000029179.683 | J S Liu | J S Liu, Dep. Vol. 2, 170-176 |
| 10/9/1996 | | x | | | x | | | | | | | | | | | | | | Lee In Lee (SDI) | SDCRT-0086442 | J L Lee | |
| 10/14/1996 Bali's Chez Scottsdale, AZ | | | | | | x | | | | | | | | | | | x | x | HIT - Tom Heuer; THOM - Mr. Sterling Owens | HEDUS-CRT00360561 | Tom Heuer | 191-05 (Tom Heuer) |
| 10/23/1996 | | | x | | | | x | | | | | | | | | | | | MTC: CPT. Liu; CPT Chang Yuan Lin (Michael); CPT. Liu, Cheng Yuan I (Michael); CPT Hsieh, Chun-Man (Christine); CPT. Liu, Yang Yu; SDI Assistant Vice President; SDI Lee Jae Mun; SDI Lee Jae Man | CH000023459 | Michael Hsu | Hsieh at 181 |
| 11/2/1996 | | x | x | x | x | x | | | | | | | | | | | | | HIT - Nobuaki Hsu; MTC K. Shamada | HDP-CRT00021360 | Nobuaki Ito | 141-08 (Nobuaki Ito) |
| 11/4/1996 Taiwan | | x | x | x | x | | x | x | | x | | | | | | | | | Lee In Lee (SDI) | SDCRT-0086440 | J L Lee | |
| 10/16/1996 Singapore | | x | x | x | x | x | | | | | | | | | | | | | SDI - Song Euy Park; Executive Vice President Lee; Senior Vice President Lee | | Dae Eui Lee | 235.6-210.3 |

HIGHLY CONFIDENTIAL

EXHIBIT 4

| MEETING DATE / LOCATION | CPT | LG | OKC /JVW | SDI | NRT | MEC | MIT | TSB | MTPD | LPD | PHS | MTPD | TCRT | BMCC | IRI | SMTL | TAT | SONY | INDIVIDUALS / PARTICIPANTS | REG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/1998 Singapore | x | x | x | x | x | | | | | | | | | | | | | | SDI - Sang Ho Park, Executive Vice President Lam, Senior Vice President Lam | SDCRT 0086442 | | |
| 11/20/1998 Mt Asia Plant, Taipei | | | | | x | | | | | | | | | | | | | | HIT Chang Lung Zhang, CPT C.C. Liu, CPT Michael Du | CH00022383 | | |
| 11/24/1998 Korea | | x | x | x | x | | | | | | | | | | | | | | SDI - Michael Son, B K Lee | SDI reg responses, SDCRT 0086445 | Michael Son | 161:15-162:14, 161:15 163:11 |
| 11/27/1998 | x | x | x | x | | | | | | | | | | | | | | | CPT C.C.Liu, CPT Tony Chen, CPT Michael Du, SDO Mr K H Lee, SDO Mr B E Lee, SDO Mr Son, LG Mr Choe, LG Mr Y J Jeong, LG Mr K Y Ko, Orion Mr H C Moon, Orion Mr B J Jeong, Orion Mr Kyu Kim, Orion Mr H S Oh, TCRT Mr Boonchoo | CH00002791591261 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 149-151 |
| 11/27/1998 Korea | x | x | x | x | | | | | | | | x | | | | | | | SDI - Michael Son, B E Lee, K H Lee, Orion, H C Moon, K Y Chung, K Y Ko, CPT C.C. Paz, TCRT Boonchoo | SDI reg responses, SDCRT 0086447 | Michael Son | 26:25 - 37:3, 39:17 - 47:9, 107:16-110:6, 162:21-176:23 |
| 11/27/1998 Korea | x | x | x | x | | | | | | | | x | | | | | | | SDI - Kwang Ho Lee, Dae Eui Lee, Michael Son, LG - Hyo Jin Choe, Yong Ja Chung, Kyu Young Ko, Orion - Hee Chul Moon, Bok Il Chung, Sang Hyun Byun, Sam Kwang Oh, Dae Jai Lee, Chunghwa - C.C. Pyo, Michael Du, Thai CRT - Mr Boonchoo | SDCRT 0086447 (fr. 665), Dae Eui Lee | 221:1-227:19 |
| 12/01/1998 Beijing, China | x | x | x | x | x | x | | | | | x | | | | | | | | CPT J.S. Lu, CPT Tony Cheng, CPT Michael Du, CPT Alan Yeh, PHS Shou Li LU, PHS Cheng Ci Shao, PHS Dong Liu, SDO Mr B K Lee, SDO M.S. Lee et al, Orion Mr Moon, Orion Mr Fong et al, IRI President Mui et al, BMCC Mr Cheng et al, SMCC Wah Wen Huang | CH00030688-691 | J.S. Lu | J.S. Lu, Dep. Vol. 1, 139-140 |
| 12/11/1998 | x | x | x | | | x | | | | | | | | | | | | | MEC Chang, Hsu, CPT Du, Cheng (Tony), CPT Cheng, Won Chan (Tony) (Manager), CPT Du, Cheng Tsai H (Michael), MEC Hsu, Chih-Yen (Assistant Manager), MEC Chang, Yu-Nan (Assistant Section Chief) | CH00002457 | Allen Chang (Dung) Michael Hsu | Chang H et al 78; Hsu H at 177 |
| 12/17/1998 | x | x | | x | | | | | | | | | | | | | | | CPT S.J. Yang, LG Mr B.K. Jeon | CH00002887-888 | S J Yang | S J Yang, Dep. Vol. 1, 139-141 |

