```
 1  HOJOON HWANG (State Bar No. 184950)
    hojoon.hwang@mto.com
 2  MIRIAM KIM (State Bar No. 238230)
    miriam.kim@mto.com
 3  LAURA K. LIN (State Bar No. 281542)
    laura.lin@mto.com
 4  MUNGER, TOLLES & OLSON LLP
    560 Mission Street
 5  Twenty-Seventh Floor
    San Francisco, California 94105-2907
 6  Telephone:    (415) 512-4000
    Facsimile:    (415) 512-4077
 7
    WILLIAM D. TEMKO (State Bar No. 98858)
 8  william.temko@mto.com
    CLAIRE YAN (State Bar No. 268521)
 9  claire.yan@mto.com
    JESSICA BARCLAY-STROBEL (State Bar No. 280361)
10  jessica.barclay-strobel@mto.com
    MUNGER, TOLLES & OLSON LLP
11  355 South Grand Avenue
    Thirty-Fifth Floor
12  Los Angeles, CA 90071-1560
    Telephone:    (213) 683-9100
13  Facsimile:    (213) 687-3702

14  Attorneys for Defendants LG Electronics, Inc.,
    and LG Electronics U.S.A., Inc., LG Electronics
15  Taiwan Taipei Co., LTD

16  Additional Moving Defendants and Counsel
    Listed on Signature Pages
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-sc (N.D.Cal) <br><br> MDL No. 1917 |
| This Document Related to: <br><br> DIRECT PURCHASER ACTIONS | DECLARATION OF MAVIS CHOU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO LG AND MITSUBISHI SUBSIDIARIES <br><br> [Notice of Motion for Summary Judgment, Declaration of Jessica Barclay-Strobel, Declaration of Matthew Kim, Declaration of Richard C. Wingate, and [Proposed] Order filed concurrently herewith] <br><br> Judge: Hon. The Honorable Samuel Conti <br> Date: February 6, 2015 <br> Time: 9:00 AM <br> Crtrm.: 1, 17th Floor |

3:07-MD-05944-SC (N.D.Cal.)

DECLARATION OF MAVIS CHOU IN SUPPORT OF
MOT. FOR SUMM. J. AS TO LG AND MITSUBISHI SUBSIDIARIES

**Declaration of Mavis Chou**

I, Mavis Chou, declare as follows:

1. I am the Manager of Finance, Accounting Division at LG Electronics Taiwan Taipei Co., Ltd., ("LGETT"), a position I have held since 2005. I have been employed at LGETT since 2001. All statements in this Declaration are based on my personal knowledge. If I were called upon to testify, I could and would testify to each of the facts set forth herein.

2. LGETT is a Taiwanese corporation headquartered in Taiwan.

3. LGETT has been a subsidiary of LG Electronics, Inc. ("LGEI") since LGETT was established on October 31, 2001.

4. LGETT has never manufactured, marketed, sold, or distributed cathode ray tubes.

5. LGETT does not commingle its financial assets with LGEI. LGETT maintains separate corporate bank accounts from LGEI.

6. LGETT maintains independent financial records and reports its annual profits and losses separately from LGEI.

7. LGETT holds regular board meetings.

8. LGETT does not share office space with LGEI. LGETT does not employ individuals at the same time that they are employed by LGEI.

9. LGEI is not involved in the day-to-day operation of LGETT.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4 th day of November, 2014, in Taipei, Taiwan.

By: _____
         Name