HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
CLAIRE YAN (State Bar No. 268521)
claire.yan@mto.com
JESSICA BARCLAY-STROBEL (State Bar No. 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., and LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., LTD*

*Additional Moving Defendants and Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-sc (N.D.Cal) <br><br> MDL No. 1917 |
| This Document Related to: <br><br> DIRECT PURCHASER ACTIONS | DECLARATION OF MATTHEW KIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO LG AND MITSUBISHI SUBSIDIARIES <br><br> [Notice of Motion for Summary Judgment, Declaration of Jessica Barclay-Strobel, Declaration of Mavis Chou, Declaration of Richard C. Wingate, and [Proposed] Order filed concurrently herewith] <br><br> Judge:   Hon. Samuel Conti <br> Date:    February 6, 2015 <br> Time:    9:00 AM <br> Crtrm.:  1, 17th Floor |

**Declaration of Matthew Kim**

I, Matthew Kim, declare as follows:

1. I am the Senior Human Resources Analyst at LG Electronics U.S.A., Inc., ("LGEUSA"), a position I have held since August, 2014. I have been employed at LGEUSA since October, 2012. All statements in this Declaration are based on my personal knowledge. If I were called upon to testify, I could and would testify to each of the facts set forth herein.

2. I have reviewed the document styled Supplemental Exhibit A, which I am informed was produced by the Direct Action Plaintiffs ("DAPs") on September 5, 2014. Where there was sufficient information to ascertain the name of the individual who purportedly attended on behalf of an LG-related entity, I cross-referenced that individual's name with LGEUSA employee records. None of these cross-referenced individuals were LGEUSA employees at the date of the meetings listed on the Supplemental Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 4th day of November, 2014 in Englewood Cliffs, New Jersey.

By: _____
    Matthew Kim