Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:  (213) 239-5100
Facsimile:    (213) 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:  (312) 222-9350
Facsimile:    (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Related to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-06325;<br><br>*Interbond Corporation of America v. Mitsubishi Electric & Electronics USA, Inc., et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-81174;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-06327;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-02037; | **DECLARATION OF LINDSAY D. MCCASKILL IN SUPPORT OF LG AND MITSUBISHI ELECTRIC SUBSIDIARIES' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:    9:00 AM<br>Crtrm.:   1, 17th Floor |

DECLARATION OF LINDSAY D. MCCASKILL IN SUPPORT OF
MITSUBISHI ELECTRIC SUBSIDIARIES' MOTION FOR SUMMARYJUDGMENT
3:07-CV-05944-SC; MDL NO. 1917

2317569.4

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.* No. 13-cv-00141;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

-2-
DECLARATION OF LINDSAY D. MCCASKILL IN SUPPORT OF
LG AND MITSUBISHI ELECTRIC SUBSIDIARIES' MOTION FOR SUMMARYJUDGMENT
3:07-CV-05944-SC; MDL NO. 1917

2317569.4

## Declaration of Lindsay D. McCaskill

I, Lindsay D. McCaskill, declare as follows:

1.   I am Senior Counsel at Mitsubishi Electric US, Inc. ("MEUS"), a position I have held since I became employed at MEUS in January 2012.

2.   Mitsubishi Electric & Electronics USA, Inc. changed its name to MEUS, effective October 1, 2012.  MEUS is incorporated in Delaware and headquartered in California.  Mitsubishi Electric Visual Systems, Inc. ("MEVSA") was successor in interest to Mitsubishi Digital Electronics America ("MDEA").  MEVSA was incorporated in Delaware and headquartered in California.  MEVSA's certificate of dissolution was filed, effective as of September 30, 2014.

3.   MEUS and MEVSA are subsidiaries of Mitsubishi Electric Corporation.  MEUS is a wholly-owned subsidiary of Mitsubishi Electric US Holdings, Inc. ("MEUH"), which is a wholly-owned subsidiary of Mitsubishi Electric Corporation.  Prior to its dissolution, MEVSA was a wholly-owned subsidiary of Mitsubishi Electric Corporation.

4.   As Senior Counsel at MEUS, I have personal knowledge of the operations of MEUS as well as other Mitsubishi Electric Corporation subsidiaries, including MEVSA.  All statements in this Declaration are based on my personal knowledge.  If I were called upon to testify, I could and would testify to each of the facts set forth herein.

5.   During the period of March 1, 1995 through November 25, 2007, MEUS and MEVSA never sold, manufactured, or distributed cathode ray tubes ("CRTs").  At various times during the period of March 1, 1995 through November 25, 2007, MEVSA's predecessor in interest, MDEA, sold finished products containing CRTs, as did MEUS.  MEUS never manufactured CRT Products.

6.   Effective as of May 31, 2011, MDEA transferred and assigned substantially all of its assets, liabilities, and obligations to MEVSA.

7.   I have reviewed the documents styled Supplemental Exhibit A, which I am informed was produced by the Direct Action Plaintiffs ("DAPs") on September 5, 2014 and the documents styled Supplemental Exhibit A which I am informed were produced by certain DAPs on November 6 and 7, 2014 (collectively, the "November 2014 Supplemental Exhibit A").  None of

-3-
DECLARATION OF LINDSAY D. MCCASKILL IN SUPPORT OF
LG AND MITSUBISHI ELECTRIC SUBSIDIARIES' MOTION FOR SUMMARYJUDGMENT
3:07-CV-05944-SC; MDL NO. 1917

2317569.4

the individuals alleged on Supplemental Exhibit A or the November 2014 Supplemental Exhibit A to have attended any meeting on behalf of any "Mitsubishi" entity was a MEUS or MEVSA employee at any time.

8. MEUS does not commingle its financial assets with Mitsubishi Electric Corporation, and maintains separate corporate bank accounts from Mitsubishi Electric Corporation. Prior to its dissolution, MEVSA did not commingle its financial assets with Mitsubishi Electric Corporation, and maintained separate corporate bank accounts from Mitsubishi Electric Corporation.

9. MEUS and MEVSA maintain separate financial statements from Mitsubishi Electric Corporation, which are independently audited by KPMG.

10. MEUS holds and MEVSA held regular board meetings.

11. MEUS does not, and MEVSA did not, not share office space with Mitsubishi Electric Corporation.

12. Mitsubishi Electric Corporation does not direct the day-to-day operation of MEUS and did not direct the day-to-day operations of MEVSA.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 7th day of November, 2014 in Orange County, California.

By: _____
Lindsay D. McCaskill