1  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
2  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
3  LAURA K. LIN (State Bar No. 281542)
   laura.lin@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   CLAIRE YAN (State Bar No. 268521)
9  claire.yan@mto.com
   JESSICA BARCLAY-STROBEL (State Bar No. 280361)
10 jessica.barclay-strobel@mto.com
   MUNGER, TOLLES & OLSON LLP
11 355 South Grand Avenue
   Thirty-Fifth Floor
12 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
13 Facsimile:     (213) 687-3702

14 *Attorneys for Defendants LG Electronics, Inc.,
   and LG Electronics U.S.A., Inc., LG Electronics*
15 *Taiwan Taipei Co., LTD*

16 *Additional Moving Defendants and Counsel
   Listed on Signature Pages*

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

19

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-sc (N.D.Cal) <br><br> MDL No. 1917 |
| This Document Related to: <br><br> DIRECT PURCHASER ACTIONS | DECLARATION OF RICHARD C. WINGATE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO LG AND MITSUBISHI SUBSIDIARIES <br><br> [Notice of Motion for Summary Judgment, Declaration of Jessica Barclay-Strobel, Declaration of Mavis Chou, and Declaration of Matthew Kim, and [Proposed] Order filed concurrently herewith] <br><br> Judge:   Hon. Samuel Conti <br> Date:    February 6, 2015 <br> Time:    9:00 AM <br> Crtrm.:  1, 17th Floor |

**Declaration of Richard C. Wingate**

I, Richard C. Wingate, declare as follows:

1. I am the Vice-President and General Counsel at LG Electronics U.S.A., Inc., ("LGEUSA"), a position I have held since October, 2004. I have been employed at LGEUSA since October, 2004. All statements in this Declaration are based on my personal knowledge. If I were called upon to testify, I could and would testify to each of the facts set forth herein.

2. LGEUSA is incorporated in Delaware and headquartered in New Jersey.

3. LGEUSA has never manufactured, marketed, sold, or distributed cathode ray tube ("CRTs"). LGEUSA has never manufactured products, such as televisions or computer monitors, that contain CRTs. Instead, LGEUSA distributed CRT finished products that were manufactured by its parent company, LG Electronics, Inc. ("LGEI"), or LGEI's wholly-owned subsidiaries.

4. From March 1, 1995, through December 31, 1999, LGEI owned a majority interest in LGEUSA and thereafter LGEUSA has been a wholly-owned subsidiary of LGEI.

5. LGEUSA does not commingle its financial assets with LGEI. LGEUSA maintains separate corporate bank accounts from LGEI.

6. LGEUSA maintains independent financial records and reports its annual profits and losses separately from LGEI.

7. LGEUSA holds regular board meetings.

8. LGEUSA does not share office space with LGEI. LGEUSA does not employ individuals at the same time that they are employed by LGEI.

9. LGEI is not involved in the day-to-day operation of LGEUSA.

10. LGEUSA has never owned any shares in LG.Philips Displays ("LPD") or its subsidiaries ("LPD"). LPD has never owned any shares of LGEUSA.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 4th day of November, 2014 in Englewood Cliffs, New Jersey.

By: _____
Richard C. Wingate