JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., and LG Electronics
Taiwan Taipei Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
|---|---|
| | MDL No. 1917 |
| This Document Related to: | **[PROPOSED] ORDER GRANTING LG AND MITSUBISHI ELECTRIC SUBSIDIARIES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| DIRECT PURCHASER ACTIONS | |
| | Judge: Hon. Samuel Conti<br>Date: February 6, 2015<br>Time: 10:00 a.m.<br>Crtrm.: 1, 17th Floor |

1   The LG and Mitsubishi Electronic Subsidiaries' Motion For Summary Judgment
2   ("Motion"), filed by Defendants LG Electronics U.S.A., Inc. ("LGEUSA"), LG Electronics
3   Taiwan Taipei Co., Ltd. ("LGETT"), Mitsubishi Electric US, Inc. ("MEUS") and Mitsubishi
4   Electric Visual Solutions America, Inc.'s ("MEVSA"), came on for hearing.

5   Having read and considered all of the pleadings and documents filed in support of and in
6   opposition to the Motion, and having considered the arguments of counsel, the Court hereby
7   grants the Motion.

8   IT IS SO ORDERED.

11  DATED:

Honorable Samuel Conti
United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:     /s/ *Miriam Kim*
        MIRIAM KIM

Attorneys for Defendants LG Electronics,
Inc., LG Electronics U.S.A., Inc., and LG
Electronics Taiwan Taipei Co., Ltd.