# Exhibit 1

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
202-223-7343

WRITER'S DIRECT FACSIMILE
202-204-7343

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                    JANE B. O'BRIEN
CRAIG A. BENSON                  ALEX YOUNG K. OH
PATRICK S. CAMPBELL              JOSEPH J. SIMONS
CHARLES E. DAVIDOW               ALEXANDRA M. WALSH
KENNETH A. GALLO                 BETH A. WILKINSON
MARK F. MENDELSOHN

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*               ROBERTA A. KAPLAN*
ALLAN J. ARFFA*                  BRAD S. KARP*
ROBERT A. ATKINS*                PATRICK N. KARSNITZ*
JOHN F. BAUGHMAN*                JOHN C. KENNEDY*
LYNN B. BAYARD*                  BRIAN KIM*
DANIEL J. BELLER*                ALAN W. KORNBERG
MITCHELL L. BERG*                DANIEL J. KRAMER*
MARK S. BERGMAN                  DAVID K. LAKHDHIR
BRUCE BIRENBOIM*                 STEPHEN P. LAMB*
H. CHRISTOPHER BOEHNING*         JOHN E. LANGE
ANGELO BONVINO*                  DANIEL J. LEFFELL*
JAMES L. BROCHIN                 XIAOYU GREG LIU*
RICHARD J. BRONSTEIN             JEFFREY D. MARELL*
DAVID W. BROWN*                  MARCO V. MASOTTI*
SUSANNA M. BUERGEL*              EDWIN S. MAYNARD*
JESSICA S. CAREY*                DAVID W. MAYO*
JEANETTE K. CHAN*                ELIZABETH R. McCOLM*
YVONNE Y. F. CHAN*               WILLIAM B. MICHAEL*
LEWIS R. CLAYTON                 TOBY S. MYERSON*
JAY COHEN                        CATHERINE NYARADY*
KELLEY A. CORNISH*               BRAD R. OKUN*
CHRISTOPHER J. CUMMINGS*         KELLEY D. PARKER*
DOUGLAS R. DAVIS*                MARC E. PERLMUTTER*
THOMAS V. DE LA BASTIDE III*     VALERIE E. RADWANER*
ARIEL J. DECKELBAUM*             CARL L. REISNER
ALICE BELISLE EATON*             WALTER G. RICCIARDI
ANDREW J. EHRLICH*               WALTER RIEMAN*
GREGORY A. EZRING*               RICHARD A. ROSEN
LESLIE GORDON FAGEN              ANDREW N. ROSENBERG*
MARC FALCONE*                    JACQUELINE P. RUBIN*
ROSS A. FIELDSTON*               RAPHAEL M. RUSSO*
ANDREW C. FINCH                  JEFFREY D. SAFERSTEIN*
BRAD J. FINKELSTEIN*             JEFFREY B. SAMUELS*
BRIAN P. FINNEGAN*               DALE M. SARRO
ROBERTO FINZI                    TERRY E. SCHIMEK
PETER E. FISCH*                  KENNETH M. SCHNEIDER*
ROBERT C. FLEDER                 ROBERT B. SCHUMER*
MARTIN FLUMENBAUM                JAMES H. SCHWAB*
ANDREW J. FOLEY*                 JOHN M. SCOTT*
HARRIS B. FREIDUS*               STEPHEN J. SHIMSHAK*
MANUEL S. FREY*                  DAVID R. SICULAR*
ANDREW L. GAINES*                MOSES SILVERMAN
MICHAEL E. GERTZMAN*             STEVEN SIMKIN*
ADAM M. GIVERTZ*                 MARILYN SOBEL
SALVATORE GOGLIORMELLA*          AUDRA J. SOLOWAY*
ROBERT D. GOLDBAUM*              SCOTT M. SONTAG*
NEIL GOLDMAN*                    TARUN M. STEWART*
ERIC GOODISON*                   ERIC ALAN STONE*
CHARLES H. GOOGE, JR.*           AIDAN SYNNOTT*
ANDREW G. GORDON*                ROBYN F. TARNOFSKY*
UDI GROFMAN*                     MONICA K. THURMOND*
NICHOLAS GROOMBRIDGE*            DANIEL J. TOAL*
BRUCE A. GUTENPLAN*              LIZA M. VELAZQUEZ*
GAINES GWATHMEY, III             MARIA T. VULLO*
ALAN S. HALPERIN*                LAWRENCE G. WEE*
JUSTIN G. HAMILL*                THEODORE V. WELLS, JR.
CLAUDIA HAMMERMAN*               STEVEN J. WILLIAMS*
GERARD E. HARPER                 LAWRENCE I. WITDORCHIC*
BRIAN S. HERMANN*                MARK B. WLAZLO*
ROBERT M. HIRSH                  JULIA T.M. WOOD
MICHELE HIRSHMAN*                JORDAN E. YARETT*
MICHAEL S. HONG*                 KAYE N. YOSHINO*
DAVID S. HUNTINGTON*             TONG YU*
LORETTA A. IPPOLITO*             TRACEY A. ZACCONE*
JAREN JANGHORBANI*               T. ROBERT ZOCHOWSKI, JR.*
MEREDITH J. KANE*

