# Exhibit 9

```
                                                                    1
  1      IN THE UNITED STATES DISTRICT COURT
  2      NORTHERN DISTRICT OF CALIFORNIA
  3          SAN FRANCISCO DIVISION
  4
              Case Number 07-5944 (SC)
  5            MDL No. 1917
  6
     - - - - - - - - - - - - - - - - - -x
  7  In Re: CATHODE RAY TUBE (CRT)
  8  ANTITRUST LITIGATION
  9  This Document Relates to
 10  ALL ACTIONS
 11  - - - - - - - - - - - - - - - - - -x
 12
 13    VIDEO DEPOSITION OF STEVEN DEASON
 14           Richmond, Virginia
 15        Wednesday, April 23, 2014
 16             SSS 10:58 a.m.
 17
 18              * * * * *
 19
 20
 21
 22
 23
 24
 25
```

61

| | | |
|---|---|---|
| 1 | Q    You said Circuit City might have known | 12:48:36 |
| 2 | at some point in time where a CRT within a CRT | 12:48:38 |
| 3 | finished product had been manufactured.  Is that | 12:48:41 |
| 4 | something that anyone with the company would still | 12:48:43 |
| 5 | know? | 12:48:46 |
| 6 | MR. LAHAD:  Are you talking about the | 12:48:46 |
| 7 | Trust? | 12:48:48 |
| 8 | MS. LIN:  Yes. | 12:48:48 |
| 9 | THE WITNESS:  Again, it would have to be | 12:48:49 |
| 10 | a one on one type of experience where a buyer | 12:48:55 |
| 11 | who went over to see LG and Samsung which we | 12:48:58 |
| 12 | did a couple of times a year go over and see | 12:49:05 |
| 13 | the product, if they happened to see a | 12:49:08 |
| 14 | manufacturing facility, then they would do | 12:49:12 |
| 15 | it, but it wouldn't have been, again, there | 12:49:14 |
| 16 | was no need for us to know where the product, | 12:49:19 |
| 17 | where the CRT was manufactured. | 12:49:23 |
| 18 | BY MS. LIN: | 12:49:25 |
| 19 | Q    Was the identity of the entity making | 12:49:28 |
| 20 | the CRT ever considered by Circuit City as part of | 12:49:32 |
| 21 | the finished product purchasing decisions? | 12:49:36 |
| 22 | A    I wouldn't think so. | 12:49:39 |
| 23 | Q    Do you know for the CRT finished | 12:49:40 |
| 24 | products that Circuit City purchased what | 12:49:48 |
| 25 | percentage of the purchase price was attributable | 12:49:50 |

62

1   to the cost of that CRT?                              12:49:54
2        A    No.                                         12:49:55
3        Q    Would there be a way for Circuit City to    12:49:56
4   determine that information?                           12:49:59
5        A    No.                                         12:50:00
6             MR. GRALEWSKI:  Objection, form.            12:50:02
7   BY MS. LIN:                                           12:50:03
8        Q    You testified before lunch that             12:50:09
9   typically in a cost negotiation with a vendor         12:50:11
10  regarding a CRT finished product that typically a     12:50:16
11  vendor would be the first to throw out a cost         12:50:18
12  term, do you recall that testimony?                   12:50:22
13       A    Yes.                                        12:50:23
14       Q    Was Circuit City typically able to          12:50:24
15  negotiate more favorable cost terms than those        12:50:26
16  starting cost terms provided by a CRT finished        12:50:29
17  product vendor?                                       12:50:31
18            MR. LAHAD:  Vague.                          12:50:34
19            MR. GRALEWSKI:  Objection, form.            12:50:36
20            THE WITNESS:  Reask the question,           12:50:38
21       please.                                          12:50:42
22  BY MS. LIN:                                           12:50:49
23       Q    Was Circuit City ever able to negotiate     12:50:49
24  more favorable cost terms than the starting cost      12:50:52
25  terms provided by a CRT finished product vendor?      12:50:55