# Exhibit 10

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   IN RE:  CATHODE RAY TUBE (CRT)   )
     ANTITRUST LITIGATION,            ) Master File No.
 6                                    )
                                      ) 3:07-cv-05944 SC
 7   _____  )
                                      )
 8   THIS DOCUMENT RELATES TO:        )
                                      )
 9                                    )
     ALL INDIRECT PURCHASER ACTIONS   ) MDL No. 1917
10                                    )
     _____  )
11
12
13
14        VIDEOTAPED DEPOSITION OF JEFFREY FIGONE
15
16             Held at Winston & Strawn
17        101 California Street, 39th Floor
18             San Francisco, California
19
20             Friday, October 19, 2012
21               10:06 a.m. - 1:56 p.m.
22
23
24
25   REPORTED BY:  JAMES BEASLEY, RPR, CA CSR No. 12807
```

2

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
|       | 1  | including myself, then you can answer, but don't                             |
|       | 2  | tell her things that you talked to your lawyers                              |
|       | 3  | about.                                                                       |
|       | 4  |     Why don't you read the question back to              |
| 11:38 | 5  | him.                                                                         |
|       | 6  |     (Record read as follows:                             |
|       | 7  |     Question: "Specific to the Sharp                     |
|       | 8  |     television set, do you have any                      |
|       | 9  |     personal knowledge whether the                       |
|       | 10 |     specific Sharp television set that you               |
|       | 11 |     purchased in 1999 or 2000 contains a                 |
|       | 12 |     CRT?")                                               |
|       | 13 |     THE WITNESS: At that time, no.                       |
|       | 14 | BY MS. DONOVAN:                                                              |
| 11:39 | 15 |     Q.   At any time?                     |
|       | 16 |     A.   No.                              |
|       | 17 |     Q.   Do you still have the Sharp television set |
|       | 18 | today?                                                                       |
|       | 19 |     A.   No.                              |
| 11:39 | 20 |     Q.   Do you have any documents, like an owner's |
|       | 21 | manual or something else, that would verify that the                         |
|       | 22 | Sharp television set you purchased in 1999 or 2000                           |
|       | 23 | contains a CRT or not?                                                       |
|       | 24 |     A.   No.                              |
| 11:39 | 25 |     Q.   Assuming for a moment that the Sharp |

JEFFREY FIGONE

BARKLEY
Court Reporters

```
 1       television set does contain a CRT --
 2           A.   Uh-huh.
 3           Q.   -- do you know who manufactured the CRT
 4       inside the Sharp television?
 5           A.   No.
 6           Q.   Is it possible that the CRT was
 7       manufactured by Sharp?
 8                MR. GRALEWSKI:  Object to the form.  Calls
 9       for speculation.
10                MS. DONOVAN:  You may answer.
11                THE WITNESS:  I don't know.
12       BY MS. DONOVAN:
13           Q.   Do you know where the CRT was manufactured?
14           A.   No.
15           Q.   Do you know where the CRT was first sold?
16           A.   No.
17           Q.   Is there any way for you to find out who
18       manufactured the CRT that you think was inside the
19       Sharp television?
20                MR. GRALEWSKI:  Object to the form.  Vague
21       and ambiguous.  Calls for a legal conclusion.
22                If you understand the question, you need to
23       answer.  Do you want the question read back to you?
24                THE WITNESS:  One more -- read back,
25       please.
```

70