# Exhibit 11

```
                                                              1
 1      IN THE UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA
 3           SAN FRANCISCO DIVISION
 4
                Case Number 07-5944 (SC)
 5              MDL No. 1917
 6
       - - - - - - - - - - - - - - - - - -x
 7     In Re: CATHODE RAY TUBE (CRT)
 8     ANTITRUST LITIGATION
 9     This Document Relates to
10     ALL ACTIONS
11     - - - - - - - - - - - - - - - - - -x
12
13       VIDEO DEPOSITION OF BRANDY FOSE
14            Richmond, Virginia
15          Wednesday, April 23, 2014
16              9:00 a.m.
17
18            * * * * *
19
20
21
22
23
24
25
```

|  |  | 24 |
|---|---|---|
| 1 | Stores, Inc? | 09:16:41 |
| 2 | MS. LIN:  Strike that. | 09:16:41 |
| 3 | BY MS. LIN: | 09:16:42 |
| 4 | Q    In this litigation is the Circuit City | 09:16:42 |
| 5 | Liquidating Trust bringing claims based | 09:16:44 |
| 6 | exclusively on the purchases and sales made by | 09:16:47 |
| 7 | Circuit City Stores, Inc? | 09:16:51 |
| 8 | A    Yes. | 09:16:51 |
| 9 | Q    So to clarify.  There are no other | 09:16:52 |
| 10 | debtors who are part of Circuit City Liquidating | 09:16:54 |
| 11 | Trust on which this Trust is bringing claims in | 09:16:56 |
| 12 | this litigation? | 09:17:00 |
| 13 | A    Correct. | 09:17:01 |
| 14 | Q    Going forward, when I refer to Circuit | 09:17:02 |
| 15 | City, I will be referring to Circuit City Stores, | 09:17:03 |
| 16 | Inc. | 09:17:05 |
| 17 | Do you understand? | 09:17:07 |
| 18 | A    Yes. | 09:17:07 |
| 19 | Q    Great.  Did Circuit City ever purchase | 09:17:08 |
| 20 | stand alone CRTs? | 09:17:13 |
| 21 | A    Stand alone as in just the tube? | 09:17:16 |
| 22 | Q    Correct. | 09:17:18 |
| 23 | A    Not that I am aware of. | 09:17:18 |
| 24 | Q    To your knowledge, Circuit City only | 09:17:22 |
| 25 | purchased CRTs as components within CRT finished | 09:17:23 |

25

| | | |
|---|---|---|
| 1 | products? | 09:17:27 |
| 2 |     A   My understanding is we only purchased | 09:17:28 |
| 3 | finished products that contain CRTs. | 09:17:30 |
| 4 |     Q   I think we are trying to say the same | 09:17:34 |
| 5 | thing. | 09:17:35 |
| 6 |     A   Sorry. | 09:17:35 |
| 7 |     Q   But you said it more clearly, so thank | 09:17:36 |
| 8 | you, and Circuit City does not manufacture any | 09:17:38 |
| 9 | products, is that correct? | 09:17:44 |
| 10 |     A   Not that I am aware of, no. | 09:17:44 |
| 11 |     Q   What consumer goods that contain CRTs | 09:17:46 |
| 12 | does Circuit City sell on a general level? | 09:17:47 |
| 13 |     A   Televisions and computer monitors. | 09:17:51 |
| 14 |     Q   Did Circuit City sell these CRT finished | 09:17:54 |
| 15 | products throughout the relevant period? | 09:17:58 |
| 16 |     A   Yes. | 09:17:59 |
| 17 |     Q   Do you know when Circuit City first | 09:18:00 |
| 18 | began to sell televisions containing CRTs? | 09:18:05 |
| 19 |     A   Our data goes back to some point in | 09:18:10 |
| 20 | 2005, and I don't recall the exact month.  Sorry | 09:18:12 |
| 21 | 1995. | 09:18:15 |
| 22 | So I don't know if we sold them prior to | 09:18:18 |
| 23 | that to be honest.  That is just what the data | 09:18:20 |
| 24 | shows that we have available. | 09:18:23 |
| 25 |     Q   Do you know when Circuit City | 09:18:25 |