# Exhibit 12

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   (SAN FRANCISCO DIVISION)
 4
 5
 6   IN RE:  CATHODE RAY TUBE (CRT)
 7   ANTITRUST LITIGATION                      Case No.
 8                                             07-5944 SC
 9                                             MDL No. 1917
10   - - - - - - - - - - - - - - - - - - - - - - -
11   This Document Relates to:
12   INDIRECT PURCHASER ACTIONS
13   - - - - - - - - - - - - - - - - - - - - - - -
14              SUPERIOR COURT OF CALIFORNIA
15             CITY AND COUNTY OF SAN FRANCISCO
16   - - - - - - - - - - - - - - - - - - - - - - -
17   STATE OF CALIFORNIA,
18            Plaintiffs
19       vs.                                   Case No.
20                                             CGC-11-51584
21   SAMSUNG SDI, INC., CO., LTD., et al.,
22
23            Defendants.
24   - - - - - - - - - - - - - - - - - - - - - - -
25
```

                                2

ALVIN GUTTMAN                                   **BARKLEY**
                                                Court Reporters

```
 1
 2            VIDEOTAPED TRANSCRIPT of ALVIN GUTTMAN
 3   in the above-entitled matter, as taken by and before
 4   LORRAINE B. ABATE, a Certified Shorthand Reporter,
 5   Registered Professional Reporter, and Notary Public,
 6   held at the offices of White & Case, 701 Thirteenth
 7   Street, NW, Washington, DC, on October 11, 2012,
 8   commencing at time 10:03 a.m., pursuant to Notice.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  Guttman - October 11, 2012
 2        A.     Probably the one I purchased.
 3        Q.     And do you recall what size that was?
 4               MR. GRALEWSKI:  Object to the form.
 5        Asked and answered.
 6        A.     It might have been 17 inches.
 7        Q.     Okay.  Was the manufacturer of the
 8   cathode ray tube inside the monitor important?
 9        A.     Yes.
10        Q.     And why was that important?
11        A.     Because that would affect the overall
12   operability of the monitor.
13        Q.     Do you know who the manufacturer of the
14   cathode ray tube in the monitor was?
15        A.     No.
16        Q.     Was the fact that the product contained
17   a CRT important to you when you purchased the
18   product?
19        A.     Could you rephrase that.
20        Q.     Was it important to you that there was a
21   CRT inside the product?
22        A.     If that was its function, yes.
23        Q.     And how so?
24        A.     I suppose I could have bought an LCD
25   screen also.

                             78
```

ALVIN GUTTMAN

BARKLEY
Court Reporters