# Exhibit 13

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4                        ---o0o---

 5


 6   In Re: CATHODE RAY TUBE (CRT)    )
     ANTITRUST LITIGATION,            )
 7                                    )
                 Plaintiff,           )
 8   _____)   Case No.
                                      )   07-5944 Sc
 9                                    )   MDL No. 1917
     This Document Relates to:        )
10                                    )
     ALL ACTIONS,                     )
11   _____)

12

13

14


15        VIDEOTAPED DEPOSITION OF BARRY KUSHNER

16               FRIDAY, MARCH 2, 2012

17

18

19

20

21

22

23

24

25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR


                            2
```

```
 1        Q.   Mr. Kushner, in your own words, please
 2   describe the claim or claims that you are asserting
 3   in this case.
 4        A.   I'm asserting that due to price-fixing, I
 5   actually paid more for my CRT TVs than I should
 6   have paid.
 7        Q.   What is a cathode ray tube?
 8        A.   CRT, cathode ray tube.
 9        Q.   Do you know anything about a CRT other
10   than its name?
11        A.   No.
12        Q.   Okay.  Throughout this deposition, I am
13   going to refer to cathode ray tubes, as you did, as
14   CRTs, okay?
15        A.   Fine.
16        Q.   What type of products contain CRTs?
17        A.   Televisions, computer monitors.
18        Q.   Anything else?
19        A.   Not to my knowledge.  I am sure there are.
20        Q.   Have you ever personally purchased a CRT?
21        A.   Well, yes.
22        Q.   Let me clarify.  Have you ever personally
23   purchased a CRT standing alone?
24        A.   No.
25        Q.   Have you ever personally purchased a
```

13

Barry Kushner

BARKLEY
Court Reporters

|  |  |  |
|---|---|---|
|  | 1 | Toshiba television was manufactured by someone |
|  | 2 | other than a defendant or an alleged coconspirator? |
|  | 3 | MR. GRALEWSKI:  Object to the form of the |
|  | 4 | question.  Calls for speculation.  Lacks |
| 09:41 | 5 | foundation. |
|  | 6 | THE WITNESS:  Possible. |
|  | 7 | Q.   BY MS. DONOVAN:  Do you know the price |
|  | 8 | that Toshiba paid for the CRT inside your |
|  | 9 | television? |
| 09:42 | 10 | A.   No. |
|  | 11 | Q.   Do you know where the CRT inside your |
|  | 12 | television was manufactured? |
|  | 13 | A.   No. |
|  | 14 | Q.   Do you know where the Toshiba television |
| 09:42 | 15 | was manufactured? |
|  | 16 | A.   No. |
|  | 17 | Q.   And do you know where Toshiba obtained the |
|  | 18 | CRT inside your television? |
|  | 19 | A.   No. |
| 09:42 | 20 | Q.   And if asked by your counsel, would you be |
|  | 21 | willing to open your television to determine if it |
|  | 22 | contains a CRT manufactured by a defendant in this |
|  | 23 | case and/or to determine the size of the CRT |
|  | 24 | contained in your television? |
| 09:42 | 25 | A.   Yes. |

46

Barry Kushner

BARKLEY
Court Reporters