# Exhibit 14

Page 1

1        UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
2            SAN FRANCISCO DIVISION
3     _____
                                         )
4     IN RE: CATHODE RAY TUBE (CRT)      )
      ANTITRUST LITIGATION               )
5     _____) No. 07-cv-05944 SC
                                         ) MDL No. 1917
      This Document Relates to:          )
6     ...(continuing caption page 2)     )
                                         )
      _____)
7
8        SUPERIOR COURT OF THE STATE OF CALIFORNIA
              CITY AND COUNTY OF SAN FRANCISCO
9     _____
                                         )
10    STATE OF CALIFORNIA, et al.,       )
                                         )
11              Plaintiffs,              )
                                         ) No. CGC-11-515784
12         v.                            )
                                         )
13    SAMSUNG SDI, INC., CO., LTD,       )
      et al.,                            )
14              Defendants.              )
      _____)
15
16              HIGHLY CONFIDENTIAL
17         DEPOSITION OF LG ELECTRONICS
18                YUN SEOK LEE
19          San Francisco, California
20         Wednesday, July 11, 2012
21                 Volume I
22    Reported by:
      SUZANNE F. BOSCHETTI
23    CSR No. 5111
24
25

```
                                                           Page 72
 1        Q    Okay.  And this component was purchased      01:44:05
 2   externally as well?                                    01:44:08
 3        A    Yes, that is my understanding.               01:44:13
 4        Q    And was the cabinet purchased externally?    01:44:15
 5        A    Yes, we outsource them and purchase them     01:44:25
 6   from the third party.                                  01:44:32
 7        Q    All right.  So then the -- the               01:44:36
 8   manufacturing facility would put this all together     01:44:38
 9   and you end up with a CRT television, right?           01:44:40
10        A    Yes.  That's correct.                        01:44:54
11        Q    Of the components you listed for me,         01:45:00
12   what -- what is the most expensive component?          01:45:03
13        A    The CPT is the most expensive one.           01:45:14
14        Q    And approximately what percentage of the     01:45:18
15   total material cost of a CRT color television is       01:45:21
16   accounted for by the CPT?                              01:45:28
17        A    From what I heard at the time, I believe it  01:45:48
18   took up about 60 to 70 percent.                        01:45:51
19        Q    Does a color picture tube have any           01:45:58
20   independent utility outside its use as a component     01:46:02
21   in a finished product containing a color picture       01:46:07
22   tube?                                                  01:46:11
23             MR. MUDGE:  Object to the form.              01:46:12
24             THE WITNESS:  I don't think so.              01:46:18
25   BY MR. SPECKS:                                         01:46:46
```

Page 73

| | | |
|---|---|---|
| 1 | Q    I mean, if you don't put it into a color | 01:46:46 |
| 2 | television or some other finished product, it | 01:46:49 |
| 3 | doesn't perform any function, does it? | 01:46:52 |
| 4 | MR. MUDGE:  Object to the form.  Asked and | 01:46:57 |
| 5 | answered. | 01:46:58 |
| 6 | THE WITNESS:  Yes, I believe so, but I have | 01:47:14 |
| 7 | never thought about it before. | 01:47:17 |
| 8 | BY MR. SPECKS: | 01:47:18 |
| 9 | Q    I suppose you could use it as a piece of | 01:47:19 |
| 10 | sculpture, right? | 01:47:21 |
| 11 | A    Right. | 01:47:29 |
| 12 | Q    Can you give me some estimate as to the | 01:47:37 |
| 13 | dollar volume, annual volume of sales of color CRT | 01:47:41 |
| 14 | televisions in the United States for the years 1995 | 01:47:50 |
| 15 | through 2007? | 01:47:54 |
| 16 | MR. MUDGE:  Object to the form. | 01:48:03 |
| 17 | THE WITNESS:  Actually, I'm not exactly | 01:48:45 |
| 18 | sure about years up to 2000, but in year 2001 I | 01:48:48 |
| 19 | would say maybe 1 million units.  You want me to go | 01:48:57 |
| 20 | over these by year, right? | 01:49:02 |
| 21 | BY MR. SPECKS: | 01:49:04 |
| 22 | Q    If you can. | 01:49:04 |
| 23 | A    I believe about 1 million unit was sold in | 01:49:14 |
| 24 | 2001, and between 2002 to 2004 I believe about | 01:49:31 |
| 25 | 200,000 to 300,000 units were sold annually, but I'm | 01:49:40 |