# Exhibit 17

**Brian Luscher**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

—————————————————————

This Document Relates to:

ALL INDIRECT PURCHASER ACTIONS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Master File No.
CV-07-5944 SC

MDL No. 1917


DEPOSITION OF

BRIAN LUSCHER


APRIL 25, 2012

9:00 A.M.


2929 North Central Avenue, Suite 2100

Phoenix, Arizona


SOMMER E. GREENE, CSR, RPR, CR No. 50622

1

**Brian Luscher**

1    Q.      Just again --

2    A.      I'm sorry.

3    Q.      Let's try and let me finish my question

4    before you answer.

5    A.      Yes, I'm sorry.

6    Q.      So just to clarify, you do not recall

7    specifically that the manual or the warranty

8    information stated that there was a CRT inside the

9    Philips television?

10    A.      I don't recall for certain, no.

11    Q.      Okay.  Do you know who manufactured the

12    CRT you believe was inside the Philips television?

13    A.      No.

14    Q.      Do you know whether Hitachi defendant

15    manufactured the CRT that you believe was contained

16    in the television you purchased?

17    A.      I don't know.

18    Q.      Are you aware that there are other

19    manufacturers of CRTs other than the defendants that

20    are named in this case?

21    A.      Yes.

22    Q.      Is it possible that a company that is not

23    a defendant manufactured the CRT you believe is

24    inside the Philips television you purchased?

25              MS. RUSSELL:  Objection.  Calls for

49