# Exhibit 21

```
                                                                    1

1              IN THE UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                      SAN FRANCISCO DIVISION
4    In re:  CATHODE RAY TUBE     ) Case No. 07-5944 (SC)
     (CRT) ANTITRUST LITIGATION,  )
5    _____ ) MDL No. 1917
                                  )
6    This Document Relates to:    )
                                  )
7    ALL ACTIONS                  )
8
9
10              ORAL AND VIDEOTAPED DEPOSITION OF
11                        JOHN O'DONNELL
12                         MAY 20, 2014
13
14
15             VIDEOTAPED DEPOSITION of JOHN
16   O'DONNELL, produced as a witness at the instance of
17   the Defendants LG Electronics, Inc. and LG Electronics
18   U.S.A., Inc., and duly sworn, was taken in the
19   above-styled and numbered cause on the 20th of May,
20   2014, from 8:57 a.m. to 6:50 p.m., before Audra B.
21   Paty, CSR in and for the State of Texas, reported by
22   machine shorthand, at the offices of Susman Godfrey
23   LLP, 901 Main Street, Suite 5100, in the City of
24   Dallas, County of Dallas, State of Texas, pursuant to
25   Notice and the Federal Rules of Civil Procedure.
```

                                                                18

1   exposed to that specific terminology.
2       Q.  When you were at CompuCom, did you refer to
3   CRT monitors -- strike that.  When you were at
4   CompuCom, what did you refer to CRT monitors as?
5   Would CRT monitor be the proper term?
6       A.  Actually, we really just refer to them as
7   monitors.
8       Q.  Once LCD monitors were introduced, did you
9   have a terminology that distinguished between the two?    09:10:28
10      A.  Not really.  Generally there was actually
11  confusion because a monitor is a monitor and it
12  displays information.  And so as the LCDs gained in
13  popularity, there was just a migration, but you kind
14  of referred to everything as a monitor or display, but
15  generally the term monitor was used.
16      Q.  Did CompuCom ever purchase standalone CRTs,     09:10:56
17  so not CRTs contained within a monitor, but standalone
18  the part itself?
19      A.  No.
20      Q.  Did CompuCom only purchase CRTs, then, as a
21  component of a finished product?
22      A.  Yes, that's correct.
23      Q.  Did CompuCom ever manufacture any products
24  itself that contained CRTs?
25      A.  No.

148

1  information?
2      A.  No.
3      Q.  Did CompuCom have any reason to have a
4  preference as to which entity had manufactured the CRT
5  in -- CRT products it purchased?
6      A.  No.
7      Q.  Did CompuCom ever know where the CRT within        14:31:28
8  the CRT products it purchased was manufactured?
9      A.  No.
10     Q.  Did CompuCom ever know where the CRT within
11 the CRT products it purchased was first shipped to
12 after it had been manufactured?
13     A.  No.
14     Q.  Would there be a way to find that information
15 out?
16         MR. GRALEWSKI:  Objection, form.
17     A.  We would have to rely on the manufacturer of     14:31:59
18 the CRT product.  They would have that information.
19 We don't.  We never pursued it.  There was never a
20 need to pursue that information to our knowledge.
21     Q.  (BY MS. LIN)  Do you know for the CRT
22 products that CompuCom purchased what percentage of
23 the purchase price is attributable to the cost of the
24 CRT within the CRT product?
25         MR. SMITH:  Objection.

```
                                                                    149
 1        A.   We don't have that information.
 2        Q.   (BY MS. LIN)  Did CompuCom track its profit      14:32:40
 3   margins on its CRT product purchases?
 4        A.   Not directly, no.
 5        Q.   Was there an indirect way that CompuCom's
 6   profit margins were tracked for its CRT product
 7   purchases?                                                 14:32:59
 8        A.   Indirectly, yes.  In a loose sort of manner,
 9   yes.
10        Q.   And how did that work?
11        A.   Well, it's -- it's up to the accounting --
12   the accounting department really to close our books
13   every month and quarter.  And they do that -- there's
14   a variety of transactions, journal entries, and           14:33:27
15   adjustments that occur downstream of the invoice that
16   ultimately affect our margins on CRT returns.  And --
17   and so finance doesn't specifically -- and accounting
18   they don't specifically look at CRTs.  They look at
19   the product business because that's how we report to
20   our investors and our owners.                              14:33:59
21             And so if there was a desire to look
22   specifically at CRT, then there would be additional
23   analysis to do that.  And it's -- it's very labor
24   intensive to get down and peel apart all of the
25   finance numbers, all of that flow to look at a             14:34:27
```