# Exhibit 24

2

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    IN RE: CATHODE RAY TUBE (CRT) )
      ANTITRUST LITIGATION           )
 6                                   )
      _____ )
 7                                   ) No. 07-5944 SC
                                     ) MDL No. 1917
 8    This Document Relates to:      )
                                     )
 9    ALL ACTIONS                    )
                                     )
10    _____ )
11      VIDEOTAPED 30(B)(6) DEPOSITION UPON ORAL EXAMINATION
12                             OF
13                 COSTCO WHOLESALE CORPORATION
14                      GEOFFREY SHAVEY
15
16                         9:04 A.M.
17                     DECEMBER 7, 2012
18              1209 THIRD AVENUE, SUITE 4800
19                    SEATTLE, WASHINGTON
20
21
22
23
24    REPORTED BY: JULIE R. HEAD, CRR, RPR, CCR No. 3119
25
```

64

1  the same day.
2      Q.  (BY MR. EMANUELSON:)  And that's true for
3  monitors, as well?
4      A.  Yes.  All product is handled the same through
5  the distribution center.
6          MR. GRALEWSKI:  Same objection.
7      Q.  (BY MR. EMANUELSON:)  What if you have an
8  excess -- Is there -- Is there ever excess inventory in
9  the depot or is it really adjusted time system, as they
10 say?
11         THE REPORTER:  Adjusted time system?
12         MR. EMANUELSON:  As they say, which I did not
13 need to say.
14         THE WITNESS:  The -- The whole premise of the
15 distribution center is across dock, so in one side, out
16 the other side.
17     Q.  (BY MR. EMANUELSON:)  Just one more question on
18 procurement until we get to sales.  Does -- In your
19 recollection, from 1995 to 2007, did Costco ever
20 purchase a CRT as a stand-alone product?
21         MR. GRALEWSKI:  Object to the form.  Outside
22 the scope.
23         MR. WEISS:  And object as vague, as well.
24         THE WITNESS:  Meaning not finished goods?
25     Q.  (BY MR. EMANUELSON:)  Not as incorporated into

65

1    either a television, a monitor, a karaoke machine, or a
2    surveillance system.
3         A.   No.  All finished product.
4         Q.   Great.
5              So, moving to sales and pricings, Mr. Shavey.
6    Find that spot in my outline.
7              So, you mentioned, at least in your position
8    as the buyer for televisions, that you had authority --
9    or responsibility for making decisions on price; is that
10   right?
11        A.   Yes.
12        Q.   Okay.  How did -- And you said you had a
13   superior, Mr. Prescott, correct?
14        A.   Yes.
15        Q.   And he had some involvement in the pricing
16   decisions, as well; is that right?
17        A.   He was my boss, yes.
18        Q.   How often did Mr. -- Or what was the extent of
19   Mr. Prescott's involvement in pricing decisions?
20        A.   It really depended.  I mean, as I was
21   committing to SKUs, I would run it by him, and some
22   things he'd say, great; other things he would ask
23   questions on.  So, it just -- it depended.  I mean, I
24   would always try to keep him informed.
25        Q.   And what involvement, if any, did people below