# Exhibit 31

```
 1                 UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                   (SAN FRANCISCO DIVISION)
 4
 5      - - - - - - - - - - - - - - - - - - - - - -
 6    IN RE:  CATHODE RAY TUBE (CRT)
 7    ANTITRUST LITIGATION                           Case No.
 8                                                   07-5944 SC
 9                                                   MDL No. 1917
10      - - - - - - - - - - - - - - - - - - - - - -
11    This Document Relates to:
12    INDIRECT PURCHASER ACTIONS
13      - - - - - - - - - - - - - - - - - - - - - -
14                 SUPERIOR COURT OF CALIFORNIA
15                CITY AND COUNTY OF SAN FRANCISCO
16      - - - - - - - - - - - - - - - - - - - - - -
17    STATE OF CALIFORNIA,
18                Plaintiffs
19        vs.                                        Case No.
20                                                   CGC-11-51584
21    SAMSUNG SDI, INC., CO., LTD., et al.,
22
23                Defendants.
24      - - - - - - - - - - - - - - - - - - - - - -
25
```

2

```
 1
 2           VIDEOTAPED TRANSCRIPT of LOUISE WOOD in
 3   the above-entitled matter, as taken by and before
 4   LORRAINE B. ABATE, a Certified Shorthand Reporter and
 5   Notary Public of the State of New York and Registered
 6   Professional Reporter, held at the offices of Weil
 7   Gotshal & Manges 767 5th Avenue, New York, New York,
 8   on October 15, 2012, commencing at 10:18 a.m.,
 9   pursuant to Notice.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                    Wood - October 15, 2012
2        Q.    Did anyone else ever open the TV for
3   repair or anything?
4        A.    They did not.
5        Q.    Do you know if CRTs come in different
6   sizes?
7        A.    I do not.
8        Q.    Do you know what size the CRT was inside
9   your TV?
10       A.    I do not.
11       Q.    When you got the TV, did it come with an
12  owner's manual?
13       A.    I believe it did.
14       Q.    Do you still have the owner's manual?
15       A.    I do not.
16       Q.    Do you know who manufactured your TV?
17       A.    Toshiba manufactured the television.
18       Q.    Do you know if Toshiba actually made the
19  TV or someone else made the TV and Toshiba stuck its
20  label on it?
21       A.    I do not.
22       Q.    Do you know where the manufacturer
23  purchased the CRT that went inside the TV?
24       A.    I do not.
25       Q.    And you don't know who manufactured the
```

84

```
 1                   Wood - October 15, 2012
 2   CRT that was inside the TV?
 3              MR. GRALEWSKI:  Objection.  Asked and
 4        answered.
 5        A.     I do not.
 6        Q.     Are you aware that there are other CRT
 7   manufacturers besides the defendants in this case?
 8        A.     I am.
 9              MR. GRALEWSKI:  Hold on a second.  I'm
10        going to object to the form as asked and
11        answered.  You asked identical questions before
12        the break and I would really encourage you not
13        to ask identical questions of this witness who
14        is making herself available today.  So objection
15        to the form.  Asked and answered.
16        A.     I am.
17        Q.     So companies that sell CRT products like
18   Costco, in your opinion, do they generally compete
19   for business?
20        A.     Yes.
21        Q.     Who do you perceive as Costco's main
22   competitors?
23              MR. GRALEWSKI:  Object to the form.
24        Vague and ambiguous, calls for a narrative.
25        A.     Sam's Club.
```

LOUISE WOOD

BARKLEY
Court Reporters