# Exhibit 33

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
         rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
         aheaven@crowell.com

Counsel for Plaintiff ViewSonic Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:14-cv-02510 | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:14-cv-02510<br><br>**PLAINTIFF VIEWSONIC CORPORATION'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC US, INC., AND MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC.'S FIRST SET OF INTERROGATORIES** |

PROPOUNDING PARTY:   Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.

RESPONDING PARTY:   Plaintiff ViewSonic Corporation

SET NO.:   ONE

-1-

VIEWSONIC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MITSUBISHI DEFENDANTS' INTERROGATORIES

CROWELL & MORING LLP
ATTORNEYS AT LAW

DCACTIVE-29292781.2

**INTERROGATORY NO. 5:**

For each purchase of a CRT or CRT Product Identified in Interrogatory No. 3, state whether the CRT or CRT Product was purchased as part of a system or other bundled product and, if so, the value of each component of such system or bundled product, including without limitation the value of any insurance plans or warranties. As part of Your response, Identify each Document that You contend supports Your response.

**RESPONSE TO INTERROGATORY NO. 5:**

ViewSonic refers to and incorporates its General Objections as though set forth fully herein. ViewSonic further objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, and oppressive, particularly in that seeks ViewSonic to identify and value each component of every CRT Product that ViewSonic purchased over a 12 year period. ViewSonic further objects to this Interrogatory on the ground that it seeks information not relevant to the claims or defenses of any party in this litigation. ViewSonic further objects to this Interrogatory on the grounds that the terms "system or bundled product," "value" and "component" are vague and ambiguous.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

ViewSonic refers to and incorporates each of the General and Specific Objections identified in its initial Response to Interrogatory No. 5. Subject to and without waiving any of these foregoing objections, ViewSonic states that it purchased CRT Products, not individual CRTs. After a reasonable search and investigation, ViewSonic further states that it did not bundle other goods with its CRT Product purchases, but some agreements required ViewSonic's suppliers to provide warranties for their CRT Products. Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, ViewSonic further refers Defendants to the agreements produced as VIEW_CRT00040419, VIEW_CRT00040458, VIEW_CRT00040522, VIEW_CRT00040524, VIEW_CRT00040526, VIEW_CRT00040528, VIEW_CRT00040535, VIEW_CRT00040536, VIEW_CRT00040600, VIEW_CRT00040673, VIEW_CRT00040738, VIEW_CRT00040739, VIEW_CRT00040777, VIEW_CRT00040811, VIEW_CRT00040846, VIEW_CRT00040916, VIEW_CRT00040987, VIEW_CRT00041042, VIEW_CRT00041078, VIEW_CRT00041115,

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

VIEWSONIC'S SUPPLEMENTAL RESPONSES AND
OBJECTIONS TO MITSUBISHI DEFENDANTS'
INTERROGATORIES

VIEW_CRT00041130, VIEW_CRT00041145, VIEW_CRT00041208, VIEW_CRT00041214, VIEW_CRT00041221, VIEW_CRT00041317, VIEW_CRT00041322, VIEW_CRT00041325, VIEW_CRT00041327, VIEW_CRT00041328, VIEW_CRT00041337, VIEW_CRT00041343, VIEW_CRT00041346, VIEW_CRT00041351, VIEW_CRT00041356, VIEW_CRT00041361, VIEW_CRT00041366, VIEW_CRT00041371, VIEW_CRT00041376, VIEW_CRT00041454, VIEW_CRT00041455, VIEW_CRT00041508, and VIEW_CRT00041538. ViewSonic did not track the value of the warranty "component" in these agreements in the ordinary course of business. Discovery in this matter is ongoing, and ViewSonic reserves the right to supplement and/or revise this response as appropriate.

**INTERROGATORY NO. 6:**

For each purchase of a CRT or CRT Product Identified in Interrogatory No. 3, state whether the purchase was made on the spot market or pursuant to a purchasing or other agreement, including without limitation a broker or agent agreement. As part of Your response, Identify each Document that You contend supports Your response.

**RESPONSE TO INTERROGATORY NO. 6:**

ViewSonic refers to and incorporates its General Objections as though set forth fully herein. ViewSonic further objects to this Interrogatory on the grounds that the terms "spot market," "broker agreement," and "agent agreement" are vague and ambiguous. ViewSonic further objects to this Interrogatory on the grounds that the information it seeks is not relevant to the claims or defenses of any party. ViewSonic further objects to this Interrogatory on the grounds that it is unduly burdensome and oppressive to identify the nature of every agreement governing every purchase of each CRT Product over a 12 year period.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

ViewSonic refers to and incorporates each of the General and Specific Objections identified in its initial Response to Interrogatory No. 6. Subject to and without waiving any of these foregoing objections, after a reasonable search and investigation, ViewSonic states that it purchased CRT Products pursuant to OEM agreements and purchase orders. ViewSonic has already produced such documents and the burden of identifying and linking them to each and

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

VIEWSONIC'S SUPPLEMENTAL RESPONSES AND
OBJECTIONS TO MITSUBISHI DEFENDANTS'
INTERROGATORIES