# Exhibit 34

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                         ---oOo---
 5
 6
 7
    In Re: CATHODE RAY TUBE (CRT)    )
 8  ANTITRUST LITIGATION,            )
                                     )
 9                  Plaintiff,       )
    _____    )   Case No.
10                                   )   07-5944 Sc
                                     )   MDL No. 1917
11  This Document Relates to:        )
                                     )
12  ALL ACTIONS,                     )
    _____    )
13
14
15
16
17     VIDEOTAPED DEPOSITION OF JANET ACKERMAN
18             WEDNESDAY, MARCH 14, 2012
19
20
21
22
23
24
25  REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

```
            1      Q.   How important was the price?
            2      A.   I didn't really know any prices.  Whatever
            3  they charged.
            4      Q.   Did you have a budget when you went in?
09:13       5      A.   No.
            6      Q.   Was the brand important to you?
            7      A.   No.
            8      Q.   Did you consider any other brands besides
            9  Toshiba?
09:13      10      A.   No.
           11      Q.   Was the quality important to you?
           12           MR. GRALEWSKI:  Object to the form.  Vague
           13  and ambiguous.
           14      Q.   BY MS. FREDA:  Do you understand?
09:13      15      A.   Somewhat.
           16      Q.   What about durability, was that important
           17  to you?
           18      A.   Yes.
           19      Q.   Was the brand of the CRT inside the TV an
09:13      20  important feature to you?
           21      A.   I can't say about that.  I know nothing
           22  about -- anything about that inside.
           23      Q.   So at the time of the purchase, you didn't
           24  know the company that manufactured the CRT inside
09:14      25  your TV?
```

17

Janet Ackerman

BARKLEY
Court Reporters

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | A.   No.                                                        |
|       | 2  | Q.   Was the fact that the product contained a                  |
|       | 3  | CRT important to you when you purchased it?                     |
|       | 4  | A.   I never thought about it.                                  |
| 09:14 | 5  | Q.   And at the time of the purchase, did you                   |
|       | 6  | consider purchasing an LCD TV?                                  |
|       | 7  | A.   I don't know if they were around then.                     |
|       | 8  | Q.   What about a plasma TV, did you consider                   |
|       | 9  | that?                                                           |
| 09:14 | 10 | A.   I don't think that was around then either.                 |
|       | 11 | I am not sure.  I probably didn't.                              |
|       | 12 | Q.   Okay.  Where did you purchase the Toshiba                  |
|       | 13 | TV?                                                             |
|       | 14 | A.   At P.C. Richard.                                           |
| 09:14 | 15 | Q.   Why from P.C. Richard?                                     |
|       | 16 | A.   They are very reliable.                                    |
|       | 17 | Q.   How do you know that they're reliable?                     |
|       | 18 | A.   I buy everything there.                                    |
|       | 19 | Q.   So it was important to you to purchase a                   |
| 09:14 | 20 | product from P.C. Richard?                                      |
|       | 21 | A.   Yes.                                                       |
|       | 22 | MR. GRALEWSKI:  Object to the form of the                       |
|       | 23 | question.  Misstates testimony.                                 |
|       | 24 | Q.   BY MS. FREDA:  Did you visit the store                     |
| 09:14 | 25 | personally?                                                     |

18

Janet Ackerman

BARKLEY
Court Reporters