DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
E-mail: david.yohai@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-7400
E-mail:  jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.:  3:07-cv-05944 SC<br>MDL No. 1917<br>Judge: Hon. Samuel Conti |
| This Document Relates to: | |
| ALL INDIRECT-PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS** |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |

| | | |
|---|---|---|
| 1 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | ) ) |
| 2 | | ) |
| 3 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | ) ) ) |
| 4 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | ) ) ) |
| 5 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; | ) ) |
| 6 | | ) |
| 7 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; | ) ) |
| 8 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; | ) ) |
| 9 | | ) |
| 10 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | ) ) |
| 11 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; | ) ) |
| 12 | | ) |
| 13 | *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | ) ) |
| 14 | *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; | ) ) |
| 15 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | ) ) |
| 16 | | ) |
| 17 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | ) ) ) |
| 18 | | ) |
| 19 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | ) ) |
| 20 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; | ) ) |
| 21 | | ) |
| 22 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 | ) ) |
| 23 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510 | ) ) ) |
| 24 | | ) |

   Defendants' Joint Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs ("IPPs") and Certain Direct Action Plaintiffs ("DAPs," and together with IPPs, "Plaintiffs") for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws (the "Motion") having come before the Court, the Court having considered all relevant

---

[PROPOSED] ORDER GRANTING DEFS.' JOINT MOT. FOR P. SUMM J.          MDL No. 1917
AGAINST IPPS AND CERTAIN DAPS FOR LACK OF ANTITRUST INJURY    Master No. 3:07-cv-05944-SC

1  documents and evidence and having considered the arguments of counsel, and good cause appearing
2  therefore, it is hereby:
3  ORDERED that Defendant's Motion for Partial Summary Judgment is GRANTED in favor
4  of Defendants, and that each of Plaintiffs' claims for relief set forth below are hereby DISMISSED
5  for lack of antitrust injury and antitrust standing.

**I.    FEDERAL CLAIMS**

IT IS ORDERED AND ADJUDGED as follows:

**A.    *IPP Action***

The following claim for relief in the IPPs' Fourth Consolidated Amended Complaint is hereby DISMISSED for lack of antitrust injury and antitrust standing.

    **1.**    Claim for Relief of Plaintiffs and members of the Nationwide Class: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

**B.    *DAP Actions***

The following claim for relief in the following DAP cases is hereby DISMISSED for lack of antitrust injury and antitrust standing.

    **1.**    ***Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513**

        i.    First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

    **2.**    ***Interbond Corp. of Am., d/b/a BrandsMart USA v. Hitachi, Ltd., et al.*, No. 11-cv-06275**

        i.    First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

    **3.**    ***Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. Hitachi, Ltd., et al.*, No. 11-cv-05502**

        i.    First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

  **4.** *Compucom Systems, Inc., v. Hitachi, Ltd., et al.*, **Case No. 11-cv-06396**

    i. First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

  **5.** *Costco Wholesale Corp., v. Hitachi, Ltd., et al.*, **Case No. 11-cv-06397**

    i. First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

  **6.** *Electrograph Systems, Inc.; Electrograph Technologies Corp., v. Hitachi, Ltd., et al.*, **Case No. 11-cv-01656-SC**

    i. First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

  **7.** *Office Depot, Inc., v. Hitachi, Ltd., et al.*, **Case No. 11-cv-06276-SC**

    i. First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

  **8.** *P.C. Richard & Son Long Island Corporation; Marta Cooperative of America, Inc.; and ABC Appliance, Inc., v. Hitachi, Ltd., et al.*, **Case No. 11-cv-02648**

    i. First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

  **9.** *Sears, Roebuck & Co. & Kmart Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, **No. 11-cv-05514**

    i. First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

  **10.** *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, **No. 11-cv-05514**

    i. First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

  **11.** *Tech Data Corporation; Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.*, **Case No. 13-cv-00157**

    i. First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

  **12.** *Schultze Agency Services., LLC on behalf of Tweeter Opco, LLC, et al. v. Hitachi, Ltd., et al.*, **No. 12-cv-02649**

    i. First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

      **13.**    *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510

          i.    First Claim for Relief: Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

## II. STATE-LAW CLAIMS

IT IS FURTHER ORDERED AND ADJUDGED as follows:

### A. *IPP Action*

The following claims for relief in the IPPs' Fourth Consolidated Amended Complaint are DISMISSED for lack of antitrust injury and antitrust standing.

