1   DAVID L. YOHAI (*pro hac vice*)
    ADAM C. HEMLOCK (*pro hac vice*)
2   DAVID E. YOLKUT (*pro hac vice*)
    **WEIL, GOTSHAL & MANGES LLP**
3   767 Fifth Avenue
    New York, New York 10153-0119
4   Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
5   E-mail: david.yohai@weil.com

6   BAMBO OBARO (267683)
    **WEIL, GOTSHAL & MANGES LLP**
7   201 Redwood Shores Parkway
    Redwood Shores, California 94065-1175
8   Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
9   E-mail: bambo.obaro@weil.com

10  JEFFREY L. KESSLER (*pro hac vice*)
    A. PAUL VICTOR (*pro hac vice*)
11  EVA W. COLE (*pro hac vice*)
    MOLLY M. DONOVAN (*pro hac vice*)
12  **WINSTON & STRAWN LLP**
    200 Park Avenue
13  New York, New York 10166-4193
    Telephone: (212) 294-6700
14  Facsimile: (212) 294-7400
    E-mail: jkessler@winston.com
15
    *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and*
16  *MT Picture Display Co., Ltd.*

17              **IN THE UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                  **SAN FRANCISCO DIVISION**

19  **In re CATHODE RAY TUBE (CRT)**      )   MDL No. 1917
    **ANTITRUST LITIGATION**              )   Master No. 3:07-cv-05944-SC
20  _____      )
                                          )
21  This Document Relates to:             )   **PANASONIC DEFENDANTS'**
                                          )   **ADMINISTRATIVE MOTION TO FILE**
22  ALL INDIRECT-PURCHASER ACTIONS        )   **UNDER SEAL DEFENDANTS' JOINT**
                                          )   **NOTICE OF MOTION AND MOTION**
23  *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et*  )   **FOR PARTIAL SUMMARY**
    *al.*, No. 11-cv-01656;               )   **JUDGMENT AGAINST INDIRECT**
24                                        )   **PURCHASER PLAINTIFFS AND**
    *Electrograph Sys., Inc., et al. v. Technicolor SA,*  )   **CERTAIN DIRECT ACTION**
25  *et al.*, No. 13-cv-05724;           )   **PLAINTIFFS FOR LACK OF**
                                          )   **ANTITRUST INJURY AND**
26  *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;  )   **ANTITRUST STANDING UNDER**
                                          )   **FEDERAL AND CERTAIN STATE**
27  *Siegel v. Technicolor SA, et al.*, No. 13-cv-  )   **LAWS**
    05261;                                )
28  _____      )

─────────────────────────────────────────────────────────────────

PANASONIC DEFS.' ADMIN. MOT. TO SEAL DEFS.'                    MDL No. 1917
MOT. FOR PARTIAL SUMM. J. FOR LACK OF ANTITRUST INJURY    Master No. 3:07-cv-05944-SC

1  *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513;   )

2  *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;   )

3  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;   )

4  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;   )

5  *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;   )

6  *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;   )

7  *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;   )

8  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;   )

9  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;   )

10  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;   )

11  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;   )

12  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;   )

13  *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;   )

14  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;   )

15  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;   )

16  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;   )

17  *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;   )

18  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157   )

19  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510   )

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") respectfully submit this Administrative Motion for a Sealing Order regarding Defendants' Notice of Motion and Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws ("Defendants' Antitrust Standing Motion"). The following materials are submitted under seal: (a) the highlighted portions of Defendants' Antitrust Standing Motion; and (b) Exhibits 5, 6, 7, 8, 15, 16, 19, 20, 22, 23, 25, 26, 27, 28, 29, 30, and 32 to the concurrently-filed Declaration of David L. Yohai In Support of Defendants' Antitrust Standing Motion (the "Yohai Declaration").

This motion is supported by the Declaration of David E. Yolkut, dated November 7, 2014. *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable."). On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142) (the "Protective Order").

Exhibit 5 to the Yohai Declaration is the April 15, 2014 Expert Report of Indirect Purchaser Plaintiffs' ("IPPs") Expert Janet S. Netz, which the IPPs have designated as "Confidential" under the terms of the Protective Order.

Exhibit 6 to the Yohai Declaration is excerpts from the transcript of the July 17, 2014 deposition of Kenneth Elzinga, the joint expert witness of direct action plaintiffs ("DAPs") Electrograph Systems, Inc. and Electrograph Technologies Corporation ("Electrograph"); Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("Circuit City"); Best Buy Company, Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and Magnolia Hi-Fi, LLC ("Best Buy"); Target Corporation ("Target

Corp."); Interbond Corporation of America (d/b/a BransMart USA) ("Interbond/BrandsMart");

Office Depot, Inc. ("Office Depot"); CompuCom Systems, Inc. ("CompuCom"); Costco Wholesale

Corporation ("Costco"); P.C. Richard & Son Long Island Corporation ("P.C. Richard"); MARTA

Cooperative of America, Inc. ("MARTA"); ABC Appliance, Inc. (d/b/a/ ABC Warehouse) ("ABC

Warehouse"); Schultze Agency Services, LLC ("Tweeter"); Tech Data Corporation and Tech Data

Product Management, Inc. ("Tech Data"); Dell Inc. and Dell Products L.P. ("Dell"); Sears, Roebuck

and Company ("Sears"); Kmart Corporation ("Kmart"); and ViewSonic Corporation ("ViewSonic"),

which those Plaintiffs have designated as "Highly Confidential" under the terms of the Protective

Order.

