1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  DAVID E. YOLKUT (*pro hac vice*)
   **WEIL, GOTSHAL & MANGES LLP**
3  767 Fifth Avenue
   New York, New York 10153-0119
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  E-mail: david.yohai@weil.com

6  BAMBO OBARO (267683)
   **WEIL, GOTSHAL & MANGES LLP**
7  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9  E-mail: bambo.obaro@weil.com

10 JEFFREY L. KESSLER (*pro hac vice*)
   A. PAUL VICTOR (*pro hac vice*)
11 EVA W. COLE (*pro hac vice*)
   MOLLY M. DONOVAN (*pro hac vice*)
12 **WINSTON & STRAWN LLP**
   200 Park Avenue
13 New York, New York 10166-4193
   Telephone: (212) 294-6700
14 Facsimile: (212) 294-7400
   E-mail: jkessler@winston.com
15
   *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and*
16 *MT Picture Display Co., Ltd.*

17              **IN THE UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                    **SAN FRANCISCO DIVISION**

19 | **In re CATHODE RAY TUBE (CRT)** ) MDL No. 1917
   | **ANTITRUST LITIGATION**       ) Master Case No. 3:07-cv-05944-SC
20 |                                 )
   |                                 ) **[PROPOSED] ORDER GRANTING**
21 | This Document Relates to:       ) **THE PANASONIC DEFENDANTS'**
   |                                 ) **ADMINISTRATIVE MOTION TO FILE**
22 | ALL INDIRECT-PURCHASER ACTIONS  ) **UNDER SEAL DEFENDANTS' JOINT**
   |                                 ) **NOTICE OF MOTION AND MOTION**
23 | *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et* ) **FOR PARTIAL SUMMARY**
   | *al.*, No. 11-cv-01656;         ) **JUDGMENT AGAINST INDIRECT**
24 |                                 ) **PURCHASER PLAINTIFFS AND**
   | *Electrograph Sys., Inc., et al. v. Technicolor SA,* ) **CERTAIN DIRECT ACTION**
25 | *et al.*, No. 13-cv-05724;      ) **PLAINTIFFS FOR LACK OF**
   |                                 ) **ANTITRUST INJURY AND**
26 | *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; ) **ANTITRUST STANDING UNDER**
   |                                 ) **FEDERAL AND CERTAIN STATE**
27 | *Siegel v. Technicolor SA, et al.*, No. 13-cv- ) **LAWS**
   | 05261;                          )
28 |                                 )

| | |
|---|---|
| 1 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; |
| 2 | |
| 3 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; |
| 4 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; |
| 5 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; |
| 6 | |
| 7 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; |
| 8 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; |
| 9 | |
| 10 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; |
| 11 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; |
| 12 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; |
| 13 | |
| 14 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; |
| 15 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; |
| 16 | |
| 17 | *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397; |
| 18 | *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; |
| 19 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; |
| 20 | |
| 21 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; |
| 22 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; |
| 23 | |
| 24 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; |
| 25 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 |
| 26 | |
| 27 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510 |
| 28 | |

[PROPOSED] ORDER GRANTING PANASONIC DEFS.' ADMIN. MOT. TO SEAL    MDL No. 1917
DEFS.' MOT. FOR PARTIAL SUMM. J. FOR LACK OF ANTITRUST INJURY    Master No. 3:07-cv-05944-SC

2

1   Upon consideration of the Panasonic Defendants' Administrative Motion to File Under Seal

2   Pursuant to Civil Local Rules 79-5(d) and 7-11 (the "Administrative Motion to File Under Seal"),

3   submitted in connection with Defendants' Notice of Motion and Motion for Partial Summary

4   Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of

5   Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws, it is hereby:

6   ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is

7   further

8   ORDERED that the Clerk shall file and maintain under seal the following documents or

9   excerpted portions of documents related to the Administrative Motion to File Under Seal:

| Document | Sealed Portions |
| --- | --- |
| Defendants' Notice of Motion and Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws | 5:8-10<br>6:4-13, 23-28<br>7:2-9<br>8:7-16<br>16:5-7, 10-16<br>20:8-11, 14-18, 24-27 |
| Exhibit 5 to the Yohai Declaration In Support Of Defendants' Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws  (the "Yohai Declaration") (April 15, 2014 Expert Report of Indirect Purchaser Plaintiffs' ("IPPs") Expert Janet S. Netz) | Entire document |
| Exhibit 6 to the Yohai Declaration (Excerpts from the transcript of the July 17, 2014 deposition of DAPs' Joint Expert Kenneth Elzinga) | Entire excerpted document |
| Exhibit 7 to the Yohai Declaration (April 15, 2014 Expert Report of DAPs' Joint Expert Kenneth Elzinga) | Entire document |
| Exhibit 8 to the Yohai Declaration (Excerpts from the April 15, 2014 Expert Report of DAP CompuCom's Expert Alan Frankel) | Entire excerpted document |
| Exhibit 15 to the Yohai Declaration (Excerpts from the transcript of the June 12, 2014 deposition of Frank Lincks, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Electrograph) | Entire excerpted document |

| | |
|---|---|
| Exhibit 16 to the Yohai Declaration (Excerpts from the transcript of the June 19, 2014 deposition of Wendy Linsky, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Tech Data) | Entire excerpted document |
| Exhibit 19 to the Yohai Declaration (Excerpts from the transcript of the May 1, 2014 deposition of Nikhil Nayar, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Target) | Entire excerpted document |
| Exhibit 20 to the Yohai Declaration (Excerpts from the transcript of the June 27, 2014 deposition of Janet Netz, IPPs' expert witness) | Entire excerpted document |
| Exhibit 22 to the Yohai Declaration (Excerpts from the transcript of the November 12, 2013 deposition of Thomas Pohmer, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff P.C. Richard) | Entire excerpted document |
| Exhibit 23 to the Yohai Declaration (Excerpts from the transcript of the April 24, 2014 deposition of Chris Re, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Tweeter) | Entire excerpted document |
| Exhibit 25 to the Yohai Declaration (Excerpts from the transcript of the July 11, 2014 deposition of James A. Smith, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Sears) | Entire excerpted document |
| Exhibit 26 to the Yohai Declaration (Excerpts from the transcript of the July 18, 2014 deposition of James A. Smith, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Kmart) | Entire excerpted document |
| Exhibit 27 to the Yohai Declaration (Excerpts from the transcript of the March 27, 2014 deposition of Constantin Tanas, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff ABC Warehouse) | Entire excerpted document |
| Exhibit 28 to the Yohai Declaration (Excerpts from the transcript of the February 14, 2014 deposition of Robert Thompson, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff MARTA) | Entire excerpted document |
| Exhibit 29 to the Yohai Declaration (Excerpts from the transcript of the July 24, 2014 deposition of Randall Wick, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Office Depot) | Entire excerpted document |
| Exhibit 30 to the Yohai Declaration (Excerpts from the transcript of the June 24, 2014 deposition of Todd Williams, employee of Plaintiff Target) | Entire excerpted document |
| Exhibit 32 to the Yohai Declaration (Excerpts from the transcript of the October 10, 2014 deposition of Bonny Cheng, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff ViewSonic) | Entire excerpted document |

IT IS SO ORDERED

Dated: _____

                                                  Hon. Samuel Conti
                                           United States District Judge