DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
LARA E. VEBLEN TRAGER (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 1917<br>Master Case No. 3:07-cv-05944-SC<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates to: | |
| ALL INDIRECT-PURCHASER ACTIONS | |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;* | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* | |

No. 11-cv-05513;                                                      )
                                                                     )
*Best Buy Co., Inc., et al. v. Technicolor SA, et*                   )
*al.*, No. 13-cv-05264;                                               )
                                                                     )
*Target Corp. v. Chunghwa Picture Tubes, Ltd.,*                      )
*et al.*, No. 11-cv-05514;                                            )
                                                                     )
*Target Corp. v. Technicolor SA, et al.*, No. 13-                    )
cv-05686;                                                            )
                                                                     )
*Sears, Roebuck & Co., et al. v. Chunghwa*                           )
*Picture Tubes, Ltd., et al.*, No. 11-cv-05514;                      )
                                                                     )
*Sears, Roebuck & Co., et al. v. Technicolor SA,*                    )
*et al.*, No. 13-cv-05262;                                            )
                                                                     )
*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*,                   )
No. 11-cv-06275;                                                     )
                                                                     )
*Interbond Corp. of Am. v. Technicolor SA, et al.*,                  )
No. 13-cv-05727;                                                     )
                                                                     )
*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-               )
cv-06276;                                                            )
                                                                     )
*Office Depot, Inc. v. Technicolor SA, et al.*, No.                  )
13-cv-05726;                                                         )
                                                                     )
*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*,                   )
No. 11-cv-06396;                                                     )
                                                                     )
*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*,                   )
No. 11-cv-06397;                                                     )
                                                                     )
*Costco Wholesale Corp. v. Technicolor SA, et*                       )
*al.*, No. 13-cv-05723;                                               )
                                                                     )
*P.C. Richard & Son Long Island Corp., et al. v.*                    )
*Hitachi, Ltd., et al.*, No. 12-cv-02648;                             )
                                                                     )
*P.C. Richard & Son Long Island Corp., et al. v.*                    )
*Technicolor SA, et al.*, No. 13-cv-05725;                            )
                                                                     )
*Schultze Agency Servs., LLC v. Hitachi, Ltd., et*                   )
*al.*, No. 12-cv-02649;                                               )
                                                                     )
*Schultze Agency Servs., LLC v. Technicolor SA,*                     )
*et al.*, No. 13-cv-05668;                                            )
                                                                     )
*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*,                  )
No. 13-cv-00157                                                      )
                                                                     )
*Viewsonic Corp. v. Chunghwa Picture Tubes,*                         )
*Ltd,. et al.*, No. 14-cv-02510                                       )

---

CERTIFICATE OF SERVICE

MDL No. 1917
Master No. 3:07-cv-05944-SC

1

## CERTIFICATE OF SERVICE

2

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153.  I am not a party to the within cause, and I am over the age of eighteen years.  I further declare that on November 7, 2014, I served copies of:

3

4

- **DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS (UNDER SEAL);**

5

6

7

- **DECLARATION OF DAVID L. YOHAI IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS;**

8

9

10

- **EXHIBITS 5, 6, 7, 8, 15, 16, 19, 20, 22, 23, 25, 26, 27, 28, 29, 30, AND 32 TO THE DECLARATION OF DAVID L. YOHAI IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS (UNDER SEAL);**

11

12

13

14

- **EXHIBITS 1, 2, 3, 4, 9, 10, 11, 12, 13, 14, 17, 18, 21, 24, 31, 33, AND 34 TO THE DECLARATION OF DAVID L. YOHAI IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS;**

15

16

17

- **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS;**

18

19

20

- **PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS;**

21

22

23

24

- **DECLARATION OF DAVID E. YOLKUT IN SUPPORT OF THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS;**

25

26

27

28

---

CERTIFICATE OF SERVICE

MDL No. 1917
Master No. 3:07-cv-05944-SC

1

- **[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS'
  ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' JOINT
  NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT
  AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT
  ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST
  STANDING UNDER FEDERAL AND CERTAIN STATE LAWS.**

2

3

4

☒      **BY ELECTRONIC MAIL** by sending a true copy thereof to the following addressees, as
stated below.

5

| | |
|---|---|
| William A. Isaacson<br>Email: wisaacson@bsfllp.com<br>Philip J. Iovieno<br>Email: piovieno@bsfllp.com<br>Anne M. Nardacci<br>Email: anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for CompuCom Systems, Inc., Electrograph Systems, Inc. and Electrograph Technologies Corporation, Tech Data Corporation and Tech Data Product Management, Inc., P.C. Richard & Son Long Island Corporation, Schultze Agency Services, LLC ("Tweeter"), Appliance, Inc. d/b/a ABC Warehouse, MARTA Cooperative of America, Inc., and Office Depot, Inc.* | Mario N. Alioto<br>E-mail: malioto@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* |
| Guido Saveri<br>E-mail: guido@saveri.com<br>SAVERI & SAVERI, INC.<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* | Emilio Varanini<br>E-mail: emilio.varanini@doj.ca.gov<br>CALIFORNIA ATTORNEY GENERAL'S OFFICE<br><br>*Counsel for the State of California* |
| Shay S. Scott, Esq.<br>HAGLUND KELLEY LLP<br>sscott@hk-law.com<br><br>*Counsel for Plaintiff State of Oregon* | Jason C. Murray<br>Email: jmurray@crowell.com<br>CROWELL & MORING LLP<br><br>*Attorneys for Target Corp. and ViewSonic Corporation* |
| Richard Alan Arnold, Esquire<br>Email: rarnold@knpa.com<br>William J. Blechman, Esquire<br>Email: wblechman@knpa.com<br>Kevin J. Murray, Esquire<br>Email: kmurray@knpa.com<br>KENNY NACHWALTER, P.A. | *Defense Counsel* |

CERTIFICATE OF SERVICE

4

| | |
|---|---|
| *Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.* | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2014 at New York, New York.

*/s/ Lara E. Veblen Trager*_____
LARA E. VEBLEN TRAGER