JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
Hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
William.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., LTD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
|---|---|
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 a.m.<br>Crtrm.:  1, 17th Floor |

  /s/ *Hojonn Hwang*
HOJOON HWANG
Attorneys for LG Electronics, Inc.,
LG Electronics U.S.A., Inc.,
LG Electronics Taiwan Taipei Co., LTD

   /s/   *Terrence J. Truax*
TERRENCE J. TRUAX
Attorneys for Defendants Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.

3:07-cv-05944-SC; MDL 1917

ADMINISTRATIVE MOTION TO SEAL