Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and
Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, Case No. 11-cv-05513<br><br>*Circuit City, et al. v. Hitachi, Ltd., et al.*, Case No. 11-cv-05502<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Case No. 11-cv-06397<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 11-cv-01656<br><br>*Interbond Corporation of America d/b/a BrandsMart USA v. Hitachi, Ltd., et al.*, Case No. 11-cv-06275 | **THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANT LGE ELECTRONICS, INC.S' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

1 | *Office Depot Inc. v. Hitachi Ltd., et al.*, Case No. 11-cv-06276

2

3 | *P.C. Richard & Son Long Island Corporation et al. v. Hitachi Ltd., et al.*, Case No. 12-cv-02648

4

5 | *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC, et al., v. Technicolor SA, et al.*, Case No. 12-cv-02649

6

7 | *Sears, Roebuck and Co. and Kmart Corp v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-05514

8

9 | *Target Corp. v. Chunghwa Picture Tubes, LTD., et al.*, Case No. 11-cv-05514

10

11 | *Tech Data Corp., et al. v. Hitachi, LTD., et al.*, Case No. 13-cv-00151

12

13 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANT LGE ELECTRONICS, INC.S' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
Case No. 07-5944 SC
MDL No. 1917

1   Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc.
2   ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America
3   Consumer Products, L.L.C. ("TACP"), and Toshiba America, Inc. ("TAI") (collectively, the
4   "Toshiba Defendants") hereby join Defendant LGE Electronics, Inc.'s Notice of Motion and
5   Motion for Partial Summary Judgment on Withdrawal Grounds and Memorandum of Points
6   and Authorities in Support Thereof, which was filed on November 7, 2014.

Dated:  November 7, 2014

Respectfully submitted,

WHITE & CASE LLP

By:  */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANT LGE ELECTRONICS, INC.S' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
Case No. 07-5944 SC
MDL No. 1917

**CERTIFICATE OF SERVICE**

On November 8, 2014, I caused a copy of "THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANT LGE ELECTRONICS, INC.S' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

*/s/ Samuel J. Sharp*
Samuel J. Sharp

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS' JOINDER TO DEFENDANT LGE ELECTRONICS, INC.S' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
Case No. 07-5944 SC
MDL No. 1917