JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-4692
Facsimile: (212) 294-4700

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*

Additional Counsel Listed on Signature Pages

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>INDIRECT-PURCHASER ACTIONS<br><br>*Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Samuel P. Conti<br>Court: Courtroom 1, 17th Floor<br>Date:  February 6, 2015 10 a.m. |

1  No. 11-cv-05513;

2  *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

3
4  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

5  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

6
7  *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

8  *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

9  *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

10
11  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

12  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

13
14  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

15  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

16  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

17
18  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

19  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

20
21  *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

22  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

23
24  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

25

26

27

28

DEFS.' PNA'S AND PANASONIC CORP.'S
CERTIFICATE OF SERVICE RELATING TO
NOTICE OF MOT. AND MOT. FOR SUMMARY JUDGMENT

Case No. 07-5944 SC
MDL NO. 1917

1      I, Sofia Arguello, declare that I am employed with the law firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166. I am not a party to the within cause, and I am over the age of eighteen (18).

    I further declare that on November 7, 2014, the following documents were electronically filed and served via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008, except for sealed materials that I have emailed to the annexed service list.

- DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT [REDACTED AND UNREDACTED VERSIONS]; AND

- DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D), INCLUDING THE DECLARATION OF EVA W. COLE AND ALL OTHER ATTACHMENTS.

Dated: November 10, 2014

By: /s/ _____
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
SOFIA ARGUELLO (*pro hac vice*)
Email: sarguello@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-4692
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)

| | |
|---|---|
| 1 | E-mail: steven.reiss@weil.com |
| 2 | DAVID L. YOHAI (*pro hac vice*) |
|   | E-mail: david.yohai@weil.com |
| 3 | ADAM C. HEMLOCK (*pro hac vice*) |
|   | E-mail: adam.hemlock@weil.com |
| 4 | **WEIL, GOTSHAL & MANGES LLP** |
|   | 767 Fifth Avenue |
| 5 | New York, New York 10153-0119 |
|   | Telephone: (212) 310-8000 |
| 6 | Facsimile: (212) 310-8007 |

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*

2

| | |
|---|---|
| Philip J. Iovieno<br>E-mail: piovieno@bsfllp.com<br>Anne M. Nardacci<br>E-mail: anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Liaison Counsel for Direct Action Plaintiffs* | Kenneth S. Marks<br>E-mail: kmarks@susmangodfrey.com<br>SUSMAN GODFREY LLP<br><br>*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| Richard Alan Arnold<br>E-mail: rarnold@knpa.com<br>KENNY NACHWALTER, P.A.<br><br>*Attorneys for Sears, Roebuck and Co. and Kmart Corp.* | David Martinez<br>Email: DMartinez@rkmc.com<br>Laura Nelson<br>lenelson@rkmc.com<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br><br>*Attorneys for Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.* |
| Rick Saveri<br>E-mail: rick@saveri.com<br>SAVERI & SAVERI, INC.<br><br>*Attorneys for Direct Purchaser Plaintiffs* | Jason C. Murray<br>E-mail: jmurray@crowell.com<br>Astor H.L. Heaven<br>E-mail: aheaven@crowell.com<br>CROWELL & MORING LLP<br><br>*Attorneys for Target Corp. and ViewSonic Corp.* |
| Emilio Varanini<br>E-mail: emilio.varanini@doj.ca.gov<br>OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br><br>*Attorneys for the State of California* | Scott N. Wagner<br>E-mail: swagner@bilzin.com<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br><br>*Attorneys for Tech Data Corporation and Tech Data Product Management, Inc.* |
| Mario N. Alioto<br>E-mail: malioto@tatp.com<br>Lauren Capurro<br>E-mail: laurenrussell@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br><br>*Attorneys for Indirect Purchaser Plaintiffs* | *Defense Counsel* |

3

DEFS.' PNA'S AND PANASONIC CORP.'S
CERTIFICATE OF SERVICE RELATING TO
NOTICE OF MOT. AND MOT. FOR SUMMARY JUDGMENT

Case No. 07-5944 SC
MDL NO. 1917