JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-4692
Facsimile: (212) 294-4700

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

Additional Counsel Listed on Signature Pages

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**

This Document Relates to:

ALL INDIRECT-PURCHASER ACTIONS

*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

**Case No. 07-5944 SC**
**MDL No. 1917**

**PANASONIC DEFENDANTS' CERTIFICATE OF SERVICE RELATING TO JOINT NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA**

Judge: Hon. Samuel P. Conti
Court: Courtroom 1, 17th Floor
Date: February 6, 2015 10 a.m.

PANASONIC DEFS.' CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOT. AND MOT. FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA
Case No. 07-5944 SC
MDL NO. 1917

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171.

ii

PANASONIC DEFS.' CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOT. AND MOT. FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917

I, Sofia Arguello, declare that I am employed with the law firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166. I am not a party to the within cause, and I am over the age of eighteen (18).

I further declare that on November 7, 2014, the following documents were electronically filed and served via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008, except for sealed materials that were emailed to the annexed service list.

- DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA [REDACTED AND UNREDACTED VERSIONS]; AND
- DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d), INCLUDING THE DECLARATION OF JENNIFER M. STEWART AND ALL OTHER ATTACHMENTS.

Dated: November 10, 2014

By: /s/

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
SOFIA ARGUELLO (*pro hac vice*)
Email: sarguello@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-4692
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com

PANASONIC DEFS.' CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOT. AND MOT. FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917

DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

2

PANASONIC DEFS.' CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOT. AND MOT. FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917

| | |
|---|---|
| Philip J. Iovieno<br>E-mail: piovieno@bsfllp.com<br>Anne M. Nardacci<br>E-mail: anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Liaison Counsel for Direct Action Plaintiffs* | Kenneth S. Marks<br>E-mail: kmarks@susmangodfrey.com<br>SUSMAN GODFREY LLP<br><br>*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| Richard Alan Arnold<br>E-mail: rarnold@knpa.com<br>KENNY NACHWALTER, P.A.<br><br>*Attorneys for Sears, Roebuck and Co. and Kmart Corp.* | David Martinez<br>Email: DMartinez@rkmc.com<br>Laura Nelson<br>lenelson@rkmc.com<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br><br>*Attorneys for Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.* |
| Rick Saveri<br>E-mail: rick@saveri.com<br>SAVERI & SAVERI, INC.<br><br>*Attorneys for Direct Purchaser Plaintiffs* | Jason C. Murray<br>E-mail: jmurray@crowell.com<br>Astor H.L. Heaven<br>E-mail: aheaven@crowell.com<br>CROWELL & MORING LLP<br><br>*Attorneys for Target Corp. and ViewSonic Corp.* |
| Emilio Varanini<br>E-mail: emilio.varanini@doj.ca.gov<br>OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br><br>*Attorneys for the State of California* | Scott N. Wagner<br>E-mail: swagner@bilzin.com<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br><br>*Attorneys for Tech Data Corporation and Tech Data Product Management, Inc.* |
| Mario N. Alioto<br>E-mail: malioto@tatp.com<br>Lauren Capurro<br>E-mail: laurenrussell@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br><br>*Attorneys for Indirect Purchaser Plaintiffs* | *Defense Counsel* |

3

PANASONIC DEFS.' CERTIFICATE OF SERVICE RELATING TO NOTICE OF MOT. AND MOT. FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917