1 Kathy L. Osborn (*pro hac vice*)          Stephen M. Judge (*pro hac vice*)
  Ryan M. Hurley (*pro hac vice*)           FAEGRE BAKER DANIELS LLP
2 Faegre Baker Daniels LLP                  202 S. Michigan Street, Suite 1400
  300 N. Meridian Street, Suite 2700        South Bend, IN  46601
3 Indianapolis, IN  46204                   Telephone: +1 574-234-4149
  Telephone: +1-317-237-0300                Facsimile:  +1 574-239-1900
4 Facsimile: +1-317-237-1000                steve.judge@FaegreBd.com
  kathy.osborn@FaegreBD.com
5 ryan.hurley@FaegreBD.com

6 Jeffrey S. Roberts (*pro hac vice*)       Calvin L. Litsey (SBN 289659)
  Faegre Baker Daniels LLP                  Faegre Baker Daniels LLP
7 3200 Wells Fargo Center                   1950 University Avenue, Suite 450
  1700 Lincoln Street                       East Palo Alto, CA  94303-2279
8 Denver, CO  80203                         Telephone: +1-650-324-6700
  Telephone: +1-303-607-3500                Facsimile:  +1-650-324-6701
9 Facsimile:  +1-303-607-3600               calvin.litsey@FaegreBD.com
  jeff.roberts@FaegreBD.com

10

*Attorneys for Defendant Thomson SA*

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

**SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| 15 IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC MDL No. 1917 |
| 16 | |
| 17 This Document Relates to: | **THOMSON SA'S RESPONSE TO DIRECT ACTION PLAINTIFFS'** |
| 18 *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173* | **MOTION TO SHORTEN TIME RE: MOTION TO ENFORCE THE COURT'S ORDER RE: THOMSON DISCOVERY** |
| 19 20 *Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;* | |
| 21 22 *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-00141;* | |
| 23 24 *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;* | |
| 25 26 *Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;* | |
| 27 *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;* | |
| 28 *Costco Wholesale Corporation v.* | |

1    *Technicolor SA, et al., No. 13-cv-05723;*

2    *P.C. Richard & Son Long Island*
3    *Corporation, et al. v. Technicolor SA, et al.,*
     *No. 31:cv-05725;*
4
     *Schultze Agency Services, LLC, o/b/o*
5    *Tweeter Opco, LLC, et al. v. Technicolor SA,*
     *Ltd., et al., No. 13-cv-05668;*
6
7    *Sears, Roebuck and Co. and Kmart Corp. v.*
     *Technicolor SA, No. 3:13-cv-05262;*
8
     *Target Corp. v. Technicolor SA, et al., No.*
9    *13-cv-05686;*

10   *Tech Data Corp., et al. v. Hitachi, Ltd., et*
     *al., No. 13-cv-00157*
11
     *ViewSonic Corporation, v. Chunghwa*
12   *Picture Tubes, Ltd., et al., 3:14cv-02510.*

13

14          Just two weeks after the Court ordered Thomson SA to produce documents subject to the

15   French Blocking Statute, and despite Thomson SA's repeated assurances that it is working as

16   diligently as possible to process the data preserved from the relevant period, Direct Action

17   Plaintiffs ("DAPs") have returned to the Court to ask it to impose impossible deadlines on

18   Thomson SA.  (*See* Dkt. No. 2964 ("Motion")).  Having rashly claimed to the Court that

19   Thomson SA could do in 60 days what it took other parties *three years* to accomplish, DAPs now

20   distort Thomson SA's candid evaluation of what can and cannot be done within that period into a

21   supposed "refusal" to comply with the Court's order.

22          DAPs' blatant mischaracterizations to the Court are unjustified, and its Motion is

23   unwarranted, unnecessary, and unripe.  Thomson SA has committed to do its best, given the

24   limited time and resources, to  comply with the Court's order, and has attempted to work with

25   DAPs to identify and produce the most relevant documents as quickly as possible, including

26   offering to go beyond the Court's order and turn over the European Commission production

27

28

THOMSON SA'S RESPONSE TO DAPS' MOTION          2          No. 07-5944-SC; MDL No. 1917
TO SHORTEN TIME FOR BRIEFING

1  following an expeditious privilege review.[1]  DAPs' abusive demands and motion practice are also

2  counterproductive and prejudicial to Thomson SA, tying up resources that could otherwise be

3  used to speed up the review and production process.   Nevertheless, Thomson SA will file its

4  opposition to the Motion, setting forth its position in full, by November 14, 2014.

5  Dated:  November 10, 2014                            Respectfully submitted,

6                                                       */s/ Kathy L. Osborn*

7                                                       Kathy L. Osborn (*pro hac vice*)
                                                        Ryan M. Hurley (*pro hac vice*)

8                                                       Faegre Baker Daniels LLP
                                                        300 N. Meridian Street, Suite 2700

9                                                       Indianapolis, IN  46204
                                                        Telephone: +1-317-237-0300

10                                                      Facsimile: +1-317-237-1000
                                                        kathy.osborn@FaegreBD.com

11                                                      ryan.hurley@FaegreBD.com

12                                                      Jeffrey S. Roberts (*pro hac vice*)
                                                        Faegre Baker Daniels LLP

13                                                      3200 Wells Fargo Center
                                                        1700 Lincoln Street

14                                                      Denver, CO  80203
                                                        Telephone: +1-303-607-3500

15                                                      Facsimile:  +1-303-607-3600
                                                        jeff.roberts@FaegreBD.com

16                                                      Stephen M. Judge (*pro hac vice*)

17                                                      Faegre Baker Daniels LLP
                                                        202 S. Michigan Street, Suite 1400

18                                                      South Bend, IN  46601
                                                        Telephone: +1 574-234-4149

19                                                      Facsimile:  +1 574-239-1900
                                                        steve.judge@FaegreBd.com

20                                                      Calvin L. Litsey (SBN 289659)

21                                                      Faegre Baker Daniels LLP
                                                        1950 University Avenue, Suite 450

22                                                      East Palo Alto, CA  94303-2279
                                                        Telephone: +1-650-324-6700

23                                                      Facsimile:  +1-650-324-6701
                                                        calvin.litsey@FaegreBD.com

24                                                      **Attorneys for Defendant Thomson SA**

25

26  [1] *See* e-mail from K. Osborn to B. Warren, Oct. 30, 2014 at 10:21 am (Motion Ex. 2 at 5–6); e-mail from K. Osborn to K. Gallo and D. Ball, Nov. 3, 2014 at 10:21 am (Motion Ex. 2 at 3).  The

27  Special Master did not recommend and the Court did not order that Thomson SA turn over all documents produced to the European Commission.  *See* Recommended Order at 6 (Dkt. No.

28  2849-3); Order re: Thomson Discovery at n.5 (Dkt. No. 2945).