JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
Hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
William.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., LTD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC (N.D.Cal)<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A.'S SECOND ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Administrative Motion to Seal and Declaration of Jessica Barclay-Strobel filed concurrently herewith]<br><br>Judge:   Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:   10:00 a.m.<br>Crtrm.:  1, 17th Floor |

1    Defendants' Administrative Motion to File Under Seal, came on for hearing on
2 _____.
3    Having read and considered all of the pleadings and documents filed in support of and in
4 opposition to the Motion, and having considered the arguments of counsel, the Court hereby
5 grants the Motion.
6    IT IS SO ORDERED.

9 Dated: _____                        _____
10                                            SAMUEL CONTI
                                              United States District Judge