1   Brent Caslin (Cal. Bar. No. 198682)
    JENNER & BLOCK LLP
2   633 West Fifth Street
    Suite 3600
3   Los Angeles, California 90071
    Telephone:    213 239-5100
4   Facsimile:    213 239-5199
    bcaslin@jenner.com
5
    Terrence J. Truax (*pro hac vice*)
6   Michael T. Brody (*pro hac vice*)
    JENNER & BLOCK LLP
7   353 N. Clark Street
    Chicago, Illinois 60654-3456
8   Telephone:    312 222-9350
    Facsimile:    312 527-0484
9   ttruax@jenner.com
    mbrody@jenner.com
10  *Attorneys for Mitsubishi Electric Corporation*

11                      UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
13

14  In re: CATHODE RAY TUBE (CRT)        Case No. 3:13-cv-5944-SC
    ANTITRUST LITIGATION                 MDL No. 1917
15
    This Document Relates to:
16                                       **DECLARATION OF GABRIEL A. FUENTES IN**
    *Best Buy Co., Inc., et al. v. Technicolor SA,*   **SUPPORT OF LG AND MITSUBISHI DEFENDANTS'**
    *et al.*, No. 13-cv-05264;           **ADMINISTRATIVE MOTION TO SEAL IN SUPPORT**
17                                       **OF DEFENDANTS' JOINT MOTIONS FOR**
    *Electrograph Systems, Inc., et al. v.*   **SUMMARY JUDGMENT.**
18  *Technicolor SA, et al.*, No. 13-cv-05724;

19  *Interbond Corp. of Am. V. Technicolor SA,*   Judge:  Hon. Samuel Conti
    *et al.*, No. 13-cv-05727;           Date:   February 6, 2015
20                                       Time:   9:00 AM
    *Office Depot, Inc. v. Technicolor SA, et al.,*   Crtrm.: 1, 17th Floor
21  No. 13-cv-05726;

22  *P.C. Richard & Son Long Island*
    *Corporation, et al. v. Technicolor SA, et al.,*
23  No. 13-cv-05725;

24  *Target Corp. v. Technicolor SA, et al.*, No.
    13-cv-05686;
25

26

27

28

_____

2318576.1

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.,* No. 13-cv-02171;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

## DECLARATION OF GABRIEL A. FUENTES

I, Gabriel T. Fuentes, declare as follows:

1.      I am an attorney licensed to practice law in the State of Illinois, and I am a partner at the law firm of Jenner & Block LLP, attorneys of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. I submit this declaration in support of the LG and Mitsubishi Electric Defendants' Administrative Motion to Seal in Support of Defendants' Joint Motion for Summary Judgment.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2.      Exhibits A and B to the Declaration of Michael T. Brody filed in Support of LG and Mitsubishi Electric Subsidiaries' Motion For Summary Judgment should be filed under seal because they have been identified by Mitsubishi Electric Corporation to contain private or competitively sensitive information of Mitsubishi Electric Corporation and as a result have been designated as Highly Confidential pursuant to the Protective Order.

1    I declare under penalty of perjury under the laws of the State of California and the United States

2    that the foregoing is true and correct.

3    Executed this 7th day of November, 2014 at Chicago, Illinois.

4                                    /s/ Gabriel A. Fuentes__
                                     Gabriel A. Fuentes
5

DECLARATION OF GABRIEL A. FUTENTES
Case NoNo. 3:13-cv-5944-SC; MDL 1917

2318576.1