JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
Hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
William.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., LTD*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC (N.D.Cal) <br><br> MDL No. 1917 |
| This Document Related to: <br><br> Individual Case No. 3:13-cv-2171 (SC), *Dell Inc.; Dell Products L.P., v. Philips Electronics North America Corporation et al.;* <br><br> Individual Case No. 3:13-cv-01173-SC, *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.* <br><br> Individual Case No. 3:13-cv-2776 SC, *Sharp Electronics Corp. et al. v. Koninklijke Philips Elecs., N.V. et al* | **[PROPOSED] ORDER GRANTING LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT** <br><br> [Administrative Motion to Seal and Declaration of Claire Yan filed concurrently herewith] <br><br> Judge: Hon. Samuel Conti <br> Date: February 6, 2015 <br> Time: 10:00 a.m. <br> Crtrm.: 1, 17th Floor |

3:07-cv-05944-SC; MDL No. 1917

[PROPOSED] ORDER GRANTING LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT

1     LG and Mitsubishi Defendants' Administrative Motion to Seal In Support of Defendants'
2 Joint Motions for Summary Judgment came on for hearing on _____.
3     Having read and considered all of the pleadings and documents filed in support of and in
4 opposition to the Motion, and having considered the arguments of counsel, the Court hereby
5 grants the Motion.
6     IT IS SO ORDERED.
7
8
9 Dated: _____

                                                            SAMUEL CONTI
                                                            United States District Judge