1 | JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
2 | HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
3 | MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
4 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
5 | Twenty-Seventh Floor
San Francisco, California 94105-2907
6 | Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
7 |
WILLIAM D. TEMKO (State Bar No. 98858)
8 | william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
9 | 355 South Grand Avenue
Thirty-Fifth Floor
10 | Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
11 | Facsimile:    (213) 687-3702

12 | *Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

13 |
*Additional Moving Defendants and Counsel*
14 | *Listed on Signature Pages*

15 |

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-md-05944-sc (N.D.Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF ERRATA** |
| *Electrograph Systems, Inc.; Electrograph Technologies Corp. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-01656 | Judge:   Hon. Samuel Conti |
| *P.C. Richard & Sons Long Island Corporation, et. al. v. Hitachi, Ltd., et al.*, Individual Case No. 12-cv-02648 | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Individual Case No. 13- cv-05724 | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, Individual Case No. 13-cv-05725 | |

3:07-md-05944-sc , MDL 1917

NOTICE OF ERRATA

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. hereby submit this Notice of Errata to inform the Court and the parties that Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Electrograph, P.C. Richard and MARTA on Choice of Law Grounds ("Motion"), ECF No. 3000, inadvertently omitted Defendants Chunghwa Picture Tubes, Ltd. ("CPT") and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. ("CPTM") from the signature block.  CPT and CPTM joined that Motion through the following counsel as to Plaintiffs P.C. Richard and MARTA:

> GIBSON, DUNN & CRUTCHER LLP
>
> By: */s/ Rachel S. Brass*
> JOEL S. SANDERS (SBN 107234)
> jsanders@gibsondunn.com
> RACHEL S. BRASS (SBN 219301)
> rbrass@gibsondunn.com
> AUSTIN V. SCHWING (SBN 211696)
> ASchwing@gibsondunn.com
> **GIBSON, DUNN & CRUTCHER LLP**
> 555 Mission Street, Suite 3000
> San Francisco, California 94105
> Tel: (415) 393-8200
> Fax: (415) 393-8306
>
> *Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*
> *(As to Direct Action Plaintiffs P.C. Richard and MARTA only)*

DATED:  November 11, 2014

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
  JEROME C. ROTH

By:    */s/ Jerome C. Roth*
           JEROME C. ROTH
Attorneys for LG Electronics, Inc., and LG Electronics U.S.A., Inc. LG Electronics Taiwan Taipei Co., LTD