JEROME C. ROTH (State Bar No. 159483)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., and LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., LTD*

*Additional Moving Defendants and Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
|---|---|
| | MDL No. 1917 |
| This Document Related to: | ATTACHMENTS TO LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS JOINT MOTION FOR SUMMARY JUDGMENT |
| DIRECT PURCHASER ACTIONS | |
| | [ADMINISTATIVE MOTION FILED UNDER DOCKET NO. 3064] |
| | Judge:   Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 AM<br>Crtrm.:   1, 17th Floor |

THIS IS A CONTINUATION OF THE LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS JOINT MOTION FOR SUMMARY JUDGMENT.  DOCKET NO. 3064

3:07-cv-05944-SC; MDL 1917
ATTACHMENTS TO LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF DEFENDANTS JOINT MOTION FOR SUMMARY JUDGMENT [DOCKET NO. 3064]

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 11, 2014 | Respectfully submitted, |
| 3 | | MUNGER, TOLLES & OLSON LLP |
| 4 | | HOJOON HWANG<br>WILLIAM D. TEMKO |
| 5 | | MIRIAM KIM |
| 6 | | By:   /s/  Hojoon Hwang |
| 7 | | Hojoon Hwang |
| | | *Attorneys for Defendants LG Electronics, Inc., and LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., LTD.* |