1  JEROME C. ROTH (State Bar No. 159483)
   Jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:    (213) 683-9100
11 Facsimile:    (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.,
   and LG Electronics U.S.A., Inc., LG Electronics
13 Taiwan Taipei Co., LTD*

14 *Additional Moving Defendants and Counsel
   Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>ATTACHMENTS TO LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS JOINT MOTION FOR SUMMARY JUDGMENT<br><br>[ADMINISTATIVE MOTION FILED UNDER DOCKET NO. 3064]<br><br>Judge:   Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 AM<br>Crtrm.:  1, 17th Floor |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | |

THIS IS A CONTINUATION OF THE LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS JOINT MOTION FOR SUMMARY JUDGMENT.  DOCKET NO. 3064

1

2  DATED:  November 11, 2014            Respectfully submitted,

3                                       MUNGER, TOLLES & OLSON LLP
                                        HOJOON HWANG
4                                       WILLIAM D. TEMKO
                                        MIRIAM KIM
5

6                                       By:       /s/  Hojoon Hwang
                                              Hojoon Hwang
7                                       *Attorneys for Defendants LG Electronics, Inc., and LG
                                        Electronics U.S.A., Inc., LG Electronics Taiwan Taipei
8                                       Co., LTD.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28