1  BAKER BOTTS L.L.P.
   Jon V. Swenson (SBN 233054)
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA 94304-1007
   Telephone: (650) 739-7500
4  Facsimile: (650) 739-7699
   Email: jon.swenson@bakerbotts.com
5
   BAKER BOTTS L.L.P.
6  John M. Taladay (*pro hac vice*)
   Joseph Ostoyich (*pro hac vice*)
7  Erik T. Koons (*pro hac vice*)
   Charles M. Malaise (*pro hac vice*)
8  1299 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2400
9  Telephone: (202) 639-7700
   Facsimile: (202) 639-7890
10 Email: john.taladay@bakerbotts.com
   Email: joseph.ostoyich@bakerbotts.com
11 Email: erik.koons@bakerbotts.com
   Email: charles.malaise@bakerbotts.com
12
   *Attorneys for Defendant Koninklijke Philips N.V., and*
13 *Philips Electronics North America Corporation*

14

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
16 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| 18 | MDL No. 1917 |
| 19  This Document Relates to: | |
| 20  *Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656; | **DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| 21 | |
| 22  *Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724; | |
| 23  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
| 24 | |
| 25  *Siegel v. Technicolor SA*, No. 13-cv-05261; | |
| 26 | |
| 27  *Best Buy Co., Inc. v. Hitachi, Ltd.*, | |

MDL 1917

28  DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

No. 11-cv-05513;

*Best Buy Co., Inc. v. Technicolor SA*, No. 13-cv-05264;

*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA*, No. 13-cv-05726;

*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA*, No. 13-cv-05668;

*Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

*Dell Inc. v. Hitachi Ltd.*, No. 13-cv-02171;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Sharp Electronics Corp. v. Hitachi Ltd.*,

MDL 1917

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

1  No. 13-cv-1173 SC

2  *Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC

3

4  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-2510 SC

5  All Indirect Purchaser Actions

MDL 1917

28  DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

I, Tiffany B. Gelott, hereby declare as follows:

1. I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On November 7, 2014, Defendants Panasonic Corporation of North America and Panasonic Corporation filed an Administrative Motion to Seal (Dkt. 2998), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents, or portions thereof, that contain information from documents that the Philips Defendants have designated "Confidential" or "Highly Confidential:"

    i. Portions of Panasonic Corporation of North America's and Panasonic Corporation's Notice of Motion and Motion for Summary Judgment ("Motion"); and

    ii. Exhibit 12 to the Declaration of Eva Cole in Support of Panasonic Corporation of North America and Panasonic Corporation's Notice of Motion and Motion for Summary Judgment ("Cole Declaration").

4. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Philips Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Philips Defendants as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Motion and Exhibit 12 to the Cole Declaration.

5. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective

3

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PANASONIC CORPORATION OF NORTH AMERICA'S AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

1. Order, footnote 12 on page 5 of the Motion should be maintained under seal and redacted because it discusses and cites to Exhibit 12 of the Cole Declaration, a document produced by the Philips Defendants in this litigation with bates number, PHLP-CRT-0905492-PHLP-CRT-0905493, that the Philips Defendants designated as "Confidential" pursuant to the Stipulated Protective Order.

6. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, Exhibit 12 to the Cole Declaration should be maintained under seal in its entirety because it is a document produced by the Philips Defendants in this litigation with bates number, PHLP-CRT-0905492-PHLP-CRT-0905493, that the Philips Defendants designated as "Confidential" pursuant to the Stipulated Protective Order.

7. Upon information and belief, Exhibit 12 to the Cole Declaration and the portion of the Motion, which discusses and cites to Exhibit 12, were designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because they contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions. Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' customers, and would put the Philips Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2014 in Washington, D.C.

                                 __/s/ Tiffany B. Gelott_____
                                 Tiffany B. Gelott