Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>DAPs v Mitsubishi | MDL No 1917<br><br>Master Case No 3:07-cv-05944SC<br><br>**ORDER RE DIRECT ACTION PLAINTIFFS' MOTION TO EXTEND DISCOVERY CUT-OFF TO DEPOSE MITSUBISHI WITNESSES** |

      On September 5, 2014, the Direct Action Plaintiffs ("DAPS") filed a motion to extend the discovery cut off up to and including October 31, 2014 to conduct discovery of Mitsubishi witnesses, alleging that the Mitsubishi Defendants failed to produce documents in a timely and accessible manner and prevented counsel for the DAPs adequate time to review thousands of Japanese-language documents before noticing depositions.

      The parties submitted letter briefs on the issue, which the undersigned Special Master has reviewed carefully.

Counsel for Mitsubishi contends that the DAPs had received disclosure of names of Mitsubishi witnesses such that the DAPs could have issued deposition notices much earlier and having failed to do so, are barred. But by producing documents late and in a difficult review format, Mitsubishi has little right to criticize the DAPs for lack of diligence, since Mitsubishi's tardy document production essentially precluded the DAPs' from deposing the most relevant Mitsubishi witnesses. Counsel for the DAPs noticed depositions of Mitsubishi witnesses nine days before the discovery cut-off and counsel for Mitsubishi offers no explanation for its failure to make its witnesses available, except for their 30(b)(6) witness.

Good cause for extending the discovery cut-off found, the undersigned Special Master RECOMMENDS the court issue the following order:

**The DAPs' motion for an extension of the discovery cut-off with respect to the Mitsubishi Defendants is GRANTED to allow the DAPs to notice and take depositions of Mitsubishi witnesses. Counsel for Mitsubishi are ORDERED to make Mitsubishi witnesses available promptly for depositions.**

IT IS SO ORDERED.

Date: November 10, 2014

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: November ___, 2014

_____
Hon Samuel Conti
United States District Judge

ORDER RE DAPS' MOTION TO EXTEND DISCOVERY CUTOFF TO DEPOSE MITSUBISHI WITNESSES - PAGE 2 OF 2