BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF THOMSON CONSUMER ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |
| This document relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173;<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-00141;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v.* | |

1  *Technicolor SA, et al.*, No. 13-cv-05727;

2  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

3
4  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

5  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

6
7  *P.C. Richard & Son Long island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

8
9  *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

10
11  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

12  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

13
14  *Tech Data Corp. , et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

15  *ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, 3:14-cv-02510.

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Tiffany B. Gelott, hereby declare as follows:

1. I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants").  I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").  On November 7, 2014, Thomson Consumer Electronics, Inc. ("Thomson") filed an Administrative Motion to Seal (Dkt. 2981), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents, or portions thereof, that contain information from documents that the Philips Defendants have designated "Confidential" or "Highly Confidential:"

   i. Portions of Thomson Consumer Electronics, Inc.'s Motion For Summary Judgment And Partial Summary Judgment ("Motion"); and

   ii. Exhibit 32 to the Declaration of Jeffrey S. Roberts in Support of Thomson Consumer Electronics, Inc.'s Motion For Summary Judgment And Partial Summary Judgment  ("Roberts Declaration").

4. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Philips Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Philips Defendants as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Motion and Exhibit 32 to the Roberts Declaration.

5. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, page 17, lines 9-14  of the Motion should be maintained under seal and redacted because it

discusses and cites Exhibit 32 to the Roberts Declaration, a document produced by the Philips Defendants in this litigation with Bates numbers, PHLP-CRT-087372-PHLP-CRT-087375, that has been designated "Confidential" pursuant to the Stipulated Protective Order.

6. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, Exhibit 32 to the Roberts Declaration should be maintained under seal because it is a document produced by the Philips Defendants in this litigation with Bates numbers, PHLP-CRT-087372-PHLP-CRT-087375, that has been designated "Confidential" pursuant to the Stipulated Protective Order.

7. Upon information and belief, Exhibit 32 to the Roberts Declaration and the portion of the Motion, which cites and discusses Exhibit 32, were designated by the Philips Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because the documents contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions. Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' customers, and would put the Philips Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2014 in Washington, D.C.

    /s/ Tiffany B. Gelott
Tiffany B. Gelott

3

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF THOMSON CONSUMER ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT