JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., and LG Electronics
Taiwan Taipei Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **NOTICE OF ERRATA TO DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS (ECF NO. 3043) AND TO LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A.'S SECOND ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 3062)**<br><br>Judge:  Honorable Samuel Conti<br>Date:    February 6, 2015<br>Time:   10:00 a.m.<br>Crtrm.:  1, 17th Floor |

1. On November 7, 2014, Defendant LG Electronics, Inc. ("LGE") filed its Notice of Motion and Motion for Partial Summary Judgment on Withdrawal Grounds and Memorandum of Points and Authorities in Support Thereof, ECF No. 3043 ("ECF 3043"). Several citations in ECF 3043 to exhibits attached to the Declaration of Cathleen H. Hartge in Support of Defendant LG Electronics, Inc.'s Motion for Partial Summary Judgment on Withdrawal Grounds ("Hartge Declaration") were incorrect. The corrections are listed below, and will be reflected in the correction to ECF 3043 that will be filed. The page and line numbers listed below refer to the original version.

- Page 2, Line 19: "Ex. 17" should be "Ex. 6"
- Page 2, Line 19: "Ex. 21" should be "Ex. 22"
- Page 2, Line 20: "Ex. 4" should be "Ex. 9"
- Page 2, Lines 24–25: "Ex. 5 (Spaargaren Dep. Ex. 6000, authenticated at Spaargaren Dep. 25:14–25)" should be "Ex. 10 (Spaargaren Dep. Ex. 6000, authenticated at Spaargaren Dep. 25:14–25 (Joint Venture Agreement)) Art 2.1"
- Page 2, Line 25: "Ex. 22" should be "Ex. 23"
- Page 2, Line 26: "Ex. 4" should be "Ex. 9"
- Page 2, Line 27: "Ex. 21" should be "Ex. 22"
- Page 3, Line 1: "Ex. 21" should be "Ex. 22"
- Page 4, Line 19: "Ex. 4" should be "Ex. 9"
- Page 8, Line 24: "Ex. 10" should be "Ex. 13"
- Page 9, n.4: "Ex. 5" should be "Ex. 10"
- Page 13, Line 4: "263:3–25" should be "265:3–25"

2. These above-referenced errors also appear in the redacted and sealed versions of ECF 3043 that were filed as Exhibit Nos. 15 and 16, respectively, to LGE's Corrected Second Administrative Motion to File Under Seal, ECF No. 3062 ("ECF 3062"), on November 10, 2014. Corrected versions of Exhibit Nos. 15 and 16 will be filed with the correction to ECF 3062.

3.  The Hartge Declaration, filed concurrently with ECF 3043, was filed with two errors.  First, an incorrect document was filed as Exhibit 2.  Second, two pages of the deposition of Mr. Duk Chul Ryu, taken on January 16, 2014, were missing from Exhibit 7.  The corrected versions of these two exhibits will be filed in the correction to ECF 3043.

4.  One exhibit to ECF 3062 was omitted.  The omitted exhibit, which is Exhibit 5 of the Declaration of Hojoon Hwang in Support of Defendants' Joint Motions for Partial Summary Judgment on FTAIA Grounds and Standing Grounds, *see* ECF No. 3032-1, will be added as Exhibit 31 in the correction to ECF 3062.

DATED: November 12, 2014

MUNGER, TOLLES & OLSON LLP
JEROME C. ROTH
HOJOON HWANG
MIRIAM KIM
WILLIAM D. TEMKO
CATHLEEN H. HARTGE


By:   /s/ *Cathleen H. Hartge*
CATHLEEN H. HARTGE

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.