Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: max.cooper@kirkland.com
Email: eadelson@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC |
| | MDL NO. 1917 |
| This Document Relates to: | **DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF VARIOUS DEFENDANTS' ADMINISTRATIVE MOTIONS TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *All Indirect Purchaser Actions* | |
| *All Direct Purchaser Actions* | |

I, James Maxwell Cooper, declare as follows:

1.      I am an attorney licensed to practice in the State of California and the Northern District of California.  I am an associate with Kirkland & Ellis LLP, and counsel for Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2.      I submit this Declaration in Support of Various Defendants' Administrative Motions to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d).  Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

3.      On June 18, 2008 the Court approved a "Stipulated Protective Order" in this matter (ECF No. 0306).

4.      The Hitachi Defendants have disclosed or produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5.      Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Stipulated Protective Order, I make this declaration on behalf of the Hitachi Defendants to provide the Court with a basis to maintain under seal a number of documents that quote from, contain, reflect, describe, or are documents or information designated by Hitachi Defendants as "Confidential" or "Highly Confidential."

6.      On November 7, 2014, LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. filed Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds and Memorandum of Points and Authorities in Support Thereof (ECF No. 3029), the accompanying Declaration of Laura K. Lin in Support of Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds (ECF No. 3029-1, "Lin Decl." ), and the Administrative Motion to File Under Seal in Support of MSJs (ECF No. 3046, ECF No. 3064).  The following portions of and exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly

Confidential" pursuant to the Stipulated Protective Order.

    a.  Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds and Memorandum of Points and Authorities in Support Thereof (ECF No. 3029), at page 5, lines 3-4 and 6-9; page 10, lines 4-5; page 11, lines 15-18; page 12, lines 15-20;

    b.  Exhibit 21 to the Lin Decl., excerpts from the Deposition of L. Thomas Heiser, taken on March 18, 2014;

    c.  Exhibit 23 to the Lin Decl., HEDUS-CRT00158744; and

    d.  Exhibit 24 to the Lin Decl., HEDUS-CRT00160563.

       7.    On November 7, 2014, LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. filed Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds (ECF No. 3044), the Declaration of Claire Yan in Support of Defendants' Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs' on Statute of Limitations Grounds (ECF No. 3044-1, "Yan Decl."), and the Administrative Motion to Seal in Support of Defendants' Joint Motions for Summary Judgment (ECF No. 3041).  The following exhibit to this document cites to or quotes from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

    a.  Exhibit 39 to the Yan Decl., excerpt of Exhibit A to Sharp's Response to Philips Electronics North America Corporation's First Set of Interrogatories to Sharp Electronics Manufacturing Company of America, dated September 5, 2014.

       8.    On November 7, 2014, LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd filed Defendant LG Electronics, Inc.'s Notice of Motion and Motion for Partial Summary Judgment on Withdrawal Grounds and Memorandum of Points and Authorities in Support Thereof (ECF No. 3043), the Declaration of Cathleen H. Hartge in Support of Defendant LG Electronics, Inc.'s Notice of Motion and Motion for Partial Summary Judgment on Withdrawal Grounds (ECF No. 3043-1, "Hartge Decl."), and Defendants LG Electronics, Inc. and

LG Electronics U.S.A.'s Second Administrative Motion to Seal in Support of Motions for Partial Summary Judgment (ECF No. 3023, ECF No. 3064).  The following exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

      a.  Exhibit 8 to the Hartge Decl., HEDUS-CRT00188630;

      b.  Exhibit 11 to the Hartge Decl., HDP-CRT00026061; and

      c.  Exhibit 20 to the Hartge Decl., excerpts from the Deposition of L. Thomas Heiser, taken on March 18, 2014.

9.      On November 7, 2014, LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. filed Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity (ECF No. 3031) and the Administrative Motion to Seal in Support of Defendants' Joint Motions for Summary Judgment (ECF No. 3054, ECF No. 3064).  The following portions of these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

      a.  Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity (ECF No. 3031) at page 2, lines 9-10 and 12-15; page 3, lines 6-11.

10.      On November 7, 2014, Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. filed Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA (ECF No. 3008), the Declaration of Jennifer M. Stewart in Support of Defendants' Joint Motion for Summary Judgment (ECF No. 3008-2, "Stewart Decl."), and Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 3007).  The following exhibit to these documents cites to or quotes from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

      a.  Exhibit 2 to the Stewart Decl., excerpts from the Expert Report of Janet S. Netz,

1      Ph.D., dated April 15, 2014.

2          11.    On November 7, 2014, Koninklijke Philips N.V. filed Koninklijke Philips N.V.'s

3   Notice of Motion and Motion for Summary Judgment (ECF No. 3040), the Declaration of Tiffany B.

4   Gelott in Support of Koninklijke Philips N.V.'s Notice of Motion and Motion for Summary

5   Judgment (ECF No. 3040-1, "Gelott Decl."), and Koninklijke Philips N.V.'s Administrative Motion

6   to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 3039).  The following

7   portions of and exhibits to these documents cite to or quote from documents that the Hitachi

8   Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated

9   Protective Order.

10              a.   Koninklijke Philips N.V.'s Notice of Motion and Motion for Summary Judgment

11                   (ECF No. 3040), at page 13, lines 13-16, and footnote 40;

12              b.   Exhibit 1 to the Gelott Decl., Excerpts from the Reply Expert Report of Janet S.

