JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
|---|---|
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**<br><br>**[Notice of Motion and Motion for Partial Summary Judgment, Declaration of Cathleen H. Hartge and Declaration of Duk Chul Ryu filed concurrently herewith]**<br><br>Judge:   Honorable Samuel Conti<br>Date:    February 6, 2015<br>Time:   10:00 a.m.<br>Crtrm.:  1, 17th Floor |

Master File No. 3:07-cv-05944-SC
[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

1   LG Electronics, Inc.'s Motion For Partial Summary Judgment on Withdrawal Grounds
2 came on for hearing on February 6, 2015.
3   Having read and considered all of the pleadings and documents filed in support of and in
4 opposition to LG Electronics, Inc.'s motion, and having considered the arguments of counsel, the
5 Court hereby grants LG Electronics, Inc.'s motion.
6   IT IS SO ORDERED:

9 DATED:

12                                                    _____
                                                      Honorable Samuel Conti
13                                                    United States District Judge

15 Submitted by:

16 MUNGER, TOLLES & OLSON LLP

18 By:     /s/ *Hojoon Hwang*
          HOJOON HWANG
19
20 Attorneys for Defendants LG Electronics,
   Inc., LG Electronics U.S.A., Inc., and LG
21 Electronics Taiwan Taipei Co., Ltd.