Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc.*

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile: +1 574-239-1900
steve.judge@FaegreBd.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS | **DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Samuel Conti |

I, Jeffrey S. Roberts, hereby declare as follows:

1.     I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants Thomson Consumer Electronics, Inc. ("Thomson Consumer") and Thomson SA (collectively "Thomson Defendants").  I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California.  The statements contained in this

declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2.      On June 18, 2008, the Court entered a "Stipulated Protective Order" in this matter [Dkt. No. 306] (the "Protective Order").  On November 11, 2014 the LG and Mitsubishi Defendants filed an Administrative Motion to Seal [Dkt. 3064], and lodged under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents or portions thereof, that contain information from documents the Thomson Defendants have designated "Confidential" or "Highly Confidential":

      a.      Exhibits 4-7 to the Declaration of Laura K. Lin In Support of Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds [Dkt. No. 3029-1] ("Lin Declaration"); and

      b.      Portions of Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds and Memorandum of Points and Authorities in Support Thereof [Dkt. No. 3029] ("Due Process Motion");

3.      Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Thomson Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Thomson Defendants as "Confidential" or "Highly Confidential" under the Stipulated Protective Order, and references to those documents and information in the Due Process Motion and Exhibits 4-7 to the Lin Declaration.

4.      In accordance with Civil Local Rules 7-11 and 79-5(d) and the Stipulated Protective Order the following should be maintained under seal:

      a.      Exhibits 4-7 to the Lin Declaration; and

      b.      Due Process Motion at 13:22-14:17 (discussing Exhibit 6 to the Lin Declaration, TCE-CRT 0021804-0021806); 15:1-8 (discussing Exhibit 5 to the Lin Declaration, TCE-CRT 000380 and Exhibit 7 to the Lin Declaration, TCE-CRT 0029077).

5.      Upon information and belief, Exhibits 4-7 to the Lin Declaration were designated as "Confidential" or "Highly Confidential" by the Thomson Defendants because they contain confidential, non-public, highly sensitive business information about the Thomson Defendants' business practices, customers, strategies, and supplier relationships.   Publically disclosing this sensitive information risks undermining the Thomson Defendants' business relationships and harming its suppliers and customers and putting the Thomson Defendants at a competitive disadvantage.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 12th day of November 2014, at Denver, Colorado.

<u>/s/ Jeffrey S. Roberts</u>