1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, California 94105-2907
   Telephone:     (415) 512-4000
6  Facsimile:     (415) 512-4077

7  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 S. Grand Avenue, Thirty-Fifth Floor
9  Los Angeles, California 90071-1560
   Telephone:     (213) 683-9100
10 Facsimile:     (213) 687-3702

11 *Attorneys for Defendants LG Electronics, Inc.
   and LG Electronics U.S.A., Inc., LG Electronics*
12 *Taiwan Taipei Co. LTD*

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17  | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
    |---|---|
18  |  | MDL No. 1917 |
19  | This Document Related to: | **DECLARATION OF CATHLEEN H. HARTGE AND EXHIBITS IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS** |
20  | DIRECT PURCHASER ACTIONS |  |
21  |  |  |
22  |  |  |
23  |  | **[Notice of Motion and Motion for Partial Summary Judgment, Declaration of Duk Chul Ryu and [Proposed] Order filed concurrently herewith]** |
24  |  |  |
25  |  | Judge:   Honorable Samuel Conti |
26  |  | Date:    February 6, 2015<br>Time:    10:00 a.m.<br>Crtrm.:   1, 17th Floor |
27

28

Master File No. 3:07-cv-05944-SC
DECLARATION OF CATHLEEN H. HARTGE AND EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

I, Cathleen Hartge, hereby certify and state as follows:

1. I am over the age of eighteen, and am not a party to this action. I have personal knowledge of the facts and matters stated herein and, if called, could and would testify competently to them.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of an article by Suzanne Kapner, *LG of Korea and Philips Set Screen-Making Venture,* N.Y. Times, Nov. 28, 2000, http://www.nytimes.com/2000/11/28/business/lg-of-korea-and-philips-set-screen-making-venture.html.

3. Attached to this declaration as Exhibit 2 is a true and correct copy of an article by James M. Dorsey, *Philips Electronics, Korea's LG Expand Tie-Ups—Cathode-Ray Tube Venture, Talks on Mobile Phones Follow Big Screens Deal*, Wall St. J., Nov. 28, 2000.

4. Attached to this declaration as Exhibit 3 is a true and correct copy of an article *LG, Philips to Establish CRT Joint Venture*, Xinhua News Agency, Nov. 28, 2000.

5. Attached to this declaration as Exhibit 4 is a true and correct copy of an article, *LG Elec Says Philips Deal Almost Done*, Reuters, Nov. 27, 2000.

6. Attached to this declaration as Exhibit 5 is a true and correct copy of an article by Sunny Yang, *LG Electronics Says Philips Tie Cures Ills*, Korea JoongAng Daily, Nov. 28, 2000, http://koreajoongangdaily.joins.com/news/article/article.aspx?aid=1882016.

7. Attached to this declaration as Exhibit 6 is a true and correct copy of excerpts from the deposition of Duk Chul Ryu (Volume 1) deposed in this case on January 15, 2014.

8. Attached to this declaration as Exhibit 7 is a true and correct copy of excerpts from the deposition of Duk Chul Ryu (Volume 2) deposed in this case on January 16, 2014.

9. Attached to this declaration as Exhibit 8 is a true and correct copy of deposition exhibit 2629 marked at the deposition of Thomas L. Heiser deposed in this case on March 18, 2014.

10. Attached to this declaration as Exhibit 9 is a true and correct copy of deposition exhibit 4001 marked at the deposition of Frans Spaargaren deposed in this case on September 12, 2014.

11. Attached to this declaration as Exhibit 10 is a true and correct copy of deposition exhibit 6000 marked at the deposition of Frans Spaargaren deposed in this case on September 12, 2014.

12. Attached to this declaration as Exhibit 11 is a true and correct copy of a document produced in this case and Bates stamped as HDP-CRT00026061- HDP-CRT00026062.

13. Attached to this declaration as Exhibit 12 is a true and correct copy of a true and correct copy of is a document produced in this case and Bates stamped as HEDUS-CRT00164948-HEDUS-CRT00164951.

14. Attached to this declaration as Exhibit 13 is a true and correct PHLP-CRT-070838-PHLP-CRT-070839.

15. Attached to this declaration as Exhibit 14 is a true and correct copy of excerpts from the deposition of Kyung Tae Kwon deposed in this case on July 13, 2012.

16. Attached to this declaration as Exhibit 15 is a true and correct copy of excerpts from the deposition of In Hwan Song (Volume 3) deposed in this case on December 14, 2012.

17. Attached to this declaration as Exhibit 16 is a true and correct copy of excerpts from the deposition of Chih Chu Liu (Volume 1) deposed on this case on February 19, 2013.

18. Attached to this declaration as Exhibit 17 is a true and correct copy of excerpts from the deposition of Chih Chu Liu (Volume 3) deposed on this case on February 21, 2013.

19. Attached to this declaration as Exhibit 18 is a true and correct copy of excerpts from the deposition of Hirokazu Nishiyama deposed on this case on March 5, 2013.

20. Attached to this declaration as Exhibit 19 is a true and correct copy of excerpts from the deposition of Pil Jae Lee (Volume 1) deposed in this case on July 16, 2013.

21. Attached to this declaration as Exhibit 20 is a true and correct copy of excerpts from the deposition of Thomas L. Heiser deposed in this case on March 18, 2014.

22. Attached to this declaration as Exhibit 21 is a true and correct copy of excerpts from the deposition of Woong Rae Kim (Volume 2) deposed in this case on July 2, 2014.

23. Attached to this declaration as Exhibit 22 is a true and correct copy of excerpts from the deposition of Frans Spaargaren deposed in this case on August 27, 2014.

1    24.     Attached to this declaration as Exhibit 23 is a true and correct copy of excerpts from the deposition of Young Bae Na deposed in this case on September 23, 2014.

2    25.     Attached to this declaration as Exhibit 24 is a true and correct copy of deposition exhibit 7501 marked at the deposition of Young Bae Na on September 23, 2014

3    26.     Attached to this declaration as Exhibit 25 is a true and correct copy of a true and correct copy of is a document produced in this case and Bates stamped as PHLP-CRT-018339-PHLP-CRT-018340.

4    27.     Attached to this declaration as Exhibit 26 is a true and correct copy of excerpts from the deposition of Kenneth Elzinga deposed in this case on October 27, 2014.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Executed on the 7th day of November, 2014 in San Francisco, California.

DATED:  November 7, 2014          MUNGER, TOLLES & OLSON LLP
                                  HOJOON HWANG
                                  WILLIAM D. TEMKO
                                  MIRIAM KIM
                                  CATHLEEN H. HARTGE
                                  LAURA K. LIN


                                  By:  _____*/s/ Cathleen H. Hartge*_____
                                           CATHLEEN H. HARTGE

                                  Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.