# EXHIBIT 1
# TO HARTGE DECLARATION ISO LG ELECTRONICS, INC.'S PARTIAL MSJ ON WITHDRAWAL GROUNDS

**News**Room

11/28/00 N.Y. Times W1
2000 WLNR 3211365

New York Times (NY)
Copyright (c) 2000 The New York Times. All rights reserved.

November 28, 2000

Section: W

LG of Korea and Philips Set Screen-Making Venture

SUZANNE KAPNER

Royal Philips Electronics and LG Electronics form joint venture that would be world's largest maker of television and computer screens; new alliance follows deal struck in September 1999, when LG Electronics sold half its flat-display screen division to Philips; LG-Philips LCD is now world's second-largest maker of thin-film, liquid-crystal displays used for flat screens on laptop computers (M)

LONDON, Nov. 27

Royal Philips Electronics of the Netherlands and LG Electronics of South Korea said today that they would form a joint venture that would be the world's largest maker of television and computer screens. The companies also said that they were discussing a merger of mobile phone operations.

The string of new and potential alliances follows a deal struck in September 1999, when LG Electronics sold half of its flat-display screen division to Philips for $1.6 billion. LG-Philips LCD is now the world's second-largest maker of thin-film, liquid-crystal displays used for flat screens on laptop computers.

Philips and LG will each own half of the joint venture, which will combine the companies' cathode ray tube units. The new company, which has not been named, will have headquarters in Hong Kong and be run by Philippe Combes, chief executive of Philips display components division.

With $6 billion in annual sales, the new venture will hold 25 percent of the market for color picture tubes used in television screens and computer monitors, overtaking the market leader, the Samsung SDI Company, a subsidiary of Samsung Group. Samsung SDI has 15 percent of the global market, Mr. Geerts said.

Peter Knox, an analyst with Commerzbank Securities, called the combination a "neat fit," since it brings together Philips's leading position in large television screens with LG's strength in computer monitors. The two businesses mesh geographically as well. Philips dominates Europe and the Americas, while LG is one of the strongest players in Asia.

For Philips, the combination is expected to increase profitability. LG's margins for the business were 15 percent in 1999, or roughly three times those of Philips, Mr. Knox estimates.

LG, meanwhile, will get $1.1 billion from the new venture to reflect the difference in value between the LG and the Philips businesses. And Philips said it was considering buying as much as $500 million worth of LG preferred shares. LG will use the money to reduce debt -- which has soared after its merger in June with LG Information and Communications, a telecommunications-equipment maker -- and to finance the purchase of a third-generation mobile phone license in Korea.

Shares of Philips rose 1.19 euros, or 2.9 percent, to 42.89 euros ($36). LG fell 200 won, or 1.4 percent, to 13,800 ($11.63).

---- Index References ----

Company: LG PHILLIPS LCD (KOREA); SAMSUNG CORP; LG ELECTRONICS LTD; KONINKLIJKE PHILIPS ELECTRONICS NV

News Subject: (Joint Ventures (1JO05); Major Corporations (1MA93); Corporate Groups & Ownership (1XO09))

Industry: (I.T. (1IT96); Visual Display (1VI97); Computer Equipment (1CO77); Consumer Electronics (1CO61); Electronics (1EL16); Manufacturing (1MA74); Flat Panel Displays (1FL81))

Region: (Europe (1EU83); Western Europe (1WE41))

Language: EN

Other Indexing: (AMERICAS; COMMERZBANK SECURITIES; LCD; LG PHILIPS LCD; PHILIPS; ROYAL PHILIPS ELECTRONICS; SAMSUNG; SAMSUNG GROUP) (Geerts; Knox; LG; LG Electronics; LG Information; Peter Knox; Philippe Combes)

Company Terms: ROYAL PHILIPS ELECTRONICS; LG ELECTRONICS

Edition: Late Edition - Final

Word Count: 547

End of Document                            © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# EXHIBIT 2
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS



2 of 3 DOCUMENTS

Copyright 2000 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

## Dow Jones Factiva

(Copyright (c) 2000, Dow Jones & Company, Inc.)

### THE WALL STREET JOURNAL.
U.S EDITION

The Wall Street Journal

November 28, 2000 Tuesday

**SECTION:** INTERNATIONAL; Pg. A21

**LENGTH:** 503 words

**HEADLINE:** Philips Electronics, Korea's LG Expand Tie-Ups --- Cathode-Ray Tube Venture, Talks on Mobile Phones Follow Big Screens Deal

**BYLINE:** By James M. Dorsey, Special to The Wall Street Journal

**BODY:**

AMSTERDAM -- Dutch electronics giant Philips Electronics NV is exploring ways to cooperate with South Korea's LG Electronics Co. to produce mobile telephones, in a bid to increase its market share and cut development costs for so-called third-generation handsets.

Philips Executive Vice President and Chief Operating Officer Gerard Kleisterlee disclosed the talks at a news conference yesterday in which he announced that Philips and LG had signed a letter of intent to merge their cathode-ray tube businesses in a 50-50 joint venture that would be the world's largest producer. Philips invested $1.6 billion in LG's liquid-crystal display unit last year to create a joint venture called LG Philips LCD Co.

Mr. Kleisterlee said it is logical that the two companies explore cooperation in mobile telephones, given their alliances in other areas. He said the two are talking about various forms of cooperation "but there is not now and here any concrete statement to make." Philips spokesman Ben Geerts said Philips is not talking with any other company about cooperating on mobile phones.

Senior Philips executives have said in recent months that the only way the company may succeed in gaining badly needed market share would be to forge alliances or make acquisitions. Arie Baan, chief executive officer of Philips's

consumer-electronics division, said this summer that Philips hoped to acquire the expertise it needs by aligning itself with an Asian producer.

Philips has a 6% world-market share in GSM-based handsets -- those that use the Global System for Mobile Communications standard. LG produces 10% of the world's CDMA-based handsets -- those that use the competing Code Division Multiple Access standard. LG has a significant market share in both South Korea and the U.S. Short of components, Philips recently lowered its production target for this year to 15 million handsets from 18 million.

Analysts say Philips and LG would benefit from cooperation given that the GSM and CDMA standards are likely to merge in third-generation standard called Wideband Code Division Multiple Access, which will be used in China's huge market, among others. "It makes sense for Philips to look for a partner in 3G that already has CDMA technology," says Marek Kennis, an analyst with Dutch investment bank F. Van Lanschot Bankiers NV.

"Philips is getting nowhere with its GSM activity, and has too little knowledge of wideband CDMA," says Bert Siebrand, an analyst with SNS Securities NV. "Cooperation with LG would be an improvement for Philips."

Philips said it is likely to establish its cathode-tube joint venture with LG in the second quarter of next year. The venture is expected to pay LG Electronics $1.1 billion by the end of that quarter to compensate for the difference in value between the two cathode-tube businesses. Philips Chief Financial Officer Jan Hommen said the company is considering buying redeemable preferred stock to be issued by LG Electronics, but that the two companies are still negotiating the terms.

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004

# EXHIBIT 3
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

**News**Room

11/28/00 Xinhua Eng. Newswire 00:00:00

XINHUA NEWS AGENCY
Copyright © 2004 Comtex News Network. All rights reserved.

November 28, 2000

LG, Philips to Establish CRT Joint venture

SEOUL (Nov. 28) XINHUA - LG Electronics Co. and Royal Philips Electronics have agreed to set up a 50:50 cathode ray tube (CRT) joint venture in the first half of next year. Through the deal, the South Korean company Tuesday said it will be able to secure a total of 1.6 billion U.S. dollars, which will be used to reduce its debts and invested in new strategic businesses.

