SEALED EXHIBIT 10 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 11 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

# EXHIBIT 12
# TO HARTGE DECLARATION ISO LG ELECTRONICS, INC.'S PARTIAL MSJ ON WITHDRAWAL GROUNDS

# Notes document id
# 57464248D4CC8728852569AE005879D4

| $Created | 11/27/2000 02:09:30 PM |
|---|---|
| $Modified | 11/27/2000 02:09:41 PM |
| $Moods | N |
| $UpdatedBy | CN=Tom Heiser/O=HEDUS |
| Body | -----Original Message----- From: Gerard Corbett [mailto:gerard.corbett@hal.hitachi.com] Sent: Monday, November 27, 2000 2:55 AM To: Abigail Bradford; Alan Wong; andrew mulazzi; Barbara Dyer; Benjie Hopkins; Bill Davis; Bill Melo; Bill Porter; Carl J. Green; Charlotte Bradford; Chrislyn Brandt; Clare hassall; Clare Thomsen; Craig Kerkove; Daniel M. Mahoney; David J. Brozek; Driessen Mike; Ed Vales; Eric Kreis; Felix McNulty; Frank Fowler; Gary Bennett; Gary Galusha; Geert Lievens; gene.murphy@hal.hitachi.com; geoffb@hvbi.com; Gerry Gilhuly; Haydee Lopez; Hiroaki Hamano; Hisashi (Shaw) Funami; Jack Brietenbucher; Janjigian Mike; Jeff Muscatine; Jill Kuglar; Jim Sogas; Joanna Macgovern; Joe Ragonese; Joe Smallwood; John Henderson; Kantaro Tanii; Kaz Masamoto; Kurt Ibsen; Laine Maniquis; Larry Royalty; Leo Delaney; Leslie Bishop; Linda Duffy; Lock Vicki; Lou Caro; mike.janjigian@hii-hitachi.com; Nina Sison; Parker; Pat Reilly; Pete Denes; Pete Scobel; Pete Westafer; Peter Doelling; Rachel Scharlat; Reiko Nishiguchi; Rich Gadomski; Riemer Hans; Robert Lahr; Robert Neudecker; Roland Gomez; Ron Bechtold; Rose Chojnacki; Russell Stump; Sam-hapla van den Berg/hapla; Sandra Renihan; Satoshi Kinoshita; Scott Baker; Scott Barnette; scott koreski; Sosei Katsumoto; Stephanie Tyler; Steve Meadows; Steven Zivanic; Stuart Kirk; Tamara Deschryver; Tatsuya Kubo; Terry Cooper; Tom Barrett; Tom Heiser; Tom Smith; Vincent Lavallee Subject: MORNING NEWS BRIEFS ************************************************************** **** ** From The Nikkei Tokyo Electric Sells Power Generators To Hitachi TOKYO (Nikkei)--Tokyo Electric Power Co. (9501) has sold off two gas turbine electricity generators to Hitachi Ltd. (6501), company sources said Saturday. The company plans to reduce facility maintenance costs by speeding up sales of excess generators because growth in power demand is slowing. The two generators at a power plant in Tokyo were the second such sell-off for Japan's largest electricity provider. In July, it sold a generator to General Electric Co. The two generators have an output capacity of 41,700 kilowatts and were built at a total cost of 14 billion yen. One started operating in December 1992 and the other in February 1993. Hitachi will likely resell the generators to overseas independent power producers after repairing them. Tokyo Electric has not disclosed the purchase price. Tokyo Electric suspended operations of power generators with a capacity of 354,400 kilowatts in March. It is also considering selling a generator at a power plant in Yokosuka, Kanagawa Prefecture. * * * Hitachi Joint Venture To Supply Guangzhou Subway Escalators TOKYO (Nikkei)--Guangzhou Hitachi Elevator Co., a Chinese joint venture of Hitachi Ltd. (6501), has received an order to provide, install and service escalators in subways in Guangzhou, China. The order, worth 1.3 billion yen, is for a total of 109 escalators in the 16 stations of the No. 2 line in Guangzhou, which is currently under construction. The company won about half the order for the previous No. 1 line. Units for the No. 2 line will be produced in China, but most parts will be procured locally. Products for the No. 1 line were made in Japan and shipped to China. Hitachi hopes the order will allow it to gain a stronger foothold in the growing Chinese market for elevator and escalator equipment, and catch up with Mitsubishi Electric Corp. (6503), which currently holds the top share. * * * Hitachi, Itochu Win Big Water Mill Order From China TOKYO (Nikkei)--Hitachi Ltd. (6501) and Itochu Corp. (8001) have jointly received an order estimated to be worth over |

