# EXHIBIT 23
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

1                UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4   BEST BUY CO. INC., BEST BUY     :

5   PURCHASING LLC, BEST BUY       :

6   ENTERPRISE SERVICES, INC. BEST  :  Master File No.

7   BUY STORES, L.P., Bestbuy.com,  :  3:07-cv-05944-SC

8   LLC, and MAGNOLIA HI-FI, LLC.,  :  MDL No. 1917

9             Plaintiffs,      :

10     vs.                     :

11   LG,                     :

12            Defendant.       :

13

14      VIDEOTAPED DEPOSITION OF YOUNG BAE NA

15          Tuesday, September 23, 2014

16           commencing at 9:16 a.m.

17             Lewis Silkin LLP

18               5 Chancery Lane

19              Clifford's Inn

20            London, EC4A 1BL

21            United Kingdom

22   Reported by:

23   Thelma Harries, MBIVR, ACR

24

25   PAGES 1 - 271

Page 1

1          MR. SILBERFELD:  It's up to you.

2          Chuck?  (Same handed)

3          Nicole.  I'm sorry to throw it, but

4   there you go.

5          THE INTERPRETER:  Thank you.

6          MR. SILBERFELD:  (To Mr. Temko)  And

7   you have one?

8          MR. TEMKO:  I have a copy.

9          MR. SILBERFELD:  Okay, great.

10          (Exhibit 7501 marked for

11   identification)

12   BY MR. SILBERFELD:

13          Q    We'll come back to the topics in the

14   Notice in a little while, but let's just talk about

15   Exhibit 7501.                                    09:45AM

16          It is a document consisting of

17   fourteen pages.  And you've reviewed this, have you

18   not, Mr. Na?

19          A    Yes, I did.

20          Q    And, as you understand it, is this   09:46AM

21   document intended by you and by LG to be

22   a reference document with regard to the four topics

23   that are the subject of your deposition and the

24   company's deposition here today?

25          A    Yes.                                 09:46AM

Page 25

```
 1                    MR. TEMKO:  Can I -- I'm not trying
 2    to interrupt the deposition.  I think, technically,
 3    they're labelled, so I -- I'm not sure that this
 4    purports to reflect all four topics, but you'll see
 5    that they're labelled Topic 1 topic.  So I think      09:46AM
 6    it's --
 7                    MR. SILBERFELD:  At least some of
 8    them.
 9                    MR. TEMKO:  Yes.
10                    MR. SILBERFELD:  Yes.
11                    MR. TEMKO:  Yes.
12                    MR. SILBERFELD:  I mean, for example,
13    the last topic for today has to do with litigation
14    between the companies.  I don't think that's
15    covered in here.                                      09:47AM
16                    MR. TEMKO:  That's -- that was my
17    only point.
18                    MR. SILBERFELD:  I think that's
19    exactly right.
20    BY MR. SILBERFELD:                                    09:47AM
21         Q    Mr. Na, did -- did you participate in
22    some way in the creation of Exhibit 7501?
23                    MR. TEMKO:  Object.  Vague and
24    ambiguous.
25                    THE WITNESS:  No, I wasn't involved    09:47AM
```

Page 26

```
 1    in making this plan.
 2                    (Interpreted)  My understanding was
 3    -- is that this particular document was compiled or
 4    prepared by our legal team.
 5    BY MR. SILBERFELD:                               09:48AM
 6            Q     Okay.  You've read it?
 7            A     Yes, I did.
 8            Q     Does it appear accurate to you?
 9            A     Yes.
10            Q     Okay.  You may use it at any time for  09:48AM
11    purposes of answering any of my questions, all
12    right?
13            A     Okay, thank you.
14            Q     When you went through this, Mr. Na,
15    did you find any errors or mistakes?             09:48AM
16            A     (Interpreted)  No, I was not able to
17    find anything that would be specifically indicated,
18    as such.
19            Q     And when you reviewed this for
20    accuracy, did you do so just from your memory of  09:48AM
21    the events, some of which are reflected here?
22            A     Yes.
23            Q     All right.  So now turning back to
24    the deposition Notice, which is the document on
25    your left, the -- the first topic for today is the  09:49AM
```

Page 27

```
 1    was formed?

 2              A      June 2001.

 3              Q      And as of June 2001, Mr. Na, what did

 4    LG contribute to the joint venture that became LPD?

 5              A      Excuse me, "contribute" means?        09:59AM

 6                     (Interpreted)  Excuse me,

 7    "contribute" means?

 8              Q      Oh, I'm sorry.

 9                     In forming LPD, LG put something into

10    the joint venture and Philips put something into   09:59AM

11    the joint venture.

12                     Again, not in precise details --

13    I just want to get a general sense of this from

14    you -- what did LG contribute to the joint venture?

15              A      (Interpreted)  For the joint venture,  10:00AM

16    both companies, LG as well as Philips, contributed

17    assets, and, in the assets, these are included;

18    the talents, factory, the site for factory,

19    technology.  Those were the asset contributions

20    made for the joint venture.                        10:00AM

21              Q      Did LG contribute, in addition to the

22    factory and factories and the technology, the

23    employees who formerly worked for LG would now work

24    for LPD?

25              A      (Interpreted)  That's correct.      10:01AM
```

Page 35

```
1        Something like that?

2                A      Around two thousand.

3                Q      Okay.  And LG contributed factories

4        or facilities to the joint venture, correct?

5                A      Yes.                              10:03AM

6                Q      And how many such factories or

7        facilities were there, do you know?  Approximately?

8                A      Several.

9                Q      I'm sorry?

10               A      Several factories.                10:03AM

11               Q      Several?

12               A      Yes.

13               Q      Less than five?

14               A      Around five.  Five/six.

15               Q      Okay.  And LG also contributed assets  10:03AM

16       to the joint venture in the form of technology,

17       correct?

18               A      Yes.

19               Q      And that would be know-how, patents,

20       and the like?                                   10:03AM

21               A      (Interpreted)  As for the patents,

22       I don't really know as to what extent, but

23       obviously know-hows and technologies, along with

24       talents, went over to that.

25               Q      And, as you understand it, did   10:04AM
```

Page 37

1    Philips also contribute facilities, technology and

2    its employees to the joint venture?

3                    MR. MALAISE:  Objection.  Vague as to

4    Philips.

5                    THE WITNESS:  (Interpreted)  As for        10:04AM

6    the Philips, I don't have -- I don't have exact

7    information, but that's my understanding.

8    BY MR. SILBERFELD:

9           Q       Okay.  We'll talk about the

10   management structure of LPD in a moment, but let me    10:04AM

11   go back to the first page of Exhibit 7501 now under

12   the heading LPD.

13                  Do you see that, sir?

14          A       Yes.

15          Q       Okay.  It says June 26, 2001 (date of    10:04AM

16   formation), LGEI and LG Electronics Wales Limited

17   collectively held a 50 per cent minus one share

18   interest.  LGEI held a 37-and-a-half per cent

19   ownership interest and LG Electronics Wales Limited

20   held a 12-and-a-half per cent interest.                10:05AM

21                  Is that a true and correct

22   description of the ownership that LGEI and

23   LG Electronics Wales had in LPD at the date of

24   formation?

25          A       Yes.                                     10:05AM

Page 38

1    the purpose, SVB was there to provide high level

2    guidance to LPD and also to assist, and that was

3    the role.  And that is how it's stated in the JVA.

4            And, as for the SVB, as far as my

5    understanding goes, by the law of Netherlands, they   10:30AM

6    can operate in that manner.

7    BY MR. SILBERFELD:

8          Q    Was part of the rationale for having

9    a supervisory board, the protection of LG's

10    investment when it contributed its assets to the   10:30AM

11    formation of LPD?

12          A    (Interpreted)  No, that was not one

13    of the rationales.

14          Q    LPD had other management structures

15    too, did it not?  It had officers, for example?   10:31AM

16          A    (Interpreted)  Internally, inside LPD

17    it existed.

18            (In person)  Yes.

19          Q    Okay.  And so it was not part of the

20    job of the supervisory board members to run the   10:32AM

21    business of LPD day-to-day, correct?

22          A    It's totally different.  The SVB's

23    mission and the management in the LPD, they had the

24    full responsibility to manage LPD.

25          Q    Right.   10:32AM

Page 46

```
 1              COURT REPORTER:   I'm sorry, I thought
 2    he was talking Korean.  I was waiting for the
 3    interpreter.  I'm really sorry.  Could you repeat
 4    that?  I'm sorry.  If he's going in and out...
 5              THE WITNESS:  (Interpreted)  Correct.    10:32AM
 6    LPD internally had a management inside and they
 7    were fully responsible of managing the company, and
 8    SVB had -- it was totally different from that.
 9    BY MR. SILBERFELD:
10         Q    The SVB, the supervisory board,           10:32AM
11    provided broad guidance, strategy and oversight?
12    Is that a fair way to say it?
13         A    (Interpreted)  Well, I don't have --
14    strike that.
15              I don't know the exact definition of      10:33AM
16    "oversight", but, just like you have stated, its
17    job was to provide high level strategy guidelines
18    and also to approve proposed plans.
19         Q    And the supervisory board provided
20    that high level guidance to whom?                   10:33AM
21         A    To whom?  LPD --
22              (Interpreted)  To LPD's management.
23         Q    Perfect.
24              When you served on the supervisory
25    board, did you participate in providing high level  10:34AM
```

Page 47

```
 1      guidance and strategy to LPD's management?

 2              A       Yes, I did, in partial.

 3              Q       For the time you served?

 4              A       Yes.

 5              Q       Okay.  And when you served on the    10:34AM

 6      supervisory board, Mr. Na, between 2003 and 2005,

 7      was it part of your responsibility to report back

 8      to LGEI what it was that you were learning and

 9      recommending to LPD's management?

10              A       LGEI.  No, we didn't report to LGEI.  10:34AM

11              Q       You didn't report.

12              A       LGEI people was the owner of the

13      supervisory board, so...

14              Q       I'm sorry, perhaps you could answer

15      in Korean?                                          10:35AM

16              A       (Interpreted)  So your question is

17      whether we reported back to LGEI, correct?

18              Q       Correct.  That's the question.

19              A       (Interpreted)  No, we did not.

20              Q       Do you recall how many members of the 10:35AM

21      supervisory board there were supposed to be

22      according to the joint venture agreement?

23              A       (Interpreted)  My understanding is

24      three.

25              Q       Three by each company?              10:35AM
```

Page 48

```
 1            A      By each company.

 2            Q      Three by LG and three by Philips?

 3            A      Yes.

 4            Q      Okay.  If you look at this page,

 5    you'll see the names of many individuals and their    10:36AM

 6    tenure and then who designated them.

 7                   Let me ask you about the ones

 8    designated by LGEI, all right?

 9            A      Yes.

10            Q      The first one is Nam K. Woo.  Do you    10:36AM

11    see that?

12            A      Yes, I do.

13            Q      Mr. Woo -- is it Mr. Woo, by the way?

14            A      Yes, Mr. Woo.

15            Q      Okay.  Did Mr. Woo, according to        10:36AM

16    this, serve on the supervisory board from 2002 to

17    2003 and a short time in 2004, is that correct?

18            A      Yes, it is.

19            Q      Okay.  Did Mr. Woo have a job at LGEI

20    as well, in addition to these responsibilities?       10:36AM

21            A      Yes, he did.

22            Q      Do you know what his job was in this

23    time frame?

24            A      I think he was the head of -- head of

25    some -- the business unit which handles IT product,   10:37AM
```

Page 49

```
 1    you could, please, re-state your answer.  Thank

 2    you.

 3                COURT REPORTER:  "Q.  And what is

 4    your understanding of the roles and

 5    responsibilities of the group management team

 6    members?  What were they to do?"

 7                THE WITNESS:  They are the,

 8    literally, the management team -- management team

 9    of the LPD, LPD operation.  So they are fully

10    involved in the -- the operation.  Everything.      11:05AM

11    BY MR. SILBERFELD:

12        Q     Day-to-day management of the

13    business?

14        A     Yes, they did.

15        Q     And what is your understanding of how   11:05AM

16    many members of the group management team there

17    were to be?

18        A     To my understanding, it used to be

19    ten and it -- and -- and the group management team

20    that may -- that body was renamed as an executive  11:05AM

21    board, and the number rise down to four;  from ten

22    to four.

23        Q     Do you know when that change

24    happened, Mr. Na?

25        A     I'm not sure.  I don't remember        11:05AM
```

Page 70

```
 1            A     Yes, I do.

 2            Q     Now, let's turn to page 11.  This is

 3    a chart of the LPD executive board members.

 4                  If I could just ask you to turn back

 5    to page 9 for a moment?                      11:14AM

 6                  With the exception of the first entry

 7    about Mr. Combes, do you see that all the other end

 8    dates for their tenure on the group management team

 9    are September 10th, 2002?  Do you see that, sir?

10            A     September 10th, yes.           11:15AM

11            Q     Yeah.  All the dates end at

12    September 10th, 2002?

13                  MR. HWANG:  I believe J.D. Choi is

14    another exception.

15                  COURT REPORTER:  I'm sorry?

16                  MR. HWANG:  J.D. Choi is another

17    exception --

18                  MR. SILBERFELD:  You're right.

19                  MR. HWANG: -- just to clarify.

20    BY MR. SILBERFELD:                           11:15AM

21            Q     Two exceptions;  Mr. Combes and

22    Mr. Choi.  But all others ended September 10th,

23    2002.

24                  Is it your understanding, Mr. Na,

25    that the group management team changed around  11:15AM
```

                                          Page 77

```
 1        September 2002 to become the executive board?  Is

 2        that your understanding?

 3              A       Yeah, that's my understanding.

 4              Q       Okay, great.

 5                      So now go back to page 11, and we        11:15AM

 6        have the executive board members.  And some of the

 7        names here are the same as some of the names of

 8        the group management team, correct, such as

 9        Mr. Combes?

10              A     Yes.                                        11:16AM

11              Q     Okay.  Is it your understanding that

12        LGEI formally in some way appointed these

13        individuals to serve on the executive board of LPD?

14                    MR. TEMKO:  Object.  Vague and

15        ambiguous.                                             11:16AM

16                    THE WITNESS:  (Interpreted)  To be

17        more exact, if such proposal was made by LPD,

18        I think such was approved by us in that way.

19        BY MR. SILBERFELD:

20              Q     All right, so --                           11:17AM

21                    MR. HWANG:  Sorry, he added

22        something.

23                    THE WITNESS:  (Interpreted)  And that

24        was -- such approval was made by of SVB.

25
```

Page 78

```
 1                You testified earlier today, in

 2    response to counsel's question, about LG's decision

 3    to make a second capital injection into LPD in June

 4    of 2004.

 5                Do you recall that?                    06:31PM

 6         A     Yeah.  That was the second capital

 7    injection.  Yes, I recall.

 8         Q     And just so we orient ourselves.  If

 9    you'd look at Exhibit 7501, which is the reference

10    materials?  It looks like this.  (Indicating)       06:31PM

11         A     Yes.

12         Q     Just look with me, if you would, at

13    page 14 of 14.  So I'm referring to the third item

14    down, "LGEI made a $250 million capital injection".

15                Do you see that?                       06:32PM

16         A     Yes, I do.

17         Q     And is it your testimony that you

18    believe that LGEI made that second capital

19    injection on or about June 25, 2004?

20         A     Yes.                                    06:32PM

21         Q     When was the decision made by LGEI to

22    make that second capital injection?

23         A     I don't recall exact -- the exact

24    date, but definitely there has been discussion in

25    2003 because they were talking -- they were        06:33PM
```

Page 263

```
 1      zero, is that correct?

 2             A     Yes.

 3             Q     Mr. Na, you testified, in response to

 4      counsel's questioning earlier, that you served on

 5      the supervisory board of LPD from approximately      06:35PM

 6      late 2003 to late 2005.

 7                   Do you recall that testimony?

 8             A     Yes, I do.

 9             Q     And I believe you test -- testified

10      that you also attended at least one prior           06:35PM

11      supervisory board meeting as a guest, correct?

12             A     Yes, just once.

13             Q     At any of the supervisory board

14      meetings that you attended, either as a member or

15      as a guest, did you ever hear any reference to the  06:35PM

16      fact that LPD had been meeting with its competitors

17      to exchange pricing, capacity or production

18      information?

19             A     No, nobody was telling about that to

20      me.                                                 06:36PM

21             Q     Did you ever hear from anyone at LPD

22      that LPD had been meeting with competitors to

23      exchange pricing, capacity or production

24      information?

25             A     No.                                    06:36PM
```

Page 265

```
 1            Q      In your role as the head of IR and
 2   M&A at LGEI, did you ever hear that LPD had been
 3   meeting with its competitors to exchange pricing,
 4   capacity or production information?
 5            A      No.                               06:36PM
 6            Q      And this -- I may be beating the dead
 7   horse.  Let me ask it one other way.
 8                   After the formation of LPD in June of
 9   2001, did you ever hear from anyone at LG that they
10   knew or suspected that LPD had been meeting with    06:37PM
11   competitors to exchange pricing, capacity or
12   production information?
13            A      No.
14            Q      Now, I just want to ask you a couple
15   of questions about the period before the formation  06:37PM
16   of LPD, and I'm focusing on -- I believe the time
17   period was 1998 to 2001 when you were working in
18   the United States.
19                   Do you recall that time frame?
20            A      Yes, it was tough times to me.        06:37PM
21            Q      I believe you testified that, during
22   those years, you were working as the brand manager
23   for the IT brand for LGEUSA, is that correct?
24            A      For the IT products.
25            Q      IT products.  So you were selling IT  06:38PM
```

Page 266

1                    C E R T I F I C A T E

2

3          I, THELMA HARRIES, MBIVR, ACR do hereby

4     certify:

5          That YOUNG BAE NA the witness whose

6     examination is hereinbefore set forth was duly

7     sworn by me and the within transcript is a true

8     record of the testimony given by such witness.

9          I further certify that I am not related to

10    any of the parties of this action nor in anyway

11    interested in the outcome of this matter.

12

13

                         THELMA HARRIES, MBIVR, ACR

14                       Certified Court Reporter

15

16

17

18

19

20

21

22

23

24

25

                                        Page 271

# EXHIBIT 24
# TO HARTGE DECLARATION ISO
# LG ELECTRONICS, INC.'S
# PARTIAL MSJ ON WITHDRAWAL
# GROUNDS

09/22/2014  10:16   3102295865                    RKMC                        PAGE  02/45

X7501

## Topic No. 1: Ownership Structure of Particular Entities During Relevant Periods

| LGEUSA | March 1, 1995 – present: LGEI has owned a majority interest in LGEUSA.<br><br>December 31, 1998: LGEI held a 99.7% interest in LGEUSA.<br><br>Beginning December 31, 1999 – present: LGEUSA has been a wholly-owned subsidiary of LGEI. | Source: LGEI Annual Reports |
|---|---|---|
| Zenith | March 1, 1995 – Nov. 8, 1995: LGEI held an approximately 5% ownership share in Zenith.<br><br>Beginning November 8, 1995 – April 27, 1999: LGEI and LG Semicon Co., LTD, held an approximately 57.68% ownership interest in Zenith. Of this 57.68% ownership share, LG Semicon held an 80% share and LGEI held a 20% share.<br><br>Beginning April 27, 1999 - November 5, 1999: LGEI held its 57.68% ownership interest in Zenith directly.<br><br>Beginning November 5, 1999 – 2004: Zenith emerged from a bankruptcy restructuring as a wholly owned subsidiary of LGEI.<br><br>2004 – Present: Zenith is a wholly owned subsidiary of LGEUSA. | Source: Securities and Exchange Commission filings |
| LG Semicon Co., LTD | November 8, 1995 – April 27, 1999: LG Semicon Co., LTD is a wholly owned subsidiary of LGEI. | Source: Data Compiled By LGEI Legal Department |
| LPD | June 26, 2001 (date of formation): LGEI and LG Electronics Wales Ltd. collectively held a 50% minus one share interest. LGEI held a 37.5% ownership interest and LG Electronics Wales Ltd. held a 12.5% interest.<br><br>Beginning April 15, 2003: LGEI and LG Electronics Wales Ltd. continued to hold a 50% minus one share interest in LPD. Between the two companies, LGEI held a 40.8% interest and LG Electronics Wales Ltd. held a 9.2% interest.<br><br>Beginning May 1, 2004 – LPD bankruptcy: LG Electronics Wales Ltd. held a 50% minus one share interest. | Source: Data Compiled By LGEI Legal Department |



EXHIBIT
7501
9/23/14
PENGAD 800-631-6989

## Topic No. 2: LPD Board Members, Officers, and Group Members

**Chart A: LPD Supervisory Board Members [By Name]**
*Source of Information: Data Compiled By LGEI Legal Department*

| | | |
|---|---|---|
| Guy Demuynck | 10/27/2001 – 12/2/2002 | KPNV |
| Frans Spaargaren | 10/27/2001 – 2/24/2004 | KPNV |
| David Chang | 10/27/2001 – 9/16/2003 | KPNV |
| Nam K. Woo | 12/2/2002 -- 11/4/2003 and  9/3/2004 – 11/24/2004 | LGEI |
| Byung Chul Jung | 10/27/2001 – 11/5/2002 | LGEI |
| Young Soo Kwon | 10/27/2001 – 1/12/2006 | LGEI |
| Jan Oosterveld | 12/2/2002 – 2/24/2004 | KPNV |
| John Koo | 12/2/2002 – 9/16/2003 | LGEI |
| Woo Hyun Paik | 12/2/2002 – 2/24/2004 | LGEI |
| Ken Humphreys | 2/18/2003 – 2/24/2004 | KPNV |
| Young Bae Na | 12/2/2003 – 11/28/2005 | LGEI |
| Frans A. van Houten | 9/3/2004 | KPNV |
| Ad Huijser | 9/3/2004 – 1/12/2006 | KPNV |
| Herman olde Bolhaar | 9/3/2004 – 1/12/2006 | KPNV |
| Martin McHugh | 11/24/2004 – 1/12/2006 | KPNV |
| Hee Won Kwon | 2/18/2005 – 1/12/2006 | LGEI |
| S.H. Park | 1/12/2006 | LGEI |

---

[1] Approximate dates of tenure are based on the dates on which these board members appear on the LPD Supervisory Board minutes in the possession, custody, or control of LGEI.

Page 3 of 14

**Chart B: Employment Background of Supervisory Board Members Appointed By LGEI**
*Source of Information: Data Compiled By LGEI Legal Department*

| Byung Chul Jung | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2000/01/01 | General Management of Head Office | President |
| 1999/01/01 | General Management | President |
| 1996/12/10 | CEO/CFO | Vice President |
| 1996/07/01 | CFO | Vice President |
| **Nam K. Woo** | | |
| **Date** | **Division** | **Position** |
| 2006/01/01 | General Management of China Region | President |
| 2005/01/01 | Training Dispatch | President |
| 2000/02/01 | Digital Media Business Office | Vice President |
| 2000/01/01 | Multimedia Business Office | Executive Director |
| 1996/11/01 | Dept. of Management Strategy | Executive Director |
| 1996/07/04 | North America Region Office | Executive Director |
| 1995/03/01 | LGEUSA | Executive Director |
| **Young Soo Kwon** | | |
| **Date** | **Division** | **Position** |
| 2002/04/01 | Finance and Economy | President |
| 2001/01/01 | Finance and Economy Team | Managing Director |
| 2000/01/01 | Finance | Managing Director |
| 1999/07/01 | Management Support | Assistant Managing Director |
| 1998/09/21 | M&A Promotion Task Team | Assistant Managing Director |
| 1996/12/10 | Globalization | Director |
| 1996/07/04 | Strategic Planning | Senior General Manager |
| 1996/04/23 | CD-PLAYEROBU | Senior General Manager |
| 1995/01/01 | CD-PLAYEROBU | General Manager |
| **John Koo** | | |
| **Date** | **Division** | **Position** |
| 2003/10/01 | Counsel Office | Chairman |
| 1996/03/01 | LGE CEO and Electronic Media CU | Vice Chairman |
| 1995/01/01 | LGE CEO | Chairman |
| **Woo Hyun Paik** | | |
| **Date** | **Division** | **Position** |
| 2008/01/01 | CTO | President |
| 2005/01/01 | CTA | President |
| 2000/07/01 | North America; CTO | President |
| 2000/02/01 | North America; CTO | Vice President |
| 1998/02/01 | CTO (Multimedia) | Vice President |
| **Young Bae Na** | | |
| **Date** | **Division** | **Position** |
| 2004/01/01 | IR/M&A Team | VPGM |
| 2002/03/01 | IR/M&A Team | General Manger |
| 2001/09/02 | M&A Group | General Manager |
| 1999/01/01 | LGEUSA Brand | General Manager |
| 1998/04/01 | LGEUSA | General Manager |
| 1996/03/01 | Office of the Chairman | General Manager |

09/22/2014  10:16   3102295865          RKMC          PAGE  06/45

| Hee Won Kwon | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2007/06/01 | LCD TV Business Dept. | Vice President |
| 2007/03/01 | Display Production | Vice President |
| 2005/01/01 | Display Business Dept. | Vice President |
| 2002/01/01 | Digital Information Display Business Dept. | Managing Director |
| 2001/07/01 | DID Production | Managing Director |
| 2000/01/01 | PC Production | Managing Director |
| 1998/01/01 | PC Production Office | Senior General Manager |
| 1997/01/11 | PC Planning Management Team | General Manager |
| 1996/08/14 | Renovation Team 2 | General Manager |
| 1996/07/23 | Europe region Planning Management Team | General Manager |
| 1996/02/23 | The Western region Planning Management Office | General Manager |
| 1995/03/23 | Paris Branch | General Manager |
| 1995/01/24 | Overseas Business Soft Landing Team | General Manager |
| 1995/01/23 | Solution Development Office | General Manager |

| Seong (or Sung) Ho Park | | |
|---|---|---|
| **Date** | **Division** | **Position** |
| 2007/04/01 | IR Team | Vice President |
| 2006/01/01 | IR/M&A Team | Vice President |

09/22/2014   10:16      3102295865              RKMC                        PAGE   07/45

**Chart C: LPD Board of Management Members**
*Source of Information: Data Compiled By LGEI Legal Department*

| | | | |
|---|---|---|---|
| Philippe Combes | LPD | 6/29/2001 - 8/16/2001 | KPNV |
| Kyoung Ji Lee | LPD | 6/29/2001 - 2/5/2002 | LGEI |
| Sang Ho Sagong | LPD | 6/29/2001 - 6/12/2002 | LGEI |
| KI Song Cho | LPD | 6/29/2001 - 12/31/2001 | LGEI |
| Andreas Wente | LPD | 9/15/2001 - 4/1/2004 | KPNV |
| James (Jim) Smith | LPD | 6/12/2002 - 4/1/2004 | KPNV |
| Aart Van Gorkum | LPD | 6/12/2002 - 4/30/2003 | KPNV |
| Sang Yeoup Rhee | LPD | 6/12/2002 - 1/1/2003 | LGEI |
| Deok Sik Moon | LPD | 6/12/2002 - 1/1/2003 | LGEI |
| Moon Bong Chol | LPD | 1/1/2003 - 10/24/2005 | LGEI |
| Byong-chul Kang | LPD | 1/1/2003 - 4/1/2005 | LGEI |
| Bernard Cassanhiol | LPD | 4/30/2003 - 1/15/2005 | KPNV |
| Jeong Il Son | LPD | 12/31/2002 - 3/7/2006 | LGEI |
| Petrus van Bommel | LPD | 4/1/2004 - 8/1/2005 | KPNV |
| Cornelius van Otterloo | LPD | 1/15/2005 - 10/24/2005 | KPNV |
| Joung-Won Ha | LPD | 4/1/2005 - 10/24/2005 | LGEI |
| Rene Nibbelke | LPD | 7/8/2005 - 10/24/2005 | KPNV |
| Paulus Verhagen | LPD | 8/1/2005 - 3/7/2006 | KPNV |

09/22/2014  10:16    3102295865              RKMC                      PAGE  08/45

Chart D: LPD Board of Management Members With an Employment History At LGEI
*Source of Information: Data Compiled By LGEI Legal Department*

| Appointment Date | Division | Title-Position |
|---|---|---|
| | Kwoung Hee Lee | |
| 2001/01/01 | Europe Management | Vice President |
| 1999/08/23 | Financial Administration | Executive Director |
| 1999/07/08 | Overseas Physical Distribution | Managing Director |
| 1989/08/01 | Semiconductor Business Headquarter | General Manager |
| Appointment Date | Division | Title-Position |
| | Sang Ho Cho | |
| 2004/01/01 | DTV North Asia Group | General Manager |
| 1999/08/10 | BNL Branch | General Manager |
| 1997/04/04 | Düsseldorf Office | Deputy General Manager |
| 1996/07/24 | CD-ROM Export Team | Deputy General Manager |
| 1996/07/01 | CD-ROM Branch Office Support Team | Deputy General Manager |
| 1995/11/21 | R-PROJECTTAS | Deputy General Manager |
| 1995/10/23 | CD-Player Support Office | Deputy General Manager |
| 1995/01/23 | CD-I Sales Office | Deputy General Manager |
| Appointment Date | Division | Title-Position |
| | Kyoon Choi | |
| 2001/01/01 | M-project | Executive Vice President |
| 2000/07/01 | Display components /international sales | Executive Vice President |
| 2000/01/01 | Display components /international sales | Senior managing director |
| 1999/03/01 | Display international sales | Senior managing director |
| 1997/12/01 | Display international sales | Managing Director |
| 1996/11/01 | North America region headquarters | Managing Director |
| 1996/07/04 | Management strategy team | Managing Director |
| 1996/01/01 | Planning team | Managing Director |
| 1995/03/01/ | Vision planning team | Managing Director |
| Appointment Date | Division | Title-Position |
| | Pang Youb Rhee | |
| 2007/02/19 | Management Control Team | General Manager |
| 2007/01/01 | Europe Management Control Team | General Manager |
| 2005/01/20 | Europe Management Planning Group | General Manager |

| 2001/11/10 | IR/M&A Team | General Manager |
|---|---|---|
| 2000/02/22 | In Charge of DBF | Deputy General Manager |
| 1999/09/10 | NBD Team | Deputy General Manager |
| 1993/02/01 | Information Center | Assistant |

| Appointment Date | Deok Sik Moon Division | Title of Position |
|---|---|---|
| 2002/03/31 | Management Control Team | Managing Director |
| 2001/03/01 | Financial Affairs Team | Managing Director |
| 1998/07/23 | Financial Affairs Accounting Team | General Manager |
| 1998/06/23 | Financial Administration | General Manager |
| 1998/06/22 | Human Resources/ Labor and Management | General Manager |
| 1997/03/11 | Human Resources Development | General Manager |
| 1997/03/10 | Training Dispatch | General Manager |
| 1996/07/24 | Chongju Accounting Team | General Manager |
| 1995/08/23 | Communication Apparatus Management Support Office | Deputy General Manager |
| 1995/01/01 | Mobile Communication Planning Management Team | Manager |

| Appointment Date | Moon Dong Chul Division | Title of Position |
|---|---|---|
| 1996/07/23 | Display Parts Export 2 Team | Manager |
| 1991/09/01 | Electronic Parts Export 3 Division | Assistant |

| Appointment Date | Kyung Heuk Kang Division | Title of Position |
|---|---|---|
| 2001/04/23 | M-Project | General Manager |
| 1999/01/09 | Display Technology Strategy Team | Assistant Executive Researcher |
| 1997/03/01 | Technology Development Institute, Production Technology Center | Assistant Executive Researcher |
| 1993/10/09 | Technology Development Institute, Production Technology Center | Senior Researcher |

| Appointment Date | Heong Il Bahk Division | Title of Position |
|---|---|---|
| 1998/11/01 | Electron Tube 20BU | Assistant Managing Director |
| 1997/03/01 | Electron Tube 10BU | Director |
| 1996/01/01 | Electron Tube 10BU | General Manager |
| 1995/01/23 | Electron Tube 1 Production | General Manager |

**Chart E: LPD Group Management Team Members**
*Source of Information: Data Compiled By LGEI Legal Department*

| | | | | |
|---|---|---|---|---|
| Philippe Combes | LPD | CEO | 6/29/2001 - 8/16/2001 | KPNV |
| Andreas Wente | LPD | CEO | 9/15/2002 - 9/10/2002 | KPNV |
| Kyoung Ji Lee | LPD | CFO | 6/29/2001 - 9/10/2002 | LGEI |
| S. P. Koo | LPD | Deputy CEO; COO | 6/29/2001 - 9/10/2002 | LGEI |
| Ki Song Cho | LPD | CSO | 6/29/2001 - 9/10/2002 | LGEI |
| Guy Leborgne | LPD | Chief Strategy Planning Officer ("CSPO") | 6/29/2001 - 9/10/2002 | KPNV |
| Aart van Gorkum | LPD | Chief Technology Officer (CTO") | 6/29/2001 - 9/10/2002 | KPNV |
| J.D. Choi | LPD | Regional Manager Asia/Pacific | 6/29/2001 - 4/1/2002 | LGEI |
| Jim Smith | LPD | Regional Manager Europe | 6/29/2001 - 9/10/2002 | KPNV |
| Y.Y. Park | LPD | Regional Manager China | 6/29/2001 - 9/10/2002 | LGEI |
| Edward Schwartz | LPD | Regional Manager Americas | 6/29/2001 - 9/10/2002 | KPNV |

**Chart F: LPD Group Management Team Members With an Employment History At LGEI**
*Source of Information: Data Compiled By LGEI Legal Department*

### Kyoung Ji Lee

| Appointment Date | Division | New Position |
|---|---|---|
| 2001/01/01 | Europe Management | Vice President |
| 1999/08/23 | Financial Administration | Executive Director |
| 1999/07/08 | Overseas Physical Distribution | Managing Director |
| 1989/08/01 | Semiconductor Business Headquarter | General Manager |

### S.P. Koo

| Appointment Date | Division | New Position |
|---|---|---|
| 2001/01/01 | Display Device business headquarters | President |
| 1999/03/01 | Display business headquarters | President |
| 1996/07/04 | Display business headquarters | Executive Vice President |
| 1996/03/01 | Video Display SBU | Executive Vice President |
| 1995/03/01 | Video Display SBU | Senior Managing Director |

### Ki Song Cho

| Appointment Date | Division | New Position |
|---|---|---|
| 2001/01/01 | M-project | Executive Vice President |
| 2000/07/01 | Display components /international sales | Executive Vice President |
| 2000/01/01 | Display components /international sales | Senior managing director |
| 1999/03/01 | Display International sales | Senior managing director |
| 1997/12/01 | Display International sales | Managing Director |
| 1996/11/01 | North America region headquarters | Managing Director |
| 1996/07/04 | Management strategy team | Managing Director |
| 1996/01/01 | Planning team | Managing Director |
| 1995/03/01/ | Vision planning team | Managing Director |

### J.D. Choi

| Appointment Date | Division | New Position |
|---|---|---|
| 2000/03/01 | Electron Tubes Business Group | Managing Director |
| 1998/11/01 | Electron tubes 1 OBU | Assistant Managing Director |
| 1998/03/01 | MGT/ Electronics OBU | Director |
| 1996/03/01 | MGT/Electronics OBU | Director |
| 1995/01/01 | MGT/Electronics OBU | Chief Head of Department |

### Y. Y. Park

| Appointment Date | Division | New Position |
|---|---|---|
| 2001/03/01 | M-project | Executive Vice President |
| 2001/01/01 | M-project | Managing Director |
| 1997/03/01 | Monitor OBU | Director |
| 1996/01/01 | Monitor OBU | Director |
| 1995/03/01 | Electron tube 1 OBU | Director |

**Chart G: LPD Executive Board Members**
*Source of Information: Data Compiled By LGEI Legal Department*

| Position | Name | Entity | Dates | Allegiance |
|---|---|---|---|---|
| President/CEO | Philippe Combes | LPD | 6/29/2001 - 8/16/2001 | KPNV |
| President/CEO | Andreas Wente | LPD | 9/15/2001 - 4/1/2004 | KPNV |
| President/CEO | Jeong Il Son | LPD | 4/1/2004 - 1/30/2006 | LGEI |
| Deputy to President/CEO | Ki Song Cho | LPD | 6/29/2001 - 12/31/2003 | LGEI |
| Deputy President/CEO | P. van Bommel | LPD | 4/1/2004 - 8/1/2005 | KPNV |
| CFO | Kyoung Ji Lee | LPD | 6/29/2001 - 9/10/2002 | LGEI |
| CFO | P. van Bommel | LPD | 9/10/2002- 8/1/2005 | KPNV |
| CFO | Paulus Vergahen | LPD | 8/1/2005 - 1/30/2006 | KPNV |
| COO | S.P. Koo | LPD | 6/29/2001 - 9/10/2002 | LGEI |
| COO | Ki Song Cho | LPD | 6/29/2001 - 12/31/2003 | LGEI |
| COO | Jeong Il Son | LPD | 12/31/2003 - 4/1/2004 | LGEI |
| COO | S.D. Han | LPD | 7/1/2005 - 1/30/2006 | LGEI |
| CSO | Ki Song Cho | LPD | 6/19/2001 - 9/10/2002 | LGEI |
| CSO | C.H. Kim | LPD | 9/10/2002 - 5/1/2004 | LGEI |
| CSO | Wiebo Vaartjes | LPD | 5/1/2004 - 1/30/2006 | KPNV |

**Chart H: LPD Executive Board Members With an Employment History At LGEI**
*Source of Information: Data Compiled By LGEI Legal Department*

### Jeong Il Son

| Appointment Date | Division | LG LPD Position |
|---|---|---|
| 1998/11/01 | Electron Tube 20BU | Assistant Managing Director |
| 1997/03/01 | Electron Tube 10BU | Director |
| 1996/01/01 | Electron Tube 10BU | General Manager |
| 1995/01/23 | Electron Tube 1 Production | General Manager |

### Ki Song Cho

| Appointment Date | Division | Title or Position |
|---|---|---|
| 2001/01/01 | M-project | Executive Vice President |
| 2000/07/01 | Display components /international sales | Executive Vice President |
| 2000/01/01 | Display components /international sales | Senior managing director |
| 1999/03/01 | Display International sales | Senior managing director |
| 1997/12/01 | Display International sales | Managing Director |
| 1996/11/01 | North America region headquarters | Managing Director |
| 1996/07/04 | Management strategy team | Managing Director |
| 1996/01/01 | Planning team | Managing Director |
| 1995/03/01/ | Vision planning team | Managing Director |

### Kyoung Ji Lee

| Appointment Date | Division | Title or Position |
|---|---|---|
| 2001/01/01 | Europe Management | Vice President |
| 1999/08/23 | Financial Administration | Executive Director |
| 1999/07/08 | Overseas Physical Distribution | Managing Director |
| 1989/08/01 | Semiconductor Business Headquarter | General Manager |

### S.P. Koo

| Appointment Date | Division | Title or Position |
|---|---|---|
| 2001/01/01 | Display Device business headquarters | President |
| 1999/03/01 | Display business headquarters | President |
| 1996/07/04 | Display business headquarters | Executive Vice President |
| 1996/03/01 | Video Display SBU | Executive Vice President |
| 1995/03/01 | Video Display SBU | Senior Managing Director |

### S.D. Han

| Date | Division | Title or Position |
|---|---|---|
| 2000/07/01 | Display Device Research Institute | Managing Director |
| 2000/03/01 | Display Device Research Institute | Assistant Managing |

Page 12 of 14

|            |                                       | Director              |
|------------|---------------------------------------|-----------------------|
| 1998/07/10 | Display Device Research Institute     | Chief General Manager |
| 1998/05/23 | Display Softlanding team              | Chief General Manager |
| 1996/01/06 | Video Display Zenith                  | General Manager       |
| 1995/01/23 | Video Display International Support    | General Manager       |

### C.H. Kim

| Date       | Division                  | Title of Position        |
|------------|---------------------------|--------------------------|
| 2004/06/01 | PDP Module Marketing team | Managing Director        |
| 1997/04/23 | LG Chicago office         | Chief head of department |
| 1994/06/01 | LG Chicago office         | Head of department       |

**Topic No. 3(b): LGEI Investments in LPD From January 1, 2001 - 2006**

| June 2001 | LGEI contributed its CRT assets to LPD pursuant to the Joint Venture Agreement.  LPEI's CRT business was valued at $3.1B at the time of transfer.  LPD paid $1.1B to LGEI for the excess value of CRT assets contributed by LGEI to LPD. | *Source*: Joint Venture Agreement. |
|---|---|---|
| May 31, 2002 | LGEI made a $125M capital injection. LGEI also provided a guarantee of $200M on LPD's behalf to the bank syndicate that provided financing to LPD. | *Source*: Minutes of the Supervisory Board Meeting, February 2, 2002. |
| June 25, 2004 | LGEI made a $250M capital injection. LGEI reduced its guarantee to the bank syndicate to $50M. | *Source*: Restructuring Agreement between LPD and the bank syndicate, dated June 25, 2004. |
| December 7, 2005 | LGEI informed LPD's lenders that "it [LGEI] is not able to inject further cash." | *Source*: December 7, 2005 letter from LGEI. |

SEALED

EXHIBIT 25 TO CATHLEEN H. HARTGE DECLARATION
IN SUPPORT OF DEFENDANT LG ELECTRONIC, INC'S
NOTICE OF MOTION AND MOTION FOR PARTIAL
SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS -
Filed Under Seal

SEALED EXHIBIT 26 TO CATHLEEN H. HARTGE
DECLARATION IN SUPPORT OF DEFENDANT LG
ELECTRONIC, INC'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
WITHDRAWAL GROUNDS – Filed Under Seal