JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF MOLLY M. DONOVAN IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)**<br><br>**[re Panasonic Documents]** |
| This Document Relates to:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*,<br>Case No. 14-CV-2058 (SC). | |

I, Molly M. Donovan, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On November 7, 2014, Direct Purchaser Plaintiffs filed an Administrative Motion to Seal Documents (Dkt. 2968), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79(b):

(a) Portions of the Direct Purchaser Plaintiffs' Notice of Motion and Motion for Class Certification with Respect to the Thomson and Mitsubishi Defendants (the "Motion");

(b) Portions of the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to the Thomson and Mitsubishi Defendants ("Saveri Declaration");

(c) Certain Exhibits to the Saveri Declaration; and

(d) The Expert Report of Jeffrey J. Leitzinger, Ph.D.

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain exhibits to the Saveri Declaration and certain documents and information quoted from, described, or otherwise summarized in the Expert Report of Jeffrey J. Leitzinger, Ph.D., the Motion, and the Saveri Declaration that have been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

- 1 -

4. Specifically, the Panasonic Defendants request that the following documents be maintained under seal: (i) Portions of the Motion; (ii) Portions of the Saveri Declaration; (iii) Exhibits 21, 22, 78, 84, 98, 121, 133, 134, and 135 to the Saveri Declaration; and (iv) the Expert Report of Jeffrey J. Leitzinger, Ph.D.

5. Attached as Exhibit 21 to the Saveri Declaration are the Second Supplemental Responses and Objections of Panasonic Corporation North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated November 3, 2011, designated by the Panasonic Defendants as "Confidential."

6. Upon information and belief, Exhibit 21 to the Saveri Declaration was designated by the Panasonic Defendants as "Confidential." Exhibit 21 contains, cites, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

7. Attached as Exhibit 22 to the Saveri Declaration are the Third Supplemental Responses and Objections of Panasonic Corporation North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated December 23, 2011, designated by the Panasonic Defendants as "Confidential."

8. Upon information and belief, Exhibit 22 to the Saveri Declaration was designated by the Panasonic Defendants as "Confidential". Exhibit 22 contains, cites, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of

1  undermining the Panasonic Defendants' business relationships, would cause it harm with respect to
2  its competitors and customers, and would put the Panasonic Defendants at a competitive
3  disadvantage.

4      9.    Attached as Exhibit 78 to the Saveri Declaration is a document bearing the Bates
5  numbers MTPD-0223790 through MTPD-0223792 and a certified translation bearing the Bates
6  numbers MTPD-0223790E through MTPD-0223792E, marked as Deposition Exhibits 904 and
7  904E, produced by the Panasonic Defendants and designated by the Panasonic Defendants as
8  "Confidential" pursuant to the Stipulated Protective Order.

9      10.    Upon information and belief, the document appearing in Exhibit 78 to the Saveri
10 Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
11 sensitive business information.  The document contains, cites, and/or identifies confidential
12 information about the Panasonic Defendants' internal practices, business practices, and competitive
13 position.  I am informed and believe that this is sensitive information and public disclosure of this
14 information presents a risk of undermining the Panasonic Defendants' business relationships, would
15 cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants
16 at a competitive disadvantage.

17     11.    Attached as Exhibit 84 to the Saveri Declaration is a document bearing the Bates
18 number MTPD-0576483 and a certified translation bearing the Bates number MTPD-0576483E,
19 marked as Deposition Exhibits 917 and 917E, produced by the Panasonic Defendants and designated
20 by the Panasonic Defendants as "Confidential" pursuant to the Stipulated Protective Order.

21     12.    Upon information and belief, the document appearing in Exhibit 84 to the Saveri
22 Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
23 sensitive business information.  The document contains, cites, and/or identifies confidential
24 information about the Panasonic Defendants' internal practices, business practices, and competitive
25 position.  I am informed and believe that this is sensitive information and public disclosure of this
26 information presents a risk of undermining the Panasonic Defendants' business relationships, would

27
28

DECL. OF MOLLY M. DONOVAN                                                            Case No. 07-5944 SC
I/S/O DPPS' MOTION TO SEAL                                                       MDL NO. 1917

1  cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants
2  at a competitive disadvantage.

3        13.      Attached as Exhibit 98 to the Saveri Declaration is a document bearing the Bates
4  numbers MTPD-0423675 through MTPD-0423677 and a certified translation bearing the Bates
5  numbers MTPD-0423675EF through MTPD-0423677EF, produced by the Panasonic Defendants
6  and designated by the Panasonic Defendants as "Confidential" pursuant to the Stipulated Protective
7  Order.

8        14.      Upon information and belief, the document appearing in Exhibit 98 to the Saveri
9  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
10 sensitive business information.  The document contains, cites, and/or identifies confidential
11 information about the Panasonic Defendants' internal practices, business practices, and competitive
12 position.  I am informed and believe that this is sensitive information and public disclosure of this
13 information presents a risk of undermining the Panasonic Defendants' business relationships, would
14 cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants
15 at a competitive disadvantage.

16       15.      Attached as Exhibit 121 to the Saveri Declaration is a document bearing the Bates
17 number MTPD-0580726 and a certified translation bearing the Bates number MTPD-0580726E,
18 produced by the Panasonic Defendants and designated by the Panasonic Defendants as
19 "Confidential" pursuant to the Stipulated Protective Order.

20       16.      Upon information and belief, the document appearing in Exhibit 121 to the Saveri
21 Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
22 sensitive business information.  The document contains, cites, and/or identifies confidential
23 information about the Panasonic Defendants' internal practices, business practices, and competitive
24 position.  I am informed and believe that this is sensitive information and public disclosure of this
25 information presents a risk of undermining the Panasonic Defendants' business relationships, would
26 cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants
27 at a competitive disadvantage.

28

- 4 -

DECL. OF MOLLY M. DONOVAN                                                                                   Case No. 07-5944 SC
I/S/O DPPS' MOTION TO SEAL                                                                   MDL NO. 1917

17. Attached as Exhibit 133 to the Saveri Declaration is a document bearing the Bates numbers MTPD-0038856 through MTPD-0038859 and a certified translation bearing the Bates numbers MTPD-0038856E through MTPD-0038859E, marked as Deposition Exhibits 801 and 801E, produced by the Panasonic Defendants and designated by the Panasonic Defendants as "Confidential" pursuant to the Stipulated Protective Order.

18. Upon information and belief, the document appearing in Exhibit 133 to the Saveri Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

19. Attached as Exhibit 134 to the Saveri Declaration is a document bearing the Bates numbers MTPD-0497049 through MTPD-0497050 and a certified translation bearing the Bates numbers MTPD-0497049E through MTPD-0497050E, marked as Deposition Exhibits 1416 and 1416E, produced by the Panasonic Defendants and designated by the Panasonic Defendants as "Confidential" pursuant to the Stipulated Protective Order.

20. Upon information and belief, the document appearing in Exhibit 134 to the Saveri Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

21.     Attached as Exhibit 135 to the Saveri Declaration is a document bearing the Bates numbers MTPD-0492286 through MTPD-0492289 and a certified translation bearing the Bates numbers MTPD-0492286E through MTPD-0492289E, marked as Deposition Exhibits 808 and 808E, produced by the Panasonic Defendants and designated by the Panasonic Defendants as "Confidential" pursuant to the Stipulated Protective Order.

22.     Upon information and belief, the document appearing in Exhibit 135 to the Saveri Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information.  The document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, business practices and competitive position.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

23.     The Expert Report of Jeffrey J. Leitzinger, Ph.D has been designated "Highly Confidential" by Direct Purchaser Plaintiffs.

24.     Upon information and belief, the Expert Report of Jeffrey Leitzinger, Ph.D. consists of, cites to, and/or identifies documents, excerpts and testimony designated by the Panasonic Defendants as "Confidential" or "Highly Confidential."  Specifically, pages 9, 12, 13, 20, 21, 26, 40, 41, and 44 of the Report contain, cite, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal practices, business practices and competitive position.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

25.     The Motion consists of, cites to, or identifies confidential, nonpublic, proprietary, and highly sensitive business information about the Panasonic Defendants' business practices, pricing practices, confidential business agreements and competitive positions.  Specifically, pages 8, 10, and

- 6 -

1  14 of the Motion quote from or describe documents or information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order, including but not limited to Exhibits 21, 22, 78, 84, 98, 121, 133, 134, and 135 to the Saveri Declaration. As with the exhibits themselves, I understand that the Panasonic Defendants consider any statements in the Motion purporting to summarize the exhibits or any other documents or information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the Motion.

26. The Saveri Declaration quotes from or describes documents or information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order, including but not limited to Exhibits 21, 22, 78, 84, 98, 121, 133, 134, and 135 to the Saveri Declaration. As with the exhibits themselves, I understand that the Panasonic Defendants consider any statements in the Saveri Declaration purporting to summarize the exhibits or any other documents or information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the Saveri Declaration.

27. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 12, 2014

By: /s/ *Molly M. Donovan*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)

- 7 -

DECL. OF MOLLY M. DONOVAN
I/S/O DPPS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*