JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF MOLLY M. DONOVAN IN SUPPORT OF DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)**<br><br>**[re Panasonic Documents]** |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS,<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et.al.*, No. 11-cv-01656; | |

DECL. OF MOLLY M. DONOVAN
I/S/O BMCC'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

1  *Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

2

3  *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

4  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No. 13-cv-00157;

5

6  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:14-cv-02510.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF MOLLY M. DONOVAN   Case No. 07-5944 SC
I/S/O BMCC'S MOTION TO SEAL   MDL NO. 1917

I, Molly M. Donovan, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On November 7, 2014, Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") filed an Administrative Motion to File Documents Under Seal (Dkt. 2989), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79(b):

(a) Certain exhibits to the Declaration of Richard S. Snyder in Support of BMCC's Summary Judgment Motion ("Snyder Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal Exhibit B to the Snyder Declaration that has been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

4. Attached as Exhibit B to the Snyder Declaration is the Indirect Purchaser Plaintiffs' Objections and Responses to Defendant MT Picture Display Co., Ltd.'s First Set of Interrogatories, including Attachment A thereto which has been designated "Highly Confidential."

5. Upon information and belief, Exhibit B to the Snyder Declaration consists of, cites to, and/or identifies documents, excerpts and testimony designated by the Panasonic Defendants as "Confidential" or "Highly Confidential." Exhibit B contains, cites, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the

1  Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  November 12, 2014          By:  /s/ *Molly M. Donovan*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 2 -

DECL. OF MOLLY M. DONOVAN                                    Case No. 07-5944 SC
I/S/O BMCC'S MOTION TO SEAL                                  MDL NO. 1917