JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., and LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., LTD.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-sc (N.D. Cal.) <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> DIRECT PURCHASER ACTIONS | **DECLARATION OF DUK CHUL RYU IN SUPPORT OF LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS** <br><br> **[Notice of Motion and Motion for Partial Summary Judgment, Declaration of Cathleen H. Hartge and [Proposed] Order filed concurrently herewith]** <br><br> Judge:  The Honorable Samuel Conti <br> Date:   February 6, 2015 <br> Time:   10:00 am <br> Crtrm:  1, 17th Floor |

I, Duk Chul Ryu, hereby declare:

1. I am currently employed by LG Electronics, Inc. ("LGE") as a general manager for LGE's Procurement Development Management Team. I have personal knowledge of the facts and matters stated herein and, if called, could and would testify competently to them. Although English is not my native language, I fully understand the contents of this Declaration.

2. From 2003 through 2005, I was a manager at LGE, in charge of color display tube ("CDT") procurement for LGE's monitor manufacturing. In 2005, I was promoted to general manager and began to handle color picture tube ("CPT") procurement for LGE's television manufacturing in addition to CDT procurement. I held this position through 2010. My procurement responsibilities were worldwide and were not limited to a particular geographic region.

3. CDTs and CPTs are commonly referred to as cathode ray tubes or "CRTs." My procurement responsibilities from 2003 to 2010 involved negotiating directly with the sales teams of suppliers, including LG.Philips Displays ("LPD"), Samsung SDI, Chunghwa Picture Tubes, and others, regarding LGE's purchasing of CRTs worldwide. From 2003 to 2005, I was involved in all CDT price negotiations with suppliers. From 2005 to 2010, I was involved in all CDT and CPT price negotiations with suppliers.

4. In performing my procurement duties at LGE, I consistently sought the best possible prices for components on behalf of LGE, including negotiating for the lowest prices reasonably possible for CRTs that LGE purchased. When I was hired as purchasing manager in 2003, I understood that I would be required to negotiate for the most competitive prices from LPD, as with any other suppliers. Consistent with LGE's procurement policy, I understand that my predecessors had done the same since the time when LPD was first formed in July 2001 and began supplying CRTs to LGE.

5. Also consistent with LGE's procurement policy since LPD was formed in July 2001, the negotiations I conducted with LPD on behalf of LGE were conducted at arm's length. LGE did not purchase CRTs from LPD unless the CRTs were competitively priced, taking into account product quality and other terms and conditions of the purchase. LGE regularly purchased

1  CRTs from other suppliers when those suppliers' prices were more competitive than the prices
2  offered by LPD.  I also used other suppliers' prices as leverage in negotiating for lower CRT
3  prices with LPD.  LGE did not pay higher-than-market prices to LPD for CRTs.  To the extent that
4  LGE purchased particular CRTs from LPD at a higher price than what a competitor of LPD was
5  offering, it was because LPD's product was of higher quality, was able to meet a particular
6  specification required by LGE or its customers, or offered more favorable terms other than the
7  price.

8       6.     Any discount LGE received from LPD in purchasing CRTs was attributable to
9  market factors.  One such factor was a volume discount, given that LGE was one of LPD's most
10 important customers.  Another factor that resulted in discounts for LGE was that LGE's finished
11 product manufacturing sites were often located near LPD production sites, lowering CRT shipping
12 costs.

13      7.     I have reviewed the procurement related documents attached as Exhibits A-I to this
14 declaration.  Based on my personal knowledge of LGE's practices in preparing, receiving, or
15 maintaining such procurement records and the manner in which they are used in the business, I
16 declare that Exhibits A-I are true and correct copies of emails or of email chains that contain
17 statements by LGE employees that were recorded at or near the time of the recorded event, by – or
18 from information transmitted by – employees with knowledge of the contents or the event, in the
19 regular course of LGE's business.

20      8.     Attached hereto as Exhibit A is a true and correct copy of an email chain, labeled
21 with Bates Number LGE00084555 and LGE00084555E (Korean and Certified Translation
22 English versions), that I received on August 31, 2007 with the subject title "Fw:FW: Regarding
23 CPT prices," during the regular course of my business at LGE.

24      9.     Attached hereto as Exhibit B is a true and correct copy of an email chain, labeled
25 with Bates Number LGE00068339 and LGE00068339E (Korean and Certified Translation
26 English versions) that I received on June 21, 2007 with the subject title "RE: FW:  21' Ultra slim
27 price decrease request," during the regular course of my business at LGE.

28

-3-
DECLARATION OF DUK CHUL RYU IN SUPPORT OF LG ELECTRONICS, INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS (3:07-MD-05944-SC)

1      10.     Attached hereto as Exhibit C is a true and correct copy of an email and attachment,
2 labeled with Bates Number LGE00077004 and LGE00077004E (Korean and Certified Translation
3 English versions) that I sent to Manager Jeong Sook Lee at LGE on May 30, 2005, during the
4 regular course of my business at LGE.  The attachment to the email, labeled with Bates Number
5 LGE00077006 and LGE00077006E (Korean and Certified Translation English versions), is a true
6 and correct copy of LPD's response to a price reduction request I received during the regular
7 course of business at LGE.

8      11.     Attached hereto as Exhibit D is a true and correct copy of an email chain, labeled
9 with Bates Number LGE00069466 and LGE00069466E (Korean and Certified Translation
10 English versions) that I received on October 11, 2007 with the subject title "RE:  Requesting
11 cooperation regarding Q4 CPT prices," during the regular course of my business at LGE.

12     12.     Attached hereto as Exhibit E is a true and correct copy of an email, labeled with
13 Bates Number LGE00066800 and LGE00066800E (Korean and Certified Translation English
14 versions) that I received on July 12, 2007 with the subject title "RE:  'Notification of negotiated
15 prices for LPD CPT for Q3 of 2007,'" during the regular course of my business at LGE.

16     13.     Attached hereto as Exhibit F is a true and correct copy of an email, labeled with
17 Bates Number LGE00068331 and LGE00068331E (Korean and Certified Translation English
18 versions) that I received on April 8, 2007 during the regular course of my business at LGE.
19 Exhibit F further includes the attachment to the email, labeled with Bates Number LGE00068332
20 and LGE00068332E (Korean and Certified Translation English versions), which I received during
21 the regular course of business as part of the April 8, 2007 email.

22     14.     Attached hereto as Exhibit G is a true and correct copy of an email chain, labeled
23 with Bates Number LGE00068402 and LGE00068402E (Korean and Certified Translation
24 English versions) that I sent on February 13, 2005, during the regular course of my business at
25 LGE.

26     15.     Attached hereto as Exhibit H is a true and correct copy of an email chain, labeled
27 with Bates Stamp LGE00075331 and LGE00075331E (Korean and Certified Translation English
28

-4-

1  versions) that I received on September 20, 2007 with the subject title "Assistance request
2  regarding 4Q CPT price" during the regular course of my business at LGE.
3       16.    Attached hereto as Exhibit I is a true and correct copy of an email chain, labeled
4  with Bates Number LGE00065495 and LGE00065495 E (Korean and Certified Translation
5  English versions) that I received on October 12, 2007 with the subject title "Quotation for 4th
6  Quarter – High prices rejected!" during the regular course of my business at LGE.
7       //
8       //
9       //
10      //
11      //
12      //
13      //
14      //
15      //
16      //
17      //
18      //
19      //
20      //
21      //
22      //
23      //
24      //
25      //
26      //
27      //
28      //

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on the 6 day of November, 2014 in Seoul.

_____
DUK CHUL RYU

25017283.1

-6-

DECLARATION OF DUK CHUL RYU IN SUPPORT OF LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS (3:07-MD-05944-SC)