# EXHIBIT A

## CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates Numbers from *LGE00084555E* to *LGE00084561E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical or business documents.

October 28, 2014

Nicole Lee
Certified Court Interpreter (Korean <> English)
State of California
Certification No. 300859

**To:**      Deok-cheol Ryu [dcryu@lge.com]
**From:**    Tae-hoon Lim
**Sent:**    Fri 8/31/2007 6:58:37 AM
**Subject:** Fw:FW: Regarding CPT prices
3Q CPT price adjustment request 070810.xls

Dear Senior Manager,

Following information has been conveyed from the Marketing in connection with the CPT prices of the AZ subsidiary; large portion of it was a request as to whether or not additional CI is possible.

Please refer to the following and the subsidiary invoice prices for 2, 3Q.

Thank you for your hard work.

----------------- Original Message -----------------------
**From:** Senior Manager Soon-jae Heo, LCD TV South Central America Marketing Group (sjheo@lge.com, 82-2-3777-7454)
**To:** Manager Tae-hoon Lim (lim007)
**Date:** 07/8/28  17:38:04
**Subject:** FW: Regarding CPT prices

_____

**From:** Hyun Cho [mailto:cho7165@lge.com]
**Sent:** Saturday, August 11, 2007 6:59 AM
**To:** sjheo@lge.com; 'Min-hyuk Lim'
**Subject:** RE: Regarding CPT prices

Here is the information regarding the CPT prices.

Please refer to the content of the below email and the requested prices in the attachment.

End.

_____

**From:** Hyun Cho[mailto:cho7165@lge.com]

HIGHLY CONFIDENTIAL                                            LGE00084555E

**Sent:** Tuesday, August 07, 2007 7:39 AM
**To:** james.kwon2@lgphilips-displays.com
**Cc:** Seok-ryong Youn; Kee-hong Kwak; Jeong-ho Yoo; Kwang-yong Um; Hyun Cho; Dong-won Han
**Subject:** RE: Regarding CPT prices
**Importance:** High

Thank you for your hard work.

I'm sorry for the delayed response.

Here is my response in connection with the subject matter for your reference, and I'd like to ask you to take steps so that the requested prices maybe urgently adjusted and applied.

1. Basis for the price decrease as attached
   1) I'd like to inquire as to what was the main basis to the range of price drop whether it is CPT prices of LPD competitors, CPT prices of LPD Manaus, TV prices of LG and other companies, or any other element; and how much of the impact the price drop of the CPT has on the price drop of the TVs you took into your consideration.

   → We requested the price decrease based on several comprehensive grounds.

   The existing 3Q Offer prices are less competitive than the existing LPD Manaus CPT purchasing price and LPD competitor prices; further, considering current market prices of the competitors (29" CTV R $599, 29" F R $799), the current situations calls for an urgent modification.

   I believe you, Senior Manager Kwon, are well aware of the price and market situation of Korea/Indonesia (vs. existing LPD Manaus CPT purchasing prices).

   2) I think this is a matter that is necessary to be reported to the LPD Top to make a decision because there is a substantial gap from the CPT prices for LG subsidiaries (Global one price), as requested by LGEAZ.

2. Request to establish Price Rule
   1) Currently, we are supposed to negotiate the prices for the LG subsidiaries, including LGEAZ, on quarterly basis, but I believe we can negotiate the prices in order to minimize the profit decrease in the sales of TV, as we did this time.

   2) However, we don't think we can negotiate the prices every time the TV prices drop; therefore, we hope we can determine the timing and frequency per year for price negotiation.

HIGHLY CONFIDENTIAL

LGE00084556E

→ As you know, market prices move according to demand and supply.

I don't think pre-setting the timing and yearly frequency of the price negotiation fits market theory; I think it'll be better to negotiate the prices quarterly as we are doing now, but to add separate, special negotiations in consideration of the market situation.

3.  Repeated request for 3Q volume
1)  In case LPD accepts LGEAZ's price decrease request, it would be also very important how it'll affect the LPD's CPT volume as well as the LGEAZ's TV production including 29".
2)  Please check and reply as to what would be the volume of LPD CPT when the prices are dropped by next Tuesday.

→ Dear Senior Manager Kwang-yong Um!

Please send the information on the LPD's CPT moving volume, based on the result from the recent discussion on the volume with Senior Manager Dong-won Han.  The volume has been increased compared to the past, based on the CPT price adjustment.

Thank you.

Sincerely,
Gi-an Kwon


----------------- Original Message ------------------

**From:** <james.kwon2@lgphilips-displays.com>
**To:** Manager Hyun Cho (cho7165)
**Cc:** Senior Manager Seok-ryong Youn (anoldyoun), General Manager Kee-hong Kwak (buenoskwak), Manager Hyun Cho (cho7165), General Manager Jeong-ho Yoo (Julio), Senior Manager Kwang-yong Um (winnerum)
**Date:** 07/7/28 11:13:56
**Subject:** Regarding CPT prices

Dear Manager Cho, thanks for your hard work at the end of the month.

Thanks for your email yesterday.
I understand that you made the request to lower the prices after much consideration.
However, the requested prices in the attached is an additional decrease from the 3Q Global Price that an appropriate reason and the effect of the price decrease must be provided, should additional price decrease occur; therefore, I'd like to make following requests, hoping to establish a Rule in future price negotiations.

1.  Basis for the price decrease as attached
    1)  I'd like to inquire as to what was the main basis to the range of price drop whether it is CPT prices of LPD competitors, CPT prices of LPD Manaus, TV prices of LG and other companies, or any other

HIGHLY CONFIDENTIAL

LGE00084557E

element; and what was your consideration as to the degree of impact the price drop of the CPT has on the price drop of the TVs.

2)   I think this is a matter that is necessary to report to the LPD Top and make a decision because there is a substantial gap from the CPT prices for LG subsidiaries (Global one price), as requested by LGEAZ.

2.   Request to establish Price Rule
1)   Currently, we are supposed to negotiate the prices for the LG subsidiaries, including LGEAZ, on quarterly basis, but in cases like this, I believe we can negotiate the prices in order to minimize the profit decrease in the sales of TV.

2)   However, we don't think we can negotiate the prices every time the TV prices drop; therefore, we hope we can determine the timing and frequency per year for price negotiation.

3.   Repeated request about Q3 volume
1)   In case LPD accepts LGEAZ's price decrease request, it is also very important how it'll affect the LPD's CPT volume as well as the LGEAZ's TV production including 29".

2)   Please check and reply as to what would be the volume of LPD CPT when the prices are dropped by next Tuesday.

Thank you.

Sincerely,
Gi-an Kwon

James Kwon (Gi-an Kwon)
Account Manager-Sales South America
LP Display Brasil Ltda
Tel        : 55-12-3932-2480
Fax        : 55-12-3922-2323
Mobile   : 55-12-9146-5589
E-mail   : james.kown2@lpdisplays.com
Address: Rod.Presidente Dutra, Km-156,
          Sao Jose dos Campos, SP, Brazil, 12240-420

Hyun Cho <cho7165@lge.com>   To <james.kown2@lgphilips-displays.com>
                             cc 'Jeong-ho Yoo <Julio@lge.com>, 'Kwang-yong Um' <winnerum@lge.com>, Seok-ryong Youn
                             <anoldyoun@lge.com>, 'Kee-hong Kwak' <buenoskwak@lge.com>, 'Hyun Cho'
                             <cho7165@lge.com>
26/07/2007 08:04PM           Subject: RE: RE: Sending information on Brazilian market situation

Thank you for your hard work.

I am sending you the final 3Q CPT price adjustment as attached in connection with the subject matter for your reference.

To. Dear Senior Manager Kwang-yong Um!

Please send the CPT volume by inches for July ~ Sept to Senior Manager Kwon at LPD.

End.

HIGHLY CONFIDENTIAL                                    LGE00084558E

**From:** Hyun Cho  [mailto: cho7165@lge.com]
**Sent:** Wednesday, July 25, 2007 10:25PM
**To:** james.kwon2@lgphilips-displays.com
**Cc:** Jeong-ho Yoo; Kwang-yong Um; Seok-ryong Youn; Kee-hong Kwak; Hyun Cho
**Subject:** Re: RE: Sending information on Brazilian market situation

Dear Senior Manager Kwon!
I apologize!

Please disregard the price request document I sent you in the below email in its entirety.
Due to miscalculation, wrong price information has been sent out.

I will resend today.

End.

-------------------- Original Message --------------------
From: LGEAZ Vendas – I (ASP) Manager Hyun Cho (cho7165@lge.com, 55-11-2162-5619)
To: <james.kwon2@lgphilips-displays.com>
Cc: General Manager Jeong-ho Yoo (julio), Senior Manager Kwang-yong Um (winnerum), Senior Manager Seok-ryong Youn (anoldyoun), General Manager Kee-hong Kwak (buenoskwak), Manager Hyun Cho (cho7165)
Date: 07/7/25 7:37:14
Subject: RE: Sending information on Brazilian market situation

Dear Senior Manager Kwon,

I'd like to request the 3Q prices be adjusted as attached.

As you know, the market prices of the 29 inch CTV and the Flat are in quite serious situation compared to the forecast; please be aware that the price competition is getting more intense since all companies, including Local companies, are simultaneously converting 21/29 inches to Ultra Slim that I'd like to ask your cooperation so our proposal as attached maybe accepted.

Please reply.
End.

**From:** james.kwon2@lgphilips-displays.com [mailto:james.kwon2@lgphilips-displays.com]
**Sent:** Friday, July 20, 2007  3:07 AM
**To:** Hyun Cho
**Subject:** RE: Sending information on Brazilian market situation

Dear Manager Cho, thank you for your email.
Please also send me the requests regarding the prices and we will internally try to come up with a possible countermeasure.

Thank you.

Sincerely,
Gi-an Kwon

James Kwon (Gi-an Kwon)
Account Manager-Sales South America

HIGHLY CONFIDENTIAL                                                                    LGE00084559E

LP Display Brasil Ltda
Tel      : 55-12-3932-2480
Fax     : 55-12-3922-2323
Mobile  : 55-12-9146-5589
E-mail  : james.kwon2@lpdisplays.com
Address: Rod.Presidente Dutra, Km-156,
         Sao Jose dos Campos, SP, Brazil, 12240-420

---

**Hyun Cho <cho7165@lge.com>**                    To <james.kown2@lgphilips-displays.com>
18/07/2007  07:50 PM                              cc
                                                  Subject: RE: RE: Sending information on Brazilian market situation

Sending the information as attached.

---

**From:** james.kwon2@lgphilips-displays.com [mailto:james.kwon2@lgphilips-displays.com]
**Sent:** Thursday, July 19, 2007  2:27 AM
**To:** Hyun Cho
**Subject:** RE: Sending information on Brazilian market situation

Dear Manager Cho,
The information is in receipt, and it will be very useful.

But, may I ask you one more favor?
Could you please send me just one more page of the PPT regarding the entire Brazilian TV market in 2007 you
showed at yesterday's meeting (rapid decline of 20" & 29", rapid growth of LCD/PDP, reduction of entire market
compared to the year 06)?


Sincerely,
Gi-an Kwon

James Kwon (Gi-an Kwon)
Account Manager-Sales South America
LP Display Brasil Ltda
Tel      : 55-12-3932-2480
Fax     : 55-12-3922-2323
Mobile  : 55-12-9146-5589
E-mail  : james.kwon2@lpdisplays.com
Address: Rod.Presidente Dutra, Km-156,
         Sao Jose dos Campos, SP, Brazil, 12240-420

---

**Hyun Cho <cho7165@lge.com>**                    To <james.kown2@lgphilips-displays.com>
18/07/2007  10:07 AM

---

HIGHLY CONFIDENTIAL                                                    LGE00084560E

cc
Subject: RE: RE: Sending information on Brazilian market situation


Dear Senior Manager Kwon!

I'm sorry.  I thought I sent you the email yesterday but I couldn't, although I meant to, and it's in the draft box due to my email storage size.

I will send you the pricing in the morning.

End. [attachment "Brazilian Market Situation up to May 2007.xls" deleted by James Kwon2/SJC/LGPD]

_____

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____[attachment
"Brazilian Market Situation2.ppt" deleted by James Kwon2/SJC/LGPD]

_____

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____[attachment "3Q
CPT price adjustment request_070725.xls" deleted by James Kwon2/SJC/LGPD]

_____

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

HIGHLY CONFIDENTIAL

LGE00084561E

| | |
|---|---|
| **From:** | 임태훈 [lim007@lge.com] |
| **Sent:** | Friday, August 31, 2007 2:59 AM |
| **To:** | 류덕철 |
| **Subject:** | Fw: FW: CPT가격 관련 |
| **Attachments:** | 3Q CPT 가격 조정 요청_070810.xls |

차장님,
마케팅으로부터 AZ 법인의 CPT 가격 관련 내용 전달받은 내용이며, 추가 CI 가능 여부에
대한 요청이 컸습니다.
아래 내용 참조하시고, 2, 3Q 법인 invoice 가격 참조하십시오.

수고하십시오.


---------- Original Message ----------

From : LCD TV중남미마케팅그룹 허순재 차장(sjheo@lge.com, 82-2-3777-7454)
To : 임태훈 과장(lim007)
Date : 07/8/28 17:38:04
Subject : FW: CPT가격 관련


**From:** 조현[mailto:cho7165@lge.com]
**Sent:** Saturday, August 11, 2007 6:59 AM
**To:** sjheo@lge.com; '임민혁'
**Subject:** RE: CPT가격관련

CPT 가격 관련 내용 송부 드립니다.
하기 메일 내용 및 첨부상 요청 가격 참조하시기 바랍니다.

이상.


**From:** 조현[mailto:cho7165@lge.com]
**Sent:** Tuesday, August 07, 2007 7:39 AM
**To:** james.kwon2@lgphilips-displays.com
**Cc:** 윤석룡; 곽기홍; 유정호; 임광용; 조현; 한동원
**Subject:** Re : CPT가격관련
**Importance:** High
수고 많으십니다.

회신이 지연되어 죄송합니다.

1

LGE00084555

제목 건 관련하여 아래와 같이 회신 드리니 참조하시기 바라며, 요청 가격 지급
조정 적용될 수 있도록 조치 요망 드립니다.

1. 유첨의가격인하폭의근거
   1) LPD 경쟁사의CPT 가격, LPD Manaus CPT 가격, LG 및他社TV 가격또는
      다른 어느요소가가격인하폭의초근거가되며, 어느정도CPT 가격인하가
      TV 가격인하에미치는영향을어느정도고려하신지문의드립니다.

      --> 여러종합적인근거에따라가격인하요청한것입니다.
          기존LPD Manaus CPT 공급가격대비, LPD 경쟁사가격대비
          기존3Q Offer가격은경쟁력이떨어지며, 또한현재경쟁시장
          가격(29"CTV R$599,29"F R$799) 감안시지급조정되어저야할
          상황임.

          한국/인니(vs 기존LPD Manaus CPT 공급가격) 가격및시장
          가격상황은권차장님께서잘알고 게실것으로사료됩니다.

   2) 이는LGEAZ의요청가격인LG법인向CPT 가격(Global one price)과상당한
      Gap이있어이를LPD Top에보고 , 결정하는데필요한사항이라고 판단됩니다.

2. 가격Rule 정립요청
   1) 현재는LGEAZ를비롯한LG 법인항CPT 가격Nego를분기별로되어있으나,
      이번처럼TV 판매 및영업이익감소를최소화하기위해가격Nego도할 수
      있다고 봅니다.

   2) 다만, TV 가격인하가있다고 매번가격Nego만할 수도없다고 판단되는바,
      가격Nego 시기및년간횟수등을이번기회에정했으면합니다.

      --> 아시다시피, 시장가격또한수요와공급에의해서움직이고 있습니다.
          가격Nego 시기나년간횟수등을정해놓고 하는것은시장논리에맞지
          않다고 보며, 우선 기존대로분기별로가격Nego하되시장상황감안하여
          별도로Special하게추가Nego 진행하는것이나을것으로판단됩니다.

3. 3Q 물동재요청
   1) LGEAZ의가격인하요청을LPD가accept時29"를비롯한LGEAZ TV의생산
      및LPD CPT 물량이어떻게되는지도매우중요합니다.
   2) 다음주화요일까지가격인하時 LPD CPT 물동이어느정도될 것인지
      확인및회신 부탁드립니다.

      ---> 엄광용차장님!

           금번한동원차장님과물동회의시협의결과를근거하여LPD CPT 이동물동
           권기안차장께송부요망드립니다. CPT 가격조정을근거로하여기존대비
           물량증량하였습니다.

      감사합니다.

      권기안배상

2

LGE00084556

---------- Original Message ----------

From : <james.kwon2@lgphilips-displays.com>
To : 조현과장(cho7165)
Cc : 윤석룡 차장(anoldyoun), 곽기홍 부장(buenoskwak), 조현 과장(cho7165), 유정호 부장(julio), 엄광용
차장(winnerum)
Date : 07/7/28 11:13:56
Subject : CPT가격 관련


조과장님, 월말에수고 많습니다.

어제보내주신 메일은잘받았습니다.
많이고민하시고 저희에게가격인하요청을한것으로알고 있습니다.
그러나, 유첨의요청가격은3Q의Global Price 대비추가인하를요청한것으로,
LPD CPT 가격의추가인하를위해서는그에합당한사유와가격인하효과가
있어야한다고 생각하며, 향후가격협의에있어서의Rule이정립되었으면하는
바람에서다음사항을요청드립니다.

1. 유첨의가격인하폭의근거
   1) LPD 경쟁사의CPT 가격, LPD Manaus CPT 가격, LG 및他社TV 가격또는
      다른  어느요소가가격인하폭의主근거가되며, 어느정도CPT 가격인하가
      TV 가격인하에미치는영향을어느정도고려하신지문의드립니다.

   2) 이는LGEAZ의요청가격인LG법인向CPT 가격(Global one price)과상당한
      Gap이있어이를LPD Top에보고 , 결정하는데필요한사항이라고 판단됩니다.

2. 가격Rule 정립요청
   1) 현재는LGEAZ를비롯한LG 법인향CPT 가격Nego를분기별로되어있으나,
      이번처럼TV 판매  및영업이익감소를최소화하기위해가격Nego도할 수
      있다고 봅니다.

   2) 다만, TV 가격인하가있다고 매번가격Nego만할 수도없다고 판단되는바,
      가격Nego 시기및년간횟수등을이번기회에정했으면합니다.

3. 3Q 물동재요청
   1) LGEAZ의가격인하요청을LPD가accept時29"를비롯한LGEAZ TV의생산
      및LPD CPT 물량이어떻게되는지도매우중요합니다.
   2) 다음주화요일까지가격인하時 LPD CPT 물동이어느정도될 것인지
      확인및회신 부탁드립니다.

   감사합니다.

   권기안배상

James Kwon(권기안)
Account Manager-Sales South America

3

LGE00084557

LP Displays Brasil Ltda
Tel      : 55-12-3932-2480
Fax     : 55-12-3932-2323
Mobile  : 55-12-9146-5589
E-mail  : james.kwon2@lpdisplays.com
Address : Rod.Presidente Dutra, Km-156,
            Sao Jose dos Campos, SP,Brazil, 12240-420

조현<cho7165@lge.com>        To <james.kwon2@lgphilips-displays.com>
26/07/2007 오후08:04          cc '유정호' <julio@lge.com>, '엄광용' <winnerum@lge.com>, '윤석룡' <anoldyoun@lge.com>, '곽기홍'
                            <buenoskwak@lge.com>, '조현' <cho7165@lge.com>
                    Subject RE: RE:  브라질시장현황자료송부

수고 많으십니다.

제목 건 관련 첨부와 같이 3Q CPT 가격 조정 최종으로 송부 드리니
참조하시기 바랍니다.

To. 엄광용차장님!

7~9월 인치별 CPT 물동 LPD 권 차장님께 통보 요망 드립니다.

이상.

---

**From:** 조현[mailto:cho7165@lge.com]
**Sent:** Wednesday, July 25, 2007 10:25 PM
**To:** james.kwon2@lgphilips-displays.com
**Cc:** 유정호; 엄광용; 윤석룡; 곽기홍; 조현
**Subject:** Re : RE: 브라질시장현황자료송부

권차장님!

죄송합니다!

하기메일상으로송부드린가격요청안전부부무시해주시기바랍니다.
잘못된계산으로인해요청가격잘못나갔습니다.

금일중재송부드리도록하겠습니다.

이상.

---------- Original Message ----------

From : LGEAZ Vendas - I (ASP) 조현과장(cho7165@lge.com, 55-11-2162-5619)
To : <james.kwon2@lgphilips-displays.com>
Cc : 유정호부장(julio), 엄광용차장(winnerum), 윤석룡차장(anoldyoun), 곽기홍부장(buenoskwak),
조현과장(cho7165)
Date : 07/7/25 7:37:14
Subject : RE: 브라질시장현황자료송부

4

HIGHLY CONFIDENTIAL                                                                    LGE00084558

권 차장님 첨부와 같이 3Q 가격 조정 요청 드립니다.

아시다시피, 29인치 CTV 및 Flat에 대한 시장가격이 예상대비 상당히 심각한 상황이고,
Local업체포함전업체21/29인치공히Ultra Slim으로전환되면서가격경쟁심화되고
있는 상황임을 인지하시어 첨부 자사 요청안으로 수용될 수 있도록 협조 요망 드립니다.

회신 요망 드립니다.

이상.

---

**From:** james.kwon2@lgphilips-displays.com [mailto:james.kwon2@lgphilips-displays.com]
**Sent:** Friday, July 20, 2007 3:07 AM
**To:** 조현
**Subject:** RE:브라질시장현황자료송부

조과장님,  보내주신 메일은잘받았습니다.
그리고 가격관련요청사항도보내주시면LPD 내부적으로대응가능한案을도출해보겠습니다.

감사합니다.

권기안배상

James Kwon(권기안)
Account Manager-Sales South America
LP Displays Brasil Ltda
Tel    : 55-12-3932-2480
Fax    : 55-12-3932-2323
Mobile : 55-12-9146-5589
E-mail : james.kwon2@lpdisplays.com
Address : Rod.Presidente Dutra, Km-156,
          Sao Jose dos Campos, SP,Brazil, 12240-420

조현<cho7165@lge.com>
18/07/2007오후07:50

To <james.kwon2@lgphilips-displays.com>
cc
Subject RE:브라질시장현황자료송부

첨부와같이송부드립니다.

---

5

**From:** james.kwon2@lgphilips-displays.com [mailto:james.kwon2@lgphilips-displays.com]
**Sent:** Thursday, July 19, 2007 2:27 AM
**To:** 조현
**Subject:** Re: 브라질시장현황자료송부

조과장님,

보내주신 자료는 잘받았으며, 아주유용하게 사용할 것같습니다.

다만, 한가지만 더 부탁드려도 되겠습니까?
어제 상담時 보여주셨던 2007년 브라질 TV 전체시장에 대해 PPT
장표(20" 및 29" 급감 및 LCD/PDP 급성장, 전체시장 06년 대비
축소) 한장만 추가로 보내주실수 있는지요?

권기안 배상

James Kwon(권기안)
Account Manager-Sales South America
LP Displays Brasil Ltda
Tel     : 55-12-3932-2480
Fax     : 55-12-3932-2323
Mobile  : 55-12-9146-5589
E-mail  : james.kwon2@lpdisplays.com
Address : Rod.Presidente Dutra, Km-156,
          Sao Jose dos Campos, SP,Brazil, 12240-420

조현<cho7165@lge.com>
18/07/2007 오전 10:07

                              To  <james.kwon2@lgphilips-displays.com>
                              cc
                          Subject  브라질시장현황자료송부


권차장님!

죄송합니다. 어제 메일 보냈는줄 알았는데 제 메일 용량때문에 Draft에 있는걸
보낸다고 해놓고 못보냈습니다.

가격은 오전중으로 보내드릴께요

이상.[attachment "브라질시장현황 2007년 5월까지.xls" deleted by James Kwon2/SJC/LGPD]

_____

6

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____[attachment
"브라질시장현황2.ppt" deleted by James Kwon2/SJC/LGPD]


This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____[attachment "3Q
CPT 가격조정요청_070725.xls" deleted by James Kwon2/SJC/LGPD]


This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

7

HIGHLY CONFIDENTIAL

LGE00084561

# EXHIBIT B



TRANSPERFECT

City of New York, State of New York, County of New York

I, Max Staffa, hereby certify that the "LGE00068339_EN-US" document is, to the best of my knowledge and belief, a true and accurate translation from Korean to English.

Max Staffa

Sworn to before me this
Wednesday, October 22, 2014

Signature, Notary Public

LEAH RAE TALLMAN
Notary Public - State of New York
No. 01TA6295072
Qualified in New York County
Commission Expires Dec 30, 2017

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 80 CITIES WORLDWIDE

From:         GS Park (Gab Sig Park) [gabsig@lge.com]
Sent:         Thursday, June 21, 2007 11:12 AM
To:         'Bo Woong Seo'; 'Joo Hwan Lim'; 'Jin Taek Lee'; 'Yuan Tian'; 'Jong Ryong Choi'
Cc:         'Bong Koo Chang'; 'Kook Hwan Kim'; 'Deok Chul Ryu'; 'Eui Hoon Jeong'
Subject:    RE: FW: 21' Ultra slim kit price decrease request

Dear Vice Manager Bo Woong Seo,
This is not an additional order for the model.

Among the total 3,700 units that were ordered in the last March,
1700 of them were arrived here and sent into production.

Kits for the remaining 2000 units are at SY and SY wanted us to take these quickly, but since competitiveness has
already been lost, they couldn't be loaded and that's why a price decrease for the kits was asked.

Also, if the kit price gets up to be competitive to some degree, additional orders will be made.

In other words, the quantity that we have ordered until now is 3,700 units, and we have been talking about the price
in order to dispose the SY inventory of 2000 units.

Regarding the part prices,
-   CPT is Korea's LPD (a price decrease has already been requested here too)
-   Parts such as B/Cover have been purchased through the Gumi Business Unit due to the early SY
    corporation's mold and productivity issues which were also purchased at almost the original cost level.

When ordering in the future other than the 3,700 units, B/cover and others will be purchased through SY.

Please I ask you to quickly adjust the kit price (at a competitive level.)

Thank you.

Dear Staff Kook Hwan Kim,
When can you expect to receive the CPT (20' Ultra) price?
Please propose a price that reflects LPD's intention to operate in Russia in the future.
If the price is not adjusted again as we have always been told that prices were agreed with the Business Unit, the
business in Russia will see its end.

Please summarize and reply quickly.

---

From: Bo Woong Seo [mailto: srirang@lge.com]
Sent: Thursday, June 21, 2007 1:14 PM
To: Joo Hwan Lim, Gab Sig Park; Jin Taek Lee; Yuan Tian; Jong Ryong Choi
Cc: Bong Goo Chang
Subject: RE: 21' Ultra slim kit price decrease request

Dear Manager Park, how are you?

I am contacting you because I have something that I need to ask you regarding the following matterm.

First of all, looking at the loading results and sales price received from SY, the kit price seems to be correct at the
41.7$ level as attached.

1

HIGHLY CONFIDENTIAL                                              LE00068339E

If the kits are received at SY, where will the remaining CPT, C/A, B/C, Button, and Bracket be receiving from? The B/C price is set at more than 12$, isn't this price too high?

Also, it is my understanding that the important thing is that currently distribution and corporation inventory disposal are under a serious situation, so it is really difficult to understand additional kit order before the inventory is cleared.

Right now, in order to clear the inventory, the Foreign Marketing is on a local business trip, and it is my understanding that at the time of C/Call on the 20th too, situation was explained that first of all the current inventory should be cleared and then orders in preparation for the upcoming peak season should be executed.

Isn't executing additional orders going to be problematic?

Please confirm the above contents and explain it to me, thank you.


-------------Original Message-------------

From: LCD TV Management Planning Group Staff Joo Hwan Lee (fortruth@lge.com, 82-054-470-2305)
To: Vice Manager Bo Woong Seo (srirang)
Cc: Section Chief Bong Goo Chang (changbg)
Date: 6/21/2007 9:18:15 AM
Subject: RE: 21' Ultra slim kit price decrease request

Dear Vice Manager,
RA corporation is demanding a price decrease for 21Fu1RG Kit.

I would like your opinion as to how this matter should proceed.


From: Gyu Seon Shim [mailto: sgs3019@lge.com]
Sent: Friday, June 01, 2007 7:48 PM
To: Jong Ryong Choi; Bong Goo Chang
Subject: FW: 21' Ultra slim kit price decrease request

Please make a note of it.


From: GS Park (Gab Sig Park) [mailto: gabsig@lge.com]
Sent: Friday, June 01, 2007 6:54 PM
To: Jin Taek Lee; Gyu Seon Shim; ody2884@lge.com
Cc: Konstantin Park; Andrey Boroda; Sang Kwon Lee; Kang Rok Lee; Jong Man Park; Sung Ho Kim; Dae Hwan Chung; Yuan Tian; Seung Min Lim; Soo Hyun Kang
Subject: RE: 21' Ultra slim kit price decrease request

Dear Manager Gyu Seon Shim,

Due to the fall in the TV sales price as shown below, a price decrease for the kits to be loaded at SY is needed.

I ask for your assistance in supplying with the price that we have asked by analyzing the original cost based on the contents here.

We need to urgently decide on it for the June order.

2

From: Jin Taek Lee [mailto: jtlee@lge.com]
Sent: Friday, June 01, 2007 1:46 PM
To: Gab Sig Park
Cc: Konstantin Park; Andrey Boroda; Sang Kwon Lee; Kang Rok Lee; Jong Man Park; Sung Ho Kim; Dae Hwan Chung; Yuan Tian; Seung Min Lim; Soo Hyun Kang
Subject: RE: 21' Ultra slim kit price decrease request

Dear Manager Gab Sig Park,

As you already know well, since the kit price discussion is a process that is first discussed with the Business Unit and then adjusted according to what was discussed, please discuss it with the Business Unit first.


--------------Original Message--------------

From: LGERA TV Material Management Manager Gab Sig Park (gabsig@lge.com, 7-495-411-6275)
To: Manager Jin Taek Lee (jtlee), Guk Hwan Kim Gukhwan.Kim@lgphilips-displays.com
Cc: Konstantin Park purchasing specialist (K_Park), Audrey Boroda (boroda), Section Chief Sang Kwon Lee (dawn), Manager Kang Rok Lee (krlee), Principle Engineer Jong Man Park (jongmal), Staff Sung Ho Kim (bayahuro)
Date: 5/31/2007 8:14:15 PM
Subject: 21' Ultra slim kit price decrease request
To: Manager Ji Taek Lee, Staff Guk Hwan Kim

How are you?

The market price of 21" Slim Samsung Russia that we have obtained today is sold at $150 ($127 when Vat is excluded).

Regarding this matter, the current kit purchase price of our product is $104.69, and when adding local parts + customs tax and clearance expenses + manufacturing cost + sales management cost, it balloons to $149.
It means that there is a loss of as much as $22 for every unit sold.
Regarding this, in order to have the profit and loss level at 0 even with having no profit, the purchase price needs to be maximum $83 including CRT.

So, I am requesting a price decrease for the kit price and CRT supply price as attached, I would very much appreciate if you can positively review it and reply to me.

The kit price includes Cabinet + Back cover.

Thank you.

Attachment: 21" Ultra Slim original cost analysis data

3

HIGHLY CONFIDENTIAL                                                    LE00068341E

**From:**              GS Park(박갑식) [gabsig@lge.com]
**Sent:**              Thursday, June 21, 2007 11:12 AM
**To:**                '서보웅'; '임주환'; '이진택'; 'Yuan Tian'; '최종룡'
**Cc:**                '장봉구'; 김국환; '류덕철'; '정의훈'
**Subject:**         RE: FW: 21" Ultra slim kit price 인하 요청

서보웅차장
본 model 에 대한 추가 발주는 아니고,

지난 3 월에 발주한 총 3,700 대중
기 1700 대는 여기 도착하여 생산에 투입되었고

나머지 2000 대의 Kit 가 SY 에 있는데 이것을 SY 에서는 빨리 가져가라고 하는데
이미 경쟁력을 잃은 상태에서 선적할 수 없어 Kit 가격을 낮추어 달라고 하는 것입니다.

그리고, Kit 가격이 어느 정도 경쟁력이 있으면 추가로 발주할 것입니다.

즉 지금까지 우리가 발주한 수량은 3,700 대이며, 2000 대의 SY 재고에 대한
처리를 위하여 가격건을 이야기 하고 있는 상태임.

부품 가격관련하여
  - CPT 는 한국의 LPD (여기에도 이미 가격인하를 요청한 상태임)
  - B/Cover 등의 부품은 초기 SY 법인의 금형 및 생산성문제로 구미 사업부를 통하여 구매한 것으로
    이것도 거의 원가 수준으로 구매한 상태임

    향후 3,700 대 이외의 발주시는 SY 를 통하여 B/cover 등을 구매할 예정임.

빨리 Kit 가격 좀 조정해 주세요(경쟁력 있는 수준으로).

수고하시고.


김국환대리
  CPT(20" Ultra) 가격 , 언제 정도 받을 수 있는지요?
  앞으로 LPD 가 러시아로 영업을 할려는 의지로 가격을 제안해 주기 바랍니다.
  매번 사업부와 합의된 가격이라고 하면서 가격 조정해 주지 않으면
  러시아에서 사업은 끝납니다.

  빨랑 정리 회신 해 주셔요.

**From:** 서보웅 [mailto:srirang@lge.com]
**Sent:** Thursday, June 21, 2007 1:14 PM
**To:** 임주환; 박갑식; 이진택; Yuan Tian; 최종룡
**Cc:** 장봉구
**Subject:** Re : FW: 21" Ultra slim kit price 인하 요청

박부장님, 잘 계시지요?

하기 건과 관련해서 문의를 드릴 사항이 있어서 연락을 드립니다.

우선 SY 에서 받은 선적 실적 및 판가를 보면,
첨부와 같이 Kit 가는 41.7$ 수준이 맞는것 같은데,

1

      

SY 에서 Kit 를 받는다면 나머지 CPT, C/A, B/C, Button, Bracket 은 어디에서 받는가요?
B/C 가격이 12$이상으로 되어 있는데 너무 높은 가격이 아닌가요?

그리고 중요한 건은 현재 유통 및 법인 재고 처리가 심각한 상황인것으로 알고 있는데,
재고 정리 전에 추가 Kit Order 는 좀 이해하기 어렵네요.

현재 재고 정리를 위해서 해외 Marketing 에서 현지 출장을 가 있는 상황이고,
20 일 C/Call 때도 우선적으로 현재 재고 정리 후 성수기 대비한 Order 가 집행되어야 하는
상황을 설명을 한것으로 알고 있습니다.

추가 Order 를 집행해도 문제가 없는지요?

상기 내용 확인 후 설명 좀 부탁 드립니다.

---------- Original Message ----------

From : LCD TV 경영기획그룹 임주환 대리(fortruth@lge.com, 82-054-470-2305)
To : 서보웅 차장(srirang)
Cc : 장봉구 과장(changbg)
Date : 07/6/21 9:18:15
Subject : FW: 21" Ultra slim kit price 인하 요청

차장님
RA 법인에서 21FU1RG Kit 가격 인하를 요구하고 있습니다.

어떻게 진행하여야 하는 것인지 의견 부탁드립니다.

**From:** 심규선 [mailto:sgs3019@lge.com]
**Sent:** Friday, June 01, 2007 7:48 PM
**To:** 최종룡;장봉구
**Subject:** FW: 21" Ultra slim kit price 인하요청

참조하시기 바랍니다.

**From:** GS Park(박갑식) [mailto:gabsig@lge.com]
**Sent:** Friday, June 01, 2007 6:54 PM
**To:** '이진택'; '심규선'; ody2884@lge.com
**Cc:** 'Konstantin Park'; 'Andrey Boroda'; '이상권'; '이강록'; '박종만'; '김성호'; '정대환'; 'Yuan Tian'; '임승민'; '강수현'
**Subject:** RE: 21" Ultra slim kit price 인하요청

심규선 부장님.

하기와 같이 TV 판가 하락으로 SY 에서 선적되는 Kit 가격의 인하가 필요합니다.

본 내용을 토대로  원가를 분석하여
저희들이 요청한 가격으로 공급될 수 있도록 협조하여 주시기 바랍니다.

금번 6 월 발주를 위하여 지급으로 의사 결정하여야 합니다.

2

HIGHLY CONFIDENTIAL

**From:**이진택[mailto:jtlee@lge.com]
**Sent:** Friday, June 01, 2007 1:46 PM
**To:**박갑식
**Cc:** Konstantin Park; Andrey Boroda;이상권;이강록;박종만;김성호;정대환; Yuan Tian;임승민;강수현
**Subject:** Re : 21" Ultra slim kit price 인하요청

박갑식부장님,

잘 아시다시피 Kit 가 협의는 우선 사업부와 협의가 되고, 합의된 내용에따라 조정하는 Process 이니
우선 사업부와 협의 바랍니다..
---------- Original Message ----------

From : LGERA TV Material Management 박갑식부장(gabsig@lge.com, 7-495-411-6275)
To : 이진택 부장(jtlee), 김국환<Gukhwan.Kim@lgphilips-displays.com>
Cc : Konstantin Park purchasing specialist(K_Park), Andrey Boroda (boroda), 이상권 과장(dawn), 이강록 부장(krlee), 박종만
책임연구원(jongmal), 김성호 대리(bayahuro)
Date : 07/5/31 20:14:15
Subject : 21" Ultra slim kit price 인하 요청
  수신 : 이지택부장, 김국환대리

안녕하십니까?

 금일 입수한 21"Slim 의 삼성 러시아 시장판가가 $150( Vat 제외시 $127)로 판매가 되고 있습니다.

 이와 관련하여 현재 우리 제품의 Kit 구매가격이 $104.69 로
 Local 부품 + 관세및통관비용 + 제조경비 + 판관비등을 합하면 무려 $149 이 됩니다.
한 대 판매하면 무려 적자가 $22 이 된다는 것입니다.
이 와 관련하여 이익은 남기지 않더라도 손익 0 수준이 되기 위하여는 CRT 를 포함하여 구매가격이
최대 $83 수준이 되어야 합니다.

하여, Kit 가격 및 CRT 공급가격에 대하여 유첨과 같이 인하를 요청하오니 적극 검토하여 회신 부탁합니다.

Kit 는 Cabinet+Back cover 등이 포함된 가격을 말합니다.

감사합니다.

유첨 : 21"Ultra slim 원가 분석자료

HIGHLY CONFIDENTIAL                                                    LGE00068341

EXHIBIT C

CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates Numbers from *LGE00077004E* to *LGE00077005E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability.  I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical or business documents.

October 28, 2014

Nicole Lee
Certified Court Interpreter (Korean <> English)
State of California
Certification No. 300859

| | |
|---|---|
| **From:** | *[illegible-corrupted font]* [dcryu@lge.com] |
| **Sent:** | Monday, May 30, 2005  11:31 PM |
| **To:** | *[illegible-corrupted font]* |
| **Cc:** | *[illegible-corrupted font]* |
| **Subject:** | 3Q CPT *[illegible-corrupted font]* |

"Let's become Number 1 with Display"

How are you.

Dear Manager Jeong Sook Lee,

Attached is LPD's reply to our request for 3Q SPD CPT price we presented at LPD TMM on May 12.

Please take a look at the attachment
and please investigate at IPO about such information
as price forecast of 3Q SDI/CPT/MTPD/THAI-CRT, etc.
As you can tell from the LPD's reply, they are extremely focused on price defense;
I believe we'll face considerable difficulties unless we break it with logic.

Manager Lee,
I'll give you a call; but if possible at all,
please make a phone call at CPT Maker in the morning
and try to find out some information such as 3Q prices.

> *[graphic]*
> 3Q *[illegible-corrupted font]* LPD
> *[illegible-corrupted font]*.ppt

Thank you.


"Great Company Great People!"
-----------------------------------------------------------------------------------------
Office    : +82-54-470-2830
Fax       : +82-54-470-2977
Mobile  : +82-10-2214-5299
Email    : dcryu@lge.com

Strategic Procurement Group
Display Supply Chain Management Team
Display Division
Digital Display Company

1

HIGHLY CONFIDENTIAL

LGE00077004E

| | |
|---|---|
| **From:** | ·ù´ðÃ¶ [dcryu@lge.com] |
| **Sent:** | Monday, May 30, 2005 11:31 PM |
| **To:** | ÀÌÁ¤¼+ |
| **Cc:** | ¹èÁ¤È£ |
| **Subject:** | 3Q CPT °¡°Ý ¿¹»ó ¿äÃ» |

"Display로 1등 합시다"

안녕하세요.

이정숙과장님
유첨은 5/12일 LPD TMM에서 저희가 제시한 3Q LPD
CPT 가격 요청에 대한 LPD의 회신 가격입니다.

유첨 한번 보시고
3Q SDI/CPT/MTPD/THAI-CRT 등의 가격 예상등에 대하여
IPO에서 조사하여 주시기 부탁드립니다.
LPD 회신을 보시면 아시겠지만, 지극히 가격 방어에
치중하고 있으며,
논리상으로 깨지 않으면 상당한 어려움이 예상됩니다.

이과장님
전화 한번 드리겠지만, 가능하시면 오전중으로
CPT Maker에 전화 한번 하셔서 3Q 가격등을 한번
알아봐 주시기 바랍니다.



3Q 이°Ý¿ì ´ëÇÑ LPD
È¸½Å.ppt

감사합니다.

"Great Company Great People!"
----------------------------------------------------
Office:+82-54-470-2830
Fax   :+82-54-470-2977
Mobile:+82-10-2214-5299
Email :dcryu@lge.com

Strategic Procurement Group
Display Supply Chain Management Team
Display Division
Digital Display Company

1

HIGHLY CONFIDENTIAL

LGE00077004

LG Electronics
--------------------------------------------------------

HIGHLY CONFIDENTIAL                                                      LGE00077005

CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates Number *LGE00077006E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability.  I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical or business documents.

October 28, 2014

_____

Nicole Lee
Certified Court Interpreter (Korean <> English)
State of California
Certification No. 300859

# CPT Business          3Q sales price management (proposal)

## Display biz div. request details

### 1. 3Q price reduction request (proposal)

Unit:$,%

| Model | Type | 2Q, 2005 | 3Q. 2--5 | price cut | cut perce |
|---|---|---|---|---|---|
| 14" CV | Bare | 18.0 | 16.0 | 2.0 | 12.5% |
| 15" RF (AK) | Bare | 25.5 | 22.5 | 3.0 | 13.3% |
| 20" CV | Bare | 31.0 | 27.5 | 3.5 | 12.7% |
| 21" CV | Bare | 32.0 | 28.5 | 3.5 | 12.3% |
| 29" CV | Bare | 66.0 | 62.0 | 4.0 | 6.5% |
| 21" RF(AK V2) | Bare | 38.0 | 33.0 | 5.0 | 15.2% |
| 29" RF(tint) | Bare | 80.0 | 70.0 | 10.0 | 14.3% |

## LPD response (proposal)

### 1-1) 3Q price management (proposal)

| quested p | gement pr | Vs reques |
|---|---|---|
| 16.00 | 17.50 | 1.50 |
| 22.50 | 24.50 | 2.00 |
| 27.50 | 30.00 | 2.50 |
| 28.50 | 31.00 | 2.50 |
| 62.00 | 64.00 | 2.00 |
| 33.00 | 37.00 | 4.00 |
| 70.00 | 78.00 | 8.00 |
| 145.00 | 150.00 | 5.00 |
| 162.00 | 167.00 | 5.00 |
| 162.00 | 177.00 | 15.00 |

▷ Price cut compared to 2Q (based on Bare)
- 14"CV : ▲0.5$
- 15"RF  : ▲1.0$
- 20"CV/21"CV : ▲1.0$
- 29"CV : ▲2.0$
- 21"RF  : ▲1.0$
- 29"RF  : ▲2.0$
- 32"RF  : ▲5.0$ (SuS identical)





# CPT Business    3Q 판가 운영(案)

## Display 사업부 요청 내용

### 1. 3Q 가격인하 요청(案)

단위:$,%

| Model | Type | '05. 2Q | '05. 3Q | 인하폭 | 인하율 |
|---|---|---|---|---|---|
| 14" CV | Bare | 18.0 | 16.0 | 2.0 | 12.5% |
| 15" RF (AK) | Bare | 25.5 | 22.5 | 3.0 | 13.3% |
| 20" CV | Bare | 31.0 | 27.5 | 3.5 | 12.7% |
| 21" CV | Bare | 32.0 | 28.5 | 3.5 | 12.3% |
| 29" CV | Bare | 66.0 | 62.0 | 4.0 | 6.5% |
| 21" RF(AK V2) | Bare | 38.0 | 33.0 | 5.0 | 15.2% |
| 29" RF(tint) | Bare | 80.0 | 70.0 | 10.0 | 14.3% |
| 32" RF(100Hz)(Tint) | Bare | 155.0 | 145.0 | 10.0 | 6.9% |
|  | ITC | 172.0 | 162.0 | 10.0 | 6.2% |
| 32" Super Slim | ITC | 182.0 | 162.0 | 20.0 | 12.3% |

## LPD 대응(案)

### 1-1) 3Q 가격 운영(案)

| 요청가 | 운영안 | Vs 요청가 |
|---|---|---|
| 16.00 | 17.50 | 1.50 |
| 22.50 | 24.50 | 2.00 |
| 27.50 | 30.00 | 2.50 |
| 28.50 | 31.00 | 2.50 |
| 62.00 | 64.00 | 2.00 |
| 33.00 | 37.00 | 4.00 |
| 70.00 | 78.00 | 8.00 |
| 145.00 | 150.00 | 5.00 |
| 162.00 | 167.00 | 5.00 |
| 162.00 | 177.00 | 15.00 |

▷ 2Q 대비 인하 폭(Bare 기준)
- 14"CV : ▲0.5$
- 15"RF  : ▲1.0$
- 20"CV/21"CV : ▲1.0$
- 29"CV : ▲2.0$
- 21"RF  : ▲1.0$
- 29"RF  : ▲2.0$
- 32"RF  : ▲5.0$ (SuS 동일)



LG.PHILIPS Displays

EXHIBIT D

CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates Numbers from *LGE00069466E* to *LGE00069470E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability.  I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical or business documents.

October 28, 2014

Nicole Lee
Certified Court Interpreter (Korean <> English)
State of California
Certification No. 300859

**From:**        Young Rok Ham [youngrok.ham@lgphilips-displays.com]
**Sent:**        Thursday, October 11, 2007  2:35 AM
**To:**          Deok Cheol Ryu; 'Eui Hoon Jeong; Jong Ryong Choi
**Cc:**          'Jin Moon Choi'; 'Sea Won Park'; Sam Kwon Park'; Ho Geon Hwang'; Group Head Eui Hoon Jeong'; 'Bo Woong Seo'
**Subject:**     RE: Requesting cooperation regarding Q4 CPT prices
**Attachments:** Global Standard-07-4Q_071010.xls

Thank you very much for all your help.

Because Team Leader Jin Moon Choi is on a business trip to China, I'm responding on his behalf to convey the finalized outcomes of internal discussions done over the phone. And they are as follows:

1. Finalized prices to be applied to Q4 (refer to the attached detailed information)

==> the request proposal below by the business unit is accepted as the final one
==> in addition, in order to support sales of LGE's Superslim and Ultraslim CRTs, <u>the final confirmation is hereby given that the price for 21"Sus and 21"Us <u>will be also increased by the reduced amount of $0.5 instead of $1.0, which was requested by the business unit.</u></u>

==================================================================================
- Small-sized:  $0.5 increase relative to Q3
- General mid-sized (CV / RF):  $1.5 increase relative to Q3
- General large-sized (CV / RF):  $1.0 increase relative to Q3
- Superslim and Ultraslim mid-sized and large-sized (21" / 29"/ 32"):  $0.5 increase relative to Q3
==================================================================================

2. Q4 prices adoption schedule:  starting from sales occurring on Oct. 1, 2007 and onwards

* This price increase plan will be applied retrospectively to the applicable sales portion for overseas subsidiaries (for 10/1-10/11 shipment).

Thank you//

B.rgds//Trevor Ham

Tel: +82 54 460 1036
Fax: + 82 54 463 6528
Mob: + 82 10 5600 9336

-----Original Message-------
**From:**  Deok Cheol Ryu [mailto:dcryu@lge.com]
**Sent:**  Tuesday, October 09, 2007  3:54 PM
**To:**  'Sam Kwon Park'; Eui Hoon Jeong'; 'Jong Ryong Choi'
**Cc:**  'Jin Moon Choi'; youngrok.ham@lgphilips-displays.com; 'Sea Won Park'; Ho Geon Hwang'; Group Head Eui Hoon Jeong'; 'Bo Woong Seo'
**Subject:**  RE:  Requesting cooperation regarding Q4 CPT prices

1

HIGHLY CONFIDENTIAL                                                     LGE00069466E

Dear Team Leader Jin Moon Choi,

Please review the following request proposal on pricing plans as discussed with the TV business unit.

1.  In essence, we sympathize with the need to increase prices due to the increase in glass prices, etc.

2.  But,
- for the products that need to be strategically more promoted (Ultra/Super SLIM), different range of price increase should be applied
- considering that LPD is also taking into account that there will be issues such as decrease in volume if the large-sized tube prices go up,

3.  LGE's request proposal for prices is proposed as follows:
- small-sized:  $0.5 increase
- mid-sized:  $1.5 increase for (CV/Flat) but $1.0 increase for (Slim/Ultra Slim)
- large-sized:  $1.0 increase for (CV/Flat) but $0.5 increase for (Slim).

Please accept my apology for the repeated delay in the deciding on prices.
In addition, we'd like to thank you for doing your best to secure the volumes to be supplied to LGE and would like to request for your acceptance of the aforementioned price proposal.

Thank you.

---

**From:** Sam Kwon Park [mailto:samkwon.park@lgphilips-displays.com]
**Sent:** Friday, October 05, 2007  2:04 PM
**To:** 'Sam Kwon Park'; 'Deok Cheol Ryu'; 'Eui Hoon Jeong'
**Cc:** 'Jin Moon Choi'; youngrok.ham@lgphilips-displays.com; 'Sea Won Park'; Ho Geon Hwang'
**Subject:**  RE: Requesting cooperation regarding Q4 CPT prices

Dear Group Leader Jeong and Sr. Mgr. Ryu!!
Your reply to the Q4 prices related to this matter is requested.

During the discussion on Oct. 2, you had agreed to give the final reply regarding the Q4 pricing by yesterday (Oct. 4), but we have not received it yet.

We'd appreciate it if you could give us your opinions by three o'clock today on the price implementation (proposal) proposed by LPD during the meeting on the 2nd.

Second proposal (vs. Q3):
$0.5 increase for small-sized; $1.5 increase for mid-sized; and $1.0 increase for large-sized

These prices are scheduled to be applied retrospectively, starting from October 1.

office : 82-(0)54-460-1035
Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

2

HIGHLY CONFIDENTIAL                                                                    LGE00069467E

From: Sam Kwon Park [mailto:samkwon.park@lgphilips-displays.com]
Sent: Monday, October 01, 2007 5:35 PM
To: 'Deok Cheol Ryu'; 'Eui Hoon Jeong'
Cc: 'Jin Moon Choi'; youngrok.ham@lgphilips-displays.com; 'Sea Won Park'; Ho Geon Hwang
Subject: RE: Requesting cooperation regarding Q4 CPT prices

Dear Group Leader Jeong and Sr. Mgr. Ryu!!

We'd like to visit your department between 10 and 11 o'clock in the morning tomorrow (Oct. 2) to discuss about the supply prices for Q4. I'd like to kindly ask for a conference room and registration for the visitors.

Visitors: Group Head Sea Won Park, drafter

office : 82-(0)54-460-1035
Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

From: Deok Cheol Ryu [mailto:dcryu@lge.com]
Sent: Friday, September 28, 2007 3:38 PM
To: 'Sam Kwon Park'; Eui Hoon Jeong'
Cc: 'Jin Moon Choi'; youngrok.ham@lgphilips-displays.com; 'Sea Won Park'; Ho Geon Hwang
Subject: RE: Requesting cooperation regarding Q4 CPT prices

Dear Group Head Sam Kwon Park,

You must be dealing with many difficult situations as other matters such as issues with glass supply is aggravating LPD's already challenging situation. So, we're delivering LGE's requests as seen below for your review:

1. RF(Flat)/Slim price operation
- Currently for CRT makers, the sizes for which glass shortfall and pressure to increase the price is big are 14" CV/21" Flat.
- It's our understanding that price increase is ongoing and increasing the Slim CRT prices is being done cautiously.
- What we're requesting is this:
We would like to kindly ask you to consider excluding SLIM/US from price increase this time and have a separate and thorough discussion on the prices for CV/FLAT/SLIM/US.

2. And as for the price increase request for the large sized, we are well aware of the circumstance, but if the price increases this time, the likelihood of this leading to decrease in demand is high.
- Please reconsider the price increase for the large-sized tubes.

The opinions stated above are the culmination of opinions of the Procurement Team and the LCD TV Business Unit. As you may have noticed, we are not mentioning this in the vein of decrease in CRT TV revenues. Rather, we're mentioning this out of concern that it may lead to decrease in volume. Therefore, it's our hope that this proposal wouldn't be misunderstood.

Due to the holidays and such, our reply to your company's review request has been delayed. But, since the impact on CRT businesses of both companies will be significant, we would like to ask you to give us some time so that we can finalize the discussion on Q4 prices early next week?

3

HIGHLY CONFIDENTIAL

LGE00069468E

It's our understanding that Company S will also be making the final decision early next week.  The portion where the price agreed to and the price for shipped volume in early October will separately be handled moving forward so we also hope for your understanding.

Once again, we ask for your understanding.

---

From:  Sam Kwon Park [mailto:samkwon.park@lgphilips-displays.com]
Sent:  Monday, September 28, 2007  11:47 AM
To:  'Eui Hoon Jeong'
Cc:  'Deok Cheol Ryu';'Jin Moon Choi'; youngrok.ham@lgphilips-displays.com; 'Sea Won Park'; Ho Geon Hwang'; Sam Kwon Park'
Subject:  RE:  Requesting cooperation regarding Q4 CPT prices

To:  Group Leader Eui Hoon Jeong

We're letting it be known LPD's opinion related to this matter.

We had tried to hold the first-round meeting on the 20th but the price discussion has been postponed to the 28th due to your company's internal review on prices.

But, since today is the last business day of September, the decision needs to be made today in order for the pricing to be applied for the fourth quarter.

So, if your company doesn't give us your opinion, we'd like to apply LPD's existing opinion seen below as relative to the third quarter, starting October.

o Q4 price implementation plan by inches

- small-sized:  $1 increase (14" CV)
- mid-sized:  $2 increase (20 CV / 21 CV / RF / SUS / US)
- large-sized:  $2 increase (29 RF / SUS)

Thank you.

office : 82-(0)54-460-1035
Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

---

From:  Sam Kwon Park [mailto:samkwon.park@lgphilips-displays.com]
Sent:  Thursday, September 20, 2007  4:45 PM
To:  'Sam Kwon Park'; 'Deok Cheol Ryu'
Cc:  'Eui Hoon Jeong';'Jin Moon Choi (james.choi@lgphilips-displays.com)'; youngrok.ham@lgphilips-displays.com; 'Sea Won Park'
Subject:  RE:  Requesting cooperation regarding Q4 CPT prices

Dear Group Leader Jeong and Sr. Mgr. Ryu!!!

We're asking for your cooperation in gathering your internal opinions so that the decision can be made on Sept. 28.

office : 82-(0)54-460-1035

4

HIGHLY CONFIDENTIAL

LGE00069469E

Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

---

From: Sam Kwon Park [mailto:samkwon.park@lgphilips-displays.com]
Sent: Wednesday, September 19, 2007 10:50 PM
To: 'Deok Cheol Ryu'
Cc: 'Eui Hoon Jeong';'Jin Moon Choi (james.choi@lgphilips-displays.com)'; youngrok.ham@lgphilips-displays.com
Subject: Requesting cooperation regarding Q4 CPT prices

To: Deok Cheol Ryu, C / Strategic Purchasing Group, DD Business unit
Cc: Head of Strategic Purchasing Team
From: Sam Kwon Park, C / Korea Sales Team / LPD PKAM

We're asking for your cooperation regarding this matter as follows:

Due to the equivalent market condition as that of CDT, not only the pressure to increase the prices in September by glass and mask makers (already increased in China), the situation is that supply and demand is becoming ever more difficult due to glass shortage.

So, could LPD also be understanding as to the inevitable adjustments to selling prices as follows, as they're to be implemented as the prices (proposal) for the fourth quarter so that a discussion can be made in the afternoon of Sept. 20?

○ Q4 price implementation plan by inches

- small-sized: $1 increase (14" CV)
- mid-sized: $2 increase (20 CV / 21 CV / RF / SUS / US)
- large-sized: $2 increase (29 RF / SUS)

Dear Sr. Mgr. Ryu!!

If you could finalize the time and place for the discussion in the afternoon of the 20th and notify us, we'll be thankful.

office : 82-(0)54-460-1035
Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

5

HIGHLY CONFIDENTIAL                                                                        LGE00069470E

| | |
|---|---|
| **From:** | 함영록 [youngrok.ham@lgphilips-displays.com] |
| **Sent:** | Thursday, October 11, 2007 2:35 AM |
| **To:** | 류덕철; '정의훈'; 최종룡 |
| **Cc:** | '최진문'; '박세원'; '박삼권'; '황호건'; 정의훈그룹장님; '서보웅' |
| **Subject:** | RE: 4Q CPT 가격 관련 협조 요청 |
| **Attachments:** | Global Standard-07-4Q_071010.xls |

평소 도움주심에 깊이 감사드립니다.

현재 최진문 팀장님 중국 출장중으로 유선상으로 내부협의 완료한 내용을 하기와같이 제가
대신 회신을 드립니다.

## 1. 4Q 최종 적용 가격(유첨 세부내역참조)

   **==>** 하기 사업부 요청안 최종 Accept 합니다.
   **==>** 추가적으로, LG 전자의 Superslim, Ultraslim CRT 판매 지원을 위하여 21"Sus, 21"Us 에대하여도
사업부 요청 $1.0 인상이아니라 최종 $0.5 인상으로 인상폭을 줄여 최종 Confirm 드립니다.

```
=================================================
 - 소형구: 3Q 대비 $0.5 인상
 - 일반 중형구(CV/RF): 3Q 대비 $1.5 인상
 - 일반 대형구(CV/RF): 3Q 대비 $1.0 인상
 - Superslim, Ultraslim 중형구 대형구(21"/29"/32"): 3Q 대비 $0.5 인상
=================================================
```

## 2. 4Q 가격 적용일정: 매출기준 2007 년 10 월 1 일 판매분부터

   \* 해외법인향 기 매출분(10/1~10/11 일 선적분)에 대하여도 등 인상안을 소급적용 하겠습니다.

감사합니다//

B.rgds//Trevor Ham

Tel: +82 54 460 1036
Fax: + 82 54 463 6528
Mob: + 82 10 5600 9336

   -----Original Message-----
   **From:** 류덕철 [mailto:dcryu@lge.com]
   **Sent:** Tuesday, October 09, 2007 3:54 PM
   **To:** '박삼권'; '정의훈'; 최종룡
   **Cc:** '최진문'; youngrok.ham@lgphilips-displays.com; '박세원'; '황호건'; 정의훈그룹장님; '서보웅'
   **Subject:** RE: 4Q CPT 가격 관련 협조 요청

1

HIGHLY CONFIDENTIAL
LGE00069466

최진문 팀장님

TV 사업부와 협의하여 하기와 같이 가격안에 대하여 요청안을 드리오니
검토 부탁드립니다.

1. 기본적으로 Glass 인상등으로 인한 가격 인상 필요성에는 공감을 하오며

2. 다만
   – 향후 전략적으로 밀어야 될 제품군(Ultra/Super SLIM)에 대해서는 인상폭을
      다르게 적용하고
   – 대형구 인상시 물량 감소등의 문제가 있으므로 이에 대하여 LPD 에서도 고려
      하는 점 등을 감안하여

3. LGE 가격 요청안은 하기로 제안드립니다.
   - 소형구 : $0.5 인상
   - 중형구 : $1.5 인상(CV/FLAT)하되
                    $ 1.0 인상(SLIM/ULTRA SLIM)
   - 대형구 : $1.0 인상(CV/FLAT)하되
                    $ 0.5 인상(SLIM)으로 제안드립니다.

거듭 가격 관련하여 결정이 지연되는 점 양해의 말씀을 드리며
또한 LGE 향 공급 물량 Secure 를 위하여 Best 하여 주시는 점에 대해서
감사를 드리며, 상기 가격안을 Accept 하여 주시기를 요청드립니다.

감사합니다.

---

**From:** 박삼권 [mailto:samkwon.park@lgphilips-displays.com]
**Sent:** Friday, October 05, 2007 2:04 PM
**To:** '박삼권'; '류덕칠'; '정의훈'
**Cc:** '최진문'; youngrok.ham@lgphilips-displays.com; '박세원'; '황호건'
**Subject:** RE: 4Q CPT 가격 관련 협조 요청

정 그룹장님/류차장님!!
동건 관련 4Q 가격에 대한 회신을 요청드립니다.

지난 10 월 2 일 협의시
어제 (10 월 4 일)까지 4Q 가격에 대한 최종 회신을 주시기로
하였으나, 아직 최종 회신을 통보 받지 못하였습니다.

2 일 미팅시 LPD 가 제시한 가격운영(안)에 대해서
오늘 오후 3 시까지 의견을 주시면 감사하겠습니다.

2 차 제시안(vs 3Q 대비)
소형구 $0.5 인상, 중형구 $1.5 인상, 대형구 $1.0 인상

동 가격은 10 월 1 일부로 소급 적용하여 실시할
예정입니다.

office : 82-(0)54-460-1035
Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

2

HIGHLY CONFIDENTIAL                                                                    LGE00069467

**From:** 박삼권 [mailto:samkwon.park@lgphilips-displays.com]
**Sent:** Monday, October 01, 2007 5:35 PM
**To:** '류덕철'; '정의훈'
**Cc:** '최진문'; 'youngrok.ham@lgphilips-displays.com'; '박세원'; '황호건'
**Subject:** RE: 4Q CPT 가격 관련 협조 요청

정 그룹장님/류 차장님!!

수제건 내일(10월 2일) 오전 10시~11시 경에
귀부서로 4Q 공급가격 관련 미팅을 위해 방문코자
하고자 하오니 회의실 및 방문자 등록을 부탁 드립니다.

방문자 : 박세원그룹장,작성자.


office : 82-(0)54-460-1035
Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

---

**From:** 류덕철 [mailto:dcryu@lge.com]
**Sent:** Friday, September 28, 2007 3:38 PM
**To:** '박삼권'; '정의훈'
**Cc:** '최진문'; 'youngrok.ham@lgphilips-displays.com'; '박세원'; '황호건'
**Subject:** RE: 4Q CPT 가격 관련 협조 요청

박삼권 그룹장님

LPD의 어려운 상황과 GLASS 공급 문제 등이 가중되어 어려움이 많으실 줄로
압니다.
이에 하기와 같이 LGE의 요청 사항을 전달드리오니 검토하여 주시기 바랍니다.

1. RF(FLAT)/SLIM 가격 운영
   - 현재 CRT Maker는 가장 Glass 부족과 가격 인상 압박을 많이 받고 있는
     Size가 14"CV/21"FLAT 으로서
   - 이에 대한 가격 인상은 진행되고 있는 것으로 알고 있으며
     SLIM CRT 가격에 대한 인상은 조심스런 움직임 인 것 같습니다.
   - 요청드릴 사항은
     CV/FLAT/SLIM/US 를 별도로 가격 협의를 세부적으로 하되, SLIM/US 는
     금번 인상에서 제외를 검토 요청드립니다.

2. 그리고 대형구의 가격 인상 요청에 대해서도 상황은 잘 알겠습니다만,
   금번의 가격 인상시 Demand 축소로 이어질 가능성이 클 것으로 예상됩니다.
   - 이에 대형구 인상에 대해서도 재고를 부탁드립니다.

상기 의견은 구매팀과 LCD TV 사업부 의견을 종합하여 드리는 것입니다.
주지하시는 바와 같이 CRT TV 손익 축소의 의미로 드리는 말씀이 아니라
자칫 물량 축소로 이어지지 않을까 하는 우려로 제안드리오니 오해는 없었으면
합니다.

연휴 등으로 인하여 귀사의 검토 요청에 대하여 회신이 늦었습니다만,
양사간 CRT 사업에 미치는 Impact가 큰 관계로 차주초에 4Q 적용 가격을 최종

HIGHLY CONFIDENTIAL                                                                     LGE00069468

합의할 수 있도록 시간을 주시기 바랍니다.

S 사의 경우에도 차주에 최종 결정하기로 했다고 알고 있으며, 합의가와 10 월초
선적가와 차이가 나는 부분은 향후에 별도 정리도 가능할 것이니 이 점 양해를
부탁드립니다.

거듭 양해의 말씀을 드립니다.

---

**From:** 박삼권 [mailto:samkwon.park@lgphilips-displays.com]
**Sent:** Friday, September 28, 2007 11:47 AM
**To:** '정의훈'
**Cc:** '류덕철'; 최진문; youngrok.ham@lgphilips-displays.com; 박세원; 황호건; '박삼권'
**Subject:** RE: 4Q CPT 가격 관련 협조 요청

수신 : 정의훈 그룹장님

수제건 관련하여 LPD 의견을 알려드립니다.

1 차 20 일 회의를 진행할려고 하였으나, 귀사 가격 내부검토로 인해
28 일로 가격 협의가 연기가 된 상황 입니다.

그러나 Working Day 로 오늘이 9 월 마지막일이므로 오늘 결정이
되어야 4Q 가격 적용을 할 수 있습니다.

따라서 귀사 별도 의견이 없으시면 폐 LPD 에서 기 제안 드린대로
아래와 같이 3Q 대비 10 월부터 가격을 적용코자 합니다.


ο 인치별 4Q 가격 운영안

- 소형구 : $1 인상(14"CV)
- 중형구 : $2 인상(20CV/21CV/RF/SUS/US)
- 대형구 : $2 인상( 29RF/SUS)


감사합니다.

office : 82-(0)54-460-1035
Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

---

**From:** 박삼권 [mailto:samkwon.park@lgphilips-displays.com]
**Sent:** Thursday, September 20, 2007 4:45 PM
**To:** '박삼권'; '류덕철'
**Cc:** '정의훈'; 최진문 (james.choi@lgphilips-displays.com); youngrok.ham@lgphilips-displays.com; 박세원
(psw@lgphilips-displays.com)
**Subject:** RE: 4Q CPT 가격 관련 협조 요청

정 그룹장님/류 차장님!!!
내부의견 수렴하시어 9 월 28 일 의사결정이
될 수 있도록 협조 요청 드립니다.

office : 82-(0)54-460-1035

4

LGE00069469

Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

........................................................................................................................................

**From:** 박삼권 [mailto:samkwon.park@lgphilips-displays.com]
**Sent:** Wednesday, September 19, 2007 10:50 AM
**To:** '류덕철'
**Cc:** '정의훈'; 최진문 (james.choi@lgphilips-displays.com); youngrok.ham@lgphilips-displays.com
**Subject:** 4Q CPT 가격 관련 협조 요청

수신 : DD 사업본부 전략구매그룹/류덕철 C
참조 : 전략 구매그룹장
발신 : LPD PKAM/한국영업팀/박삼권 C

수제건 관련하여 아래와 같이 협조 요청 드립니다.

이미 CDT 와 동일한 시장 환경으로 인해 Glass/Mask 업체의 9 월 가격
인상 압박뿐만 아니라(중국지역은 이미 인상 되었음),
최근에 Glass Shortage 로 인해 수급에 더욱더 어려움이 가중되고
있는 실정입니다

이에 LPD 도 귀사업부에 아래와 같이 판가 조정의 불가피함을 이해
하시어 아래와 4Q 가격(안)으로 운영코자 하오니 내부 검토 하시어
9 월 20 일 오후에 협의가 될 수 있도록 요청 드립니다.


○ 인치별 4Q 가격 운영안

- 소형구 : $1 인상(14"CV)
- 중형구 : $2 인상(20CV/21CV/RF/SUS/US)
- 대형구 : $2 인상( 29RF/SUS)

류차장님!!
20 일 오후에 논의가 될 수 있도록 시간/장소 확정하여 통보하여
주시면 감사하겠습니다.


office : 82-(0)54-460-1035
Mobile : 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

HIGHLY CONFIDENTIAL                                                                                    LGE00069470

# EXHIBIT E

## CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates number *LGE00066800E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability.  I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical or business documents.

October 28, 2014

_____

Nicole Lee
Certified Court Interpreter (Korean <> English)
State of California
Certification No. 300859

| | |
|---|---|
| **From:** | ows [ows0625@lge.com] |
| **Sent:** | Thursday, July 12, 2007 2:51 PM |
| **To:** | 'Dong Il Kim'; jameschoi@lgphillips-displays.com |
| **Cc:** | 'ows'; 'Deok Cheol Ryu' |
| **Subject:** | RE: 'Notification of negotiated prices for LPD CPT for Q3 of 2007' |

Dear Team Leader Jin Moon Choi,

How are you!
It's been a while.
I had known that Egypt would be warm but didn't expect to enjoy such splendid weather, for a while, in the mornings and evenings.
I enjoy such weather with gratitude during my commute to Ismailia.

Thank you for your considerate care down to details, even to a place this far.
I'm inquiring on aspects that I'm curious about so could you please reply to them at your convenience?

Request:
- From the Business Division's prices, an analysis of the pricing structure on those supplied to LGEEG

Dong Il,
I'm always thankful for your utmost support.
Hope you can come for a face-to-face chat some time since there are many things to talk about, including applying the 25"Ak / 29"Ss for Q3.

I'll always do my best at the plant in Egypt for which you, as my predecessors, had sweated so much.
Thank you.

---

| | |
|---|---|
| **From:** | Deok Cheol Ryu [mailto:dcryu@lge.com] |
| **Sent:** | Friday, July 06, 2007 3:51 AM |
| **To:** | Kee Ok Kim; Gwang Yong Um; Chun Taek Kang; Jin Hoon Park; Hee Don Park; Kap Sik Park; Dae Young Kang; Soon Kyu Song; abg@lge.com; Gwi Taek Goh; Jae Deok Choi; abg@lge.com; ows0625@lge.com |
| **Subject:** | 'Notification of negotiated prices for LPD CPT for Q3 of 2007' |

"Let's do XCANVAS."

How are you!

Always thankful for your hard work.

Please refer to the attached as I'm notifying you of the negotiated LPD CPT prices for the third quarter as attached in regards to the subject of the email.

For your information, please note that the negotiated prices for Q3 are the final prices determined by negotiating with LPD, under the condition that the quotation prices of the ones such as SDI/CPT are met.

If you have any questions, please contact me.

Thank you.

1

HIGHLY CONFIDENTIAL                                           LGE00066800E

HIGHLY CONFIDENTIAL

LGE00066801E

| | |
|---|---|
| **From:** | ows [ows0625@lge.com] |
| **Sent:** | Thursday, July 12, 2007 2:51 PM |
| **To:** | '김동일'; jameschoi@lgphilips-displays.com |
| **Cc:** | 'ows'; '류덕철' |
| **Subject:** | RE: '07년  3Q LPD CPT 협의 가격 통보 |

최 진문 팀장님.

안녕하신지요!
오랜만에 인사 드립니다.
여기 이집트가 더운 줄은 알았지만,아침 저녁으로 잠시나마 멋진 날씨를 즐기게 해주는
즐거움을 주리라고는 예상치 못했습니다.
이스말리아로 출근하는 아침,저녁에는 멋진 날씨를 마음껏 감사하고 있습니다.

먼저 어려운 상황에서도 멀리까지 두루두루 신경써 주심에 감사드리며,
본인이 궁금한 내용에 대하여 문의드리오니,
하명하시어 회신 부탁 드리겠습니다.

요청 사항 :
-사업부 가격에서 LGEEG 에 공급되는 가격구조 분석.

동일씨.
 열심히 지원해 주심에 감사하고 있습니다.
 3Q : 25"Ak / 29"Ss 적용등 상의할 건수 많으니 함 와서 얼굴 좀 봅시다.

늘 선배들의 땀이 어린 이집트 공장을 최선을 다하겠습니다.
감사합니다.

---

**From:** 류덕철 [mailto:dcryu@lge.com]
**Sent:** Friday, July 06, 2007 3:51 AM
**To:** 김기욱; 엄광용; 강춘택; 박진훈; 박희돈; 박갑식; 강대영; 송순규; abg@lge.com; 고귀택; 최재덕; abg@lge.com;
ows0625@lge.com
**Subject:** '07 년 3Q LPD CPT 협의 가격 통보

"엑스캔버스 합시다"

안녕하십니까!

수고 많으십니다.

제목건 유첨과 같이 3 사분기 LPD CPT 협의 가격을 통보드리오니 업무 참조하시기
바랍니다.

3Q 가격 협의는 SDI/CPT 등의 Quation 가격에  Meet 하는 조건으로
최종 LPD 와 협의하여 결정된 가격임을 참조하시기 바랍니다.

문의  사항이 있으시면 연락 주시기 바랍니다.

감사합니다.

HIGHLY CONFIDENTIAL                                                    LGE00066800

HIGHLY CONFIDENTIAL

LGE00066801

# EXHIBIT F

CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates numbers from *LGE00068331E* to *LGE00068332E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical or business documents.

July 17, 2014

Nicole Lee
Certified Court Interpreter (Korean <> English)
State of California
Certification No. 300859

| | |
|---|---|
| **From:** | [illegible-corrupted font] [geondal@lge.com] |
| **Sent:** | Sunday, April 8, 2007   1:12 PM |
| **To:** | [illegible-corrupted font] |
| **Subject:** | RE: LPD Q2 CRT price [illegible-corrupted font] |
| **Attachments:** | image001.jpg |

Sr. Mgr. Ryu,

Are the prices below the same as or lower than SDI prices except for 29" Flat?
If so, I approve the suggested proposal below on condition that the 29" Flat price be matched up to SDI price.
If not, let's talk.

..............................................................................................................................................................

| | |
|---|---|
| **From:** | Deok-cheol Ryu (mailto: dcryu@lge.com) |
| **Sent:** | Thursday, April 5, 2007   6:12 PM |
| **To:** | VP Hogeon Hwang; Group Leader Eui-hoon Jeong |
| **Subject:** | Report on result of the 1st meeting relating to LPD Q2 CRT prices |

To Team Leader and Group Leader,

As shown in the attachment, I am reporting to you the result of the discussions on LPD's CPT prices.

First, as to the prices:

1. The 1st price proposal was worked out from LPD on the basis of the prices (Q2 price) offered by CRT suppliers at the time of and as a result of the CRT meeting hosted by IPO Singapore at the end of March; and

2. The price proposal was worked out taking into account the support as to each subsidiary in conjunction with the discussed prices for 21" FLAT/29" FLAT.

   However,

3. Price inputs as to 29" FLAT:
   CPT(Chunghwa Picture Tubes)-presented price of $62.0 CIF; and
   SDI (Tianjin) presented price of $62.0 CIF,
   etc.
   Due to the gap as compared to the LPD-presented price of $66 ($64.5-$63.5, when $1.5-$2.5 price favor considered),
   it was arranged that LPD would report it [internally] and get back to us about the price proposal.


The prices in the attachment are not finalized prices; and
we are to finalize the prices after reporting to you, Team Leader and Group Leader.

1

HIGHLY CONFIDENTIAL

LGE00068331 E

This is the 1st report. Please comment.

<units: US$, %>

| inch | Cagegory | 2006 | | | | | 2007 | | | Reduced price |
| --- | --- | --- | --- | --- | --- | --- | --- | Reduced price | 2Q | |
| | | Jan | Feb-Mar | 2Q | 3Q | 4Q | 1Q | | | |
| 14" CV | Bare | 16.00 | 16.00 | 15.40 | 14.90 | 15.40 | 15.40 | 0.00 | 15.20 | -0.20 |
| | ITC | 18.50 | 18.50 | 17.70 | 17.50 | 18.00 | 17.80 | -0.20 | 17.60 | -0.20 |
| 20" CV | Bare | 27.00 | 27.00 | 26.00 | 25.10 | 25.10 | 25.10 | 0.00 | 24.60 | -0.50 |
| | ITC | 30.00 | 30.00 | 29.00 | 28.50 | 28.50 | 28.50 | 0.00 | 28.00 | -0.50 |
| 21" CV | Bare | 28.00 | 28.00 | 27.00 | 26.10 | 26.10 | 26.10 | 0.00 | 25.60 | -0.50 |
| | ITC | 31.00 | 31.00 | 30.00 | 29.50 | 29.50 | 29.50 | 0.00 | 29.00 | -0.50 |
| 29" CV | Bare | 59.00 | 59.00 | 50.00 | 57.00 | 57.00 | 57.00 | 0.00 | 56.00 | -1.00 |
| | ITC | 65.00 | 65.00 | 64.00 | 63.00 | 63.00 | 63.00 | 0.00 | 62.00 | -1.00 |
| 21"FLAT (AK) (V2) | Bare | 33.80 | 32.80 | 31.00 | 30.15 | 30.15 | 29.15 | -1.00 | 28.20 | -0.95 |
| | ITC | 38.00 | 37.00 | 35.00 | 34.50 | 34.50 | 33.50 | -1.00 | 32.50 | -1.00 |
| 21"SLIM | Bare | 36.30 | 36.30 | 31.80 | 30.72 | 31.72 | | | | 0.00 |
| | ITC | 42.00 | 42.00 | 37.50 | 36.92 | 37.92 | 38.42 | 0.50 | 38.00 | -0.41 |
| 21"U/SLIM | Bare | | | | | | | | | 0.00 |
| | ITC | | | | | 40.90 | 40.90 | 0.00 | 40.00 | -0.90 |
| 25"FLAT (Tin) | Bare | 61.00 | 61.00 | 59.00 | 56.40 | 56.40 | 56.40 | 0.00 | 54.40 | -2.00 |
| | ITC | 70.00 | 70.00 | 68.00 | 66.00 | 66.00 | 66.00 | 0.00 | 64.00 | -2.00 |
| 29"FLAT (Tin) | Bare | 70.50 | 70.50 | 66.50 | 65.31 | 65.31 | | | | 0.00 |
| | ITC | 77.50 | 77.50 | 73.50 | 73.00 | 73.00 | 71.00 | -2.00 | 69.00 | -2.00 |
| 29"FLAT (TR Invar) | Bare | 69.50 | 69.50 | 65.50 | 64.31 | 64.31 | | | | 0.00 |
| | ITC | 76.50 | 76.50 | 72.50 | 72.00 | 72.00 | 70.00 | -2.00 | 68.00 | -2.00 |
| 29"FLAT (TR AK) | Bare | 67.50 | 67.50 | 63.50 | 62.40 | 62.40 | | | | 0.00 |
| | ITC | 74.50 | 74.50 | 70.50 | 70.00 | 70.00 | 68.00 | -2.00 | 66.00 | -2.00 |
| 29"SLIM (1H) | | | | | | | | | | 0.00 |
| | ITC | 84.00 | 84.00 | 78.70 | 78.11 | 80.11 | 81.11 | 1.00 | 80.60 | -0.51 |
| 29"SLIM (1H)(TS) | | | | | | | | | | 0.00 |
| | ITC | | | | | | 80.11 | 1.00 | 79.60 | -0.51 |
| 29"SLIM (2H) | | | | | | | | | | 0.00 |
| | ITC | 86.00 | 86.00 | 80.70 | 80.11 | 82.11 | 83.11 | 1.00 | 82.60 | -0.51 |
| 29"SLIM (2H)(TS) | | | | | | | | | | 0.00 |
| | ITC | | | | | | | | 81.60 | |
| 28"WF(T) (Tin) 50HZ | Bare | 80.50 | 80.50 | 77.50 | 76.30 | 76.30 | 76.30 | 0.00 | | -76.30 |
| | ITC | 89.50 | 89.50 | 86.50 | 86.00 | 86.00 | 86.00 | 0.00 | | -86.00 |
| 32"WF(T) 100Hz (Tin) | Bare | 146.00 | 146.00 | 145.00 | 143.00 | 143.00 | 143.00 | | 143.00 | 0.00 |
| | ITC | 161.00 | 161.00 | 160.00 | 160.00 | 160.00 | 160.00 | 0.00 | 160.00 | 0.00 |
| 32"SLIM (Tin) | | | | | | | | | | 0.00 |
| | ITC | 170.00 | 170.00 | 169.00 | 169.00 | 169.00 | 169.00 | 0.00 | 167.00 | -2.00 |
| 32"SLIM (Tin) | | | | | | | | | | 0.00 |
| | ITC | 165.00 | 165.00 | 164.00 | 164.00 | 164.00 | 164.00 | 0.00 | 162.00 | -2.00 |

* Price reduction: For shipments from Apr 1 and afterwards.

* Each subsidiary's support as to 21"/29" FLAT
   1) LGETH: As compared to Global Price, 21" FLAT (- $1.2), and 29" FLAT (- $2.5)
   2) LGEVN: As compared to Global Price, 21" FLAT (tariffs 3%; approx. - $1.2)
   3) LGEIL: As compared to Global Price, 21" FLAT (- $1.0)

2

HIGHLY CONFIDENTIAL

LGE00068332 E

| | |
|---|---|
| **From:** | È²È£°Ç [geondal@lge.com] |
| **Sent:** | Sunday, April 08, 2007 1:12 PM |
| **To:** | '·ù´ö√¶'; 'Á¤ÁÇÈ·Æ±×·ÌÅå´Õ' |
| **Subject:** | RE: LPD 2Q CRT °¡°Ý 1Â÷ ¹Æ Â °á°ú º¸°í |
| **Attachments:** | image001.jpg |

류차장
아래 가격이 29" Flat 을 제외하고는 SDI 가격하고 동일 또는 낮은 가격입니까
만약 그렇다면 29"Flat 을 SDI 에 맞추는 것을 전제로 아래안을 승인합니다.
그렇지 않으면 우리 협의 합시다.

**From:** 류덕철 [mailto:dcryu@lge.com]
**Sent:** Thursday, April 05, 2007 6:12 PM
**To:** 황호건상무님; 정의훈그룹장님
**Subject:** LPD 2Q CRT 가격 1 차 미팅 결과 보고

팀장님,그룹장님

유첨과 같이 LPD CPT 가격 협의 결과를 보고드립니다.

우선 가격은
1. 3 월말 싱가폴 IPO 주관으로 실시된 CRT 미팅 결과시의 CRT 업체의
   가격 제시(2Q)를 근거로 LPD 로 부터 1 차 가격안을 도출하였으며

2. 21"FLAT/29" FLAT 의 협의가 대비 각 법인별 지원을 감안하여 가격안을
   도출하였으나

3. 29"FLAT 은 CPT(중화영관)의 62.0$ CIF 제시
          SDI(천진)의 62.0 $ CIF 제시 등을 Input 하였으며
   LPD 제시 가격인 66$(1.5~2.5$ 가격 Favor 시 64.5~63.5$)과의 차이 발생하므로
   LPD 에서 이를 보고하고 가격안을 회신하여 주는 것으로 하였습니다.

유첨 가격은 확정 가격은 아니며
팀장님/그룹장님께 보고 드린 후 최종 확정키로 하였습니다.

1

HIGHLY CONFIDENTIAL

LGE00068331

1 차 보고드리오니 Comment 하여 주시기 바랍니다.

<단위:US$,%>

| inch | 구분 | 2006년 | | | | | 2007년 | | | |
|------|------|------|------|----|----|----|----|------|----|------|
| | | 1월 | 2월-3월 | 2Q | 3Q | 4Q | 1Q | 인하가 | 2Q | 인하가 |
| 14" CV | Bare | 16.00 | 16.00 | 15.40 | 14.90 | 15.40 | 15.40 | 0.00 | 15.20 | -0.20 |
| | ITC | 18.50 | 18.50 | 17.70 | 17.50 | 18.00 | 17.80 | -0.20 | 17.60 | -0.20 |
| 20" CV | Bare | 27.00 | 27.00 | 26.00 | 25.10 | 25.10 | 25.10 | 0.00 | 24.60 | -0.50 |
| | ITC | 30.00 | 30.00 | 29.00 | 28.50 | 28.50 | 28.50 | 0.00 | 28.00 | -0.50 |
| 21" CV | Bare | 28.00 | 28.00 | 27.00 | 26.10 | 26.10 | 26.10 | 0.00 | 25.60 | -0.50 |
| | ITC | 31.00 | 31.00 | 30.00 | 29.50 | 29.50 | 29.50 | 0.00 | 29.00 | -0.50 |
| 29" CV | Bare | 59.00 | 59.00 | 58.00 | 57.00 | 57.00 | 57.00 | 0.00 | 56.00 | -1.00 |
| | ITC | 65.00 | 65.00 | 64.00 | 63.00 | 63.00 | 63.00 | 0.00 | 62.00 | -1.00 |
| 21"FLAT (AK) | Bare | 33.80 | 32.80 | 31.00 | 30.15 | 30.15 | 29.15 | -1.00 | 28.20 | -0.95 |
| (V2) | ITC | 38.00 | 37.00 | 35.00 | 34.50 | 34.50 | 33.50 | -1.00 | 32.50 | -1.00 |
| 21"SLIM | Bare | 36.30 | 36.30 | 31.80 | 30.72 | 31.72 | | | | 0.00 |
| | ITC | 42.00 | 42.00 | 37.50 | 36.92 | 37.92 | 38.42 | 0.50 | 38.00 | -0.41 |
| 21"U/SLIM | Bare | | | | | | | | | 0.00 |
| | ITC | | | | | 40.90 | 40.90 | 0.00 | 40.00 | -0.90 |
| 25"FLAT | Bare | 61.00 | 61.00 | 59.00 | 56.40 | 56.40 | 56.40 | 0.00 | 54.40 | -2.00 |
| (Tinf) | ITC | 70.00 | 70.00 | 68.00 | 66.00 | 66.00 | 66.00 | 0.00 | 64.00 | -2.00 |
| 29"FLAT | Bare | 70.50 | 70.50 | 66.50 | 65.31 | 65.31 | | | | 0.00 |
| (Tinf) | ITC | 77.50 | 77.50 | 73.50 | 73.00 | 73.00 | 71.00 | -2.00 | 69.00 | -2.00 |
| 29"FLAT | Bare | 69.50 | 69.50 | 65.50 | 64.31 | 64.31 | | | | 0.00 |
| (TR Invar) | ITC | 76.50 | 76.50 | 72.50 | 72.00 | 72.00 | 70.00 | -2.00 | 68.00 | -2.00 |
| 29"FLAT | Bare | 67.50 | 67.50 | 63.50 | 62.40 | 62.40 | | | | 0.00 |
| (TR AK) | ITC | 74.50 | 74.50 | 70.50 | 70.00 | 70.00 | 68.00 | -2.00 | 66.00 | -2.00 |
| 29"SLIM (1H) | ITC | 84.00 | 84.00 | 78.70 | 78.11 | 80.11 | 81.11 | 1.00 | 80.60 | 0.00 / -0.51 |
| 29"SLIM (1H)(TS) | ITC | | | | | | 80.11 | 1.00 | 79.60 | 0.00 / -0.51 |
| 29"SLIM (2H) | ITC | 86.00 | 86.00 | 80.70 | 80.11 | 82.11 | 83.11 | 1.00 | 82.60 | 0.00 / -0.51 |
| 29"SLIM (2H)(TS) | ITC | | | | | | | | 81.60 | 0.00 |
| 28"WF(T) (Tinf) 50HZ | Bare | 80.50 | 80.50 | 77.50 | 76.30 | 76.30 | 76.30 | 0.00 | | -76.30 |
| | ITC | 89.50 | 89.50 | 86.50 | 86.00 | 86.00 | 86.00 | 0.00 | | -86.00 |
| 32"WF(T) 100Hz (Tinf) | Bare | 146.00 | 146.00 | 145.00 | 143.00 | 143.00 | 143.00 | | 143.00 | 0.00 / 0.00 |
| | ITC | 161.00 | 161.00 | 160.00 | 160.00 | 160.00 | 160.00 | 0.00 | 160.00 | 0.00 |
| 32"SLIM | ITC | 170.00 | 170.00 | 169.00 | 169.00 | 169.00 | 169.00 | 0.00 | 167.00 | 0.00 / -2.00 |
| 32"SLIM (Tinf) | ITC | 165.00 | 165.00 | 164.00 | 164.00 | 164.00 | 164.00 | 0.00 | 162.00 | 0.00 / -2.00 |

* 가격 인하:4/1일~ 선적분

* 21"/29" FLAT 법인별 지원 내역
　1) LGETH : Global Price 대비 21" FLAT (- 1.2$), 29"FLAT(-2.5$)
　2) LGEVN : Global Price 대비 21" FLAT (관세 3% 약 - 1.2$)
　3) LGEIL : Global Price 대비 21" FLAT (- 1.0$)

2

LGE00068332

EXHIBIT G



TRANSPERFECT

City of New York, State of New York, County of New York

I, Max Staffa, hereby certify that the "LGE00068402_EN-US" document is, to the best of my knowledge and belief, a true and accurate translation from Korean to English.

Max Staffa

Sworn to before me this
Wednesday, October 22, 2014

_____
Signature, Notary Public

LEAH RAE TALLMAN
Notary Public - State of New York
No. 01TA6295072
Qualified in New York County
Commission Expires Dec 30, 20__

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 80 CITIES WORLDWIDE

From: dcryu@lge.com
Sent: Sunday, February 13, 2005 9:07 PM
To: 'ksh588@lge.com'; 'samkwon.park@lgphilips-displays.com'
Cc: 'youngrok.ham@lgphilips-displays.com'; 'hkkwon@lge.com'; 'galloper@lge.com';
'goldman@lge.com'; 'dhkim0511@lge.com'; 'verymuch@lgphilips-displays.com'; 'lonelyman@lpd.co.kr';
'b8822047@lgphilips-displays.com'; 'james.choi@lgphilips-displays.com'; · kyle0424@lge.com;
pkj8412@lge.com
Subject: RF: ( Ì¸½Å) CPT Biz °ü·Ã Ì®ÀÎ¿äÃ»

Dear Vice Manager Shin Hyuk Kwon,

It's the Lunar New Year in Korea so we have just started working.

I am notifying you the opinions of the Business Unit per the subject.
The following are the CRT Global 1 Price strategy of the Business Unit Purchase Team Chief.

> Accelerate cost innovation through strengthening Global Purchase Operation – Execute
> a central purchase strategy centered on Purchase Team
> - Develop strategic / long term purchase strategies for key commodity
> - Supply market information analysis such as market trends and demand / supply
>   situation
> - Establish and maintain strategic relationship with suppliers
>   -Integrated Cost Negotiation with Suppliers
> - Streamline global price negotiation window with CPT maker

In other words, by streamlining the corporation's CRT purchase, it is meant to have an advantage
in price negotiation by increasing buying power, not operating all foreign corporation's arrival
prices at same.

First of all, an FOB price (headed to SY) based on LPDI was requested to LPD PKAM, so I
would like to have a negotiation for the future price proposals.

I would like to ask for your assistance in proceeding in securing original cost competitiveness /
stable procurement from the two aspects of price / procurement.

Thank you.

-----------Original Message------------
From: Shin Hyuk Kwon [mailto: ksh588@lge.com]
Sent: Monday, February 07, 2005 9:59 PM

HIGHLY CONFIDENTIAL                                                      LGE00068402E

To: samkwon.park@lgphilips-displays.com; Deok Chul Ryu
Cc: youngrok.ham@lgphilips-displays.com; hkkwon@lge.com; galloper@lge.com; goldman@lge.com; dhkim0511@lge.com; Hyun Chul Cho; Hong Chun Chung; Sung Dae Lim; Sang Kwon Park; james.choi@lgphilips-displays.com
Subject: (Reply) Confirmation request regarding CPT Biz

To: Jin Moon Choi B / Sam Kwon Park C Thank you for replying to the data. The opinion of our corporation regarding the data is…

**"We need to be faithful with the Global One Price and have a balance with SY and DND prices."**

=> Of course this matter was again confirmed at the time of the last foreign corporations meeting (Feb 1) by the Display Businee Unit, and I believe it is the Strategic Purchase Group's mission.

I would like your wisdom so that we can get assistance on this matter.

Thank you. Shin Hyuk Kwon


------------Original Message--------------
Sender: Sang Kwon Park
Recipient: LGEEG Vice Manager Shin Hyuk Kwon (ksh588@lge.com, 20-64-348-2878)
Date: 2/3/2005 4:50:54 PM
Subject: RE: Re: Reply: Re: [Resent] Confirmation request regarding CPT Biz

Dear Vice Manager Kwon!
I am sorry for replying late regarding this matter. As shown below, I have summarized and am sharing the prices supplied from LPD to LGE foreign corporations.

The below details are the LPDI revenue DB that I summarized and analyzed.

August 9
14" basic 19.00 19.00 FOB
EEG 20.34 20.54 CIF
GAP 1.34 1.54
EMT 19.00 19.00 FOB
ESY 19.00 19.00 CIF

20" basic 33.50 33.50
EEG 36.50 38.00 CIF
GAP 3.00 4.50
EMT 33.50 33.50 FOB
ESY 33.50 33.50 CIF
KOR 33.63 33.63 DDU

21" basic 34.50 34.50
EG 37.56 39.06 CIF
GAP 3.06 4.56
EMT 34.5 34.50 FOB

HIGHLY CONFIDENTIAL                                                    LGE00068403E

EVN 35.44 35.44 CIF
ESY 34.50 34.50 CIF

The basic rules for prices are:

DD Business Unit Purchase Gr and quarterly prices are agreed and then supplied to DD Business Unit. The basic price is based on FOB with the Global one price as the standard which is equally applied to all LG corporations. For a corporation that wants CIF, an IF cost is calculated and up[dated] to sale price.

However, in order to proceed to change the volumes that have already been supplied to LGE from the competitor to LPD, or maintain a market with a tough situation such as China (LGESY), the LGESY supply terms were adjusted to the same terms as the competitor.

I will now explain about the LGEEG prices.

The reason for comparing the August and September prices is to explain the issues that Manager Jin Moon Choi discussed with EG for the prices headed for EG after September with the below details.

IF cost $2 until August 2004 was reflected, and as for after September, consular certification cost, 1% spear [spare?] part, and freight cost were recalculated and the additionally incurred costs were reflected in the prices. (14": $0.2↑ 20/21": $1.5↑).

As I was analyzing the 2004 revenue DB, I found an error.

That is, when reflecting the CIF cost to the prices, 20/21" freight cost until August 2004 was appropriated to $2 and then prices for the loaded portion after September 2004 were calculated, but what was actually applied until August 2004 was $3. ($1 over appropriation).

The loaded quantity of 20"/21" CV from September 2004 to December is 6K.

Please call me if you have any other questions or feedback.

You can refer to the below email for price related logic.

Details of the email from Manager Jin Moon Choi

Problems with the price terms for LGEEG-headed.

- We need a separation negotiation for prices other than the above payment term. It was not a situation where a demand was made in return for partial delaying of the price term and actually it was a situation where a review was being made after a demand for EG-headed price adjustment from the plant was already made. Please don't get confused on this.
- At the LPD plant, the EG-headed prices had a lot of difference compared with other corporations which resulted in problems for profits for EG-headed, so it wasn't even

HIGHLY CONFIDENTIAL                                                          LGE00068404E

easy just to get a production plan in that overall shortage situation (not that the situation was like that from the beginning, but it became a lot more difficult because of increase in the unit price such as delivery cost).

Also, there was a lot of clerical work to get consular certificate, so it was true that the EG-headed biz was disrupted.

- Details of differences compared with other corporations & nb sp (additional amount per case)

| Production site | consular certificate cost | 1% Parts | delivery cost | different amount | total |
|---|---|---|---|---|---|
| Changwon | U$0.40 | U$0.46 | U$0.13 | | 0.99 |
| I'sia 14" | U$0.22 | U$0.21 | AU$0.20 | | 0.23 |
| I'sia 20" | U$0.22 | U$0.37 | U$2.30 | | 2.89 |
| I'sia 20" | U$0.22 | U$0.38 | U$2.43 | | 3.02 |

=============================================

*Delivery cost: Changwon U$2,500, I'sia U$3,900
*Obtained quantity: 21"F 800, 14" 2,160, 20" 900, 21" 880
*Current freight applied prices: Changwon U$3.0 up, I'sia U$3.0 up
*Consular certificate fee: Changwon 300,000 won per case, I'sia 2 million rupee per case

- As shown above, if there are reasons for price decrease compared to other corporations, the EG-headed biz cannot be smoothly operated. For that matter, I am requesting a CIF price increase per model and would like your assistance for it.
- I am requesting price increases of 21"F U$1.0, 14" U$0.20, and 20"/21" U$1.5. (For 20"/21", only half of the cost difference was reflected, and please continue the efforts to reduce the freight between I'sia -> Egypt.)

----------Original Message---------
From: Sam Kwon Park (mailto: samkwon.park@lgephilips-displays.com)
Sent: Friday, January 28, 2005 12:02 PM
To: Shin Hyuk Kwon james.choi@lgphilips-displays.com
Cc: youngrok.ham@lgphilips-displays.com hkkwon@lge.com galloper@lge.com goldman@lge.com dhkim0511@lge.com
Subject: RE: Re: Replay: Re: (Resent) Confirmation request regarding CPT Biz

Dear Vice Manager!

Regarding this case, for the items that you have requested, I will directly receive the revenue DB of the Indonesian factory from last year to current and summarize, share it.

For your reference, SDI 21" AK has not been approved yet for TV, so I think it is premature to compare prices.

Thank you.

From Sam Kwon Park

HIGHLY CONFIDENTIAL                                          LGE00068405E

----------Original Message---------
From: Shin Hyuk Kwon (mailto: ksh588@lge.com)
Sent: Thursday, January 27, 2005 5:50 PM
To: james.choi@lgphilips-displays.com
Cc: youngrok.ham@lgphilips-displays.com samkwon.park@lgphilips-displays.com
hkkwon@lge.com galloper@lge.com goldman@lge.com dhkim0511@lge.com
Subject: RE: Replay: Re: (Resent) Confirmation request regarding CPT Biz

To: Manager Jin Moon Choi.

It's so nice to see you.

Regarding this case, I have opened up the data that we have below.

1. Price differences between each corporation under the LPDI and LG Display business units
2. Price differences of LPDI and other CPT suppliers

Regarding the above two issues, our corporation's internal opinion is to follow a purchase process in a format that all foreign corporations participate in.

Thank you.

(And if you ever felt a little disappointment, I beg for your generosity. I will see you in Gumi in February.)


--------Below--------

(Unit: 1 USD )
============================================
inch Copmany Factory Price (CIF)
From To
------------------------------------ -----------
14 N BARE LPDI DND 18.8
LGEEG 20.3
------------------------------------------
20 N BARE Orion DND 33.5
LGEEG 35.5
LGESY 32.0
---------------------------
LPDI DND 33.0
LGEEG 37.5
------------------------------------ -----------
21 N BARE LPDI DND 34.0
&nbs p LGEEG 38.6
------------------------------------- -----
21F(AK) BARE SDI LGESY 39.0
LPDK LGEEG 44.0
============================================

HIGHLY CONFIDENTIAL                                          LGE00068406E

My contact numbers are,
Company) 20-64-3482-878
Mobile phone) 20-12-286-6589.

-----------Original Message-----------------
Sender: james.choi@lgphilips-displays.com
Recipient: LGEEG Vice Manager Shin Hyuk Kwon (ksh588@lge.com, 20-64-348-2878)
Date: 1/23/2005 9:33:08 PM
Subject: Reply: Re: (Resent) Confirmation request regarding CPT Biz


"Let's win the New Game!!!"
Dear Vice Manager Kwon,
I fully understanding about EG's market situation changes and its position.

And I feel somewhat shameful about the things that I could have reacted more actively…
But I really feel disappointed about why I couldn't first discuss such worries with LPD.
I think that this was just a result of not having been able to earn trust from LGEEG and will try
to deeply reflect upon the shortcoming.
As a demand that could not be easy at all from the position of LPD such as extending the
payment term was made, it was just surprising to see the gutsy move by EG in proceeding with
the double sourcing with Orion at the same time.
If possible, I would like to ask you to notify me the current situation of the price difference
between LPD and Orion.
I have not thought for a moment until now that our tubes have been supplied with no
competitiveness, and if the price is really expensive, that will truly be a big problem.
If you can notify me, I will summarize LPD's position about the EG-headed transaction terms by
considering M/S and volumes overall and notify you.


James Choi(Jin Moon Choi)

LG PKAM
General Manager
TEL : (82)54-460-3105
FAX : (82)54-460-3144
PCS : (82)19-545-8597
E-
Mail : james.choi@lgphilips-displays.com


HIGHLY CONFIDENTIAL                                          LGE00068407E

---------Written by: "Shin Hyuk Kwon"-------

To: james.choi@lgphilips-displays.com, Dong Hee Kim, Jae Man Kim, Kyung Soo Chang
From: "Shin Hyuk Kwon'
Date: 1/19/2005 7:00 PM
Cc: hkkwon@lge.com, samkwon.park@lgphilips-displays.com
Subject: Re: (Resent)
Confirmation request regarding CPT Biz

To: Manager Jin Moon Choi.

Greetings.
Happy belated new year to you. I wish you all the good health and happiness.

Regarding this case, first of all,

1.  As for the market situations in Egypt and Africa…

    From 2003 to 2004 3Q, the TV production factories in the regions were doing great on
    their own.
    However beginning in 2004 4Q, there has been sudden changes in the domestic market
    and the markets for the Middle East / Africa.

    -   They have not been free from the Chinese low priced products (especially domestic /
        export markets). With LGEIL products full scale market penetration, loss of the
        LGEEG base has become a worried issue (export market). Price competition against
        mill handcrafted products (export markets).
    ⇨   So in this kind of situation, it obviously led to a request to decrease the product prices
        (to a level that threatens profit threshold) which then has resulted in increasing the
        tension with the changes in the domestic and foreign markets since 2004 4Q.

2.  LGEEG's Countermeasure
    It's a small operation so there isn't much room active thinking.

    -   VE efforts for the KIT /CPT / Local materials
    -   Research on bottom fishing type markets for export markets (about 10 personnel to be
        directly sent to local markets)
    -   Differentiate by investing in new tools.

HIGHLY CONFIDENTIAL                                                  LGE00068408E

1) About the material cost VE
   - Local material cost is being waged at the corporation level as the corporation chief himself is taking care of it since 2004 4Q.
   - KIT material cost is not even being talked about because the Display business unit's business operation was really bad during 2004 ~ 2005. (Direct sourcing from Chia is being considered for major parts.)

   ⇨ In these situations, CPT too has been looking at ways to solve problems in various angles since 2004 4Q.
   *) The reason for consistently requesting the data of freight and insurance premiums of other corporations (MA / IL) is to prepare additional negotiation materials through comparative analysis…(regrettably it was not obtained in the end.)

*) ORION BIZ
We mutually approached our interest about 14", 20", 21", and 21F and were able to lower the purchase unit prices to about $2 ~ $3 level than the existing LPDI prices.
Of course there still is a little difference than the SY / IL / Business Unit ($2 ~ $3).
(Obviously I have to compare freight with shipping distance…)

   ⇨ Regarding CPT purchase, we plan to request to change from the Display Business Unit purchase and some big corporation centered purchase method to a new method where all corporation can participate in so that smaller corporations like us can have an opportunity as well.

2) Regarding the export markets…
   We plan form 3 teams centered on marketing and design personnel and send them to the local markets with 6 months as the standard in Libya / Kenya / Sudan centered on countries that have some possible opportunities with COMESA FTA. They will be operated in a co-working format with the local dealers, local branch personnel and our LGEEG personnel.

3) New tool investment…
   We are preparing for a turning point with investment in tools for all models.

As it has been explained so far, we are not curdling any more and trying to proactively make a move, but the problems are there such as insufficient fund availability and a profit and loss structure that is not able to follow through such measures all too well.

HIGHLY CONFIDENTIAL                                            LGE00068408.0001E

I have so far informed you about the status of our corporation with nothing added or subtracted.
I ask for your understanding if there has been some parts that you have felt a little disappointed
in the proceeding process.

I will visit and see you soon in the future.

Thank you. Shin Hyuk Kwon.


---------- Original
Message ----------

Sender : james.choi@lgphilips-displays.com
Recipient: LGEEG Vice Manager Shin Hyuk Kwon (ksh588@lge.com, 20-64-48-2878)
Date: 1/18/2005 8:53:51 PM
Subject: (Resent) Confirmation request regarding CPT Biz


size=2>

" Let's win the New Game!!! "

Dear Vice Manager Kwon, how are you?
Kolissanawen tata!!!! (Hmm, not sure if this is right…)
I really wish for the continued success for EG this year and a personal best for you as well.
I have encountered some strange things about CPT biz with EG and I thought I would send you
an email to confirm whether these are true or not.
I really don't want to believe it but what I heard is that there is some price difference for the
tubes with Orion and because of the differences, I was told that EG wants to purchase Orion
Tubes instead of LPD Tubes.
Putting aside whatever may have happened along the way, it's hard to take that there were actual
price differences and not only that, what's more shocking is that because of some price
differences, they are actually trying to turn the volumes to Orion unilaterally without saying a
word to LPD.
I hope that this is something that was wrongfully spread by someone along the way, but there is
doubt that this actually might be true, so I have been going back and reflecting about the past biz
operation methods with EG, trying to come up with ways that might have gone wrong.

HIGHLY CONFIDENTIAL                                    LGE00068408.0002E

I believe that the business with LG Electronics including LPD and EG is a biz that can only be done on the premise of mutual trust. I believe everyone at LPD is doing their very best to keep that mutual trust. What's more, personally I have always taken a far greater interest on EG, and I cannot deny that there has been some times in the past when things were a little confusing.

Even for Q1 prices, we have decreased for some even though there were no factors to decrease prices after analyzing the tube market, and we determine that we are maintaining competitive prices for sure than other buyer-headed prices that are produced and supplied by LPD.
I do not know what motivated DND Business Unit to make a move on Orion get on with the price decrease, or whether Orion itself thought that a price decrease was needed and they voluntarily decreased prices, but anyway I do not think that it's a price decrease that is reflected with a normal market condition.
However whatever process it might have been, if there was a price difference in the end, I think LPD should analyze the causes of such a difference and there should an opportunity to review the direction for pricing for LG Electronics.
I would appreciate if you can tell me how much the price difference was and EG's strategy for the transaction partners.

We at LPD will think carefully whether to humbly accept EG's strategy and countermeasures or come up with another plan.
I would appreciate your sincere feedback reply.


James Choi(Jin Moon Choi)

LG PKAM
General Manager

HIGHLY CONFIDENTIAL

TEL :
(82)54-460-3105
FAX : (82)54-460-3144
PCS : (82)19-545-
8597
E-Mail : james.choi@lgphilips-
displays.com

HIGHLY CONFIDENTIAL

LGE00068408.0004E

From: dcryu@lge.com
Sent: Sunday, February 13, 2005 9:07 PM
To: 'ksh588@lge.com'; 'samkwon.park@lgphilips-displays.com'
Cc: 'youngrok.ham@lgphilips-displays.com'; 'hkkwon@lge.com'; 'galloper@lge.com';
'goldman@lge.com'; 'dhkim0511@lge.com'; 'verymuch@lgphilips-displays.com'; 'lonelyman@lpd.co.kr';
'b8822047@lgphilips-displays.com'; 'james.choi@lgphilips-displays.com'; · kyle0424@lge.com;
pkj8412@lge.com
Subject: RE: ( È¸½Å) CPT Biz °ü·Ã È®ÀÎ¿äÃ»

권신혁 차장님

한국은 설날이라 이제막 업무를 시작하였습니다.

제목건 사업부 의견을 통보드립니다.
사업부 구매팀장의 CRT Global 1 Price 전략은 하기의 내용입니다.

    " Global Purchasing Operation 강화를 통한 Cost
    혁신 가속화 –
    구매팀 중심의 Centrally 구매 전략 실행
    ▶ Key Commodity에 대한 전략적/장기적 구매 전략 개발
    ▶ 시장동향,수요/공급 상황 등 Supply Market 정보 분석
    ▶ 업체와의 전략적 관계 구축 및 유지
    - Supplier와의 Integrated Cost Negotiation
    ▶ CPT Maker와의 Global 가격 협의 Window 일원화

즉 법인의 CRT 구매를 일원화함으로써 Buying Power 증가를 통하여 가격 협의에
Advantage를 가질 수
있도록 하자는 것이지 모든 해외법인의 도착가를 동일하게 운영한다는 것은 아닙니다.

우선 LPD PKAM에
LPDI 기준으로 FOB 가격(SY향)을 요청하였으므로
향후 가격 안에 대하여 협의하였으면 합니다.

가격/조달 두가지 측면에서 원가경쟁력/안정된 조달 확보를
진행하도록 협조 바랍니다.

감사합니다.


-----Original Message-----
From: 권신혁 [mailto:ksh588@lge.com]
Sent: Monday, February 07, 2005 9:59 PM

HIGHLY CONFIDENTIAL
LGE00068402

To: samkwon.park@lgphilips-displays.com; 류덕철
Cc: youngrok.ham@lgphilips-displays.com; hkkwon@lge.com; galloper@lge.com;
goldman@lge.com; dhkim0511@lge.com; 조현철; 정홍천; 임성대; 박삼권;
james.choi@lgphilips-displays.com
Subject: ( 회신) CPT Biz 관련 확인요청

수신: 최 진문B/ 박 삼권C자료 회신에 감사드립니다.동자료 관련한 저희 법인의 생각은...

**"Global One Price에 충실하여 SY,DND 가격과 균형을 맞추어야 한다는 것입니다."**

=> 물론 동건은 Display사업부에서 지난 해외 법인장 회의시(2월1일) 다시한번 확인한
사항으로 전략구매그룹 Mission인 것으로 알고 있습니다.

이부분 저희들이 협조를 받을수 있도록 지혜를 부탁드립니다.

감사합니다. -권 신혁


---------- Original Message ----------
Sender : 박삼권
Recipient : LGEEG 권신혁 차장(ksh588@lge.com, 20-64-348-2878) Date : 2005/02/03
16:50:54
Subject : RE: Re : 회신: Re : [ 재발송]CPT Biz 관련 확인요청

권차장님!
동건 관련하여 답변이 늦어서 죄송합니다. 아래와 같이 LPD에서
LGE 해외법인으로 공급한 가격을 정리하여 공유 합니다.

아래 내용은 제가 LPDI 매출 DB를 직접 정리하여 분석한 것입니다.

8월 9월
14" basic 19.00 19.00 FOB
EEG 20.34 20.54 CIF
GAP 1.34 1.54
EMT 19.00 19.00 FOB
ESY 19.00 19.00 CIF

20" basic 33.50 33.50
EEG 36.50 38.00 CIF
GAP 3.00 4.50
EMT 33.50 33.50 FOB
ESY 33.50 33.50 CIF
KOR 33.63 33.63 DDU

21" basic 34.50 34.50
EG 37.56 39.06 CIF
GAP 3.06 4.56
EMT 34.5 34.50 FOB

HIGHLY CONFIDENTIAL

EVN 35.44 35.44 CIF
ESY 34.50 34.50 CIF

가격의 기본 Rule은

DD사업부 구매Gr과 분기별 가격 합의 하며 DD사업부로 공급합니다.
Basic Price는 FOB기준이며 Global one price 기준이 되는 가격이며
LG 전법인에 동일하게 적용하고 있으며, CIF를 원하는 법인은 IF비용을
산출하여 판가에 UP하고 있습니다.

다만, 경쟁사에서 기존에 LGE 로 공급하고 있던 물량을 LPD로 변경을
추진 해야 하거나, 중국(LGESY)지역과 같은 시장상황이 Tought하여
Market 을 유지하기 위해서는 LGESY의 공급조건을 경쟁사와 동일한
조건으로 맞추었습니다.


LGEEG 가격에 대해서 설명드리겠습니다.

8월과 9월의 가격을 비교한 이유는 지난 9월이후 EG향 가격에 대해서
최진문부장이 아래의 내용대로 EG와 협의한 안을 설명하기 위한 것
입니다.

'04년 8월까지 IF비용을 $2 반영 하였고, 9월 이후는 영사인증 비용,
1% Spear Part, 운임비용 등을 재산정하여 추가 발생비용을 가격에
반영하였습니다.(14" : $0.2↑ 20/21" : $1.5↑)

'04년 매출 DB를 분석하다가 오류를 발견하였습니다.

즉, CIF 비용을 가격에 반영 할때 '04년 8월까지 20/21" 운반비용을
$2로 계 상하여 '04년 9월 이후 선적분에 대한 가격을 산정하였으나,
실지로 '04년 8월까지 적용된 것은 $3 이었습니다 ($1 과대 계상)

20"/21"CV '04년 9 월~12월까지 선적수량은 6K 입니다.

기타 문의 사항이니 의견 있으시면 연락 주시기 바랍니다.

가격 관련 logic에 대해서는 아래 메일을 참조 하시면 되겠습니다.


최진문부장 메일 내용

LGEEG향 가격 조건의 문제점

o 상 기 Payment Term과는 별도로 가격에 대한 협의가 필요합니다.
Payment Term을 임부 늦춰주기 때문에 반대급부로 요구드리는
상 황은 아니오, 이미 Plant 측으로 부터 EG향 가격조 건을 요구받고
검토를 하던 상황이었습니다. 착오없으시길 바랍니다.

o LPD Plant에 된 EG향 가 격이 타법인 대비 차이가 많이 EG향 수익성이
문제가 되어, 전반적인 Shortage 상황에서 쟀던 재료을 받아내는 것
조차 쉽지 않은 상황이었습니다.(처음부터 그랬던 것은 아니기만

LGE00068404

운반비 등의 단 가 인상으로 넓이 어려워 졌습니다.)

내려가 영사인증을 받기 위한 Clerical Work 가 많아 EG향 Biz를 격려시키고 있는 것도 사실이었습니다.

o 타법인 대비 차이 내역
&nb sp (본 당 추 가금액)
=============================================
생산기 영사인증비용 1% Parts 운반비차액 계
------------------------------------ -----------
창 원 U$0.40 U$0.46 U$0.13 0.99
I'sia 14" U$0.22 U$0.2 1 ΔU$0.20 0.23
I'sia 20" U$0.22 U$0.37 U$2.30 2.89
I'sia 20" U$0.22 U$0.38 U$2.43 3.02
=============================================
* 운반비 : 금원 U$2,500, I'sia U$3,900
* 정입수량 : 21"F 800본, 14" 2,160본, 20" 900본, 21" 880본
* 인제 Freight 적용 가격 : 창원 U$3.0 Up, I'sia U$2.0 Up
* 영사 인증수수료 : 금원 건당 300,000원 I'sia 건당 2백만 루피

o 상기와 같이 타법인 대비 가격 인하 요인이 있어서는 EG향 Biz를 원활히 끌어 갈 수가 없습니다.
이에 Model별 CIF 가격 인상을 요청을 드리오니 협조 바랍니다.

o 21"F U$1.0, 14" U$0.20, 20"/21" U$1.5 인상 을 요청 드립니다.
(20"/21"는 Cost 차이의 반만 반영하였고, I'sia->Egypt간 Freight
을 줄이기 위한 노력을 지속하도록 해 주십시오.)


-----Original Message-----
From: 박삼권 (mailto:samkwon.park@lgphilips-displays.com)
Sent: Friday, January 28, 2005 12:02 PM
To: 권신혁 james.choi@lgphilips-displays.com
Cc: youngrok.ham@lgphilips-displays.com hkkwon@lge.com
galloper@lge.com goldman@lge.com dhkim0511@lge.com
Subject: RE: Re : 회신: Re : ( 재발송)CPT Biz 관련 확인요청


차장님!

동건 관련 차장님이 요청하신 내용에 대해서는 작년부터 현재까지
인도네시아 공 장의 매출 DB를 직접 받아 정리하여 공유토록
하겠습니다.

참고로 SDI 21"AK는 아직 TV에 승인이 나지 않는 상황
이므로 가격 비교는 무리가 있 어 보입니다.

감사 합니다.

박삼권 올림

HIGHLY CONFIDENTIAL

-----Original Message-----
From: 권신혁 (mailto:ksh588@lge.com)
Sent: Thursday, January 27, 2005 5:50 PM
To: james.choi@lgphilips-displays.com
Cc: youngrok.ham@lgphilips-displays.com samkwon.park@lgphilips-displays.com hkkwon@lge.com galloper@lge.com goldman@lge.com dhkim0511@lge.com
Subject: Re : 회신: Re : ( 재발송)CPT Biz 관련 확인요청


수신: 최 진문 부장님

반갑습니 다.

동건 관련 저희가 가진 자료를 아래로 OPEN하여 드립니다.

1.LPDI 와 LG Display 사업부산하의 각 법인간 가격차이
2.LPDI와 다른 CPT 업체와의 가격차이

위의 두 문제에 관하여 저희법인의 내부의견은
모든 해외법인이 참여하는 형태의 구매Process를 따르고자 합니다.

감사 합니다.

(그리고 섭섭하셨다면 너그러이 생각해 주시길 바랍니다.
2월중 구미에서 뵙겠습니다.)


---- 아래 ------

(Unit: 1 USD )
=================================================
inch Copmany Factory Price (CIF)
From To
------------------------------------ -----------
14 N BARE LPDI DND 18.8
LGEEG 20.3
------------------------------------------------
20 N BARE Orion DND 33.5
LGEEG 35.5
LGESY 32.0
--------------------------
LPDI DND 33.0
LGEEG 37.5
------------------------------------ ----------
21 N BARE LPDI DND 34.0
&nbs p LGEEG 38.6
--------------------------------------- -----
21F(AK) BARE SDI LGESY 39.0
LPDK LGEEG 44.0
=================================================

HIGHLY CONFIDENTIAL

LGE00068406

저의 연락처는
회 사)20-64-3482-878
휴대폰)20-12-286-6589 입니다.

---------- Original Message ----------

Sender : james.choi@lgphilips-displays.com
Recipient : LGEEG 권신혁 차장(ksh588@lge.com, 20-64-348-2878)
Date : 2005/01/23 09:33:08 PM
Subject : 회신: Re : ( 제발송)CPT Biz 관련 확인요청

" Let's win the New Game!!!
"
권 차장님,
EG의 시장상황 변화 및 입장에 대해서는 충분히 이해를 하겠습니다.

보다 더 능동적으로 대처하지 못한 부 분에 대한 자괴감도 들구요...
하지만 왜 이런 고민들을 LPD와 우선적으로 함께 협의를 할
수 없었는지
그 부분에 대해서는 정말 서운한 감정이 듭니다.
그간 LGEEG에게 신뢰감을 심어 주지 못한 결과라 생각을 하고 반성을
하도록 하겠습니 다.
Payment Term 연장등 LPD입장에서는 쉽지만은 않았던 요구를 하면서
동시에 Orion과
Double Sourcing을 진행할 수 있었던 EG의 뱃심이
놀랍기도 합니다.
가능하다면 LPD와 Orion 가격차이에 대한 현황을
통보 부탁합니 다.
아직까지는 저희 Tube를 경쟁력 없게 공급하고 있다고 생각해 본 적이
없는데, 실제로 가격이 비싸다면 그것은 큰 문
제 이겠습 니다.
통보를 해 주시면 전반적으로 M/S 및 물량등을 고려하여 EG향 거래
조건에 대해서 다시 LPD의 입장을
정리하 여 통보를 드리도록 하겠습니다.

James Choi(Jin Moon Choi)

LG PKAM
General Manager
TEL : (82)54-460-3105
FAX : (82)54-460-3144
PCS : (82)19-545-8597
E-
Mail : james.choi@lgphilips-displays.com

LGE00068407

-----작성인: "권신혁" -----

수신인: james.choi@lgphilips-displays.com, 김동희 , 김재만 , 장경수
발 신
인: "권신혁"
날짜: 01/19/2005 07:00 PM
참조인: hkkwon@lge.com, samkwon.park@lgphilips-displays.com
제목: Re : ( 재발송)
CPT Biz 관련 확인요청

수신: 최진문 부장님

반갑습니다.
새해인사가 늦었습니다. 건강과 행복을 기원드립니 다.

동건
관련하여 먼저

1.이집트 및 아프리카 시장상황을 말씀드리면....

'03년 ~'04년 3Q까지는 나름데로 지역 내 TV생산 공장으로
순항을
하였다고 생각됩니다.
그러나 '04년 4Q 부터는 내수시장 과 중동/아프리카 시장의
변화가 격량을 타고 있습니다.

- 중국 저가제품
으로 부터 자유롭지 못합니다.(특히 내수 / 수출시장)
LGEIL제품의 시장 진입 본격화로 LGEEG의 기반 상실 우려.(수출시장)
밀 수제품
에 대한 가격 경쟁(수출시장)

==> 상황이 이러다보니 당연히 제품가격의 인하요청(한계이익을 위협하는 수준)
으로 이어
저 '04.4Q부터 내외 시장의 변화로 긴장감을 높이고 있는 현실입니 다.

2.LGEEG의 자구책
조그만 살림살이다 보니 생각 할 수 있는 여지
가 별로 없습니다.

- KIT / CPT / Local 자재에 대한 VE노력
-수출 시장에 대한 저인망식 시장 연구 (현지 시장 직접 파견 10명규
모)
-신형 Tool 투자로 차별화 등입니다.

LGE00068408

1)재료비 VE에 대하여
-Local 재료비는 '04.4Q부터 법인장님이 직접 나서는등
법인 차원 노력 투 구.
-KIT 재료비는 '04~'05의 Display 사업부의 경영환경이 무척어려워 말도
못꺼내고 있습니다.(주요 부품에 대
해선 중국 직접 Sourcing을 고려중임.)

==>이런 상황에서 CPT도 지난 '04.4Q부터 다각도로 고민 을 하여왔습니
다.
*)LPDI를 통하여 운임 및 보험료에 대한 다른 법인(MA/IL)의 자료 를 꾸준하게
요청드린것도 비교 분석을 통한 추가
협상자료를 준비하고자 함이었는데....
(아쉽게도 결국 입수를 못하였습니다.)

*) ORION
Biz
14",20",21",21F에 대하여 상호 이해를 접근하여
기존 LPDI 가격 보다 $2~$3정도 구입단가를 낮출 수가 있었습
니다.
물론 아직도 SY / IL /사업부 보다 다소($2 ~$3)정도 거리는 있습 니다.
(당연히 Freight 등을 운항거리와 대비
해 봐야 하겠지만...)

==> CPT구매 관련 하여는 Display사업부 구 매 및 일부 큰 법인 위주의 구매 방식에서

전 법인이 참가하는 형태 로 하여.
저희같이 목소리가 작은 법인도 기회를 가질수 있도록 요청예정입니
다.


2)수출 시장에 대하여...
COMESA FTA로 그나마 기회를 살려 볼수 있는 나 라 중심으로하여
* 리비아 / 케냐 / 수
단에 마케팅과 설계인원을 중심으로 3개팀을 만들어
6개월을 기본으로 하여 현지 시장파견 예정입니 다.
현지 Dealer 및 지사인
원 그리고 저희 LGEEG 인원과 Co-working 형태로 운영됩니 다.


3)신형 Tool투자...
전모델에 대한 Tool 투자로 전기를 준비를 하고
있습니 다.


이상에서 살펴보았듯이 움추리지 않고 적극적으로 움직여 보고자 하는데
문제는 자금여유가 많지 않으며 / 더 욱이 손익구조
가 따라가 주지 못하다는게 문제입니다.

LGE00068408.0001

이상으로 저희 법인의 현재 모습을 가감없이 전달 드렸습니다.
혹시 추진과정에 있 어 다소 섭섭한 점
이 있었더라도 이해를 바랍니다.

그리고 조만간에 한번 찾아 뵙도록 하겠습니다.


감사합니다. -권 신혁


---------- Original
Message ----------

Sender : james.choi@lgphilips-displays.com
Recipient : LGEEG 권신혁 차장(ksh588@lge.com, 20-64-48-2878)

Date : 2005/01/18 08:53:51 PM
Subject : ( 재발송)CPT Biz 관련 확인요청




size=2>

" Let's win the New Game!!! "
권차장님, 안
녕하십니까?
끌리싸나웬
따따임!!!!(맞나 모르겠네요...)
올 한해 EG 사업도 번창하시고 개인적으로도 좋은 일만 생기시길
빌겠습니
다.
EG와의
CPT Biz 관련 이상한 이야기를 듣고 확인차 메일을 드립니다.
믿고 싶지는 않지만 제가 들은 바로는 Orion과의
Tube 가격차이가
조금 있고 그 차
이 때문에 EG에서 LPD Tube 대신에 Orion Tube를
구매하려 한다고 들었습니다.
경 과야 어
찌되었든 가격차이가 발생했다는
자체도 그렇고 더더구나
일부 가격차이 발생 때문에 LPD에는 일언반구 협의도 없이 일방적으로
Orion으로 물량을 돌리
려 한다는 사실을 믿을 수가
없습니다.
틀림없이 중간에서 누가 잘못 전달을 했을꺼라 생각하고 있습니다만
혹시 사실일지도 모 른다는 사실에 지난 EG
와의 Biz 운영방법에 대해

LGE00068408.0002

다시 한번 되돌이켜 생각해 보고 있으며 어느 부분에서 잘못되었는지 깊이 반성하고 있습니다.
LPD와 EG를 비롯한 LG
전자와의 Business는 상호신뢰라는 전제하에
이루어질 수 밖에 없는 Biz라 믿고 있습니다. 그렇기 때문에 저를
비롯한 LPD 구성원 모두가 상호신뢰
를 유지하기 위해 최선을 다하고
있다고 생각하고 있습니다. 게다가 제 개인적으로 EG 에 대한 생각이

남다르기 때문에 가끔은 혼란스러울 경우가
있었다는 점도 부인할 수
없습니다.
Q1 가격도 Tube 시 장을 분석하고 인하요
인이 없음에도 불구하고
일부 인하를 단행
하였고 LPD에서 생산하여 공급하는 여타 Buyer향
보다 틀림없이 경쟁력있는 가 격을 유지하고 있다고 판단하
고 있습니다.
DND사업부에서 어떤 구실
로 Orion을 움직여서 가격인하를 이끌어
냈는지 아니면 Orion에서 자체적으 로 가격인하가 필요하다고 생각이

되어 자진해서 가격을 인하 했는지는
모르겠으나 정상적인 시장환경이
반영된 가격인하라고는 생각치 않고 있 습니다.
그러나
경과야 어찌되었든 결과적으로 가
격차이가 발생을 하였다면
LPD에서 그 차이 원인을 분석하고 대 LG전 자향 가격운영방향을 다시 짚어보는 기회가 있어
야 한다고 판단하고 있습니
다.
가격 차이가 얼마인지, 또한 EG의 대 거래선 전략 은 무엇인지 통보를
해 주시면 감사하겠습니
다.
EG의 전략 및 대응
방안을 저희 LPD도 겸허히 받아들이고 수용을 할지
아니면 다 른 대응책을 마련을 할 것인지 고민을 하도록 하겠습니
다.
가
감없는 의견 회신 부탁 드립니 다.


James Choi(Jin Moon Choi)

LG PKAM
General Manager

HIGHLY CONFIDENTIAL

LGE00068408.0003

TEL :
(82)54-460-3105
FAX : (82)54-460-3144
PCS : (82)19-545-
8597
E-Mail : james.choi@lgphilips-
displays.com

HIGHLY CONFIDENTIAL

LGE00068408.0004

# EXHIBIT H



TRANSPERFECT

City of New York, State of New York, County of New York

I, Max Staffa, hereby certify that the "LGE00075331_EN-US" document is, to the best of my knowledge and belief, a true and accurate translation from Korean to English.

Max Staffa

Sworn to before me this
Wednesday, October 22, 2014

Signature, Notary Public

LEAH RAE TALLMAN
Notary Public - State of New York
No. 01TA6285072
Qualified in New York County
Commission Expires Dec 30, 20__

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 80 CITIES WORLDWIDE

From:       Dong Yoon Oh [ody2994@lge.com]
Sent:       Thursday, September 20, 2007 7:33 AM
To:         Jong Ryong Choi
Cc:         Deok Chul Ryu; Tae Hoon Lim; Bo Woong Seo; Bong Goo Chang; Eui Hoon Jeong
Subject: Re: Re: FW: Assistance request regarding 4Q CPT price


If there is no competitiveness compared to O/S price, the 80% rule doesn't really need to be complied with, right?
For up to middle size, a CPT price decrease is needed based on the set market price, but considering Glass/Mask
situation, it should stay and as for large size, we should proceed to decrease the price.

      ---------Original Message------------

From: LCD TV Management Planning Group Manager Jong Ryong Choi (jongryongchoi@lge.com, 82-54-470-
5570)
To: Vice Manager Deok Chul Ryu (dcryu)
Cc: Section Chief Tae Hoon Lim (lim007), Vice Manager Bo Woong Seo (srirang), Section Chief Bong Koo Chang
(changbg), Manager Eui Hoon Jeong (chjeong), Manager Dong Yoon Oh (ody2884)
Date: 9/20/2007 2:01:21 PM
Subject: Re: FW: Assistance request regarding 4Q CPT price

Dear Vice Manager Ryu,
We know for sure what Planning will say when we ask them about the unit price, so what are you asking here?

I was expecting somewhat that there will be a price pressure as I looked at the supply and demand situation for glass
and mask...some of the medium size can be acknowledged but I just think a price increase for the large size is a
collective suicide for the cathode-ray tubes and the set suppliers.

      ---------Original Message------------

From: DD Strategic Purchase Module Group Vice Manager Deok Chul Ryu (dcryu@lge.com, 82-54-470-2853)
To: Section Manager Tae Hoon Lim (lim007), Manager Jong Ryong Choi (jongryongchoi)
Cc: Manager Jong Ryong Choi (jongryongchoi), Vice Manager Bo Woong Seo (srirang), Section Chief Bong Koo
Chang (changbg), Manager Eui Hoon Jeong (chjeong)
Date: 9/20/2007 11:58:40 PM
Subject: FW: Assistance request regarding 4Q CPT price


Dear Manager Jong Ryong Choi,
There has been a request for CRT price increase.
As expected, a situation that we have been worried about is actually coming upon us.
The current situation is:
An unbalanced situation has occurred due to issues from CRT itself / CRT parts caused supply.
      → Problems in CRT supply and parts / CRT unit price increased → TV maker profit weakened – (Major
players 5~7%, Chinese 3~5%) → sudden reduction of demand
      → Problems in CRT supply and parts / CRT unit price reflection not possible → CRT maker profit
weakened – CRT supply sudden reduction
I think it will go to the above two situations. I am informing the following price proposals to Planning, please make
a note of it and I'd appreciate if you can give me your feedback.
It seems that Samsung SDI and others are all increasing prices due to Glass/Mask.
(1.5$~3.0$)
That is all.

1

HIGHLY CONFIDENTIAL                                          LGE00075331E

From: Sam Kwon Park [mailto: samkwon.park@lgphilips-displays.com]
Sent: Wednesday, September 19, 2007 10:50 AM
To: Deok Chul Ryu
Cc: Eui Hoon Jeong, Jin Moon Choi, youngrok.ham@lgphilips-displays.com
Subject: Assistance request regarding 4Q CPT price

To: DD Business HQ Strategic Purchase Group / Deok Chul Ryu C
Cc: Strategic Purchase Group Chief
From: LOPD PKAM / Korea Sales Team / Sam Kwon Park C

Regarding the subject, I would like to request your assistance with the following details.

Because of the market condition already same as CDT, along with the price increase pressure for September by Glass / Mask suppliers (prices have already been increased in China), the recent glass shortage is making supply and demand even more difficult.

For that reason, LPD too plans to operate with the below 4Q prices (proposals) as we ask you to understand the unavoidable situation for adjusting the sale prices as shown below. We would like you to review it internally so that we can have an agreement in the afternoon of September 20.

0 4Q Price Per Inch Operation Plan

-Small: Increase $1 (14" CV)
-Medium: Increase $2 (20CV / 21CV / RF / SUS / US)
-Large: increase $2 (29RF / SUS)

Dear Vice Manager Ryu!!
I would appreciate if you can finalize time / location for a discussion in the afternoon of the 20th and notify it to me.

office : 82-(0)54-460-1035
Mobile: 82-(0)10-8426-2994
e-mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

2

HIGHLY CONFIDENTIAL                                    LGE00075332E

**From:** 오동윤 [ody2884@lge.com]
**Sent:** Thursday, September 20, 2007 7:33 AM
**To:** 최종룡
**Cc:** 류덕철; 임태훈; 서보웅; 장봉구; 정의훈
**Subject:** Re : Re : FW: 4Q CPT 가격 관련 협조 요청

O/S 가격 대비 경쟁력이 없으면 80% Rule을 준수하지 않아도 되는지요?
중형구 까지는 Set Market Price 기준시 CPT 단가 인하 필요하나 Glass/Mask 상황 고려 Stay하고 대형구는 인하하는
방향으로 추진해야 합니다.

---------- Original Message ----------

From : LCD TV경영기획그룹 최종룡 부장(jongryongchoi@lge.com, 82-54-470-5570)
To : 류덕철 차장(dcryu)
Cc : 임태훈 과장(lim007), 서보웅 차장(srirang), 장봉구 과장(changbg), 정의훈 부장(ehjeong), 오동윤 부장(ody2884)
Date : 07/9/20 14:01:21
Subject : Re : FW: 4Q CPT 가격 관련 협조 요청


류차장.
기획에 단가를 물어보면 대답은 뻔한 것인데, 뭘 물어 보시는지?

글라스 및 마스크 등 수급 상황을 보면서 가격 압박이 있을 것이라 예측은 했습니다만...
중형구는 일부 인정을 하더라도 대형구 가격인상은 브라운관/Set업체 동반 자살이 아닐런지.


---------- Original Message ----------

From : DD전략구매모듈그룹 류덕철 차장(dcryu@lge.com, 82-54-470-2853)
To : 임태훈 과장(lim007), 최종룡 부장(jongryongchoi)
Cc : 최종룡 부장(jongryongchoi), 서보웅 차장(srirang), 장봉구 과장(changbg), 정의훈 부장(ehjeong)
Date : 07/9/20 11:58:40
Subject : FW: 4Q CPT 가격 관련 협조 요청


최종룡 부장님
CRT 가격 인상 요청이 있습니다.
역시 우려하고 있는 상황이 오는 것 같습니다.
현재 상황은,
¶CRT 자체/CRT 부품 요인 공급상의 이슈 발생으로 인한 Unbalance 상황 발생
     → CRT 공급 차질 및 부품/CRT 단가 상승 → TV Maker 수익 악화-(Major players 5~7%,Chinese 3~5%) → Demand 급속한
축소
     → CRT 공급 차질 및 부품/CRT 단가 반영 불가 → CRT Maker 수익 악화 → CRT 공급 급속한 축소
상기 두가지 상황으로 갈 것 같은데, 기획에 하기 가격안에 대해서
Inform을 드리오니 참조하시고,
의견 주시면 감사하겠습니다.
삼성 SDI 등도 Glass/Mask로 인하여 일제히 가격 올리는 것 같습니다.
(1.5$~3.0$)
이상-

1

LGE00075331

**From:** 박삼권 [mailto:samkwon.park@lgphilips-displays.com]
**Sent:** Wednesday, September 19, 2007 10:50 AM
**To:** '류덕철'
**Cc:** '정의훈'; 최진문; youngrok.ham@lgphilips-displays.com
**Subject:** 4Q CPT 가격 관련 협조 요청

수신 : DD 사업본부 전략구매그룹/류덕철C
참조 : 전략 구매그룹장
발신 : LPD PKAM/한국영업팀/박삼권C

수제건 관련하여 아래와 같이 협조 요청 드립니다.

이미 CDT와 동일한 시장 환경으로 인해  Glass/Mask 업체의 9월 가격
인상 압박뿐만 아니라(중국지역은 이미 인상 되었음).
최근에 Glass Shortage로 인해 수급에  더욱더 어려움이 가중되고
있는 실정입니다.

이에 LPD도 귀사업부에 아래와 같이 판가 조정의 불가피함을 이해
하시어  아래와 4Q 가격(안)으로 운영코자 하오니 내부 검토 하시어
9월 20일 오후에 협의가 될 수 있도록 요청 드립니다.


ㅇ 인치별 4Q 가격 운영안

– 소형구 : $1인상(14"CV)
– 중형구 : $2인상(20CV/21CV/RF/SUS/US)
– 대형구 : $2인상( 29RF/SUS)

류차장님!!
20일 오후에 논의가 될 수 있도록 시간/장소 확정하여 통보하여
주시면 감사하겠습니다.


office : 82–(0)54–460–1035
Mobile: 82–(0)10–8426–2994
e–mail : samkwon.park@lpd.co.kr
MSN :tripower7@hotmail.com

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

2

HIGHLY CONFIDENTIAL

# EXHIBIT I



100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.

www.consortra.com

STATE of NEW YORK        )
                         )          ss:
COUNTY of NEW YORK       )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, *"LGE00065495 - LGE00065497"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: September 25, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
25th day of September,
2012.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

| From: | wyspro@lgphilips-displays.com |
|---|---|
| Sent: | Friday, October 12, 2007 7:09 AM |
| To: | Diana Hernandez; dcryu@lge.com |
| Cc: | quin.choi@lgphilips-displays.com; 20818@lge.com; bmartinez@lge.com; james.choi@lgphilips-displays.com; psw@lgphilips-displays.com |
| Subject: | RE    :RE: Quotation for 4th Qtr - High prices rejected! |

"Let's win the New Game"


Dear Diana,


We've much tried to offer the best price and LGE Display division who has
negotiated 4Q price with us also paid much effort to make it lower.
Through the long-time negotiation, both parties reached the agreement in
4Q price, which was sent to you by Mr. Quin Choi yesterday.

I think Mr. D.C. Ryu of LGE Display division will soon make an official release
of 4Q price. With his instruction, pls follow the agreed 4Q price.

Thanks for your understanding in advance.


Thanks and best regards,

Y.S. Woo


================================================================
Young Seup, Woo
Manager
PKAM & Korea Sales Team, China Group
LG Philips Displays Korea Co., Ltd.
184, Gongdan1-dong, Gumi-city, Gyung Buk, Korea, 730-702

TEL : 82-54-460-1034
Mobile : 82-19-512-2179
FAX : 82-54-463-6528
E-mail : wyspro@lgphilips-displays.com
          wyspro@hanmail.net

-----Prepared by:   Diana Hernández <dihernandez@lge.com> -----

| To | : <quin.choi@lgphilips-displays.com>, <20818@lge.com> |
|---|---|
| From | : Diana Hernández <dihernandez@lge.com> |
| Date | 2007-10-12 08:36 AM |
| Cc | : <bmartinez@lge.com>, <wyspro@lgphilips-displays.com>, <james.choi@lgphilips-displays.com> |
| Title | RE: Quotation for 4th Qtr - High prices rejected! |

"Let's be XCANVAS!!"


Mr. Choi,

1

HIGHLY CONFIDENTIAL                                           LGE00065495E_Translation

How are you

We cannot accept price increases at all from any supplier. We understand situation might be critical, but we need to work together to improve current prices.
We are under a lot of pressure from top management to keep our material costs down, so we can continue selling our products. CPT price represents 90% of the TV cost, if we accept these prices we'll be out of business soon.

**Please let us have alternatives to avoid this price increase and improve CPT prices.**

Thank you

**Deep Change X 3**
*Diana Hernández*
**Assistant Manager Purchasing Gr.**
**LG Electronics USA Inc. ,_ Reynosa**
**Digital Display Company.**
**MX Ph : 921 62 00  X 5210**
**US Ph:  956-784-6655**
**E- mail : dihernandez@lge.com**
Msn: dianita_lgers@hotmail.com

**From:** quin.choi@lgphilips-displays.com [mailto:quin.choi@lgphilips-displays.com]
**Sent:** Thursday, October 11, 2007 12:49 PM
**To:** 20818@lge.com; dihernandez@lge.com
**Cc:** bmartinez@lge.com; wyspro@lgphilips-displays.com; james.choi@lgphilips-displays.com
**Subject:** Quotation for 4th Qtr

Dear Kim and Diana:

Attached pls find our offical quotation for 4th qtr '07.

As you are aware of, shortage of key materials in CRT such as
glass and mask etc. lead to the surge of their prices which, in turn,
forced us to increase the CRT prices.

We will appreciate if you understand our effort to minimize CRT price increase
in 4th Qtr while most of cost up are absorbed by LPD.

*(See attached file: quotation071010.ppt)*
Thanks and best regards,

Quin Choi    (Choi Gyu-In)
Sales representative of North America
LP Displays
San Diego office

2

LGE00065496E_Translation

Tel : 619  549 0955
Fax : 858-635-5339


[ Attached file  "quotation071010.ppt" deleted by Youngseup Woo/GUM/LGPD ]

3

| From: | wyspro@lgphilips-displays.com |
|---|---|
| Sent: | Friday, October 12, 2007 7:09 AM |
| To: | Diana Hernandez; dcryu@lge.com |
| Cc: | quin.choi@lgphilips-displays.com; 20818@lge.com; bmartinez@lge.com; james.choi@lgphilips-displays.com; psw@lgphilips-displays.com |
| Subject: | 회신:RE: Quotation for 4th Qtr - High prices rejected! |

"Let's win the New Game"

Dear Diana,

We've much tried to offer the best price and LGE Display division who has negotiated 4Q price with us also paid much effort to make it lower. Through the long-time negotiation, both parties reached the agreement in 4Q price, which was sent to you by Mr. Quin Choi yesterday.

I think Mr. D.C. Ryu of LGE Display division will soon make an official release of 4Q price. With his instruction, pls follow the agreed 4Q price.

Thanks for your understanding in advance.


Thanks and best regards,

Y.S. Woo


==========================================================
Young Seup, Woo
Manager
PKAM & Korea Sales Team, China Group
LG Philips Displays Korea Co., Ltd.
184, Gongdan1-dong, Gumi-city, Gyung Buk, Korea, 730-702

TEL : 82-54-460-1034
Mobile : 82-19-512-2179
FAX : 82-54-463-6528
E-mail : wyspro@lgphilips-displays.com
        wyspro@hanmail.net

-----작성인: Diana Hernández <dihernandez@lge.com> -----

수신인: <quin.choi@lgphilips-displays.com>, <20818@lge.com>
발신인: Diana Hernández <dihernandez@lge.com>
날짜: 2007-10-12 08:36 AM
참조인: <bmartinez@lge.com>, <wyspro@lgphilips-displays.com>, <james.choi@lgphilips-displays.com>
제목: RE: Quotation for 4th Qtr - High prices rejected!

"Let's be XCANVAS!!"


Mr. Choi,

1

HIGHLY CONFIDENTIAL

LGE00065495

안녕하세요

We cannot accept price increases at all from any supplier.   We understand situation might be critical, but we need to work together to improve current prices.
We are under a lot of pressure from top management to keep our material costs down, so we can continue selling our products.  CPT price represents 90% of the TV cost, if we accept these prices we'll be out of business soon.

Please let us have alternatives to avoid this price increase and improve CPT prices.

감사합니다
**Deep Change X 3**
*Diana Hernández*
**Assistant Manager Purchasing Gr.**
**LG Electronics USA Inc. ,_ Reynosa**
**Digital Display Company.**
**MX Ph :  921 62 00  X 5210**
**US Ph:  956-784-6655**
**E- mail : dihernandez@lge.com**
Msn: dianita_lgers@hotmail.com

---

**From:** quin.choi@lgphilips-displays.com [mailto:quin.choi@lgphilips-displays.com]
**Sent:** Thursday, October 11, 2007 12:49 PM
**To:** 20818@lge.com; dihernandez@lge.com
**Cc:** bmartinez@lge.com; wyspro@lgphilips-displays.com; james.choi@lgphilips-displays.com
**Subject:** Quotation for 4th Qtr

Dear Kim and Diana:

Attached pls find our offical quotation for 4th qtr '07.
As you are aware of, shortage of key materials in CRT such as
glass and mask etc. lead to the surge of their prices which, in turn,
forced us to increase the CRT prices.

We will appreciate if you understand our effort to minimize CRT price increase
in 4th Qtr while most of cost up are absorbed by LPD.

*(See attached file: quotation071010.ppt)*
Thanks and best regards,

Quin Choi ( 최규인 )
Sales representative of North America
LP Displays
San Diego office

2

HIGHLY CONFIDENTIAL

LGE00065496

Tel : 619 549 0955
Fax : 858 635 5399

[Youngseup Woo/GUM/LGPD에 의해 첨부 파일 "quotation071010.ppt" 삭제됨]
=

3

HIGHLY CONFIDENTIAL

LGE00065497