JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL. No. 1917 |
| | **DECLARATION OF MOLLY M. DONOVAN IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |
| This Document Relates to: | |
| *The Indirect Purchaser Action* | **[re Panasonic Documents]** |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et.al.,* No. 11-cv-01656; | |
| *Siegel v. Hitachi, Ltd., et al.,* No. 11-cv-05502; | |

- 1 -

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*
No. 11-cv-05513;

*Target Corp. , et al. v. Chunghwa Picture Tubes,
Ltd., et al.,* No. 11-cv-05514;

*Sears, Roebuck and Co., et al. v. Chunghwa Picture
Tubes, Ltd., et al.,* No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.,*
No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.,*
No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.,*
No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.,*
No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al.
v. Hitachi, Ltd., et al.,* No. 12-cv-02648;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.,*
No. 12-cv-02649;

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,*
No. 13-cv-00157;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.,*
No. 13-cv-01173;

*ViewSonic Corporation v. Chunghwa Picture Tubes,
Ltd., et al.,* No. 3:14-cv-02510.

DECL. OF MOLLY M. DONOVAN
I/S/O TOSHIBA'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

1    I, Molly M. Donovan, declare as follows:

2        1.      I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic

3    Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a

4    Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions.

5    I am a member of the bar of the State of New York and I am admitted to practice before this Court

6    *pro hac vice*.  Except for those matters stated on information and belief, about which I am informed

7    and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a

8    witness, I could and would competently testify thereto.

9        2.      On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter

10   (Dkt. 306).   On November 7, 2014, Defendants Toshiba Corporation, Toshiba America, Inc.,

11   Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and

12   Toshiba America Electronic Components, Inc. (collectively, "Toshiba Defendants") filed an

13   Administrative Motion to File Documents Under Seal (Dkt. 2985), and lodged conditionally under

14   seal, the following documents pursuant to Civil Local Rules 7-11 and 79(b):

15           (a) Certain exhibits to the Declaration of Lucius B. Lau in Support of the Toshiba

16               Defendants' Notice of Motion and Motion for Summary Judgment Concerning

17               Withdrawal ("Lau Declaration").

18       3.      Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the

19   Panasonic Defendants to provide the basis for the Court to maintain under seal Exhibit C to the Lau

20   Declaration that has been designated by the Panasonic Defendants as "Confidential" pursuant to the

21   Stipulated Protective Order.

22       4.      Attached as Exhibit C to the Lau Declaration is a document produced by the

23   Panasonic Defendants bearing the Bates numbers MTPDA_SEC-0225499 through MTPDA_SEC-

24   0225587, designated by the Panasonic Defendants as "Confidential" pursuant to the Stipulated

25   Protective Order.

26       5.      Upon information and belief, the document appearing in Exhibit C to the Lau

27   Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly

28

DECL. OF MOLLY M. DONOVAN                                          Case No. 07-5944 SC
I/S/O TOSHIBA'S MOTION TO SEAL                                     MDL NO. 1917

1  sensitive business information.   The document contains, cites, and/or identifies confidential

2  information about the Panasonic Defendants' internal practices, business practices and competitive

3  position.  I am informed and believe that this is sensitive information and public disclosure of this

4  information presents a risk of undermining the Panasonic Defendants' business relationships, would

5  cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants

6  at a competitive disadvantage.

7        6.    I declare under penalty of perjury under the laws of the United States of America that

8  the foregoing is true and correct.

9

10  DATED:  November 12, 2014            By: /s/ Molly M. Donovan
                                        JEFFREY L. KESSLER (*pro hac vice*)
11                                      Email: jkessler@winston.com
                                        A. PAUL VICTOR (*pro hac vice*)
12                                      Email: pvictor@winston.com
                                        ALDO A. BADINI (257086)
13                                      Email: abadini@winston.com
                                        EVA W. COLE (*pro hac vice*)
14                                      Email: ewcole@winston.com
                                        MOLLY M. DONOVAN (*pro hac vice*)
15                                      Email: mmdonovan@winston.com
                                        **WINSTON & STRAWN LLP**
16                                      200 Park Avenue
17                                      New York, New York 10166-4193
                                        Telephone: (212) 294-6700
18                                      Facsimile: (212) 294-4700
19
                                        STEVEN A. REISS (*pro hac vice*)
20                                      Email: steven.reiss@weil.com
                                        DAVID L. YOHAI (*pro hac vice*)
21                                      Email: david.yohai@weil.com
                                        ADAM C. HEMLOCK (*pro hac vice*)
22                                      Email: adam.hemlock@weil.com
                                        **WEIL, GOTSHAL & MANGES LLP**
23                                      767 Fifth Avenue
24                                      New York, New York 10153-0119
                                        Telephone:  (212) 310-8000
25                                      Facsimile:  (212) 310-8007
26
                                        GREGORY D. HULL (57367)
27                                      Email: greg.hull@weil.com
                                        **WEIL, GOTSHAL & MANGES LLP**
28

- 4 -

201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 5 -

DECL. OF MOLLY M. DONOVAN
I/S/O TOSHIBA'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917