JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

*Additional Moving Defendants and Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF ERRATA** |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396 | Judge:   Hon. Samuel Conti |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06397 | |
| *Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276 | |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. hereby submit this Notice
of Errata to inform the Court and the parties that Defendants' Joint Notice of Motion and Motion
for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds
("Motion"), ECF No. 3029, inadvertently omitted Defendants Mitsubishi Electric Corporation,
Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc. (collectively,
the "Mitsubishi Defendants") from the signature block.  The Mitsubishi Defendants joined that
Motion through the following counsel:

      JENNER & BLOCK LLP

      By: /s/ *Terrence J. Truax*

      JENNER & BLOCK LLP
      Terrence J. Truax (*pro hac vice*)
      Michael T. Brody (*pro hac vice*)
      353 North Clark Street
      Chicago, Illinois 60654-3456
      Telephone: (312) 222-9350
      Facsimile: (312) 527-0484
      ttruax@jenner.com
      mbrody@jenner.com

      Brent Caslin (Cal. Bar. No. 198682)
      JENNER & BLOCK LLP
      633 West Fifth Street, Suite 3600
      Los Angeles, California 90071
      Telephone: (213) 239-5100
      Facsimile: (213) 239-5199
      bcaslin@jenner.com

      *Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc.*

DATED: November 12, 2014      Respectfully submitted,

      MUNGER, TOLLES & OLSON LLP
      JEROME C. ROTH

      By:   /s/ *Jerome C. Roth*
             JEROME C. ROTH
      Attorneys for LG Electronics, Inc. and LG Electronics U.S.A., Inc.