Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No.<br><br>3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al.*,<br><br>    Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**DECLARATION OF MATTHEW D. KENT IN SUPPORT OF DEFENDANTS' MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e)(1)**<br><br>**[MDL DKT. NOS. 2980; 2999; 3007; 3039; 3062; 3064; 3067]** |

DECL. OF MATTHEW D. KENT ISO ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL MDL DKT. NOS. 2980; 2999; 3007; 3039; 3062; 3064; 3067

No. 3:13-cv-02171-SC
MDL No. 1917

I, **MATTHEW D. KENT**, declare as follows:

1. I am a senior associate with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of Defendants' Administrative Motions to File Documents under Seal Pursuant to Civil Local Rules 79-5(e)(1) [MDL Dkt. Nos. 2980; 2999; 3007; 3039; 3062; 3064; 3067]. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify to the following.

2. Specifically, I refer to the following Defendants' Motions filed from November 7 to November 11, 2014:[1]

- Koninklijke Philips N.V.'s and Philips Electronics North America Corporation's Administrative Motion to Seal Documents [Dkt. No. 2999];

- Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) [Dkt. No. 3007];

- Koninklijke Philips N.V.'s Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) [Dkt. No. 3039];

- SDI Defendants' Administrative Motion to Seal Documents Lodged in Support of SDI Defendants' Motion for Partial Summary Judgment for Lack of Standing [Dkt. No. 2980];

- Defendants LG Electronics, Inc.'s and LG Electronics U.S.A.'s Second Administrative Motion to Seal in Support of Motions for Partial Summary Judgment [Dkt. No. 3062]; and

- LG and Mitsubishi Defendants' Administrative Motion to Seal in Support of Defendants' Joint Motions for Summary Judgment [Dkt. Nos. 3064, 3067].[2]

---

[1] Between November 7, 2014 and November 11, 2014, Defendants have filed in excess of 30 motions for summary judgment with hundreds of exhibits and numerous motions to seal pursuant to Local Rule 79-5(e)(1). Defendants have also amended or retracted a number of these filings, further altering the evidence that Defendants seek to maintain under seal. Given the volume of filings, Dell reserves the right to file additional declarations under Local Rule 79-5(e)(1) to the extent it identifies additional documents or testimony that are designated as Confidential or Highly Confidential under the Protective Order.

[2] The LG and Mitsubishi Defendants filed two substantially similar motions to file under seal at Dkt. Nos. 3023 and 3041. The motions appearing at Dkt. Nos. 3062 and 3064 (and additional exhibits in Dkt. No. 3067), purport to be the corrected version of these filings, which includes corrected

- 2 -

Through their motions, Defendants seek permission to file under seal portions of deposition testimony of Dell witnesses, internal Dell documents produced during this litigation, Dell's answers to Defendants' interrogatories, and other information Dell considers to be confidential and sensitive. I make this declaration in support of filings that these materials be maintained under seal.

3. For Koninklijke Philips N.V.'s and Philips Electronics North America Corporation's Administrative Motion to Seal Documents [Dkt. No. 2999], Exhibits A and B to the Declaration of Tiffany B. Gelott contain information that Dell designated "Confidential" or "Highly Confidential."[3] Exhibit A consists of interrogatory responses from Dell's Supplemental Responses to Defendants LG Electronics, Inc.'s and Samsung SDI Co. Ltd.'s First Set of Interrogatories, Nos. 8 and 9, dated June 16, 2014. The responses contain information regarding Dell's internal processes and procedures, including the procurement system for CRT monitors. Exhibit B contains excerpts from the deposition of Julie French, which includes information on Dell's internal operations and processes with respect to CRT procurement. Dell considers this information to be confidential and sensitive business information, the public disclosure of which would be harmful to Dell.

4. For Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) [Dkt. No. 3007], Exhibits 8 and 9 to the Declaration Jennifer M. Stewart contains information that Dell designated "Confidential" or "Highly Confidential." Exhibit 8 contains excerpts from the transcript of the June 10, 2014 deposition of Mohan Rao. Exhibit 9 contains excerpts from the September 26, 2014 Reply Report of Mohan Rao to Janusz Ordover. Dell considers this information to be confidential and sensitive business, the public disclosure of which would be harmful to Dell.

5. For SDI Defendants Administrative Motion to Seal Documents Lodged in Support of SDI Defendants' Motion for Partial Summary Judgment for Lack of Standing [Dkt. No. 2980], Exhibit

---

declarations. Dell considers information affiliated with these filings to be confidential and sensitive information, the public disclosure of which would be harmful to Dell.

[3] Philips Electronics North America Corporation filed a substantially similar motion to file under seal at Dkt. No. 2996. The motion appearing at Dkt. No. 2999 purports to be the corrected version of this filing, which includes a corrected declaration from Tiffany B. Gelott. Dell considers information affiliated with this filing, which is identical to that filed in Dkt. No. 2999, to be confidential and sensitive information, the public disclosure of which would be harmful to Dell.

- 3 -

DECL. OF MATTHEW D. KENT ISO ADMINISTRATIVE MOTIONS TO FILE
UNDER SEAL MDL DKT. NOS. 2980; 2999; 3007; 3039; 3062; 3064; 3067
No. 3:13-cv-02171-SC
MDL No. 1917

6 attached to the Declaration of James L. McGinnis contains information that Dell designated "Confidential" or "Highly Confidential." Exhibit 6 contains excerpts from the deposition transcript of Dr. Mohan Rao. Dell considers this information to be confidential and sensitive business, the public disclosure of which would be harmful to Dell.

6. For Koninklijke Philips N.V.'s Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) [Dkt. No. 3039], Exhibit 24 attached to the Declaration of Tiffany B. Gelott contains information that Dell designated "Confidential" or "Highly Confidential." Exhibit 24 contains excerpts from the deposition transcript of employee Julie French regarding Dell's internal process for the procurement of CRT monitors. Dell considers this information to be confidential and sensitive business information, the public disclosure of which would be harmful to Dell.

7. For Defendants LG Electronics, Inc. and LG Electronics U.S.A.'s Second Administrative Motion to Seal in Support of Motions for Partial Summary Judgment [Dkt. No. 3062], several exhibits attached to the Declaration of Hojoon Hwang contain information that Dell designated "Confidential" or "Highly Confidential." Exhibit 1 contains excerpts from the transcript of the deposition of Dr. Mohan Rao, which includes information on Dell's procurement of and the prices paid for CRT monitors. Exhibit 2 contains excerpts from the Reply Report to Janusz Ordover by Dr. Mohan Rao regarding the overcharges to Dell as a result of its purchases of CDT Monitors. Exhibit 7 contains excerpts from the expert report for Dr. Mohan Rao regarding Dell's weekly purchase data of CRT Monitors. Exhibit 8 contains excerpts from the deposition transcript of Dr. Mohan Rao. Dell considers this information to be confidential and sensitive business information, the public disclosure of which would be harmful to Dell.

8. For the LG and Mitsubishi Defendants' Administrative Motion to Seal in Support of Defendants' Joint Motions for Summary Judgment [Dkt. Nos. 3064 and 3067], numerous exhibits attached to the Declaration of Claire Yan contain information that Dell designated "Confidential" or "Highly Confidential."

- Exhibit 27 contains excerpts from the deposition transcript of employee Marvin Garvin regarding Dell's procurement system for CRT monitors and about Dell's relationships with certain of its business partners.

- 4 -

DECL. OF MATTHEW D. KENT ISO ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL MDL DKT. NOS. 2980; 2999; 3007; 3039; 3062; 3064; 3067

No. 3:13-cv-02171-SC
MDL No. 1917

- Exhibit 28 contains excerpts from the deposition transcript of employee Angela Ford regarding Dell's procurement system for CRT monitors and about Dell's relationships with certain of its business partners.
- Exhibit 29 contains excerpts from the deposition transcript of employee Dennis Selman regarding Dell's procurement system for CRT monitors.
- Exhibit 30 contains excerpts from the deposition transcript of employee Gerry Smith regarding Dell's procurement system for CRT monitors.
- Exhibit 31 contains excerpts from the deposition transcript of employee Ricky Ratley regarding Dell's procurement system for CRT monitors.
- Exhibit 32 contains excerpts from the deposition transcript of employee Shutuan Lillie regarding Dell's procurement system for CRT monitors.
- Exhibits 33 and 36 contain excerpts from the deposition transcript of employee Julie French regarding Dell's procurement system for CRT monitors and about Dell's relationships with certain of its business partners.
- Exhibits 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 are Dell's documents and employee correspondences that contain information about Dell's internal operations and processes.

Dell considers this information to be confidential and sensitive business information, the public disclosure of which would be harmful to Dell.

9. In addition, Defendants' Motions contains references to and/or excerpts of deposition testimony of Dell witnesses, internal Dell documents produced during this litigation, Dell's answers to Defendants' interrogatories, and other information Dell considers to be confidential and sensitive. [*See* Dkt. Nos. 2983; 3003; 3008; 3032; 3040; 3044]. The public disclosure of this information would be harmful to Dell.

10. Therefore, Dell respectfully requests an order granting Defendants' Motions to File Documents under Seal Pursuant to Civil Local Rules 79-5(e)(1) [MDL Dkt. Nos. 2980; 2999; 3007; 3039; 3062; 3064; 3067] as to all exhibits referenced therein, and as to the redacted portions of Defendants' Motions, which contain references to these exhibits.

I declare under penalty of perjury under the laws of the State of Georgia and the United States that the foregoing is true and correct.

Executed on November 12, 2014 in Atlanta, Georgia.

                    Respectfully submitted,

*/s/ Matthew D. Kent*
Matthew D. Kent, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
matthew.kent@alston.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*