1  JEROME C. ROTH (State Bar No. 159483)
   Jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.*

13

14                     UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

16 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
|---|---|
| | MDL No. 1917 |
| This Document Related to: | **BARCLAY-STROBEL DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTIONS TO SEAL FILED BY DEFENDANTS PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS TAIWAN LIMITED, PHILIPS DO BRASIL LTDA. (DKT. 3022) AND KONINKLIJKE PHILIPS N.V (DKT. 3039)** |
| DIRECT PURCHASER ACTIONS | |
| | Judge:  Hon. Samuel Conti
Date:   February 6, 2015
Time:   10:00 AM
Crtrm.: 1, 17th Floor |

I, Jessica Barclay-Strobel, declare and state as follows:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendants LG Electronics, Inc., ("LGEI") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On November 7, 2014, Defendants Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda. (collectively the "Philips Defendants") filed an Administrative Motion to Seal (Dkt. 3022) and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents, or portions thereof, that contain information from documents that LGEI designated "Highly Confidential":

   i. Portions of Defendants Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips Do Brasil LTDA.'s Notive of Motion and Motion for Partial Summary Judgment ("Philips Motion");

   ii. Exhibit 1 to the Declaration of Tiffany B. Gelott in Support of Philips Motion ("Gelott Declaration ISO Philips Motion").

3. On November 7, 2014, Defendant Koninklijke Philips N.V ("KPNV") filed an Administrative Motion to Seal (Dkt. 3039), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents, or portions thereof, that contain information from documents that LGEI designated "Highly Confidential":

   i. Portions of Defendant KPNV's Notice of Motion and Motion for Summary Judgment  ("KPNV Motion");

   ii. Exhibit 7 to the Declaration of Tiffany B. Gelott in Support of KPNV Motion ("Gelott Declaration ISO KPNV Motion").

4. Pursuant to Civil Local Rule 79-5(e)(1), I make this declaration on behalf of LGEI to provide the basis for the Court to maintain under seal the documents identified above, which

contain information designated by LGEI as "Highly Confidential" pursuant to the Stipulated Protective Order.

5. Pursuant to Civil Local Rules 7-11 and 79-5(e)(1), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, the following documents or portions of documents should be maintained under seal:

  i. Exhibit 1 to the Gelott Declaration ISO Philips Motion should be maintained under seal in its entirety; it is an excerpt of a document produced by LGEI in this litigation beginning with bates number LGE0000054 and which LGEI designated as "Highly Confidential" pursuant to the Stipulated Protective Order;

  ii. Exhibit 7 to Gelott Declaration ISO KPNV Motion should be maintained under seal in its entirety; it is an excerpt of a document produced by LGEI in this litigation beginning with bates number LGE0000054 and which LGEI designated as "Highly Confidential" pursuant to the Stipulated Protective Order;

  iii. Page 4:6-9 of the Philips Motion, which summarizes Exhibit 1 to the Gelott Declaration ISO Philips Motion, should be sealed;

  iv. The following pages of the KPNV Motion, which summarize and quote from Exhibit 7 to Gelott Declaration ISO KPNV Motion, should be sealed: 5:14-17, 6:8-14, 7:1-4, 8:1-2, 8:5-7, 20:11-15, 20:19-22, 22:23-25, 24:4-5, and 24:18-20.

6. Upon information and belief, the document excerpted in Exhibit 1 to the Gelott Declaration ISO Philips Motion and Exhibit 7 to Gelott Declaration ISO KPNV Motion was designated by LGEI as "Highly Confidential" pursuant to the Stipulated Protective Order because it contains confidential, nonpublic, and highly sensitive business information about LGEI's sales practices, business and supply agreements, and competitive positions. The document describes relationships with companies (including customers and vendors) that remain important to LGEI's competitive positions. Publicly disclosing this sensitive information presents a risk of undermining LGEI's relationships, would cause harm with respect to LGEIs' competitors and customers, and would put LGEI at a competitive disadvantage. In addition, the portions of the

Philips Motion and KPNV Motion identified by paragraph 5 should be sealed because they summarize and quote from Exhibit 1 to the Gelott Declaration ISO Philips Motion and Exhibit 7 to Gelott Declaration ISO KPNV Motion, respectively.

    I declare under penalty of perjury of the laws of the united States that the foregoing is true and correct.

    Executed on November 12, 2014 at San Francisco, California.

By:   /s/ *Jessica Barclay-Strobel*
        JESSICA BARCLAY-STROBEL