JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **CERTIFICATE OF SERVICE**<br><br>Judge:   Honorable Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 a.m.<br>Crtrm.:  1, 17th Floor |

1 | I hereby certify that on this 12th day of November, 2014, true and correct copies of the following documents filed under seal described as three exhibits to DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A.'S SECOND ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT (Docket Entry 3062):

Exhibit 15 – Redacted Final Withdrawal Motion – Correction to Docket Entry 3062;

Exhibit 16 – Sealed Final Withdrawal Motion – Correction to Docket Entry 3062;

Exhibit 31 – Sealed Exhibit 5 to Hwang Declaration in support of Motions for Partial Summary Judgment on FTAIA and Standing Grounds – Correction to Docket Entry 3062

were served on the attached service list via email through Munger, Tolles & Olson's Accellion FTP pursuant to Civil L.R. 79-5(d).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2014, at San Francisco, California.


By:     /s/ *Cathleen H. Hartge*
        CATHLEEN H. HARTGE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation; Related To: Direct Purchaser Actions*
U.S. District Court for the Northern District of California
Master File No. 3:07-cv-05944-SC; MDL No. 1917

### Service List

| | |
|---|---|
| Liaison Counsel for the Direct Action Plaintiffs | Philip J. Iovieno, Esq.<br>BOIES, SCHILLER & FLEXNER LLP<br>10 N. Pearl St., 4th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Email: piovieno@bsfllp.com |
| Counsel for Plaintiffs Dell Inc. and Dell Products L.P. | Michael P. Kenny (mike.kenny@alston.com)<br>Debra D. Bernstein (debra.bernstein@alston.com)<br>Matthew D. Kent (matthew.kent@alston.com)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br><br>James M. Wagstaffe, Esq.<br>wagstaffe@kerrwagstaffe.com<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, California 94105-1576 |
| Counsel for Indirect Purchaser Plaintiffs | Lauren C. Russell, Esq.<br>TRUMP ALIOTO TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA 94123<br>Email: laurenrussell@tatp.com |
| Counsel for Direct Purchaser Plaintiffs | R. Alexander Saveri, Esq.<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Email: rick@saveri.com |
| California Office of the Attorney General | Kamala D. Harris<br>Attorney General of California<br>Emilio E. Varanini<br>Deputy Attorney General<br>Samuel Johnson<br><br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Email: emilio.varanini@doj.ca.gov<br>Email: Samuel.Johnson@doj.ca.gov |
| ALL DEFENSE COUNSEL | |