GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | **DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC CORPORATION**<br><br>Date: February 6, 2015<br>Time: 10:00 a.m.<br>Judge: Hon. Samuel Conti |

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced action brought by ViewSonic Corporation.

2. I submit this declaration in support of Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. Attached as Exhibit A is a true and correct copy of excerpts from the Report of Alan S. Frankel, Ph.D., dated June 6, 2014.

4. Attached as Exhibit B is a true and correct copy of Plaintiff ViewSonic Corporation's Responses and Objections to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s First Set of Requests for Admission, served on October 13, 2014.

5. Attached as Exhibit C is a true and correct copy of Plaintiff ViewSonic Corporation's Responses and Objections to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s First Set of Interrogatories, served on October 13, 2014.

6. Attached as Exhibit D are true and correct copies of the form submitted by Tatung Company of America, Inc. ("TUS") as a claimant on the settlement fund in *In re: TFT-LCD Direct Purchaser Antitrust Litigation*, and the email submitting TUS's claim to the direct purchaser settlement fund, both dated April 4, 2012.

7. Attached as Exhibit E is a true and correct Plaintiff ViewSonic Corporation's Supplemental Responses and Objections to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Second Set of Interrogatories, served on November 4, 2014.

8. I have reviewed and am familiar with the deposition transcripts of all of CPT's witnesses in this litigation. In those depositions, no witness testified regarding any level of control by CPT over Tatung Company.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of November 2014, at San Francisco, California.

By:     /s/ Rachel S. Brass
        Rachel S. Brass

101826996.2

2

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF CPT AND CPTM'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC – MASTER CASE NO. 07-CV-5944 SC