# EXHIBIT D

| | |
|---|---|
| **From:** | Willard, Joel |
| **Sent:** | Wednesday, April 04, 2012 5:04 PM |
| **To:** | info@tftlcdclassaction.com |
| **Subject:** | [FS#1431427] LCD Class Action Claim |
| **Attachments:** | Tatung Claim Form.pdf |

To whom it may concern,

I have attached a completed claim form that is being submitted by Tatung Company of America, Inc. in connection with the TFT-LCD Direct Purchaser Antitrust Litigation.  This claim form is being submitted by email before the April 5, 2012 deadline pursuant to the instructions on the form itself and the website www.TFTLCDCLassAction.com.

Best regards,

**Joel Willard**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8340 • Fax +1 415.374.8436
JWillard@gibsondunn.com • www.gibsondunn.com

| Must Be Postmarked No Later Than April 5, 2012 | **PROOF OF CLAIM** <br> In Re: TFT-LCD Direct Purchaser Antitrust Litigation | For Official Use Only <br> 01 |
|---|---|---|

## PART 1: CLAIMANT INFORMATION

Please type or neatly print all information.

Company Name:
**Tatung Company of America, Inc.**

Person to contact if there are questions regarding this claim:
**Andrew L. Sun**

Number and Street or P.O. Box:
**2850 East El Presidio Street**

City: **Long Beach**   State: **CA**   Zip Code: **90810**

Foreign Province and Postal Code:

Foreign Country:

Telephone Number (Domestic): **(310) 637-2105 ext. 320**

Foreign Code:

Telephone Number (International):

E-mail Address:
**asun@tatungusa.com**

Mail the completed Claim Form to:
LCD Class Action
c/o Rust Consulting, Inc.
P.O. Box 24659
West Palm Beach, FL 33416

OR

Email the completed Claim Form to: info@TFTLCDClassAction.com

*8227*      *CF*      *1-13*

CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com — QUESTIONS? CALL 877-888-3757

## PART 2: SCHEDULE OF QUALIFYING PURCHASES

Enter all purchases of TFT-LCD stand-alone panels and TFT-LCD products (television, computer monitor, notebook computer) made directly from any Defendant, alleged Co-Conspirator, Subsidiary or Affiliate from January 1, 1996 through December 31, 2006**. **In order to qualify as a claim, your purchases must have been billed to and/or shipped to a location in the United States.** Foreign transactions where billing and shipping took place outside of the U.S. do not qualify. Failure to include all purchases will reduce the amount of your payment. You *DO NOT* need to attach documentation. However, you must keep copies of your purchase order(s), invoice(s), or other documentation of your purchase(s) in case verification of your claim is necessary. You may not submit a claim in this case and in the Indirect Purchaser case for the same purchase(s). Visit www.TFTLCDClassAction.com for more information.

**NOTE:** The Chunghwa Picture Tubes, Ltd. ("Chunghwa") Settlement Class varies slightly in purchase dates and eligible products from the other defendants. Please review Sections A through J below in order to include purchases for those products during those dates.

The inclusion of a company in the lists which appear in Sections A through J below does not mean any particular company participated in the alleged conduct. Some of the defendants have entered into settlements and the litigation is continuing with the non-settling defendants. Therefore, the merits of the claims have not yet been decided by the Court.

In Sections A* through E, enter the total dollar amount (in U.S. dollars) of your purchases of TFT-LCD panels and TFT-LCD products made directly in the United States **(meaning the products were billed to and/or shipped to a location in the United States)** from each Defendant, alleged Co-Conspirator, Subsidiary or Affiliate, from January 1, 1999 through December 31, 2006.

*IN SECTION A, YOU MUST ALSO IDENTIFY THE TYPE OF PRODUCT PURCHASED.

In Section F* through J, enter the total dollar amount (in U.S. dollars) of your purchases of TFT-LCD panels and TFT-LCD products made directly in the United States **(meaning the products were billed to and/or shipped to a location in the United States)** from each Defendant, alleged Co-Conspirator, Subsidiary or Affiliate from January 1, 1996 through December 31, 1998.

*IN SECTION F, YOU MUST ALSO IDENTIFY THE TYPE OF PRODUCT PURCHASED.

*NOTE: Amounts should be rounded to the nearest dollar.* (Example: $12,345.67 should be entered as $12,346.) Do not include transportation charges, rebates, refunds, credits, etc. If you did not purchase TFT-LCD panels or TFT-LCD products from a Defendant, alleged Co-Conspirator, Subsidiary or Affiliate, or if you settled with a particular Defendant, Alleged Co-Conspirator, Subsidiary or Affiliate, assigned or transferred your claim, write "No Purchases" in the corresponding box.



**SECTION A** – Complete this Section ONLY if you purchased a TFT-LCD PANEL AS A STAND-ALONE ITEM from January 1, 1999 through December 31, 2006 from the following:

| Manufacturer | Amount | Product Name or Description |
|---|---|---|
| Acer | $ | |
| AU | | |
| Chimei | $334,800 | TFT-LCD panels |
| Chunghwa | $2,602,730 | TFT-LCD panels |
| Epson | | |
| Fujitsu | | |
| Hannspree | | |
| HannStar | | |
| Hitachi | | |
| Hydis | | |
| IBM | | |
| IPS | | |
| Koninklijke | | |
| LG Display | $5,723,275 | TFT-LCD panels |
| Mitsubishi | | |
| Mitsui | $22,625 | TFT-LCD panels |
| NEC | | |
| Panasonic | | |
| Philips | | |
| Quanta | | |
| Samsung | $212,400 | TFT-LCD panels |
| Sanyo | | |
| Seiko | | |
| Sharp | | |
| S-LCD | | |
| Toshiba | | |
| Unipac | | |



Case 4:07-cv-05944-JST   Document 3102-5   Filed 11/14/14   Page 6 of 15

**SECTION B** – Complete this Section ONLY if you purchased a TELEVISION CONTAINING TFT-LCD PANEL from January 1, 1999 through December 31, 2006 from the following:

| Manufacturer | $ |
|---|---|
| Acer | |
| AU | |
| Chimei | |
| Chunghwa | |
| Epson | |
| Fujitsu | |
| Hannspree | |
| HannStar | |
| Hitachi | |
| Hydis | |
| IBM | |
| IPS | |
| Koninklijke | |
| LG Display | |
| Mitsubishi | |
| Mitsui | |
| NEC | |
| Panasonic | |
| Philips | |
| Quanta | |
| Samsung | |
| Sanyo | |
| Seiko | |
| Sharp | |
| S-LCD | |
| Toshiba | |
| Unipac | |


* 4 - 1 3 *

CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com — QUESTIONS? CALL 877-888-3757

**SECTION C** – Complete this Section ONLY if you purchased a COMPUTER MONITOR CONTAINING TFT-LCD PANEL from January 1, 1999 through December 31, 2006 from the following:

| Manufacturer | $ |
|---|---|
| Acer | |
| AU | |
| Chimei | |
| Chunghwa | |
| Epson | |
| Fujitsu | |
| Hannspree | |
| HannStar | |
| Hitachi | |
| Hydis | |
| IBM | |
| IPS | |
| Koninklijke | |
| LG Display | |
| Mitsubishi | |
| Mitsui | |
| NEC | |
| Panasonic | |
| Philips | |
| Quanta | |
| Samsung | |
| Sanyo | |
| Seiko | |
| Sharp | |
| S-LCD | |
| Toshiba | |
| Unipac | |



CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com — QUESTIONS? CALL 877-888-3757

**SECTION D** – Complete this Section ONLY if you purchased a **NOTEBOOK COMPUTER CONTAINING TFT-LCD PANEL** from January 1, 1999 through December 31, 2006 from the following:

| Manufacturer | Amount |
|---|---|
| Acer | $ , , |
| AU | , , |
| Chimei | , , |
| Chunghwa | , , |
| Epson | , , |
| Fujitsu | , , |
| Hannspree | , , |
| HannStar | , , |
| Hitachi | , , |
| Hydis | , , |
| IBM | , , |
| IPS | , , |
| Koninklijke | , , |
| LG Display | , , |
| Mitsubishi | , , |
| Mitsui | , , |
| NEC | , , |
| Panasonic | , , |
| Philips | , , |
| Quanta | , , |
| Samsung | , , |
| Sanyo | , , |
| Seiko | , , |
| Sharp | , , |
| S-LCD | , , |
| Toshiba | , , |
| Unipac | , , |



CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com — QUESTIONS? CALL 877-888-3757

**SECTION E** – Complete this Section ONLY if you purchased OTHER PRODUCTS CONTAINING TFT-LCD PANELS from January 1, 1999 through December 31, 2006 from the following:

| Manufacturer | Amount |
|---|---|
| Acer | $ |
| AU | |
| Chimei | |
| Chunghwa | |
| Epson | |
| Fujitsu | |
| Hannspree | |
| HannStar | |
| Hitachi | |
| Hydis | |
| IBM | |
| IPS | |
| Koninklijke | |
| LG Display | |
| Mitsubishi | |
| Mitsui | |
| NEC | |
| Panasonic | |
| Philips | |
| Quanta | |
| Samsung | |
| Sanyo | |
| Seiko | |
| Sharp | |
| S-LCD | |
| Toshiba | |
| Unipac | |



\*7-13\*

CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com — QUESTIONS? CALL 877-888-3757

**SECTION F** – Complete this Section ONLY if you purchased a TFT-LCD PANEL AS A STAND-ALONE ITEM from January 1, 1996 through December 31, 1998 from the following:

| Manufacturer | Amount | Product Name or Description |
|---|---|---|
| Acer | $ , , | |
| AU | , , | |
| Chimei | , , | |
| Chunghwa | , , | |
| Epson | , , | |
| Fujitsu | , , | |
| Hannspree | , , | |
| HannStar | , , | |
| Hitachi | , , | |
| Hydis | , , | |
| IBM | , , | |
| IPS | , , | |
| Koninklijke | , , | |
| LG Display | , , | |
| Mitsubishi | , , | |
| Mitsui | , , | |
| NEC | , , | |
| Panasonic | , , | |
| Philips | , , | |
| Quanta | , , | |
| Samsung | , , | |
| Sanyo | , , | |
| Seiko | , , | |
| Sharp | , , | |
| S-LCD | , , | |
| Toshiba | , , | |
| Unipac | , , | |

* 8 - 1 3 *

**SECTION G** – Complete this Section ONLY if you purchased a **TELEVISION CONTAINING TFT-LCD PANEL** from January 1, 1996 through December 31, 1998 from the following:

| Manufacturer | Amount |
|---|---|
| Acer | $ |
| AU | |
| Chimei | |
| Chunghwa | |
| Epson | |
| Fujitsu | |
| Hannspree | |
| HannStar | |
| Hitachi | |
| Hydis | |
| IBM | |
| IPS | |
| Koninklijke | |
| LG Display | |
| Mitsubishi | |
| Mitsui | |
| NEC | |
| Panasonic | |
| Philips | |
| Quanta | |
| Samsung | |
| Sanyo | |
| Seiko | |
| Sharp | |
| S-LCD | |
| Toshiba | |
| Unipac | |



9 - 1 3

**SECTION H** – Complete this Section ONLY if you purchased a COMPUTER MONITOR CONTAINING TFT-LCD PANEL from January 1, 1996 through December 31, 1998 from the following:

| Manufacturer | Amount |
|---|---|
| Acer | $ |
| AU | |
| Chimei | |
| Chunghwa | |
| Epson | |
| Fujitsu | |
| Hannspree | |
| HannStar | |
| Hitachi | |
| Hydis | |
| IBM | |
| IPS | |
| Koninklijke | |
| LG Display | |
| Mitsubishi | |
| Mitsui | |
| NEC | |
| Panasonic | |
| Philips | |
| Quanta | |
| Samsung | |
| Sanyo | |
| Seiko | |
| Sharp | |
| S-LCD | |
| Toshiba | |
| Unipac | |


\* 1 0 - 1 3 \*

**SECTION I –** Complete this Section ONLY if you purchased a **NOTEBOOK COMPUTER CONTAINING TFT-LCD PANEL** from January 1, 1996 through December 31, 1998 from the following:

| Manufacturer | Amount |
|---|---|
| Acer | $ , , |
| AU | , , |
| Chimei | , , |
| Chunghwa | , , |
| Epson | , , |
| Fujitsu | , , |
| Hannspree | , , |
| HannStar | , , |
| Hitachi | , , |
| Hydis | , , |
| IBM | , , |
| IPS | , , |
| Koninklijke | , , |
| LG Display | , , |
| Mitsubishi | , , |
| Mitsui | , , |
| NEC | , , |
| Panasonic | , , |
| Philips | , , |
| Quanta | , , |
| Samsung | , , |
| Sanyo | , , |
| Seiko | , , |
| Sharp | , , |
| S-LCD | , , |
| Toshiba | , , |
| Unipac | , , |



CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com — QUESTIONS? CALL 877-888-3757

**SECTION J** – Complete this Section ONLY if you purchased OTHER PRODUCTS CONTAINING TFT-LCD PANELS from January 1, 1996 through December 31, 1998 from the following:

| Manufacturer | Amount |
|---|---|
| Acer | $ |
| AU | |
| Chimei | |
| Chunghwa | |
| Epson | |
| Fujitsu | |
| Hannspree | |
| HannStar | |
| Hitachi | |
| Hydis | |
| IBM | |
| IPS | |
| Koninklijke | |
| LG Display | |
| Mitsubishi | |
| Mitsui | |
| NEC | |
| Panasonic | |
| Philips | |
| Quanta | |
| Samsung | |
| Sanyo | |
| Seiko | |
| Sharp | |
| S-LCD | |
| Toshiba | |
| Unipac | |



CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com — QUESTIONS? CALL 877-888-3757

## PART 3: SUBMISSION TO JURISDICTION OF THE DISTRICT COURT

By signing below, you are verifying that:

1. You have documentation to support your claim and agree to provide additional information to Class Counsel or the Claims Administrator to support your claim if necessary;

2. You have not assigned or transferred (or purported to assign or transfer) or settled for the same purchases or submitted any other claim for the same purchases of TFT-LCD panels or TFT-LCD products and have not authorized any other person or entity to do so, and know of no other person or entity having done so on your behalf;

3. The information provided in this Claim Form is accurate and complete;

4. You agree to submit to the jurisdiction of the District Court for the Northern District of California, where this action is pending, for purposes of resolving any issues related to or arising from your claim.

## PART 4: CERTIFICATION

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding, or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

I (WE) DECLARE, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE INFORMATION PROVIDED IN THIS PROOF OF CLAIM FORM IS TRUE AND CORRECT.

This certification was executed on the **4th** (day) of **April** (Month), 2012, in **Long Beach, CA** (City/State/Country).

**SIGNATURE OF CLAIMANT:**

Signature: _[signed] for_

Type/Print Name: Andrew L. Sun

Company's Name: Tatung Company of America, Inc.

Capacity of person signing; e.g. President: President & CEO

---

ACCURATE PROCESSING OF CLAIMS MAY TAKE SIGNIFICANT TIME.
THANK YOU, IN ADVANCE, FOR YOUR PATIENCE.

---

CLAIM FORMS MAY BE FILED ON-LINE AT www.TFTLCDClassAction.com — QUESTIONS? CALL 877-888-3757