1
2
3
4
5
6

GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

7
8
9

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

10

UNITED STATES DISTRICT COURT

11

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13
14

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

Master File No. 3:07-CV-5944 SC
MDL No. 1917

15
16

This Document Relates To:

17

*ViewSonic Corporation v. Chunghwa Picture
Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC

18
19

**DECLARATION OF YANG JUI LIN IN
SUPPORT OF DEFENDANTS
CHUNGHWA PICTURE TUBES, LTD.
AND CHUNGHWA PICTURE TUBES
(MALAYSIA) SDN. BHD.'S MOTION FOR
PARTIAL SUMMARY JUDGMENT FOR
LACK OF STANDING AS TO
VIEWSONIC CORPORATION**

20
21

Date:          February 6, 2015
Time:          10:00 a.m.
Judge:         Hon. Samuel Conti

22
23
24
25
26
27
28

1    I, Yang Jui Lin, hereby declare as follows:

2    1.    I am Director of Finance, Accounting Division at Chunghwa Picture Tubes, Ltd., a

3    position I have held since September 1, 2005.  I am a resident of Taiwan.  I am an adult over eighteen

4    (18) years of age.

5    2.    I submit this declaration in support of Defendants Chunghwa Picture Tubes, Ltd. and

6    Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of

7    Standing as to ViewSonic Corporation.  Unless otherwise indicated, I have personal knowledge of the

8    foregoing and could and would testify to the same if called as a witness in this matter.

9    3.    Chunghwa Picture Tubes, Ltd. ("CPT") is a publicly held Taiwanese corporation

10   headquartered in Taipei, Taiwan that previously manufactured cathode ray tubes ("CRTs").

11   4.    Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. ("CPTM") is a now defunct subsidiary

12   of CPT that previously manufactured CRTs.

13   5.    CPT and CPTM did not manufacture finished products containing cathode ray tubes.

14   CPT and CPTM sold the CRTs they made to other companies, which then incorporated them into

15   finished products.

16   **Tatung Company**

17   6.    Tatung Company ("TCO") is a publicly held Taiwanese corporation headquartered in

18   Taipei, Taiwan.

19   7.    Currently, CPT owns 3.02% of TCO shares.  During the period from 1995 through the

20   present, CPT held at most 3.73% of TCO's shares.

21   8.    During the period from 1995 through 2007, CPT and CPTM never had majority board

22   representation on TCO's board of directors.  During the period from 2007 to the present, only two

23   CPT directors concurrently served as directors on TCO's nine- to thirteen-member board of directors.

24   9.    During the period from 1995 to the present, CPT and CPTM have not been involved in

25   any of TCO's day-to-day business decisions.

26   10.   TCO currently owns only 8.46% of CPT's shares.  From 2007 to the present, TCO

27   owned at most 11.22% of CPT shares.

28

1

11.     Even including stock ownership by TCO directors, supervisors, and management, total stock ownership of CPT and CPTM during 2007 to the present did not exceed 27%.

12.     In 1995, TCO held a much larger percentage of CPT's shares (56.83%), but that amount consistently and steadily decreased over the years, dropping rapidly to 20.98% by 2003, and below 15% a year later in 2004.

13.     From 2009 to the present, TCO representatives have not constituted a majority of CPT or CPTM's board of directors.   Currently, there are only three TCO representatives on CPT's eight-member board of directors.

14.     During the period from 1995 to the present, CPT and CPTM have been independently managed by their respective board of directors and officers, and TCO has not been involved in the day-to-day operation of CPT or CPTM.

15.     As publicly held companies, TCO and CPT must each be managed in the interests of their respective shareholders.

**Tatung Company of America, Inc.**

16.     TCO owns 50% of the shares of Tatung Company of America, Inc. ("TUS").

17.     During the period from 1995 to the present, CPT and CPTM have not held any shares of TUS.

18.     During the period from 1995 to the present, CPT and CPTM have not had any role in the management or operation of TUS.

19.     During the period from 1995 to the present, TUS has been independently managed by its board of directors and officers; CPT and CPTM not been involved in the day-to-day operation of TUS.

**Jean Co., Ltd.**

20.     Jean Co., Ltd. ("Jean") is a publicly held company also headquartered in Taipei, Taiwan.

21.     Neither CPT nor CPTM has ever held any shares of Jean.

22.     During 1995 to the present, no CPT or CPTM directors or officers have concurrently held a position with Jean.

DECLARATION OF YANG JUI LIN IN SUPPORT OF CPT AND CPTM'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC – MASTER CASE NO. 07-CV-5944 SC

1    23.    C.Y. Lin, who was President and CEO of CPT from 1995 to 2003, personally held

2    stock in Jean while he worked at CPT.  Sometime after leaving CPT on May 1, 2003, C.Y. Lin

3    became Chairman of Jean's board of directors.  C.Y. Lin passed away in December 2013.

4    24.    During the period in which C.Y. Lin was Chairman of Jean's board of directors, all

5    sales transactions with Jean were independently negotiated arm's length transactions.

6    25.    During the period from 2003 to 2009, Wei-Shan Lin was Chairman of CPT's Board,

7    and another member of his family was the Chairman of Jean's board.

8    I declare under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct.

10    Executed this _13th_ day of _November_, 2014, at _Taoyuan_, Taiwan.

11

12    _Yang Jui Lin_

13    Yang Jui Lin

14

15    1018291 1 1.3

16

17

18

19

20

21

22

23

24

25

26

27

28

3