GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <hr> This Document Relates To: <br><br> *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | Master File No. 3:07-CV-5944 SC <br> MDL No. 1917 <br><br> **DECLARATION OF RAY FEKRINIA IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC CORPORATION** <br><br> Date:        February 6, 2015 <br> Time:       10:00 a.m. <br> Judge:      Hon. Samuel Conti |

I, Ray Fekrinia, hereby declare as follows:

1. I am Chief Financial Officer at Tatung Company of America, Inc. ("TUS"). I have held that position since 2013. I am also currently holding the position of VP of Administration of TUS.

2. I submit this declaration in support of Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") have never owned any portion of TUS.

4. TUS has always been independently managed by its board of directors and officers.

5. Tatung Company ("TCO") and CPT have never been involved in the day-to-day operation of TUS.

6. TCO members on TUS's board of directors have never constituted a majority of TUS's six- to seven-member board of directors.

7. TUS intends to submit a claim as a member of the direct purchaser class in the *In Re: Cathode Ray Tube (CRT) Antitrust Litigation* at such time as the Court permits absent class members to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  14  day of November, 2014, at Long Beach, California.

_____
Ray Fekrinia

101833741.1

1

DECLARATION OF RAY FEKRINIA IN SUPPORT OF CPT AND CPTM'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC – MASTER CASE NO. 07-CV-5944 SC