Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>IPPs v SAMSUNG SDI | MDL No 1917<br><br>Master Case No 3:07-cv-05944SC<br><br>**ORDER RE INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE TWO ERRATA ON DEPOSITION OF MR SUNG KOOK SUNG** |

After the March 18-20, 2014 deposition of Samsung SDI witness, Mr Sung Kook Sung, Samsung SDI's counsel provided Indirect Purchaser Plaintiffs ("IPPs") with an errata sheet with over 70 changes to the deposition transcript.  Counsel for IPPs objected to two of the errata (on page 243, lines 9 and 11), asserted by Samsung SDI to be needed due to "Inaccurate translation, transcription error."  8/8/14 Gralewski Letter Brief, Ex A at 4.  The net effect of the errata was to change Mr Sung's deposition testimony from "There was a consensus that some degree of price increase is necessary for the Chinese and Taiwanese companies that we should go forward" to "It was sympathized that some degree of price increase is necessary for the Chinese and Taiwanese companies and the stance was to try to proceed with it."  See Ex A at 4 and Ex B Sung Kook Sung Deposition Transcript, page 243, lines 2-15.  The parties attempted to resolve their dispute, but Samsung SDI refused to withdraw the two errata.  The parties have briefed the issue and agreed to rest on the papers, and the undersigned Special Master has reviewed the submissions carefully.

This dispute is essentially about whether a witness may alter the main interpreter's translation of the witness' reading of his own Korean-language document in a manner inconsistent with both the main translation and the translation of the Samsung SDI "check interpreter."  Compare Ex B (Transcript), page 243, lines 2-25 with Ex A (Errata), page 4. Apparently, at the deposition, three interpreters were present – the main interpreter, a Samsung SDI check interpreter and an IPP attorney serving as an informal interpreter.  The deposition transcript reflects that after Mr Sung Kook Sung read his email into the record, the main translator interpreted the statement as "There was a consensus that some degree of price increase is necessary for the Chinese and Taiwanese companies that we should go forward."  Ex B, page 243, lines 7-11.  The Samsung SDI check interpreter objected to the translation, stating that "There was a consensus" should be "was simplified" and "we should go forward" should be "attempt was to try to proceed with it."  Ex B, page 243, lines 12-15.  The main interpreter stood by her original translation.  Ex B, page 243, lines 20-25.

The Ninth Circuit allows corrective, but not contradictory changes under Rule 30(e). Hambleton Bros Lumber v Balkin Enters, 397 F3d 1217, 1225-26 (9 Cir 2005). See also Lewis v CCPOA Benefit Trust Fund, 2010 WL 3398521 at *2 (ND Cal Aug 27, 2010). Here, the two errata changes made by Mr Sung contradict the main interpreter's translation, which considered the Samsung SDI check interpreter's translation and nevertheless stood her ground on her original translation. Indeed, Mr Sung also contradicts his own Samsung SDI check interpreter's translation. Accordingly, the two errata changes should not be given the benefit of Rule 30(e) certification and should be stricken. Samsung SDI is not precluded from preserving its contention of an erroneous translation; Samsung SDI may raise the issue by way of a motion *in limine* or by calling Mr Sung at trial.

Accordingly, the undersigned RECOMMENDS the court issue the following order:

**The IPPs' motion to strike two errata in the deposition of Mr Sung Kook Sung, Samsung SDI witness, is GRANTED and Samsung SDI's counsel is ORDERED to amend Mr Sung's errata designations consistent with this order.**

IT IS SO ORDERED.

Date: November 12, 2014

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: November ___, 2014

_____
Hon Samuel Conti
United States District Judge