(*Stipulating Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | **Master File No. 3:07-cv-05944-SC**<br><br>MDL No. 1917<br><br>Individual Case No. 3:14-cv-02510-SC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL** |

1    This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel
2 between, on the one hand, defendants Panasonic Corporation, Panasonic Corporation of North
3 America, and MT Picture Display Co., Ltd. (together, "Panasonic Defendants") and defendants
4 Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual
5 Solutions America, Inc. (together, "Mitsubishi Electric Defendants") and, on the other hand,
6 plaintiff ViewSonic Corporation ("ViewSonic"), is made with respect to the following facts and
7 recitals:

8    WHEREAS, on July 28, 2014, the Court entered a scheduling order setting the close of fact
9 discovery as to ViewSonic for November 7, 2014. *See* Dkt. No. 2711;

10    WHEREAS, the deadline to file any motion to compel after the discovery cut-off is
11 November 14, 2014 (L.R. 37-3);

12    WHEREAS, on August 11, 2014, Mitsubishi Electric Defendants served their First Set of
13 Requests for Production on ViewSonic;

14    WHEREAS, on September 15, 2014, ViewSonic served its Responses and Objections to the
15 Mitsubishi Electric Defendants' First Set of Requests for Production;

16    WHEREAS, on October 8, 2014, Panasonic Defendants served their First Set of Requests for
17 Production;

18    WHEREAS, on November 7, 2014, ViewSonic served its Responses and Objections to the
19 Panasonic Defendants' First Set of Requests for Production;

20    WHEREAS, ViewSonic has withheld certain documents or other discoverable information
21 responsive to the Mitsubishi Electric Defendants' and/or the Panasonic Defendants' Requests for
22 Production based upon a claim of privilege or work-product protection;

23    WHEREAS, counsel for the undersigned parties conferred in good faith and agreed that, as
24 required by Fed. R. Civ. P. 26(b)(5), ViewSonic will serve a privilege log related to the documents
25 or other discoverable information it has withheld;

26    WHEREAS, counsel for the undersigned parties conferred in good faith regarding the
27 potential deposition of ViewSonic employees Bonny Cheng and/or James Chu, and agreed to seek
28 the Court's extension of the deadline to move to compel the deposition of those witnesses;

WHEREAS, Panasonic Defendants, Mitsubishi Electric Defendants and ViewSonic have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1. ViewSonic will serve its privilege log by November 14, 2014.

2. The undersigned parties agree to extend the deadline to file a motion to compel the deposition of ViewSonic employees James Chu and/or Bonny Cheng, to the extent any of the undersigned defendants deem necessary, to November 18, 2014.

3. The undersigned parties agree to extend the deadline to file a motion to compel relating to ViewSonic's privilege log to the extent any of the undersigned defendants deem necessary, to November 21, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____       _____
                               Hon. Samuel Conti
                               United States District Court Judge


Date: November 14, 2014        WEIL, GOTSHAL & MANGES LLP

                               By: /s/ *Adam C. Hemlock*
                               DAVID L. YOHAI (*pro hac vice*)
                               E-mail: david.yohai@weil.com
                               ADAM C. HEMLOCK (*pro hac vice*)
                               E-mail: adam.hemlock@weil.com
                               DAVID E. YOLKUT (*pro hac vice*)
                               E-mail: david.yolkut@weil.com
                               KEVIN B. GOLDSTEIN (*pro hac vice*)
                               E-mail: kevin.goldstein@weil.com
                               **WEIL, GOTSHAL & MANGES LLP**
                               767 Fifth Avenue
                               New York, New York 10153-0119
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

3

| | |
|---|---|
| 1 | JEFFREY L. KESSLER (*pro hac vice*) |
| | E-mail: jkessler@winston.com |
| 2 | EVA W. COLE (*pro hac vice*) |
| | E-mail: ewcole@winston.com |
| 3 | MOLLY M. DONOVAN (*pro hac vice*) |
| 4 | E-mail: mmdonovan@winston.com |
| | ALDO A. BADINI (257086) |
| 5 | E-mail: abadini@winston.com |
| | **WINSTON & STRAWN LLP** |
| 6 | 200 Park Avenue |
| 7 | New York, New York 10166-4193 |
| | Telephone: (212) 294-6700 |
| 8 | Facsimile: (212) 294-4700 |

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

CROWELL & MORING LLP

By: /s/ *Astor H.L. Heaven*
Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor

4

Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
E-mail:   jmurray@crowell.com
          rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail:   jmurphy@crowell.com
          aheaven@crowell.com

*Attorneys for Plaintiff ViewSonic Corporation*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.