| | |
|---|---|
| Calvin L. Litsey (SBN 289659) <br> FAEGRE BAKER DANIELS LLP <br> 1950 University Avenue, Suite 450 <br> East Palo Alto, CA 94303-2279 <br> Telephone: +1 650-324-6700 <br> Facsimile: +1 650-324-6701 <br> calvin.litsey@FaegreBD.com | Jeffrey S. Roberts (*pro hac vice*) <br> FAEGRE BAKER DANIELS LLP <br> 3200 Wells Fargo <br> 1700 Lincoln Street <br> Denver, CO 80203 <br> Telephone: +1 303-607-3500 <br> Facsimile: +1 303-607-3600 <br> jeff.roberts@FaegreBD.com |
| Kathy L. Osborn (*pro hac vice*) <br> Ryan M. Hurley (*pro hac vice*) <br> FAEGRE BAKER DANIELS LLP <br> 300 N. Meridian Street, Suite 2700 <br> Indianapolis, IN 46204 <br> Telephone: +1 317-237-0300 <br> Facsimile: +1 317-237-1000 <br> kathy.osborn@FaegreBD.com <br> ryan.hurley@FaegreBD.com | Stephen M. Judge (*pro hac vice*) <br> FAEGRE BAKER DANIELS LLP <br> 202 S. Michigan Street, Suite 1400 <br> South Bend, IN 46601 <br> Telephone: +1 574-234-4149 <br> Facsimile: +1 574-239-1900 <br> steve.judge@FaegreBd.com |

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC <br> MDL No. 1917 |
| This Document Relates to: <br><br> *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261; <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; <br><br> *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; <br><br> *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; <br><br> *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | **DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF THOMSON SA'S OPPOSITION TO DIRECT ACTION PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDER RE: THOMSON DISCOVERY** <br><br> Judge: Hon. Samuel Conti |

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725;

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

*Dell Inc. v. Hitachi Ltd.*, No. 13-cv-02171;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173

*ViewSonic Corporation v. Chunghwa Corp., et al.*, No. 14-cv-02510

I, Jeffrey S. Roberts, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants, Technicolor SA (f/k/a Thomson SA). I am an active member in good standing of the bars of the State of Colorado and am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California. I make this declaration in support of Thomson SA's Response to the Sharp Plaintiffs' Statement Regarding Pending Discovery Motions. The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. Counsel for Thomson SA are moving as quickly as possible to identify potentially responsive documents in Europe (where they have remained due to Thomson SA's attempts to comply with the blocking statute), move them to a platform from which its attorneys in the United States can evaluate the extent and nature of the documents preserved and arrange for expeditious

DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF THOMSON SA'S OPPOSITION TO DAPS' MOTION TO ENFORCE

2

No. 07-5944-SC; MDL No. 1917

review and production of those documents, many of which are in French as well as other languages. Immediately following the Court's October 23, 2014, Order, counsel for Thomson SA undertook to obtain, access, and evaluate Thomson SA documents and data preserved in the course of producing documents in response the European Commission and United States Department of Justice investigations. The total volume of stored data exceeds 1.6 TB (1,600 GB). Counsel for Thomson SA has arranged for this data to be transferred to the United States and loaded into an accessible format.

3. At this juncture, counsel for Thomson SA does not yet know how many potentially responsive documents are in the 1.6 TB.

4. Counsel for Thomson SA has also obtained three separate estimates for the processing, review, and production of this data. The estimates each reflect nearly $200,000 simply to process the documents and, depending on the actual number of documents in the 1.6 TB (estimated to be between 200,000 and 550,000), a potential cost of between approximately $2 million and upwards of $4 million for a comprehensive review and production of the documents depending upon the number of documents that need to be reviewed.

5. Counsel for Thomson SA has informed counsel for DAPs that it is not able to provide "dates certain" until it has a better understanding of how much potentially responsive data it will need to review.

6. To the best of its knowledge, counsel for Thomson SA has now reviewed and produced to DAPs all non-privileged documents that were produced to the European Commission (the "EC Production"). This production consists of over 26,000 documents. The EC Production contains over 78,000 imaged pages including 9,700 files that were produced in native format with a coversheet stamped with a single bates number. Because many of these native files are twenty pages or longer, the EC Production likely contains hundreds of thousands of pages of documents.

7. Given its exit from the CRT industry several years prior to the investigations, counsel Thomson SA believes that the EC Production includes all potentially CRT-related documents and data responsive to DAPs' requests for production regarding competitor communications.

DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF THOMSON SA'S OPPOSITION TO DAPS' MOTION TO ENFORCE        3        No. 07-5944-SC; MDL No. 1917

8. The EC Production also contains over 1,700 documents that refer in some way to Videocon and thus likely represent the majority, if not all, of the documents in Thomson SA's possession, custody, and control that are responsive to DAPs' requests related to Thomson SA's disposition of its CRT business.

9. Thomson Consumer already produced Videocon related documents, including the transaction documents themselves, located in the United States, and Thomson SA expects to be able to produce any additional transactional documents in its possession, custody, or control, if any exist, in relatively short order.

10. Attached hereto as Exhibit A is a true and accurate copy of DAPs' Motion to Compel against Thomson SA, filed in letter form with Special Master Walker on July 29, 2014.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 14th day of November 2014, at Denver, Colorado.

/s/ Jeffrey S. Roberts