Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:     (213) 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:     (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510 | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT AGAINST VIEWSONIC CORPORATION BASED UPON FAILURE TO PROVIDE SUFFICIENT EVIDENCE TO AVOID FTAIA BAR ON FOREIGN COMMERCE.**<br> Judge: Hon. Samuel P. Conti<br>Court:  Courtroom 1, 17th Floor<br>Date and Time: Feb. 6, 2015 at 10 a.m. |

# DECLARATION OF SHAUN M. VAN HORN

I, SHAUN VAN HORN, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, I am an attorney at the law firm of Jenner & Block LLP, and an attorney of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. I submit this declaration in support of Defendants' Notice Of Motion And Joint Motion For Summary Judgment Against ViewSonic Corporation Based Upon Failure To Provide Evidence To Avoid FTAIA Bar On Foreign Commerce. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. [**UNDER SEAL**] Attached to my declaration as **Exhibit 1** is a true and correct copy of the ViewSonic Complaint.

3. [**UNDER SEAL**] Attached to my declaration as **Exhibit 2** is a true and correct copy of the VIEW_CRT00041325.

4. [**UNDER SEAL**] Attached to my declaration as **Exhibit 3** is a true and correct copy of the Deposition Transcript of Bonny Cheng, ViewSonic's 30(b)(6) witness.

5. [**PUBLIC**] Attached to my declaration as **Exhibit 4** is a true and correct copy of http://www.viewsonic.com/us/company/executive/james-chu.

6. [**UNDER SEAL**] Attached to my declaration as **Exhibit 5** is a true and correct copy of the Deposition Transcript of Rose Yang.

7. [**UNDER SEAL**] Attached to my declaration as **Exhibit 6** is a true and correct copy of VIEW_CRT00000002.

8. [**UNDER SEAL**] Attached to my declaration as **Exhibit 7** is a true and correct copy the Panasonic Defendants' Letter to ViewSonic on November 12, 2014.

9. [**PUBLIC**] Attached to my declaration as **Exhibit 8** is a true and correct copy of a letter from ViewSonic to the Panasonic Defendants on November 13, 2014.

10.     [**PUBLIC**] Attached to my declaration as **Exhibit 9** is a true and correct copy of an email from A. Heaven to K. Goldstein on November 13, 2014.

11.     [**UNDER SEAL**] Attached to my declaration as **Exhibit 10** is a true and correct copy of VIEW_CRT00041042.

12.     [**UNDER SEAL**] Attached to my declaration as **Exhibit 11** is a true and correct copy of VIEW_CRT00041130.

13.     [**UNDER SEAL**] Attached to my declaration as **Exhibit 12** is a true and correct copy of ViewSonic's Expert Report of Alan Frankel, served on June 9, 2014.

14.     [**UNDER SEAL**] Attached to my declaration as **Exhibit 13** is a true and correct copy of the Deposition Transcript of Vincent Sampietro, Sharp's 30(b)(6) witness.

15.     [**UNDER SEAL**] Attached to my declaration as **Exhibit 14** is a true and correct copy of SHARP-CRT-00000129-SHARP-CRT-00000130, SHARP-CRT-00000140-SHARP-CRT-00000141, SHARP-CRT-00025161, SHARP-CRT-00073859-SHARP-CRT-00073895.

16.     I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 14th day of November, 2014 at Chicago, Illinois.

*/s/ Shaun M. Van Horn*_____

Shaun M. Van Horn