# Exhibit 4

. .

# James Chu

**Chairman and CEO, ViewSonic Corporation**

James Chu is founder, chairman and CEO of ViewSonic® Corp., a leading global provider of visual display products.

A native of Taiwan, Chu held a variety of sales positions before immigrating to the United States in 1986 to become president of U.S. operations for a Taiwanese keyboard manufacturer. In 1987, Chu launched Keypoint Technology Corporation, a distribution company specializing in computer peripherals, such as power supplies, keyboards and computer monitors.



In 1990, Keypoint Technologies introduced the ViewSonic brand of color computer monitors. Shortly thereafter, Chu renamed the company, ViewSonic to emphasize its mission and focus: to develop and deliver advanced visual display products at an affordable price.

Under Chu's leadership, ViewSonic's distinct brand image that features three colorful finches has become a widely recognized symbol of innovation, quality and value. To date, ViewSonic products have earned more than 2,000 quality awards and recommendations. In 2004, marking the seventh time in the last eight years, CRN recognized ViewSonic as a "Channel Champion"-the market-leading vendor of monitors in the United States.

A key to ViewSonic's growth has been Chu's commitment to establishing a dynamic, entrepreneurial business environment. His visionary approach to corporate culture is illustrated by his insistence on treating every employee as a business partner.