Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:    213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd.,* No. 14-cv-02510 | Case No. 3:07-cv-5944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT AGAINST VIEWSONIC CORPORATION BASED UPON FAILURE TO PROVIDE EVIDENCE TO AVOID FTAIA BAR ON FOREIGN COMMERCE.**<br><br>Judge: Hon. Samuel P. Conti<br>Court: Courtroom 1, 17th Floor<br>Date:   February 6, 2015<br>Time:   10:00 A.M. |

Defendants' Joint Motion For Summary Judgment Against ViewSonic Corporation Based Upon Failure To Provide Evidence To Avoid FTAIA Bar On Foreign Commerce (the "Motion") has come before the Court.

After considering the motion, papers, and argument submitted in support of and in opposition to this motion, the Defendants' Joint Motion For Summary Judgment Against ViewSonic Corporation Based Upon Failure To Provide Evidence To Avoid FTAIA Bar On Foreign Commerce is hereby GRANTED in its entirety.

IT IS SO ORDERED.

Dated: _____          _____
                                         Honorable Samuel Conti
                                         United States District Judge