Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Consumer Products, L.L.C., Toshiba America*
*Electronic Components, Inc., and Toshiba*
*America Information Systems, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC MDL No. 1917 |
| | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5(d) RE DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| This Document Relates to: *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.,* Case No. 14-CV-2058 (SC). | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Direct Purchaser Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5(d) (Dkt. No. 2968) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On November 7, 2014, Direct Purchaser Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), their Notice of Motion and Motion for Class Certification with Respect to the Thomson and Mitsubishi Defendants; Memorandum of Points and Authorities in Support Thereof (the "Motion for Class Certification") (Dkt. No. 2969) and exhibits thereto.

6. On November 7, 2014, Direct Purchaser Plaintiffs filed the Declaration of R. Alexander Saveri in Support of the Motion to Seal (Dkt. No. 2968-1), which states that the redacted portions of the Motion for Class Certification and attached exhibits 1-2, 4, 15-136, and 138-139 contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Stipulated Protective Order, the following materials should be maintained under seal:

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

a.  Exhibit 114 to the Motion for Class Certification, which is a translation of a document produced by Toshiba Corp. in this litigation, bates-labeled TSB-CRT-00041862, that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order; and

b.  The redacted portions on page 12 of the Motion for Class Certification that quote from, describe, or summarize information from Exhibit 114 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order.

8.  The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information.  The materials contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions.  They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions.  Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November, 2014, in Washington, D.C.

_____
Dana E. Foster

**CERTIFICATE OF SERVICE**

On November 17, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT PURCAHSER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) RE DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION
TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC, MDL No. 1917