Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Consumer Products, L.L.C., Toshiba America*
*Electronic Components, Inc., and Toshiba*
*America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC MDL No. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*;<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-05513-SC;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:11-cv-05514-SC; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF HITACHI'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11 RE HITACHI PARTIES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON THE LACK OF EVIDENCE OF PARTICIPATION IN THE ALLEGED CONSPIRACY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2 *Sears, Roebuck and Co. and Kmart Corp. v.*
*Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-
3 05514-SC;

4 *Interbond Corporation of America, d/b/a*
*BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-
5 06275-SC;

6 *Office Depot, Inc. v. Hitachi, Ltd., et al.,* No.
7 3:11-cv-06276-SC;

8 *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,*
9 No. 3:11-cv-06396-SC;

10 *Costco Wholesale Corporation v. Hitachi, Ltd.,*
11 *et al.,* No. 3:11-cv-06397-SC;

12 *P.C. Richard & Son Long Island Corporation, et*
13 *al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

14 *Schultze Agency Services, LLC on behalf of*
*Tweeter OPCO, LLC and Tweeter Newco, LLC*
15 *v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;

16 *Tech Data Corporation, et al. v. Hitachi,*
17 *Ltd., et al.,* No. 3:13-cv-00157-SC

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DANA E. FOSTER IN SUPPORT OF HITACHI'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11
Case No. 07-5944 SC, MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

I, Dana E. Foster, hereby declare as follows:

1.     I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants").   I make this declaration in support of Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.'s (collectively, "Hitachi") Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11 Re Hitachi Parties' Notice of Motion and Motion for Summary Judgment Based Upon The Lack of Evidence of Participation in the Alleged Conspiracy and Memorandum of Points and Authorities in Support Thereof  (Dkt. No. 2974) (the "Motion to Seal").

2.     Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.     On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4.     The Toshiba Defendants have produced in this action certain documents and testimony designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

5.     On November 7, 2014, Hitachi filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), its Notice of Motion and Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy and Memorandum of Points and Authorities in Support Thereof (the "Motion for Summary Judgment") (Dkt. No. 2976) and exhibits thereto.

6.     On November 7, 2014, Hitachi filed the Declaration of Eliot A. Adelson in Support of the Motion to Seal (Dkt. No. 2974-1), which states that the redacted portions of the Motion for Summary Judgment and attached exhibits contain excerpts from, and/or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  statements derived from documents and testimony that have been designated as

2  "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

3      7.      Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective

4  Order, the following materials should be maintained under seal:

5              a.  The redacted portions on pages 8 and 9 of the Motion for Summary

6                  Judgment that cite to, quote from, and summarize testimony from the

7                  deposition of Yasuki Yamamoto, which the Toshiba Defendants have

8                  designated as "Highly Confidential"; and

9              b.  Exhibit 21, which consists of excerpts of testimony from the deposition

10                 of Yasuki Yamamoto, which the Toshiba Defendants have designated as

11                 "Highly Confidential."

12     8.      The materials listed in Paragraph 7 contain confidential, non-public,

13  proprietary, and highly sensitive business information.  The materials contain confidential,

14  non-public information about the Toshiba Defendants' sales practices, business and

15  supply agreements, and competitive positions.  They describe relationships with

16  companies — including customers and vendors — that remain important to the Toshiba

17  Defendants' competitive positions.  Upon information and belief, publicly disclosing this

18  sensitive information presents a risk of undermining the Toshiba Defendants'

19  relationships, would cause harm with respect to the Toshiba Defendants' competitors and

20  customers, and would put the Toshiba Defendants at a competitive disadvantage.

21     I declare under penalty of perjury under the laws of the United States of America

22  that the foregoing is true and correct.

23     Executed this 17th day of November, 2014, in Washington, D.C.

24

25

26                                          _____

27                                              Dana E. Foster

28

**CERTIFICATE OF SERVICE**

On November 17, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF HITACHI'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11 RE HITACHI PARTIES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON THE LACK OF EVIDENCE OF PARTICIPATION IN THE ALLEGED CONSPIRACY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005