Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Consumer Products, L.L.C., Toshiba America
Electronic Components, Inc., and Toshiba
America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;<br><br>*Electrograph Systems, Inc. and Electrograph Technologies Corp., v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED IN SUPPORT OF SDI DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO DIRECT ACTION PLAINTIFFS' SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

*Interbond Corporation of America v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*P.C. Richard & Son Long Island Corp., Marta Coooperative of Am., Inc., ABC Appliance, Inc. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Tech Data Corp and Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-02510

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1.     I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants").  I make this declaration in support of SDI Defendants' Administrative Motion to Seal Documents Lodged in Support of SDI Defendants' Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics (Dkt. No. 2980) (the "Motion to Seal").

2.     Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.     On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4.     The Toshiba Defendants have produced in this action certain documents and testimony designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

5.     On November 7, 2014, Samsung SDI (Malaysia) SDN BHD, Samsung SDI America, Inc., Samsung SDI Brasil LTDA, Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. LTD., and Tianjin Samsung SDI Co., Ltd. (collectively, "Samsung SDI") filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), SDI Defendants' Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics (the "Motion for Summary Judgment") (Dkt. No. 2980-3) and exhibits thereto.

6.     On November 7, 2014, Samsung SDI filed the Declaration of Helen C. Eckert in Support of the Motion to Seal (Dkt. No. 2980-1), which states that the Motion for Summary Judgment and attached exhibits filed under seal contain excerpts from, or

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  statements derived from documents and testimony that have been designated as
2  "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

3      7.    Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective
4  Order, the following materials should be maintained under seal:  Exhibit 4 to the
5  Declaration of James L. McGinnis in Support of the Motion for Summary Judgment,
6  which is an excerpt from the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014,
7  which quotes from and summarizes deposition testimony that TAEC has designated as
8  "Highly Confidential" under the Stipulated Protective Order.

9      8.    The testimony identified in Paragraph 7 contains confidential, non-public,
10  proprietary, and highly sensitive business information.  The testimony concerns
11  confidential, non-public information about the Toshiba Defendants' sales practices,
12  business and supply agreements, and competitive positions.  It describes relationships with
13  companies — including customers and vendors — that remain important to the Toshiba
14  Defendants' competitive positions.  Upon information and belief, publicly disclosing this
15  sensitive information presents a risk of undermining the Toshiba Defendants'
16  relationships, would cause harm with respect to the Toshiba Defendants' competitors and
17  customers, and would put the Toshiba Defendants at a competitive disadvantage.

18      I declare under penalty of perjury under the laws of the United States of America
19  that the foregoing is true and correct.

20      Executed this 17th day of November, 2014, in Washington, D.C.

21

22

23                              Dana E. Foster

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

On November 17, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED IN SUPPORT OF SDI DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO DIRECT ACTION PLAINTIFFS' SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster