Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.*, *and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;<br><br>*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. ("TAIS") (collectively, the "Toshiba Defendants"). I make this declaration in support of Mitsubishi Electric Corporation's, Mitsubishi Electric US, Inc.'s, and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, the "Mitsubishi Defendants") Administrative Motion to File Documents Under Seal (Dkt. No. 3020) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On November 7, 2014, the Mitsubishi Defendants filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), their Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation (the "Motion for Partial Summary Judgment") (Dkt. No. 3020-4) and exhibits thereto.

6. On November 7, 2014, the Mitsubishi Defendants filed the Declaration of Gabriel A. Fuentes in Support of the Motion to Seal (Dkt. No. 3020-1), which states that the redacted portions of the Motion for Partial Summary Judgment and attached exhibits contain excerpts from, or statements derived from documents and testimony that have

been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a. Exhibit A to the Declaration of Michael T. Brody in Support of the Motion for Partial Summary Judgment ("Brody Declaration"), which is the Expert Report of Dov Rothman, dated August 5, 2014, describes or summarizes on page 7 a document produced by Toshiba Corp. in this litigation, bates-labeled TSB-CRT-00061306 through TSB-CRT-00061317, that Toshiba Corp. has designated as "Confidential";

    b. Exhibit E to the Brody Declaration, which is Circuit City's Expert Report of Alan S. Frankel, dated April 15, 2014, describes or summarizes on page 14 and attached Exhibits 10, 12, 13, 16c, and 20b documents produced in this litigation by TACP, bates-labeled TACP-CRT-00000045 through TACP-CRT-00000064, and TAIS, bates-labeled TAIS-CRT-00000970, that each of TACP or TAIS has designated as "Confidential";

    c. Exhibit F to the Brody Declaration, which is P.C. Richard's Expert Report of Alan S. Frankel, dated April 15, 2014, describes or summarizes on pages 16-17 and attached Exhibits 10, 12, 13, 16d, and 20b documents produced in this litigation by TACP, bates-labeled TACP-CRT-00000045 through TACP-CRT-00000064, and TAIS, bates-labeled TAIS-CRT-00000970, that each of TACP or TAIS has designated as "Confidential";

    d. Exhibit G to the Brody Declaration, which is Electrograph's Expert Report of Alan S. Frankel, dated April 15, 2014, describes or summarizes on page 15 and attached Exhibits 10, 12, 13, and 20b documents produced in this litigation by TACP, bates-labeled TACP-CRT-00000045 through TACP-CRT-00000064, and TAIS, bates-labeled TAIS-CRT-00000970, that each of TACP or TAIS has designated as "Confidential";

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

  e. Exhibit H to the Brody Declaration, which is Interbond's Expert Report of Alan S. Frankel, dated April 15, 2014, describes or summarizes on page 15 and attached Exhibits 10, 12, 13, and 20b documents produced in this litigation by TACP, bates-labeled TACP-CRT-00000045 through TACP-CRT-00000064, and TAIS, bates-labeled TAIS-CRT-00000970, that each of TACP or TAIS has designated as "Confidential";

  f. Exhibit I to the Brody Declaration, which is Office Depot's Expert Report of Alan S. Frankel, dated April 15, 2014 ("Office Depot's Report"), describes or summarizes on page 15, attached Exhibits 10, 12, 13, 16c, and 20b, and Exhibit 20b to the attached Errata to Office Depot's Report, documents produced in this litigation by TACP, bates-labeled TACP-CRT-00000045 through TACP-CRT-00000064, and TAIS, bates-labeled TAIS-CRT-00000970, that each of TACP or TAIS has designated as "Confidential";

  g. Exhibit J to the Brody Declaration, which is Tech Data's Expert Report of Alan S. Frankel, dated April 15, 2014, describes or summarizes on page 14 and attached Exhibits 10, 12, 13, and 20b documents produced in this litigation by TACP, bates-labeled TACP-CRT-00000045 through TACP-CRT-00000064, and TAIS, bates-labeled TAIS-CRT-00000970, that each of TACP or TAIS has designated as "Confidential"; and

  h. Exhibit K to the Brody Declaration, which is Best Buy's Expert Report of Alan S. Frankel, dated April 15, 2014, describes or summarizes on pages 14-15 and attached Exhibits 10, 12, 13, and 16c documents produced in this litigation by TACP, bates-labeled TACP-CRT-00000045 through TACP-CRT-00000064, and TAIS, bates-labeled TAIS-CRT-00000970, that each of TACP or TAIS has designated as "Confidential."

8. The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The materials contain confidential,

1  non-public information about the Toshiba Defendants' sales practices, business and
2  supply agreements, and competitive positions. They describe relationships with
3  companies — including customers and vendors — that remain important to the Toshiba
4  Defendants' competitive positions. Upon information and belief, publicly disclosing this
5  sensitive information presents a risk of undermining the Toshiba Defendants'
6  relationships, would cause harm with respect to the Toshiba Defendants' competitors and
7  customers, and would put the Toshiba Defendants at a competitive disadvantage.

8      I declare under penalty of perjury under the laws of the United States of America
9  that the foregoing is true and correct.

10     Executed this 17th day of November, 2014, in Washington, D.C.

_____
Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

On November 17, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE MITSUBISHI
ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 07-5944 SC, MDL No. 1917