| | |
|---|---|
| 1 | Christopher M. Curran (*pro hac vice*) |
| 2 | ccurran@whitecase.com |
|   | Lucius B. Lau (*pro hac vice*) |
| 3 | alau@whitecase.com |
| 4 | Dana E. Foster (*pro hac vice*) |
|   | defoster@whitecase.com |
| 5 | White & Case LLP |
| 6 | 701 Thirteenth Street, N.W. |
|   | Washington, DC  20005 |
| 7 | Telephone:  (202) 626-3600 |
| 8 | Facsimile:  (202) 639-9355 |

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions;*<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
THE PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

1 | *Office Depot, Inc. v. Hitachi, Ltd.*,
2 | No. 11-cv-06276;

3 | *CompuCom Sys., Inc. v. Hitachi, Ltd.*,
4 | No. 11-cv-06396;

5 | *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*,
6 | No. 12-cv-02648;

8 | *Schultze Agency Servs., LLC v. Hitachi, Ltd.*,
   | No. 12-cv-02649;

10 | *Tech Data Corp. v. Hitachi, Ltd.*,
    | No. 13-cv-00157;

12 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*,
13 | No. 11-cv-05514

15 | *Sharp Electronics Corp. v. Hitachi Ltd.*,
   | No. 13-cv-1173 SC;

17 | *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-2510 SC.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
THE PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips Do Brasil Ltda.'s (collectively, the "Philips Defendants") Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 3022) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On November 7, 2014, the Philips Defendants filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), its Notice of Motion and Motion for Partial Summary Judgment (the "Motion for Partial Summary Judgment") (Dkt. No. 3022-3) and exhibits thereto.

6. On November 7, 2014, the Philips Defendants filed the Declaration of Tiffany B. Gelott in Support of the Motion to Seal ("Gelott Declaration") (Dkt. No. 3022-1), which states that the redacted portions of the Motion for Partial Summary Judgment and attached exhibits contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
THE PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

2

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a. The redacted portions on pages 6, 10, and 14 of the Motion for Partial Summary Judgment that quote from, describe, or summarize information that the Toshiba Defendants have designated as "Confidential" or "Highly Confidential";

    b. Exhibit 10 to the Gelott Declaration, which is an excerpt from the Deposition of Kazuhiro Nishimaru that the Toshiba Defendants have designated as "Highly Confidential";

    c. Exhibit 11 to the Gelott Declaration, which is an excerpt from the Deposition of Yasuki Yamamoto that the Toshiba Defendants have designated as "Highly Confidential";

    d. Exhibit 25 to the Gelott Declaration, which is a document produced by TAEC in this litigation, bates-labeled TAEC-CRT-00069443 through TAEC-CRT-00069444, that TAEC has designated as "Confidential"; and

    e. Exhibit 26 to the Gelott Declaration, which is a document produced by TAEC in this litigation, bates-labeled TAEC-CRT-00073598 through TAEC-CRT-00073601, that TAEC has designated as "Confidential."

8. The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The materials contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
THE PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917
3

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed this 17th day of November, 2014, in Washington, D.C.

_____
Dana E. Foster

**CERTIFICATE OF SERVICE**

On November 17, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

/s/ Dana E. Foster
Dana E. Foster