Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.*, *and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;<br><br>*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Mitsubishi Electric Corporation's, Mitsubishi Electric US, Inc.'s, and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, the "Mitsubishi Defendants") Administrative Motion to File Documents Under Seal (Dkt. No. 3033) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On November 7, 2014, the Mitsubishi Defendants filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), their Motion for Summary Judgment Based Upon Absence of Evidence of Liability (the "Motion for Summary Judgment") (Dkt. No. 3033-4) and exhibits thereto.

6. On November 7, 2014, the Mitsubishi Defendants filed the Declaration of Gabriel A. Fuentes in Support of the Motion to Seal (Dkt. No. 3033-1), which states that the redacted portions of the Motion for Summary Judgment and attached exhibits contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a. Exhibit 16 to the Declaration of Michael T. Brody in Support of the Motion for Summary Judgment ("Brody Declaration"), which is the Expert Report of Dov Rothman, dated August 5, 2014, that describes or summarizes on page 7 a document produced by Toshiba Corp. in this litigation, bates-labeled TSB-CRT-00061306 through TSB-CRT-00061317, that Toshiba Corp. has designated as "Confidential"; and

    b. Exhibit 23 to the Brody Declaration, which is the Expert Rebuttal Report of Dr. Kenneth G. Elzinga, dated September 26, 2014, which:

        i. Quotes from, describes, or summarizes on page 24 a document produced by Toshiba Corp. in this litigation, bates-labeled TSB-CRT-00041862 through TSB-CRT-00041863, that Toshiba Corp. has designated as "Highly Confidential";

        ii. Quotes from, describes, or summarizes on page 94 documents produced by Toshiba Corp. in this litigation, bates-labeled TSB-CRT-00042493 through TSB-CRT-00042495, TSB-CRT-00035348 through TSB-CRT-00035349, and TSB-CRT-00036875, that Toshiba Corp. has designated as "Highly Confidential";

        iii. Quotes from, describes, or summarizes on pages 119-20 and 123-24 a document produced by TAEC in this litigation, bates-labeled TAEC-CRT-00089968 through TAEC-CRT-00089969, that TAEC has designated as "Highly Confidential"; and

        iv. Quotes from, describes, or summarizes on pages 4, 9-12, 19-20, 27, 37, 62-63, 65, 67, 76-77, 89-90, 92-93, 105-06, 108-09, 111-14, 116, and 134-41 the Expert Report of Edward A. Snyder,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 07-5944 SC, MDL No. 1917
3

dated August 5, 2014, that the Toshiba Defendants have designated as "Highly Confidential."

8. The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The materials contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November, 2014, in Washington, D.C.

_____
Dana E. Foster

**CERTIFICATE OF SERVICE**

On November 17, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster