JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
Hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
William.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., LG Electronics
Taiwan Taipei Co., LTD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **CERTIFICATE OF SERVICE TO LG AND MITSUBISHI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 a.m.<br>Crtrm.:  1, 17th Floor |

3:07-cv-05944-SC;  MDL No. 1917

CERTIFICATE OF SERVICE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 11th day of November, 2014, a true and correct copy of the following documents filed under seal described as:

DEFENDANT LG ELECTRONICS, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED;

EXHIBITS 8, 10, 11, 13, 15-18, AND 25-26 IN THE DECLARATION OF CATHLEEN H. HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; SEALED

LGE DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED;

EXHIBITS 1 TO 9 IN THE DECLARATION OF HOJOON HWANG IN SUPPORT OF LGE DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED

LGE DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON STANDING GROUNDS; MEMORANDUM OFPOINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED;

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED;

EXHIBITS 1 TO 39 IN THE DECLARATION OF CLAIRE YAN IN SUPPORT OF DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED;

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED;

EXHIBITS A, B, 1-8, 10-11, 13-16, 21, 23-26, AND 28-30 IN THE DECLARATION OF LAURA K. LIN IN SUPPORT OF DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF  – SEALED;

1    DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON STATE LAW CLAIMS LIMITED TO INTRASTATE ACTIVITY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED;

LG AND MITSUBISHI ELECTRIC SUBSIDIARIES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED;

EXHIBITS A, B IN THE DECLARATION OF BRODY IN SUPPORT OF LG AND MITSUBISHI ELECTRIC SUBSIDIARIES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED; AND

EXHIBIT D IN THE DECLARATION OF BARCLAY-STROBEL IN SUPPORT OF LG AND MITSUBISHI ELECTRIC SUBSIDIARIES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF – SEALED

were served on the attached service list via email through Munger, Tolles & Olson's Accellion FTP pursuant to Civil L.R. 79-5(d).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2014, at San Francisco, California.


                                        */s/  Laura K. Lin*
                                        Laura K. Lin

*In Re: Cathode Ray Tue (CRT) Antitrust Litigation; Related To: Direct Purchaser Actions*
U.S. District Court for the Northern District of California
Master File No. 3:07-cv-05944-SC; MDL No. 1917

### Service List

| | |
|---|---|
| Liaison Counsel for the Direct Action Plaintiffs | Philip J. Iovieno, Esq.<br>BOIES, SCHILLER & FLEXNER LLP<br>10 N. Pearl St., 4th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Email: piovieno@bsfllp.com |
| Counsel for Plaintiffs Dell Inc. and Dell Products L.P. | Michael P. Kenny (mike.kenny@alston.com)<br>Debra D. Bernstein (debra.bernstein@alston.com)<br>Matthew D.Kent (matthew.kent@alston.com)<br>ALSTON& BIRD LLP<br>1201 West Peachtree Street<br>Atlanta,Georgia 30309-3424<br>Tel: (404) 881-7000<br>Fax: (404) 881-7777<br><br>James M.Wagstaffe, Esq. (SBN 95535)<br>wagstaffe@kerrwagstaffe.com<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, California 94105-1576<br>Tel: (415) 371-8500<br>Fax: (415) 371-0500 |
| Counsel for Indirect Purchaser Plaintiffs | Lauren C. Russell, Esq.<br>TRUMP ALIOTO TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Email: laurenrussell@tatp.com |
| Counsel for Direct Purchaser Plaintiffs | R. Alexander Saveri, Esq.<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Email: rick@saveri.com |
| California Office of the Attorney General | Kamala D. Harris<br>Attorney General of California<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate A venue, Suite 11000<br>San Francisco, CA 94102-3664<br>Telephone: ( 415) 703-5908<br>Email: emilio.varanini@doj.ca.gov |
| ALL DEFENSE COUNSEL | |