Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: | Master File No. 3:07-cv-05944-SC |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:11-cv-05514-SC | MDL No. 1917 |
| | **STIPULATION OF DISMISSAL** |

Plaintiff Target Corporation ("Target") and Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V., a/k/a Royal Philips Electronics), Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan) Ltd.), and Philips do Brasil Ltda. (f/k/a Philips do Amazonia Industria Electronica Ltda.) (collectively, "Philips") by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Philips with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Target against any other defendant or alleged co-conspirator in the above-captioned litigation.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: November 17, 2014

*/s/ Jason C. Murray*
Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Attorney for Plaintiff Target Corporation*

1
2                                                         */s/John Taladay*
3                                                         John Taladay
                                                          john.taladay@bakerbotts.com
4                                                         Erik T. Koons
                                                          erik.koons@bakerbotts.com
5                                                         Charles M. Malaise
                                                          Charles.malaise@bakerbotts.com
6                                                         BAKER BOTTS LLP
                                                          The Warner
7                                                         1299 Pennsylvania Avenue, NW
                                                          Washington, DC 20004-2400
8                                                         Tel: (202) 639-7909

9                                                         Jon V. Swenson
                                                          jon.swenson@bakerbotts.com
10                                                        BAKER BOTTS LLP
                                                          1001 Page Mill Road
11                                                        Building One, Suite 200
12                                                        Palo Alto, CA 94304
                                                          Tel. (650) 739-7500
13
                                                          *Counsel for Defendants Koninklijke Philips*
14                                                        *N.V., Philips Electronics North America*
                                                          *Corporation, Philips Taiwan Limited, and*
15                                                        *Philips do Brasil Ltda.*
16
17
18
19
20
21
22
23
24
25
26
27
28