**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates to: *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:11-cv-05514-SC | MDL No. 1917<br><br>**[PROPOSED] ORDER** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiff Target Corporation ("Target") against Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V., a/k/a Royal Philips Electronics), Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan) Ltd.), and Philips do Brasil Ltda. (f/k/a Philips do Amazonia Industria Electronica Ltda.) (collectively, "Philips") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

Hon. Samuel Conti
United States District Court Judge