1  Jason C. Murray (CA Bar No. 169806)
   Robert B. McNary (CA Bar No. 253745)
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone:  213-443-5582
4  Facsimile:  213-622-2690
   Email: jmurray@crowell.com
5          rmcnary@crowell.com

6  Jerome A. Murphy (*pro hac vice*)
   Astor H.L. Heaven (*pro hac vice*)
7  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Telephone:  202-624-2500
9  Facsimile:  202-628-5116
   Email: jmurphy@crowell.com
10         aheaven@crowell.com

11 *Counsel for Target Corp. and ViewSonic Corporation*

12 [additional counsel listed on signature page]

13

14                    **UNITED STATES DISTRICT COURT**
15                   **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
16

| | |
|---|---|
| 17 **In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 07-5944 SC |
| 18 | |
| 19 This Document Relates to: | MDL No. 1917 |
| 20 *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; | |
| 21 *Best Buy Co., Inc., et al. V. Hitachi, Ltd., et al., No. 11-cv-05513;* | |
| 22 *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; | **DIRECT ACTION PLAINTIFFS' MEMORANDUM REGARDING PROPOSED SPECIAL VERDICT FORM** |
| 23 | |
| 24 *Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC; | |
| 25 | |
| 26 *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | The Honorable Samuel Conti |
| 27 | |
| 28 *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776 | |

                                    1

1 | *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

2 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

3 |

4 | *Best Buyt Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264.*

5 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

6 |

7 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510

8

9      Pursuant to the Court's Order Requesting Supplemental Materials on proposed trial plans

10  for these cases (the "Order") [MDL Master Docket No. 2953], the seven direct action plaintiffs

11  ("DAPs") whose cases were filed in this Court submit a proposed special verdict form to assist

12  the Court in assessing their proposed trial plan.[1]  The proposed special verdict form is attached to

13  this Memorandum as Exhibit A.

14      DAPs and the class of indirect purchaser plaintiffs ("IPPs") moved for separate trials of

15  their respective cases.  [MDL Docket No. 2897]  Consistent with that motion, DAPs' proposed

16  special verdict form contains issues to be submitted to a jury in a DAP-only trial.  IPPs are

17  submitting separately a set of proposed jury issues to be given in a separate trial of the IPP case.

18

19      DAPs understand that the Order directs them to submit a single proposed special verdict

20  form for all DAP cases.  Thus, DAPs' proposed verdict form includes jury issues both for DAPs'

21  Sherman Act claims and for Best Buy's claim under the Minnesota Antitrust Act ("MAA").  In

22  doing so, this proposed verdict form assumes that Best Buy continues to prosecute its claim under

23  the MAA.  If Best Buy later withdraws its MAA claim, then Question 4 on the verdict form

24  would be removed.

25

26

27

28

[1]   The seven DAPs are (1) Viewsonic Corporation, (2) Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, (3) Kmart Corporation, (4) Sears, Roebuck & Co., (5) Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., (6) Target Corporation, and (7) Best Buy Co., Inc. and affiliates.

2

1    DAPs other than Best Buy previously indicated that if the Court rules that pass-through is

2    a defense under the MAA and if, after such ruling, Best Buy continues to pursue its MAA claim

3    that it would be appropriate to sever Best Buy from the DAP trial to avoid prejudice.  [MDL

4    Docket No. 2946 at 18]  DAPs other than Best Buy reiterate that position here.  By including Best

5    Buy's MAA claim in the proposed special verdict form, DAPs other than Best Buy do not intend

6    to minimize the prejudice that would arise from a trial of Sherman Act claims in which defensive

7    pass-through was presented.

8

9    DAPs submit this proposed special verdict form in accordance with the Order.  DAPs

10   reserve the right to amend or otherwise modify this form as appropriate following the Court's

11   rulings on pending or pretrial motions, a final determination of the trial structure for these cases,

12   or as otherwise may be appropriate.

13

14   Dated:  November 17, 2014

15
                                            /s/ Jason C. Murray
16                                          Jason C. Murray (CA Bar No. 169806)
                                            Robert B. McNary (CA Bar No. 253745)
17                                          CROWELL & MORING LLP
                                            515 South Flower St., 40th Floor
18                                          Los Angeles, CA 90071
                                            Telephone:  213-443-5582
19                                          Facsimile:  213-622-2690
                                            Email:  jmurray@crowell.com
20                                                  rmcnary@crowell.com

21                                          Jerome A. Murphy (*pro hac vice*)
                                            Astor H.L. Heaven (*pro hac vice*)
22                                          CROWELL & MORING LLP
                                            1001 Pennsylvania Avenue, N.W.
23                                          Washington, D.C. 20004
                                            Telephone:  202-624-2500
24                                          Facsimile:  202-628-5116
                                            Email:  jmurphy@crowell.com
25                                                  aheaven@crowell.com

26                                          *Counsel for Target Corp. and ViewSonic
                                            Corporation*

27

28                                          /s Kenneth S. Marks
                                                                    VERDICT FORM
                                   3                   MASTER FILE NO. 3:07-CV-05944-SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
John P. Lahad
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
Email: kmarks@susmangodfrey.com
       jross@susmangodfrey.com
       jcarter@susmangodfrey.com
       dpeterson@susmangodfrey.com
       jlahad@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883
Email: pfolse@susmangodfrey.com
       rblack@susmangodfrey.com
       jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/ William J. Blechman
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Ryan Zagare
Jalaine Garcia
James Almon
Kenny Hachwalter, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL  33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
       wblechman@knpa.com
       kmurray@knpa.com
       rzagare@knpa.com
       jgarcia@knpa.com
       jalmon@knpa.com

Gavin D. Whitis
Pond North, LLP
100 Spear Street, Suite 1200

4

VERDICT FORM
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29752262.1

San Francisco, CA  94105
Telephone: (415) 217-1240
Facsimile: (415) 644-0578
Email: gwhitis@pondnorth.com

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

/s/ Craig A. Benson
Craig A. Benson
Joseph J. Simons
Kenneth A. Gallo
Paul Weiss LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7343
Email: CBenson@paulweiss.com
        jsimons@paulweiss.com
        kgallo@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

/s/ David Martinez
Roman M. Silberfeld
David Martinez
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800
Email: RMSilberfeld@rkmc.com
        DMartinez@rkmc.com

Eliot S. Kaplan
K. Craig Wildfang (*Pro Hac Vice*)
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:    612-339-4181
Email: ESKaplan@rkmc.com
        KCWildfang@rkmc.com
        LENelson@rkmc.com

*Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, Inc.*

VERDICT FORM
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-29752262.1