# EXHIBIT A

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corporation*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**

This Document Relates to:

*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;

*Best Buy Co., Inc., et al. V. Hitachi, Ltd., et al., No. 11-cv-05513;*

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;

*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776

Master File No. 07-5944 SC

MDL No. 1917

**DIRECT ACTION PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**

The Honorable Samuel Conti

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Best Buyt Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264.*

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510

In response to the Court's Order Requesting Supplemental Materials dated November 3, 2014 [MDL Docket No. 2953], the seven direct action plaintiffs whose cases were filed in the Northern District of California ("DAPs") submit their proposed special verdict form to assist the Court in assessing their proposed trial plan. DAPs reserve the right to amend or otherwise revise this special verdict form as appropriate following the Court's rulings on pending or pretrial motions, a final determination of the trial structure for these cases, or as otherwise may be appropriate.

We, the jury, answer the questions that the court submitted as follows:

**QUESTION 1**

Did Plaintiffs prove that the following defendants knowingly participated in a conspiracy to fix, raise, maintain or stabilize the prices of cathode ray tubes or allocate customers, territories or product markets for cathode ray tubes?

| | | |
|---|---|---|
| BMCC | YES _____ | NO _____ |
| Chunghwa | YES _____ | NO _____ |
| Hitachi | YES _____ | NO _____ |
| Irico | YES _____ | NO _____ |
| LG Electronics | YES _____ | NO _____ |
| LP Displays | YES _____ | NO _____ |
| Mitsubishi | YES _____ | NO _____ |
| MTPD | YES _____ | NO _____ |
| Orion/Daewoo | YES _____ | NO _____ |

| | | |
|---|---|---|
| Panasonic | YES _____ | NO _____ |
| Philips | YES _____ | NO _____ |
| Samsung | YES _____ | NO _____ |
| Samtel | YES _____ | NO _____ |
| Technologies Displays | YES _____ | NO _____ |
| Thai CRT | YES _____ | NO _____ |
| Thomson | YES _____ | NO _____ |
| Toshiba | YES _____ | NO _____ |
| Videocon | YES _____ | NO _____ |

*If you answered "YES" to at least one Defendant, please answer Question 2. If you answered "NO" to every Defendant, please proceed to Question 5.*

**QUESTION 2**

Did each Plaintiff prove it was injured as a result of the conspiracy?

| | | |
|---|---|---|
| Best Buy | YES _____ | NO _____ |
| Circuit City | YES _____ | NO _____ |
| Kmart | YES _____ | NO _____ |
| Sears | YES _____ | NO _____ |
| Sharp | YES _____ | NO _____ |
| Target | YES _____ | NO _____ |
| Viewsonic | YES _____ | NO _____ |

*If you answered "YES" to any Plaintiff, please answer Question 3 as to each Plaintiff for which your answer was "YES." If you answered "YES" as to Plaintiff Best Buy, please answer both Question 3 and Question 4 as to Best Buy. If you answered "NO" to all Plaintiffs, please proceed to Question 5.*

**QUESTION 3**

What amount of damages did each Plaintiff prove it sustained as a result of the conspiracy with respect to its direct purchases of products containing cathode ray tubes?

| | |
|---|---|
| Best Buy | $_____________ |
| Circuit City | $_____________ |
| Kmart | $_____________ |
| Sears | $_____________ |
| Sharp | $_____________ |
| Target | $_____________ |
| Viewsonic | $_____________ |

*If you answered Question 2 "YES" as to Plaintiff Best Buy, please answer Question 4. If you answered Question 2 "NO" as to Best Buy, please proceed to Question 5.*

**QUESTION 4**

For Plaintiff Best Buy only, what amount of damages did Best Buy prove it sustained as a result of the conspiracy with respect to its indirect purchases of products containing cathode ray tubes?

| | |
|---|---|
| Best Buy | $_____________ |

*Please answer Question 5.*

**QUESTION 5**

Did Plaintiff Sharp prove that the following Defendants knowingly participated in a conspiracy to exchange information which resulted in cathode ray tubes being priced higher than they otherwise would have been?

| | | |
|---|---|---|
| LG Electronics | YES _____ | NO _____ |
| LP Displays | YES _____ | NO _____ |
| MTPD | YES _____ | NO _____ |
| Orion/Daewoo | YES _____ | NO _____ |
| Panasonic | YES _____ | NO _____ |
| Philips | YES _____ | NO _____ |
| Technologies Displays | YES _____ | NO _____ |
| Thomson | YES _____ | NO _____ |

Toshiba YES _____ NO _____

Videocon YES _____ NO _____

*If you answered "YES" as to at least one Defendant in Question 5, please answer Question 6. If you answered "NO" to every Defendant in Question 5, please do not answer any other questions; sign and date this form and notify the Court that you have reached a verdict.*

**QUESTION 6**

Did Plaintiff Sharp prove it was injured as a result of a conspiracy to exchange information which resulted in cathode ray tubes being priced higher than they otherwise would have been?

YES _____ NO _____

*If you answered "YES," please proceed to Question 7. If you answered "NO," please do not answer any other question; sign and date this form and notify the Court that you have reached a verdict.*

**QUESTION 7**

For Plaintiff Sharp only, what amount of damages did Sharp prove it sustained as a result of the conspiracy to exchange information which resulted in cathode ray tubes being priced higher than they otherwise would have been?

Sharp $_____________

Date: _____________________ ________________________________

FOREPERSON

/s/ *Jason C. Murray*
Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corporation*

*/s/ Kenneth S. Marks*

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
John P. Lahad
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com
jlahad@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

*/s/ William J. Blechman*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Ryan Zagare
Jalaine Garcia
James Almon
Kenny Hachwalter, P.A.

201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
rzagare@knpa.com
jgarcia@knpa.com
jalmon@knpa.com

Gavin D. Whitis
Pond North, LLP
100 Spear Street, Suite 1200
San Francisco, CA 94105
Telephone: (415) 217-1240
Facsimile: (415) 644-0578
Email: gwhitis@pondnorth.com

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

*/s/ Craig A. Benson*

Craig A. Benson
Joseph J. Simons
Kenneth A. Gallo
Paul Weiss LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7343
Email: CBenson@paulweiss.com
jsimons@paulweiss.com
kgallo@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

*/s/ David Martinez*

Roman M. Silberfeld
David Martinez
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800
Email: RMSilberfeld@rkmc.com
DMartinez@rkmc.com

Eliot S. Kaplan
K. Craig Wildfang (*Pro Hac Vice)*
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
800 LaSalle Avenue

2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
Email: ESKaplan@rkmc.com
KCWildfang@rkmc.com
LENelson@rkmc.com

*Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, Inc.*