IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER REQUESTING REPORT ON SETTLEMENT DISCUSSIONS |
| ALL INDIRECT PURCHASER ACTIONS | |

The Court hereby ORDERS the Special Master to prepare a report and any recommendations necessary regarding the progress of settlement discussions in the Indirect Purchaser Plaintiffs' action. The Special Master shall file the report at his convenience.

IT IS SO ORDERED.

Dated: November 17, 2014

UNITED STATES DISTRICT JUDGE