Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF DIRECT ACTION PLAINTIFFS' REPLY TO THEIR MOTION TO ENFORCE THE COURT'S ORDER RE: THOMSON DISCOVERY BY IMPOSING DEADLINE ON THOMSON SA'S PRODUCTION OF DOCUMENTS**<br><br>DATE:  December 12, 2014<br>TIME:   10:00 a.m.<br>PLACE: Courtroom 1, 17th Floor<br>JUDGE: Hon. Samuel Conti |

1  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

2  *Costco Wholesale Corporation v. Technicolor SA,
3  et al.*, No. 13-cv-05723;

4  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

5  *Schultze Agency Services, LLC v. Technicolor SA,
6  Ltd., et al.*, No. 13-cv-05668;

7  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

8  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.
9  13-cv-00157;

10 *Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-02058.

13 I, CRAIG A. BENSON, hereby declare as follows:

14    1.   I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA"). I am an active member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia, and on March 20, 2013 was granted leave to appear *pro hac vice* in this litigation. I have personal knowledge of the facts stated herein and could competently testify to these facts if called upon to do so. I submit this Declaration in support of Direct Action Plaintiffs' Reply Memorandum in Support of their Motion to Enforce the Court's Order re: Thomson Discovery by Imposing Deadline on Thomson SA's Production of Documents.

    2.   Attached hereto as <u>Exhibit A</u> is a true and correct copy of Direct Action Plaintiffs' First Set of Requests for Production to Thomson SA (April 14, 2014).

///

///

///

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed
2  this 17th day of November, 2014, at Washington, DC.

                                              /s/  *Craig A. Benson*
                                                Craig A. Benson