1  Eliot A. Adelson (SBN 205284)
   James Maxwell Cooper (SBN 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: max.cooper@kirkland.com
5  Email: eadelson@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice*)
   Barack Echols (*pro hac vice*)
7  Kate Wheaton (*pro hac vice*)
   KIRKLAND & ELLIS LLP
8  300 North LaSalle
   Chicago, IL  60654
9  Telephone: (312) 862-2000
   Facsimile: (312) 862-2200
10 Email: jmutchnik@kirkland.com
   Email: bechols@kirkland.com
11 Email: kate.wheaton@kirkland.com

12 Attorneys for Defendants
   HITACHI, LTD., HITACHI DISPLAYS, LTD.
13 (n/k/a JAPAN DISPLAY INC.), HITACHI
   AMERICA, LTD., HITACHI ASIA, LTD.,
14 AND HITACHI ELECTRONIC DEVICES
   (USA), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC |
|---|---|
| ———————————————— | MDL NO. 1917 |
| This Document Relates to: | **DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd.,* No. 14-cv-02510 | |

I, James Maxwell Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and the Northern District of California. I am an associate with Kirkland & Ellis LLP, and counsel for Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2. I submit this Declaration in Support of Mitsubishi Electric Defendants' Administrative Motion to File Documents Under Seal (ECF No. 3107). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

3. On June 18, 2008 the Court approved a "Stipulated Protective Order" in this matter (ECF No. 306).

4. The Hitachi Defendants have disclosed or produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. I have reviewed Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric") Defendants' Notice of Motion and Joint Motion for Summary Judgment Against ViewSonic Corporation Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce (ECF No. 3108), the accompanying Declaration of Shaun M. Van Horn in Support of Defendants' Notice of Motion and Joint Motion for Summary Judgment Against ViewSonic Corporation Based Upon Failure to Provide Sufficient Evidence to Avoid FTAIA Bar on Foreign Commerce (ECF No. 3108-1, "Van Horn Declaration" ), and the Mitsubishi Electric Defendants' Administrative Motion to File Documents Under Seal (ECF No. 3107), filed on November 14, 2014.

6. Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Stipulated Protective Order, I make this declaration on behalf of the Hitachi Defendants to provide the Court with a basis to maintain under seal Exhibit 12 to the Van Horn Declaration, a true and correct copy of ViewSonic's Expert Report of Alan Frankel, served on June 9, 2014 ("Exhibit 12") which quotes from, contains,

reflects, or describes documents or information designated by Hitachi Defendants as "Confidential" or "Highly Confidential."

7. Specifically, Exhibit 12 references documents HEDUS-CRT00126016 through HEDUS-CRT00126021, designated by the Hitachi Defendants as "Highly Confidential" under the terms of the Stipulated Protective Order.

8. I am informed and believe that the documents and information quoted from, described, or otherwise summarized in Exhibit 12 cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the Hitachi Defendants' business practices, pricing practices, confidential business agreements, and competitive positions. The documents describe relationships with companies that remain important to the Hitachi Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Hitachi Defendants' business relationships, would cause them harm with respect to their competitors and customers, and would put the Hitachi Defendants at a competitive disadvantage.

9. I am informed and believe that the Hitachi Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Exhibit 12.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November, 2014 at San Francisco, California.

*/s/ James Maxwell Cooper*
James Maxwell Cooper