DAVID L. YOHAI *(pro hac vice)*
ADAM C. HEMLOCK *(pro hac vice)*
DAVID E. YOLKUT *(pro hac vice)*
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

JEFFREY L. KESSLER *(pro hac vice)*
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE *(pro hac vice)*
MOLLY M. DONOVAN *(pro hac vice)*
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

[Additional Moving Defendants and Counsel Listed on Signature Pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br> This Document Relates to: <br> ALL INDIRECT-PURCHASER ACTIONS <br> *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; <br> *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br> *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; <br> *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; <br> *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | No.: 3:07-cv-05944 SC <br> MDL No. 1917 <br><br> **DEFENDANTS' JOINT RE-NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS** <br><br> Date: February 6, 2015 <br> Time: 10:00 a.m. <br> Place: Courtroom 1, 17th Floor <br> Judge: Hon. Samuel Conti |

| | | |
|---|---|---|
| 1 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | ) ) ) |
| 2 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | ) ) ) |
| 3 | | ) |
| 4 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | ) ) ) |
| 5 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | ) ) ) |
| 6 | | ) |
| 7 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | ) ) ) |
| 8 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; | ) ) ) |
| 9 | | ) |
| 10 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; | ) ) ) |
| 11 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; | ) ) ) |
| 12 | | ) |
| 13 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | ) ) ) |
| 14 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; | ) ) ) |
| 15 | | ) |
| 16 | *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | ) ) ) |
| 17 | *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; | ) ) ) |
| 18 | | ) |
| 19 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | ) ) ) |
| 20 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | ) ) ) |
| 21 | | ) |
| 22 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | ) ) ) |
| 23 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; | ) ) ) |
| 24 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 | ) ) ) |
| 25 | | ) |
| 26 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510 | ) ) ) |
| 27 | | |
| 28 | | |

DEFS' JOINT RE- NOTICE OF MOTION FOR PARTIAL SJ AGAINST IPPS AND
CERTAIN DAPS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING

Master File No. 3:07-cv-05944 SC
MDL No. 1917

PLEASE TAKE NOTICE that the hearing of the undersigned Defendants' Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws, previously noticed on January 16, 2015, at 10:00 a.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Samuel Conti is hereby re-noticed for February 6, 2015, at 10:00 a.m., in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Samuel Conti.

Dated:   November 18, 2014

By:   */s/ Adam C. Hemlock*
DAVID L. YOHAI *(pro hac vice)*
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK *(pro hac vice)*
E-mail: adam.hemlock@weil.com
DAVID E. YOLKUT *(pro hac vice)*
E-mail: david.yolkut@weil.com
LARA E. VEBLEN TRAGER *(pro hac vice)*
E-mail: lara.trager@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

BAMBO OBARO (267683)
E-mail: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone:   (650) 802-3000
Facsimile:   (650) 802-3100

JEFFREY L. KESSLER *(pro hac vice)*
E-mail: jkessler@winston.com
A. PAUL VICTOR *(pro hac vice)*
E-mail: pvictor@winston.com
EVA W. COLE *(pro hac vice)*
E-mail: ewcole@winston.com
MOLLY M. DONOVAN *(pro hac vice)*
E-mail: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue

1

New York, New York 10166-4193
Telephone:     (212) 294-6700
Facsimile:     (212) 294-7400

***Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)***

By:     /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN *(pro hac vice)*
Email: ccurran@whitecase.com
LUCIUS B. LAU *(pro hac vice)*
Email: alau@whitecase.com
DANA E. FOSTER *(pro hac vice)*
Email: defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

***Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.***

By:     /s/ *John M. Taladay*
JOHN M. TALADAY  *(pro hac vice)*
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH *(pro hac vice)*
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS *(pro hac vice)*
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE *(pro hac vice)*
Email: charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
E-mail: jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road

2

DEFS' JOINT RE- NOTICE OF MOTION FOR PARTIAL SJ AGAINST IPPS AND           Master File No. 3:07-cv-05944 SC
CERTAIN DAPS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING                    MDL No. 1917

Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Attorneys for Defendants Koninklijke Philips N.V. Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

By:   */s/ Hojoon Hwang*
JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

By:   */s/ Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
Email: eadelson@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
KATE WHEATON (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000

3

DEFS' JOINT RE- NOTICE OF MOTION FOR PARTIAL SJ AGAINST IPPS AND
CERTAIN DAPS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING

Master File No. 3:07-cv-05944 SC
MDL No. 1917

Fax (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

By: ___/s/ *Gary L. Halling*___
GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

By: ___/s/ *Rachel S. Brass*___
JOEL S. SANDERS (Cal. Bar. No. 107234)
Email: jsanders@gibsondunn.com
RACHEL S. BRASS (Cal. Bar. No. 219301)
Email: rbrass@gibsondunn.com
AUSTIN V. SCHWING (Cal. Bar. No. 211696)
Email: aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* (Only as to Direct Action Plaintiffs Best Buy, Target, Sears, Interbond, Office Depot, CompuCom, P.C. Richards, MARTA, ABC Appliance, Schultze Agency Services, and ViewSonic)

4

DEFS' JOINT RE- NOTICE OF MOTION FOR PARTIAL SJ AGAINST IPPS AND                 Master File No. 3:07-cv-05944 SC
CERTAIN DAPS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING                 MDL No. 1917

1

2  By:   /s/ *Kathy L. Osborn*
   KATHY L. OSBORN *(pro hac vice)*
3  Email: kathy.osborn@FaegreBD.com
   RYAN M. HURLEY *(pro hac vice)*
4  Email: ryan.hurley@FaegreBD.com
   **FAEGRE BAKER DANIELS LLP**
5  300 N. Meridian Street, Suite 2700
   Indianapolis, IN 46204
6  Telephone: (317) 237-0300
7  Facsimile: (317) 237-1000

8  JEFFREY S. ROBERTS *(pro hac vice)*
   Email: jeff.roberts@FaegreBD.com
9  **FAEGRE BAKER DANIELS LLP**
   3200 Wells Fargo Center
10 1700 Lincoln Street
   Denver, CO 80203
11 Telephone: (303) 607-3500
12 Facsimile: (303) 607-3600

13 STEPHEN M. JUDGE *(pro hac vice)*
   Email: steve.judge@FaegreBd.com
14 **FAEGRE BAKER DANIELS LLP**
15 202 S. Michigan Street, Suite 1400
   South Bend, IN 46601
16 Telephone: (574) 234-4149
   Facsimile: (574) 239-1900
17

18 ***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***
19

20 By:   /s/ *Michael T. Brody*
   TERRENCE J. TRUAX *(pro hac vice)*
21 Email: ttruax@jenner.com
22 MICHAEL T. BRODY *(pro hac vice)*
   Email: mbrody@jenner.com
23 **JENNER & BLOCK LLP**
   353 North Clark Street
24 Chicago, IL 60654-3456
25 Telephone: (312) 222-9350
   Facsimile: (312) 527-0484
26
   BRENT CASLIN (Cal. Bar. No. 198682)
27 Email: bcaslin@jenner.com
   **JENNER & BLOCK LLP**
28

5

DEFS' JOINT RE- NOTICE OF MOTION FOR PARTIAL SJ AGAINST IPPS AND
CERTAIN DAPS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING

Master File No. 3:07-cv-05944 SC
MDL No. 1917

633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

By:     /s/ *Michael Lacorcara*
MICHAEL LACOVARA (209279)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel: 212-277-4000
Fax: 212-277-4001

TERRY CALVANI (Cal. Bar. No. 53260)
Email: terry.calvani@freshfields.com
CHRISTINE LACIAK *(pro hac vice)*
Email: christine.laciak@freshfields.com
RICHARD SNYDER *(pro hac vice)*
Email: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

By:     /s/ *Nathan Lane, III*
MARK DOSKER
NATHAN LANE, III
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: 415.954.0200
Facsimile: 415.393.9887
Email: mark.dosker@squirepb.com
nathan.lane@squirepb.com

DONALD A. WALL *(pro hac vice)*

**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602.528.4000
Facsimile: 602.253.8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co. et al. v. Technicolor SA, et al.*

By:  /s/ *Jeffrey I. Zuckerman*
JEFFREY I. ZUCKERMAN (*pro hac vice*)
ELLEN TOBIN (*pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
E-mail: jzuckerman@curtis.com
E-mail: etobin@curtis.com

ARTHUR GAUS (SBN 289560)
**DILLINGHAM & MURPHY, LLP**
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
E-mail: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co. et al. v. Technicolor SA, et al.*