DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
LARA E. VEBLEN TRAGER (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

[Additional Moving Defendants and Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.: 3:07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **CERTAIN DEFENDANTS' RE-NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DAPS' ALLEGED DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO**<br><br>Date:  February 6, 2015<br>Time:  10:00 a.m.<br>Place: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

1  PLEASE TAKE NOTICE that the hearing of the undersigned Defendants' Motion for
2  Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on
3  Purchases from Sanyo, previously noticed on January 16, 2015, at 10:00 a.m. in Courtroom 1, 17th
4  Floor, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Samuel Conti is
5  hereby re-noticed for February 6, 2015, at 10:00 a.m., in Courtroom 1, 17th Floor, 450 Golden Gate
6  Avenue, San Francisco, California, before the Honorable Samuel Conti.

Dated:   November 18, 2014

By:  */s/ Adam C. Hemlock*
DAVID L. YOHAI *(pro hac vice)*
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK *(pro hac vice)*
E-mail: adam.hemlock@weil.com
DAVID E. YOLKUT *(pro hac vice)*
E-mail: david.yolkut@weil.com
LARA E. VEBLEN TRAGER *(pro hac vice)*
E-mail: lara.trager@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:    (212) 310-8000
Facsimile:     (212) 310-8007

BAMBO OBARO (267683)
E-mail: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone:    (650) 802-3000
Facsimile:     (650) 802-3100

JEFFREY L. KESSLER *(pro hac vice)*
E-mail: jkessler@winston.com
A. PAUL VICTOR *(pro hac vice)*
E-mail: pvictor@winston.com
EVA W. COLE *(pro hac vice)*
E-mail: ewcole@winston.com
MOLLY M. DONOVAN *(pro hac vice)*
E-mail: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone:    (212) 294-6700
Facsimile:     (212) 294-7400

1

CERTAIN DEFENDANTS' RE-NOTICE OF MOTION FOR SJ RE DAPS' ALLEGED         Master No. 3:07-cv-05944-SC
DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO                                    MDL No. 1917

|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  |                                                                                      |
| 2  | *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)* |
| 3  |                                                                                      |
| 4  |                                                                                      |
| 5  | By:   /s/ *Lucius B. Lau*                                                            |
|    | CHRISTOPHER M. CURRAN *(pro hac vice)*                                               |
| 6  | Email: ccurran@whitecase.com                                                         |
|    | LUCIUS B. LAU *(pro hac vice)*                                                       |
| 7  | Email: alau@whitecase.com                                                            |
|    | DANA E. FOSTER *(pro hac vice)*                                                      |
| 8  | Email: defoster@whitecase.com                                                        |
| 9  | **WHITE & CASE LLP**                                                                 |
|    | 701 Thirteenth Street, N.W.                                                          |
| 10 | Washington, DC  20005                                                                |
|    | Telephone: (202) 626-3600                                                            |
| 11 | Facsimile: (202) 639-9355                                                            |
| 12 | *Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| 13 |                                                                                      |
| 14 |                                                                                      |
| 15 |                                                                                      |
| 16 | By:   /s/ *John M. Taladay*                                                          |
|    | JOHN M. TALADAY (*pro hac vice*)                                                     |
| 17 | JOSEPH OSTOYICH (*pro hac vice*)                                                     |
|    | ERIK T. KOONS (*pro hac vice*)                                                       |
| 18 | Charles M. Malaise (*pro hac vice*)                                                  |
| 19 | **BAKER BOTTS LLP**                                                                  |
|    | 1299 Pennsylvania Ave., N.W.                                                         |
| 20 | Washington, DC 20004-2400                                                            |
|    | Telephone: (202) 639-7700                                                            |
| 21 | Facsimile: (202) 639-7890                                                            |
| 22 | Email: john.taladay@bakerbotts.com                                                   |
|    | Email: joseph.ostoyich@bakerbotts.com                                                |
| 23 | Email: erik.koons@bakerbotts.com                                                     |
|    | Email: charles.malaise@bakerbotts.com                                                |
| 24 |                                                                                      |
| 25 | JON V. SWENSON (SBN 233054)                                                          |
|    | **BAKER BOTTS LLP**                                                                  |
| 26 | 620 Hansen Way                                                                       |
|    | Palo Alto, CA 94304                                                                  |
| 27 | Telephone: (650) 739-7500                                                            |
|    | Facsimile: (650) 739-7699                                                            |
| 28 | Email: jon.swenson@bakerbotts.com                                                    |

2

CERTAIN DEFENDANTS' RE-NOTICE OF MOTION FOR SJ RE DAPS' ALLEGED                Master No. 3:07-cv-05944-SC
DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO                             MDL No. 1917

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

By: */s/ Hojoon Hwang*
JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

By: */s/ Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
JAMES MAXWELL COOPER (SBN 284054)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, California 94104
Tel: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: eadelson@kirkland.com
E-mail: max.cooper@kirkland.com

JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
KATE WHEATON (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

|   |   |
|---|---|
| 1 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 2 | |
| 3 | |
| 4 | By:   /s/ *Gary L. Halling*   <br>GARY L. HALLING (SBN 66087)<br>Email: ghalling@sheppardmullin.com<br>JAMES L. MCGINNIS (SBN 95788)<br>Email: jmcginnis@sheppardmullin.com<br>MICHAEL W. SCARBOROUGH, (SBN 203524)<br>Email: mscarborough@sheppardmullin.com<br>**SHEPPARD MULLIN RICHTER & HAMPTON**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |
| 10 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 15 | By:   /s/ *Kathy L. Osborn*   <br>KATHY L. OSBORN *(pro hac vice)*<br>Email: kathy.osborn@FaegreBD.com<br>RYAN M. HURLEY *(pro hac vice)*<br>Email: ryan.hurley@FaegreBD.com<br>**FAEGRE BAKER DANIELS LLP**<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 |
| 21 | JEFFREY S. ROBERTS *(pro hac vice)*<br>Email: jeff.roberts@FaegreBD.com<br>**FAEGRE BAKER DANIELS LLP**<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600 |
| 26 | STEPHEN M. JUDGE *(pro hac vice)*<br>Email: steve.judge@FaegreBd.com<br>**FAEGRE BAKER DANIELS LLP**<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601 |

4

CERTAIN DEFENDANTS' RE-NOTICE OF MOTION FOR SJ RE DAPS' ALLEGED          Master No. 3:07-cv-05944-SC
DIRECT DAMAGE CLAIMS BASED ON PURCHASES FROM SANYO                                     MDL No. 1917

| | |
|---|---|
| 1 | Telephone: (574) 234-4149<br>Facsimile: (574) 239-1900 |
| 2 | |
| 3 | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |

By:    /s/ *Terrence J. Truax*
TERRENCE J. TRUAX *(pro hac vice)*
Email: ttruax@jenner.com
MICHAEL T. BRODY *(pro hac vice)*
Email: mbrody@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

BRENT CASLIN (Cal. Bar. No. 198682)
Email: bcaslin@jenner.com
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

By:    /s/ *Michael Lacovara*
MICHAEL LACOVARA (209279)
Email: michael.lacovara@fresfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel: 212-277-4000
Fax: 212-277-4001

TERRY CALVANI (Cal. Bar. No. 53260)
Email: terry.calvani@freshfields.com
CHRISTINE LACIAK *(pro hac vice)*
Email: christine.laciak@freshfields.com
RICHARD SNYDER *(pro hac vice)*
Email: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

5

|   |   |
|---|---|
| 1 | 701 Pennsylvania Avenue NW, Suite 600 |
| 2 | Washington, DC 20004<br>Telephone: (202) 777-4565<br>Facsimile: (202) 777-4555 |

***Attorneys for Beijing-Matsushita Color CRT Company, Ltd.***