Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorney for Plaintiffs Target Corporation and ViewSonic Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510 | **Case No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**Individual Case No. 3:14-cv-02510-SC**<br><br>**DECLARATION OF ASTOR H. L. HEAVEN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:  Hon. Samuel Conti |

1  I, ASTOR H. L. HEAVEN, do hereby declare and state as follows:

2      1.   I am a member of the bar of the District of Columbia and am admitted to practice before this court *pro hac vice*. I am a counsel with Crowell & Moring LLP, counsel of record for plaintiff ViewSonic Corporation ("ViewSonic"). I make this declaration in support of (i) Mitsubishi Electric Defendants' Administrative Motion to Seal Documents Lodged in Support of their Motion for Summary Judgment Against ViewSonic Corporation Based Upon Failure to Provide Sufficient Evidence to Avoid FTAIA Bar on Foreign Commerce (Dkt. No. 3107) ("Motion").

    2.   Except for those matters stated on information and belief, about which I am informed and believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

    3.   ViewSonic has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) ("Protective Order").

    4.   I have reviewed the Motion, and the supporting declarations and exhibits lodged by the defendants on November 14, 2014.

    5.   Pursuant to Civil Local Rules 7-11 and 79-5, this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order of June 18, 2008 (Dkt. No. 306), I make this declaration on behalf of ViewSonic to provide the Court with a basis to maintain under seal the following documents and information designated by ViewSonic as "Confidential" or "Highly Confidential:"

    i.   Exhibits 1, 2, 3, 5, 6 10 and 11 to the Declaration of Shaun Van Horn in Support of the Motion.

    ii.   The following portions currently redacted in of the Motion:

      1.  pg. 1 lines 12-16;

      2.  pg. 2 lines 8-21 and footnote 3;

      3.  pg. 3 lines 1-16;

---

DECLARATION OF ASTOR H. L. HEAVEN ISO ADMINISTRATIVE MOTIONS TO SEAL
Case No. 07-5944; MDL NO. 1917
2

4.  pg. 4 lines 9-19;

5.  pg. 5 lines 1-2 and footnote 18;

6.  pg. 7 lines 23-26;

7.  pg. 8 lines 3-5; and

8.  pg. 9 lines 20-21 and 27.

6. These exhibits and memoranda contain, quote from, or describe materials designated by ViewSonic as highly confidential under the Protective Order. I am informed or believe that ViewSonic considers any statements in the exhibits and the memoranda purporting to summarize these exhibits to be highly confidential, and that public disclosure of the information would also likely cause harm to ViewSonic with respect to its vendors, competitors and/or customers. Accordingly, all portions of the exhibits and the portions of the memoranda that quote from or describe these exhibits should be maintained under seal.

7. ViewSonic has narrowly tailored this sealing request to only those materials necessary to protect its proprietary and sensitive business information. Accordingly, for the reasons stated above, ViewSonic requests that the Court maintain the information identified above under seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 18th day of November, 2014 at Washington, District of Columbia.

*/s/ Astor H.L. Heaven*
Astor H.L. Heaven