Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173. | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S MOTION FOR CASE MANAGEMENT CONFERENCE**<br><br>Honorable Samuel Conti |

1  Upon consideration of Sharp Electronics Corporation and Sharp Electronics
2  Manufacturing Company of America, Inc.'s Motion for Case Management Conference, and good
3  cause appearing therefor,
4      IT IS HEREBY ORDERED that the Plaintiffs' Motion is GRANTED.
5      IT IS FURTHER ORDERED that:
6      (1)    A case management conference will take place at the date and time
7      identified below, in Courtroom 1 on the 17th Floor of the United States
8      District Court for the Northern District of California, located at 450 Golden
9      Gate Avenue, San Francisco, California 94102.

11  **IT IS SO ORDERED.**

14  DATED: _____
15                                          HONORABLE SAMUEL CONTI
                                        UNITED STATES DISTRICT JUDGE