**FILED**

**NOV 17 2014**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | No. 14-16817 |
| | D.C. Nos. 3:07-cv-05944-SC<br>3:13-cv-01173-SC |
| SHARP ELECTRONICS CORPORATION; et al., | Northern District of California, San Francisco |
| Plaintiffs - Appellants, | |
| v. | ORDER |
| DIRECT PURCHASER PLAINTIFFS, | |
| Plaintiff - Appellee, | |
| and | |
| HITACHI, LTD.; et al., | |
| Defendants - Appellees. | |

Before: PREGERSON, CANBY, and CLIFTON, Circuit Judges.

We have reviewed the motion to dismiss, the opposition, and the reply thereto, and conclude that we lack jurisdiction over this appeal. The orders from which the appeal is taken are not final orders under 28 U.S.C. § 1291 and are not immediately appealable under the collateral order doctrine. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 468 (1978); *see also Mohawk Indus., Inc. v.*

hmb/MOATT

*Carpenter*, 558 U.S. 100, 106 (2009). Accordingly, we dismiss this appeal for lack of jurisdiction.

All other pending motions are denied as moot.

**DISMISSED.**