**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 19, 2014

CASE NUMBER:   **CV 07-05944 SC**
CASE TITLE:   **CRAGO INC-v- CHUNGHWA PICTURE TUBES**
DATE MANDATE FILED:   11/19/14

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by:  Alfred Amistoso
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16