1  Norman T. Finkel
   Richard M. Goldwasser
2  SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC
   222 South Riverside Plaza, Suite 2100
3  Chicago, IL  60606
   Telephone:  (312) 648-2300
4  Facsimile:   (312) 648-1212
   Email:  Norm.Finkel.@sfnr.com
5  Email:  Richard.Goldwasser@sfnr.com

6  *Counsel for Dr. Alan S. Frankel*

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN FRANCISCO DIVISION**

11 | IN RE:  CATHODE RAY TUBE (CRT)  )   Case No. CV-07-5944-SC
   | ANTITRUST LITIGATION             )   MDL No. 1917
12 |                                  )
   |                                  )   **MOTION TO WITHDRAW**
13 | This Document Relates to:        )   **APPEARANCES ON BEHALF OF**
   |                                  )   **DISCOVERY RESPONDENT**
14 | CERTAIN DIRECT ACTION PLAINTIFF  )   **DR. ALAN FRANKEL**
   | ACTIONS                          )
15 |                                  )
   |                                  )   Judge:  The Honorable Samuel Conti
16 |                                  )
   |                                  )
17

18

19

20

21

22

23

24

25

26

27

28

---

Norman T. Finkel and Richard M. Goldwasser of the law firm Schoenberg, Finkel, Newman & Rosenberg, LLC ("present counsel"), hereby move to withdraw their appearances on behalf of Discovery Respondent Dr. Alan Frankel ("Dr. Frankel"), and state as follows:

1. Present counsel appeared in this matter to represent Dr. Frankel in connection with a subpoena served upon him on or around May 9, 2014.

2. Dr. Frankel responded timely to the subpoena. All matters related to the subpoena, including resolving objections and the production of documents, were completed no later than July 8, 2014. The purpose for present counsels' appearances has been fulfilled, and there is no need to maintain their appearances in this action.

3. Present counsel have sent notice to Dr. Frankel of the presentation of this motion. The notice advises Dr. Frankel of his right to retain other counsel, if he so chooses, and for that counsel to file his or her supplemental appearance by a date to be determined by this Court. Dr. Frankel has no objection to present counsel withdrawing their appearances on his behalf, and has advised that he will not be retaining other counsel.

4. Dr. Frankel's last known address is:

   2800 Acacia Terrace
   Buffalo Grove, Illinois 60089

5. A copy of a proposed order allowing present counsel to withdraw is attached hereto as Exhibit A.

WHEREFORE, Norman T. Finkel and Richard M. Goldwasser of the law firm Schoenberg, Finkel, Newman & Rosenberg, LLC, respectfully request that this Honorable Court grant their Motion to Withdraw Appearances on behalf of Discovery Respondent Dr. Alan Frankel, *instanter*.

Dated: November 20, 2014                s/ Richard M. Goldwasser

                                  Norman T. Finkel
                                  Richard M. Goldwasser
                                  **SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC**
                                  222 South Riverside Plaza, Suite 2100
                                  Chicago, IL  60606
                                  Telephone:  (312) 648-2300
                                  Facsimile:   (312) 648-1212
                                  Email:  Norm.Finkel.@sfnr.com
                                  Email:  Richard.Goldwasser@sfnr.com

**CERTIFICATE OF SERVICE**

I, Richard M. Goldwasser, an attorney, certify that on November 20, 2014, I caused a true and correct copy of the attached *Motion to Withdraw Appearances on Behalf of Discovery Respondent Dr. Alan Frankel* to be served on all counsel of record via the electronic case filing system (CM/ECF).

s/ Richard M. Goldwasser

CERTIFICATE OF SERVICE                                                                 Master File No. CV-07-5944-SC