Norman T. Finkel
Richard M. Goldwasser
SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC
222 South Riverside Plaza, Suite 2100
Chicago, IL  60606
Telephone:  (312) 648-2300
Facsimile:   (312) 648-1212
Email:  Norm.Finkel.@sfnr.com
Email:  Richard.Goldwasser@sfnr.com

*Counsel for Dr. Alan S. Frankel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC<br>MDL No. 1917 |
| This Documents Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFF | **[PROPOSED] ORDER GRANTING SCHOENBERG, FINKEL, NEWMAN & ROSENBERG'S MOTION FOR LEAVE TO WITHDRAW** |

This matter coming to be heard on the Motion to Withdraw Appearances on Behalf of Discovery Respondent Dr. Alan Frankel; due notice having been served; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

The Motion to Withdraw Appearances on Behalf of Discovery Respondent Dr. Alan Frankel is granted, and Norman T. Finkel and Richard M. Goldwasser of Schoenberg, Finkel, Newman & Rosenberg, LLC, are hereby granted leave to withdraw their appearances on behalf of Dr. Frankel, *instanter*.

**Dated:** _____

**ENTERED:**

_____
Judge Conti

[PROPOSED] ORDER GRANTING SCHOENBERG, FINKEL, NEWMAN & ROSENBERG'S MOTION FOR LEAVE TO WITHDRAW

CASE NO. CV-07-5944-SC
MDL NO. 1917