1  Norman T. Finkel
   Richard M. Goldwasser
2  SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC
   222 South Riverside Plaza, Suite 2100
3  Chicago, IL  60606
   Telephone:  (312) 648-2300
4  Facsimile:   (312) 648-1212
   Email:  Norm.Finkel.@sfnr.com
5  Email:  Richard.Goldwasser@sfnr.com

6  *Counsel for Dr. Alan S. Frankel*

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11  IN RE:  CATHODE RAY TUBE (CRT)    )    Case No. CV-07-5944-SC
    ANTITRUST LITIGATION               )    MDL No. 1917
12                                     )
                                       )    **NOTICE OF MOTION**
13  This Document Relates to:          )
                                       )    Judge:  The Honorable Samuel Conti
14  CERTAIN DIRECT ACTION PLAINTIFF    )
    ACTIONS                            )
15                                     )
                                       )
16                                     )
                                       )

17

18

19

20

21

22

23

24

25

26

27

28

To:  Counsel of Record

PLEASE TAKE NOTICE that on January 9, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Conti, or any judge sitting in his stead in Court room 1, 450 Golden Gate Avenue, San Francisco, California, and present the attached ***Motion to Withdraw Appearances on Behalf of Discovery Respondent Dr. Alan Frankel,*** a copy of which is being served upon you.

Dated: November 20, 2014          s/ Richard M. Goldwasser

                        Norman T. Finkel
                        Richard M. Goldwasser
                        **SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC**
                        222 South Riverside Plaza, Suite 2100
                        Chicago, IL  60606
                        Telephone:  (312) 648-2300
                        Facsimile:   (312) 648-1212
                        Email:  Norm.Finkel.@sfnr.com
                        Email:  Richard.Goldwasser@sfnr.com

**CERTIFICATE OF SERVICE**

I, Richard M. Goldwasser, an attorney, certify that on November 20, 2014, I caused a true and correct copy of the attached *Notice of Motion* to be served on all counsel of record via the electronic case filing system (CM/ECF).

                                                s/ Richard M. Goldwasser