1  Jason C. Murray (CA Bar No. 169806)
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
4  Tel: (213) 443-5582
   Fax: (213) 622-2690
5  Email: jmurray@crowell.com

6  *Attorney for Plaintiff ViewSonic Corp.*

7
   Christopher M. Curran (*pro hac vice*)
8  ccurran@whitecase.com
9  White & Case LLP
   701 Thirteenth Street, N.W.
10 Washington, DC  20005
11 Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
12

13 *Counsel to Defendants Toshiba America, Inc.,*
   *Toshiba Corporation, Toshiba America Information*
14 *Systems, Inc. and Toshiba America Electronic*
   *Components, Inc.*
15

16

17
                  UNITED STATES DISTRICT COURT
18                NORTHERN DISTRICT OF CALIFORNIA
19                    (SAN FRANCISCO DIVISION)

20

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al., No. 14-cv-02510* | **STIPULATION AND [PROPOSED]<br>ORDER REGARDING SERVICE OF<br>PRESERVATION OF ARGUMENTS<br>FOR APPEAL** |

1  Pursuant to Civil Local Rule 7-12 and Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. (collectively the "Toshiba Entities") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

  WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No 1917) (the "MDL Proceedings");

  WHEREAS, ViewSonic filed a Complaint on May 30, 2014, which has been related to the MDL Proceedings, naming the Toshiba Entities among others, as Defendants (the "ViewSonic Complaint");

  WHEREAS, on June 28, 2014, the Toshiba Entities waived formal service of the ViewSonic Complaint;

  WHEREAS, certain other plaintiffs, including the Direct Purchaser Plaintiffs ("DPPs"), the Indirect Purchaser Plaintiffs ("IPPs") and the Direct Action Plaintiffs ("DAPS") have filed substantially similar Complaints or Amended Complaints alleging the same or similar conduct and naming the Toshiba Entities as Defendants;

  WHEREAS, ViewSonic and the Toshiba Entities wish to avoid unnecessary briefing and preserve any and all appeal rights of ViewSonic and the Toshiba Entities;

  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. All motions decided in the MDL to date are deemed to have been raised by the Toshiba Entities against the ViewSonic Complaint, and the arguments raised in any such motions are preserved for appellate purposes as if they had been made by the Toshiba Entities against the ViewSonic Complaint.

| | |
|---|---|
| Dated: November 5, 2014 | Respectfully submitted,<br><br>CROWELL & MORING LLP<br><br>By:  /s/<br><br>JASON C. MURRAY (CA Bar No. 169806)<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 443-5582<br>Fax: (213) 622-2690<br>Email: jmurray@crowell.com<br><br>JEROME A. MURPHY (*pro hac vice*)<br>ASTOR H.L. HEAVEN (*pro hac vice*)<br>1001 Pennsylvania Ave., NW<br>   Washington, DC 20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br>Email jmurphy@crowell.com<br>   aheaven@crowell.com<br>*Counsel for ViewSonic Corporation*<br><br>**WHITE & CASE** LLP<br><br>By:   /s/<br><br>Christopher M. Curran (*pro hac vice*)<br>ccurran@whitecase.com<br>Lucius B. Lau (*pro hac vice*)<br>alau@whitecase.com<br>Dana E. Foster (*pro hac vice*)<br>defoster@whitecase.com<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>tel.: (202) 626-3600<br>fax: (202) 639-9355<br>*Counsel to Defendants Toshiba America, Inc., Toshiba Corporation, Toshiba America Information Systems, Inc. and Toshiba America Electronic Components, Inc.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of November, 2014, at Washington, DC.

By:   /s/
      Lucius B. Lau

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: _____11/20/2014_____

*[Signature of Judge Samuel Conti, United States District Court, Northern District of California]*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER PRESERVING ARGUMENTS FOR
Case No. 07-5944 SC
MDL No. 1917
4