(Stipulating Parties Listed on Signature Pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514<br><br>*Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262 | **STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned Defendants and Plaintiffs
2  Sears Roebuck and Co. and Kmart Corp. (collectively, the "Stipulating Plaintiffs"), have
3  conferred by and through their counsel and, subject to the Court's approval, HEREBY
4  STIPULATE AS FOLLOWS:
5    WHEREAS, there is pending in the United States District Court for the Northern
6  District of California a multidistrict consolidated proceeding comprised of actions brought on
7  behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as
8  *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No.
9  1917) (the "MDL Proceedings");
10   WHEREAS, on October 3, 2013, the Stipulating Plaintiffs filed a Second Amended
11 Complaint for Damages and Injunctive Relief ("Second Amended Complaint") in which the
12 Stipulating Plaintiffs assert a cause of action under the Massachusetts Consumer Protection
13 Act (MDL Dkt. No. 1973, ¶ 256);
14   WHEREAS, on November 13, 2013, the Stipulating Plaintiffs filed a separate
15 Complaint for Damages and Injunctive Relief in which the Stipulating Plaintiffs assert a
16 cause of action under the Massachusetts Consumer Protection Act (Case No. 13-05262, Dkt.
17 No. 1, ¶ 265);
18   WHEREAS, on October 3, 2013, Schultze Agency Services, LCC ("Tweeter") filed a
19 First Amended Complaint ("Tweeter's First Amended Complaint") in which it asserts a
20 cause of action under the Massachusetts Consumer Protection Act (MDL Dkt. No. 1980,
21 ¶¶ 236-253);
22   WHEREAS, on November 4, 2013, Defendants Toshiba Corporation, Toshiba
23 America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information
24 Systems, Inc., and Toshiba America Electronic Components, Inc. moved to dismiss
25 Tweeter's First Amended Complaint (MDL Dkt. No. 2108) (the "Motion to Dismiss") in part
26 because the Massachusetts Consumer Protection Act does not confer indirect purchaser
27 standing to entities engaged in trade or commerce;
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1       WHEREAS, on November 4, 2013, Koninklijke Philips N.V., and Philips Electronics North America Corporation joined the Motion to Dismiss (MDL Dkt. No. 2187);

       WHEREAS, on March 13, 2014, the Court entered an order granting in part and denying in part the Motion to Dismiss (MDL Dkt. No. 2436) (the "Motion to Dismiss Order");

       WHEREAS, the Court's Motion to Dismiss Order dismissed with prejudice Tweeter's Massachusetts Consumer Protection Act claim against Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., Toshiba America Electronic Components, Inc., Koninklijke Philips N.V., and Philips Electronics North America Corporation;

       WHEREAS, the undersigned Defendants seek to dismiss the Stipulating Plaintiffs' Massachusetts Consumer Protection Act Claim relying upon the same Massachusetts law arguments that were presented in the Motion to Dismiss; and

       WHEREAS, the Stipulating Plaintiffs and the undersigned Defendants seek to resolve the Defendants' Massachusetts Consumer Protection Act arguments in a manner that conserves the resources of the Court while at the same time preserving any and all appeal rights of both the Stipulating Plaintiffs and the undersigned Defendants;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for the Stipulating Plaintiffs and counsel for the undersigned Defendants in the above-captioned actions, as follows:

   1.  The Stipulating Plaintiffs' Massachusetts Consumer Protection Act claim is voluntarily dismissed with prejudice;

   2.  By virtue of this Stipulation, the Stipulating Plaintiffs and the undersigned Defendants do not waive any of their appeal rights to the state law issues addressed in this Stipulation.

   3.  This Stipulation has no bearing on, and is without prejudice to, all other claims asserted by the Stipulating Plaintiffs.

Dated: November 6, 2014

Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*


KENNY NACHWALTER, P.A.

By: */s/ Samuel J. Randall*
Richard Alan Arnold, Esquire (p*ro hac vice*)
William J. Blechman, Esquire (*pro hac vice*)
Kevin J. Murray (*pro hac vice*)
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
Email: rarnold@knpa.com
           wblechman@knpa.com
           kmurray@knpa.com

*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.*


White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: /s/ Jeffrey L. Kessler |
| 3 | JEFFREY L. KESSLER (*pro hac vice*)<br>JKessler@winston.com |
| 4 | A. PAUL VICTOR (*pro hac vice*)<br>PVictor@winston.com |
| 5 | ALDO A. BADINI (SBN 257086)<br>ABadini@winston.com |
| 6 | EVA W. COLE (*pro hac vice*)<br>EWCole@winston.com |
| 7 | MOLLY M. DONOVAN<br>MMDonovan@winston.com |
| 8 | **WINSTON & STRAWN LLP** |
| 9 | 200 Park Avenue<br>New York, NY 10166 |
| 10 | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

KIRKLAND & ELLIS LLP

By: /s/ Eliot A. Adelson
ELIOT A. ADELSON (SBN 205284)
JAMES MAXWELL COOPER (SBN 284054)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, California 94104
Tel: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: eadelson@kirkland.com
E-mail: max.cooper@kirkland.com

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917
5

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2   JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
    KATE WHEATON (*pro hac vice*)
3   **KIRKLAND & ELLIS LLP**
    300 North LaSalle
4   Chicago, Illinois 60654
    Tel: (312) 862-2000
5   Facsimile: (312) 862-2200

6   *Attorneys for Defendants Hitachi, Ltd., Hitachi
7   Displays, Ltd. (n/k/a Japan Display East, Inc.),
    Hitachi Asia, Ltd., Hitachi America, Ltd., and
8   Hitachi Electronic Devices (USA), Inc.*

9
10   MUNGER, TOLLES & OLSON LLP

11   By: */s/ Hojoon Hwang*
     HOJOON HWANG (SBN 184950)
12   Hojoon.Hwang@mto.com
     **MUNGER, TOLLES & OLSON LLP**
13   560 Mission Street, Twenty-Seventh Floor
     San Francisco, California 94105-2907
14   Telephone: (415) 512-4000
15   Facsimile: (415) 512-4077

16   WILLIAM D. TEMKO (SBN 098858)
     William.Temko@mto.com
17   JONATHAN E. ALTMAN (SBN 170607)
     Jonathan.Altman@mto.com
18   BETHANY W. KRISTOVICH (SBN 241891)
19   Bethany.Kristovich@mto.com
     **MUNGER, TOLLES & OLSON LLP**
20   355 South Grand Avenue, Thirty-Fifth Floor
     Los Angeles, CA 90071-1560
21   Telephone: (213) 683-9100
22   Facsimile: (213) 687-3702

23   *Attorneys for Defendants LG Electronics, Inc.; LG,
     LG Electronics USA, Inc.; and LG Electronics
24   Taiwan Taipei Co., Ltd.*

25
26
27
28

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917

6

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON |
| 2 | By: */s/ Gary L. Halling* |
| | GARY L. HALLING (SBN 66087) |
| 3 | ghalling@sheppardmullin.com |
| | JAMES L. MCGINNIS (SBN 95788) |
| 4 | jmcginnis@sheppardmullin.com |
| 5 | MICHAEL W. SCARBOROUGH (SBN 203524) |
| | mscarborough@sheppardmullin.com |
| 6 | **SHEPPARD MULLIN RICHTER & HAMPTON** |
| | Four Embarcadero Center, 17th Floor |
| 7 | San Francisco, California 94111 |
| | Telephone: (415) 434-9100 |
| 8 | Facsimile: (415) 434-3947 |
| 9 | |
| 10 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI* |
| 11 | *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen* |
| 12 | *Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 13 | |
| | BAKER BOTTS LLP |
| 14 | By: */s/ Jon V. Swenson* |
| 15 | JON V. SWENSON (SBN 233054) |
| | jon.swenson@bakerbotts.com |
| 16 | **BAKER BOTTS LLP** |
| | 1001 Page Mill Road |
| 17 | Building One, Suite 200 |
| | Palo Alto, CA 94304 |
| 18 | Telephone: (650) 739-7500 |
| 19 | Facsimile: (650) 739-7699 |
| | E-mail: jon.swenson@bakerbotts.com |
| 20 | |
| 21 | JOHN M. TALADAY (*pro hac vice*) |
| | john.taladay@bakerbotts.com |
| 22 | JOSEPH OSTOYICH (*pro hac vice*) |
| | joseph.ostoyich@bakerbotts.com |
| 23 | **BAKER BOTTS LLP** |
| 24 | 1299 Pennsylvania Ave., N.W. |
| | Washington, DC 20004-2400 |
| 25 | Telephone: (202) 639-7700 |
| | Facsimile: (202) 639-7890 |
| 26 | |
| 27 | *Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North* |
| 28 | *America Corporation* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

|  |  |
|---|---|
| 1 | |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| 3 | By: */s/ Rachel S. Brass*<br>RACHEL S. BRASS (SBN 219301) |
| 4 | rbrass@gibsondunn.com<br>JOEL S. SANDERS (SBN 107234) |
| 5 | jsanders@gibsondunn.com<br>Austin V. Schwing (SBN 211696) |
| 6 | **GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000 |
| 7 | San Francisco, California 94105<br>Tel: (415) 393-8200 |
| 8 | Fax: (415) 393-8306 |
| 9 | *Attorneys for Defendant Chunghwa Picture Tubes,* |
| 10 | *Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| 11 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| 12 | By: */s/ Richard Snyder* |
| 13 | TERRY CALVANI (SBN 53260)<br>Email: terry.calvani@freshfields.com |
| 14 | CHRISTINE LACIAK(*pro hac vice*)<br>Email: christine.laciak@freshfields.com |
| 15 | RICHARD SNYDER (*pro hac vice*)<br>Email: richard.snyder@freshfields.com |
| 16 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| 17 | 701 Pennsylvania Avenue NW, Suite 600 |
| 18 | Washington, DC  20004<br>Telephone: (202) 777-4565 |
| 19 | Facsimile: (202) 777-4555 |
| 20 | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |
| 21 | |
| 22 | CURTIS, MALLET-PREVOST, COLT<br>& MOSLE LLP |
| 23 | By: */s/ Jeffrey I. Zuckerman* |
| 24 | Jeffrey I. Zuckerman (Pro Hac Vice)<br>Ellen Tobin (Pro Hac Vice) |
| 25 | 101 Park Avenue<br>New York, New York 10178 |
| 26 | Telephone: +1 212 696 6000<br>Facsimile: +1 212 697 1559 |
| 27 | Email: jzuckerman@curtis.com<br>etobin@curtis.com |
| 28 | |

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S MASSACHUSETTS CONSUMER PROTECTION ACT CLAIM
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

|   |   |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| 2 | By: */s/ Arthur Gaus* |
| 3 | Arthur Gaus  SBN:  289560 |
|   | 601 California Street, Suite 1900 |
| 4 | San Francisco, California 94108 |
| 5 | Telephone: + 1 415 397 2700 |
|   | Facsimile: +1 415 397 3300 |
| 6 | Email: asg@dillinghammurphy.com |
| 7 | *Attorneys for Defendant Technologies Displays Americas, LLC* |

JENNER & BLOCK LLP

By: */s/ Terrence J. Truax*
JENNER & BLOCK LLP
Terrence J. Truax (pro hac vice)
Michael T. Brody (pro hac vice)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

By: */s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/20/2014

*[Seal of the United States District Court, Northern District of California, signed by Judge Samuel Conti]*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005