*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE SCHEDULING OF DR. JAMES MCCLAVE'S DEPOSITION** |
| This Document Relates to: <br><br> *Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656; *Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724; *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; *Siegel v. Technicolor SA*, No. 13-cv-05261; *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; *Best Buy Co., Inc. v. Technicolor SA*, No. 13-cv-05264; *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; *Target Corp. v. Technicolor SA*, No. 13-cv-05686; *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No.11-cv-05514; *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262; *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275; *Interbond Corp. of Am. v. Technicolor SA*, No. 13-cv-05727; *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276; *Office Depot, Inc. v. Technicolor SA*, No.13-cv-05726; *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396; *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397; *Costco Wholesale Corp. v. Technicolor SA*, No. 13-cv-05723; *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648; *P.C. Richard & Son Long Island Corp. v. Technicolor SA*, No. 13-cv-05725; *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 11-cv-02649; *Schultze Agency Servs., LLC v. Technicolor SA*, No. 13-cv-05668; *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157. | |

1

STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULING OF DR. JAMES MCCLAVE'S DEPOSITION
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1662666.5

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling dated October 2, 2014 (Doc. No. 2880) ("Scheduling Order"), on September 26, 2014, Direct Action Plaintiffs (the "DAPs") served the expert rebuttal report of Dr. James McClave;

WHEREAS, pursuant to the Scheduling Order, Defendants' experts' surrebuttal reports are to be served no later than November 6, 2014;

WHEREAS, Defendants and DAPs agreed that Dr. McClave's deposition on his rebuttal report would be conducted on October 29, 2014, and a second deposition notice was issued to that effect on October 6, 2014;

WHEREAS, counsel for certain DAPs notified Defendants on October 27, 2014 that Dr. McClave had a family emergency which would make him unavailable for his scheduled deposition on October 29, 2014, and for an unknown amount of time following this date;

WHEREAS, Defendants want to minimize any changes to the current schedule;

WHEREAS, in order to accommodate Dr. McClave's family emergency while still providing an opportunity for Defendants to depose him on his rebuttal report, the parties hereto have reached an agreement as set forth herein;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs and counsel for the Defendants as follows:

(1) Prior to Dr. McClave's deposition on his rebuttal report:

    a. Dr. McClave and his staff will not receive Defendants' surrebuttal reports or motions for summary judgment;

    b. Dr. McClave and his staff will not receive any information concerning the content of Defendants' surrebuttal reports or motions for summary judgment;

(2) Defendants may serve supplemental surrebuttal reports addressing any new information learned from Dr. McClave's deposition on his rebuttal report within twenty-one (21) days of deposing Dr. McClave on his rebuttal report;

(3) Defendants and DAPs agree that Dr. McClave's deposition on his rebuttal report will occur at a mutually agreeable time and place within sixty (60) days of the entry of this Order by the Court; and

(4) All other dates in the Scheduling Order are unaffected by this stipulation.

\* \* \*

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/20/2014



Judge Samuel Conti

3

STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULING OF DR. JAMES MCCLAVE'S DEPOSITION
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1662666.5

Dated: November 7, 2014

                                      */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler (pro hac vice)
A. Paul Victor (pro hac vice)
Aldo A. Badini Cal. Bar No. 257086
Eva W. Cole (pro hac vice)
Molly M. Donovan (pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166
Telephone:   (212) 294-4692
Facsimile:    (212) 294-4700
Email:          jkessler@winston.com
                     abadini@winston.com
                     pvictor@winston.com
                     ewcole@winston.com
                     mmdonovan@winston.com

Steven A. Reiss (pro hac vice)
David L. Yohai (pro hac vice)
Adam C. Hemlock (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007
Email:          steven.reiss@weil.com
                     david.yohai@weil.com
                     adam.hemlock@weil.com

*Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

*/s/ James L. McGinnis*

James L. McGinnis, Cal. Bar No. 95788
Gary L. Halling, Cal. Bar No. 66087
Michael W. Scarborough, Cal. Bar No. 203524
Dylan I. Ballard, Cal. Bar No. 253929
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:   (415) 434-9100
Facsimile:    (415) 434-3947
E-mail:         ghalling@sheppardmullin.com
                     jmcginnis@sheppardmullin.com
                     mscarborough@sheppardmullin.com
                     dballard@sheppardmullin.com

4

STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULING OF DR. JAMES MCCLAVE'S DEPOSITION
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1662666.5

|   |   |
|---|---|
| 1 | *Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |

*/s/ Jon V. Swenson*

Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304
Telephone:   (650) 739-7500
Facsimile:    (650) 739-7699
Email:          jon.swenson@bakerbotts.com

John M. Taladay (pro hac vice)
Joseph Ostoyich (pro hac vice)
Erik T. Koons (pro hac vice)
Charles M. Malaise (pro hac vice)
1299 Pennsylvania Ave., N.W.
Washington, DC  20004-2400
Telephone:   (202) 639-7700
Facsimile:    (202) 639-7890
Email:          john.taladay@bakerbotts.com
                    joseph.ostoyich@bakerbotts.com
                    erik.koons@bakerbotts.com
                    charles.malaise@bakerbotts.com

*Counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

*/s/ Richard Snyder*

Terry Calvani Cal. Bar. No. 53260
Christine Laciak(pro hac vice)
Richard Snyder (pro hac vice)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue NW, Suite 600
Washington, D.C.  20004
Telephone:   (202) 777-4565
Facsimile:    (202) 777-4555
Email:          terry.calvani@freshfields.com
                    christine.laciak@freshfields.com
                    richard.snyder@freshfields.com

*Counsel for Beijing-Matsushita Color CRT Company, Ltd.*

|  |  |
|---|---|
| 1 | */s/ Eliot A. Adelson* |
| 2 | Eliot A. Adelson Cal. Bar. No. 205284 |
|   | KIRKLAND & ELLIS LLP |
| 3 | 555 California Street, 27th Floor |
|   | San Francisco, CA  94104 |
| 4 | Telephone:   (415) 439-1400 |
|   | Facsimile:    (415) 439-1500 |
| 5 | Email:           eadelson@kirkland.com |

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

*/s/ Lucius B. Lau*

Lucius B. Lau (pro hac vice)
Christopher M. Curran (pro hac vice)
George L. Paul (pro hac vice)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355
Email:           ccurran@whitecase.com
                       gpaul@whitecase.com
                       alau@whitecase.com

*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

*/s/ Hojoon Hwang*

Hojoon Hwang, Cal. Bar. No. 184950
William D. Temko, Cal. Bar. No. 98858
Laura K. Lin, Cal. Bar. No. 281542
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Facsimile:  (415) 512-4077

*Counsel For Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

6

STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULING OF DR. JAMES MCCLAVE'S DEPOSITION
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1662666.5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Kathy L. Osborn*

Kathy L. Osborn (pro hac vice)
Ryan M. Hurley (pro hac vice)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone:  (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

*/s/ Michael T. Brody*

Michael T. Brody (pro hac vice)
Terrence J. Truax (pro hac vice)
JENNER&BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER&BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, CA  90071
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199
bcaslin@jenner.com

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and, Mitsubishi Electric Visual Solutions America, Inc.*

/s/  Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:   (518) 434-0600
Facsimile:   (518) 434-0665
Email:         piovieno@bsfllp.com
                   anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:   (202) 237-2727
Facsimile:   (202) 237-6131
Email:         wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:   (954) 356-0011
Facsimile:   (954) 356-0022
Email:         ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

s/  Scott N. Wagner

Scott N. Wagner
Robert W. Turken
Mitchell E. Widom
BILZIN SUMBERG MAENA PRICE &
AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL  33131-3456
Telephone:  305-374-7580
Facsimile:   305-374-7593
Email:         rturken@bilzin.com
                   swagner@bilzin.com
                   mwidom@bilzin.com

8

| | |
|---|---|
| 1 | |
| 2 | *Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.* |
| 3 | /s/  David Martinez |
| 4 | David Martinez |
| 5 | Roman M. Silberfeld<br>Jill S. Casselman |
| 6 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400 |
| 7 | Los Angeles, CA  90067-3208<br>Telephone:   (310) 552-0130 |
| 8 | Facsimile:    (310) 229-5800<br>Email:          rmsilberfeld@rkmc.com |
| 9 | dmartinez@rkmc.com<br>jscasselman@rkmc.com |
| 10 | Laura E. Nelson |
| 11 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue |
| 12 | 2800 LaSalle Plaza<br>Minneapolis, MN  55402 |
| 13 | Telephone:   (612) 349-8500<br>Facsimile:    (612) 339-4181 |
| 14 | Email:          lenelson@rkmc.com |
| 15 | *Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise* |
| 16 | *Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.* |
| 17 | /s/  Kenneth S. Marks |
| 18 | Kenneth S. Marks |
| 19 | Jonathan J. Ross<br>Johnny W. Carter |
| 20 | David M. Peterson<br>SUSMAN GODFREY L.L.P. |
| 21 | 1000 Louisiana Street, Suite 5100<br>Houston, TX  77002 |
| 22 | Telephone:   (713) 651-9366<br>Facsimile:    (713) 654-6666 |
| 23 | Email:          kmarks@susmangodfrey.com<br>jross@susmangodfrey.com |
| 24 | jcarter@susmangodfrey.com<br>dpeterson@susmangodfrey.com |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

9

STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULING OF DR. JAMES MCCLAVE'S DEPOSITION
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1662666.5

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Telephone:   (206) 516-3880
Facsimile:    (206) 516-3883
Email:          pfolse@susmangodfrey.com
                    rblack@susmangodfrey.com
                    jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/  Cori G. Moore

Cori G. Moore (pro hac vice)
David J. Burman (pro hac vice)
Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg (pro hac vice)
Steven D. Merriman (pro hac vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:   (206)359-8000
Facsimile:    (206)359-9000
Email:          DBurman@perkinscoie.com
                    CGMoore@perkinsncoie.com
                    EWeiss@perkinscoie.com
                    NHesterberg@perkinscoie.com
                    SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:   (415)344-7120
Facsimile:    (415)344-7320
Email:          JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

10
STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULING OF DR. JAMES MCCLAVE'S DEPOSITION
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1662666.5

|   |   |
|---|---|
| 1 | /s/ *William J. Blechman* |
| 2 | William J. Blechman |
|   | Richard Alan Arnold |
| 3 | Kevin J. Murray |
|   | KENNY NACHWALTER, P.A. |
| 4 | 201 S. Biscayne Blvd., Suite 1100 |
|   | Miami, FL 33131 |
| 5 | Telephone: 305-373-1000 |
|   | Facsimile: 305-372-1861 |
| 6 | Email: rarnold@knpa.com |
|   |         wblechman@knpa.com |
| 7 |         kmurray@knpa.com |

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

/s/ *Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
        aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

11

STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULING OF DR. JAMES MCCLAVE'S DEPOSITION
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

NY:1662666.5