Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
E-mail: rturken@bilzin.com; mwidom@bilzin.com;
            swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Individual Case No. 13-CV-00157-SC |
| | Master File No. 07-cv-5944-SC (N.D. Cal) |
| This Document Relates to Individual Case No. 13-CV-00157-SC | MDL No. 1917 |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., <br><br> Plaintiffs, <br> vs. <br><br> HITACHI, LTD; *et al.* <br><br> Defendants. | **DECLARATION OF SCOTT N. WAGNER IN SUPPORT OF TECH DATA CORPORATION'S OPPOSITION TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS TECH DATA CORPORATION'S CLAIMS FOR FAILURE TO PROSECUTE** <br><br> Date: December 12, 2014 <br> Time: 10:00 a.m. <br> Judge: Hon. Samuel Conti |

I, SCOTT N. WAGNER, declare as follows:

1. I am a partner at the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc., and am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Tech Data Corporation's Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion To Dismiss Tech Data Corporation's Claims for Failure to Prosecute.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the October 1, 2013 Stipulation and Order Setting Schedule for Defendants to Answer or Otherwise Respond to the Dell Amended Complaint, Sharp Complaint, and Tech Data Amended Complaint (MDL Dkt. No. 1971.).

4. Attached hereto as **Exhibit 2** is a true and correct copy of Direct Action Plaintiffs' First Set of Requests for Production to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia).

5. Attached hereto as **Exhibit 3** is a true and correct copy of Chunghwa Picture Tubes, Ltd.'s Responses and Objections to Direct Action Plaintiffs' First Set of Requests for Production.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Direct Action Plaintiffs' Second Set of Requests for Production to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia).

7. Attached hereto as **Exhibit 5** is a true and correct copy of Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)'s Responses and Objections to Direct Action Plaintiffs' Second Set of Requests for Production.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)'s Supplemental Responses and Objections to Direct Action Plaintiffs' Second Set of Requests for Production.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Direct Action Plaintiffs' and Indirect Action Plaintiffs' First Set of Requests for Admission to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia).

10. Attached hereto as **Exhibit 8** is a true and correct copy of Defendants Chunghwa Picture Tubes, Ltd. And Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Objections to Direct Action Plaintiffs' First Set of Requests For Admission.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the October 10, 2014 Stipulation Regarding the Authenticity of Documents and their Status as "Business Records" (MDL Dkt. No. 2912.).

12. Attached hereto as **Exhibit 10** is a true and correct copy of Direct Action Plaintiffs' Renewed Motion to Compel Defendants to Produce the European Commission Decision (MDL Dkt. No. 2843.).

13. Attached hereto as **Exhibit 11** is a true and correct copy of Defendants' Opposition to Direct Action Plaintiffs' Renewed Motion to Compel Defendants to Produce the European Commission Decision (MDL Dkt. No. 2873.).

14. Attached hereto as **Exhibit 12** is a true and correct copy of the September 5, 2014 Stipulation and September 8, 2014 Order Regarding Discovery to Occur after September 5, 2014 (MDL Dkt. No. 2820.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of November, 2014, in Miami, Florida.

_____/s/Scott N. Wagner_____
Scott N. Wagner

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on November 20, 2014.

/s/Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456