BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile:  (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V.,*
 *and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to<br><br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of November 21, 2014, Stephen M. Ng will no longer be associated with the firm of Baker Botts L.L.P., and is hereby withdrawing as counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation ("Philips Defendants") in the above referenced matter. The law firm of Baker Botts L.L.P. will continue to serve as counsel for the Philips Defendants.

Dated: November 21, 2014                               Respectfully Submitted:

By: /s/ Erik T. Koons_____

Erik T. Koons (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: erik.koons@bakerbotts.com

*Attorney for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*