1   Terrence J. Truax
        *ttruax@jenner.com*
2   Michael T. Brody
        *mbrody@jenner.com*
3   Jenner & Block LLP
    353 North Clark Street
4   Chicago, Illinois 60654-3456
    Telephone: (312) 222-9350
5   Facsimile: (312) 527-0484

6   *Attorneys for Defendants Mitsubishi*
    *Electric Corporation, Mitsubishi Electric US, Inc.*
7    *and Mitsubishi Electric Visual Solutions America, Inc.*

8   Guido Saveri (22349)
        *guido@saveri.com*
9   R. Alexander Saveri (173102)
        *rick@saveri.com*
10  Geoffrey C. Rushing (126910)
        *grushing@saveri.com*
11  Travis L. Manfredi (281779)
        *travis@saveri.com*
12  SAVERI & SAVERI, INC.
    706 Sansome Street
13  San Francisco, CA94111
    Telephone:  (415) 217-6810
14  Facsimile:  (415) 217-6813

15  *Interim Lead Counsel for the*
    *Direct Purchaser Plaintiffs*
16
    *(Additional Stipulating parties listed on signature page)*
17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF DIRECT PURCHASER PLAINTIFF CLASS CERTIFICATION MOTIONS** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.,* | |
| Case No. 14-CV-2058 (SC) | |
| | Judge: Hon. Samuel Conti |

1

2          Pursuant to Civil Local Rules 6-2 and 7-12, the Direct Purchaser Plaintiffs, Defendants

3   Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual

4   Solutions America, Inc., (collectively "Mitsubishi Electric"), and Defendants Thomson S.A.

5   (n.k.a. Technicolor S.A.), and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA,

6   Inc.) (collectively, "Thomson"), and Technologies Displays Americas LLC ("TDA") have

7   conferred by and through their counsel and, subject to the Court's approval, HEREBY

8   STIPULATE AS FOLLOWS:

9          WHEREAS, on November 7, 2014 the Direct Purchaser Plaintiffs filed a Motion for

10  Class Certification With Respect to the Thomson, TDA and Mitsubishi Defendants ("Motion for

11  Class Certification");

12         WHEREAS, Mitsubishi Electric, TDA and Thomson's Responses are currently due on

13  November 21, 2014, the Direct Purchaser Plaintiffs' Reply is due on December 1, 2014, and the

14  hearing on the Motion for Class Certification is noticed for December 12, 2014;

15         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel

16  as follows:

17         1.  The Direct Purchaser Plaintiffs shall make their class certification expert available for

18             deposition on or before January 31, 2015;

19         2.  Defendants Mitsubishi Electric, Thomson, and TDA may serve their opposition to the

20             class certification motion, and any expert report on the issue of class certification, on

21             or before February 27, 2015;

22         3.  Plaintiffs may submit a reply in support of class certification on or before April 17,

23             2015;

24         4.  Defendants shall make available for deposition any expert submitted in opposition to

25             class certification on or before March 27, 2014.

26

27

28

1

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated:_____                    _____
                                                          Hon. Samuel Conti
5                                                    United States District Judge

6

7    Dated:  November 21, 2014          JENNER & BLOCK LLP

8                                       By: */s/ Michael T. Brody*_____

9
                                        Terrence J. Truax
10                                      Michael T. Brody
                                        JENNER & BLOCK LLP
11                                      353 North Clark Street
                                        Chicago, Illinois 60654-3456
12                                      Telephone: (312) 222-9350
                                        Facsimile: (312) 527-0484
13                                      ttruax@jenner.com
                                        mbrody@jenner.com
14
15                                      Brent Caslin (Cal. Bar. No. 198682)
                                        JENNER & BLOCK LLP
16                                      633 West Fifth Street, Suite 3600
                                        Los Angeles, California 90071
17                                      Telephone: (213) 239-5100
                                        Facsimile: (213) 239-5199
18                                      bcaslin@jenner.com
19
                                        *Attorneys for Defendants Mitsubishi Electric*
20                                      *Corporation, Mitsubishi Electric US, Inc. and*
                                        *Mitsubishi Electric Visual Solutions America, Inc.*
21

22   Dated:  November 21, 2014          FAEGRE BAKER DANIELS LLP

23                                      By: */s/ Kathy L. Osborn*_____

24                                      Kathy L. Osborn (*pro hac vice*)
25                                      Ryan M. Hurley (*pro hac vice*)
                                        Faegre Baker Daniels LLP
26                                      300 N. Meridian Street, Suite 2700
                                        Indianapolis, IN  46204
27                                      Telephone: (317) 237-0300
                                        Facsimile: (317) 237-1000
28

1    kathy.osborn@FaegreBD.com
     ryan.hurley@FaegreBD.com
2
     Jeffrey S. Roberts (*pro hac vice*)
3    Faegre Baker Daniels LLP
     3200 Wells Fargo Center
4    1700 Lincoln Street
     Denver, CO  80203
5    Telephone: (303) 607-3500
     Facsimile:  (303) 607-3600
6    jeff.roberts@FaegreBD.com

7    Calvin L. Litsey (SBN 289659)
     Faegre Baker Daniels LLP
8    1950 University Avenue, Suite 450
     East Palo Alto, CA  94303-2279
9    Telephone: (650) 324-6700
     Facsimile: (650) 324-6701
10   calvin.litsey@FaegreBD.com

11   *Attorneys for Defendants Thomson SA and Thomson*
     *Consumer Electronics, Inc.*
12

13
     Dated: November 21, 2014          *SQUIRE PATTON BOGGS (US) LLP*
14
                                       By: __/s/__Nathan Lane, III_____
15
     Mark Dosker
16   Nathan Lane, III
     275 Battery Street, Suite 2600
17   San Francisco, CA  94111
     Telephone: 415.954.0200
18   Facsimile: 415.393.9887
     Email: mark.dosker@squirepb.com
19   nathan.lane@squirepb.com

20   Donald A. Wall (Pro Hac Vice)
     SQUIRE PATTON BOGGS (US) LLP
21   1 East Washington Street, Suite 2700
     Phoenix, Arizona 85004
22   Telephone: + 1 602 528 4000
     Facsimile: +1 602 253 8129
23   Email: donald.wall@squirepb.com

24   *Attorneys for Defendant Technologies Displays*
     *Americas LLC*
25

26

27

28

1

2      Dated:  November 21, 2014                    SAVERI & SAVERI, INC.

3                                                   By:  _/s/____R. Alexander Saveri_____

4                                                   Guido Saveri (22349)
                                                    R. Alexander Saveri (173102)
5                                                   Geoffrey C. Rushing (126910)
                                                    Travis L. Manfredi (281779)
6                                                   SAVERI & SAVERI, INC.
                                                    706 Sansome Street
7                                                   San Francisco, CA94111
                                                    Telephone:  (415) 217-6810
8                                                   Facsimile:  (415) 217-6813

9                                                   *Interim Lead Counsel for the*
                                                    *Direct Purchaser Plaintiffs*

10

11

12     *Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
       _____
                    STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF
                         DIRECT PURCHASER PLAINTIFF ACTIONS
                           Case No. 07-5944; MDL NO. 1917
                                        5

1

**CERTIFICATE OF SERVICE**

2

    The undersigned counsel hereby certifies that a true and correct copy of the foregoing

3

document was electronically served upon the parties and counsel of record through the Court's

4

ECF system on November 21, 2014.

5

6

                                                  _/s/ Molly M. Powers_

7

                                         *Attorney for Defendants*

8

                                         *Mitsubishi Electric Corporation,*
                                         *Mitsubishi Electric US, Inc. and*

9

                                         *Mitsubishi Electric Visual Solutions*
                                         *America, Inc*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28