1  Jason C. Murray (CA Bar No. 169806)
   Robert B. McNary (CA Bar No. 253745)
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: 213-443-5582
4  Facsimile: 213-622-2690
   Email: jmurray@crowell.com
5          rmcnary@crowell.com

6  Jerome A. Murphy (*pro hac vice*)
   Matthew J. McBurney *(pro hac vice)*
7  Astor H.L. Heaven *(pro hac vice)*
   CROWELL & MORING LLP
8  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
9  Telephone: 202-624-2500
   Facsimile:  202-628-5116
10 Email: jmurphy@crowell.com
           mmcburney@crowell.com
11         aheaven@crowell.com

12

13 *Attorneys for Plaintiff Target Corporation*

14           **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
15               **SAN FRANCISCO DIVISION**

16

17 IN RE: CATHODE RAY TUBE (CRT)
   ANTITRUST LITIGATION
18
                                            Master File No. 3:07-cv-05944-SC
19
   This Document Relates to:               MDL No. 1917
20
    *Target Corp. v. Chunghwa Picture Tubes,*
21  *Ltd., et al.,* Case No. 3:11-cv-05514-SC   **STIPULATION AND** ~~[PROPOSED]~~
                                            **ORDER DISMISSING WITH PREJUDICE**
22 *Target Corp., et al. v. Technicolor SA, et*   **PLAINTIFF'S CLAIMS UNDER STATE**
   *al.,* Case No. 3:13-cv-05686-SC          **LAW**
23
                                            Judge:  Hon. Samuel Conti
24

25

26

27

28

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Target Corporation ("Plaintiff"), and defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia), Irico Group Corporation, Irico Group Electronics Co., Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LP Displays International Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing Matsushita Color CRT Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samtel Color Ltd., Thai CRT Co., Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Videocon Industries, Ltd., Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC), Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc., being all the defendants in this case (collectively, "Defendants") state as follow:

On October 3, 2013, Target Corporation filed its Second Amended Complaint ("SAC") in individual case number 3:11-cv-05514-SC (MDL Master Dkt. No. 1981). On December 9, 2013, Target filed its Complaint in individual case number 3:13-cv-05686-SC (Ind. Case Dkt. No. 1) (the "Thomson/Mitsubishi/TDA Complaint"). The SAC and the Thomson/Mitsubishi/TDA Complaint are the "Complaints." In the Complaints, Target asserts claims for relief against Defendants under the Sherman Act, the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq*., Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code

1   10/1, *et seq.*, Iowa Code §§ 553.1, *et. seq.*, Kansas Stat. Ann. §§ 50-101, *et. seq.*, Michigan

2   Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, New York General

3   Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§

4   133.01, *et seq.*

5        Plaintiff now desires to dismiss with prejudice its claims against Defendants under the

6   California Cartwright Act, California's Unfair Competition Law, California Business and

7   Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat.

8   §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et.*

9   *seq.*, Kansas Stat. Ann. §§ 50-101, *et. seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*,

10  Minnesota Stat. §§ 325D.50, *et seq.*, New York General Business Law §§ 340, *et seq.*, North

11  Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*  Plaintiff is not

12  dismissing, and will continue to prosecute, its claims against Defendants under the Sherman Act.

13       NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the claims of

14  Plaintiff asserted against Defendants in these cases under the California Cartwright Act,

15  California's Unfair Competition Law, California Business and Professional Code §17200, *et*

16  *seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust

17  Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et. seq.*, Kansas Stat. Ann. §§ 50-101,

18  *et. seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*,

19  New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and

20  Wisconsin Stat. §§ 133.01, *et seq.* are dismissed with prejudice.  Both Plaintiff and Defendants

21  agree to bear their own costs and fees with respect to the dismissed claims.  This dismissal does

22  not apply to the claims of Plaintiff asserted against Defendants in these cases under the Sherman

23  Act.

24  //

25  //

26  //

27  //

28

Dated: November 5, 2014

*/s/ Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorney for Plaintiff Target Corporation*

1

2                                                     */s/ Joel Steven Sanders*

3                                                     Joel Steven Sanders
                                                      jsanders@gibsondunn.com
4                                                     Rachel S. Brass
                                                      rbrass@gibsondunn.com
5                                                     Christine A. Fujita
                                                      cfujita@gibsondunn.com
6                                                     GIBSON, DUNN & CRUTCHER LLP
                                                      555 Mission Street
7                                                     Suite 3000
                                                      San Francisco, CA 94105-2933
8                                                     Tel: 415-393-8200

9
                                                      *Counsel for Defendants Chunghwa Picture*
10                                                    *Tubes, Ltd. and Chunghwa Picture Tubes*
                                                      *(Malaysia)*
11

12

13                                                    */s/ Jeffrey L. Kessler*

14                                                    Jeffrey L. Kessler
                                                      jkessler@winston.com
15                                                    A. Paul Victor
                                                      pvictor@winston.com
16                                                    Eva W. Cole
                                                      ewcole@winston.com
17                                                    Molly M. Donovan
                                                      mmdonovan@winston.com
18                                                    WINSTON & STRAWN LLP
                                                      200 Park Avenue
19                                                    New York, NY 10166-4193
                                                      Tel: (212) 294-6700
20

21                                                    David L. Yohai
                                                      david.yohai@weil.com
22                                                    Steven A. Reiss
                                                      steven.reiss@weil.com
23                                                    Adam C. Hemlock
                                                      adam.hemlock@weil.com
24                                                    WEIL, GOTSHAL & MANGES LLP
                                                      767 Fifth Avenue
25                                                    New York, NY 10153
                                                      Tel: (212) 310-8000
26

27

28

*Counsel for Defendants Panasonic
Corporation, Panasonic Corporation
of North America, and MT Picture
Display Co., Ltd.*


*/s/ Hojoon Hwang*

Hojoon Hwang
hojoon.hwang@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

William D. Temko
william.temko@mto.com
Jonathan E. Altman
jonathan.altman@mto.com
Bethany W. Kristovich
bethany.kristovich@mto.com
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel. (213) 683-9100

*Counsel for Defendants LG Electronics, Inc.
and LG Electronics USA, Inc.*


*/s/ Mark C. Dosker*

Mark C. Dosker
mark.dosker@squiresanders.com
Nathan Lane, III
nathan.lane@squiresanders.com
SQUIRE SANDERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 954-0200

*Counsel for Defendant Technologies
Displays Americas LLC and Videocon
Industries, Ltd.*

1

2          /s/ John Taladay
           _____
3          John Taladay
           john.taladay@bakerbotts.com
4          Joseph Ostoyich
           joseph.ostoyich@bakerbotts.com
5          Charles M. Malaise
           Charles.malaise@bakerbotts.com
6          Erik T. Koons
           erik.koons@bakerbotts.com
7          BAKER BOTTS LLP
           The Warner
8          1299 Pennsylvania Avenue, NW
           Washington, DC 20004-2400
9          Tel: (202) 639-7909

10
           Jon V. Swenson
11         jon.swenson@bakerbotts.com
           BAKER BOTTS LLP
12         1001 Page Mill Road
           Building One, Suite 200
13         Palo Alto, CA 94304
           Tel. (650) 739-7500
14

15         *Counsel for Defendants Koninklijke Philips
           Electronics N.V., Philips Electronics North
16         America Corporation, Philips Electronics
           Industries (Taiwan), Ltd., and Philips da
17         Amazonia Industria Electronica Ltda.*

18

19         */s/ Richard Snyder*
           _____
20         Christine Laciak
           christine.laciak@freshfields.com
21         Richard Snyder
           richard.snyder@freshfields.com
22         Craig D. Minerva
           craig.minerva@freshfields.com
23         Bruce C. McCulloch
           bruce.mcculloch@freshfields.com
24         Terry Calvani
           terry.calvani@freshfields.com
25         FRESHFIELDS BRUCKHAUS &
           DERINGER US, LLP
26         700 13th Street, NW, 10th Floor
27

28
           _____
           STIP. AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE
           PLAINTIFF'S CLAIMS UNDER STATE LAW MDL NO. 1917
                                  7

1   Washington, DC 20005-3960
    Tel: (202) 777-4500

2
    *Counsel for Defendant Beijing*
3   *Matsushita Color CRT Co., Ltd.*

4

5   */s/ Lucius B. Lau*

6   Christopher M. Curran
    ccurran@whitecase.com
7   Lucius B. Lau
    alau@whitecase.com
8   Dana E. Foster
    defoster@whitecase.com
9   WHITE & CASE, LLP
    701 13th Street, NW
10  Washington, DC 20005
    Tel: (202) 626-3600
11

12  *Counsel for Defendants Toshiba*
    *Corporation, Toshiba America, Inc.,*
13  *Toshiba America Information Systems, Inc.,*
    *Toshiba America Consumer Products,*
14  *L.L.C., and Toshiba America Electronic*
    *Components, Inc.*
15

16

17  */s/ Eliot A. Adelson*

18  Eliot A. Adelson
    eadelson@kirkland.com
19  James Maxwell Cooper
    max.cooper@kirkland.com
20  KIRKLAND & ELLIS LLP
    555 California Street, 27th Floor
21  San Francisco, CA 94104
    Telephone: (415) 439-1400
22  Facsimile: (415) 439-1500

23
    James H. Mutchnik
24  jmutchnik@kirkland.com
    Kate Wheaton
25  kate.wheaton@kirkland.com
    KIRKLAND & ELLIS LLP
26  300 North LaSalle
    Chicago, Illinois 60654
27

28
─────────────────────────────────────
STIP. AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE
PLAINTIFF'S CLAIMS UNDER STATE LAW MDL NO. 1917
8

1  Telephone: (312) 862-2000
   Facsimile: (312) 862-2200
2  *Counsel for Defendants Hitachi, Ltd.,*
   *Hitachi Displays, Ltd., Hitachi Asia, Ltd.,*
3  *Hitachi America, Ltd., and Hitachi*
   *Electronic Devices (USA), Inc.,*
4

5  */s/ James L. McGinnis*
   _____
6  Gary L. Halling
   ghalling@sheppardmullin.com
7  James L. McGinnis
   jmcginnis@sheppardmullin.com
8  Michael Scarborough
   mscarborough@sheppardmullin.com
9  SHEPPARD MULLIN RICHTER &
   HAMPTON LLP
10 Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
11 Tel: (415) 434-9100

12
   *Counsel for Defendants Samsung SDI*
13 *America, Inc., Samsung SDI Co., Ltd.,*
   *Samsung SDI Mexico S.A. de C.V., Samsung*
14 *SDI Brasil Ltda., Shenzhen Samsung SDI*
   *Co., Ltd., Tianjin Samsung SDI Co., Ltd.,*
15 *and Samsung SDI (Malaysia) Sdn. Bhd.*

16

17
   */s/ Terrence J. Truax*
18 _____
   Brent Caslin
19 bcaslin@jenner.com
   JENNER & BLOCK LLP
20 633 West 5th Street, Suite 3600
   Los Angeles, CA 90071-2054
21 Tel: (213) 239-5100

22 Terrence J. Truax
   ttruax@jenner.com
23 Michael T. Brody
   mbrody@jenner.com
24 Shaun M. Van Horn
   svanhorn@jenner.com
25 Gabriel A. Fuentes
   gfuentes@jenner.com
26 Molly M. Powers

27

28
   STIP. AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE
   PLAINTIFF'S CLAIMS UNDER STATE LAW MDL NO. 1917

mpowers@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350

*Counsel for Mitsubishi Electric
Corporation, Mitsubishi Electric &
Electronics USA, Inc. and Mitsubishi
Electric Visual Solutions America,
Inc.*

*/s/ Kathy Osborn*

Calvin L. Litsey
calvin.litsey@faegrebd.com
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Tel: (650) 324-6700

Kathy Osborn
kathy.osborn@faegrebd.com
Ryan M. Hurley
ryan.hurley@faegrebd.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300

Jeffrey S. Roberts
Jeff.roberts@faegrebd.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Tel: (303) 607-3500

Stephen M. Judge
Steve.judge@faegrebd.com
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Tel: (574) 234-4149

*Counsel for Defendants Technicolor SA and
Technicolor USA, Inc.*

1

       Pursuant to General Order No. 45, § X-B, the filer asserts that concurrence in the filing of this document has been obtained from each of the above signatories.

2

3

Dated:  November 5, 2014

4

By: */s/Jason C. Murray*
     Jason C. Murray

5

**IT IS SO ORDERED.**

6

7

Dated:  _11/24/2014_

8

Hon. Sa
United S

9

10

Judge Samuel Conti

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28