Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| ALL INDIRECT PURCHASER ACTIONS; | **DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' MOTION TO MODIFY SCHEDULE FOR PRETRIAL EXCHANGES** |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | **(CIVIL LOCAL RULE 6-3)** |
| *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; | |

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510.

**NOTICE OF MOTION AND MOTION FOR ALTERATION OF PRETRIAL SCHEDULE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 6-3, Plaintiffs[1] will, and hereby do, move this Court for a modification of the case schedule to alter the date for Defendants' service to Plaintiffs of their exhibit lists, deposition excerpts, and witness lists in order to ensure greater efficiency in the pretrial process, and without alteration of any date affecting the Court.

This motion is based on the Memorandum of Points and Authorities below, the accompanying Declaration of Kenneth S. Marks, the pleadings and records in this case, and such other materials and information that the Court may properly consider.

---

[1] "Plaintiffs" refers to all Indirect Purchaser Plaintiffs and all Direct Action Plaintiffs whose actions were filed in the Northern District of California. As the dates that are the subject of this motion are exclusively pretrial exchange dates, plaintiffs whose actions were filed outside the Northern District of California are not affected by this Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs respectfully move for a modification of the case schedule pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-3 to alter the date for Defendants' service of exhibit lists, deposition excerpts, and witness lists. The modification sought by Plaintiffs, detailed below, affects neither the March 9, 2015 trial date nor the date of any submission to the Court; instead, the proposed modification would serve only to correct several internal inconsistencies previously introduced by the parties into the current schedule, and to ensure that the pretrial process is efficient and allows for time for disputes to be resolved by the parties prior to the February 6, 2015 due date for the filing of the pretrial order. Defendants oppose the requested alteration.

## ARGUMENT

As the Court is aware, the parties have previously jointly sought and obtained alterations of the pretrial schedule.[2] As a result of those alterations, the schedule for pretrial exchanges – including exhibit lists, deposition designations, and witness lists – and other pretrial materials is as follows:

| Date | Event |
| --- | --- |
| December 5, 2014 | Plaintiffs' exchange of trial exhibits, deposition excerpts, and witness lists (with objections, including objections to translations) |
| January 9, 2015 | First simultaneous exchange of jury instructions and special verdict forms |
| January 23, 2015 | Last day for filing motions *in limine* and other non-dispositive pretrial Motions |
| January 26, 2015 | Second simultaneous exchange of jury instructions and special verdict forms |
| January 29, 2015 | Defendants' exchange of trial exhibits, deposition excerpts, and witness lists (with objections, including objections to translations) |
| January 30, 2015 | Last day to meet and confer re: pre-trial order |
| February 6, 2015 | Last day for parties to exchange proposed exhibits and witness lists; file pretrial order, agreed set of jury instructions, and verdict forms |

---

[2] In compliance with Local Rule 6-3(a)(5), a complete listing of all previous modifications to the trial schedule is set forth below.

- 2 -
MOTION TO MODIFY CASE SCHEDULE
CASE NO. 07-5944; MDL NO. 1917

3438259v1/012325

Plaintiffs will make their December 5 exchange as scheduled, and do not seek to alter the deadlines for the exchange of jury instructions and special verdict forms, the deadline to file motions *in limine*, or the deadline to file the pretrial order with the Court. Plaintiffs further acknowledge that the entirety of this schedule is one that was agreed to by the parties. Yet as trial approaches, it is now apparent that the date for Defendants' exchange of trial exhibits, deposition excerpts, and witness lists is inconsistent with the remainder of the pretrial schedule, and, if not modified, will likely result in an inefficient pretrial process:

### 1. <u>The schedule calls for motions in limine to be filed before Defendants serve their witness and exhibit lists.</u>

Under the existing schedule, motions *in limine* are due <u>before</u> Plaintiffs receive Defendants' witness and exhibit lists, but <u>after</u> Defendants receive Plaintiffs' lists. These dates are not only internally inconsistent, but also likely to result in inefficiency at the March 9 trial, as motions *in limine* commonly are addressed to issues such as whether a class of documents should be excluded, or whether a given witness should be permitted to testify (or testify only as to limited topics). Without knowing Defendants' proposed witnesses or exhibits, Plaintiffs will be limited in their ability to file any such motions in this case, leaving for trial itself the resolution of these issues. Plaintiffs respectfully submit this will be to the disadvantage of not only the Plaintiffs, but also the Court, the Defendants, and the jury. Time spent addressing objections at trial will slow the presentation of evidence and argument, whereas pretrial resolution of such issues permits both Plaintiffs and Defendants to better prepare their cases for trial.

### 2. <u>The schedule does not allow sufficient time to confer regarding objections to exhibits lists, deposition excerpts, and witness lists.</u>

Under the existing schedule, Plaintiffs will receive Defendants' exhibit lists, deposition excerpts, and witness lists for the first time on January 29, 2015, just one day prior to the parties' last meet-and-confer, and just eight days prior to the submission of the pretrial order

3438259v1/012325

to the Court. Pursuant to Fed. R. Civ. P. 26(a)(3)(B), however, Plaintiffs' objections are not due until 14 days after service of the Defendants' exhibit lists and deposition excerpts. This is after both the last meet-and-confer and the submission of the pretrial order. Even if Plaintiffs are able to make their objections earlier, which is extremely unlikely if not impossible, the parties will not be able to make any meaningful progress in narrowing their disagreements over Defendants' exhibits and deposition designations before the February 6, 2015 pretrial order. Accordingly, under the existing schedule, many objections that could be resolved through a meet-and-confer process will instead be submitted to the Court. The revised schedule proposed by Plaintiffs allows the parties time to confer and hopefully resolve objections to exhibits and deposition designations.

### 3. The schedule does not allow sufficient time for counter-designations to Defendants' deposition excerpts.

While it is customary for the parties to agree to a schedule for deposition counter-designations without the need for court-ordered dates, the existing schedule does not allow sufficient time for that process with respect to Defendants' deposition excerpts. Under the present schedule, although Defendants receive Plaintiffs' deposition designations on December 5, Plaintiffs do not receive Defendants' deposition designations until January 29. That leaves only eight days between when Plaintiffs first receive Defendants' deposition excerpts and when the pretrial order is submitted to the Court. This is insufficient time for Plaintiffs to complete their counter-designations and for Defendants to note any objections to those counter-designations, thus again leaving for trial a process that could have been completed earlier.

### 4. The proposed modification to the schedule corrects the identified problems without altering the trial date.

To address these inconsistencies and inefficiencies, Plaintiffs propose that the date for Defendants' exchange of trial exhibits, deposition excerpts, and witness lists be moved

- 4 -
MOTION TO MODIFY CASE SCHEDULE
CASE NO. 07-5944; MDL NO. 1917

3438259v1/012325

forward by slightly more than three weeks, as follows.  (The materials would still be due over a month after Plaintiffs provide their list of trial exhibits, deposition exhibits, and witness lists.)

| Date | Event |
| --- | --- |
| December 5, 2014 **(unaltered)** | Plaintiffs' exchange of trial exhibits, deposition excerpts, and witness lists (with objections, including objections to translations) |
| *January 6, 2015* | *Defendants' exchange of trial exhibits, deposition excerpts, and witness lists (with objections, including objections to translations)* |
| January 9, 2015 **(unaltered)** | First simultaneous exchange of jury instructions and special verdict forms |
| January 23, 2015 **(unaltered)** | Last day for filing motions *in limine* and other non-dispositive pretrial Motions |
| January 26, 2015 **(unaltered)** | Second simultaneous exchange of jury instructions and special verdict forms |
| January 30, 2015 **(unaltered)** | Last day to meet and confer re: pre-trial order |
| February 6, 2015 **(unaltered)** | Last day for parties to exchange proposed exhibits and witness lists; file pretrial order, agreed set of jury instructions, and verdict forms |

Plaintiffs do not seek to have the Court set dates for exchanges of counter-designations, but instead expect that a schedule can be worked out cooperatively once there is sufficient time in the schedule to permit such additional exchanges.

This Court may grant the requested modification.  "Rule 6(b) gives the court extensive flexibility to modify the fixed time periods found throughout the rules . . . ." *Lujan v. Nat'l Wildlife Fed.*, 497 U.S. 871, 906 n.7 (1990) (quotation marks and citation omitted); *see Campos v. Campbell*, No. C 05-3309S SBA, 2010 WL 2569193, at *1 (N.D. Cal. June 22, 2010). Under Local Rule 6-3(a), movants must: (1) set forth the reasons for the requested modification; (2) describe the efforts the party has made to obtain a stipulation; (3) identify the substantial harm or prejudice that would occur if the Court did not change the time; (4) disclose all previous time modifications; and (5) describe the effect the requested time modification would have on the schedule for the case. N.D. Cal. LR 6-3(a).

- 5 -
MOTION TO MODIFY CASE SCHEDULE
CASE NO. 07-5944; MDL NO. 1917

3438259v1/012325

Plaintiffs have set forth above the reasons for the requested modification, which will eliminate inconsistencies and inefficiencies for all parties and the Court – and it is these harms that the modification seeks to avoid. As is also described in the accompanying Declaration of Kenneth S. Marks, Plaintiffs sought the Defendants consent for this alteration; Defendants do not agree to the requested modification and therefore oppose this motion. The proposed modification will have no effect on the schedule for this case. And finally, Plaintiffs set forth here all previous relevant time modifications:

| Date | Dkt. No. | Description |
| --- | --- | --- |
| March 13, 2013 | 1595 | Order adopting proposed revised schedule parties regarding pretrial schedule and trial date. |
| March 21, 2014 | 2459 | Order entering stipulation between parties regarding pretrial schedule and trial date. |

## CONCLUSION

For all the foregoing reasons, Plaintiffs respectfully request that the case schedule be modified as set forth above and in the attached Proposed Order.

DATED: November 24, 2014

By: */s/ Kenneth S. Marks*
    Kenneth S. Marks
    Jonathan J. Ross
    Johnny W. Carter
    David M. Peterson
    John P. Lahad
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666
    Email: kmarks@susmangodfrey.com
          jross@susmangodfrey.com
          jcarter@susmangodfrey.com
          dpeterson@susmangodfrey.com
          jlahad@susmangodfrey.com

| | |
|---|---|
| 1 | |
| 2 | Parker C. Folse III |
| | Rachel S. Black |
| 3 | Jordan Connors |
| | SUSMAN GODFREY L.L.P. |
| 4 | 1201 Third Avenue, Suite 3800 |
| | Seattle, Washington 98101-3000 |
| 5 | Telephone:  (206) 516-3880 |
| | Facsimile:  (206) 516-3883 |
| 6 | Email: pfolse@susmangodfrey.com |
| | rblack@susmangodfrey.com |
| 7 | jconnors@susmangodfrey.com |

Attorneys for plaintiff Alfred H. Siegel, solely in his capacity Trustee of the Circuit City Stores, Inc. Liquidating Trust

By: */s/ Craig A. Benson*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America*

- 7 -
MOTION TO MODIFY CASE SCHEDULE
CASE NO. 07-5944; MDL NO. 1917

3438259v1/012325

| | |
|---|---|
| 1 | By: /s/ *David Martinez* |
| 2 | |
| | Roman M. Silberfeld, (SBN 62783) |
| 3 | David Martinez, (SBN 193183) |
| | Jill Casselman |
| 4 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | 2049 Century Park East, Suite 3400 |
| 5 | Los Angeles, CA 90067-3208 |
| | Telephone: (310) 552-0130 |
| 6 | Facsimile: (310) 229-5800 |
| | Email: RMSilberfeld@rkmc.com |
| 7 | Email: DMartinez@rkmc.com |
| 8 | Email: jcasselman@rkmc.com |
| 9 | Elliot S. Kaplan |
| | K. Craig Wildfang |
| 10 | Laura E. Nelson |
| 11 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | 800 LaSalle Avenue |
| 12 | 2800 LaSalle Plaza |
| | Minneapolis, MN 55402 |
| 13 | Telephone: (612) 349-8500 |
| | Facsimile: (612) 339-4181 |
| 14 | Email: eskaplan@rkmc.com |
| 15 | Email: kcwildfang@rkmc.com |
| | Email: lenelson@rkmc.com |
| 16 | |
| 17 | *Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy* |
| 18 | *Purchasing LLC, Best Buy Enterprise Services, Inc.,* |
| | *Best Buy Stores, L.P., Bestbuy.com, L.L.C., and* |
| 19 | *Magnolia Hi-Fi, Inc.* |

- 8 -
MOTION TO MODIFY CASE SCHEDULE
CASE NO. 07-5944; MDL NO. 1917

3438259v1/012325

1
2
3                                          By: /s/ *Jason Murray*
4
                                           Jason C. Murray (CA Bar No. 169806)
5                                          **CROWELL & MORING LLP**
                                           515 South Flower St., 40th Floor
6                                          Los Angeles, CA 90071
                                           Telephone: 213-443-5582
7                                          Facsimile: 213-622-2690
                                           Email: jmurray@crowell.com
8
9
                                           Jerome A. Murphy (pro hac vice)
10                                         Astor H.L. Heaven (pro hac vice)
                                           **CROWELL & MORING LLP**
11                                         1001 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20004
12                                         Telephone: 202-624-2500
13                                         Facsimile: 202-628-5116
                                           E-mail: jmurphy@crowell.com
14                                         Email aheaven@crowell.com
15
                                           *Attorneys for Target Corp. and Viewsonic Corp.*
16
17
                                           By: /s/ *Richard Arnold*
18
                                             Richard Alan Arnold
19                                           William J. Blechman
                                             Kevin J. Murray
20                                           **KENNY NACHWALTER, P.A.**
                                             201 S. Biscayne Blvd., Suite 1100
21                                           Miami, FL 33131
22                                           Tel: 305-373-1000
                                             Fax: 305-372-1861
23                                           Email: rarnold@knpa.com
                                             Email: wblechman@knpa.com
24                                           Email: kmurray@knpa.com
25
                                           *Attorneys for Plaintiff Sears, Roebuck and Co. and*
26                                         *Kmart Corp.*
27
28
                                            - 9 -
                             MOTION TO MODIFY CASE SCHEDULE
                              CASE NO. 07-5944; MDL NO. 1917
3438259v1/012325

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Mario N. Alioto*

MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*