Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC MDL No. 1917 |
| This Document Relates To: ALL INDIRECT PURCHASER ACTIONS; *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173; *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; *Target Corp. v. Technicolor SA, et al.*, No. 13-cv- | **[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' MOTION TO MODIFY SCHEDULE FOR PRETRIAL EXCHANGES** |

05686;

*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510.

Upon consideration of Direct Action Plaintiffs and Indirect Purchaser Plaintiffs' Motion, it is hereby:

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that Defendants shall provide Direct Action Plaintiffs and Indirect Purchaser Plaintiffs in the above-captioned cases with Defendants' proposed trial exhibits, deposition excerpts, and witness lists by January 6, 2015.

**IT IS SO ORDERED.**

Dated: _____, 2014

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

3438555v1/012325