1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  DAVID E. YOLKUT (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, New York 10153-0119
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  E-mail: adam.hemlock@weil.com

6  BAMBO OBARO (267683)
   WEIL, GOTSHAL & MANGES LLP
7  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9  E-mail: bambo.obaro@weil.com

10 JEFFREY L. KESSLER (*pro hac vice*)
   EVA W. COLE (*pro hac vice*)
11 MOLLY M. DONOVAN (*pro hac vice*)
   WINSTON & STRAWN LLP
12 200 Park Avenue
   New York, New York 10166-4193
13 Telephone: (212) 294-6700
   Facsimile: (212) 294-7400
14 E-mail: jkessler@winston.com

15 *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510 | **[~~PROPOSED~~] ORDER GRANTING THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Upon consideration of the Panasonic Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with their Opposition to Plaintiff ViewSonic Corporation's Motion for Leave to File Surreply, it is hereby:

ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or portions of documents related to the Panasonic Defendants' Administrative Motion to File Under Seal:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Panasonic Defendants' Opposition to Plaintiff ViewSonic Corporation's Motion for Leave to File Surreply | 1:5-6<br><br>2:6-7, 9-10, 17-18, 20<br><br>3:13-14, 18-19<br><br>4:24-26 |

IT IS SO ORDERED

Dated: 11/24/2014



Judge Samuel Conti

---

[PROPOSED] ORDER GRANTING THE PANASONIC DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

MDL No. 1917
Case No. 3:14-cv-02510

1