1  Christopher M. Curran (*pro hac vice*)
2  ccurran@whitecase.com
   Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Consumer Products, LLC, Toshiba America*
   *Information Systems, Inc., and Toshiba*
11 *America Electronic Components, Inc.*
12

13                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
14                         (SAN FRANCISCO DIVISION)
15

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED NOVEMBER 20, 2014 RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.

2. I submit this declaration in support of the Toshiba Defendants' Objections to Special Master's Recommended Order Dated November 20, 2014 Re Plaintiffs' Motion to Compel Depositions of Toshiba Witnesses, filed contemporaneously herewith. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Order Re Plaintiffs' Motion to Compel Depositions of Toshiba Witnesses, dated November 20, 2014.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Report Regarding Case Management Conference, dated June 3, 2010.

5. Attached hereto as **Exhibit C** is a true and correct copy of Stipulation and Order Regarding Service of Complaints and Applicability of Prior Discovery Orders, dated May 3, 2012.

6. Attached hereto as **Exhibit D** is a true and correct copy of Toshiba's Rule 26(a)(1) Initial Disclosures, dated June 6, 2008.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Toshiba Entities' Amended Rule 26(a)(1) Initial Disclosures, dated August 1, 2014.

8. Attached hereto as **Exhibit F** is a true and correct copy of a letter from Daniel E. Birkhaeuser to Lucius B. Lau, dated September 10, 2014

9. Attached hereto as **Exhibit G** is a true and correct copy of a letter from Daniel E. Birkhaeuser to Lucius B. Lau, dated September 12, 2014.

10. Attached hereto as **Exhibit H** is a true and correct copy of the Toshiba Entities' Second Amended Rule 26(a)(1) Initial Disclosures, dated October 1, 2014.

11. Attached hereto as **Exhibit I** is a true and correct of a letter from Mario N. Alioto and R. Alexander Saveri to Lucius B. Lau, dated December 10, 2012.

12. Attached hereto as **Exhibit J** is a true and correct copy of a letter from Lucius B. Lau to Mario N. Alioto and R. Alexander Saveri, dated December 21, 2012

13. Attached hereto as **Exhibit K** is a true and correct copy of the Plaintiffs' motion to compel the depositions of five individuals, dated September 2, 2014.

14. Attached hereto as **Exhibit L** is a true and correct copy of the Toshiba Defendants' response to the Plaintiffs' motion to compel, dated September 16, 2014.

15. Attached hereto as **Exhibit M** is a true and correct copy of the Plaintiffs' reply in support of their motion to compel, dated September 28, 2014.

16. Attached hereto as **Exhibit N** is a true and correct copy of the Indirect Purchaser Plaintiffs' Rule 26(a)(1)(A) Initial Disclosures, dated June 6, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of November, 2014, in Washington, D.C.

_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED NOVEMBER 20, 2014 RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES
Case No. 07-5944-SC, MDL No. 1917