Toshiba Exhibit D

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **TOSHIBA'S RULE 26(A)(1) INITIAL DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Pretrial Order No. 1, defendants Toshiba America Inc. ("TAI"), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America Electronic Components, Inc. ("TAEC") hereby provide their initial disclosures.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**Rule 26(a)(1)(A)(i) Disclosure Requirement:**

The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**Response:**

With respect to TAI, TAI is a holding company that does not engage in the sale or manufacture of CRTs or CRT products and does not possess relevant discoverable information in its files. Information relevant to prove TAI's position that it does not engage in the sale or manufacture of CRTs or CRT products would likely be found at its headquarters in New York, New York.

With respect to TAI, TAIS, TACP, and TAEC, the individual complaints filed to date are speculative and fail to satisfy the pleading requirements of Rule 8(a)(2) of the Federal Rules of Civil Procedure. *See generally Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007). Accordingly, TAI, TAIS, TACP, and TAEC have not been given "fair notice" of the plaintiffs' claims and the grounds upon which they rest. Because the complaints are deficient, TAI, TAIS, TACP, and TAEC are unable to formulate defenses at this time. Thus, TAI, TAIS, TACP, and TAEC cannot identify individuals likely to have discoverable information to support any defenses they might assert.

TAI, TAIS, TACP, and TAEC will supplement this response upon the filing of complaints that satisfy the pleading requirements of Rule 8(a)(2) or a ruling by the Court on a *Twombly* motion.

**Rule 26(a)(1)(A)(ii) Disclosure Requirement:**

A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   **unless the use would be solely for impeachment.**

2

3   **Response:**

4       With respect to TAI, TAI is a holding company that does not engage in the sale or

5   manufacture of CRTs or CRT products and does not possess relevant discoverable

6   information in its files.  Information relevant to prove TAI's position that it does not

7   engage in the sale or manufacture of CRTs or CRT products would likely be found at its

8   headquarters in New York, New York.

9       With respect to TAI, TAIS, TACP, and TAEC, the individual complaints filed to date

10  are speculative and fail to satisfy the pleading requirements of Rule 8(a)(2) of the Federal

11  Rules of Civil Procedure.  *See generally Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955

12  (2007).  Accordingly, TAI, TAIS, TACP, and TAEC have not been given "fair notice" of

13  the plaintiffs' claims and the grounds upon which they rest.  Because the complaints are

14  deficient, TAI, TAIS, TACP, and TAEC are unable to formulate defenses at this time.

15  Thus, TAI, TAIS, TACP, and TAEC cannot identify any documents, electronically stored

16  information, or tangible things in their possession, custody, or control that they might use

17  to support any defenses they might assert.

18      TAI, TAIS, TACP, and TAEC will supplement this response upon the filing of

19  complaints that satisfy the pleading requirements of Rule 8(a)(2) or a ruling by the Court

20  on a *Twombly* motion.

21

22  **Rule 26(a)(1)(A)(iii) Disclosure Requirement:**

23      **A computation of each category of damages claimed by the disclosing party —**

24  **who must also make available for inspection and copying as under Rule 34 the**

25  **documents or other evidentiary material, unless privileged or protected from**

26  **disclosure, on which each computation is based, including materials bearing on the**

27  **nature and extent of injuries suffered.**

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**Response:**

Not applicable.   TAI, TAIS, TACP, and TAEC have not yet made any claims for damages in this action.

**Rule 26(a)(1)(A)(iv) Disclosure Requirement:**

**For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**Response:**

TAI, TAIS, TACP, and TAEC are currently reviewing and analyzing whether they have any such insurance agreements.

Dated:  June 6, 2008

WHITE & CASE LLP

By: _____

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
701 Thirteenth Street, N.W.
Washington, D.C.  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**CERTIFICATION**

*In Re:  Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

    I, Robert Vorhees, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action.  I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

    On June 6, 2008, I sent a copy of the foregoing Toshiba's Rule 26(a)(1) Initial Disclosures to the entities listed below.

**BY E-MAIL AND FIRST CLASS MAIL:**

Guido Saveri
SAVERI & SAVERI INC.
111 Pine Street
Suite 1700
San Francisco, CA 94111-5619
guido@saveri.com
*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
malioto@tatp.com
*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**BY E-MAIL ONLY:**

*For Defendant Hitachi America, Ltd.*
Kent Roger
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94015-1126
kroger@morganlewis.com

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  ***For Defendants LG Electronics, Inc. and LG Electronics USA, Inc.***
2  Samuel R. Miller
   SIDLEY AUSTIN LLP
3  555 California Street, Suite 5000
4  San Francisco, CA 94111
   srmiller@sidley.com
5

6  ***For Defendant LP Displays International, Ltd.***
   Michael R. Lazerwitz
7  CLEARY GOTTLIEB STEEN & HAMILTON LLP
8  2000 Pennsylvania Avenue, NW
   Suite 9000
9  Washington DC 20006
10 mlazerwitz@cgsh.com

11 ***For Defendant Orion America, Inc.***
12 Anthony J. Viola
   EDWARDS ANGELL PALMER & DODGE LLP
13 750 Lexington Avenue
14 New York, NY 10022
   aviola@eapdlaw.com
15

16 ***For Defendants Panasonic Corp. of North America and MT Picture Display Corp. of America (NY) (defunct)***
17 Steven A. Reiss
18 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
19 New York, NY 10153
20 steven.reiss@weil.com

21 ***For Defendant Philips Electronics North America Corp.***
22 Ethan E. Litwin
   HOWREY LLP
23 153 E. 53rd Street, 54th Floor
24 New York, NY 10022
   litwine@howrey.com
25

26 ***For Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.***
27 Gary L. Halling
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
28 Four Embarcadero Center

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  17th Floor
2  San Francisco, CA 94111
3  ghalling@sheppardmullin.com

4  ***For Defendant Tatung Company of America, Inc.***
   Bruce H. Jackson
5  BAKER & MCKENZIE LLP
6  Two Embarcadero Center, 11th Floor
   San Francisco, CA 94111
7  bruce.h.jackson@bakernet.com

8
9  ***For Defendant TPV International (USA), Inc.***
   Curt Holbreich
10 KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   55 Second Street, Suite 1700
11 San Francisco, CA 94105-3943
12 curt.holbreich@klgates.com

13
14
15                          
16                   _____
                              Robert Vorhees
17
18
19
20
21
22
23
24
25
26
27
28