Toshiba Exhibit E

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba Corporation, Toshiba America, Inc., Toshiba*
*America Electronic Components, Inc., Toshiba America*
*Information Systems, Inc., Toshiba America Consumer*
*Products, L.L.C.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: ALL ACTIONS | **TOSHIBA ENTITIES' AMENDED RULE 26(A)(1) INITIAL DISCLOSURES** |

Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba America Consumer Products L.L.C. (collectively, the "Toshiba Entities") hereby amend their prior initial disclosures, pursuant to Rules 26(a)(1) and 26(e) of the Federal Rules of Civil Procedure.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Toshiba Entities provide these Amended Initial Disclosures (the "Disclosures") based on discovery to date, information presently available to the Toshiba Entities, and a good-faith inquiry into the facts relating to the alleged subject matter of these actions.

Nothing in these Disclosures shall be construed as a waiver of the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege, protection, or doctrine.  The Toshiba Entities reserve the right to object to the testimony of any of the witnesses identified herein and to the production or introduction into evidence of any document within the categories set forth herein on the basis of privilege, relevance, or any other applicable objection.

Nothing in these Disclosures shall be construed as an admission or acceptance by the Toshiba Entities of the relevance or admissibility of any witness, document, or fact in these Disclosures.

The Toshiba Entities' investigation of the facts relating to the Plaintiffs' Complaints is ongoing, and the Toshiba Entities reserve the right to modify, amend, or supplement these Disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure and the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California.

These Disclosures are made only for the purpose of this action.

All of the Disclosures below are subject to the above limitations, objections, and qualifications.

**I.      Rule 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information**

In addition to those individuals who have previously been deposed or who were otherwise identified in any of the actions in this MDL, throughout the course of discovery in this matter the Toshiba Entities have identified the following additional individuals who may have information that the Toshiba Entities may use to support their claims or defenses in the areas indicated for them:

Tomohito Amano, Clayton Bond, Michael Du, Charles Farmer, Norio Fujita, Jay Heinecke, Tomoyuki Kawano, Koji Kurosawa, John Milliken, Kazuhiro Nishimaru,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1 Kazutaka Nishimura, Dan Ryan, Shigekazu Shibata, Shinichiro Tsuruta, Yoshiaki Uchiyama,
2 Yasuki Yamamoto: CRT manufacturing, CRT pricing and sales, the CRT and CRT finished
3 product markets, CRT technology, and the allegations in the complaints.  Clayton Bond,
4 Michael Du, Tomoyuki Kawano, Kazutaka Nishimura, and Yasuki Yamamoto were also
5 custodians of documents produced to the Plaintiffs.   In addition, Jay Heinecke, Koji
6 Kurosawa, and Yoshiaki Uchiyama provided Rule 30(b)(6) testimony to the Plaintiffs, and
7 Norio Fujita, Kazuhiro Nishimaru, Kazutaka Nishimura, Dan Ryan, Shinichiro Tsuruta, and
8 Yasuki Yamamoto were deposed by the Plaintiffs as percipient witnesses.

9     Charles Farmer, Richard Huber, Scott Ramirez: CRT finished product manufacturing,
10 CRT purchasing, CRT finished product pricing and sales, and the allegations in the
11 complaints.  Scott Ramirez was also a custodian of documents produced to the Plaintiffs.  In
12 addition, Richard Huber provided Rule 30(b)(6) testimony to the Plaintiffs.

13     The Toshiba Entities further intend to rely on witnesses identified in their discovery
14 responses, witnesses identified in other Defendants' disclosures and discovery responses,
15 witnesses identified in testimony, witnesses employed by other Defendants, and witnesses
16 from customers or other third parties identified and not yet identified.

17     **II.     Rule 26(a)(1)(A)(ii): Documents to Support Claims or Defenses**

18     The Toshiba Entities have made documents, data compilations, and tangible items
19 that are in the possession, custody, or control of the Toshiba Entities, and which the Toshiba
20 Entities may use to support their claims or defenses, available for review by the Plaintiffs.
21 To the extent there are additional documents, the Toshiba Entities will produce those
22 documents as they are identified.  The Toshiba Entities' documents are principally located in
23 Irvine, California, and Tokyo, Japan.   The Toshiba Entities reserve the right to use
24 documents produced by other parties or by non-parties to the litigation as well as documents
25 used in depositions, pleadings, or filings by any party.

26     **III.     Rule 26(a)(1)(A)(iii):  Damages**

27     Not applicable.  The Toshiba Entities have not yet made any claims for damages in
28 this action.

**IV.     Rule 26(a)(1)(A)(iv):  Insurance Agreements**

The Toshiba Entities continue to review and analyze whether it has any such insurance agreements.

Dated:  August 1, 2014

**WHITE & CASE** LLP

By: _____

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendant Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Electronic Components, Inc., Toshiba*
*America Information Systems, Inc., Toshiba*
*America Consumer Products, L.L.C.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**CERTIFICATE OF SERVICE**

2      On August 1, 2014, I caused a copy of "TOSHIBA ENTITIES' AMENDED

3  RULE 26(A)(1) INITIAL DISCLOSURES" to be served via email upon:

| | |
|---|---|
| Liaison Counsel for the Direct Action Plaintiffs | Philip J. Iovieno, Esq.<br>BOIES, SCHILLER & FLEXNER LLP<br>10 N. Pearl St.<br>4th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br>Fax: (518) 434-0665<br>Email: piovieno@bsfllp.com |
| Counsel for Indirect Purchaser Plaintiffs | Lauren C. Russell, Esq.<br>TRUMP ALIOTO TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel.: (415) 563-7200<br>Email: laurenrussell@tatp.com |
| Counsel for Direct Purchaser Plaintiffs | R. Alexander Saveri, Esq.<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA  94111<br>Tel: (415) 217-6810<br>Email: rick@saveri.com |
| California Office of the Attorney General | Kamala D. Harris<br>Attorney General of California<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Telephone: (415) 703-5908<br>Email:  Emilio.varanini@doj.ca.gov |

_____

Dana E. Foster