Toshiba Exhibit F

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
MICHAEL S. STRIMLING
JENELLE WELLING

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA 94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

PAUL F. MAHLER
JOSHUA D. BOXER
Of Counsel

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

September 10, 2014

Lucius B. Lau, Esq.
White and Case
701 Thirteenth St., NW
Washington, D.C. 20005-3807

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Mr. Lau:

Thank you for making Mr. Milliken and Mr. Kawano available for deposition. Unfortunately, for a variety of reasons the dates you have offered are not convenient for Plaintiffs. As with all of the previous depositions, we anticipate that many counsel will attend the deposition. Therefore, please provide us with two alternative sets of dates for each witness.

Thank you in advance for your cooperation.

Very truly yours,

BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP

Daniel E. Birkhaeuser

DEB:pt
71650