Toshiba Exhibit I

**SAVERI & SAVERI, INC.**
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
FAX: (415) 217-6813

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 UNION STREET
SAN FRANCISCO, CALIFORNIA 94123
TELEPHONE: (415) 563-7200
FAX: (415) 346-0679

December 10, 2012

*VIA E-MAIL*

Lucius B. Lau, Esq.
WHITE & CASE
701 Thirteenth St., NW
Washington, D.C. 20005-3807

Re:     *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Albie:

Pursuant to the Order Re Discovery And Case Management Protocol dated April 3, 2012, Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, Individual Action Plaintiffs, and the State of Florida (collectively, "Plaintiffs") have prepared a list of employees of Toshiba-affiliated defendants and entities  employees regarded as potential merits deponents.

Currently, Plaintiffs' expectations are to notice an initial five depositions to take place in San Francisco, California, beginning in February-March, 2013.  The witnesses will be drawn from the following list.  Please inform us of any conflicts or other issues that may preclude these depositions from taking place during those calendar months.

1.     Yun-Peng Hong

2.     Seiichi Fukunaga

3.     Kazutero Yasukawa

4.     Michihiro Yoshino

5.     Yasuki Yamamoto

6.     Ko Nishimoto

67513

Saveri & Saveri, Inc.
Trump Alioto Trump & Prescott LLP
December 10, 2012
Page 2

7.   Satoshi Suzuki

8.   Tadashi Wakayama / Wakiyama

9.   Shigekazu Shibata

10.  Keisuke Wakiyama

11.  Morita Koji/Kouji

12.  Hideaki Ooishi/Oishi

13.  Ukihiro Kimura

14.  Dan Ryan

15.  Yutaka Tsuruta

16.  Mr. Tomita / Tomida

17.  Masaru Ohmori

18.  Clayton Bond

19.  Kazuhiro Nishimaru

20.  Tomohito Amano

21.  Yasuaki Tomori

22.  O (Osamu) Kano

23.  Toshiaki Kuwano

Please inform us of each individual's job title during the class period, current contact information, whether the individual is currently employed by a Toshiba affiliate, and whether any of the above individuals intend to invoke their rights under the Fifth Amendment. If any of the above listed individuals are no longer employees of Toshiba, we ask that you provide us with the last known address and, if known, representative counsel for each. so that we may arrange for the appropriate means of service.

Based on this information, we can determine in what order depositions should be taken. Of course, if any of the individuals work for an affiliated Toshiba entity and/or if you plan to

Saveri & Saveri, Inc.
Trump Alioto Trump & Prescott LLP
December 10, 2012
Page 3

represent any individuals no longer employed by Toshiba, we will expect your cooperation in producing them for deposition.

Plaintiffs reserve the right to supplement this list depending on Toshiba's response and on information obtained during the discovery process.  If you believe that any of the listed persons do not have relevant knowledge, or only marginal knowledge, of the relevant facts, please let us know.  Thank you for attention to this matter and we look forward to speaking with you in the near future.

Sincerely,

/s/ Mario N. Alioto
Mario N. Alioto
Trump Alioto Trump & Prescott LLP
Interim Lead Counsel for the Indirect Purchaser Plaintiffs

/s/ R. Alexander Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
Interim Lead Counsel for the Direct Purchaser Plaintiffs

JSR/tt
cc (via email): Daniel E. Birkhaeuser
                Chris Lebsock
                Emilio Varanini
                Satu Correa

67513