Toshiba Exhibit J

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

Direct Dial + 202-626-3696      alau@whitecase.com

December 21, 2012

VIA E-MAIL

Mario N. Alioto, Esq.
Trump Alioto Trump & Prescott
2280 Union Street
San Francisco, CA  94123

R. Alexander Saveri, Esq.
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA  94111

Re:  *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917 (N.D. Cal.):  Response to December 10, 2012 Letter

Dear Messrs. Alioto and Saveri:

    I write in response to your letter of December 10, 2012, regarding future merits depositions.

    In your letter, rather than identifying specific individuals who the plaintiffs intend to depose, you include a pool of 23 "potential merits deponents" from which "witnesses will be drawn." As such, your witness list does not comply with the April 3, 2012 Order Re Discovery and Case Management Protocol, which requires plaintiffs to provide "a reasonable list of the persons they propose to depose in the initial round of depositions based on their knowledge of the current discovery record." Moreover, as you know, the plaintiffs are limited to "a ***maximum*** of 12 depositions for any single defendant group." *See* April 3, 2012 Order at 2 (emphasis added).

    In any event, the following individuals identified on your list are no longer employed by any Toshiba Defendant:

Mario N. Alioto, Esq.
R. Alexander Saveri, Esq.

December 21, 2012

**WHITE & CASE**

- Kazutero Yasukawa
- Michihiro Yoshino
- Tadashi Wakayama
- Shigekazu Shibata
- Keisuke Wakiyama
- [Y]ukihiro Kimura
- Dan Ryan
- Masaru Ohmori
- Clayton Bond
- Tomohito Amano
- Osamu Kano

Pursuant to Japan's Personal Information Protection Law, we are unable to provide you with the last known address for these individuals.

Further, we have not been able to identify a current or former Toshiba employee with the name Yutaka Tsuruta or Yasuaki Tomori. And "Mr. Tomita/Tomida" is too vague for us to identify a specific individual. If you propose to depose these individuals, please provide us with additional information as to their identity so that we can determine whether they are current Toshiba employees.

Finally, as to the remaining names on the list, in accordance with the April 3, 2012 Order, please tell us which of these individuals you propose to depose so that we can then determine their status, confirm whether we expect them to assert their Fifth Amendment privilege against self-incrimination, and meet and confer on scheduling. We do not anticipate that these individuals will be available for deposition any time before April 2013.

Please feel free to contact me if you have any questions.

Sincerely,

Lucius B. Lau

2

Mario N. Alioto, Esq.
R. Alexander Saveri, Esq.

**WHITE & CASE**

December 21, 2012

    cc:    Daniel E. Birkhauser, Esq.
             Christopher Lebsock, Esq.
             Jennifer Rosenberg, Esq.
             Emilio Varanini, Esq.