Toshiba Exhibit K

# *Trump Alioto Trump & Prescott*

ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

September 2, 2014

<u>Via Email</u>

Hon. Vaughn R. Walker (Ret.)
c/o Mr. Jay Weil
Federal Arbitration, Inc.
288 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
jay.weil@fedarb.com

     *Re:*     *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Master Case No. 3:07-cv-5944 SC

Dear Judge Walker:

     Plaintiffs[1] move to compel the depositions of five witnesses that Toshiba recently disclosed as having information relevant to this action.  Although only 3 days remain until the closure of fact discovery in this case, Toshiba has offered to make only one of these witnesses available for deposition.  It remains silent as to its intentions with respect to the other witnesses.

     On August 1, 2014, Toshiba served on Plaintiffs its "Amended Initial Disclosures" purportedly pursuant to pursuant to Rules 26(a)(1) and 26(e) of the Federal Rules of Civil Procedure.  Birkhaeuser Declaration, Exhibit A.  In this disclosure, Toshiba identified five witnesses that Plaintiffs have never deposed.[2]  Toshiba claimed that these witnesses have information that the Toshiba Entities "may use to support their claims or defenses."  Exhibit A 2:25-26.  Those witnesses are as follows:

     1.     Clayton Bond;
     2.     Charles Farmer;
     3.     John Milliken;

---

[1] This letter brief is sent on behalf of the Indirect Purchaser Plaintiffs ("IPPs"), the Direct Action Plaintiffs ("DAPs"), and the Attorney General of the State of California (jointly, "Plaintiffs").

[2] The disclosures also identified Michael Du.  The deposition of Mr. Du is the subject of a prior Order of the Court.  *See* Order Adopting Report & Recommendation re Indirect Purchaser Plaintiffs' Motion To Compel Production For Deposition Of JDI Employees Yoshino, Fukunaga & Du,  Docket No. 2734.

4.    Tomoyuki Kawano; and

5.    Tomohito Amano.

Plaintiffs wrote to Toshiba immediately and asked Toshiba to make these witnesses available for deposition.  Because Toshiba served the amended disclosure just slightly more than a month before the close of fact discovery, Plaintiffs asked Toshiba to respond without delay.  Birkhaeuser Declaration, Exhibit B.

Toshiba did not respond.  During a subsequent meet and confer telephone call, Plaintiffs again asked Toshiba to respond as the discovery cut off was fast approaching.  Toshiba informed plaintiffs that it would respond when it was able to and would not commit to a date certain. Birkhaeuser Declaration, paragraph 4 and Exhibit C.

Toshiba finally "responded" on August 27, 2014.  Birkhaeuser Declaration, Exhibit F. However, Toshiba's response confirms only a single deposition, Mr. Milliken.  It does not inform Plaintiffs which of the remaining witnesses are currently employed by a Toshiba entity.  It does not inform Plaintiffs whether any of these witnesses will assert a Fifth Amendment defense, as required by the Order Re Discovery and Case Management, Section I.A. Dkt. No. 1128. Toshiba did offer to waive the discovery deadline to the extent any of the witnesses are "available for deposition".  This offer is a hollow one, however, since Toshiba won't say whether *any* of the remaining witnesses will be made available.  And Toshiba offers no explanation why many of these newly added witnesses are suddenly available after the close of discovery despite Plaintiffs' repeated requests to depose them over a year ago.[3]  The offer also fails to recognize that the discovery cut off is designed to benefit *both* parties as they prepare for trial.

Federal Rule of Civil Procedure section 26 (e) requires a party to make supplemental disclosures "in a timely matter".  Plaintiffs thus assume that Toshiba has only recently[4] learned that these witnesses have information relevant to its claims and defenses.  If so, Toshiba should have been ready to make these witnesses available for deposition immediately.  Toshiba's delay of four weeks to respond as to only one witness is sheer gamesmanship.  Should plaintiffs be forced to subpoena any of these individuals, they will not have time to do so.

As Plaintiffs' recent discovery motion against Toshiba showed, this is not the first time that Toshiba has played "cat and mouse" with witnesses during discovery.  *See* Order Adopting Report & Recommendation re Indirect Purchaser Plaintiffs' Motion To Compel Production For Deposition

---

[3] Plaintiffs asked for the deposition of Mr. Amano on December 10, 2012 and was told that Toshiba did not control him.  On March 29, 2013, Plaintiffs asked for the deposition of Mr. Kawano, spelling his name "Tomauki Kawano." Toshiba claimed that it had never heard of him.  Plaintiffs supplied the name in Japanese characters.  On July 2, 2013, Toshiba informed Plaintiffs that it does not control him.

[4] Toshiba's initial disclosure pursuant to Rule 26 did not identify any witnesses.  Instead, Toshiba claimed that the complaint was deficient, rendering Toshiba "unable to formulate defenses at this time."  Birkhaeuser Declaration, Exhibit G.

Of JDI Employees Yoshino, Fukunaga & Du,  Docket No. 2734 dated August 6, 2014.  Toshiba's inaction in the face of the imminent discovery deadline does not comport with its obligation to participate in discovery in good faith.  Plaintiffs should not have to file a motion to obtain a timely response to a request to depose witnesses whom Toshiba has identified as having information relevant to its claims and defenses and whom it may call at trial.

For the foregoing reasons, Plaintiffs seek an order of the Court compelling Toshiba to make the above witnesses available for deposition in San Francisco without further delay.  Plaintiffs also seek an order extending the discovery cut off to permit Plaintiffs to prepare for and take these depositions.

Sincerely,

*/s/ Mario N. Alioto*
Mario N. Alioto
Trump Alioto Trump & Prescott LLP
Interim Lead Counsel for the Indirect Purchaser Plaintiffs

cc:  Debra Bernstein (counsel for Direct Action Plaintiff Dell)
Lucius B. Lau (counsel for Toshiba defendants)
Emilio Varanini (State of California)

1   Mario N. Alioto (56433)
    Lauren C. Capurro (Russell) (241151)
2   TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
    2280 Union Street
3   San Francisco, CA 94123
    Telephone: (415) 563-7200
4   Facsimile: (415) 346-0679
    malioto@tatp.com
5   laurenrussell@tatp.com

6   *Lead Counsel for Indirect-Purchaser Plaintiffs*

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11   IN RE: CATHODE RAY TUBE (CRT)        No. 3:07-cv-05944-SC
     ANTITRUST LITIGATION,
12                                        MDL No. 1917

13                                        **DECLARATION OF DANIEL E.
                                          BIRKHAEUSER IN SUPPORT OF
14                                        MOTION TO COMPEL
                                          PRODUCTION OF WITNESSES**
15   _____

16   This Documents Relates To:

17   ALL ACTIONS

18

19

20

21

22

23

24

25

26

27

28
     _____
          Declaration of Daniel E. Birkhaeuser in Support of Motion to Compel Production of Witnesses

1    I, Daniel E. Birkhaeuser, declare:

2        1.      I am an attorney admitted to practice before the United States District Court for the

3    Northern District of California.  I am a partner with the law firm of Bramson, Plutzik, Mahler &

4    Birkhaeuser, LLP, one of the attorneys of record for the Indirect Purchaser Plaintiffs ("IPPs") in

5    this action.  I have personal knowledge of the facts stated in this declaration and would testify to

6    them if called upon to do so.

7        2.      On August 1, 2014, counsel for the Toshiba entitites served their Amended Rule

8    26(A)(1) Initial Disclosures.  Attached hereto as Exhibit A is a true and correct copy of Toshiba's

9    Amended Rule 26(A)(1) Initial Disclosures.

10       3.      On August 7, 2014, Plaintiffs' counsel sent a letter to Lucius B. Lau, one of the

11   attorneys for the Toshiba entities.  Attached hereto as Exhibit B is a true and correct copy of the

12   August 7, 2014 letter from Plaintiffs to Mr. Lau.

13       4.      Toshiba did not respond to this letter.  On August 15, 2014, counsel for Dell and I

14   had a phone call with Mr. Lau to discuss outstanding discovery.  During this call, I asked Mr. Lau

15   when Plaintiffs could expect a response to our letter requesting depositions of the recently-

16   identified witnesses.  Mr. Lau would not commit to a date-certain.

17       5.      On August 19, 2014, I sent a letter to to Toshiba's counsel, Lucius B. Lau seeking a

18   response.  Attached as Exhibit C is a true and correct copy of that letter.

19       6.      On August 21, 2014, Mr. Lau finally responded.  However his letter does not

20   commit to a single deposition.   Attached hereto as Exhibit D is a true and correct copy of Mr.

21   Lau's August 21, 2014 letter.

22       7.      Attached hereto as Exhibit E is a true and correct copy of my August 22, 2014 letter

23   in response to Mr. Lau.

24       8.      Attached hereto as Exhibit F is a true copy of a letter from Mr. Lau to Debra

25   Bernstein dated August 27, 2014.

26       9.      Attached hereto as Exhibit G is a true copy of Toshiba's Initial Disclosures dated

27   October 15, 2008.

28

1       I declare under penalty of perjury under the laws of the state of California and under federal

2 law that the foregoing is true.  Executed at Walnut Creek, California, on September 2, 2014.

_____

Daniel E. Birkhaeuser

# EXHIBIT A

1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
   alau@whitecase.com
3  Dana E. Foster (*pro hac vice*)
   defoster@whitecase.com
4  White & Case LLP
5  701 Thirteenth Street, N.W.
   Washington, DC  20005
6  Telephone:  (202) 626-3600
7  Facsimile:  (202) 639-9355
8
9  *Counsel to Defendant*
   *Toshiba Corporation, Toshiba America, Inc., Toshiba*
10 *America Electronic Components, Inc., Toshiba America*
11 *Information Systems, Inc., Toshiba America Consumer*
   *Products, L.L.C.*
12

13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
                      (SAN FRANCISCO DIVISION)
15

16 | IN RE:  CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC |
17 | ANTITRUST LITIGATION | MDL No. 1917 |
18
19 | This Document Relates to: | |
20 | | **TOSHIBA ENTITIES' AMENDED** |
   | ALL ACTIONS | |
21 | | **RULE 26(A)(1) INITIAL DISCLOSURES** |
22

23        Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic
24 Components, Inc., Toshiba America Information Systems, Inc., and Toshiba America
25 Consumer Products L.L.C. (collectively, the "Toshiba Entities") hereby amend their prior
26 initial disclosures, pursuant to Rules 26(a)(1) and 26(e) of the Federal Rules of Civil
27 Procedure.
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    The Toshiba Entities provide these Amended Initial Disclosures (the "Disclosures")

2    based on discovery to date, information presently available to the Toshiba Entities, and a

3    good-faith inquiry into the facts relating to the alleged subject matter of these actions.

4    Nothing in these Disclosures shall be construed as a waiver of the attorney-client

5    privilege, attorney work-product doctrine, or any other applicable privilege, protection, or

6    doctrine.   The Toshiba Entities reserve the right to object to the testimony of any of the

7    witnesses identified herein and to the production or introduction into evidence of any

8    document within the categories set forth herein on the basis of privilege, relevance, or any

9    other applicable objection.

10   Nothing in these Disclosures shall be construed as an admission or acceptance by the

11   Toshiba Entities of the relevance or admissibility of any witness, document, or fact in these

12   Disclosures.

13   The Toshiba Entities' investigation of the facts relating to the Plaintiffs' Complaints

14   is ongoing, and the Toshiba Entities reserve the right to modify, amend, or supplement these

15   Disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure and the Local

16   Rules of Practice in Civil Proceedings before the United States District Court for the

17   Northern District of California.

18   These Disclosures are made only for the purpose of this action.

19   All of the Disclosures below are subject to the above limitations, objections, and

20   qualifications.

21   **I.    Rule 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information**

22   In addition to those individuals who have previously been deposed or who were

23   otherwise identified in any of the actions in this MDL, throughout the course of discovery in

24   this matter the Toshiba Entities have identified the following additional individuals who may

25   have information that the Toshiba Entities may use to support their claims or defenses in the

26   areas indicated for them:

27   Tomohito Amano, Clayton Bond, Michael Du, Charles Farmer, Norio Fujita, Jay

28   Heinecke, Tomoyuki Kawano, Koji Kurosawa, John Milliken, Kazuhiro Nishimaru,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Kazutaka Nishimura, Dan Ryan, Shigekazu Shibata, Shinichiro Tsuruta, Yoshiaki Uchiyama,

2   Yasuki Yamamoto: CRT manufacturing, CRT pricing and sales, the CRT and CRT finished

3   product markets, CRT technology, and the allegations in the complaints.  Clayton Bond,

4   Michael Du, Tomoyuki Kawano, Kazutaka Nishimura, and Yasuki Yamamoto were also

5   custodians of documents produced to the Plaintiffs.   In addition, Jay Heinecke, Koji

6   Kurosawa, and Yoshiaki Uchiyama provided Rule 30(b)(6) testimony to the Plaintiffs, and

7   Norio Fujita, Kazuhiro Nishimaru, Kazutaka Nishimura, Dan Ryan, Shinichiro Tsuruta, and

8   Yasuki Yamamoto were deposed by the Plaintiffs as percipient witnesses.

9        Charles Farmer, Richard Huber, Scott Ramirez: CRT finished product manufacturing,

10  CRT purchasing, CRT finished product pricing and sales, and the allegations in the

11  complaints.  Scott Ramirez was also a custodian of documents produced to the Plaintiffs.  In

12  addition, Richard Huber provided Rule 30(b)(6) testimony to the Plaintiffs.

13       The Toshiba Entities further intend to rely on witnesses identified in their discovery

14  responses, witnesses identified in other Defendants' disclosures and discovery responses,

15  witnesses identified in testimony, witnesses employed by other Defendants, and witnesses

16  from customers or other third parties identified and not yet identified.

17       **II.    Rule 26(a)(1)(A)(ii): Documents to Support Claims or Defenses**

18       The Toshiba Entities have made documents, data compilations, and tangible items

19  that are in the possession, custody, or control of the Toshiba Entities, and which the Toshiba

20  Entities may use to support their claims or defenses, available for review by the Plaintiffs.

21  To the extent there are additional documents, the Toshiba Entities will produce those

22  documents as they are identified.  The Toshiba Entities' documents are principally located in

23  Irvine, California, and Tokyo, Japan.   The Toshiba Entities reserve the right to use

24  documents produced by other parties or by non-parties to the litigation as well as documents

25  used in depositions, pleadings, or filings by any party.

26       **III.    Rule 26(a)(1)(A)(iii): Damages**

27       Not applicable. The Toshiba Entities have not yet made any claims for damages in

28  this action.

## IV.    Rule 26(a)(1)(A)(iv):  Insurance Agreements

The Toshiba Entities continue to review and analyze whether it has any such insurance agreements.

Dated: August 1, 2014

WHITE & CASE LLP

By: _____

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendant Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Electronic Components, Inc., Toshiba*
*America Information Systems, Inc., Toshiba*
*America Consumer Products, L.L.C.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TOSHIBA ENTITIES' AMENDED RULE 26(A)(1) INITIAL DISCLOSURES
Case No. 07-5944 SC
MDL No. 1917
4

**CERTIFICATE OF SERVICE**

On August 1, 2014, I caused a copy of "TOSHIBA ENTITIES' AMENDED

RULE 26(A)(1) INITIAL DISCLOSURES" to be served via email upon:

| | |
|---|---|
| Liaison Counsel for the Direct Action Plaintiffs | Philip J. Iovieno, Esq.<br>BOIES, SCHILLER & FLEXNER LLP<br>10 N. Pearl St.<br>4th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br>Fax: (518) 434-0665<br>Email: piovieno@bsfllp.com |
| Counsel for Indirect Purchaser Plaintiffs | Lauren C. Russell, Esq.<br>TRUMP ALIOTO TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel.: (415) 563-7200<br>Email: laurenrussell@tatp.com |
| Counsel for Direct Purchaser Plaintiffs | R. Alexander Saveri, Esq.<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA  94111<br>Tel: (415) 217-6810<br>Email: rick@saveri.com |
| California Office of the Attorney General | Kamala D. Harris<br>Attorney General of California<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Telephone: (415) 703-5908<br>Email: Emilio.varanini@doj.ca.gov |

Dana E. Foster

White & Case LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005

TOSHIBA ENTITIES' AMENDED RULE 26(A)(1) INITIAL DISCLOSURES
Case No. 07-5944 SC
MDL No. 1917

# EXHIBIT B

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

404-881-7000
Fax: 404-253-8488
www.alston.com

Debra D. Bernstein                        Direct Dial: 404-881-4476                        Email: debra.bernstein@alston.com

August 7, 2014

*VIA EMAIL*

Lucius B. Lau, Esq.
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005-3807
alau@whitecase.com

   *Re:*  *In re Cathode Ray Tube (CRT) Antitrust Litigation,* Case No. 07-5944 SC

Dear Albie:

  Plaintiffs received the Toshiba Entities' Amended Rule 26(a)(1) Initial Disclosures on August 1, 2014 (the "Amended Initial Disclosures"). As you know, the Amended Initial Disclosures referenced a number of additional individuals with discoverable information. *See* Amended Initial Disclosures at 2. Plaintiffs are prepared to schedule depositions of the following newly-disclosed witnesses:

  (1) Clayton Bond;
  (2) Charles Farmer;
  (3) John Milliken;
  (4) Tomoyuki Kawano; and
  (5) Tomohito Amano.

  Please provide us with proposed dates these witnesses are available. In addition, please inform us of: (1) the witnesses' current job title(s); (2) which Toshiba affiliate each witness currently works for; (3) whether each witness will need a translator and what language they speak; and (4) whether any of the witnesses intend to invoke their rights under the Fifth Amendment.

  Given that fact discovery closes on September 5, please get back to us by August 13, 2014. Thank you for your prompt attention to this matter.

---

Atlanta • Brussels • Charlotte • Dallas • Los Angeles • New York • Research Triangle • Silicon Valley • Ventura County • Washington, D.C.

August 7, 2014
Page 2

Regards,

Debra D. Bernstein, Esq.

cc:     Mario N. Alioto, Esq.
        Matthew Kent, Esq.
        Daniel E. Birkhaueser, Esq.
        Lauren Russell Capurro, Esq.

# EXHIBIT C

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA  94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
MICHAEL S. STRIMLING
JENELLE WELLING

PAUL F. MAHLER
JOSHUA D. BOXER
Of Counsel

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

August 19, 2014

Lucius B. Lau, Esq.
WHITE & CASE
701 Thirteenth St., NW
Washington, D.C. 20005-3807

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Mr. Lau:

On August 7, 2014, Plaintiffs wrote to you about 5 witnesses referred to in Toshiba's Amended Initial Disclosures as having discoverable information. We asked you to provide dates when the witnesses are available for deposition. As fact discovery is closing soon, and Toshiba's disclosures were just served on August 1, 2014, we asked Toshiba to respond on or before August 13. Toshiba did not do so.

During our call last Friday, I asked when we could expect a response to our request. You would not commit to a date certain. Given the fact that fact discovery is closing soon, we will file a motion with the Special Master if we have not heard from you by Thursday, August 21, 2014.

Very truly yours,
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP

Daniel E. Birkhaeuser

DEB:pt
71541
cc:     Debra Bernstein
        Matt Kent
        Lauren Capurro
        Emilio Varanini

**EXHIBIT D**

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
whitecase.com

Direct Dial + (202) 626-3696

alau@whitecase.com

August 21, 2014

Daniel E. Birkhaeuser, Esq.
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA  94598

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC,
MDL No. 1917 (N.D. Cal.):  Response to Letter of August 19, 2014

Dear Mr. Birkhaeuser:

I write in response to your letter of August 19, 2014.  Please be informed that we are promptly working to determine whether, and when, the individuals identified in your August 7, 2014 letter are available for deposition, some of whom are former employees of the Toshiba Defendants.  To the extent that any or all of these individuals are available for deposition, we do not object to such depositions occurring after September 5, 2014.  In this regard, we note that some depositions are already scheduled to occur after the formal close of fact discovery.  Given our willingness to have any such depositions occur after September 5, there is no current need to involve the Special Master.  Indeed, any motion to compel filed on your part would be premature because we are not at any sort of impasse.

Sincerely,

Lucius B. Lau

**EXHIBIT E**

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA 94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
MICHAEL S. STRIMLING
JENELLE WELLING

PAUL F. MAHLER
JOSHUA D. BOXER
Of Counsel

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

August 22, 2014

Lucius B. Lau, Esq.
WHITE & CASE
701 Thirteenth St., NW
Washington, D.C. 20005-3807

Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Mr. Lau:

This responds to your letter dated August 21, 2014.

First, "the individuals identified" in our letter are witnesses that Toshiba only disclosed as having relevant information on August 1, 2014 – slightly more than a month before the close of fact discovery. Presumably, Toshiba spoke with these individuals recently and is not employing a last-minute disclosure to obtain a litigation advantage (See F.R.C.P. 26(e): Supplemental disclosures must be made "in a timely manner").

For this reason, plaintiffs cannot understand why, a full three weeks later, Toshiba cannot confirm a single deposition of the individuals it has so recently disclosed. Nor can plaintiffs understand why Toshiba has not even disclosed which of these witnesses are current employees as the discovery protocol requires. In fact, Toshiba has provided no factual information from which plaintiffs may even guess which witnesses ultimately will be made available. Therefore, Toshiba's offer to waive the discovery cut off to the extent any of the individuals are "available for deposition" is insufficient.

Toshiba's response provides no information at all and does not confirm a single deposition. Unless Toshiba provides a substantive response immediately, Plaintiffs will proceed to seek relief from the Special Master since the parties do appear to be at an impasse and time is of the essence.

Very truly yours,
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP

Daniel E. Birkhaeuser

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

August 22, 2014
Page 2


DEB:pt
71562
cc:    Debra Bernstein
        Matt Kent
        Lauren Capurro
        Emilio Varanini

# EXHIBIT F

WHITE & CASE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
whitecase.com

Direct Dial + (202) 626-3696        alau@whitecase.com

August 27, 2014

Debra D. Bernstein, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation,*   Case No. 07-5944 SC,
       MDL No. 1917 (N.D. Cal.):  Availability Of John Milliken For Deposition

Dear Ms. Bernstein:

       In response to your request of August 7, 2014, I would like to inform you that John
Milliken is available for deposition on Thursday, September 25, 2014, in Irvine, California. Mr.
Milliken is currently employed by Toshiba America Information Systems, Inc.  We do not expect
that he will invoke his Fifth Amendment rights.  He will not need a translator.

       We continue to ascertain the availability of the other individuals identified in your
August 7, 2014 letter.

Sincerely,

Lucius B. Lau

cc:    Daniel E. Birkhaeuser, Esq.
       Lauren C. Capurro, Esq.
       Emilio Varanini, Esq.
       Matthew Kent, Esq.

**EXHIBIT G**

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendant Toshiba Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **TOSHIBA'S RULE 26(A)(1) INITIAL DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Pretrial Order No. 1, defendant Toshiba Corporation ("Toshiba") hereby provides its initial disclosures.

**Rule 26(a)(1)(A)(i) Disclosure Requirement:**

**The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

**Response:**

Toshiba withdrew from the cathode ray tube business on or about April 1, 2003. Information relevant to prove Toshiba's position that it withdrew from the cathode ray tube business on or about April 1, 2003 may be found at its headquarters, located at 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan.

The individual complaints filed to date are speculative and fail to satisfy the pleading requirements of Rule 8(a)(2) of the Federal Rules of Civil Procedure. *See generally Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007). Accordingly, Toshiba has not been given "fair notice" of the plaintiffs' claims and the grounds upon which they rest. Because the complaints are deficient, Toshiba is unable to formulate defenses at this time. Thus, Toshiba cannot identify individuals likely to have discoverable information to support any defenses it might assert.

Toshiba will supplement this response upon the filing of complaints that satisfy the pleading requirements of Rule 8(a)(2) or a ruling by the Court on a *Twombly* motion.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Rule 26(a)(1)(A)(ii) Disclosure Requirement:**

**A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

**Response:**

Toshiba withdrew from the cathode ray tube business on or about April 1, 2003. Information relevant to prove Toshiba's position that it withdrew from the cathode ray tube business on or about April 1, 2003 may be found at its headquarters, located at 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan.

The individual complaints filed to date are speculative and fail to satisfy the pleading requirements of Rule 8(a)(2) of the Federal Rules of Civil Procedure. *See generally Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007). Accordingly, Toshiba has not been given "fair notice" of the plaintiffs' claims and the grounds upon which they rest. Because the complaints are deficient, Toshiba is unable to formulate defenses at this time. Thus, Toshiba cannot identify documents, electronically stored information, or tangible things that it may use to support any defenses it might assert.

Toshiba will supplement this response upon the filing of complaints that satisfy the pleading requirements of Rule 8(a)(2) or a ruling by the Court on a *Twombly* motion.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Rule 26(a)(1)(A)(iii) Disclosure Requirement:

2       A computation of each category of damages claimed by the disclosing party —

3  who must also make available for inspection and copying as under Rule 34 the

4  documents or other evidentiary material, unless privileged or protected from

5  disclosure, on which each computation is based, including materials bearing on the

6  nature and extent of injuries suffered.

7

8  Response:

9       Not applicable.  Toshiba not yet made any claims for damages in this action.

10

11  Rule 26(a)(1)(A)(iv) Disclosure Requirement:

12       For inspection and copying as under Rule 34, any insurance agreement under

13  which an insurance business may be liable to satisfy all or part of a possible judgment

14  in the action or to indemnify or reimburse for payments made to satisfy the judgment.

15

16  Response:

17       Toshiba is currently reviewing and analyzing whether it has any such insurance

18  agreements.

19

20  Dated:  October 15, 2008

21

22  By: _____

WHITE & CASE LLP

23  Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com

24  George L. Paul (*pro hac vice*)
gpaul@whitecase.com

25  Lucius B. Lau (*pro hac vice*)
alau@whitecase.com

26  701 Thirteenth Street, N.W.

27  Washington, D.C.  20005
tel.: (202) 626-3600

28  fax: (202) 639-9355

*Counsel to Defendant Toshiba Corporation*

TOSHIBA'S RULE 26(A)(1) INITIAL DISCLOSURES
Case No. 07-5944 SC
MDL No. 1917
4

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### CERTIFICATION

*In re: Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

     I, Willie Lin, legal assistant, declare that I am over the age of eighteen (18) and not a party to this action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street, NW, Washington DC 20005.

     On October 15, 2008, I sent a copy of the foregoing Toshiba's Rule 26(a)(1) Initial Disclosures to the entities listed below.

### BY ELECTRONIC MAIL

| | |
|---|---|
| Orion Home Systems, LLC | cadio@saveri.com |
| Thomas S.A. | debrettevillej@sullcrom.com |
| U.S. Department of Justice, Antitrust Division | jeane.hamilton@usdoj.gov |
| A. Paul Victor | pvictor@dl.com, |
| | courtalert@dl.com |
| Alan Feigenbaum | Alan.Feigenbaum@weil.com, |
| | tina.losito@weil.com |
| Alan Roth Plutzik | aplutzik@bramsonplutzik.com |
| Andrew Morganti | amorganti@milbergweiss.com |
| Andrew R. Tillman | art@paineter.com |
| Angelina Alioto-Grace | sexton@aliotolaw.com |
| Anna Tryon Pletcher | anna.pletcher@usdoj.gov |
| Anthony D. Shapiro | tony@hbsslaw.com, |
| | george@hbsslaw.com, |
| | ronnie@hbsslaw.com |
| Anthony J. Bolognese | abolognese@bolognese-law.com |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | |
| 2 | Anthony J. Viola | aviola@eapdlaw.com |
| 3 | Barbara J. Nelson | barbara.nelson@usdoj.gov, |
| 4 | | paula.lattimore@usdoj.gov |
| 5 | Barry J Bendes | bbendes@eapdlaw.com |
| 6 | Barry J. Bendes | bbendes@eapdlaw.com |
| 7 | Bernadette Shawan Gillians | sgillians@buistmoore.com |
| 8 | Betty Lisa Julian | bjulian@damrell.com |
| 9 | Brendan P. Cullen | cullenb@sullcrom.com, |
| 10 | | carrejoa@sullcrom.com |
| 11 | Brendan Patrick Glackin | bglackin@lchb.com |
| 12 | Bruce H. Jackson | karen.sewell@bakernet.com, |
| 13 | | roxane.c.busey@bakernet.com |
| 14 | Bruce L. Mulkey | bruce@mulkeylaw.com |
| 15 | Bruce Lee Simon | bsimon@psswplaw.com, |
| 16 | | avargas@psswplaw.com, |
| 17 | | bpouya@psswplaw.com, |
| 18 | | cpearson@psswplaw.com, |
| 19 | | cthomas@psswplaw.com, |
| 20 | | dwarshaw@psswplaw.com, |
| 21 | | gsoter@psswplaw.com, |
| 22 | | jwatkins@psswplaw.com |
| 23 | Bryan L. Clobes | bclobes@millerfaucher.com |
| 24 | Cadio Zirpoli | zirpoli@saveri.com |
| 25 | Candice J. Enders | cenders@bm.net |
| 26 | Charles A. Legge | melissaornstil@jamsadr.com |
| 27 | Charles M. Kester | cmkester@nwark.com |
| 28 | Christine S. Safreno | csafreno@morganlewis.com |
| | Christopher Le | cle@straus-boies.com, |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | ecf@straus-boies.com, |
| 2 | | jmoser@straus-boies.com |
| 3 | Christopher Lovell | clovell@lshllp.com |
| 4 | Christopher M. Curran | ccurran@whitecase.com, |
| 5 | | mmoffett@whitecase.com |
| 6 | Christopher T. Heffelfinger | cheffelfinger@bermanesq.com, |
| 7 | | ysoboleva@bermanesq.com |
| 8 | Clinton Paul Walker | cwalker@damrell.com, |
| 9 | | mfildes@damrell.com |
| 10 | Craig C. Corbitt | ccorbitt@zelle.com |
| 11 | Curt Holbreich | curt.holbreich@klgates.com, |
| 12 | | cathy.williams@klgates.com |
| 13 | Daniel R. Karon | karon@gsk-law.com |
| 14 | Daniel Bruce Allanoff | dallanoff@mcgslaw.com |
| 15 | Daniel D. Owen | dowen@stklaw.com |
| 16 | Daniel Edward Birkhaeuser | dbirkhaeuser@bramsonplutzik.com |
| 17 | Daniel J. Mulligan | dan@jmglawoffices.com |
| 18 | Daniel R. Karon | karon@gsk-law.com, |
| 19 | | mcfeeley@gsk-law.com |
| 20 | David Boies , III | dboies@straus-boies.com, |
| 21 | | tpalumbo@straus-boies.com |
| 22 | David L. Yohai | david.yohai@weil.com |
| 23 | David Michael Lisi | lisid@howrey.com, |
| 24 | | bennettc@howrey.com, |
| 25 | | gibbst@howrey.com |
| 26 | David Paul Germaine | dgermaine@vaneklaw.com |
| 27 | David W. Evans | devans@hbblaw.com, |
| 28 | | kblack@hbblaw.com |
| | Derek G. Howard | dhoward@murrayhowardlaw.com, |

|   |   |   |
|---|---|---|
| 1 |  | aarnall@murrayhowardlaw.com, |
| 2 |  | aromero@murrayhowardlaw.com, |
| 3 |  | gmurray@murrayhowardlaw.com, |
| 4 |  | syundt@murrayhowardlaw.com |
| 5 | Douglas A. Millen | doug@fklmlaw.com |
| 6 | Drew A. Carson | carson@millergolerfaeges.com |
| 7 | Elizabeth R. Odette | erodette@locklaw.com, |
| 8 |  | mnhoffman@locklaw.com |
| 9 | Eric B. Fastiff | efastiff@lchb.com, |
| 10 |  | akingsdale@lchb.com |
| 11 | Eric James Pickar | epickar@bangsmccullen.com |
| 12 | Esther L Klisura | eklisura@psswplaw.com |
| 13 | Ethan E. Litwin | litwine@howrey.com |
| 14 | Eugene A. Spector | espector@srk-law.com |
| 15 | Eva W. Cole | ecole@dl.com |
| 16 | Fernando Xaxier Starkes | xavier@starkeslawfrim.com |
| 17 | Francis Onofrei Scarpulla | fscarpulla@zelle.com, |
| 18 |  | mbibbs@zelle.com |
| 19 | Fred A. Silva | fsilva@damrell.com |
| 20 | Garrett D. Blanchfield , Jr | g.blanchfield@rwblawfirm.com, |
| 21 |  | k.schulte@rwblawfirm.com |
| 22 | Gary L. Halling | ghalling@smrh.com, |
| 23 |  | cmok@sheppardmullin.com, |
| 24 |  | eparis@sheppardmullin.com, |
| 25 |  | ewhite@smrh.com, |
| 26 |  | khollenbeck@sheppardmullin.com, |
| 27 |  | MOhearn@sheppardmullin.com, |
| 28 |  | mscarborough@sheppardmullin.com, |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

|    |                           |                                     |
|----|---------------------------|-------------------------------------|
| 1  |                           | rcreagan@sheppardmullin.com,        |
| 2  |                           | tcunningham@sheppardmullin.com      |
| 3  | Gary Laurence Specks      | gspecks@kaplanfox.com               |
| 4  | Geoffrey Conrad Rushing   | grushing@saveri.com                 |
| 5  | George L. Paul            | gpaul@whitecase.com                 |
| 6  | Gilmur Roderick Murray    | gmurray@murrayhowardlaw.com,        |
| 7  |                           | aarnall@murrayhowardlaw.com,        |
| 8  |                           | aromero@murrayhowardlaw.com,        |
| 9  |                           | dhoward@murrayhowardlaw.com         |
| 10 | Gordon Ball               | gball@ballandscott.com              |
| 11 | Gregory Hull              | greg.hull@weil.com                  |
| 12 | Gregory Keith Arenson     | garenson@kaplanfox.com              |
| 13 | Guido Saveri              | guido@saveri.com                    |
| 14 | H. Laddie Montague , Jr   | hlmontague@bm.net                   |
| 15 | Harry Shulman             | harry@millslawfirm.com,             |
| 16 |                           | lornaf@millslawfirm.com             |
| 17 | Henry A. Cirillo          | Hcirillo@furth.com,                 |
| 18 |                           | rnewman@zelle.com                   |
| 19 | James McManis             | jmcmanis@mcmanisfaulkner.com,       |
| 20 |                           | clarsen@mcmanisfaulkner.com         |
| 21 | James E. Cecchi           | jcecchi@carellabyrne.com            |
| 22 | James Landon McGinnis     | jmcginnis@sheppardmullin.com        |
| 23 | Jason de Bretteville      | debrettevillej@sullcrom.com,        |
| 24 |                           | laytej@sullcrom.com                 |
| 25 | Jayne A. Goldstein        | jgoldstein@sfmslaw.com              |
| 26 | Jayne Arnold Goldstein    | jgoldstein@sfmslaw.com,             |
| 27 |                           | mbastian@magergoldstein.com         |
| 28 | Jeane Hamilton            | jeane.hamilton@usdoj.gov,           |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | paula.lattimore@usdoj.gov, |
| 2 | | SanFran.ATR@usdoj.gov |
| 3 | Jeff D Friedman | jefff@hbsslaw.com, |
| 4 | | nancyq@hbsslaw.com, |
| 5 | | sf_filings@hbsslaw.com |
| 6 | Jeff D. Friedman | jefff@hbsslaw.com |
| 7 | Jeff S. Westerman | jwesterman@milberg.com, |
| 8 | | cchaffins@milberg.com, |
| 9 | | schang@milberg.com |
| 10 | Jeffrey Alan Klafter | jak@klafterolsen.com |
| 11 | Jeffrey D. Bores | jbores@chestnutcambronne.com |
| 12 | Jeffrey L. Kessler | jkessler@dl.com, |
| 13 | | courtalert@dl.com, |
| 14 | | lpmco@dl.com, |
| 15 | | mlo@dewey.ballantine.com |
| 16 | Jennie Lee Anderson | jennie@libertylaw.com |
| 17 | Jennifer Susan Rosenberg | jrosenberg@bramsonplutzik.com, |
| 18 | | moldenburg@bramsonplutzik.com |
| 19 | Jeremy James Calsyn | jcalsyn@cgsh.com, |
| 20 | | aecollins@cgsh.com, |
| 21 | | ecapehart@cgsh.com, |
| 22 | | ejdavis@cgsh.com |
| 23 | Joel Flom | joel@jeffreislaw.com |
| 24 | Joel Cary Meredith | jmeredith@mcgslaw.com, |
| 25 | | apaul@mcgslaw.com |
| 26 | John G. Emerson | jemerson@emersonpoynter.com, |
| 27 | | michelle@emersonpoynter.com, |
| 28 | | swilson@emersonpoynter.com, |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | tanya@emersonpoynter.com |
| 2 | John M. Taladay | TaladayJ@howrey.com |
| 3 | Jonathan DeGooyer | jdegooyer@morganlewis.com, |
| 4 | | lwalker@morganlewis.com |
| 5 | Joseph A. Ostoyich | OstoyichJ@howrey.com |
| 6 | Joseph E. Czerniawski | czerniawski@eapdlaw.com |
| 7 | Joseph Edward Czerniawski | JCzerniawski@eapdlaw.com |
| 8 | Joseph J. Tabacco , Jr | jtabacco@bermanesq.com, |
| 9 | | ysoboleva@bermanesq.com |
| 10 | Joseph M. Alioto | jmalioto@aliotolaw.com |
| 11 | Joseph M. Alioto , Jr | seton@aliotolaw.com |
| 12 | Joseph M. Barton | jmb@gbcslaw.com, |
| 13 | | cdl@gbcslaw.com, |
| 14 | | cgw@gbcslaw.com, |
| 15 | | efilingnotices@gbcslaw.com |
| 16 | Joseph Marid Patane | jpatane@tatp.com |
| 17 | Joseph Michael Vanek | jvanek@vaneklaw.com |
| 18 | Joseph R. Tiffany , II | joseph.tiffany@pillsburylaw.com, |
| 19 | | david.tull@pillsburylaw.com, |
| 20 | | susan.hersom@pillsburylaw.com |
| 21 | Joseph Richard Saveri | jsaveri@lchb.com, |
| 22 | | dclevenger@lchb.com |
| 23 | Joseph Richard Wetzel | joseph.wetzel@weil.com, |
| 24 | | conrad.mckinney@weil.com |
| 25 | Joseph W. Cotchett | jcotchett@cpmlegal.com |
| 26 | Joshua H. Grabar | jgrabar@bolognese-law.com |
| 27 | Judith A. Zahid | jzahid@zelle.com |
| 28 | Karl L. Cambronne | kcambronne@chestnutcambronne.com |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | Kate S. McMillan | kate.mcmillan@freshfields.com |
| 2 | Katherine T. Kelly | kkelly@heinsmills.com |
| 3 | Kathleen Styles Rogers | krogers@glancylaw.com, |
| 4 | | sfreception@glancylaw.com |
| 5 | Kathy Lee Monday | kmonday@damrell.com, |
| 6 | | NWeston-Dawkes@damrell.com |
| 7 | Kenneth Leo Valinoti | kvalinoti@valinoti-dito.com, |
| 8 | | maria@valinoti-dito.com |
| 9 | Kent Michael Roger | kroger@morganlewis.com, |
| 10 | | apietras@morganlewis.com, |
| 11 | | jowyang@morganlewis.com, |
| 12 | | mchiu@morganlewis.com, |
| 13 | | wschaub@morganlewis.com |
| 14 | Kevin Bruce Love | klove@cridenlove.com |
| 15 | Kris Hue Chau Man | kman@dl.com, |
| 16 | | sholstrom@dl.com |
| 17 | Laura Elizabeth Kabler | kablerl@sullcrom.com |
| 18 | Lauren Clare Russell | laurenrussell@tatp.com |
| 19 | Lawrence Genaro Papale | lgpapale@papalelaw.com |
| 20 | Lee Albert | lalbert@murrayfrank.com |
| 21 | Lidia Maher | Lidia.Maher@usdoj.gov, |
| 22 | | SanFran.ATR@usdoj.gov |
| 23 | Linda P. Nussbaum | lnussbaum@kaplanfox.com |
| 24 | Lindsey H. Taylor | ltaylor@carellabyrne.com |
| 25 | Lisa J. Rodriguez | lisa@trrlaw.com |
| 26 | Lucius B. Lau | alau@whitecase.com |
| 27 | M. Eric Frankovitch | msimon@facslaw.com |
| 28 | Manuel Juan Dominguez | mdominguez@bermanesq.com, |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | bdentremont@bermanesq.com, |
| 2 | | clesnick@bermanesq.com, |
| 3 | | ppease@bermanesq.com, |
| 4 | | shomer@bermanesq.com, |
| 5 | | vmcallister@bermanesq.com |
| 6 | Marc Jeffrey Greenspon | mjgreenspon@yahoo.com |
| 7 | Mario N. Alioto | malioto@tatp.com |
| 8 | Mario Nunzio Alioto | malioto@tatp.com |
| 9 | Marisa C. Livesay | livesay@whafh.com |
| 10 | Mark D. Marino | mark.marino@klgates.com |
| 11 | Marvin A. Miller | mmiller@millerlawllc.com |
| 12 | Marwa Elzankaly | melzankaly@mcmanisfaulkner.com, |
| 13 | | nshakoori@mcmanisfaulkner.com, |
| 14 | | sshakoori@mcmanisfaulkner.com |
| 15 | Mary Gilmore Kirkpatrick | mkirk@vtlawfirm.com |
| 16 | Matthew Rutledge Schultz | mschultz@zelle.com |
| 17 | Michael Jacobs | mjacobs@zelle.com |
| 18 | Michael Jocobs | mjacobs@zelle.com |
| 19 | Michael G. Simon | msimon@facslaw.com |
| 20 | Michael P. Lehmann | mlehmann@cmht.com |
| 21 | Michael Robert Lazerwitz | mlazerwitz@cgsh.com, |
| 22 | | kasullivan@cgsh.com |
| 23 | Michael S. Christian | mchristian@furth.com, |
| 24 | | rnewman@zelle.com |
| 25 | Michael W. Scarborough | mscarborough@smrh.com, |
| 26 | | khollenbeck@sheppardmullin.com |
| 27 | Michele Chickerell Jackson | mjackson@lchb.com, |
| 28 | | dclevenger@lchb.com, |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | tjackson@lchb.com |
| 2 | Michelle Lo | mlo@dl.com |
| 3 | Nancy Chung Allred | nancy.c.allred@bakernet.com |
| 4 | P. John Brady | jbrady@stklaw.com, |
| 5 | | aennis@stklaw.com, |
| 6 | | cfuson@stklaw.com, |
| 7 | | docketing@stklaw.com, |
| 8 | | dowen@stklaw.com, |
| 9 | | dthornton@stklaw.com, |
| 10 | | ksmith@stklaw.com |
| 11 | Paul Lionel Yanosy , Jr | pyanosy@sidley.com, |
| 12 | | mclemens@sidley.com |
| 13 | Peter Safirstein | psafirstein@milbergweiss.com |
| 14 | Philip Andrew Simpkins | meri@pillsburylaw.com, |
| 15 | | philip.simpkins@pillsburylaw.com |
| 16 | Qianwei Fu | qfu@zelle.com |
| 17 | Ranae D. Steiner | rsteiner@heinsmills.com |
| 18 | Randy R. Renick | rrr@renicklaw.com, |
| 19 | | home@renicklaw.com |
| 20 | Rebecca Ann Falk | rfalk@morganlewis.com, |
| 21 | | eeberline@morganlewis.com |
| 22 | Reginald Von Terrell | reggiet2@aol.com |
| 23 | Richard Alexander Saveri | rick@saveri.com |
| 24 | Richard Martin Heimann | rheimann@lchb.com |
| 25 | Robert N. Kaplan | rkaplan@kaplanfox.com |
| 26 | Robert B. Gerard | rgerard@gerardlaw.com |
| 27 | Robert J. Bonsignore | rbonsignore@bandblaw.net, |
| 28 | | alakin@bandblaw.net |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | Robert James Pohlman | rpohlman@rcalaw.com |
| 2 | Robert N. Kaplan | rkaplan@kaplanfox.com |
| 3 | Robert Walter Tarun | robert.w.tarun@bakernet.com, |
| 4 | | barbara.d.loeb@bakernet.com, |
| 5 | | bruce.h.jackson@bakernet.com, |
| 6 | | nada.k.hitti@bakernet.com, |
| 7 | | tawnya.m.lee@bakernet.com |
| 8 | Ronnie Seidel Spiegel | ronnie@hbsslaw.com |
| 9 | Ruthanne Gordon | rgordon@bm.net, |
| 10 | | emagnus@bm.net, |
| 11 | | mrussell@bm.net |
| 12 | Ryan Sandrock | rsandrock@sidley.com |
| 13 | Samuel D. Heins | sheins@heinsmills.com |
| 14 | Samuel Ray Miller | srmiller@sidley.com |
| 15 | Scott W. Carlson | scarlson@heinsmills.com |
| 16 | Seymour J. Mansfield | smansfield@mansfieldtanick.com |
| 17 | Sherman Kassof | heevay@att.net, |
| 18 | | heevay@yahoo.com |
| 19 | Steven Ganz | terry@grossbelsky.com |
| 20 | Steven A. Kanner | kanner@fklmlaw.com |
| 21 | Steven Alan Reiss | steven.reiss@weil.com |
| 22 | Steven J. Greenfogel | sgreenfogel@mcgslaw.com, |
| 23 | | apaul@mcgslaw.com |
| 24 | Steven J. Miller | miller@millergolerfaeges.com |
| 25 | Steven Randall Hood | rhood@mcgowanhood.com |
| 26 | Susan Gilah Kupfer | skupfer@glancylaw.com, |
| 27 | | sfreception@glancylaw.com |
| 28 | Terrence A. Callan | terrence.callan@pillsburylaw.com |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| 1 | Terry Calvani | terry.calvani@freshfields.com |
| 2 | Terry Gross | terry@grossbelsky.com, |
| 3 | | joann@grossbelsky.com |
| 4 | Terry Rose Saunders | trsaunders@saundersdoyle.com |
| 5 | Theresa Driscoll Moore | TMoore@aliotolaw.com |
| 6 | Thomas Arthur Doyle | jrkrol@saundersdoyle.com, |
| 7 | | tadoyle@saundersdoyle.com, |
| 8 | | trsaunders@saundersdoyle.com |
| 9 | Thomas Patrick Dove | tdove@furth.com |
| 10 | Thomas R. Green | tgreen@morganlewis.com, |
| 11 | | lbuda@morganlewis.com |
| 12 | Timothy D. Battin | tbattin@straus-boies.com |
| 13 | Troy J. Hutchinson | thutchinson@heinsmills.com |
| 14 | Vincent J. Esades | vesades@heinsmills.com, |
| 15 | | lgehrking@heinsmills.com, |
| 16 | | mobrien@heinsmills.com |
| 17 | W. Joseph Bruckner | wjbruckner@locklaw.com, |
| 18 | | pottehn@locklaw.com, |
| 19 | | sipeem@locklaw.com |
| 20 | William Angus McKinnon | bmckinnon@mcgowanhood.com |
| 21 | William C. Cleveland | wcleveland@buistmoore.com |
| 22 | William G. Caldes | bcaldes@srk-law.com |
| 23 | William H. London | blondon@fklmlaw.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | Willie Lin |
| 28 | | |

TOSHIBA'S RULE 26(A)(1) INITIAL DISCLOSURES
Case No. 07-5944 SC
MDL No. 1917
16