Toshiba Exhibit L

WHITE & CASE

White & Case LLP					Tel   + 1 202 626 3600
701 Thirteenth Street, NW			Fax  + 1 202 639 9355
Washington, DC 20005-3807			whitecase.com

Direct Dial + (202) 626-3696			alau@whitecase.com

September 16, 2014

VIA E-MAIL TO: jay.weil@fedarb.com

The Honorable Vaughn Walker (Ret.)
c/o Mr. Jay Weil
Federal Arbitration, Inc.
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917 (N.D. Cal.):  The Toshiba Defendants' Response To Plaintiffs' Motion To Compel Depositions

Dear Judge Walker:

On behalf of the Toshiba Defendants, we write in response to the Plaintiffs' Motion To Compel Depositions.  The Plaintiffs' Motion should be denied as premature.  The parties are not at an impasse with respect to the scheduling issues discussed by the Plaintiffs.  Rather, the parties are engaged in a back-and-forth discussion of appropriate deposition dates.

The Plaintiffs' motion concerns five individuals.  Three of these individuals (Clayton Bond, Tomoyuki Kawano, and Tomohito Amano) are former Toshiba employees.  Two of these individuals (John Milliken and Charles Farmer) are current Toshiba employees.

The Toshiba Defendants have offered deposition dates for three of these individuals — Messrs. Milliken, Kawano, and Bond.  Last week, the Plaintiffs rejected the proposed deposition dates for Messrs. Kawano and Milliken by stating that, "for a variety of reasons the dates you have offered are not convenient for Plaintiffs."  Toshiba Attachment ("Toshiba Att.") 1.  We responded by asking the Plaintiffs to explain what this means.  Toshiba Att. 2.  In response, the Plaintiffs explained that the proposed dates for Messrs. Milliken and Kawano overlap with Jewish holidays.  Toshiba Att. 3.  As to Mr. Bond, the Plaintiffs have explained that they are considering our proposed date (*i.e.*, October 16, 2014).  Toshiba Att. 3.  We are now offering new, alternative dates in order to accommodate the Plaintiffs.  Today, we informed the Plaintiffs that Mr. Kawano is available for a deposition in San Francisco on October 27 – 29, 2014.  Toshiba Att. 4.  We also informed the Plaintiffs today that Mr. Milliken is available for deposition on October 23, 2014, subject to final confirmation.  *Id.*

In our Amended Initial Disclosures, we identified Mr. Amano as someone who may have information that the Toshiba Defendants may use to support their claims or defenses. Upon further review, we have concluded otherwise. Thus, a deposition of Mr. Amano is now unnecessary. Toshiba Att. 2.

Mr. Farmer has been on extensive travel and, as a result, we have had difficulties coordinating with him. We expect we will be able to provide the Plaintiffs with a proposed date in the near future.

By their motion, the Plaintiffs complain about the Toshiba Defendants' purported "inaction" in responding to their request for the deposition dates. Pl. Motion at 3. We disagree with this characterization. The Toshiba Defendants have been responsive to the Plaintiffs' request for deposition dates. It should come as no surprise that it took additional time to secure dates for those individuals who are no longer employed by any Toshiba entity. In any event, the Plaintiffs' August 1, 2014 request for deposition dates occurred during an exceptionally busy discovery month, during which scores of depositions occurred. Also, the Plaintiffs ignore the steps that the Toshiba Defendants have taken to accommodate the Plaintiffs' desire to take an additional Rule 30(b)(6) deposition, which is currently scheduled for September 24, 2014.

Relying upon Your Honor's earlier report and recommendation concerning certain former Toshiba employees and JDI, the Plaintiffs suggest that the Toshiba Defendants have engaged in a "cat and mouse" game with respect to their witnesses. Pl. Motion at 3. The comparison that the Plaintiffs attempt to make is strained. In contrast to the JDI issue (where the Toshiba Defendants argued that they could not disclose the location of their former employees due to foreign privacy laws), the Toshiba Defendants in this instance are making their knowledgeable current and former employees available for deposition.

For our part, we also have discovery issues concerning the Plaintiffs. In contrast to the Plaintiffs, however, we do not file cavalier motions to compel. Rather, we work patiently with the Plaintiffs and attempt to resolve our differences, filing a motion to compel only when it is apparent that an impasse has been reached.

Finally, it should be noted that the Plaintiffs will suffer no prejudice by the timing of these depositions. We have indicated to the Plaintiffs that we will not object to the fact that the depositions of the individuals they seek will occur after the formal close of fact discovery. Several other depositions are also scheduled to occur after the close of fact discovery — these depositions have been requested by both plaintiffs and defendants.

For these reasons, Your Honor should issue a report that recommends that the Plaintiffs' motion to compel be denied as premature.

Respectfully submitted,

Lucius B. Lau

cc: All counsel of record

# ATTACHMENT 1

|  |  |  |
|---|---|---|
| ROBERT M. BRAMSON<br>ALAN R. PLUTZIK<br>DANIEL E. BIRKHAEUSER<br>JENNIFER S. ROSENBERG<br>MICHAEL S. STRIMLING<br>JENELLE WELLING | **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER**<br>A LIMITED LIABILITY PARTNERSHIP<br>ATTORNEYS AT LAW<br>2125 OAK GROVE ROAD, SUITE 120<br>WALNUT CREEK, CALIFORNIA 94598<br>E-MAIL: INFO@BRAMSONPLUTZIK.COM | PAUL F. MAHLER<br>JOSHUA D. BOXER<br>Of Counsel<br><br>FACSIMILE<br>(925) 945-8792<br><br>TELEPHONE<br>(925) 945-0200 |

September 10, 2014

Lucius B. Lau, Esq.
White and Case
701 Thirteenth St., NW
Washington, D.C. 20005-3807

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Mr. Lau:

Thank you for making Mr. Milliken and Mr. Kawano available for deposition. Unfortunately, for a variety of reasons the dates you have offered are not convenient for Plaintiffs. As with all of the previous depositions, we anticipate that many counsel will attend the deposition. Therefore, please provide us with two alternative sets of dates for each witness.

Thank you in advance for your cooperation.

Very truly yours,

BRAMSON, PLUTZIK, MAHLER
& ~~BIRK~~HAEUSER, LLP

Daniel E. Birkhaeuser

DEB:pt
71650

# ATTACHMENT 2

**WHITE & CASE**

White & Case LLP                Tel  + 1 202 626 3600
701 Thirteenth Street, NW       Fax  + 1 202 639 9355
Washington, DC 20005-3807       whitecase.com

Direct Dial + (202) 626-3696        alau@whitecase.com

September 11, 2014

VIA E-MAIL TO: dbirkhaeuser@bramsonplutzik.com

Daniel E. Birkhaeuser, Esq.
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917 (N.D. Cal.):  Response To Letter Of September 10, 2014

Dear Mr. Birkhaeuser:

I have received your letter of September 10, 2014, in which you reject our proposed deposition dates for Messrs. Milliken and Kawano. The dates we proposed for those individuals (September 25, 2014 for Mr. Milliken and October 1 – 3, 2014 for Mr. Kawano) were difficult to obtain. Mr. Milliken is close to retirement and Mr. Kawano is no longer employed by any Toshiba entity. Thus, there is no guarantee that either individual will continue to cooperate with us by offering additional deposition dates.

In your letter, you state that the dates we have offered are "not convenient for Plaintiffs." Please clarify what this means. We want to understand your position in order for us to consider our options. One of those options involves seeking the assistance of Special Master Walker.

As a compromise, we are willing to make Mr. Kawano available for deposition in San Francisco (as opposed to Washington, D.C.) during October 1 – 3, 2014. We hope that a San Francisco-based deposition will be sufficiently convenient for you.

Separately, I would like to inform you that Clayton Bond, another individual sought to be deposed by the plaintiffs, is available for deposition in the Chicago, Illinois area on October 16, 2014. We will provide a location for that deposition. Mr. Bond is not currently employed by any of the Toshiba Defendants. We do not anticipate that he will invoke his Fifth Amendment rights. His primary language is English and, as a result, he will not need the assistance of an interpreter.

Another individual for whom you have requested a deposition is Tomohito Amano. We identified him in our Amended Initial Disclosures as someone who may have information that the Toshiba Defendants may use to support their claims or defenses. Upon further review, we have concluded otherwise. Thus, we will not make Mr. Amano available for deposition.

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG  HELSINKI
HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC

Daniel E. Birkhaeuser, Esq.

**WHITE & CASE**

      As to Messrs. Milliken and Kawano, I hope you appreciate the fact that this is a time sensitive issue. The date we have proposed for Mr. Milliken is two weeks away. The dates we have proposed for Mr. Kawano are less than three weeks away. We need to resolve this issue quickly in order to secure the necessary logistics for these depositions, particularly an interpreter for Mr. Kawano.

      Finally, I am mindful of your outstanding motion to compel depositions, which specifically includes Messrs. Milliken and Kawano. I trust that you will be mindful of that motion as well in responding to this letter. Please provide a response no later than Monday, September 15, 2014.

Sincerely,

Lucius B. Lau


cc:    Phil Iovieno, Esq.
         Lauren Capurro, Esq.
         Emilio Varanini, Esq.

# ATTACHMENT 3

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
MICHAEL S. STRIMLING
JENELLE WELLING

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA 94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

PAUL F. MAHLER
JOSHUA D. BOXER
Of Counsel

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

September 12, 2014

Lucius B. Lau, Esq.
White and Case
701 Thirteenth St., NW
Washington, D.C. 20005-3807

      Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Mr. Lau:

      Your letter of September 11 asks us to explain why the dates you unilaterally selected for the depositions of Messrs. Milliken and Kawano are inconvenient. We are happy to do so. You chose the major Jewish holidays for these depositions. Rosh Hashanah begins at sundown on September 24. Yom Kippur begins at sundown on October 3. Several members of the Plaintiff groups closely involved with these depositions observe these holidays. The deposition dates interfere with their preparation and travel plans in an unacceptable way. To analogize, it is as if you had selected December 25 for a deposition. No reasonable attorney would insist that the depositions take place then, given that there are many alternative dates that could have been chosen.

      These circumstances and others render the dates you selected inconvenient. If you still wish to involve Judge Walker, please provide him with this letter. In the future, Plaintiffs would appreciate your extending the courtesy previously extended in scheduling depositions, by offering a range of dates in the first instance so that these problems do not arise.

      Toshiba should be especially mindful and respectful of the burdens placed upon its opposing counsel as a result of Toshiba's tardiness in agreeing to schedule these depositions. Toshiba disclosed these witnesses in its supplemental disclosure on August 1, 2014, then refused to respond to plaintiffs' request for deposition dates for any of these witnesses. It was not until after plaintiffs were forced to file a motion to compel that Toshiba offered a date for two of these witnesses. Furthermore, all of the dates Toshiba proposes fall after the close of fact discovery. Toshiba assumed, without permission of the Court or concurrence of plaintiffs' counsel, that its self-granted extension of time would be agreeable. It is not. The discovery deadline is for the benefit of all parties, not only of Toshiba, so that other trial preparation can begin to take place. Because Plaintiffs did not anticipate taking depositions after the close of fact discovery, it should have gone without saying that extra consideration for plaintiffs' calendars would be extended. Instead, the contrary has occurred. Toshiba's tone is not appreciated.

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
September 12, 2014
Page 2

      Nonetheless, mindful of the many other tasks ahead in this litigation, Plaintiffs can take the deposition of Mr. Kawano at any time during the first second and third weeks of October, i.e., between October 14 and October 24, excluding October 13. We can schedule Mr. Milliken any time during the last week of October. Please choose three consecutive days for Mr. Kawano and one for Mr. Milliken during these weeks, or propose two other alternatives for each.

      On September 10, you first offered a (single) date for Mr. Bond's deposition. I will consult with other plaintiffs' counsel and the Attorney General and let you know whether that date is acceptable.

      Your offer to have Mr. Kawano's deposition take place in San Francisco rather than in Washington, D.C. is appreciated, although not necessary because the Deposition and Discovery Protocol provides that the depositions of all non-U.S. resident witnesses must take place in San Francisco unless there is good cause shown for it to be taken elsewhere. Plaintiffs therefore expect to take Mr. Kawano's deposition in San Francisco regardless of the date. We will let you know where we intend to take it before serving the deposition notice.

      Please respond no later than September 16 so that we can move forward in planning.

                                            Very truly yours,

                                            BRAMSON, PLUTZIK, MAHLER
                                            & BIRKHAEUSER, LLP

                                            Daniel E. Birkhaeuser

DEB:pt
71694

# ATTACHMENT 4

**WHITE & CASE**

White & Case LLP  
701 Thirteenth Street, NW  
Washington, DC 20005-3807

Tel  + 1 202 626 3600  
Fax  + 1 202 639 9355  
whitecase.com

Direct Dial + (202) 626-3696         alau@whitecase.com

September 16, 2014

VIA E-MAIL TO: dbirkhaeuser@bramsonplutzik.com

Daniel E. Birkhaeuser, Esq.
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917 (N.D. Cal.):  Response To Letter Of September 12, 2014

Dear Mr. Birkhaeuser:

    I am in receipt of your letter of September 12, 2014.  Thank you for reminding us of the Jewish holidays.  We are willing to reschedule the depositions of Messrs. Kawano and Milliken.  We have contacted Mr. Kawano and attempted to reschedule his deposition for the period you requested.  Mr. Kawano, who is not employed by a Toshiba entity, has informed us that he is not available then.  He is available for a deposition in San Francisco from October 27 – 29, 2014.  We expect that Mr. Milliken will be available on October 23, 2014 (but this date is subject to final confirmation).  We are aware that these dates reverse the sequence of the depositions as proposed in your letter, but Mr. Kawano's schedule did not permit that sequencing.  Please let us know whether these dates are acceptable to the Plaintiffs.

Sincerely,

Lucius B. Lau

cc:   Phil Iovieno, Esq.
      Lauren Capurro, Esq.
      Emilio Varanini, Esq.

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG  HELSINKI
HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC