Toshiba Exhibit N

MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC <br><br> MDL No. 1917 |
| This Document Relates To: <br><br> ALL INDIRECT PURCHASER ACTIONS | **INDIRECT PURCHASER PLAINTIFFS' RULE 26(a)(1)(A) INITIAL DISCLOSURES** |

    The Indirect Purchaser Plaintiffs (hereinafter "Plaintiffs"), by and through their undersigned counsel, hereby make the following Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A).

    Plaintiffs are submitting these disclosures on the basis of information within the possession, custody or control of Plaintiffs, as of the date of these disclosures. These initial disclosures are being made subject to the attorney-client privilege, the work product doctrine, and other privileges and immunities from discovery.

    Plaintiffs have not yet completed their discovery and/or investigation of the facts underlying this lawsuit, nor have they completed their preparation of this case for trial. Accordingly, pursuant to Rule 26(e), Plaintiffs reserve the right at any time to revise and/or

supplement these initial disclosures if and when additional, different or more information is identified or becomes available.

## PLAINTIFFS' INITIAL RULE 26(a)(1)(A) DISCLOSURES

### I. Individuals Likely to Have Discoverable Information (Rule 26(a)(1)(A)(i))

A. **Plaintiffs:** The following individuals are named plaintiffs in this litigation, and are likely to have discoverable information that Plaintiffs may use to support their claims. Plaintiffs believe each individual is likely to have information relating to their purchases of CRT(s) and/or CRT Products.

1. Andrew Kindt
2. Michael Juetten
3. Chad Klebs
4. Barbara Caldwell
5. Jeffrey Figone
6. Greg Glanz
7. Margaret Slagle
8. Brian A. Luscher
9. Scott Friedson
10. Southern Office Supply, Inc.: Anthony B. McKee
11. Jerry Cook
12. Charles Benson
13. Barry Kushner
14. Alan Rotman
15. Mark Pierce
16. Dennis Patrick
17. Carmen Gonzalez
18. William E. Stack
19. Margo Stack
20. Samuel Nasto

| | | |
|---|---|---|
| 1 | 21. | Patrick Piper |
| 2 | 22. | Adrienne Belai |
| 3 | 23. | Craig Stephenson |
| 4 | 24. | David G. Norby |
| 5 | 25. | John Larch |
| 6 | 26. | Constance Hare |
| 7 | 27. | James Stringwell |
| 8 | 28. | Gary Hanson |
| 9 | 29. | Donna Marie Ellingson |
| 10 | 30. | Brigid Terry |
| 11 | 31. | Anthony Gianasca |
| 12 | 32. | Brighid Flaherty |
| 13 | 33. | Bridget Ten Eyck |
| 14 | 34. | Dana Ross |
| 15 | 35. | Steven Ganz |

Individual Plaintiffs may be contacted through Interim Lead Counsel for the Indirect Purchaser Plaintiffs, Mario N. Alioto, Trump, Alioto, Trump & Prescott, LLP, 2280 Union Street, San Francisco, California 94123, (415) 447-1650.

**B.** **Defendants:** Various present and former employees and representatives of the named Defendants in this litigation are likely to have information concerning the allegations in the various Complaints filed against Defendants. These employees and representatives of Defendants will be determined through discovery.

**C.** **Third Parties:** The following third parties to this litigation are likely to have information concerning the allegations in the various Complaints filed against Defendants.

1. Circuit City
2. Best Buy
3. Fry's Electronics
4. Costco

3
INDIRECT PURCHASER PLAINTIFFS RULE 26(a)(1)(A) INITIAL DISCLOSURES

|   |   |   |
|---|---|---|
| 1 | 5. | Wal-Mart |
| 2 | 6. | Office Max |
| 3 | 7. | Sam's Club |
| 4 | 8. | Radio Shack |
| 5 | 9. | Staples |

Specific employees and representatives of third parties with knowledge of the allegations in the various Complaints filed against Defendants will be determined through discovery.

## II. Description of Documents, ESI, and Tangible Things (Rule 26(a)(1)(A)(ii)

Plaintiffs maintain the following categories of documents in support of their claims:

1. Purchase receipts for CRT Products;
2. Invoices for CRT Products;
3. Photographs of CRT Products which they have purchased; and
4. CRT Product credit card purchase records.

Plaintiffs do not represent that these documents and other items necessarily have relevant, discoverable information, but are identifying them under a broad reading of Plaintiffs' disclosure obligations. Nothing in these Initial Disclosures is intended to constitute a concession that any identified document is admissible evidence.

These documents are available from Interim Lead Counsel for the Indirect Purchaser Plaintiffs, Mario N. Alioto, Trump, Alioto, Trump & Prescott, LLP, 2280 Union Street, San Francisco, California 94123, (415) 447-1650.

## III. Damages Computation (Rule 26(a)(1)(A)(iii))

Plaintiffs disclose the following categories of damages claimed: (1) compensatory damages; (2) treble damages where permitted by a particular State's antitrust law; (3) restitution of defendants' ill-gotten gains where permitted by a particular State's antitrust or consumer protection law; (4) pre-judgment interest; (5) post-judgment interest; (6) costs of suit; and (7) reasonable attorneys' fees. Plaintiffs will compute their damages based, in part, upon information to be supplied by the Defendants. Plaintiffs have not yet computed their damages.

IV.     **Insurance Agreement (Rule 26(a)(1)(A)(iv))**

Plaintiffs are not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: June 6, 2008          By:     /s/ Mario N. Alioto
                                     Mario N. Alioto (56433)
                                     Lauren C. Russell (241151)
                                     **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                     2280 Union Street
                                     San Francisco, CA  94123
                                     Telephone:  (415) 563-7200
                                     Facsimile: (415) 346-0679
                                     malioto@tatp.com ; laurenrussell@tatp.com

                                     *Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Lauren C. Russell, declare as follows: |
| 3 | I am a resident of the State of California, over the age of eighteen years, and not a party |
| 4 | to the within action. I am employed in the State of California, where the mailing occurs, and my |
| 5 | business address is TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP, 2280 Union Street, San |
| 6 | Francisco, California 94123. |
| 7 | On June 6, 2008, I served a true and correct copy of the following document(s): |
| 8 | **INDIRECT PURCHASER PLAINTIFFS' RULE 26(a)(1)(A) INITIAL DISCLOSURES** |
| 9 | on the following interested parties by electronic mail: |
| 10 | **SEE ATTACHED SERVICE LIST** |
| 11 | I declare under penalty of perjury under the laws of the United States that the foregoing |
| 12 | is true and correct. |
| 13 | Executed on June 6, 2008, at San Francisco, California. |

/s/ Lauren C. Russell
Lauren C. Russell

1
**PROOF OF SERVICE**

## *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation*, MDL 1917

## Service List—Defendants' Counsel

| | |
|---|---|
| Jeffrey L. Kessler (jkessler@dl.com)<br>A. Paul Victor (pvictor@dl.com)<br>Eva W. Cole (ecole@dl.com)<br>DEWEY LEBOEUF LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 259-8000<br>Fax: (212) 259-7013<br><br>*Counsel for Defendants Panasonic Corp. of North America and MT Picture Display Corporation of America (New York)* | Steven A. Reiss (steven.reiss@weil.com)<br>David L. Yohai (david.yohai@weil.com)<br>Alan R. Feigenbaum (alan.feigenbaum@weil.com)<br>WEIL, GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br><br>*Counsel for Defendants Panasonic Corp. of North America and MT Picture Display Corporation of America (New York)* |
| Gregory D. Hull (greg.hull@weil.com)<br>Joseph R. Wetzel (joseph.wetzel@weil.com)<br>WEIL, GOTSHAL & MANGES, LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175<br>Tel: (650) 802-3000<br>Fax: (650) 802-3100<br><br>*Counsel for Defendants Panasonic Corp. of North America and MT Picture Display Corporation of America (New York)* | Samuel L. Miller (srmiller@sidley.com)<br>Ryan Sandrock (rsandrock@sidley.com)<br>SIDLEY AUSTIN, LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel: (415) 772-1200<br>Fax: (415) 772-7400<br><br>*Counsel for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.* |
| Anthony J. Viola (aviola@eapdlaw.com)<br>Barry Bendes (bbendes@eapdlaw.com)<br>Joseph Czerniawski (jczerniawski@eapdlaw.com)<br>EDWARDS ANGELL PALMER & DODGE, LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 308-4411<br>Fax: (212) 308-4844<br><br>*Counsel for Defendant Orion America, Inc.* | David W. Evans (devans@hbblaw.com)<br>HAIGHT BROWN & BONESTEEL, LLP<br>71 Stevenson Street<br>20th Floor<br>San Francisco, CA 94105-2981<br>Tel: (415) 546-7500<br>Fax: (415) 546-7505<br><br>*Counsel for Defendant Orion America, Inc.* |

| | |
|---|---|
| Kent M. Roger  (kroger@morganlewis.com)<br>MORGAN LEWIS & BOCKIUS, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: (415) 442-1140<br>Fax: (415) 442-1001<br><br>*Counsel for Hitachi America, Ltd.* | Gary L. Halling<br>(ghalling@sheppardmullin.com)<br>James L. McGinnis<br>(jmcginnis@sheppardmullin.com)<br>Michael Scarborough<br>(mscarborough@sheppardmullin.com)<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON, LLP<br>Four Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111<br>Tel: (415) 434-9100<br>Fax: (415) 434-3947<br><br>*Counsel for Defendant Samsung SDI America, Inc. and Samsung SDI Co., Ltd.* |
| Ethan E. Litwin (litwine@howrey.com)<br>HOWREY, LLP<br>153 East 53rd Street, 54th Floor<br>New York, NY 10022<br>Tel: (212) 896-6500<br>Fax: (212) 896-6501<br><br>*Counsel for Defendant Philips Electronics North America Corporation* | Joseph A. Ostoyich (ostoyich@howrey.com)<br>HOWREY, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610<br><br>*Counsel for Defendant Philips Electronics North America Corporation* |
| David Lisi (lisid@howrey.com)<br>HOWREY, LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Tel: (650) 798-3500<br>Fax: (650) 798-3600<br><br>*Counsel for Defendant Philips Electronics North America Corporation* | Bruce H. Jackson<br>(bruce.h.jackson@bakernet.com)<br>Robert W. Tarun<br>(robert.w.tarun@bakernet.com)<br>Nancy C. Allred<br>(nancy.c.allred@bakernet.com)<br>BAKER & MCKENZIE LLP<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111-3802<br>Tel: (415) 576 3000<br>FaX:  (415) 576 3099<br><br>*Counsel for Defendant Tatung Company of America* |

| | |
|---|---|
| Patrick J. Ahern (patrick.j.ahern@bakernet.com) Roxane C. Busey (roxane.c.busey@bakernet.com) Karen Sewell (karen.sewell@bakernet.com) BAKER & McKENZIE LLP 130 East Randolph Drive Chicago, IL 60601 Tel: (312) 861-8000 Fax: (312) 861-2899  *Counsel for Defendant Tatung Company of America* | Christopher M. Curran (ccurran@whitecase.com) George L. Paul (gpaul@whitecase.com) Lucius B. Lau (alau@whitecase.com) WHITE & CASE, LLP 701 13th Street, N.W. Washington, DC 20005 Tel: (202) 626-3600 Fax: (202) 639-9355  *Counsel for Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc.* |
| Curt Holbreich (curt.holbreich@klgates.com) KIRKPATRICK & LOCKHART PRESTON GATES ELLIS, LLP 55 Second Street, Suite 1700 San Francisco, CA 94105-3493 Tel: (415) 882-8025 Fax: (415) 882-8220  *Counsel for Defendant TPV International (USA), Inc.* | Jeremy J. Calsyn (jcalsyn@cgsh.com) Michael R. Lazerwitz (mlazerwitz@cgsh.com) CLEARY GOTTLIEB STEEN & HAMILTON, LLP 2000 Pennsylvania Avenue, NW Suite 9000 Washington, DC 20006 Tel: (202) 974-1500 Fax: (202) 974-1999  *Counsel for Defendant LP Displays International* |