Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) | ~~PROPOSED~~ **ORDER** |
| DELL INC. AND DELL PRODUCTS L.P., | |
| PLAINTIFFS, | |
| V. | |
| HITACHI, LTD., *ET AL.*, | |
| DEFENDANTS. | |

1  The Court having considered the stipulation of the parties, and good cause appearing therefore,
2  orders as follows:

3  1. All claims asserted by Dell Inc. and Dell Products L.P. against Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. in the underlying action are hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

4  2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____11/25_____, 2014



Honorable Judge Samuel Conti