UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:
ALL ACTIONS

Case No: 07-cv-05944 (MDL No. 1917)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gary R. Carney, an active member in good standing of the bar of S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sharp Elec. Corp. & Sharp Elec. Mfg. Co. in the above-entitled action. My local co-counsel in this case is Stephen E. Taylor, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1285 Avenue of the Americas<br>New York, NY 10019 | One Ferry Building, Suite 355<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 373-3000 | (415) 788-8200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gcarney@paulweiss.com | staylor@tcolaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2180941.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: November 24, 2014

/s/ Gary R. Carney
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gary R. Carney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/26/2014

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER