David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE** LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:     206.359.8000
Facsimile:     206.359.9000

Joren S. Ayala-Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE** LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:     415.344.7120
Facsimile:     415.344.7320

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Individual Case No. 3:11-CV-06397<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, Individual Case No. 13-cv-05723 | INDIVIDUAL CASE NOS.:  3:11-CV-06397-SC, 3:11-CV-05723-SC<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING COSTCO'S CLAIMS UNDER ARIZONA, ILLINOIS, AND FLORIDA STATE LAW** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Costco Wholesale Corporation ("Costco") and defendants LG Electronics, Inc., LG Electronics USA, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC), Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., Mitsubishi Electric US, Inc., Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) SDN, BHD, Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively, "Defendants"), state as follow:

WHEREAS, on November 14, 2011, Costco Wholesale Corporation ("Costco") filed a Complaint and Jury Demand in the United States District Court for the Western District of Washington, Costco Wholesale Corp. v. Hitachi, Ltd., Case No. 2:11-cv-01909-RSM, alleging violations of Section 1 of the Sherman Act (15 U.S.C. § 1), the California Cartwright Act (Cal. Bus. & Prof. Code § 16700 et seq.), the Washington Consumer Protection Act (RCW 19.86.030), the Arizona Antitrust Act (Ariz. Rev. Stat. § 14-1401 et seq.), the Florida Deceptive and Unfair Trade Practices Act (Florida Stat. § 501.201 et seq.), and the Illinois Antitrust Act (740 Illinois Code 10/1 et seq.);

WHEREAS, on November 28, 2011, the Judicial Panel on Multidistrict Litigation ("JPML") issued a conditional transfer order pursuant to 28 U.S.C. § 1407, transferring the Costco v. Hitachi action to the Northern District of California, to be consolidated with MDL No. 1917, In re Cathode Ray Tube (*CRT) Antitrust Litigation*, No. 07-cv-5944-SC (the "MDL");

WHEREAS, on August 21, 2013, the Court issued an order adopting the Special Master's recommendation that Costco's claim under Washington state law be dismissed without leave to amend (Dkt. No. 1856);

WHEREAS, on October 3, 2013, Costco filed a First Amended Complaint in *Costco Wholesale Corporation v. Hitachi, Ltd.*, Case No. 3:11-cv-06397, Master File No. 3:07-cv-05944-SC (MDL Dkt. No. 1982), alleging violations of the federal and state statutes identified in Costco's initial complaint;

WHEREAS, on November 12, 2013, Costco filed a Complaint and Jury Demand in the United States District Court for the Western District of Washington, *Costco Wholesale Corp. v. Technicolor SA, et al.*, Case No. 2:13-cv-02037-JCC, alleging violations of Section 1 of the Sherman Act (15 U.S.C. § 1), the California Cartwright Act (Cal. Bus. & Prof. Code § 16700 *et seq.*), the Washington Consumer Protection Act (RCW 19.86.030), the Arizona Antitrust Act (Ariz. Rev. Stat. § 14-1401 *et seq.*), the Florida Deceptive and Unfair Trade Practices Act (Florida Stat. § 501.201 *et seq.*), and the Illinois Antitrust Act (740 Illinois Code 10/1 *et seq.*);

WHEREAS, on December 4, 2013, the JPML issued a conditional transfer order pursuant to 28 U.S.C. § 1407, transferring the *Costco v. Technicolor* action to the MDL;

WHEREAS, on November 7, 2014, certain of the undersigned Defendants filed a motion seeking summary judgment on Costco's claims under California, Arizona, Florida, and Illinois law on choice-of-law grounds (MDL Dkt. 2997);

WHEREAS, on November 7, 2014, certain of the undersigned Defendants filed a motion seeking summary judgment on, *inter alia*, Costco's claims under California, Arizona, Florida, and Illinois law on due process grounds (MDL Dkt. 3029);

WHEREAS, on November 7, 2014, certain of the undersigned Defendants filed a motion seeking summary judgment on, inter alia, Costco's claims under Arizona and Florida law on the ground that those states' laws claims are limited to intrastate activity (MDL Dkt. 3031);

NOW, THEREFORE, COSTCO AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.      Costco's claims under the Arizona Antitrust Act (Ariz. Rev. Stat. § 14-1401 et seq.), the Florida Deceptive and Unfair Trade Practices Act (Florida Stat. § 501.201 et seq.), and the Illinois Antitrust Act (740 Illinois Code 10/1 *et seq.*) are dismissed with prejudice;

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY
DISMISSING COSTCO'S CLAIMS UNDER ARIZONA,
ILLINOIS, AND FLORIDA STATE LAW
Case No. 3:07-cv-05944-SC

1    2.    Costco and Defendants shall bear their own costs and fees with respect to the
2  dismissed claims;

3    3.    The motion for summary judgment regarding intrastate activity (MDL Dkt. 3031)
4  is withdrawn with respect to Costco;

5    4.    The motions for summary judgment regarding choice-of-law (MDL Dkt. 2997)
6  and due process (MDL Dkt. 3029) are withdrawn with respect to Costco except insofar as they
7  challenge Costco's claim under California law;

8    5.    This stipulation and the Court's order thereon shall have no bearing on the
9  applicability of the aforementioned motions in the cases of plaintiffs other than Costco;

10    6.    This stipulation and the Court's order thereon shall have no bearing on Costco's
11  claims under Section 1 of the Sherman Act (15 U.S.C. § 1) or the California Cartwright Act (Cal.
12  Bus. & Prof. Code § 16700 *et seq.*) against any remaining defendants in Costco's cases;

13    7.    The undersigned parties jointly and respectfully request that the Court enter this
14  stipulation as an order.

15  Dated:  December 4, 2014            PERKINS COIE LLP

16

17            By: */s/ David J. Burman*
            David J. Burman (admitted *pro hac vice*)
            Cori G. Moore (admitted *pro hac vice*)
18            Eric J. Weiss (admitted *pro hac vice*)
            Nicholas H. Hesterberg (admitted *pro hac vice*)
19            Steven D. Merriman (admitted *pro hac vice*)
            **PERKINS COIE LLP**
20            1201 Third Avenue, Suite 4900
            Seattle, WA 98101-3099
21            Telephone: (206) 359-8000
            Facsimile: (206) 359-9000
22
            Joren Bass (SBN 208143)
23            **PERKINS COIE LLP**
            JBass@perkinscoie.com
24            Four Embarcadero Center, Suite 2400
            San Francisco, CA  94111-4131
25            Telephone: (415) 344-7120
            Facsimile: (415) 344-7320
26
            *Attorneys for Plaintiff Costco Wholesale Corporation*
27

28

- 3 -

1

2

3          MUNGER, TOLLES & OLSON LLP

4          By: */s/ Hojoon Hwang*
            Jerome C. Roth (SBN 159483)
5          jerome.roth@mto.com
            Hojoon Hwang (SBN 184950)
6          hojoon.hwang@mto.com
            Miriam Kim (State Bar No. 238230)
7          miriam.kim@mto.com
            **MUNGER, TOLLES & OLSON LLP**
8          560 Mission Street, Twenty-Seventh Floor
            San Francisco, California 94105-2907
9          Telephone: (415) 512-4000
            Facsimile: (415) 512-4077
10
            William D. Temko (SBN 098858)
11         William.Temko@mto.com
            **MUNGER, TOLLES & OLSON LLP**
12         355 South Grand Avenue, Thirty-Fifth Floor
            Los Angeles, CA 90071-1560
13         Telephone: (213) 683-9100
            Facsimile: (213) 687-3702
14
            *Attorneys for Defendants LG Electronics, Inc.; LG*
15         *Electronics USA, Inc.*

16

17

18         **WHITE & CASE** LLP

19         By: */s/ Lucius B. Lau*
            Christopher M. Curran (pro hac vice)
20         ccurran@whitecase.com
            Lucius B. Lau (pro hac vice)
21         alau@whitecase.com
            Dana E. Foster (pro hac vice)
22         defoster@whitecase.com
            **WHITE & CASE LLP**
23         701 Thirteenth Street, N.W.
            Washington, DC 20005
24         Telephone: (202) 626-3600
            Facsimile: (202) 639-9355
25
            *Attorneys for Defendants Toshiba Corporation,*
26         *Toshiba America, Inc., Toshiba America Information*
            *Systems, Inc., Toshiba America Consumer Products,*
27         *L.L.C., and Toshiba America Electronic Components,*
            *Inc.*  - 4 -
28
            STIPULATION AND [PROPOSED] ORDER VOLUNTARILY
            DISMISSING COSTCO'S CLAIMS UNDER ARIZONA,
            ILLINOIS, AND FLORIDA STATE LAW
            Case No. 3:07-cv-05944-SC

1

KIRKLAND & ELLIS LLP

2

By: */s/ Eliot A. Adelson*

3

Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
**KIRKLAND & ELLIS LLP**

4

555 California Street, 27th Floor
San Francisco, California 94104

5

Telephone: (415) 439-1400
Facsimile: (415) 439-1500

6

eadelson@kirkland.com
max.cooper@kirkland.com

7

8

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)

9

**KIRKLAND & ELLIS LLP**
300 North LaSalle

10

Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

11

12

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia,*

13

*Ltd., Hitachi America, Ltd., and Hitachi Electronic
Devices (USA), Inc.*

14

15

SQUIRE PATTON BOGGS (US) LLP

16

17

By: */s/ Nathan Lane, III*
Nathan Lane, III (SBN 50961)
Mark C. Dosker (SBN 114789)

18

**SQUIRE PATTON BOGGS (US) LLP**

19

275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200

20

Facsimile: (415) 393-9887

21

nathan.lane@squiresanders.com
mark.dosker@squiresanders.com

22

Donald A. Wall (Pro Hac Vice)

23

**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700

24

Phoenix, Arizona 85004
Telephone: + 1 (602) 528-4005

25

Facsimile: +1 (602) 253-8129
donald.wall@squirepb.com

26

*Attorneys for Defendant Technologies Displays*

27

*Americas LLC with respect to all cases except Office
Depot, Inc. v. Technicolor SA, et al. and Sears,
Roebuck and Co., et al. v. Technicolor SA, et al.*

28

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY
DISMISSING COSTCO'S CLAIMS UNDER ARIZONA,
ILLINOIS, AND FLORIDA STATE LAW
Case No. 3:07-cv-05944-SC

1    FAEGRE BAKER DANIELS LLP

2    By: */s/ Kathy L. Osborn*
     Kathy L. Osborn *(pro hac vice)*
3    Ryan M. Hurley *(pro hac vice)*
     **FAEGRE BAKER DANIELS LLP**
4    300 N. Meridian Street, Suite 2700
     Indianapolis, IN 46204
5    Telephone: + 1 (317) 237-0300
     Facsimile:+ 1 (317) 237-1000
6    kathy.osborn@FaegreBD.com
     ryan.hurley@FaegreBD.com
7
     Jeffrey S. Roberts *(pro hac vice)*
8    **FAEGRE BAKER DANIELS LLP**
     3200 Wells Fargo Center
9    1 700 Lincoln Street
     Denver, CO 80203
10   Telephone: + 1 (303) 607-3500
     Facsimile: + 1 (303) 607-3600
11   jeff.roberts@FaegreBD.com

12   Stephen M. Judge *(pro hac vice)*
     **FAEGRE BAKER DANIELS LLP**
13   202 S. Michigan Street, Suite 1400
     South Bend, IN 46601
14   Telephone: +1 (574) 234-4149
     Facsimile: + 1 (574) 239-1900
15   steve.judge@FaegreBd.com

16   Calvin L. Litsey (SBN 289659)
     **FAEGRE BAKER DANIELS LLP**
17   1950 University A venue, Suite 450
     East Palo Alto, CA 94303-2279
18   Telephone: + 1 (650)-324-6700
     Facsimile: + 1 (650)-324-6701
19   calvin.litsey@FaegreBD.com

20   *Attorneys for Defendant Thomson Consumer*
     *Electronics, Inc. and Thomson SA*
21

22

23

24

25

26

27
                                    - 6 -
28
     STIPULATION AND [PROPOSED] ORDER VOLUNTARILY
     DISMISSING COSTCO'S CLAIMS UNDER ARIZONA,
     ILLINOIS, AND FLORIDA STATE LAW
     Case No. 3:07-cv-05944-SC

JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US, Inc. and,*
*Mitsubishi Electric Visual Solutions America, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ *Michael W. Scarborough*

Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
**SHEPPARD MULLIN RICHTER &**
**HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.,*
*Samsung SDI Co., Ltd., Samsung SDI (Malaysia) SDN,*
*BHD, Samsung SDI Mexico S.A. DE C.V.; Samsung*
*SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and*
*Tianjin Samsung SDI Co., Ltd.*

- 7 -

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY
DISMISSING COSTCO'S CLAIMS UNDER ARIZONA,
ILLINOIS, AND FLORIDA STATE LAW
Case No. 3:07-cv-05944-SC

1      Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

2 document has been obtained from each of the above signatories.

3 Dated:  December 4, 2014

4

5                          By: */s/ David J. Burman*

6                             David J. Burman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY
DISMISSING COSTCO'S CLAIMS UNDER ARIZONA,
ILLINOIS, AND FLORIDA STATE LAW
Case No. 3:07-cv-05944-SC