UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. STEPHAN HAGGARD** |
| This Document Relates to:<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;<br><br>*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd., et al*, No. 13-cv-02171;<br><br>*Electrograph Systems, Inc. and Electrograph Technologies Corp., v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br>(CONTINUED ON NEXT PAGE) | |

1  *Interbond Corporation of America v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

2  

3  *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

4  *P.C. Richard & Son Long Island Corp., Marta Coooperative of Am., Inc., ABC Appliance, Inc.

5  v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

6  *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v.

7  Hitachi, Ltd., et al.*, No. 12-cv-02649;

8  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-

9  05514;

10 *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

11 

12 *Tech Data Corp and Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

13 

14 *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-02510.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1         On December 5, 2014, Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd. (collectively, "SDI") lodged the following documents:

   1.   SDI Defendants' Notice of Motion and Motion to Exclude Expert Testimony of Dr. Stephan Haggard; and

   2.   Exhibits 1-2 of the Declaration of James L. McGinnis in Support of SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard.

With respect to these documents, SDI filed an Administrative Motion to Seal Documents pursuant to Civil Local Rules 7-11 and 79-5(d) and (e) ("Motion to Seal") and the Declaration of Helen C. Eckert in support thereof ("Eckert Declaration") seeking leave to maintain these documents under seal.

After due consideration of the Motion to Seal, the Eckert Declaration, any additional declarations subsequently filed in support, the Court's previously entered Protective Order, and the Court's file in this matter, IT IS HEREBY:

ORDERED that the Motion to Seal is GRANTED; and it is further

///
///
///

ORDERED that the Clerk shall file and maintain under seal the following documents or portions of documents related to SDI's Motion to Seal:

| Document | Sealed Portions |
| --- | --- |
| SDI Defendants' Notice of Motion and Motion to Exclude Expert Testimony of Dr. Stephan Haggard | Entire document |
| Declaration of James L. McGinnis in Support of SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard | Exhibits 1-2 |

**IT IS SO ORDERED.**

DATED:  _____, 2015

_____
Hon. Samuel Conti
United States District Judge