Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) <br><br> MDL No. 1917 |
| This Document Relates to: Individual Cases: No. 13-cv-2171 (SC) <br><br> *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171. | **DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") respectfully requests an order permitting Dell to file under seal portions of Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D. (the "Ordover Motion") and Exhibits A-F to the Declaration of Debra D. Bernstein in Support of the Ordover Motion ("Bernstein Declaration"). This Administrative Motion is supported by the Declaration of Matthew D. Kent ("Kent Declaration") filed contemporaneously herewith.

Dell submits this Administrative Motion because the Ordover Motion and Exhibits A through F to the Bernstein Declaration contain: (a) material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential"; and (b) analysis of, references to, or information taken directly from material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential." *See id.*

As set forth in the Kent Declaration, Dell seeks to file these materials under seal because they contain material that is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." N.D. Cal. Civ. L. R. 79-5(a)-(c). These materials consist of, cite to, and/or identify confidential, non-public information, including information concerning Dell's procurement strategies, as well as certain financial information. This information is confidential commercial information, the disclosure of which would prejudice Dell in its commercial relationships with suppliers and in its competitive efforts.

In addition, as set forth in the Kent Declaration, Dell seeks to file materials under seal that reflect, contain, or refer to information that certain parties other than Dell have designated as "Confidential" or "Highly Confidential" pursuant to a Protective Order. N.D. Cal. Civil Local Rule 79-5 provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable. N.D. Cal. Civ. L.R. 79-5(e). It is the other party's burden to establish that the designated information is sealable. Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d

1172, 1178-1180 (9th Cir. 2006).

WHEREFORE, Dell respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the designated material is sealable.

Date: December 5, 2014

                Respectfully submitted,

By: /s/ Matthew D. Kent
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Rodney J. Ganske, Esq. (GA Bar No. 283819)
rod.ganske@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
Elizabeth Helmer, Esq. (GA Bar No. 415161)
elizabeth.helmer@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**Kerr & Wagstaffe LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

DELL'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917