1   Michael P. Kenny, Esq. (admitted *pro hac vice*)
    mike.kenny@alston.com
2   Debra D. Bernstein, Esq. (admitted *pro hac vice*)
    debra.bernstein@alston.com
3   Matthew D. Kent (admitted *pro hac vice*)
    matthew.kent@alston.com
4   **ALSTON & BIRD LLP**
5   1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
6   Tel: (404) 881-7000
    Facsimile: (404) 881-7777
7
8   James M. Wagstaffe, Esq. (SBN 95535)
    wagstaffe@kerrwagstaffe.com
9   **KERR & WAGSTAFFE LLP**
    100 Spear Street, 18th Floor
10  San Francisco, California 94105-1576
    Tel: (415) 371-8500
11  Facsimile: (415) 371-0500

12  *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

13

14                  **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                   **SAN FRANCISCO DIVISION**

17

18  In re: CATHODE RAY TUBE (CRT)          Master File No. 3:07-md-05944-SC (N.D.
    ANTITRUST LITIGATION                   Cal.)
19
                                           MDL No. 1917
20  This Document Relates to: Individual Cases:
    No. 13-cv-2171 (SC)                    **DECLARATION OF MATTHEW D.**
21                                         **KENT IN SUPPORT OF DELL INC.**
                                           **AND DELL PRODUCTS, L.P.'s**
22  *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-  **ADMINISTRATIVE MOTION TO FILE**
    cv-02171.                              **DOCUMENTS UNDER SEAL**
23

24

25

26

27

28

    DECL. OF MATTHEW D. KENT IN SUPPORT              MASTER FILE NO. 3:07-CV-05944-SC
    OF DELL'S ADMIN. MOTION TO SEAL                              MDL NO. 1917

I, **MATTHEW D. KENT**, declare as follows:

1.      I am a senior associate with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I submit this declaration in support of Dell's Administrative Motion to File Documents Under Seal, related to Dell's Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D. ("Ordover Motion").  I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.      I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia.  I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3.      Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Dell, by and through its counsel, respectfully request an Order permitting it to file under seal portions of Dell's Ordover Motion and Exhibits A to F to the Declaration of Debra D. Bernstein in Support of Dell's Ordover Motion ("Bernstein Declaration").

4.      **Exhibit A** to the Bernstein Declaration is a copy of the April 15, 2014, Expert Report of Mohan Rao ("Rao Report"), designated by Dell as Highly Confidential.  Exhibit A contains confidential, non-public information regarding Dell's business practices and Dell financial information.  This includes the identification of Dell's suppliers and express references to the financial terms of certain confidential agreements with suppliers.  Dell considers this information to be confidential and sensitive business information, the public disclosure of which would be harmful to Dell.  In addition, Exhibit A contains excerpts from or references to materials designated by other parties as "Confidential" or "Highly Confidential" under a Protective Order.

5.      **Exhibit B** to the Bernstein Declaration is a copy of the August 5, 2014, Expert Report of Janusz A. Ordover, Ph.D., which is designated by Defendants as Highly Confidential.  Exhibit B contains excerpts from Dr. Rao's April 15, 2014, Report regarding Dell's procurement of CDTs and the overcharges to Dell as a result of its purchases of CDT Monitors.  Exhibit B also contains express

2

reference to prices Dell paid for CDTs.  Dell considers this information to be confidential and sensitive business information, the public disclosure of which would be harmful to Dell.  In addition, Exhibit B contains excerpts from or references to materials designated by other parties as "Confidential" or "Highly Confidential" under a Protective Order.

6.      **Exhibit C** to the Bernstein Declaration contains excerpts from the Transcript of the September 16-17, 2014 Deposition of Dennis Carlton, Ph.D., designated by Defendants as Highly Confidential.

7.      **Exhibit D** to the Bernstein Declaration contains excerpts from the Transcript of the September 4, 2014, Deposition of Janusz A. Ordover, Ph.D., designated by Defendants as Highly Confidential.

8.      **Exhibit E** to the Bernstein Declaration contains excerpts from the Transcript of the June 2, 2014, Deposition of Julie French as Dell Inc.'s and Dell Products L.P.'s Rule 30(b)(6) Witness, designated by Dell as Highly Confidential.  Exhibit E includes information on Dell's internal operations and processes with respect to CRT procurement, as well as the identification of suppliers. Dell considers this information to be confidential and sensitive business information, the public disclosure of which would be harmful to Dell.

9.      **Exhibit F** to the Bernstein Declaration are the Objections and Responses by Plaintiffs Dell, Inc. and Dell Products, L.P. to Samsung SDI Mexico De C.V.'s First Set of Interrogatories, which Dell has designated pursuant to the Protective Order as Highly Confidential.  The responses contain information regarding Dell's internal processes and procedures, including the procurement system for CRT monitors.  Dell considers this information to be confidential and sensitive business information, the public disclosure of which would be harmful to Dell.

10.     Dell's Ordover Motion refers to or contains excerpts from the above Exhibits.  These references or excerpts are identified in the Motion with yellow highlighting.  An unredacted copy of the Motion with yellow highlighting is being submitted to Chambers.

11.     Accordingly, Dell requests that the documents identified herein (or relevant portion thereof) be filed under seal.

DECL. OF MATTHEW D. KENT IN SUPPORT                    MASTER FILE NO. 3:07-CV-05944-SC
OF DELL'S ADMIN. MOTION TO SEAL                        MDL NO. 1917

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3    Executed on December 5, 2014, in Atlanta, Georgia.

4

5                                           By:   /s/ Matthew D. Kent
                                                  Matthew D. Kent
6                                                 matthew.kent@alston.com
                                                  **ALSTON & BIRD LLP**
7                                                 1201 West Peachtree Street
                                                  Atlanta, Georgia  30309-3424
8                                                 Tel: (404) 881-7000
                                                  Facsimile: (404) 881-7777
9
                                                  *Attorney for Plaintiffs Dell Inc. and Dell Products L.P*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MATTHEW D. KENT IN SUPPORT                    MASTER FILE NO. 3:07-CV-05944-SC
OF DELL'S ADMIN. MOTION TO SEAL                        MDL NO. 1917