Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: Individual Cases: No. 13-cv-2171 (SC) | **DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND OPINIONS OF JANUSZ A. ORDOVER, PH.D.** |
| *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171. | |

I, **DEBRA D. BERNSTEIN**, declare as follows:

1. I am a Partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D. (the "Ordover Motion").

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. Pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding, I have been admitted *pro hac vice* in this litigation.

3. Attached hereto as **Exhibit A** is a true and correct copy of the April 15, 2014, Expert Report of Mohan Rao ("Rao Report").

4. Attached hereto as **Exhibit B** is a true and correct copy of the August 5, 2014, Expert Report of Janusz A. Ordover, Ph.D.

5. Attached hereto as **Exhibit C** are true and correct copies of portions of the Transcript of the September 16-17, 2014, Deposition of Dennis Carlton, Ph.D.

6. Attached hereto as **Exhibit D** are true and correct copies of portions of the Transcript of the September 4-5, 2014, Deposition of Janusz A. Ordover, Ph.D.

7. Attached hereto as **Exhibit E** are true and correct copies of portions of the Transcript of the June 2, 2014, Deposition of Julie French as Dell Inc.'s and Dell Products L.P.'s Rule 30(b)(6) Witness.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Objections and Responses by Plaintiffs Dell, Inc. and Dell Products, L.P. to Samsung SDI Mexico De C.V.'s First Set of Interrogatories.

[CONTINUED ON FOLLOWING PAGE]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2014, in Atlanta, Georgia.

*/s/ Debra D. Bernstein*
Debra D. Bernstein, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
debra.bernstein@alston.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*

# EXHIBIT A
# [Filed Under Seal]

# EXHIBIT B
# [Filed Under Seal]

# EXHIBIT C
# [Filed Under Seal]

# EXHIBIT D
# [Filed Under Seal]

# EXHIBIT E
# [Filed Under Seal]

# EXHIBIT F
# [Filed Under Seal]