1  Michael P. Kenny, Esq. (admitted *pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted *pro hac vice*)
   debra.bernstein@alston.com
3  Matthew D. Kent, Esq. (admitted *pro hac vice*)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
5  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
6  Tel: (404) 881-7000
7  Facsimile: (404) 881-7777

8  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
10 San Francisco, California 94105-1576
   Tel: (415) 371-8500
11 Facsimile: (415) 371-0500

12 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

13 [Additional Counsel Listed on Signature Page]

14              **UNITED STATES DISTRICT COURT**
15              **NORTHERN DISTRICT OF CALIFORNIA**
16                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., et al.,<br><br>        Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND OPINIONS OF JANUSZ A. ORDOVER, PH.D.** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D., it is hereby

ORDERED that the Motion to Partially Exclude is GRANTED.

Dated: _____, 2014

_____
**The Honorable Samuel Conti**
**Northern District of California**

2

[PROPOSED] ORDER PLAINTIFFS' MOTION                                MASTER FILE NO. 3:07-CV-05944-SC
TO EXCLUDE ORDOVER OPINIONS AND TESTIMONY          MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC