1  Mario N. Alioto (56433)
   Lauren C. Capurro (Russell) (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
   2280 Union Street
3  San Francisco, Ca 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel For Indirect-Purchaser Plaintiffs*

7
                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN FRANCISCO DIVISION
10
11  IN RE:  CATHODE RAY TUBE (CRT)          No. 3:07-cv-05944-SC
    ANTITRUST LITIGATION
                                            MDL No. 1917
12
13                                          **DECLARATION OF DANIEL E.
                                            BIRKHAEUSER IN SUPPORT OF
14                                          INDIRECT PURCHASER
                                            PLAINTIFFS' RESPONSE TO
15                                          OBJECTION OF TOSHIBA
                                            DEFENDANTS TO SPECIAL
16                                          MASTER'S ORDER RE GRANTING
                                            MOTION TO COMPEL
17                                          PRODUCTION OF WITNESSES**

18  This Document Relates To:

19  ALL ACTIONS

20
21
22
23
24
25
26
27
28

BIRKHAEUSER DECLARATION IN SUPPORT OF IPPS'
RESPONSE TO TOSHIBA'S OBJECTIONS TO ORDER
72159

I, Daniel E. Birkhaeuser, declare:

1.      I am an attorney admitted to practice before the United States District Court for the Northern District of California.  I am a member of the law firm of Bramson, Plutzik, Mahler & Birkhaeuser, LLP, which is among the attorneys of record for  the Indirect Purchaser Plaintiffs ("IPPs") in this action.  I have personal knowledge of the facts stated in this declaration and would testify to them if called upon to do so.

2.      Attached to this declaration as Exhibit A is a true copy of relevant portions of the Declaration of Jennifer S. Rosenberg dated July 1, 2014, which was submitted to the Special Master in support of Plaintiffs' Motion to Compel Production of Witnesses.

3.      Attached to this declaration as Exhibit B is a true copy of relevant portions of the Declaration of Daniel E. Birkhaeuser dated September 2, 2014, which was submitted to the Special Master in support of Plaintiffs' Motion to Compel Production of Witnesses that is the subject of the Toshiba Defendants' Objections to Special Master's Recommended Order Dated November 20, 2014 re Plaintiffs' Motion to Compel Depositions of Toshiba Witnesses and of the Plaintiffs' Response to which this declaration is attached.

4.      Attached to this declaration as Exhibit C is a true copy of the Toshiba Defendants' letter brief to the Special Master dated September 16, 2014, submitted in opposition to Plaintiffs' Motion to Compel Production of Witnesses.

5.      Attached to this declaration as Exhibit D is a true copy of relevant portions of the Attachments to the Toshiba Defendants' letter brief to the Special Master dated September 16, 2014, submitted in opposition to Plaintiffs' Motion to Compel the Production of Witnesses.

6.      Attached to this declaration as Exhibit E are true copies of the September pages of an assortment of 2015 calendars published by various organizations, such as the American Heart Association and the National Parks Foundation.  Each one of these calendars shows the dates of Rosh Hashana and Yom Kippur.

7.      Toshiba never requested permission to file a surreply on the instant motion.

8.      During the course of our discussions regarding the depositions at issue on the instant motion, I asked Mr. Lau whether Charles Farmer was a former employee of Circuit City.  Mr. Lau assured me that Charles Farmer had been employed by one of the Toshiba entities.

9.      The deadline for the parties to exchange trial exhibits and designations of deposition testimony is December 5, 2014. Toshiba has also filed a number of summary judgment motions against the Direct Action Purchasers and one that affects the Indirect Purchaser Plaintiffs.  The oppositions to those motions are due on December 23, 2014.  As members of the Plaintiffs' litigation team working on the case against the Toshiba Defendants, my colleagues and I are deeply involved in that pretrial work.  However, preparing for, traveling to, and taking the depositions of Clayton Bond, Tomoyuki Kawano, and John Milliken, in addition to prosecuting the instant motion against Toshiba and preparing this response to Toshiba's objections, all occurring for months after the deadline for fact discovery had passed, has taken hundreds of hours away from the summary judgment motion practice and non-discovery trial preparation that is now underway.  Nor are only counsel for the Indirect Purchaser Plaintiffs affected, but representatives of the Direct Action Plaintiffs, the California Attorney General, and counsel for the other defendants all had to interrupt their trial preparation as well for travel and attendance at these depositions, which took place in Chicago, San Francisco, and Irvine.

I declare under penalty of perjury under the laws of the state of California and under federal law that the foregoing is true.  Executed at Walnut Creek, California, on December 5, 2014.


_____s/ Daniel E. Birkhaeuser_____
Daniel E. Birkhaeuser

# EXHIBIT   A

1   Mario N. Alioto (56433)
    Lauren C. Capurro (Russell) (241151)
2   TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
    2280 Union Street
3   San Francisco, CA 94123
    Telephone: (415) 563-7200
4   Facsimile: (415) 346-0679
    malioto@tatp.com
5   laurenrussell@tatp.com

6   *Lead Counsel for Indirect-Purchaser Plaintiffs*

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  IN RE:  CATHODE RAY TUBE (CRT)          No. 3:07-cv-05944-SC
    ANTITRUST LITIGATION,
12                                          MDL No. 1917

13                                          **DECLARATION OF JENNIFER S.
                                            ROSENBERG IN SUPPORT OF
14                                          MOTION TO COMPEL
                                            PRODUCTION OF WITNESSES**
15

16  This Documents Relates To:

17  ALL ACTIONS

18

19

20

21

22

23

24

25

26

27

28
    _____
                Declaration of Jennifer Rosenberg in Support of Motion to Compel JDI

I, Jennifer S. Rosenberg, declare:

1.     I am an attorney admitted to practice before the United States District Court for the Northern District of California.  I am senior counsel with the firm of Bramson, Plutzik, Mahler & Birkhaeuser, LLP, which is among the attorneys of record for the Indirect Purchaser Plaintiffs ("IPPs") in this action.  I have personal knowledge of the facts stated in this declaration and would testify to them if called upon to do so.

## EXHIBITS

2.     Exhibit 1 to this declaration is a true copy of a Hitachi Corp. news release entitled "INCJ, Hitachi, Sony and Toshiba Sign Definitive Agreements Regarding Integration of Small- and Medium-Sized Display Business" dated November 15, 2011.  I retrieved Exhibit 1 from http://www.hitachi.us/about/press/2011/11152011.html.

3.     Exhibit 2 to this declaration is a true copy of a Toshiba Corp. news release entitled "INCJ, Hitachi, Sony and Toshiba Sign Definitive Agreements Regarding Integration of Small- and Medium-Sized Display Business" dated November 15, 2011.  I retrieved Exhibit 2 from http://www.toshiba.co.jp/about/press/2011_11/pr1502.htm.

4.     Exhibits 3-8 and 12 to this declaration are true copies of documents produced to plaintiffs in this litigation by defendant Toshiba America Electronics Corporation ("TAEC").

5.     Exhibits 9, 10, 11 and 13 to this declaration are true copies of documents produced to plaintiff in this litigation by defendant Chunghwa Picture Tubes ("Chunghwa").

6.     Exhibits 14-18 to this declaration are true copies of documents produced to plaintiffs in litigation by Toshiba Corporation ("TSB").

7.     Exhibit 19 to this declaration is a true copy of portions of the deposition of former Toshiba America Consumer Products ("TACP") and current JDIA employee Dan Ryan, taken by plaintiffs on January 28, 2014 in this action.

8.     Exhibit 20 to this declaration is a true copy of a letter dated December 10, 2012, that I sent to counsel for the Toshiba defendants, Lucius B. Lau.

1    9.    Exhibit 21 to this declaration is a true copy of Mr. Lau's response to Exhibit 20,

2    dated December 21, 2012.

3    10.    Exhibit 22 to this declaration is a true copy of a letter dated January 22, 2013 from

4    Mario Alioto and R. Alexander Saveri, counsel in this action for the Indirect and Direct Purchaser

5    Plaintiffs, respectively, to Mr. Lau.

6    11.    Exhibit 23 to this declaration is a true copy of a letter dated March 29, 2013 from

7    Mr. Alioto to Mr. Lau.

8    12.    Exhibit 24 to this declaration is a true copy of a letter dated April 19, 2013, from

9    Mr. Lau to Mr. Alioto, in response to Exhibit 23.

10    13.    Exhibit 25 to this declaration is a true copy of a letter dated February 24, 2013, from

11    Lauren Russell Capurro and Mr. Saveri, counsel for the Indirect and Direct purchaser plaintiffs,

12    respectively, to Mr. Lau.

13    14.    Exhibit 26 to this declaration is a true copy of a letter dated August 5, 2011, from

14    Mr. Lau to Mr. Saveri and Ms. Russell.

15    15.    Exhibit 27 to this declaration is a true copy of an email I sent to Mr. Lau on July 1,

16    2013.

17    16.    Exhibit 28 to this declaration is a true copy of a letter dated August 12, 2013, from

18    Mr. Lau to me.

19    17.    Exhibit 29 to this declaration is a true copy of Toshiba Corporation's Objections and

20    Responses to Dell's First Set of Requests for Production, dated December 5, 2013.

21    18.    Exhibit 30 to this declaration is a true copy of portions of the deposition of Yasuki

22    Yamamoto, a witness produced by the Toshiba defendants in this litigation, taken on July 1-3,

23    2013.

24    19.    Exhibit 31 to this declaration is a true copy of a letter dated October 23, 2013, from

25    Eliot Adelson of Kirkland and Ellis, counsel for Hitachi Displays, Inc. n/k/a JDI to Debra

26    Bernstein, counsel for Dell Corporation ("Dell"), one of the Direct Action Plaintiffs in this action.

27

28

1   20.    Exhibit 32 to this declaration is a true copy of Non-Party JDI Display America,

2   Inc.'s Objections To Plaintiffs' Rule 45 Subpoena For Testimony And To Produce Documents,

3   dated March 26, 2014.

4   21.    Exhibit 33 to this declaration is a true copy of portions of the deposition of Nobuaki

5   Ito, taken by plaintiffs in this action on May 22, 2013.

6   22.    Exhibit 34 to this declaration is a true copy of portions of the deposition of Thomas

7   Heiser, taken by plaintiffs in this action on March 18, 2014.

8   23.    Exhibit 35 to this declaration is a true copy of portions of the deposition of

9   Nobuhiko Kobayashi, taken by plaintiffs in this action on May 15, 2013.

10   24.    Exhibit 36 to this declaration is a true copy of portions of the deposition of Yuuichi

11   Kumazawa, taken by plaintiffs in this action on May 29, 2013.

12   25.    Exhibit 37 to this declaration is a true copy of portions of the deposition of Kazuhiro

13   Sakashita, taken by plaintiffs in this action on February 14, 2013.

14   26.    Exhibit 38 to this declaration is a true copy of portions of the deposition of Noboru

15   Toyama, taken by plaintiffs in this action on March 11, 2014 .

16   27.    Exhibit 39 to this declaration is a true copy of a letter dated April 23, 2014, from

17   Elliot Adelson to Debra Bernstein, counsel for Direct Action plaintiff Dell, and copied to me.

18   28.    Exhibit 40 to this declaration is a true copy of an email chain sent from Mr. Adelson

19   to counsel for Dell, copied to my firm, spanning the dates of April 17, 2014, to May 7, 2014 2014.

20   29.    Exhibit 41 to this declaration is a true copy consists of a true copy of two letters,

21   dated May 21, 2013 and May 22, 2013, respectively, which Mr. Lau sent jointly to counsel for

22   plaintiff Dell in the Direct Action litigation and to me.

23   30.    Exhibit 42 to this declaration is a true copy of a letter dated September 4, 2013,

24   from Ms. Bernstein, to Mr. Lau and copied to my firm.

25   31.    Exhibit 43 to this declaration is a true copy of Mr. Lau's response to Exhibit 42, also

26   copied to my firm, dated September 12, 2013.

27   **FACTS**

28

1    32.    The Toshiba-affiliated defendants in this action (collectively, "Toshiba") never

2  informed plaintiffs that Mr. Du, Mr. Yoshino, or Mr. Fukunaga was leaving Toshiba.

3    33.    Hitachi Displays has in the past produced Japanese or other foreign JDI employees

4  for depositions without the objections that it has asserted here. No one from the defendants' side

5  has ever explained to plaintiffs why some JDI employees have been readily produced but those

6  formerly affiliated with Toshiba (except for Dan Ryan, who is a U.S. citizen resident in the United

7  States and whom plaintiffs subpoenaed) are not being produced.

8    34.    After Mr. Ryan refused at his deposition to answer questions about Mr. Du's and

9  Mr. Fukunaga's contact information, Plaintiffs' counsel conferred with JDI America's General

10  Counsel, Ulysses Hui, several times. Mr. Hui claimed that the refusal to answer was based on the

11  Japanese Privacy Law. He could not explain how the Japanese Privacy Law would prohibit Mr.

12  Ryan, a U.S. citizen, employed by a U.S. company, from providing information that he possesses

13  in the United States about witnesses critical to the litigation. Mr. Hui finally referred Plaintiffs to

14  JDIA's outside counsel, Dylan Carson, to negotiate about the deposition instruction and plaintiffs'

15  requests for information about the three witnesses. The discussion with Mr. Carson was fruitless

16  and provided no further answers. Ultimately, Plaintiffs served JDIA with a Rule 45 subpoena and

17  30(b)(6) deposition notice to determine the location and employment status of Du, Fukunaga, and

18  Yoshino.

19    35.    Noting that Hitachi Displays was stating in court filings that it was "now known as"

20  JDI, Plaintiffs turned back to Eliot Adelson, counsel for Hitachi Displays, and asked again that

21  JDI's employees be produced. Mr. Adelson took the position that JDI is not a party to the

22  litigation. Mr. Adelson ultimately canceled all met and confer efforts and referred plaintiffs back

23  to Dylan Carson, who was now acting as counsel for JDI (the parent of JDIA).

24    36.    Mr. Carson refused once again to produce the witnesses, taking the position that JDI

25  is not a party to the case, and again invoking the Japanese Privacy Law.

26    37.    No defendant or defendant's counsel involved in this dispute has ever provided any

27  authority or explanation in support of JDI's position that it is not a party to the action, that the

28

Declaration of Jennifer Rosenberg in Support of Motion to Compel JDI - 4

6

1    Japanese Privacy Law forbids an American citizen working for an American company from

2    providing information located in the United States, or to support any of the positions it has taken in

3    refusing to produce these witnesses or any information about them.

4

5         I declare under penalty of perjury under the laws of the state of California and under federal

6    law that the foregoing is true.  Executed at Walnut Creek, California, on July 1, 2014.

7

8

9

10                                                           Jennifer S. Rosenberg

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT   20

**SAVERI & SAVERI, INC.**
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
FAX: (415) 217-6813

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 UNION STREET
SAN FRANCISCO, CALIFORNIA 94123
TELEPHONE: (415) 563-7200
FAX: (415) 346-0679

December 10, 2012

*VIA E-MAIL*

Lucius B. Lau, Esq.
WHITE & CASE
701 Thirteenth St., NW
Washington, D.C. 20005-3807

      Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Albie:

      Pursuant to the Order Re Discovery And Case Management Protocol dated April 3, 2012, Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, Individual Action Plaintiffs, and the State of Florida (collectively, "Plaintiffs") have prepared a list of employees of Toshiba-affiliated defendants and entities employees regarded as potential merits deponents.

      Currently, Plaintiffs' expectations are to notice an initial five depositions to take place in San Francisco, California, beginning in February-March, 2013. The witnesses will be drawn from the following list. Please inform us of any conflicts or other issues that may preclude these depositions from taking place during those calendar months.

          1.    Yun-Peng Hong

          2.    Sciichi Fukunaga

          3.    Kazutero Yasukawa

          4.    Michihiro Yoshino

          5.    Yasuki Yamamoto

          6.    Ko Nishimoto

67513

Saveri & Saveri, Inc.
Trump Alioto Trump & Prescott LLP
December 10, 2012
Page 2

7.   Satoshi Suzuki

8.   Tadashi Wakayama / Wakiyama

9.   Shigekazu Shibata

10.  Keisuke Wakiyama

11.  Morita Koji/Kouji

12.  Hideaki Ooishi/Oishi

13.  Ukihiro Kimura

14.  Dan Ryan

15.  Yutaka Tsuruta

16.  Mr. Tomita / Tomida

17.  Masaru Ohmori

18.  Clayton Bond

19.  Kazuhiro Nishimaru

20.  Tomohito Amano

21.  Yasuaki Tomori

22.  O (Osamu) Kano

23.  Toshiaki Kuwano

Please inform us of each individual's job title during the class period, current contact information, whether the individual is currently employed by a Toshiba affiliate, and whether any of the above individuals intend to invoke their rights under the Fifth Amendment. If any of the above listed individuals are no longer employees of Toshiba, we ask that you provide us with the last known address and, if known, representative counsel for each. so that we may arrange for the appropriate means of service.

Based on this information, we can determine in what order depositions should be taken. Of course, if any of the individuals work for an affiliated Toshiba entity and/or if you plan to

67513

10

Saveri & Saveri, Inc.
Trump Alioto Trump & Prescott LLP
December 10, 2012
Page 3

represent any individuals no longer employed by Toshiba, we will expect your cooperation in producing them for deposition.

Plaintiffs reserve the right to supplement this list depending on Toshiba's response and on information obtained during the discovery process. If you believe that any of the listed persons do not have relevant knowledge, or only marginal knowledge, of the relevant facts, please let us know. Thank you for attention to this matter and we look forward to speaking with you in the near future.

Sincerely,

/s/ Mario N. Alioto
Mario N. Alioto
Trump Alioto Trump & Prescott LLP
Interim Lead Counsel for the Indirect Purchaser Plaintiffs

/s/ R. Alexander Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
Interim Lead Counsel for the Direct Purchaser Plaintiffs

JSR/tt
cc (via email): Daniel E. Birkhaeuser
                Chris Lebsock
                Emilio Varanini
                Satu Correa

67513

11

# EXHIBIT  21



White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel  + 1 202 626 3600
Fax + 1 202 639 9355
www.whitecase.com

Direct Dial + 202-626-3696     alau@whitecase.com

December 21, 2012

<u>VIA E-MAIL</u>

Mario N. Alioto, Esq.
Trump Alioto Trump & Prescott
2280 Union Street
San Francisco, CA  94123

R. Alexander Saveri, Esq.
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA  94111

Re:  *In re:  Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL
     No. 1917 (N.D. Cal.):  Response to December 10, 2012 Letter

Dear Messrs. Alioto and Saveri:

    I write in response to your letter of December 10, 2012, regarding future merits depositions.

    In your letter, rather than identifying specific individuals who the plaintiffs intend to depose, you include a pool of 23 "potential merits deponents" from which "witnesses will be drawn." As such, your witness list does not comply with the April 3, 2012 Order Re Discovery and Case Management Protocol, which requires plaintiffs to provide "a reasonable list of the persons they propose to depose in the initial round of depositions based on their knowledge of the current discovery record." Moreover, as you know, the plaintiffs are limited to "a *maximum* of 12 depositions for any single defendant group." *See* April 3, 2012 Order at 2 (emphasis added).

    In any event, the following individuals identified on your list are no longer employed by any Toshiba Defendant:

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

13

Mario N. Alioto, Esq.
R. Alexander Saveri, Esq.

WHITE & CASE

December 21, 2012

- Kazutero Yasukawa
- Michihiro Yoshino
- Tadashi Wakayama
- Shigekazu Shibata
- Keisuke Wakiyama
- [Y]ukihiro Kimura
- Dan Ryan
- Masaru Ohmori
- Clayton Bond
- Tomohito Amano
- Osamu Kano

Pursuant to Japan's Personal Information Protection Law, we are unable to provide you with the last known address for these individuals.

Further, we have not been able to identify a current or former Toshiba employee with the name Yutaka Tsuruta or Yasuaki Tomori. And "Mr. Tomita/Tomida" is too vague for us to identify a specific individual. If you propose to depose these individuals, please provide us with additional information as to their identity so that we can determine whether they are current Toshiba employees.

Finally, as to the remaining names on the list, in accordance with the April 3, 2012 Order, please tell us which of these individuals you propose to depose so that we can then determine their status, confirm whether we expect them to assert their Fifth Amendment privilege against self-incrimination, and meet and confer on scheduling. We do not anticipate that these individuals will be available for deposition any time before April 2013.

Please feel free to contact me if you have any questions.

Sincerely,

Lucius B. Lau

2

14

Mario N. Alioto, Esq.
R. Alexander Saveri, Esq.

WHITE & CASE

December 21, 2012

    cc:    Daniel E. Birkhauser, Esq.
                Christopher Lebsock, Esq.
                Jennifer Rosenberg, Esq.
                Emilio Varanini, Esq.

# EXHIBIT 23

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 UNION STREET
SAN FRANCISCO, CALIFORNIA 94123
TELEPHONE: (415) 563-7200
FAX: (415) 346-0679

March 29, 2013

*VIA E-MAIL*

Lucius B. Lau, Esq.
WHITE & CASE
701 Thirteenth St., NW
Washington, D.C. 20005-3807

      Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Albie:

Plaintiffs are prepared to resume scheduling depositions of percipient witnesses affiliated with your clients. Plaintiffs would like to schedule depositions of the following initial witnesses to begin in June, 2013.

1. Yun-Peng Hong
2. Seiichi Fukunaga    ✶
3. Yasuki Yamamoto
4. Ko Nishimoto
5. Tomauki Kawano
6. Kazuhiro Nishimaru

Please inform us of each individual's job title or titles and which affiliate or affiliates employed the individual during the class period, and whether any of the above individuals intend to invoke their rights under the Fifth Amendment. If you believe that any of the listed persons do not have relevant knowledge, or only marginal knowledge, of the relevant facts, please let us know. We also invite your views on possible dates for the depositions.

In your letter dated December 21, 2012, you stated that the following individuals, who were on our initial list of proposed deponents, "are no longer employed by any Toshiba Defendant." Your letter also stated, "Pursuant to Japan's Personal Information Protection Law, we are unable to provide you with the last known address for these individuals."

67856

Lucius B. Lau, Esq.
March 29, 2013
Page 2

> Kazutero Yasukawa
>
> Michihiro Yoshino
>
> Tadashi Wakayama
>
> Shigekazu Shibata
>
> Keisuke Wakiyama
>
> Yukihiro Kimura
>
> Dan Ryan
>
> Masaru Ohmori
>
> Clayton Bond
>
> Tomohito Amano
>
> Osamu Kano

Please respond to the following questions regarding these individuals:

1. Do any of these individuals have any employment or independent contracting/consulting relationship with any Toshiba-affiliated entity, regardless of whether such entity is a defendant in this litigation?

2. Does your client contend that Mr. Ryan and Mr. Bond, whom plaintiffs believe are U.S. nationals residing in the United States, are subject to the provisions of the Japan Personal Information Protection Law?

3. Have you or your clients, or any Toshiba-affiliated entity, sought consent from any of these individuals to disclose their contact information?

4. If you or your clients, or any Toshiba-affiliated entity, have sought consent, has any individual refused consent, and if so, which?

5. Are any of the individuals listed above receiving health, retirement or other benefits from any Toshiba-affiliated entity?

6. Have any of these individuals and any Toshiba-related entities had any contact with each other, including but not limited to, discussions concerning these deposition requests?  If so, which individuals, which entities, and who were the employees of these entities who had such contact?

7. Has any Toshiba-affiliated entity discussed the whereabouts of any of these individuals with anyone not affiliated with a Toshiba entity (excluding the plaintiffs in the CRT actions)? If so, who had these communications and what was discussed?

67856

18

Lucius B. Lau, Esq.
March 29, 2013
Page 3

Thank you for attention to this matter.  We look forward to hearing from you promptly.

Sincerely,

/s/ Mario N. Alioto
Mario N. Alioto
Trump Alioto Trump & Prescott LLP
Interim Lead Counsel for the Indirect Purchaser Plaintiffs

JSR/tt
cc (via email): Daniel E. Birkhaeuser
                Lauren Russell Capurro
                Jessica Meyer
                Demetrius Lambrinos
                Emilio Varanini

# EXHIBIT 24

WHITE & CASE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

Direct Dial + 202-626-3696     alau@whitecase.com

April 19, 2013

VIA E-MAIL

Mario N. Alioto, Esq.
Trump Alioto Trump & Prescott
2280 Union Street
San Francisco, CA  94123

Re:  *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No.
      1917 (N.D. Cal.):  Response To March 29, 2013 Letter

Dear Mr. Alioto:

        I write this letter to respond to your March 29, 2013 letter.

        Regarding the six witnesses for whom you would like to schedule depositions, two of
them — Yun-Peng Hong and Seichii Fukunaga — are former employees.  We do not recognize a
third witness, "Tomauki Kawano," as a current or former Toshiba employee; moreover, this
name does not appear in your December 10, 2012 letter.  Please provide additional information
about this individual so we might be able to determine whether this is a current Toshiba
employee, a former Toshiba employee, or neither.

        Yasuki Yamamoto, Ko Nishimoto, and Kazuhiro Nishimaru are current employees of
either Toshiba Corporation or a Toshiba-affiliated company; however, to address your request
regarding their knowledge level, none of these individuals has knowledge of the relevant facts.

        These individuals are available for deposition on the following dates in San Francisco:
Kazuhiro Nishimaru (June 19-21), Ko Nishimoto (June 24-26), and Yasuki Yamamoto (June 27-
29).  I recognize that June 29, 2013 is a Saturday; however, I think that you will quickly realize
during these depositions that none of these individuals has relevant information and, therefore,
we do not expect any of these depositions to last three full days.  If Mr. Nishimoto's deposition
concludes early, we can begin Mr. Yamamoto's deposition on June 26, 2013.  Each of these
witnesses will require an interpreter.  We also do not expect any of these witnesses to invoke his
Fifth Amendment rights.

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

Mario N. Alioto, Esq.



April 19, 2013

Regarding the other names in your letter, none of them has an employment or independent contracting/consulting relationship with any Toshiba entity, and we have not sought consent from any of them to release their personal information. Finally, we do not contend that Dan Ryan or Clayton Bond is covered by Japan's Personal Information Protection Law. If you desire to contact either of these former employees, please do so through us because we represent them.

Please feel free to contact me if you have any questions.

Sincerely,

Lucius B. Lau

cc:     Daniel E. Birkhauser, Esq.
        Lauren Russell Capurro, Esq.
        Jessica Meyer, Esq.
        Demetrius Lambrinos, Esq.
        Emilio Varanini, Esq.

2

# EXHIBIT   B

Mario N. Alioto (56433)
Lauren C. Capurro (Russell) (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect-Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| | **DECLARATION OF DANIEL E. BIRKHAEUSER IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF WITNESSES** |
| This Documents Relates To: | |
| ALL ACTIONS | |

Declaration of Daniel E. Birkhaeuser in Support of Motion to Compel Production of Witnesses

24

1    I, Daniel E. Birkhaeuser, declare:

2    1.      I am an attorney admitted to practice before the United States District Court for the

3    Northern District of California. I am a partner with the law firm of Bramson, Plutzik, Mahler &

4    Birkhaeuser, LLP, one of the attorneys of record for the Indirect Purchaser Plaintiffs ("IPPs") in

5    this action. I have personal knowledge of the facts stated in this declaration and would testify to

6    them if called upon to do so.

7    2.      On August 1, 2014, counsel for the Toshiba entitites served their Amended Rule

8    26(A)(1) Initial Disclosures. Attached hereto as Exhibit A is a true and correct copy of Toshiba's

9    Amended Rule 26(A)(1) Initial Disclosures.

10    3.      On August 7, 2014, Plaintiffs' counsel sent a letter to Lucius B. Lau, one of the

11    attorneys for the Toshiba entities. Attached hereto as Exhibit B is a true and correct copy of the

12    August 7, 2014 letter from Plaintiffs to Mr. Lau.

13    4.      Toshiba did not respond to this letter. On August 15, 2014, counsel for Dell and I

14    had a phone call with Mr. Lau to discuss outstanding discovery. During this call, I asked Mr. Lau

15    when Plaintiffs could expect a response to our letter requesting depositions of the recently-

16    identified witnesses. Mr. Lau would not commit to a date-certain.

17    5.      On August 19, 2014, I sent a letter to to Toshiba's counsel, Lucius B. Lau seeking a

18    response. Attached as Exhibit C is a true and correct copy of that letter.

19    6.      On August 21, 2014, Mr. Lau finally responded. However his letter does not

20    commit to a single deposition.   Attached hereto as Exhibit D is a true and correct copy of Mr.

21    Lau's August 21, 2014 letter.

22    7.      Attached hereto as Exhibit E is a true and correct copy of my August 22, 2014 letter

23    in response to Mr. Lau.

24    8.      Attached hereto as Exhibit F is a true copy of a letter from Mr. Lau to Debra

25    Bernstein dated August 27, 2014.

26    9.      Attached hereto as Exhibit G is a true copy of Toshiba's Initial Disclosures dated

27    October 15, 2008.

28

Declaration of Daniel E. Birkhaeuser in Support of Motion to Compel Production of Witnesses
- 1 -

25

1         I declare under penalty of perjury under the laws of the state of California and under federal

2    law that the foregoing is true.  Executed at Walnut Creek, California, on September 2, 2014.

3

4

5                                              Daniel E. Birkhaeuser

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1   Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
2   Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
3
    Dana E. Foster (*pro hac vice*)
4   defoster@whitecase.com
5   White & Case LLP
    701 Thirteenth Street, N.W.
6   Washington, DC 20005
7   Telephone: (202) 626-3600
    Facsimile: (202) 639-9355
8
9   *Counsel to Defendant*
    *Toshiba Corporation, Toshiba America, Inc., Toshiba*
10  *America Electronic Components, Inc., Toshiba America*
11  *Information Systems, Inc., Toshiba America Consumer*
    *Products, L.L.C.*
12

13                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
14                     (SAN FRANCISCO DIVISION)
15

16  IN RE: CATHODE RAY TUBE (CRT)          Case No. 07-5944 SC
17  ANTITRUST LITIGATION                   MDL No. 1917
18

19  This Document Relates to:
20                                         **TOSHIBA ENTITIES' AMENDED**
    ALL ACTIONS
21                                         **RULE 26(A)(1) INITIAL DISCLOSURES**
22

23      Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic
24  Components, Inc., Toshiba America Information Systems, Inc., and Toshiba America
25  Consumer Products L.L.C. (collectively, the "Toshiba Entities") hereby amend their prior
26  initial disclosures, pursuant to Rules 26(a)(1) and 26(e) of the Federal Rules of Civil
27  Procedure.
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    The Toshiba Entities provide these Amended Initial Disclosures (the "Disclosures")
2    based on discovery to date, information presently available to the Toshiba Entities, and a
3    good-faith inquiry into the facts relating to the alleged subject matter of these actions.

4    Nothing in these Disclosures shall be construed as a waiver of the attorney-client
5    privilege, attorney work-product doctrine, or any other applicable privilege, protection, or
6    doctrine.  The Toshiba Entities reserve the right to object to the testimony of any of the
7    witnesses identified herein and to the production or introduction into evidence of any
8    document within the categories set forth herein on the basis of privilege, relevance, or any
9    other applicable objection.

10   Nothing in these Disclosures shall be construed as an admission or acceptance by the
11   Toshiba Entities of the relevance or admissibility of any witness, document, or fact in these
12   Disclosures.

13   The Toshiba Entities' investigation of the facts relating to the Plaintiffs' Complaints
14   is ongoing, and the Toshiba Entities reserve the right to modify, amend, or supplement these
15   Disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure and the Local
16   Rules of Practice in Civil Proceedings before the United States District Court for the
17   Northern District of California.

18   These Disclosures are made only for the purpose of this action.

19   All of the Disclosures below are subject to the above limitations, objections, and
20   qualifications.

21   **I.     Rule 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information**

22   In addition to those individuals who have previously been deposed or who were
23   otherwise identified in any of the actions in this MDL, throughout the course of discovery in
24   this matter the Toshiba Entities have identified the following additional individuals who may
25   have information that the Toshiba Entities may use to support their claims or defenses in the
26   areas indicated for them:

27   Tomohito Amano, Clayton Bond, Michael Du, Charles Farmer, Norio Fujita, Jay
28   Heinecke, Tomoyuki Kawano, Koji Kurosawa, John Milliken, Kazuhiro Nishimaru,

TOSHIBA ENTITIES' AMENDED RULE 26(A)(1) INITIAL DISCLOSURES
Case No. 07-5944 SC
MDL No. 1917
2

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Kazutaka Nishimura, Dan Ryan, Shigekazu Shibata, Shinichiro Tsuruta, Yoshiaki Uchiyama,
2   Yasuki Yamamoto: CRT manufacturing, CRT pricing and sales, the CRT and CRT finished
3   product markets, CRT technology, and the allegations in the complaints.  Clayton Bond,
4   Michael Du, Tomoyuki Kawano, Kazutaka Nishimura, and Yasuki Yamamoto were also
5   custodians of documents produced to the Plaintiffs.   In addition, Jay Heinecke, Koji
6   Kurosawa, and Yoshiaki Uchiyama provided Rule 30(b)(6) testimony to the Plaintiffs, and
7   Norio Fujita, Kazuhiro Nishimaru, Kazutaka Nishimura, Dan Ryan, Shinichiro Tsuruta, and
8   Yasuki Yamamoto were deposed by the Plaintiffs as percipient witnesses.

9          Charles Farmer, Richard Huber, Scott Ramirez: CRT finished product manufacturing,
10   CRT purchasing, CRT finished product pricing and sales, and the allegations in the
11   complaints. Scott Ramirez was also a custodian of documents produced to the Plaintiffs.  In
12   addition, Richard Huber provided Rule 30(b)(6) testimony to the Plaintiffs.

13          The Toshiba Entities further intend to rely on witnesses identified in their discovery
14   responses, witnesses identified in other Defendants' disclosures and discovery responses,
15   witnesses identified in testimony, witnesses employed by other Defendants, and witnesses
16   from customers or other third parties identified and not yet identified.

17          **II.     Rule 26(a)(1)(A)(ii): Documents to Support Claims or Defenses**

18          The Toshiba Entities have made documents, data compilations, and tangible items
19   that are in the possession, custody, or control of the Toshiba Entities, and which the Toshiba
20   Entities may use to support their claims or defenses, available for review by the Plaintiffs.
21   To the extent there are additional documents, the Toshiba Entities will produce those
22   documents as they are identified.  The Toshiba Entities' documents are principally located in
23   Irvine, California, and Tokyo, Japan.   The Toshiba Entities reserve the right to use
24   documents produced by other parties or by non-parties to the litigation as well as documents
25   used in depositions, pleadings, or filings by any party.

26          **III.     Rule 26(a)(1)(A)(iii): Damages**

27          Not applicable.  The Toshiba Entities have not yet made any claims for damages in
28   this action.

**IV.    Rule 26(a)(1)(A)(iv):  Insurance Agreements**

The Toshiba Entities continue to review and analyze whether it has any such insurance agreements.

Dated: August 1, 2014

WHITE & CASE LLP

By: _____

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendant Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

On August 1, 2014, I caused a copy of "TOSHIBA ENTITIES' AMENDED
RULE 26(A)(1) INITIAL DISCLOSURES" to be served via email upon:

| | |
|---|---|
| Liaison Counsel for the Direct Action Plaintiffs | Philip J. Iovieno, Esq.<br>BOIES, SCHILLER & FLEXNER LLP<br>10 N. Pearl St.<br>4th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br>Fax: (518) 434-0665<br>Email: piovieno@bsfllp.com |
| Counsel for Indirect Purchaser Plaintiffs | Lauren C. Russell, Esq.<br>TRUMP ALIOTO TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel.: (415) 563-7200<br>Email: laurenrussell@tatp.com |
| Counsel for Direct Purchaser Plaintiffs | R. Alexander Saveri, Esq.<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA  94111<br>Tel: (415) 217-6810<br>Email: rick@saveri.com |
| California Office of the Attorney General | Kamala D. Harris<br>Attorney General of California<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Telephone: (415) 703-5908<br>Email: Emilio.varanini@doj.ca.gov |

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TOSHIBA ENTITIES' AMENDED RULE 26(A)(1) INITIAL DISCLOSURES
Case No. 07-5944 SC
MDL No. 1917

# EXHIBIT B

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8488
www.alston.com

Debra D. Bernstein                    Direct Dial: 404-881-4476              Email: debra.bernstein@alston.com

August 7, 2014

*VIA EMAIL*

Lucius B. Lau, Esq.
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005-3807
alau@whitecase.com

Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation,* Case No. 07-5944 SC

Dear Albie:

Plaintiffs received the Toshiba Entities' Amended Rule 26(a)(1) Initial Disclosures on August 1, 2014 (the "Amended Initial Disclosures"). As you know, the Amended Initial Disclosures referenced a number of additional individuals with discoverable information. *See* Amended Initial Disclosures at 2. Plaintiffs are prepared to schedule depositions of the following newly-disclosed witnesses:

(1) Clayton Bond;
(2) Charles Farmer;
(3) John Milliken;
(4) Tomoyuki Kawano; and
(5) Tomohito Amano.

Please provide us with proposed dates these witnesses are available. In addition, please inform us of: (1) the witnesses' current job title(s); (2) which Toshiba affiliate each witness currently works for; (3) whether each witness will need a translator and what language they speak; and (4) whether any of the witnesses intend to invoke their rights under the Fifth Amendment.

Given that fact discovery closes on September 5, please get back to us by August 13, 2014. Thank you for your prompt attention to this matter.

Atlanta • Brussels • Charlotte • Dallas • Los Angeles • New York • Research Triangle • Silicon Valley • Ventura County • Washington, D.C.

August 7, 2014
Page 2

Regards,

Debra D Bernstein / RS

Debra D. Bernstein, Esq.

cc:    Mario N. Alioto, Esq.
       Matthew Kent, Esq.
       Daniel E. Birkhaueser, Esq.
       Lauren Russell Capurro, Esq.

# EXHIBIT C

## BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
MICHAEL S. STRIMLING
JENELLE WELLING

2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA  94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

PAUL F. MAHLER
JOSHUA D. BOXER
Of Counsel

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

August 19, 2014

Lucius B. Lau, Esq.
WHITE & CASE
701 Thirteenth St., NW
Washington, D.C. 20005-3807

    Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Mr. Lau:

    On August 7, 2014, Plaintiffs wrote to you about 5 witnesses referred to in Toshiba's Amended Initial Disclosures as having discoverable information.  We asked you to provide dates when the witnesses are available for deposition.  As fact discovery is closing soon, and Toshiba's disclosures were just served on August 1, 2014, we asked Toshiba to respond on or before August 13.  Toshiba did not do so.

    During our call last Friday, I asked when we could expect a response to our request.  You would not commit to a date certain.  Given the fact that fact discovery is closing soon, we will file a motion with the Special Master if we have not heard from you by Thursday, August 21, 2014.

                            Very truly yours,
                    BRAMSON, PLUTZIK, MAHLER
                      & BIRKHAEUSER, LLP

                    Daniel E. Birkhaeuser

DEB:pt
71541
cc:    Debra Bernstein
       Matt Kent
       Lauren Capurro
       Emilio Varanini

# EXHIBIT D

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel   + 1 202 626 3600
Fax  + 1 202 639 9355
whitecase.com

Direct Dial + (202) 626-3696          alau@whitecase.com

August 21, 2014

Daniel E. Birkhaeuser, Esq.
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA  94598

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC,
      MDL No. 1917 (N.D. Cal.): Response to Letter of August 19, 2014

Dear Mr. Birkhaeuser:

I write in response to your letter of August 19, 2014.  Please be informed that we are promptly working to determine whether, and when, the individuals identified in your August 7, 2014 letter are available for deposition, some of whom are former employees of the Toshiba Defendants.  To the extent that any or all of these individuals are available for deposition, we do not object to such depositions occurring after September 5, 2014.  In this regard, we note that some depositions are already scheduled to occur after the formal close of fact discovery.  Given our willingness to have any such depositions occur after September 5, there is no current need to involve the Special Master.  Indeed, any motion to compel filed on your part would be premature because we are not at any sort of impasse.

Sincerely,

Lucius B. Lau

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG  HELSINKI
HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC

# EXHIBIT E

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA 94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
MICHAEL S. STRIMLING
JENELLE WELLING

PAUL F. MAHLER
JOSHUA D. BOXER
Of Counsel

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

August 22, 2014

Lucius B. Lau, Esq.
WHITE & CASE
701 Thirteenth St., NW
Washington, D.C. 20005-3807

Re:  *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Mr. Lau:

This responds to your letter dated August 21, 2014.

First, "the individuals identified" in our letter are witnesses that Toshiba only disclosed as having relevant information on August 1, 2014 – slightly more than a month before the close of fact discovery. Presumably, Toshiba spoke with these individuals recently and is not employing a last-minute disclosure to obtain a litigation advantage (See F.R.C.P. 26(e): Supplemental disclosures must be made "in a timely manner").

For this reason, plaintiffs cannot understand why, a full three weeks later, Toshiba cannot confirm a single deposition of the individuals it has so recently disclosed. Nor can plaintiffs understand why Toshiba has not even disclosed which of these witnesses are current employees as the discovery protocol requires. In fact, Toshiba has provided no factual information from which plaintiffs may even guess which witnesses ultimately will be made available. Therefore, Toshiba's offer to waive the discovery cut off to the extent any of the individuals are "available for deposition" is insufficient.

Toshiba's response provides no information at all and does not confirm a single deposition. Unless Toshiba provides a substantive response immediately, Plaintiffs will proceed to seek relief from the Special Master since the parties do appear to be at an impasse and time is of the essence.

Very truly yours,
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP

Daniel E. Birkhaeuser

41

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

August 22, 2014
Page 2


DEB:pt
71562
cc:     Debra Bernstein
        Matt Kent
        Lauren Capurro
        Emilio Varanini

42

# EXHIBIT F

WHITE & CASE

White & Case LLP                         Tel  + 1 202 626 3600
701 Thirteenth Street, NW                Fax  + 1 202 639 9355
Washington, DC 20005-3807                whitecase.com

Direct Dial + (202) 626-3696             alau@whitecase.com

August 27, 2014

Debra D. Bernstein, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Re:  *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC,
     MDL No. 1917 (N.D. Cal.):  Availability Of John Milliken For Deposition

Dear Ms. Bernstein:

    In response to your request of August 7, 2014, I would like to inform you that John
Milliken is available for deposition on Thursday, September 25, 2014, in Irvine, California.  Mr.
Milliken is currently employed by Toshiba America Information Systems, Inc.  We do not expect
that he will invoke his Fifth Amendment rights.  He will not need a translator.

    We continue to ascertain the availability of the other individuals identified in your
August 7, 2014 letter.

Sincerely,

Lucius B. Lau

cc:    Daniel E. Birkhaeuser, Esq.
       Lauren C. Capurro, Esq.
       Emilio Varanini, Esq.
       Matthew Kent, Esq.

ALMATY ANKARA ASTANA BEIJING BERLIN BRATISLAVA BRUSSELS BUDAPEST DOHA DUSSELDORF FRANKFURT GENEVA HAMBURG HELSINKI
HONG KONG ISTANBUL JOHANNESBURG LONDON LOS ANGELES MADRID MEXICO CITY MIAMI MILAN MONTERREY MOSCOW MUNICH
NEW YORK PARIS PRAGUE RIYADH SÃO PAULO SHANGHAI SILICON VALLEY SINGAPORE STOCKHOLM TOKYO UAE WARSAW WASHINGTON, DC

# EXHIBIT G

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant Toshiba Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **TOSHIBA'S RULE 26(A)(1) INITIAL DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Pretrial Order No. 1, defendant Toshiba Corporation ("Toshiba") hereby provides its initial disclosures.

**Rule 26(a)(1)(A)(i) Disclosure Requirement:**

**The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

**Response:**

Toshiba withdrew from the cathode ray tube business on or about April 1, 2003. Information relevant to prove Toshiba's position that it withdrew from the cathode ray tube business on or about April 1, 2003 may be found at its headquarters, located at 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan.

The individual complaints filed to date are speculative and fail to satisfy the pleading requirements of Rule 8(a)(2) of the Federal Rules of Civil Procedure. *See generally Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007). Accordingly, Toshiba has not been given "fair notice" of the plaintiffs' claims and the grounds upon which they rest. Because the complaints are deficient, Toshiba is unable to formulate defenses at this time. Thus, Toshiba cannot identify individuals likely to have discoverable information to support any defenses it might assert.

Toshiba will supplement this response upon the filing of complaints that satisfy the pleading requirements of Rule 8(a)(2) or a ruling by the Court on a *Twombly* motion.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**Rule 26(a)(1)(A)(ii) Disclosure Requirement:**

A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**Response:**

Toshiba withdrew from the cathode ray tube business on or about April 1, 2003. Information relevant to prove Toshiba's position that it withdrew from the cathode ray tube business on or about April 1, 2003 may be found at its headquarters, located at 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan.

The individual complaints filed to date are speculative and fail to satisfy the pleading requirements of Rule 8(a)(2) of the Federal Rules of Civil Procedure. *See generally Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007). Accordingly, Toshiba has not been given "fair notice" of the plaintiffs' claims and the grounds upon which they rest. Because the complaints are deficient, Toshiba is unable to formulate defenses at this time. Thus, Toshiba cannot identify documents, electronically stored information, or tangible things that it may use to support any defenses it might assert.

Toshiba will supplement this response upon the filing of complaints that satisfy the pleading requirements of Rule 8(a)(2) or a ruling by the Court on a *Twombly* motion.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    Rule 26(a)(1)(A)(iii) Disclosure Requirement:

2        A computation of each category of damages claimed by the disclosing party —

3    who must also make available for inspection and copying as under Rule 34 the

4    documents or other evidentiary material, unless privileged or protected from

5    disclosure, on which each computation is based, including materials bearing on the

6    nature and extent of injuries suffered.

7

8    Response:

9        Not applicable.  Toshiba not yet made any claims for damages in this action.

10

11   Rule 26(a)(1)(A)(iv) Disclosure Requirement:

12       For inspection and copying as under Rule 34, any insurance agreement under

13   which an insurance business may be liable to satisfy all or part of a possible judgment

14   in the action or to indemnify or reimburse for payments made to satisfy the judgment.

15

16   Response:

17       Toshiba is currently reviewing and analyzing whether it has any such insurance

18   agreements.

19

20   Dated:  October 15, 2008                    WHITE & CASE LLP

21

22                                    By:  _____
                                           Christopher M. Curran (*pro hac vice*)
23                                         ccurran@whitecase.com
                                           George L. Paul (*pro hac vice*)
24                                         gpaul@whitecase.com
                                           Lucius B. Lau (*pro hac vice*)
25                                         alau@whitecase.com
                                           701 Thirteenth Street, N.W.
26                                         Washington, D.C.  20005
                                           tel.: (202) 626-3600
27                                         fax: (202) 639-9355
28
                                           *Counsel to Defendant Toshiba Corporation*

TOSHIBA'S RULE 26(A)(1) INITIAL DISCLOSURES
Case No. 07-5944 SC
MDL No. 1917
4

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## CERTIFICATION

*In re: Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

I, Willie Lin, legal assistant, declare that I am over the age of eighteen (18) and not a party to this action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street, NW, Washington DC 20005.

On October 15, 2008, I sent a copy of the foregoing Toshiba's Rule 26(a)(1) Initial Disclosures to the entities listed below.

## BY ELECTRONIC MAIL

| | |
|---|---|
| Orion Home Systems, LLC | cadio@saveri.com |
| Thomas S.A. | debrettevillej@sullcrom.com |
| U.S. Department of Justice, Antitrust Division | jeane.hamilton@usdoj.gov |
| A. Paul Victor | pvictor@dl.com, |
| | courtalert@dl.com |
| Alan Feigenbaum | Alan.Feigenbaum@weil.com, |
| | tina.losito@weil.com |
| Alan Roth Plutzik | aplutzik@bramsonplutzik.com |
| Andrew Morganti | amorganti@milbergweiss.com |
| Andrew R. Tillman | art@paineter.com |
| Angelina Alioto-Grace | sexton@aliotolaw.com |
| Anna Tryon Pletcher | anna.pletcher@usdoj.gov |
| Anthony D. Shapiro | tony@hbsslaw.com, |
| | george@hbsslaw.com, |
| | ronnie@hbsslaw.com |
| Anthony J. Bolognese | abolognese@bolognese-law.com |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| 1 | | |
|---|---|---|
| 2 | Anthony J. Viola | aviola@eapdlaw.com |
| 3 | Barbara J. Nelson | barbara.nelson@usdoj.gov, |
| 4 | | paula.lattimore@usdoj.gov |
| 5 | Barry J Bendes | bbendes@eapdlaw.com |
| 6 | Barry J. Bendes | bbendes@eapdlaw.com |
| 7 | Bernadette Shawan Gillians | sgillians@buistmoore.com |
| 8 | Betty Lisa Julian | bjulian@damrell.com |
| 9 | Brendan P. Cullen | cullenb@sullcrom.com, |
| 10 | | carrejoa@sullcrom.com |
| 11 | Brendan Patrick Glackin | bglackin@lchb.com |
| 12 | Bruce H. Jackson | karen.sewell@bakernet.com, |
| 13 | | roxane.c.busey@bakernet.com |
| 14 | Bruce L. Mulkey | bruce@mulkeylaw.com |
| 15 | Bruce Lee Simon | bsimon@psswplaw.com, |
| 16 | | avargas@psswplaw.com, |
| 17 | | bpouya@psswplaw.com, |
| 18 | | cpearson@psswplaw.com, |
| 19 | | cthomas@psswplaw.com, |
| 20 | | dwarshaw@psswplaw.com, |
| 21 | | gsoter@psswplaw.com, |
| 22 | | jwatkins@psswplaw.com |
| 23 | Bryan L. Clobes | bclobes@millerfaucher.com |
| 24 | Cadio Zirpoli | zirpoli@saveri.com |
| 25 | Candice J. Enders | cenders@bm.net |
| 26 | Charles A. Legge | melissaornstil@jamsadr.com |
| 27 | Charles M. Kester | cmkester@nwark.com |
| 28 | Christine S. Safreno | csafreno@morganlewis.com |
| | Christopher Le | cle@straus-boies.com, |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | ecf@straus-boies.com, |
| 2 | | jmoser@straus-boies.com |
| 3 | Christopher Lovell | clovell@lshllp.com |
| 4 | Christopher M. Curran | ccurran@whitecase.com, |
| 5 | | mmoffett@whitecase.com |
| 6 | Christopher T. Heffelfinger | cheffelfinger@bermanesq.com, |
| 7 | | ysoboleva@bermanesq.com |
| 8 | Clinton Paul Walker | cwalker@damrell.com, |
| 9 | | mfildes@damrell.com |
| 10 | Craig C. Corbitt | ccorbitt@zelle.com |
| 11 | Curt Holbreich | curt.holbreich@klgates.com, |
| 12 | | cathy.williams@klgates.com |
| 13 | Daniel R. Karon | karon@gsk-law.com |
| 14 | Daniel Bruce Allanoff | dallanoff@mcgslaw.com |
| 15 | Daniel D. Owen | dowen@stklaw.com |
| 16 | Daniel Edward Birkhaeuser | dbirkhaeuser@bramsonplutzik.com |
| 17 | Daniel J. Mulligan | dan@jmglawoffices.com |
| 18 | Daniel R. Karon | karon@gsk-law.com, |
| 19 | | mcfeeley@gsk-law.com |
| 20 | David Boies , III | dboies@straus-boies.com, |
| 21 | | tpalumbo@straus-boies.com |
| 22 | David L. Yohai | david.yohai@weil.com |
| 23 | David Michael Lisi | lisid@howrey.com, |
| 24 | | bennettc@howrey.com, |
| 25 | | gibbst@howrey.com |
| 26 | David Paul Germaine | dgermaine@vaneklaw.com |
| 27 | David W. Evans | devans@hbblaw.com, |
| 28 | | kblack@hbblaw.com |
| | Derek G. Howard | dhoward@murrayhowardlaw.com, |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | aarnall@murrayhowardlaw.com, |
| 2 | | aromero@murrayhowardlaw.com, |
| 3 | | gmurray@murrayhowardlaw.com, |
| 4 | | syundt@murrayhowardlaw.com |
| 5 | Douglas A. Millen | doug@fklmlaw.com |
| 6 | Drew A. Carson | carson@millergolerfaeges.com |
| 7 | Elizabeth R. Odette | erodette@locklaw.com, |
| 8 | | mnhoffman@locklaw.com |
| 9 | Eric B. Fastiff | efastiff@lchb.com, |
| 10 | | akingsdale@lchb.com |
| 11 | Eric James Pickar | epickar@bangsmccullen.com |
| 12 | Esther L Klisura | eklisura@psswplaw.com |
| 13 | Ethan E. Litwin | litwine@howrey.com |
| 14 | Eugene A. Spector | espector@srk-law.com |
| 15 | Eva W. Cole | ecole@dl.com |
| 16 | Fernando Xaxier Starkes | xavier@starkeslawfrim.com |
| 17 | Francis Onofrei Scarpulla | fscarpulla@zelle.com, |
| 18 | | mbibbs@zelle.com |
| 19 | Fred A. Silva | fsilva@damrell.com |
| 20 | Garrett D. Blanchfield , Jr | g.blanchfield@rwblawfirm.com, |
| 21 | | k.schulte@rwblawfirm.com |
| 22 | Gary L. Halling | ghalling@smrh.com, |
| 23 | | cmok@sheppardmullin.com, |
| 24 | | eparis@sheppardmullin.com, |
| 25 | | ewhite@smrh.com, |
| 26 | | khollenbeck@sheppardmullin.com, |
| 27 | | MOhearn@sheppardmullin.com, |
| 28 | | mscarborough@sheppardmullin.com, |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | rcreagan@sheppardmullin.com, |
| 2 | | tcunningham@sheppardmullin.com |
| 3 | Gary Laurence Specks | gspecks@kaplanfox.com |
| 4 | Geoffrey Conrad Rushing | grushing@saveri.com |
| 5 | George L. Paul | gpaul@whitecase.com |
| 6 | Gilmur Roderick Murray | gmurray@murrayhowardlaw.com, |
| 7 | | aarnall@murrayhowardlaw.com, |
| 8 | | aromero@murrayhowardlaw.com, |
| 9 | | dhoward@murrayhowardlaw.com |
| 10 | Gordon Ball | gball@ballandscott.com |
| 11 | Gregory Hull | greg.hull@weil.com |
| 12 | Gregory Keith Arenson | garenson@kaplanfox.com |
| 13 | Guido Saveri | guido@saveri.com |
| 14 | H. Laddie Montague , Jr | hlmontague@bm.net |
| 15 | Harry Shulman | harry@millslawfirm.com, |
| 16 | | lornaf@millslawfirm.com |
| 17 | Henry A. Cirillo | Hcirillo@furth.com, |
| 18 | | rnewman@zelle.com |
| 19 | James McManis | jmcmanis@mcmanisfaulkner.com, |
| 20 | | clarsen@mcmanisfaulkner.com |
| 21 | James E. Cecchi | jcecchi@carellabyrne.com |
| 22 | James Landon McGinnis | jmcginnis@sheppardmullin.com |
| 23 | Jason de Bretteville | debrettevillej@sullcrom.com, |
| 24 | | laytej@sullcrom.com |
| 25 | Jayne A. Goldstein | jgoldstein@sfmslaw.com |
| 26 | Jayne Arnold Goldstein | jgoldstein@sfmslaw.com, |
| 27 | | mbastian@magergoldstein.com |
| 28 | Jeane Hamilton | jeane.hamilton@usdoj.gov, |

54

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | paula.lattimore@usdoj.gov, |
| 2 | | SanFran.ATR@usdoj.gov |
| 3 | Jeff D Friedman | jefff@hbsslaw.com, |
| 4 | | nancyq@hbsslaw.com, |
| 5 | | sf_filings@hbsslaw.com |
| 6 | Jeff D. Friedman | jefff@hbsslaw.com |
| 7 | Jeff S. Westerman | jwesterman@milberg.com, |
| 8 | | cchaffins@milberg.com, |
| 9 | | schang@milberg.com |
| 10 | Jeffrey Alan Klafter | jak@klafterolsen.com |
| 11 | Jeffrey D. Bores | jbores@chestnutcambronne.com |
| 12 | Jeffrey L. Kessler | jkessler@dl.com, |
| 13 | | courtalert@dl.com, |
| 14 | | lpmco@dl.com, |
| 15 | | mlo@dewey.ballantine.com |
| 16 | Jennie Lee Anderson | jennie@libertylaw.com |
| 17 | Jennifer Susan Rosenberg | jrosenberg@bramsonplutzik.com, |
| 18 | | moldenburg@bramsonplutzik.com |
| 19 | Jeremy James Calsyn | jcalsyn@cgsh.com, |
| 20 | | aecollins@cgsh.com, |
| 21 | | ecapehart@cgsh.com, |
| 22 | | ejdavis@cgsh.com |
| 23 | Joel Flom | joel@jeffreislaw.com |
| 24 | Joel Cary Meredith | jmeredith@mcgslaw.com, |
| 25 | | apaul@mcgslaw.com |
| 26 | John G. Emerson | jemerson@emersonpoynter.com, |
| 27 | | michelle@emersonpoynter.com, |
| 28 | | swilson@emersonpoynter.com, |

55

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | tanya@emersonpoynter.com |
| 2 | John M. Taladay | TaladayJ@howrey.com |
| 3 | Jonathan DeGooyer | jdegooyer@morganlewis.com, |
| 4 | | lwalker@morganlewis.com |
| 5 | Joseph A. Ostoyich | OstoyichJ@howrey.com |
| 6 | Joseph E. Czerniawski | czerniawski@eapdlaw.com |
| 7 | Joseph Edward Czerniawski | JCzerniawski@eapdlaw.com |
| 8 | Joseph J. Tabacco , Jr | jtabacco@bermanesq.com, |
| 9 | | ysoboleva@bermanesq.com |
| 10 | Joseph M. Alioto | jmalioto@aliotolaw.com |
| 11 | Joseph M. Alioto , Jr | seton@aliotolaw.com |
| 12 | Joseph M. Barton | jmb@gbcslaw.com, |
| 13 | | cdl@gbcslaw.com, |
| 14 | | cgw@gbcslaw.com, |
| 15 | | efilingnotices@gbcslaw.com |
| 16 | Joseph Marid Patane | jpatane@tatp.com |
| 17 | Joseph Michael Vanek | jvanek@vaneklaw.com |
| 18 | Joseph R. Tiffany , II | joseph.tiffany@pillsburylaw.com, |
| 19 | | david.tull@pillsburylaw.com, |
| 20 | | susan.hersom@pillsburylaw.com |
| 21 | Joseph Richard Saveri | jsaveri@lchb.com, |
| 22 | | dclevenger@lchb.com |
| 23 | Joseph Richard Wetzel | joseph.wetzel@weil.com, |
| 24 | | conrad.mckinney@weil.com |
| 25 | Joseph W. Cotchett | jcotchett@cpmlegal.com |
| 26 | Joshua H. Grabar | jgrabar@bolognese-law.com |
| 27 | Judith A. Zahid | jzahid@zelle.com |
| 28 | Karl L. Cambronne | kcambronne@chestnutcambronne.com |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | Kate S. McMillan | kate.mcmillan@freshfields.com |
| 2 | Katherine T. Kelly | kkelly@heinsmills.com |
| 3 | Kathleen Styles Rogers | krogers@glancylaw.com, |
| 4 | | sfreception@glancylaw.com |
| 5 | Kathy Lee Monday | kmonday@damrell.com, |
| 6 | | NWeston-Dawkes@damrell.com |
| 7 | Kenneth Leo Valinoti | kvalinoti@valinoti-dito.com, |
| 8 | | maria@valinoti-dito.com |
| 9 | Kent Michael Roger | kroger@morganlewis.com, |
| 10 | | apietras@morganlewis.com, |
| 11 | | jowyang@morganlewis.com, |
| 12 | | mchiu@morganlewis.com, |
| 13 | | wschaub@morganlewis.com |
| 14 | Kevin Bruce Love | klove@cridenlove.com |
| 15 | Kris Hue Chau Man | kman@dl.com, |
| 16 | | sholstrom@dl.com |
| 17 | Laura Elizabeth Kabler | kablerl@sullcrom.com |
| 18 | Lauren Clare Russell | laurenrussell@tatp.com |
| 19 | Lawrence Genaro Papale | lgpapale@papalelaw.com |
| 20 | Lee Albert | lalbert@murrayfrank.com |
| 21 | Lidia Maher | Lidia.Maher@usdoj.gov, |
| 22 | | SanFran.ATR@usdoj.gov |
| 23 | Linda P. Nussbaum | lnussbaum@kaplanfox.com |
| 24 | Lindsey H. Taylor | ltaylor@carellabyrne.com |
| 25 | Lisa J. Rodriguez | lisa@trrlaw.com |
| 26 | Lucius B. Lau | alau@whitecase.com |
| 27 | M. Eric Frankovitch | msimon@facslaw.com |
| 28 | Manuel Juan Dominguez | mdominguez@bermanesq.com, |

57

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | | bdentremont@bermanesq.com, |
| 2 | | clesnick@bermanesq.com, |
| 3 | | ppease@bermanesq.com, |
| 4 | | shomer@bermanesq.com, |
| 5 | | vmcallister@bermanesq.com |
| 6 | Marc Jeffrey Greenspon | mjgreenspon@yahoo.com |
| 7 | Mario N. Alioto | malioto@tatp.com |
| 8 | Mario Nunzio Alioto | malioto@tatp.com |
| 9 | Marisa C. Livesay | livesay@whafh.com |
| 10 | Mark D. Marino | mark.marino@klgates.com |
| 11 | Marvin A. Miller | mmiller@millerlawllc.com |
| 12 | Marwa Elzankaly | melzankaly@mcmanisfaulkner.com, |
| 13 | | nshakoori@mcmanisfaulkner.com, |
| 14 | | sshakoori@mcmanisfaulkner.com |
| 15 | Mary Gilmore Kirkpatrick | mkirk@vtlawfirm.com |
| 16 | Matthew Rutledge Schultz | mschultz@zelle.com |
| 17 | Michael Jacobs | mjacobs@zelle.com |
| 18 | Michael Jocobs | mjacobs@zelle.com |
| 19 | Michael G. Simon | msimon@facslaw.com |
| 20 | Michael P. Lehmann | mlehmann@cmht.com |
| 21 | Michael Robert Lazerwitz | mlazerwitz@cgsh.com, |
| 22 | | kasullivan@cgsh.com |
| 23 | Michael S. Christian | mchristian@furth.com, |
| 24 | | rnewman@zelle.com |
| 25 | Michael W. Scarborough | mscarborough@smrh.com, |
| 26 | | khollenbeck@sheppardmullin.com |
| 27 | Michele Chickerell Jackson | mjackson@lchb.com, |
| 28 | | dclevenger@lchb.com, |

58

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| 1 | | tjackson@lchb.com |
| 2 | Michelle Lo | mlo@dl.com |
| 3 | Nancy Chung Allred | nancy.c.allred@bakernet.com |
| 4 | P. John Brady | jbrady@stklaw.com, |
| 5 | | aennis@stklaw.com, |
| 6 | | cfuson@stklaw.com, |
| 7 | | docketing@stklaw.com, |
| 8 | | dowen@stklaw.com, |
| 9 | | dthornton@stklaw.com, |
| 10 | | ksmith@stklaw.com |
| 11 | Paul Lionel Yanosy , Jr | pyanosy@sidley.com, |
| 12 | | mclemens@sidley.com |
| 13 | Peter Safirstein | psafirstein@milbergweiss.com |
| 14 | Philip Andrew Simpkins | meri@pillsburylaw.com, |
| 15 | | philip.simpkins@pillsburylaw.com |
| 16 | Qianwei Fu | qfu@zelle.com |
| 17 | Ranae D. Steiner | rsteiner@heinsmills.com |
| 18 | Randy R. Renick | rrr@renicklaw.com, |
| 19 | | home@renicklaw.com |
| 20 | Rebecca Ann Falk | rfalk@morganlewis.com, |
| 21 | | eeberline@morganlewis.com |
| 22 | Reginald Von Terrell | reggiet2@aol.com |
| 23 | Richard Alexander Saveri | rick@saveri.com |
| 24 | Richard Martin Heimann | rheimann@lchb.com |
| 25 | Robert N. Kaplan | rkaplan@kaplanfox.com |
| 26 | Robert B. Gerard | rgerard@gerardlaw.com |
| 27 | Robert J. Bonsignore | rbonsignore@bandblaw.net, |
| 28 | | alakin@bandblaw.net |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | Robert James Pohlman | rpohlman@rcalaw.com |
| 2 | Robert N. Kaplan | rkaplan@kaplanfox.com |
| 3 | Robert Walter Tarun | robert.w.tarun@bakernet.com, |
| 4 | | barbara.d.loeb@bakernet.com, |
| 5 | | bruce.h.jackson@bakernet.com, |
| 6 | | nada.k.hitti@bakernet.com, |
| 7 | | tawnya.m.lee@bakernet.com |
| 8 | Ronnie Seidel Spiegel | ronnie@hbsslaw.com |
| 9 | Ruthanne Gordon | rgordon@bm.net, |
| 10 | | emagnus@bm.net, |
| 11 | | mrussell@bm.net |
| 12 | Ryan Sandrock | rsandrock@sidley.com |
| 13 | Samuel D. Heins | sheins@heinsmills.com |
| 14 | Samuel Ray Miller | srmiller@sidley.com |
| 15 | Scott W. Carlson | scarlson@heinsmills.com |
| 16 | Seymour J. Mansfield | smansfield@mansfieldtanick.com |
| 17 | Sherman Kassof | heevay@att.net, |
| 18 | | heevay@yahoo.com |
| 19 | Steven Ganz | terry@grossbelsky.com |
| 20 | Steven A. Kanner | kanner@fklmlaw.com |
| 21 | Steven Alan Reiss | steven.reiss@weil.com |
| 22 | Steven J. Greenfogel | sgreenfogel@mcgslaw.com, |
| 23 | | apaul@mcgslaw.com |
| 24 | Steven J. Miller | miller@millergolerfaeges.com |
| 25 | Steven Randall Hood | rhood@mcgowanhood.com |
| 26 | Susan Gilah Kupfer | skupfer@glancylaw.com, |
| 27 | | sfreception@glancylaw.com |
| 28 | Terrence A. Callan | terrence.callan@pillsburylaw.com |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| 1 | Terry Calvani | terry.calvani@freshfields.com |
| 2 | Terry Gross | terry@grossbelsky.com, |
| 3 | | joann@grossbelsky.com |
| 4 | Terry Rose Saunders | trsaunders@saundersdoyle.com |
| 5 | Theresa Driscoll Moore | TMoore@aliotolaw.com |
| 6 | Thomas Arthur Doyle | jrkrol@saundersdoyle.com, |
| 7 | | tadoyle@saundersdoyle.com, |
| 8 | | trsaunders@saundersdoyle.com |
| 9 | Thomas Patrick Dove | tdove@furth.com |
| 10 | Thomas R. Green | tgreen@morganlewis.com, |
| 11 | | lbuda@morganlewis.com |
| 12 | Timothy D. Battin | tbattin@straus-boies.com |
| 13 | Troy J. Hutchinson | thutchinson@heinsmills.com |
| 14 | Vincent J. Esades | vesades@heinsmills.com, |
| 15 | | lgehrking@heinsmills.com, |
| 16 | | mobrien@heinsmills.com |
| 17 | W. Joseph Bruckner | wjbruckner@locklaw.com, |
| 18 | | pottehn@locklaw.com, |
| 19 | | sipeem@locklaw.com |
| 20 | William Angus McKinnon | bmckinnon@mcgowanhood.com |
| 21 | William C. Cleveland | wcleveland@buistmoore.com |
| 22 | William G. Caldes | bcaldes@srk-law.com |
| 23 | William H. London | blondon@fklmlaw.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | Willie Lin |
| 28 | | |

# EXHIBIT  C

**WHITE & CASE**

White & Case LLP          Tel   + 1 202 626 3600
701 Thirteenth Street, NW     Fax  + 1 202 639 9355
Washington, DC 20005-3807     whitecase.com

Direct Dial + (202) 626-3696          alau@whitecase.com

September 16, 2014

VIA E-MAIL TO: jay.weil@fedarb.com

The Honorable Vaughn Walker (Ret.)
c/o Mr. Jay Weil
Federal Arbitration, Inc.
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*,   Case No. 07-5944 SC,
      MDL No. 1917 (N.D. Cal.):   The Toshiba Defendants' Response To Plaintiffs' Motion
      To Compel Depositions

Dear Judge Walker:

On behalf of the Toshiba Defendants, we write in response to the Plaintiffs' Motion To Compel Depositions.  The Plaintiffs' Motion should be denied as premature.  The parties are not at an impasse with respect to the scheduling issues discussed by the Plaintiffs.  Rather, the parties are engaged in a back-and-forth discussion of appropriate deposition dates.

The Plaintiffs' motion concerns five individuals.  Three of these individuals (Clayton Bond, Tomoyuki Kawano, and Tomohito Amano) are former Toshiba employees.  Two of these individuals (John Milliken and Charles Farmer) are current Toshiba employees.

The Toshiba Defendants have offered deposition dates for three of these individuals — Messrs. Milliken, Kawano, and Bond.  Last week, the Plaintiffs rejected the proposed deposition dates for Messrs. Kawano and Milliken by stating that, "for a variety of reasons the dates you have offered are not convenient for Plaintiffs."  Toshiba Attachment ("Toshiba Att.") 1.  We responded by asking the Plaintiffs to explain what this means.  Toshiba Att. 2.  In response, the Plaintiffs explained that the proposed dates for Messrs. Milliken and Kawano overlap with Jewish holidays.  Toshiba Att. 3.  As to Mr. Bond, the Plaintiffs have explained that they are considering our proposed date (*i.e.*, October 16, 2014).  Toshiba Att. 3.  We are now offering new, alternative dates in order to accommodate the Plaintiffs.   Today, we informed the Plaintiffs that Mr. Kawano is available for a deposition in San Francisco on October 27 – 29, 2014.  Toshiba Att. 4.  We also informed the Plaintiffs today that Mr. Milliken is available for deposition on October 23, 2014, subject to final confirmation.   *Id.*

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG  HELSINKI
HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC

63

The Honorable Vaughn Walker (Ret.)

WHITE & CASE

In our Amended Initial Disclosures, we identified Mr. Amano as someone who may have information that the Toshiba Defendants may use to support their claims or defenses. Upon further review, we have concluded otherwise. Thus, a deposition of Mr. Amano is now unnecessary. Toshiba Att. 2.

Mr. Farmer has been on extensive travel and, as a result, we have had difficulties coordinating with him. We expect we will be able to provide the Plaintiffs with a proposed date in the near future.

By their motion, the Plaintiffs complain about the Toshiba Defendants' purported "inaction" in responding to their request for the deposition dates. Pl. Motion at 3. We disagree with this characterization. The Toshiba Defendants have been responsive to the Plaintiffs' request for deposition dates. It should come as no surprise that it took additional time to secure dates for those individuals who are no longer employed by any Toshiba entity. In any event, the Plaintiffs' August 1, 2014 request for deposition dates occurred during an exceptionally busy discovery month, during which scores of depositions occurred. Also, the Plaintiffs ignore the steps that the Toshiba Defendants have taken to accommodate the Plaintiffs' desire to take an additional Rule 30(b)(6) deposition, which is currently scheduled for September 24, 2014.

Relying upon Your Honor's earlier report and recommendation concerning certain former Toshiba employees and JDI, the Plaintiffs suggest that the Toshiba Defendants have engaged in a "cat and mouse" game with respect to their witnesses. Pl. Motion at 3. The comparison that the Plaintiffs attempt to make is strained. In contrast to the JDI issue (where the Toshiba Defendants argued that they could not disclose the location of their former employees due to foreign privacy laws), the Toshiba Defendants in this instance are making their knowledgeable current and former employees available for deposition.

For our part, we also have discovery issues concerning the Plaintiffs. In contrast to the Plaintiffs, however, we do not file cavalier motions to compel. Rather, we work patiently with the Plaintiffs and attempt to resolve our differences, filing a motion to compel only when it is apparent that an impasse has been reached.

Finally, it should be noted that the Plaintiffs will suffer no prejudice by the timing of these depositions. We have indicated to the Plaintiffs that we will not object to the fact that the depositions of the individuals they seek will occur after the formal close of fact discovery. Several other depositions are also scheduled to occur after the close of fact discovery — these depositions have been requested by both plaintiffs and defendants.

For these reasons, Your Honor should issue a report that recommends that the Plaintiffs' motion to compel be denied as premature.

Respectfully submitted,

Lucius B. Lau

cc:  All counsel of record

2

# EXHIBIT  D

# ATTACHMENT 1

# BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
MICHAEL S. STRIMLING
JENELLE WELLING

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA 94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

PAUL F. MAHLER
JOSHUA D. BOXER
Of Counsel

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

September 10, 2014

Lucius B. Lau, Esq.
White and Case
701 Thirteenth St., NW
Washington, D.C. 20005-3807

     Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Mr. Lau:

    Thank you for making Mr. Milliken and Mr. Kawano available for deposition. Unfortunately, for a variety of reasons the dates you have offered are not convenient for Plaintiffs. As with all of the previous depositions, we anticipate that many counsel will attend the deposition. Therefore, please provide us with two alternative sets of dates for each witness.

    Thank you in advance for your cooperation.

               Very truly yours,

               BRAMSON, PLUTZIK, MAHLER
               & BIRKHAEUSER, LLP

               Daniel E. Birkhaeuser

DEB:pt
71650

67

# ATTACHMENT 2

WHITE & CASE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel   + 1 202 626 3600
Fax  + 1 202 639 9355
whitecase.com

Direct Dial + (202) 626-3696          alau@whitecase.com

September 11, 2014

VIA E-MAIL TO: dbirkhaeuser@bramsonplutzik.com

Daniel E. Birkhaeuser, Esq.
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917 (N.D. Cal.):  Response To Letter Of September 10, 2014

Dear Mr. Birkhaeuser:

I have received your letter of September 10, 2014, in which you reject our proposed deposition dates for Messrs. Milliken and Kawano. The dates we proposed for those individuals (September 25, 2014 for Mr. Milliken and October 1 – 3, 2014 for Mr. Kawano) were difficult to obtain. Mr. Milliken is close to retirement and Mr. Kawano is no longer employed by any Toshiba entity. Thus, there is no guarantee that either individual will continue to cooperate with us by offering additional deposition dates.

In your letter, you state that the dates we have offered are "not convenient for Plaintiffs." Please clarify what this means. We want to understand your position in order for us to consider our options. One of those options involves seeking the assistance of Special Master Walker.

As a compromise, we are willing to make Mr. Kawano available for deposition in San Francisco (as opposed to Washington, D.C.) during October 1 – 3, 2014. We hope that a San Francisco-based deposition will be sufficiently convenient for you.

Separately, I would like to inform you that Clayton Bond, another individual sought to be deposed by the plaintiffs, is available for deposition in the Chicago, Illinois area on October 16, 2014. We will provide a location for that deposition. Mr. Bond is not currently employed by any of the Toshiba Defendants. We do not anticipate that he will invoke his Fifth Amendment rights. His primary language is English and, as a result, he will not need the assistance of an interpreter.

Another individual for whom you have requested a deposition is Tomohito Amano. We identified him in our Amended Initial Disclosures as someone who may have information that the Toshiba Defendants may use to support their claims or defenses. Upon further review, we have concluded otherwise. Thus, we will not make Mr. Amano available for deposition.

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG  HELSINKI
HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC

69

Daniel E. Birkhaeuser, Esq.

WHITE & CASE

    As to Messrs. Milliken and Kawano, I hope you appreciate the fact that this is a time sensitive issue.  The date we have proposed for Mr. Milliken is two weeks away.  The dates we have proposed for Mr. Kawano are less than three weeks away.  We need to resolve this issue quickly in order to secure the necessary logistics for these depositions, particularly an interpreter for Mr. Kawano.

    Finally, I am mindful of your outstanding motion to compel depositions, which specifically includes Messrs. Milliken and Kawano.  I trust that you will be mindful of that motion as well in responding to this letter.  Please provide a response no later than Monday, September 15, 2014.

Sincerely,

Lucius B. Lau

cc:    Phil Iovieno, Esq.
       Lauren Capurro, Esq.
       Emilio Varanini, Esq.

2

70

# ATTACHMENT 3

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
MICHAEL S. STRIMLING
JENELLE WELLING

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA 94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

PAUL F. MAHLER
JOSHUA D. BOXER
Of Counsel

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

September 12, 2014

Lucius B. Lau, Esq.
White and Case
701 Thirteenth St., NW
Washington, D.C. 20005-3807

      Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC

Dear Mr. Lau:

      Your letter of September 11 asks us to explain why the dates you unilaterally selected for the depositions of Messrs. Milliken and Kawano are inconvenient. We are happy to do so. You chose the major Jewish holidays for these depositions. Rosh Hashanah begins at sundown on September 24. Yom Kippur begins at sundown on October 3. Several members of the Plaintiff groups closely involved with these depositions observe these holidays. The deposition dates interfere with their preparation and travel plans in an unacceptable way. To analogize, it is as if you had selected December 25 for a deposition. No reasonable attorney would insist that the depositions take place then, given that there are many alternative dates that could have been chosen.

      These circumstances and others render the dates you selected inconvenient. If you still wish to involve Judge Walker, please provide him with this letter. In the future, Plaintiffs would appreciate your extending the courtesy previously extended in scheduling depositions, by offering a range of dates in the first instance so that these problems do not arise.

      Toshiba should be especially mindful and respectful of the burdens placed upon its opposing counsel as a result of Toshiba's tardiness in agreeing to schedule these depositions. Toshiba disclosed these witnesses in its supplemental disclosure on August 1, 2014, then refused to respond to plaintiffs' request for deposition dates for any of these witnesses. It was not until after plaintiffs were forced to file a motion to compel that Toshiba offered a date for two of these witnesses. Furthermore, all of the dates Toshiba proposes fall after the close of fact discovery. Toshiba assumed, without permission of the Court or concurrence of plaintiffs' counsel, that its self-granted extension of time would be agreeable. It is not. The discovery deadline is for the benefit of all parties, not only of Toshiba, so that other trial preparation can begin to take place. Because Plaintiffs did not anticipate taking depositions after the close of fact discovery, it should have gone without saying that extra consideration for plaintiffs' calendars would be extended. Instead, the contrary has occurred. Toshiba's tone is not appreciated.

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
September 12, 2014
Page 2

Nonetheless, mindful of the many other tasks ahead in this litigation, Plaintiffs can take the deposition of Mr. Kawano at any time during the first second and third weeks of October, i.e., between October 14 and October 24, excluding October 13. We can schedule Mr. Milliken any time during the last week of October. Please choose three consecutive days for Mr. Kawano and one for Mr. Milliken during these weeks, or propose two other alternatives for each.

On September 10, you first offered a (single) date for Mr. Bond's deposition. I will consult with other plaintiffs' counsel and the Attorney General and let you know whether that date is acceptable.

Your offer to have Mr. Kawano's deposition take place in San Francisco rather than in Washington, D.C. is appreciated, although not necessary because the Deposition and Discovery Protocol provides that the depositions of all non-U.S. resident witnesses must take place in San Francisco unless there is good cause shown for it to be taken elsewhere. Plaintiffs therefore expect to take Mr. Kawano's deposition in San Francisco regardless of the date. We will let you know where we intend to take it before serving the deposition notice.

Please respond no later than September 16 so that we can move forward in planning.

Very truly yours,

BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP

Daniel E. Birkhaeuser

DEB:pt
71694

# ATTACHMENT 4

**WHITE & CASE**

White & Case LLP          Tel   + 1 202 626 3600
701 Thirteenth Street, NW     Fax  + 1 202 639 9355
Washington, DC 20005-3807    whitecase.com

Direct Dial + (202) 626-3696          alau@whitecase.com

September 16, 2014

VIA E-MAIL TO: dbirkhaeuser@bramsonplutzik.com

Daniel E. Birkhaeuser, Esq.
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

Re:     *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC,
        MDL No. 1917 (N.D. Cal.):  Response To Letter Of September 12, 2014

Dear Mr. Birkhaeuser:

        I am in receipt of your letter of September 12, 2014.  Thank you for reminding us of the
Jewish holidays.  We are willing to reschedule the depositions of Messrs. Kawano and Milliken.
We have contacted Mr. Kawano and attempted to reschedule his deposition for the period you
requested.  Mr. Kawano, who is not employed by a Toshiba entity, has informed us that he is not
available then.  He is available for a deposition in San Francisco from October 27 – 29, 2014.
We expect that Mr. Milliken will be available on October 23, 2014 (but this date is subject to
final confirmation).  We are aware that these dates reverse the sequence of the depositions as
proposed in your letter, but Mr. Kawano's schedule did not permit that sequencing.  Please let us
know whether these dates are acceptable to the Plaintiffs.

Sincerely,

Lucius B. Lau

cc:     Phil Iovieno, Esq.
        Lauren Capurro, Esq.
        Emilio Varanini, Esq.

ALMATY ANKARA ASTANA BEIJING BERLIN BRATISLAVA BRUSSELS BUDAPEST DOHA DÜSSELDORF FRANKFURT GENEVA HAMBURG HELSINKI
HONG KONG ISTANBUL JOHANNESBURG LONDON LOS ANGELES MADRID MEXICO CITY MIAMI MILAN MONTERREY MOSCOW MUNICH
NEW YORK PARIS PRAGUE RIYADH SÃO PAULO SHANGHAI SILICON VALLEY SINGAPORE STOCKHOLM TOKYO UAE WARSAW WASHINGTON, DC

75

# **EXHIBIT   E**

Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No 1917 |
|---|---|
| This Order Relates To: | Master Case No 3:07-cv-05944SC |
| IPPs, DAPs, Cal AG v Toshiba | **ORDER RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES** |

The Indirect Purchaser Plaintiffs ("IPPs"), the Direct Action Plaintiffs ("DAPs") and the Attorney General of the State of California (together, "Plaintiffs") move to compel the depositions of five Toshiba witnesses or in the alternative, to compel Toshiba to amend its Rule 26 Initial Disclosures to reflect updated facts about Mr Tomohito Amano consistent with

ORDER RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES                    PAGE **1** OF 5

1  Toshiba's latest representations, to declare Mr Amano and Mr Charles Farmer unavailable as

2  Toshiba trial witnesses and to order documents associated with Mr Amano and Mr Farmer

3  admitted for all purposes at trial. In response, Toshiba's counsel asserts that the motion is

4  "premature" because the parties are still negotiating deposition dates and that Plaintiffs will

5  suffer no prejudice by the timing of these depositions because Toshiba will not object to the

6  fact that the depositions will occur after the formal close of fact discovery.

7           The undisputed facts appear as follows:

8           On October 15, 2008, Toshiba's counsel served Toshiba's Rule 26 Initial

9  Disclosures, in which Toshiba did not name a single individual likely to have discoverable

10 information, on the ground that the individual complaints were deficient and failed to give fair

11 notice of plaintiffs' claims, precluding Toshiba from identifying individuals likely to have

12 discoverable information to support any defenses.

13          Almost six years later and one month before the fact discovery cutoff, on August

14 1, 2014, Toshiba's counsel filed Toshiba's Amended Rule 26(A)(1) Initial Disclosures, disclosing

15 the names of 18 individuals likely to have discoverable information, four of whom had already

16 provided Rule 30(b)(6) testimony to Plaintiffs.

17          On August 7, 2014 Plaintiffs' counsel wrote to Toshiba's counsel requesting

18 proposed dates for depositions of Messrs Amano and Farmer and three other newly-disclosed

19 Toshiba witnesses: Clayton Bond, John Milliken and Tomoyuki Kawano. The letter requested a

20 response by August 13, in light of the fast approaching close of fact discovery on September 5.

21          On August 19, 2014, Plaintiffs' counsel wrote again requesting a response from

22 Toshiba, noting that Plaintiffs will file a motion if no response is received by August 21, 2014.

23          On August 21, 2014, Toshiba's counsel responded that they were working to

24 determine whether and when the individuals are available for deposition, that Toshiba did not

25 object to such depositions occurring after September 5, 2014, and that any motion to compel

26 would be premature. Also on August 21, 2014, Toshiba's counsel wrote to inform Plaintiffs'

27

28 ORDER RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES         PAGE 2 OF 5

1  counsel that John Milliken, currently employed by Toshiba America Information Systems, Inc
2  was available for deposition on September 25, 2014.

3         By September 10, 2014, Toshiba offered one deposition date for Mr Milliken and
4  three consecutive dates for Mr Kawano, but those dates were not convenient to Plaintiffs
5  because they conflicted with religious holidays.

6         On September 11, 2014, Toshiba's counsel offered to make Mr Kawano available
7  in San Francisco on the same dates that Plaintiffs' counsel had already rejected, failed to offer
8  any alternative deposition dates for Mr Milliken or Mr Kawano, declined to make Mr Tomohito
9  Amano available for deposition because Toshiba had decided not to use him in support of its
10 claims or defenses, and offered Mr Clayton Bond, not currently employed by Toshiba, for
11 deposition in Chicago on October 16, 2014.  Toshiba's counsel stated that Mr Milliken was
12 "close to retirement," and that there was "no guarantee that either individual will continue to
13 cooperate with us by offering additional deposition dates."  9/11/14 Toshiba letter.

14        Correspondence dated September 16, 2014 indicates that the Plaintiffs and
15 Toshiba were continuing to negotiate deposition dates for Mr Milliken, Mr Kawano and Mr
16 Bond.  Toshiba's letter brief dated 9/16/2014 stated that they expect to provide Plaintiffs "with
17 a proposed date [for Mr Farmer's deposition] in the near future."

18        As of September 28, 2014, well after the fact discovery cutoff, Toshiba had still
19 not offered dates for depositions of Charles Farmer or Tomohito Amano.  Apparently, Plaintiffs
20 had sought to depose Mr Amano almost two years earlier.

21        The foregoing sequence of events is not in dispute.  It evinces that counsel for
22 Toshiba has treated the discovery rules and its obligations thereunder in a cavalier fashion.
23 Such conduct should not be rewarded.  The disclosure obligations of Rule 26 are designed to
24 prevent parties from sandbagging their opponents. *See Agence France Presse v Morel*, 293 FRD
25 682 (SDNY 2013).  Rule 26 requires parties to update their disclosures in a timely manner.

26

27

28  ORDER RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES          PAGE **3** OF **5**

But Toshiba's counsel failed to update its Rule 26 initial disclosures of individuals likely to have knowledge of its defenses until one month before the close of fact discovery.  It would be hard to believe that Toshiba's counsel only recently learned of names and knowledge of the witnesses disclosed in Toshiba's Amended Rule 26 Disclosure.  Thus, Toshiba's counsel failed to comply with its obligations to update Initial Disclosures in a timely manner.  Toshiba's counsel then failed to respond promptly and produce five newly-disclosed witnesses before the close of fact discovery.  Discovery deadlines, especially in multidistrict litigation, are expected to be observed for the convenience of all parties.  Here, Toshiba's counsel failed to provide any reasonable basis for its dilatory conduct of discovery or its violation of its Rule 26 disclosure obligations.  Disclosing witnesses in a Rule 26 amended disclosure one month before the close of fact discovery, failing to respond promptly and substantively to requests for deposition dates of these witnesses, and offering one or three deposition dates for only three of those witnesses after the close of fact discovery and during well-known religious holidays, reflects a complete lack of regard for the discovery process.  Stating that Toshiba will not present at trial a witness identified as having relevant knowledge (Mr Amano), does not justify a failure to produce that witness for deposition.

Toshiba's discovery violations warrant an appropriate order that takes into consideration the harm caused by Toshiba's repeated flouting of its discovery obligations. Contrary to the assertion of Toshiba's counsel that Plaintiffs will suffer no prejudice by the timing of these depositions, Plaintiffs have already suffered prejudice by not being able to conduct fact discovery before the cutoff date in a highly complex, multi-party, multi-district litigation, while preparing for trial.  In light of the upcoming deadlines of December 5, 2014, for Plaintiffs' trial exhibit list, deposition designations and witness lists, and December 23, 2014, for Plaintiffs' oppositions to Defendants' summary judgment motions, the undersigned has

ORDER RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES          PAGE **4** OF **5**

1 | considered an appropriate order consistent with the September 28, 2014 letter reply submitted
2 | by Plaintiffs' counsel.[1]

3 |       Accordingly, the undersigned ORDERS as follows:

4 |       Plaintiffs' motion to compel the depositions of five Toshiba witnesses or in the
5 | alternative to limit the use of Toshiba witnesses at trial and admit documents associated with
6 | those Toshiba witnesses for all purposes at trial is GRANTED.  Toshiba's counsel is ORDERED
7 | to amend its Rule 26 Disclosures to reflect the true facts about Mr Amano consistent with its
8 | representations to Plaintiffs and the Special Master.

9 |       Furthermore, it is RECOMMENDED that Mr Amano and Mr Farmer should be
10 | deemed unavailable and should be precluded from testifying on Toshiba's behalf at trial.  Any
11 | documents authored by or from the files of Mr Amano or Mr Farmer are deemed admitted
12 | for all purposes at trial.

13 | Date: November 20, 2014

Vaughn R Walker
United States District Judge (Ret)

      The Recommended Order of the Special Master is Accepted and Ordered /
Denied / Modified.

Date: November ___, 2014

Honorable Samuel Conti
United States District Judge

[1] It is unclear whether the depositions of Mr Bond and Mr Kawano have taken place, but the undersigned assumes that they have.

ORDER RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES     PAGE 5 OF 5

# EXHIBIT  F

Case 4:17-cv-15911-JST Document 217-3 Filed 05/05/21 Page 86 of 93

# SEPTEMBER

USA, Arizona: Prickly Pear Cactus: A Budding Heart • © Stefan Thomas Vieth • Dreamstime.com

Learn the signs of atrial fibrillation, risk factors for high blood pressure, treatment for valvular heart disease and the effects that cholesterol can have on your heart. The American Heart Association provides information and tools on many heart and stroke topics. To learn more about cardiovascular conditions, visit **www.heart.org/conditions**.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
|  |  | **1** | **2** | **3** | **4** | **5** |
| **6** | Labor Day<br>**7** | **8** | **9** | **10** | **11** | **12** |
| **13** | Rosh Hashanah<br>**14** | **15** | **16** | **17** | **18** | **19** |
| **20** | **21** | **22** | First Day of Autumn<br>Yom Kippur<br>**23** | **24** | **25** | **26** |
| **27** | **28** | **29** | **30** |  |  |  |

High Blood Pressure Research 2015 Scientific Sessions
Sept. 16–19, Washington, D.C.

**AUGUST 2015**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23/30 | 24/31 | 25 | 26 | 27 | 28 | 29 |

**OCTOBER 2015**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |



American
Heart
Association.
life is why

For more information about cardiovascular disease and heart-healthy tips,
call **1-800-AHA-USA1 (1-800-242-8721)** or online at **www.heart.org/care.**

83



Case 4:07-cv-05944-JST    Document 3134-1    Filed 11/20/14    Page 47 of 93

www.SpecialOlympics.org

# September 2015

**Special Olympics**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| "At Special Olympics, dreams come true. Molly is accepted for who she is."<br><br>KERRY HINCKA, MOTHER OF SPECIAL OLYMPICS ATHLETE MOLLY | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7<br><br>LABOR DAY | 8 | 9 | 10 | 11<br><br>PATRIOT DAY | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20<br><br>ROSH HASHANAH | 21 | 22<br><br>YOM KIPPUR | 23<br><br>FIRST DAY OF AUTUMN | 24 | 25 | 26<br><br>EUNICE KENNEDY SHRIVER DAY |
| 27 | 28 | 29 | 30 | | | |

**AUGUST 2015**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

**OCTOBER 2015**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Case 4:07-cv-05944-JST   Document 3171-1   Filed 12/05/14   Page 88 of 93

# SEPTEMBER 2015

**RAISING A NEW GENERATION OF WILDLIFE AND PARK-GOERS**

**Park Stewards:** To preserve 70 miles of pristine salmon spawning and rearing habitat, Olympic National Park is undergoing the largest dam removal project in U.S. history. To help restore the park's natural habitat, students in our Park Stewards program have been germinating native plant species in greenhouses that they are now planting where the dams have been removed.

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **AUGUST 2015** S M T W T F S 1 / 2 3 4 5 6 7 8 / 9 10 11 12 13 14 15 / 16 17 18 19 20 21 22 / 23/30 24/31 25 26 27 28 29 | **OCTOBER 2015** S M T W T F S 1 2 3 / 4 5 6 7 8 9 10 / 11 12 13 14 15 16 17 / 18 19 20 21 22 23 24 / 25 26 27 28 29 30 31 | **1** 50th Anniversary of Delaware Water Gap National Recreation Area | **2** | **3** 51st Anniversary of Wilderness Act | **4** | **5** ☽ Last Quarter |
| **6** | **7** Labor Day | **8** | **9** | **10** | **11** Patriot Day | **12** |
| **13** ● New Moon Rosh Hashanah (Begins at Sundown) | **14** | **15** | **16** | **17** | **18** | **19** |
| **20** | **21** ☽ First Quarter 50th Anniversary of Assateague Island National Seashore | **22** Yom Kippur (Begins at Sundown) | **23** First Day of Autumn | **24** | **25** 125th Anniversary of Sequoia National Park | **26** |
| **27** 125th Anniversary of Rock Creek Park | **28** ○ Full Moon | **29** | **30** 50th Anniversary of Pennsylvania Avenue National Historic Site | | | Sarah Evans |

**DID YOU KNOW?** *Olympic National Park protects 922,651 acres of three distinctly different ecosystems — rugged glacier-capped mountains, more than 70 miles of wild Pacific coast, and magnificent stands of old-growth and temperate rain forest.*



**National Park** Foundation

85

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **AUGUST**<br>S M T W T F S<br>              1<br>2 3 4 5 6 7 8<br>9 10 11 12 13 14 15<br>16 17 18 19 20 21 22<br>23 24 25 26 27 28 29<br>30 31 | **OCTOBER**<br>S M T W T F S<br>         1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 29 30 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7<br><br>LABOR DAY | 8 | 9 | 10 | 11<br><br>PATRIOT DAY | 12 |
| 13<br><br>GRANDPARENTS DAY | 14<br><br>ROSH HASHANAH | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23<br><br>YOM KIPPUR<br><br>FIRST DAY OF<br>AUTUMN | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | The Alzheimer's Association **Walk to End Alzheimer's®** is the world's largest event to raise awareness and funds for Alzheimer's care, support and research. Every fall, participants in more than 600 communities nationwide take action to reclaim the future for millions. To start a team, visit **alz.org/walk**. | | |

86

# SEPTEMBER 2015

alzheimer's association®     800.272.3900 • alz.org®

Case 4:07-cv-05944-JST Document 3173-2 Filed 12/05/14 Page 90 of 93



| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| **AUGUST 2015** / **OCTOBER 2015** | | 1 | 2 | 3 | 4 | 5 ◑ |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | Labor Day | | | | Patriot Day | |
| 13 ● | 14 | 15 | 16 | 17 | 18 | 19 |
| Rosh Hashanah Begins at Sundown / Grandparents' Day | Rosh Hashanah | | | | National POW/MIA Recognition Day | |
| 20 | 21 ◐ | 22 | 23 | 24 | 25 | 26 |
| | World Alzheimer's Day | Yom Kippur Begins at Sundown | Yom Kippur First Day of Autumn | | | |
| 27 ○ | 28 | 29 | 30 | | | |

**AUGUST 2015**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 30 | 24 31 | 25 | 26 | 27 | 28 | 29 |

**OCTOBER 2015**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### Healthy Aging Month

September is Healthy Aging Month. A good way to keep your brain healthy is to keep it active. Puzzles, board games, Sudoku, trivia games, reading, and writing are all fun ways to exercise your brain.

# SEPTEMBER 2015

www.brightfocus.org

**BrightFocus® Foundation**

87

# September

Think about adopting an animal when you decide to add a pet to your home. You can save a life and get a great companion!



**THE HUMANE SOCIETY**
OF THE UNITED STATES

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | **AUGUST**<br>S M T W T F S<br>1<br>2 3 4 5 6 7 8<br>9 10 11 12 13 14 15<br>16 17 18 19 20 21 22<br>23 24 25 26 27 28 29<br>30 31 | 1 | 2 | 3 | 4 | 5<br>◑Last Quarter Moon |
| 6 | 7<br>Labor Day | 8 | 9 | 10 | 11<br>Patriot Day | 12 |
| 13<br>National Grandparents Day<br>●New Moon | 14<br>Rosh Hashanah begins at sundown on the 13th | 15 | 16 | 17 | 18 | 19 |
| 20 | 21<br>◐First Quarter Moon | 22 | 23<br>Yom Kippur begins at sundown on the 22nd<br>Autumn Begins | 24 | 25 | 26 |
| 27 | 28<br>○Full Moon | 29 | 30 | **OCTOBER**<br>S M T W T F S<br>1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 29 30 31 | | |

88

Large Image © Juniors/SuperStock; Inset Image: Rachael (Rescue)/Christopher Gettings

Please visit us at *humanesociety.org*

Case 4:07-cv-05944-JST   Document 3171-1   Filed 12/05/14   Page 92 of 93

# NATURE REWARDS

A glimpse of a rare spirit bear—a black bear with a white coat—is just one way nature rewards visitors to the Great Bear Rainforest. The Conservancy and several partners helped broker agreements here to ensure more than 19 million acres of the largest coastal temperate rainforest on Earth are managed sustainably. Our ongoing work will strengthen the health of this vital rainforest.



Great Bear Rainforest © Erika Nortemann

**The Nature Conservancy**

Protecting nature. Preserving life.

# SEPTEMBER

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | Labor Day | | | | | |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| Grandparents Day / Rosh Hashana begins at sundown | | | | | | |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| | | Yom Kippur begins at sundown | First Day of Autumn / Eid al-Adha begins at sundown | | | |
| 27 | 28 | 29 | 30 | | | |

AUGUST 2015 / OCTOBER 2015



**Gribbell Island, British Columbia, Canada**
© Jon McCormack



# September 2015

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **AUGUST 2015**<br>S M T W T F S<br>1<br>2 3 4 5 6 7 8<br>9 10 11 12 13 14 15<br>16 17 18 19 20 21 22<br>23 24 25 26 27 28 29<br>30 31 | **OCTOBER 2015**<br>S M T W T F S<br>1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 29 30 31 | 1945—V-J Day<br><br>**1** | **2** | 1943—Allies land in Italy<br><br>**3** | **4** | ☽<br>**5** |
| **6** | Labor Day<br><br>**7** | **8** | **9** | **10** | Patriot Day<br><br>**11** | **12** |
| ● Rosh Hashanah begins at sundown<br><br>**13** | **14** | **15** | **16** | Citizenship Day<br><br>**17** | POW/MIA Recognition Day<br><br>1947—US Air Force established<br><br>**18** | **19** |
| **20** | ☾<br>**21** | Yom Kippur begins at sundown<br><br>**22** | First day of Autumn<br><br>Eid al-Adha begins at sundown<br><br>**23** | **24** | **25** | **26** |
| ○ Gold Star Family Remembrance Sunday<br><br>**27** | **28** | **29** | **30** | | | |