1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. McGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:     415-434-9100
   Facsimile:     415-434-3947
6  E-mail:        ghalling@sheppardmullin.com
                  jmcginnis@sheppardmullin.com
7                 mscarborough@sheppardmullin.com

8  HELEN C. ECKERT, Cal. Bar No. 240531
   333 South Hope Street, 43rd Floor
9  Los Angeles, California  90071-1448
   Telephone:     213-620-1780
10 Facsimile:     213-620-1398
   E-mail:        heckert@sheppardmullin.com
11
   Attorneys for Defendants
12 SAMSUNG SDI CO., LTD.,
   SAMSUNG SDI AMERICA, INC.,
13 SAMSUNG SDI (MALAYSIA) SDN. BHD.,
   SAMSUNG SDI MEXICO S.A. DE C.V.,
14 SAMSUNG SDI BRASIL LTDA.,
   SHENZHEN SAMSUNG SDI CO., LTD. and
15 TIANJIN SAMSUNG SDI CO., LTD.

16                 UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19 In re: CATHODE RAY TUBE (CRT)          | Master Case No. 07-5944 SC
   ANTITRUST LITIGATION
20                                         | MDL No. 1917

21 This Document Relates to:              | **SDI DEFENDANTS' NOTICE OF**
                                          | **MOTION AND MOTION TO EXCLUDE**
22 *Alfred H. Siegel, as Trustee of the Circuit City* | **EXPERT TESTIMONY OF DR. STEPHAN**
   *Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et* | **HAGGARD**
23 *al.,* No. 11-cv-05502;

24 *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* | Date:  February 20, 2015
   No. 11-cv-06396;                       | Time: 10:00 am
25                                         | Place: Courtroom 1, 17th Floor
   *Costco Wholesale Corporation v. Hitachi, Ltd.,* | Hon. Samuel Conti
26 *et al*., No. 11-cv-06397;

27 *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.,*
   *et al*, No. 13-cv-02171;
28 (CONTINUED ON NEXT PAGE)

1

*Electrograph Systems, Inc. and Electrograph Technologies Corp., v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

2

3

*Interbond Corporation of America v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

4

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

5

6

*P.C. Richard & Son Long Island Corp., Marta Cooperative of Am., Inc., ABC Appliance, Inc. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

7

8

*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

9

10

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

11

12

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

13

14

*Tech Data Corp and Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

15

16

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-02510.

17

18

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

19

20

21

22

23

24

25

26

27

28

SDI DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. HAGGARD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DOCUMENT FILED UNDER SEAL