UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING SDI DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. STEPHAN HAGGARD** |
| This Document Relates to: <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502; <br><br> *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; <br><br> *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397; <br><br> *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd., et al*, No. 13-cv-02171; <br><br> *Electrograph Systems, Inc. and Electrograph Technologies Corp., v. Hitachi, Ltd., et al.*, No. 11-cv-01656; <br> (CONTINUED ON NEXT PAGE) | |

*Interbond Corporation of America v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*P.C. Richard & Son Long Island Corp., Marta Coooperative of Am., Inc., ABC Appliance, Inc. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Tech Data Corp and Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-02510.

1   Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia)
2   SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung
3   SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.'s (collectively, "SDI") Motion to Exclude Expert
4   Testimony of Dr. Stephan Haggard ("Motion") came on regularly for hearing before this Court.
5   Having considered all the papers filed in support of and in opposition of said Motion, and
6   having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED
7   that SDI's Motion is GRANTED in full, and Dr. Haggard's opinions are excluded in their entirety.

**IT IS SO ORDERED.**

DATED: _____, 2015

                                                Hon. Samuel Conti
                                        United States District Judge