Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397<br><br>*Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171 | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656

2

3  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05724

4

5  *Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275

6

7  *Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727

8  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276

9

10 *Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726

11

12 *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648

13

14 *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725

15 *Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514

16

17

18 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157

19

20 *Viewsonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:14-cv-002510

21

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants, by and through their counsel, respectfully request an Order permitting them to file under seal designated portions of the Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga and the entirety of Exhibits A, B, C, and D to the Declaration of Lucius B. Lau in support thereof ("Lau Motion Declaration").

Defendants request that portions of the Motion and exhibits attached to the Lau Motion Declaration be filed under seal pursuant to Civil Local Rules 79-5(c) and (d) because they contain references to and/or excerpts of documents and testimony that have been designated "confidential" or "highly confidential" pursuant to the Protective Order governing this action (Dkt. No. 306, filed June 18, 2008).

This motion is supported by the Declaration of Lucius B. Lau, dated December 5, 2014 ("Lau Sealing Declaration"). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable." Because the above-cited materials are subject to a protective order and contain sensitive business information, compelling reasons exist for sealing the documents. *See, e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Exhibits A and B to the Lau Motion Declaration are expert reports that have been designated as "Highly Confidential" under the terms of the Stipulated Protective Order entered in this action. As set forth in the Lau Sealing Declaration, the expert reports contain quotes from, and/or summarize confidential, nonpublic, proprietary and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about the Defendants' sales processes, business practices, internal practices, confidential business and supply agreements, and competitive positions. The expert reports also contain confidential information about the businesses of third-parties. This information is confidential commercial information, the disclosure of which would prejudice Defendants both in their commercial relationships with customers and

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  suppliers and in their competitive efforts.  Accordingly, compelling reasons exist for portions
2  of the Motion which reference confidential information in the expert reports as well as the
3  entirety of Exhibits A and B to the Lau Motion Declaration to be filed under seal.

4  Exhibits C and D to the Lau Motion Declaration are excerpts of deposition testimony
5  from the Plaintiffs' expert that have been designated "Highly Confidential" under the terms
6  of the Stipulated Protective Order entered in this case.  Defendants seek to submit this
7  material under seal in good faith in order to comply with the Protective Order and this
8  Court's Local Rules. Defendants take no position as to the confidentiality of the excerpted
9  testimony in Exhibits C and D.  If Plaintiffs believe that the testimony is "Highly
10 Confidential," it is their burden to establish that the designated material is in fact sealable.
11 Civ. L. R. 79-5(d); *see Kamakana*, 447 F.3d at 1178-1180.  Defendants respectfully submit
12 this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5, and,
13 through this submission, hereby notifies the Plaintiffs of their burden to establish that the
14 designated material is properly sealable. *See Kamakana*, 447 F.3d at 1178-1180.

15 For these reasons, Defendants respectfully submit this motion pursuant to Civil
16 Local Rules 7-11 and 79-5.

17                                                      Respectfully submitted,

19 Dated:  December 5, 2014                             **WHITE & CASE**LLP

21                                                      By:  */s/ Lucius B. Lau*
                                                         Christopher M. Curran (*pro hac vice*)
22                                                       ccurran@whitecase.com
                                                         Lucius B. Lau (*pro hac vice*)
23                                                       alau@whitecase.com
24                                                       Dana E. Foster (*pro hac vice*)
                                                         defoster@whitecase.com
25                                                       701 Thirteenth Street, N.W.
26                                                       Washington, DC  20005
                                                         tel.: (202) 626-3600
27                                                       fax: (202) 639-9355
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

| | |
|---|---|
| 1 | *Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | (With respect to all of the above-captioned cases except for *Dell Inc., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-0271) |
| 7 | |
| 8 | BAKER BOTTS LLP |
| 9 | |
| 10 | By:  */s/ John M. Taladay* |
| 11 | JOHN M. TALADAY (*pro hac vice*)<br>john.taladay@bakerbotts.com |
| 12 | JOSEPH OSTOYICH (*pro hac vice*)<br>joseph.ostoyich@bakerbotts.com |
| 13 | ERIK T. KOONS (*pro hac vice*) |
| 14 | erik.koons@bakerbotts.com<br>CHARLES M. MALAISE (*pro hac vice*) |
| 15 | Charles.malaise@bakerbotts.com |
| 16 | BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, N.W. |
| 17 | Washington DC 20004-2400 |
| 18 | Telephone:  (202) 639-7700<br>Facsimile:  (202) 639-7890 |
| 19 | |
| 20 | JON V. SWENSON (SBN 233054)<br>jon.swenson@bakerbotts.com |
| 21 | BAKER BOTTS LLP |
| 22 | 1001 Page Mill Road<br>Building One, Suite 200 |
| 23 | Palo Alto, CA 94304 |
| 24 | Telephone:  (650) 739-7500<br>Facsimile:  (650) 739-7699 |
| 25 | E-mail:  jon.swenson@bakerbotts.com |
| 26 | |
| 27 | *Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd., and Philips do Brasil, Ltda.* |
| 28 | |

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917

3

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  By: */s/ Jeffrey L. Kessler*
2  WINSTON & STRAWN LLP
3  Jeffrey L. Kessler (*pro hac vice*)
4  A. Paul Victor (*pro hac vice*)
   Aldo A. Badini Cal. Bar No. 257086
5  Eva W. Cole (*pro hac vice*)
6  Molly M. Donovan (*pro hac vice*)
   200 Park Avenue
7  New York, NY 10166
8  Telephone:(212) 294-4692
   Facsimile: (212) 294-4700
9  Email:    jkessler@winston.com
             abadini@winston.com
10           pvictor@winston.com
             ewcole@winston.com
11           mmdonovan@winston.com

12  WEIL, GOTSHAL & MANGES LLP
13  Steven A. Reiss (*pro hac vice*)
    David L. Yohai (*pro hac vice*)
14  Adam C. Hemlock (*pro hac vice*)
15  767 Fifth Avenue
    New York, NY 10153-0119
16  Telephone:(212) 310-8000
17  Facsimile: (212) 310-8007
    Email:    steven.reiss@weil.com
18            david.yohai@weil.com
19            adam.hemlock@weil.com

20  *Attorneys for Defendants Panasonic*
21  *Corporation (f/k/a Matsushita Electric*
    *Industrial Co., Ltd.), Panasonic*
22  *Corporation of North America, and MT*
23  *Picture Display Co., Ltd.*

24  (With respect to all of the above-captioned
25  cases except for *Dell Inc., et al. v. Hitachi,*
    *Ltd., et al.*, No. 13-cv-0271, and *Costco*
26  *Wholesale Corp. v. Hitachi, Ltd., et al.*, No.
27  3:11-cv-06397)

28

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
4

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Michael W. Scarborough*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:(415) 434-9100
Facsimile: (415) 434-3947
E-mail:ghalling@sheppardmullin.com
        jmcginnis@sheppardmullin.com
        mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*


By: */s/ Eliot A. Adelson*
KIRKLAND & ELLIS LLP
Eliot A. Adelson Cal. Bar. No. 205284
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone:(415) 439-1400
Facsimile: (415) 439-1500
Email:    eadelson@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
5

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

By: */s/ Rachel S. Brass*
    GIBSON, DUNN & CRUTCHER LLP
    Rachel S. Brass Cal. Bar. No. 219301
    Joel S. Sanders Cal. Bar. No. 107234
    Austin V. Schwing Cal. Bar. No. 211696
    555 Mission Street, Suite 3000
    San Francisco, CA 94105
    Telephone:(415) 393-8200
    Facsimile: (415) 393-8306
    Email:   rbrass@gibsondunn.com
             jsanders@gibsondunn.com
             aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*

By: */s/ Kathy L. Osborn*
    FAEGRE BAKER DANIELS LLP
    Kathy L. Osborn (*pro hac vice*)
    Ryan M. Hurley (*pro hac vice*)
    300 N. Meridian Street, Suite 2700
    Indianapolis, IN 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    kathy.osborn@FaegreBD.com
    ryan.hurley@FaegreBD.com

    Calvin L. Litsey (SBN 289659)
    Faegre Baker Daniels LLP
    1950 University Avenue, Suite 450
    East Palo Alto, CA 94303-2279
    Telephone: (650) 324-6700
    Facsimile: (650) 324-6701
    calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
6

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

By: */s/ Michael T. Brody*
JENNER&BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER&BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*


SQUIRE PATTON BOGGS (US) LLP

By: */s/ Nathan Lane, III*
Mark Dosker
Nathan Lane, III
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:  415.954.0200
Facsimile:  415.393.9887
Email:  mark.dosker@squirepb.com
nathan.lane@squirepb.com

Donald A. Wall (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone:  602.528.4000
Facsimile:  602.253.8129
Email:  donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al v. Technicolor SA, et al.*


CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: */s/  Jeffrey I. Zuckerman*
    Jeffrey I. Zuckerman (Pro Hac Vice)
    Ellen Tobin (Pro Hac Vice)
    101 Park Avenue
    New York, New York 10178
    Telephone: 212.696.6000
    Facsimile: 212.697.1559
    Email:  jzuckerman@curtis.com
            etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co. et al. v. Technicolor SA, et al.*

<div style="margin-left: 50px; font-style: italic;">White & Case LLP<br/>701 Thirteenth Street, NW<br/>Washington, DC 20005</div>

FRESHFIELDS BRUCKHAUS
DERINGER US LLP


By: */s/ Michael Lacovara*
    Michael Lacovara (209279)
    Freshfields Bruckhaus Deringer US LLP
    601 Lexington Avenue, 31st Floor
    New York, NY 10022
    Telephone: 212 277 4000
    Facsimile: 212 277 4001
    Email: michael.lacovara@freshfields.com

    Terry Calvani (53260)
    Richard Snyder (pro hac vice)
    Christine Laciak (pro hac vice)
    Freshfields Bruckhaus Deringer US LLP
    700 13th Street, NW, 10th Floor
    Washington, DC 20005
    Telephone: 202 777 4500
    Email: terry.calvani@freshfields.com
    Email: richard.snyder@freshfields.com
    Email: christine.laciak@freshfields.com

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  MUNGER, TOLLES & OLSON LLP

2  By: */s/ Hojoon Hwang*

3

4  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
5  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
6  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
7  MUNGER, TOLLES & OLSON LLP
8  560 Mission Street, Twenty-Seventh Floor
   San Francisco, California 94105-2907
9  Telephone: (415) 512-4000
10 Facsimile: (415) 512-4077

11

12 WILLIAM D. TEMKO (SBN 098858)
   William.Temko@mto.com
13 MUNGER, TOLLES & OLSON LLP
14 355 South Grand Avenue, Thirty-Fifth
15 Floor
   Los Angeles, CA 90071-1560
16 Telephone: (213) 683-9100
17 Facsimile: (213) 687-3702

18
   *Attorneys for Defendants LG Electronics,*
19 *Inc., LG Electronics USA, Inc., LG*
   *Electronics Taiwan Taipei Co., Ltd.*
20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

On December 5, 2014, I caused a copy of "DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917