1 | Michael P. Kenny, Esq. (admitted *pro hac vice*)
2 | mike.kenny@alston.com
    Debra D. Bernstein, Esq. (admitted *pro hac vice*)
3 | debra.bernstein@alston.com
    Matthew D. Kent (admitted *pro hac vice*)
4 | matthew.kent@alston.com
    **ALSTON & BIRD LLP**
5 | 1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
6 | Tel: (404) 881-7000
7 | Facsimile: (404) 881-7777

8 | James M. Wagstaffe, Esq. (SBN 95535)
    wagstaffe@kerrwagstaffe.com
9 | **KERR & WAGSTAFFE LLP**
    100 Spear Street, 18th Floor
10 | San Francisco, California 94105-1576
    Tel: (415) 371-8500
11 | Facsimile: (415) 371-0500

12 | *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

13 | **[Additional Counsel Listed on Signature Page]**

14 | **UNITED STATES DISTRICT COURT**

15 | **NORTHERN DISTRICT OF CALIFORNIA**

16 | **SAN FRANCISCO DIVISION**

17 |

18 | DELL INC. and DELL PRODUCTS L.P.,
19 |                          Plaintiffs,                    Master File No. 3:07-cv-05944-SC
        v.
20 |                                                          MDL No. 1917
21 | HITACHI, LTD., *et al*.,                               Individual Case No. 3:13-cv-02171-SC
22 |                          Defendants.                   **DELL INC. AND DELL PRODUCTS
                                                             L.P.'S ADMINISTRATIVE MOTION
23 |                                                        TO FILE DOCUMENTS UNDER
                                                             SEAL PURSUANT TO CIVIL LOCAL
24 |                                                         RULES 7-11 AND 79-5**
25 |
26 |
27 |
28 |

1    Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order

2    No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell")

3    respectfully requests an order permitting Dell to file under seal portions of its Motion to Partially

4    Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld (the "Rubinfeld

5    Motion") and Exhibits A, C, and D to the Declaration of Debra D. Bernstein in Support of the

6    Rubinfeld Motion ("Bernstein Declaration").   This Administrative Motion is supported by the

7    Declaration of Matthew D. Kent ("Kent Declaration") filed contemporaneously herewith.

8    Dell submits this Administrative Motion because the Rubinfeld Motion and Exhibits A, C, and

9    D to the Bernstein Declaration contain: (a) material designated pursuant to a Protective Order as

10   "Confidential" or "Highly Confidential"; and (b) analysis of, references to, or information taken

11   directly from material designated pursuant to a Protective Order as "Confidential" or "Highly

12   Confidential." *See id.*

13   As set forth in the Kent Declaration, Dell seeks to file these materials under seal because they

14   contain material that is "privileged or protectable as a trade secret or otherwise entitled to protection

15   under the law." N.D. Cal. Civ. L. R. 79-5(a)-(c).  These materials consist of, cite to, and/or identify

16   confidential, non-public information, including information concerning Dell's procurement strategies,

17   as well as certain financial information.  This information is confidential commercial information, the

18   disclosure of which would prejudice Dell in its commercial relationships with suppliers and in its

19   competitive efforts.

20   In addition, as set forth in the Kent Declaration, Dell seeks to file materials under seal that

21   reflect, contain, or refer to information that certain parties other than Dell have designated as

22   "Confidential" or "Highly Confidential" pursuant to a Protective Order.  N.D. Cal. Civil Local Rule

23   79-5 provides that if a party wishes to file a document that has been designated confidential by another

24   party, or if a party wishes to refer in a memorandum to information so designated by another party, the

25   submitting party must file an administrative motion to seal and the designating party must file a

26   declaration within four days of filing the administrative motion to seal establishing that the designated

27   material is sealable. N.D. Cal. Civ. L.R. 79-5(e).  It is the other party's burden to establish that the

28   designated information is sealable.  Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d

DELL'S ADMINISTRATIVE MOTION                                              MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                                    MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC

1  1172, 1178-1180 (9th Cir. 2006).  Dell leaves it to this Court's discretion to determine whether the

2  material designated for protection by other parties should be filed under seal, but files this

3  administrative motion in order to comply with the Protective Order entered in this action.

4         WHEREFORE, Dell respectfully submits this administrative motion pursuant to the Protective

5  Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the

6  designated material is sealable.

7  Date:  December 5, 2014

8                                              Respectfully submitted,

9                                    By:   /s/ Matthew D. Kent

10                                        Michael P.  Kenny, Esq. (GA Bar No. 415064)
                                          mike.kenny@alston.com
11                                        Debra D.  Bernstein, Esq. (GA Bar No. 054998)
                                          debra.bernstein@alston.com
12                                        Matthew D.  Kent, Esq. (GA Bar No. 526272)
                                          matthew.kent@alston.com
13                                        Elizabeth Helmer, Esq. (GA Bar No. 415161)
                                          elizabeth.helmer@alston.com
14                                        **ALSTON & BIRD LLP**
                                          1201 West Peachtree Street
15                                        Atlanta, Georgia  30309-3424
                                          Tel: (404) 881-7000
16                                        Facsimile: (404) 881-7777

17                                        James M. Wagstaffe, Esq. (SBN 95535)
                                          wagstaffe@kerrwagstaffe.com
18                                        **Kerr & Wagstaffe LLP**
                                          100 Spear Street, 18th Floor
19                                        San Francisco, California 94105-1576
                                          Tel: (415) 371-8500
20                                        Facsimile: (415) 371-0500

21                                        *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

22

23

24

25

26

27

28

                                                   3

DELL'S ADMINISTRATIVE MOTION                        MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                        MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC