Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>            Plaintiffs,<br><br>   v.<br><br>HITACHI, LTD., *et al.*,<br><br>            Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**DECLARATION OF MATTHEW D. KENT IN SUPPORT OF DELL INC. AND DELL PRODUCTS, L.P.'s ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, **MATTHEW D. KENT**, declare as follows:

1. I am a Senior Associate with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this declaration in support of Dell's Administrative Motion to File Documents Under Seal, related to Plaintiffs' Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld (the "Rubinfeld Motion"). I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3. Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Dell, by and through its counsel, respectfully request an Order permitting it to file under seal portions of the Rubinfeld Motion and Exhibits A, C, and D to the Declaration of Debra D. Bernstein in Support of the Rubinfeld Motion ("Bernstein Declaration").

4. **Exhibit A** to the Bernstein Declaration is a copy of the August 5, 2014, Expert Report of Daniel L. Rubinfeld ("Rubinfeld Report"), designated by Defendants as "Confidential" or "Highly Confidential" under a Protective Order.

5. **Exhibit C** to the Bernstein Declaration is a copy of the August 5, 2014, Expert Report of Dennis Carleton ("Carleton Report"), designated by Defendants as "Confidential" or "Highly Confidential" under a Protective Order.

6. **Exhibit D** to the Bernstein Declaration are true and correct copies of portions of the Transcript of the September 8, 2014, Deposition of Daniel L. Rubinfeld, designated by Defendants as "Confidential" or "Highly Confidential" under a Protective Order.

7. The Rubinfeld Motion refers to or contains excerpts from the above Exhibits.

8. Accordingly, Dell requests that the documents identified herein (or relevant portion thereof) be filed under seal.

2

DECL. OF MATTHEW D. KENT IN SUPPORT                    MASTER FILE NO. 3:07-CV-05944-SC
OF DELL'S ADMIN. MOTION TO SEAL                        MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on December 5, 2014, in Atlanta, Georgia.

By: /s/ Matthew D. Kent
Matthew D. Kent, Esq. (GA Bar No. 425262)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*