Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No.<br><br>3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>     Plaintiffs,<br><br>     v.<br><br>HITACHI, LTD., *et al.*,<br><br>     Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE CERTAIN OPINIONS AND EXPERT TESTIMONY OF EXPERT DANIEL L. RUBINFELD** |

I, **DEBRA D. BERNSTEIN**, declare as follows:

1. I am a Partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of Plaintiffs' Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld ("Dell's Rubinfeld Motion").

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. Pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding, I have been admitted *pro hac vice* in this litigation.

3. Attached hereto as **Exhibit A** is a true and correct copy of the August 5, 2014, Expert Report of Daniel L. Rubinfeld ("Rubinfeld Report").

4. Attached hereto as **Exhibit B** is a true and correct copy of the Samsung SDI Co., Ltd.'s ("Samsung SDI") plea of guilty in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-CR-00162 (N.D. Cal.), entered on May 12, 2011.

5. Attached hereto as **Exhibit C** is a true and correct copy of the August 5, 2014, Expert Report of Dennis Carleton ("Carleton Report").

6. Attached hereto as **Exhibit D** are true and correct copies of portions of the Transcript of the September 8, 2014, Deposition of Daniel L. Rubinfeld.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2014, in Atlanta, Georgia.

> */s/ Debra D. Bernstein*
> Debra D. Bernstein, Esq.
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Atlanta, Georgia 30309-3424
> Tel: (404) 881-7000
> Facsimile: (404) 881-7777
> debra.bernstein@alston.com
>
> *Attorney for Plaintiffs Dell Inc. and Dell Products L.P*