Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P., <br><br>         Plaintiffs, <br>   v. <br> HITACHI, LTD., et al., <br><br>         Defendants. | Master File No. 3:07-cv-05944-SC <br><br> MDL No. 1917 <br><br> Individual Case No. 3:13-cv-02171-SC <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE CERTAIN OPINIONS AND EXPERT TESTIMONY OF EXPERT DANIEL L. RUBINFELD** |

## [PROPOSED] ORDER

Upon consideration of the Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld, it is hereby

ORDERED that the Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld is GRANTED.

Dated: _____, 2014

_____
**The Honorable Samuel Conti**
**Northern District of California**

2

[PROPOSED] ORDER PLAINTIFFS' MOTION                         MASTER FILE NO. 3:07-CV-05944-SC
TO EXCLUDE RUBINFELD OPINIONS AND TESTIMONY     MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC