GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>**This Documents Relates To:**<br><br>*Tech Data Corporation, et al. v. Hitachi, Ltd., et al., No. 13-cv-00157* | Individual Case No. 13-cv-00157-SC<br><br>Master File No. 3:07-cv-5944-SC<br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |

WHEREAS, Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") filed a Motion to Dismiss for Failure to Prosecute against Tech Data Corporation on November 6, 2014 (MDL Dkt. No. 2963 ( the "Motion to Dismiss"));

WHEREAS, Tech Data Corporation filed an Opposition to CPT's Motion to Dismiss on November 20, 2014 (MDL Dkt. No. 3141);

WHEREAS, on September 9, 2013, Tech Data Corporation and Tech Data Product Management, Inc. (the "Tech Data Plaintiffs") filed their First Amended Complaint in this action (MDL Dkt. No. 1911);

WHEREAS, on October 1, 2013 CPT and the Tech Data Plaintiffs entered into a stipulation, which, among other things, required CPT to respond to the Tech Data Plaintiffs' Amended Complaint by October 7, 2013 (the "October 2013 Stipulation");

WHEREAS, on October 1, 2013, the Court accepted the October 2013 Stipulation and issued its order approving the Stipulation (MDL Dkt. No. 1971);

WHEREAS, as of the filing of this Stipulation CPT has not yet answered or otherwise responded to the Tech Data Plaintiffs' Amended Complaint;

WHEREAS, counsel for CPT and the Tech Data Plaintiffs have conferred, and seek to resolve this issue efficiently and without unnecessarily burdening the Court with further briefing;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of CPT and the Tech Data Plaintiffs (the "Stipulating Parties"), that:

1. CPT shall file its answer to the Tech Data Plaintiff's First Amended Complaint no later than December 22, 2014;

2. CPT's answer shall not include any defense or affirmative defense as to the adequacy or sufficiency of service of the Tech Data Plaintiffs' First Amended Complaint;

3. CPT's answer shall not include any defense or affirmative defense that was not previously raised by another Defendant in response to the Tech Data Plaintiffs' Amended Complaint.

4. The following motions to dismiss filed by other Defendants in the Tech Data action and orders on those motions shall apply to CPT: MDL Dkt. Nos. 1992 and 2433.

.

5. All discovery served on the Tech Data Plaintiffs by other Defendants shall be deemed to have been served by CPT as well. CPT is bound by all agreements that the Tech Data Plaintiffs reached with other Defendants in respect of any such discovery.

6. The following summary judgment motions filed by Defendants against the Tech Data Plaintiffs shall be deemed to have been filed by CPT as well: MDL Dkt. Nos. 2977, 3006, 3008, 3050, and 3060.

Dated: December 2, 2014

/s/Scott N. Wagner
Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
E-mail:      rturken@bilzin.com
             swagner@bilzin.com
             mwidom@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:      ssinger@bsfllp.com

William A. Isaacson
Melissa Willett
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
E-mail:      wisaacson@bsfllp.com
             mwillett@bsfllp.com

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER

30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail:          piovieno@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

Dated:  December 2, 2014

 /s/Rachel S. Brass
Joel S. Sanders
Rachel S. Brass
Austin V. Schwing
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel:  (415) 393-8200
Fax: (415) 393-8206

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

**IT IS SO ORDERED.**

Dated:  12/08/2014

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed, Judge Samuel Conti]