1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  Steven D. Merriman (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:   206.359.8000
   Facsimile:   206.359.9000
6
   Joren S. Ayala-Bass, State Bar No. 208143
7  JBass@perkinscoie.com
   **PERKINS COIE LLP**
8  Four Embarcadero Center, Suite 2400
   San Francisco, CA  94111-4131
9  Telephone:   415.344.7120
   Facsimile:   415.344.7320
10
   *Attorneys for Plaintiff*
11 *Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Individual Case No. 3:11-CV-06397<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, Individual Case No. 13-cv-05723 | INDIVIDUAL CASE NOS.:  3:11-CV-06397-SC, 3:11-CV-05723-SC<br><br>[~~PROPOSED~~] **ORDER VOLUNTARILY DISMISSING COSTCO'S CLAIMS UNDER ARIZONA, ILLINOIS, AND FLORIDA STATE LAW** |

**[~~Proposed~~] Order**

Pursuant to stipulation of plaintiff Costco Wholesale Corporation ("Costco") and defendants LG Electronics, Inc., LG Electronics USA, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC), Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., Mitsubishi Electric US, Inc., Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) SDN, BHD, Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively, "Defendants") and Rule 41(a)(1) of the Federal Rules of Civil Procedure, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Costco's claims under the Arizona Antitrust Act (Ariz. Rev. Stat. § 14-1401 et seq.), the Florida Deceptive and Unfair Trade Practices Act (Florida Stat. § 501.201 et seq.), and the Illinois Antitrust Act (740 Illinois Code 10/1 *et seq.*) are dismissed with prejudice;

2. Costco and Defendants shall bear their own costs and fees with respect to the dismissed claims;

3. The motion for summary judgment regarding intrastate activity (MDL Dkt. 3031) is withdrawn with respect to Costco;

4. The motions for summary judgment regarding choice-of-law (MDL Dkt. 2997) and due process (MDL Dkt. 3029) are withdrawn with respect to Costco except insofar as they challenge Costco's claim under California law;

5. The stipulation and this order thereon shall have no bearing on the applicability of the aforementioned motions in the cases of plaintiffs other than Costco; and

6.   The stipulation and this order thereon shall have no bearing on Costco's claims under Section 1 of the Sherman Act (15 U.S.C. § 1) or the California Cartwright Act (Cal. Bus. & Profs. Code § 16700 *et seq.*) against any remaining defendants in Costco's cases.

**IT IS SO ORDERED**.

DATED: __12/08/2014__

*[Seal: United States District Court, Northern District of California — signed by Judge Samuel Conti]*

LEGAL124385254

- 2 -

[PROPOSED] ORDER VOLUNTARILY
DISMISSING COSTCO'S CLAIMS UNDER ARIZONA,
ILLINOIS, AND FLORIDA STATE LAW
Case No. 3:07-cv-05944-SC