Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendant
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

(additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC<br><br>MDL NO.: 1917 |
| _____ | |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING** |
| *All Indirect Purchaser Actions* | |
| *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776; | |

1   *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;

2   *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;

3   *Best Buy Co., et al. v. Hitachi, Ltd., et al.,*
    No. 11-cv-05513;

4

5   *Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

6   *Target Corp. v. Chunghwa Picture Tubes, Ltd., et*
    *al.,* No. 11-cv-05514;

7

8   *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

9

10  *Sears, Roebuck and Co. and Kmart Corp. v.*
    *Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

11

12  *Sears, Roebuck and Co. and Kmart Corp. v.*
    *Technicolor SA,* No. 13-cv-05262;

13  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*
    No. 14-cv-02510.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, the Indirect Purchaser Plaintiffs ("IPPs") and the Direct Action Plaintiffs ("DAPs") (collectively "Plaintiffs") filed a Motion to Modify Schedule for Pretrial Exchanges on November 24, 2014 against undersigned Defendants (ECF No. 3150);

WHEREAS, counsel for the Defendants and counsel for Plaintiffs have met and conferred and agree that a modest modification of the case schedule will ultimately aid in the efficient resolution of the litigation; and

WHEREAS, Plaintiffs agree to withdraw their Motion to Modify Schedule for Pretrial Exchanges (ECF No. 3150).

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs, counsel for the DAPs, and counsel for the undersigned Defendants in the above-captioned actions as follows:

## SCHEDULE

| | |
|---|---|
| December 5, 2014 | Last day to file pre-trial Daubert motions (parties may decide to reserve these motions for trial if they desire to do so); |
| December 5, 2014* | Plaintiffs' exchange of trial exhibits, deposition excerpts, and witness lists (with objections, including objections to translations); |
| December 23, 2014 | Last day to file oppositions to dispositive motions; |
| January 9, 2015* | First simultaneous exchange of jury instructions and special verdict forms; |
| January 16, 2015 | Last day to file oppositions to pre-trial *Daubert* motions; |
| January 22, 2015* | Defendants' exchange of trial exhibits, deposition excerpts, and witness lists (with objections, including objections to translations); |
| January 23, 2015 | Last day to file replies in support of dispositive motions; |
| January 26, 2015* | Second simultaneous exchange of jury instructions and special verdict forms; |
| February 9, 2015 | Last day to file replies in support of pre-trial Daubert motions; |
| February 13, 2015* | Last day to meet and confer re pre-trial order; |
| February 13, 2015* | Last day for filing motions in limine and other non-dispositive pre-trial |

motions;

February 13, 2015*          Last day for parties to exchange proposed exhibits and witness lists;

February 20, 2015*          Last day for filing oppositions to motions in limine and other non-

dispositive pre-trial motions;

February 20, 2015*          Last day to file pretrial order, agreed set of jury instructions, and

verdict forms;

February 27, 2015*          Hearing on motions in limine and other non-dispositive pre-trial

motions, and final pre-trial conference;

March 9, 2015*              Trial(s).

        *All deadlines marked with an asterisk do not apply to those actions that were filed outside of the N.D. Cal. and, following the Court's rulings on dispositive motions and Daubert motions, those actions will be returned to the courts in which they were originally filed.

*   *   *

        The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

DATED: December 4, 2014              KIRKLAND & ELLIS LLP

                                 By:   */s/ Eliot A. Adelson*

Eliot A. Adelson
James Maxwell Cooper
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi*

1    *Electronic Devices (USA), Inc.*

2    MUNGER, TOLLES & OLSON LLP

3    By: */s/ Hojoon Hwang*

4    JEROME C. ROTH (State Bar No. 159483)
     jerome.roth@mto.com
5    HOJOON HWANG (State Bar No. 184950)
     hojoon.hwang@mto.com
6    MIRIAM KIM (State Bar No. 238230)
     miriam.kim@mto.com
7    **MUNGER, TOLLES & OLSON LLP**
     560 Mission Street, Twenty-Seventh Floor
8    San Francisco, California 94105-2907
     Telephone: (415) 512-4000
9    Facsimile: (415) 512-4077

10   WILLIAM D. TEMKO (SBN 098858)
     William.Temko@mto.com
11   **MUNGER, TOLLES & OLSON LLP**
     355 South Grand Avenue, Thirty-Fifth Floor
12   Los Angeles, CA 90071-1560
     Telephone: (213) 683-9100
13   Facsimile: (213) 687-3702

14   *Attorneys for Defendants LG Electronics, Inc.;*
     *LG, LG Electronics USA, Inc.; and LG*
15   *Electronics Taiwan Taipei Co., Ltd.*

16

17   WINSTON & STRAWN LLP

18   By: */s/ Jeffrey L. Kessler*

19   JEFFREY L. KESSLER (*pro hac vice*)
     JKessler@winston.com
20   A. PAUL VICTOR (*pro hac vice*)
     PVictor@winston.com
21   ALDO A. BADINI (SBN 257086)
     ABadini@winston.com
22   EVA W. COLE (*pro hac vice*)
     EWCole@winston.com
23   MOLLY M. DONOVAN
     MMDonovan@winston.com
24   **WINSTON & STRAWN LLP**
     200 Park Avenue
25   New York, NY 10166
     Telephone: (212) 294-6700
26   Facsimile: (212) 294-4700

27   WEIL, GOTSHAL & MANGES LLP

28   STEVEN A. REISS (*pro hac vice*)

steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation*
*(f/k/a Matsushita Electric Industrial Co., Ltd.),*
*Panasonic Corporation of North America, MT*
*Picture Display Co., Ltd.*

**WHITE & CASE** LLP

By: */s/ Lucius B. Lau*

CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba America*
*Electronic Components, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON
LLP

By: */s/ Gary L. Halling*

GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER &**
**HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100

Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

BAKER BOTTS LLP

By: */s/ John M. Taladay*

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd., and Philips do Brasil, Ltda.*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*

JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gig@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105

Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: */s/ Michael Lacorvara*

Michael Lacovara (209279)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st floor
New York, NY 10022
Telephone: 212 277 4000
Facsimile: 212 277 4001
Email: michael.lacovara@freshfields.com

TERRY CALVANI (SBN 53260)
Email: terry.calvani@freshfields.com
CHRISTINE LACIAK(*pro hac vice*)
Email: christine.laciak@freshfields.com
RICHARD SNYDER (*pro hac vice*)
Email: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street, NW, 10th Floor
Washington, DC  20005
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*

JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071

Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US, Inc. and,*
*Mitsubishi Electric Visual Solutions America, Inc.*

FAEGRE BAKER DANIELS LLP

By:   */s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Stephen M. Judge (*pro hac vice*)
Email: steve.judge@FaegreBd.com
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and*
*Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Nathan Lane, III*

Nathan Lane, III (CA Bar No. 50961)
Mark C. Dosker (CA Bar No. 114789)
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887
E-mail:  nathan.lane@squiresanders.com

E-mail:  mark.dosker@squiresanders.com

Donald A. Wall (Pro Hac Vice)
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4005
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to all cases except Office*
*Depot, Inc. v. Technicolor SA, et al. and Sears,*
*Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP

By: /s/ __*Jeffrey I. Zuckerman*_____

Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to Office Depot, Inc. v.*
*Technicolor SA, et al. and Sears, Roebuck and Co.,*
*et al. v. Technicolor SA, et al.*

1

2

By:   /s/ Kenneth S. Marks

3

Kenneth S. Marks
Jonathan J. Ross

4

Johnny W. Carter
David M. Peterson

5

John P. Lahad
SUSMAN GODFREY L.L.P.

6

1000 Louisiana Street, Suite 5100
Houston, Texas 77002

7

Telephone: (713) 651-9366
Facsimile: (713) 654-6666

8

Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com

9

Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

10

Email: jlahad@susmangodfrey.com

11

Parker C. Folse III
Rachel S. Black

12

Jordan Connors
SUSMAN GODFREY L.L.P.

13

1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000

14

Telephone: (206) 516-3880
Facsimile: (206) 516-3883

15

Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com

16

Email: jconnors@susmangodfrey.com

17

18

*Attorneys for Plaintiff Alfred H. Siegel,
Solely in his Capacity as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

19

20

By:   /s/ Craig A. Benson

21

Kenneth A. Gallo (*pro hac vice*)

22

Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)

23

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP**

24

2001 K Street, NW
Washington, DC 20006

25

Telephone: (202) 223-7300
Facsimile: (202) 223-7420

26

Email: kgallo@paulweiss.com

27

Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

28

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR &COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics*
*Corporation and Sharp Electronics Manufacturing*
*Co. of America*

By:   */s/ David Martinez*

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
Jill Casselman
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com
Email: jcasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
Email: kcwildfang@rkmc.com
Email: lenelson@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy*
*Purchasing LLC, Best Buy Enterprise Services, Inc.,*
*Best Buy Stores, L.P., Bestbuy.com, L.L.C., and*
*Magnolia Hi-Fi, Inc.*

By:    /s/ Jason Murray

Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
Email aheaven@crowell.com

*Attorneys for Target Corp. and Viewsonic Corp.*

By:    /s/ Richard Arnold

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and
Kmart Corp.*

By:    /s/ Mario N. Alioto

MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT,
LLP**
2280 Union Street

San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___12/08/2014_____



Judge Samuel Conti