*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING THE BRIEFING SCHEDULE AND HEARING FOR CHUNGHWA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| *Best Buy Co. Inc. et al v. Hitachi, Ltd. et al.*, No. 3:11-cv-5513-SC | |
| *CompuCom Sys., Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC | |
| *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC | |
| *Office Depot, Inc. v. Hitachi, Ltd. et al*, No. 3:11-cv-06276-SC | |
| *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd. et al.*, No. 3:12-cv-02648-SC | |
| *Schultze Agency Services, LLC v. Hitachi, Ltd. et al.*, No. 3:12-cv-02649-SC | |
| *Sears, Roebuck and Co. et al., v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC | |

WHEREAS, Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. ("Chunghwa") filed a motion to dismiss for lack of personal jurisdiction ("the Motion") against Best Buy Co. Inc., CompuCom Systems, Inc., Interbond Corporation of America, Office Depot, Inc., P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services, LLC, Sears, Roebuck and Co., and Target Corp. (collectively, "DAPs");

WHEREAS, the DAPs' opposition to the Motion is currently due on November 19, 2014, and Chunghwa's reply is currently due on November 26, 2014; and

WHEREAS, the hearing on the Motion is currently scheduled for December 12, 2014 at 10:00 A.M.:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs and counsel for Chunghwa as follows:

(1) The DAPs' opposition to the Motion shall be due on December 12, 2014;

(2) Chunghwa's reply to the Motion shall be due on December 26, 2014; and

(3) The hearing on the Motion will take place on January 9, 2015 at 10:00 A.M.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/08/2014



Dated:  November 12, 2014                   /s/  Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
            anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

/s/  David Martinez

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email: rmsilberfeld@rkmc.com
           dmartinez@rkmc.com
           jscasselman@rkmc.com

Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email: lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

/s/  William J. Blechman

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel:     305-373-1000
Fax:    305-372-1861
Email:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

/s/  Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone: 213-443-5582
Facsimile:  213-622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:   202-628-5116
E-mail:  jmurphy@crowell.com
            aheaven@crowell.com

*Counsel for Target Corp.*

By: __/s/__ _Rachel S. Brass_

Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Austin Schwing (SBN 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)
(415) 393.8306 (Facsimile)
*JSanders@gibsondunn.com*
*RBrass@gibsondunn.com*
*ASchwing@gibsondunn.com*

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. And Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*