1  Terrence J. Truax
       ttruax@jenner.com
2  Michael T. Brody
       mbrody@jenner.com
3  Jenner & Block LLP
   353 North Clark Street
4  Chicago, Illinois 60654-3456
   Telephone: (312) 222-9350
5  Facsimile: (312) 527-0484

6  *Attorneys for Defendants Mitsubishi*
   *Electric Corporation, Mitsubishi Electric US, Inc.*
7  *and Mitsubishi Electric Visual Solutions America, Inc.*

8  Guido Saveri (22349)
       guido@saveri.com
9  R. Alexander Saveri (173102)
       rick@saveri.com
10 Geoffrey C. Rushing (126910)
       grushing@saveri.com
11 Travis L. Manfredi (281779)
       travis@saveri.com
12 SAVERI & SAVERI, INC.
   706 Sansome Street
13 San Francisco, CA 94111
   Telephone:  (415) 217-6810
14 Facsimile:  (415) 217-6813

15 *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs*
16
   *(Additional Stipulating parties listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| | **Case No. 07-5944 SC** |
| This Document Relates to: | **MDL No. 1917** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.,* | **STIPULATION AND [PROPOSED] Modified ORDER REGARDING SCHEDULING OF DIRECT PURCHASER PLAINTIFF CLASS CERTIFICATION MOTIONS** |
| Case No. 14-CV-2058 (SC) | Judge: Hon. Samuel Conti |

Pursuant to Civil Local Rules 6-2 and 7-12, the Direct Purchaser Plaintiffs, Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc., (collectively "Mitsubishi Electric"), and Defendants Thomson S.A. (n.k.a. Technicolor S.A.), and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.) (collectively, "Thomson"), and Technologies Displays Americas LLC ("TDA") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on November 7, 2014 the Direct Purchaser Plaintiffs filed a Motion for Class Certification With Respect to the Thomson, TDA and Mitsubishi Defendants ("Motion for Class Certification");

WHEREAS, Mitsubishi Electric, TDA and Thomson's Responses are currently due on November 21, 2014, the Direct Purchaser Plaintiffs' Reply is due on December 1, 2014, and the hearing on the Motion for Class Certification is noticed for December 12, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. The Direct Purchaser Plaintiffs shall make their class certification expert available for deposition on or before January 31, 2015;

2. Defendants Mitsubishi Electric, Thomson, and TDA may serve their opposition to the class certification motion, and any expert report on the issue of class certification, on or before February 27, 2015;

3. Plaintiffs may submit a reply in support of class certification on or before April 17, 2015;

4. Defendants shall make available for deposition any expert submitted in opposition to class certification on or before March 27, 2014.

1

2  PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing for the class certification shall
3  be continued to Friday, 05/01/2015, at 10:00 a.m.

4  Dated: 12/08/2014

5  _____
   IT IS SO ORDERED AS MODIFIED
   United States District Judge
   Judge Samuel Conti

7  Dated: November 21, 2014                JENNER & BLOCK LLP

8                                          By: /s/ Michael T. Brody

9                                          Terrence J. Truax
10                                         Michael T. Brody
                                           JENNER & BLOCK LLP
11                                         353 North Clark Street
                                           Chicago, Illinois 60654-3456
12                                         Telephone: (312) 222-9350
13                                         Facsimile: (312) 527-0484
                                           ttruax@jenner.com
14                                         mbrody@jenner.com

15                                         Brent Caslin (Cal. Bar. No. 198682)
16                                         JENNER & BLOCK LLP
                                           633 West Fifth Street, Suite 3600
17                                         Los Angeles, California 90071
                                           Telephone: (213) 239-5100
18                                         Facsimile: (213) 239-5199
                                           bcaslin@jenner.com
19
                                           *Attorneys for Defendants Mitsubishi Electric
20                                         Corporation, Mitsubishi Electric US, Inc. and
                                           Mitsubishi Electric Visual Solutions America, Inc.*
21

22  Dated: November 21, 2014                FAEGRE BAKER DANIELS LLP

23                                          By: /s/ Kathy L. Osborn

24                                          Kathy L. Osborn (*pro hac vice*)
25                                          Ryan M. Hurley (*pro hac vice*)
                                            Faegre Baker Daniels LLP
26                                          300 N. Meridian Street, Suite 2700
                                            Indianapolis, IN  46204
27                                          Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
28
    STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF
    DIRECT PURCHASER PLAINTIFF ACTIONS
    Case No. 07-5944; MDL NO. 1917
    3

kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

Dated: November 21, 2014

*SQUIRE PATTON BOGGS (US) LLP*

By:  __/s/__ Nathan Lane, III_____

Mark Dosker
Nathan Lane, III
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: 415.954.0200
Facsimile: 415.393.9887
Email: mark.dosker@squirepb.com
nathan.lane@squirepb.com

Donald A. Wall (Pro Hac Vice)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4000
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC*

Dated: November 21, 2014

SAVERI & SAVERI, INC.

By: __/s/____R. Alexander Saveri_____

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

*Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.*