Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' REPLY IN SUPPORT OF THEIR OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED NOVEMBER 20, 2014 RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES** |

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.

2. I submit this declaration in support of the Toshiba Defendants' Reply in Support of their Objections to Special Master's Recommended Order Dated November 20, 2014 Re Plaintiffs' Motion to Compel Depositions of Toshiba Witnesses, filed contemporaneously herewith. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as **Exhibit O** is a true and correct copy of the Order Appointing Special Master, dated June 16, 2008.

4. Attached hereto as **Exhibit P** is a true and correct copy of the Order Appointing Special Master For Discovery, dated December 17, 2013

5. Attached hereto as **Exhibit Q** is a true and correct copy of a letter from the parties to the Court, dated November 8, 2013.

6. Attached hereto as **Exhibit R** is a true and correct copy of a chart listing the party depositions that have occurred after September 5, 2014.

7. Attached hereto as **Exhibit S** is a true and correct copy of the Stipulation and Order Regarding Discovery To Occur After September 5, 2014, dated September 5, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December, 2014, in Washington, D.C.

_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' REPLY IN SUPPORT OF THEIR OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED NOVEMBER 20, 2014 RE PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF TOSHIBA WITNESSES
Case No. 07-5944-SC
MDL No. 1917
2