Toshiba Exhibit Q

# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

November 8, 2013

*VIA ECF*

The Honorable Samuel Conti
United States District Judge
Northern District of California
Courtroom No. 1, 17th floor
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL No. 1917

Your Honor:

  Pursuant to the Court's Order on Discovery Disputes (Nov. 4, 2013) (Dkt. No. 2095), the parties submit this letter regarding appointment of a discovery master. Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, Direct Action Plaintiffs, and Defendants support the appointment of the Honorable Vaughn Walker, United States District Judge (Retired) to serve as discovery master.

         Respectfully submitted,

          /s/ *Guido Saveri*
         Guido Saveri
         SAVERI & SAVERI, INC.
         706 Sansome Street
         San Francisco, CA 94111
         *Interim Lead Counsel for the*
         *Direct Purchaser Plaintiffs*

          /s/ *Mario Alioto*
         Mario Alioto
         TRUMP ALIOTO TRUMP & PRESCOTT LLP
         2280 Union Street
         San Francisco, CA 94123
         *Lead Counsel for the*
         *Indirect Purchaser Plaintiffs*

Hon. Samuel Conti
November 8, 2013
Page 2

      /s/ *Philip J. Iovieno*
Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
*On behalf of all*
*Direct Action Plaintiffs*


/s/ *James L. McGinnis*
James L. McGinnis
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center , 17th Floor
San Francisco, CA 94111
*On behalf of All Defendants*

cc:    All Counsel via ECF


### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)

    I, Guido Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8th day of November, 2013, at San Francisco, California.

        /s/ *Guido Saveri*

crt.637