Toshiba Exhibit R

# CRT Depositions That Have Occurred After September 5, 2014

|    | Date | Deponent | Party |
|----|------|----------|-------|
| 1  | 9/9/2014 | C. Bacon | Sears/Kmart |
| 2  | 9/9/2014 | J. French | Dell |
| 3  | 9/16/2014 | B. Stone | Best Buy |
| 4  | 9/16/2014 | K. Koziol | Electrograph |
| 5  | 9/17/2014 | S. Foxhall | Office Depot |
| 6  | 9/18/2014 | S. Taylor | Electrograph |
| 7  | 9/18/2014 | N. Nakanishi | Mitsubishi |
| 8  | 9/23-24/2014 | K. Hara and H. Tsukamoto (Mitsubishi Rule 30(b)(6) Deposition) | Mitsubishi |
| 9  | 9/23-24/2014 | Y.B. Na | LGE |
| 10 | 9/24/2014 | M. Tamba (Toshiba Rule 30(b)(6) Deposition) | Toshiba |
| 11 | 10/1/2014 | S. LaPorta | Sears/Kmart |
| 12 | 10/1/2014 | M. Ray | Best Buy |
| 14 | 10/8/2014 | J. De Lombaerde | Philips |
| 13 | 10/9/2014 | Panasonic Rule 30(b)(6) Deposition | Panasonic |
| 15 | 10/15/2014 | K. Jeffcoat | Tech Data |
| 16 | 10/15/2014 | R. Chikhani | Electrograph |
| 17 | 10/16/2014 | A. Ivani | Electrograph |
| 18 | 10/16-17/2014 | C. Bond | Toshiba |
| 19 | 10/18/2014 | D. Ayala | Best Buy |
| 20 | 10/27-29/2014 | T. Kawano | Toshiba |
| 21 | 10/28/2014 | J. Hirschler | Thomson |
| 22 | 11/4/2014 | Hitachi Rule 30(b)(6) Deposition | Hitachi |
| 23 | 11/5/2014 | Philips Rule 30(b)(6) Deposition | Philips |
| 24 | 11/6/2014 | B. Chen | ViewSonic |
| 25 | 11/7/2014 | R. Yang | ViewSonic |
| 26 | 11/19/2014 | J. Milliken | Toshiba |
| 27 | 11/21/2014 | T. Carson | Thomson |
| 28 | 12/2-4/2014 | JS Ahn | Samsung SDI |
| 29 | 12/8-9/2014 | K. Murata | Mitsubishi |
| 30 | 12/10-12/2014 | M. Konishi | Mitsubishi |