Toshiba Exhibit S

Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., HITACHI
DISPLAYS, LTD. (n/k/a JAPAN DISPLAY
INC.), and HITACHI ELECTRONIC DEVICES
(USA), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.* | CASE NO.: 3:07-cv-05944-SC<br><br>MDL NO.: 1917<br><br>INDIVIDUAL CASE: 3:11-cv-01656-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014** |

1   Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants") and the undersigned Defendants (collectively, "Defendants") and plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the Electrograph action;

WHEREAS, on July 23, 2014, Defendants informed Electrograph of their intent to subpoena for deposition five former employees of Electrograph—Alex Ivani, Rabih Chikhani, Lou Azzam, Kathy Koziol, and Sam Taylor—and requested deposition dates for those witnesses;

WHEREAS, Electrograph informed Defendants that its counsel had limited availability to attend the depositions of former Electrograph employee witnesses during the month of August and therefore requested that Defendants schedule those depositions for September;

WHEREAS, Electrograph and Defendants have conferred and agreed that Defendants may depose former Electrograph employees after September 5, 2014;

WHEREAS, Electrograph and Defendants have conferred and agreed to schedule the deposition of Kathy Koziol for September 16, 2014, the deposition of Sam Taylor for September 18, 2014, the deposition of Alex Ivani for October 16, 2014, and the depositions of Robbie Chikhani and Lou Azzam for dates, still to be determined, after September 5, 2014 but no later than October 31, 2014;

WHEREAS, Electrograph and Defendants agree to negotiate and cooperate in good faith with respect to the scheduling of any depositions that may occur after September 5, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128);

///
///
///
///
///

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

2  1. Defendants may subpoena, notice, and take additional depositions of former Electrograph employees Alex Ivani, Rabih Chikhani, Lou Azzam, Kathy Koziol, and Sam Taylor after September 5, 2014 but no later than October 31, 2014, subject to the Court's Discovery Protocol (Dkt. No. 1128); and

3  2. To the extent motions to compel may be required for item 1 above, Defendants may file those motions within ten days after the depositions in question.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: 09/05/2014

*Judge Samuel Conti*
United States District Court, Northern District of California

| | | |
|---|---|---|
| 1 | DATED: September 4, 2014 | By: */s/ Eliot A. Adelson* |
| 2 | | Eliot A. Adelson (SBN 205284) |
| | | James Maxwell Cooper (SBN 284054) |
| 3 | | KIRKLAND & ELLIS LLP |
| | | 555 California Street, 27th Floor |
| 4 | | San Francisco, CA 94104 |
| | | Telephone: (415) 439-1400 |
| 5 | | Facsimile: (415) 439-1500 |
| | | Email: eadelson@kirkland.com |
| 6 | | max.cooper@kirkland.com |

*Attorneys for Defendant Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc.*

DATED: September 4, 2014           By: */s/ Philip J. Iovieno*

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
Philip J. Iovieno
Anne M. Nardacci
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

*Attorneys for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.*

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: September 4, 2014 | By: /s/ Dylan I. Ballard |
| 2 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 3 | | Gary L. Halling, Cal. Bar No. 66087 |
| | | James L. McGinnis, Cal. Bar No. 95788 |
| 4 | | Michael W. Scarborough, Cal. Bar No. 203524 |
| | | Dylan I. Ballard, Cal. Bar No. 253929 |
| 5 | | Four Embarcadero Center, 17th Floor |
| | | San Francisco, CA 94111-4109 |
| 6 | | Telephone: (415) 434-9100 |
| | | Facsimile: (415) 434-3947 |
| 7 | | E-mail: ghalling@sheppardmullin.com |
| | | jmcginnis@sheppardmullin.com |
| 8 | | mscarborough@sheppardmullin.com |
| | | dballard@sheppardmullin.com |

*Attorneys for Defendants*
*Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

DATED: September 4, 2014        By: */s/ Jeffrey L. Kessler*

WINSTON & STRAWN LLP
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)
Aldo A. Badini Cal. Bar No. 257086
Eva W. Cole (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:    (212) 294-4692
Facsimile:    (212) 294-4700
Email:        jkessler@winston.com
              abadini@winston.com
              pvictor@winston.com
              ewcole@winston.com
              mmdonovan@winston.com

[continued on next page]

25  ///

26  ///

27  ///

28  ///

| | | |
|---|---|---|
| 1 | | WEIL, GOTSHAL & MANGES LLP |
| 2 | | Steven A. Reiss (*pro hac vice*) |
| | | David L. Yohai (*pro hac vice*) |
| 3 | | Adam C. Hemlock (*pro hac vice*) |
| | | 767 Fifth Avenue |
| 4 | | New York, NY 10153-0119 |
| | | Telephone: (212) 310-8000 |
| 5 | | Facsimile: (212) 310-8007 |
| | | Email: steven.reiss@weil.com |
| 6 | | david.yohai@weil.com |
| | | adam.hemlock@weil.com |
| 7 | | |
| | | *Attorneys for Defendants Panasonic Corporation* |
| 8 | | *(f/k/a Matsushita Electric Industrial Co., Ltd.),* |
| | | *Panasonic Corporation of North America, and MT* |
| 9 | | *Picture Display Co., Ltd.* |
| 10 | | |
| 11 | DATED: September 4, 2014 | By: */s/ Jon V. Swenson* |
| 12 | | BAKER BOTTS LLP |
| | | Jon V. Swenson (SBN 233054) |
| 13 | | 1001 Page Mill Road |
| | | Building One, Suite 200 |
| 14 | | Palo Alto, CA 94304 |
| 15 | | Telephone: (650) 739-7500 |
| | | Facsimile: (650) 739-7699 |
| 16 | | Email: jon.swenson@bakerbotts.com |
| 17 | | John M. Taladay (*pro hac vice*) |
| 18 | | Joseph Ostoyich (*pro hac vice*) |
| | | Erik T. Koons (*pro hac vice*) |
| 19 | | Charles M. Malaise (*pro hac vice*) |
| | | 1299 Pennsylvania Ave., N.W. |
| 20 | | Washington, DC 20004-2400 |
| | | Telephone: (202) 639-7700 |
| 21 | | Facsimile: (202) 639-7890 |
| | | Email: john.taladay@bakerbotts.com |
| 22 | | joseph.ostoyich@bakerbotts.com |
| 23 | | erik.koons@bakerbotts.com |
| | | charles.malaise@bakerbotts.com |
| 24 | | |
| 25 | | *Attorneys for Defendants Koninklijke Philips N.V.* |
| | | *and Philips Electronics North America Corporation* |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

| | | |
|---|---|---|
| 1 | DATED: September 4, 2014 | By: */s/ Richard Snyder* |
| 2 | | |
| 3 | | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| 4 | | Terry Calvani Cal. Bar. No. 53260<br>Christine Laciak (*pro hac vice*) |
| 5 | | Richard Snyder (*pro hac vice*)<br>701 Pennsylvania Avenue NW, Suite 600 |
| 6 | | Washington, D.C. 20004<br>Telephone: (202) 777-4565<br>Facsimile: (202) 777-4555 |
| 7 | | Email: terry.calvani@freshfields.com<br>christine.laciak@freshfields.com |
| 8 | | richard.snyder@freshfields.com |
| 9 | | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |
| 10 | | |
| 11 | | |
| 12 | DATED: September 4, 2014 | By: */s/ Lucius B. Lau* |
| 13 | | WHITE & CASE LLP<br>Christopher M. Curran (*pro hac vice*) |
| 14 | | George L. Paul (*pro hac vice*)<br>Lucius B. Lau (*pro hac vice*) |
| 15 | | 701 Thirteenth Street, N.W.<br>Washington, D.C. 20005 |
| 16 | | Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355 |
| 17 | | Email: ccurran@whitecase.com<br>gpaul@whitecase.com<br>alau@whitecase.com |
| 18 | | |
| 19 | | *Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information* |
| 20 | | *Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components,* |
| 21 | | *Inc.* |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

DATED: September 4, 2014  By: /s/ Hojoon *Hwang*

MUNGER, TOLLES & OLSON LLP
Hojoon Hwang, Cal. Bar. No. 184950
William D. Temko, Cal. Bar. No. 98858
Laura K. Lin, Cal. Bar. No. 281542
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Facsimile: (415) 512-4077

*Attorneys For Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.