SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
E-mail:          ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
                    mscarborough@sheppardmullin.com
                    tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi Ltd., et al.*, No. 3:13-cv-02171-SC | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-11 AND 79-5** |

I, TYLER M. CUNNINGHAM, do declare and state as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of Dell Inc. and Dell Products L.P.'s Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (Dkt. No. 3175) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) ("Protective Order").

3. I have reviewed Plaintiffs' Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld (Dkt. No. 3176) ("Motion to Exclude") and the Declaration of Debra D. Bernstein in Support of the Motion to Exclude ("Bernstein Declaration").

4. Pursuant to Civil Local Rule 79-5(e)(1), I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal Bernstein Declaration Exhibits A and D and references to those exhibits in the Motion to Exclude.

5. Bernstein Declaration Exhibit A is a copy of the Expert Report of Daniel L. Rubinfeld, dated August 5, 2014 and designated "Highly Confidential" pursuant to the Protective Order. Exhibit A consists of, cites to, and/or identifies confidential, non-public information regarding SDI's pricing practices and business strategy. I am informed and believe that disclosure of this information would likely harm SDI in its commercial relationships.

6. Bernstein Declaration Exhibit D is a copy of the transcript of Dr.

-1-

Case No. 3:13-cv-02171-SC
MDL No. 1917

CUNNINGHAM DECLARATION I/S/O DELL'S
ADMINISTRATIVE MOTION TO SEAL DOCUMENTS

-2-

1  Rubinfeld's September 8, 2014 deposition, designated "Highly Confidential" pursuant to the
2  Protective Order. Exhibit D consists of, cites to, and/or identifies confidential, non-public
3  information regarding SDI's production, capacity and pricing practices and strategies. I am
4  informed and believe that disclosure of this information would likely harm SDI in its commercial
5  relationships.

6         7.   I am informed and believe that SDI considers any statements in the Motion
7  to Exclude purporting to summarize these exhibits to be confidential, and that public disclosure of
8  this information would likely harm SDI in its commercial relationships.

9         I declare under penalty of perjury of the laws of the United States that the foregoing
10 is true and correct.

11         Executed on December 9, 2014 at San Francisco, California.

         */s/ Tyler M. Cunningham*
         TYLER M. CUNNINGHAM