| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | JOEL S. SANDERS, SBN 107234 |
| 2 | JSanders@gibsondunn.com |
| | RACHEL S. BRASS, SBN 219301 |
| 3 | RBrass@gibsondunn.com |
| | AUSTIN V. SCHWING, SBN 211696 |
| 4 | ASchwing@gibsondunn.com |
| | 555 Mission Street, Suite 3000 |
| 5 | San Francisco, California 94105-2933 |
| | Telephone: 415.393.8200 |
| 6 | Facsimile: 415.393.8306 |

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Tech Data Corp. et al. v. Hitachi, Ltd. et al.*, No. 13-cv-00157-SC | **DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS TECH DATA CORPORATION'S CLAIMS FOR FAILURE TO PROSECUTE** |

CPT AND CPTM'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS TECH DATA CORPORATION'S CLAIMS FOR FAILURE TO PROSECUTE - MASTER CASE NO. 07-cv-5944-SC

1  TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT: PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-7, Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") hereby withdraw the pending Motion to Dismiss for Failure to Prosecute against Tech Data Corporation, filed on November 6, 2014 (MDL Dkt. No. 2963). CPT withdraws its motion in light of the Court's December 8, 2014 Order granting the stipulation entered into by CPT and Tech Data Corporation (MDL Dkt. 3180).

DATED: December 9, 2014         GIBSON, DUNN & CRUTCHER LLP

By:  /s/Rachel. S. Brass
         Rachel S. Brass

Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Austin V. Schwing (SBN 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)
(415) 393.8306 (Facsimile)
*JSanders@gibsondunn.com*
*RBrass@gibsondunn.com*
*ASchwing@gibsondunn.com*

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.