Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI AMERICA, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI ASIA, LTD., HITACHI, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC<br><br>MDL NO.: 1917<br><br>**DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| This Document Relates To:<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi Ltd., et al.* No. 3:13-cv-02171-SC | |

I, James Maxwell Cooper, hereby declare:

1. I am an attorney licensed to practice law in the State of California and the Northern District of California. I am an attorney with Kirkland & Ellis LLP and counsel for Hitachi Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, "Hitachi").

2. I make this declaration in support of Dell Inc. and Dell Products L.P.'s Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (MDL ECF 3169; Dell ECF 68) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

3. Hitachi has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (ECF 306) ("Protective Order").

4. I have reviewed Plaintiffs' Notice of Motion and Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D. (MDL ECF 3170; Dell ECF 69) ("Ordover Motion") and Exhibits A-F to the Declaration of Debra D. Bernstein in Support of the Ordover Motion ("Bernstein Declaration").

5. Pursuant to Civil Local rule 79-5(e)(1), I make this declaration on behalf of Hitachi to provide the Court with a basis to maintain under seal Exhibit A to the Bernstein Declaration and references to that exhibit in the Ordover Motion.

6. Exhibit A to the Bernstein Declaration is a copy of the Expert Report of Mohan Rao, Ph.D., dated April 15, 2014 ("Rao Report") and designated "Highly Confidential" pursuant to the Protective Order. Exhibit A to the Bernstein Declaration consists of, cites to, and/or identifies confidential, non-public information regarding Hitachi's pricing practices and business strategy. I am informed and believe that disclosure of this information would likely harm Hitachi in its commercial relationships.

7. I am informed and believe that Hitachi considers any statements in the Ordover Motion purporting to summarize Exhibit A to the Bernstein Declaration to be confidential, and that public disclosure of this information would likely harm Hitachi in its commercial relationships.

8. I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of December, 2014 at San Francisco, California.

　　　　　　　　　　　　　　　　　 */s/ James Maxwell Cooper*　　　　　
　　　　　　　　　　　　　　　　　　JAMES MAXWELL COOPER