DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Master No. 3:07-cv-05944-SC |
| This Document Relates to:<br><br>DELL INC. and DELL PRODUCTS L.P.,<br>                              Plaintiffs,<br> v.<br>HITACHI, LTD., *et al.*,<br>                              Defendants. | **DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF DELL INC. AND DELL PRODUCTS, L.P.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DELL'S MOTION TO PARTIALLY EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DESIGNATED EXPERT DANIEL L. RUBINFELD AND EXHIBITS**<br><br>**[re Panasonic Documents in Dkt. No. 3175]** |

I, Adam C. Hemlock, hereby declare as follows:

1. I am an attorney with Weil, Gotshal & Manges LLP, counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142) (the "Protective Order").

3. On December 5, 2014 Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") filed an Administrative Motion to Seal (Dkt. No. 3175), and filed conditionally under seal, pursuant to Civil Local Rule 7-11, the following documents:

   a. Portions of its Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld (the "Rubinfeld Motion"); and

   b. Certain exhibits to the Declaration of Debra D. Bernstein in Support of the Rubinfeld Motion ("Bernstein Declaration").

4. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal Exhibits A and D to the Bernstein Declaration.

5. Bernstein Declaration Exhibit A is a copy of the Expert Report of Daniel L. Rubinfeld, dated August 5, 2014 and designated "Highly Confidential" pursuant to the Protective Order. Exhibit A references excerpts designated by the Panasonic Defendants as "Highly Confidential."

- 1 -

ADAM C. HEMLOCK DECL. ISO DELL'S ADMIN. MOT. TO SEAL   MDL No. 1917
Master No. 3:07-cv-05944 SC

6. Upon information and belief, Exhibit A consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

7. Bernstein Declaration Exhibit D is a copy of the transcript of Dr. Rubinfeld's September 8, 2014 deposition, designated "Highly Confidential" pursuant to the Protective Order.

8. Upon information and belief, Exhibit D consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal business practices. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

9. I understand that the Panasonic Defendants consider any statements in the Rubinfeld Motion purporting to summarize Exhibits A and D or any other documents or information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Exhibits A and D to the Bernstein Declaration and referenced in the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2014 at New York, NY.

By:  */s/ Adam C. Hemlock*  
　　　ADAM C. HEMLOCK

- 2 -