MARIO N. ALIOTO, SBN: 56433
LAUREN C. CAPURRO, SBN: 241151
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:    (415) 563-7200
Facsimile:    (415) 346-0679

*Attorneys for Plaintiff Jeffrey Figone*
*Lead Counsel for the Indirect Purchaser Plaintiffs*

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
JULIE A. KEARNS, SBN: 246949
225 Broadway, Suite 1350
San Diego, CA  92101
Telephone:    (619) 338-1133
Facsimile:    (619) 338-1139

*Attorneys for Plaintiff Jeffrey Figone and*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC <br><br> MDL No. 1917 <br><br> **NOTICE OF ASSOCATION AND APPEARANCE OF COUNSEL HULETT HARPER STEWART LLP AND DENNIS STEWART** |
| **This document relates to:** <br><br> **ALL INDIRECT PURCHASER ACTIONS** | |

NOTICE OF ASSOCIATION AND APPEARANCE; Master File No. 07-cv-5944, MDL No. 1917

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Dennis Stewart of Hulett Harper Stewart LLP is hereby associated and appears as additional counsel of record for Jeffrey Figone and the Indirect Purchaser Plaintiff Class in *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case no. CV-07-5944. Jeffrey Figone and the Indirect Purchaser Plaintiffs respectfully request that all pleadings and other documents be served upon Dennis Stewart using the contact information set forth below:

> Dennis Stewart
> HULETT HARPER STEWART LLP
> 225 Broadway, Suite 1350
> San Diego, CA  92101
> Telephone:     619/338-1133
> Facsimile      619/338-1139
> Email: dstewart@hulettharper.com

DATED:  December 10, 2014            Respectfully submitted,

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

 /s/ Lauren C. Capurro
LAUREN C. CAPURRO

Mario N. Alioto, SBN: 56433
Lauren C. Capurro, SBN: 241151
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:    (415) 563-7200
Facsimile:    (415) 346-0679
E-mail:       malioto@tatp.com
              laurenrussell@tatp.com

*Attorneys for Plaintiff Jeffrey Figone*
*Lead Counsel for the Indirect Purchaser Plaintiffs*

HULETT HARPER STEWART LLP

1

NOTICE OF ASSOCIATION AND APPEARANCE; Master File No. 07-cv-5944, MDL No. 1917

|  |  |
|---|---|
| 1 |             */s/ Dennis Stewart* |

                      */s/ Dennis Stewart*
                      DENNIS STEWART

Dennis Stewart
Julie A. Kearns
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA  92101
Telephone:   (619) 338-1133
Facsimile:    (619) 338-1139
E-mail:       dennis@hulettharper.com
                  jkearns@hulettharper.com

*Attorneys for Indirect Purchaser Plaintiffs*

2

NOTICE OF ASSOCIATION AND APPEARANCE; Master File No. 07-cv-5944, MDL No. 1917