Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.*, *and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 3:07-cv-05944-SC;<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi Ltd.,et al.*, No. 3:13-cv-02171-SC. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Dell Inc. and Dell Products L.P.'s (collectively the "Dell Plaintiffs") Administrative Motion To File Documents Under Seal Pursuant To Civil Local Rules 7-11 And 79-5 (Case No. 3:07-cv-05944-SC ("MDL") Dkt. No. 3169; Case No. 3:13-cv-02171-SC ("Dell") Dkt. No. 68) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" pursuant to the Stipulated Protective Order.

5. On December 5, 2014, the Dell Defendants filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the Plaintiffs' Notice of Motion and Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D. (the "Motion to Exclude Report") (MDL Dkt. No. 3169-4; Dell Dkt. No. 68-4) and exhibits thereto.

6. On December 5, 2014, the Dell Defendants filed the Declaration of Matthew D. Kent in Support of the Motion to Seal (MDL Dkt. No. 3169-1; Dell Dkt. No. 68-1), which states that the redacted portions of the Motion to Exclude Report and attached exhibits contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal: Exhibit B to the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917
2

Bernstein Declaration, which is the Expert Report of Janusz A. Ordover, Ph.D., dated August 5, 2014 ("Ordover Report") and related attachments, which quotes from, describes, or summarizes on page 26 and Figure 11 to the Ordover Report Toshiba Defendants' sales and cost data produced by the Toshiba Defendants in this litigation that the Toshiba Defendants have designated as "Confidential."

8. The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The materials contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of December, 2014, in Washington, D.C.

_____
Dana E. Foster

**CERTIFICATE OF SERVICE**

On December 11, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917