*[Stipulating parties listed on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05724-SC

*CompuCom Sys., Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC

*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC

*Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC

*Office Depot, Inc. v. Hitachi, Ltd. et al*, No. 3:11-cv-06276-SC

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*¸ No. 3:12-cv-02648-SC

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05725-SC

*Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649-SC

*Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 3:13-cv-05668-SC

Case No. 07-5944 SC

MDL No. 1917

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. (collectively, "Electrograph"); CompuCom Systems, Inc. ("CompuCom"); Interbond Corporation of America ("BrandsMart"); Office Depot, Inc. ("Office Depot"); P.C. Richard & Son Long Island Corporation ("P.C. Richard"); MARTA Cooperative of America, Inc. ("MARTA"); ABC Appliance, Inc. ("ABC Warehouse"); and Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC ("Tweeter") (collectively, "Stipulating Plaintiffs"), and the undersigned Defendants, by their respective attorneys and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, state as follows:

1.   On October 3, 2013, Electrograph filed its Second Amended Complaint ("SAC") in this case (MDL Dkt. No. 1976).  In its SAC, Electrograph asserts claims for relief against all Defendants except Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (f/k/a Mitsubishi Electric & Electronics USA, Inc.) under the Sherman Act, the California Cartwright Act, California Unfair Competition Laws, the New York Donnelly Act, and New York Unfair Competition Law.

2.   On December 20, 2013, Electrograph filed its First Amended Complaint against Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (MDL Dkt. No. 2279-4)  In its FAC, Electrograph asserts claims for relief under the Sherman Act, the California Cartwright Act, California Unfair Competition Laws, the New York Donnelly Act, New  and York Unfair Competition Law.

3.   On October 3, 2013, CompuCom filed its First Amended Complaint ("FAC") in this case (MDL Dkt. No. 1975).  In its FAC, CompuCom asserts claims for relief against all Defendants except Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. under the Sherman Act, the California Cartwright Act, California Unfair Competition Law, and the New York Donnelly Act.

4.     On October 3, 2013, BrandsMart filed its First Amended Complaint in this case (MDL Dkt. No. 1974).  In its FAC, BrandsMart asserts claims for relief against all Defendants except Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. under the Sherman Act and the Florida Deceptive and Unfair Trade Practices Act.

5.     On December 20, 2013, BrandsMart filed its First Amended Complaint against Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (MDL Dkt. No. 2279-6)  In its FAC, BrandsMart asserts claims for relief under the Sherman Act and the Florida Deceptive and Unfair Trade Practices Act.

6.     On October 3, 2013, Office Depot filed its First Amended Complaint in this case (MDL Dkt. No. 1977).  In its FAC, Office Depot asserts claims for relief against all Defendants except Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. under the Sherman Act, the Florida Deceptive and Unfair Trade Practices Act, the California Cartwright Act, and California Unfair Competition Laws.

7.     On  December 20, 2013, Office Depot filed its First Amended Complaint against Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (MDL Dkt. No. 2279-8)  In its FAC, Office Depot asserts claims for relief under the Sherman Act, the Florida Deceptive and Unfair Trade Practices Act, the California Cartwright Act, and California Unfair Competition Laws.

8.     On October 3, 2013, P.C. Richard filed its First Amended Complaint in this case (MDL Dkt. No. 1979).  In its FAC, P.C. Richard asserts claims for relief against all Defendants except Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. under the Sherman Act and the New York Donnelly Act.

9.     On December 20, 2013, P.C. Richard filed its First Amended Complaint against Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (MDL Dkt. No. 2279-10)  In its FAC, P.C. Richard asserts claims for relief under the Sherman Act and the New York Donnelly Act.

10.    On October 3, 2013, MARTA filed its First Amended Complaint in this case (MDL Dkt. No. 1979).  In its FAC, MARTA asserts claims for relief against all Defendants except Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. under the Sherman Act, the Arizona Revised Statutes §§ 44-1401, *et seq*., and the Illinois Antitrust Act.

11.    On December 20, 2013, MARTA filed its First Amended Complaint against Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (MDL Dkt. No. 2279-10)  In its FAC, MARTA asserts claims for relief under the Sherman Act, the Arizona Revised Statutes §§ 44-1401, *et seq*., and the Illinois Antitrust Act.

12.    On October 3, 2013, ABC Warehouse filed its First Amended Complaint in this case (MDL Dkt. No. 1979).  In its FAC, ABC Warehouse asserts claims for relief against all Defendants except Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. under the Sherman Act and the Michigan Compiled Laws §§ 445.771, *et seq*.

13.    On December 20, 2013, ABC Warehouse filed its First Amended Complaint against Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (MDL Dkt. No. 2279-10)  In its FAC, ABC Warehouse asserts claims for relief under the Sherman Act and the Michigan Compiled Laws §§ 445.771, *et seq*.

14. On October 3, 2013, Tweeter filed its First Amended Complaint in this case (MDL Dkt. No. 1979).  In its FAC, Tweeter asserts claims for relief against all Defendants except Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. under the Sherman Act.

15. On December 20, 2013, Tweeter filed its First Amended Complaint against Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (MDL Dkt. No. 2279-10).  In its FAC, Tweeter asserts claims for relief under the Sherman Act.

16. Stipulating Plaintiffs now desire to dismiss with prejudice their claims against Defendants under the specific state laws outlines in paragraphs 1-13, above, with the exception of the claims of BrandsMart and Office Depot under the Florida Deceptive and Unfair Trade Practices Act.  Except as described in the following Paragraph, BrandsMart and Office Depot are not dismissing, and will continue to prosecute, those Florida Deceptive and Unfair Trade Practices Act claims.   Further, Stipulating Plaintiffs are not dismissing, and will continue to prosecute, all claims against Defendants brought pursuant to federal law, including the Sherman Act and the Clayton Act.

17. Office Depot will not maintain any claim for relief under the Florida Deceptive and Unfair Trade Practices Act which is based upon purchases by OfficeMax Incorporated (or its subsidiaries) through 2003.  With respect to such OfficeMax Incorporated purchases, Office Depot is maintaining and will continue to prosecute its claims brought pursuant to federal law, including the Sherman Act and the Clayton Act.

18. Stipulating Plaintiffs and Defendants agree that each party shall bear its own costs and attorneys' fees in connection with the dismissed claims.

19. As a result of the dismissals of these state law claims with prejudice, and contingent upon the Court's approval of this Stipulation, Defendants will withdraw certain pending summary judgment motions, in whole or in part, as follows:

    a.    Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds (MDL Dkt. No. 2973) is withdrawn as to CompuCom's claims under California and New York law, P.C. Richard's claims under New York law, MARTA's claims under Arizona and Illinois law, ABC Warehouse's claims under Michigan law, and Office Depot's claims under California Law, but continues to apply to all other claims and Plaintiffs addressed in the motion.

    b.    Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds (MDL Dkt. No. 2978) is withdrawn as to Electrograph's claims under New York law only, and continues to apply to all other claims and Plaintiffs addressed in the motion.

    c.    Thomson Consumer's Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment (MDL Dkt. No. 2981) is withdrawn as to Electrograph's claims under New York law and P.C. Richard's claims under New York law.

    d.    Defendant Technologies Displays Americas LLC's Motion for Summary Judgment (MDL Dkt. No. 2984) is withdrawn as to Electrograph's claims under California and New York law, Office Depot's claims under California law, P.C. Richard's claims under New York law, MARTA's claims under Arizona and Illinois law, and ABC Warehouse's claims under Michigan law, but remains as to Office Depot's and BrandsMart's Florida claims.

    e.    Defendants' Notice of Motion and Motion for Summary Judgment With Respect to MARTA (MDL Dkt No. 2994) is withdrawn as to MARTA's claims under Arizona and Illinois law.

    f.    Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Electrograph, P.C. Richard and MARTA on Choice of Law Grounds (MDL Dkt. No. 3000) is withdrawn.

g. Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against CompuCom Systems, Inc. on Choice of Law Grounds (MDL Dkt. No. 3002) is withdrawn.

h. Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Office Depot on Choice of Law Grounds (MDL Dkt. No. 3021) is withdrawn.

i. Defendants' Notice of Motion and Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales (MDL Dkt. No. 3005) is withdrawn as to Electrograph's claims under California and New York law, CompuCom's claims under California and New York law, Office Depot's claims under California law, P.C. Richard's claims under New York law, MARTA's claims under Arizona and Illinois law, and ABC Warehouse's claims under Michigan law, but remains as to Office Depot's and BrandsMart's Florida claims.

j. Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA (MDL Dkt. No. 3008) is withdrawn as to Electrograph's claims under California and New York law, CompuCom's claims under California and New York law, Office Depot's claims under California law, P.C. Richard's claims under New York law, MARTA's claims under Arizona and Illinois law, and ABC Warehouse's claims under Michigan law, but remains as to Office Depot's and BrandsMart's Florida claims.

k. Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds (MDL Dkt. No. 3029) is withdrawn as to CompuCom's claims under California and New York law and Office Depot's claims under California law.

l. Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on State Law Claims Limited to

Intrastate Activity (MDL Dkt. No. 3031) is withdrawn as to MARTA's claims under Arizona law, but remains as to Office Depot's and BrandsMart's Florida claims.

m. Defendants' Joint Re-Notice of Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws (MDL Dkt. No. 3123) is withdrawn as to Electrograph's claims under California and New York law, CompuCom's claims under California and New York law, Office Depot's claims under California law, P.C. Richard's claims under New York law, MARTA's claims under Illinois law, and ABC Warehouse's claims under Michigan law, but remains as to Office Depot's and BrandsMart's Florida claims.

n. Defendant Beijing Matsushita Color CRT Co., Ltd.'s Notice of Motion and Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and for Lack of Standing to Seek Injunctive Relief (MDL Dkt. No. 2990) is withdrawn as to Electrograph's claims under California and New York law.

o. Any other motion that seeks to dismiss any of the Stipulating Plaintiffs' state law claims referenced in Paragraph 1-13, except BrandsMart's and Office Depot's Florida claims, is withdrawn as to those claims.

20. This stipulation and the Court's order thereon shall have no bearing on the applicability of the aforementioned motions in the cases of plaintiffs other than the Stipulating Plaintiffs.

WHEREFORE, the parties stipulate and agree that the Stipulating Plaintiffs' state law claims referenced in Paragraph 1-13 are dismissed with prejudice. This dismissal does not apply to the claims of Stipulating Plaintiffs brought under federal law (including the Sherman Act and the Clayton Act), or to the claims of BrandsMart and Office Depot brought under the Florida Deceptive and Unfair Trade Practices Act.

***

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:____________________

____________________________________
Hon. Samuel Conti
United States District Judge

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated: December 12, 2014

/s/ *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., and Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

DATED: December 12, 2014

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*

Eliot A. Adelson
James Maxwell Cooper
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*

JEROME C. ROTH (SBN 159483)
jerome.roth@mto.com
HOJOON HWANG (SBN. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (SBN 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
PVictor@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

WEIL, GOTSHAL & MANGES LLP

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

WHITE & CASE LLP

By: */s/ Lucius B. Lau*

CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Gary L. Halling*

GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

BAKER BOTTS LLP

By: */s/ John M. Taladay*

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd., and Philips do Brasil, Ltda.*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*

JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gig@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: */s/ Michael Lacorvara*

Michael Lacovara (SBN 209279)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Email: michael.lacovara@freshfields.com

TERRY CALVANI (SBN 53260)
Email: terry.calvani@freshfields.com
CHRISTINE LACIAK(*pro hac vice*)
Email: christine.laciak@freshfields.com
RICHARD SNYDER (*pro hac vice*)
Email: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street, NW, 10th Floor
Washington, DC  20005
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*


JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*

JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (SBN 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

FAEGRE BAKER DANIELS LLP

By: */s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Stephen M. Judge (*pro hac vice*)
Email: steve.judge@FaegreBd.com
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Nathan Lane, III*

Nathan Lane, III (SBN 50961)
Mark C. Dosker (SBN 114789)
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
E-mail: nathan.lane@squiresanders.com
E-mail: mark.dosker@squiresanders.com

Donald A. Wall (Pro Hac Vice)
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4005
Facsimile: (602) 253-8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: */s/ Jeffrey I. Zuckerman*

Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*