# ATTACHMENT C



FILED
San Francisco County Superior Court

NOV 1 2 2014

CLERK OF THE COURT
BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG SDI CO., LTD., ET AL.,<br><br>    Defendants. | Case No. CGC – 11-515784<br><br>CASE MANAGEMENT CONFERENCE ORDER for November 10, 2014 |

    I held a case management conference (CMC) this date.

    The next CMC is set for February 17, 2015 at 9:00 a.m. The parties' joint CMC statement should among other things briefly report the result of their meet and confer on these subjects: (1) the status of litigation before Judge Conti; (2) Samsung entities' [SDI's] discovery plan including the specific depositions and written discovery contemplated; (3) plans for mediation; (4) any authority the Attorney General has for delaying the entry of default (as opposed to default judgment) of Irico;[1] (5) proposals to have the court make early determinations of significant issues. "Significant issues" are those which may affect settlement

---

[1] This should be a terse, non-argumentative citation.

discussions or reduce the scope of trial.[2] The issues should generally be phrased as questions answerable with a 'Yes' or 'No'.

(In CMC statements, generally brief statements of a party's position suffice. I ask the parties not to append documents to the CMC statement unless necessary, and then solely the pages I must read.)

Discovery. The parties dispute the impact of a federal court stipulation and order concerning deadlines for the Attorney General's conduct of percipient discovery. That is not resolved here. It may be material in future discovery proceedings either here or in federal court. If that deadline (as pressed by SDI) does not obtain, then the parties have agreed and this court orders that the deadlines is today, November 10, 2014, for discovery against SDI. Not addressed in the last sentence is discovery addressed to other defendants or that which the Attorney General contends is required to memorialize the testimony of cooperating witnesses.

The discovery cut-off date for SDI to take percipient discovery is June 6, 2015.

The parties state they have completed expert discovery.

Dated: November 10, 2014

_____
Curtis E.A. Karnow
Judge of The Superior Court

---

[2] The mechanism proposed may be of any sort, such as for example bifurcated bench trials, the use of an expedited jury trial (see CRC 3.1545 et seq.) to have a jury decide a key fact, an early determination of jury instructions, early resolution of an in limine motion, proceedings under CCP § 437c(s), and so on.

- 2 -