GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-SC<br>MDL No. 1917 |
| **This Documents Relates To:**<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*CompuCom Sys., Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06396-SC<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275-SC<br><br>*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC<br><br>*P.C. Richard & Son Long Island Corp. et al. v. Hitachi, Ltd. et al.*, No. 3:12-cv-02648-SC<br><br>*Schultze Agency Services, LLC v. Hitachi, Ltd. et al.*, No. 3:12-cv-02649-SC<br><br>*Sears, Roebuck and Co. et al. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC<br><br>[*continued on next page*] | **STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

1

*Target Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC

WHEREAS, Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") filed a Motion to Dismiss for Lack of Personal Jurisdiction on November 5, 2014 (ECF No. 2960) ("Motion");

WHEREAS, the Court previously ruled on Motions to Dismiss for Lack of Personal Jurisdiction, ECF No. 2437 and ECF No. 2611, and found that personal jurisdiction existed over other defendants;

WHEREAS, the Direct Action Plaintiffs (collectively "Plaintiffs") and CPT seek to avoid expending time and the Court's limited resources;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of CPT and Plaintiffs (the "Stipulating Parties"), that:

1.  The Court's prior rulings on March 13, 2014 (ECF No. 2437) and June 9, 2014 (ECF No. 2611) apply to CPT's Motion, and CPT's Motion is hereby denied;

2.  The Stipulating Parties preserve their right to appeal the denial of CPT's Motion, and all arguments, including arguments regarding whether those prior rulings are correct or incorrect, are preserved for appeal as to CPT's Motion.

///

///

///

///

///

///

2

STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
MASTER CASE NO. 07-CV-5944 SC

Dated:  December 12, 2014              /s/ *Rachel S. Brass*

Joel S. Sanders
Rachel S. Brass
Austin V. Schwing
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel:  415-393-8200
Fax: 415-393-8206

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*


/s/ *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 S. Pearl Street, 11th Floor
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665

*Liaison Counsel for the Direct Action Plaintiffs*


/s/  *David Martinez*

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
            dmartinez@rkmc.com
            jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402

3

Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
  kcwildfang@rkmc.com
  lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

/s/  Jason Murray

Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
  aheaven@crowell.com

*Counsel for Target Corp.*

/s/  Richard Arnold

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
  wblechman@knpa.com
  kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Civil Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

4

STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
MASTER CASE NO. 07-CV-5944 SC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                             Honorable Samuel Conti
                                             U.S. District Judge

# DECLARATION OF SERVICE

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date below, I served the within:

**STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on December 12, 2014. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on December 12, 2014, at San Francisco, California.

                                          /s/ *Joseph Hansen*
                                               Joseph Hansen

6

STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
MASTER CASE NO. 07-CV-5944 SC