```
F I L E D

DEC 12 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
```



Liberté • Égalité • Fraternité
RÉPUBLIQUE FRANÇAISE

MINISTÈRE DE LA JUSTICE

Paris, le

- 1 DEC. 2014

**DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU**

**BUREAU DE L'ENTRAIDE CIVILE
ET COMMERCIALE INTERNATIONALE**

D3 Référence à rappeler :
D3 / 283OP2014              000727

Dossier suivi par : Pauline Dubarry
Tél. : 0033.1.44.77.61.05
Fax : 0033.1.44.77.61.22
entraide-civile-internationale@justice.gouv.fr

United States District Court for the
Northern
District of California
San Francisco Division
450 Golden Gate Ave.
SAN FRANCISCO, C.A. 94102,
UNITED STATES OF AMERICA

For the attention of Hon. Samuel Conti

**OBJET :** Informations relatives à une demande d'obtention de preuves - Convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale

**AFFAIRE :** SHARP ELECTRONICS CORPORATION c/ TECHNICOLOR SA

**V/REF :** Master File N°. 3:07-civ-5944 SC
MDL No. 1917 (N.D. Cal)

J'ai l'honneur de vous informer avoir saisi le Procureur Général de Paris de la demande d'obtention de preuves formée le 19 novembre 2014 aux fins d'audition de quatre témoins.

Toutefois, je vous précise que l'Autorité Centrale n'est pas en mesure d'autoriser la transcription des dépositions des témoins en langue anglaise. Il appartiendra au juge saisi d'accepter ou non qu'il soit procédé à cette transcription en langue anglaise sans interprète. En effet, en vertu des dispositions de l'article 23 du Code de procédure civile, le juge n'est pas tenu de recourir à un interprète lorsqu'il connaît la langue dans laquelle s'expriment les parties. Dans le cas contraire, l'audition devra se dérouler en français en présence, si besoin est, d'un interprète dont l'intervention restera à la charge des parties, conformément aux dispositions de la convention visée en objet.

Par ailleurs, compte tenu de la date de réception de la demande, de l'ampleur de la requête et de la charge de travail des juridictions françaises, il n'est pas certain que la date de retour fixée au 9 mars 2015 puisse être respectée.

S'agissant de l'autorisation de faire participer un sténographe, sa présence ne paraît pas incompatible avec le droit interne mais les frais liés devraient être à la charge des parties.

De même, l'acceptation de la présence d'un vidéographe devra être appréciée par la juridiction chargée de l'exécution. Elle ne devra entraîner aucun coût supplémentaire pour la juridiction requise et en tout état de cause la seule retranscription ayant valeur officielle en France sera le procès-verbal d'audition en langue française.

**DACS**
13, place Vendôme
75042 Paris Cedex 01
Téléphone : 01 44 77 61 05
Télécopie : 01 44 77 61 22

.../...

      Je vous précise enfin que les documents d'exécution seront adressés par l'autorité centrale française à votre juridiction uniquement, et il vous appartiendra ensuite de les porter à la connaissance des parties.

      Le ministère de la justice français ne manquera pas de vous tenir informé de l'évolution de cette affaire.

L'Adjointe au Chef de Bureau

Sophie RODRIGUES

envelope

Liberté · Égalité · Fraternité
RÉPUBLIQUE FRANÇAISE

MINISTÈRE DE LA JUSTICE

PAR AVION

LETTRE

PRIORITAIRE

PARIS LOUVRE
PPDC
01 12 14
471 10 133736
DC84    758930

€ R.F.
001,75
LA POSTE
MC 631438

RECEIVED
DEC 12 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA