

Liberté • Égalité • Fraternité
**RÉPUBLIQUE FRANÇAISE**

MINISTÈRE DE LA JUSTICE

Paris, le

**FILED** -1 DEC. 2014

DEC 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU

BUREAU DE L'ENTRAIDE CIVILE
ET COMMERCIALE INTERNATIONALE

D3

Référence à rappeler :
D3 / 283OP2014

Dossier suivi par : Pauline Dubarry
Tél. : 0033.1.44.77.61.05
Fax : 0033.1.44.77.61.22
entraide-civile-internationale@justice.gouv.fr

Maître Alexander BLUMROSEN
BERNARD - HERTZ - BÉJOT
Société d'avocats
8, rue Morillo
75008 PARIS

07-5944 SC

**OBJET** : Informations relatives à une demande d'obtention de preuves - Convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale

**AFFAIRE** : SHARP ELECTRONICS CORPORATION c/ TECHNICOLOR SA

**V/REF.** : Master File No. 3:07-civ-5944SC MDL No 1917

Maître,

Je vous prie de bien vouloir trouver ci-joint copie du courrier adressé à la juridiction requérante dans l'affaire visée ci-dessus.

Je vous prie de croire, Maître, à l'assurance de ma considération distinguée.

L'Adjointe au Chef de Bureau

Sophie RODRIGUES

DACS
13, place Vendôme
75042 Paris Cedex 01
Téléphone : 01 44 77 61 05
Télécopie : 01 44 77 61 22