**FILED**

**DEC 1 2 2014**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



Paris, le   - 1 DEC. 2014

DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU

BUREAU DE L'ENTRAIDE CIVILE
ET COMMERCIALE INTERNATIONALE

D3

Référence à rappeler :
D3/283OP2014

Dossier suivi par : Pauline Dubarry
Tél. : 01 44 77 61 05
Fax : 01 44 77 61 22
✉ Entraide-civile-internationale@justice.gouv.fr

Monsieur le Procureur Général
près la Cour d'appel de Paris
34 quai des Orfèvres
75055 PARIS CEDEX 01

07-5944 SC

**OBJET :**   Transmission d'une demande d'obtention de preuves aux fins d'exécution

**CADRE JURIDIQUE :** Convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale

**DOCUMENTATION DE RÉFÉRENCE :**   www.entraide-civile-internationale.justice.gouv.fr

**AFFAIRE :**   SHARP ELECTRONICS CORPORATION c/ TECHNICOLOR SA

J'ai l'honneur de vous transmettre sous ce pli une <u>demande d'obtention de preuves *en matière civile et commerciale*</u> formée le 19 novembre 2014 par le tribunal de première instance du district nord de la Californie, division de San Francisco. Cette requête internationale vise à procéder à l'audition de quatre personnes qui seront invitées à répondre en tant que témoins dans le cadre du litige opposant les parties sus-mentionnées et qui sont domiciliés à Paris :

- Monsieur Emeric CHARAMEL domicilié 11, rue Lacépède 75005
- Monsieur Christian LISSOERGUES domicilié 11 boulevard Montmartre 75002
- Madame Agnès MARTIN domicilié c/o Imprimerie Nationale, 104 avenue du Président Kennedy, 75016
- Monsieur Didier TRUTT domicilié c/o Imprimerie Nationale, 58 boulevard Gouvion St-Cyr, 75858

En la matière, il appartient au ministère public de saisir le Président du tribunal conformément aux prescriptions de l'article 737 du code de procédure civile et de s'assurer du respect des principes directeurs du procès, étant rappelé que l'exécution d'une commission rogatoire est du **seul ressort d'un juge et que ce dernier ne peut en opérer subdélégation.**

.../...

DACS
13, place Vendôme
75042 Paris Cedex 01
Téléphone : 01 44 77 61 05
Télécopie : 01 44 77 61 22

A toutes fins, nous vous transmettons une copie du courrier adressé à la juridiction requérante sur lequel figurent les réserves émises par l'autorité centrale française concernant les formes spéciales sollicitées par la juridiction américaine.

Si le juge requis accepte d'exécuter la commission rogatoire internationale, il conviendra qu'il informe les avocats des parties mentionnés dans la commission rogatoire de la date, de l'heure et du lieu de l'audition des témoins, conformément à l'article 7 de la convention sus-visée.

Vous voudrez bien me retourner dans les meilleurs délais cette demande d'obtention de preuves accompagnée des actes auxquels elle aura donné lieu, **établis en double exemplaire et dactylographiés.**

L'Adjointe au Chef de Bureau

Sophie RODRIGUES