Donald L. Perelman, SBN: 99152
Gerard A. Dever, SBN: 85291
Matthew Duncan, SBN: 91686
FINE, KAPLAN AND BLACK, R.P.C.
One S. Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
Facsimile: (215) 568-5872

Mario N. Alioto, SBN: 56433
Lauren C. Capurro, SBN: 241151
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff Jeffrey Figone and the Class

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. M-07-5944 SC<br>MDL No. 1917<br><br>**NOTICE OF ASSOCIATION AND APPEARANCE OF COUNSEL FINE, KAPLAN AND BLACK, R.P.C.**<br><br>JUDGE:   Honorable Samuel Conti<br>CTRM:    1, 17th Floor |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Donald L. Perelman, Gerard A. Dever and Matthew Duncan of Fine, Kaplan and Black, R.P.C. are hereby associated and appear as additional counsel of record for Plaintiff Jeffrey Figone in *Figone v. LG Electronics, et al.*, Case No. 07-cv-06331-SC and on behalf of the Indirect Purchaser Class in the above-captioned action. Plaintiff Jeffrey Figone and the Class respectfully request that all pleadings and other documents be served upon them using the contact information set forth below:

| | |
|---|---|
| Donald L. Perelman<br>Fine, Kaplan and Black, R.P.C.<br>One S. Broad Street, 23rd Floor<br>Philadelphia, PA  19107<br>Telephone: (215) 567-6565<br>Facsimile:  (215) 568-5872<br>Email: dperelman@finekaplan.com | Gerard A. Dever<br>Fine, Kaplan and Black, R.P.C.<br>One S. Broad Street, 23rd Floor<br>Philadelphia, PA  19107<br>Telephone: (215) 567-6565<br>Facsimile: (215) 568-5872<br>Email: gdever@finekaplan.com |

Matthew Duncan
Fine, Kaplan and Black, R.P.C.
One S. Broad Street, 23rd Floor
Philadelphia, PA  19107
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
Email: mduncan@finekaplan.com

DATED:  December 15, 2014              Respectfully submitted,


 /s/ Lauren C. Capurro
LAUREN C. Capurro

Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:      (415) 563-7200
Facsimile:       (415) 346-0679
E-mail:           malioto@tatp.com
                       laurenrussell@tatp.com

1

NOTICE OF ASSOCIATION AND APPEARANCE; Master File No. M-07-5944 SC

      */s/ Donald L. Perelman*
Donald L. Perelman (99152)
Gerard A. Dever (85291)
Matthew Duncan (91686)
FINE, KAPLAN AND BLACK, R.P.C.
One S. Broad Street, 23rd Floor\
Philadelphia, PA  19107
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
Email: dperelman@finekaplan.com

Attorneys for Plaintiff Jeffrey Figone and the Class

2

NOTICE OF ASSOCIATION AND APPEARANCE; Master File No. M-07-5944 SC