Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656; | **ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR EXCESS PAGES** |
| *Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724; | |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | Judge: Hon. Samuel Conti |
| *Siegel v. Technicolor SA*, No. 13-cv-05261; | |
| *Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513; | |
| *Best Buy Co. v. Technicolor SA*, No. 13-cv-05264; | |
| *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275; | |

*Interbond Corp. of Am. v. Technicolor SA.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;

*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

*Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.,* No. 13-cv-02171;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-1173 SC;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510;

*All Indirect Purchaser Actions*.

**ADMINISTRATIVE MOTION PURUSANT TO L.R. 7-11 FOR EXCESS PAGES**

Pursuant to N.D. Cal. L.R. 7-11, Plaintiffs Dell Inc. and Dell Products L.P. (collectively "Dell"), on behalf of itself and all other Plaintiffs identified in the case caption, move the Court for leave to file a single, consolidated opposition limited to thirty-five (35) pages in response to two separate motions for summary judgment filed by the Philips Defendants.

On November 7, 2014, the Philips Defendants filed two separate motions for summary judgment: (1) Koninklijke Philips N.V. filed a Notice of Motion and Motion for Summary Judgment (MDL Dkt. #3040); and (2) Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips Do Brasil Ltda. filed a separate Notice of Motion and Motion for Partial Summary Judgment (MDL Dkt. #3027) (collectively, the "Philips Motions").

Plaintiffs are entitled to file a separate opposition to each of the two Philips Motions, for a combined total of fifty (50) pages (twenty-five (25) pages per opposition). Counsel for Dell requested that counsel for the Philips Defendants consent and stipulate to Plaintiffs filing a single, consolidated opposition to the Philips Motions, limited to thirty-five (35) pages – fifteen (15) pages fewer than if the Plaintiffs filed separate oppositions to the Philips Motions. After requesting a draft stipulation, Philips' counsel indicated that they could not agree to the request. *See* Ex. A (Declaration of Matthew Kent in Support of Administrative Motion Pursuant to L.R. 7-11 For Leave for Excess Pages). Plaintiffs were left with no other option but to seek relief from the Court.

Plaintiffs' administrative motion should be granted. A consolidated opposition brief would reduce the burden on the parties and the Court, particularly in light of the large volume of motions for summary judgment Defendants filed in this MDL. Accordingly, Plaintiffs request that the Court grant this Administrative Motion and allow Plaintiffs to file a single, consolidated opposition to the two Philips Motions limited to thirty-five (35) pages in lieu of two separate briefs totaling 50 pages.

DATED:  December 15, 2014

/s/ James M. Wagstaffe
James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

***Counsel for Dell Inc. and Dell Products L.P.***

\* \* \*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.