Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

***Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Best Buy Co. v. Technicolor SA*, No. 13-cv-05264;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv- | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF MATTHEW D. KENT IN SUPPORT PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR EXCESS PAGES**<br><br>Judge: Hon. Samuel Conti |

Case 4:07-cv-05944-JST   Document 3208-1   Filed 12/15/14   Page 2 of 4


06275;

*Interbond Corp. of Am. v. Technicolor SA.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;

*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

*Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.,* No. 13-cv-02171;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-1173 SC;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510;

*All Indirect Purchaser Actions*.

I, **MATTHEW D. KENT**, declare as follows:

1. I am a senior associate with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this declaration in support of Plaintiffs' Administrative Motion Pursuant to L.R. 7-11 For Excess Pages ("Administrative Motion").

I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3. On November 7, 2014, the Philips Defendants filed two separate motions for summary judgment: (1) Koninklijke Philips N.V. filed a Notice of Motion and Motion for Summary Judgment (MDL Dkt. #3040); and (2) Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips Do Brasil Ltda. filed a separate Notice of Motion and Motion for Partial Summary Judgment (MDL Dkt. #3027) (collectively, the "Philips Motions").

4. On December 1, 2014, Debra Bernstein and I conferred on a conference call with counsel for the Philips Defendants regarding Plaintiffs' request to file a single, consolidated opposition response brief limited to thirty-five (35) pages to the Philips Motions. Philips counsel stated that they would consider the issue and respond.

5. On December 8, 2014, I emailed Philips' counsel requesting a status update on our request for a stipulation.

6. On December 9, 2014, Philips' counsel requested a draft copy of the proposed stipulation.

7. On December 10, 2014, I emailed a copy of the draft stipulation for Philips consideration. In response to the draft stipulation, Philips' counsel indicated that their ability to agree to the stipulation was dependent on Plaintiffs' ability to respond to the two motions separately.

8. On December 15, 2014, I had a final meet and confer call with Philips' counsel concerning the proposed stipulation and counsel for Philips made clear they would not agree to the stipulation and we determined we were at an impasse.

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on December 15, 2014, in Atlanta, Georgia.

                  By:   <u>/s/ Matthew D. Kent</u>
                          Matthew D. Kent
                          matthew.kent@alston.com
                          **ALSTON & BIRD LLP**
                          1201 West Peachtree Street
                          Atlanta, Georgia 30309-3424
                          Tel: (404) 881-7000
                          Facsimile: (404) 881-7777

                          *Attorney for Plaintiffs Dell Inc. and Dell Products L.P*