| | |
|---|---|
| 1 | MARIO N. ALIOTO, SBN: 56433 |
|   | LAUREN C. CAPURRO, SBN: 241151 |
| 2 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
|   | 2280 Union Street |
| 3 | San Francisco, CA  94123 |
|   | Telephone:   (415) 563-7200 |
| 4 | Facsimile:    (415) 346-0679 |

*Attorneys for Plaintiff Jeffrey Figone*
*Lead Counsel for the Indirect Purchaser Plaintiffs*

FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza N.W., Suite 700
Albuquerque, NM 87102
Telephone:   (505) 842-9960
Facsimile:    (505) 842-0761

*Attorneys for Plaintiff Jeffrey Figone and*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF ASSOCIATION AND APPEARANCE OF COUNSEL FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | |

NOTICE OF ASSOCIATION AND APPEARANCE; Master File No. 07-cv-5944, MDL No. 1917

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joseph Goldberg, Vincent Ward, and Josh Ewing of Freedman Boyd Hollander Goldberg Urias & Ward P.A. are hereby associated and appear as additional counsel of record for Jeffrey Figone and the Indirect Purchaser Plaintiff Class in *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case no. CV-07-5944. Jeffrey Figone and the Indirect Purchaser Plaintiffs respectfully request that all pleadings and other documents be served upon Joseph Goldberg, Vincent Ward, and Josh Ewing using the contact information set forth below:

| Joseph Goldberg | Vincent J. Ward |
|---|---|
| FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A. | FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A. |
| 20 First Plaza N.W., Suite 700 | 20 First Plaza N.W., Suite 700 |
| Albuquerque, NM 87102 | Albuquerque, NM 87102 |
| Telephone: (505) 842-9960 | Telephone: (505) 842-9960 |
| Facsimile (505) 842-0761 | Facsimile (505) 842-0761 |
| Email: jg@fbdlaw.com | Email: vjw@fbdlaw.com |

Josh Ewing
FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.
20 First Plaza N.W., Suite 700
Albuquerque, NM 87102
Facsimile    (505) 842-0761
Facsimile    (505) 842-0761
Email: je@fbdlaw.com

DATED: December 16, 2014                    Respectfully submitted,

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

 */s/ Lauren C. Capurro*
LAUREN C. CAPURRO

Mario N. Alioto, SBN: 56433
Lauren C. Capurro, SBN: 241151
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

1

NOTICE OF ASSOCIATION AND APPEARANCE; Master File No. 07-cv-5944, MDL No. 1917

| | |
|---|---|
| 1 | E-mail: malioto@tatp.com |
| 2 | laurenrussell@tatp.com |
| 3 | FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A. |
| 4 | |
| 5 | /s/ Joseph Goldberg<br>JOSEPH GOLDBERG |
| 6 | Joseph Goldberg |
| 7 | Vincent Ward<br>Josh Ewing |
| 8 | FREEDMAN BOYD HOLLANDER<br>GOLDBERG URIAS & WARD P.A. |
| 9 | 20 First Plaza N.W., Suite 700 |
| 10 | Albuquerque, NM 87102<br>Telephone: (505) 842-9960 |
| 11 | Facsimile: (505) 842-0761<br>E-mail: jg@fbdlaw.com |
| 12 | vjw@fbdlaw.com<br>je@fbdlaw.com |
| 13 | |
| 14 | *Attorneys for Plaintiff Jeffrey Figone*<br>*Lead Counsel for the Indirect Purchaser Plaintiffs* |

2

NOTICE OF ASSOCIATION AND APPEARANCE; Master File No. 07-cv-5944, MDL No. 1917