1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   David Martinez, Bar No. 193183
3  DMartinez@rkmc.com
   2049 Century Park East, Suite 3400
4  Los Angeles, CA 90067-3208
   Telephone:  310-552-0130
5  Facsimile:   310-229-5800

6  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Elliot S. Kaplan, Bar No. 53624
7  ESKaplan@rkmc.com
   K. Craig Wildfang (*Pro Hac Vice*)
8  KCWildfang@rkmc.com
   Laura E. Nelson, Bar No. 231856
9  LENelson@rkmc.com
   800 LaSalle Avenue
10 2800 LaSalle Plaza
   Minneapolis, MN 55402
11 Telephone:  612-349-8500
   Facsimile:   612-339-4181
12
   Attorneys for Plaintiffs
13 BEST BUY CO., INC.; BEST BUY PURCHASING
   LLC; BEST BUY ENTERPRISE SERVICES, INC.;
14 BEST BUY STORES, L.P.; BESTBUY.COM,
   L.L.C.; and MAGNOLIA HI-FI, INC.
15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                         **SAN FRANCISCO DIVISION**
18

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br><br>[Honorable Samuel Conti]<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MAGNOLIA HI-FI, INC. AND WITHDRAWAL OF SUMMARY JUDGMENT MOTION AGAINST MAGNOLIA HI-FI, INC. (DKTS. 3004 AND 3019).** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC | |

Master Case No. 3:07-5944-SC

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MAGNOLIA HI-FI, INC.

25267097.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii), Plaintiff Magnolia Hi-Fi, Inc. hereby dismisses without prejudice the claims it has asserted in these actions.[1]

2. Defendants hereby withdraw their motion for summary judgment against Magnolia Hi-Fi, Inc. (Dkts. 3004 and 3019).

3. Each party shall bear its own attorney's fees and costs.

4. This stipulation does not affect the rights or claims of any other plaintiff against any other defendant or alleged co-conspirator in the above-captioned litigation.

Dated: December 17, 2014

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    /s/ Roman M. Silberfeld
     Roman M. Silberfeld
     David Martinez
     Laura E. Nelson

Attorneys for Plaintiffs BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC

**GIBSON, DUNN & CRUTCHER LLP**

By:    /s/    Joel S. Sanders
Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Austin Schwing (SBN 211696)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393.8200 (Phone)

---

[1] On March 13, 2014, the Court granted in part and denied in part Motions to Dismiss Magnolia Hi-Fi, Inc.'s Complaint filed by Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric") (Dkt. No. 2439) and Thomson SA and Thomson Consumer Electronics, Inc. (collectively the "Thomson Defendants") (Dkt. 2440). The Court dismissed Magnolia Hi-Fi, Inc.'s state law claim against Mitsubishi Electric and the Thomson Defendants with prejudice, but left Magnolia Hi-Fi, Inc's federal claims intact. In light of the Court's Order, Mitsubishi Electric and the Thomson Defendants join this stipulation only with respect to Magnolia Hi-Fi, Inc.'s federal claims.

- 1 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MAGNOLIA HI-FI, INC.

25267097.1

(415) 393.8306 (Facsimile)
JSanders@gibsondunn.com
RBrass@gibsondunn.com
ASchwing@gibsondunn.com

*Counsel for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) SDN. BHD.*

**KIRKLAND & ELLIS LLP**

By:  */s/* Eliot A. Adelson
KIRKLAND & ELLIS LLP
Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email:   eliot.adelson@kirkland.com
             max.cooper@kirkland.com

*Counsel for Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi America, Ltd.; Hitachi Asia, Ltd.; and Hitachi Electronic Devices (USA), Inc.*

**WHITE & CASE LLP**

By:       /s/  Christopher M. Curran
Christopher M. Curran (pro hac vice)
Lucius B. Lau (pro hac vice)
Dana E. Foster (pro hac vice)
WHITE & CASE LLP
701 Thirteenth Street N.W.
Washington, DC 20005
Tel:       202-626-3600
Fax:      202-639-9355
ccurran@whitecase.com
alau@whitecase.com
defoster@whitecase.com

*Counsel for Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.*

**WINSTON & STRAWN LLP**

By:     /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
Email: JKessler@winston.com
ALDO A. BADINI (SBN 257086)

- 2 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MAGNOLIA HI-FI, INC.

25267097.1

Email: ABadini@winston.com
EVA W. COLE (pro hac vice)
Email: EWCole@winston.com
MOLLY M. DONOVAN
Email: MMDonovan@winston.com
JENNIFER M. STEWART
Email: Jstewart@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (pro hac vice)
Email: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (pro hac vice)
Email: adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

**MUNGER, TOLLES & OLSON LLP**

By:  /s/ Jerome C. Roth
JEROME C. ROTH
jerome.roth@mto.com
HOJOON HWANG
hojoon.hwang@mto.com
MIRIAM KIM
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO
William.Temko@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MAGNOLIA HI-FI, INC.

25267097.1

*Electronics USA, Inc.*

**BAKER BOTTS L.L.P.**

By: /s/ John M. Taladay
John M. Taladay
Erik Koons
Charles Malaise
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
charles.malaise@bakerbotts.com

Jon V. Swenson
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Tel: (650) 739-7500
Fax: (650) 739-7699
jon.swenson@bakerbotts.com

*Counsel for Koninklijke Philips N.V. and Philips Electronics North America Corporation*

**JENNER & BLOCK LLP**

By: /s/ Terrence J. Truax
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

- 4 -

STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AS TO PLAINTIFF
MAGNOLIA HI-FI, INC.

25267097.1

**FAEGRE BAKER DANIELS LLP**

By: ___/s/ Kathy L. Osborn___
Kathy L. Osborn  (pro hac vice)
Ryan M. Hurley  (pro hac vice)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300
kathy.osborn@faegrebd.com
ryan.hurley@faegrebd.com

Calvin L. Litsey
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Tel: (650) 324-6700
calvin.litsey@faegrebd.com

Jeffrey S. Roberts
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Tel: (303) 607-3500
jeff.roberts@faegrebd.com

Stephen M. Judge
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Tel: (574) 234-4149
steve.judge@faegrebd.com

*Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)*

**SQUIRE PATTON BOGGS (US) LLP**

By: _/s/ Nathan Lane, III_
Nathan Lane, III (CA Bar No. 50961)
Mark C. Dosker (CA Bar No. 114789)
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887
E-mail:  nathan.lane@squiresanders.com
E-mail:  mark.dosker@squiresanders.com

Donald A. Wall (Pro Hac Vice)
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700

- 5 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MAGNOLIA HI-FI, INC.

25267097.1

Phoenix, Arizona 85004
Telephone: + 1 602 528 4005
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC*

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MAGNOLIA HI-FI, INC.

25267097.1