Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

*(Additional counsel for Stipulating Parties listed on*
*signature page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (SC) MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF RULE 30(b)(6) DEPOSITION OF THOMSON SA AND THOMSON CONSUMER ELECTRONICS, INC.** |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | Honorable Samuel Conti |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv- | |

05686;

*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510;

*Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-02058.

1    Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.;

2    Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.;

3    Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.;

4    BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;  Office Depot,

5    Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC

6    Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on

7    behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart

8    Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing

9    Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data

10   Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs"); Crago, d/b/a

11   Dash Computers, Inc.; Arch Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan

12   Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio

13   Spectrum, Inc.; and Wettstein and Sons, Inc., d/b/a Wettsteins's (collectively the "Direct

14   Purchaser Plaintiffs" or "DPPs"), and Thomson S.A. (n.k.a. Technicolor S.A.) have conferred by

15   and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS

16   FOLLOWS:

17       WHEREAS, there is pending in the United States District Court for the Northern District

18   of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

19   purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re:*

20   *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the

21   "MDL Proceedings");

22       WHEREAS, on October 23, 2014, the Court issued an Order granting DAPs' motion to

23   extend time for the taking of discovery from Thomson SA and Thomson Consumer Electronics,

24   Inc. ("Thomson Consumer"), extending the fact discovery deadline sixty (60) days to December

25   22, 2014, in all actions filed by the DAPs (Dkt. No. 2945) ("October 23 Order");

26       WHEREAS, in consultation with the Thomson Defendants, the DAPs and DPPs noticed

27   the Fed. R. Civ. P. 30(b)(6) depositions of Thomson SA and Thomson Consumer to occur on

28   December 18-19, 2014;

- 1 -

1      WHEREAS, the Thomson Defendants have been and are continuing to produce

2  documents in accordance with the October 23 Order and do not expect to be able to substantially

3  complete those productions until December 19, 2014;

4      WHEREAS, the DAPs, the DPPs, and the Thomson Defendants have conferred and

5  agreed to postpone the Fed. R. Civ. P. 30(b)(6) depositions until after the Thomson Defendants

6  have substantially completed production of all documents subject to the October 23 Order;

7      WHEREAS, the DAPs, the DPPs, and the Thomson Defendants have conferred and

8  agreed to reschedule the Fed. R. Civ. P. 30(b)(6) depositions of Thomson SA and Thomson

9  Consumer for January 8-9, 2015, on the condition that the Thomson Defendants substantially

10  complete their production of documents pursuant to the October 23 Order by December 19, 2014;

11      WHEREAS, the DAPs expressly reserve and do not waive any rights pertaining to

12  enforcement of the October 23 Order compelling the production of documents by Thomson SA;

13      WHEREAS, this stipulation is made without prejudice to the arguments made by the

14  parties in briefing related to the DAPs' motion to enforce the October 23 Order, and the DAPs

15  continue to seek all relief sought in its motion to enforce, and Thomson SA continues to seek all

16  relief sought in its response to the DAPs' motion to enforce;

17      WHEREAS, the Thomson Defendants have agreed to waive any argument that otherwise

18  might have been available to them that testimony they provide at their forthcoming Rule 30(b)(6)

19  depositions is inadmissible because the deposition occurred after the December 22, 2014 deadline

20  to complete discovery in all actions, but the Thomson Defendants reserve all other valid

21  objections regarding the admissibility of their Rule 30(b)(6) testimony.

22  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned

23  counsel as follows:

24  1.  The Rule 30(b)(6) depositions of Thomson SA and Thomson Consumer shall occur on

25      January 8-9, 2015, provided that the Thomson Defendants have substantially completed

26      their document productions by December 19, 2014 and the volume of documents

27      produced affords the DAPs and the DPPs a reasonable opportunity to review before

28      January 8, 2015;

2.  The DAPs expressly reserve and do not waive any rights pertaining to enforcement of the October 23 Order compelling the production of documents by Thomson SA, or to reserving all or part of their Rule 30(b)(6) deposition time after January 9, 2015 should Thomson SA not substantially complete their document productions by December 19, 2014, or if the volume of documents produced by December 19, 2014 does not afford the DAPs and the DPPs a reasonable opportunity to review before January 8, 2015;

3.  This stipulation is without prejudice to the arguments made by the parties in briefing related to the DAPs' motion to enforce the October 23 Order, and the DAPs continue to seek all relief sought in its motion to enforce, and Thomson SA continues to seek all relief sought in its response to the DAPs' motion to enforce;

4.  The Thomson Defendants hereby waive any argument that testimony they provide at their forthcoming Rule 30(b)(6) deposition is inadmissible because the deposition occurred after December 22, 2014; and

5.  The Thomson Defendants expressly reserve and do not waive all other valid deposition objections and evidentiary objections regarding the admissibility of their Rule 30(b)(6) testimony.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                          _____
                                                                                        Hon. Samuel Conti
                                                                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING OF RULE 30(B)(6) DEPOSITION
CASE NO. 07-5944 (SC); MDL NO. 1917

Dated:  December 17, 2014

FAEGRE BAKER DANIELS LLP

By: */s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and*
*Thomson Consumer Electronics, Inc.*

1

2                                                    */s/  Philip J. Iovieno*

3                                          Philip J. Iovieno
                                           Anne M. Nardacci
                                           BOIES, SCHILLER & FLEXNER LLP
4                                          30 South Pearl St., 11th Floor
                                           Albany, NY 12207
5                                          Telephone: (518) 434-0600
                                           Facsimile: (518) 434-0665
6                                          piovieno@bsfllp.com
                                           anardacci@bsfllp.com
7
                                           William Isaacson
8                                          Boies, Schiller & Flexner LLP
                                           5301 Wisconsin Ave. NW, Suite 800
9                                          Washington, D.C. 20015
                                           Telephone: (202) 237-2727
10                                         Facsimile: (202) 237-6131
                                           wisaacson@bsfllp.com
11
                                           Stuart Singer
12                                         Boies, Schiller & Flexner LLP
                                           401 East Las Olas Blvd., Suite 1200
13                                         Fort Lauderdale, FL 33301
                                           Telephone: (954) 356-0011
14                                         Facsimile: (954) 356-0022
                                           ssinger@bsfllp.com
15
                                           *Liaison Counsel for Direct Action Plaintiffs and*
16                                         *Tech Data*

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING OF RULE 30(B)(6) DEPOSITION
CASE NO. 07-5944 (SC); MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@tcolaw.com
jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of*
*America, Inc.*

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING OF RULE 30(B)(6) DEPOSITION
CASE NO. 07-5944 (SC); MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/  David Martinez*

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
         dmartinez@rkmc.com
         jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
         kcwildfang@rkmc.com
         lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy
Purchasing LLC, Best Buy Enterprise Services, Inc.,
Best Buy Stores, L.P., BestBuy.com, L.L.C., and
Magnolia Hi-Fi, LLC.*

- 7 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/  David J. Burman*

David J. Burman
Cori G. Moore
Eric J. Weiss
Nicholas H. Hesterberg
Steven D. Merriman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
            CGmoore@perkinscoie.com
            EWeiss@perkinscoie.com
            NHesterberg@perkinscoie.com
            SMerriman@perkinscoie.com

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415) 344-7120
Facsimile:   (415) 344-7320
Email:  JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale
Corporation*

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING OF RULE 30(B)(6) DEPOSITION
CASE NO. 07-5944 (SC); MDL NO. 1917

/s/  *Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593
Email:  rturken@bilzin.com
               swagner@bilzin.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
Email:  ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com
               anardacci@bsfllp.com

*Attorneys for Plaintiffs Tech Data Corporation and
Tech Data Product Management*

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING OF RULE 30(B)(6) DEPOSITION
CASE NO. 07-5944 (SC); MDL NO. 1917

1

*/s/  Lee Godfrey*

2       H. Lee Godfrey
        Kenneth S. Marks
        Jonathan J. Ross
3       Johnny W. Carter
        David M. Peterson
4       SUSMAN GODFREY L.L.P.
        1000 Louisiana Street, Suite 5100
5       Houston, TX 77002
        Telephone:  (713) 651-9366
6       Facsimile:   (713) 654-6666
        Email:  lgodfrey@susmangodfrey.com
7                   kmarks@susmangodfrey.com
                    jross@susmangodfrey.com
8                   jcarter@susmangodfrey.com
                    dpeterson@susmangodfrey.com
9
        Parker C. Folse III
10      Rachel S. Black
        Jordan Connors
11      SUSMAN GODFREY L.L.P.
        1201 Third Avenue, Suite 3800
12      Seattle, WA 98101-3000
        Telephone:  (206) 516-3880
13      Facsimile:   (206) 516-3883
        Email:  pfolse@susmangodfrey.com
14      rblack@susmangodfrey.com
        jconnors@susmangodfrey.com
15
        *Counsel for Plaintiff Alfred H. Siegel, solely in his*
16      *capacity as Trustee of the Circuit City Stores, Inc.*
        *Liquidating Trust*
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING OF RULE 30(B)(6) DEPOSITION
CASE NO. 07-5944 (SC); MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/  Jason Murray*

Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 443-5582
Facsimile:   (213) 622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:  jmurphy@crowell.com
            aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING OF RULE 30(B)(6) DEPOSITION
CASE NO. 07-5944 (SC); MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_/s/  Richard Arnold_

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

*/s/ Guido Saveri*

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Travis L. Manfredi (281779)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser
Plaintiffs*

## E-FILING ATTESTATION

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the

**Stipulation and [Proposed] Order Regarding Scheduling of Rule 30(b)(6) Deposition of**

**Thomson SA and Thomson Consumer Electronics, Inc.**  In compliance with Civil Local Rule

5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated:  December 17, 2014                    */s/ Craig A. Benson*
                                              Craig A. Benson

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING OF RULE 30(B)(6) DEPOSITION
CASE NO. 07-5944 (SC); MDL NO. 1917