Michael Lacovara (209279)
michael.lacovara@freshfields.com
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone:     212 277 4000
Facsimile:     212 277 4001

Terry Calvani (53260)
terry.calvani@freshfields.com
Richard Snyder (*pro hac vice*)
richard.snyder@freshfields.com
Christine Laciak (*pro hac vice*)
christine.laciak@freshfields.com
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC  20005-3960
Telephone:     202 777 4500
Facsimile:     202 777 4555

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, L.L.C.; and Magnolia Hi-Fi, LLC (collectively, "Best Buy") and Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") as follows:

1. Best Buy's claims against BMCC in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2. BMCC's Motions for Summary Judgment [MDL Dkt. 2987, 2990] are withdrawn as to Best Buy.

3. Each party shall bear its own attorneys' fees and costs.

4. This stipulation does not affect the rights or claims of Best Buy against any other defendant or alleged co-conspirator in this litigation.

5. WHEREFORE, the undersigned parties respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

Dated: December 18, 2014

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Richard Snyder
Richard Snyder (*pro hac vice*)
Terry Calvani (53260)
Christine Laciak (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
Email: christine.laciak@freshfields.com

Michael Lacovara (209279)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: 212 277 4000
Facsimile: 212 277 4001
Email: michael.lacovara@freshfields.com

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
(Case No. 3:07-cv-05944)

2

| | |
|---|---|
| Dated: December 18, 2014 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br><br>By:   /s/ David Martinez<br>David Martinez<br>2049 Century Park East,<br>Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: 310 552 0130<br>Email: david.martinez@rkmc.com<br><br>*Attorneys for Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, L.L.C.; and Magnolia Hi-Fi, LLC* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
(Case No. 3:07-cv-05944)

3

**CERTIFICATE OF SERVICE**

I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the within action. I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, 700 13th Street, NW, 10th Floor, Washington, DC 20005.

On December 18, 2014, I caused a copy of the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** to be filed electronically via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dated:  December 18, 2014                    FRESHFIELDS BRUCKHAUS
                                              DERINGER US LLP

                                              By: /s/ *Richard Snyder*
                                                  Richard Snyder (admitted *pro hac vice*)
                                                  Freshfields Bruckhaus Deringer
                                                   US LLP
                                                  Email: richard.snyder@freshfields.com
                                                  700 13th Street, NW, 10th Floor
                                                  Washington, DC  20005
                                                  Tel: (202) 777-4565
                                                  Fax: (202) 777-4555

                                              ***Attorney for Defendant Beijing
                                              Matsushita Color CRT Co., Ltd.***