# EXHIBIT 16

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL
CRAIG A. BENSON
PATRICK S. CAMPBELL
CHARLES E. DAVIDOW
KENNETH A. GALLO
MARK F. MENDELSOHN
JANE B. O'BRIEN
ALEX YOUNG K. OH
JOSEPH J. SIMONS
ALEXANDRA M. WALSH
BETH A. WILKINSON

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*
ALLAN J. ARFFA
ROBERT A. ATKINS*
JOHN F. BAUGHMAN*
LYNN B. BAYARD*
DANIEL J. BELLER
MITCHELL L. BERG*
MARK S. BERGMAN
BRUCE BIRENBOIM*
H. CHRISTOPHER BOEHNING*
ANGELO BONVINO*
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN*
SUSANNA M. BUERGEL*
JESSICA S. CAREY*
JEANETTE K. CHAN*
YVONNE Y. F. CHAN*
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH*
CHRISTOPHER J. CUMMINGS*
DOUGLAS R. DAVIS*
THOMAS V. DE LA BASTIDE III*
ARIEL J. DECKELBAUM*
ALICE BELISLE EATON*
ANDREW J. EHRLICH*
GREGORY A. EZRING*
LESLIE GORDON FAGEN
MARC FALCONE*
ROSS A. FIELDSTON*
ANDREW C. FINCH
BRAD J. FINKELSTEIN*
BRIAN P. FINNEGAN*
ROBERTO FINZI
PETER E. FISCH*
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY*
HARRIS B. FREIDUS*
MANUEL S. FREY*
ANDREW L. GAINES*
MICHAEL E. GERTZMAN*
ADAM M. GIVERTZ*
SALVATORE GOGLIORMELLA*
ROBERT D. GOLDBAUM*
NEIL GOLDMAN*
ERIC GOODISON*
CHARLES H. GOOGE, JR.*
ANDREW G. GORDON*
UDI GROFMAN*
NICHOLAS GROOMBRIDGE*
BRUCE A. GUTENPLAN*
GAINES GWATHMEY, III
ALAN S. HALPERIN*
JUSTIN G. HAMILL*
CLAUDIA HAMMERMAN*
GERARD E. HARPER
BRIAN S. HERMANN*
ROBERT M. HIRSH*
MICHELE HIRSHMAN*
MICHAEL S. HONG*
DAVID S. HUNTINGTON*
LORETTA A. IPPOLITO*
JAREN JANGHORBANI*
MEREDITH J. KANE*
ROBERTA A. KAPLAN*
BRAD S. KARP*
PATRICK N. KARSNITZ*
JOHN C. KENNEDY*
BRIAN KIM*
ALAN W. KORNBERG
DANIEL J. KRAMER*
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL*
XIAOYU GREG LIU*
JEFFREY D. MARELL*
MARCO V. MASOTTI*
EDWIN S. MAYNARD*
DAVID W. MAYO
ELIZABETH R. McCOLM*
WILLIAM B. MICHAEL*
TOBY S. MYERSON*
CATHERINE NYARADY*
BRAD R. OKUN*
KELLEY D. PARKER*
MARC E. PERLMUTTER*
VALERIE E. RADWANER*
CARL L. REISNER
LORIN L. REISNER*
WALTER G. RICCIARDI
WALTER RIEMAN*
RICHARD A. ROSEN
ANDREW N. ROSENBERG*
JACQUELINE P. RUBIN*
RAPHAEL M. RUSSO*
ELIZABETH M. SACKSTEDER*
JEFFREY D. SAFERSTEIN*
JEFFREY B. SAMUELS*
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER*
ROBERT B. SCHUMER*
JAMES H. SCHWAB*
JOHN M. SCOTT*
STEPHEN J. SHIMSHAK*
DAVID R. SICULAR*
MOSES SILVERMAN
STEVEN SIMKIN*
MARILYN SOBEL
AUDRA J. SOLOWAY*
SCOTT M. SONTAG*
TARUN M. STEWART*
ERIC ALAN STONE*
AIDAN SYNNOTT*
ROBYN F. TARNOFSKY*
MONICA K. THURMOND*
DANIEL J. TOAL*
LIZA M. VELAZQUEZ*
MARIA T. VULLO*
LAWRENCE G. WEE*
THEODORE V. WELLS, JR.
STEVEN J. WILLIAMS*
LAWRENCE I. WITDORCHIC*
MARK B. WLAZLO*
JULIA TM WOOD
JORDAN E. YARETT*
KAYE N. YOSHINO*
TONG YU*
TRACEY A. ZACCONE*
T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

WRITER'S DIRECT DIAL NUMBER

(202) 223-7343

WRITER'S DIRECT FACSIMILE

(202) 223-7410

WRITER'S DIRECT E-MAIL ADDRESS

cbenson@paulweiss.com

November 24, 2014

By Email

Kathy L. Osborn
Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750

Re:     Document Production in MDL No. 1917

Dear Kathy:

    We are responding to the letter you sent us yesterday, on Sunday afternoon, November 23, 2014. As a threshold matter, we do not understand your reference to "again" requesting our cooperation, since all of the information in your letter is new to us, and you have not previously requested a list of search terms or any other such information from the Plaintiffs.

    We are willing to work with you to minimize the delays that have resulted from your client's failure to comply with its discovery obligations. At the outset, however, we must make clear to our willingness to engage in a dialogue with you on these topics should not, in any way, be interpreted to suggest that we believe it is appropriate for Thomson SA not to have already thought through these issues, or to have undertaken and completed these tasks. Accordingly, do not include in any motions

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn                                                      2

papers any suggestion that DAPs find your proposal an acceptable vehicle for providing this long-overdue discovery, or that any part of Thomson SA's delay in completing its review and production is the result of its conferring with the DAPs about these issues.

**Search terms.** We are willing to provide you with suggestions for non-exhaustive search terms to help you identify documents responsive to Category 1 (the document requests cited in our papers relating to and comprising communications or meetings with competitors or co-conspirators) and Category 3 (the document requests cited in our papers related to the disposition of Thomson's CRT business). We will compile such a list and provide them to you within a day.

In a similar vein, we ask that you provide the following information within a day. How much of the "1.6 terabytes" you collected in imaging "entire servers" consists of documentary and similar files (for example, files in Word, PowerPoint or Excel format, and Outlook or other email files) as opposed to system files? How much consists of files from the period 1995-2007? And who are the custodians whose files you collected? It may be possible to prioritize the production based on some or all of this data.

As for your request for assistance with search terms, and as with any exercise involving search terms, we expect that there is information that we may not know but that people within Thomson SA may be able to provide you, regarding in-house abbreviations, terms of art, nicknames, buzz words, and the like. (Moreover, any terms would need to be translated to capture their French equivalents.) Our suggestions therefore should not be a substitute for Thomson SA's compiling its own list of terms to search, in order to identify the documents it reasonably believes may be responsive to the document requests that fall into Categories 1 and 3.

We also note that it is our experience that, in crafting any list of search terms, it may be necessary to engage in several iterations, to eliminate or refine terms that result disproportionately in "false hits" and to capture unique terms that only become evident upon review of the documents. Accordingly, any suggestions regarding search terms would have to be without prejudice to request additional or more refined search terms.

We do not, however, agree that it makes sense, at this stage, for Thomson SA to engage in a document-by-document review – to which you allude in the last paragraph of your letter – to confirm that documents hitting search terms "are indeed responsive and not privileged." As for privilege, Thomson SA can conduct a simple review by using key screening terms and names to identify likely privileged communications. Otherwise, the Protective Order governing discovery in the case already includes a "clawback" provision permitting any party to demand the return of any privileged documents.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kathy L. Osborn                                                                                                       3

    As for responsiveness, we believe that, at this stage, there are any number of ways that Thomson SA can get comfortable with the integrity of its search terms short of conducting a document-by-document review. This could include spot-checks of the database to identify the search terms that yield the highest number of false-positives, or reviewing only documents that contain a small number of hits on a search that includes all of the terms. Otherwise, it is our position that once Thomson SA has alighted on its appropriate search terms, it should produce all documents that hit on those terms in the interests of efficiency and expediency and not insist on a document-by-document review.

    It would, of course, be worthwhile for us to understand how the documents were collected, to understand if there are certain files types, custodians, date ranges, etc., that can be eliminated or prioritized for review. (We agree, for example, that the Working Data Set need not include any system, application, and other non-data containing files, to the extent those file types can be segregated from the set.) You have not otherwise informed us what universe of data was mined that resulted in 2.5 million stand-alone files of emails, nor what date ranges, and the like.

    **Concession of personal jurisdiction.** Finally, with respect to documents that are solely related to Category 2 and do not overlap with Categories 1, 3, or 4, we wish to clarify that any concession of personal jurisdiction vis-à-vis Thomson SA would need to include a concession (documented in an appropriate Stipulation to be entered by the Court) that Thomson SA will not contest, in France or in any other country, the enforceability of a judgment of this Court against Thomson SA. We are working on appropriate language for the Stipulation. Meanwhile, please confirm your agreement in principle that the Stipulation as to jurisdiction will remain effective at the stage of enforcing this Court's judgment.

    We look forward to your prompt response.

                  Very truly yours,

                  */s/ Craig A. Benson*

                  Craig A. Benson