# EXHIBIT 18

1  (*Stipulating parties listed on signature page*)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING PERSONAL JURISDICTION OVER THOMSON SA** |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | Judge: Hon. Samuel Conti |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv- 05686; | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | |
| *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | |

1
2  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;
3
4  *Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-02058.
5
6   Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.;
7  Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.;
8  Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.;
9  BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot,
10 Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC
11 Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on
12 behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart
13 Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing
14 Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data
15 Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs"), and Thomson
16 S.A. (n.k.a. Technicolor S.A.) have conferred by and through their counsel and, subject to the
17 Court's approval, HEREBY STIPULATE AS FOLLOWS:
18  WHEREAS, there is pending in the United States District Court for the Northern District
19 of California a multidistrict consolidated proceeding comprised of actions brought on behalf of
20 purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re:*
21 *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the
22 "MDL Proceedings");
23  WHEREAS, Sharp filed on March 15, 2013, a Complaint naming Thomson SA as a
24 Defendant (Dkt. No. 1, Case No. 3:13-cv-01173 SC), on October 28, 2013, a First Amended
25 Complaint also naming Thomson SA as a Defendant (Dkt. No. 2030), and on April 2, 2014, a
26 Second Amended Complaint also naming Thomson SA as a Defendant, now pending in this
27 MDL (Dkt. No. 2520);
28  WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now

| | |
|---|---|
| 1 | pending in this MDL, naming Thomson SA as a Defendant; |
| 2 | WHEREAS, on July 3, 2013, Thomson SA filed a Notice of Motion and Motion to |
| 3 | Dismiss Sharp's Complaint for Lack of Personal Jurisdiction (Dkt. No. 1765); |
| 4 | WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion to |
| 5 | Dismiss Sharp's First Amended Complaint (Dkt. No. 2235); |
| 6 | WHEREAS, on January 27, 2014, Thomson SA filed a Notice of Motion and Motion to |
| 7 | Dismiss the DAPs' Complaints (Dkt. No. 2355); |
| 8 | WHEREAS, on February 7, 2014, Thomson SA filed a Notice of Motion and Motion to |
| 9 | Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2373); |
| 10 | WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying |
| 11 | in part Thomson SA's Motions to Dismiss Sharp's First Amended Complaint and the DAPs' |
| 12 | Complaints or First Amended Complaints, finding that it has specific personal jurisdiction over |
| 13 | Thomson SA (Dkt. No. 2440); |
| 14 | WHEREAS, on March 28, 2014, the Court issued an Order granting in part and denying |
| 15 | in part Thomson SA' Motion to Strike with Prejudice Tech Data's First Amended Complaint, |
| 16 | dismissing Tech Data's state-law claims but denying the motions with respect to its federal |
| 17 | claims, and finding that it has specific personal jurisdiction over Thomson SA (Dkt. No. 2507); |
| 18 | WHEREAS, Thomson SA has agreed that it will not contest personal jurisdiction, or resist |
| 19 | recognition and enforcement of any judgment in this matter in any forum in the world by |
| 20 | asserting the lack of jurisdiction of this Court, in return for not having to produce documents |
| 21 | solely related to personal jurisdiction in the United States (whether compelled through the Hague |
| 22 | Evidence Convention in compliance with the French Blocking Statute or otherwise); |
| 23 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as |
| 24 | follows: |
| 25 | 1. Thomson SA has appeared in this action and admits that this Court has personal |
| 26 |     jurisdiction over Thomson SA in the United States for this action; |
| 27 | 2. Thomson SA admits that it had sufficient minimum contacts with the United States |
| 28 |     between at least 1995 and 2007 for it to be subject to specific personal jurisdiction in the |

    United States;

3. Thomson SA admits that there is a nexus and connection between this dispute and the United States; and

4. Thomson SA further admits that Plaintiffs' choice of forum in the United States is appropriate and not fraudulent.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____          _____
                                                                       Hon. Samuel Conti
                                                                    United States District Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  December [ ], 2014 | FAEGRE BAKER DANIELS LLP |
| 3 | | By:_____ |
| 4 | | Kathy L. Osborn (*pro hac vice*) |
| | | Ryan M. Hurley (*pro hac vice*) |
| 5 | | Faegre Baker Daniels LLP |
| | | 300 N. Meridian Street, Suite 2700 |
| 6 | | Indianapolis, IN  46204 |
| | | Telephone: (317) 237-0300 |
| 7 | | Facsimile: (317) 237-1000 |
| | | kathy.osborn@FaegreBD.com |
| 8 | | ryan.hurley@FaegreBD.com |
| 9 | | Jeffrey S. Roberts (*pro hac vice*) |
| | | Faegre Baker Daniels LLP |
| 10 | | 3200 Wells Fargo Center |
| | | 1700 Lincoln Street |
| 11 | | Denver, CO  80203 |
| | | Telephone: (303) 607-3500 |
| 12 | | Facsimile:  (303) 607-3600 |
| | | jeff.roberts@FaegreBD.com |
| 13 | | |
| | | Stephen M. Judge (*pro hac vice*) |
| 14 | | Faegre Baker Daniels LLP |
| | | 202 S. Michigan Street, Suite 1400 |
| 15 | | South Bend, IN  46601 |
| | | Telephone: +1 574-234-4149 |
| 16 | | Facsimile:  +1 574-239-1900 |
| | | steve.judge@FaegreBd.com |
| 17 | | |
| | | Calvin L. Litsey (SBN 289659) |
| 18 | | Faegre Baker Daniels LLP |
| | | 1950 University Avenue, Suite 450 |
| 19 | | East Palo Alto, CA  94303-2279 |
| | | Telephone: (650) 324-6700 |
| 20 | | Facsimile: (650) 324-6701 |
| | | calvin.litsey@FaegreBD.com |
| 21 | | |
| | | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

/s/ Philip J. Iovieno
_____

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

William Isaacson
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

Stuart Singer
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Tech Data*


/s/ Craig Benson
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

/s/ David Martinez
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
       dmartinez@rkmc.com
       jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
       kcwildfang@rkmc.com
       lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

/s/ David J. Burman
David J. Burman
Cori G. Moore
Eric J. Weiss
Nicholas H. Hesterberg
Steven D. Merriman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000
Email:  DBurman@perkinscoie.com
            CGmoore@perkinscoie.com
            EWeiss@perkinscoie.com
            NHesterberg@perkinscoie.com
            SMerriman@perkinscoie.com

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415) 344-7120
Facsimile:  (415) 344-7320
Email:  JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*


    /s/ Scott N. Wagner
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593
Email:  rturken@bilzin.com
            swagner@bilzin.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
Email:  ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
      anardacci@bsfllp.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management*

/s/ Lee Godfrey
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@susmangodfrey.com
      kmarks@susmangodfrey.com
      jross@susmangodfrey.com
      jcarter@susmangodfrey.com
      dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/ Jason Murray
Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

/s/ Richard Arnold
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
       wblechman@knpa.com
       kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.