# EXHIBIT 19

# Roberts, Jeffrey S.

| | |
|---|---|
| **From:** | Roberts, Jeffrey S. |
| **Sent:** | Friday, December 05, 2014 4:11 PM |
| **To:** | Lueptow, Jacqueline V (jlueptow@paulweiss.com); cbenson@paulweiss.com |
| **Cc:** | Osborn, Kathy L.; Hurley, Ryan M.; Judge, Stephen M. |
| **Subject:** | CRT Discovery Matters |
| **Attachments:** | Proposed Stipulation on Thomson SA Personal Jurisdiction - Thomson SA revisions.DOCX |

Jaci,

Please find attached our edits to the proposed stipulation. These edits reflect our agreement not to contest the Court's personal jurisdiction over Thomson SA for purposes of this action, but eliminate content that is either redundant or extends beyond the personal jurisdiction issue the stipulation is intended to address. We also propose that the stipulation be expanded to include the Direct Purchaser Plaintiffs.

Best,

**Jeff Roberts**
*Associate*
jeff.roberts@FaegreBD.com
**Direct:** +1 303 607 3792
FaegreBD.com   Download vCard
**FAEGRE BAKER DANIELS LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532, USA

> **From:** "Lueptow, Jacqueline V" <jlueptow@paulweiss.com>
> **Date:** December 3, 2014 at 8:53:20 PM EST
> **To:** "Benson, Craig A" <cbenson@paulweiss.com>, "Osborn, Kathy L." <Kathy.Osborn@faegrebd.com>, "Pentelovitch, Norman H" <npentelovitch@paulweiss.com>, "Gallo, Kenneth A" <kgallo@paulweiss.com>, "Ball, David J" <dball@paulweiss.com>, "Warren, Blaise" <bwarren@paulweiss.com>
> **Subject: RE: CRT Discovery Matters**
>
> Kathy,
>
> Attached is the draft language for a stipulation concerning Thomson SA's waiver of personal jurisdiction in exchange for not producing documents solely related to Category 2.
>
> We look forward to your prompt response.
>
> Best regards,
> Jaci
>
> **Jacqueline Lueptow** | Associate - Admitted only in New York - *Not a member of the DC Bar. Supervised by a member of the DC Bar.
> **Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1

2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7469 (Direct Phone) | (202) 330-5937 (Direct Fax)
jlueptow@paulweiss.com | www.paulweiss.com


**From:** Benson, Craig A
**Sent:** Tuesday, December 02, 2014 4:33 PM
**To:** Osborn, Kathy L.; Pentelovitch, Norman H; Gallo, Kenneth A; Ball, David J; Warren, Blaise; Lueptow, Jacqueline V
**Subject:** RE: CRT Discovery Matters

Kathy,

We received the letter you sent last Tuesday night. We had already emailed you that evening a set of preliminary search terms and threads for you to consider. A week has now passed. Please let us know what progress your team has made and when we can expect documents.

At the least, please produce to us by Friday the documents you have collected from the following specific custodians you listed in your letter: Agnes Martin, Didier Trutt, Emeric Charamel, Christian Lissorgues, Xavier Bonjour, and Christian Bozzi. If you have not already run search terms on those documents, we are happy to have you produce to us all of their custodial documents, and we can perform searches on our own. As we indicated, we are already bound by the clawback provision within the Protective Order, which protects any documents that may be subject to privilege.

Finally, we will send you the draft language for a stipulation on personal jurisdiction shortly.

Best regards,
Craig Benson



**Craig Benson** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
(202) 223-7343 (Direct Phone) | (202) 204-7343 (Direct Fax)
cbenson@paulweiss.com | www.paulweiss.com


**From:** Osborn, Kathy L. [mailto:Kathy.Osborn@faegrebd.com]
**Sent:** Tuesday, November 25, 2014 9:17 PM
**To:** Benson, Craig A; Pentelovitch, Norman H; Gallo, Kenneth A; Ball, David J; Warren, Blaise; Lueptow, Jacqueline V
**Subject:** CRT Discovery Matters

Counsel,

Please see the attached letter regarding your inquiries.

Sincerely,

2

**Kathy L. Osborn**
*Partner*
kathy.osborn@FaegreBD.com

**Direct:** +1 317 237 8261
**Mobile:** +1 317 694 0862

FaegreBD.com   Download vCard

**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

1  (Stipulating parties listed on signature page)

2  UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA

4  SAN FRANCISCO DIVISION

5

6
7  IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,

   No. 07-cv-5944-SC
   MDL No. 1917

8
9  This Document Relates to:

   STIPULATION AND [PROPOSED] ORDER REGARDING PERSONAL JURISDICTION OVER THOMSON SA

10 *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;

11 *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

   Judge: Hon. Samuel Conti

12
13 *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

14
15 *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

16
17 *Target Corp. v. Technicolor SA, et al.*, No. 13-cv- 05686;

18
19 *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;

20 *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

21
22 *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

23
24 *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

25
26
27 *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

28 *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

<u>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, 3:14cv-02510.</u>

*Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-02058.

Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs"), <u>Crago, d/b/a Dash Computers, Inc.; Arch Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc., d/b/a Wettsteins's (collectively the "Direct Purchaser Plaintiffs" or "DPPs"),</u> and Thomson S.A. (n.k.a. Technicolor S.A.) have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, Sharp filed on March 15, 2013, a Complaint naming Thomson SA as a

1  Defendant (Dkt. No. 1, Case No. 3:13-cv-01173 SC), on October 28, 2013, a First Amended
2  Complaint also naming Thomson SA as a Defendant (Dkt. No. 2030), and on ~~April 2~~June 13,
3  2014, a Second Amended Complaint also naming Thomson SA as a Defendant, now pending in
4  this MDL (Dkt. No. ~~2520~~2621);
5      WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now
6  pending in this MDL, naming Thomson SA as a Defendant;
7      WHEREAS, the DPPs have filed an Amended Class Action Complaint, which is now
8  pending in this MDL, naming Thomson SA as a Defendant (Case No. 14-cv-02058, Dkt. No. 34);
9      WHEREAS, on July 3, 2013, Thomson SA filed a Notice of Motion and Motion to
10 Dismiss Sharp's Complaint for Lack of Personal Jurisdiction (Dkt. No. 1765);
11     WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion to
12 Dismiss Sharp's First Amended Complaint (Dkt. No. 2235);
13     WHEREAS, on January 27, 2014, Thomson SA filed a Notice of Motion and Motion to
14 Dismiss the DAPs' Complaints (Dkt. No. 2355);
15     WHEREAS, on February 7, 2014, Thomson SA filed a Notice of Motion and Motion to
16 Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2373);
17     WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying
18 in part Thomson SA's Motions to Dismiss Sharp's First Amended Complaint and the DAPs'
19 Complaints or First Amended Complaints, finding that it has specific personal jurisdiction over
20 Thomson SA (Dkt. No. 2440);
21     WHEREAS, on March 28, 2014, the Court issued an Order granting in part and denying
22 in part Thomson SA' Motion to Strike with Prejudice Tech Data's First Amended Complaint,
23 dismissing Tech Data's state-law claims but denying the motions with respect to its federal
24 claims, and finding that it has specific personal jurisdiction over Thomson SA (Dkt. No. 2507);
25     WHEREAS, on May 30, 2014, Thomson SA and the DPPs filed a stipulation preserving
26 any arguments for appellate purposes all motions raised in the MDL to date (Dkt. No. 2600), and
27 on June 12, 2014 the Court granted that stipulation (Dkt. No. 2616);
28     WHEREAS, on July 25, 2014, Thomson SA and ViewSonic Corporation filed a

1  stipulation preserving any arguments for appellate purposes all motions raised in the MDL to date
2  (Dkt. No. 2708), and on July 30, 2014 the Court granted that stipulation (Dkt. No. 2720);
3      WHEREAS, Thomson SA has agreed that it will not contest personal jurisdiction <u>as it</u>
4  <u>relates to the above referenced matters on appeal</u>, ~~or resist recognition and enforcement of any~~
5  ~~judgment in this matter in any forum in the world by asserting the lack of jurisdiction of this~~
6  ~~Court~~, in return for not having to produce documents solely related to personal jurisdiction in the
7  United States (whether compelled through the Hague Evidence Convention in compliance with
8  the French Blocking Statute or otherwise);
9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as
10  follows:

11   1. <u>1.</u> ~~1.~~ Thomson SA has appeared in this action and <u>agrees that it will not contest on</u>
12      <u>appeal this Court's</u> ~~admits that this Court has~~ personal jurisdiction over Thomson SA in
13      the United States for this action <u>only</u>;
14   <u>2.</u> ~~1.2.~~ DAPs and DPPs agree that they will not seek the production of documents solely
15      related to personal jurisdiction in the United States whether compelled through the Hague
16      Evidence Convention in compliance with the French Blocking Statute or otherwise.
17   ~~2. Thomson SA admits that it had sufficient minimum contacts with the United States~~
18      ~~between at least 1995 and 2007 for it to be subject to specific personal jurisdiction in the~~
19      ~~United States;~~
20   ~~3. Thomson SA admits that there is a nexus and connection between this dispute and the~~
21      ~~United States; and~~
22   ~~4. Thomson SA further admits that Plaintiffs' choice of forum in the United States is~~
23      ~~appropriate and not fraudulent.~~

STIPULATION AND [PROPOSED] ORDER RE                      No. 07-5944-SC; MDL No. 1917
THOMSON SA PERSONAL JURISDICTION

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated:_____          _____
4                                              Hon. Samuel Conti
                                        United States District Judge

Dated:  December [ ], 2014                    FAEGRE BAKER DANIELS LLP

                                                      By:_____

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

|   |   |
|---|---|
| 1 | /s/ Philip J. Iovieno |
| 2 |   |
| 3 | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP |
| 4 | 30 South Pearl St., 11th Floor<br>Albany, NY 12207 |
| 5 | Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 |
| 6 | piovieno@bsfllp.com<br>anardacci@bsfllp.com |
| 7 |   |
| 8 | William Isaacson<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Ave. NW, Suite 800 |
| 9 | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 10 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com |
| 11 |   |
| 12 | Stuart Singer<br>Boies, Schiller & Flexner LLP |
| 13 | 401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 |
| 14 | Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 |
| 15 | ssinger@bsfllp.com |
| 16 | *Liaison Counsel for Direct Action Plaintiffs and Tech Data* |
| 17 |   |
| 18 | /s/ Craig Benson<br>Kenneth A. Gallo (*pro hac vice*) |
| 19 | Joseph J. Simons (*pro hac vice*)<br>Craig A. Benson (*pro hac vice*) |
| 20 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP |
| 21 | 2001 K Street, NW<br>Washington, DC 20006 |
| 22 | Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420 |
| 23 | kgallo@paulweiss.com<br>jsimons@paulweiss.com<br>cbenson@paulweiss.com |
| 24 |   |
| 25 | Stephen E. Taylor (SBN 058452)<br>Jonathan A. Patchen (SBN 237346) |
| 26 | Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355 |
| 27 | San Francisco, California 94111<br>Telephone: (415) 788-8200 |
| 28 | Facsimile: (415) 788-8208<br>staylor@paulweiss.com<br>jpatchen@paulweiss.com |

STIPULATION AND [PROPOSED] ORDER RE
THOMSON SA PERSONAL JURISDICTION

No. 07-5944-SC; MDL No. 1917

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

/s/ David Martinez
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
       dmartinez@rkmc.com
       jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
       kcwildfang@rkmc.com
       lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

```
 1                                      /s/ David J. Burman
                                        David J. Burman
 2                                      Cori G. Moore
                                        Eric J. Weiss
 3                                      Nicholas H. Hesterberg
                                        Steven D. Merriman
 4                                      PERKINS COIE LLP
                                        1201 Third Avenue, Suite 4900
 5                                      Seattle, WA 98101-3099
                                        Telephone: (206) 359-8000
 6                                      Facsimile: (206) 359-9000
                                        Email: DBurman@perkinscoie.com
 7                                             CGmoore@perkinscoie.com
                                               EWeiss@perkinscoie.com
 8                                             NHesterberg@perkinscoie.com
                                               SMerriman@perkinscoie.com
 9
                                        Joren S. Bass
10                                      PERKINS COIE LLP
                                        Four Embarcadero Center, Suite 2400
11                                      San Francisco, CA 94111-4131
                                        Telephone: (415) 344-7120
12                                      Facsimile: (415) 344-7320
                                        Email: JBass@perkinscoie.com
13
                                        Attorneys for Plaintiff Costco Wholesale
14                                      Corporation

15
                                           /s/ Scott N. Wagner
16                                      Robert W. Turken
                                        Scott N. Wagner
17                                      BILZIN SUMBERG BAENA PRICE &
                                        AXELROD LLP
18                                      1450 Brickell Ave, Suite 2300
                                        Miami, FL 33131-3456
19                                      Telephone: (305) 374-7580
                                        Facsimile: (305) 374-7593
20                                      Email: rturken@bilzin.com
                                               swagner@bilzin.com
21
                                        Stuart Singer
22                                      BOIES, SCHILLER & FLEXNER LLP
                                        401 East Las Olas Blvd., Suite 1200
23                                      Fort Lauderdale, FL 33301
                                        Telephone: (954) 356-0011
24                                      Facsimile: (954) 356-0022
                                        Email: ssinger@bsfllp.com
25
                                        William A. Isaacson
26                                      BOIES, SCHILLER & FLEXNER LLP
                                        5301 Wisconsin Ave. NW, Suite 800
27                                      Washington, D.C. 20015
                                        Telephone: (202) 237-2727
28                                      Facsimile: (202) 237-6131
                                        Email: wisaacson@bsfllp.com
```

|    |    |
|----|----|
| 1  |    |
| 2  | Philip J. Iovieno |
|    | Anne M. Nardacci |
| 3  | BOIES, SCHILLER & FLEXNER LLP |
|    | 30 South Pearl Street, 11th Floor |
| 4  | Albany, NY 12207 |
|    | Telephone: (518) 434-0600 |
| 5  | Facsimile:  (518) 434-0665 |
|    | Email: piovieno@bsfllp.com |
| 6  |         anardacci@bsfllp.com |
| 7  | *Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management* |
| 8  | /s/ *Lee Godfrey* |
|    | H. Lee Godfrey |
| 9  | Kenneth S. Marks |
|    | Jonathan J. Ross |
| 10 | Johnny W. Carter |
|    | David M. Peterson |
| 11 | SUSMAN GODFREY L.L.P. |
|    | 1000 Louisiana Street, Suite 5100 |
| 12 | Houston, TX 77002 |
|    | Telephone: (713) 651-9366 |
| 13 | Facsimile:  (713) 654-6666 |
|    | Email: lgodfrey@susmangodfrey.com |
| 14 |         kmarks@susmangodfrey.com |
|    |         jross@susmangodfrey.com |
| 15 |         jcarter@susmangodfrey.com |
|    |         dpeterson@susmangodfrey.com |
| 16 |    |
| 17 | Parker C. Folse III |
|    | Rachel S. Black |
| 18 | Jordan Connors |
|    | SUSMAN GODFREY L.L.P. |
| 19 | 1201 Third Avenue, Suite 3800 |
|    | Seattle, WA 98101-3000 |
| 20 | Telephone: (206) 516-3880 |
|    | Facsimile:  (206) 516-3883 |
| 21 | Email: pfolse@susmangodfrey.com |
|    | rblack@susmangodfrey.com |
|    | jconnors@susmangodfrey.com |
| 22 |    |
| 23 | *Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

/s/ Jason Murray
Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

/s/ Richard Arnold
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.