# EXHIBIT 20

*(Stipulating parties listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv- 05686;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | STIPULATION AND [PROPOSED] ORDER REGARDING PERSONAL JURISDICTION OVER THOMSON SA<br><br>Judge: Hon. Samuel Conti |

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510;

*Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-02058.

Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs"); Crago, d/b/a Dash Computers, Inc.; Arch Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc., d/b/a Wettsteins's (collectively the "Direct Purchaser Plaintiffs" or "DPPs"), and Thomson S.A. (n.k.a. Technicolor S.A.) have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, Sharp filed on March 15, 2013, a Complaint naming Thomson SA as a

1  Defendant (Dkt. No. 1, Case No. 3:13-cv-01173 SC), on October 28, 2013, a First Amended
2  Complaint also naming Thomson SA as a Defendant (Dkt. No. 2030), and on June 13, 2014, a
3  Second Amended Complaint also naming Thomson SA as a Defendant, now pending in this
4  MDL (Dkt. No. 2621);
5      WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now
6  pending in this MDL, naming Thomson SA as a Defendant;
7      WHEREAS, the DPPs have filed an Amended Class Action Complaint, which is now
8  pending in this MDL, naming Thomson SA as a Defendant (Case No. 14-cv-02058, Dkt. No. 34);
9      WHEREAS, on July 3, 2013, Thomson SA filed a Notice of Motion and Motion to
10  Dismiss Sharp's Complaint for Lack of Personal Jurisdiction (Dkt. No. 1765);
11      WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion to
12  Dismiss Sharp's First Amended Complaint (Dkt. No. 2235);
13      WHEREAS, on January 27, 2014, Thomson SA filed a Notice of Motion and Motion to
14  Dismiss the DAPs' Complaints (Dkt. No. 2355);
15      WHEREAS, on February 7, 2014, Thomson SA filed a Notice of Motion and Motion to
16  Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2373);
17      WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying
18  in part Thomson SA's Motions to Dismiss Sharp's First Amended Complaint and the DAPs'
19  Complaints or First Amended Complaints, finding that it has specific personal jurisdiction over
20  Thomson SA (Dkt. No. 2440);
21      WHEREAS, on March 28, 2014, the Court issued an Order granting in part and denying
22  in part Thomson SA' Motion to Strike with Prejudice Tech Data's First Amended Complaint,
23  dismissing Tech Data's state-law claims but denying the motions with respect to its federal
24  claims, and finding that it has specific personal jurisdiction over Thomson SA (Dkt. No. 2507);
25      WHEREAS, on May 30, 2014, Thomson SA and the DPPs filed a stipulation preserving
26  any arguments for appellate purposes all motions raised in the MDL to date (Dkt. No. 2600), and
27  on June 12, 2014 the Court granted that stipulation (Dkt. No. 2616);
28      WHEREAS, on July 25, 2014, Thomson SA and ViewSonic Corporation filed a

1 stipulation preserving any arguments for appellate purposes all motions raised in the MDL to date
2 (Dkt. No. 2708), and on July 30, 2014 the Court granted that stipulation (Dkt. No. 2720);
3    WHEREAS, Thomson SA has agreed that it will not contest personal jurisdiction ~~as it~~
4 ~~relates to the above referenced matters on appeal~~, in return for not having to produce documents
5 solely related to personal jurisdiction in the United States (whether compelled through the Hague
6 Evidence Convention in compliance with the French Blocking Statute or otherwise);
7 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as
8 follows:

9  1. ~~1.~~ Thomson SA has appeared in this action and <u>admits that this Court has</u> ~~agrees that~~
10   ~~it will not contest on appeal this Court's~~ <u>admits that this Court has</u> personal jurisdiction
11   over Thomson SA in the United States for this action ~~only~~;

12  2. <u>Thomson SA admits that it had sufficient minimum contacts with the United States</u>
13   <u>between at least 1995 and 2007 for it to be subject to specific personal jurisdiction in the</u>
14   <u>United States to be subject to personal jurisdiction in the United States for this action;</u>

15  3. <u>Thomson SA admits that there is a nexus and connection between this dispute and the</u>
16   <u>United States for this action; and</u>

17  4. <u>Thomson SA further admits that Plaintiffs' choice of forum in the United States for this</u>
18   <u>action is appropriate and not fraudulent.</u>

19  ~~1.~~ <u>5.</u>  DAPs and DPPs agree that they will not seek the production of documents solely
20   related to personal jurisdiction in the United States whether compelled through the Hague
21   Evidence Convention in compliance with the French Blocking Statute or otherwise.

22  ~~2. Thomson SA admits that it had sufficient minimum contacts with the United States~~
23   ~~between at least 1995 and 2007 for it to be subject to specific personal jurisdiction in the~~
24   ~~United States;~~

25  ~~3. Thomson SA admits that there is a nexus and connection between this dispute and the~~
26   ~~United States; and~~

27  ~~4. Thomson SA further admits that Plaintiffs' choice of forum in the United States is~~
28   ~~appropriate and not fraudulent.~~

STIPULATION AND [PROPOSED] ORDER RE             No. 07-5944-SC; MDL No. 1917
THOMSON SA PERSONAL JURISDICTION

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  Dated:_____           _____
5                                              Hon. Samuel Conti
                                         United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE                              No. 07-5944-SC; MDL No. 1917
THOMSON SA PERSONAL JURISDICTION

| | |
|---|---|
| Dated:  December [ ], 2014 | FAEGRE BAKER DANIELS LLP |
| | By:_____ |

                                    Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

| | |
|---|---|
| 1 | /s/ Philip J. Iovieno |
| 2 | |
| 3 | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP |
| 4 | 30 South Pearl St., 11th Floor<br>Albany, NY 12207 |
| 5 | Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 |
| 6 | piovieno@bsfllp.com<br>anardacci@bsfllp.com |
| 7 | |
| 8 | William Isaacson<br>Boies, Schiller & Flexner LLP |
| 9 | 5301 Wisconsin Ave. NW, Suite 800<br>Washington, D.C. 20015 |
| 10 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 |
| 11 | wisaacson@bsfllp.com |
| 12 | Stuart Singer<br>Boies, Schiller & Flexner LLP |
| 13 | 401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 |
| 14 | Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 |
| 15 | ssinger@bsfllp.com |
| 16 | *Liaison Counsel for Direct Action Plaintiffs and Tech Data* |
| 17 | |
| 18 | /s/ Craig Benson<br>Kenneth A. Gallo (*pro hac vice*) |
| 19 | Joseph J. Simons (*pro hac vice*)<br>Craig A. Benson (*pro hac vice*) |
| 20 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 21 | 2001 K Street, NW<br>Washington, DC 20006 |
| 22 | Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420 |
| 23 | kgallo@paulweiss.com<br>jsimons@paulweiss.com |
| 24 | cbenson@paulweiss.com |
| 25 | Stephen E. Taylor (SBN 058452)<br>Jonathan A. Patchen (SBN 237346) |
| 26 | Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355 |
| 27 | San Francisco, California 94111<br>Telephone: (415) 788-8200 |
| 28 | Facsimile: (415) 788-8208<br>staylor@paulweiss.com<br>jpatchen@paulweiss.com |

STIPULATION AND [PROPOSED] ORDER RE
THOMSON SA PERSONAL JURISDICTION

No. 07-5944-SC; MDL No. 1917

|   |   |
|---|---|
| 1 | |
| 2 | *Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.* |
| 3 | |
| 4 | /s/ David Martinez |
|   | Roman M. Silberfeld |
| 5 | David Martinez |
|   | Jill S. Casselman |
| 6 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
|   | 2049 Century Park East, Suite 3400 |
| 7 | Los Angeles, CA 90067-3208 |
|   | Telephone: (310) 552-0130 |
| 8 | Facsimile: (310) 229-5800 |
|   | Email: rmsilberfeld@rkmc.com |
| 9 | dmartinez@rkmc.com |
|   | jscasselman@rkmc.com |
| 10 | |
|   | Elliot S. Kaplan |
| 11 | K. Craig Wildfang |
|   | Laura E. Nelson |
| 12 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
|   | 800 LaSalle Avenue |
| 13 | 2800 LaSalle Plaza |
|   | Minneapolis, MN 55402 |
| 14 | Telephone: (612) 349-8500 |
|   | Facsimile: (612) 339-4181 |
| 15 | Email: eskaplan@rkmc.com |
|   | kcwildfang@rkmc.com |
| 16 | lenelson@rkmc.com |
| 17 | *Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.* |

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

/s/ David Martinez
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
 dmartinez@rkmc.com
 jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
 kcwildfang@rkmc.com
 lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

/s/ David J. Burman
David J. Burman
Cori G. Moore
Eric J. Weiss
Nicholas H. Hesterberg
Steven D. Merriman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: DBurman@perkinscoie.com
       CGmoore@perkinscoie.com
       EWeiss@perkinscoie.com
       NHesterberg@perkinscoie.com
       SMerriman@perkinscoie.com

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7120
Facsimile: (415) 344-7320
Email: JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*


/s/ Scott N. Wagner
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: rturken@bilzin.com
       swagner@bilzin.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

| | |
|---|---|
| 1 | |
| 2 | Philip J. Iovieno |
| | Anne M. Nardacci |
| 3 | BOIES, SCHILLER & FLEXNER LLP |
| | 30 South Pearl Street, 11th Floor |
| | Albany, NY  12207 |
| 4 | Telephone:  (518) 434-0600 |
| | Facsimile:   (518) 434-0665 |
| 5 | Email:  piovieno@bsfllp.com |
| | anardacci@bsfllp.com |
| 6 | |
| 7 | *Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management* |
| 8 | /s/  Lee Godfrey |
| | H. Lee Godfrey |
| 9 | Kenneth S. Marks |
| | Jonathan J. Ross |
| 10 | Johnny W. Carter |
| | David M. Peterson |
| 11 | SUSMAN GODFREY L.L.P. |
| | 1000 Louisiana Street, Suite 5100 |
| 12 | Houston, TX 77002 |
| | Telephone:  (713) 651-9366 |
| 13 | Facsimile:   (713) 654-6666 |
| | Email:  lgodfrey@susmangodfrey.com |
| 14 | kmarks@susmangodfrey.com |
| | jross@susmangodfrey.com |
| 15 | jcarter@susmangodfrey.com |
| | dpeterson@susmangodfrey.com |
| 16 | |
| 17 | Parker C. Folse III |
| | Rachel S. Black |
| 18 | Jordan Connors |
| | SUSMAN GODFREY L.L.P. |
| | 1201 Third Avenue, Suite 3800 |
| 19 | Seattle, WA 98101-3000 |
| | Telephone:  (206) 516-3880 |
| 20 | Facsimile:   (206) 516-3883 |
| | Email:  pfolse@susmangodfrey.com |
| 21 | rblack@susmangodfrey.com |
| | jconnors@susmangodfrey.com |
| 22 | |
| 23 | *Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Jason Murray
Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

/s/ Richard Arnold
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.