# EXHIBIT 21

| | |
|---|---|
| (Stipulating parties listed on signature page) | |
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv- 05686;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | **STIPULATION AND [PROPOSED] ORDER REGARDING PERSONAL JURISDICTION OVER THOMSON SA**<br><br>Judge: Hon. Samuel Conti |

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510;

*Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-02058.

      Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs"); Crago, d/b/a Dash Computers, Inc.; Arch Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc., d/b/a Wettsteins's (collectively the "Direct Purchaser Plaintiffs" or "DPPs"), and Thomson S.A. (n.k.a. Technicolor S.A.) have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

      WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

      WHEREAS, Sharp filed on March 15, 2013, a Complaint naming Thomson SA as a

1 Defendant (Dkt. No. 1, Case No. 3:13-cv-01173 SC), on October 28, 2013, a First Amended Complaint also naming Thomson SA as a Defendant (Dkt. No. 2030), and on June 13, 2014, a Second Amended Complaint also naming Thomson SA as a Defendant, now pending in this MDL (Dkt. No. 2621);

WHEREAS, the DAPs have filed Complaints or Amended Complaints, which are now pending in this MDL, naming Thomson SA as a Defendant;

WHEREAS, the DPPs have filed an Amended Class Action Complaint, which is now pending in this MDL, naming Thomson SA as a Defendant (Case No. 14-cv-02058, Dkt. No. 34);

WHEREAS, on July 3, 2013, Thomson SA filed a Notice of Motion and Motion to Dismiss Sharp's Complaint for Lack of Personal Jurisdiction (Dkt. No. 1765);

WHEREAS, on November 25, 2013, Thomson SA filed a Notice of Motion and Motion to Dismiss Sharp's First Amended Complaint (Dkt. No. 2235);

WHEREAS, on January 27, 2014, Thomson SA filed a Notice of Motion and Motion to Dismiss the DAPs' Complaints (Dkt. No. 2355);

WHEREAS, on February 7, 2014, Thomson SA filed a Notice of Motion and Motion to Strike with Prejudice Tech Data's First Amended Complaint (Dkt. No. 2373);

WHEREAS, on March 13, 2014, the Court issued an Order granting in part and denying in part Thomson SA's Motions to Dismiss Sharp's First Amended Complaint and the DAPs' Complaints or First Amended Complaints, finding that it has specific personal jurisdiction over Thomson SA (Dkt. No. 2440);

WHEREAS, on March 28, 2014, the Court issued an Order granting in part and denying in part Thomson SA' Motion to Strike with Prejudice Tech Data's First Amended Complaint, dismissing Tech Data's state-law claims but denying the motions with respect to its federal claims, and finding that it has specific personal jurisdiction over Thomson SA (Dkt. No. 2507);

WHEREAS, on May 30, 2014, Thomson SA and the DPPs filed a stipulation preserving any arguments for appellate purposes all motions raised in the MDL to date (Dkt. No. 2600), and on June 12, 2014 the Court granted that stipulation (Dkt. No. 2616);

WHEREAS, on July 25, 2014, Thomson SA and ViewSonic Corporation filed a

1  stipulation preserving any arguments for appellate purposes all motions raised in the MDL to date
2  (Dkt. No. 2708), and on July 30, 2014 the Court granted that stipulation (Dkt. No. 2720);
3  　　　　WHEREAS, on December 1, 2014, in consultation with Thomson SA, the DAPs and
4  DPPs noticed the Fed. R. Civ. P. 30(b)(6) deposition of Thomson SA;
5  　　　　WHEREAS, Thomson SA has agreed that it will not contest personal jurisdiction ~~as it
6  relates to the above referenced matters on appeal~~, in return for not having to produce documents
7  solely related to personal jurisdiction in the United States, and not having to produce a 30(b)(6)
8  witness to testify regarding Topic No. 25 in the Second Amended Notice of Deposition of
9  Thomson SA pursuant to Fed. R. Civ. P. 30(b)(6) (whether compelled through the Hague
10 Evidence Convention in compliance with the French Blocking Statute or otherwise);
11 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as
12 follows:

13　　1. ~~1.~~ Thomson SA has appeared in this action and admits that, for purposes of this
14　　　　action and any action in the United States or another country to collect on a judgment in
15　　　　this action, this Court has ~~agrees that it will not contest on appeal this Court's~~ admits that
16　　　　~~this Court has~~ personal jurisdiction over Thomson SA in the United States for this action
17　　　　~~only~~;

18　　2. Thomson SA admits that, for purposes of this action and any action in the United States or
19　　　　another country to collect on a judgment in this action ~~with respect to this action~~, it had
20　　　　sufficient minimum contacts with the United States between at least 1995 and 2007 for it
21　　　　to be subject to specific personal jurisdiction in the United States ~~to be subject to personal
22　　　　jurisdiction in the United States~~ for this action and for these parties ~~only~~;

23　　3. Thomson SA admits, for purposes of this action and any action in the United States or
24　　　　another country to collect on a judgment in this action, that there is a nexus and
25　　　　connection between this dispute and the United States for this action; and

26　　4. Thomson SA further admits that, for purposes of this action and any action in the United
27　　　　States or another country to collect on a judgment in this action, Plaintiffs' choice of
28　　　　forum in the United States for this action, is appropriate and not fraudulent.

STIPULATION AND [PROPOSED] ORDER RE　　　　　　　　　　　　　　No. 07-5944-SC; MDL No. 1917
THOMSON SA PERSONAL JURISDICTION

1. ~~5.~~ <u>DAPs and DPPs agree that they will not seek the production of documents solely related to personal jurisdiction in the United States, or testimony from Thomson SA's 30(b)(6) representative regarding Topic No. 25 in the Second Amended Notice of Deposition of Thomson SA, whether compelled through the Hague Evidence Convention in compliance with the French Blocking Statute or otherwise.</u>

2. ~~Thomson SA admits that it had sufficient minimum contacts with the United States between at least 1995 and 2007 for it to be subject to specific personal jurisdiction in the United States;~~

3. ~~Thomson SA admits that there is a nexus and connection between this dispute and the United States; and~~

4. ~~Thomson SA further admits that Plaintiffs' choice of forum in the United States is appropriate and not fraudulent.~~

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
                                            Hon. Samuel Conti
                                            United States District Judge

| | |
|---|---|
| Dated: December [ ], 2014 | FAEGRE BAKER DANIELS LLP |
| | By:_____ |

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: +1 574-234-4149
Facsimile: +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

| | |
|---|---|
| 1 | /s/ Philip J. Iovieno |
| 2 | |
| 3 | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP |
| 4 | 30 South Pearl St., 11th Floor<br>Albany, NY 12207 |
| 5 | Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 |
| 6 | piovieno@bsfllp.com<br>anardacci@bsfllp.com |
| 7 | |
| 8 | William Isaacson<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Ave. NW, Suite 800 |
| 9 | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 10 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com |
| 11 | |
| 12 | Stuart Singer<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Blvd., Suite 1200 |
| 13 | Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011 |
| 14 | Facsimile: (954) 356-0022<br>ssinger@bsfllp.com |
| 15 | |
| 16 | *Liaison Counsel for Direct Action Plaintiffs and Tech Data* |
| 17 | |
| 18 | /s/ Craig Benson<br>Kenneth A. Gallo (*pro hac vice*) |
| 19 | Joseph J. Simons (*pro hac vice*)<br>Craig A. Benson (*pro hac vice*) |
| 20 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP |
| 21 | 2001 K Street, NW<br>Washington, DC 20006 |
| 22 | Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420 |
| 23 | kgallo@paulweiss.com<br>jsimons@paulweiss.com |
| 24 | cbenson@paulweiss.com |
| 25 | Stephen E. Taylor (SBN 058452)<br>Jonathan A. Patchen (SBN 237346) |
| 26 | Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355 |
| 27 | San Francisco, California 94111<br>Telephone: (415) 788-8200 |
| 28 | Facsimile: (415) 788-8208<br>staylor@paulweiss.com<br>jpatchen@paulweiss.com |

STIPULATION AND [PROPOSED] ORDER RE
THOMSON SA PERSONAL JURISDICTION

No. 07-5944-SC; MDL No. 1917

1
2  *Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*
3

4  /s/  David Martinez
   Roman M. Silberfeld
5  David Martinez
   Jill S. Casselman
6  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   2049 Century Park East, Suite 3400
7  Los Angeles, CA 90067-3208
   Telephone:  (310) 552-0130
8  Facsimile:   (310) 229-5800
   Email:  rmsilberfeld@rkmc.com
9          dmartinez@rkmc.com
           jscasselman@rkmc.com
10
   Elliot S. Kaplan
11 K. Craig Wildfang
   Laura E. Nelson
12 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   800 LaSalle Avenue
13 2800 LaSalle Plaza
   Minneapolis, MN 55402
14 Telephone:  (612) 349-8500
   Facsimile:   (612) 339-4181
15 Email:  eskaplan@rkmc.com
           kcwildfang@rkmc.com
16         lenelson@rkmc.com

17 *Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc.,*
18 *Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | /s/ David J. Burman |
| 2 | David J. Burman<br>Cori G. Moore |
| 3 | Eric J. Weiss<br>Nicholas H. Hesterberg |
| 4 | Steven D. Merriman<br>PERKINS COIE LLP |
| 5 | 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099 |
| 6 | Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000 |
| 7 | Email: DBurman@perkinscoie.com<br>CGmoore@perkinscoie.com |
| 8 | EWeiss@perkinscoie.com<br>NHesterberg@perkinscoie.com |
| 9 | SMerriman@perkinscoie.com |
| 10 | Joren S. Bass<br>PERKINS COIE LLP |
| 11 | Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131 |
| 12 | Telephone: (415) 344-7120<br>Facsimile: (415) 344-7320 |
| 13 | Email: JBass@perkinscoie.com |
| 14 | *Attorneys for Plaintiff Costco Wholesale Corporation* |
| 15 | |
| 16 | /s/ Scott N. Wagner<br>Robert W. Turken |
| 17 | Scott N. Wagner<br>BILZIN SUMBERG BAENA PRICE & |
| 18 | AXELROD LLP<br>1450 Brickell Ave, Suite 2300 |
| 19 | Miami, FL 33131-3456<br>Telephone: (305) 374-7580 |
| 20 | Facsimile: (305) 374-7593<br>Email: rturken@bilzin.com |
| 21 | swagner@bilzin.com |
| 22 | Stuart Singer<br>BOIES, SCHILLER & FLEXNER LLP |
| 23 | 401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 |
| 24 | Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 |
| 25 | Email: ssinger@bsfllp.com |
| 26 | William A. Isaacson<br>BOIES, SCHILLER & FLEXNER LLP |
| 27 | 5301 Wisconsin Ave. NW, Suite 800<br>Washington, D.C. 20015 |
| 28 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>Email: wisaacson@bsfllp.com |

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
      anardacci@bsfllp.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management*

/s/ Lee Godfrey
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@susmangodfrey.com
      kmarks@susmangodfrey.com
      jross@susmangodfrey.com
      jcarter@susmangodfrey.com
      dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

| | |
|---|---|
| 1 | /s/ Jason Murray |
| 2 | Jason C. Murray<br>CROWELL & MORING LLP |
| 3 | 515 South Flower Street, 40th Floor<br>Los Angeles, CA 90071 |
| 4 | Telephone: (213) 443-5582<br>Facsimile: (213) 622-2690 |
| | Email: jmurray@crowell.com |

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
         aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

/s/ Richard Arnold
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.