# EXHIBIT 22

1    Calvin L. Litsey (SBN 289659)              Jeffrey S. Roberts (*pro hac vice*)
     FAEGRE BAKER DANIELS LLP                   FAEGRE BAKER DANIELS LLP
2    1950 University Avenue, Suite 450          3200 Wells Fargo
     East Palo Alto, CA  94303-2279             1700 Lincoln Street
3    Telephone: +1 650-324-6700                 Denver, CO  80203
     Facsimile: +1 650-324-6701                 Telephone: +1 303-607-3500
4    calvin.litsey@FaegreBD.com                 Facsimile:  +1 303-607-3600
                                                jeff.roberts@FaegreBD.com
5    Kathy L. Osborn (*pro hac vice*)
     Ryan M. Hurley (*pro hac vice*)            Stephen M. Judge (*pro hac vice*)
6    FAEGRE BAKER DANIELS LLP                   FAEGRE BAKER DANIELS LLP
     300 N. Meridian Street, Suite 2700         202 S. Michigan Street, Suite 1400
7    Indianapolis, IN  46204                    South Bend, IN  46601
     Telephone: +1 317-237-0300                 Telephone: +1 574-234-4149
8    Facsimile: +1 317-237-1000                 Facsimile:  +1 574-239-1900
     kathy.osborn@FaegreBD.com                  steve.judge@FaegreBd.com
9    ryan.hurley@FaegreBD.com

10   ***Attorneys for Defendants Thomson SA***

11                        **UNITED STATES DISTRICT COURT**

12                       **NORTHERN DISTRICT OF CALIFORNIA**

13                           **SAN FRANCISCO DIVISION**

14   IN RE CATHODE RAY TUBE (CRT)          No. 07-cv-5944-SC
15   ANTITRUST LITIGATION,                 MDL No. 1917

16   ────────────────────────────────
     This Document Relates to:
17                                         **DECLARATION OF JEFFREY S.**
     *Electrograph Systems, Inc. et al. v.*    **ROBERTS IN SUPPORT OF THOMSON**
18   *Technicolor SA, et al., No. 13-cv-05724;* **SA'S EMERGENCY MOTION TO**
                                              **AMEND ITS ANSWERS AND FOR**
19   *Alfred H. Siegel, as Trustee of the Circuit* **PARTIAL RELIEF FROM THE**
     *City Stores, Inc. Liquidating Trust v.*  **COURT'S ORDER RE: THOMSON**
20   *Technicolor SA, et al., No. 13-cv-05261;* **DISCOVERY**
21   *Best Buy Co., Inc., et al. v. Technicolor SA,*
22   *et al., No. 13-cv-05264;*                Judge: Hon. Samuel Conti
23   *Interbond Corporation of America v.*
24   *Technicolor SA, et al., No. 13-cv-05727;*
25   *Office Depot, Inc. v. Technicolor SA, et al.,*
     *No. 13-cv-05726;*
26
27   *Costco Wholesale Corporation v.*
     *Technicolor SA, et al., No. 13-cv-05723;*
28

1  *P.C. Richard & Son Long Island*
2  *Corporation, et al. v. Technicolor SA, et al.,*
   *No. 31:cv-05725;*

3  *Schultze Agency Services, LLC, o/b/o*
4  *Tweeter Opco, LLC, et al. v. Technicolor SA,*
   *Ltd., et al., No. 13-cv-05668;*
5
   *Sears, Roebuck and Co. and Kmart Corp. v.*
6  *Technicolor SA, No. 3:13-cv-05262;*

7  *Target Corp. v. Technicolor SA, et al., No.*
8  *13-cv-05686;*

9  *Tech Data Corp., et al. v. Hitachi, Ltd., et*
   *al., No. 13-cv-00157*
10
   *Sharp Electronics Corp., et al. v. Hitachi,*
11 *Ltd., et. al., No. 13-cv-01173*

12 *ViewSonic Corporation v. Chunghwa Corp.,*
13 *et al., No. 14-cv-02510*

14
15      I, Jeffrey S. Roberts, hereby declare as follows:

16 1.      I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for

17 Defendant Thomson SA. ("Thomson SA").  I am admitted to practice *pro hac vice* before the

18 United States District Court for the Northern District of California.  The statements contained in

19 this declaration are based on my personal knowledge and, if called as a witness, I could

20 competently testify to the following facts.

21 2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Amended Answer of

22 Thomson SA to Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of

23 America, Inc.'s First Amended Complaint.

24 3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Amended Answer of

25 Thomson SA to Electrograph Systems, Inc. and Electrograph Technologies Corp.'s First

26 Amended Complaint.

27 4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Amended Answer of

28 Thomson SA to Circuit City's Complaint.

DECLARATION OF JEFFREY S. ROBERTS IN          2          No. 07-5944-SC; MDL No. 1917
SUPPORT OF THOMSON SA'S MOTION FOR
LEAVE TO AMEND

5.     Attached hereto as **Exhibit 4** is a true and correct copy of Amended Answer of Thomson SA to Best Buy Co. et. al.'s Complaint.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of the Amended Answer of Thomson SA to Interbond Corporation of America's First Amended Complaint.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of the Amended Answer of Thomson SA to Office Depot Inc.'s First Amended Complaint.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of is a true and correct copy of the Amended Answer of Thomson SA to Costco Wholesale Corporation's Complaint.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of the Amended Answer of Thomson SA to P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.'s First Amended Complaint.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the Amended Answer of Thomson SA to Schultze Agency Services, LLC's First Amended Complaint.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the Amended Answer of Thomson SA to Sears, Roebuck and Co. and Kmart Corp.'s Complaint.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the Amended Answer of Thomson SA to Target Corp.'s Complaint.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of the Amended Answer of Thomson SA to Tech Data Corporation and Tech Data Product Management, Inc.'s First Amended Complaint.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of the Amended Answer of Thomson SA to ViewSonic Corporation's Complaint.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of the Amended Answer of Thomson SA to the Direct Purchaser Plaintiffs' First Amended Complaint.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of the Direct Action Plaintiffs' June 28, 2014 Motion to Compel.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a November 24, 2014 letter from Craig Benson.

DECLARATION OF JEFFREY S. ROBERTS IN
SUPPORT OF THOMSON SA'S MOTION FOR
LEAVE TO AMEND

3

No. 07-5944-SC; MDL No. 1917

18.     Attached hereto as **Exhibit 17** is a true and correct copy of a November 25, 2014 letter from Kathy Osborn.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a Draft Stipulation and [Proposed] Order Regarding Personal Jurisdiction Over Thomson SA received from counsel for Sharp on December 3, 2014.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a December 5, 2014 email string from Jeff Roberts and a Draft Stipulation and [Proposed] Order Regarding Personal Jurisdiction Over Thomson SA that was attached thereto.

21.     Attached hereto as **Exhibit 20** are true and correct copy of a Draft Stipulation and [Proposed] Order Regarding Personal Jurisdiction Over Thomson SA received from counsel for Sharp on December 8, 2014.

22.     Attached as **Exhibit 21** is a true and correct copy of a Draft Stipulation and [Proposed] Order Regarding Personal Jurisdiction Over Thomson SA received from counsel for Sharp on December 11, 2014.

23.     Since October 23, 2014 Thomson SA has engaged a document review team composed of more than 25 attorneys to search, review, and analyze hundreds of thousands of documents in at least six foreign languages that were originally located in France.

24.     Since October 23, 2014 Thomson SA has produced over 160,000 bates numbered pages of documents responsive to the Direct Action Plaintiffs' ("DAPs") document requests.   Because a substantial percentage of these documents were produced in native format and thus received a single bates number, the actual number of pages of documents Thomson SA has produced is likely more than 500,000.

25.     Immediately after the Court entered its October 23, 2014 Order granting DAPs' motion to compel, Thomson SA evaluated the value of maintaining its personal jurisdiction defense in light of its other discovery obligations, the Plaintiffs' representation that a substantial amount of discovery subject to the order would be unnecessary if Thomson SA conceded personal jurisdiction, and other exigencies.

DECLARATION OF JEFFREY S. ROBERTS IN
SUPPORT OF THOMSON SA'S MOTION FOR
LEAVE TO AMEND

4

No. 07-5944-SC; MDL No. 1917

26.    On December 17, 2014, after nearly two months of negotiations with Plaintiffs, Thomson SA and Plaintiffs reached an impasse on the language of a stipulation that would allow Thomson SA to withdraw its personal jurisdiction defense without amending its Answers.

27.    Thomson SA has identified millions of documents that have been preserved from the Relevant Period, but has been unable to devise any way to cull this massive collection to meaningfully isolate with targeted searches documents responsive to the broad Category 2 requests.

Executed this 18th day of December 2014, at Denver, Colorado.

/s/ Jeffrey S. Roberts