UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING THOMSON SA'S MOTION TO AMEND ITS ANSWERS AND FOR PARTIAL RELIEF FROM THE COURT'S ORDER RE: THOMSON DISCOVERY** |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173* | |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;* | |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-00141;* | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;* | |
| *Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;* | |
| *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;* | |
| *Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;* | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;* | |
| *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;* | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;* | |
| *Target Corp. v. Technicolor SA, et al., No. 13-cv-05686;* | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et* | |

*al.*, No. 13-cv-00157;

*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, 3:14cv-02510;

*Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-02058.

Upon consideration of Thomson SA's Motion to Amend its Answers and for Partial Relief from the Court's Order re: Thomson Discovery, the Court hereby GRANTS the motion and ORDERS that:

1. Thomson SA is granted leave to amend its Answers in each of the above-captioned matters;

2. Thomson SA's affirmative defense of personal jurisdiction is deemed waived with prejudice in the above-captioned actions only; and

2. Thomson SA is relieved of its obligation to comply with the Court's October 23, 2014 Order re: Thomson Discovery with regard to documents and testimony solely responsive to the following discovery requests: DAPs' First Set of Requests for Production to Thomson SA, Nos. 36-37, 46-60; Second Amended Notice of Deposition of Thomson SA Pursuant to Fed. R. Civ. P. 30(b)(6), Nos. 13, 14, 20, 21, 24, 25, 31.

**IT IS SO ORDERED.**

DATED: _____

Hon. Samuel Conti
United States District Judge