UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, <br><br> SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., <br><br>     Plaintiffs - Appellants, <br> v. <br><br> DIRECT PURCHASER PLAINTIFFS, <br><br>     Plaintiff - Appellee, <br> v. <br><br> HITACHI, LTD.; et al., <br><br>     Defendants - Appellees. | No. 14-16817 <br><br> D.C. Nos. 3:07-cv-05944-SC, 3:13-cv-01173-SC <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered November 17, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk