**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                          415.522.2000

December 18, 2014

CASE NUMBER:   **CV 07-05944 SC**
CASE TITLE:    **CRAGO INC -v- CHUNGHWA PICTURE TUBES**
DATE MANDATE FILED:   12/18/14

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed

in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Alfred Amistoso
Case Systems Administrator

Distribution:  CIVIL        -         Counsel of Record

               CRIMINAL   -         Counsel of Record
                                     U.S. Marshal (Copy of Mandate)
                                     U.S. Probation Office

NDC App-16