MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ADDUCE EVIDENCE SUFFICIENT TO STATE A CLAIM IN LIGHT OF THE FTAIA AND FOR LACK OF STANDING TO SEEK INJUNCTIVE RELIEF** |

This Stipulation and Proposed Order between the Indirect Purchaser Plaintiffs ("IPPs") on the one hand and Beijing Matsushita Color CRT Co., Ltd. ("BMCC") on the other hand (together, the "Parties") is made with respect to the following facts and recitals:

WHEREAS, BMCC filed a motion for summary judgment for failure to adduce evidence sufficient to state a claim in light of the FTAIA and for lack of standing to seek injunctive relief, Dkt. No. 2990 (the "Motion") against the IPPs and certain Direct Action Plaintiffs (together the "Plaintiffs");

WHEREAS, pursuant to this Court's scheduling order dated March 21, 2014 (Dkt. No.

2469), the Plaintiff's opposition to the Motion is currently due on December 23, 2014, and BMCC's reply is currently due on January 23, 2015;

WHEREAS the hearing on the Motion is currently scheduled for February 6, 2015 at 10:00 a.m.;

WHEREAS the IPP Class has reached a settlement in principle which will have the effect of releasing any claims against BMCC and IPP Class counsel is working on finalizing the terms of the settlement agreement;

WHEREAS in the interests of conserving the resources of the Parties and the Court, the Parties wish to stay the Motion as to the IPPs in order to finalize the settlement agreement; and

WHEREAS the Parties agree that once the settlement agreement is signed, BMCC will withdraw the Motion as to the IPPs without prejudice to renewing it in the event the settlement is not finally approved by the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the IPPs and counsel for BMCC that:

1. The Motion is stayed until the settlement agreement is finalized; and
2. Once the settlement agreement is signed, BMCC will withdraw the Motion as to the IPPs without prejudice to renewing it in the event the settlement is not finally approved by the Court.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
                                  Hon. Samuel Conti
                                  United States District Judge

| | |
|---|---|
| Dated:  December 19, 2014<br><br>FRESHFIELDS BRUCKHAUS<br>    DERINGER US LLP<br><br>By: */s/ Richard Snyder*<br>Terry Calvani<br>Christine Laciak(*pro hac vice*)<br>Richard Snyder (*pro hac vice*)<br>FRESHFIELDS BRUCKHAUS<br>    DERINGER US LLP<br>701 Pennsylvania Avenue NW, Suite 600<br>Washington, D.C. 20004<br>Telephone: (202) 777-4565<br>Facsimile:  (202) 777-4555<br>Email:       terry.calvani@freshfields.com<br>                    christine.laciak@freshfields.com<br>                    richard.snyder@freshfields.com<br><br>*Counsel for Beijing-Matsushita Color CRT Company, Ltd.* | Dated:  December 19, 2014<br><br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br><br>By: */s/ Mario N. Alioto*<br>Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile:  (415) 346-0679<br>Email:       malioto@tatp.com<br>                    laurenrussell@tatp.com<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.