1  Michael Lacovara (209279)
   michael.lacovara@freshfields.com
2  Freshfields Bruckhaus Deringer US LLP
   601 Lexington Avenue, 31st Floor
3  New York, NY 10022
   Telephone:    212 277 4000
4  Facsimile:    212 277 4001

5  Terry Calvani (53260)
   terry.calvani@freshfields.com
6  Richard Snyder (*pro hac vice*)
   richard.snyder@freshfields.com
7  Christine Laciak (*pro hac vice*)
   christine.laciak@freshfields.com
8  Freshfields Bruckhaus Deringer US LLP
   700 13th Street, NW, 10th Floor
9  Washington, DC  20005-3960
   Telephone:    202 777 4500
10 Facsimile:    202 777 4555

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br>MDL No. 1917 |
| This document relates to:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510 | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff ViewSonic Corporation ("ViewSonic") and Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") as follows:

   1.   ViewSonic's claims against BMCC in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2. BMCC's Motions for Summary Judgment [MDL Dkt. 2987, 2990] are withdrawn as to ViewSonic.

3. Each party shall bear its own attorneys' fees and costs.

4. This stipulation does not affect the rights or claims of ViewSonic against any other defendant or alleged co-conspirator in this litigation.

5. WHEREFORE, the undersigned parties respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

Dated: December 19, 2014

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: */s/ Richard Snyder*
Richard Snyder (*pro hac vice*)
Terry Calvani (53260)
Christine Laciak (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Email: richard.snyder@freshfields.com
Email: terry.calvani@freshfields.com
Email: christine.laciak@freshfields.com

Michael Lacovara (209279)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: 212 277 4000
Facsimile: 212 277 4001
Email: michael.lacovara@freshfields.com

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

STIPULATION DISMISSING DEFENDANT BMCC
(Case No. 3:07-cv-05944)

2

|   |   |
|---|---|
| Dated: December 19, 2014 | CROWELL & MORING LLP |
|  | By: */s/ Jerome A. Murphy* |
|  | Jerome A. Murphy (*pro hac vice*)<br>Matthew J. McBurney (*pro hac vice*)<br>Astor H.L. Heaven (*pro hac vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone:  202-624-2500<br>Facsimile:  202-628-5116<br>E-mail: jmurphy@crowell.com<br>           mmcburney@crowell.com<br>           aheaven@crowell.com |
|  | Jason C. Murray (CA Bar No. 169806)<br>Robert B. McNary (CA Bar No. 253745)<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA  90071<br>Telephone:  213-443-5582<br>Facsimile:  213-622-2690<br>Email: jmurray@crowell.com<br>         rmcnary@crowell.com |
|  | *Counsel for Plaintiff ViewSonic Corp.* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION DISMISSING DEFENDANT BMCC
(Case No. 3:07-cv-05944)

3

**CERTIFICATE OF SERVICE**

I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the within action. I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, 700 13th Street, NW, 10th Floor, Washington, DC 20005.

On December 19, 2014, I caused a copy of the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** to be filed electronically via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dated: December 19, 2014　　　　　　　　FRESHFIELDS BRUCKHAUS
　　　　　　　　　　　　　　　　　　　　　DERINGER US LLP

　　　　　　　　　　　　　　　　　　By: /s/ *Richard Snyder*
　　　　　　　　　　　　　　　　　　　　Richard Snyder (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Freshfields Bruckhaus Deringer
　　　　　　　　　　　　　　　　　　　　 US LLP
　　　　　　　　　　　　　　　　　　　　Email: richard.snyder@freshfields.com
　　　　　　　　　　　　　　　　　　　　700 13th Street, NW, 10th Floor
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　Tel: (202) 777-4565
　　　　　　　　　　　　　　　　　　　　Fax: (202) 777-4555

　　　　　　　　　　　　　　　　　　　　***Attorney for Defendant Beijing Matsushita Color CRT Co., Ltd.***