UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br>MDL No. 1917 |
| This document relates to:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510 | **[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The claims filed by Plaintiff ViewSonic Corporation ("ViewSonic") against Beijing Matsushita Color CRT Co., Ltd. ("BMCC") in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2. BMCC's Motions for Summary Judgment [MDL Dkt. 2987, 2990] are withdrawn as to ViewSonic.

3. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:_____       _____
                                       The Honorable Samuel Conti
                                       United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
(Case No. 3:07-cv-05944)

1