UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944<br>MDL No. 1917 |
| This Document Relates To:<br>ALL INDIRECT PURCHASER ACTIONS | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE of the undersigned attorney, Robert J. Bonsignore's change of firm name to Bonsignore Trial Lawyers, PLLC and with a new office address of 2513 Morocco Avenue, Las Vegas, Nevada 89031.

Dated:  December 19, 2014

Respectfully submitted,

BONSIGNORE TRIAL LAWYERS, PLLC,

Counsel for plaintiffs, BRIGID TERRY, ANTHONY GIANASCA and BRIGHID FLAHERTY

By:  */s/ Robert J. Bonsignore*
Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
2513 Morocco Avenue
Las Vegas, NV  89031
Telephone:  (781) 856-7650
Email: rbonsignore@classactions.us

**CERTIFICATE OF SERVICE**

       I, Robert J. Bonsignore, hereby certify that on this 19th day of December, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

                                                                 */s/ Robert J. Bonsignore*
                                                                  Robert J. Bonsignore