| | |
|---|---|
| 1 | Michael Lacovara (209279) |
| | michael.lacovara@freshfields.com |
| 2 | Freshfields Bruckhaus Deringer US LLP |
| | 601 Lexington Avenue, 31st Floor |
| 3 | New York, NY 10022 |
| | Telephone:     212 277 4000 |
| 4 | Facsimile:     212 277 4001 |
| 5 | Terry Calvani (53260) |
| | terry.calvani@freshfields.com |
| 6 | Richard Snyder (*pro hac vice*) |
| | richard.snyder@freshfields.com |
| 7 | Christine Laciak (*pro hac vice*) |
| | christine.laciak@freshfields.com |
| 8 | Freshfields Bruckhaus Deringer US LLP |
| | 700 13th Street, NW, 10th Floor |
| 9 | Washington, DC  20005-3960 |
| | Telephone:     202 777 4500 |
| 10 | Facsimile:     202 777 4555 |

***Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br>MDL No. 1917 |
| | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| This document relates to:<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656 | |

   IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corporation (collectively, "Electrograph") and Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") as follows:

   1. Electrograph's claims against BMCC in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

STIPULATION DISMISSING DEFENDANT BMCC
(Case No. 3:07-cv-05944)

1

2. BMCC's Motion for Summary Judgment [MDL Dkt. 2990] is withdrawn as to Electrograph.

3. Each party shall bear its own attorneys' fees and costs.

4. This stipulation does not affect the rights or claims of Electrograph against any other defendant or alleged co-conspirator in this litigation.

5. WHEREFORE, the undersigned parties respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

Dated: December 19, 2014          FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: _/s/ Richard Snyder_
Richard Snyder (*pro hac vice*)
Terry Calvani (53260)
Christine Laciak (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Email: richard.snyder@freshfields.com
Email: terry.calvani@freshfields.com
Email: christine.laciak@freshfields.com

Michael Lacovara (209279)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: 212 277 4000
Facsimile: 212 277 4001
Email: michael.lacovara@freshfields.com

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

STIPULATION DISMISSING DEFENDANT BMCC
(Case No. 3:07-cv-05944)

2

| | | |
|---|---|---|
| 1 | Dated: December 19, 2014 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | | |
| 3 | | By:  */s/ Philip Iovieno* |
| 4 | | Philip Iovieno<br>30 South Pearl Street, 11th Floor |
| 5 | | Albany, New York 12207<br>Tel: 518 434 0600 |
| 6 | | E-mail: piovieno@BSFLLP.com |
| 7 | | *Attorneys for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corporation* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION DISMISSING DEFENDANT BMCC
(Case No. 3:07-cv-05944)

3

# CERTIFICATE OF SERVICE

I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the within action. I am Counsel with the law firm of Freshfields Bruckhaus Deringer US LLP, 700 13th Street, NW, 10th Floor, Washington, DC 20005.

On December 19, 2014, I caused a copy of the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** to be filed electronically via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dated: December 19, 2014

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ *Richard Snyder*
    Richard Snyder (admitted *pro hac vice*)
    Freshfields Bruckhaus Deringer
     US LLP
    Email: richard.snyder@freshfields.com
    700 13th Street, NW, 10th Floor
    Washington, DC 20005
    Tel: (202) 777-4565
    Fax: (202) 777-4555

*Attorney for Defendant Beijing Matsushita Color CRT Co., Ltd.*