# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514 | **[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1.      The claims filed by Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (collectively, "Sears") against Beijing Matsushita Color CRT Co., Ltd. ("BMCC") in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2.      BMCC's Motion for Summary Judgment [MDL Dkt. 2990] is withdrawn as to Sears.

3.      Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:_____       _____

The Honorable Samuel Conti
United States District Judge