Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols *(pro hac vice)*
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendant
HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC<br><br>MDL NO.: 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261; | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' MOTION TO MODIFY SCHEDULE FOR PRETRIAL EXCHANGES** |

*Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

WHEREAS, the Direct Action Plaintiffs and Indirect Purchaser Plaintiffs (collectively "Plaintiffs") filed a Motion to Modify Schedule for Pretrial Exchanges on November 24, 2014 against Defendants. (ECF No. 3150)

WHEREAS, counsel for the Defendants and counsel for Plaintiffs have met and conferred and, in light of the Thanksgiving Holiday, have agreed upon a mutually acceptable briefing schedule for the Plaintiffs' Motion to Modify Schedule for Pretrial Exchanges;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Defendants and counsel for Plaintiffs, that:

1. The Defendants shall submit its Opposition to the Plaintiffs' Direct Action Plaintiffs And Indirect Purchaser Plaintiffs' Motion To Modify Schedule For Pretrial Exchanges by December 4, 2014.

The parties respectfully request that this stipulation be entered as an order of the Court.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 12/18/2014



DATED: November 28, 2014

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*

JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**

560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*
WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
PVictor@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

**WHITE & CASE** LLP

| | |
|---|---|
| 1 | By: */s/ Lucius B. Lau* |
| 2 | CHRISTOPHER M. CURRAN (*pro hac vice*)<br>ccurran@whitecase.com |
| 3 | LUCIUS B. LAU (*pro hac vice*)<br>alau@whitecase.com |
| 4 | DANA E. FOSTER (*pro hac vice*)<br>defoster@whitecase.com |
| 5 | **WHITE & CASE LLP**<br>701 Thirteenth Street, N.W. |
| 6 | Washington, DC 20005<br>Telephone: (202) 626-3600 |
| 7 | Facsimile: (202) 639-9355 |
| 8 | *Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America* |
| 9 | *Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America* |
| 10 | *Electronic Components, Inc.* |
| 11 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 12 | By: */s/ Gary L. Halling* |
| 13 | GARY L. HALLING (SBN 66087) |
| 14 | ghalling@sheppardmullin.com<br>JAMES L. MCGINNIS (SBN 95788) |
| 15 | jmcginnis@sheppardmullin.com<br>MICHAEL W. SCARBOROUGH (SBN 203524) |
| 16 | mscarborough@sheppardmullin.com<br>**SHEPPARD MULLIN RICHTER &** |
| 17 | **HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor |
| 18 | San Francisco, California 94111<br>Telephone: (415) 434-9100 |
| 19 | Facsimile: (415) 434-3947 |
| 20 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI* |
| 21 | *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen* |
| 22 | *Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 23 | BAKER BOTTS LLP |
| 24 | By: */s/ John M. Taladay* |
| 25 | JOHN M. TALADAY (*pro hac vice*) |
| 26 | john.taladay@bakerbotts.com<br>JOSEPH OSTOYICH (*pro hac vice*) |
| 27 | joseph.ostoyich@bakerbotts.com<br>ERIK T. KOONS (*pro hac vice*) |
| 28 | erik.koons@bakerbotts.com<br>CHARLES M. MALAISE (*pro hac vice*) |

|   |   |
|---|---|
| 1 | charles.malaise@bakerbotts.com |
|   | **BAKER BOTTS LLP** |
| 2 | 1299 Pennsylvania Ave., N.W. |
|   | Washington, DC 20004-2400 |
| 3 | Telephone: (202) 639-7700 |
|   | Facsimile: (202) 639-7890 |

1   charles.malaise@bakerbotts.com
    **BAKER BOTTS LLP**
2   1299 Pennsylvania Ave., N.W.
    Washington, DC 20004-2400
3   Telephone: (202) 639-7700
    Facsimile: (202) 639-7890

4   JON V. SWENSON (SBN 233054)
    jon.swenson@bakerbotts.com
5   **BAKER BOTTS LLP**
    1001 Page Mill Road
6   Building One, Suite 200
    Palo Alto, CA 94304
7   Telephone: (650) 739-7500
    Facsimile: (650) 739-7699
8   E-mail: jon.swenson@bakerbotts.com

9   *Attorneys for Defendants Koninklijke Philips N.V.
10  and Philips Electronics North America Corporation*

11  GIBSON, DUNN & CRUTCHER LLP

12  By: */s/ Rachel S. Brass*

13  JOEL S. SANDERS (SBN 107234)
14  jsanders@gibsondunn.com
    RACHEL S. BRASS (SBN 219301)
15  rbrass@gibsondunn.com
    AUSTIN V. SCHWING (SBN 211696)
16  aschwing@gig@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
17  555 Mission Street, Suite 3000
    San Francisco, California 94105
18  Tel: (415) 393-8200
    Fax: (415) 393-8306
19
    *Attorneys for Defendant Chunghwa Picture Tubes,
20  Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn.
    Bhd.*
21
22  FRESHFIELDS BRUCKHAUS DERINGER US LLP
23
    By: */s/ Michael Lacorvara*
24
    Michael Lacovara (209279)
25  Freshfields Bruckhaus Deringer US LLP
    601 Lexington Avenue, 31st floor
26  New York, NY 10022
    Telephone: 212 277 4000
27  Facsimile: 212 277 4001
    Email: michael.lacovara@freshfields.com
28

|   |   |
|---|---|
| 1 | TERRY CALVANI (SBN 53260) |
|   | Email: terry.calvani@freshfields.com |
| 2 | CHRISTINE LACIAK (*pro hac vice*) |
|   | Email: christine.laciak@freshfields.com |
| 3 | RICHARD SNYDER (*pro hac vice*) |
|   | Email: richard.snyder@freshfields.com |
| 4 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| 5 | 700 13th Street, NW, 10th Floor |
|   | Washington, DC  20005 |
| 6 | Telephone: (202) 777-4565 |
|   | Facsimile: (202) 777-4555 |
| 7 |   |
|   | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |

JENNER & BLOCK LLP
By: /s/ *Terrence J. Truax*

JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

FAEGRE BAKER DANIELS LLP

By:   */s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Stephen M. Judge (*pro hac vice*)
Email: steve.judge@FaegreBd.com
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Nathan Lane, III*

Nathan Lane, III (CA Bar No. 50961)
Mark C. Dosker (CA Bar No. 114789)
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887
E-mail:  nathan.lane@squiresanders.com
E-mail:  mark.dosker@squiresanders.com

Donald A. Wall (Pro Hac Vice)
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4005
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: /s/ __*Jeffrey I. Zuckerman*__

Jeffrey I. Zuckerman (Pro Hac Vice)

|  |  |
|---|---|
| 1 | Ellen Tobin (Pro Hac Vice) |
| 2 | 101 Park Avenue<br>New York, New York 10178 |
| 3 | Telephone: 212.696.6000<br>Facsimile: 212.697.1559 |
| 4 | Email: jzuckerman@curtis.com<br>etobin@curtis.com |

Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*


By:  */s/ Kenneth S. Marks*

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
John P. Lahad
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com
Email: jlahad@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel,*

*Solely in his Capacity as Trustee of the*
*Circuit City Stores, Inc. Liquidating Trust*


By:  */s/ Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America*


By:  */s/ David Martinez*

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
Jill Casselman
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com
Email: jcasselman@rkmc.com

Elliot S. Kaplan

|   |   |
|---|---|
| 1  | K. Craig Wildfang |
| 2  | Laura E. Nelson |
|    | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 3  | 800 LaSalle Avenue |
|    | 2800 LaSalle Plaza |
| 4  | Minneapolis, MN 55402 |
| 5  | Telephone: (612) 349-8500 |
|    | Facsimile: (612) 339-4181 |
| 6  | Email: eskaplan@rkmc.com |
|    | Email: kcwildfang@rkmc.com |
| 7  | Email: lenelson@rkmc.com |
| 8  | *Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.* |

By:   */s/ Jason Murray*

Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
Email aheaven@crowell.com

*Attorneys for Target Corp. and Viewsonic Corp.*


By:   */s/ Richard Arnold*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

By:   */s/ Mario N. Alioto*

MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Eliot A. Adelson, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of November, 2012, at San Francisco, California.

*/s/ Eliot A. Adelson*
Eliot A. Adelson