*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' UMBRELLA DAMAGES [MDL DKT NO. 2977]** |
| *Best Buy Co., Inc. et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-05513-SC | |
| *Best Buy C., Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05264-SC | |
| *Alfred H. Siegel, as Trustee of the Circuit City Store, Inc. Liquidating Trust v. Hitachi, Ltd.*, No. 3:11-cv-05502-SC | |
| *Alfred H. Siegel, as Trustee of the Circuit City Store, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 3:13-cv-05261-SC | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396 | |
| *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC | |
| *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 3:13-cv-05723-SC | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656-SC | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724-SC | |
| *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC | |
| *Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC | |
| *Office Depot, Inc. v. Hitachi, Ltd. et al*, No. 3:11-cv-06276-SC | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726-SC | |
| *P.C. Richard & Son Long Island Corp., et al., v.* | |

1

| | |
|---|---|
| *Hitachi, Ltd., et al.*, No. 12-cv-02648-SC | ) |
| *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725-SC | ) ) ) |
| *Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514-SC | ) ) ) ) |
| *Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 3:13-cv-05262 | ) ) ) |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:11-cv-05514-SC | ) ) ) |
| *Target Corp. v. Technicolor SA, et al.*, No 3:13-cv-05686-SC | ) ) ) |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 3:13-cv-00157-SC | ) ) ) |
| *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-2649-SC | ) ) ) ) |
| *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 13-cv-05668-SC | ) ) ) ) |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | ) ) ) |

The Direct Action Plaintiffs in the above-captioned actions ("DAPs"), on the one hand, and Defendants, on the other hand, hereby stipulate as follows:

WHEREAS, on November 7, 2014, Defendants filed their Notice of Motion and Motion for Summary Judgment on Plaintiffs' Umbrella Damages (MDL Dkt. No. 2977);

WHEREAS, the DAPs no longer intend to pursue "umbrella" damages based on purchases of CRTs, or products containing CRTs, where the CRTs were not manufactured by a conspirator;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs and the undersigned Defendants, subject to the concurrence of the Court, that:

1.  The DAPs shall not recover or seek to recover umbrella damages for any of their claims under federal or state law.

2.   Neither the DAPs nor their witnesses shall refer to, or argue that it would be appropriate to award, umbrella damages or any damages based on purported effects caused by the existence of a price umbrella;

3.   Contingent upon the Court's approval of this Stipulation, Defendants shall withdraw their Motion for Summary Judgment on Plaintiffs' Umbrella Damages.

* * *

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/18/2014

_____
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated:  December 12, 2014                                /s/  *Philip J. Iovieno*

>                                Philip J. Iovieno
>                                Anne M. Nardacci
>                                BOIES, SCHILLER & FLEXNER LLP
>                                30 South Pearl Street, 11th Floor
>                                Albany, NY  12207
>                                Telephone:  (518) 434-0600
>                                Facsimile:   (518) 434-0665
>                                Email:   piovieno@bsfllp.com
>                                              anardacci@bsfllp.com
>
>                                William A. Isaacson
>                                BOIES, SCHILLER & FLEXNER LLP
>                                5301 Wisconsin Ave. NW, Suite 800
>                                Washington, D.C.  20015
>                                Telephone:  (202) 237-2727
>                                Facsimile:   (202) 237-6131
>                                Email:  wisaacson@bsfllp.com
>
>                                Stuart Singer
>                                BOIES, SCHILLER & FLEXNER LLP
>                                401 East Las Olas Blvd., Suite 1200
>                                Fort Lauderdale, FL 33301
>                                Telephone:  (954) 356-0011
>                                Facsimile:   (954) 356-0022
>                                Email:  ssinger@bsfllp.com
>
>                                *Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp., P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Applicance, Inc., Office Depot, Inc., Interbond Corporation of America and Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

| | |
|---|---|
| DATED: December 12, 2014 | KIRKLAND & ELLIS LLP |
| | By: */s/ Eliot A. Adelson* |
| | Eliot A. Adelson<br>James Maxwell Cooper<br>**KIRKLAND & ELLIS LLP**<br>555 California Street, 27th Floor<br>San Francisco, CA  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: eadelson@kirkland.com<br>Email: max.cooper@kirkland.com |
| | James H. Mutchnik, P.C. (*pro hac vice*)<br>Kate Wheaton (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Tel: (312) 862-2000<br>Facsimile: (312) 862-2200 |
| | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| | MUNGER, TOLLES & OLSON LLP |
| | By: */s/ Hojoon Hwang* |
| | JEROME C. ROTH (SBN 159483)<br>jerome.roth@mto.com<br>HOJOON HWANG (SBN. 184950)<br>hojoon.hwang@mto.com<br>MIRIAM KIM (SBN 238230)<br>miriam.kim@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| | WILLIAM D. TEMKO (SBN 098858)<br>William.Temko@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| | *Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.* |

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' UMBRELLA DAMAGES

|   |   |
|---|---|
| 1 | |
| 2 | WINSTON & STRAWN LLP |
| 3 | By: */s/ Jeffrey L. Kessler* |
| 4 | JEFFREY L. KESSLER (*pro hac vice*) |
|   | JKessler@winston.com |
| 5 | A. PAUL VICTOR (*pro hac vice*) |
|   | PVictor@winston.com |
| 6 | ALDO A. BADINI (SBN 257086) |
|   | ABadini@winston.com |
| 7 | EVA W. COLE (*pro hac vice*) |
|   | EWCole@winston.com |
| 8 | MOLLY M. DONOVAN |
|   | MMDonovan@winston.com |

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

WEIL, GOTSHAL & MANGES LLP

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' UMBRELLA DAMAGES

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*

CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*


SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Gary L. Halling*

GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

BAKER BOTTS LLP

By: */s/ John M. Taladay*

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd., and Philips do Brasil, Ltda.*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*

JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gig@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

| | |
|---|---|
| 1 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| 2 | |
| 3 | By: */s/ Michael Lacorvara* |
| 4 | Michael Lacovara (SBN 209279)<br>Freshfields Bruckhaus Deringer US LLP |
| 5 | 601 Lexington Avenue, 31st floor<br>New York, NY 10022 |
| 6 | Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001 |
| 7 | Email: michael.lacovara@freshfields.com |
| 8 | TERRY CALVANI (SBN 53260)<br>Email: terry.calvani@freshfields.com |
| 9 | CHRISTINE LACIAK(*pro hac vice*)<br>Email: christine.laciak@freshfields.com |
| 10 | RICHARD SNYDER (*pro hac vice*)<br>Email: richard.snyder@freshfields.com |
| 11 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| 12 | 700 13th Street, NW, 10th Floor<br>Washington, DC  20005 |
| 13 | Telephone: (202) 777-4565<br>Facsimile: (202) 777-4555 |
| 14 | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |
| 15 | |
| 16 | JENNER & BLOCK LLP |
| 17 | By: /s/ *Terrence J. Truax* |
| 18 | JENNER & BLOCK LLP |
| 19 | Terrence J. Truax (*pro hac vice*)<br>Michael T. Brody (*pro hac vice*) |
| 20 | 353 North Clark Street<br>Chicago, Illinois 60654-3456 |
| 21 | Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484 |
| 22 | ttruax@jenner.com<br>mbrody@jenner.com |
| 23 | Brent Caslin (SBN 198682) |
| 24 | JENNER & BLOCK LLP<br>633 West Fifth Street, Suite 3600 |
| 25 | Los Angeles, California 90071<br>Telephone: (213) 239-5100 |
| 26 | Facsimile: (213) 239-5199<br>bcaslin@jenner.com |
| 27 | *Attorneys for Defendants Mitsubishi Electric* |
| 28 | *Corporation, Mitsubishi Electric US, Inc. and,*<br>*Mitsubishi Electric Visual Solutions America, Inc.* |

FAEGRE BAKER DANIELS LLP

By: */s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Stephen M. Judge (*pro hac vice*)
Email: steve.judge@FaegreBd.com
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*


SQUIRE PATTON BOGGS (US) LLP

By: */s/ Nathan Lane, III*

Nathan Lane, III (SBN 50961)
Mark C. Dosker (SBN 114789)
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887
E-mail:  nathan.lane@squiresanders.com
E-mail:  mark.dosker@squiresanders.com

10
STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' UMBRELLA DAMAGES

Donald A. Wall (Pro Hac Vice)
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 528-4005
Facsimile:  (602) 253-8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: */s/ Jeffrey I. Zuckerman*

Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Email: jzuckerman@curtis.com
           etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

11

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' UMBRELLA DAMAGES