GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-SC<br>MDL No. 1917 |
| **This Documents Relates To:**<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*CompuCom Sys., Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06396-SC<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275-SC<br><br>*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC<br><br>*P.C. Richard & Son Long Island Corp. et al. v. Hitachi, Ltd. et al.*, No. 3:12-cv-02648-SC<br><br>*Schultze Agency Services, LLC v. Hitachi, Ltd. et al.*, No. 3:12-cv-02649-SC<br><br>*Sears, Roebuck and Co. et al. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC<br><br>[*continued on next page*] | **STIPULATION AND [~~PROPOSED~~] ORDER RESOLVING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

1

*Target Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC

WHEREAS, Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") filed a Motion to Dismiss for Lack of Personal Jurisdiction on November 5, 2014 (ECF No. 2960) ("Motion");

WHEREAS, the Court previously ruled on Motions to Dismiss for Lack of Personal Jurisdiction, ECF No. 2437 and ECF No. 2611, and found that personal jurisdiction existed over other defendants;

WHEREAS, the Direct Action Plaintiffs (collectively "Plaintiffs") and CPT seek to avoid expending time and the Court's limited resources;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of CPT and Plaintiffs (the "Stipulating Parties"), that:

1. The Court's prior rulings on March 13, 2014 (ECF No. 2437) and June 9, 2014 (ECF No. 2611) apply to CPT's Motion, and CPT's Motion is hereby denied;

2. The Stipulating Parties preserve their right to appeal the denial of CPT's Motion, and all arguments, including arguments regarding whether those prior rulings are correct or incorrect, are preserved for appeal as to CPT's Motion.

///

///

///

///

///

///

///

Dated:  December 12, 2014                    /s/ *Rachel S. Brass*_____

Joel S. Sanders
Rachel S. Brass
Austin V. Schwing
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel:  415-393-8200
Fax: 415-393-8206

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*


/s/ *Philip J. Iovieno*_____

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 S. Pearl Street, 11th Floor
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665

*Liaison Counsel for the Direct Action Plaintiffs*


/s/  *David Martinez*_____

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
            dmartinez@rkmc.com
            jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402

3

```
 1                          Telephone: (612) 349-8500
                            Facsimile:  (612) 339-4181
 2                          Email: eskaplan@rkmc.com
                                   kcwildfang@rkmc.com
 3                                 lenelson@rkmc.com

 4                          Counsel for Plaintiffs Best Buy Co., Inc., Best
                            Buy Purchasing LLC, Best Buy Enterprise
 5                          Services, Inc., Best Buy Stores, L.P.,
                            BestBuy.com, L.L.C., and Magnolia Hi-Fi,
 6                          LLC.

 7
                            /s/  Jason Murray
 8
                            Jason C. Murray
 9                          CROWELL & MORING LLP
                            515 South Flower Street, 40th Floor
10                          Los Angeles, CA 90071
                            Telephone:  (213) 443-5582
11                          Facsimile:   (213) 622-2690
                            Email:  jmurray@crowell.com
12
                            Jerome A. Murphy
13                          Astor H.L. Heaven
                            CROWELL & MORING LLP
14                          1001 Pennsylvania Avenue, N.W.
                            Washington, DC 20004
15                          Telephone: (202) 624-2500
                            Facsimile:  (202) 628-5116
16                          Email:  jmurphy@crowell.com
                                    aheaven@crowell.com
17
                            Counsel for Target Corp.
18

19                          /s/  Richard Arnold

20                          Richard Alan Arnold
                            William J. Blechman
21                          Kevin J. Murray
                            KENNY NACHWALTER, P.A.
22                          201 S. Biscayne Boulevard, Suite 1100
                            Miami, FL 33131
23                          Telephone: (305) 373-1000
                            Facsimile:  (305) 372-1861
24                          Email: rarnold@knpa.com
                                   wblechman@knpa.com
25                                 kmurray@knpa.com

26                          Counsel for Plaintiff Sears, Roebuck and Co.
                            and Kmart Corp.
27
28   Pursuant to Local Civil Rule 5-1(i), the filer attests that concurrence in the filing of this document has
     been obtained from each of the above signatories.
```

4

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: 12/18/2014

_____
Hon.
U.S.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed by Judge Samuel Conti]*

5

# DECLARATION OF SERVICE

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date below, I served the within:

**STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on December 12, 2014. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on December 12, 2014, at San Francisco, California.

                                                  */s/ Joseph Hansen*
                                                   Joseph Hansen

6

STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
MASTER CASE NO. 07-CV-5944 SC