*(Stipulating parties listed on signature page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv- 05686;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | **STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING SCHEDULE ON THOMSON SA'S EMERGENCY MOTION TO AMEND ITS ANSWERS AND FOR PARTIAL RELIEF FROM THE COURT'S ORDER RE: THOMSON DISCOVERY**<br><br>**(Pursuant to Civ. Local Rule 6-3)**<br><br>Judge: Hon. Samuel Conti |

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510;

*Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv-02058.

Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America; Office Depot, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs"); Crago, d/b/a Dash Computers, Inc.; Arch Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc., d/b/a Wettsteins's (collectively the "Direct Purchaser Plaintiffs" or "DPPs"), and Thomson S.A. (n.k.a. Technicolor S.A.) have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, on October 23, 2014, the Court issued an Order granting DAPs' motion to

1  extend time for the taking of discovery from Thomson SA and Thomson Consumer, extending the

2  fact discovery deadline sixty (60) days to December 22, 2014, in all actions filed by the DAPs

3  (Dkt. No. 2945) ("October 23 Order");

4      WHEREAS, the DAPs expressly reserve and do not waive any rights pertaining to

5  enforcement of the October 23 Order compelling the production of documents by Thomson SA;

6      WHEREAS, on December 18, 2014 Thomson SA filed an Emergency Motion to Amend

7  Its Answers and for Partial Relief from the Court's Order re: Thomson Discovery (Dkt. No. 3214)

8  ("Emergency Motion");

9      WHEREAS, Thomson SA, DAPs, and DPPs have agreed to an expedited briefing

10 schedule on the Emergency Motion.

11 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned

12 counsel as follows:

13    1. The deadline for DAPs and DPPs to file their response to the Emergency Motion shall be

14      December 23, 2014;

15    2. The deadline for Thomson SA to file its reply in support of the Emergency Motion shall

16      be December 30, 2014.

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19 Dated:_____        _____

20                                         Hon. Samuel Conti
                                     United States District Judge

21

22

23

24

25

26

27

28

Dated:  December 19, 2014            FAEGRE BAKER DANIELS LLP

By: /s/ Kathy L. Osborn

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: (303) 607-3500
Facsimile:  (303) 607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

|   |   |
|---|---|
| 1 | */s/ Philip J. Iovieno* |
| 2 |  |
| 3 | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP |
| 4 | 30 South Pearl St., 11th Floor<br>Albany, NY 12207 |
| 5 | Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 |
| 6 | piovieno@bsfllp.com<br>anardacci@bsfllp.com |
| 7 |  |
| 8 | William Isaacson<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Ave. NW, Suite 800 |
| 9 | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 10 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com |
| 11 |  |
| 12 | Stuart Singer<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Blvd., Suite 1200 |
| 13 | Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011 |
| 14 | Facsimile: (954) 356-0022<br>ssinger@bsfllp.com |
| 15 |  |
| 16 | *Liaison Counsel for Direct Action Plaintiffs and Tech Data* |
| 17 |  |
| 18 | */s/ Craig Benson*<br>Kenneth A. Gallo (*pro hac vice*)<br>Joseph J. Simons (*pro hac vice*) |
| 19 | Craig A. Benson (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & |
| 20 | GARRISON LLP<br>2001 K Street, NW |
| 21 | Washington, DC 20006<br>Telephone: (202) 223-7300 |
| 22 | Facsimile: (202) 223-7420<br>kgallo@paulweiss.com |
| 23 | jsimons@paulweiss.com<br>cbenson@paulweiss.com |
| 24 |  |
| 25 | Stephen E. Taylor (SBN 058452)<br>Jonathan A. Patchen (SBN 237346) |
| 26 | Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355 |
| 27 | San Francisco, California 94111<br>Telephone: (415) 788-8200 |
| 28 | Facsimile: (415) 788-8208<br>staylor@paulweiss.com<br>jpatchen@paulweiss.com |

|   |   |
|---|---|
| 1 | |
| 2 | *Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.* |
| 3 | |

*/s/ David Martinez*
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
           dmartinez@rkmc.com
           jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
           kcwildfang@rkmc.com
           lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

| | |
|---|---|
| 1 | */s/ David J. Burman* |
| | David J. Burman |
| 2 | Cori G. Moore |
| | Eric J. Weiss |
| 3 | Nicholas H. Hesterberg |
| | Steven D. Merriman |
| 4 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 5 | Seattle, WA 98101-3099 |
| | Telephone: (206) 359-8000 |
| 6 | Facsimile: (206) 359-9000 |
| | Email: DBurman@perkinscoie.com |
| 7 | CGmoore@perkinscoie.com |
| | EWeiss@perkinscoie.com |
| 8 | NHesterberg@perkinscoie.com |
| | SMerriman@perkinscoie.com |

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7120
Facsimile: (415) 344-7320
Email: JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

*/s/ Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: rturken@bilzin.com
swagner@bilzin.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

STIPULATION AND [PROPOSED] ORDER RE EXPEDITED BRIEFING SCHEDULE   7   No. 07-5944-SC; MDL No. 1917

|   |   |
|---|---|
| 1 | |
| 2 | Philip J. Iovieno |
|   | Anne M. Nardacci |
| 3 | BOIES, SCHILLER & FLEXNER LLP |
|   | 30 South Pearl Street, 11th Floor |
|   | Albany, NY  12207 |
| 4 | Telephone:  (518) 434-0600 |
|   | Facsimile:   (518) 434-0665 |
| 5 | Email:  piovieno@bsfllp.com |
|   |              anardacci@bsfllp.com |
| 6 | |
|   | *Attorneys for Plaintiffs Tech Data Corporation and* |
| 7 | *Tech Data Product Management* |
| 8 | |
|   | */s/  Lee Godfrey* |
| 9 | H. Lee Godfrey |
|   | Kenneth S. Marks |
| 10 | Jonathan J. Ross |
|   | Johnny W. Carter |
| 11 | David M. Peterson |
|   | SUSMAN GODFREY L.L.P. |
| 12 | 1000 Louisiana Street, Suite 5100 |
|   | Houston, TX 77002 |
| 13 | Telephone:  (713) 651-9366 |
|   | Facsimile:   (713) 654-6666 |
| 14 | Email:  lgodfrey@susmangodfrey.com |
|   |              kmarks@susmangodfrey.com |
| 15 |              jross@susmangodfrey.com |
|   |              jcarter@susmangodfrey.com |
| 16 |              dpeterson@susmangodfrey.com |
| 17 | Parker C. Folse III |
|   | Rachel S. Black |
| 18 | Jordan Connors |
|   | SUSMAN GODFREY L.L.P. |
| 19 | 1201 Third Avenue, Suite 3800 |
|   | Seattle, WA 98101-3000 |
| 20 | Telephone:  (206) 516-3880 |
|   | Facsimile:   (206) 516-3883 |
| 21 | Email:  pfolse@susmangodfrey.com |
|   | rblack@susmangodfrey.com |
| 22 | jconnors@susmangodfrey.com |
| 23 | *Counsel for Plaintiff Alfred H. Siegel, solely in his* |
|   | *capacity as Trustee of the Circuit City Stores, Inc.* |
| 24 | *Liquidating Trust* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | */s/ Jason Murray* |
|   | Jason C. Murray |
| 2 | CROWELL & MORING LLP |
|   | 515 South Flower Street, 40th Floor |
| 3 | Los Angeles, CA 90071 |
|   | Telephone: (213) 443-5582 |
| 4 | Facsimile: (213) 622-2690 |
|   | Email: jmurray@crowell.com |
| 5 | |
|   | Jerome A. Murphy |
| 6 | Astor H.L. Heaven |
|   | CROWELL & MORING LLP |
| 7 | 1001 Pennsylvania Avenue, N.W. |
|   | Washington, DC 20004 |
| 8 | Telephone: (202) 624-2500 |
|   | Facsimile: (202) 628-5116 |
| 9 | Email: jmurphy@crowell.com |
|   |         aheaven@crowell.com |
| 10 | |
| 11 | *Counsel for Target Corp. and ViewSonic Corp.* |
| 12 | */s/ Richard Arnold* |
|    | Richard Alan Arnold |
| 13 | William J. Blechman |
|    | Kevin J. Murray |
| 14 | KENNY NACHWALTER, P.A. |
|    | 201 S. Biscayne Boulevard, Suite 1100 |
| 15 | Miami, FL 33131 |
|    | Telephone: (305) 373-1000 |
| 16 | Facsimile: (305) 372-1861 |
|    | Email: rarnold@knpa.com |
| 17 |         wblechman@knpa.com |
|    |         kmurray@knpa.com |
| 18 | |
|    | *Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.* |
| 19 | |
| 20 | */s/ Guido Saveri* |
|    | Guido Saveri (22349) |
| 21 | R. Alexander Saveri (173102) |
|    | Geoffrey C. Rushing (126910) |
| 22 | Cadio Zirpoli (179108) |
|    | Travis L. Manfredi (281779) |
| 23 | SAVERI & SAVERI, INC. |
|    | 706 Sansome Street |
| 24 | San Francisco, CA 94111 |
|    | Telephone: (415) 217-6810 |
| 25 | Facsimile: (415) 217-6813 |
|    | *Interim Lead Counsel for the Direct Purchaser Plaintiffs* |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER RE EXPEDITED BRIEFING SCHEDULE        9        No. 07-5944-SC; MDL No. 1917

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.