Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>   PLAINTIFFS,<br><br>   v.<br><br>HITACHI, LTD., *ET AL.*,<br><br>   DEFENDANTS. | **DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") respectfully request an order permitting Dell to file under seal portions of Dell's Opposition to Defendant's Joint Motion for Partial Summary Judgment Against Dell on Statute of Limitations Grounds ("Dell's Opposition") and the Exhibits 1-36 and 39-58 to the Declaration of Debra D. Bernstein in Support of Dell's Opposition ("Bernstein Declaration"). This Administrative Motion is supported by the Declaration of Matthew D. Kent ("Kent Declaration") filed contemporaneously herewith.

Dell submits this Administrative Motion because the Consolidated Response and the exhibits to the Bernstein Declaration contain: (a) material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential"; and (b) analysis of, references to, or information taken directly from material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential." *See id.*

As set forth in the Kent Declaration, Dell seeks to file these materials under seal because they contain material that is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." N.D. Cal. Civ. L. R. 79-5(a)-(c). These materials consist of, cite to, and/or identify confidential, non-public information, including information concerning Dell's procurement strategies, pricing and internal financial information. This information is confidential commercial information, the disclosure of which would prejudice Dell in its commercial relationships with suppliers and in its competitive efforts.

In addition, as set forth in the Kent Declaration, Dell seeks to file materials under seal that reflect, contain, or refer to information that certain parties other than Dell have designated as "Confidential" or "Highly Confidential" pursuant to a Protective Order. N.D. Cal. Civ. Local Rule 79-5 provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal, and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated

2

ADMINISTRATIVE MOTION　　　　　　　　　　　　　　　　MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL　　　　　　　　　　　MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC

material is sealable. N.D. Cal. Civ. L.R. 79-5(e).  It is the other party's burden to establish that the designated information is sealable.  Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).  Dell leaves it to this Court's discretion to determine whether the material designated for protection by other parties should be filed under seal, but files this administrative motion in order to comply with the Protective Order entered in this action.

WHEREFORE, Dell respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the designated material is sealable.

Date:  December 21, 2014

                              Respectfully submitted,

                         By:  */s/ Matthew D. Kent*
                              Michael P. Kenny, Esq. (GA Bar No. 415064)
                              mike.kenny@alston.com
                              Debra D. Bernstein, Esq. (GA Bar No. 054998)
                              debra.bernstein@alston.com
                              Matthew D. Kent, Esq. (GA Bar No. 526272)
                              matthew.kent@alston.com
                              Elizabeth Helmer, Esq. (GA Bar No. 415161)
                              elizabeth.helmer@alston.com
                              **ALSTON & BIRD LLP**
                              1201 West Peachtree Street
                              Atlanta, Georgia  30309-3424
                              Tel: (404) 881-7000
                              Facsimile: (404) 881-7777

                              James M. Wagstaffe, Esq. (SBN 95535)
                              wagstaffe@kerrwagstaffe.com
                              **Kerr & Wagstaffe LLP**
                              101 Mission Street, 18th Floor
                              San Francisco, California 94105-1576
                              Tel: (415) 371-8500
                              Facsimile: (415) 371-0500

                              *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

3

ADMINISTRATIVE MOTION                                MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                         MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC