Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>PLAINTIFFS,<br><br>v.<br><br>HITACHI, LTD., *ET AL*.,<br><br>DEFENDANTS. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC

**[PROPOSED] ORDER**

Upon consideration of the Dell Plaintiffs' Administrative Motion to File Documents Under Seal ("Administrative Motion"), it is hereby

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file under seal those portions of Dell's Opposition to Defendant's Joint Motion for Partial Summary Judgment Against Dell on Statute of Limitations Grounds ("Dell's Opposition") identified by the Dell Plaintiffs' in connection with their Administrative Motion and the entirety of Exhibits 1-36 and 39-58 to the Declaration of Debra D. Bernstein filed in Support of Dell's Opposition.

Dated: _____, 2014

_____
**The Honorable Samuel Conti**
**Northern District of California**

2

[PROPOSED] ORDER GRANTING ADMIN. MOTION   MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL              MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC