1  Michael P. Kenny, Esq. (admitted *pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted *pro hac vice*)
   debra.bernstein@alston.com
3  Matthew D. Kent (admitted *pro hac vice*)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
5  Atlanta, Georgia  30309-3424
   Tel: (404) 881-7000
6  Fax:  (404) 881-7777

7  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
8  **KERR & WAGSTAFFE LLP**
9  101 Mission Street, 18th Floor
   San Francisco, California 94105-1576
10 Tel: (415) 371-8500
   Fax: (415) 371-0500
11

12 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

13              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
14               **SAN FRANCISCO DIVISION**

15

16 | In re: CATHODE RAY TUBE (CRT) | Master File No. 3:07-md-05944-SC (N.D. |
   | ANTITRUST LITIGATION | Cal.) |
17 | | |
18 | | MDL No. 1917 |
   | This Document Relates to: Individual Case | |
19 | No. 13-cv-2171 (SC) | **DECLARATION OF DEBRA D.** |
   | | **BERNSTEIN IN SUPPORT OF THE DELL** |
20 | DELL INC. AND DELL PRODUCTS L.P., | **PLAINTIFFS' OPPOSITION TO** |
   | | **DEFENDANTS' MOTION FOR PARTIAL** |
21 |      PLAINTIFFS, | **SUMMARY JUDGMENT AGAINST DELL** |
   | | **ON STATUTE OF LIMITATIONS** |
22 |      v. | **GROUNDS** |
23 | HITACHI, LTD., *ET AL.*, | |
24 | | |
   |      DEFENDANTS. | |
25 | | |
26 | | |
27
28

---

DECL. OF DEBRA D. BERNSTEIN ISO DELL'S OPP. TO          MASTER FILE NO. 3:07-CV-05944-SC
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT                          MDL NO. 1917

I, **DEBRA D. BERNSTEIN**, declare as follows:

1.      I am a Partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I submit this Declaration in support of Dell's Opposition to Defendants' Motion for Partial Summary Judgment Against Dell on Statute of Limitations Grounds (hereinafter, the "Bernstein Declaration").

2.      I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia.  Pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding, I have been admitted *pro hac vice* in this litigation.

1.      **Exhibit 1** to the Bernstein Declaration is a true and correct copy of excerpts from the deposition transcripts of Chih Chin Liu.

2.      **Exhibit 2** to the Bernstein Declaration is a true and correct copy of excerpts from the deposition transcripts of Sheng-Jen Yang.

3.      **Exhibit 3** to the Bernstein Declaration is a true and correct copy of a document produced by Chunghwa Picture Tubes, and a certified English translation of the same, bearing bates numbers CHU00102864 – CHU00102865.

**4.**      **Exhibit 4** to the Bernstein Declaration is a true and correct copy of a document produced by Chunghwa Picture Tubes, bearing bates numbers CHU00647932 – CHU00647943, entered as Exhibit 1227 at the deposition of Chih Chun Liu.

5.      **Exhibit 5** to the Bernstein Declaration is a true and correct copy of a document produced by Samsung SDI, and a certified English translation of the same, bearing bates numbers SDCRT-0005830 – SDCRT-0005842, entered as Exhibit 713 at the deposition of Michael Son.

6.      **Exhibit 6** to the Bernstein Declaration is a true and correct copy of a document produced by Samsung SDI, and a certified English translation of the same, bearing bates numbers SDCRT-0086490 – SDCRT-0086492.

7.      **Exhibit 7** to the Bernstein Declaration is a true and correct copy of a document produced by Samsung SDI, bearing bates numbers SDCRT-0091692 – SDCRT-0091701.

8.      **Exhibit 8** to the Bernstein Declaration is a true and correct copy of a document produced by Chunghwa Picture Tubes, and a certified English translation of the same, bearing bates numbers CHU00028705 – CHU00028706.

9.      **Exhibit 9** to the Bernstein Declaration is a true and correct copy of a document produced by Chunghwa Picture Tubes, and a certified English translation of the same, bearing bates numbers CHU00578883 – CHU00578885, entered as Exhibit 1871 at the deposition of Jin Kang Jung.

10.     **Exhibit 10** to the Bernstein Declaration is a true and correct copy of a document produced by Panasonic, and a certified English translation of the same, bearing bates numbers MTPD-0400579– 0400580.

11.     **Exhibit 11** to the Bernstein Declaration is a true and correct copy of a document produced by Panasonic, and a certified English translation of the same, bearing bates numbers MTPD-0410018, and  MTPD0410020 – MTPD0410021, entered as Exhibits 1797 and 1798 at the deposition of Yasuki Yamamoto.

12.     **Exhibit 12** to the Bernstein Declaration is a true and correct copy of a document produced by Panasonic, and a certified English translation of the same, bearing bates numbers MTPD-0423675 – MTPD-0423677.

13.     **Exhibit 13** to the Bernstein Declaration is a true and correct copy of a document produced by Panasonic, and a certified English translation of the same, bearing bates numbers MTPD-0493549 – MTPD-0493550.

14.     **Exhibit 14** to the Bernstein Declaration is a true and correct copy of a document produced by Samsung SDI, and a certified English translation of the same, bearing bates numbers SDCRT-0086449 – SDCRT-0086454.

15.     **Exhibit 15** to the Bernstein Declaration is a true and correct copy of a document produced by Samsung SDI, and a certified English translation of the same, bearing bates numbers SDCRT-0086532 – SDCRT-0086536.

16.     **Exhibit 16** to the Bernstein Declaration is a true and correct copy of a document produced by Samsung SDI, and a certified English translation of the same, bearing bates numbers SDCRT-0086557 – SDCRT-0086560, entered as Exhibit 1528 at the deposition of Duck Yun Kim.

17.     **Exhibit 17** to the Bernstein Declaration is a true and correct copy of a document produced by Toshiba, and a certified English translation of the same, bearing bates number TSB-CRT-00035348 – TSB-CRT-00035349.

18.     **Exhibit 18** to the Bernstein Declaration is a true and correct copy of a document produced by Toshiba, and a certified English translation of the same, bearing bates numbers TSB-CRT-00039829 – TSB-CRT-00039832.

19.     **Exhibit 19** to the Bernstein Declaration is a true and correct copy of a document produced by Chunghwa Picture Tubes, bearing bates numbers CHU00660717 – CHU00660727, entered as Exhibit 1225 at the deposition of Chih Chun Liu.

20.     **Exhibit 20** to the Bernstein Declaration is a true and correct copy of a document produced by Chunghwa Picture Tubes, bearing bates numbers CHU00648685.

21.     **Exhibit 21** to the Bernstein Declaration is a true and correct copy of a document produced by Chunghwa Picture Tubes, bearing bates numbers CHU00648741.

22.     **Exhibit 22** to the Bernstein Declaration is a true and correct copy of a document produced by Samsung SDI, and a certified English translation of the same, bearing bates numbers SDCRT-090280 – SDCRT-090282, entered as Exhibit 640 at the deposition of In Hwan Song.

23.     **Exhibit 23** to the Bernstein Declaration is a true and correct copy of a document produced by Panasonic, and a certified English translation of the same, bearing bates numbers MTPD-0035375 – MTPD-0035376.

24.     **Exhibit 24** to the Bernstein Declaration is a true and correct copy of a document produced by Panasonic, and a certified English translation of the same, bearing bates numbers MTPD-0492286 – MTPD-0492289.

25.     **Exhibit 25** to the Bernstein Declaration is a true and correct copy of a document produced by Samsung SDI, and a certified English translation of the same, bearing bates numbers SDCRT-0086672-SDCRT-0086674.

26.     **Exhibit 26** to the Bernstein Declaration is a true and correct copy of a document produced by Samsung SDI, and a certified English translation of the same, bearing bates numbers SDCRT-0090319 – SDCRT-0090321.

27.     **Exhibit 27** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the August 6, 2014, Deposition of Martin Garvin.

28.     **Exhibit 28** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the August 27, 2014, Deposition of Gerry Smith.

29.     **Exhibit 29** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the August 8, 2014, Deposition of Angela Ford.

30.     **Exhibit 30** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the August 15, 2014, Deposition of Glenn Neland.

31.     **Exhibit 31** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the August 22, 2014, Deposition of Thomas McGinty "Mac" Stringfellow.

32.     **Exhibit 32** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the August 23, 2014, Deposition of Jon Melnick.

33.     **Exhibit 33** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the August 13, 2014, Deposition of Dennis Selman.

34.     **Exhibit 34** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the September 3, 2014, Deposition of Shutuan Lillie.

35.     **Exhibit 35** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the August 28, 2014, Deposition of Ricky E. Ratley.

36.     **Exhibit 36** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the September 9, 2014, Deposition of Julie French.

37.     **Exhibit 37** to the Bernstein Declaration is a true and correct copy of a Complaint filed by the Direct Purchaser Class Plaintiffs on November 26, 2007.

38.     **Exhibit 38** to the Bernstein Declaration is a true and correct copy of the Complaint filed by Dell Inc. and Dell Products L.P. on February 17, 2013.

39.     **Exhibit 39** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates number DELL-CRT-00103347, entered as Exhibit 5091 at the deposition of Angela Ford.

40.     **Exhibit 40** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates numbers DELL-LCD00000698 – DELL-LCD00000704, entered as Exhibit 5093 at the deposition of Angela Ford.

41.     **Exhibit 41** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates numbers DELL-CRT-00103345 – DELL-CRT-00103346, entered as Exhibit 5092 at the deposition of Angela Ford.

42.     **Exhibit 42** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates numbers DELL-CRT-00103333 – DELL-CRT-00103336, entered as Exhibit 4993 at the deposition of Martin Garvin.

43.     **Exhibit 43** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the October 27, 2014 deposition of Kenneth G. Elzinga, Ph.D.

44.     **Exhibit 44** to the Bernstein Declaration is a true and correct copy of Exhibit 3 to the Expert Report of Dr. Kenneth G. Elzinga, April 15, 2014.

45.     **Exhibit 45** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates numbers DELL-LCD00000535 – DELL-LCD00000537, entered as Exhibit 5090 at the deposition of Angela Ford.

46.     **Exhibit 46** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates number DELL-CRT-00100758, entered as Exhibit 5089 at the deposition of Angela Ford.

47.     **Exhibit 47** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates number DELL-CRT-00102738 – DELL-CRT-00102741, entered as Exhibit 5094 at the deposition of Angela Ford.

48.     **Exhibit 48** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates number DELL-LCD00000705 – DELL-LCD00000707, entered as Exhibit 5200 at the deposition of Dennis Selman.

49.     **Exhibit 49** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates number DELL-00822069 – DELL-00822070, entered as Exhibit 6071 at the deposition of Shutuan Lillie.

50.     **Exhibit 50** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates number DELL-CRT-00032685 – DELL-CRT-00032686, entered as Exhibit 5205 at the deposition of Dennis Selman.

51.     **Exhibit 51** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates numbers DELL-LCD00000673 – DELL-LCD00000692, entered as Exhibit 4991 at the deposition of Martin Garvin.

52.     **Exhibit 52** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates number DELL-CRT-00101656, entered as Exhibit 6084 at the deposition of Julie French.

53.     **Exhibit 53** to the Bernstein Declaration is a true and correct copy of a document produced by Dell, bearing bates number DELL-CRT-00048466 – DELL-CRT-00048467.00035, entered as Exhibit 5077 at the deposition of Angela Ford.

54.     **Exhibit 54** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the June 2, 2014, 30 (b)(6) Deposition of Dell Plaintiffs, Julie French.

55.     **Exhibit 55** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the September 11, 2013 deposition of Jun Yeol Youn.

56.     **Exhibit 56** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the January 18, 2013 deposition of Dae Eui Lee.

57.     **Exhibit 57** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the July 25 – 26, 2014 deposition of Jae In Lee.

58.     **Exhibit 58** to the Bernstein Declaration is a true and correct copy of portions of the Transcript of the March 22, 2013 deposition of Sang Kyu Park.


[CONTINUED ON FOLLOWING PAGE]

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3

4    Executed on December 21, 2014, in Atlanta, Georgia.

5

6                                    */s/ Debra D. Bernstein*
                                     Debra D. Bernstein, Esq.
7                                    ALSTON & BIRD LLP
                                     1201 West Peachtree Street
8                                    Atlanta, Georgia 30309-3424
                                     Tel: (404) 881-7000
9                                    Facsimile: (404) 881-7777
                                     debra.bernstein@alston.com
10
                                     *Attorney for Plaintiffs Dell Inc. and Dell Products L.P*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF DEBRA D. BERNSTEIN ISO DELL'S OPP. TO          MASTER FILE NO. 3:07-CV-05944-SC
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT                 MDL NO. 1917