Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Cathode Ray Tube (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>PLAINTIFFS,<br><br>V.<br><br>HITACHI, LTD., *ET AL.*,<br><br>DEFENDANTS. | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917<br><br>**LI XU DECLARATION IN SUPPORT OF DELL'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL ON STATUTE OF LIMITATIONS GROUNDS**<br><br>Judge: Hon. Samuel P. Conti<br>Court: Courtroom 1, 17th Floor |

1  I, Li Xu, hereby declare as follows:

2  1. I am a native Chinese speaker from Beijing, China.

3  2. The Commercial Times publishes its articles in Traditional Chinese.

4  3. On January 17, 2002, 204 articles were published by the Commercial Times.

5  4. On January 17, 2002, four articles reference cathode ray tubes.

7  I declare under penalty of perjury that the foregoing is true and correct.

8  Executed this <u>19th</u> day of December, 2014 in Atlanta, Georgia.

10  By: _____