# EXHIBITS 1 - 36

# FILED UNDER SEAL