# EXHIBITS 39 - 58

# FILED UNDER SEAL