Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) | |
| DELL INC. AND DELL PRODUCTS L.P., | **[PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL ON STATUTE OF LIMITATIONS GROUNDS** |
| PLAINTIFFS, | |
| v. | |
| HITACHI, LTD., *ET AL.*, | |
| DEFENDANTS. | |

**[PROPOSED] ORDER**

Upon consideration of Dell's Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment Against Dell on Statute of Limitations Grounds, it is hereby ORDERED that Defendants' Joint Motion for Summary Judgment MDL Dkt. No. 3044 is DENIED.

Dated: _____, 2015

_____
**The Honorable Samuel Conti**
**Northern District of California**

[PROPOSED] ORDER DENYING DEFS.' JOINT MOT.                    MASTER FILE NO. 3:07-CV-05944-SC
FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL                    IND. CASE NO. 3:13-cv-02171-SC
ON STATUTE OF LIMITATIONS GROUNDS