Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>   PLAINTIFFS,<br><br>   v.<br><br>HITACHI, LTD., *ET AL.*,<br><br>   DEFENDANTS. | **DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

1    Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order
2 No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell")
3 respectfully request an order permitting Dell to file under seal portions of Dell's Opposition to
4 Defendants' Motion for Summary Judgment with Respect to Dell's Foreign Purchases Under the
5 FTAIA ("Dell's FTAIA Opposition"), the Declaration of Julie French in Support of Dell's FTAIA
6 Opposition ("French Declaration"), and Exhibits 1-2 and 4-26 to the Declaration of Debra D. Bernstein
7 in Support of Dell's FTAIA Opposition ("Bernstein Declaration").  This Administrative Motion is
8 supported by the Declaration of Matthew D. Kent ("Kent Declaration") filed contemporaneously
9 herewith.

10   Dell submits this Administrative Motion because the Consolidated Response, French
11 Declaration and the exhibits to the Bernstein Declaration contain: (a) material designated pursuant to a
12 Protective Order as "Confidential" or "Highly Confidential"; and (b) analysis of, references to, or
13 information taken directly from material designated pursuant to a Protective Order as "Confidential" or
14 "Highly Confidential."  *See id.*  These materials also contain confidential and competitively sensitive
15 information related to Dell's procurement of CRT products.

16   As set forth in the Kent Declaration, Dell seeks to file these materials under seal because they
17 contain material that is "privileged or protectable as a trade secret or otherwise entitled to protection
18 under the law."  N.D. Cal. Civ. L. R. 79-5(a)-(c).  These materials consist of, cite to, and/or identify
19 confidential, non-public information, including information concerning Dell's procurement strategies,
20 pricing and internal financial information.  This information is confidential commercial information,
21 the disclosure of which would prejudice Dell in its commercial relationships with suppliers and in its
22 competitive efforts.

23   In addition, as set forth in the Kent Declaration, Dell seeks to file materials under seal that
24 reflect, contain, or refer to information that certain parties other than Dell have designated as
25 "Confidential" or "Highly Confidential" pursuant to a Protective Order.  N.D. Cal. Civil Local Rule
26 79-5 provides that if a party wishes to file a document that has been designated confidential by another
27 party, or if a party wishes to refer in a memorandum to information so designated by another party, the
28

2

ADMINISTRATIVE MOTION                                    MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                             MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC

1  submitting party must file an administrative motion to seal, and the designating party must file a
2  declaration within four days of filing the administrative motion to seal establishing that the designated
3  material is sealable. N.D. Cal. Civ. L.R. 79-5(e).  It is the other party's burden to establish that the
4  designated information is sealable.  Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d
5  1172, 1178-1180 (9th Cir. 2006).  Dell leaves it to this Court's discretion to determine whether the
6  material designated for protection by other parties should be filed under seal, but files this
7  administrative motion in order to comply with the Protective Order entered in this action.

8      WHEREFORE, Dell respectfully submits this administrative motion pursuant to the Protective
9  Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the
10 designated material is sealable.

11 Date:  December 22, 2014

                    Respectfully submitted,

By:  /s/ Matthew D. Kent
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
Elizabeth Helmer, Esq. (GA Bar No. 415161)
elizabeth.helmer@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**Kerr & Wagstaffe LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

3

ADMINISTRATIVE MOTION                                    MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                             MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC