# DECLARATION OF JULIE FRENCH IN SUPPORT OF DELL'S DELL'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO DELL'S FOREIGN PURCHASES UNDER THE FTAIA [MDL DKT. NO. 3003]

# FILED UNDER SEAL