# EXHIBIT 1 - 2

# FILED UNDER SEAL