# EXHIBIT 4 - 26

# FILED UNDER SEAL