Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) | |
| DELL INC. AND DELL PRODUCTS L.P., | **[PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO DELL'S FOREIGN PURCHASES UNDER THE FTAIA** |
| PLAINTIFFS, | |
| v. | |
| HITACHI, LTD., *ET AL*., | |
| DEFENDANTS. | |

1

**[PROPOSED] ORDER**

2  Upon consideration of Dell's Response in Opposition to Defendants' Joint Motion for

3  Summary Judgment with Respect to Dell's Foreign Purchases Under the FTAIA, it is hereby

4  ORDERED that Defendants' Joint Motion for Summary Judgment [MDL Dkt. No. 3003] is DENIED.

5

6  Dated: _____, 2015

7

8

9  _____

10  **The Honorable Samuel Conti**
   **Northern District of California**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING DEFS.' JOINT MOT.      MASTER FILE NO. 3:07-CV-05944-SC
FOR SUMM J. AS TO DELL UNDER THE FTAIA       MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC