# Exhibit 45



ANNUAL REPORT **2011**
including the Annual Financial Report

ANNUAL REPORT 2011 ............................................................. 1

**1** PRESENTATION OF THE GROUP AND ITS ACTIVITIES .................................................. 5
1.1 Selected Financial Data ............................................................. 6
1.2 History and Strategy of the Company ........................................ 9
1.3 Business Overview .................................................................. 13

**2** OPERATING AND FINANCIAL REVIEW AND PROSPECTS .................................................. 21
2.1 Overview .................................................................................. 22
2.2 Trends in the Media & Entertainment industry ........................ 22
2.3 Summary of results ................................................................. 23
2.4 Seasonality .............................................................................. 24
2.5 Geographic breakdown of revenues & Effect of exchange rate fluctuations ............................................................................ 24
2.6 Events subsequent to December 31, 2011 ............................. 25
2.7 Notification of interests acquired in the share capital of French companies in 2011 .................................................................. 26
2.8 Notification of interests acquired in the share capital of French companies in 2010 .................................................................. 26
2.9 Results of operations for 2011 and 2010 ................................ 26
2.10 Liquidity and capital resources ................................................ 33
2.11 Priorities and objectives for 2012 ............................................ 41

**3** RISK FACTORS .................................................................. 43
3.1 Risk related to the debt restructuring ...................................... 44
3.2 Market Risk ............................................................................. 46
3.3 Risks related to the business .................................................. 47
3.4 Other risks ............................................................................... 53
3.5 Insurance ................................................................................ 55

**4** CORPORATE GOVERNANCE AND INTERNAL CONTROL PROCEDURES .................................... 57
4.1 Board of Directors ................................................................... 58
4.2 Chairman's report on corporate governance, internal control and risk management ..................................................................... 64
4.3 Statutory Auditors' report on the Chairman's report on internal control procedures ................................................................... 76
4.4 Compensation and benefits of Directors ................................. 77
4.5 Executive Committee .............................................................. 84

**5** TECHNICOLOR AND ITS SHAREHOLDERS ..................... 87
5.1 Share capital ............................................................................ 88
5.2 Listing information ................................................................... 95

**6** SOCIAL INFORMATION AND SUSTAINABILITY ............. 97
6.1 Employees and workforce ....................................................... 98
6.2 Environmental matters .......................................................... 107
6.3 Technicolor Foundation for Cinema Heritage ....................... 117

**7** ADDITIONAL INFORMATION ........................................... 119
7.1 Property, Plant and Equipment ............................................. 120
7.2 Memorandum and bylaws ..................................................... 124
7.3 Material contracts .................................................................. 125
7.4 Additional tax information ..................................................... 126
7.5 Organization of the Group ..................................................... 127
7.6 Documents on display ........................................................... 130
7.7 Information on accounting services ...................................... 130
7.8 Accounting fees and services ................................................ 131
7.9 Persons responsible for the Registration Document and the Annual Financial Report ......................................... 132

**8** FINANCIAL STATEMENTS .............................................. 133
8.1 Technicolor 2011 consolidated financial statements ............ 134
8.2 Notes to the consolidated financial statements .................... 141
8.3 Statutory Auditors' report on the Consolidated Financial Statements ............................................................................ 231
8.4 Technicolor sa parent company financial statements .......... 233
8.5 Notes to the Parent Company Financial Statements ........... 236
8.6 Parent company financial data over the five last years (under article R.225-102 of the French Commercial code) ............ 257
8.7 Statutory auditors' report on the financial statements for the year ended December 31, 2011 ............................................ 258
8.8 Statutory Auditor's Special report on regulated agreements and commitments ................................................................. 260

**9** REGISTRATION DOCUMENT CROSS REFERENCE TABLE ................................................................................ 261



*Société anonyme* with a share capital of €223,759,083
Registered Office: 1-5, rue Jeanne d'Arc
92130 Issy-Les-Moulineaux
Nanterre Register of Commerce and companies No. 333 773 174

# ANNUAL REPORT 2011



This Registration document *(Document de Référence)* was filed with the *Autorité des Marchés Financiers* (AMF) on March 27, 2012 in accordance with Article 212-13 of the AMF General Regulations. It may be used in connection with a financial transaction provided it is accompanied by a transaction note *(note d'opération)* approved by the AMF. This document was prepared by the issuer and is the responsibility of the signatories thereof.

This registration document can be consulted on the website of the AMF (French version only) (www.amf-france.org) and on the website of Technicolor (www.technicolor.com).

### Guarantees granted by subsidiaries and security interests granted to secure the Reinstated Debt

A security package consisting of share pledges, pledges of certain receivables under material customer contracts, pledges of material intra-group loans and pledges of material cash-pooling accounts was put in place to secure the obligations of the borrower's and each guarantor's obligations under the Credit Agreement and Note Purchase Agreement. These assets will remain pledged until the final payment of all the amounts due by the Group to its creditors.

To secure its obligations under the Reinstated Debt, certain subsidiaries of the Company have agreed, severally and not jointly, irrevocably and unconditionally to guarantee the Company's and each other guarantor's obligations of payment and performance under the Reinstated Debt. All material group Members as defined in the Credit Agreement are required to provide such guarantee. In addition, the guarantor coverage must represent at least 90% of Covenant Group EBITDA and/or 70% of consolidated assets and/or 50% of consolidated revenue.

New material group Members and additional guarantors must accede as guarantors in order to maintain the guarantor coverage on the basis of the annual audited accounts for the year ended December 31, 2010 and each financial year-end thereafter.

As of the closing date of the Reinstated Debt, the guarantors under the Credit Agreement and the Note Purchase Agreement comprised 18 entities mainly located in UK, France and USA. In 2011, 8 additional subsidiaries have granted guarantees to secure the Reinstated Debt.

### Shares of subsidiaries pledged

Technicolor SA and the main guarantors, which include Technicolor International SAS (formerly Thomson Multimedia Sales International SAS), Technicolor Delivery Technologies SAS, Technicolor Inc. and Technicolor USA, Inc. (formerly Thomson Inc.) have pledged the shares of 38 of their subsidiaries to secure part of the Reinstated Debt.

### Receivables from material contracts pledged

Receivables of Thomson Licensing SAS were pledged under a Patent Licensing Agreement dated December 23, 2009 with Koninklijke Philips Electronics N.V.

### Cash pooling accounts pledged

Pursuant to six different Cash Pooling Pledge Agreements, the cash pooling accounts of Technicolor SA and Technicolor USA, Inc were pledged. The Cash Pooling Agreements relate to the domestic and international centralization of Group Treasury, a bilateral target balancing agreement, an automatic dollar transfer agreement, a North American target balancing agreement for multiple legal entities and a domestic UK cash concentration daily sweep arrangement.

### Intragroup loans pledged

Pursuant to an Intragroup Loans Receivables Pledge Agreement, Intragroup loans receivables were pledged from (i) Technicolor Trademark Management, (ii) Technicolor Europe Ltd., (iii) Technicolor Videocassette Holdings (UK) Limited and (iv) Technicolor Entertainment Services Spain, SA.

## NOTE 19   CONTINGENCIES

■ On November 28, 2007, Technicolor USA, Inc. (US) (formerly Thomson, Inc.) received a subpoena issued on behalf of the Antitrust Division of the U.S. Department of Justice ("DOJ") investigating alleged anticompetitive conduct in the Cathode Ray Tubes ("CRT") industry, including Color Picture Tubes ("CPT") and Color Display Tubes ("CDT") businesses.

In addition, class action law suits asserting private antitrust claims were filed in early 2008 in the United States that originally named Thomson and others as defendants, although Thomson/Technicolor was dropped as a named defendant when amended complaints were filed in the spring of 2009.

On January 9, 2008, Thomson/Technicolor received a request under art 18 (2) of Council Regulation n°1/2003 from the European Commission (the "EC") also relating to the CRT industry. Thomson/Technicolor received three further requests for information from the EC on January 16, 2009, January 19, 2009, and September 15, 2009 respectively.

Thomson/Technicolor sold its CPT business in 2005 and never had activity in the CDT business. The Company has taken measures it considers appropriate to investigate the background to, and respond to, the subpoena and the EC requests.

On November 25, 2009, Thomson/Technicolor received a Statement of Objections ("SO") from the European Commission. The SO is an intermediate step in the EC's investigation and, therefore, is not in the nature of a final decision by the EC.

On March 3, 2010, Thomson/Technicolor filed its written response to the "SO". On May 26 and 27, 2010, Thomson/Technicolor attended an Oral Hearing together with the other parties and the European Commission. Thomson/Technicolor stated that it played a minor role in the alleged anticompetitive conduct. Thomson/Technicolor also informed the European Commission about its financial situation and continues to cooperate closely with the European Commission. The EC should render its decision in 2012, but the Company considers that the timetable for the remainder of this proceeding cannot be accurately determined.

On April 29, 2010 Technicolor's Brazilian affiliate received notice from the Brazilian Ministry of Justice indicating Brazilian authorities are initiating an investigation of possible cartel activity within the CRT industry in Brazil.

The Board of Directors has conducted a thorough examination of the risk associated with these proceedings and has determined that at this stage there are too many uncertainties to assess the extent of any liability that Technicolor may incur in consequence of these investigations. Given these conditions, the criteria for establishing a reserve are not satisfied.

- On February 17, 2010, the Nanterre commercial court approved the *Sauvegarde* Plan which is now binding on all of Company's creditors. An appeal against the decision of the Nanterre commercial court was brought by certain holders of Titres Super Subordonnés ("TSS") in the Versailles Court of appeal. As no temporary stay of the Nanterre decision was filed, Technicolor implemented the *Sauvegarde* Plan in May 2010. On November 18, 2010, the Versailles Court of appeal dismissed the claims of the TSS holders and confirmed the validity of Technicolor's *Sauvegarde* Plan. The holders of TSS have appealed on February 14, 2011 to the Cour de cassation (*pourvoi en cassation*) against the decision of the Versailles Court of appeal. This appeal was rejected by the Cour de cassation on February 21, 2012.

Any risk related to the termination of the *Sauvegarde* Plan, the capital markets transactions which implemented the *Sauvegarde* Plan in May 2010 and the issuance of the new shares issued in December 2010 and December 2011 for the redemption of the NRS and the DPN is now eliminated.

- Appeals have been brought before the Juge-Commissaire of the Commercial Court of Nanterre by certain creditors who contest the treatment of their claims by Technicolor's Mandataires Judiciaires.

One of these appeals concerns Banco Finantia, a Portuguese bank, whose claim in the amount of €9.9 million was contested by the Mandataires Judiciaires due to a declaration outside of the legal time limit. Indeed, Banco Finantia acquired such claim from the French branch of Bank of America, who held the claim at the opening of the *Sauvegarde* proceeding, and who did not declare the claim prior to the transfer to Banco Finantia. Banco Finantia declared its claim on the last day of the 4-month deadline applicable to foreign creditors under Article R. 622-24 of the French Commercial Code. Technicolor and its Mandataires Judiciaires consider that, as this claim was held by a French creditor on the date the *Sauvegarde* proceeding was opened (the French branch of Bank of America), it should have been declared within the two-month deadline applicable to French creditors rather than the four-month deadline applicable to foreign creditors.

On February 22, 2011, the Juge-Commissaire rendered a decision in favor of Banco Finantia, holding that Banco Finantia benefited from the four-month deadline within which to file a claim. Technicolor has appealed against this decision.

The case will be defended in the Versailles Court of appeal at the end of March 2012 and a decision is expected at the beginning of the second half of 2012.

## NOTE 20 MANAGEMENT COMPENSATION

Total compensation paid to Board Members of the Company for the 2011 financial year amounted to €635,000. The amounts due to non-resident for French tax purposes are subject to a withholding tax.

Compensation expenses paid to CEO of Technicolor SA amount to € 1,674,020 in 2011.

The Company has no specific retirement benefits program for its Directors.