JEROME C. ROTH (State Bar No. 159483)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendants LG Electronics U.S.A.,
Inc. and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397-SC <br><br> *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC <br><br> *CompuCom Sys., Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC <br><br> *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275-SC <br><br> *Office Depot, Inc. v. Hitachi, Ltd. et al,*, No. 3:11-cv-06276-SC <br><br> *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*¸ No. 3:12-cv-02648-SC | **STIPULATION AND [PROPOSED] ORDER DISMISSING DIRECT ACTION PLAINTIFFS' CLAIMS AGAINST DEFENDANTS LG ELECTRONICS U.S.A., INC. AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** <br><br> Judge:    The Honorable Samuel Conti |

-1-

1  *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649-SC

2

3  *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157

4  *Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.*, No. 3:07-cv-05514-SC

5

6  *Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513-SC

7  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502-SC

8

9  *Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-5514

10

11  *Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173-SC

12  *Dell Inc., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-02171

13

14  *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS the Direct Action Plaintiffs ("DAPs") each assert claims against Defendant LG Electronics U.S.A., Inc. ("LGEUSA");

WHEREAS Plaintiffs Sears, Roebuck and Co. and Kmart Corp. each assert claims against Defendant LG Electronics Taiwan Taipei Co., Ltd. ("LGETT");

WHEREAS LGEUSA and LGETT have moved for summary judgment with respect all the DAPs' claim asserted against them on the grounds that the undisputed evidence fails to show that either LGEUSA or LGETT participated in the alleged conspiracy or are the alter egos of any other defendants;

WHEREAS the DAPs now desire to dismiss with prejudice all of their claims against LGEUSA and LGETT;

WHEREAS the DAPs, LGEUSA, and LGETT agree that each party shall bear its own costs and attorneys' fees in connection with the dismissal of the DAPs' claims against LGEUSA and LGETT;

NOW, THEREFORE, IT IS HERBY STIPULATED AND AGREED by and between counsel for the undersigned DAPs, LGEUSA, and LGETT as follows:

1. The Complaints in the above-captioned actions and all claims asserted therein, including in any amendments thereto, are dismissed as to LGEUSA and LGETT, with prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2. LG and Mitsubishi Electric Subsidiaries' Motion for Summary Judgment (MDL Dkt. No. 3048) is withdrawn as to the arguments put forth by LGEUSA and LGETT, but continues to apply to all arguments put forth by the Mitsubishi Electric Subsidiaries.

3. The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  December 22, 2014 | MUNGER, TOLLES & OLSON LLP |

By:  */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
*Hojoon.Hwang@mto.com*
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA   94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO  (SBN 098858)
*William.Temko@mto.com*
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants LG Electronics U.S.A., Inc. and LG Electronics Taiwan Taipei Co., Ltd.


*/s/  Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:   piovieno@bsfllp.com
               anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs CompuCom Systems, Inc., Electrograph Systems, Inc. and Electrograph Technologies Corp., P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Applicance, Inc., Office Depot, Inc., Interbond Corporation of America and Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*


*/s/ Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG MAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
swagner@bilzin.com
mwidom@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

*/s/ Cori G. Moore*

David J. Burman (pro hac vice)
Cori G. Moore (pro hac vice)
Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg (pro hac vice)
Steven D. Merriman (pro hac vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000

- 5 -

STIPULATION AND [PROPOSED] ORDER DISMISSING LGEUSA AND LGETT

MDL No. 1917

Facsimile:   (206)359-9000
Email:  DBurman@perkinscoie.com
         CGMoore@perkinsncoie.com
         EWeiss@perkinscoie.com
         NHesterberg@perkinscoie.com
         SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415)344-7120
Facsimile:   (415)344-7320
Email:  JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*


/s/  David Martinez

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email: rmsilberfeld@rkmc.com
         dmartinez@rkmc.com
         jscasselman@rkmc.com

Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email: lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

| | |
|---|---|
| 1 | */s/  Michael P. Kenny* |
| 2 | Michael P. Kenny |
|   | Debra D. Bernstein |
| 3 | Matthew D. Kent |
|   | ALSTON & BIRD LLP |
| 4 | 1201 West Peachtree Street |
|   | Atlanta, Georgia 30309-3424 |
| 5 | Telephone:  (404)-881-7000 |
| 6 | Facsimile:   (404)-881-7777 |
|   | Email: mike.kenny@alston.com |
| 7 | debra.bernstein@alston.com |
|   | matthew.kent@alston.com |
| 8 | |
| 9 | James M. Wagstaffel, Esq. (SBN 95535) |
|   | KERR & SAGSTAFFE LLP |
| 10 | 100 Spear Street, 18th Floor |
|   | San Francisco, California 94105-1576 |
| 11 | Telephone:  (415)-371-8500 |
| 12 | Facsimile:   (415)371-0500 |
|   | Email:  wagstaffe@kerrwagstaffe.com |
| 13 | |
|   | *Counsel For Plaintiffs Dell Inc. and Dell Products L.P.* |
| 14 | |
| 15 | */s/ Craig Benson* |
| 16 | Kenneth A. Gallo (pro hac vice) |
| 17 | Joseph J. Simons (pro hac vice) |
|   | Craig A. Benson (pro hac vice) |
| 18 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 19 | 2001 K Street, NW |
|   | Washington, DC 20006 |
| 20 | Telephone: (202) 223-7300 |
| 21 | Facsimile: (202) 223-7420 |
|   | kgallo@paulweiss.com |
| 22 | jsimons@paulweiss.com |
|   | cbenson@paulweiss.com |
| 23 | |
| 24 | Stephen E. Taylor (SBN 058452) |
|   | Jonathan A. Patchen (SBN 237346) |
| 25 | Taylor & Company Law Offices, LLP |
|   | One Ferry Building, Suite 355 |
| 26 | San Francisco, California 94111 |
|   | Telephone: (415) 788-8200 |
| 27 | Facsimile: (415) 788-8208 |
|   | staylor@paulweiss.com |
| 28 | |

MDL No. 1917

STIPULATION AND [PROPOSED] ORDER DISMISSING LGEUSA AND LGETT

jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*


/s/  William J. Blechman

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel:     305-373-1000
Fax:    305-372-1861
Email:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*


/s/  Kenneth S. Marks

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: kmarks@susmangodfrey.com
            jross@susmangodfrey.com
            jcarter@susmangodfrey.com
           dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883

Email:  pfolse@susmangodfrey.com
          rblack@susmangodfrey.com
          jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*


/s/  Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-443-5582
Facsimile:   213-622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:   202-628-5116
E-mail:  jmurphy@crowell.com
          aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*


Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                      Honorable Samuel Conti
                                      United States District Judge