Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Best Buy Co. v. Technicolor SA*, No. 13-cv-05264;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275; | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

1
2   *Interbond Corp. of Am. v. Technicolor SA.*, No. 13-cv-05727;

3
4   *Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;

5   *Office Depot, Inc. v. Technicolor SA,* No. 13-cv-5726;

6   *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

7   *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

8
9   *P.C. Richard & Son Long Island Corp. v. Technicolor SA.*, No. 13-cv-05725;

10
11  *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

12  *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

13
14  *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.,* No. 13-cv-02171;

15  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

16
17  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

18
19  *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-1173 SC;

20  *Sharp Elecs. Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC;

21
22  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510;

23  *All Indirect Purchaser Actions*.

24
25
26
27
28

Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") respectfully request an order permitting Dell to file under seal portions of Plaintiffs' Opposition to Koninklijke Philips N.V.'s Motion for Summary Judgment and Plaintiffs' Opposition to Philips Electronics North America Corporation's, Philip Taiwan Limited's, and Philips do Brasil Ltda.'s Motion for Partial Summary Judgment (collectively, the "Philips Opposition Briefs") and the entirety of all exhibits to the Declaration of Debra D. Bernstein in Support of the Philips Opposition Briefs ("Bernstein Declaration"). This Administrative Motion is supported by the Declaration of Matthew D. Kent ("Kent Declaration") filed contemporaneously herewith.

Dell submits this Administrative Motion because the Philips Opposition Briefs and the exhibits to the Bernstein Declaration contain: (a) material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential"; and (b) analysis of, references to, or information taken directly from material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential." .

As set forth in the Kent Declaration, Dell seeks to file certain of these materials under seal because they contain material that is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." N.D. Cal. Civ. L. R. 79-5(a)-(c). These materials consist of, cite to, and/or identify confidential, non-public information, including information concerning Dell's confidential supplier agreements, including pricing-related information. This information is confidential commercial information, the disclosure of which would prejudice Dell in its commercial relationships with suppliers and in its competitive efforts.

In addition, as set forth in the Kent Declaration, Dell seeks to file materials under seal that reflect, contain, or refer to information that certain parties other than Dell have designated as "Confidential" or "Highly Confidential" pursuant to a Protective Order. N.D. Cal. Civil Local Rule 79-5 provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the

submitting party must file an administrative motion to seal and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable. N.D. Cal. Civ. L.R. 79-5(e).  It is the other party's burden to establish that the designated information is sealable.  N.D. Cal. Civ. L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006).  Dell leaves it to this Court's discretion to determine whether the material designated for protection by other parties should be filed under seal, but nevertheless files this administrative motion in order to comply with the Protective Order entered in this action.

WHEREFORE, Dell respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the designated material is sealable.

Date:  December 22, 2014

Respectfully submitted,

By:   /s/ Matthew D. Kent
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
Elizabeth Helmer, Esq. (GA Bar No. 415161)
elizabeth.helmer@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**Kerr & Wagstaffe LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*