1
2
3
4

Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**

5
6
7

1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

8
9
10
11

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

12

13

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

14
15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

16

17

In re: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

18

This Document Relates to:

19
20

*Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656;

21

*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;

22

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;

23

*Siegel v. Technicolor SA*, No. 13-cv-05261;

24
25

*Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513;

26

*Best Buy Co. v. Technicolor SA*, No. 13-cv-05264;

27

*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

28

Master File No. 3:07-cv-05944-SC

MDL No. 1917

**[PROPOSED] ORDER DENYING DEFENDANTS PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Hon. Samuel Conti

1

2
*Interbond Corp. of Am. v. Technicolor SA.*, No. 13-cv-05727;

3
*Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;

4

5
*Office Depot, Inc. v. Technicolor SA,* No. 13-cv-5726;

6
*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

7
*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

8

9
*P.C. Richard & Son Long Island Corp. v. Technicolor SA.*, No. 13-cv-05725;

10

11
*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

12
*Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

13
*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171;

14

15
*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

16

17
*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

18
*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-1173 SC;

19

20
*Sharp Elecs. Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC;

21

22
*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510;

23
*All Indirect Purchaser Actions.*

24

25

26

27

28

[PROPOSED] ORDER DENYING PENAC'S, PTL'S, AND
PDBL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC

**[PROPOSED] ORDER**

On February 6, 2015, the Court held a hearing on Defendants Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.'s Motion for Partial Summary Judgment in the above-captioned actions.  The Court having considered all papers filed in support of and in opposition to said Motion, and having heard argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Motion is DENIED.

IT IS SO ORDERED.


Dated: _____, 2015


_____
**The Honorable Samuel Conti**
**Northern District of California**

1