Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) | |
| DELL INC. AND DELL PRODUCTS L.P., | **DECLARATION OF MATTHEW D. KENT IN SUPPORT OF DELL INC. AND DELL PRODUCTS, L.P.'s ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| PLAINTIFFS, | |
| V. | |
| HITACHI, LTD., *et al.*, | |
| DEFENDANTS. | |

I, **MATTHEW D. KENT**, declare as follows:

1.     I am a senior associate with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I submit this Declaration in Support of Dell's Administrative Motion to File Documents Under Seal, related to the Direct Action Plaintiffs' Response in Opposition to SDI Defendants' Motion for Partial Summary Judgment for Lack of Standing as to their Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics (the "Opposition to the SDI Motion for Summary Judgment").  I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.     I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia.  I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3.     Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Dell, by and through its counsel, respectfully request an Order permitting it to file under seal portions of Plaintiffs' Opposition to the SDI Motion for Summary Judgment and Exhibits 1-2, 9-10, 13, 16, 21-24, 28, 34, 37-46, and 51 to the Declaration of Debra D. Bernstein in Support of Plaintiffs' Opposition to the SDI Motion for Summary Judgment ("Bernstein Declaration").

4.     **Exhibit 1** to the Bernstein Declaration is a copy of the April 15, 2014, Expert Report of Dr. Stephan Haggard, which is designated by Dell as Highly Confidential.  Exhibit 1 contains confidential, non-public information regarding Defendant Samsung SDI Co., Ltd. ("Samsung SDI") and Samsung Electronics ("Samsung Electronics").  In addition, Exhibit 1 contains excerpts from or references to materials designated by other parties as "Confidential" or "Highly Confidential" under the Protective Order.

5.     **Exhibit 2** to the Bernstein Declaration is a copy of the July 10, 2014 deposition testimony of Dr. Stephan Haggard, which was designated by Dell as Highly Confidential for Defendants.

1    6.    **Exhibit 9** to the Bernstein Declaration is a copy of the March 28, 2013 deposition

2  testimony of Deok-Yun Kim, which is designated by Defendants as Highly Confidential.

3    7.    **Exhibit 10** to the Bernstein Declaration is a copy of the August 28, 2014 deposition

4  testimony of Ricky E. Ratley, which is designated by Dell as Highly Confidential.  Dell considers this

5  information to be confidential and sensitive business information, the public disclosure of which would

6  be harmful to Dell.

7    8.    **Exhibit 13** to the Bernstein Declaration is a copy of the Samsung SDI Defendants

8  Responses to Dell Plaintiffs' Second Set of Requests for Admission, which is designated by

9  Defendants as Confidential.

10    9.    **Exhibit 16** to the Bernstein Declaration is a copy of the Samsung Electronics

11  Responses to Dell's First Set of Requests for Admission, which is designated by Samsung Electronics

12  as Confidential.

13    10.    **Exhibit 21** to the Bernstein Declaration is a copy of the June 6-7, 2012 Rule 30(b)(6)

14  deposition testimony of Jae In Lee, which is designated by Defendants as Highly Confidential.

15    11.    **Exhibit 22** to the Bernstein Declaration is a copy of the July 26, 2012 deposition

16  testimony of Jae In Lee, which is designated by Defendants as Highly Confidential.

17    12.    **Exhibit 23** to the Bernstein Declaration is a copy of the March 22, 2013 deposition

18  testimony of Sang Kyu Park, which is designated by Defendants as Highly Confidential.

19    13.    **Exhibit 24** to the Bernstein Declaration is a copy of the July 16, 2012 deposition

20  testimony of Kim London, which is designated by Samsung Electronics and other Defendants as

21  Highly Confidential.

22    14.    **Exhibit 28** to the Bernstein Declaration is a copy of a Samsung SDI PowerPoint

23  Presentation titled "CDT Business Status" and dated September 12, 2002, at Bates No. SDCRT-

24  0067736, which is designated by Samsung SDI as Highly Confidential.

25    15.    **Exhibit 34** to the Bernstein Declaration is a copy of the Direct Action Purchasers'

26  September 5, 2014 "Supplemental Attachment A to Certain Direct Action Plaintiffs' Responses to

27  Various Interrogatories," which was produced by certain Direct Action Plaintiffs in response to

28

DECL. OF MATTHEW D. KENT IN SUPPORT
OF DELL'S ADMIN. MOTION TO SEAL

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

1    Defendants' discovery requests.   These discovery responses were marked Confidential by certain

2    Direct Action Plaintiffs.

3          16.     **Exhibit 37** to the Bernstein Declaration is a copy of a "Full Network of Samsung Intra-

4    Group Shareholdings (1998, 2002, 2007)" originally attached as supporting material to the April 15,

5    2014 Expert Report of Stephen Haggard, which is designated by Dell as Confidential.   Exhibit 37

6    contains confidential, non-public information regarding Samsung SDI and Samsung Electronics.   In

7    addition, Exhibit 37 contains excerpts from or references to materials designated by other parties as

8    "Confidential" or "Highly Confidential" under the Protective Order.

9          17.     **Exhibit 38** to the Bernstein Declaration is a copy of an August 18, 2014 letter from

10   Astor H.L. Heaven of Crowell Moring LLP to Ian Simmons of O'Melveny & Myers, which contains

11   confidential negotiations between counsel for certain Direct Action Plaintiffs and counsel for Samsung

12   Electronics.   In addition, Exhibit 38 contains excerpts from or references to materials designated by

13   other parties as "Confidential" or "Highly Confidential" under the Protective Order.

14         18.     **Exhibit 39** to the Bernstein Declaration is a copy of an August 22, 2014 letter from Ian

15   Simmons of O'Melveny & Myers LLP to Astor H.L. Heaven of Crowell Moring, which contains

16   confidential negotiations between counsel for certain Direct Action Plaintiffs and counsel for Samsung

17   Electronics.

18         19.     **Exhibit 40** to the Bernstein Declaration is a copy of an August 29, 2014 email from

19   Astor H.L. Heaven of Crowell Moring LLP to Ian Simmons of O'Melveny & Myers, which contains

20   confidential negotiations between counsel for certain Direct Action Plaintiffs and counsel for Samsung

21   Electronics.   In addition, Exhibit 40 contains excerpts from or references to materials designated by

22   other parties as "Confidential" or "Highly Confidential" under the Protective Order.

23         20.     **Exhibit 41** to the Bernstein Declaration is a copy of a "Samsung SDI Personnel Profiles

24   Summary (1998-2007)" originally attached as supporting material to the April 15, 2014 Expert Report

25   of Stephen Haggard, which is designated by Dell as Confidential.   Exhibit 41 contains confidential,

26   non-public information regarding Defendant Samsung SDI Co., Ltd. and Samsung Electronics Co.,

27   Ltd.   In addition, Exhibit 41 contains excerpts from or references to materials designated by other

28   parties as "Confidential" or "Highly Confidential" under the Protective Order.

DECL. OF MATTHEW D. KENT IN SUPPORT            MASTER FILE NO. 3:07-CV-05944-SC
OF DELL'S ADMIN. MOTION TO SEAL                      MDL NO. 1917

21.     **Exhibit 42** to the Bernstein Declaration is a correct copy of a "Summary of Long Term Supply Contracts (1998-2001)" originally attached as supporting material to the April 15, 2014 Expert Report of Stephen Haggard, which is designated by Dell as Confidential.   Exhibit 41 contains confidential, non-public information regarding Defendant Samsung SDI Co., Ltd. and Samsung Electronics Co., Ltd.   In addition, Exhibit 41 contains excerpts from or references to materials designated by other parties as "Confidential" or "Highly Confidential" under the Protective Order.

22.     **Exhibit 43** to the Bernstein Declaration is a true and correct copy of Samsung SDI's December 30, 2002 "Samsung Electronics 2003 Sales Strategy," at Bates No. SDCRT-0005996-SDCRT-0006040, accompanied by a certified English translation. Exhibit 43 is designated by Samsung SDI as Highly Confidential.

23.     **Exhibit 44** to the Bernstein Declaration is a copy of the Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, which is designated by Defendants as Confidential.

24.     **Exhibit 45** to the Bernstein Declaration is a copy of the Samsung SDI Co., Ltd.'s Responses to Dell Plaintiffs' First Set of Interrogatories, which is designated by Defendants as Confidential.

25.     **Exhibit 46** to the Bernstein Declaration is a copy of the Samsung SDI Co., Ltd.'s Responses to Dell Plaintiffs' First Set of Requests for Admission, which is designated by Defendants as Confidential.

26.     **Exhibit 51** to the Bernstein Declaration is a copy of the July 17, 2012 Rule 30(b)(6) deposition testimony of Steve Panosian, which is designated by Samsung Electronics and other Defendants as Highly Confidential.

27.     The Opposition to the SDI Motion for Summary Judgment refers to or contains excerpts from the above Exhibits.   These references or excerpts are identified in the Opposition to the SDI Motion for Summary Judgment with yellow highlighting.   An unredacted copy of the Motion with yellow highlighting is being submitted to Chambers.

28.     Accordingly, Dell requests that the documents identified herein (or relevant portion thereof) be filed under seal.

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3    Executed on December 22, 2014, in Atlanta, Georgia.

4                                    By:    /s/ Matthew D. Kent

5                                         Matthew D. Kent
                                         matthew.kent@alston.com
6                                        **ALSTON & BIRD LLP**
                                         1201 West Peachtree Street
7                                        Atlanta, Georgia  30309-3424
                                         Tel: (404) 881-7000
8                                        Facsimile: (404) 881-7777

9                                        *Attorney for Plaintiffs Dell Inc. and Dell Products L.P*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MATTHEW D. KENT IN SUPPORT                    MASTER FILE NO. 3:07-CV-05944-SC
OF DELL'S ADMIN. MOTION TO SEAL                                              MDL NO. 1917