1  Michael P. Kenny, Esq. (admitted *pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted *pro hac vice*)
   debra.bernstein@alston.com
3  Matthew D. Kent (admitted *pro hac vice*)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
5  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
6  Tel: (404) 881-7000
7  Facsimile: (404) 881-7777

8  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
10 San Francisco, California 94105-1576
   Tel: (415) 371-8500
11 Facsimile: (415) 371-0500

12 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

13

14                 **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
15

16 In re: CATHODE RAY TUBE (CRT)        Master File No. 3:07-md-05944-SC (N.D.
   ANTITRUST LITIGATION                 Cal.)

17                                       MDL No. 1917

18 This Document Relates to: Individual Case
   No. 13-cv-2171 (SC)                  **[PROPOSED] ORDER REGARDING**
19                                       **DELL INC. AND DELL PRODUCTS L.P.'S**
   DELL INC. AND DELL PRODUCTS L.P.,    **ADMINISTRATIVE MOTION TO FILE**
20                                       **DOCUMENTS UNDER SEAL**
         PLAINTIFFS,
21
         V.
22
   HITACHI, LTD., *et al*.,
23
         DEFENDANTS.
24

25

26

27

28

1

## [PROPOSED] ORDER

2      Upon consideration of the Plaintiffs Dell Inc. and Dell Products L.P.'s ("Dell") Administrative

3   Motion to File Documents Under Seal ("Administrative Motion"), it is hereby

4      ORDERED that the Administrative Motion is GRANTED; and it is further

5      ORDERED that the Clerk shall file under seal those portions of Direct Action Plaintiffs'

6   Response in Opposition to SDI Defendants' Motion for Partial Summary Judgment for Lack of

7   Standing as to Their Sherman Act Damage Claims Based on CRT Product Purchases from Samsung

8   Electronics (the "Opposition to the SDI Motion for Summary Judgment") identified by Dell in

9   connection with its Administrative Motion and the entirety of Exhibits 1-2, 9-10, 13, 16, 21-24, 28, 34,

10  37-46, and 51 attached to the Declaration of Debra D. Bernstein filed in Support of the Direct Action

11  Plaintiffs' Response.

12

13  Dated: _____, 2014

14

15

16                                         _____

                                           **The Honorable Samuel Conti**
17                                         **Northern District of California**

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE ADMIN. MOTION                    MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                                         MDL NO. 1917