1  Michael P. Kenny, Esq. (admitted *pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted *pro hac vice*)
   debra.bernstein@alston.com
3  Matthew D. Kent, Esq. (admitted *pro hac vice*)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
5  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
6  Tel: (404) 881-7000
7  Facsimile: (404) 881-7777

8  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
10 San Francisco, California 94105-1576
   Tel: (415) 371-8500
11 Facsimile: (415) 371-0500

12 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

13 **[Additional Counsel Listed on Signature Page]**

14                    **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                      **SAN FRANCISCO DIVISION**

17

18 DELL INC. and DELL PRODUCTS L.P.,

19                              Plaintiffs,           Master File No. 3:07-cv-05944-SC

           v.                                         MDL No. 1917
20
   HITACHI, LTD., et al.,                             Individual Case No. 3:13-cv-02171-SC
21
                               Defendants.            **[PROPOSED] ORDER DENYING SDI**
22                                                    **DEFENDANTS' MOTION FOR**
                                                      **PARTIAL SUMMARY JUDGMENT**
23                                                    **FOR LACK OF STANDING AS TO**
                                                      **SHERMAN ACT DAMAGE CLAIMS**
24                                                    **BASED ON CRT PRODUCT**
                                                      **PURCHASES FROM SAMSUNG**
25                                                    **ELECTRONICS [MDL DKT #2983]**

26

27

28

1

**[PROPOSED] ORDER**

2      Upon consideration of the Direct Action Plaintiffs' Response in Opposition to SDI Defendants'

3  Motion for Partial Summary Judgment for Lack of Standing as to Their Sherman Act Damage Claims

4  Based on CRT Product Purchases from Samsung Electronics (the "Opposition to the SDI Motion for

5  Summary Judgment") [MDL DKT #2983], it is hereby:

6      ORDERED that SDI Defendants' Motion for Partial Summary Judgment is DENIED.

7

8  Dated: _____, 2014

9

10
                                    _____
                                    **The Honorable Samuel Conti**
11                                  **Northern District of California**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2