Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>　　　　　Plaintiffs,<br>　v.<br>HITACHI, LTD., et al.,<br>　　　　　Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**[PROPOSED] ORDER DENYING SDI DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO SHERMAN ACT DAMAGE CLAIMS BASED ON CRT PRODUCT PURCHASES FROM SAMSUNG ELECTRONICS [MDL DKT #2983]** |

**[PROPOSED] ORDER**

Upon consideration of the Direct Action Plaintiffs' Response in Opposition to SDI Defendants' Motion for Partial Summary Judgment for Lack of Standing as to Their Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics (the "Opposition to the SDI Motion for Summary Judgment") [MDL DKT #2983], it is hereby:

ORDERED that SDI Defendants' Motion for Partial Summary Judgment is DENIED.

Dated: _____, 2014

_____
**The Honorable Samuel Conti**
**Northern District of California**

2

[PROPOSED] ORDER DENYING SDI DEFENDANTS'         MASTER FILE NO. 3:07-CV-05944-SC
MOTION FOR PARTIAL SUMMARY JUDGMENT              MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC