# EXHIBIT 25



Find great gifts for everyone on your list.

SHOP NOW

Help With My Order    Share

### Samsung Group
- Values and Philosophy
- Our Performance
- Our History
- Affiliated Companies

### Samsung Electronics
- Management
- US Divisions
- Research and Development

### In the Community
- Environmental Initiatives
- Hope for Children

### Investor Relations
- Overview
- CEO Message
- News and Public Disclosure
- Corporate Governance
- Stock and Shareholder Information
- Financial Information
- IR Events & Presentations
- FAQs
- E-mail Alert
- Contact IR

### Sustainability
- Sustainability Management
- People
- Compliance
- Environment
- Social Contribution
- Suppliers
- Sustainability Reports

### Government
- Where to Buy
- Compliance & Certification

### Careers
- Why Samsung
- Search Jobs

### For Partners
- Global Procurement
- Supplier Portal

Samsung University Relations
Open innovation through academic collaborations.
more »

Why Samsung

## Samsung is growing at an impressive rate. It has proven time and again that it is a world class tech leader

At Samsung the key to our efforts is our people, whose talent, creativity and dedication is the foundation of our success.
To compete in the global market, we focus on attracting the best talent and offer a corporate culture in which every person can excel.

Samsung's philosophy is based on our strong determination for growth, perpetual innovation and good corporate citizenship. Our practices have proven successful - we are one of America's fastest growing companies and an acknowledged leader in the digital convergence revolution. As one of the largest companies in the world, the possibilities are truly endless.

In our pursuit of excellence, Samsung is continuously looking for dynamic individuals. Become a part of Samsung and let your potential soar.



Search Jobs >

# EXHIBIT 26

Case 4:07-cv-05944-JST Document 3244-22 Filed 12/22/14 Page 4 of 6
Feedback | For Business | About Us | Login | 0

# SAMSUNG

DISCOVER | SHOP PRODUCTS | APPS | OWNERS & SUPPORT | Search

Find great gifts for everyone on your list. SHOP NOW

About Samsung > Investor Relations

# INVESTOR RELATIONS

**SAMSUNG GROUP**
- Values and Philosophy
- Our Performance
- History
- Affiliated Companies

**SAMSUNG ELECTRONICS**
- Management
- US Divisions
- Research and Development

**IN THE COMMUNITY**
- Environmental Initiatives
- Hope for Children

**INVESTOR RELATIONS**
- Overview
- CEO message
- News and Public Disclosure
  - Press release
  - Public disclosures
- Corporate Governance
- Stock and Shareholder Information
- Financial Information
- IR Events & Presentations
- FAQs
- E-mail Alert
- Contact IR

**SUSTAINABILITY**
- Sustainability Management
- People
- Compliance
- Environment
- Social Contribution
- Suppliers
- Sustainability Reports

**GOVERNMENT**
- Where to Buy
- Compliance & Certification

**CAREERS**
- Why Samsung
- Search Jobs

Samsung Investors Forum 2014
DATE/TIME: Monday, November 17/1PM EST
LOCATION: New York
English: Samsung Investors Forum 2014 Webcasting

SPECIAL EVENTS
Samsung Developer Conference 2014
- Nov 11 ~ 13
Click here to access the video archive

PAST EVENTS
3Q FY2014 Earnings Conference Call
Date/Time: 9:30 AM(KST), October 30, 2014
Webcasting | download PDF

stock quote
Original Shares (KSE)
005930 (common stock)
last 1,279,000
change ↑ ₩6,000
volume 254,801
daily high ₩1,289,000
daily low ₩1,268,000
005935 (preferred stock)
last ₩981,000
GDR (London Stock Exch.)
SMSN (Common Stock)
last $579.50
SMSD (Preferred Stock)
last $449.50

IR Calendar | Financial Highlight | Financial Statements

December 2014

IR events & presentations  more >
December 2~4, 2014
Nomura Investment Forum
- Venue: Tokyo

**Recent Reports**
- 3Q Interim Report
- Annual Report 2013
- Sustainability Report 2014
- Audited Financial Statements (2014 3Q)
- Disclosure Control Policy

**Samsung Tomorrow**
- Global Blog
- SEC Pictures
- SEC Films

public disclosure | press release  more >

**Notice of Book Closure for the AGM**
On 12 December 2014, Samsung Electronics announced on book closure period and record date for the 46th annual general meeting of shareholders. The details of announcement are as follows. Details 1. Re...
on Dec 12, 2014

**Announcement on Merger of Subsidiaries**
On 09 December 2014, the Board of Directors of Samsung Electronics America Inc. (SEA) announced its decision to merge with Samsung Telecommunications America LLC (STA). SEA and STA are major consolida...

# EXHIBIT 27

