Mario N. Alioto (56433)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master No.: 3:07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck & Co., et al. v. Technicolor SA,* | **CERTIFICATE OF SERVICE** |

1  *et al.*, No. 13-cv-05262;

2  *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

3

4  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

5  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

6

7  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

8

9  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

10  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

11

12  *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

13  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

14

15  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

16  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

17

18  *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

19

20  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

21  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                              Master No.:  3:07-cv-05944 SC  MDL NO. 1917

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Trump, Alioto, Trump & Prescott LLP, whose address is 2280 Union Street, San Francisco, CA 94123. I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on December 22, 2014, I served copies of:

- **INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS (UNDER SEAL)**

- **EXHIBITS 1 THROUGH 33 TO THE DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS (UNDER SEAL)**

☒ **BY ELECTRONIC MAIL** by sending a true copy thereof to the following addressees, as stated below.

| | |
|---|---|
| DAVID L. YOHAI<br>E-mail: david.yohai@weil.com<br>ADAM C. HEMLOCK<br>E-mail: adam.hemlock@weil.com<br>DAVID E. YOLKUT<br>E-mail: david.yolkut@weil.com<br>LARA E. VEBLEN TRAGER<br>E-mail: lara.trager@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>BAMBO OBARO (267683)<br>E-mail: bambo.obaro@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065-1175<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 | ELIOT A. ADELSON (SBN 205284)<br>JAMES MAXWELL COOPER (SBN 284054)<br>**KIRKLAND & ELLIS LLP**<br>555 California Street, 27th Floor<br>San Francisco, California 94104<br>Tel: (415) 439-1400<br>Facsimile: (415) 439-1500<br>E-mail: eadelson@kirkland.com<br>E-mail: max.cooper@kirkland.com<br>JAMES H. MUTCHNIK, P.C.<br>KATE WHEATON<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Tel: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |

| | |
|---|---|
| JEFFREY L. KESSLER<br>E-mail: jkessler@winston.com<br>A. PAUL VICTOR<br>E-mail: pvictor@winston.com<br>EVA W. COLE<br>E-mail: ewcole@winston.com<br>MOLLY M. DONOVAN<br>E-mail: mmdonovan@winston.com<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, New York 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-7400<br><br>*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)* | |
| CHRISTOPHER M. CURRAN<br>E-mail: ccurran@whitecase.com<br>LUCIUS B. LAU<br>E-mail: alau@whitecase.com<br>DANA E. FOSTER<br>E-mail: defoster@whitecase.com<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br><br>*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | GARY L. HALLING (SBN 66087)<br>E-mail: ghalling@sheppardmullin.com<br>JAMES L. MCGINNIS (SBN 95788)<br>E-mail: jmcginnis@sheppardmullin.com<br>MICHAEL W. SCARBOROUGH, (SBN 203524)<br>E-mail: mscarborough@sheppardmullin.com<br>**SHEPPARD MULLIN RICHTER & HAMPTON**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| JOHN M. TALADAY<br>E-mail: john.taladay@bakerbotts.com<br>JOSEPH OSTOYICH<br>E-mail: joseph.ostoyich@bakerbotts.com<br>ERIK T. KOONS<br>E-mail: erik.koons@bakerbotts.com<br>CHARLES M. MALAISE | JOEL S. SANDERS (Cal. Bar. No. 107234)<br>E-mail: jsanders@gibsondunn.com<br>RACHEL S. BRASS (Cal. Bar. No. 219301)<br>E-mail: rbrass@gibsondunn.com<br>AUSTIN V. SCHWING (Cal. Bar. No. 211696)<br>E-mail: aschwing@gibsondunn.com |

CERTIFICATE OF SERVICE                                                           Master No.: 3:07-cv-05944 SC  MDL NO. 1917

| | | |
|---|---|---|
| 1 | E-mail: charles.malaise@bakerbotts.com<br>**BAKER BOTTS LLP**<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-789<br><br>JON V. SWENSON (SBN 233054)<br>E-mail: jon.swenson@bakerbotts.com<br>**BAKER BOTTS LLP**<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br><br>*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.* | **GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) (Only as to Direct Action Plaintiffs BestBuy, Target, Sears, Interbond, Office Depot, CompuCom, P.C. Richard, MARTA, ABC Appliance, Schultze Agency Services, and ViewSonic)* |
| | JEROME C. ROTH (State Bar No. 159483)<br>jerome.roth@mto.com<br>HOJOON HWANG (State Bar No. 184950)<br>hojoon.hwang@mto.com<br>MIRIAM KIM (State Bar No. 238230)<br>miriam.kim@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>WILLIAM D. TEMKO (SBN 098858)<br>William.Temko@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>*Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.* | KATHY L. OSBORN<br>E-mail: kathy.osborn@FaegreBD.com<br>RYAN M. HURLEY<br>E-mail: ryan.hurley@FaegreBD.com<br>**FAEGRE BAKER DANIELS LLP**<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br><br>JEFFREY S. ROBERTS<br>E-mail: jeff.roberts@FaegreBD.com<br>**FAEGRE BAKER DANIELS LLP**<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600<br><br>STEPHEN M. JUDGE<br>E-mail: steve.judge@FaegreBd.com<br>**FAEGRE BAKER DANIELS LLP**<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Telephone: (574) 234-4149<br>Facsimile: (574) 239-1900 |

CERTIFICATE OF SERVICE                                   Master No.: 3:07-cv-05944 SC  MDL NO. 1917

| | |
|---|---|
| | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| Terrence J. Truax<br>E-mail: ttruax@jenner.com<br>Michael T. Brody<br>E-mail: mbrody@jenner.com<br>**JENNER & BLOCK LLP**<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>BRENT CASLIN (Cal. Bar. No. 198682)<br>E-mail: bcaslin@jenner.com<br>**JENNER & BLOCK LLP**<br>633 West Fifth Street, Suite 3600<br>Los Angeles, California 90071<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br><br>*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.* | Michael Lacovara (209279)<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>Telephone: 212 277 4000<br>Facsimile: 212 277 4001<br><br>TERRY CALVANI (Cal. Bar. No. 53260)<br>E-mail: terry.calvani@freshfields.com<br>CHRISTINE LACIAK<br>E-mail: christine.laciak@freshfields.com<br>RICHARD SNYDER<br>E-mail: richard.snyder@freshfields.com<br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>701 Pennsylvania Avenue NW, Suite 600<br>Washington, DC 20004<br>Telephone: (202) 777-4565<br>Facsimile: (202) 777-4555<br><br>*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |
| Mark Dosker<br>Nathan Lane, III<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.954.0200<br>Facsimile: 415.393.9887<br>E-mail: mark.dosker@squirepb.com<br>nathan.lane@squirepb.com<br><br>Donald A. Wall<br>**SQUIRE PATTON BOGGS (US) LLP**<br>1 East Washington Street, Suite 2700<br>Phoenix, Arizona 85004<br>Telephone: + 1 602 528 4000<br>Facsimile: +1 602 253 8129<br>E-mail: donald.wall@squirepb.com<br><br>*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co. et al. v.* | Jeffrey I. Zuckerman<br>Ellen Tobin<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: 212.696.6000<br>Facsimile: 212.697.1559<br>E-mail: jzuckerman@curtis.com<br>E-mail: etobin@curtis.com<br><br>Arthur Gaus (SBN 289560)<br>**DILLINGHAM & MURPHY, LLP**<br>601 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: 415.397.2700<br>Facsimile: 415.397-3300<br>E-mail: asg@dillinghammurphy.com<br><br>*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co. etal. v. Technicolor SA, et al.* |

CERTIFICATE OF SERVICE                                      Master No.: 3:07-cv-05944 SC  MDL NO. 1917

| *Technicolor SA, et al.* | |

1. 
2. I declare under penalty of perjury that the foregoing is true and correct.
3. Executed on December 22, 2014 at San Francisco, CA.

                                                    /s/ *Sissel Browder*
                                                      Sissel Browder