William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs ABC Appliance, Inc., CompuCom Systems, Inc., Electrograph Systems, Inc., and Electrograph Technologies Corp., Interbond Corporation of America, MARTA Cooperative of America, Inc., Office Depot, Inc., P.C. Richard & Son Long Island Corporation, Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corporation and Tech Data Product Management, Inc.*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> INDIRECT-PURCHASER ACTIONS <br><br> *Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173; <br><br> *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; <br><br> *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br><br> *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; <br><br> *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; <br><br> *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO PANASONIC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

| | |
|---|---|
| 1 | ) |
| 2 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; ) |
| 3 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; ) |
| 4 | ) |
| 5 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; ) |
| 6 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; ) |
| 7 | ) |
| 8 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; ) |
| 9 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; ) |
| 10 | ) |
| 11 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; ) |
| 12 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; ) |
| 13 | ) |
| 14 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; ) |
| 15 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; ) |
| 16 | ) |
| 17 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; ) |
| 18 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; ) |
| 19 | ) |
| 20 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; ) |
| 21 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; ) |
| 22 | ) |
| 23 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; ) |
| 24 | ) |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PLAINTIFFS' ADMINISTRTIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3472189v1/012325

1. Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs hereby move for administrative relief regarding Plaintiffs' Opposition to Panasonic Corporation and Panasonic Corporation of North America's Motion for Summary Judgment. Plaintiffs respectfully request an order permitting Plaintiffs to file the following documents, or portions thereof, under seal:

1. The highlighted portions of Plaintiffs' Joint Opposition to Panasonic Corporation and Panasonic Corporation of North America's Motion for Summary Judgment ("Joint Opposition");

2. Exhibits 2 through 25 to the concurrently filed Declaration of Philip Iovieno in Support of the Opposition.

This motion is supported by the Declaration of Philip Iovieno in Support of the Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated December 22, 2014 (the "Iovieno Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Iovieno Declaration, the documents that Plaintiffs seek to file under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (Dkt. 306, amended at Dkt. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential." *See* Iovieno Decl.

Plaintiffs take no position whether the designated documents satisfy the requirements for sealing. Although Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality, it is Defendants' burden to show good cause for sealing the designated documents by submitting a declaration within four days of the lodging of the designated documents. *See* Civil Local Rule 79-5(e).

Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation. *See* Civil Local Rules 7-11(a) (requiring explanation of lack of stipulation).

1

PLAINTIFFS' ADMINISTRTIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

Dated: December 23, 2014

/s/  *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:   piovieno@bsfllp.com
anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC and Tech Data Corporation and Tech Data Product Management, Inc.*

/s/  *Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG MAENA PRICE &

2
PLAINTIFFS' ADMINISTRTIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

| | |
|---|---|
| 1 | AXELROD LLP |
| 2 | 1450 Brickell Ave, Suite 2300<br>Miami, FL 33131-3456 |
| 3 | Tel:   305-374-7580<br>Fax:   305-374-7593 |
| 4 | Email:  rturken@bilzin.com |
| 5 | swagner@bilzin.com<br>mwidom@bilzin.com |
| 6 | *Counsel for Plaintiffs Tech Data* |
| 7 | *Corporation and Tech Data Product Management, Inc.* |
| 8 | /s/ Mario N. Alioto |
| 9 | |
| 10 | Mario N. Alioto<br>Lauren C. Capurro |
| 11 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| 12 | 2280 Union Street<br>San Francisco, CA 94123 |
| 13 | Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679 |
| 14 | Email: malioto@tatp.com<br>laurenrussell@tatp.com |
| 15 | *Interim Lead Counsel* |
| 16 | *For the Indirect Purchaser Plaintiffs* |
| 17 | /s/ David Martinez |
| 18 | Roman M. Silberfeld<br>David Martinez |
| 19 | Jill S. Casselman<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 20 | 2049 Century Park East, Suite 3400 |
| 21 | Los Angeles, CA  90067-3208<br>Telephone:  (310) 552-0130 |
| 22 | Facsimile:   (310) 229-5800<br>Email:  rmsilberfeld@rkmc.com |
| 23 | dmartinez@rkmc.com<br>jscasselman@rkmc.com |
| 24 | Elliot S. Kaplan |
| 25 | K. Craig Wildfang<br>Laura E. Nelson |
| 26 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 27 | 800 LaSalle Avenue<br>2800 LaSalle Plaza |
| 28 | Minneapolis, MN 55402<br>Telephone:  (612) 349-8500 |

Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

/s/  William J. Blechman

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel:     305-373-1000
Fax:    305-372-1861
Email:  rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

/s/  Kenneth S. Marks

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: lgodfrey@sumangodfrey.com
kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880

4

PLAINTIFFS' ADMINISTRTIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

Facsimile:  (206) 516-3883
Email:  pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/  Jerome A. Murphy

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:   202-628-5116
E-mail:  jmurphy@crowell.com
mmcburney@crowell.com
aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-443-5582
Facsimile:   213-622-2690
Email:  jmurray@crowell.com
rmcnary@crowell.com

*Counsel for Target Corp.*

/s/  Craig Benson

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111

Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

PLAINTIFFS' ADMINISTRTIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC