UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys. Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No.11-cv-06275;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, | Case No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO PANASONIC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL
CASE NO. 07-5944; MDL NO. 1917
1

*No.13-cv-05727;*

*Office Depot, Inc. v. Hitachi, Ltd., et al., No. 11-cv-06276;*

*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al., No. 11-cv-06396;*

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al., No. 12-cv-02648;*

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al., No. 13-cv-05725;*

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al., No. 12-cv-02649;*

*Schultze Agency Servs., LLC v. Technicolor SA, et al., No. 13-cv-05668;*

*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

The Court has considered Plaintiffs' Administrative Motion to Seal the following portions of their Opposition to Panasonic's Motion for Summary Judgment Pursuant to Local Rules 7-11 and 79-5(d):

- The highlighted portions of plaintiffs' Opposition to Panasonic's Motion for Summary Judgment.
- Exhibits 2-25 to Plaintiffs' Opposition.

Having read and considered the papers filed and arguments made by counsel, if any, IT IS HEREBY ORDERED that Plaintiffs  Administrative Motion to Seal Portions of Their Opposition to Panasonic's Motion for Summary Judgment Pursuant to Civil Local Rules 7-11 and 79-5(d) s hereby GRANTED.

Dated: _____, 2014

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE