**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: ALL INDIRECT-PURCHASER ACTIONS | **[PROPOSED] ORDER DENYING DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) MOTION FOR SUMMARY JUDGMENT** |
| *Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173 | |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Electrograph Sys. Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Sears, Roebuck & Co., et al. v. Technicolor SA, et al., No. 13-cv-05262;* | |
| *Interbond Corp. of Am. v. Hitachi, Ltd., et al.,* No.11-cv-06275; | |
| *Interbond Corp. of Am. v. Technicolor SA, et al.,* | |

*No.13-cv-05727;*

*Office Depot, Inc. v. Hitachi, Ltd., et al., No. 11-cv-06276;*

*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al., No. 11-cv-06396;*

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al., No. 12-cv-02648;*

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al., No. 13-cv-05725;*

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al., No. 12-cv-02649;*

*Schultze Agency Servs., LLC v. Technicolor SA, et al., No. 13-cv-05668;*

*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

Upon consideration of Panasonic Corporation of North America's and Panasonic Corporation's (f/k/a Matsushita Electric Industrial Co., Ltd.) Motion for Summary Judgment, all papers filed in support of and in opposition to said motion and the arguments of counsel, IT IS HEREBY ORDERED:

The Motion is DENIED

Dated: _____, 2014

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

3472568v1/012325