Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney *(pro hac vice)*
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
         mmcburney@crowell.com
         aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email: jmurray@crowell.com
         rmcnary@crowell.com

*Counsel for ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>*ViewSonic Corporation  v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | Individual Case No. 3:14-cv-02510<br><br>**DECLARATION OF MATTHEW J. MCBURNEY IN SUPPORT OF PLAINTIFF VIEWSONIC CORPORATION'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT BASED UPON FAILURE TO PROVIDE EVIDENCE TO AVOID FTAIA BAR ON FOREIGN COMMERCE** |

I, Matthew J. McBurney, declare as follows:

1. I am an attorney duly admitted to practice before this Court, and am a counsel with Crowell & Moring LLP, attorneys of record for Plaintiff ViewSonic Corporation. I make this declaration in support of ViewSonic's Memorandum in Opposition to Defendants' Joint Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** are true and correct excerpts from the deposition transcript of Bonnie Cheng taken on October 9, 2014.

3. Attached hereto as **Exhibit 2** are true and correct excerpts from the deposition transcript of Bodil Chen Kao taken on November 6, 2014.

4. Attached hereto as **Exhibit 3** are true and correct excerpts from the deposition transcript of Rose Yang taken on November 7, 2014.

5. Attached hereto as **Exhibit 4** are true and correct copies of Exs. 16a and 17 from the Alan Frankel expert report dated June 6, 2014.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by ViewSonic in this litigation, bearing bate numbers VIEW_CRT00002328.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by ViewSonic in this litigation, bearing bates number VIEW_CRT00016574.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 20b from the Alan Frankel expert report dated June 6, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December 2014 at Washington, District of Columbia.

        */s/ Matthew J. McBurney*
        Matthew J. McBurney