# Exhibit 1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


IN RE:  CATHODE RAY TUBE (CRT)

ANTITRUST LITIGATION                    Case No.
                                        3:14-cv-02510

_____         Master File No.
                                        3:07-cv-05944-SC
This Document Relates To:
                                        MDL No. 1917
ALL ACTIONS

_____


** HIGHLY CONFIDENTIAL **

VIDEOTAPED DEPOSITION OF

VIEWSONIC CORPORATION'S 30(B)(6) WITNESS

BONNY CHENG

October 9, 2014

9:19 a.m. to 8:51 p.m.


515 South Flower Street, 40th Floor

Los Angeles, California


REPORTED BY:

Jean F. Holliday

CSR No. 4535, RPR, CRR

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 38

1    here to testify about.

2            THE WITNESS:  I don't know.

3    BY MR. VAN HORN:

4        Q.  What is VSA, what does that refer to?

5        A.  It's our U.S. sales regions and headquarters.

6        Q.  And what is VSI?

7        A.  VSI is our Asia Pacific regions.

8        Q.  What is VSC or VSCN?

9        A.  VSC is ViewSonic Corporation.

10       Q.  What is VSCN?

11       A.  ViewSonic China.

12       Q.  How does ViewSonic Corporation relate to VSA?

13           MR. HEAVEN:  Object to form.  Vague.

14   Ambiguous.

15           THE WITNESS:  They are at the same location.

16   BY MR. VAN HORN:

17       Q.  Are they different companies?

18       A.  I'm not sure.

19       Q.  How about ViewSonic Corporation and VSI, are --

20   how do they relate to each other?

21           MR. HEAVEN:  Same objections.

22           THE WITNESS:  I'm not sure.

23   BY MR. VAN HORN:

24       Q.  Are they the same company?

25       A.  I'm not sure.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 52

1          THE WITNESS:  We have main offices but there

2   may be some smaller offices that I may not be aware of.

3   BY MR. VAN HORN:

4       Q.  About how many offices were there in the United

5   States during the relevant period?

6       A.  You mean main --

7          MR. HEAVEN:  Object to form.

8          THE WITNESS:  You mean main offices or --

9   BY MR. VAN HORN:

10      Q.  What's a main office?

11      A.  A lot of people working in the location.

12      Q.  Okay.  So how many main offices did ViewSonic

13   have in North America during the -- excuse me -- the

14   United States during the relevant period?

15          MR. HEAVEN:  Object to form.  Lacks foundation.

16   Calls for speculation.  Vague.  Ambiguous.

17          THE WITNESS:  I'm not very sure, but I work out

18   from Walnut, California.

19   BY MR. VAN HORN:

20      Q.  Other than the one main office at California,

21   where is another main office of ViewSonic in the United

22   States during the relevant period?

23          MR. HEAVEN:  Same objection.

24          THE WITNESS:  I don't know.

25   ///

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 55

1    BY MR. VAN HORN:

2        Q.   What was the -- what division or group within

3    ViewSonic was responsible for purchasing CRT finished

4    products?

5        A.   What do you mean by division?

6        Q.   What group within ViewSonic Corporation?

7        A.   Purchasing.

8        Q.   Is this the group you were in?

9        A.   Yes.

10       Q.   This is -- did you head that group at one

11   point?

12       A.   Yes.

13       Q.   And where was that group located during the

14   relevant period?

15       A.   In the U.S.

16       Q.   Yes, where in the United States?

17       A.   California.

18       Q.   This was the Walnut, California office of

19   ViewSonic?

20       A.   That's what I work out from.

21       Q.   So which companies manufactured the CRT

22   finished products that ViewSonic purchased during the

23   relevant period?

24       A.   Do you mean our suppliers?

25       Q.   Correct.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 56

1       A.  I can only recall a few.

2       Q.  Okay.  Who, who were they?

3       A.  Matsushita, LG, Tatung, Capetronic, Jean,

4   Delta, yeah.

5       Q.  Do you recall which of those suppliers were the

6   main suppliers?

7       A.  Matsushita.

8       Q.  Who at ViewSonic decided which suppliers to

9   use?

10      A.  The purchasing team.

11      Q.  When you were the head of purchasing was that

12   you?

13      A.  Yes.

14      Q.  How did you decide which brand of monitor to

15   purchase?

16          MR. HEAVEN:  Object to form.

17          THE WITNESS:  What do you mean by brand?

18   BY MR. VAN HORN:

19      Q.  The supplier.  How did you select which

20   suppliers?

21      A.  Common business principle, how good quality of

22   the products that they can make, how strong the company

23   is.

24      Q.  Any other factors?

25      A.  How strong the company is, it refers to

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 57

 1   financial business people's capability, technology,

 2   their relationship with suppliers.

 3        Q.  Did you consider, for example, price in

 4   selecting a supplier?

 5        A.  Yes.

 6        Q.  You said you determined -- one of the factors

 7   you considered was quality.  How did you determine the

 8   quality of suppliers?

 9        A.  We have a quality team that give me the

10   information.  We also did factory audit.

11        Q.  You said another factor was the relationship

12   with supplier.  What do you mean by that?

13        A.  If they have purchasing power, they have --

14   they have good access to technology, good access to the

15   components that make into the products sold to us.

16        Q.  Did your suppliers change during the relevant

17   period?

18             MR. HEAVEN:  Object to form.

19             THE WITNESS:  Yeah, sometimes.

20   BY MR. VAN HORN:

21        Q.  And what would cause a change in supplier?

22        A.  They may not have the products, or they don't

23   want to manufacture the products anymore, or their

24   quality is very bad.

25        Q.  Did you ever change suppliers due to a change

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 58

1   in price?

2        A.   For CRT monitors?

3        Q.   Yes.

4        A.   Not really.

5        Q.   Compared to the other factors you've given me,

6   how important was price in making the determination of

7   which supplier?

8        A.   For CRT monitors?

9        Q.   Correct.

10       A.   Not that much.

11       Q.   So for example, if Matsushita increased its

12   price for its CRT monitors, you might not have switched

13   from them because other factors made you decide to stay

14   with them?

15       A.   Correct.

16       Q.   For the monitors that you purchased did

17   ViewSonic sell competing products, that competed with

18   monitors that did not contain CRTs?

19            MR. HEAVEN:   Object to form.

20            THE WITNESS:   I don't know how to define

21   competing.   If it's ViewSonic product then it's

22   ViewSonic products.

23   BY MR. VAN HORN:

24       Q.   Were there ViewSonic products that did not

25   contain CRTs that competed with CRT finished products?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 73

1    site ever for a CRT finished product purchased by

2    ViewSonic?

3            MR. HEAVEN:  Same objection.

4            THE WITNESS:  I think so.

5    BY MR. VAN HORN:

6        Q.  And when a product was shipped from Thailand

7    can you tell in this document -- from this document

8    where the product was shipped to?

9            MR. HEAVEN:  Object to form.  Calls for

10   speculation.

11           THE WITNESS:  It says on the document say "to."

12   It may be or may not be.

13   BY MR. VAN HORN:

14       Q.  And where was it shipped to?

15       A.  I'm not very sure.  It just say to Walnut,

16   California.

17       Q.  So according to the document, the product was

18   shipped from Thailand, where it was made, to Walnut,

19   California.  Is that an accurate understanding of the

20   document?

21           MR. HEAVEN:  Misstates the document.  She

22   didn't say it was shipped from Thailand.

23           THE WITNESS:  I'm not sure.  It just say to

24   Walnut, California.

25   ///

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 74

1   BY MR. VAN HORN:

2       Q.   When ViewSonic Corporation purchased products

3   from manufacturers in Asia, what was ViewSonic's

4   practice for having those products shipped?

5            MR. HEAVEN:  Object to form.  Vague.

6   Ambiguous.

7            THE WITNESS:  You mean when we purchase a

8   product --

9   BY MR. VAN HORN:

10      Q.   Yeah.

11      A.   -- where are the products being shipped?

12      Q.   Tell me how products got from Asia to Walnut,

13  California, when you -- when ViewSonic Corporation

14  purchased it during the relevant period.

15           MR. HEAVEN:  Same objections.

16           THE WITNESS:  By commercial carriers.

17  BY MR. VAN HORN:

18      Q.   Did it come directly from the manufacturer to

19  Walnut, California, or did it stop somewhere in between?

20      A.   I'm not --

21           MR. HEAVEN:  Calls for speculation.  Lacks

22  foundation.

23           THE WITNESS:  I'm not sure.

24  BY MR. VAN HORN:

25      Q.   In preparing for your deposition today did you

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 75

1  review any documents that would permit you to answer how

2  ViewSonic Corporation shipped products, CRT monitors

3  from Asia to California?

4       MR. HEAVEN:  Object to form.  It's outside the

5  scope.

6       THE WITNESS:  It shipped, shipped by commercial

7  carrier.

8  BY MR. VAN HORN:

9     Q.  Right.  My question was did you review any

10 documents that would permit you to discuss how the

11 products were shipped?  For example, bill of lading or

12 spreadsheets reflecting how the product was shipped.

13    A.  No.

14       MR. HEAVEN:  Same objection.

15 BY MR. VAN HORN:

16    Q.  Did product of ViewSonic Corporation -- did CRT

17 monitors purchased by ViewSonic sometimes get shipped to

18 a ViewSonic location outside the United States before

19 being shipped to locations in the United States?

20    A.  Depends --

21       MR. HEAVEN:  Object to the form of the

22 question.

23       THE WITNESS:  Depending on where the purchase

24 orders -- or no, let me rephrase it.  Depending on which

25 region purchased.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 76

 1  BY MR. VAN HORN:

 2      Q.  Okay.  Explain that to me.  How does it depend

 3  on which region?

 4      A.  Like VSI, Asia Pacific, they may issue purchase

 5  order, purchase the products and then the product was

 6  shipped to VSI-designated locations.

 7      Q.  How about for VSA, when VSA ordered product,

 8  were there occasions when VSA ordered product from a

 9  supplier and the supplier shipped the product first to a

10  ViewSonic location outside the United States?

11      A.  For VSA it's always VSA receive the products in

12  the U.S.

13      Q.  Were there occasions when VSA product was first

14  shipped to VSI in Taiwan and then shipped to VSA?

15          MR. HEAVEN:  Object to form.  Asked and

16  answered.

17          THE WITNESS:  I don't recall any.

18  BY MR. VAN HORN:

19      Q.  What documents would permit you to determine

20  where product was shipped to by ViewSonic when VSA made

21  purchases during the relevant period?

22      A.  I cannot recall.

23      Q.  Are you familiar with what type of document

24  would permit you to determine how product came to

25  ViewSonic?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 85

1      A.   Okay.  First of all, I don't know if this type

2   of e-mail is asking support or not.  I don't know the

3   context.  I cannot remember the context of it, but if we

4   want quantity we will ask our suppliers.

5           MR. HEAVEN:  Are you going to another document,

6   Shaun?

7           MR. VAN HORN:  I was.

8           MR. HEAVEN:  Can we just take a break?

9           MR. VAN HORN:  Yeah, let's just take a break

10   given where we're at.

11          THE VIDEOGRAPHER:  This marks the end of Media

12   No. 1 in the video deposition of Bonny Cheng.  The time

13   is approximately 11:30 a.m. and we're going off the

14   record.

15          (Recess)

16          THE VIDEOGRAPHER:  This marks the beginning of

17   Media No. 2 in the video deposition of Bonny Cheng.  The

18   time is approximately 11:40 a.m. and we're back on the

19   record.

20   BY MR. VAN HORN:

21      Q.   Ms. Cheng, I want to ask you now some questions

22   about the contracting that ViewSonic Corporation did

23   with its suppliers.  Did ViewSonic enter into master

24   purchasing agreements with its vendors that sold CRT

25   finished products?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 86

1        A.   What do you mean by "master agreement"?

2        Q.   Well, a standard contract governing the terms

3    of the purchase.

4        A.   We have OEM agreements.

5        Q.   And was this a standard agreement, meaning it

6    was similar, the same basic agreement for each vendor,

7    or were they very different from each other?

8        A.   Some basic category is the same but the

9    contents of each category may be different.

10       Q.   What were the major terms that would be

11   negotiated in the OEM agreements?

12            MR. HEAVEN:  Object to form.  Calls for

13   speculation.  Lacks foundation.  Vague.  Ambiguous.

14            THE WITNESS:  I remember a few, like delivery,

15   like definitions.

16   BY MR. VAN HORN:

17       Q.   Ms. Cheng, did you negotiate OEM agreements

18   with suppliers?

19       A.   Myself and my team when doing the purchasing

20   jobs.

21       Q.   And the provisions that suppliers negotiated

22   over, other than delivery and definition, what other

23   provisions would the suppliers ask for terms or

24   different terms than the ones you gave?

25       A.   They ask a lot.  Whatever is in the OEM

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 87

1    agreement that we negotiate each -- each line of it.

2        Q.   What is a general program agreement?

3        A.   It is a -- an agreement of -- of developing a

4    product.

5        Q.   What does that mean, developing a product?

6        A.   Like I want to develop a 14-inch CRT monitors

7    with Matsushita, then we will have some basic spec on

8    that agreement.

9        Q.   And so the general program agreement related to

10   a product that you would develop with the supplier?

11       A.   Yes.

12            (Exhibit 7248 marked)

13   BY MR. VAN HORN:

14       Q.   I'm handing you what's been marked

15   Exhibit 7248, VIEW_CRT00048498.

16            Please take a look at that document and let me

17   know when you've had a chance to review it and I'll ask

18   you some questions about it.

19            So Ms. Cheng, do you recognize this document?

20       A.   Yeah.  Yes.

21       Q.   What is this?

22       A.   It says it's an OEM agreement, ODM agreement.

23       Q.   And who is this with?

24       A.   It says in here it's between ViewSonic

25   Corporation and Premier Image Technology Corporation.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 91

1   privileged.

2           Instruct you not to answer the question.

3   BY MR. VAN HORN:

4       Q.  Can you tell me any OEM contract that you are

5   familiar with just mentally in your own impression right

6   now, can you identify an OEM contract that you are

7   familiar with?

8       A.  Okay.

9           MR. HEAVEN:  Object to form.

10          THE WITNESS:  We --

11          MR. HEAVEN:  Vague.

12          THE WITNESS:  Some of the suppliers we do have

13  OEM contracts and -- but I cannot recall, you know, the

14  details of it.

15  BY MR. VAN HORN:

16      Q.  Can you tell me any particular OEM's contract

17  with which you are currently familiar?

18          MR. HEAVEN:  Same objection.

19          THE WITNESS:  With our current suppliers?

20  BY MR. VAN HORN:

21      Q.  Or any past ones.  In particular CR -- I need

22  to know about CRT product makers, so any CRT product OEM

23  agreements.

24      A.  Delta, Matsushita.

25      Q.  You're familiar with the terms in the Delta and

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 99

1    that's what we ask for.

2    BY MR. VAN HORN:

3        Q.   Okay.  And consistent with this provision did

4    the pricing provided by suppliers usually go down?

5        A.   Not necessarily.

6        Q.   How often would the pricing be revised up under

7    OEM contracts?

8            MR. HEAVEN:  Object to form of the question.

9    Vague.  Ambiguous.

10           THE WITNESS:  Okay.  First of all, we don't

11   really use the OEM contracts to govern the price --

12   negotiation of price increase or decrease.  This is just

13   a general terms that we put in the OEM agreement.  So it

14   depending on the -- what the supplier told us that they

15   need to increase or they need to decrease the price.

16   BY MR. VAN HORN:

17       Q.   So why did you include the language that "The

18   parties expect that the pricing for products will

19   decrease over time"?

20       A.   This is negotiation tactic.  They just put it

21   in there.

22       Q.   And what were the reasons that pricing for CRT

23   finished products -- what reasons would CRT finished

24   product suppliers give you in the instances where prices

25   would go up for increasing the price?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 110

1   course of a transaction with a CRT finished product

2   manufacturer take title to the monitors?

3          A.   I don't recall.

4          Q.   Do you recall -- do you know where that would

5   be recorded internally by ViewSonic Corporation?

6          A.   I don't know.

7          Q.   Okay.  Now flip to Appendix C.  Sorry.

8          A.   Appendix C?

9          Q.   Appendix C is on Page 10 and it starts with, it

10  says, "Supply Chain Management," and under the C.1.1 it

11  says:

12              "VSA will be responsible for

13              consolidating the product purchase

14              forecasts from each of its regions

15              into a worldwide buying plan."

16              What is the worldwide buying plan?

17         A.   It's an Excel spreadsheet that we consolidate

18  each region's quantity that they want to purchase.

19         Q.   And are these the same regions we discussed

20  earlier, the -- well, you tell me actually what are the

21  regions that get consolidated?

22         A.   Sometimes we don't have every region purchase

23  the same products, so -- but if there is, then it's VSA,

24  VSE, VSI, VSCN.

25         Q.   And so VSA, under this particular contract, VSA

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 111

1   was responsible for putting together that spreadsheet

2   for all of the regions in order to submit them to the

3   supplier; is that correct?

4        A.   Correct.

5        Q.   And in order to determine -- for VSA to

6   determine how much supply to put in the worldwide buying

7   plan, how did it know how much product to include in the

8   worldwide buying plan for VSE, VSI, VSCN and other

9   regions?

10        A.   They provided the numbers.  VSA just

11   consolidate them.

12        Q.   Oh.  So VSA would contact those regions to get

13   that information?

14            MR. HEAVEN:  Misstates testimony.

15            THE WITNESS:  I don't know whether they contact

16   them, you know, every time, but it's just a normal

17   process that we have.

18   BY MR. VAN HORN:

19        Q.   And once that buying plan was -- scratch that.

20            When the supplier delivered the product did the

21   supplier deliver product separately to each of the

22   regions, or did the supplier deliver all the product for

23   all regions at one time?

24        A.   Okay.  Supplier delivered the product based on

25   the P.O., not the buying plan.  Okay?  They ship it

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 112

1    according to each region's request.  So it's not

2    necessarily it's the same time.

3         Q.  Do suppliers sometimes combine shipments for

4    regions to a single location?

5         A.  Rarely, never.

6         Q.  Under the Order Procedure, C.2.6, it states:

7              "In the event of allocation,

8              ViewSonic may, from time to time,

9              secure key component allocation

10             commitments from component suppliers.

11             Supplier will ensure that product

12             quantity allocations to ViewSonic will

13             not be less than the commitment

14             quantities which ViewSonic has secured

15             from the component suppliers."

16             Who is a component supplier?

17        A.  It can be some key components that make into a

18   monitors.

19        Q.  What are the key components that go into

20   monitors?

21        A.  It can be a specific chip set.  It can be a

22   specific tube or LCD panels.

23        Q.  So it says, "ViewSonic may secure key component

24   allocation commitments."  What's a component allocation

25   commitment?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 117

1   according to the warranty terms, so we don't pay for the

2   parts.

3   BY MR. VAN HORN:

4       Q.  Okay.  So where did ViewSonic specify which

5   particular product or model that it wanted to purchase

6   under the agreement?  How would you tell the suppliers

7   the specific product that you wanted?

8       A.  We use a purchase order.

9       Q.  Okay.  Is that similar to the Tatung purchase

10  order we looked at earlier?  Is that the type?

11      A.  I think that was not a purchase order.  That

12  was an invoice.

13      Q.  That was an invoice?  Sorry.  So purchase order

14  is a different document?

15      A.  Correct.

16      Q.  And it would specify the specific model that

17  you were seeking?

18      A.  Yes.

19      Q.  Did -- did your purchase orders have to have a

20  minimum quantity to buy?

21          MR. HEAVEN:  Object to the form of the

22  question.

23          THE WITNESS:  No, not really.

24  BY MR. VAN HORN:

25      Q.  You could buy basically in any amount?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 119

1  earlier, like Delta or Matsushita, did they include

2  price protection provisions?

3       A.  I don't recall that they have.

4       Q.  You said earlier your team negotiated these

5  agreements.  What -- what was your role in negotiating

6  them?

7       A.  Supervise them and sometimes we have something

8  that we cannot agree on, maybe I will step in.

9       Q.  Would you review the final version of the OEM

10 agreement before it got signed?

11      A.  Usually, yes.

12      Q.  Who would sign the OEM agreement?

13      A.  During the course of the years?

14      Q.  Yeah.

15      A.  I cannot remember.  I think we changed.

16 Sometimes me, I think I have the ultimate

17 responsibility.

18      Q.  You sometimes were the one who signed these

19 agreements?

20      A.  Usually I sign it.

21      Q.  When you were the general manager or --

22      A.  Even a purchasing agent.

23      Q.  Okay.  Before you actually entered into the OEM

24 agreement how would you go about getting suppliers to

25 provide quotes or bid?  Is there a process for

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 120

1   soliciting manufacturers to provide product?

2           MR. HEAVEN:  Object to form.

3           THE WITNESS:  We don't really have specific way

4   but it just asking the supplier what is the month for

5   the -- I mean what's the price for this month or this

6   period.

7   BY MR. VAN HORN:

8       Q.  I see.  So you would just basically get quotes?

9       A.  Right.

10      Q.  They'd give you a list of product and prices?

11      A.  Yeah.

12      Q.  Did you ever have an auction process?  Did you

13  ever auction between to compete suppliers against each

14  other?

15      A.  Usually not because we don't have a product --

16  the same -- we don't purchase the same product from

17  different supplier.  Each supplier's product is pretty

18  different from others.

19      Q.  When -- when you would negotiate -- after

20  entering into an OEM contract and you would negotiate

21  price with the supplier, what was that process?  How did

22  the supplier tell you what they thought the new price

23  would be or should be?

24      A.  They just tell us.

25      Q.  And they would send that to you in just a list

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 121

1    of the products and what they want the prices to be?

2        A.   Usually, yes.

3        Q.   And then how would you respond to that?

4        A.   Sometime we agree, sometime we say we don't

5    agree.

6        Q.   Would you -- would you respond back with a list

7    of the prices you wanted to pay for the products?

8        A.   Sometimes, yes, sometimes no.

9        Q.   Did -- did the manufacturers usually come down

10   from the prices they opened at or did they usually

11   basically stay where they started?

12       A.   It depends.

13       Q.   How were non-price terms negotiated in the

14   contracts?  We just looked at one example, but if a --

15   if an OEM didn't like the delivery terms, how would --

16   how would the OEM go about seeking to change that?

17       A.   What do you mean by "delivery terms"?

18       Q.   The OEM wants to deliver the product to a

19   different location than you've requested the OEM deliver

20   the product, or wants, you know, title to pass at a

21   different spot along the way, something that deviated

22   from the terms you had put out in the OEM.  How would

23   you negotiate those price -- those non-price terms in

24   the contract with the OEM?

25       A.   It rarely happened that we renegotiate.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 153

1    are doing.

2    BY MR. VAN HORN:

3        Q.  No, not your competitors.  If a supplier of CRT

4    finished products changed its price, did you observe any

5    effect on the price of other CRT finished product

6    manufacturers' products?

7            MR. HEAVEN:  Same objection.

8            THE WITNESS:  Not necessarily.

9    BY MR. VAN HORN:

10       Q.  So if, for example, Sony decreased its prices

11   substantially, would you observe any effect on the

12   prices of Sony's competitors for the sale of the same

13   type of product?

14           MR. HEAVEN:  Object to form.

15           THE WITNESS:  You mean Sony as a supplier to

16   ViewSonic?

17   BY MR. VAN HORN:

18       Q.  Correct.  Yeah.

19       A.  Sometimes yes; sometimes no.

20       Q.  When you were negotiating with your suppliers,

21   where would the negotiations take place?

22       A.  For the subject period?

23       Q.  Yeah.  For negotiating the OEM contract where

24   would you have discussions with the suppliers?

25       A.  U.S.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 154

1      Q.  And where in the United States?

2      A.  California.

3      Q.  Was -- did ViewSonic ever travel to the

4  suppliers to negotiate the terms of purchase with them

5  at their locations?

6      A.  Rarely because our legal people are in the U.S.

7  also.

8      Q.  What -- what geographic location was

9  ViewSonic's suppliers located in?

10         MR. HEAVEN:  Object to form.

11         THE WITNESS:  Mostly Asia.

12  BY MR. VAN HORN:

13     Q.  And where in Asia were the suppliers located?

14     A.  Japan, Taiwan, yeah.

15     Q.  Were there any suppliers located in the United

16  States?

17     A.  I don't recall exactly.  Maybe some small

18  quantity.

19     Q.  Do you know who that -- which supplier that

20  would be?

21     A.  I don't recall.

22     Q.  When ViewSonic issued purchase orders to the

23  suppliers, who would issue the invoice back to

24  ViewSonic?  Is it always the same entity or would it be

25  different?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 166

1    product that it received from those suppliers?

2       A.  Depends.  If VSA issued the purchase order

3    purchase the product, it was stored in the U.S.  And if

4    it's Asia Pacific it will be stored in the Asia Pacific

5    warehouses.

6       Q.  So for the products stored in the United

7    States, where in the United States was product stored?

8       A.  Our main warehouse is -- was in California.

9    We -- I think we changed a couple times in California

10   but -- so I cannot remember exactly.

11      Q.  Any warehouses outside of California?

12      A.  We may have some intransit for maybe going

13   through Florida.

14      Q.  Did you ever have products shipped directly

15   from the supplier to a customer of yours?

16      A.  Very rarely, you know, a few times that I know

17   of.

18          (Exhibit 7257 marked)

19   BY MR. VAN HORN:

20      Q.  I'm handing you what's been marked

21   Exhibit 7257.  It has the Bates stamp VIEW_CRT0000862.

22   And I believe this is only two tabs of the spreadsheet

23   that is this document.  It was a spreadsheet containing

24   many tabs.

25          Do you recognize this document?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 168

```
 1    would these be the purchase orders related to that

 2    supplier, Delta Thailand?

 3         A.  Possibly.

 4         Q.  Now, I want to ask about some of the

 5    categories, the columns.  So the first column, P.O.

 6    number, am I correct that that's the purchase order

 7    number that the information in that row relates to?

 8         A.  I think so.

 9         Q.  And now, the column "CRT," what does that

10    column mean?

11         A.  CRT, okay.  Yes.

12         Q.  What -- what information is contained in the

13    column "CRT"?

14         A.  It says "LG" here.

15         Q.  Yeah, it says "LG."  What does that mean?

16             MR. HEAVEN:  Calls for speculation.

17             THE WITNESS:  The monitor have LG's CRT in it.

18    BY MR. VAN HORN:

19         Q.  Okay.  And the "Ship to" column, is that the

20    location to which the product from Delta Thailand was

21    shipped to?

22         A.  That's what it says here, looks like.

23         Q.  And when it says -- so it says Walnut, and

24    Walnut, I assume, is VSA's headquarters in Walnut,

25    California; is that correct?
```

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 169

1      A.  Walnut, California, yes.

2      Q.  Okay.  Now, sometimes there is an entry, like

3  one, two, three, four, five, six rows down, it says "BV

4  Netherlands."  What's -- what's that?

5      A.  It's a -- our Europe warehouse.

6      Q.  So does this spreadsheet -- was VSA making

7  purchases for delivery to your European warehouse?

8      A.  I'm not very sure.  I think for a short period

9  of time that the supply chain in VSA have a little bit

10  on the VSE when they are short of people or -- or just

11  starting.

12      Q.  I see.  So for some -- at some point in time or

13  for some period of time VSA was helping VSE with

14  purchasing?

15      A.  I cannot recall but maybe just helping on the

16  documents.

17      Q.  Okay.  You flip to the other side, the next

18  page, Page 2, it's actually a separate tab in the Excel

19  spreadsheet, so on the bottom right we note the tab

20  name.

21      A.  Oh.

22      Q.  E70B-10.

23      A.  Okay.

24      Q.  And here the only question I wanted to ask you

25  is about in the "Ship to" category you'll see in the

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 171

```
 1        Q.  I see.  So this was -- other than Wal- --
 2   Walnut, California was a warehouse you, ViewSonic owned?
 3        A.  Correct.
 4        Q.  Whereas other warehouses used in North America
 5   were other companies' warehouses?
 6        A.  Maybe or may not be, it's just third party -- a
 7   third-party logistic company.
 8            (Exhibit 7258 marked)
 9   BY MR. VAN HORN:
10        Q.  Okay.  So I'm handing you what's been marked
11   Exhibit 7258, which is Bates numbered VIEW_CRT00008621.
12            Do you recognize this document?
13        A.  Yes.
14        Q.  Is this the same type of document that we
15   looked at in Exhibit 7257, the prior document?
16        A.  Similar.
17        Q.  On the first page there is "Delta Thailand" at
18   the top of the document.  Does that mean, again, in this
19   case Delta Thailand would be the vendor of the product?
20        A.  Possibly, yes.
21        Q.  And now this time in the "CRT" column you see
22   it says "SDI."  What does "SDI" refer to?
23        A.  I cannot recall exactly the short form.
24        Q.  Is it a -- is that the maker of the CRT tube?
25        A.  Yeah, probably.
```

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 172

 1        Q.   And the ship to location here it says Furness.

 2   What is -- what is Furness?

 3        A.   It's a warehouse in Europe.

 4        Q.   So is this -- this document, is this ViewSonic

 5   Corporation making purchases for product that's being

 6   shipped to Europe?

 7             MR. HEAVEN:   Object to form.

 8             THE WITNESS:   I don't know who prepared this.

 9   Maybe our Europe people prepare it.

10   BY MR. VAN HORN:

11        Q.   Who at ViewSonic prepares these types of

12   documents?

13        A.   Regional supply chain management.

14        Q.   Flip to the third page.  Looking at the CRT

15   column on this page, do you see that it says "Samsung"

16   for CRT.  Does that mean that Samsung was the

17   manufacturer of the CRT in these products?

18             MR. HEAVEN:   It actually says "Sumsung."

19   BY MR. VAN HORN:

20        Q.   Oh, I'm sorry, Sum -- S-u-m-s-u-n-g.  We can --

21   if you flip one more page, we'll look at that one

22   instead.  Samsung is spelled correctly on that page.

23   Does that mean that Samsung is the manufacturer of the

24   CRT in those products?

25        A.   Possibly.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 231

1    is approximately 4:55 p.m. and we're going off the

2    record.

3           (Recess)

4           THE VIDEOGRAPHER:  This marks the beginning of

5    Media No. 4 in the video deposition of Bonny Cheng.  The

6    time is approximately 5:36 p.m. and we're back on the

7    record.

8

9                           EXAMINATION

10

11   BY MR. GOLDSTEIN:

12      Q.  Good afternoon, Ms. Cheng.  My name is Kevin

13   Goldstein and I represent the Panasonic defendants in

14   this case.

15      A.  Good afternoon.

16      Q.  Good afternoon.

17           What I want to do first is just show you a

18   document that we're going to mark and get in and then

19   we'll put it aside for a minute, but I've asked the

20   court reporter to mark as Exhibit 7262 the document

21   produced by ViewSonic and Bates stamped

22   VIEW_CRT00041042.  And the document is titled "OEM

23   Agreement Between ViewSonic and Matsushita Electric

24   Industrial Co., Ltd?"

25           MR. HEAVEN:  Could I get a copy of that?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 232

     1          MR. GOLDSTEIN:  Oh, yeah.

     2          MR. HEAVEN:  Could I get two?

     3          (Exhibit 7262 marked)

     4    BY MR. GOLDSTEIN:

     5       Q.  Ms. Cheng, after you've had a second to look at

     6    the document if you can tell me, do you recognize this

     7    document?

     8       A.  Yes.

     9       Q.  Were you involved in preparing this document?

    10       A.  Yes.

    11       Q.  And did you maintain a copy of this in your

    12    files at any time?

    13       A.  I think it's in our legal counsel's.

    14       Q.  Okay.  Thank you.

    15          If you can put it aside for a second and we'll

    16    come back to it.  I just wanted to get it marked.

    17       A.  Okay.

    18       Q.  I have a few questions looking back to some

    19    other documents that we've covered earlier and just some

    20    general questions to follow up on.  If you could please

    21    find Exhibit 7256, which was a purchase order, or a

    22    number of purchase orders.

    23       A.  Okay.

    24       Q.  Are these -- are purchase orders such as this

    25    one kept in hard copy at ViewSonic?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 264

1    BY MR. GOLDSTEIN:

2       Q.  Other than the size, were there other specs you

3    recall being able to choose?

4       A.  I don't recall.  For CRT actually we have much

5    less choice.

6       Q.  Would you purchase from an existing product

7    list that Matsushita provided to you?

8       A.  Yeah, usually they have -- usually what -- they

9    have a product, they bring it over and show it to us and

10   tell us this is what they make, and then if we think

11   it's good then we'll purchase it.

12      Q.  Did you have input on the -- sort of the

13   plastic housing for the outside of the monitor?

14      A.  Yes, we -- that is our ID, ViewSonic look.

15      Q.  So that would be customized for ViewSonic?

16      A.  Sometimes yes, sometimes no, if we take their

17   standard product.  Sometimes they have standard product,

18   then we just take their product and patch our name on

19   it.  Sometimes we do give them our ID look and then just

20   tool off from there.

21      Q.  Would it typically be cheaper to purchase a

22   standard product than a customized one?

23      A.  I cannot say it's -- it varies.

24      Q.  Okay.  So now I want to switch to the period

25   from 1999 onward when the OEM agreement was in effect.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 265

1       A.   Okay.

2       Q.   But first I just want to confirm about the

3  negotiation of the OEM agreement itself.  So I think you

4  said before you were involved in negotiating this

5  agreement?

6       A.   Correct.

7       Q.   I think you said in your declaration that you

8  had ultimate responsibility for the agreement?

9       A.   Correct.

10      Q.   Do you -- were there other people on your team

11  that had involvement in negotiating the OEM agreement

12  but less than -- less than ultimate?

13           MR. HEAVEN:  Asked and answered.

14           THE WITNESS:  Yes.  I have my team work with

15  me.

16  BY MR. GOLDSTEIN:

17      Q.   Was everyone on the team involved in

18  negotiating the OEM agreement?

19      A.   If they are purchasing agent then they will be,

20  I mean they are, but I cannot recall who is the

21  purchasing agent responsible for Matsushita at that

22  time.

23      Q.   So would you have a purchasing agent who was

24  assigned to a certain supplier or had special

25  responsibility for Matsushita?

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 267

1    weeks, months.

2        Q.  Do you recall -- so prior -- prior to this

3    agreement you had just a purchase order system.  Do you

4    recall who proposed entering an OEM agreement in the

5    first place?

6            MR. HEAVEN:  Object to form.  Lacks foundation.

7    Calls for speculation.

8            THE WITNESS:  I forgot.  I think the legal

9    department, myself.

10   BY MR. GOLDSTEIN:

11       Q.  So you think ViewSonic proposed it, not

12   Matsushita?

13       A.  I don't recall, but we -- as ViewSonic I can

14   only speak of ViewSonic that we have desire to enter OEM

15   agreements.

16       Q.  Would you say it's correct that this -- the

17   form of the OEM agreement with Matsushita generally

18   follows the same format as ViewSonic's sample exhibit

19   that was Exhibit 7248?

20       A.  Okay.  Yes.

21       Q.  Why, why was it important to ViewSonic to enter

22   into OEM agreements?

23       A.  Why it's important?

24       Q.  Yeah.

25       A.  Well, some of the terms and conditions was not

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 268

1  in the purchase orders and we wanted to make it formal.

2      Q.  What kind of terms and conditions wouldn't be

3  covered by purchase orders?

4      A.  Like the definition, like the logistics,

5  tooling, the quality, spare parts, change,

6  indemnification.

7      Q.  So it's fair to say that there were a lot of

8  terms ViewSonic wanted in negotiating the OEM

9  agreements?

10     A.  Yes.

11     Q.  So you said earlier that you had ultimate

12 responsibility for this agreement.  Looking back to the

13 signature page, Page 18 of the agreement, it shows

14 that -- am I correct that it shows that James Chu, the

15 president and CEO of ViewSonic signed the agreement?

16     A.  Yes.

17     Q.  What was Mr. Chu's involvement in negotiating

18 the agreement?

19     A.  Not much at all.

20     Q.  Not much but some?  What role did he have?

21     A.  No.  He would not go down to these kind of

22 details.

23     Q.  Did he -- do you recall if he reviewed the

24 agreement before signing it?

25     A.  I don't know if he reviewed it.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 270

1        MR. HEAVEN:  Asked and answered.

2        THE WITNESS:  No difference.

3  BY MR. GOLDSTEIN:

4     Q.  So it was the same as during the purchase order

5  system prior to the OEM agreement?

6     A.  For pricing purpose.

7     Q.  Okay.  Okay.  I have a question now with

8  Article 7 of this agreement, which is titled "Shipment

9  and Delivery."  It's on Page 6.

10    A.  Okay.

11    Q.  Section 7.1 says:

12        "Matsushita shall ship product only

13         pursuant to ViewSonic's purchase orders

14         accepted by Matsushita.  Product shall

15         be shipped FOB international port of

16         embarkation, Japan, in accordance with

17         INCOTERMS 1990, at which point, title

18         and risk of loss or damage will pass to

19         ViewSonic from Matsushita at the said

20         port in Japan."

21        So is it correct that under this provision

22  ViewSonic took title in Japan of the monitors that it

23  purchased from Matsushita?

24    A.  When it shipped on board, that's my

25  understanding.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 271

1          Q.  It says here, "Product shall be shipped FOB."

2     Is it your understanding that there were times when it

3     wasn't shipped FOB international port of embarkation

4     Japan?

5          A.  I don't recall exactly with Matsushita or not,

6     but I think at one point we also do arrival at the U.S.

7     port.

8          Q.  But under the terms of this agreement it was

9     FOB Japan?

10         A.  That's what it says here, yes.

11         Q.  And your understanding is that from -- from the

12    moment it was delivered to the port in Japan ViewSonic

13    bore the risk of loss if, for example, the ship sunk?

14         A.  That's what it says here.

15              MR. HEAVEN:  Object to form.

16    BY MR. GOLDSTEIN:

17         Q.  So at the time the monitors left Japan

18    ViewSonic owned them?

19         A.  That's what it says in here.

20         Q.  Okay.  Was this provision any different from

21    the usual practice prior to the OEM agreement, or did

22    ViewSonic -- even prior to the OEM agreement did

23    ViewSonic take title in Japan typically?

24              MR. HEAVEN:  Object to form.

25              THE WITNESS:  I -- I don't remember exactly.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 283

1    LG agreement.

2        A.   Okay.

3        Q.   Which is Exhibit 7265.  And I'd like to look at

4    Article 7 on Page 5, which is "Shipment and Delivery."

5    Section 7.1 says:

6            "Product shall be shipped FOB

7            international port of embarkation, Korea,

8            with title and risk of loss or damage to

9            pass to ViewSonic from vendor at the

10           appropriate port."

11           Similar to the other agreements we talked

12   about, is it correct that here ViewSonic would take

13   title of any purchases from LG in Korea?

14       A.   As it says in this agreement, in reality we may

15   changed one point in time, but I cannot recall, but in

16   general -- in general that would put that in the OEM

17   agreement.

18       Q.   If there were a change would it be reflected in

19   purchase orders?

20       A.   Yes.

21       Q.   Would it be reflected anywhere else?

22       A.   No.

23       Q.   And so generally by the time the CRT monitors

24   left Korea, ViewSonic already owned them?

25       A.   Yeah, it says if it's shipped FOB Korea.

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 286

```
 1        A.   ViewSonic office.

 2        Q.   Gotcha.  And where is that located?

 3        A.   Brea, California.

 4        Q.   I'm sorry?

 5        A.   Brea.

 6        Q.   La Brea?  And who attended that meeting?

 7   Mr. Heaven?

 8        A.   Yeah, Astor Heaven.

 9        Q.   Okay.  And who else?

10        A.   Drew.

11        Q.   Mr. Slade?

12        A.   Yes.

13        Q.   Okay.

14        A.   And Emmy.

15        Q.   Okay.  And anybody else?

16        A.   Jason.

17        Q.   Jason?

18        A.   Yeah, and Jerry.

19        Q.   Jerry.  Do you know Jason's last name?

20        A.   I forgot.

21        Q.   Do you know Jerry's last name?

22        A.   I forgot.

23        Q.   Was it Mr. Jerry Murphy, the one that was here

24   earlier?

25        A.   Yes.
```

HIGHLY CONFIDENTIAL
Bonny Cheng -- October 9, 2014

Page 357

 1   STATE OF CALIFORNIA      )
                             ) SS
 2   COUNTY OF LOS ANGELES   )

 3

 4        I, Jean F. Holliday, a Certified Shorthand

 5   Reporter, do hereby certify:

 6        That prior to being examined, the witness in the

 7   foregoing proceedings was by me duly sworn to testify to

 8   the truth, the whole truth, and nothing but the truth;

 9        That said proceedings were taken before me at the

10   time and place therein set forth, and were taken down by

11   me in shorthand and thereafter transcribed into

12   typewriting under my direction and supervision;

13        I further certify that I am neither counsel for,

14   nor related to, any party to said proceedings, nor in

15   anywise interested in the outcome thereof.

16        In witness whereof, I have hereunto subscribed my

17   name.

18

19   Dated:  October 20, 2014

20

21   _____

     Jean F. Holliday
22   CSR No. 4535, RPR, CRR

23

24

25