# Exhibit 2

HIGHLY CONFIDENTIAL
Bodil Chen-Kao -- November 6, 2014

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
|  | ) Case No. |
| IN RE:  CATHODE RAY TUBE | ) 3:14-CV-02510 |
| (CRT) ANTITRUST LITIGATION | ) Volume 1 |
|  | ) Pages 1-71 |
|  | ) |

TRANSCRIPT DESIGNATED HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF BODIL CHEN-KAO

TAKEN ON

THURSDAY, NOVEMBER 6, 2014

Reported by:

BRENDA R. COUNTZ, RPR-CRR

CSR NO. 12563

US Legal Support
312-236-8352

| | | |
|---|---|---|
| 1 | | reporting to today? |
| 2 | A. | Sally Wang. |
| 3 | Q. | Is Lisa still your subordinate? |
| 4 | A. | Yes. |
| 5 | Q. | Do you have any other subordinates? |
| 6 | A. | I have Rich Pan. |
| 7 | Q. | Can you spell his name for us? |
| 8 | A. | R-I-C-H, P-A-N. |
| 9 | Q. | What does he do? |
| 10 | A. | He's the Salesforce.com administrator. |
| 11 | Q. | Do you have any other superiors besides |
| 12 | | Sally right now? |
| 13 | A. | I'm sorry, what's superior? |
| 14 | Q. | Anyone else that you report to, any |
| 15 | | other bosses? |
| 16 | A. | No, Sally Wang. |
| 17 | Q. | When you were a purchasing agent back |
| 18 | | from 1996 through effectively 2002, where was |
| 19 | | your office located for Viewsonic?  What office |
| 20 | | did you work out of? |
| 21 | A. | At Walnut, California. |
| 22 | Q. | And are you still there today? |
| 23 | A. | No. |
| 24 | Q. | What office do you work out of now? |
| 25 | A. | Brea, California. |

HIGHLY CONFIDENTIAL
Bodil Chen-Kao -- November 6, 2014

Page 42

1      Q.   Ms. Kao, I'd like to show you a
2   document which has been marked as Exhibit 7245.
3      A.   (Perusing.)
4      Q.   I'll just ask you, have you ever seen
5   this document before?
6      A.   I don't remember.
7      Q.   Do you see how there are columns as
8   indicated on the top of each page and then
9   information below those columns?
10     A.   Yes.
11     Q.   Do you have an understanding of what
12  kind of information is contained in each of these
13  columns?
14          MR. HEAVEN:  Object to form, calls for
15  speculation, lacks foundation.
16          THE WITNESS:  I don't know.
17  BY MR. FUENTES:
18     Q.   Before today's deposition what did you
19  do to prepare for your testimony today?
20     A.   I didn't do anything.  I talked to
21  them.
22     Q.   And without telling me anything about
23  what you said to them or what they said to you,
24  can you tell me when we say "them," do you mean
25  the two attorneys who are present here today on

US Legal Support
312-236-8352

HIGHLY CONFIDENTIAL
Bodil Chen-Kao -- November 6, 2014

Page 70

```
 1    STATE OF CALIFORNIA    )   SS
 2    COUNTY OF LOS ANGELES  )
 3              I, BRENDA R. COUNTZ, Certified Shorthand
 4    Reporter No. 12563 for the State of California,
 5    do hereby certify:
 6              That prior to being examined, the
 7    witness named in the foregoing deposition was
 8    duly sworn to testify the truth, the whole truth,
 9    and nothing but the truth;
10              That said deposition was taken down by
11    me in shorthand at the time and place therein
12    named and thereafter transcribed and that the
13    same is a true, correct, and complete transcript
14    of said proceedings.
15              Before completion of the deposition,
16    review of the transcript [  ] was [  ] was not
17    requested.  If requested, any changes made by the
18    deponent during the period allowed are appended
19    hereto.
20              I further certify that I am not
21    interested in the outcome of the action.
22    Witness my hand this____day of_____,____.
23
24                              _____
25                              Brenda R. Countz, CSR No. 12563
```