# Exhibit 3

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|   |   |
|---|---|
| ) | Case No. |
| IN RE:  CATHODE RAY TUBE        ) | 3:14-CV-02510 |
| (CRT) ANTITRUST LITIGATION      ) | |
| ) | Pages 1-111 |
| ) | |

TRANSCRIPT DESIGNATED HIGHLY CONFIDENTIAL


VIDEOTAPED DEPOSITION OF ROSE YANG

TAKEN ON

FRIDAY, NOVEMBER 7, 2014


Reported by:

BRENDA R. COUNTZ, RPR-CRR

CSR NO. 12563

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 15

1    BY MR. FUENTES:

2        Q.    Can you tell me who some of those

3    suppliers were?

4        A.    There was Matsushita.  There are some

5    Taiwanese companies, Jean company, Delta

6    Electronics.  It's been a while so I -- I know

7    there are a few others, I just can't remember

8    names.

9        Q.    Okay.  Well, if at some point today we

10   have a document that might refresh your memory, I

11   might show it to you.  So I appreciate your

12   answer.

13            Let me ask you, from December 1, 1997

14   through April 10, 2001, were you a supervisor of

15   sourcing at Viewsonic?

16       A.    Yes.

17       Q.    Can you tell us what you did as a

18   sourcing supervisor at Viewsonic at that time?

19       A.    It was similar responsibility,

20   sourcing, purchasing responsibility as the

21   previous through months.  I was still responsible

22   for procuring spare parts to support our warranty

23   and service.

24            The title change was reflected due to I

25   hired additional assistants to help me issuing

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 23

```
 1        A.   Yes.
 2             MR. FUENTES:  One moment, please.
 3             (Discussion held off the record.)
 4   BY MR. FUENTES:
 5        Q.   So if you look at the second page of
 6   Exhibit 8005, ma'am, is this a purchase forecast
 7   for monitors to be purchased from Ta Tung?
 8             MR. HEAVEN:  Object to form.
 9             THE WITNESS:  Yes.
10   BY MR. FUENTES:
11        Q.   I'm sorry, what was the answer?
12        A.   Yes.
13        Q.   And so Viewsonic International was also
14   purchasing monitors from Ta Tung on behalf of
15   Viewsonic Corporation, isn't that right?
16             MR. HEAVEN:  Object to form, misstates
17   the document.
18             THE WITNESS:  That's not correct.
19   BY MR. FUENTES:
20        Q.   Okay, how is that not correct?
21        A.   Viewsonic International does not issue
22   POs on behalf of Viewsonic Corporation.
23   Viewsonic International is a regional office that
24   issued the purchase orders for the specific
25   region.
```

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 24

1      Q.   And the Ta Tung company, isn't that

2   also a company that's based in Taiwan and

3   Thailand, Southeast Asia?

4           MR. HEAVEN:  Object to form, calls for

5   speculation.

6           THE WITNESS:  I don't know exactly

7   where the affiliates are.

8   BY MR. FUENTES:

9      Q.   All right.  Well, if a company that was

10  a supplier of monitors to Viewsonic is located in

11  the Southeast Asia region, that's the region for

12  which Viewsonic International had responsibility,

13  right?

14     A.   No.

15     Q.   Explain that to me, because Viewsonic

16  International is located in Taiwan.

17     A.   It does not matter where the supplier

18  is located.  But our business group who is

19  located in the U.S. works with the supplier all

20  over the world, negotiates the price, set all the

21  business terms and get all the business terms and

22  conditions set up.

23          Then it's the regional office, after

24  everything, the pricing, all that is negotiated,

25  regularly we, as the corporate office at the

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 25

1  time, provided product specs, details and

2  availability to the regional offices such as

3  Viewsonic International for them to issue POs

4  directly to those companies.

5       Q.   So, it was the regional offices such as

6  Viewsonic International which issued the purchase

7  orders to companies like Ta Tung?

8            MR. HEAVEN:  Object to form, misstates

9  testimony.

10           THE WITNESS:  Yes.

11 BY MR. FUENTES:

12      Q.   I couldn't hear the answer.  I think it

13 was yes?

14      A.   Yes, they issue POs after being

15 instructed by the corporate office.

16      Q.   So upon issuing the PO, would the next

17 step be -- let me ask it a different way.

18           After Viewsonic International issued a

19 purchase order to Ta Tung, did Ta Tung then

20 supply the monitors after receiving payment for

21 them?

22      A.   No.

23      Q.   Did Ta Tung give the monitor away for

24 free?

25      A.   There's payment terms negotiated based

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 41

1    asking you about the organization, the way the

2    organization is described, can you tell me if

3    this page accurately describes the organizational

4    structure, at least during the period in which

5    you have worked for Viewsonic?

6         A.   Yes.

7         Q.   So if you see there's two boxes in the

8    middle of the page, Regional and Corporate.  And

9    under Regional there's four boxes underneath

10   that.

11            Do you see that?

12       A.   Yes.

13       Q.   Is VSE, Viewsonic Europe?

14       A.   Yes, it is.

15       Q.   And is Viewsonic Europe either a

16   separate division of the company or is it

17   actually a separate corporation, as far as you

18   know?

19       A.   It is a region, a sales region of the

20   company.

21       Q.   And the region that Viewsonic Europe

22   covers is obviously Europe, correct?

23       A.   That is correct.

24       Q.   So Viewsonic Europe, as far as you

25   know, is it involved at all in the purchase of

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 42

1    monitors with CRTs in them from foreign

2    suppliers?

3              MR. HEAVEN:  Object to form, vague and

4    ambiguous.

5              THE WITNESS:  VSE is just like VSI,

6    Viewsonic International is a sales region.  Based

7    on my understanding they issue their purchase

8    orders based on the terms and conditions that the

9    corporate business units negotiated with a

10   supplier on the business terms and conditions,

11   the products, the specs and the delivery dates

12   and all those details.

13             Based on that information each regional

14   office issued their purchase orders, which I

15   don't see.  That's my understanding.  And the

16   purchase orders, I believe, go to the suppliers.

17   BY MR. FUENTES:

18        Q.   Can you recall whether there were

19   specific suppliers that Viewsonic Europe issued

20   purchase orders to?

21        A.   I don't know any specific supplier

22   because I don't handle Viewsonic Europe

23   purchases.

24        Q.   Did Viewsonic Europe also assist with

25   Viewsonic's sales of monitors with CRTs in them

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 43

1    to foreign customers?

2              MR. HEAVEN:  Object to form, vague.

3              THE WITNESS:  Can you repeat your

4    question?

5    BY MR. FUENTES:

6        Q.   Sure.  Did Viewsonic have customers,

7    entities or people who bought monitors from

8    Viewsonic?  Did Viewsonic have customers in

9    Europe?

10       A.   Yes.

11       Q.   And do you know whether Viewsonic

12   Europe played any role in communicating with or

13   coordinating business with those customers?

14       A.   Yes.  Each region issues their purchase

15   order to supply the customers within that region.

16       Q.   Now VSI, we talked about before.

17   That's Viewsonic International based in Taiwan,

18   right?

19       A.   That is correct.

20       Q.   And the suppliers and Viewsonic

21   customers that VSI dealt with tended to be in

22   Southeast Asia, correct?

23             MR. HEAVEN:  Object to form, misstates

24   testimony.

25             THE WITNESS:  In Asia.

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 44

 1    BY MR. FUENTES:
 2        Q.   Okay.  Is VSCN a regional department or
 3    entity that concerned itself with China?
 4        A.   Yes, VSCN is a regional office,
 5    regional sales office located in China.
 6        Q.   Did VSCN issue purchase orders to
 7    China-based suppliers of monitors with CRTs in
 8    them?
 9             MR. HEAVEN:  Object to form.
10             THE WITNESS:  VSCN issues their
11    purchase orders to suppliers, our corporate
12    suppliers.
13             As for whether they are China based, I
14    don't know.
15    BY MR. FUENTES:
16        Q.   Is there any reason to think that VSCN
17    having responsibility with China would not have
18    dealt with suppliers that were based in China?
19             MR. HEAVEN:  Object to form.
20             THE WITNESS:  No.  However, I know
21    there were really specific guidelines for the
22    region's sales office not to negotiate separate
23    terms or any kind with the suppliers and really
24    to have the business units negotiate the general
25    terms.

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 58

1    CRTs in them from Jean?

2         A.    Can you repeat your dates again?

3         Q.    Between 1995 and 2007.  Did Viewsonic

4    purchase monitors with CRTs in them from Jean at

5    any point during that time?

6         A.    Yes.

7         Q.    And do you know whether Viewsonic

8    International was the entity that then issued the

9    purchase order for those types of purchases?

10        A.    Yes, Viewsonic International is one of

11   the regions issue PO's to the suppliers like

12   Jean.

13        Q.    So Viewsonic International did issue

14   the purchase order for the purchases from Jean?

15             MR. HEAVEN:  Object to the form,

16   misstates testimony.

17             THE WITNESS:  Yes.

18   BY MR. FUENTES:

19        Q.    And then as to purchases of monitors

20   from Jean, before those monitors arrived in the

21   United States did Viewsonic International take

22   possession of them at least temporarily before

23   they were shipped here?

24             MR. HEAVEN:  Object to form, vague and

25   ambiguous, misstates testimony.

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 59

```
 1              THE WITNESS:  The products, the LCD
 2    monitors purchase orders issued by Viewsonic
 3    International, they don't come to the U.S., if
 4    that's what you were asking.  They are delivered
 5    to Viewsonic International.  It's Viewsonic
 6    America who issues its own purchase order will
 7    have the shipment come into Long Beach.  So it's
 8    two separate transactions.
 9              So for a supplier, they would receive
10    every month four purchase orders from each of
11    Viewsonic's four regions and they will ship the
12    shipments separately to each region.
13              So for Viewsonic America, they will
14    issue its own PO and the shipment will go to Long
15    Beach, delivered to Viewsonic America at Long
16    Beach.
17              But then for any other region,
18    Viewsonic Europe, then it's going to deliver to
19    Europe directly.
20    BY MR. FUENTES:
21        Q.   So just to make sure I understand,
22    there were some purchases of monitors with CRTs
23    in them in which Viewsonic International issues
24    the purchase order and takes possession before
25    shipment to the United States?
```

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

1          A.    No.

2          Q.    So there are some purchases in which

3    Viewsonic International issues the purchase order

4    and takes possession of the CRTs, of the monitors

5    containing CRTs and then what happens to those

6    monitors?

7          A.    Could you repeat your question?

8          Q.    Yeah.  So you described a process in

9    which Viewsonic International issues purchase

10   orders and takes possession of goods and in which

11   Viewsonic America issues purchase orders and

12   takes possession of goods.

13               You are describing two separate

14   processes, right?

15         A.    No.  They are actually the same

16   process.  Each region issues their own PO and

17   they receive the products against those POs they

18   issue.  Then they sell those products within

19   their own region.

20         Q.    And as for products that are destined

21   for the United States, does Viewsonic

22   International also issue purchase orders for any

23   of those purchased monitors?

24         A.    No, they don't.

25         Q.    So when the Viewsonic regional entity

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 72

```
 1              THE WITNESS:  I don't recall anything
 2     other than U.S. dollars.
 3     BY MR. FUENTES:
 4         Q.   Ms. Yang, do you see the upper-left
 5     corner of the document where the Viewsonic name
 6     appears?
 7         A.   Yes.
 8         Q.   And then there's an address underneath
 9     it for the Brea Canyon Road location of
10     Viewsonic's offices in Walnut, California, do you
11     see that?
12         A.   Yes, I do.
13         Q.   Can you tell us why the U.S. address of
14     Viewsonic appears in this purchase order?
15              MR. HEAVEN:  Object to form, lacks
16     foundation, calls for speculation.
17              THE WITNESS:  I don't know why this
18     Viewsonic U.S. address is on there.  I don't know
19     the exact reason what this setup is on this
20     purchase order, the format.
21              But all I know is because after the
22     negotiation that all the terms and business, the
23     pricing and all that is negotiated.  The supply
24     were received, like I said earlier, for this PO,
25     purchase orders, from four different regions, and
```

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 73

1    the pricing has already been negotiated by the

2    corporate.

3              So each region would issue purchase

4    orders with the same dollar amount that has been

5    negotiated but only with the quantity each region

6    wants to order.  So, I don't know if that has

7    anything related to that.

8              But from the supplier side, they know

9    everything is coordinated through the corporate

10   which is Viewsonic Corporation.

11   BY MR. FUENTES:

12        Q.   And if you look in the upper-right

13   corner above the Viewsonic International address,

14   there's a box that says "Ship to."

15             Do you see that?

16        A.   Yes.

17        Q.   And this first page of the document as

18   well as the succeeding pages in the exhibit

19   contain the words "VSI in transit."

20             Do you see that?

21        A.   Yes.

22        Q.   Do you have any idea what that means in

23   terms of ship to VSI in transit?

24        A.   I don't.

25        Q.   Is there anything about the type of

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 75

1    BY MR. FUENTES:

2         Q.    Okay.  Is there anything at all in any

3    of these pages of Exhibit 7256 that indicates to

4    you that any of the products would ultimately be

5    sold in the United States?

6                   MR. HEAVEN:  Same objections.

7                   THE WITNESS:  If the purchase order is

8    issued by Viewsonic International, they would

9    only be going to VSI's coverage.  It would not

10   come to the U.S.

11   BY MR. FUENTES:

12        Q.    Ms. Yang, what did you do to prepare

13   for today's deposition?

14        A.    Meeting with my lawyers.

15        Q.    How many times did you do that?

16        A.    One time.

17        Q.    And when was it?

18        A.    Wednesday, this Wednesday.

19        Q.    Who was present?

20        A.    It was Astor and Drew.

21        Q.    How long did you guys meet?

22        A.    About two hours.

23        Q.    Were you shown any documents?

24        A.    No.

25        Q.    Were there any documents that you

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

1              THE WITNESS:  I don't.  I believe that
2      we do rotate them anyway so I don't believe that
3      one individual has managed one particular account
4      for a very long time.  That's not how it works.
5      So it must have different people managing the
6      account.
7      BY MR. GOLDSTEIN:
8           Q.    And these sourcing agents we've been
9      talking about, is that for all of Viewsonic
10     internationally or only for Viewsonic America?
11          A.    For the whole corporation.  So these
12     people work for the corporate and they negotiate
13     for standard terms and conditions so that every
14     region would share the same cost, payment terms,
15     delivery time, all the business terms.
16          Q.    And moving on in time from 2001 to 2003
17     when you were the global planning manager, do you
18     remember if the names of the sourcing agents
19     changed at all during that time?
20          A.    I believe some people have left the
21     company.  I think at that time Bodil Chen was
22     still one of the CRT sourcing agents.  And I
23     can't remember who else.  But I think also
24     because gradually the CRT volume gets lower, so
25     how they allocated resource also shifted as well

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

1        Q.    Ever.  Have you ever held the title of

2    Viewsonic Large Screen Display Manager?

3        A.    For a very short period of time I think

4    yes.  I don't recall exactly was that the title

5    but it sounds familiar.

6        Q.    Okay.  Do you know if, in that role, if

7    you had any involvement, if that involved CRTs --

8    CRT products, rather?

9        A.    No.  If you are talking about large

10   screen display, I want to say it's projector.  I

11   know I was working on projector.  I was in the

12   projector BU for maybe around a year or less but

13   that was only for projector products.

14       Q.    Okay.

15           MR. BLACK:  Those are all the questions

16   I have.

17           MR. HEAVEN:  I have just a couple of

18   questions.

19                          EXAMINATION

20   BY MR. HEAVEN:

21       Q.    Good afternoon, Ms. Yang.  Thank you

22   for your time today.  I appreciate it.

23           I want to clarify a couple of things

24   that you were asked earlier so this should only

25   take a couple of minutes, unless counsel has a

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 106

1     bunch of objections which hopefully they don't.

2              You testified just now that the CRT

3     purchasing agents and Bonnie Chang negotiated the

4     standard terms and conditions for the sales

5     regions, do you recall that?

6         A.   Yes.

7         Q.   And those are the standard terms and

8     conditions that were included in the OEM

9     contracts, is that right?

10             MR. GOLDSTEIN:  Objection to form.

11             THE WITNESS:  Yes.

12    BY MR. HEAVEN:

13        Q.   These purchasing agents, were they part

14    of Viewsonic Corporation?

15        A.   Yes.

16        Q.   And Viewsonic Corporation was the

17    corporate entity; is that correct?

18        A.   Yes.

19        Q.   And where were they located?

20        A.   During what time frame?

21        Q.   In the 1997 --

22        A.   They are in Walnut, California.

23        Q.   And where did these negotiations occur

24    for the standard terms and conditions?

25        A.   In our office in Walnut, California.

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 107

1          Q.   And did these negotiations include

2     price terms as well?

3          A.   Yes.

4          Q.   And those negotiations happened in

5     California as well, is that right?

6          A.   That is correct.

7          Q.   Did the sales regions have authority to

8     deviate from the negotiated terms and conditions?

9          A.   No, they didn't.

10         Q.   And did the regions have authority to

11    deviate from the prices that were negotiated?

12         A.   No.

13              MR. HEAVEN:   Okay, that's all I have.

14                   FURTHER EXAMINATION

15    BY MR. GOLDSTEIN:

16         Q.   Ms. Yang, you were just asked where the

17    Viewsonic purchasing agents were located and you

18    asked Mr. Heaven to clarify the time frame?

19         A.   Yes.

20         Q.   Is that because the location of the

21    purchasing agents changed over time?

22         A.   Yes.

23         Q.   How did it change?

24         A.   Our business unit transferred from the

25    U.S. to Taipei.  I don't remember exactly when.

Page 111

1    STATE OF CALIFORNIA    )    SS

2    COUNTY OF LOS ANGELES  )

3              I, BRENDA R. COUNTZ, Certified Shorthand

4    Reporter No. 12563 for the State of California,

5    do hereby certify:

6              That prior to being examined, the

7    witness named in the foregoing deposition was

8    duly sworn to testify the truth, the whole truth,

9    and nothing but the truth;

10             That said deposition was taken down by

11   me in shorthand at the time and place therein

12   named and thereafter transcribed and that the

13   same is a true, correct, and complete transcript

14   of said proceedings.

15             Before completion of the deposition,

16   review of the transcript [  ] was [  ] was not

17   requested.  If requested, any changes made by the

18   deponent during the period allowed are appended

19   hereto.

20             I further certify that I am not

21   interested in the outcome of the action.

22   Witness my hand this____day of_____,____.

23

24             _____

25             Brenda R. Countz, CSR No. 12563