# Exhibit 4

Exhibit 16a - Viewsonic Monitor Unit Purchases

| | CDT Size | 10 | 12 | 14 | 15 | 16 | 17 | 19 | 20 | 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Monitor Size | 9-10 | 12-13 | 14 | 15 | 16 | 17-18 | 19 | 20 | ≥21 | All Sizes |
| 1995Q2 | Direct | | | | | | | | | | 90,182 |
| 1995Q3 | Direct | | | | | | | | | | 63,831 |
| 1995Q4 | Direct | | | | | | | | | | 94,248 |
| 1996Q1 | Direct | | | | | | | | | | 92,221 |
| 1996Q2 | Direct | | | | | | | | | | 116,645 |
| 1996Q3 | Direct | | | | | | | | | | 100,629 |
| 1996Q4 | Direct | | | | | | | | | | 150,428 |
| 1997Q1 | Direct | 0 | 0 | 31,680 | 20,144 | 0 | 84,331 | 0 | 0 | 28,784 | 164,939 |
| 1997Q2 | Direct | 0 | 0 | 13,830 | 68,757 | 0 | 116,794 | 0 | 0 | 36,000 | 235,381 |
| 1997Q3 | Direct | 0 | 0 | 26,398 | 54,316 | 0 | 100,000 | 0 | 0 | 23,586 | 204,300 |
| 1997Q4 | Direct | 0 | 0 | 33,660 | 113,858 | 0 | 134,004 | 0 | 0 | 32,037 | 313,559 |
| 1998Q1 | Direct | 0 | 0 | 27,728 | 37,966 | 0 | 71,393 | 0 | 0 | 31,841 | 168,928 |
| 1998Q2 | Direct | 0 | 0 | 21,120 | 62,288 | 0 | 124,598 | 0 | 0 | 41,490 | 249,496 |
| 1998Q3 | Direct | 0 | 0 | 33,000 | 118,465 | 0 | 172,975 | 0 | 0 | 36,540 | 360,980 |
| 1998Q4 | Direct | 0 | 0 | 33,660 | 148,961 | 0 | 295,968 | 0 | 0 | 42,840 | 521,429 |
| 1999Q1 | Direct | 0 | 0 | 21,780 | 42,289 | 0 | 174,740 | 4,800 | 0 | 20,160 | 263,769 |
| 1999Q2 | Direct | 0 | 0 | 79,860 | 23,040 | 0 | 132,856 | 34,056 | 0 | 26,280 | 296,092 |
| 1999Q3 | Direct | 0 | 0 | 121,440 | 72,132 | 0 | 135,708 | 4,872 | 0 | 25,098 | 359,250 |
| 1999Q4 | Direct | 0 | 0 | 103,620 | 55,740 | 0 | 179,974 | 28,248 | 0 | 49,320 | 416,902 |
| 2000Q1 | Direct | 0 | 0 | 46,200 | 15,990 | 0 | 82,476 | 30,126 | 0 | 28,512 | 203,304 |
| 2000Q2 | Direct | 0 | 0 | 98,540 | 21,420 | 0 | 149,774 | 41,520 | 0 | 28,236 | 339,490 |
| 2000Q3 | Direct | 0 | 0 | 128,700 | 7,560 | 0 | 158,970 | 51,392 | 0 | 18,654 | 365,276 |
| 2000Q4 | Direct | 0 | 0 | 29,040 | 1,890 | 0 | 193,253 | 35,432 | 0 | 2,520 | 262,135 |
| 2001Q1 | Direct | 0 | 0 | 15,180 | 0 | 0 | 73,768 | 14,496 | 0 | 0 | 103,444 |
| 2001Q2 | Direct | 0 | 0 | 18,480 | 0 | 0 | 162,499 | 17,209 | 0 | 0 | 198,188 |
| 2001Q3 | Direct | 0 | 0 | 19,140 | 0 | 0 | 108,144 | 4,845 | 0 | 0 | 132,129 |
| 2001Q4 | Direct | 0 | 0 | 21,780 | 0 | 0 | 66,512 | 51,144 | 0 | 0 | 139,436 |
| 2002Q1 | Direct | 0 | 0 | 5,940 | 0 | 0 | 76,170 | 51,036 | 0 | 0 | 133,146 |
| 2002Q2 | Direct | 0 | 0 | 5,940 | 0 | 0 | 68,408 | 46,008 | 0 | 0 | 120,356 |
| 2002Q3 | Direct | 0 | 0 | 9,760 | 0 | 0 | 77,232 | 31,536 | 0 | 0 | 118,528 |
| 2002Q4 | Direct | 0 | 0 | 11,880 | 0 | 0 | 85,880 | 42,036 | 0 | 0 | 139,796 |
| 2003Q1 | Direct | 0 | 0 | 1,320 | 0 | 0 | 56,736 | 39,096 | 0 | 0 | 97,152 |
| 2003Q2 | Direct | 0 | 0 | 3,300 | 0 | 0 | 75,336 | 50,384 | 0 | 0 | 129,020 |
| 2003Q3 | Direct | 0 | 0 | 0 | 0 | 0 | 80,957 | 36,155 | 0 | 0 | 117,112 |
| 2003Q4 | Direct | 0 | 0 | 0 | 0 | 0 | 31,920 | 51,611 | 0 | 0 | 83,531 |
| 2004Q1 | Direct | 0 | 0 | 0 | 0 | 0 | 3,696 | 42,432 | 0 | 0 | 46,128 |
| 2004Q2 | Direct | 0 | 0 | 0 | 0 | 0 | 10,752 | 22,176 | 0 | 0 | 32,928 |
| 2004Q3 | Direct | 0 | 0 | 0 | 0 | 0 | 8,400 | 0 | 0 | 0 | 8,400 |
| 2004Q4 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005Q1 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005Q2 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005Q3 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005Q4 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2006Q1 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2006Q2 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | Direct | | | | | | | | | | 7,032,708 |

Source: VS table master.xls, Exhibit 16c.

Exhibit 17 - Viewsonic Direct Monitor Overcharge Damages

| | Before Adjusting for Inflation | | | After Adjusting for Inflation | |
| | Before Mkt Share Adjustment | After Mkt Share Adjustment | Inflation Multiplier | Before Mkt Share Adjustment | After Mkt Share Adjustment |
|---|---|---|---|---|---|
| 1995Q2 | $0 | $0 | 1.65 | $0 | $0 |
| 1995Q3 | $1,382,000 | $1,286,642 | 1.65 | $2,273,898 | $2,116,999 |
| 1995Q4 | $2,494,230 | $2,322,128 | 1.64 | $4,095,202 | $3,812,633 |
| 1996Q1 | $2,719,444 | $2,531,802 | 1.63 | $4,435,514 | $4,129,464 |
| 1996Q2 | $3,462,248 | $3,223,353 | 1.61 | $5,579,320 | $5,194,347 |
| 1996Q3 | $3,092,549 | $2,879,163 | 1.61 | $4,970,600 | $4,627,628 |
| 1996Q4 | $4,561,353 | $4,246,620 | 1.60 | $7,316,160 | $6,811,345 |
| 1997Q1 | $6,634,581 | $6,176,795 | 1.60 | $10,635,982 | $9,902,099 |
| 1997Q2 | $8,991,129 | $7,921,185 | 1.62 | $14,561,106 | $12,828,334 |
| 1997Q3 | $6,864,970 | $6,048,038 | 1.62 | $11,117,797 | $9,794,779 |
| 1997Q4 | $9,613,295 | $8,469,313 | 1.62 | $15,532,070 | $13,683,753 |
| 1998Q1 | $5,570,988 | $4,908,040 | 1.65 | $9,178,540 | $8,086,294 |
| 1998Q2 | $7,667,160 | $6,788,655 | 1.65 | $12,642,221 | $11,193,674 |
| 1998Q3 | $8,160,365 | $7,239,014 | 1.66 | $13,524,017 | $11,997,079 |
| 1998Q4 | $11,315,378 | $10,444,615 | 1.67 | $18,879,329 | $17,426,491 |
| 1999Q1 | $6,516,257 | $5,913,657 | 1.68 | $10,949,013 | $9,936,487 |
| 1999Q2 | $7,660,321 | $6,896,695 | 1.65 | $12,674,909 | $11,411,400 |
| 1999Q3 | $7,604,622 | $6,842,055 | 1.62 | $12,348,021 | $11,109,800 |
| 1999Q4 | $10,755,369 | $9,669,792 | 1.61 | $17,318,442 | $15,570,430 |
| 2000Q1 | $5,797,490 | $5,266,638 | 1.59 | $9,212,776 | $8,369,201 |
| 2000Q2 | $8,164,017 | $7,489,252 | 1.56 | $12,737,599 | $11,684,822 |
| 2000Q3 | $8,053,841 | $7,313,370 | 1.54 | $12,402,875 | $11,262,553 |
| 2000Q4 | $5,822,816 | $5,278,503 | 1.52 | $8,850,222 | $8,022,908 |
| 2001Q1 | $2,163,479 | $1,961,934 | 1.50 | $3,235,011 | $2,933,645 |
| 2001Q2 | $3,755,611 | $3,429,036 | 1.51 | $5,678,903 | $5,185,085 |
| 2001Q3 | $2,191,846 | $2,019,937 | 1.54 | $3,385,556 | $3,120,023 |
| 2001Q4 | $2,290,564 | $2,133,272 | 1.59 | $3,646,493 | $3,396,090 |
| 2002Q1 | $2,164,334 | $2,055,208 | 1.60 | $3,458,904 | $3,284,506 |
| 2002Q2 | $1,914,014 | $1,828,809 | 1.57 | $3,013,657 | $2,879,500 |
| 2002Q3 | $1,754,751 | $1,659,440 | 1.56 | $2,745,409 | $2,596,289 |
| 2002Q4 | $1,937,731 | $1,870,439 | 1.55 | $2,999,794 | $2,895,619 |
| 2003Q1 | $1,325,710 | $1,279,503 | 1.49 | $1,978,481 | $1,909,522 |
| 2003Q2 | $1,694,422 | $1,657,884 | 1.50 | $2,544,722 | $2,489,848 |
| 2003Q3 | $1,432,565 | $1,422,136 | 1.49 | $2,137,434 | $2,121,873 |
| 2003Q4 | $1,092,571 | $1,084,930 | 1.48 | $1,616,492 | $1,605,187 |
| 2004Q1 | $647,805 | $642,894 | 1.45 | $938,452 | $931,338 |
| 2004Q2 | $400,410 | $398,289 | 1.41 | $563,932 | $560,945 |
| 2004Q3 | $74,658 | $74,433 | 1.39 | $104,126 | $103,813 |
| 2004Q4 | $0 | $0 | 1.37 | $0 | $0 |
| 2005Q1 | $0 | $0 | 1.35 | $0 | $0 |
| 2005Q2 | $0 | $0 | 1.33 | $0 | $0 |
| 2005Q3 | $0 | $0 | 1.30 | $0 | $0 |
| 2005Q4 | $0 | $0 | 1.25 | $0 | $0 |
| 2006Q1 | $0 | $0 | 1.27 | $0 | $0 |
| 2006Q2 | $0 | $0 | 1.25 | $0 | $0 |
| Total | $167,744,897 | $152,673,471 | | $269,282,979 | $244,985,803 |

Source: Exhibits 5, 16a.