# Exhibit 5

# ViewSonic®

381 BREA CANYON ROAD, WALNUT, CA 91789
TEL: (909) 444-8800 • FAX: (909) 468-1936

**Purchase Order**

| PURCHASE ORDER NO. | REVISION | PAGE |
|---|---|---|
| 54760 | 0 | 1 |

THIS PURCHASE ORDER NO MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS AND CORRESPONDENCE RELATED TO THIS ORDER.

**SHIP TO:**
381 Brea Canyon Road
Walnut, CA 91789
United States

**VENDOR:** Amtran Technology Co LTd
8F-2, NO 10, LANE 609 SEC 5
CHUNG HSING RD
SAN CHUNG CITY, TAIPEI SHEN
Taiwan

**BILL TO:**
381 Brea Canyon Road
Walnut, CA 91789
United States

| CUSTOMER ACCOUNT NO. | VENDOR NO. | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
|---|---|---|---|
|  | 1002 | 05-DEC-02 YANG, R |  |

| PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|
| 90 DAYS | VESSEL | TAIWAN |

| FREIGHT TERMS | REQUESTOR / DELIVER TO | CONFIRM TO / TELEPHONE |
|---|---|---|
| COLLECT |  |  |

| ITEM | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
|  | Supplier is required to maintain an ISO-Approved Quality System or equivalent. Products covered by this P.O. are to be built and delivered with the most updated configuration. | | | | | | |
|  | 2ND BATCH SERVICE STOCK SHIP BACK - BRAND NEW UNITS - FREE OF CHARGE | | | | | | |
| 1 | VA550<br>Your #: 10HITACHI/48ABS/15AU<br>VA550 15" Metallic 1024x768 LCD Display<br>HTSUS NO: 8471.60.4580 | | 73 | Each | 0.00 | 0.00 | |
|  | 1. SHIP ON | 04-DEC-02 | 10 | Each | | | |
|  | 2. SHIP ON | 04-DEC-02 | 48 | Each | | | |
|  | 3. SHIP ON | 04-DEC-02 | 15 | Each | | | |
| 2 | VA520-1<br>VA520 15" Metallic/Black 1024x768 LCD Display<br>HTSUS NO: 8471.60.4580 | | 16 | Each | 0.00 | 0.00 | N |
|  | 1. SHIP ON | 04-DEC-02 | 16 | Each | | | |
| 3 | VG171<br>VG171 17" Beige 1280x1024 OptiSync LCD Display<br>HTSUS NO: 8471.60.4580 | | 10 | Each | 0.00 | 0.00 | N |
|  | 1. SHIP ON | 04-DEC-02 | 10 | Each | | | |
| 4 | VP150M | | 3 | Each | 0.00 | 0.00 | N |

**Total** Continued

**INSTRUCTIONS TO VENDOR:**
• NO RESPONSIBILITY WILL BE ASSUMED FOR VERBAL ORDERS.
• ANY CHANGES MUST BE CONFIRMED IN WRITING.
• ALL MATERIALS must be forwarded in accordance with routing instructions above or as furnished by us prior to shipment; otherwise any difference in freight rates and extra costs of transportation will be charged to your account.
• ACCEPTANCE of this order constitutes agreement to all terms and conditions shown on the face and back hereof and/or attached and made a part of this purchase order.
• AN EQUAL OPPORTUNITY EMPLOYER
• The Terms and Conditions on the reverse side of this purchase order are incorporated by this reference and hereby become a part of this agreement.
• Purchase order can be cancelled or re-scheduled at any time, at no charge to ViewSonic.

SEE NEXT PAGE

**AUTHORIZED SIGNATURE**

# ViewSonic®

381 BREA CANYON ROAD, WALNUT, CA 91789
TEL: (909) 444-8800 • FAX: (909) 468-1936

**Purchase Order**

| PURCHASE ORDER NO. | REVISION | PAGE |
|---|---|---|
| 54760 | 0 | 2 |

THIS PURCHASE ORDER NO MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS AND CORRESPONDENCE RELATED TO THIS ORDER.

**SHIP TO:**
381 Brea Canyon Road
Walnut, CA 91789
United States

**VENDOR:**
Amtran Technology Co LTd
8F-2, NO 10, LANE 609 SEC 5
CHUNG HSING RD
SAN CHUNG CITY, TAIPEI SHEN
Taiwan

**BILL TO:**
381 Brea Canyon Road
Walnut, CA 91789
United States

| CUSTOMER ACCOUNT NO. | VENDOR NO. | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
|---|---|---|---|
|  | 1002 | 05-DEC-02 YANG, R |  |

| PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|
| 90 DAYS | VESSEL | TAIWAN |

| FREIGHT TERMS | REQUESTOR / DELIVER TO | CONFIRM TO / TELEPHONE |
|---|---|---|
| COLLECT |  |  |

| ITEM | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
|  | VP150m 15" Beige 1024x768 Multimedia OptiSync LCD Display [Discon Version] HTSUS NO: 8471.60.4580 | | | | | | |
|  | 1. SHIP ON | 04-DEC-02 | 3 | Each | | | |
| 5 | VG181 | | 8 | Each | 0.00 | 0.00 | N |
|  | VG181 18" Beige 1280x1024 Pivot OptiSync LCD Display HTSUS NO: 8471.60.4580 | | | | | | |
|  | 1. SHIP ON | 04-DEC-02 | 8 | Each | | | |
| 6 | PF775B | | 7 | Each | 0.00 | 0.00 | N |
|  | ViewSonic 17"/16" Viewable, 97kHz, OSD, TCO'99, Flat Monitor HTSUS NO: 8471.60.3500 | | | | | | |
|  | 1. SHIP ON | 04-DEC-02 | 7 | Each | | | |
| 7 | PF790-2 | | 7 | Each | 0.00 | 0.00 | N |
|  | PF790-2 19" (18" viewable) PerfectFlat CRT Monitor HTSUS NO: 8471.60.3500 | | | | | | |
|  | 1. SHIP ON | 04-DEC-02 | 7 | Each | | | |
| 8 | P225F-3 | | 13 | Each | 0.00 | 0.00 | N |
|  | P225f-3 22" (20" Viewable) PerfectFlatB. CRT Monitor HTSUS NO: 8471.60.3500 | | | | | | |

**Total**  Continued

**INSTRUCTIONS TO VENDOR:**
- NO RESPONSIBILITY WILL BE ASSUMED FOR VERBAL ORDERS.
- ANY CHANGES MUST BE CONFIRMED IN WRITING.
- ALL MATERIALS must be forwarded in accordance with routing instructions above or as furnished by us prior to shipment; otherwise any difference in freight rates and extra costs of transportation will be charged to your account.
- ACCEPTANCE of this order constitutes agreement to all terms and conditions shown on the face and back hereof and/or attached and made a part of this purchase order.
- AN EQUAL OPPORTUNITY EMPLOYER
- The Terms and Conditions on the reverse side of this purchase order are incorporated by this reference and hereby become a part of this agreement.
- Purchase order can be cancelled or re-scheduled at any time, at no charge to ViewSonic.

SEE NEXT PAGE

**AUTHORIZED SIGNATURE**

# ViewSonic®

381 BREA CANYON ROAD, WALNUT, CA 91789
TEL: (909) 444-8800 • FAX: (909) 468-1936

**Purchase Order**

| PURCHASE ORDER NO. | REVISION | PAGE |
|---|---|---|
| 54760 | 0 | 3 |

THIS PURCHASE ORDER NO MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS AND CORRESPONDENCE RELATED TO THIS ORDER.

**SHIP TO:**
381 Brea Canyon Road
Walnut, CA 91789
United States

**VENDOR:**
Amtran Technology Co LTd
8F-2, NO 10, LANE 609 SEC 5
CHUNG HSING RD
SAN CHUNG CITY, TAIPEI SHEN
Taiwan

**BILL TO:**
381 Brea Canyon Road
Walnut, CA 91789
United States

| CUSTOMER ACCOUNT NO. | VENDOR NO. | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
|---|---|---|---|
| | 1002 | 05-DEC-02  YANG, R | |

| PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|
| 90 DAYS | VESSEL | TAIWAN |

| FREIGHT TERMS | REQUESTOR / DELIVER TO | CONFIRM TO / TELEPHONE |
|---|---|---|
| COLLECT | | |

| ITEM | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | SHIP ON | 04-DEC-02 | 13 | Each | | | |

**Total** 0.00

**INSTRUCTIONS TO VENDOR:**
- NO RESPONSIBILITY WILL BE ASSUMED FOR VERBAL ORDERS.
- ANY CHANGES MUST BE CONFIRMED IN WRITING.
- ALL MATERIALS must be forwarded in accordance with routing instructions above or as furnished by us prior to shipment; otherwise any difference in freight rates and extra costs of transportation will be charged to your account.
- ACCEPTANCE of this order constitutes agreement to all terms and conditions shown on the face and back hereof and/or attached and made a part of this purchase order.
- AN EQUAL OPPORTUNITY EMPLOYER
- The Terms and Conditions on the reverse side of this purchase order are incorporated by this reference and hereby become a part of this agreement.
- Purchase order can be cancelled or re-scheduled at any time, at no charge to ViewSonic.

AUTHORIZED SIGNATURE

Highly Confidential

VIEW_CRT00002330