# Exhibit 6

# ViewSonic®

381 BREA CANYON ROAD, WALNUT, CA 91789
TEL: (909) 444-8800 • FAX: (909) 468-1936

**Purchase Order**

| PURCHASE ORDER NO. | REVISION | PAGE |
|---|---|---|
| 56210 | 0 | 1 |

THIS PURCHASE ORDER NO. MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS AND CORRESPONDENCE RELATED TO THIS ORDER.

**SHIP TO:**
381 Brea Canyon Road
Walnut, CA 91789
(SAME AS BELOW UNLESS OTHERWISE INDICATED)
United States

**VENDOR:**
Top Victory Technology
Yuan Hong Road
Shang-Zeng Hong Lu
Fuqing City,
China

**BILL TO:**
381 Brea Canyon Road
Walnut, CA 91789
United States

| CUSTOMER ACCOUNT NO. | VENDOR NO. | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
|---|---|---|---|
| | 1023 | 14-MAR-03  YANG, R | |
| PAYMENT TERMS | | SHIP VIA | F.O.B. |
| 90 DAYS | | VESSEL | CHINA-XIAMEN |
| FREIGHT TERMS | | REQUESTOR / DELIVER TO | CONFIRM TO / TELEPHONE |
| COLLECT | | | (510) 770-9988 |

| ITEM | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | Supplier is required to maintain an ISO-Approved Quality System or equivalent. Products covered by this P.O. are to be built and delivered with the most updated configuration. | | | | | | |
| 1 | P95F+-1<br>P95f+ 19" (18" Viewable)<br>PerfectFlat High Brightness CRT Monitor<br>HTSUS NO: 8471.60.3500 | | 1728 | Each | 177.40 | 306,547.20 | |
| | 1.  SHIP ON | 07-APR-03 | 576 | Each | | | |
| | 2.  SHIP ON | 21-APR-03 | 576 | Each | | | |
| | 3.  SHIP ON | 28-APR-03 | 576 | Each | | | |

**Total    306,547.20**

**INSTRUCTIONS TO VENDOR:**
- NO RESPONSIBILITY WILL BE ASSUMED FOR VERBAL ORDERS.
- ANY CHANGES MUST BE CONFIRMED IN WRITING.
- ALL MATERIALS must be forwarded in accordance with routing instructions above or as furnished by us prior to shipment; otherwise any difference in freight rates and extra costs of transportation will be charged to your account.
- ACCEPTANCE of this order constitutes agreement to all terms and conditions shown on the face and back hereof and/or attached and made a part of this purchase order.
- AN EQUAL OPPORTUNITY EMPLOYER
- The Terms and Conditions on the reverse side of this purchase order are incorporated by this reference and hereby become a part of this agreement.
- Purchase order can be cancelled or re-scheduled at any time, at no charge to ViewSonic.

AUTHORIZED SIGNATURE