# Exhibit 7

Exhibit 20b - Damages Detail

| Product | | Vendors | Before Inflation Adjustment | | After Inflation Adjustment | |
|---|---|---|---|---|---|---|
| | | | Before Market Share Adjustment | After Market Share Adjustment | Before Market Share Adjustment | After Market Share Adjustment |
| ViewSonic | Monitors | Total Direct | $167,744,897 | $152,673,471 | $269,282,981 | $244,985,804 |
| | | Daewoo | $0 | $0 | $0 | $0 |
| | | Jean Co | $48,653,155 | $44,115,106 | $77,541,773 | $70,294,727 |
| | | LGE | $14,630,944 | $13,280,100 | $23,251,111 | $21,102,723 |
| | | Panasonic | $71,134,648 | $63,771,251 | $115,849,102 | $103,854,359 |
| | | Tatung | $15,614,325 | $15,017,305 | $23,970,302 | $23,041,580 |
| | | Unallocated Direct | $17,711,825 | $16,489,709 | $28,670,694 | $26,692,416 |