Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

*Counsel for ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| | **DECLARATION OF ROSE YANG IN SUPPORT OF PLAINTIFF VIEWSONIC CORPORATION'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT BASED UPON FAILURE TO PROVIDE EVIDENCE TO AVOID FTAIA BAR ON FOREIGN COMMERCE** |

I, Rose Yang, declare as follows:

1. I am the Director of Customer Care Compliance and Supply Management at ViewSonic Corporation ("ViewSonic"). I have personal knowledge of the facts in this declaration. If called as a witness, I could and would testify to the facts stated herein.

2. I submit this declaration in support of ViewSonic's Memorandum in Opposition to Defendants' Joint Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce.

3. The files produced by ViewSonic in the above-captioned litigation labeled VIEW_CRT00000001 and VIEW_CRT00000002 contain transactional data maintained by ViewSonic in the normal course of business reflecting ViewSonic's purchases of cathode ray tube monitors for the years 1997 through 2008 (the "Data Files").

4. Each entry contained in the Data Files represents an occurrence where ViewSonic issued a purchase order and paid for cathode ray tube monitors from the United States. Each such purchase order would have listed ViewSonic's U.S. location in the "ship to" and "bill to" fields. In addition, for each entry, title of the cathode ray tube monitors transferred directly from the monitor supplier to ViewSonic.

5. None of the entries contained in the Data Files represent an occurrence where ViewSonic International Corporation, or any other foreign subsidiary of ViewSonic, ordered, acquired, purchased, paid for, or took possession or delivery of a cathode ray tube computer monitor before it was shipped to ViewSonic in the United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of December, 2014 at Brea, California.

_____
Rose Yang