Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

MARIO N. ALIOTO (56433)
malioto@tatp.com
LAUREN C. CAPURRO (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **DECLARATION OF STUART H. SINGER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO INDIRECT PURCHASER PLAINTIFFS' AND CERTAIN DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS ON STATUTE OF LIMITATIONS GROUNDS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| INDIRECT PURCHASER ACTIONS | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| *Interbond Corporation of America v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | |
| *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276; | |

I, **STUART H. SINGER**, declare as follows:

1.       I am a partner at the law firm Boies, Schiller & Flexner LLP, counsel for several of the Direct Action Plaintiffs (DAPs) in this matter, including Office Depot, Inc. and Interbond Corporation of America, and I am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts recited in this declaration and, if called upon to do so, I would competently testify under oath thereto.

2.       I submit this Declaration in support of Plaintiffs' motion to file the highlighted portions of the following document under seal pursuant to Civil Local Rules 7-11 and 79-5(d):

- Plaintiffs' Response in Opposition to Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds.

- Exhibit A to the Declaration of Stuart H. Singer in Support of Plaintiffs' Opposition (Excerpt of Expert Report of Kenneth G. Elzinga, dated April 15, 2014, at pages 156-158)

3.   A portion of Plaintiffs' Response in this case contains excerpts from and/or statements derived from documents and testimony which have been designated "confidential" or "highly confidential" pursuant to the Stipulated Protective Order governing this litigation. [Dkt.306, June 18, 2008] ("Stipulated Protective Order"). The confidential/highly confidential designations were made by certain defendants in this litigation. To qualify as confidential or highly confidential under the Stipulated Protective Order, information must contain trade secrets or other confidential research, development or commercial information or private or competitively sensitive information. Stipulated Protective Order at ¶ 1.

4.   The Stipulated Protective Order requires that a party may not file any confidential material in the public record.  Stipulated Protective Order at ¶ 10.  The Stipulated Protective Order further provides that any party seeking to file any confidential material under seal must comply with Civil Local Rule 79-5.  Stipulated Protective Order at ¶ 1, 10.

5.   The highlighted portion of Plaintiffs' Response contains such material, and, pursuant to

1
2
Local Rule 79-5(e), Plaintiffs seek to submit this material under seal in good faith in order to comply with the Stipulated Protective Order and the applicable Local Rules.

3
4
5
6
6.   Therefore, Plaintiff respectfully requests an order sealing portions of Plaintiffs' Response in Opposition to Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds.

7
8
I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of December, 2014 at Fort Lauderdale, Florida.

9

10
*/s/  Stuart H. Singer*

11
Stuart H. Singer

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the documents listed below to be served by ECF filing on December 23, 2014 to each of the persons as set forth on the attached service list.

- Plaintiffs' Administrative Motion to Seal Plaintiffs' Response in Opposition to Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds

- Declaration of Stuart H. Singer in Support of Plaintiffs' Administrative Motion to Seal Plaintiffs' Response in Opposition to Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds

- Proposed Order Granting Plaintiffs' Administrative Motion to Seal Plaintiffs' Response in Opposition to Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds


Dated: December 23, 2014                      */s/      Adam Weber*

                                             Adam Weber

1

**SERVICE LIST**

2

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:    415-563-7200<br>Fax:    415-346-0679<br>Email: malioto@tatp.com<br>         laurenrussell@tatp.com<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:    415-217-6810<br>Fax:    415-217-6813<br>Email: guido@saveri.com<br>         rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |
| Emilio Varanini<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:    415-703-5908<br>Fax:    415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | James L. McGinnis<br>Michael W. Scarborough<br>Dylan Ballard<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:    415-434-9100<br>Fax:    415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>         mscarborough@sheppardmullin.com<br>         dballard@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffrey L. Kessler
A. Paul Victor
Eva W. Cole
Molly M. Donovan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Tel:     212-294-4692
Fax:     212-294-4700
Email: jkessler@winston.com
         pvictor@winston.com
         ewcole@winston.com
         mmdonovan@winston.com

*Counsel for Panasonic Corporation;*
*Panasonic Corporation of North America; and*
*MT Picture Display Co., Ltd.*

Steven A. Reiss
David L. Yohai
David Yolkut
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel:     212-310-8000
Fax:     212-310-8007
Email: steven.reiss@weil.com
         david.yohai@weil.com
         david.yolkut@weil.com

Bambo Obaro
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Tel:     (650) 802-3000
Fax:     (650) 802-3100
Email: bambo.obaro@weil.com

*Counsel for Panasonic Corporation;*
*Panasonic Corporation of North America;*
*and MT Picture Display Co., Ltd.*

DECLARATION OF STUART H. SINGER
IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL

- 5 -

Master File No. 3:07-md-05944-SC

Eliot A. Adelson
James Maxwell Cooper
Kirkland & Ellis LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Tel:     415-439-1400
Fax:     415-439-15001
Email: eliot.adelson@kirkland.com
          max.cooper@kirkland.com

James H. Mutchnik
Kate Wheaton
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Tel:  312-862-2000
Fax:  312-862-2200
Email: james.mutchnik@kirkland.com
          kate.wheaton@kirkland.com

*Counsel for Hitachi, Ltd.; Hitachi Displays,*
*Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.;*
*and Hitachi Electronic Devices (USA), Inc.*

Calvin L. Litsey
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo, CA 94303-2279
Tel:  (650) 324-6700
Fax:  (650) 324-6701
Email: calvin.litsey@faegrebd.com

Kathy L. Osborn
Ryan M. Hurley
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel:  (317) 237-8261
Fax:  (317) 237-8562
Email: kathy.osborn@faegrebd.com
          ryan.hurley@faegrebd.com

Jeffrey S. Roberts
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Tel:  (303) 607-3792
Fax:  (303) 607-3600
Email:  jeffrey.roberts@faegrebd.com

Stephen M. Judge
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Tel:  (547) 239-1942
Fax:  (547) 239-1900
Email:  stephen.judge@faegrebd.com

*Counsel for Technicolor SA and Technicolor*
*USA, Inc.; Thomson Consumer Electronics,*
*Inc. and Thomson SA*

DECLARATION OF STUART H. SINGER
IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL

- 6 -

Master File No. 3:07-md-05944-SC

| | |
|---|---|
| Brent Caslin<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel:  (213) 239-5100<br>Fax:  (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>Terrence J. Truax<br>Michael T. Brody<br>Shaun M. Van Horn<br>Molly M. Powers<br>Gabriel A. Fuentes<br>Jenner & Block<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Tel:  (312) 222-9350<br>Fax:  (312) 527-0484<br>Email: ttruax@jenner.com<br>        mbrody@jenner.com<br>        svanhorn@jenner.com<br>        mpowers@jenner.com<br>        gfuentes@jenner.com<br><br>*Counsel for Mitsubishi Electric Corporation,*<br>*Mitsubishi Electric & Electronics USA, Inc.*<br>*and Mitsubishi Digital Electronic Americas,*<br>*Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel:     415-393-8200<br>Fax:    415-393-8206<br>Email: jsanders@gibsondunn.com<br>         rbrass@gibsondunn.com<br>         cfujita@gibsondunn.com<br><br>*Counsel for Chunghwa Picture Tubes, Ltd.*<br>*and Chunghwa Picture Tubes (Malaysia)* |
| Christopher M. Curran<br>Lucius B. Lau<br>Charise Naifeh<br>Dana Foster<br>White & Case<br>701 Thirteenth Street N.W.<br>Washington, DC 20005<br>Tel:     202-626-3600<br>Fax:    202-639-9355<br>Email: ccurran@whitecase.com<br>         alau@whitecase.com<br>         cnaifeh@whitecase.com<br>         dfoster@whitecase.com<br><br>*Counsel for Toshiba Corporation; Toshiba*<br>*America, Inc.; Toshiba America Consumer*<br>*Products, L.L.C.; Toshiba America Electronics*<br>*Components, Inc.; Toshiba America*<br>*Information Systems, Inc.* | William Temko<br>Jonathan Altman<br>Hojoon Hwang<br>Laura Lin<br>Munger, Tolles & Olson LLP<br>560 Mission Street<br>San Francisco, CA 94105<br>Tel:     415-512-4009<br>Fax:    415-512-4077<br>Email: william.temko@mto.com<br>         jonathan.altman@mto.com<br>         hojoon.hwang@mto.com<br>         laura.lin@mto.com<br><br>*Counsel for  LG Electronics, Inc.; LG*<br>*Electronics USA, Inc.* |

| | | |
|---|---|---|
| 1 | John M. Taladay<br>Erik Koons | Mark C. Dosker<br>Nathan Lane, III |

John M. Taladay
Erik Koons
Charles Malaise
Baker Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Tel:      202-639-7700
Fax:     202-639-7890
Email: john.taladay@bakerbotts.com
            erik.koons@bakerbotts.com
            charles.malaise@bakerbotts.com

Jon V. Swenson
Baker Botts L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Tel:      650-739-7500
Fax:     650-739-7699
Email: jon.swenson@bakerbotts.com

*Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

Mark C. Dosker
Nathan Lane, III
Squire Sanders  LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel:      415-954-0200
Fax:     415-393-9887
Email: mark.dosker@squiresanders.com
            nathan.lane@squiresanders.com

*Counsel for Technologies Displays Americas, LLC  (in all actions except the Office Depot action)*

Ellen Tobin
Curtis, Mallet-Provost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Tel:      (212) 696-6000
Fax:     (212) 697-1559
Email: etobin@curtis.com

Arthur S. Gaus
Dillingham & Murphy, LLP
601 California Street, Suite 1900
San Francisco, CA 94108
Tel:      (415) 397-2700
Fax:     (415) 397-3300
Email: asg@dillinghammurphy.com

*Counsel for Technologies Displays Americas, LLC (in the Office Depot action only)*

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
Tel:      (415) 221-5763
Email: skern@antitrustglobal.com

*Counsel for Indirect Purchaser Plaintiffs*