MARIO N. ALIOTO (56433)
malioto@tatp.com
LAUREN C. CAPURRO (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>INDIRECT PURCHASER ACTIONS<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Interbond Corporation of America v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276; | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO INDIRECT PURCHASER PLAINTIFFS' AND CERTAIN DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS ON STATUTE OF LIMITATIONS GROUNDS** |

On December 23, 2014, Plaintiffs Office Depot, Inc., Interbond Corporation of America ("BrandsMart"), and the Indirect Purchaser Plaintiffs (collectively "Plaintiffs") filed an Administrative Motion to Seal Plaintiffs' Response in Opposition to Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds.

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Plaintiffs' Response in Opposition to Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds is GRANTED.

**IT IS SO ORDERED**

Dated: _____           _____

                                                     Hon. Samuel Conti
                                                     UNITED STATES DISTRICT JUDGE