1  Stuart H. Singer
   BOIES, SCHILLER, & FLEXNER LLP
2  401 East Las Olas Boulevard, Suite 1200
   Fort Lauderdale, Florida 33301
3  Telephone: (954) 356-0011
4  Facsimile: (954) 356-0022
   Email: ssinger@bsfllp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 07-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Interbond Corporation of America v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276; | **DECLARATION OF STUART H. SINGER IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO INDIRECT PURCHASER PLAINTIFFS' AND CERTAIN DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS ON STATUTE OF LIMITATIONS GROUNDS** |

DECL. OF STUART H. SINGER

I, **STUART H. SINGER**, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel for plaintiff Office Depot, Inc. and Interbond Corporation of America, and am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court.  Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. The document attached to this declaration as **Exhibit A** is a true and correct copy of an excerpt of the April 15, 2014, Expert Report of Dr. Kenneth G. Elzinga, an expert retained by certain Direct Action Purchaser Plaintiffs in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December, 2014, at Ft. Lauderdale, FL.

*/s/ Stuart H. Singer*_____

Stuart H. Singer

DECL. OF STUART H. SINGER — - 1 - — Master File No. 07-05944-SC  MDL No. 1917