William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs ABC Appliance, Inc., CompuCom Systems, Inc., Electrograph Systems, Inc., and Electrograph Technologies Corp., Interbond Corporation of America, MARTA Cooperative of America, Inc., Office Depot, Inc., P.C. Richard & Son Long Island Corporation, Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corporation and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;<br><br>*Siegel v. Technicolor SA, et al.,* No.13-cv-05261;<br><br>*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | **DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL  THEIR OPPOSITION TO MITSUBISHI'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT ACTION PURCHASERS' SHERMAN ACT DAMAGES CLAIMS BASED ON CRT PRODUCT PURCHASES FROM NEC CORPORATION AND NEC-MITSUBISHI ELECTRIC VISUAL SYSTEMS CORPORATION** |

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

Master File No. 3:07-md-05944-SC

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF
DIRECT ACTION PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL

Master File No. 3:07-md-05944-SC

I, **PHILIP J. IOVIENO**, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, liaison counsel for Direct Action Plaintiffs ("DAPs"), and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts recited in this declaration and, if called upon to do so, I would competently testify under oath thereto.

2. I submit this Declaration in support of DAPs' motion to file portions of the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5(d):

- Plaintiffs' Opposition to Mitsubishi's Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Claims Based On CRT Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation ("Opposition")

- Exhibits 1-9 to the Declaration of Philip J. Iovieno in Support of the Opposition ("Iovieno Declaration")

3. Plaintiffs' Opposition and Exhibits to the Iovieno Declaration in this case contain excerpts from and/or statements derived from documents and testimony which have been designated "confidential" or "highly confidential" pursuant to the Stipulated Protective Order governing this litigation [Dkt. 306, June 18, 2008] ("Stipulated Protective Order"). The confidential/highly confidential designations were made by certain defendants in this litigation. To qualify as confidential or highly confidential under the Stipulated Protective Order, information must contain trade secrets or other confidential research, development or commercial information or private or competitively sensitive information. Stipulated Protective Order at ¶ 1.

4. The Stipulated Protective Order requires that a party may not file any confidential material in the public record. Stipulated Protective Order at ¶ 10. The Stipulated Protective Order further provides that any party seeking to file any confidential material under seal must comply with Civil Local Rule 79-5. Stipulated Protective Order at ¶¶ 1, 10.

5. Plaintiffs' Opposition and Exhibits to the Iovieno Declaration contain such

1  material, and, pursuant to Local Rule 79-5(e), Plaintiffs seek to submit this material under seal in good faith in order to comply with the Stipulated Protective Order and the applicable Local Rules.

6.   Therefore, Plaintiff respectfully requests an order sealing portions of Plaintiffs' Opposition and Exhibits 1-9 to the Iovieno Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of December, 2014 at Albany, New York.

                                                /s/ *Philip J. Iovieno*

                                                Philip J. Iovieno

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the documents listed below to be served by ECF filing on December 23, 2014 to each of the persons as set forth on the attached service list.

- Direct Action Plaintiffs' Administrative Motion to Seal Their Opposition to Mitsubishi's Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Claims Based On CRT Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation

- Declaration of Philip J. Iovieno in Support of Direct Action Plaintiffs' Administrative Motion to Seal Their Opposition to Mitsubishi's Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Claims Based On CRT Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation

- Proposed Order Granting Direct Action Plaintiffs' Administrative Motion to Seal Their Opposition to Mitsubishi's Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Claims Based On CRT Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation

Dated: December 23, 2014          /s/     Adam Weber
                                  Adam Weber

**SERVICE LIST**

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:    415-563-7200<br>Fax:   415-346-0679<br>Email: malioto@tatp.com<br>           laurenrussell@tatp.com<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:    415-217-6810<br>Fax:   415-217-6813<br>Email: guido@saveri.com<br>           rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |
| Emilio Varanini<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:    415-703-5908<br>Fax:   415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | James L. McGinnis<br>Michael W. Scarborough<br>Dylan Ballard<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:    415-434-9100<br>Fax:   415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>           mscarborough@sheppardmullin.com<br>           dballard@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* |

| | |
|---|---|
| Jeffrey L. Kessler<br>A. Paul Victor<br>Eva W. Cole<br>Molly M. Donovan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel:   212-294-4692<br>Fax:  212-294-4700<br>Email: jkessler@winston.com<br>            pvictor@winston.com<br>            ewcole@winston.com<br>            mmdonovan@winston.com<br><br>*Counsel for Panasonic Corporation;*<br>*Panasonic Corporation of North America; and*<br>*MT Picture Display Co., Ltd.* | Steven A. Reiss<br>David L. Yohai<br>David Yolkut<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:   212-310-8000<br>Fax:  212-310-8007<br>Email: steven.reiss@weil.com<br>            david.yohai@weil.com<br>            david.yolkut@weil.com<br><br>Bambo Obaro<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175<br>Tel:   (650) 802-3000<br>Fax:  (650) 802-3100<br>Email: bambo.obaro@weil.com<br><br>*Counsel for Panasonic Corporation;*<br>*Panasonic Corporation of North America;*<br>*and MT Picture Display Co., Ltd.* |

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL - 5 -  Master File No. 3:07-md-05944-SC

| | |
|---|---|
| Eliot A. Adelson<br>James Maxwell Cooper<br>Kirkland & Ellis LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Tel:     415-439-1400<br>Fax:    415-439-15001<br>Email: eliot.adelson@kirkland.com<br>            max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: 312-862-2000<br>Fax: 312-862-2200<br>Email: james.mutchnik@kirkland.com<br>            kate.wheaton@kirkland.com<br><br>*Counsel for Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.; and Hitachi Electronic Devices (USA), Inc.* | Calvin L. Litsey<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo, CA 94303-2279<br>Tel:  (650) 324-6700<br>Fax:  (650) 324-6701<br>Email: calvin.litsey@faegrebd.com<br><br>Kathy L. Osborn<br>Ryan M. Hurley<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel:  (317) 237-8261<br>Fax:  (317) 237-8562<br>Email: kathy.osborn@faegrebd.com<br>            ryan.hurley@faegrebd.com<br><br>Jeffrey S. Roberts<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel:  (303) 607-3792<br>Fax:  (303) 607-3600<br>Email:  jeffrey.roberts@faegrebd.com<br><br>Stephen M. Judge<br>Faegre Baker Daniels LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel:  (547) 239-1942<br>Fax:  (547) 239-1900<br>Email:  stephen.judge@faegrebd.com<br><br>*Counsel for Technicolor SA and Technicolor USA, Inc.; Thomson Consumer Electronics, Inc. and Thomson SA* |

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF
DIRECT ACTION PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL

- 6 -

Master File No. 3:07-md-05944-SC

| | |
|---|---|
| Brent Caslin<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel:  (213) 239-5100<br>Fax:  (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>Terrence J. Truax<br>Michael T. Brody<br>Shaun M. Van Horn<br>Molly M. Powers<br>Gabriel A. Fuentes<br>Jenner & Block<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Tel: (312) 222-9350<br>Fax:  (312) 527-0484<br>Email: ttruax@jenner.com<br>            mbrody@jenner.com<br>            svanhorn@jenner.com<br>            mpowers@jenner.com<br>            gfuentes@jenner.com<br><br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel:     415-393-8200<br>Fax:    415-393-8206<br>Email: jsanders@gibsondunn.com<br>            rbrass@gibsondunn.com<br>            cfujita@gibsondunn.com<br><br>*Counsel for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| Christopher M. Curran<br>Lucius B. Lau<br>Charise Naifeh<br>Dana Foster<br>White & Case<br>701 Thirteenth Street N.W.<br>Washington, DC 20005<br>Tel:     202-626-3600<br>Fax:    202-639-9355<br>Email: ccurran@whitecase.com<br>            alau@whitecase.com<br>            cnaifeh@whitecase.com<br>            dfoster@whitecase.com<br><br>*Counsel for Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronics Components, Inc.; Toshiba America Information Systems, Inc.* | William Temko<br>Jonathan Altman<br>Hojoon Hwang<br>Laura Lin<br>Munger, Tolles & Olson LLP<br>560 Mission Street<br>San Francisco, CA 94105<br>Tel:     415-512-4009<br>Fax:    415-512-4077<br>Email: william.temko@mto.com<br>            jonathan.altman@mto.com<br>            hojoon.hwang@mto.com<br>            laura.lin@mto.com<br><br>*Counsel for  LG Electronics, Inc.; LG Electronics USA, Inc.* |

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL     - 7 -     Master File No. 3:07-md-05944-SC

| | |
|---|---|
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel:   202-639-7700<br>Fax:   202-639-7890<br>Email: john.taladay@bakerbotts.com<br>          erik.koons@bakerbotts.com<br>          charles.malaise@bakerbotts.com<br><br>Jon V. Swenson<br>Baker Botts L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Tel:   650-739-7500<br>Fax:   650-739-7699<br>Email: jon.swenson@bakerbotts.com<br><br>*Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation* | Mark C. Dosker<br>Nathan Lane, III<br>Squire Sanders  LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel:   415-954-0200<br>Fax:   415-393-9887<br>Email: mark.dosker@squiresanders.com<br>          nathan.lane@squiresanders.com<br><br>*Counsel for Technologies Displays Americas, LLC  (in all actions except the Office Depot action)*<br><br>Ellen Tobin<br>Curtis, Mallet-Provost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel:   (212) 696-6000<br>Fax:   (212) 697-1559<br>Email: etobin@curtis.com<br><br>Arthur S. Gaus<br>Dillingham & Murphy, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:   (415) 397-2700<br>Fax:   (415) 397-3300<br>Email: asg@dillinghammurphy.com<br><br>*Counsel for Technologies Displays Americas, LLC (in the Office Depot action only)* |
| Sylvie K. Kern<br>KAG Law Group<br>P.O. Box 210135<br>San Francisco, CA 94121<br>Tel:   (415) 221-5763<br>Email: skern@antitrustglobal.com<br><br>*Counsel for Indirect Purchaser Plaintiffs* | |

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

- 8 -

Master File No. 3:07-md-05944-SC