1

2

3

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

4

**IN RE CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION**

Master File No. 3:07-md-05944-SC

5

MDL No. 1917

6

This Document Relates To:

7

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

8

*Siegel v. Technicolor SA, et al.,* No.13-cv-05261;

9

10

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

11

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

12

13

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

14

15

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

16

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

17

18

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

19

20

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

21

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727

22

**[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO MITSUBISHI'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT ACTION PURCHASERS' SHERMAN ACT DAMAGES CLAIMS BASED ON CRT PRODUCT PURCHASES FROM NEC CORPORATION AND NEC-MITSUBISHI ELECTRIC VISUAL SYSTEMS CORPORATION**

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
DIRECT ACTION PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL

Master File No. 3:07-md-05944-SC

1    On December 23, 2014, the Direct Action Plaintiffs ("DAPs") filed an Administrative

2    Motion to Seal Portions of their Opposition to Defendants' Motion for Summary Judgment

3    Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-

4    Actionable Damages Under the FTAIA Pursuant to Civil Local Rules 7-11 and 79-5(d) to file

5    under seal portions of the following documents:

6    • Direct Action Plaintiffs' Opposition to Mitsubishi's Motion for Partial Summary

7    Judgment as to Direct Action Purchasers' Sherman Act Claims Based On CRT

8    Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual

9    Systems Corporation ("Opposition")

10   • Exhibits 1-9 to the Declaration of Philip J. Iovieno in Support of the Opposition

11   ("Iovieno Declaration")

12   Having read and considered the papers filed and arguments made by counsel, and good

13   cause appearing, IT IS HEREBY ORDERED that DAPs' Administrative Motion to Seal Portions

14   of their Opposition to Mitsubishi's Motion for Partial Summary Judgment as to Direct Action

15   Purchasers' Sherman Act Claims Based On CRT Product Purchases from NEC Corporation and

16   NEC-Mitsubishi Electric Visual Systems Corporation Pursuant to Local Civil Rules 7-11 and 79-

17   5(d) is GRANTED.

18

19   **IT IS SO ORDERED**

20

21   Dated: _____          _____

22                                            Hon. Samuel Conti
                                             UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
DIRECT ACTION PLAINTIFFS'                    - 1 -                    Master File No. 3:07-md-05944-SC
ADMINISTRATIVE MOTION TO SEAL