1  William A. Isaacson
   BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C.  20015
3  Telephone:  (202) 237-2727
   Facsimile:   (202) 237-6131
4  Email: wisaacson@bsfllp.com

5  Philip J. Iovieno
   BOIES, SCHILLER & FLEXNER LLP
6  30 South Pearl Street, 11th Floor
   Albany, NY 12207
7  Telephone: (518) 434-0600
   Facsimile: (518) 434-0665
8  Email: piovieno@bsfllp.com

9  *Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs ABC Appliance, Inc., CompuCom Systems, Inc., Electrograph Systems, Inc., and Electrograph Technologies Corp., Interbond Corporation of America, MARTA Cooperative of America, Inc., Office Depot, Inc., P.C. Richard & Son Long Island Corporation, Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corporation and Tech Data Product Management, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Cathode Ray Tube (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC |
| This Document Relates To: | MDL No. 1917 |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157; | **DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MITSUBISHI'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT ACTION PURCHASERS' SHERMAN ACT DAMAGES CLAIMS BASED ON CRT PRODUCT PURCHASES FROM NEC CORPORATION AND NEC-MITSUBISHI ELECTRIC VISUAL SYSTEMS CORPORATION** |
| *Siegel v. Technicolor SA, et al.,* No.13-cv-05261; | |
| *Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; | Judge: Hon. Samuel P. Conti<br>Court: Courtroom 1, 17th Floor<br>Date: February 6, 2015<br>Time: 10:00 a.m. |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727

I, **PHILIP J. IOVIENO**, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, liaison counsel for the Direct Action Plaintiffs ("DAPs") in this matter, and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Joint Venture Agreement between Mitsubishi and NEC, dated December 27, 1999. Produced as ME 00131095-00131120.

3. Attached hereto as Exhibit 2 is a true and correct copy of a June 2002 report from NMV personnel to Mitsubishi executives in which NMV requests that Mitsubishi negotiate with HP on its behalf. Produced as ME 00065248.

4. Attached hereto as Exhibit 3 is a true and correct copy of a June 2002 memo noting that Mitsubishi and NEC senior executives negotiated on NMV's behalf. Produced as ME 00065247.

5. Attached hereto as Exhibit 4 is a true and correct copy of a September 2002 communication from Mitsubishi to NMV in which Mitsubishi agrees to provide capital support to NMV. Produced as ME 00065208.

6. Attached hereto as Exhibit 5 is a true and correct copy of a March 2003 letter from Mitsubishi and NEC to NMV in which Mitsubishi and NEC approve NMV's request for debt guarantees. Produced as ME 00094555.

7. Attached hereto as Exhibit 6 is a true and correct copy of a March 2003 letter from NMV to Mitsubishi and NEC in which NMV requests debt guarantees from Mitsubishi and NEC. Produced as ME 00094556.

8. Attached hereto as Exhibit 7 is a true and correct copy of a May 2001 letter from Mitsubishi to Gateway in which Mitsubishi guarantees an obligation of NMV's American subsidiary. Produced as ME 00095296.

9. Attached hereto as Exhibit 8 is a true and correct copy of the deposition transcript of Mitsubishi's 30(b)(6) corporate representative in this matter, Hitoshi Tsukamoto, dated September 22, 2014.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Mitsubishi Defendants' Responses to DAPs' Second Set of Interrogatories, dated July 24, 2014.

11. Attached hereto as Exhibit 10 is a true and correct copy of the jury verdict form from *Costco Wholesale Corp. v. AU Optronics Corp.*, No. C13-1207 [Dkt. 628], dated October 23, 2014.

12. Attached hereto as Exhibit 11 is a true and correct copy of Judge Susan Illston's order on post-trial motions in *Best Buy v. AU Optronics Corp.*, No. 07-md-1827 [Dkt. 8786], dated November 20, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of December, 2014 at Albany, New York.

    /s/ *Philip J. Iovieno*

    Philip J. Iovieno