# Exhibit 10

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COSTCO WHOLESALE CORPORATION,

Plaintiff,

v.

AU OPTRONICS CORPORATION, et al.,

Defendants.

CASE NO. C13-1207RAJ

VERDICT FORM

We, the jury, answer the questions that the court submitted as follows:

**QUESTION 1**

Did Costco prove a price-fixing claim against at least one defendant under <u>federal</u> antitrust law?

YES ✓

NO ____

*Please answer Question 2.*

**QUESTION 2**

Did Costco prove a price-fixing claim against at least one defendant under <u>Washington</u> antitrust law?

YES ✓

NO ____

*If you answered "YES" to Question 1 or Question 2, please answer Question 3. If you answered "NO" to Question 1 and Question 2, please do not answer any other questions; sign and date this form and notify that the court that you have reached a verdict.*

VERDICT FORM – 1

## QUESTION 3

Which of the following corporations has Costco proved were members of the price-fixing conspiracy? Please indicate your answer by circling only those corporations whose membership in the conspiracy Costco has proved.

| | |
|---|---|
| AU Optronics Corporation | Koninklijke Philips Electronics N.V. |
| AU Optronics Corporation America | Mitsubishi Electronics Corporation |
| LG Display Co., Ltd. (formerly called LG Philips LCD Co., Ltd.) | NEC LCD Technologies, Ltd. |
| LG Display America, Inc. | Panasonic Corporation (formerly called Matsushita Electric Industrial Co., Ltd.) |
| Acer Display Technology, Inc. | Quanta Displays, Inc. |
| Chi Mei Optoelectronics Corporation | Samsung Electronics Company, Ltd. |
| Chi Mei Optoelectronics, USA, Inc. | Samsung Semiconductor, Inc. |
| CMO Japan Co., Ltd. | Sanyo Consumer Electronics Co., Ltd. (formerly called Tottori SANYO Electric Co., Ltd.) |
| Chungwha Picture Tubes, Ltd. | |
| Epson Imaging Devices Corporation (formerly called Sanyo Epson Imaging Devices Corporation) | Seiko Epson Corporation |
| | Sharp Corporation |
| Hannstar Display Corporation | Toppoly Optoelectronics Corporation |
| Hitachi, Ltd. | Toshiba Corporation |
| Hitachi Displays, Ltd. | Toshiba Mobile Display Co., Ltd. (formerly called Toshiba Matsushita Display Technology Co., Ltd.) |
| Hitachi Electronic Devices (USA), Inc. | |
| Hydis Technologies Co., Ltd. (formerly called BOE Hydis Technology Co., Ltd.) | Unipac Optoelectronics Corporation |
| IPS Alpha Technology, Ltd. | |

*Please answer Question 4.*

VERDICT FORM – 2

**QUESTION 4**

What amount of damages did Costco prove it sustained as a result of the price-fixing conspiracy with respect to its purchases of LCD products from these vendors. Please answer this question regardless of which corporations you circled in response to Question 3.

| | |
|---|---|
| Samsung Electronics America, Inc. | $ 2,876,830 |
| Sharp Electronics Corporation | $ 12,142,460 |
| Toshiba America Consumer Products and Toshiba America Information Systems | $ 9,122,300 |
| Philips Electronics North America Corp. | $ 7,347,670 |
| Panasonic Corporation of North America | $ 4,421,560 |
| JVC | $ 662,860 |

*Please sign and date this form, and notify the court that you have reached a verdict.*

Dated October __23__, 2014

_____
Signature of Presiding Juror

VERDICT FORM – 3