Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Counsel for Plaintiffs Interbond Corporation of America, and Office Depot, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 07-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Office Depot Inc. v. Hitachi, Ltd., et al., Individual Case No. 11-cv-05514*<br><br>*Interbond Corporation of America d/b/a BrandsMart USA v. Hitachi, Ltd., et al., Individual Case No. 11-cv-06275* | **DECLARATION OF STUART H. SINGER IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATE LAW CLAIMS LIMITED TO INTRASTATE ACTIVITY** |

I, **STUART H. SINGER**, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel for plaintiff Office Depot, Inc. ("Office Depot") and Interbond Corporation of America ("Brandsmart"), and am licensed to practice law in the State of Florida and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. Sometime in or about November 2007, the United States Department of Justice began investigating certain foreign corporations for involvement in an overseas illegal cathode ray tube ("CRT") price-fixing conspiracy, which impacted the prices paid by American businesses and consumers from at least March 1, 1995 through at least November 25, 2007 (the "Relevant Period"). Indirect Purchaser Plaintiff's Fourth Consolidated Am. Compl. ¶ 206.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Robert Randal Johnson, taken in Fort Lauderdale, Florida on August 8, 2014.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the deposition of Angus Bryan, taken in Fort Lauderdale, Florida on August 7, 2014.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the transcript of the deposition of Lary Sinewitz, taken in Miami, Florida on February 6, 2014.

6. Attached hereto as Exhibit D is a true and correct copy of the February 10, 2009 Indictment, *United States of America v. Cheng Yuan Lin*, Case No. 09-cr-00131, U.S.D.C. Northern District of California, located at (http://www.justice.gov/atr/cases/f243500/243521.pdf).

7. Attached hereto as Exhibit E is a true and correct copy of the May 12, 2011 Amended Plea Agreement, *United States of America v. Samsung SDI Company, Ltd.*, Case No. 11-cr-00162, U.S.D.C. Northern District of California, located at (http://www.justice.gov/atr/cases/f272100/272150.pdf).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23d day of December, 2014, in Fort Lauderdale, Florida.

*/s/ Stuart H. Singer* \_\_\_

Stuart H. Singer

DECL. OF STUART H. SINGER - 2 - **Master File No. 07-05944-SC**
**MDL No. 1917**