# EXHIBIT A

**DECLARATION OF STUART H. SINGER IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATE LAW CLAIMS LIMITED TO INTRASTATE ACTIVITY**

```
                                                                    1
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4   _____
                                         )
 5   IN RE:  CATHODE RAY TUBE (CRT)      )
     ANTITRUST LITIGATION                ) Case No. 07-5944 SC
 6   _____)
                                         ) MDL No. 1917
 7   This Document Relates to:           )
                                         )
 8   ALL ACTIONS                         )
                                         )
 9   _____)
10
              HIGHLY CONFIDENTIAL TRANSCRIPT
11                ATTORNEYS' EYES ONLY
12              VIDEOTAPED DEPOSITION OF
                 ROBERT RANDAL JOHNSON
13
14   TAKEN ON BEHALF OF:    THE SAMSUNG DEFENDANTS
15   PURSUANT TO:           NOTICE OF DEPOSITION
16   DATE TAKEN:            FRIDAY, AUGUST 8, 2014
17   TIME:                  1:25 P.M. - 4:08 P.M.
18   PLACE:                 BOIES, SCHILLER & FLEXNER, LLP
                            401 EAST LAS OLAS BOULEVARD
19                          SUITE 1200
                            FT. LAUDERDALE, FLORIDA
20
     TAKEN BEFORE:          NINETTE BUTLER, RPR, CRR, FPR,
21                          REALTIME SYSTEMS ADMINISTRATOR
                            AND NOTARY PUBLIC
22
23
24
25
```

24

1    A.   Three.
2    Q.   So you had worked at, it looks like, all three
3 of them.
4    A.   Correct.
5    Q.   How long did you remain in your role as the
6 general manager of the Deerfield location?
7    A.   I believe till 2000.  I'm not quite positive,
8 but I believe around there.
9    Q.   So from 1994 till about 2000.
10   A.   Correct.
11   Q.   And what was your new job in 2000?
12   A.   Vice president of sales.
13   Q.   And as vice president of sales, did that
14 require you to be -- were you located in a retail
15 location, as you had been previously?
16   A.   Most of my time was spent in our retail
17 locations.  My office was then in Hollywood.
18   Q.   In Hollywood, Florida.
19   A.   Out of our distribution center, right.
20   Q.   So is that what BrandsMart would consider its
21 headquarters?  Is that --
22   A.   Yes.
23   Q.   Or its corporate office?
24   A.   Yes.
25   Q.   So your office was there, but you said you