# EXHIBIT B

```
                                                                1
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4    _____
                                              )
 5    IN RE:  CATHODE RAY TUBE (CRT)          )
      ANTITRUST LITIGATION                    ) Case No. 07-5944 SC
 6    _____)
                                              ) MDL No. 1917
 7    This Document Relates to:               )
                                              )
 8    ALL ACTIONS                             )
                                              )
 9    _____)
10
              HIGHLY CONFIDENTIAL TRANSCRIPT
11                ATTORNEYS' EYES ONLY
12             VIDEOTAPED DEPOSITION OF
                 ANGUS ANTHONY BRYAN
13
14   TAKEN ON BEHALF OF:      THE SAMSUNG DEFENDANTS
15   PURSUANT TO:             NOTICE OF DEPOSITION
16   DATE TAKEN:              THURSDAY, AUGUST 7, 2014
17   TIME:                    9:21 A.M. - 4:39 P.M.
18   PLACE:                   BOIES, SCHILLER & FLEXNER, LLP
                              401 EAST LAS OLAS BOULEVARD
19                            SUITE 1200
                              FT. LAUDERDALE, FLORIDA
20
     TAKEN BEFORE:            NINETTE BUTLER, RPR, CRR, FPR,
21                            REALTIME SYSTEMS ADMINISTRATOR
                              AND NOTARY PUBLIC
22
23
24
25
```

18

1  shelf systems, turntables, receivers, things of that
2  nature.
3       Q.   No CRT products.
4       A.   Very little but on occasion.
5       Q.   When you were dealing with CRT products, was
6  that something that was outside of what you understood
7  to be your daily responsibilities?  For example, you
8  were filling in for someone else who was usually
9  responsible for that?
10      A.   No.  If I was selling a home theater system to
11 someone, I may sell them the entire package, including
12 the TV, in that respect.
13      Q.   And how long were you in that role as sales
14 employee responsible for audio equipment?
15      A.   About a year and a half.
16      Q.   So about mid 1991 --
17      A.   Uh-huh.
18      Q.   -- you switched roles.
19      A.   Switched to -- yes.
20      Q.   What was your new job?
21      A.   Corporate trainer.
22      Q.   Was that the title, corporate trainer?
23      A.   Yes.
24      Q.   Okay.  And in what location did you work in
25 that job?

19

1   A.   The headquarters, which was at the time in
2   Miami.
3   Q.   And what did you do in that job?
4   A.   Worked really as a liaison between the buying
5   office and the retail floor, so would work with the
6   buying staff, find out what information was relevant to
7   them to get to the sales staff, go and work with the
8   salespeople, train them on the products, you know, help
9   the management team there, and then go back and meet
10  with the buyers and discuss what things we did during
11  the week.
12  Q.   I think for me to understand that, I probably
13  need to know a little bit more about how the company was
14  structured.  So I just want to ask a couple of follow-up
15  questions about what you said.
16       You said that you were responsible for sort of
17  coordinating between the buying office and the people on
18  the sales floor.  What was the buying office?
19  A.   The buying office would be the merchants who
20  were responsible for buying product to bring them into
21  the company and make them available for resale.
22  Q.   And was that a team of people that was located
23  in a particular location?
24  A.   Yes.
25  Q.   And was that the headquarters where you were