# EXHIBIT C

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN FRANCISCO DIVISION

 4

 5

 6   IN RE:  CATHODE RAY TUBE (CRT)        )
     ANTITRUST LITIGATION                  )   Case No.
 7   _____)   07-5944 SC
                                           )
 8   This Document Relates to:             )   MDL No. 1917
                                           )
 9   ALL ACTIONS                           )
                                           )
10   _____)

11

12
                        CONFIDENTIAL TRANSCRIPT
13

14

15   VIDEOTAPED                LARY SINEWITZ, AS CORPORATE
     DEPOSITION OF:            REPRESENTATIVE OF INTERBOND
16                             CORPORATION OF AMERICA d/b/a
                               BRANDSMART USA, PURSUANT TO
17                             RULE 30(b)(6)

18   TAKEN ON BEHALF OF:       THE DEFENDANTS, SAMSUNG SDI

19   DATE TAKEN:               THURSDAY, FEBRUARY 6, 2014

20   TIME:                     9:38 A.M. - 6:23 P.M.

21   PLACE:                    BOIES, SCHILLER & FLEXNER
                               100 SOUTHEAST SECOND AVENUE
22                             SUITE 2800
                               MIAMI, FLORIDA  33131
23
     TAKEN BEFORE:             NINETTE BUTLER, RPR, CRR,
24                             FPR AND NOTARY PUBLIC

25
```

LARY SINEWITZ, 30(b)(6) - CONFIDENTIAL

**BARKLEY**
*Court Reporters*

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | rebate that you wouldn't be able to get purchasing on           |
|       | 2  | your own.                                                       |
|       | 3  | A.  Correct.                                                    |
|       | 4  | Q.  How did it work mechanically when a purchase                |
| 13:09 | 5  | was made as part of the NATM program?  Who would issue          |
|       | 6  | the purchase order?                                             |
|       | 7  | A.  BrandsMart, in their home office.                           |
|       | 8  | Q.  And how would you designate that as a NATM                  |
|       | 9  | purchase?                                                       |
| 13:10 | 10 | MR. TIETJEN:  Objection to the form.                            |
|       | 11 | THE WITNESS:  We wouldn't.                                      |
|       | 12 | BY MR. CUNNINGHAM:                                              |
|       | 13 | Q.  Were all of BrandsMart's CRT product purchases              |
|       | 14 | made pursuant to this NATM program during the relevant          |
| 13:10 | 15 | period?                                                         |
|       | 16 | A.  No.                                                         |
|       | 17 | Q.  Were some of them?                                          |
|       | 18 | A.  Yes.                                                        |
|       | 19 | Q.  Can you give me an idea of how many -- roughly              |
| 13:10 | 20 | what percentage of your CRT product purchases were made         |
|       | 21 | pursuant to the NATM program?                                   |
|       | 22 | A.  I don't know.                                               |
|       | 23 | Q.  Was it more than half?                                      |
|       | 24 | MR. TIETJEN:  Objection to the form.                            |
| 13:10 | 25 | THE WITNESS:  I don't know.                                     |

117

```
 1              THE WITNESS:  Not necessarily.
 2   BY MR. CUNNINGHAM:
 3       Q.   Do you know if he ever rejected a purchase
 4   order because he thought that it wasn't a good price?
 5       A.   I can't answer that.  I have no idea.
 6       Q.   What company issued the purchase orders?  Was
 7   it Interbond Corporation of America?
 8       A.   Yes.
 9       Q.   And did they issue from Florida?
10       A.   Yes.
11       Q.   In all cases?
12       A.   Yes.
13       Q.   Where did BrandsMart receive invoices for its
14   CRT product purchases?
15       A.   Florida.  Florida.
16       Q.   Did BrandsMart receive invoices directly from
17   its CRT -- directly from the CRT product manufacturers?
18            MR. TIETJEN:  Objection to the form.
19            THE WITNESS:  The answer would be that if I
20       bought it from Toshiba of America, then Toshiba of
21       America would send the bill to BrandsMart to be
22       paid.  If I bought it from a distributor, the
23       distributor would send me the bill, and I would pay
24       the distributor.
25   BY MR. CUNNINGHAM:
```

125

```
 1          Q.   Right.  I appreciate that.
 2               So did any of your CRT product vendors issue
 3     invoices through a financing company, to your knowledge?
 4          A.   We've dealt with factories, so, yes, I'm sure
 5     that could possibly be.
 6          Q.   Do you know which vendors?
 7          A.   Usually the small ones, usually the ones that
 8     are -- and usually those are more evenly distributed.
 9     Even if they aren't literally distributors, the people
10     who bring product in and then sell it here in the United
11     States that are not big factories may use a factory to
12     get their money quicker.  And then we would pay a CIT or
13     one of those companies.  I don't know which ones, to be
14     specific.
15          Q.   Do you know if any of the defendants in this
16     case used financing companies to issue invoices to
17     BrandsMart?
18          A.   I'm trying to think if any of the documents
19     that I looked at yesterday would have told me that.  And
20     to be honest with you, I don't know.
21          Q.   How did BrandsMart make payments for its
22     purchases of CRT products?
23               MR. TIETJEN:  Objection to the form.
24               THE WITNESS:  We'd write checks.
25     BY MR. CUNNINGHAM:
```

126

```
         1        Q.   And what banks did those checks draw from?
         2        A.   We dealt with Bank of America.  We've dealt
         3   with SouthTrust, which was bought out by First Union,
         4   which was bought out by Wells Fargo.  So, I mean, a
13:22    5   multitude of physical names.  But basically it was
         6   either what became Wells Fargo or Bank of America.  And
         7   I'm going to be honest with you.  I don't know when we
         8   switched from that bank to Bank of America.  Bank of
         9   America is who we use today.
13:22   10        Q.   Was the account that the checks drew from
        11   always in Florida?
        12             MR. TIETJEN:  Objection to the form.
        13             THE WITNESS:  All of our accounts are in
        14        Florida.  All of our accounts that pay the bills
13:23   15        are in Florida.
        16   BY MR. CUNNINGHAM:
        17        Q.   Were there other bank accounts that weren't in
        18   Florida?
        19        A.   When we opened in Georgia, there was -- it's
13:23   20   the same -- we have different accounts for the stores,
        21   but they all flow back into the Florida account, and
        22   that's what pays the bills.  So they may be different
        23   account numbers, but it all is one massive concentration
        24   account at the end of the day.
13:23   25        Q.   So did BrandsMart make any CRT product
```

127

LARY SINEWITZ, 30(b)(6) - CONFIDENTIAL

BARKLEY
Court Reporters