# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-md-05944-SC <br><br> MDL No. 1917 |
| This Document Relates To: <br><br> *Interbond Corp. of Am. v. Technicolor SA*, et al., No. 13-cv-05727; <br><br> *Office Depot, Inc. v. Technicolor SA*, et al., No. 13-cv-05726; | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATE LAW CLAIMS LIMITED TO INTRASTATE ACTIVITY** |

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATE LAW CLAIMS LIMITED TO INTRASTATE ACTIVITY

Master File No. 3:07-md-05944-SC

On November 7, 2014, Defendants filed a Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity and Memorandum of Points and Authorities in Support Thereof ("Motion"), located at D.E. #3031.

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, **IT IS HEREBY ORDERED** that Defendants' Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____     _____
                                  Hon. Samuel Conti
                                  UNITED STATES DISTRICT JUDGE