Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-005723; *Crago, d/b/a Dash Computers, Inc. et al., v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-02058; *Electrograph Systems, Inc., et. al. v. Technicolor SA, et al.*, No. 13-cv-05724; *Interbond Coporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; | **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO TECHNOLOGIES DISPLAYS AMERICAS LLC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1  *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

2

3  *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;

4  *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

5  *Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs hereby move for administrative relief regarding Plaintiffs' Opposition to Technologies Displays Americas, LLC's Motion for Summary Judgment. Plaintiffs respectfully request an order permitting Plaintiffs to file the following documents, or portions thereof, under seal:

1. The highlighted portions of Plaintiffs' Opposition to Technologies Displays Americas LLC's Motion for Summary Judgment;

2. Exhibits 3–4, Exhibits 7–9, Exhibits 11–34, and Exhibits 36–37 to the concurrently filed Declaration of Robert S. Safi in Support of the Opposition (the "Safi Declaration").

This motion is supported by the Declaration of Robert S. Safi in Support of the Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated December 23, 2014. *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Safi Declaration, the documents that Plaintiffs seek to file under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (Doc. 306, amended at Doc. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential." *See* Safi Decl.

Plaintiffs take no position whether the designated documents satisfy the requirements for sealing. Although Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality, it is Defendants' burden to show good cause for sealing the designated documents by submitting a declaration within four days of the lodging of the designated documents. *See* Civil Local Rule 79-5(e).

Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation. *See* Civil Local Rules 7-11(a) (requiring explanation of lack of stipulation).

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3473948v1/012325

Dated:   December 23, 2014

Respectfully submitted,

*/s/ Kenneth S. Marks*
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
Robert S. Safi
David M. Peterson
Matthew C. Behncke
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
rsafi@susmangodfrey.com
dpeterson@susmangodfrey.com
mbehncke@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*