**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-005723;<br><br>*Crago, d/b/a Dash Computers, Inc. Et al., v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-02058;<br><br>*Electrograph Systems, Inc., et. Al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Coporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668;<br><br>*Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686. | Master File No. 3:07-CV-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO TECHNOLOGIES DISPLAYS AMERICAS LLC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

The Court has considered Plaintiffs' Administrative Motion to Seal the following portions of their Opposition to Technologies Displays Americas LLC's Motion for Summary Judgment Pursuant to Local Rules 7-11 and 79-5(d):

- The highlighted portions of plaintiffs' Opposition to Technologies Displays Americas LLC's Motion for Summary Judgment.

- Exhibits 3–4, Exhibits 7–9, Exhibits 11–34, and Exhibits 36–37 to Plaintiffs' Opposition.

Having read and considered the papers filed and arguments made by counsel, if any, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of Their Opposition to Technologies Displays Americas LLC's Motion for Summary Judgment Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.

Dated: _____, 2014

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE