# Exhibit 5

## Statement of Albino Bessa Re Technologies Displays Americas, LLC

1. I am the President and sole employee of Technologies Displays Americas, LLC ("TDA"). I have been employed by TDA since approximately October, 2006. Prior to that time I was employed by Thomson Multi Media Inc. ("TMM"), which was located in Indianapolis, Indiana, for approximately seven years. While employed by TMM, I was a Line Production Manager, Plant Manager, and General Manager of Thomson Displays Mexicana, S.A. de C.V. ("TDM") and Technologies Displays Mexicana, S.A. de C.V. (as an expatriate), in Mexicali, Mexico. On or about October 29, 2007, I became the President of TDA and have been its sole employee since approximately June 27, 2008. All of my work for TDM and TDA before the CRT business was shut down was in the manufacturing portion of the business.

2. I make this Statement based in part upon my personal knowledge of TDA's business and operations, and based in part upon my review of TDA records. Several companies in the Thomson family of companies owned or otherwise were involved in TDA and its CRT business in the past. "Thomson" as used in this Statement refers collectively to those Thomson companies.

3. TDA was known as Thomson Displays Americas, LLC from its formation on or about July 12, 2005 until its name was changed to the current Technologies Displays Americas, LLC on or about October 11, 2006. TDA is a Delaware limited liability company formed by Thomson. TDM's name was changed to Technologies Displays Mexicana, S.A. de C.V. on or about February 19, 2007.

4. At the time it was formed, TDA did not have any assets or operations. In the fall of 2005, Thomson transferred a portion of its North American cathode ray tube, or CRT, business to TDA. This business was sometimes referred to as the North American tube business. The assets transferred to TDA included CRT inventory, contracts and contract rights, an office lease in San Diego, raw materials, accounts receivable, and TDM, which produced CRTs at its manufacturing plant in Mexicali, Mexico.

5. In the fall of 2005, Eagle Corporation Limited, a Cayman Islands corporation, became the owner of TDA (which was then known as Thomson Displays Americas, LLC). I believe that Eagle Corporation Limited has owned TDA since the fall of 2005 and still owns TDA.

6. Prior to the fall of 2005, TDM, which I believe was owned at that time by Thomson, manufactured CRTs at its plant in Mexicali, Mexico, for ultimate export to the United States. The Thomson CRT sales personnel were based mainly in the Thomson San Diego office. TDM also manufactured some other television parts or components, and also did some limited manufacturing of televisions for the Mexican and South American markets.

7. After the CRT asset transfer in 2005 referenced above, TDM continued to manufacture CRTs and related parts, as it had done before, at the Mexicali, Mexico plant for sale by TDA into the United States. I understand that TDA and Thomson had an agreement so that

688567/PHOENIX



## Statement of Albino Bessa Re Technologies Displays Americans, LLC

TDA could use the Thomson name, and Thomson handled TDA's payroll and some other administrative functions, for a period of time. The cathode ray tubes made and sold during this period for sales in the United States were for televisions of the following sizes and types: 27" and 32" conventional, and 27" and 32" flat screen. No other CRTs were manufactured or sold for the United States market during this period. Some televisions were manufactured for a time for sale in Mexico and South America, but not for the United States.

8. TDA sold cathode ray tubes for televisions for the United States market primarily to Sharp Electronics Manufacturing, Sanyo Manufacturing Corp., TTD International S.A., Hong Kong Konka Limited, JVC Industrial, Tetco Off Shore, Ltd., TTE Technologies, Inc., Samsung International, Inc., Diamond Electronics, Wells Gardner Electronic Corporation, Ceronix, Inc., Demda, Inc., and Daewoo Electronics Corporation.

9. TDA (including TDM) ceased manufacturing and selling CRTs in the spring of 2008. The last purchase orders for United States CRT sales were dated May 20, 2008.

10. TDA has not been in the CRT business related to the United State market since it shipped the CRTs covered by the May 20, 2008 purchase orders. The CRT manufacturing facility in Mexicali, Mexico was shut down, almost all of the employees involved in the manufacturing of CRTs were laid off or otherwise had their employment terminated (I am the only remaining TDA employee), and all of the employees involved in the sales of CRTs were laid off or otherwise had their employment terminated.

11. TDA left its San Diego location when its lease expired in April of 2008 and moved to 1767 Carr Road, Suite 100, Calexico, California 92231. Subsequently, TDA moved to 1778 Carr Road, Suite 4b, Calexico, California 92231, which is TDA's only place of business.

12. Until it was served with the Complaint in Sharp Electronics Corp. v. Hitachi, Ltd. in 2013, TDA was not aware of the CRT antitrust litigation, had not been named as a party in any of the CRT antitrust lawsuits, had not received any discovery requests in any of the CRT litigation, and had not received any information requests regarding the CRT business from any United States government agency or body.

13. I reviewed TDA's records regarding its CRT business operations and found no record that any TDA employee ever attended meetings with CRT competitors to discuss, fix, raise or maintain CRT prices, or participated in any conspiracy as claimed in the antitrust lawsuits. I am aware that two individuals who were Thomson employees are mentioned in some of the lawsuits. One of those people, John P. Hanrahan, was never employed TDA. The other individual, Jack Brunk, was only employed by TDA during the period that Thomson handled the payroll, and he resigned as of July 31, 2006. Mr. Brunk announced his resignation in May 2006 and left to take a job with TV Guide. I confirmed these facts with TDA's former human resources manager.

14. TDA's primary current business is, and for a number of years has been, collecting used television and computer monitor glass for recycling. This glass is collected and sent to

688567/PHOENIX

## Statement of Albino Bessa Re Technologies Displays Americans, LLC

TDM, which ships it overseas for recycling. The only other current business activity of TDA (including TDM) is attempting to locate tenants for the former CRT manufacturing building in Mexicali, Mexico. The building is and has been mostly empty since 2008.

DATED this 18 day of April, 2014.

*/s/ Albino Bessa*

Albino Bessa
President, Technologies Displays Americas, LLC