# Exhibit 6

# Exhibit 6

## HITACHI C-CRT LINE STATUS

| Maker | Country | Location | Line | Products | | CAPA.(K/M) | | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | CPT | CDT | CPT | CDT | |
| Hitachi | Japan | Sakura (佐倉) | #1 | | 21" | | <100> | |
| | | | #2 | | 19" | | <100> | |
| | | | #3 | | 17" | | <120> | |
| | | | Total | | | 0 | 0 | |
| | China (SEG-HTC) | Shenzhen | #1 | 21" | | 120 | | |
| | | | #2 | 21" | | 120 | | |
| | | | #3 | 29"/33" | | 120 | | |
| | | | Total | | | 360 | | |
| | Singapore | | #1 | | 15"/17" | | 120 | |
| | | | #2 | | 17"/19" | | 120 | |
| | | | #3 | | 19" | | 120 | |
| | | | Total | | | 0 | 360 | |
| | Malaysia | | #1 | | 17" | | 120 | |
| | | | Total | | | 0 | 120 | |
| | USA | Greenville(SC) | #1 | 27"/31"/32" | | 100 | | |
| | | | Total | | | 100 | 0 | |
| | | HITACHI  TOTAL | | | | 460 | 480 | |

CHU00125257

## SONY C-CRT LINE STATUS

| Maker | Country | Location | Line | Products CPT | Products CDT | CAPA.(K/M) CPT | CAPA.(K/M) CDT | Remarks |
|-------|---------|----------|------|--------------|--------------|----------------|----------------|---------|
| Sony | Japan | Inazawa (稲澤) | #1 | | 19" | | 90 | |
| | | | #2 | | 24" | | 10 | |
| | | | #3 | | 21" | | 80 | |
| | | | #4 | | 19"/21" | | 50 | 19":20K, 21":30K |
| | | | #5 | | 17" | | 120 | |
| | | Total | | | | 0 | 350 | |
| | | Mizunami (瑞浪) | #1 | | 14"/15" | | 100 | 14":10K, 15":90K |
| | | | #2 | 29"/W:24"/28"/32" | | 60 | | |
| | | | #3 | 超小型 | | 10 | 10 | |
| | | Total | | | | 70 | 110 | |
| | | Total | | | | 70 | 460 | |
| | Singapore | | #1 | | 15" | | 100 | |
| | | | #2 | 21"/21"F | | 160 | | |
| | | | #3 | 25"/29"/29"F | | 120 | | |
| | | | #4 | | 17" | | 120 | |
| | | Total | | | | 280 | 220 | |
| | USA | Sandiego | #1 | 20"/27"/32" | | 80 | | |
| | | | #2 | 20"/27"/32" | | 80 | | |
| | | | #3 | 20"/27"/32" | | 80 | | |
| | | | #4 | | 17" | | 100 | |
| | | | #5 | | 19" | | 100 | |
| | | Total | | | | 240 | 200 | |
| | | Pittsburgh | #1 | 32"/35"/36" | | 60 | | |
| | | | #2 | 32"/35"/36" | | 60 | | |
| | | Total | | | | 120 | 0 | |
| | | Total | | | | 360 | 200 | |
| | UK | Bridgend | #1 | 21"/25"/29" | | 120 | | |
| | | | #2 | 25"/29"/W:28"/32" | | 120 | | |
| | | | #3 | 21" | | 120 | | |
| | | Total | | | | 360 | 0 | |
| | China | Shanghai | #1 | 21"/29" | | 50 | | |
| | | Total | | | | 50 | 0 | Sony(70%) |
| | | SONY  TOTAL | | | | 1120 | 880 | |

CHU00125257

## TOSHIBA C-CRT LINE STATUS

| Maker | Country | Location | Line | Products | | CAPA.(K/M) | | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | CPT | CDT | CPT | CDT | |
| Toshiba | Japan | Himeji (姫路) | #2 | 25"/28"/29"/W:29" | | 120 | | |
| | | | #3 | 25"-37"/W:28"-32" | | 60 | | |
| | | Total | | | | 180 | 0 | |
| | | Fukaya (深谷) | #1 | | 17" | | <200> | |
| | | | #2 | | 17"/19" | | <150> | 17":100K, 19":50K |
| | | Total | | | | 0 | 0 | |
| | | Total | | | | 180 | 0 | |
| | Thailand | Bangkadi | #1 | 21"/21"F/25"/25"F | | 150 | | |
| | | | #2 | | 15" | | 165 | Minineck |
| | (TDDT) | | #3 | | 15" | | 165 | Minineck |
| | | | #4 | | 17"/17"F | | 165 | |
| | | Total | | | | 150 | 495 | |
| | Indonesia | Jakarta | #1 | 14"/20"/21" | | 200 | | |
| | (TDDJ) | | #2 | 20"MINI | | 200 | | |
| | | Total | | | | 400 | 0 | |
| | USA | Horsehead | #1 | 32"/36" | | 80 | | |
| | (TDD) | (NJ.) | #2 | 20" | | 100 | | |
| | | Total | | | | 180 | 0 | |
| | | TOSHIBA  TOTAL | | | | 910 | 495 | |

## MITSUBISHI C-CRT LINE

| Maker | Country | Location | Line | Products | | CAPA.(K/M) | | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | CPT | CDT | CPT | CDT | |
| Mitsubishi | Japan | Kyoto (京都) | #1 | | 17" | | 150 | |
| | | | #2 | | 19" | | 75 | |
| | | | #3 | | 21" | | 80 | |
| | | Total | | | | 0 | 305 | |
| | Mexico | | #1 | | 17" | | 240 | |
| | | Total | | | | 0 | 240 | |
| | | MITSUBISHI  TOTAL | | | | 0 | 545 | |

CHU00125257

| Maker | Country | Location | Line | Products | | CAPA.(K/M) | |
|---|---|---|---|---|---|---|---|
| | | | | CPT | CDT | CPT | CDT |
| SDI | Korea | Suwon | #1 | 10" | 10" | 60 | 20 |
| | | | #2 | | 17"F/19"F/21"/21"F | | 180 |
| | | | #3 | | 17"F | | 180 |
| | | | #4 | | 15"/17"F | | <160> |
| | | | #5 | | 17" | | <170> |
| | | | #6 | 6"/7"PJT | | 80 | |
| | | | Total | | | 140 | 380 |
| | | Busan | #1 | 21" | 19" | 80 | 100 |
| | | | #2 | | 15"/17"/17"F | | 190 |
| | | | #3 | | 17"F | | 190 |
| | | | #4 | | 17"/19" | | 190 |
| | | | #5 | | 17" | | 190 |
| | | | #6 | | 15" | | <170> |
| | | | #7 | 25"/29" | | 130 | |
| | | | #8 | 28"/29" | | 130 | |
| | | | Total | | | 340 | 860 |
| | | Total | | | | 480 | 1240 |
| | Malaysia | Sembilan | #1 | 14"/16" | | 215 | |
| | | | #2 | 14" | | 215 | |
| | | | #3 | 20"/21" | | 200 | |
| | | | #4 | 14"/15" | 14" | 100 | 120 |
| | | | #5 | | 17"/17"F | | 200 |
| | | | #6 | | 15" | | 220 |
| | | | Total | | | 730 | 540 |
| | China | Shenzhen (深圳) | #1 | 20"/21" | | 260 | |
| | | | #2 | | (14")/17" | | 230 |
| | | | #3 | | 17"/17"F | | 230 |
| | | | #4 | | 15"/17"F | | <230> |
| | | | Total | | | 260 | 460 |
| | | Tianjin (天津) | #1 | 25"/29" | | 150 | |
| | | | #2 | | 15" | | 230 |
| | | | #3 | 32"/34" | | | |
| | | | Total | | | 150 | 230 |
| | | Total | | | | 410 | 690 |
| | Brazil | Manaus | #1 | 20" | 17" | 120 | 100 |
| | | | #2 | 14" | 14"/15" | 100 | 120 |
| | | | Total | | | 220 | 220 |
| | Mexico | Tijuana | #1 | 20"/21" | | 195 | |
| | | | #2 | 25"/27" | | 150 | |
| | | | Total | | | 345 | |
| | Germany | Berlin | #1 | 20"/21" | | 195 | |
| | | | #2 | 21"/25"/29" | | 150 | |
| | | | Total | | | 345 | |
| | SDD  TOTAL | | | | | 2530 | 2690 |

**SDD C-CRT LINE STATUS**

CHU00125257

| 2001/11/27Updated |
| --- |
| **Remarks** |
| Line stop from 4Q '01 |
| 17":80K, 19":70K, 21":30K |
| |
| -Line stop from May.'01 → Move to Shenzhen |
| - Line stop from May.'01 |
| |
| |
| 19"F:40K |
| |
| |
| |
| Line stop from Dec '01 |
| - Line stop from Jul.'01 |
| |
| |
| |
| |
| |
| |
| |
| Line stop from 4Q '01 |
| 17"F:50K |
| minineck |
| |
| |
| 17":130K, 14":50K |
| |
| -Line start : '02 2nd half |
| |
| |
| |
| -Line start : '02 |
| |
| |
| |
| |
| |
| |
| '00.03 start |
| |
| |
| |
| |

CHU00125257

## LG.PHILIPS C-CRT LINE STATUS

2001/11/27Updated

| Maker | Country | Location | Line | Products CPT | Products CDT | CAPA.(K/M) CPT | CAPA.(K/M) CDT | Remarks |
|---|---|---|---|---|---|---|---|---|
| LG | Korea | Gumi | F-1 | | 17"/19" | | 200 | *flexible for both 17 & 19 |
| | | | F-2 | | 17"F | | 200 | Flatron |
| | | | G-1 | | 17"ezF | | 200 | ezFlat |
| | | | G-2 | | 17"F | | <180> | shut down from Apr '01 due to fire |
| | | | T | | 17"F/19"F | | 180 | Flatron |
| | | | J-1 | 25"F/29"/29"F | | 130 | | |
| | | | W | 29"/29"F/33"/W:28"-32" | | 130 | | |
| | | | Total | | | 260 | 780 | |
| | | Changwon | H-1 | 20"/21"/21"F | | 180 | | |
| | | | H-2 | | 17"ezF | | 200 | ezFlat |
| | | | H-3 | | 17" | | 200 | Jul '01 15"→17" |
| | | | H-5 | | 15" | | 200 | |
| | | | Total | | | 180 | 600 | |
| | | Total | | | | 440 | 1380 | |
| | China (LGESG) | Changsha | #1 | 21" | | 170 | | |
| | | | #2 | 25" | | 170 | | |
| | | | #3 | 29"/29"F | | 140 | | |
| | | | #4 | | 15"/17"DF/17"FST | | 150 | Jul '01 Lauched (15":200K/Y, 17":300K/Y) |
| | | Total | | | | 480 | 150 | |
| | Indonesia (LGEHL) | Jakarta | #1 | 14" | | 220 | | |
| | | | #2 | 20"/21" | | 200 | | |
| | | Total | | | | 420 | 0 | |
| | India (LGEDI) | Malanpur | #1 | 14"/21" | | <100> | | |
| | | Total | | | | 0 | 0 | |
| | USA (Zenith) | Rauland (IL.) | #1 | 19/20 | | <100> | | drop |
| | | | #2 | | 15"/17" | | <150> | drop |
| | | | #3 | 25 | | <100> | | drop |
| | | | #4 | 25/27 | | <70> | | drop |
| | | Total | | | | 0 | 0 | |
| | UK (LGEWA) | Wales | #1 | | 15"/17" | | 200 | |
| | | | #2 | 21" | 17" | 100 | 100 | 21" lanched from May '01 |
| | | Total | | | | 100 | 300 | |
| | LG TOTAL | | | | | 1440 | 1830 | |
| Philips | China (華飛) | Nanjing (南京) | #1 | 21" | | 130 | | |
| | | | #2/3 | 25" | | 130 | | |
| | | | #4 | | 17" | | 75 | 17"DF started T/R from Aug '01, M/P from Oc |
| | | | #5 | | 15" | | 75 | Planing to shift one 15" line to 17"DF from Feb |
| | | | #6 | 29" | | 100 | | |
| | | | #7 | | 15" | | 75 | |
| | | | #8 | | 15" | | 75 | |
| | | | #9 | | 14"/15" | | 75 | |
| | | | #10 | | 17" | | 75 | |
| | | | #11 | | 17" | | 75 | |
| | | Total | | | | 360 | 525 | |
| | Austria | Lebring | #1 | | 17"/17"F | | 80 | Flat lauched from Sep '01 |
| | | | #2 | | (15")/17" | | 80 | |
| | | | #3 | | 17" | | 80 | '00.Q3 start |
| | | | #4 | | 17" | | 80 | '00.Q4 start |
| | | Total | | | | 0 | 320 | |
| | Germany | Aachen | #1 | 25" | | <70> | | '00.04 dropped |
| | | | #2 | 28"WRF | | 80 | | |
| | | | #3 | 32"WRF | | 80 | | |
| | | Total | | | | 160 | 0 | |
| | France | Dreux | #1 | 24"W/28"W | | 65 | | |
| | | | #2 | 29"CV/RF | | 65 | | |
| | | | #3 | 28"/28"W | | 110 | | |
| | | Total | | | | 240 | 0 | |
| | UK | Durham | #1 | 21"CV/RF | | 100 | | |
| | | | #2 | 25"CV | | 100 | | |
| | | | #3 | 21"/17" | | 100 | | |
| | | Total | | | | 300 | 0 | |
| | Spain | Barcelona | #1 | 14" | | 110 | | |
| | | | #2 | 14" | | 110 | | |
| | | | #3 | 14" | | 110 | | |
| | | Total | | | | 330 | 0 | |
| | USA | Ottawa (OH) | #1 | 25" | | 80 | | |
| | | | #2 | 27" | | 80 | | |
| | | | #3 | 25"/27" | | 80 | | |
| | | | #4 | 25"/27" | | 80 | | |
| | | | #5 | 32"V/32"VRF | | 30 | | |
| | | | #6 | 25"V/27"V | | 30 | | |
| | | Total | | | | 430 | 0 | |
| | Mexico | Gomez | #1 | 27"V | | 80 | | |
| | | Total | | | | 80 | 0 | |
| | Brazil | Sao Jose Dos Campos | #1 | 20" | | 85 | | |
| | | | #2 | 20" | | 85 | | |
| | | | #3 | 20" | | 85 | | |
| | | | #5 | 14" | | 260 | | Big capacity line |
| | | Total | | | | 515 | 0 | |
| | Czech | Hamice | #1 | 28" | | 85 | | '01 Q3 lanch |
| | | | #2 | 32"W | | 85 | | '01 Q4 lanch |
| | | | #3 | 28"W/32"WF | | <85> | | '03 Q1 lanch |
| | | Total | | | | 170 | 0 | |
| | Taiwan | Dapon (大圓) | #1 | | 19" | | - | shut down |
| | | | #2 | | 19" | | - | shut down |
| | | | #3 | | 15" | | - | shut down |
| | | | #4 | | 17" | | - | shut down |
| | | | #5 | | 17" | | - | shut down |
| | | Total | | | | | 0 | |
| | PHILIPS TOTAL | | | | | 2585 | 845 | |
| | LG.PHILIPS GROSS TOTAL | | | | | 4025 | 2675 | |

CHU00125257

## ORION C-CRT LINE STATUS

| Maker | Country | Location | Line | Products | | CAPA.(K/M) | | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | CPT | CDT | CPT | CDT | |
| Orion | Korea | Kumi | BSF | 14" | | <140> | | '99.2/E drop. |
| | | | BSC | 14"/20" | | <100> | | '99.10/E drop |
| | | | BSL | 20"/21" | | 150 | | |
| | | | BSA | | 14"/15" | | <180> | 01/E shutdown |
| | | | O-7 | | 17"/19" | | 170 | |
| | | | O-9 | | 15" | | 220 | |
| | | | O-10 | | 17" | | 180 | |
| | | | O-8 | 25"/29" | | <80> | | drop |
| | | | O-11 | 29"/29"F | | 100 | | |
| | | Total | | | | 250 | 570 | |
| | Vietnam | Hanoi | #1 | 14"/16"/20"/21" | | 180 | | |
| | | | #2 | D:14/15 | | | <140> | '99.07 start |
| | | Total | | | | 180 | | |
| | France | Longwy | #1 | 14"/20" | | 150 | | |
| | | Total | | | | 150 | | |
| | Mexico | Mexicali | #1 | 20" | | 180 | | |
| | | | #2 | | 15" | | 180 | |
| | | | #3 | D:15/17 | | | <140> | 2001.04 start |
| | | | #3 | 25/27 | | | <100> | ? |
| | | Total | | | | 180 | 180 | |
| | China | Gonsan | #1 | | 15"/17" | | <170> | Pending |
| | | Total | | | | | | |
| | | OEC TOTAL | | | | 760 | 750 | |
| | * CDT 월가동일수 28일 적용. | | domestic | | | 2 | 4 | |
| | | | overseas | | | 3 | 1 | |
| | | | TOTAL | | | 5 | 5 | |

CHU00125257

## CPT C-CRT LINE STATUS

| Maker | Country | Location | Line | Products | | CAPA.(K/M) | |
|---|---|---|---|---|---|---|---|
| | | | | CPT | CDT | CPT | CDT |
| CPT | Taiwan | Taoyuan (桃園) | #1 | | 15" | | <180> |
| | | | #2 | | 15" | | <180> |
| | | | #3 | | 17" | | <170> |
| | | | #4 | | 17" | | <170> |
| | | | total | | | | 0 |
| | | Yangmei (楊梅) | #1 | 20" | 19" | 90 | 40 |
| | | | #2 | | 17" | | 170 |
| | | | #3 | | 17"SRF | | 170 |
| | | | #4 | | 17"SRF | | 170 |
| | | | total | | | 90 | 550 |
| | | Total | | | | 90 | 550 |
| | Malaysia | Shahalam | #1 | 14" | | 200 | |
| | | | #2 | 14" | 14" | 90 | 100 |
| | | | #3 | 20"/21" | | 145 | |
| | | | #4 | 14" | | 200 | |
| | | | #5 | | 17"SRF | | 170 |
| | | | #6 | | 17" | | 180 |
| | | | #7 | | 15"MINI | | 190 |
| | | | #8 | | 15" | | 190 |
| | | Total | | | | 635 | 830 |
| | China | Fuzhou (福州) | #1 | | 14"/15"MINI | | 180 |
| | | | #2 | | 15"MINI | | 180 |
| | | | #3 | | 17" | | 180 |
| | | | #4 | | 17"SRF | | 170 |
| | | | #5 | | 17"SRF | | 170 |
| | | | #6 | | 15" | | 180 |
| | | | #7 | | 17" | | <170> |
| | | | #8 | | 17" | | <170> |
| | | Grand Total | | | | | 1060 |
| | UK | Mossend | #1 | 14" | | <170> | |
| | | | #2 | 14" | | 170 | |
| | | Total | | | | 170 | |
| | | CPT TOTAL | | | | 895 | 2440 |

CHU00125257

| Remarks |
|---|
| '00.12 drop (moved to China) |
| '00.12 drop (moved to China) |
| '01 3Q STOP (transfer to CPTF) |
| '01 3Q STOP (transfer to CPTF) |
|  |
| '01 Aug/E STOP |
| '01 Dec/E STOP |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
| '01.05 MP |
| RF :02 MP |
| '02 4Q STOP |
| '02 4Q STOP |
|  |
| mainly for 14" |
|  |
| '00.9 start (New line) |
| '00.10 start (New line) |
| '01.4 start (Old line) |
| '01.4 start (Old line) |
| '02 2Q start |
| '02 2Q start |
|  |
| '01 3Q STOP |
|  |
|  |
|  |

CHU00125257

| |
|---|
| |
| |
| |
| |
| |
| 1 |
| 1 |
| |
| |
| |
| |
| |
| 0.5 |
| |
| 1 |
| 0.5 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

CHU00125257

## MITSUBISHI C-CRT LINE STATUS

| | P/J | | | | | <CAPA:KP/M> |
|---|---|---|---|---|---|---|
| Country | Location | Line | Products | CPT | CDT | Remarks |
| Japan | Kyoto | #1 | 25/26/28/29 | <20> | | drop |
| | (京 都) | | WV:28/24/20 | | | |
| | | #2 | 29/33/W:28/32 | <25> | | drop |
| | | #3 | 33/37/42/WV:36 | <15> | | drop |
| | | #5 | D:17NF | | 100 | 100% Flat after '99.07 |
| | | #4 | D:17/19/21NF | | 80 | " |
| | | #6 | D:19/21NF | | 65 | " |
| | | Total | | | 245 | |
| Canada | Midland | #1 | 25/27 | <50> | | 96.09 Drop |
| (MEICA) | | #2 | 19/20 | <60> | | " |
| | | Total | | 0 | 0 | |
| Mexico | Mexicali | #1 | D:17NF | | 200 | '98.10 start |
| | | Total | | | 200 | NF '99.11start/'00Q2 100% |
| | MITSUBISHI TOTAL | | | | 445 | |

## NEC C-CRT LINE STATUS

| | P/J | | | | | <CAPA:KP/M> |
|---|---|---|---|---|---|---|
| Country | Location | Line | Products | CPT | CDT | Remarks |
| Japan | Ootsu | #1 | D:17 | | <120> | '99/E, drop |
| | (大 津) | #2 | D:19 | | <50> | " |
| | | #3 | Cockpit | | | |
| | NEC TOTAL | | | | | |

CHU00125257

## MATSUSHITA C-CRT LINE

| Maker | Country | Location | Line | Products | | CAPA.(K/M) | | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | CPT | CDT | CPT | CDT | |
| Matsushita | Japan (MEC) | Utsunomiya (宇都宮) | #1 | 25"/W:24"/28" | 21" | 50 | <20> | |
| | | | Total | | | 50 | 0 | |
| | | Takatsuki (高槻) | #2 | 33"/W:32"-36" | | 25 | | |
| | | | | | | 25 | | |
| | | | Total | | | 75 | 0 | |
| | Malaysia (MMEC) | Selangor | #1 | 20"/21"/21"F | | 100 | | |
| | | | #2 | 10"/15"F/21" | | 100 | | |
| | | | #3 | 20"/21" | | 100 | | |
| | | | #4 | 21"/21"F | | 100 | | |
| | | | #5 | 25"F/29"F | | 100 | | |
| | | | Total | | | 500 | 0 | |
| | China | Bejing | #1 | 14"/29" | | 100 | | |
| | | | #2 | 14" | | 100 | | |
| | | | #3 | 21"/29" | | 60 | | |
| | | | #4 | 21" | | 80 | | |
| | | | #5 | 29" | | 70 | | |
| | | | Total | | | 410 | 0 | |
| | USA (AMEC) | Troy (OH.) | #1 | 27"/31" | | 70 | | |
| | | | #2 | 20" | | 120 | | |
| | | | #3 | 32"/35" | | 60 | | 15":90K, 17":90K |
| | | | Total | | | 2070 | 0 | |
| | Germany (EMEC) | Esslingen | #1 | 25"/29"/W:28" | | 100 | | |
| | | | #2 | 25"/28" | | 100 | | |
| | | | Total | | | 200 | 0 | |
| | | MATSUSHITA  TOTAL | | | | 3255 | 0 | |

CHU00125257

| | | Plan | | | | <CAPA:KP/M> |
|---|---|---|---|---|---|---|
| Country | Location | Line | Products | CPT | CDT | Remarks |
| Italy | Anagni | #1 | 25 | 100 | | |
| (Videocolor) | | #2 | 25/28 | 100 | | |
| | | #3 | 28/29/33/36 | 100 | | |
| | | #4 | 33/34/W | 60 | | |
| | | Total | | 360 | | |
| Poland | Piaseczno | #1 | 20 | 150 | | |
| (Polkolor) | | #2 | 20/21 | 120 | | |
| | | #3 | 21/(25) | 50 | | |
| | | Total | | 320 | | |
| USA | Marion | #1 | 19/20V | 80 | | |
| (RCA) | (IND.) | #2 | 19/20V | 80 | | |
| | | #3 | 25V | 80 | | |
| | | #4 | 25/27V | 80 | | |
| | | #5 | 32/35/36V | 60 | | |
| | | total | | 380 | | |
| | Scranton | #1 | 27V | 100 | | |
| | (PEN.) | #2 | 27V | 100 | | |
| | | total | | 200 | | |
| | | Total | | 580 | | |
| | THOMSON TOTAL | | | 1260 | | |
| | | | domestic | | | |
| | | | overseas | 14 | | |
| | | | TOTAL | 14 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | 월CAPA | CPT | CDT | |
| | | ITALY | domestic | | 0 | |
| | | | overseas | 1260 | #REF! | |
| | | | TOTAL | 1260 | #REF! | |

# THOMSON C-CRT LINE STATUS

CHU00125257

# 整理兩家TV產品產能如下

## Thomson

| Country | Location | Line | Products | Capacity |
|---|---|---|---|---|
| Italy | Anagni | #1 | 25 | 100 |
| | | #2 | 25/28 | 100 |
| | | #3 | 28/29/33/36 | 100 |
| | | #4 | 33/34/W | 60 |
| | Total | | | 360 |
| Poland | Piaseczno | #1 | 20 | 150 |
| | | #2 | 20/21 | 120 |
| | | #3 | 21/(25) | 50 |
| | Total | | | 320 |
| USA | Marion | #1 | 19/20V | 80 |
| | | #2 | 19/20V | 80 |
| | | #3 | 25V | 80 |
| | | #4 | 25/27V | 80 |
| | | #5 | 32/35/36V | 60 |
| | total | | | 380 |
| | Scranton | #1 | 27V | 100 |
| | | #2 | 27V | 100 |
| | total | | | 200 |
| | Total | | | 580 |
| THOMSON TOTAL | | | | 1260 |
| | | domestic | | |
| | | overseas | | 14 |
| | | TOTAL | | 14 |

## Matsushita

| Country | Location | Line | Products | Capacity |
|---|---|---|---|---|
| Japan | Utsunomiya | #1 | 25/29 | 50 |
| | Takatsuki | #1 | 33/28,32,36WV | 50 |
| | Total | | | 100 |
| Malaysia | Selangor | #1 | 20/21 | 130 |
| | | #2 | 15/25/29 | 100 |
| | Total | | | 230 |
| USA | Troy | #1 | 34 | 70 |
| | | #3 | 38 | 60 |
| | Total | | | 130 |
| Germany | Esslingen | #1 | W:28,32 | 100 |
| | | #2 | 29 | 100 |
| | Total | | | 200 |
| China | Bejing | #1 | 14/29 | 100 |
| | | #2 | 14 | 100 |
| | | #3 | 21/29 | 60 |
| | | #4 | 21 | 80 |
| | | #5 | 29 | 70 |
| | Total | | | 410 |
| Matsushita TOTAL | | | | 1070 |

CHU00125257

| | | CPT |
|---|---|---|
| ITALY | 월CAPA | |
| | domestic | |
| | overseas | 1260 |
| | TOTAL | 1260 |

CHU00125257

## OTHER C-CRT MAKER STATUS

| Maker | Location | P/J Line | Products | CPT | CDT | <CAPA:KP/M> Remarks |
|---|---|---|---|---|---|---|
| 彩虹 | Xianyang | #1 | 14 | 120 | | |
| | | #2 | 14 | 120 | | |
| | | #3 | 21 | 130 | | |
| | | #4 | 21 | 130 | | |
| | | #5 | 25 | 100 | | |
| | | #6 | D:15 | | 100 | |
| | | #7 | D:17 | | <120> | '01.Q3 start (with TSB 49%) |
| | | Total | | 600 | 100 | |
| BMCC | Beijing | #1 | 14/D:(14) | 100 | | '99.06 CDT drop |
| | | #2 | 21 | 100 | | |
| | | #3 | 21/29 | 80 | | 29"Flat |
| | | #4 | 25 | 120 | | |
| | | #5 | 29 | 80 | | |
| | | #6 | 34F | | | ? |
| | | #7 | D:17 | | | '01. start |
| | | Total | | 480 | 0 | |
| 永新 | Shanghai | #1 | 21 | 120 | | |
| | | #2 | 25 | 100 | | |
| | | #3 | 29 | 60 | | |
| | | #4 | 29/33/(32W) | 50 | | |
| | | #5 | D:15 | | <120> | '01.Q3 start (with TECO 44%) |
| | | #6 | D:17 | | <120> | " |
| | | Total | | 280 | 0 | |
| 東莞 | Dongguan | #1 | 25 | 130 | | |
| | | #2 | 25 | 100 | | |
| | | #3 | 29 | 80 | | |
| | | Total | | 230 | 0 | |
| 佛山 | Foshan | #1 | 29 | | | '99.Q2 TMM, '00.Q4 start |
| | | Total | | 0 | | |
| 福新 | Fuzhou | #1 | 21 | <40> | | 93.4Q Drop |
| | | Total | | | | |
| 上海電子管 | Shanghai | #1 | 14/20 | <25> | | GE Tech. |
| | | Total | | | | Merged by TSB |
| TECO | Kguanin | #1 | D:17 | | 100 | |
| (Taiwan) | | #2 | D:17 | | 100 | |
| | | Total | | | 200 | |
| THAI-CRT | Cholburi | #1 | 14 | 80 | | |
| (Thailand) | | #2 | 14/20 | 80 | | |
| | | #3 | 20/21 | 80 | | |

CHU00125257

| Maker | Location | P/J Line | Products | CPT | CDT | <CAPA:KP/M> Remarks |
|-------|----------|----------|----------|-----|-----|---------|
| | | #4 | 21/25/(W:20) | 60 | | |
| | | #5 | D:15/17 | | 120 | '00.04 start (Mit's) |
| | | Total | | 300 | 120 | |
| SAMTEL | Newdelhi | #1 | 21 | 120 | | |
| (India) | | #2 | 14 | 150 | | |
| | | #3 | CDT | | <100> | 98.1H. (?) |
| | | Total | | 270 | 0 | |
| J C T | Chandigarh | #1 | 20 | 70 | | |
| (India) | | #2 | 20/21 | 70 | | |
| | | Total | | 140 | 0 | |
| UPTRON | Newdelhi | #1 | 20/21 | 80 | | |
| (India) | | Total | | 80 | 0 | |
| RCT | Saopaulo | #1 | 20/21 | <30> | | |
| (Brazil) | | Total | | 0 | | |
| TESLA | Roznov | #1 | 22/25/26 | 50 | | |
| (Czecho) | | #2 | 25 | 50 | | |
| | | Total | | 100 | 0 | |
| E / I | Beograd | #1 | 20/22 | <50> | | Drop |
| (Yugo) | | Total | | 0 | 0 | |
| Chromatron | Moscow | 3 L | 16/24 | <60> | | Drop |
| NZEVP | Novosobirsk | 2 L | 24 | <30> | | Drop |
| NZEVP | Novgorod | 2 L | 24 | <50> | | Drop |
| ELTA | Jelezk | 2 L | 20/24 | <50> | | Drop |
| ZELTA | Zapruduja | 5 L | 14/20/21 | <120> | | |
| VELT | Voronezh | 5 L | | <150> | | |
| Russia Total | | | | 0 | 0 | |
| KINESKOP | Lvov | 2 L | 20/24/10 | <100> | | Drop |
| Ukraine Total | | | | 0 | 0 | |
| EKRANAS | Panevezis | #1 | 20/21/24 | 70 | | 95. 1.6MP |
| | | #2 | 14/20/21/24 | 70 | | 96. 1.8MP |
| | | #3 | 14 | 100 | | 97. 2.5MP Prod. |
| Lithuania Total | | | | 240 | 0 | |
| KORALL | Gomel | 3 L | 20/21 | <80> | | Drop ('96.0.3KP) |
| Belarus Total | | | | 0 | 0 | |
| OTHERS TOTAL | | | | 2240 | 420 | |

CHU00125257