# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-5944-SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER DENYING DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC'S MOTION FOR SUMMARY JUDGMENT** |
| This Document Relates to: <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; <br><br> *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-005723; <br><br> *Crago, d/b/a Dash Computers, Inc. et al., v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-02058; <br><br> *Electrograph Systems, Inc., et. al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br><br> *Interbond Coporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; <br><br> *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; <br><br> *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; <br><br> *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; <br><br> *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; <br><br> *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; <br><br> *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; <br><br> *Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686. | |

Upon consideration of Technologies Displays Americas LLC's Motion for Summary Judgment (Doc. 2984), all papers filed in support of and in opposition to said motion and the arguments of counsel, IT IS HEREBY ORDERED:

The Motion is DENIED.

Dated: _____, 2014

                                          HON. SAMUEL CONTI
                                    UNITED STATES DISTRICT JUDGE

3473947v1/012325

[PROPOSED] ORDER DENYING TECHNOLOGIES DISPLAYS AMERICAS LLC'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 07-5944; MDL NO. 1917
2