# EXHIBIT 1

## (FILED UNDER SEAL)

# EXHIBIT 2

## (FILED UNDER SEAL)

# EXHIBIT 3

## (FILED UNDER SEAL)

# EXHIBIT 4

## (FILED UNDER SEAL)

# EXHIBIT 5

## (FILED UNDER SEAL)

# EXHIBIT 6

## (FILED UNDER SEAL)

# EXHIBIT 7

## (FILED UNDER SEAL)

# EXHIBIT 8

## (FILED UNDER SEAL)

# EXHIBIT 9

## (FILED UNDER SEAL)

# EXHIBIT 10

## (FILED UNDER SEAL)

# EXHIBIT 11

## (FILED UNDER SEAL)

# EXHIBIT 12

## (FILED UNDER SEAL)

# EXHIBIT 13

## (FILED UNDER SEAL)

# EXHIBIT 14

## (FILED UNDER SEAL)

# EXHIBIT 15

## (FILED UNDER SEAL)

# EXHIBIT 16

## (FILED UNDER SEAL)

# EXHIBIT 17

## (FILED UNDER SEAL)

# EXHIBIT 18

## (FILED UNDER SEAL)

# EXHIBIT 19

## (FILED UNDER SEAL)

# EXHIBIT 20

## (FILED UNDER SEAL)

# EXHIBIT 21

## (FILED UNDER SEAL)

# EXHIBIT 22

## (FILED UNDER SEAL)

# EXHIBIT 23

## (FILED UNDER SEAL)

# EXHIBIT 24

## (FILED UNDER SEAL)

# EXHIBIT 25

## (FILED UNDER SEAL)

# EXHIBIT 26

## (FILED UNDER SEAL)

# EXHIBIT 27

## (FILED UNDER SEAL)

# EXHIBIT 28

## (FILED UNDER SEAL)

# EXHIBIT 29

## (FILED UNDER SEAL)

# EXHIBIT 30

## (FILED UNDER SEAL)

# EXHIBIT 31

## (FILED UNDER SEAL)

# EXHIBIT 32

## (FILED UNDER SEAL)

# EXHIBIT 33

## (FILED UNDER SEAL)