Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com
         srandall@knpa.com

*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **KMART'S  JOINDER TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON STATE LAW CLAIMS LIMITED TO INTRASTATE ACTIVITY** |
| *Kmart Corp. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05514-SC | |
| *Kmart Corp. v. Technicolor, S.A., et al.,* No. 3:13-cv-05262-SC | |
| | The Honorable Samuel Conti |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kmart Corporation hereby joins Plaintiffs' Response in Opposition to Defendants' Motion For Partial Summary Judgment on State Law Claims Limited to Intrastate Activity. (Dkt. 3252).

For the same reasons that Defendants' motion should be denied as to BrandSmart, Office Depot, and Best Buy, it should be denied as to Kmart.

It is undisputed that during the period between 1995 and March of 2005, Kmart was headquartered in Troy, Michigan, and did all of its CRT Product purchasing from that location, including all negotiations and the issuance of all purchase orders. *See* Exhibits 1–2 to Declaration of Samuel Randall. After March of 2005, Kmart relocated to Hoffman Estates, Illinois and entered into a business combination with Sears, Roebuck and Co. *See id.* Defendants' motion does not challenge claims brought under Illinois law, and for that reason, the motion applies only to Kmart's purchases made prior to its relocation.

Accordingly, the Michigan Antitrust Reform Act, Michigan Comp. L.A. § 445.771 *et seq.* ("MARA") supports Kmart's cause of action because it was a Michigan resident injured within the state as a result of Defendants' anticompetitive conduct. *See Sheet Metal Workers Local 441 Health & Welfare Plan v. GlaxoSmithKline, PLC*, 737 F.Supp.2d 380, 396 (E.D.Pa. Sept. 7, 2010) (rejecting construction of MARA that would apply only to intrastate or predominantly intrastate activity and holding that the intra-Michigan purchase of a product elevated at supracompetitive prices is sufficient to support a claim under that law); *see also In re Ductile Iron Pipe Fittings Indirect Purchaser Antitrust Litigation*, No. 12-169, 2013 WL 5503308, at \*22 (D.N.J. Oct. 2, 2013) (following *Sheet Metal Workers*).

2

Dated:  December 23, 2014

Respectfully submitted,

*s/Samuel J. Randall*

Richard Alan Arnold, Esq. (admitted *pro hac vice*)
William J. Blechman, Esq. (admitted *pro hac vice*)
Kevin J. Murray, Esq. (admitted *pro hac vice*)
Samuel J. Randall, Esq. (admitted *pro hac vice*)
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail:   rarnold@knpa.com
               wblechman@knpa.com
               kmurray@knpa.com
               srandall@knpa.com

**Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.**

## DECLARATION OF SERVICE

I, Samuel Randal, declare that on December 23, 2014, I caused a true and correct copy of the above-styled document to be filed on CM/ECF, effecting service on all counsel of record in the above-captioned matter.

*s/Samuel J. Randall*