William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs ABC Appliance, Inc., Electrograph Systems, Inc., and Electrograph Technologies Corp., Interbond Corporation of America, MARTA Cooperative of America, Inc., Office Depot, Inc., P.C. Richard & Son Long Island Corporation, Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corporation and Tech Data Product Management, Inc.*

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;<br><br>*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;<br><br>*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510;<br><br>*Siegel v. Technicolor SA, et al.,* No.13-cv-05261;<br><br>*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262; | **DAPs' OPPOSITION TO MITSUBISHI ELECTRIC SUBSIDIARIES' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Samuel Conti<br><br>Date: February 6, 2015<br><br>Time: 10:00 AM<br><br>Place: Courtroom 1, 17th Floor |

PLAINTIFFS' OPPOSITION TO
MITSUBISHI ELECTRIC SUBSIDIARIES'
MOTION FOR SUMMARY JUDGMENT

Case No. 07-5944-SC; MDL No. 1917

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

PLAINTIFFS' OPPOSITION TO MITSUBISHI ELECTRIC SUBSIDIARIES' MOTION FOR SUMMARY JUDGMENT

Case No. 07-5944-SC; MDL No. 1917

Pursuant to Fed. R. Civ. P. 56(d), the undersigned Direct Action Plaintiffs (the "DAPs") hereby oppose the Motion for Summary Judgment [Dkt. 3048 (Nov. 7, 2014)] (the "Motion") brought by Defendants Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc. (collectively, the "Mitsubishi U.S. Defendants").[1]

Pursuant to the Court's order granting the DAPs' motion to extend the discovery cut-off to depose Mitsubishi witnesses [Dkt. 3071 (Nov. 12, 2014)], discovery against the Mitsubishi U.S. Defendants remains open. Depositions against two Mitsubishi witnesses took place in December, and Mitsubishi has agreed to produce an additional Mitsubishi witness implicated in the CRT conspiracy (Kunihiko Seki) for a deposition in January. *See* Declaration of Philip Iovieno in Support of the DAPs' Opposition to the Motion ("Iovieno Decl.") at ¶ 2. As detailed in the DAPs' opposition to Mitsubishi Electric Corporation's Motion for Summary Judgment Based Upon Absence of Evidence of Liability [Dkt. 3037 (Nov. 7, 2014)], which is being filed concurrently with this opposition, the depositions of Mitsubishi witnesses that have taken place to date, in addition to document and written discovery from Mitsubishi, have corroborated the explicit admission of another Defendant in this case that Mitsubishi Electric directly participated in the CRT conspiracy. Furthermore, and as reflected in the DAPs' opposition to Mitsubishi Electric's motion, discovery from Mitsubishi has resulted in a significant volume of additional evidence of Mitsubishi Electric's participation in the conspiracy.

While the DAPs are not presently aware evidence which may be set forth in opposition to the Mitsubishi U.S. Defendants' Motion regarding their participation in the conspiracy, it is premature to make a final statement on this issue as such evidence may be uncovered in light of the DAPs' ongoing discovery efforts against Mitsubishi. Iovieno Decl. at ¶ 3. Given that discovery against Mitsubishi is still open and the possibility that evidence relevant to the determination whether the Mitsubishi U.S. Defendants participated in the conspiracy may yet be adduced, the DAPs respectfully submit that the Motion is premature as brought by the Mitsubishi

---

[1] Defendants LGE Electronics U.S.A., Inc. and LG Electronics Taiwan Taipei Co. Ltd. also joined the Motion, but the parties have voluntary stipulated to dismissal of these LG defendants, as to whom the Motion has been withdrawn. *See* Dkt. 3237 (Dec. 22, 2014).

PLAINTIFFS' OPPOSITION TO MITSUBISHI ELECTRIC SUBSIDIARIES' SUMMARY JUDGMENT  Case No. 07-5944-SC; MDL No. 1917

U.S. Defendants.  The DAPs respectfully request that decision on the Motion be denied or deferred pursuant to Fed. R. Civ. P. 56(d) until such time as discovery against Mitsubishi has concluded and the DAPs have an opportunity to review the complete evidentiary record and, if necessary, submit the relevant portions of that record to the Court as it relates to the Motion.

DATED:  December 23, 2014            /s/  Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
           anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Liason Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs ABC Appliance, Inc., CompuCom Systems, Inc., Electrograph Systems, Inc., and Electrograph Technologies Corp., Interbond Corporation of America, MARTA Cooperative of America, Inc.,Office Depot, Inc.,  P.C. Richard & Son Long Island Corporation, Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corporation and Tech Data Product Management, Inc.*

/s/  Scott N. Wagner

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom

PLAINTIFFS' OPPOSITION TO MITSUBISHI ELECTRIC SUBSIDIARIES' SUMMARY JUDGMENT                    Case No. 07-5944-SC; MDL No. 1917

|   |   |
|---|---|
| 1 | BILZIN SUMBERG MAENA PRICE & AXELROD LLP |
| 2 | 1450 Brickell Ave, Suite 2300 |
|   | Miami, FL 33131-3456 |
| 3 | Tel:   305-374-7580 |
|   | Fax:   305-374-7593 |
| 4 | Email:  rturken@bilzin.com |
|   |           swagner@bilzin.com |
| 5 |           mwidom@bilzin.com |

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

*/s/  Cori G. Moore*

David J. Burman (pro hac vice)
Cori G. Moore (pro hac vice)
Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg (pro hac vice)
Steven D. Merriman (pro hac vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile:   (206)359-9000
Email:  DBurman@perkinscoie.com
         CGMoore@perkinsncoie.com
         EWeiss@perkinscoie.com
         NHesterberg@perkinscoie.com
         SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415)344-7120
Facsimile:   (415)344-7320
Email: JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

*/s/  David Martinez*

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone: (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
         dmartinez@rkmc.com
         jscasselman@rkmc.com

PLAINTIFFS' OPPOSITION TO MITSUBISHI ELECTRIC SUBSIDIARIES' SUMMARY JUDGMENT                                  Case No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| 1 | |
| 2 | Elliot S. Kaplan |
|   | K. Craig Wildfang |
| 3 | Laura E. Nelson |
|   | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 4 | 800 LaSalle Avenue |
|   | 2800 LaSalle Plaza |
| 5 | Minneapolis, MN 55402 |
|   | Telephone: (612) 349-8500 |
| 6 | Facsimile: (612) 339-4181 |
|   | Email: eskaplan@rkmc.com |
| 7 |         kcwildfang@rkmc.com |
|   |         lenelson@rkmc.com |

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

/s/  Michael P. Kenny

Michael P. Kenny
Debra D. Bernstein
Matthew D. Kent
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404)-881-7000
Facsimile:  (404)-881-7777
Email: mike.kenny@alston.com
        debra.bernstein@alston.com
        matthew.kent@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
KERR & SAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Telephone: (415)-371-8500
Facsimile:  (415)371-0500
Email: wagstaffe@kerrwagstaffe.com

*Counsel For Plaintiffs Dell Inc. and Dell Products L.P.*

/s/  William J. Blechman

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel:   305-373-1000
Fax:  305-372-1861

PLAINTIFFS' OPPOSITION TO
MITSUBISHI ELECTRIC SUBSIDIARIES'
SUMMARY JUDGMENT

Case No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| 1 | Email:  rarnold@knpa.com |
| 2 | wblechman@knpa.com |
| | kmurray@knpa.com |

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

/s/  Kenneth S. Marks
_____

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email:  lgodfrey@sumangodfrey.com
            kmarks@susmangodfrey.com
            jross@susmangodfrey.com
            jcarter@susmangodfrey.com
            dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email:  pfolse@susmangodfrey.com
            rblack@susmangodfrey.com
            jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/  Jason C. Murray
_____

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone: 213-443-5582
Facsimile:   213-622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.

PLAINTIFFS' OPPOSITION TO MITSUBISHI ELECTRIC SUBSIDIARIES' SUMMARY JUDGMENT                                    Case No. 07-5944-SC; MDL No. 1917

Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

PLAINTIFFS' OPPOSITION TO
MITSUBISHI ELECTRIC SUBSIDIARIES'
SUMMARY JUDGMENT

Case No. 07-5944-SC; MDL No. 1917