ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Cynthia Hernandez, Bar No. 285770
CHernandez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:     310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; and BESTBUY.COM, L.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br>**The Honorable Samuel Conti**<br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e) AND 7-11** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06275-SC<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC | |

\

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 7-11 and 79-5, Best Buy,[1] BrandsMart,[2] and Office Depot[3] (collectively, "Plaintiffs") respectfully request an order permitting Plaintiffs to file under seal portions of their Opposition in response to the Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds filed by Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) SDN. BHD (the "Consolidated Opposition") on Page 8 and the entirety of Exhibits 3-5 ("Designated Exhibits") to the Declaration of David Martinez filed in support of the Consolidated Opposition.

Plaintiffs requests that the Designated Exhibits be filed under seal pursuant to Civil Local Rule 79-5(d). Specifically, they refer to, contain, and/or reflect excerpts of documents and testimony that have been designated as "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 by Judge Samuel Conti in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC (MDL No. 1917), in the United States District Court for the Northern District of California, San Francisco Division ("*CRT Antitrust MDL*"). The Stipulated Protective Order is document number 306 on the Court's docket in the *CRT Antitrust MDL*. The confidential/highly confidential designations have been made by certain of the defendants in the *CRT Antitrust MDL*. To qualify under the Stipulated Protective Order as "confidential" or "highly confidential," the information must contain trade secrets or other confidential research, development or commercial information or other private or competitively sensitive information. (¶1).

Plaintiffs are filing redacted copies of their Consolidated Opposition and the Designated Exhibits in accordance with Civil Local Rule 79-5. Plaintiffs are also filing under seal an unredacted version of the Consolidated Opposition and Designated Exhibits, which indicate by light grey highlighting the portions of the Consolidated Opposition that have been omitted from the redacted version due to "confidential" or "highly confidential" designations.

---

[1] "Best Buy" refers collectively to Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P. and Bestbuy.com, L.L.C.
[2] "BrandsMart" refers to Interbond Corporation of America.
[3] "Office Depot" refers to Office Depot, Inc.

Plaintiffs submit this Application as the party wishing to file documents referencing, containing, or analyzing, in whole or in part, the documents described above. Plaintiffs attach hereto the Declaration of Cynthia C. Hernandez in support of this Application. Contemporaneous with filing this Application, Plaintiffs are giving notice to the defendants in the *CRT Antitrust MDL* of this Application and of the Consolidated Opposition and Designated Exhibits to be filed in this case. Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality pursuant to the provisions of the Stipulated Protective Order.

Accordingly, Plaintiffs request that the Court grant this Administrative Motion to File Under Seal portions of the Consolidated Opposition and the entirety of the Designated Exhibits.

DATED: December 22, 2014    Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ David Martinez
    Roman M. Silberfeld
    David Martinez
    Cynthia C. Hernandez

**Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, LLC**

DATED: December 22, 2014    **BOIES, SCHILLER & FLEXNER LLP**

By: /s/ Stuart H. Singer
    Stuart H. Singer

**ATTORNEYS FOR INTERBOND CORPORATION OF AMERICA AND OFFICE DEPOT, INC.**

60915576.1