ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Cynthia Hernandez, Bar No. 285770
CHernandez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:    310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; and BESTBUY.COM, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**The Honorable Samuel Conti**<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513-SC<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06275-SC<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06276-SC | |

Having considered the motion regarding whether certain documents lodged with the Court by Best Buy, BrandsMart and Office Depot (collectively, "Plaintiffs") should be filed under seal pursuant to Local Rules 7-10 and 79-5, and good cause appearing, the motions is hereby GRANTED.

It is hereby ordered that the following document shall remain under seal:

- Portions of the Opposition in response to the Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds filed by Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) SDN. BHD (the "Consolidated Opposition") on Page 8 and the entirety of Exhibits 3-5 ("Designated Exhibits") to the Declaration of David Martinez filed in support of the Consolidated Opposition.

IT IS FURTHER ORDERED that, to maintain the effect of the Seal under Civil Local Rule 79-5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents of their contents absent further order of the Court.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE SAMUEL CONTI
United States District Court Judge

60915579.1

Master Case No. 3:07-5944-SC - 2 -

[PROPOSED] ORDER