Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**SEARS AND KMART'S JOINDER TO BEST BUY'S RESPONSE IN OPPOSITION TO CHUNGHWA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS**<br><br><br>The Honorable Samuel Conti |
| This Document Relates To:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd. et al.,* No. 3:11-cv-05514-SC | |

Sears, Roebuck and Co. ("Sears"), and Kmart Corporation ("Kmart") hereby join Best Buy's Response in Opposition to Chunghwa's Motion for Partial Summary Judgment on Due Process Grounds. (Dkt. 3258).

Chunghwa's motion should be denied as to Kmart and Sears for the same reason discussed in Best Buy's response brief.

It is undisputed that Sears purchased CRT Products from its headquarters in Hoffman Estates, Illinois throughout the relevant period, including all negotiations and the issuance of all purchase orders. *See* Exhibits 1–2 to Declaration of Samuel Randall (attached). It is also undisputed that during the period between 1995 and March of 2005, Kmart was headquartered in Troy, Michigan, and did all of its CRT Product purchasing from that location, including all negotiations and the issuance of all purchase orders. *See* Exhibits 2–3 to Declaration of Samuel Randall. After March of 2005, Kmart relocated to Hoffman Estates, Illinois and entered into a business combination with Sears, Roebuck and Co. *See id.*

Accordingly, the Michigan Antitrust Reform Act and the Illinois Antitrust Act, both of which are patterned after the Sherman Act,[1] support Sears and Kmart's state-law causes of action, based on purchases of price-fixed made from their states of residence. *See In re Lorazepam & Clorazepate Antitrust Litigation,* 295 F. Supp. 2d 30, 49–50 (D.D.C. 2003) (holding that Illinois company could assert a claim under Illinois Antitrust Act even for sales occurring in Texas and New Mexico that were "*wholly outside*" *of Illinois*) (emphasis added); *Sheet Metal Workers Local 441 Health & Welfare Plan v. GlaxoSmithKline, PLC*, 737 F.Supp.2d 380, 396 (E.D.Pa. Sept. 7, 2010) (holding that the intra-Michigan purchase of a product elevated at supracompetitive prices is actionable under the MARA). And as Best Buy correctly explains in its motion, the assertion of these claims by Sears and Kmart is entirely consistent with due process.

---

[1] *See ETT Ambulance Serv. Corp. v. Rockford Ambulance, Inc.,* 516 N.W.2d 498 (1994) (Michigan's antitrust laws are patterned after the Sherman Act); *Ill. ex rel. Burris v. Panhandle E. Pile Line Co.,* 935 F.2d 1469, 1479-80 (7th Cir.1991) (same as to Illinois Antitrust Act).

Dated: December 23, 2014  Respectfully submitted,

*s/Samuel J. Randall*

Richard Alan Arnold, Esq. (admitted *pro hac vice*)
William J. Blechman, Esq. (admitted *pro hac vice*)
Kevin J. Murray, Esq. (admitted *pro hac vice*)
Samuel J. Randall, Esq. (admitted *pro hac vice*)
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

***Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.***

## DECLARATION OF SERVICE

I, Samuel Randal, declare that on December 23, 2014, I caused a true and correct copy of the above-styled document to be filed on CM/ECF, effecting service on all counsel of record in the above-captioned matter.

*s/Samuel J. Randall*