1  Robert W. Turken
2  Scott N. Wagner
   Mitchell E. Widom
3  BILZIN SUMBERG BAENA PRICE &
   AXELROD LLP
4  1450 Brickell Avenue, Suite 2300
   Miami, Florida 33131-3456
5  Telephone:  305-374-7580
   Facsimile:  305-374-7593
6  E-mail:  rturken@bilzin.com; swagner@bilzin.com;
7              mwidom@bilzin.com;

8  Stuart H. Singer
   BOIES, SCHILLER, & FLEXNER LLP
9  401 East Las Olas Boulevard, Suite 1200
   Fort Lauderdale, Florida 33301
10 Telephone: (954) 356-0011
11 Facsimile: (954) 356-0022
   E-mail:  ssinger@bsfllp.com
12
13 *Counsel for Plaintiffs Tech Data Corporation
   and Tech Data Product Management, Inc.*

14          **UNITED STATES DISTRICT COURT**
15        **NORTHERN DISTRICT OF CALIFORNIA**
              **(SAN FRANCISCO DIVISION)**
16
   In re: CATHODE RAY TUBE (CRT)        Individual Case No. 13-CV-00157-SC
17 ANTITRUST LITIGATION
                                        Master File No.  07-cv-5944-SC (N.D. Cal)
18 _____
                                        MDL No. 1917
19 This Document Relates to:
                                        **STIPULATION OF DISMISSAL**
20 *Tech Data Corp., et al. v. Hitachi, Ltd.*, et   **WITHOUT PREJUDICE**
   al., No.13-cv-00157;
21
22
23                                      Before the Honorable Samuel Conti
24
25
26
27
28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data") and Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") as follows:

1.      Tech Data's claims against BMCC in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2.      BMCC's Motions for Summary Judgment [MDL Dkt. 2987, 2990] are withdrawn as to Tech Data.

3.      Each party shall bear its own attorneys' fees and costs.

4.      This stipulation does not affect the rights or claims of Tech Data against any other defendant or alleged co-conspirator in this litigation.

5.      WHEREFORE, the undersigned parties respectfully request that the Court enter the accompanying Proposed Order reflecting the terms of this Stipulation.

**IT IS SO STIPULATED.**

Dated: December 23, 2014.            FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:   */s/ Richard Snyder*
_____
Richard Snyder (*pro hac vice*)
Terry Calvani (53260)
Christine Laciak (*pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
Email: christine.laciak@freshfields.com

Michael Lacovara (209279)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: 212 277 4000
Facsimile: 212 277 4001
Email: michael.lacovara@freshfields.com

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1   Dated: December 23, 2014.                    /s/Scott N. Wagner
2                                          Robert W. Turken
                                           Scott N. Wagner
3                                          Mitchell E. Widom
                                           BILZIN SUMBERG BAENA PRICE &
4                                          AXELROD LLP
                                           1450 Brickell Ave., Suite 2300
5                                          Miami, Florida 33131-3456
                                           Telephone:  (305) 374-7580
6                                          Facsimile:  (305) 374-7593
7                                          E-mail:       rturken@bilzin.com
                                                         swagner@bilzin.com
8                                                        mwidom@bilzin.com

9                                          STUART H. SINGER
                                           BOIES, SCHILLER, & FLEXNER LLP
10                                         401 East Las Olas Boulevard, Suite 1200
                                           Fort Lauderdale, Florida 33301
11                                         Telephone: (954) 356-0011
                                           Facsimile: (954) 356-0022
12                                         E-mail:       ssinger@bsfllp.com
13
                                           WILLIAM A. ISAACSON
14                                         MELISSA WILLETT
                                           BOIES, SCHILLER & FLEXNER
15                                         5301 Wisconsin Ave. NW, Suite 800
                                           Washington, DC 20015
16                                         Telephone:  (202) 237-2727
                                           Facsimile:  (202) 237-6131
17                                         E-mail:       wisaacson@bsfllp.com
                                                         mwillett@bsfllp.com
18
                                           PHILIP J. IOVIENO
19                                         BOIES, SCHILLER & FLEXNER
                                           30 South Pearl Street, 11th Floor
20                                         Albany, NY 12207
                                           Telephone:  (518) 434-0600
21                                         Facsimile:  (518) 434-0665
22                                         E-mail:       piovieno@bsfllp.com

23                                         *Counsel for Plaintiffs Tech*
24                                         *Data Corporation and Tech Data Product*
                                           *Management, Inc.*
25

26          Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

27   document has been obtained from each of the above signatories.

28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on December 23, 2014.

/s/Scott N. Wagner_____
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION DISMISSING DEFENDANT BMCC
(Case No. 3:07-cv-05944)

MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)