**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 | **[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The claims filed by Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. (collectively, "Tech Data") against Beijing Matsushita Color CRT Co., Ltd. ("BMCC") in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2. BMCC's Motions for Summary Judgment [MDL Dkt. 2987, 2990] are withdrawn as to Tech Data.

3. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:_____     _____
                                        The Honorable Samuel Conti
                                        United States District Judge