Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney *(pro hac vice)*
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jmurphy@crowell.com
            mmcburney@crowell.com
            aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-443-5582
Facsimile:  213-622-2690
Email:  jmurray@crowell.com
            rmcnary@crowell.com

*Counsel For ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation  v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | **VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Plaintiff ViewSonic Corporation (hereafter "ViewSonic") respectfully submits this Administrative Motion for a Sealing Order regarding its Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation (the "Opposition"). The following materials are submitted under seal: (a) the highlighted portions of ViewSonic's Opposition; and (b) Exhibits 4 and 53-57 to the Declaration of Astor H. L. Heaven in Support of ViewSonic's Opposition ("Heaven Opposition Declaration").

This motion is supported by the Declaration of Astor H. L. Heaven in Support of Plaintiff ViewSonic's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated December 23, 2014 and filed concurrently herewith ("Heaven Sealing Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Exhibits 4 and 53-57 to the Heaven Opposition Declaration are documents and testimony designated as "Confidential" or "Highly Confidential" by defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd. under the terms of the Stipulated Protective Order entered in this case (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142). The highlighted portions of ViewSonic's Opposition reference confidential information contained in Exhibits 4 and 53-57.

ViewSonic seeks to submit these materials under seal in good faith, in compliance with the Stipulated Protective Order and this Court's Local Rules. ViewSonic respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5, and, though this submission, hereby notifies the designating parties of their burden to establish that the designated material is properly sealable.

Dated: December 23, 2014

Respectfully Submitted,
*/s/ Jason C. Murray*
Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)

| | |
|---|---|
| 1 | CROWELL & MORING LLP |
| 2 | 515 South Flower St., 40th Floor<br>Los Angeles, CA 90071 |
| 3 | Telephone: 213-443-5582<br>Facsimile: 213-622-2690 |
| 4 | Email: jmurray@crowell.com<br>          rmcnary@crowell.com |

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
          aheaven@crowell.com

*Counsel for ViewSonic Corporation*