1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

13
14
15
16
17
18
19
20

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | **[PROPOSED] ORDER GRANTING VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

21
22
23
24
25
26
27
28

Upon consideration of ViewSonic Corporation's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with its Reply in Support of its Motion for Leave to File a Surreply in Opposition to the Panasonic Defendants' Motion to Dismiss and to Compel Arbitration, it is hereby ORDERED that the motion is GRANTED. The Clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
|---|---|
| ViewSonic Corporation's Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing | The highlighted portions of: 3:4-6; 5:1,7; 7:8-9; 9:3-10; 10:1-3; 10:17-18; 11:1; 18:16-17; 21:6-7; 22:4-5, 7-9; 23:6.<br><br>Footnotes: 4, 7, 11, 12, 17, 21, 24, 28, 29, 31, 39, 48, 61, 76, 78, 79. |
| Exhibit 4 to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing | Entire exhibit |
| Exhibit 53 to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing | Entire exhibit |
| Exhibit 54 to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing | Entire exhibit |
| Exhibit 55 to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing | Entire exhibit |
| Exhibit 56 to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd.'s Motion for Partial | Entire exhibit |

| | |
|---|---|
| Summary Judgment for Lack of Standing | |
| Exhibit 57 to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing | Entire exhibit |

IT IS SO ORDERED.

Dated: _____

                                                Hon. Samuel Conti
                                                United States District Judge