ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Cynthia Hernandez, Bar No. 285770
CHernandez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; BESTBUY.COM, L.L.C.; and
MAGNOLIA HI-FI, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**The Honorable Samuel Conti**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11** |
| This document relates to:<br><br>DIRECT PURCHASER ACTIONS | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 7-11 and 79-5, Direct Action Purchaser Plaintiffs[1] (collectively, "Plaintiffs") respectfully request an order permitting Plaintiffs to file under seal portions of their Opposition to Defendant LG Electronics, Inc ("LGE's") Motion for Partial Summary Judgment on Withdrawal Grounds (the "Consolidated Opposition") on pages 1, 3-15, 18-20, and 22-24 and the entirety of Exhibits 1-2, 4-7, 9-28, 30-57, and 59-60 ("Designated Exhibits") to the Declaration of David Martinez filed in support of the Consolidated Opposition.

Plaintiffs requests that the Designated Exhibits be filed under seal pursuant to Civil Local Rule 79-5(d). Specifically, they refer to, contain, and/or reflect excerpts of documents and testimony that have been designated as "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 by Judge Samuel Conti in *In re Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 07-5944-SC (MDL No. 1917), in the United States District Court for the Northern District of California, San Francisco Division ("*CRT Antitrust MDL*"). The Stipulated Protective Order is document number 306 on the Court's docket in the *CRT Antitrust MDL*. The confidential/highly confidential designations have been made by certain of the defendants in the *CRT Antitrust MDL*. To qualify under the Stipulated Protective Order as "confidential" or "highly confidential," the information must contain trade secrets or other confidential research, development or commercial information or other private or competitively sensitive information. (¶1).

Plaintiffs are filing redacted copies of their Consolidated Opposition and the Designated Exhibits in accordance with Civil Local Rule 79-5. Plaintiffs are also filing under seal an unredacted version of the Consolidated Opposition and Designated Exhibits, which indicate by light grey highlighting the portions of the Consolidated Opposition that have been omitted from

---

[1] The DAPs include Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C. and Magnolia Hi-Fi, LLC (collectively, "Best Buy"), "), ABC Appliance, Inc. d/b/a ABC Warehouse, Interbond Corporation of America, CompuCom Systems, Inc., Costco Wholesale Corp., Dell Inc. and Dell Products L.P., Electrograph Systems, Inc. and Electrograph Technologies Corp., MARTA Cooperative of America, Inc., Office Depot, Inc., P.C. Richard & Son Long Island Corp., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Sears, Roebuck and Co. and Kmart Corp., Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc., Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, Target Corp., Tech Data Corp. and ViewSonic Corp.

the redacted version due to "confidential" or "highly confidential" designations.

Plaintiffs submit this Application as the party wishing to file documents referencing, containing, or analyzing, in whole or in part, the documents described above. Plaintiffs attach hereto the Declaration of Cynthia C. Hernandez in support of this Application. Contemporaneous with filing this Application, Plaintiffs are giving notice to the defendants in the *CRT Antitrust MDL* of this Application and of the Consolidated Opposition and Designated Exhibits to be filed in this case. Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality pursuant to the provisions of the Stipulated Protective Order.

Accordingly, Plaintiffs request that the Court grant this Administrative Motion to File Under Seal portions of the Consolidated Opposition and the entirety of the Designated Exhibits.

DATED: December 23, 2014   Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ David M. Martinez
    Roman M. Silberfeld
    David Martinez
    Cynthia C. Hernandez

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, LLC