ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Cynthia Hernandez, Bar No. 285770
CHernandez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; BESTBUY.COM, L.L.C.; and
MAGNOLIA HI-FI, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**The Honorable Samuel Conti** |
| This document relates to:<br><br>DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11** |

Having considered the motion regarding whether certain documents lodged with the Court by Best Buy and the DAPs should be filed under seal pursuant to the Civil Local Rules 7-10 and 79-5, and good cause appearing, the motions is hereby GRANTED.

It is hereby ordered that the following document shall remain under seal:

- Portions of the Opposition to Defendant LG Electronics, Inc ("LGE's") Motion for Partial Summary Judgment on Withdrawal Grounds (the "Consolidated Opposition") on pages 1, 3-15, 18-20, and 22-24 and the entirety of Exhibits 1-2, 4-7, 9-28, 30-57, and 59-60 ("Designated Exhibits") to the Declaration of David Martinez filed in support of the Consolidated Opposition.

IT IS FURTHER ORDERED that, to maintain the effect of the Seal under Civil Local Rule 79-5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents of their contents absent further order of the Court.

**IT IS SO ORDERED.**

DATED: _____     _____
                                    HONORABLE SAMUEL CONTI
                                    United States District Court Judge

Master Case No. 3:07-5944-SC
60911488.1
- 2 -

[PROPOSED] ORDER