# Exhibit 1

Page 1

*** HIGHLY CONFIDENTIAL ***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Case No. 3:07-cv-05944 SC

MDL No. 1917

------------------------------------x

IN RE:  CATHODE RAY TUBE (CRT)

       ANTITRUST LITIGATION

------------------------------------x

This Document Relates to:

ALL ACTIONS

------------------------------------x

                                   Taipei 101 Tower

                                   Xinyi Road

                                   Taipei City, 11049

                                   Taiwan

                                   February 19, 2013

                                   9:41 a.m.

     Volume I of III

     DEPOSITION of CHIH CHUN-LIU, held at the aforementioned time and place, before Audrey Shirley, Qualified Realtime Reporter, MBIVR

| | | |
|---|---|---|
| 09:54:32:000 | 1 | Q.   All right.  And after 2000, what was |
| 09:54:36:000 | 2 | your next position at Chunghwa? |
| 09:54:43:000 | 3 | A.   Sales VP, Vice President. |
| 09:54:46:000 | 4 | Q.   And how long were you sales VP at |
| 09:54:50:000 | 5 | Chunghwa? |
| 09:54:57:000 | 6 | A.   Till the time I retired. |
| 09:54:59:000 | 7 | Q.   So, from approximately 2000 to 2005 you |
| 09:55:03:000 | 8 | served as sales VP for Chunghwa? |
| 09:55:17:000 | 9 | A.   Yes. |
| 09:55:17:001 | 10 | Q.   And when you were sales manager what |
| 09:55:22:000 | 11 | was your duties and responsibilities as sales |
| 09:55:25:000 | 12 | manager from approximately 1992 to 2000, please? |
| 09:55:58:000 | 13 | A.   My responsibilities covered the sales |
| 09:56:03:000 | 14 | activities and the market situations of all the |
| 09:56:11:000 | 15 | CPT's products. |
| 09:56:16:000 | 16 | Q.   And what were CPT's products at this |
| 09:56:22:000 | 17 | time? |
| 09:56:59:000 | 18 | A.   I cannot say for sure the sequence of |
| 09:57:05:000 | 19 | products into the market but generally they were |
| 09:57:24:000 | 20 | black and white TV tubes, monochrome display |
| 09:57:29:000 | 21 | tubes, color picture tubes, color display tubes |
| 09:57:33:000 | 22 | and, in the later stage, LCDs. |
| 09:57:37:000 | 23 | It was not the sequence, I cannot remember |
| 09:57:43:000 | 24 | the timing of those products into the market. |
| 09:57:53:000 | 25 | Q.   When you served as sales director from |

```
10:36:52:001  1        A.   Culture?
10:37:07:000  2        Q.   Yes.  What I -- sorry, go ahead.
10:37:57:000  3        A.   Chunghwa picture tubes has been a local
10:38:04:000  4   Taiwanese company, even though it is a listed
10:38:09:000  5   company it is a Lin family enterprise.  Company
10:38:34:000  6   is a subsidiary of Tatung company.  Founder T. S.
10:38:43:000  7   Lin was an entrepreneur of nationalism; the
10:38:56:000  8   company started right after the government moved
10:38:58:000  9   to Taiwan, so it focused on integrity, honesty,
10:39:04:000 10   diligence and conservation.  I think it has been
10:39:17:000 11   very prone to features like a family enterprise.
10:39:43:000 12        Q.   Are you done?  I'm sorry.
10:39:47:000 13             THE INTERPRETER:  Yes.
10:39:52:000 14             THE WITNESS:  I don't know what you are
10:39:59:000 15   asking about so I give you a very rough answer.
10:40:02:000 16   BY MR. SAVERI:
10:40:03:000 17        Q.   No, thank you, that was what I was
10:40:04:000 18   looking for, thank you.  So is the Lin family
10:40:06:000 19   very involved then in the Chunghwa company?
10:40:21:000 20             MR. LAU:  Objection; vague.
10:40:27:000 21             THE WITNESS:  Yes.
10:40:27:001 22   BY MR. SAVERI:
10:40:29:000 23        Q.   And you've indicated you reported to
10:40:31:000 24   C.Y. Lin at the end of your career; is that
10:40:34:000 25   correct?
```

Page 37

```
10:40:34:000  1        A.   Not later half of my career.  I almost
10:41:00:000  2   reported to him throughout the years directly.
10:41:07:000  3        Q.   And how would you describe Mr. C.Y. Lin
10:41:10:000  4   as President?  Is he a hands-on President?  Is he
10:41:13:000  5   hands-off?  How would you describe Mr. C.Y. Lin
10:41:18:000  6   as President?
10:42:13:000  7        A.   C.Y. Lin is very smart, highly capable.
10:42:22:000  8   He is a very loved son of the -- of his father.
10:42:31:000  9   His father gave him great powers.  But for
10:42:38:000 10   interference he would have managed the company to
10:42:44:000 11   great success.  He is a person of strong
10:42:52:000 12   efficiency.  He has all the major points in
10:43:03:000 13   control, but he does not oversee every details.
10:43:18:000 14        Q.   During the period of time when you
10:43:21:000 15   reported to Mr. C.Y. Lin, on any major pricing
10:43:28:000 16   decision would you have to get approval from
10:43:30:000 17   Mr. Lin?
10:43:45:000 18        MR. TALADAY:  Objection; vague.
10:44:27:000 19        THE WITNESS:  I reported to him from time
10:44:29:000 20   to time, not necessarily for his approvals.  The
10:44:35:000 21   pricing or the prices in the market were very
10:44:40:000 22   clear.  Actually I can decide on my own for 80 to
10:44:57:000 23   90 per cent of the decisions.  I reported to him
10:45:00:000 24   simply for his references.
10:45:04:000 25   BY MR. SAVERI:
```

```
12:38:12:000   1          MR. TALADAY:  Objection; vague.
12:38:59:000   2          MR. ALPREN:  You're referring to reports of
12:39:01:000   3   the meetings?
12:39:01:001   4          MR. SAVERI:  Yes.
12:39:15:000   5          THE WITNESS:  Yes.
12:39:15:001   6   BY MR. SAVERI:
12:39:15:002   7      Q.   And then if it was a significant report
12:39:18:000   8   from the meeting, would you then pass it along up
12:39:22:000   9   to Mr. C.Y. Lin?
12:39:25:000  10          MR. TALADAY:  Objection; vague and
12:39:29:000  11   ambiguous.
12:39:37:000  12          THE WITNESS:  Yes.
12:39:38:000  13   BY MR. SAVERI:
12:39:39:000  14      Q.   And would Mr. Lin then sign off on the
12:39:42:000  15   note to indicate that he had reviewed and
12:39:44:000  16   approved the meeting report from the group
12:39:48:000  17   meeting?
12:39:49:000  18          MR. LAU:  Objection; calls for speculation.
12:39:54:000  19          MR. TALADAY:  Objection; leading.
12:40:12:000  20          THE WITNESS:  Yes.
12:40:13:000  21   BY MR. SAVERI:
12:40:13:001  22      Q.   And then would the report from the
12:40:15:000  23   group meeting go back down to the individual at
12:40:21:000  24   Chunghwa who drafted the report?
12:40:24:000  25          MR. TALADAY:  Objection; leading.
```

```
12:40:24:000   1          THE WITNESS:  Yes, because after that it
12:40:54:000   2   will be -- the contents will be implemented.
12:41:00:000   3   BY MR. SAVERI:
12:41:00:001   4       Q.  So when the report then comes back down
12:41:03:000   5   from, say, Mr. C.Y. Lin or yourself, the contents
12:41:08:000   6   would be implemented at Chunghwa; is that
12:41:11:000   7   correct?
12:41:25:000   8          MR. LAU:  Objection; asked and answered.
12:41:30:000   9          MR. O'CONNOR:  And leading.
12:41:32:000  10          THE WITNESS:  Correct.
12:41:34:000  11   BY MR. SAVERI:
12:41:34:001  12       Q.  And then are the reports maintained in
12:41:38:000  13   the ordinary course of business at Chunghwa?
12:41:51:000  14          MR. LAU:  Objection; leading.  Objection;
12:41:53:000  15   calls for a legal conclusion.
12:41:55:000  16          MR. TALADAY:  Objection; vague.
12:42:00:000  17          THE WITNESS:  Yes.
12:42:02:000  18   BY MR. SAVERI:
12:42:02:001  19       Q.  And is the process you describe about
12:42:05:000  20   drafting the reports, reviewing them, sending
12:42:09:000  21   them to Mr. C.Y. Lin and then sending them back
12:42:14:000  22   to the draftee, the custom and practice at
12:42:18:000  23   Chunghwa regarding meeting reports from the group
12:42:27:000  24   meetings?
12:42:27:001  25          MR. O'CONNOR:  Objection; misstates prior
```

```
12:42:27:001   1   testimony.
12:42:33:000   2         THE WITNESS:  Yes.
12:42:58:000   3   BY MR. SAVERI:
12:42:58:001   4         Q.   And was this the practice that was done
12:43:01:000   5   after every glass meeting or group meeting?
12:43:15:000   6         A.   Yes.
12:43:16:000   7         MR. SAVERI:  I think we're at a break.
12:43:19:000   8   We're off the record.
12:43:19:001   9         THE VIDEOGRAPHER:  Going off the record,
12:43:30:000  10   the time is 12:43.
12:43:33:000  11         (Luncheon recess was taken at 12:43 p.m.)
13:46:26:000  12         THE VIDEOGRAPHER:  This marks the beginning
13:48:54:000  13   of videotape No. 3.  Back on the record, the time
13:48:58:000  14   is 1:48.
13:49:01:000  15   BY MR. SAVERI:
13:49:02:000  16         Q.   Mr. Liu, when we -- what we were
13:49:07:000  17   talking about just before break were the reports
13:49:10:000  18   that were made of the group meetings or glass
13:49:14:000  19   meetings and how those reports were then written
13:49:18:000  20   up and then moved up the chain of -- from whoever
13:49:23:000  21   drafted them or to you or C.Y. Lin and then back
13:49:28:000  22   to the person who drafted them for the purpose of
13:49:31:000  23   implementing them and my question is this: was
13:49:35:000  24   the material in the reports, was that relied on
13:49:41:000  25   by Chunghwa in the ordinary course of running its
```