# Exhibit 7

1  Jerome A. Murphy (*pro hac vice*)
   Matthew J. McBurney (*pro hac vice*)
2  Astor H.L. Heaven (*pro hac vice*)
   CROWELL & MORING LLP
3  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
4  Telephone: 202-624-2500
   Facsimile: 202-628-5116
5  Email: jmurphy@crowell.com
          mmcburney@crowell.com
6         aheaven@crowell.com

7  Jason C. Murray (CA Bar No. 169806)
   Robert B. McNary (CA Bar No. 253745)
8  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
9  Los Angeles, CA 90071
   Telephone: 213-443-5582
10 Facsimile: 213-622-2690
   Email: jmurray@crowell.com
11        rmcnary@crowell.com

12 *Counsel for ViewSonic Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | **DECLARATION OF ERNEST HUANG IN SUPPORT OF PLAINTIFF VIEWSONIC CORPORATION'S MEMORANDUM IN OPPOSITION TO DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA (MALAYSIA) SDN. BHD.'S MOTION FOR SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC CORPORATION** |

I, Ernest Huang, declare as follows:

1. I am the Senior Manager for Quality Assurance in the Displays Business Unit at ViewSonic Corporation ("ViewSonic"). I have personal knowledge of the facts in this declaration. If called as a witness, I could and would testify to the facts stated herein.

2. I submit this declaration in support of ViewSonic's Memorandum in Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd.'s Motion for Summary Judgment for Lack of Standing as to ViewSonic Corporation.

3. I began working at ViewSonic on March 1, 2007, and I have worked there continuously since then.

4. I previously worked for Tatung Company ("Tatung") as a Senior Quality Manager on the Global Quality Management Team, where I led a team of approximately 103 people. My team was responsible for ensuring that company products met the required specifications prior to sale to our customers. We performed customer audits and quality system improvement analyses for a number of Tatung's factories including Tatung China, Tatung UK, Tatung Mexico, and Tatung Czech. The job was similar to my current job.

5. I was located at Tatung's headquarters at 22 Chungshan North Road, 3rd Sec., Taipei, Taiwan and Tatung's factory at No. 400, 7th Sec., Chende Road, Taipei, Taiwan.

6. I worked at Tatung for a total of eleven years, beginning in November 1995 until approximately 2003, and then from 2004 until my final departure in February 2007. I left Tatung for a short one-year period in 2003 to work as a Quality Assurance Manager for Tex Year Industries Corporation, but I returned to my previous job at Tatung in 2004. I ultimately left the company in 2007 because a favorable career opportunity came up at ViewSonic.

7. As a former employee of Tatung, I am very familiar with the company's management structure, and with the various employees or personnel who served in management roles while I was with the company. I am also familiar with the history of the company. This information was common knowledge among the Tatung employees working at Tatung's headquarters.

8. Tatung was formed by Lin Shang-zhi.

9. Given that Lin Shang-zhi is the founder of Tatung, the Lin family and Lin Shang-zhi's descendants are well known among many Tatung employees. It was generally expected for employees located at headquarters to be knowledgeable about the Lin family relationships.

10. Lin Shang-zhi's son, Lin Ting-sheng, became Chairman of Tatung and was Chairman while I was employed by Tatung.

11. Lin Chen Yuan is Lin Ting-sheng's son.

12. Lin Wei-shan is also Lin Ting-sheng's son.

13. Lin Chen-hon is also Lin Ting-sheng's son.

14. Lin Weidong is also Lin Ting-sheng's son.

15. Lin Guo Wenyan is Lin Wei-shan's wife.

16. Lin Chen XiuLuang is Lin Wei-shan's mother.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of December, 2014.

Ernest Huang