# Exhibit 9

| | |
|---|---|
| 1 | Bruce L. Simon (State Bar No. 96241) |
| | PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP |
| 2 | 44 Montgomery Street, Suite 1200 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 433-9000 |
| | Facsimile: (415) 433-9008 |
| 4 | |
| | Richard M. Heimann (State Bar No. 63607) |
| 5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 30th Floor |
| 6 | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| 7 | Facsimile: (415) 956-1008 |
| 8 | *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs* |

| | | |
|---|---|---|
| 9 | Francis O. Scarpulla (State Bar No. 41059) | Joseph M. Alioto (State Bar No. 42680) |
| | Craig C. Corbitt (State Bar No. 83251) | ALIOTO LAW FIRM |
| 10 | ZELLE HOFMANN VOELBEL MASON & | 555 California Street, Suite 3160 |
| | GETTE LLP | San Francisco, CA 94104 |
| 11 | 44 Montgomery Street, Suite 3400 | Telephone: (415) 434-8900 |
| | San Francisco, CA 94104 | Facsimile: (415) 434-9200 |
| 12 | Telephone: (415) 693-0700 | |
| | Facsimile: (415) 693-0770 | |
| 13 | | |
| 14 | *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs* | |

| | |
|---|---|
| 15 | Joel S. Sanders (State Bar No. 107234) |
| | GIBSON, DUNN & CRUTCHER LLP |
| 16 | Post Montgomery Center |
| | One Montgomery Street |
| 17 | San Francisco, CA 94105 |
| | Telephone: (415) 393-8200 |
| | Facsimile: (415) 986-5309 |
| 18 | |
| 19 | *Counsel for Chunghwa Picture Tubes, Ltd.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 22 | IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI |
| 23 | | MDL No. 1827 |
| 24 | | |
| 25 | This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER RE CHUNGHWA PICTURE TUBES' TIME TO RESPOND TO CONSOLIDATED COMPLAINTS** |
| 26 | ALL ACTIONS | |

769913.3

STIPULATION AND [PROPOSED] ORDER
NO. M:07-1827 SI, MDL NO. 1827

# STIPULATION

WHEREAS the Court presently has under submission defendants' joint motions to dismiss the direct purchaser plaintiffs' consolidated complaint and the indirect purchaser plaintiffs' consolidated complaint;

WHEREAS the direct purchaser plaintiffs and the indirect purchaser plaintiffs have named Chunghwa Picture Tubes, Ltd. ("CPT") as a defendant in their consolidated complaints;

WHEREAS the undersigned firm of Gibson, Dunn & Crutcher LLP represents CPT and will accept service of case documents pending filing of a formal notice of appearance or response by CPT; and

WHEREAS this Stipulation does not constitute a waiver by CPT of any defense, right, or objection, including but not limited to the defenses of lack of personal or subject matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue;

IT IS HEREBY STIPULATED AND AGREED by and between (i) direct purchaser plaintiffs, (ii) indirect purchaser plaintiffs, and (iii) CPT, by and through their undersigned counsel, subject to the Court's approval, that CPT's deadline for responding to the direct purchasers' consolidated complaint and the indirect purchasers' consolidated complaint shall be extended to and include thirty (30) calendar days from the date of the Court's entry of its order on the defendants' joint motions to dismiss.

Respectfully submitted,

Dated: June 27, 2008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:      /s/ Brendan Glackin
         Brendan Glackin

Richard M. Heimann (State Bar No. 63607)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

769913.3

STIPULATION AND [PROPOSED] ORDER
NO. M:07-1827 SI, MDL NO. 1827

| | | |
|---|---|---|
| 1 | Dated: June 27, 2008 | PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP |
| 2 | | |
| 3 | | By: /s/ Bruce Simon |
| 4 | | Bruce L. Simon |
| 5 | | Bruce L. Simon (State Bar No. 96241)<br>44 Montgomery Street, Suite 1200 |
| 6 | | San Francisco, CA 94104<br>Telephone: (415) 433-9000 |
| 7 | | Facsimile: (415) 433-9008 |
| 8 | | *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs* |
| 9 | | |
| 10 | Dated: June 27, 2008 | ZELLE HOFMANN VOELBEL MASON & GETTE LLP |
| 11 | | |
| 12 | | By: /s/ Francis O. Scarpulla |
| 13 | | Francis O. Scarpulla |
| 14 | | Francis O. Scarpulla (State Bar No. 41059)<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 |
| 15 | | Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770 |
| 16 | | |
| 17 | Dated: June 27, 2008 | ALIOTO LAW FIRM |
| 18 | | By: /s/ Joseph M. Alioto |
| 19 | | Joseph M. Alioto |
| 20 | | Joseph M. Alioto (State Bar No. 42680)<br>555 California Street, Suite 3160 |
| 21 | | San Francisco, CA 94104<br>Telephone: (415) 434-8900 |
| 22 | | Facsimile: (415) 434-9200 |
| 23 | | *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs* |

769913.3

STIPULATION AND [PROPOSED] ORDER
NO. M:07-1827 SI, MDL NO. 1827

| | | |
|---|---|---|
| 1 | Dated: June 27, 2008 | GIBSON, DUNN & CRUTCHER LLP |

By:        /s/ Joel S. Sanders
              Joel S. Sanders

Joel S. Sanders (State Bar No. 107234)
Post Montgomery Center
One Montgomery Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

*Counsel for Chunghwa Picture Tubes, Ltd.*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Bruce L. Simon, Frances O. Scarpulla, Joseph M. Alioto, and Joel S. Sanders.**

**ORDER**

SO ORDERED this _____ day of _____, 2008.

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

769913.3

STIPULATION AND [PROPOSED] ORDER
NO. M:07-1827 SI, MDL NO. 1827