# Exhibit 10





### About Tatung

- About Tatung
  - Milestones
  - Product highlights
  - Organization
- Corporate Value
- Vision
- Tatung Mascot

Home > About Tatung > Milestones

**Milestones**

#### 1960

Mass production of Tatung rice cookers, a revolutionary step for housewives in Taiwan



#### 1957

First preferred stock issue offered to the general public

#### 1949

Mass production of electric fans & motors (Pioneering in Home Appliance & Motor industries)

#### 1942

Mr. T. S. Lin succeeded as chairman of Tatung and principal of both Tatung High School and Tatung University

Establishment of Tatung High School



#### 1939

Tatung Iron Works was established.

(When Taiwan was retroceded to the Republic of China in 1945, Tatung Iron Works was renamed "Tatung Steel and Machinery Manufacturing Company.")



#### 1918

Establishment of Xie Zhi Business Enterprise, the forerunner of Tatung Company, by founder and chairman, Mr. Shang-Zhi Lin


Completed over 600 constructions, including the Danshuei River embankment project and the Executive Yuan building

