# Exhibit 12

| |
|---|
| 2475 |
| 原 5430 |

# 中華映管股份有限公司

# CHUNGHWA PICTURE TUBES,LTD

# 九十年度年報

中華民國九十一年四月三十日刊印



| 2475 |
|---|
| Original 5430 |

# CHUNGHWA PICTURE TUBES, LTD

# 2001 Annual Report

Printed on April 30, 2002

## 2. 董事及監察人資料

91 年 4 月 02 日

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | | 主要經(學)歷 | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| 董事長兼總經理 | 林鎮源 | 90.05.31 | 3 年 | 40,061,428 | 1.06% | 55,128,027 | 1.22% | 0 | 0 | 南加州大學工業工程碩士 | 大同(日本)(股)公司董事<br>中華映管(百慕達)公司董事長<br>中華映管(納閩)公司董事長<br>中華映管(馬來西亞)公司董事長<br>中華映管(金寶)公司董事長<br>中華映管(英國)公司董事長<br>中華映管(福州)公司董事長<br>DALEMONT INVESTMENT.LTD 董事長<br>DALIANT INVESTMENT.LTD 董事長<br>BANGALOR INVESTMENT.LTD 董事長<br>BENSALINE INVESTMENT.LTD 董事長<br>中華凸版電子(股)公司董事<br>馬高林電子(股)公司董事<br>COUNTRY HEIGHTS HOLDING BERHAD.董事<br>JERRY INVESTMENT 董事<br>華映視訊(吳江)有限公司董事長 | 董事(法人代表) | 林蔚山 | 二親等 |
| | | | | | | | | | | | | 董事(法人代表) | 林郭文艷 | 二親等 |
| 董事 | 中華電子投資(股)公司代表人：林蔚山 | 90.05.31 | 3 年 | 1,195,670,990 | 31.70% | 1,375,021,638 | 30.51% | 170,016 | — | 美國華盛頓大學經營碩士 | 大同董事及總經理<br>大同奧的斯監察人<br>大同富士電化董事長<br>大同林業營造董事長<br>太同電子董事<br>大同美國董事<br>大同世界董事<br>大同發那科董事長<br>尚志精機董事長<br>尚志造漆董事長<br>尚志貨櫃董事<br>富士電化大同泰國董事長<br>中華電子投資董事及總經理<br>(續下頁) | 董事長兼總經理 | 林鎮源 | 二親等 |

9

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 持股比率 | 主要經(學)歷 | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 姓名 | 關係 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | (承上頁)<br>福華電子董事長<br>台灣通信工業董事長<br>大同富士電化董事長<br>大同中外貴金屬董事長<br>台北工業董事長<br>大同英國董事<br>大同日本董事<br>大同泰國董事兼總經理<br>尚志半導體董事長<br>大同加拿大董事<br>大同顯示器墨西哥董事<br>大同墨西哥董事<br>大同綜合訊電董事長 | 董事(法人代表) | 林郭文艷 | 配偶 |
| 董事 | 大同(股)公司代表人：林郭文艷<br>(91.01.01卸任) | 90.05.31 | 3年 | 1,348,354,882 | 35.75% | 1,550,608,114 | 34.41% | 170,120 | — | 馬利蘭大學碩士 | 大同董事<br>坤德(股)董事<br>大同日本董事<br>大同荷蘭董事<br>大同亞瑟頓董事<br>大同墨西哥董事<br>大同江蘇電子董事<br>大同新加坡資訊董事長<br>大同世界科技董事長<br>大同綜合訊電董事 | 董事(法人代表) | 林蔚山 | 配偶 |
| | | | | | | | | | | | | 董事長兼總經理 | 林鎮源 | 二親等 |
| 董事 | 大同(股)公司代表人：唐遠生<br>(91.01.01新任) | 90.05.31 | 3年 | 1,348,354,882 | 35.75% | 1,550,608,114 | 34.41% | 0 | 0 | 加州柏克萊碩士 | 大同新事業開發處協理 | — | — | — |
| 董事 | 大同(股)公司代表人：謝忠健 | 90.05.31 | 3年 | 1,348,354,882 | 35.75% | 1,550,608,114 | 34.41% | 0 | 0 | 美國凱斯西儲大學博士 | 大同大學電算中心主任 | — | — | — |

10

4.法人股東之主要股東

| 法人股東名稱 | 法人股東之主要股東 |
|---|---|
| 中華電子投資（股）公司 | 1.大同股份有限公司<br>2.大同聯合職工福利委員會<br>3.大同電子股份有限公司<br>4.中華開發工業銀行股份有限公司<br>5.富國投資股份有限公司<br>6.歌林股份有限公司<br>7.中興電工機械股份有限公司 |
| 大同股份有限公司 | 1.中國信託商業銀行受託保管大同股份有限公司工者有其股員工持股信託專戶<br>2.大同大學<br>3.林挺生<br>4.中華映管股份有限公司<br>5.台北市私立大同高級中學<br>6.財團法人大同聯合職工福利委員會<br>7.公務人員退休撫卹基金管理委員會<br>8.郵政儲金匯業局<br>9.財團法人大同公司職工福利委員會<br>10.劉文炳 |

三、公司資本及股份、公司債、特別股、海外存託憑證、員工認股權證及併購之辦理情形

（一）、 公司資本及股份：

90 年 12 月 31 日

| 股份種類 | 核定股本 | | | 備　註 |
|---|---|---|---|---|
| | 已發行股份 | 未發行股份 | 合計 | 轉換公司債可轉換股份數額 |
| 普通股 | 4,375,274,840 | 1,824,725,160 | 6,200,000,000 | 600,000,000 |

註:上市股票;單位(股)

Translation of Page 9

2. Information about Directors and Supervisors                                                                                                    02/04/2002

| Job title | Name | Elected on | Term of office | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Main experience (educational background) | Duties currently held in other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| Chairman and Managing Director | Lin Zhenyuan | 05/31/2001 | 3 years | 40,061,428 | 1.06% | 55,128,027 | 1.22% | 0 | 0 | Master of Engineering, University of Southern California | DIRECTOR OF TATUNG (JAPAN) (STOCKS) LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES (BERMUDA) LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES ) LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES (MALAYSIA) LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES (KAMPAR) LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES (UK) LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES (FUZHOU) LTD. CHAIRMAN OF DALEMONT INVESTMENT LTD. CHAIRMAN OF DALIANT INVESTMENT LTD. CHAIRMAN OF BANGALOR INVESTMENT LTD. CHAIRMAN OF BENSALINE INVESTMENT LTD. DIRECTOR OF CHUNGHWA TOPPAN ELECTRONICS (STOCKS) LTD. DIRECTOR OF MAGAOLIN ELECTRONICS (STOCKS) LTD. DIRECTOR OF COUNTRY HEIGHTS HOLDING BERHAD. JERRY INVESTMENT DIRECTORS CHAIRMAN OF CPTW (WUJIANG) CO., LTD. | Director (legal representative) | Lin Weishan | Second degree of kinship |
| | | | | | | | | | | | | Director (legal representative) | Lin Guo Wen Yan | Second degree of kinship |

| Job title | Name | Elected on | Term of office | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Main experience (educational background) | Duties currently held in other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| Director | Lin Weishan, Representative of Chunghwa Electronics Investments (Stocks) LTD. | 05/31/2001 | 3 years | 1,195,670,990 | 31.70% | 1,375,021,638 | 30.51% | 170,016 | - | Master of Business, University of Washington | DIRECTOR AND GENERAL MANAGER OF TATUNG<br>SUPERVISOR OF TATUNG OTIS<br>CHAIRMAN OF TATUNG FUJI ELECTRIC<br>CHAIRMAN OF TATUNG FORESTRY<br>DIRECTOR OF TATUNG ELECTRONICS<br>CHAIRMAN OF TATUNG US<br>CHAIRMAN OF TATUNG WORLD<br>CHAIRMAN OF TATUNG FANUC<br>CHAIRMAN OF TPM TATUNG PRECISE METER CO., LTD<br>CHAIRMAN OF TATUNG COATINGS<br>DIRECTOR OF TATUNG CONTAINER<br>CHAIRMAN OF FUJI ELECTRIC TATUNG THAILAND<br>DIRECTOR AND GENERAL MANAGER OF CHUNGHWA ELECTRONICS INVESTMENT<br>(continued on next page) | Chairman and Managing Director | Lin Zhenyuan | Second degree of kinship |

## Translation of Page 10

| Job title | Name | Elected on | Term of office | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Main experience (educational background) | Duties currently held in other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| | | | | | | | | | | | (Continued)<br>CHAIRMAN OF FORWARD ELECTRONICS<br>CHAIRMAN OF TAIWAN'S COMMUNICATIONS INDUSTRY<br>CHAIRMAN OF TATUNG FUJI ELECTRIC<br>CHAIRMAN OF TATUNG CHUGAI PRECIOUS METALS<br>CHAIRMAN OF TAIPEI INDUSTRIES<br>DIRECTOR OF TATUNG UK<br>DIRECTOR OF TATUNG JAPAN<br>CHAIRMAN AND MANAGING DIRECTOR TATUNG THAILAND<br>CHAIRMAN OF TATUNG SAN CHIH SEMICONDUCTOR<br>DIRECTOR OF TATUNG CANADA<br>DIRECTOR OF TATUNG MONITOR MEXICO<br>DIRECTOR OF TATUNG MEXICO<br>CHAIRMAN OF TATUNG COMPREHENSIVE ELECTRIC | Director (legal representative) | Lin Guo Wen Yan | Spouse |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Lin Guo Wen Yan, Representative of Tatung (Stocks) LTD. (relieved of office on 01/01/2002 | 05/31/2001 | 3 years | 1,348,354,882 | 35.75% | 1,550,608,114 | 34.41% | 170, 120 | - | Master of University of Maryland | DIRECTOR OF TATUNG<br>DIRECTOR OF DE-KUN (STOCKS)<br>DIRECTOR OF TATUNG JAPAN<br>DIRECTOR OF TATUNG NETHERLANDS<br>DIRECTOR OF TATUNG ATHERTON<br>DIRECTOR OF TATUNG MEXICO<br>DIRECTOR OF TATUNG JIANGSU ELECTRONIC<br>CHAIRMAN OF TATUNG SINGAPORE NEWS<br>CHAIRMAN OF TATUNG WORLD TECHNOLOGY<br>DIRECTOR OF TATUNG COMPREHENSIVE ELECTRIC | Director (legal representative) | Lin Weishan | Spouse |
| | | | | | | | | | | | | Chairman and Managing Director | Lin Zhenyuan | Second degree of kinship |
| Director | Tang Yuansheng, Representative of Tatung (Stocks) LTD. (newly appointed on 01/01/2002) | 05/31/2001 | 3 years | 1,348,354,882 | 35.75% | 1,550,608,114 | 34.41% | 0 | 0 | Master of University of California at Berkeley | TATUNG NEW BUSINESS DEVELOPMENT ASSISTANT | - | - | - |
| Director | Xie Zhongjian, Representative of Tatung (Stocks) LTD. | 05/31/2001 | 3 years | 1,348,354,882 | 35.75% | 1,550,608,114 | 34.41% | 0 | 0 | Doctor of Case Western Reserve University | DIRECTOR OF COMPUTER CENTER OF TATUNG UNIVERSITY | - | - | - |

Translation of Page 14

4. Main corporate shareholders

| Name of corporate shareholders | Main corporate shareholders |
|---|---|
| Chunghwa Electronics Development Co., Ltd. | 1. Tatung Company<br>2. Tatung Joint Committee on Employee Benefits<br>3. Tatung Electronics Co., Ltd.<br>4. China Development Industrial Bank Co., Ltd.<br>5. Wells Fargo Investment Co., Ltd.<br>6. Kolin Co.<br>7. ZTE Electrical Machinery Co., Ltd. |
| Tatung Company | 1. ESOP Trust Account for Tatung Shareholding Workers Kept by China Trust Commercial Bank<br>2. Datong University<br>3. Lin Tingsheng<br>4. Chunghwa Picture Tubes, Ltd.<br>5. Private Taipei Tatung High School<br>6. Foundation Tatung Joint Committee on Employee Benefits<br>7. Civil Servants Pension Fund Management Committee<br>8. Postal Remittance Bureau<br>9. Foundation Tatung Committee on Employee Benefits<br>10. Liu Wenbing |

III. The company's capital and shares, corporate bonds, special stocks, overseas depository receipts, employee warrants and handling of mergers and acquisitions

(I) The company's capital and shares:

31/12/2001

| Type of shares | Approved capital | | | Remarks |
| | Issued shares | Unissued shares | Total | Number of shares converted from convertible bonds |
|---|---|---|---|---|
| Ordinary shares | 4,375,274,840 | 1,824,725,160 | 6,200,000,000 | 600,000,000 |

Note: The listed shares; unit (share)



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2001.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com