# Exhibit 13



| 股票代號 2475 |
| --- |
| 原 5430 |

# 中 華 映 管 股 份 有 限 公 司
## CHUNGHWA PICTURE TUBES, LTD.

# 九十一年度年報

刊印日期:民國九十二年五月十日
查詢年報網址:http://mops.tse.com.tw



Stock Code 2475
Original 5430

# CHUNGHWA PICTURE TUBES, LTD.

## 2002 Annual Report

Printed on May 10, 2003
Annual Report Inquiry Website: http://mops.tse.comtw

(二)、主要經理人及董事、監察人資料

  1. 董事、監察人:

    (1). 董事及監察人資料

92 年 5 月 10 日

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | | 主要經(學)歷 | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| 董事長兼總經理 | 大同(股)公司代表人: 林鎮弘 (92.04.08新任) | 90.05.31 | 3年 | 1,348,354,882 | 35.75% | 1,550,608,114 | 30.37% | 0 | 0 | 南加州大學電機工程碩士 | 大同董事<br>大同執行副總經理 | 董事(法人代表) | 林蔚山 | 二親等 |
| 董事 | 中華電子投資(股)公司代表人：林蔚山 | 90.05.31 | 3年 | 1,195,670,990 | 31.70% | 1,375,021,638 | 26.93% | 170,016 | 0 | 美國華盛頓大學經營碩士 | 大同公司董事及總經理<br>大同奧的斯監察人<br>大同富士電化董事長<br>大同林業營造董事長<br>大同電子董事<br>大同美國董事<br>大同世界董事<br>大同發那科董事長<br>尚志精機董事長<br>尚志造漆董事長<br>尚志貨櫃董事<br>富士電化大同泰國董事長<br>中華電子投資董事及總經理<br>福華電子董事長<br>台灣通信工業董事長<br>大同富士電化董事長<br>大同中外貴金屬董事長<br>台北工業董事長<br>大同英國董事<br>大同日本董事<br>大同泰國董事兼總經理<br>尚志半導體董事長<br>大同加拿大董事<br>大同顯示器墨西哥董事<br>大同墨西哥董事<br>大同綜合訊電董事長 | 董事長兼總經理 | 林鎮弘 | 二親等 |
| 董事 | 大同(股)公司代表人：謝忠健 | 90.05.31 | 3年 | 1,348,354,882 | 35.75% | 1,550,608,114 | 30.37% | 0 | 0 | 美國凱斯西儲大學博士 | 大同大學電算中心主任 | ─ | ─ | ─ |

7

4.主要股東名單

92年4月8日 單位：股

| 主要股東名稱 / 股份 | 持有股數 | 持股比例 |
|---|---|---|
| 大同股份有限公司 | 1,550,608,114 | 30.37% |
| 中華電子投資股份有限公司 | 1,375,021,638 | 26.93% |
| 元大京華證券股份有限公司 | 123,660,000 | 2.42% |
| 林鎮源 | 55,165,027 | 1.08% |
| 中華郵政股份有限公司 | 42,903,725 | 0.84% |
| 公務人員退休撫卹基金管理委員會 | 27,125,000 | 0.53% |
| 黃肇東 | 19,097,393 | 0.37% |
| 吳炳宏 | 17,248,553 | 0.34% |
| 日商三菱電機株式會社 | 17,133,362 | 0.34% |
| 潘豐益 | 16,279,393 | 0.32% |

5.最近二年每股市價、淨值、盈餘、股利及相關資料

單位：新台幣元

| 項目 | | 年度 | 90年度 | 91年度 | 截至92年4月30日 |
|---|---|---|---|---|---|
| 每股市價 | | 最高 | 32.9 | 44.1 | 13.85 |
| | | 最低 | 6.70 | 9.95 | 8.05 |
| | | 平均 | 16.76 | 25.58 | 12.15 |
| 每股淨值 | | 分配前 | 10.23 | 10.61 | － |
| | | 分配後(註1) | － | － | － |
| 每股盈餘 | 加權平均股數(仟股) | | 4,338,505 | － | － |
| | 每股盈餘 | 調整前 | (1.5) | (0.74) | － |
| | | 調整後 | － | － | － |
| 每股股利 | 現金股利 | | － | － | － |
| | 無償配股 | 盈餘配股 | － | － | － |
| | | 資本公積配股 | － | － | － |
| | 累積未付股利 | | － | － | － |
| 投資報酬分析 | 本益比(註2) | | － | (34.57) | － |
| | 本利比(註3) | | － | － | － |
| | 現金股利殖利率(註4) | | － | － | － |

註1：係依據次年度股東會決議分配之情形填列。
註2：本益比＝當年度每股平均收盤價／每股盈餘。
註3：本利比＝當年度每股平均收盤價／每股現金股利。
註4：現金股利殖利率＝每股現金股利／當年度每股平均收盤價。

6.公司股利政策及執行狀況：
  (1).公司股利政策：
      本公司每年決算如有盈餘，除依法提繳所得稅外，應先彌補以往年度虧損，

14

Translation of Page 7

(II) Information about Main Managers, Directors, and Supervisors
    1. Directors and Supervisors:
        (1) Information about Directors and Supervisors         10/05/2003

| Job title | Name | Elected on | Term of office | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Main experience (educational background) | Duties currently held in other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| Chairman and Managing Director | Lin Zhenhong, Representative of Tatung (Stocks) LTD. (newly appointed on 08/04/2003) | 05/31/2001 | 3 years | 1,348,354,882 | 35.75% | 1,550,608,114 | 30.37% | 0 | 0 | Master of Engineering, University of Southern California | DIRECTOR OF TATUNG<br>EXECUTIVE VICE PRESIDENT OF TATUNG | Director (legal representative) | Lin Weishan | Second degree of kinship |
| Director | Lin Weishan, Representative of Chunghwa Electronics Development (Stocks) LTD. | 05/31/2001 | 3 years | 1,195,670,990 | 31.70% | 1,375,021,638 | 26.93% | 170,016 | 0 | Master of Business, University of Washington | DIRECTOR AND GENERAL MANAGER OF TATUNG<br>SUPERVISOR OF TATUNG OTIS<br>CHAIRMAN OF TATUNG FUJI ELECTRIC<br>CHAIRMAN OF TATUNG FORESTRY<br>DIRECTOR OF TATUNG ELECTRONICS<br>DIRECTOR OF TATUNG US<br>DIRECTOR OF TATUNG WORLD<br>CHAIRMAN OF TATUNG FANUC<br>CHAIRMAN OF TPM TATUNG PRECISE METER CO., LTD<br>CHAIRMAN OF TATUNG COATINGS<br>DIRECTOR OF TATUNG CONTAINER<br>CHAIRMAN OF FUJI ELECTRIC TATUNG THAILAND<br>DIRECTOR AND GENERAL MANAGER OF CHUNGHWA ELECTRONICS DEVELOPMENT<br>CHAIRMAN OF FORWARD ELECTRONICS<br>CHAIRMAN OF TAIWAN'S COMMUNICATIONS INDUSTRY<br>CHAIRMAN OF TATUNG FUJI ELECTRIC<br>CHAIRMAN OF TATUNG CHUGAI PRECIOUS METALS<br>CHAIRMAN OF TAIPEI INDUSTRIES<br>DIRECTOR OF TATUNG UK<br>DIRECTOR OF TATUNG JAPAN<br>DIRECTOR AND MANAGING DIRECTOR OF TATUNG THAILAND<br>CHAIRMAN OF TATUNG SAN CHIH SEMICONDUCTOR<br>DIRECTOR OF TATUNG CANADA<br>DIRECTOR OF TATUNG MONITOR MEXICO<br>DIRECTOR OF TATUNG MEXICO<br>CHAIRMAN OF TATUNG COMPREHENSIVE ELECTRIC | Chairman and Managing Director | Lin Zhenhong | Second degree of kinship |
| Director | Xie Zhongjian, Representative of Tatung (Stocks) LTD. | 05/31/2001 | 3 years | 1,348,354,882 | 35.75% | 1,550,608,114 | 30.37% | 0 | 0 | Doctor of Case Western Reserve University | DIRECTOR OF COMPUTER CENTER OF TATUNG UNIVERSITY | — | — | — |

Translation of Page 14

4. List of main shareholders

08/04/2003     Unit: Share

| Name of main shareholders | Number of shares | Shareholding ratio |
|---|---|---|
| Tatung Company | 1,550,608,114 | 30.37% |
| Chunghwa Electronics Development Co., Ltd. | 1,375,021,638 | 26.93% |
| Yuanta Core Pacific Securities Co., Ltd. | 123,660,000 | 2.42% |
| Lin Zhenyuan | 55,165,027 | 1.08% |
| Chunghwa Post Co., Ltd. | 42,903,725 | 0.84% |
| Civil Servants Pension Fund Management Committee | 27,125,000 | 0.53% |
| Huang Zhaodong | 19,097,393 | 0.37% |
| Wu Binghong | 17,248,553 | 0.34% |
| Mitsubishi Electric Corporation | 17,133,362 | 0.34% |
| Pan Fengyi | 16,279,393 | 0.32% |

5. The last two years' market price, net value, earning, dividend per share and related information

Unit: NTD

| Items | | Year | 2001 | 2002 | As of 30/04/2003 |
|---|---|---|---|---|---|
| Market price per share | Maximum | | 32.9 | 44.1 | 13.85 |
| | Minimum | | 6.70 | 9.95 | 8.05 |
| | Average | | 16.76 | 25.58 | 12.15 |
| Net value per share | Before allocation | | 10.23 | 10.61 | — |
| | After allocation (Note 1) | | — | — | — |
| Earnings per share | Weighted average number of shares (one thousand shares) | | 4,338,505 | — | — |
| | Earnings per share | Before adjustment | (1.5) | (0.74) | — |
| | | After adjustment | — | — | — |
| Dividend per share | Cash dividend | | — | — | — |
| | Stock grants | Surplus rights issue | — | — | — |
| | | Capital reserve rights issue | — | — | — |
| | Cumulative dividend payable | | — | — | — |
| ROI analysis | Price-to-earning ratio (Note 2) | | — | (34.57) | — |
| | Price to dividend ratio (Note 3) | | — | — | — |
| | Cash dividend yield (Note 4) | | — | — | — |

Note 1: To be filled based on the allocation conditions made in the resolution of shareholders' meeting of the next year.

Note 2: Price-to-earning ratio = average closing price per share of the year / earnings per share.

Note 3: Price to dividend ratio = average closing price per share of the year / cash dividend per share.

Note 4: Cash dividend yield = cash dividend per share / average closing price per share of the year.

6. Dividend policy and implementation status:

   (1) Dividend policy:

      In case of any surplus after annual final settlement, except to pay the income tax in accordance with the law, the Company should make up for the losses in the past years,



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2002.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com