# Exhibit 14



| 股票代號 2475 |
| --- |
| 原 5430 |

# 中 華 映 管 股 份 有 限 公 司
## CHUNGHWA PICTURE TUBES, LTD.

# 九十二年度年報

刊印日期：民國九十三年四月三十日
查詢年報網址：http://mops.tse.com.tw



Stock Code 2475

Original 5430

# CHUNGHWA PICTURE TUBES, LTD.

# 2003 Annual Report

Printed on   April 30, 2004

Annual Report Inquiry Website: http://mops.tse.comtw

(二)、主要經理人及董事、監察人資料

    1. 董事、監察人：

       (1). 董事及監察人資料　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　單位：新台幣仟元　　93 年 4 月 30 日

| 職稱<br>(註一) | 姓名 | 選(就)任<br>日期 | 任期 | 初次選任<br>日期(註二) | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年<br>子女現在持有<br>股份 | | 利用他人<br>名義持有<br>股份 | | 主要經<br>(學)歷<br>(註三) | 目前兼任本公司及其他公<br>司之職務 | 具配偶或二親等以內關<br>係之其他主管、董事或<br>監察人 | | | 最近年度<br>之酬勞及<br>其他給付<br>(註四) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股<br>比率 | 股數 | 持股<br>比率 | 股數 | 持股<br>比率 | 股數 | 持股<br>比率 | | | 職稱 | 姓名 | 關係 | |
| 董事長<br>兼<br>總經理 | 大同(股)公司代<br>表人：林 鎮 弘<br>(92.04.08 新任) | 90.05.31 | 3 年 | 86.05.27<br>92.06.06 | 1,348,354,882 | 35.75% | 936,638,282 | 15.31% | 0 | 0 | 0 | 0 | 南加州大<br>學電機工<br>程碩士 | 本公司董事長兼總經理<br>大同公司董事<br>大同(日本)(股)公司董事長<br>中華映管(百慕達) 公司董事長<br>中華映管(閩納) 公司董事長<br>中華映管(馬來西亞) 公司董事長<br>中華映管(金寶) 公司董事長<br>中華映管(英國) 公司董事長<br>大華光電董事長<br>華映光電董事長<br>華映視訊董事長<br>E-Union Development 董事長<br>Dalement Investment 董事長<br>Daliant Investment 董事長<br>Bangalore Investment 董事長<br>Bensaline Investment 董事長<br>中華凸版電子(股)公司董事<br>福華電子(股)公司董事<br>馬高林電子(股)公司董事 | 董事<br>(法<br>人代<br>表) | 林蔚山 | 二親<br>等 | 90(1)<br>3,123(2)<br>990(3) |

| 職稱(註一) | 姓名 | 選(就)任日期 | 任期 | 初次選任日期(註二) | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 持股比率 | 利用他人名義持有股份 股數 | 利用他人名義持有股份 持股比率 | 主要經(學)歷(註三) | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 具配偶或二親等以內關係之其他主管、董事或監察人 姓名 | 具配偶或二親等以內關係之其他主管、董事或監察人 關係 | 最近年度之酬勞及其他給付(註四) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事 | 中華電子投資(股)公司代表人：林蔚山 | 90.05.31 | 3年 | 75.06.14 86.05.27 | 1,195,670,990 | 31.70% | 1,375,021,638 | 22.48% | 170,016 | 0 | 0 | 0 | 美國華盛頓大學經營碩士 | 大同公司董事及總經理 大同奧的斯監察人 大同富士電化董事長 大同林業營造董事長 太同電子董事 大同美國董事 大同世界董事 大同發那科董事長 尚志精機董事長 尚志造漆董事長 尚志貨櫃董事 富士電化大同泰國董事長 中華電子投資董事長總經理 福華電子董事長 台灣通信工業董事長 大同富士電化董事長 大同中外貴金屬董事長 台北工業董事長 大同英國董事 大同日本董事 大同泰國董事兼總經理 尚志半導體董事長 大同加拿大董事 大同顯示器墨西哥董事 大同墨西哥董事 大同綜合訊電董事長 | 董事長兼總經理 | 林鎮弘 | 二親等 | 120(1) |
| 董事 | 大同(股)公司代表人：謝忠健 | 90.05.31 | 3年 | 86.05.27 87.06.10 | 1,348,354,882 | 35.75% | 936,638,282 | 15.31% | 0 | 0 | 0 | 0 | 美國凱斯西儲大學博士 | 大同大學電算中心主任 | － | － | － | 120(1) |
| 董事 | 鍾祥桂 | 90.05.31 | 3年 | 86.06.10 | 2,964,466 | 0.08% | 3,790,135 | 0.06% | 0 | 0 | 0 | 0 | 成功大學企業管理系 | CRT 事業部副總經理 | － | － | － | 120(1) 2,190(2) |
| 董事 | 吳勛隆 | 90.05.31 | 3年 | 87.06.10 | 54,601 | － | 62,791 | 0.00% | 0 | 0 | 0 | 0 | 加拿大沙士加遜大學博士 | 大同大學化工系主任 | － | － | － | 120(1) |

| 職稱<br>(註一) | 姓名 | 選(就)任日期 | 任期 | 初次選任日期(註二) | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | | 利用他人名義持有股份 | | 主要經(學)歷(註三) | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | | 最近年度之酬勞及其他給付（註四） |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 | |
| 董事 | 林登彬 | 90.05.31 | 3年 | 89.06.10 | 53,369 | — | 61,374 | 0.00% | 0 | 0 | 0 | 0 | 加州柏克萊大學電機碩士 | 大同大學學務長 | — | — | — | 120(1) |
| 董事 | 林鴻明 | 90.05.31 | 3年 | 89.06.10 | 37,107 | — | 44,673 | 0.00% | 20,000 | — | 0 | 0 | 威斯康辛大學材料博士 | 大同大學材料系主任 | — | — | — | 120(1) |
| 董事 | 許坤城 | 91.05.31 | 3年 | 91.05.31 | 0 | — | 1,071,000 | 0.02% | 11,280 | — | 0 | 0 | 奇元鐵工有限公司總經理 | 宜鋼(股)公司董事長<br>宜捷威科技(股)公司董事長<br>志品科技工程(股)公司董事 | — | — | — | 120(1) |
| 監察人 | 中華電子投資(股)公司代表人：呂秀正 | 90.05.31 | 3年 | 75.06.14<br>86.05.27 | 1,195,670,990 | 31.70% | 1,375,021,638 | 22.48% | 0 | 0 | 0 | 0 | 美國南加大電機碩士 | 大同電化(股)公司總經理 | — | — | — | 120(1) |
| 監察人 | 楊浩二 | 90.05.31 | 3年 | 87.06.10 | 23,161 | — | 26,635 | 0.00% | 0 | 0 | 0 | 0 | 政治大學碩士 | 大同大學經研所教授 | — | — | — | 120(1) |
| 監察人 | 許超雲 | 90.05.31 | 3年 | 89.06.10 | 6,766 | — | 7,780 | 0.00% | 0 | 0 | 0 | 0 | 大同大學電機系博士 | 大同大學通訊所所長 | — | — | — | 120(1) |
| 監察人 | 吳慕鄉 | 90.05.31 | 3年 | 87.06.10 | 23,654 | — | 27,202 | 0.00% | 0 | 0 | 0 | 0 | 日本京都大學博士 | 大同大學化工系教授 | — | — | — | 120(1) |
| 監察人 | 楊邦光 | 90.08.17 | 3年 | 90.08.17 | 78,009 | — | 89,710 | 0.00% | 0 | 0 | 0 | 0 | 美國ADL MEI管理碩士 | 無 | — | — | — | 120(1) |

11

| | | | |
|---|---|---|---|
| 50,001 至    100,000 | 4,722 | 361,481,944 | 5.91% |
| 100,001 至    200,000 | 1,996 | 300,511,898 | 4.91% |
| 200,001 至    400,000 | 895 | 257,747,744 | 4.21% |
| 400,001 至    600,000 | 345 | 175,021,775 | 2.86% |
| 600,001 至    800,000 | 146 | 103,837,322 | 1.70% |
| 800,001 至  1,000,000 | 126 | 119,338,965 | 1.95% |
| 1,000,001 以上 | 280 | 3,306,534,894 | 54.09% |
| 合         計 | 225,842 | 6,116,154,480 | 100.00% |

4.主要股東名單　　　　　　　　　　　　　93 年 4 月 18 日　單位：股

| 主要股東名稱 | 持有股數 | 持股比例 |
|---|---|---|
| 中華電子投資股份有限公司 | 1,375,021,638 | 22.48% |
| 大同股份有限公司 | 936,638,282 | 15.31% |
| 林鎮源 | 55,863,027 | 0.91% |
| 寶來台灣卓越基金 | 31,156,758 | 0.51% |
| 公務人員退休撫卹基金管理委員會 | 30,353,000 | 0.50% |
| 花旗銀行台灣分行 | 21,324,250 | 0.35% |
| 匯豐銀行託管摩根史丹利國際有限公司 | 18,267,252 | 0.30% |
| 國泰人壽保險股份有限公司 | 18,056,000 | 0.30% |
| 日商三菱電機株式會社 | 17,133,362 | 0.28% |
| 渣打託管 UAM 基金 | 16,739,000 | 0.27% |

5.最近二年每股市價、淨值、盈餘、股利及相關資料

單位：新台幣元

| 項目 | | | 91 年度 | 92 年度 | 截至 93 年第一季止 |
|---|---|---|---|---|---|
| 每股市價 | 最高 | | 44.9 | 19.00 | 22.8 |
| | 最低 | | 9.95 | 7.65 | 14.5 |
| | 平均 | | 25.58 | 15.42 | 19.56 |
| 每股淨值 | 分配前 | | 10.72 | 11.42 | 12.56 |
| | 分配後(註 1) | | ─ | ─ | ─ |
| 每股盈餘 | 加權平均股數(仟股) | | 4,670,537 | 5,241,023 | 5,912,548 |
| | 每股盈餘 | 調整前 | (0.74) | 0.18 | 0.87 |
| | | 調整後 | ─ | ─ | ─ |
| 每股股利 | 現金股利 | | ─ | ─ | ─ |
| | 無償配股 | 盈餘配股 | ─ | ─ | ─ |
| | | 資本公積配股 | ─ | ─ | ─ |
| | 累積未付股利 | | ─ | ─ | ─ |
| 投資報酬分析 | 本益比(註 2) | | ─ | 85.67 | 22.48 |
| | 本利比(註 3) | | ─ | ─ | ─ |
| | 現金股利殖利率(註 4) | | ─ | ─ | ─ |

註 1：係依據次年度股東會決議分配之情形填列。

18

Translation of Page 9

(II) Information about main managers, directors, and supervisors

    1. Directors and Supervisors:

        (1) Information about Directors and Supervisors                                                                      10/05/2004

| Job title (Note 1) | Name | Elected on | Term of office | Initially elected on (Note 2) | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Number of shares held in name of others | | Main experience (educational background) (Note 3) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | | Remunerations and other amounts received in recent years (Note 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship | |
| Chairman and Managing Director | Lin Zhenhong, Representative of Tatung (Stocks) LTD. (newly appointed on 08/04/2003) | 05/31/2001 | 3 years | 05/27/1997 06/06/2003 | 1,348,354,882 | 35.75% | 936,638,282 | 15.31% | 0 | 0 | 0 | 0 | Master of Engineering, University of Southern California | Chairman and Managing Director of the Company Director of Tatung Chairman of Tatung (Japan) (Stocks) Ltd. Chairman of Chunghwa Picture Tubes (Bermuda) Ltd. Chairman of Chunghwa Picture Tubes (Labuan) Ltd. Chairman of Chunghwa Picture Tubes (Malaysia) Ltd. Chairman of Chunghwa Picture Tubes (Kampar) Ltd. Chairman of Chunghwa Picture Tubes (UK) Ltd. Chairman of Dahua Photoelectric Chairman of CPT Photoelectric Chairman of CPTW Chairman of E—Union Development Chairman of Dalement Investment Chairman of Daliant Investment Chairman of Bangalore Investment Chairman of Bensaline Investment Director of Chunghwa Toppan Electronics (Stocks) Ltd. Director of Forward Eletronics Director of Magaolin Electronics (Stocks) Ltd. | Director (legal representative) | Lin Weishan | Second degree of kinship | 90(1) 3,123(2) 990(3) |

Translation of Page 10

| Job title (Note 1) | Name | Elected on | Term of office | Initially elected on (Note 2) | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Number of shares held in name of others | | Main experience (educational background) (Note 3) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | | Remunerations and other amounts received in recent years (Note 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship | |
| Director | Lin Weishan, Representative of Chunghwa Electronics Development (Stocks) LTD. | 05/31/2001 | 3 years | 06/14/1986 27/05/1997 | 1,195,670,990 | 31.70% | 1,375,021,638 | 22.48% | 170,016 | 0 | 0 | 0 | Master of Business, University of Washington | Director and General Manager of Tatung; Supervisor of Tatung Otis; Chairman of Tatung Fuji Electric; Chairman of Tatung Forestry; Director of Tatung Electronics; Director of Tatung US; Director of Tatung World; Chairman of Tatung Fanuc; Chairman of TPM Tatung Precise Meter Co., Ltd; Chairman of Tatung Coatings; Director of Tatung Container; Chairman of Fuji Electric Tatung Thailand; Director and General Manager of Chunghwa Electronics Development; Chairman of Forward Electronics; Chairman of Taiwan's Communications Industry; Chairman of Tatung Fuji Electric; Chairman of Tatung Chugai Precious Metals; Chairman of Taipei Industries; Director of Tatung UK; Director of Tatung Japan; Chairman and Managing Director Tatung Thailand; Chairman of Tatung San Chih Semiconductor; Director of Tatung Canada; Director of Tatung Monitor Mexico; Director of Tatung Mexico; Chairman of Tatung Comprehensive Electric | Chairman and Managing Director | Lin Zhenhong | Second degree of kinship | 120(1) |
| Director | Xie Zhongjian, Representative of Tatung (Stocks) LTD. | 05/31/2001 | 3 years | 05/27/1997 10/06/1998 | 1,348,354,882 | 35.75% | 936,638,282 | 15.31% | 0 | 0 | 0 | 0 | Doctor of Case Western Reserve University | Director of Computer Center of Tatung University | — | — | — | 120(1) |
| Director | Zhong Xianggui | 05/31/2001 | 3 years | 06/10/1997 | 2,964,466 | 0.08% | 3,790,135 | 0.06% | 0 | 0 | 0 | 0 | Department of Business Administration, National Cheng Kung University | Deputy General Manager of CRT Division | — | — | — | 120(1) 2,190(2) |
| Director | Wu Xunlong | 05/31/2001 | 3 years | 06/10/1998 | 54,601 | — | 62,791 | 0.00% | 0 | 0 | 0 | 0 | Doctor of Canada Shashi Jiaxun University | Director of Department of Chemical Engineering, Tatung University | — | — | — | 120(1) |

Translation of Page 11

| Job title (Note 1) | Name | Elected on | Term of office | Initially elected on (Note 2) | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Number Number of shares held in name of others | | Main experience (educational background) (Note 3) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | | Remunerations and other amounts received in recent years (Note 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship | |
| Director | Lin Dengbin | 05/31/2001 | 3 years | 06/10/2000 | 53,369 | — | 61,374 | 0.00% | 0 | 0 | 0 | 0 | Master of Electrical Engineering of University of California, Berkeley | Dean of Academic Affairs of Tatung University | — | — | — | 120(1) |
| Director | Lin Hongming | 05/31/2001 | 3 years | 06/10/2000 | 37,107 | — | 44,673 | 0.00% | 20,000 | — | 0 | 0 | Doctor of Materials of University of Wisconsin | Dean of Materials Department of Tatung University | — | — | — | 120(1) |
| Director | Xu Kuncheng | 05/31/2002 | 3 years | 05/31/2002 | 0 | — | 1,071,000 | 0.02% | 11,280 | — | 0 | 0 | General Manager of Qiyuan Iron Works Co., Ltd. | Chairman of Yigang (Stocks) Ltd. Chairman of Yijiewei Technology (Stocks) Ltd. Chairman of Zhipin Technology Engineering (Stocks) Ltd. | — | — | — | 120(1) |
| Supervisor | Lyu Xiuzheng, Representative of Chunghwa Electronics Development (Stocks) LTD. | 05/31/2001 | 3 years | 06/14/1986 05/27/1997 | 1,195,670,990 | 31.70% | 1,375,021,638 | 22.48% | 0 | 0 | 0 | 0 | Master of Electrical Engineering of University of Southern California | General Manager of Tatung Electric (Stocks) Ltd. | — | — | — | 120(1) |
| Supervisor | Yang Haoer | 05/31/2001 | 3 years | 06/10/1998 | 23,161 | — | 26,635 | 0.00% | 0 | 0 | 0 | 0 | Master of National Chengchi University | Professor of Institute of Economic Research of Tatung University | — | — | — | 120(1) |
| Supervisor | Xu Chaoyun | 05/31/2001 | 3 years | 06/10/2000 | 6,766 | — | 7,780 | 0.00% | 0 | 0 | 0 | 0 | Doctor of Electrical Engineering of Tatung University | Director of Communication Institute of Tatung University | — | — | — | 120(1) |
| Supervisor | Wu Muxiang | 05/31/2001 | 3 years | 06/10/1998 | 23,654 | — | 27,202 | 0.00% | 0 | 0 | 0 | 0 | Doctor of Kyoto University | Professor of Department of Chemical Engineering of Tatung University | — | — | — | 120(1) |
| Supervisor | Yang Bangguang | 08/17/2001 | 3 years | 08/17/2001 | 78,009 | — | 89,710 | 0.00% | 0 | 0 | 0 | 0 | Master of Management of ADL MEI | No | — | — | — | 120(1) |

Translation of Page 18

| | | | |
|---|---|---|---|
| 50,001 to 100,000 | 4,722 | 361,481,944 | 5.91% |
| 100,001 to 200,000 | 1,996 | 300,511,898 | 4.91% |
| 200,001 to 400,000 | 895 | 257,747,744 | 4.21% |
| 400,001 to 600,000 | 345 | 175,021,775 | 2.86% |
| 600,001 to 800,000 | 146 | 103,837,322 | 1.70% |
| 800,001 to 1,000,000 | 126 | 119,338,965 | 1.95% |
| More than 1,000,001 | 280 | 3,306,534,894 | 54.09% |
| Total | 225,842 | 6,116,154,480 | 100.00% |

4. List of main shareholders

18/04/2004    Unit: Share

| Name of main shareholder / Shares | Number of shares | Shareholding ratio |
|---|---|---|
| Chunghwa Electronics Development Co., Ltd. | 1,375,021,638 | 22.48% |
| Tatung Company | 936,638,282 | 15.31% |
| Lin Zhenyuan | 55,863,027 | 0.91% |
| Polaris Taiwan Excellence Fund | 31,156,758 | 0.51% |
| Civil Servants Pension Fund Management Committee | 30,353,000 | 0.50% |
| Citibank Taiwan Branch | 21,324,250 | 0.35% |
| HSBC Trusted Morgan Stanley International Limited | 18,267,252 | 0.30% |
| Cathay Life Insurance Co. Ltd. | 18,056,000 | 0.30% |
| Mitsubishi Electric Corporation | 17,133,362 | 0.28% |
| UAM Fund Trusted by Standard Chartered | 16,739,000 | 0.27% |

5. The last two years' market price, net value, earning, dividend per share and related information

Unit: NTD

| Items / Year | | | 2002 | 2003 | As of Q1, 2004 |
|---|---|---|---|---|---|
| Market price per share | Maximum | | 44.9 | 19.00 | 22.8 |
| | Minimum | | 9.95 | 7.65 | 14.5 |
| | Average | | 25.58 | 15.42 | 19.56 |
| Net value per share | Before allocation | | 10.72 | 11.42 | 12.56 |
| | After allocation (Note 1) | | — | — | — |
| Earnings per share | Weighted average number of shares (one thousand shares) | | 4,670,537 | 5,241,023 | 5,912,548 |
| | Earnings per share | Before adjustment | (0.74) | 0.18 | 0.87 |
| | | After adjustment | — | — | — |
| Dividend per share | Cash dividend | | — | — | — |
| | Stock grants | Surplus rights issue | — | — | — |
| | | Capital reserve rights issue | — | — | — |
| | Cumulative dividend payable | | — | — | — |
| ROI analysis | Price-to-earning ratio (Note 2) | | — | 85.67 | 22.48 |
| | Price to dividend ratio (Note 3) | | — | — | — |
| | Cash dividend yield (Note 4) | | — | — | — |

Note 1: To be filled based on the allocation conditions made in the resolution of shareholders' meeting of the next year.



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2003.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com