HIGHLY CONFIDENTIAL

EXHIBIT A

| MEETING DATE | LOCATION | CPT | LG | OEC/ITRI | SDI | HIT | MEC | MIT | TSB | PHS | LPD | MITO | TCRT | MACC | BBI | SMTL | TAT | SONY | THOM | INDIVIDUALS PARTICIPANTS | BEG BATES | DEPONENTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/1998 | | x | x | x | x | | | | | | | | | | | | | | | SDI : Dar Eat Lee | SDCKT C086473 | Dar Eat Lee | 228.3 229.15 |
| 1999 | | | x | x | x | x | | | | | | | | | | | | | | | HEDUS-CRT00151622 | Tom Heiser | 431.16 [Tom Heiser] |
| 1/00/1999 | | | | | | x | | | | x | | | | | | | | | | | HDP-CRT00051345 | Nobuhiko Kobayashi | 232 [Nobuhiko Kobayashi] |
| 1/6/1999 | Rosewood Grill, Las Vegas, NV | | | | | | | | | x | | | | | | | | | | HIT : Tom Heiser ; Thom Schmidt, Bit PHS : Set Snyder ; Emmanual Carvey, | HEDUS-CRT02166472 | Tom Heiser | 107.23 [Tom Heiser] |
| 1/7/1999 | Tenaya Point, Las Vegas, NV | | | | | | | | | x | | | | | | | | | | HIT : Tom Heiser ; Thom Schmidt PHS : J. Johnson, P. Carveam | HEDUS-CRT02166472 | Tom Heiser | 107.23 [Tom Heiser] |
| 1/7/1999 | Tenaya Point, Las Vegas, NV | | | | | | | | | x | | | | | | | | | | HIT : Thom Schmidt, YN PHS : Pat Carveam, Jeff Johnson, Hiroshi Kashimura | HEDUS-CRT00296394 | Tom Heiser | 110.14 [Tom Heiser] |
| 1/8/1999 | Xiamen, China | x | | x | | x | | | x | x | x | | | | | | | | | CPT : S. Lu CPT : Guang -mei*Lia CPT : Wen Lai Yu SDO : Ning Zhu Li SDO : Tung Zhen PHS : Zheng Yi Shao PHS : Feng Bai [PHS Fin Manager] Onon : Tae Sai Lang BI : Wen Dong Li BI : Jun Yao BI : Zhao Jie Wang | CHX000310095-697 | S S Lu | J S. Liu, Dep. Vol. 1, 137-138 |
| 1/16/1999 | U.S. | x | x | x | x | x | | | x | x | | | | | | | | | x | SDI : Chui Hong Im | SDCKT C002326 | | |
| 1/19/1999 (EPR) | | x | x | x | x | x | | | | x | | | | | | | | | | CPT : Senior Manager Cheng CPT : Alex Hsieh CPT : Mr Yu SDO : Ms. Betty PHS : Mr. Frank Shao Onon : Mr. Moon LG : Mr. Park | CHX00023688-700 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 153 154 |
| 1/19/1999 | | x | x | x | x | | | | | x | | | | | | | | | | CPT : C.C. Liu CPT : Alex Hsieh SDO : Mr. Jon Kim SDO : Mr. D.Y. Kim SDO : Ms. Hu SDO : Mr. H Liu LG : Mr. S.Y. Cho LG : Mr. C.S. Jeon LG : Mr. B B Ko LG : Mr. J.M. Park Onon : Mr. H.C. Moon Onon : Mr. K H Kang Onon : Mr. J H Moon PHS : Mr. David Chang PHS : Mr. Jerry Lin PHS : Ms. Rosa Hu | CHX00030701-704 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 154-157 Dep. Vol. 1, 411-417 |
| 1/12/1999 | | x | x | | x | x | | | | x | | | | | | | | | | | SDCKT C086157 | | |
| 1/19/1999 | | | x | x | x | x | | | | x | x | | | | | | | | | HIT : Thom Schmidt, Tom Heiser, Kf, SLYN, PHS : Ben Schenzger, Joe Snyder | HEDUS-CRT00296394 | Tom Heiser | 110.14 [Tom Heiser] |

14 of 94

| MEETING DATE | LOCATION | CPT | LG | OEC/TSW | SSN | HIT | MEC | MIT | TSB | PHS | LPD | MTPD | TCXT | BMCC | IBI | SMTL | TAT | SONY | THOM | INDIVIDUAL PARTICIPANTS | BEG BATES | DEFENDANTS | DEPOSITION TESTIMONY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/12/1999 | | x | | | | | | | x | | | | | | | | | | | CPT: S.I. Kang; TSB: Mr. Yuchena; TSB: Mr. Kawano; TSB: Mr. Jee; TSB: Mr. Heya; HIT: Thom Schmid; GG: Bruce Lee, A Woo, | CHXXD218240 | S.I. Kang | S.I. Kang Dep. Vol. 1, 163-166; Dep. Vol. 1, 420-423 |
| 1/12/1999 | | | x | | | x | | | | x | | | | | | | | | | HIT: Dan Med; PHS: Paul Tanu | HLDUS-C4T020943394 | Tom Heuer | 180-181 (Tom Heuer) |
| 1/12/1999 | Philips Monroe Farico, Raleigh, N.C. | | | | | x | | | | | | | | | | | | | | HIT: Dan Med; PHS: Paul Tanu | HLDUS-C4T020167344 | Tom Heuer | 426-05 (Tom Heuer) |
| 2/5/1999 | | x | | | | | | | | | | | | | | | | | | C.C. Liu; CPT: C.Y. Lin; CPT: Michael Du | CHXXD2011289 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 106-109 |
| 2/10/1999 | | x | x | x | x | | | | | x | | | | | | | | | | Jae Im Lee [DJ] | SDC41-0086561 | J.I. Lee | |
| 2/11/1999 | email | | | | x | | | | | x | | | | | | | | | | | PIC-00003617 | Patrick Canavan | Patrick Canavan Dep. Vol. 1, 102-15-122:20 |
| 2/12/1999 | | | | | | | | | | x | x | | | | | | | x | | Sony: Abbott; Sony: Bigby; Sony: Imaoe; Sony: Mekar; Sony: Yamano; PH: L.Smith; PH: S.Longley; PH: S.Alaski | PTC-00000040 | Jim Smith | Jim Smith Dep. Vol. 1, 255-260 |
| 2/12/1999 | | x | x | x | x | | | | | x | | | | | | | | | | CPT: Senior Manager: Tony Cheng; CPT: Miea Hseh; SOD: Mr. Ho; SOD: Mr. I.I. Lee; DOD: Mr. Betty; PHS: Mr. Jerry Lin; PHS: Mr. Rosa Hu; Onon: Mr. Moon; Onon: Mr. Jimmy Kim; LG: Mr. Park; LG: Mr. H.S. Song | CHXXD30713:716 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 157-158 |
| 3/1/1999 | | | | | | x | | | | | | | | | | | | | | HIT: Thom Schmid, BYN, TS; LG: Daniel Lee, Gary Michak; CPT: C.C. Liu | HLDUS-C4T020943394 | Tom Heuer | 180-181 (Tom Heuer) |
| 3/1/1999 | | x | x | x | x | | | | | x | | | | | | | | | | CPT: Miea Hseh; SOD: Mr. Youd; SOD: Mr. Otto; PHS: Mr. Jerry Lin; PHS: Mr. Limay; LG: Mr. Lu; LG: Mr. Song; Onon: Mr. Justin Park | CHXXD30720:727 | C.C. Liu | C.C. Liu, Dep. Vol. 1, 158-160 |

HIGHLY CONFIDENTIAL

15 of 94