*NOT AN ACTIVE MEMBER OF THE DC BAR

October 14, 2014

**By Email**

Jeffrey L. Kessler
Eva W. Cole
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
*JKessler@winston.com*
*EWCole@winston.com*

William D. Temko
MUNGER, TOLLES & OLSON
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
*William.Temko@mto.com*

Hojoon Hwang
MUNGER, TOLLES & OLSON
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
*Hojoon.Hwang@mto.com*

David L. Yohai
Adam Hemlock
WEIL, GOTSHAL, & MANGES, LLP
767 Fifth Ave.
New York, NY 10153
*adam.hemlock@weil.com*
*david.yohai@weil.com*

John M. Taladay
Erik Koons
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Ave., NW
Washington, DC 20004
*john.taladay@bakerbotts.com*
*erik.koons@bakerbotts.com*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Letter to Counsel re: Withdrawal of Claims Relating to Finished Product Purchases     2

Christopher M. Curran
Lucius B. Lau
WHITE & CASE LLP
701 13th Street, NW
Washington, DC 20005
*ccurran@whitecase.com*
*alau@whitecase.com*

James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
*jmutchnik@kirkland.com*

Eliot A. Adelson
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
*eadelson@kirkland.com*

James L. McGinnis
Michael Scarborough
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
*jmcginnis@sheppardmullin.com*
*mscarborough@sheppardmullin.com*

Kathy L. Osborn
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
*kathy.osborn@faegrebd.com*

Jeffrey S. Roberts
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
*jeff.roberts@faegrebd.com*

Nathan Lane, III
SQUIRE SANDERS (US) LLP
275 Battery Street
Suite 2600
San Francisco, CA 94111
*nathan.lane@squirepb.com*

Donald A. Wall
SQUIRE SANDERS (US) LLP
Suite 2700
1 E. Washington St.
Phoenix, AZ 85004
*donald.wall@squirepb.com*

*Sharp Elecs. Corp. et al. v. Hitachi, Ltd. et al.*, No. 13-cv-01173-SC;
*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC;
MDL No. 1917, No. 07-cv-5944-SC

Withdrawal of Claims Relating to Finished Product Purchases

Dear Counsel:

      We hereby notify all defendants that Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. do not intend to pursue, and hereby withdraw, any claims relating only to their purchases of CRT televisions containing CRTs that had been purchased by Sharp Roxy Electronics Corporation and Nanjing Sharp Electronics Co., Ltd., as referred to in paragraph 28 of their Second Amended Complaint in *Sharp Elecs. Corp. et al. v. Hitachi, Ltd. et al.*, No. 13-cv-01173-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Letter to Counsel re: Withdrawal of Claims Relating to Finished Product Purchases    3

SC.  Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. accordingly hereby also withdraw all claims under state law (Claims 2-7).

Very truly yours,

*/s/ Craig A. Benson*

Craig A. Benson