**1.** Claim for Relief of Plaintiffs Jeffrey Figone, Carmen Gonzalez, Dana Ross, Steven Ganz, ("California Plaintiffs") and members of the California Indirect Purchaser Class: Violation of California Cartwright Act, Cal. Bus. & Prof. Code § 16720;

**2.** Claim for Relief of Plaintiff Law Suites ("DC Plaintiff") and members of the District of Columbia Indirect Purchaser Class: Violation of D.C. Code Ann. §§ 28-4501, *et seq.*

**3.** Claim for Relief of Plaintiff Travis Burau ("Iowa Plaintiff") and members of the Iowa Indirect Purchaser Class: Violation of Iowa Code §§ 553.1, *et seq.*

**4.** Claim for Relief of Plaintiff Kerry Lee Hall ("Maine Plaintiff") and members of the Maine Indirect Purchaser Class: Violation of Me. Rev. Stat. Ann. 10, §§ 1101 *et seq.*

**5.** Claim for Relief of Plaintiff Lisa Reynolds ("Michigan Plaintiff") and members of the Michigan Indirect Purchaser Class: Violation of Mich. Comp. Laws Ann. §§ 445.771 *et seq.*

**6.** Claim for Relief of Plaintiffs Misti Walker and Steven Fink ("Nebraska Plaintiffs") and members of the Nebraska Indirect Purchaser Class: Violation of Neb. Rev. Stat. §§ 59-801 *et seq.*

**7.** Claim for Relief of Plaintiff Craig Stephenson ("New Mexico Plaintiff") and members of the New Mexico Indirect Purchaser Class: Violation of N.M. Stat. Ann. §§ 57-1-1 *et seq.*

**8.** Claim for Relief of Plaintiffs Conrad Carty, Janet Ackerman, and Louise Wood ("New York Plaintiffs") and members of the New York Indirect Purchaser Class: Violation of N.Y. Gen. Bus. Law §§ 340 *et seq.*

9. Claim for Relief of Plaintiff Margaret Slagle ("Vermont Plaintiff") and members of the Vermont Indirect Purchaser Class: Violation of Vt. Stat. Ann. 9 §§ 2453 *et seq.*

10. Claim for Relief of Plaintiff John Larch ("West Virginia Plaintiff") and members of the West Virginia Indirect Purchaser Class: Violation of W. Va. Code §§ 47-18-1 *et seq.*

B. *DAP Actions*

The following claims for relief in the following DAP cases are hereby DISMISSED for lack of antitrust injury and antitrust standing.

1. *Compucom Systems, Inc., v. Hitachi, Ltd., et al.*, **Case No. 11-cv-06396**

   i. Second Claim for Relief: Violation of the California Cartwright Act, Cal. Bus. & Prof. Code § 16720; and

   ii. Fourth Claim for Relief: Violation of the New York Donnelly Act, N.Y. Gen. Bus. Law §§ 340 *et seq*.

2. *Costco Wholesale Corp., v. Hitachi, Ltd., et al.*, **Case No. 11-cv-06397**

   i. Second Cause of Action: Violation of the California Cartwright Act, Cal. Bus. & Prof. Code § 16700; and

   ii. Sixth Cause of Action: Violation of the Illinois Antitrust Act, 740 Ill. Code 10/1 *et seq.*

3. *Electrograph Systems, Inc.; Electrograph Technologies Corp., v. Hitachi, Ltd., et al.*, **Case No. 11-cv-01656-SC**

   i. Second Claim for Relief: Violation of the California Cartwright Act, Cal. Bus. & Prof. Code § 16720; and

   ii. Fourth Claim for Relief: Violation of the New York Donnelly Act, N.Y. Gen. Bus. Law §§ 340 *et seq*.

4. *Office Depot, Inc., v. Hitachi, Ltd., et al.*, **Case No. 11-cv-06276-SC**

   i. Third Claim for Relief: Violation of the California Cartwright Act, Cal. Bus. & Prof. Code § 16720.

5. *P.C. Richard & Son Long Island Corporation; Marta Cooperative of America, Inc.; and ABC Appliance, Inc., v. Hitachi, Ltd., et al., Case No. 11-cv-02648*

        i. Second Claim for Relief as Relates to: Violation of State Antitrust Laws for Violation of the Illinois Antitrust Act, Illinois Antitrust Act, 740 Ill. Code 10/1, *et seq.*; Violation of Mich. Comp. Laws §§ 445.771, *et seq.*; and Violation of the New York Donnelly Act, N.Y. Gen. Bus. Law §§ 340 *et seq.*

6. ***Sears, Roebuck & Co. & Kmart Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514**

        i. Second Claim for Relief as Relates to: Violation of the California Cartwright Act, Cal. Bus. & Prof. Code § 16720; and

        ii. Third Claim for Relief as Relates to: Violation of the Illinois Antitrust Act, 740 Ill. Code 10/1 *et seq.*, Violation of Mich. Comp. Laws §§ 445.771, *et seq.*, and Violation of Neb. Rev. Stat. §§ 59-801, *et seq.*

7. ***Tech Data Corporation; Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.*, Case No. 13-cv-00157**

        i. Third Claim for Relief: Violation of the California Cartwright Act, Cal. Bus. & Prof. Code § 16720.

Dated: _____

                                                          Hon. Samuel Conti
                                            United States District Judge