      Exhibit 7 to the Yohai Declaration is the April 15, 2014 Expert Report of DAPs' Joint Expert

Kenneth Elzinga, which the DAPs have designated as "Highly Confidential" under the terms of the

Protective Order.

      Exhibit 8 to the Yohai Declaration is excerpts from the April 15, 2014 Expert Report of DAP

CompuCom's Expert Alan Frankel, which CompuCom has designated as "Highly Confidential"

under the terms of the Protective Order.

      Exhibit 15 to the Yohai Declaration is excerpts from the transcript of the June 12, 2014

deposition of Frank Lincks, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Electrograph, which

Electrograph has designated as "Highly Confidential" under the terms of the Protective Order.

      Exhibit 16 to the Yohai Declaration is excerpts from the transcript of the June 19, 2014

deposition of Wendy Linsky, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Tech Data, which Tech

Data has designated as "Confidential" under the terms of the Protective Order.

      Exhibit 19 to the Yohai Declaration is excerpts from the transcript of the May 1, 2014

deposition of Nikhil Nayar, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Target Corp. ("Target"),

which Target has designated as "Highly Confidential" under the terms of the Protective Order.

Exhibit 20 to the Yohai Declaration is excerpts from the transcript of the June 27, 2014 deposition of Janet Netz, the IPPs' expert witness, which the IPPs have designated as "Highly Confidential" under the terms of the Protective Order

Exhibit 22 to the Yohai Declaration is excerpts from the transcript of the November 12, 2013 deposition of Thomas Pohmer, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff P.C. Richard, which P.C. Richard has designated as "Confidential" under the terms of the Protective Order.

Exhibit 23 to the Yohai Declaration is excerpts from the transcript of the April 24, 2014 deposition of Chris Re, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Tweeter, which Tweeter has designated as "Confidential" under the terms of the Protective Order.

Exhibit 25 to the Yohai Declaration is excerpts from the transcript of the July 11, 2014 deposition of James A. Smith, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Sears, which Sears has designated as "Highly Confidential" under the terms of the Protective Order.

Exhibit 26 to the Yohai Declaration is excerpts from the transcript of the July 18, 2014 deposition of James A. Smith, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Kmart, which Kmart has designated as "Highly Confidential" under the terms of the Protective Order.

Exhibit 27 to the Yohai Declaration is excerpts from the transcript of the March 27, 2014 deposition of Constantin Tanas, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff ABC Warehouse, which ABC Warehouse has designated as "Confidential" under the terms of the Protective Order.

Exhibit 28 to the Yohai Declaration is excerpts from the transcript of the February 14, 2014 deposition of Robert Thompson, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff MARTA, which MARTA has designated as "Confidential" under the terms of the Protective Order.

Exhibit 29 to the Yohai Declaration is excerpts from the transcript of the July 24, 2014 deposition of Randall Wick, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Office Depot, which Office Depot has designated as "Highly Confidential" under the terms of the Protective Order.

1    Exhibit 30 to the Yohai Declaration is excerpts from the transcript of the June 24, 2014

2  deposition of Todd Williams, employee of Plaintiff Target, which Target has designated as "Highly

3  Confidential" under the terms of the Protective Order.

4    Exhibit 32 to the Yohai Declaration is excerpts from the transcript of the October 10, 2014

5  deposition of Bonny Cheng, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff ViewSonic, which

6  ViewSonic has designated as "Highly Confidential" under the terms of the Protective Order.

7

8  Dated:  November 7, 2014          By:  _/s/ Adam C. Hemlock_____
                                    DAVID L. YOHAI (*pro hac vice*)
9                                    E-mail: david.yohai@weil.com
                                    ADAM C. HEMLOCK (*pro hac vice*)
10                                   E-mail: adam.hemlock@weil.com
                                    DAVID E. YOLKUT (*pro hac vice*)
11                                   E-mail: david.yolkut@weil.com
                                    **WEIL, GOTSHAL & MANGES LLP**
12                                   767 Fifth Avenue
                                    New York, New York 10153-0119
13                                   Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007
14

15                                   BAMBO OBARO (267683)
                                    E-mail: bambo.obaro@weil.com
16                                   **WEIL, GOTSHAL & MANGES LLP**
                                    201 Redwood Shores Parkway
17                                   Redwood Shores, California 94065-1175
                                    Telephone: (650) 802-3000
18                                   Facsimile: (650) 802-3100

19                                   JEFFREY L. KESSLER (*pro hac vice*)
                                    E-mail: jkessler@winston.com
20                                   EVA W. COLE (*pro hac vice*)
                                    E-mail: ewcole@winston.com
21                                   MOLLY M. DONOVAN (*pro hac vice*)
                                    E-mail: mmdonovan@winston.com
22                                   **WINSTON & STRAWN LLP**
                                    200 Park Avenue
23                                   New York, New York 10166-4193
                                    Telephone: (212) 294-6700
24                                   Facsimile: (212) 294-7400

25                                   *Attorneys for Defendants Panasonic Corporation,*
                                    *Panasonic Corporation of North America, and*
26                                   *MT Picture Display Co., Ltd.*

27

28

---

PANASONIC DEFS.' ADMIN. MOT. TO SEAL DEFS.'                    MDL No. 1917
MOT. FOR PARTIAL SUMM. J. FOR LACK OF ANTITRUST INJURY    Master No. 3:07-cv-05944-SC