13                   Netz, dated August 5, 2014;

14              c.   Exhibit 18 to the Gelott Decl., Excerpts of Supplemental Attachment A to the

15                   Objections and Responses by Plaintiffs Dell Inc. and Dell Products L.P. to

16                   Defendant KPNV's First Set of Interrogatories, dated September 11, 2014;

17              d.   Exhibit 19 to the Gelott Decl., HDP-CRT00055593; and

18              e.   Exhibit 28 to the Gelott Decl., Objections and Responses by Plaintiffs Dell Inc.

19                   and Dell Products L.P. to Defendant Koninklijke Philips N.V.'s First Set of

20                   Interrogatories, dated September 11, 2014.

21         12.    On November 7, 2014,  Philips Electronics North America Corporation's, Philips

22   Taiwan Limited's, and Philips Do Brasil, Ltda. filed the Defendants Philips Electronics North

23   America Corporation's, Philips Taiwan Limited's, and Philips Do Brasil, Ltda.'s Notice of Motion

24   and Motion for Partial Summary Judgment (ECF No. 3027), the Declaration of Tiffany B. Gelott in

25   Support of Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips

26   Do Brasil, Ltda.'s Notice of Motion and Motion for Partial Summary Judgment (ECF No. 3027-1,

27   "Gelott Decl."), and Philips Electronics North America Corporation's, Philips Taiwan Limited's, and

28   Philips Do Brasil, Ltda.'s Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-

1    11 and 79-5(d) (ECF No. 3022).  The following exhibits to these documents cite to or quote from

2    documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential"

3    pursuant to the Stipulated Protective Order.

4         a.   Exhibit 21 to the Gelott Decl., HDP-CRT00026036; and

5         b.   Exhibit 23 to the Gelott Decl., HEDUS-CRT00152790.

6         13.    On November 7, 2014, Toshiba Corporation, Toshiba America, Inc., Toshiba

7    America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba

8    America Electronic Components, Inc. filed Defendants' Notice of Motion and Motion for Summary

9    Judgment on Plaintiffs' Umbrella Damages (ECF No. 2977), the Declaration of Lucius B. Lau in

10   Support of the Defendant's Motion for Summary Judgment on Plaintiffs' Umbrella Damages (ECF

11   No. 2977, "Lau Decl."), and the Toshiba Defendants' Administrative Motion to File Documents

12   Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 2975).  The following exhibits

13   to these documents cite to or quote from documents that the Hitachi Defendants have designated as

14   "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

15        a.   Exhibit B to the Lau Decl., the Expert Report of Alan S. Frankel, Ph.D., dated

16             April 15, 2014; and

17        b.   Exhibit C to the Lau Decl., the Expert Report of Dr. James T. McClave, dated

18             April 15, 2014.

19        14.    On November 7, 2014, Toshiba Corporation, Toshiba America, Inc., Toshiba

20   America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba

21   America Electronic Components, Inc. filed Defendants' Notice of Motion and Motion for Partial

22   Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales (ECF No.

23   3006), the Declaration of Lucius B. Lau in Support of the Defendants' Notice of Motion and Motion

24   for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales

25   (ECF No. 3006, "Lau Decl."), and the Toshiba Defendants' Administrative Motion to File

26   Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 3005).  The

27   following portions of this document and exhibits to these documents cite to or quote from documents

28   that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to

the Stipulated Protective Order.

    a.  Defendants' Notice of Motion and Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales (ECF No. 3006), at page 16, lines 24-25;

    b.  Exhibit B to the Lau Decl., Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014;  and

    c.  Exhibit C, Expert Report of Alan S. Frankel, Ph.D., dated April 15, 2014.

    15.    On November 7, 2014, Thomson Consumer Electronics, Inc. filed Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment (ECF No. 2981-3), the Declaration of Jeffrey S. Roberts in Support of Thomson Consumer Electronics, Inc.'s Motion for Summary Judgment and Partial Summary Judgment (ECF No. 2981-1, "Roberts Decl."), and Thomson Consumer Electronics, Inc.'s Administrative Motion to File Under Seal Portions of Its Motion for Summary Judgment and Partial Summary Judgment (ECF No. 2981).  The following exhibit to these documents cites to or quotes from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

    a.  Exhibit 31 to the Roberts Decl., HEDUS-CRT00161617.

    16.    I am informed and believe that each of the documents listed in Paragraphs 6 through 15 consist of, quote from, and/or contain confidential, non-public, proprietary, and highly sensitive business information. The documents contain confidential, non-public information about the Hitachi Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies that remain important to the Hitachi Defendants' competitive positions. Upon information and belief, the public disclosure of this sensitive information presents a risk of undermining the Hitachi Defendants' relationships and would put the Hitachi Defendants at a competitive disadvantage.

    17.    I am informed and believe that the Hitachi Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the documents listed in Paragraphs 6 through 15.

/ / /

1         I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3         Executed this 12th day of November, 2014 at San Francisco, California.

4                        */s/ Max Cooper*

5                         MAX COOPER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooper Declaration in Support of Various
Defendants' Administrative Motions to Seal          7          Case No.: 3:07-cv-05944-SC
MDL No.: 1917