Philips will pay 1.1 billion dollars for a 50 percent stake in the joint venture to close the difference in valuation of their respective operations.

The alliance will create the world's largest producer of CRTs for TV and computer monitors, outstripping Samsung SDI, which provides 23 percent of global demand, said LG.

Philips is the second largest provider with a share of 13 percent and LG ranks third with 11 percent.

The new economic entity is expected to set up headquarters in Hong Kong and four local operations for manufacturing and marketing in the United States, Europe, the Chinese mainland and the rest of Asia.

Now LGE operates four overseas CRT plants while Philips has 10 plants around the world.

Last year, the two companies formed an LCD joint venture --LG. Philips LCD.

Copyright XINHUA NEWS AGENCY

-0-

---- Index References ----

Company: LG ELECTRONICS LTD; KONINKLIJKE PHILIPS ELECTRONICS NV

News Subject: (Joint Ventures (1JO05); Major Corporations (1MA93); Corporate Groups & Ownership (1XO09))

Industry: (Consumer Electronics (1CO61); Electronics (1EL16); Manufacturing (1MA74))

Region: (South Korea (1SO65); USA (1US73); Americas (1AM92); North America (1NO39); Asia (1AS61); Eastern Asia (1EA61))

Language: EN

Other Indexing: (CRT; LG; LG ELECTRONICS CO; LGE; ROYAL PHILIPS ELECTRONICS; SDI)

Word Count: 239

**End of Document**  © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# EXHIBIT 4
# TO HARTGE DECLARATION ISO LG ELECTRONICS, INC.'S PARTIAL MSJ ON WITHDRAWAL GROUNDS

# **News**Room

11/27/00 Reuters News 00:57:58

Reuters
Copyright © 2000 Reuters Limited

November 27, 2000

LG Elec says Philips deal almost done.

SEOUL, Nov 27 (Reuters) - LG Electronics , a South Korean home appliance maker, said on Monday the final touches were being put on a deal with Philips Electronics NV of Netherlands.

"Negotiations are still going on, but the talks are in the final stage," an LG spokesman said. He declined to elaborate.

A spokesman from Philips Electronics Korea said the company might make an announcement on Monday, but he would not confirm the announcement would involve LG.

The Maeil Business Newspaper reported on Monday that LG Electronics would set up a joint venture with Philips for cathode ray tube (CRT) business.

Philips would invest $1.6 billion to take most of shares of the joint venture, which would start with LG's CRT business, it said.

Philips would pay $400 million to LG within this year, which would be used for improving its financial status, and invest the rest in the first half of next year, when the joint venture would officially inaugurate, the newspaper said.

LG and Philips would manage the joint venture together, it said.

LG Electronics shares were down 50 won ($0.421) to 13,950 at 0055 GMT.

LG Electronics set up a TFT-LCD joint venture with Philips last year.

($=1187.0 won).

---- Index References ----

Company: PHILIPS ELECTRONICS (UK) LTD; LIMITED LIABILITY COMPANY "PHILIPS"; PHILIPS ELECTRONICS CHINA BV; KONINKLIJKE PHILIPS ELECTRONICS NV; LG ELECTRONICS; PHILIPS ELECTRONICS TECHNOLOGY SHANGHAI HOLDING BV; LG CORP; PHILIPS MEDICAL REFURBISHED SYSTEMS BV; PHILIPS ELECTRONICS SINGAPORE PTE LTD; LG ELECTRONICS LTD; PHILIPS AB; PHILIPS ELECTRONICS INDIA LTD; PHILIPS ELECTRONICS REALTY CORP; PHILIPS AG; PHILIPS ELECTRONICS (ISRAEL) LTD; PHILIPS ELECTRONICS IRELAND LTD; PHILIPS ELECTRONICS REPRESENTATIVE OFFICES BV; PHILIPS ELECTRONICS MIDDLE EAST AND AFRICA BV; LEAGUE ALLOY CO LTD; PHILIPS SPA (PHILIPS ELECTRONIC NV); PHILIPS ELECTRONICS LTD; PHILIPS ELECTRONICS KOREA LTD; LIBERTAS CAPITAL (DUBAI) LTD; LCD;

**LG Elec says Philips deal almost done.**

KONINKLIJKE PHILIPS; PHILIPS DANMARK AS; LAFARGE SA ADR; GUANGXI LIUGONG MACHINERY CO LTD; PHILIPS ELECTRONICS AUSTRALIA LTD; PHILIPS ELECTRONICS JAPAN LTD; PHILIPS ROMANIA SRL

News Subject: (Joint Ventures (1JO05); Major Corporations (1MA93); Corporate Events (1CR05); Business Management (1BU42))

Industry: (Electronics (1EL16); Consumer Electronics (1CO61); Consumer Products & Services (1CO62))

Region: (South Korea (1SO65); Far East (1FA27); Eastern Asia (1EA61); Asia (1AS61))

Language: EN

Other Indexing: (ELECTRONICS KOREA; LCD; LG; LG ELEC; LG ELECTRONICS; MAEIL BUSINESS NEWSPAPER; PHILIPS; PHILIPS ELECTRONICS) (Philips)

Word Count: 200

**End of Document**                                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# EXHIBIT 5
# TO HARTGE DECLARATION ISO LG ELECTRONICS, INC.'S PARTIAL MSJ ON WITHDRAWAL GROUNDS

LG Electronics Says Philips Tie Cures Ills-INSIDE Korea JoongAng Daily



# LG Electronics Says Philips Tie Cures Ills

Nov 28, 2000



JoongAng Ilbo spoke Tuesday with the vice chairman and CEO of LG Electronics, John Koo. LG signed an agreement Monday with Royal Philips Electronics to merge their cathode ray tube businesses into a new company.

JAI: LG Electronics has entered into another partnership with Philips in addition to the currently operating joint venture that makes liquid crystal displays. Why did you select Philips again as your partner?

Koo: We have trust in Philips, since the first partnership has posted satisfactory revenues. We foresee that this new joint venture, for cathode ray tubes, will become a leader in the global market.

JAI: Do you have anything to say about your relationship with Philips a year after establishing the liquid crystal display partnership?

Koo: I realized that it was impossible to take the world's top position without a partnership with another company in these times of unlimited competition.

JAI: Some industry watchers expect that LG's display unit business will be shrunk by the spin-off of its cathode ray tube business.

Koo: We do not expect any big problems, as cathode ray tubes are components of monitors. The new company will develop technologies and new products which the parents will use in their TVs and monitors. The joint venture will provide more value for the parent companies.

JAI: Nomura Securities pointed out that LG's attraction of foreign capital resulting from the partnership is not enough to settle its short-term liquidity problems.

Koo: We will receive a $1.1 billion payment from the new company during the first half of 2001. We will issue redeemable preferred shares to lower our debt ratio to below 200 percent by the end of this year. If Philips purchases $500 million worth of the issues, our liquidity problems will be completely solved. We have already secured sufficient capital for investment in digital and telecommunication equipment projects.

JAI: Despite the attraction of foreign capital, LG Electronics' shares have been on a downward course recently.

Koo: If investors would look at our additional efforts to lower the company's debt ratio, they would change their attitudes. We will soon sell off our stakes in non-electronics affiliates. I would ask investors to consider our company's future value.

JAI: Some market observers are pessimistic about the new partnership. They say that LG electronics will remain as a simple manufacturer of refrigerators and washing machines because you have shed your major high-tech business segments.

LG Electronics Says Philips Tie Cures Ills-INSIDE Korea JoongAng Daily

Koo: The cathode ray tube business is no longer our major high-tech business. We will build on our reputation as the "digital leader," focusing on digital projects and next-generation telecommunications projects. The profitability of the company will be boosted by the partnership. We will prove it sooner or later.

JAI: But LG Electronics' annual sales are expected to drop next year after the spin-off of the cathode ray tube business.

Koo: Sales figures next year will not be much changed from this year. We have projected 2001 at 16.4 trillion won ($13.8 billion), up from 13.6 trillion won this year. Profits will also increase.

**by Sunny Yang**

▶ '당뇨' 판거하지말고, '이것'만 해라!
▶ 남성수술온 퍼스트비뇨기과 김재영원장
▶ 남탈! 진탑션 완치할 수 있다.
▶ 아이 셋 주부, 남편 몰래 '이것' 만지더니..
▶ 딱 출신 "30억" 재벌男, 알고보니..충각!
▶ 김오곤豊 "비만이성" ㅁㅁ모르면 실ㅊ베?!





**J-Hot Click**

- Residents block launch of leaflets
- Arrival of iPhone 6 will change phone market
- Jobs for humanities majors pull a vanishing act
- Reps vow help for sex slaves
- North can fit nuke on missile: USFK commander
- United States a 'logical ally' for Korea, Stratfor's
- FSS to investigate lenders
- SC Korea to open new head office
- 3-D printers in the operating room
- Kaist researcher elected as next director of ITU

• 항망효과 있는 왓츠 "외송" 화체된 이유?!
• 남성수술온 퍼스트비뇨기과 김재영원장
• 서민 대출지원 "최대 5000만원" 가능
• 빙송안도 놀란'주식프로그램' 대세워갈래?
• 긴X천 부분모발 회끈환 몸매비걸!!

• 30 40代 부부관계 관심사 - '한번더'?
• '2개 이상 일플란트 해야한다면?'
• 고추 만지는 내아이..알이보니? '딱강애'
• 김오곤태비만여성 살피는 이유? 이것물라서..
• 무무물의 제 2의 신촌 '이것' 알고보니..

 Tweet  Recommend   

LG Electronics Says Philips Tie Cures Ills-INSIDE Korea JoongAng Daily

Log in to select media account



Log in to **Twitter or Facebook** account to connect
with the Korea JoongAng Daily

Social comment?

To write comments, please log in to one of the accounts.

Standards Board Policy (0/250 자)

To write comments, please log in to one of the accounts.

등록





## SHOPPING & LIFE

더보기

  

전무후무 올레엠버십
DIARY 2015

올레엠버십 다이어리 2015



[인터파크도서]절가로 구매하
면 두배 할인!



기미 잡티에 대박난 괴물 화장
품 등장!



바르고 문지르면 기미, 잡티가
계짠!



## Market Data

| KOSPI | KOSDAQ | Exchange Rate |
|-------|--------|---------------|
| 1,925.68 | 562.29 | 1,049.30 |

주요시세정보

## Bilingual Column

**Government must not feign innocence**

LG Electronics Says Philips Tie Cures Ills-INSIDE Korea JoongAng Daily

라한 정부는 나란 정부나

**실시간 인기정보**

- 김오곤' 비만여성 운동없이 살뺄수있다?!
- 김오곤TV비만여성 "이것"한 해도살빠져?!
- 먹어도 살 안찌는 여성, 이유 안고보니.
- 가슴살,라식,리쉬 일대 "피" 이것만 았어두
- '단뉴천만' 해결한 한국인, 세계가 놀았다
- ▶시민내소 차벨 "최대5000만원까지"
- 낚시수요은 퍼스트비뉴가게 간재연벆창
- 시민내출 지원 "최대5000만원까자"
- 대병"파격할인또왕" 보증런 100%만기 환급!





**Editorials**                          MORE +

**Time for realism**

**Court's strange logic** EDITORIAL





LG Electronics Says Philips Tie Cures Ills-INSIDE Korea JoongAng Daily

**INSIDE K-Wave**



**JYJ to perform on Japan tour**

K-pop trio JYJ successfully finished their Asia tour last month.



**Park Hae-Jin makes donation**

Korean actor Park Hae-jin donated 100 million won ($94,047).

**My App Series**

**1200+ Financial Terms HD**

This elaborate glossary is useful for people ...



**Image To Text OCR**

A loyal reader sent a letter to the Korea JoongAng Daily ...



**Opinet**

Cruising around town to try to find the cheapest gas station is ...



**What's Popular Now**

National   Business   Opinion   Culture

1  Residents block launch of leaflets
2  Execution asked for Sewol captain
3  Jobs for humanities majors pull a
4  Saenuri details its overhaul of public pe...
5  Reps vow help for sex slaves
6  Unification can be planned for
7  North can fit nuke on missile: USFK
8  United States a 'logical ally' for Korea,...

About the paper   |   Contact Us   |   Advertising   |   FAQ   |   Q&A

JoongAng Media Network   Copyright by JoongAng Ilbo

Terms of Use  |  Copyright Policy  |  Privacy Policy  |  E-mail address privacy

All materials contained on this site are protected by Korean copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior consent of Joins.com

[Policy on the use of contents]

KOREA JOONGANG DAILY

# EXHIBIT 6
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

HIGHLY CONFIDENTIAL

# ORIGINAL

1      UNITED STATES DISTRICT COURT
2     NORTHERN DISTRICT OF CALIFORNIA
3  _____
                                  )
4   IN RE:  CATHODE RAY TUBE      )
       (CRT) ANTITRUST LITIGATION )
5  _____)   No. 307-5944 SC
                                  )   MDL No. 1917
6   This Document Relates to:     )
                                  )
7   ALL ACTIONS                   )   HIGHLY CONFIDENTIAL
                                  )
8  _____)

9        SUPERIOR COURT OF THE STATE OF CALIFORNIA

         CITY AND COUNTY OF SAN FRANCISCO
10
11  _____
                                  )
12  STATE OF CALIFORNIA, et al.,  )
                                  )
13              Plaintiffs,       )
                                  )
       v.                         )   No. CGC-11-51584
14                                )   [Related to
    SAMSUNG SDI, INC., CO.,       )   CGC-11-515786]
15  LTD., et al.                  )
                                  )
16              Defendants.       )
   _____)
17
18       VIDEOTAPED DEPOSITION OF DUK CHUL RYU
19           San Francisco, California
20          Wednesday, January 15, 2014
21                 Volume I
22
    Reported by:
23  SUZANNE F. BOSCHETTI
    CSR No. 5111
24
25

HIGHLY CONFIDENTIAL

Page 22

| | | | |
|---|---|---|---|
| 1 | Q | Mr. Ryu, you started working at LG in April | 09:32:52 |
| 2 | of 1994; is that correct? | | 09:32:56 |
| 3 | A | No. | 09:33:05 |
| 4 | Q | When did you start working for LG? | 09:33:08 |
| 5 | A | It was from December of 1993. | 09:33:16 |
| 6 | Q | And was it called Lucky -- was LG called | 09:33:24 |
| 7 | Lucky Goldstar at that time? | | 09:33:27 |
| 8 | A | It was Goldstar. | 09:33:39 |
| 9 | Q | And it changed to LG Electronics sometime | 09:33:40 |
| 10 | in 1995; is that correct? | | 09:33:45 |
| 11 | A | That I'm not too sure. | 09:33:56 |
| 12 | Q | What was your title when you first joined | 09:33:58 |
| 13 | LG or Goldstar? | | 09:34:01 |
| 14 | A | I was an associate. | 09:34:09 |
| 15 | Q | And what group were you in at that time? | 09:34:13 |
| 16 | THE INTERPRETER:  Clarification. | | 09:34:34 |
| 17 | THE WITNESS:  I belonged to the Planning | | 09:34:40 |
| 18 | and Management Department in CRT Business Division | | 09:34:46 |
| 19 | located in Gumi. | | 09:34:52 |
| 20 | THE INTERPRETER:  G-u-m-i. | | 09:34:54 |
| 21 | BY MS. WHITEHEAD: | | 09:35:01 |
| 22 | Q | So you had responsibilities related to | 09:35:02 |
| 23 | cathode ray tubes at that time; is that correct? | | 09:35:04 |
| 24 | A | Yes. | 09:35:17 |
| 25 | Q | And cathode ray tubes are also called CRTs, | 09:35:17 |

HIGHLY CONFIDENTIAL

Page 23

| | | | |
|---|---|---|---|
| 1 | right? | | 09:35:21 |
| 2 | A | Yes, that's correct. | 09:35:26 |
| 3 | Q | And you understand that a color display | 09:35:27 |
| 4 | tube is a type of CRT; is that right? | | 09:35:29 |
| 5 | A | It is a CRT for monitors. | 09:35:44 |
| 6 | Q | For computer monitors? | 09:35:47 |
| 7 | A | Correct. | 09:35:51 |
| 8 | Q | And it's also referred to as a CDT? | 09:35:52 |
| 9 | A | Yes, that's correct. | 09:35:59 |
| 10 | Q | Were there any other uses for CDTs besides | 09:36:01 |
| 11 | computer monitors? | | 09:36:05 |
| 12 | A | To my understanding, it is also used for | 09:36:19 |
| 13 | medical equipment. | | 09:36:22 |
| 14 | Q | And that would be for the displays for | 09:36:26 |
| 15 | medical equipment; is that right? | | 09:36:29 |
| 16 | A | That's correct. | 09:36:33 |
| 17 | Q | Do you understand that a color picture tube | 09:36:36 |
| 18 | is also a type of CRT? | | 09:36:38 |
| 19 | A | Yes. | 09:36:46 |
| 20 | Q | It's also referred to as a CPT? | 09:36:47 |
| 21 | A | Yes, that's correct. | 09:36:54 |
| 22 | Q | And CPTs were used in televisions, correct? | 09:36:54 |
| 23 | A | Yes, that's correct. | 09:37:01 |
| 24 | Q | Were there any other uses for CPTs besides | 09:37:02 |
| 25 | televisions? | | 09:37:05 |

HIGHLY CONFIDENTIAL

Page 24

| | | | |
|---|---|---|---|
| 1 | A | I don't believe I heard of any other uses. | 09:37:15 |
| 2 | Q | How long were you an associate in the | 09:37:23 |
| 3 | | Planning and Management Group at Gumi when you | 09:37:26 |
| 4 | | started in '93? | 09:37:30 |
| 5 | A | I think I was an associate for four to five | 09:37:49 |
| 6 | | years. | 09:37:53 |
| 7 | Q | What were your job responsibilities as an | 09:37:58 |
| 8 | | associate in the Planning and Management Group at | 09:38:02 |
| 9 | | the Gumi factory? | 09:38:05 |
| 10 | A | I analyzed costs for the CRTs that were | 09:38:23 |
| 11 | | manufactured by Goldstar. | 09:38:28 |
| 12 | Q | What types of costs did you analyze? | 09:38:38 |
| 13 | A | The such costs as the material cost, the | 09:39:06 |
| 14 | | labor cost, other expenses, sales management cost | 09:39:10 |
| 15 | | and general management costs were managed. | 09:39:15 |
| 16 | Q | Did you issue any reports about the costs | 09:39:26 |
| 17 | | for CRTs during that time? | 09:39:30 |
| 18 | A | Yes. | 09:39:44 |
| 19 | Q | What types of reports did you issue? | 09:39:44 |
| 20 | A | I reported the analysis result of the costs | 09:40:03 |
| 21 | | by sizes of CDTs and CPTs. | 09:40:09 |
| 22 | Q | How frequently did you issue these reports? | 09:40:20 |
| 23 | A | I issued reports quarterly. | 09:40:37 |
| 24 | Q | And who did you issue the reports to? | 09:40:41 |
| 25 | A | I made a report to the team leader. | 09:40:52 |

HIGHLY CONFIDENTIAL

Page 159

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby

3     certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that any witnesses in the foregoing proceedings,

7     prior to testifying, were duly sworn; that a record

8     of the proceedings was made by me using machine

9     shorthand which was thereafter transcribed under my

10    direction; that the foregoing transcript is a true

11    record of the testimony given.

12         I further, certify I am neither financially

13    interested in the action nor a relative or employee

14    of any attorney or party to this action.

15         IN WITNESS WHEREOF, I have this date

16    subscribed my name.

17    Dated: January 24, 2014

18

19

20

21                _Suzanne F. Boschetti_

22                SUZANNE F. BOSCHETTI

23                    CSR No. 5111

24

25

Attached to the deposition of DUK CHUL RYU, Volume I (January 15, 2014)

## ERRATA SHEET

| Page | Line | Change |
|------|------|--------|
| 22 | 14 | Change "receive" to "received" |
| 24 | 13 | Delete "the" before "such" |
| 25 | 4 | Change "where" to "were" |
| 27 | 14 | Delete "in" |
| 27 | 15 | Change "lines" to "line" |
| 33 | 9 | Change "teams" to "team" |
| 34 | 19 | Change "sizes" to "size" |
| 43 | 17 | Change "a" to "the" |
| 43 | 19 | Change "at that" to "on the" |
| 43 | 20 | Change "sizes were" to "size was" |
| 44 | 3 | Change "have" to "had" |
| 44 | 8 | Change "demand" to "demands" |
| 44 | 20 | Change "in" to "on" |
| 60 | 18 | Change "was" to "were" |
| 68 | 3 | Change "Export" to "Domestic" |
| 68 | 8 | Change "Export" to "Domestic" |
| 68 | 14 | Change "Export" to "Domestic" |
| 80 | 18 | Change "Teco" to "Beko" |
| 86 | 8 | Change "Teco" to "Beko" |
| 98 | 4 | Change "was" to "were" |
| 101 | 16 | Change "was" to "were" |
| 103 | 18 | Change "cost" to "cause" |
| 110 | 19 | Change "inventory" to "demand" |
| 128 | 17 | *Should be*: "There were people who worked in..." |
| 140 | 12 | Change "how many" to "what" |

HIGHLY CONFIDENTIAL

Page 158



1

2

3

4

5

6

7

8        I, DUK CHUL RYU, do hereby declare under

9   penalty of perjury that I have read the foregoing

10   transcript of my deposition; that I have made such

11   corrections as noted herein, in ink, initialed by

12   me, or attached hereto; that my testimony as

13   contained herein, as corrected, is true and correct.

14        EXECUTED this _>/_ day of _February_ ,

15   2014, at _____Seoul_____ , _South Korea_ .

16                (City)                   (State)

17

18        _____

                    DUK CHUL RYU

19                  Volume I

20

21

22

23

24

25

EXHIBIT 7 TO CATHLEEN H. HARTGE DECLARATION
IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S
NOTICE OF MOTION AND MOTION FOR PARTIAL
SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

EXHIBIT 7
TO HARTGE DECLARATION ISO
LG ELECTRONICS, INC.'S
PARTIAL MSJ ON WITHDRAWAL
GROUNDS

HIGHLY CONFIDENTIAL

# ORIGINAL

Page 160

1         UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3  _____

4  IN RE:  CATHODE RAY TUBE     )

     (CRT) ANTITRUST LITIGATION   )

5  _____)  No. 307-5944 SC

                            )  MDL No. 1917

6  This Document Relates to:    )

7  ALL ACTIONS               )  **HIGHLY CONFIDENTIAL**

  _____)

8

      SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

       CITY AND COUNTY OF SAN FRANCISCO

10

11  _____

  STATE OF CALIFORNIA, et al.,  )

12                       )

            Plaintiffs,  )

13        v.            )  No. CGC-11-51584

                       )  [Related to

14  SAMSUNG SDI, INC., CO.,     )  CGC-11-515786]

  LTD., et al.           )

15                      )

           Defendants.  )

16  _____)

17

18     VIDEOTAPED DEPOSITION OF DUK CHUL RYU

19         San Francisco, California

20        Thursday, January 16, 2014

21            Volume II

22

  Reported by:

23  SUZANNE F. BOSCHETTI

  CSR No. 5111

24

25

HIGHLY CONFIDENTIAL

Page 232

| | | |
|---|---|---|
| 1 | J-e-o-n-g, phonetically by the interpreter. | 01:25:59 |
| 2 | BY MS. WHITEHEAD: | 01:26:06 |
| 3 | Q    And when Mr. Jeong became your supervisor | 01:26:07 |
| 4 | in 2005 or 2006, did he remain your supervisor until | 01:26:11 |
| 5 | you stopped having responsibilities for CRT | 01:26:16 |
| 6 | procurement? | 01:26:19 |
| 7 | A    Yes, that's correct. | 01:26:38 |
| 8 | MR. TEMKO:   Excuse me. | 01:26:51 |
| 9 | MS. WHITEHEAD:   Bless you. | 01:26:51 |
| 10 | BY MS. WHITEHEAD: | 01:26:53 |
| 11 | Q    During your time in CRT procurement for | 01:26:53 |
| 12 | LGE, for which companies did LGE buy CDTs? | 01:26:55 |
| 13 | A    I believe they were LPD, SDI, CPT and | 01:27:13 |
| 14 | Mitsubishi.  But I'm not too sure about other | 01:27:39 |
| 15 | companies. | 01:27:43 |
| 16 | Q    And by CPT, do you mean Chunghwa Picture | 01:27:45 |
| 17 | Tubes? | 01:27:51 |
| 18 | A    That's correct. | 01:27:51 |
| 19 | Q    During your time in CRT procurement for | 01:27:53 |
| 20 | LGE, from which companies did LGE buy CPTs? | 01:27:57 |
| 21 | A    There were too many companies, so if | 01:28:30 |
| 22 | necessary, should I tell you the names of the | 01:28:32 |
| 23 | company by region? | 01:28:37 |
| 24 | Q    Let's just start with the full list, if you | 01:28:42 |
| 25 | could just tell me all of the suppliers you recall. | 01:28:45 |

HIGHLY CONFIDENTIAL

Page 233

| | | |
|---|---|---|
| 1 | A      LPD, SDI, CPT, Orion, Thai-CRT, Samtel, | 01:28:56 |
| 2 | Irico, and then there was a Chinese local company | 01:29:23 |
| 3 | whose name I don't remember right now. | 01:29:37 |
| 4 | Q      And what were the LGE regions during the | 01:29:44 |
| 5 | time you were in CRT procurement? | 01:29:48 |
| 6 | MR. TEMKO:  Object.  Vague and ambiguous. | 01:30:05 |
| 7 | THE WITNESS:  Are you talking about the | 01:30:14 |
| 8 | regions where LG Electronics produced TVs and | 01:30:15 |
| 9 | monitors? | 01:30:20 |
| 10 | BY MS. WHITEHEAD: | 01:30:22 |
| 11 | Q      Well, in your prior answer you asked if you | 01:30:22 |
| 12 | should tell me the names of the company by region. | 01:30:27 |
| 13 | What were you referring to when you said "by | 01:30:31 |
| 14 | region"? | 01:30:35 |
| 15 | A      In general, there were regions we would | 01:31:20 |
| 16 | divide. | 01:31:35 |
| 17 | THE INTERPRETER:  Correction by the | 01:31:45 |
| 18 | interpreter. | 01:31:46 |
| 19 | THE WITNESS:  In general, we, our company, | 01:31:46 |
| 20 | or the TV industry and the monitor industry would | 01:31:49 |
| 21 | divide the geographical area into certain regions. | 01:31:57 |
| 22 | So it was going to be easier for me to remember and | 01:32:04 |
| 23 | tell you by those regions because I was used to | 01:32:11 |
| 24 | those divisions. | 01:32:17 |
| 25 | BY MS. WHITEHEAD: | 01:32:19 |

HIGHLY CONFIDENTIAL

Page 239

| | | |
|---|---|---|
| 1 | else and did it. | 01:49:18 |
| 2 | Q    So when -- when an employee of LGE | 01:49:20 |
| 3 | communicated with one of its suppliers that it would | 01:49:26 |
| 4 | purchase, you know, a particular volume of tubes, | 01:49:28 |
| 5 | was it guaranteeing that it would purchase that | 01:49:31 |
| 6 | number of tubes? | 01:49:33 |
| 7 | MR. TEMKO:  Vague and ambiguous. | 01:49:59 |
| 8 | Incomplete hypothetical.  Calls for a legal | 01:50:01 |
| 9 | conclusion. | 01:50:07 |
| 10 | THE WITNESS:  We did not guarantee. | 01:50:10 |
| 11 | BY MS. WHITEHEAD: | 01:50:13 |
| 12 | Q    Were there times when LGE purchased fewer | 01:50:13 |
| 13 | tubes than it had told a supplier it intended to | 01:50:16 |
| 14 | purchase? | 01:50:21 |
| 15 | A    Yes, there were. | 01:50:35 |
| 16 | Q    In what situations would that happen? | 01:50:36 |
| 17 | A    There were cases where the total number of | 01:51:03 |
| 18 | TV monitor production volume was decreased from the | 01:51:09 |
| 19 | number that we had planned at the LG Electronics. | 01:51:19 |
| 20 | Q    And were there ever any other reasons that | 01:51:24 |
| 21 | LGE would purchase fewer tubes than it had told a | 01:51:26 |
| 22 | supplier it would purchase? | 01:51:31 |
| 23 | A    In case their price competitiveness was | 01:52:07 |
| 24 | worse than the other supplier, because we sometimes | 01:52:12 |
| 25 | gave more volume to the other company that had | 01:52:18 |

HIGHLY CONFIDENTIAL

|  |  | Page 240 |
|---|---|---|
| 1 | better price competitiveness, in that case, certain | 01:52:23 |
| 2 | supplier's volume got decreased. | 01:52:29 |

| 3 | Q    Were there any other reasons that LGE would | 01:52:34 |
|---|---|---|
| 4 | purchase fewer tubes than it had told a supplier it | 01:52:36 |
| 5 | would purchase? | 01:52:40 |
| 6 | A    Because you limited your question up to | 01:53:13 |
| 7 | 2010, there was another reason.  For example, there | 01:53:15 |
| 8 | were cases where a certain supplier reduced their | 01:53:22 |
| 9 | CRT business that in some cases a company would | 01:53:27 |
| 10 | completely give up the CRT business all together | 01:53:37 |
| 11 | that we had to reduce the volume of the CRTs that we | 01:53:43 |
| 12 | purchased than the plan. | 01:53:49 |
| 13 | Q    And are there any other reasons you can | 01:53:57 |
| 14 | think of? | 01:53:59 |
| 15 | A    No. | 01:54:06 |
| 16 | Q    When you were in procurement at LGE, LGE | 01:54:10 |
| 17 | was a -- an owner of LPD, correct? | 01:54:15 |
| 18 | MR. TEMKO:  Object.  No foundation.  Calls | 01:54:31 |
| 19 | for a legal conclusion.  And vague as to time. | 01:54:36 |
| 20 | THE WITNESS:  I knew it was a joint | 01:54:53 |
| 21 | venture, but I did not have a precise understanding | 01:54:59 |
| 22 | as to the relationship with LG Electronics. | 01:55:03 |
| 23 | BY MS. WHITEHEAD: | 01:55:07 |
| 24 | Q    Did LGE procure tubes from LPD differently | 01:55:07 |
| 25 | from the way it procured tubes from other CRT | 01:55:12 |

HIGHLY CONFIDENTIAL

|   |   |   |
|---|---|---|
|   |   | Page 241 |
| 1 | suppliers? | 01:55:16 |
| 2 | A    No. | 01:55:26 |
| 3 | Q    Who were LGE's CRT computer monitor | 01:55:37 |
| 4 | customers during the time you were in procurement at | 01:55:42 |
| 5 | LGE? | 01:55:45 |
| 6 | MR. TEMKO:  Object.  No foundation. | 01:56:01 |
| 7 | THE WITNESS:  LG Electronics had its own | 01:56:25 |
| 8 | brand, and I believe it supplied to such companies | 01:56:29 |
| 9 | as Sony or other companies which did OEM method. | 01:56:37 |
| 10 | BY MS. WHITEHEAD: | 01:56:45 |
| 11 | Q    Can you think of any other companies who | 01:56:46 |
| 12 | used the OEM method that LGE supplied computer | 01:56:50 |
| 13 | monitors to? | 01:56:54 |
| 14 | A    I remember Apple. | 01:57:09 |
| 15 | Q    Any others? | 01:57:11 |
| 16 | A    I don't recall any more because I wasn't | 01:57:19 |
| 17 | directly involved in the sales. | 01:57:21 |
| 18 | Q    Do you know whether LGE supplied computer | 01:57:27 |
| 19 | monitors to Dell? | 01:57:30 |
| 20 | A    That I don't know. | 01:57:38 |
| 21 | Q    Do you know whether LGE -- strike that. | 01:57:41 |
| 22 | During the time you were in procurement at | 01:57:47 |
| 23 | LGE, who were the TV customers of LGE? | 01:57:51 |
| 24 | MR. TEMKO:  Just out of curiosity, do you | 01:58:07 |
| 25 | mean CRT televisions? | 01:58:10 |

HIGHLY CONFIDENTIAL

Page 284

| | | |
|---|---|---|
| 1 | MR. TEMKO:  Yes, please. | 04:47:11 |
| 2 | BY MS. WHITEHEAD: | 04:47:16 |
| 3 | Q    Were you curious why LPD had information | 04:47:16 |
| 4 | about the price increase plans of its competitors? | 04:47:20 |
| 5 | MS. SOLOUKI:  Same objection. | 04:47:35 |
| 6 | THE WITNESS:  This is what I thought: | 04:48:09 |
| 7 | There was no way to verify whether the LPD's | 04:48:18 |
| 8 | information they were telling me about the | 04:48:25 |
| 9 | competitors' price increase was correct or not.  So | 04:48:27 |
| 10 | I thought it was one of the LPD's sales strategy or | 04:48:42 |
| 11 | a way to persuade me of their price increase notice, | 04:48:50 |
| 12 | that they could have been using this as false | 04:48:56 |
| 13 | information. | 04:49:11 |
| 14 | One thing I want to add is that it pertains | 04:49:55 |
| 15 | to my personal position, but because I was working | 04:50:01 |
| 16 | in the procurement of monitor CDT and TV CPT and the | 04:50:11 |
| 17 | LCD module at the same time, that relating to the | 04:50:23 |
| 18 | CRT portion, I was making every effort to lower the | 04:50:29 |
| 19 | cost in terms of the CDT monitors and CPT TVs. | 04:50:42 |
| 20 | In addition to it, if you look at the first | 04:51:45 |
| 21 | email, the date of the first email is October 25th. | 04:51:47 |
| 22 | And later on, Mr. Ahn makes another request, again | 04:51:52 |
| 23 | on January 13th.  So that means -- | 04:51:58 |
| 24 | MS. WHITEHEAD:  November. | 04:52:04 |
| 25 | (Discussion off the record in Korean.) | 04:52:14 |

HIGHLY CONFIDENTIAL

Page 285

| | | |
|---|---|---|
| 1 | THE WITNESS:  So that means during that | 04:52:16 |
| 2 | 20 days, I had been making a lot of effort in order | 04:52:20 |
| 3 | to lower the prices or to respond to the price | 04:52:30 |
| 4 | increase with my own purchasing strategy, even | 04:52:37 |
| 5 | utilizing the Business Planning Team, not only the | 04:52:46 |
| 6 | Purchasing Team, that I was making every effort to | 04:52:58 |
| 7 | lower the CRT prices.  So I think you can verify | 04:53:04 |
| 8 | that reading these chain of emails. | 04:53:09 |
| 9 | BY MS. WHITEHEAD: | 04:53:21 |
| 10 | Q    Do you recall whether LPD was ultimately | 04:53:21 |
| 11 | successful in getting this price increase that it | 04:53:24 |
| 12 | requested in October of 2007? | 04:53:30 |
| 13 | A    I don't recall that exactly. | 04:53:48 |
| 14 | Q    But according to the email on | 04:53:50 |
| 15 | November 13th, 2007, LPD still insisted on a price | 04:53:53 |
| 16 | increase, correct? | 04:53:58 |
| 17 | MR. TEMKO:  Mischaracterizes the document. | 04:54:07 |
| 18 | THE WITNESS:  Yes, that's right.  That's | 04:54:22 |
| 19 | why the first email was written by the -- I believe | 04:54:24 |
| 20 | a manager at the LPD's Sales Team, but the last | 04:55:08 |
| 21 | email was from the -- I believe he was the sales | 04:55:15 |
| 22 | director of LPD, and I think that shows how fierce | 04:55:22 |
| 23 | the price negotiation was. | 04:55:29 |
| 24 | BY MS. WHITEHEAD: | 04:55:29 |
| 25 | Q    Mr. Ryu, as an employee in purchasing for | 04:55:37 |

HIGHLY CONFIDENTIAL

Page 286

| | | |
|---|---|---|
| 1 | CRTs, did you want your suppliers to discuss prices | 04:55:40 |
| 2 | with their competitors? | 04:55:44 |
| 3 | A    Not at all. | 04:56:11 |
| 4 | Q    So when you received emails like the one | 04:56:12 |
| 5 | here in which your suppliers provided information | 04:56:14 |
| 6 | regarding the price increases of their competitors, | 04:56:19 |
| 7 | why didn't you ask them how they got that | 04:56:23 |
| 8 | information? | 04:56:25 |
| 9 | A    By "competitors," do you mean SDI and CPT? | 04:56:51 |
| 10 | Q    Yes. | 04:56:56 |
| 11 | A    As I said earlier, that was because I did | 04:57:23 |
| 12 | not have sufficient time to pay attention to those | 04:57:35 |
| 13 | things, because I had too many things to take care | 04:57:39 |
| 14 | of that I could not pay attention to it. | 04:57:42 |
| 15 | Also, I wasn't interested in whether the | 04:58:06 |
| 16 | CPT was raising its prices or SDI was raising its | 04:58:09 |
| 17 | prices.  My foremost interest was to lower the CDT | 04:58:15 |
| 18 | prices that we were purchasing from LPD. | 04:58:22 |
| 19 | So if you look in the middle of the email, | 04:58:40 |
| 20 | it says:  "No profit, no business."  This is the | 04:58:43 |
| 21 | phrase I used in order to pressure LPD so that I | 04:58:45 |
| 22 | could lower the prices. | 04:58:56 |
| 23 | Q    Mr. Ryu, if you did not want your suppliers | 04:59:00 |
| 24 | to discuss prices with their competitors, why didn't | 04:59:05 |
| 25 | you ask Mr. Jin Mun Choi how he got the information | 04:59:10 |

HIGHLY CONFIDENTIAL

Page 293

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4          That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were duly sworn; that a record

8    of the proceedings was made by me using machine

9    shorthand which was thereafter transcribed under my

10   direction; that the foregoing transcript is a true

11   record of the testimony given.

12         I further, certify I am neither financially

13   interested in the action nor a relative or employee

14   of any attorney or party to this action.

15         IN WITNESS WHEREOF, I have this date

16   subscribed my name.

17

18   Dated: January 29, 2014.

19

20

21   _____

22          SUZANNE F. BOSCHETTI

23          CSR No. 5111

24

25

HIGHLY CONFIDENTIAL

Page 292

8        I, DUK CHUL RYU, do hereby declare under

9  penalty of perjury that I have read the foregoing

10  transcript of my deposition; that I have made such

11  corrections as noted herein, in ink, initialed by

12  me, or attached hereto; that my testimony as

13  contained herein, as corrected, is true and correct.

14        EXECUTED this _21_ day of _February_,

15  2014, at _Seoul_, _South Korea_.

16        (City)        (State)

17

18       _____

        DUK CHUL RYU

19        Volume II

SEALED EXHIBIT 8 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS - Filed Under Seal

# EXHIBIT 9
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

1  BAKER BOTTS L.L.P.
   Jon V. Swenson (SBN 233054)
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA 94304-1007
   Telephone: (650) 739-7500
4  Facsimile: (650) 739-7699
   Email: jon.swenson@bakerbotts.com
5
   BAKER BOTTS L.L.P.
6  John M. Taladay (*pro hac vice*)
   Joseph Ostoyich (*pro hac vice*)
7  Erik T. Koons (*pro hac vice*)
   Charles M. Malaise (*pro hac vice*)
8  1299 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2400
9  Telephone: (202) 639-7700
   Facsimile: (202) 639-7890
10 Email: john.taladay@bakerbotts.com
   Email: joseph.ostoyich@bakerbotts.com
11 Email: erik.koons@bakerbotts.com
   Email: charles.malaise@bakerbotts.com
12
   *Attorneys for Defendant Koninklijke Philips N.V., and*
13 *Philips Electronics North America Corporation*

14
                    UNITED STATES DISTRICT COURT
15               NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
16

17 | In re: CATHODE RAY TUBE (CRT)     | Case No. 07-5944 SC
   | ANTITRUST LITIGATION             | MDL No. 1917
18
   | This Document Relates to:        | **DECLARATION OF FRANCISCUS**
19 |                                  | **JOHANNES SPAARGAREN**
   | ALL ACTIONS
20

21

22

23

24

25                                        4001

26                                   EXHIBIT NO. WU
                                        7-11-14
27                                    S. LANCASTER

28
   Active 15226772.1                                    MDL 1917

        DECLARATION OF FRANCISCUS JOHANNES SPAARGAREN

1    I, Franciscus Johannes Spaargaren, being duly sworn, hereby declare and state as follows:

2        1.      The statements contained in this declaration are based on my personal knowledge, my

3    review of the books and records of Koninklijke Philips N.V. ("KPNV"), and my consultation with

4    various employees of KPNV, as well as KPNV's subsidiaries, joint ventures, and associates

5    (collectively "Philips"). If called upon, I could and would competently testify to these statements

6    under oath.

7        2.      Unless otherwise specified, the statements below relate to May 1998 to June 2004—

8    the time period during which I was employed by Philips.

9

10   I.    Professional Background

11       3.      I received a bachelor's degree in economics from Utrecht University in 1978.

12       4.      I received an executive masters of business administration from Henley Management

13   College in the United Kingdom in 1993.

14       5.      I am currently retired and live in Oisterwijk, in the Netherlands.  I was employed by

15   Philips from May 1998 to June 2004.

16       6.      Prior to joining Philips, I served in the internal audit department for Bruna, a Dutch

17   company with approximately 400 bookstores in the Netherlands; served as an assistant controller for

18   Baars Cheese; and served in various corporate capacities for Varta, a German battery manufacturer.

19       7.      Since leaving Philips, I have served as the CFO for multiple companies including

20   GemPlus, OTB, Cofely, and Tommy Hilfiger.

21

22   II.   Employment at Philips

23       8.      Philips Display Components ("Philips Components") is a business group within

24   Philips that manufactured and sold components for consumer electronics including cathode ray tubes

25   ("CRTs") for televisions and computer monitors.  The Philips Components business group was part

26   of the Product Division Components, at that time one of the six Product Divisions of Philips.

27       9.      I joined Philips Components as CFO in May 1998.  My official title was executive

28   vice-president and CFO of Philips Components. I worked for Philips Components from May 1998

Active 15226772.3                    2                    MDL 1917

DECLARATION OF FRANCISCUS JOHANNES SPAARGAREN

1  to November 2001.

2      10.    During my time at Philips Components, I reported directly to Philips Components'

3  CEO: Mr. Y.C. Lo (May 1998 to January 1999), Mr. Gerard Kleisterlee (January 1999 to August

4  2000), and Mr. Matt Medeiros (August 2000 to November 2001).

5      11.    In July 2001, KPNV and LG Electronics, Inc. ("LG") created a joint venture for the

6  manufacture and sale of CRTs known as LG.Philips Displays ("LPD").

7      12.    Philips' Joint Venture Office ("JV Office") was created in November 2001 to oversee

8  KPNV's investment in multiple joint ventures including LPD. I was the head of this office from

9  November 2001 until I left Philips in June 2004. My title was executive vice-president of Philips

10  International. I was the sole employee of the JV Office.

11      13.    In this position, I first reported to Mr. Arthur Van der Poel, a member of KPNV's

12  board of management. I later reported to Mr. Jan Oosterveld, head of corporate strategy, and finally

13  Mr. Ad Huijser, KPNV's chief technology officer.

14      14.    I was never employed by LPD and never received any compensation from LPD.

15

16  **III.    The Formation of LPD**

17      15.    LPD was officially created in July 2001, as a joint venture between KPNV and LG.

18  The joint venture was governed by a Joint Venture Agreement ("JV Agreement") that was signed by

19  KPNV and LG on June 11, 2001.

20      16.    KPNV and LG had begun discussing this potential joint venture in late 1999.

21      17.    I was personally involved in the negotiations surrounding the drafting of the Letter of

22  Intent between the joint venture parties in early 2000, which set out key terms of the joint venture.

23      18.    As part of these discussions, I was personally involved in working with LG on the

24  valuation of the assets that both shareholders would contribute to LPD and to develop the high-level

25  structure for LPD's governance that LPD's management would implement once LPD became

26  operative.

27

28

### A.   Reasons That KPNV Wanted to Create the Joint Venture

19.   The CRT industry was maturing, meaning that it was showing lower growth rates than in its initial years.

20.   KPNV believed that the joint venture would better align CRT assets and allow them to monetize their value. The joint venture would create cost advantages and technology advantages in purchasing and production, which would allow it to compete more effectively in the CRT industry.

21.   KPNV believed that the joint venture was mutually advantageous because of the strengths of Philips and LG in various product and geographic areas.

### B.   Financing/Capitalization

22.   LPD was intended to be a self-financing, independent corporate entity.

23.   At the formation of LPD, LG and Philips contributed assets that the parties valued at approximately $3.1 billion and $2 billion, respectively, at the time of LPD's formation.

24.   Philips contributed assets related to CRTs to LPD.

25.   LPD was adequately capitalized at its formation, including a $2 billion loan that LPD obtained from a syndicate of banks.

26.   LPD's operations were to be funded by the cash flow generated by LPD's sales, as well as the working capital provided by this loan.

### C.   The Joint Venture Agreement

27.   The high-level structure of LPD's corporate governance was laid out in the JV Agreement, which established that LPD would be run by the company's management. KPNV and LG would be merely non-controlling shareholders.

28.   As part of this JV Agreement, the shares of LPD were split equally between KPNV and LPD, except that KPNV received one additional share. This structure, however, in no way gave KPNV influence or control over LPD, and instead was designed solely for the purpose of ensuring that LPD had access to Philips' portfolio of cross-intellectual property licenses.

1        29.     The JV Agreement also created and established the responsibilities of LPD's

2 Supervisory Board and Group Management Team.

3        30.     I was a member of the Supervisory Board from the creation of LPD through June

4 2004 when I left Philips.

5        31.     The Group Management Team consisted of ten LPD officers. These positions were

6 the CEO, CFO, Chief Operating Officer (COO), the Chief Sales Officer, Chief Strategy Officer,

7 Chief Technology Officer (CTO), and four regional managers.

8        32.     In September 2002, the Group Management Team was restructured by LPD and

9 became known as the Executive Board. The Executive Board was composed of LPD's CEO, CFO,

10 COO, and Chief Sales Officer. LPD's intent in restructuring the Group Management Team was to

11 allow LPD's management to act more quickly and decisively.

12

13 **IV.    LPD Was a Wholly Separate and Independent Company**

14        33.     After the creation of LPD in July 2001, LPD was a wholly separate, independent, and

15 fully-operational company.

16        34.     LPD maintained its own books and records, which were kept wholly separate from

17 those of KPNV. This included LPD's bank accounts, which were maintained separate from those of

18 KPNV and LG. Philips never consolidated LPD's results with its own.

19        35.     LPD's assets were also always kept separate from KPNV's assets and were never

20 commingled. KPNV had no ability to access LPD's cash or capital and LPD had no ability to access

21 KPNV's cash or capital. Nor were any of LPD's assets ever securitized for the benefit of KPNV.

22        36.     The members of LPD's Group Management Team/Executive Board were solely

23 officers and employees of LPD, not LPD's shareholders, and were paid by LPD.

24        37.     In my understanding, LPD's Group Management Team/Executive Board held regular

25 formal meetings, the minutes of which were recorded.

26

27 **V.    KPNV Had No Control Over LPD's Day-to-Day Operations**

28        38.     As part of being a wholly separate and fully-operational company, the financial and

DECLARATION OF FRANCISCUS JOHANNES SPAARGAREN

1  business affairs of LPD's operational headquarters were run by LPD's Group Management

2  Team/Executive Board, individually and jointly.  The operations of LPD's subsidiaries were

3  likewise run by the management of those subsidiaries.

4       39.  At no time did KPNV, or any other Philips entity, or LG ever exert any day-to-day

5  management or control over LPD.

6       40.  Based on the JV Agreement, both shareholders held approximately 50% of LPD's

7  shares and thus neither could unilaterally make decisions at LPD's general meeting of shareholders,

8  as a two-thirds majority was required to pass shareholder decisions.

9

10      *A.  LPD's Supervisory Board*

11       41.  The role of the Supervisory Board was to provide high-level strategic advice to

12  LPD's management and aide LPD in determining its business policies and how to implement those

13  policies.  This implementation, however, was solely the responsibility of LPD's management.

14       42.  The Supervisory Board never made decisions on behalf of LPD; it only approved

15  major decisions planned by LPD's management such as LPD's strategic plans related to investments

16  and restructuring.  Further, I do not remember a single instance in which the Supervisory Board

17  vetoed any investments or plans that LPD submitted to the Supervisory Board.

18       43.  The Supervisory Board did not run or control the day-to-day operations of LPD.

19  LPD's management had independent autonomy to control LPD's business.  The Supervisory Board

20  did not have management responsibilities over the price that LPD charged for CRTs, or the volume

21  of CRTs that LPD produced, or the customers that LPD sold to.

22       44.  This structure of a supervisory board giving strategic guidance and a management

23  team that controls the day-to-day operations of a company is typical in the Netherlands.

24       45.  The members of the Supervisory Board had a fiduciary duty to LPD.  As a member of

25  the Supervisory Board, I took this fiduciary obligation seriously and, in this capacity, never acted in

26  any way contrary to LPD's interests.  KPNV never instructed me as a Supervisory Board member to

27  direct LPD on how to run its day-to-day operations.

28

DECLARATION OF FRANCISCUS JOHANNES SPAARGAREN

1    **B.**   *Philips' Joint Venture Office*

2    46.   The Philips JV Office was the liaison between Philips and LPD.

3    47.   My primary responsibility as head of this office was to keep KPNV informed on the

4 status of its joint ventures, including its investment in LPD. In order to fulfill this responsibility, I

5 analyzed information that the Supervisory Board received from LPD about its operational

6 performance.

7    48.   As the only member of the JV Office, I did not manage the day-to-day operations or

8 strategic direction of LPD in any way, nor did I control KPNV's representatives on the Supervisory

9 Board.

10    49.   The JV Office did not have any control over the agenda for the Supervisory Board

11 meetings, nor did the JV Office advise LPD on business plans or investments.

12

13  **VI.**   **KPNV and LG Sought to Ensure LPD's Financial Success**

14    50.   KPNV and LG always sought to assist LPD in becoming a financially self-sufficient

15 company.

16    51.   During LPD's first year, a confluence of market factors—including the dotcom

17 bubble bursting and the tragedy of September 11, 2001—resulted in poor performance across the

18 entire consumer electronics industry, including LPD.

19    52.   In response to this performance, upon LPD's request, KPNV and LG worked with the

20 syndicate of private lenders to agree on a capital injection. Thus, in May 2002, KPNV and LG

21 agreed to make a capital injection of $250 million into LPD. KPNV later made additional capital

22 injections and provided certain guarantees if further injections were necessary. KPNV believed that

23 LPD would be able to use these funds to restructure and continue to be financially self-sufficient.

24    53.   KPNV never insisted on receiving any income as a shareholder of LPD and never

25 received a return on its investment.

26    54.   KPNV never removed assets from LPD. Nor did it ever withdraw or seek the return

27 of its equity investments in LPD, or divert LPD's funds to its own use.

28    55.   All of Philips' transactions with LPD were at arms-length.

1
2      I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct.
4      Executed on April 10, 2014 in ___Oisterwijk, the Netherlands___
5
6
7
8                  Franciscus Johannes Spaargaren
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Active 15226772.3            8           MDL 1917

DECLARATION OF FRANCISCUS JOHANNES SPAARGAREN