HEDUS-CRT00164948

4 billion yen for five hydroelectric power water mills from an electricity utility in China's Hunan Province, officials at the Japanese firms said. The water mills each have an output capacity of 45,000kw and a diameter of six meters. They will be built on a riverbed, generating power from natural water flow which will minimize the adverse impact on the environment. Hunan Wuling Hydropower Development Co. partnered with another Chinese firm, Harbin Electric Machinery Co., on the order. Construction of the facilities will be the first in China to be covered by yen loans allocated to promote environmental protection. More such loans are likely to be made for similar projects and for the installation of desulfurizing equipment at power plants, sources said. Hitachi receives most of its orders for hydroelectric power plants from China and South America. * * * From The Wall Street Journal WAL-MART AND SEARS saw robust gains in sales from last year on the day after Thanksgiving as the holiday shopping season began. The increases were driven by early-morning discounts of as much as 50% on select items. * * * Boeing is expected to receive orders for at least 113 of its big 777 airliners this year, valued at more than $18 billion. The record annual total would put demand for the jets well ahead of comparable models by rival Airbus of Europe. * * * Climate talks collapsed over levels of emissions-reduction credits the U.S. and other countries would get for absorption of carbon dioxide in their forests and farmlands. But negotiators plan to resume Kyoto treaty talks next year. * * * Japan's NTT DoCoMo is close to a deal to acquire a 16% to 18% stake in the wireless arm of AT&T for nearly $10 billion, say people familiar with the talks. The pact would provide AT&T Wireless and its parent with much-needed cash. * * * AT&T Broadband, a unit of AT&T, told several companies that it won't accept further deliveries of products for its cable-television networks for the rest of the year. Some suppliers' shares fell on the news. * * * Flight delays were reported for some travelers returning home from the Thanksgiving holiday. Rain, low visibility and scattered labor protests were to blame for the slow service. * * * American Airlines and British Air senior executives hope to use a meeting of their Oneworld alliance this week to re-energize the airline group and their own stalled bilateral relations. * * * The Nasdaq composite surged 149.04, or 5.4%, to 2904.38 Friday, rebounding from recent losses as investors snapped up some hard-hit technology shares. The Dow industrials gained 70.91 to 10470.23. * * * Universal Pictures' "The Grinch" stole Thanksgiving from Walt Disney, grossing an estimated $73.8 million during the five-day holiday weekend. * * * Japan's Softbank returned to profitability for the half-year ended Sept. 30, and its president said the technology company's shares are undervalued. * * * Credit Agricole stepped in to help trans-Atlantic investment bank Lazard buy out a French financier's stake in a Lazard holding company in a transaction valued at $502 million. * * * Microsoft plans to launch this spring Train Simulator, a computer game that reflects a resurgence in model trains. * * * Sharp of Japan plans to enter the crowded U.S. market with an entertainment-oriented device that will offer Web access and downloading of color video. * * * FedEx's founder, Frederick W. Smith, underwent heart-bypass surgery. But the chairman and CEO is expected to return soon to his duties. * * * Retailers Slash Prices to Draw Those Wary Holiday Shoppers The kickoff of the holiday shopping season made one thing clear: Mark it down and they will come. Worried that this year's holiday sales could pale compared with last year's blockbuster selling season, retailers across the country took the offensive by offering steep discounts and managed to lure substantial numbers of shoppers. For the aggressive consumer, there were deals to be found not only on the season's hottest items, such as DVD players, digital cameras and scooters, but also on some staple gift items such as clothing that haven't sold well in the recent economic slowdown. The Macy's store at the South Shore Plaza mall in Braintree, Mass., was decked out in holly boughs, gold ribbons -- and red clearance signs. "Look around. You'll find some great deals," advised one sales clerk. Sure enough, much of the already marked-down women's sportswear was discounted further at the register. Final price for a red sweater by Jones New York: $42, down from $84 originally. Meanwhile, the nation's largest retailers, Wal-Mart Stores Inc. and Sears, Roebuck & Co., both saw healthy

HEDUS-CRT00164949

increases in sales from last year on the day after Thanksgiving, driven by early-morning discounts of as much as 50% on select items. At Sears, weekend gains were led by apparel, a category that has been weak for the retailer all year. Women's dresses and other ready-to-wear items, which were discounted about 50%, saw increases of as much 30%. The stores also did a strong business in shoes, leather coats, fine jewelry and tools. The payoff for such discounting was evident in the sales figures: Wal-Mart, based in Bentonville, Ark., said same-store sales on Friday rose 4% to 6% over the same day last year, while total sales for the day increased to more than $1.1 billion, up slightly from last year. Sears's Friday sales rose more than 6%, beating out the day after Thanksgiving last year as the best sale day in the 114-year-history of the company, based in Hoffman Estates, Ill. "This has gotten off to a great start, so we have to be optimistic," says Mary Conway, Sears's president of stores. Overall, mall traffic on the day after Thanksgiving rose 9.7% to 67.6 million visitors from the year before, by one count. And traffic at department stores in particular rose 8.2% to 83.1 million, according to RCT Systems Inc.'s National Retail Traffic Index, which draws data from a sample of the nation's 1,500 enclosed malls. And Internet sales -- helped by discounting as well -- got a big boost, jumping 26% to $105.1 million, according to BizRate.com, a Los Angeles firm that tracks orders from about half of all online shopping sites. Despite a momentary technical hiccup on Friday morning when its site briefly crashed, Amazon.com was on track to crack the 11 million mark for items ordered on its site since Nov. 2, when it opened a special holiday gift store. But even with such gains, the early discounting makes it difficult to gauge the true success of the weekend. At a cost to profits, discounting created momentum, but can retailers perpetuate it through Christmas? After Friday's healthy surge, consumer mall traffic rose a more modest 3.6% on Saturday from the year before, to 49 million visitors. And traffic at department stores inched up just 0.4% on Saturday to 56.8 million, according to RCT. "This weekend's traffic was almost completely due to special promotions. There wasn't one big toy to get people into the stores, so [retailers] had to run promotions to get people there early," says John Konarski, senior vice president at the International Council of Shopping Centers, a New York-based trade group. With factors such as higher home heating prices and uncertainty about the presidential election detracting from consumer confidence, this holiday season isn't expected to be as robust as those of years past. Jeff Feiner, a Lehman Brothers retail analyst, projects a sales increase of 3% to 5%, compared with 7% last year. "It will be an OK Christmas selling season, but not a buoyant one," Mr. Feiner says. The discounts don't look to be ending anytime soon. Kmart Corp.'s BlueLight.com e-commerce Web site plans to begin offering blue-light specials in cyberspace Monday, highlighted by a special offer of a limited number of the much coveted Sony PlayStation 2 for $499. BlueLight, based in San Francisco, hopes to use the PlayStation to draw shoppers to its site. That means holiday shoppers can continue celebrating some really good deals -- as they did this weekend. Lisa Kaiser shopped on the day after Thanksgiving for the first time this year, lured by all the bargains. She arrived at the Best Buy store in Evanston, Ill., about 45 minutes before the store's 7 a.m. opening, and quickly snapped up big-ticket items such as a $249 digital camera and a $99 cordless telephone, both on sale. * * * Holiday Shopping Off to Solid Start NEW YORK (AP) -- The first weekend of the holiday shopping season turned out to be a pleasant surprise for worried retailers: The consumers who crowded malls and logged onto e-commerce sites spent more than expected as they snapped up the season's must-have items. Sweaters, coats and other apparel items, bouncing back from a months-long slump, were the top sellers in stores and online. In fact, clothing turned out to be the most popular category on the Internet on Friday, followed by consumer electronics. Scooters and robotic pets were the big standouts in toys. ``Sales looked pretty decent,'' said Michael P. Niemira, vice president of the Bank of Tokyo Mitsubishi on Sunday, estimating that the weekend's sales will be about 5 to 6 percent higher than last year. ``It's a good start to the season. But where it goes from here remains to be seen.'' The solid sales followed months of sluggish business for many retailers, but the Thanksgiving weekend receipts were the result

of hard work on the part of merchants. Faced with an overall drop in consumer spending, retailers began discounting earlier than usual and focused more on what they expect will be the hot items. Sears, Roebuck and Co., for example, is holding its ``Best Prices of the Season'' campaign in early December, instead of after the holidays. A combination of stock market volatility, high interest rates, and rising fuel prices have made consumers cut back on things they don't really need. Analysts say the unresolved presidential election has contributed to Americans' uncertainty. Despite the strong start to the season, retailers are nervous about consumers like David Penner, a 58-year-old teacher from Andover, Mass., who plans to cut his holiday budget because he is spending $100,000 in home renovations. They also want Eleanor Jaick, a 55-year-old resident of Florham Park, N.J., who was just browsing on Saturday at New Jersey's Short Hills Mall, to get excited about the chunky sweaters and leather coats being offered this season. * * * Korea LG Elec: To Form TV Picture Tube JV With Philips SEOUL - - South Korea's LG Electronics Co. (Q.LGE) said Monday it has signed a letter of intent with Royal Philips Electronics NV (PHG) to enter a business alliance, including establishment of a picture tube joint venture through a merger of the two sides' cathode ray tube operations. * * * Japan's NTT DoCoMo Nears Agreement On $10 Billion Stake in AT&T Wireless Japan's NTT DoCoMo Inc. is close to an agreement to acquire a 16% to 18% stake in AT&T Wireless Corp. for nearly $10 billion, according to people familiar with the situation. A deal between NTT DoCoMo, a wireless unit of Japan's Nippon Telegraph & Telephone Corp., and AT&T Wireless, the wireless arm of AT&T Corp., Basking Ridge, N.J., is expected later this week, these people said. NTT DoCoMo is expected to acquire the minority position in AT&T Wireless by purchasing the stake from both parent company AT&T and the wireless unit. AT&T Wireless currently trades as a tracking stock of AT&T, but AT&T plans to spin off its 85% ownership in the wireless company and convert the unit's tracking stock into an asset-based common stock sometime next year. The remaining 15% of AT&T Wireless is publicly held. It couldn't be determined how the proceeds from NTT DoCoMo would be divided between AT&T and AT&T Wireless. However, such a deal would provide both companies with much-needed cash. Parent company AT&T, which is in the midst of a major restructuring, would conceivably use the money to help pay down some of its $62 billion in debt. AT&T Wireless would likely use the financial investment to bulk up ahead of federal wireless auctions that are expected to take place next month. Those auctions could reach into the millions of dollars as wireless companies bid for frequency spectrum to boost the capacity of their networks. While AT&T Wireless has the most spectrum of any U.S. wireless firm, it is still expected to participate in the auctions. One of the aucti@■ · ‖. ‖

| | |
|---|---|
| DeliveredDate | 11/27/2000 02:09:00 PM |
| DeliveryPriority | N |
| From | "Tom Heiser" |
| Importance | 2 |
| PostedDate | 11/27/2000 02:09:41 PM |
| SendTo | Parks, Peggy |
| Subject | FW: MORNING NEWS BRIEFS |
| creationtime | 12/07/2000 08:06:23 -0800 |
| lastmodifiedtime | 12/07/2000 12:31:21 -0800 |
| notesUID | 57464248D4CC8728852569AE005879D4 |
| uniqueid | 57464248D4CC8728852569AE005879D4 |

HEDUS-CRT00164951

SEALED EXHIBIT 13 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

# EXHIBIT 14
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

Page 1

1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
2                      SAN FRANCISCO DIVISION
3       _____
                                        )
4       IN RE: CATHODE RAY TUBE (CRT)  )
        ANTITRUST LITIGATION            )
5       _____ )  No. 07-cv-05944 SC
        This Document Relates to:       )  MDL No. 1917
6       ...(continuing caption page 2) )
        _____ )
7
8           SUPERIOR COURT OF THE STATE OF CALIFORNIA
                CITY AND COUNTY OF SAN FRANCISCO
9       _____
                                        )
10      STATE OF CALIFORNIA, et al.,    )
                                        )
11                       Plaintiffs,    )
                                        )  No. CGC-11-515784
12              v.                      )
                                        )
13      SAMSUNG SDI, INC., CO., LTD,    )
        et al.,                         )
14                       Defendants.    )
        _____ )
15
16                    HIGHLY CONFIDENTIAL
17              DEPOSITION OF LG ELECTRONICS
18                    KYUNG TAE KWON
19              San Francisco, California
20              Friday, July 13, 2012
21                      Volume I
22      Reported by:
        SUZANNE F. BOSCHETTI
23      CSR No. 5111
24
25

Page 27

| | | |
|---|---|---|
| 1 | A    Because the company was handed over to LG | 09:54:50 |
| 2 | Philips, I don't believe it does now. | 09:54:57 |
| 3 | Q    Does LGCNS, the company you mentioned | 09:55:00 |
| 4 | earlier as managing the computer system of LG | 09:55:06 |
| 5 | Electronics, have any information regarding costs of | 09:55:10 |
| 6 | the manufacture, sale or distribution of CRTs from | 09:55:16 |
| 7 | the period 1995 through June 2001? | 09:55:21 |
| 8 | MR. MUDGE:  Object.  Foundation and form. | 09:55:25 |
| 9 | THE WITNESS:  Well, because LGCNS is a | 09:56:24 |
| 10 | company that manages our company at the time our | 09:56:29 |
| 11 | company was being divided -- at the time of the | 09:56:35 |
| 12 | division with the LG Philips Display, I believe when | 09:56:46 |
| 13 | the assets were being transferred, I think those | 09:56:51 |
| 14 | things were transferred as well. | 09:57:01 |
| 15 | MR. KIM:  Objection to the translation. | 09:57:05 |
| 16 | Not -- instead of "those things," electronic data, | 09:57:07 |
| 17 | that system. | 09:57:11 |
| 18 | THE INTERPRETER:  This interpreter did not | 09:57:14 |
| 19 | hear that electronic data in the testimony. | 09:57:16 |
| 20 | MR. KIM:  He mentioned -- | 09:57:21 |
| 21 | MR. SPECKS:  Okay.  Let's not have an | 09:57:23 |
| 22 | argument.  You have your objection. | 09:57:24 |
| 23 | MR. MUDGE:  That's fine. | 09:57:26 |
| 24 | BY MR. SPECKS: | 09:57:28 |
| 25 | Q    All right.  Let's -- let's -- was any | 09:57:28 |

Page 28

| | | |
|---|---|---|
| 1 | investigation done by you or anyone else to | 09:57:30 |
| 2 | determine whether or not LG Electronics Inc. has any | 09:57:33 |
| 3 | information for the period 1995 through June 2001 | 09:57:38 |
| 4 | regarding the costs of manufacturing, selling or | 09:57:43 |
| 5 | distributing CRTs? | 09:57:47 |
| 6 | A   I checked that with the CNS. | 09:58:26 |
| 7 | Q   With who at CNS? | 09:58:30 |
| 8 | A   The general manager, Choong Jeong Lee. | 09:58:37 |
| 9 | THE INTERPRETER:  C-h-o-o-n-g, J-e-o-n-g, | 09:58:40 |
| 10 | L-e-e. | 09:58:45 |
| 11 | BY MR. SPECKS: | 09:58:48 |
| 12 | Q   And what did he tell you? | 09:58:48 |
| 13 | A   I heard from him that at the time the | 09:59:07 |
| 14 | company was being divided in 2001, the electronic | 09:59:12 |
| 15 | data, including emails, were handed over as part of | 09:59:18 |
| 16 | the information asset. | 09:59:25 |
| 17 | Q   And do you know whether CNS retained any | 09:59:28 |
| 18 | backup tapes of any of the data that they were | 09:59:33 |
| 19 | turning over? | 09:59:36 |
| 20 | A   Well, the way CNS manages our company was | 10:00:13 |
| 21 | to have a basic data, original data and the backup | 10:00:22 |
| 22 | data.  But then to my understanding because the | 10:00:28 |
| 23 | original data and backup data are running together, | 10:00:32 |
| 24 | if one of them were transferred, I believe backup | 10:00:37 |
| 25 | data also was transferred. | 10:00:42 |

Page 111

1           I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4           That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were duly sworn; that a record

8    of the proceedings was made by me using machine

9    shorthand which was thereafter transcribed under my

10   direction; that the foregoing transcript is a true

11   record of the testimony given.

12          I further, certify I am neither financially

13   interested in the action nor a relative or employee

14   of any attorney or party to this action.

15          IN WITNESS WHEREOF, I have this date

16   subscribed my name.

17

18   Dated: 7/21/12

19

20

21

22

23          SUZANNE F. BOSCHETTI

24             CSR No. 5111

25

Page 110

1
2
3
4
5
6
7
8          I, KYUNG TAE KWON, do hereby declare under
9    penalty of perjury that I have read the foregoing
10   transcript of my deposition; that I have made such
11   corrections as noted herein, in ink, initialed by
12   me, or attached hereto; that my testimony as
13   contained herein, as corrected, is true and correct.
14          EXECUTED this _22_ day of _August_ ,
15   20_12_, at _Seoul_ , _Korea_ .
16                    (City)                    (State)
17
18              KYUNG TAE KWON
                   KYUNG TAE KWON
19
20
21
22
23
24
25

SEALED EXHIBIT 15 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 16 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 17 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 18 TO CATHLEEN H. HARTGE DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS – Filed Under Seal

# EXHIBIT 19
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

HIGHLY CONFIDENTIAL

# ORIGINAL

Page 1

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                   SAN FRANCISCO DIVISION

4

5                                      **HIGHLY CONFIDENTIAL**

6    IN RE:   CATHODE RAY TUBE

     (CRT) ANTITRUST LITIGATION      No. 3:07-CV-05944

7    _____/

8

9

10

                     -- HIGHLY CONFIDENTIAL --

11

12

13

14

15       Videotaped deposition of PIL JAE LEE, VOLUME 1,

16    taken at the Hilton Los Cabos Beach & Golf Resort,

17    Transpeninsular Highway, 23447 Cabo San Lucas, Baja

18    California Sur, Mexico commencing at 9:01 A.M.,

19    on Tuesday, July 16, 2013, before Leslie Rockwood,

20    RPR, CSR No. 3462.

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 48

| | | |
|---|---|---|
| 1 | THE INTERPRETER:  The witness -- this is by the | 10:59:00 |
| 2 | main interpreter.  The witness also mentioned that he was | 10:59:02 |
| 3 | involved in restructuring as well. | 10:59:06 |
| 4 | CHECK INTERPRETER:  That's correct.  Partly. | 10:59:09 |
| 5 | Q.  BY MS. CASSELMAN:  So when you say that there | 10:59:15 |
| 6 | was restructuring within LPD and that your role involved | 10:59:17 |
| 7 | allocating CRTs to different factories, were you involved | 10:59:25 |
| 8 | in any closures of LPD factories? | 10:59:30 |
| 9 | MR. TEMKO:  Object.  Vague and ambiguous and | 11:00:00 |
| 10 | mischaracterizes the prior testimony. | 11:00:02 |
| 11 | THE WITNESS:  At the time, as a person in the | 11:00:53 |
| 12 | sales department, my role was to give advice.  For | 11:00:56 |
| 13 | example, if certain factory needed to close, if we | 11:01:02 |
| 14 | consider that option, then as a person in sales, I would | 11:01:08 |
| 15 | give advice as to the options, whether it will be better | 11:01:15 |
| 16 | to close that factory now or next year, or if that | 11:01:21 |
| 17 | factory would be viable and come back to normal stage | 11:01:27 |
| 18 | later on.  So in the position of the sales, that was the | 11:01:33 |
| 19 | kind of advice I gave.  Not involved in the restructuring | 11:01:38 |
| 20 | itself. | 11:01:45 |
| 21 | Q.  BY MS. CASSELMAN:  In July 2001 when LPD was | 11:01:47 |
| 22 | formed, did any LG factories close? | 11:01:52 |
| 23 | A.  LG -- | 11:02:03 |
| 24 | MR. HWANG:  LG factories. | 11:02:03 |
| 25 | THE WITNESS:  LG original factory. | 11:02:09 |

HIGHLY CONFIDENTIAL

Page 49

| | | |
|---|---|---|
| 1 | MS. CASSELMAN:  I think I just said or meant to | 11:02:12 |
| 2 | say any LG factories. | 11:02:15 |
| 3 | THE WITNESS:  Well, to be more precise, after | 11:02:25 |
| 4 | LPD was formed, all the factories were referred to as LPD | 11:02:29 |
| 5 | factories.  No factory was referred to as LG factories | 11:02:33 |
| 6 | any longer. | 11:02:37 |
| 7 | Q.  BY MS. CASSELMAN:  Oh, I understand that. | 11:02:39 |
| 8 | I'm -- my question is:  At the time that LPD was formed, | 11:02:41 |
| 9 | did any factories close and, therefore, not make it to | 11:02:45 |
| 10 | become LPD factories? | 11:02:49 |
| 11 | A.  No. | 11:03:09 |
| 12 | Q.  Do you know if there were any employee layoffs | 11:03:09 |
| 13 | when LPD was formed -- former LG employees who did not | 11:03:14 |
| 14 | become -- strike that.  Let me try this again. | 11:03:18 |
| 15 | At the time that LPD was formed, were there any | 11:03:20 |
| 16 | LG employees in the CRT industry who did not go to work | 11:03:23 |
| 17 | for LPD? | 11:03:28 |
| 18 | A.  To my understanding, there was hardly any | 11:03:56 |
| 19 | employees who did that, because almost everybody in its | 11:03:59 |
| 20 | entirety was moved. | 11:04:04 |
| 21 | Q.  So if I understand your testimony, you said | 11:04:13 |
| 22 | hardly any employees did that.  Did you mean hardly any | 11:04:16 |
| 23 | employees stayed with LG? | 11:04:21 |
| 24 | CHECK INTERPRETER:  Can you -- I'm sorry. | 11:04:36 |
| 25 | Ms. Kim, would you please repeat and retranslate the | 11:04:39 |

HIGHLY CONFIDENTIAL

Page 176

1   STATE OF CALIFORNIA      ) ss:

2   COUNTY OF MARIN          )

3

4         I, LESLIE ROCKWOOD, CSR NO. 3452, do hereby

5   certify:

6         That the foregoing deposition testimony was

7   taken before me at the time and place therein set forth

8   and at which time the witness was administered the oath;

9         That testimony of the witness and all objections

10  made by counsel at the time of the examination were

11  recorded stenographically by me, and were thereafter

12  transcribed under my direction and supervision, and that

13  the foregoing pages contain a full, true and accurate

14  record of all proceedings and testimony to the best of my

15  skill and ability.

16        I further certify that I am neither counsel for

17  any party to said action, nor am I related to any party

18  to said action, nor am I in any way interested in the

19  outcome thereof.

20        IN WITNESS WHEREOF, I have subscribed my name

21  this 25th day of July, 2013.

22

23

24  _____

    LESLIE ROCKWOOD, RPR, CSR NO. 3462

25

HIGHLY CONFIDENTIAL

Page 175

1    I declare under the penalty of perjury under the

2    laws of the State of California that the foregoing is

3    true and correct.

4        Execgted on _____Sep. 17, 2013_____, 2013, at

5    Seoul_____, _Korea_____.

6

7                              _____

8                              PIL JAE LEE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED EXHIBIT 20 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 21 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal

SEALED EXHIBIT 22 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal