# Exhibit 15

普通股股票代碼：2475

CRT
九十三年度年報
中華民國九十四年三月二十九日刊印
2004
ANNUAL REPORT
TFT

LCD

PDP

中華映管股份有限公司
CHUNGHWA PICTURE TUBES, LTD.

年報查詢網址
本公司網站：http://www.cptt.com.tw
公開資訊觀測站：http://mops.tse.com.tw

Common Stock Code: 2475
CRT
2004 Annual Report
Printed on March 29, 2005
2004
ANNUAL REPORT
TFT
LCD
PDP
CHUNGHWA PICTURE TUBES, LTD.
Annual Report Inquiry Website
Website of the Company: http://www.cptt.com.tw Market
Observation Post System: http://mops.twse.com.tw

## (二)董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

### 1.董事、監察人

#### (1)董事、監察人資料

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 |
| 董事長 | 大同(股)公司<br>代表人：林鎮弘 | 93年06月16日 | 3年 | 86年05月27日 | 936,638,282 | 15.31% | 972,650,541 | 14.17% | - | - |
| 董事 | 大同(股)公司<br>代表人：林蔚山 | 93年6月16日 | 3年 | 86年05月27日 | 936,638,282 | 15.31% | 972,650,541 | 14.17% | 185,718 | - |
| 董事 | 大同(股)公司<br>代表人：王炎元 | 93年6月16日 | 3年 | 86年05月27日 | 936,638,282 | 15.31% | 972,650,541 | 14.17% | - | - |
| 董事 | 中華電子<br>投資(股)公司<br>代表人：<br>林郭文艷 | 93年6月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,375,021,638 | 20.03% | 185,832 | - |
| 董事 | 中華電子<br>投資(股)公司<br>代表人：林鴻明 | 93年6月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,375,021,638 | 20.03% | 21,847 | - |
| 董事 | 中華電子<br>投資(股)公司<br>代表人：楊世宗 | 93年6月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,375,021,638 | 20.03% | - | - |
| 董事 | 袁建中 | 93年6月16日 | 3年 | 93年06月16日 | - | - | - | - | - | - |
| 董事 | 施國清 | 93年6月16日 | 3年 | 93年06月16日 | - | - | - | - | - | - |
| 監察人 | 中華電子<br>投資(股)公司<br>代表人：汪志成 | 93年6月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,375,021,638 | 20.03% | - | - |
| 監察人 | 楊邦光 | 93年6月16日 | 3年 | 90年08月17日 | 89,710 | - | 89,710 | - | - | - |
| 監察人 | 余文正 | 93年6月16日 | 3年 | 93年06月16日 | 11,200 | - | 12,234 | - | 369 | - |
| 監察人 | 藍榮裕 | 93年6月16日 | 3年 | 93年06月16日 | 97,995 | - | 97,995 | - | 12,000 | - |
| 監察人 | 朱盈裕 | 93年6月16日 | 3年 | 93年06月16日 | 20,200 | - | 20,200 | - | 14,000 | - |

94年3月29日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| - | - | 美國南加州大學電機所碩士<br>大同(股)公司重電總廠總廠長<br>大同(股)公司副總經理 | 本公司總經理<br>大同(股)公司董事<br>中華映管(百慕達)董事長<br>中華映管(納閩)董事長<br>中華映管(馬來西亞)董事長<br>中華映管(金寶)董事長<br>華映視訊(吳江)董事長<br>福建華映顯示科技董事長<br>福州華映視訊董事長<br>中華凸版(股)公司董事<br>福華電子(股)公司董事 | 董事(法人代表)<br>董事(法人代表) | 林蔚山<br>林郭文艷 | 二親等<br>二親等 |
| - | - | 美國華盛頓大學經營所碩士 | 大同(股)公司總經理<br>大同綜合訊電董事長<br>福華電子(股)董事長<br>台灣通信工業董事長<br>尚志精密化學董事長<br>尚志半導體董事長<br>尚志精機董事長<br>大同發那科董事長<br>尚志資產開發董事長<br>拓志光機電董事長 | 董事(法人代表)<br>董事(法人代表) | 林鎮弘<br>林郭文艷 | 二親等<br>配偶 |
| - | - | 大同大學電機工程系<br>大同(股)電視廠廠長<br>大同(股)電子總廠總廠長 | 大同(股)公司總處長<br>尚志國際通運(股)公司董事<br>尚志化工(股)公司董事 | - | - | - |
| - | - | 美國馬里蘭大學經濟所碩士 | 大同(股)公司副總經理<br>大同世界科技董事長<br>大同墨西哥董事長<br>大同電子科技(江蘇)董事長<br>大同電線電纜(江蘇)董事長<br>拓志光機電董事<br>大同荷蘭總經理 | 董事(法人代表)<br>董事(法人代表) | 林鎮弘<br>林蔚山 | 二親等<br>配偶 |
| - | - | 美國威斯康辛大學材料所博士 | 大同大學材料系教授 | - | - | - |
| - | - | 日本國立大阪大學電子所碩士<br>中華映管(股)公司廠長 | 本公司副總經理 | - | - | - |
| - | - | 美國紐約州立大學電機所博士<br>美國麻省理工學院訪問學者<br>英國皇家學院訪問學者<br>國立交通大學管理學院副院長<br>國立交通大學科管所所長 | 國立交通大學科管所教授 | - | - | - |
| - | - | 大同公司電子總廠總廠長 | 鈦積光電科技(廈門)有限公司總經理 | - | - | - |
| - | - | 大同大學事業經營所碩士<br>大同(股)電線電纜總廠副廠長 | 大同(股)公司資訊無線通訊廠主計長 | - | - | - |
| - | - | 美國ADL MEI管理碩士<br>大同(股)公司採購處長 | - | - | - | - |
| - | - | 大同大學工商管理系<br>大同英國公司主計長<br>大同泰國公司副總經理 | 大同(股)公司財務處協理<br>大同(股)公司董事<br>尚志資產開發公司董事 | - | - | - |
| - | - | 國立成功大學機械系 | 福華電子(股)董事兼總經理<br>福華電子設備(東莞)董事長<br>蘇州福華科技董事長<br>大同日本株式會社董事 | - | - | - |
| - | - | 大同奧的斯公司財務長<br>大同(股)公司全球運籌管理處副處長 | 大同(股)公司經營委員會委員 | - | - | - |

## (四)主要股東名單

| 主要股東名稱 \ 股份 | 持有股數 | 持股比例 |
|---|---|---|
| 中華電子投資(股)公司 | 1,375,021,638 | 20.03% |
| 大同(股)公司 | 972,650,541 | 14.17% |
| 元大京華證券(股)公司 | 77,733,873 | 1.13% |
| 中信局保管雅凱廸恩新興市場股票基金投資專戶 | 29,342,000 | 0.43% |
| 國華人壽保險(股)公司 | 26,713,108 | 0.39% |
| 國泰人壽保險(股)公司 | 20,068,000 | 0.29% |
| 遠雄人壽保險事業(股)公司 | 19,414,000 | 0.28% |
| 日商三菱電機株式會社 | 17,133,362 | 0.25% |
| 寶來台灣卓越50基金專戶 | 16,851,930 | 0.25% |
| 台灣人壽保險(股)公司 | 15,700,000 | 0.23% |

## (五)最近二年度每股市價、淨值、盈餘、股利及相關資料

| 項目 \ 年度 | | | 92年 | 93年 | 94年截至3月29日 |
|---|---|---|---|---|---|
| 每股市價 | 最高 | | 20.20 | 26.20 | 14.80 |
| | 最低 | | 7.50 | 11.45 | 12.05 |
| | 平均 | | 15.42 | 19.06 | 13.61 |
| 每股淨值 | 分配前 | | 11.42 | 13.93 | - |
| | 分配後 | | 11.42 | 12.12(註) | - |
| 每股盈餘 | 加權平均股數 | | 5,241,023 | 6,513,734 | - |
| | 每股盈餘 | 調整前 | 0.18 | 1.58 | - |
| | | 調整後 | 0.17 | 1.45 | - |
| 每股股利 | 現金股利 | | - | 0.6 | - |
| | 無償配股 | 盈餘配股 | - | 0.2 | - |
| | | 資本公積配股 | - | 0.7 | - |
| | 累積未付股利 | | - | - | - |
| 投資報酬分析 | 本益比 | | 85.67 | 12.06 | - |
| | 本利比 | | - | 31.77 | - |
| | 現金股利殖利率 | | - | 3.15% | - |

註：係依本公司94年3月29日董事會決議計算，尚未經94年股東常會通過。



| 關係人名稱 | 與本公司之關係 |
|---|---|
| 大同股份有限公司 | 本公司之主要股東 |
| 福華電子股份有限公司 | 本公司採權益法評價之被投資公司 |
| 中華凸版電子股份有限公司 | 本公司採權益法評價之被投資公司 |
| 大同中外貴金屬股份有限公司 | 係大同股份有限公司之子公司 |
| 大同亞瑟頓股份有限公司 | 係大同股份有限公司之子公司 |
| 台灣通信工業股份有限公司 | 係大同股份有限公司之子公司 |
| 大同電化股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志精密化學股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志國際通運股份有限公司 | 係大同股份有限公司之子公司 |
| 大同奧的斯電梯股份有限公司 | 係大同股份有限公司之子公司 |
| 大同發那科股份有限公司 | 係大同股份有限公司之子公司 |
| 大同日本公司 | 係大同股份有限公司之子公司 |
| 大同英國公司 | 係大同股份有限公司之子公司 |
| 大同泰國公司 | 係大同股份有限公司之子公司 |
| 大同美國公司 | 係大同股份有限公司之子公司 |
| 坤德股份有限公司 | 係大同股份有限公司之子公司 |
| 大同大隈股份有限公司 | 係大同股份有限公司之子公司 |
| 大同綜合訊電股份有限公司 | 係大同股份有限公司之子公司 |
| 大同新加坡電子股份有限公司 | 係大同股份有限公司之子公司 |
| 大同世界科技股份有限公司 | 係大同股份有限公司之子公司 |
| 大同通訊股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 協志聯合科技股份有限公司 | 係大同股份有限公司之孫公司 |
| 大同電子科技(江蘇)有限公司 | 係大同股份有限公司之孫公司 |
| 百慕達中華映管(百慕達)股份有限公司 | 本公司之子公司 |
| 馬來西亞中華映管(納閩)股份有限公司 | 子公司之子公司 |
| 馬來西亞中華映管(馬來西亞)股份有限公司 | 子公司之子公司 |
| 馬來西亞中華映管(金寶)股份有限公司 | 子公司之子公司 |
| 中華映管(英國)股份有限公司 | 子公司之子公司 |
| 華映視訊(吳江)有限公司(華映吳江公司) | 子公司之子公司 |
| 華映光電股份有限公司 | 子公司之子公司 |
| Dalemont Investment Ltd. | 子公司之子公司 |
| Daliant Investment Ltd. | 子公司之子公司 |
| Bangalor Investment Ltd. | 子公司之子公司 |
| Bensaline Investment Ltd. | 子公司之子公司 |
| 福建華映顯示科技有限公司 | 子公司之子公司 |
| 福州華映視訊有限公司 | 孫公司之子公司 |
| 馬來西亞馬高林電子股份有限公司 | 子公司採權益法評價之被投資公司 |
| 福建福嘉電子有限公司 | 孫公司採權益法評價之被投資公司 |
| 美齊科技股份有限公司 | 本公司董事長為該公司董事長之二親等以內親屬(民國九十二年前三季為非關係人) |
| 高創(蘇州)電子有限公司 | 美齊科技股份有限公司之子公司 |
| 英屬維京群島傑利投資股份有限公司(傑利投資股份有限公司) | 美齊科技股份有限公司之子公司 |
| 美齊(馬來西亞)股份有限公司 | 美齊科技股份有限公司之子公司 |
| 財團法人私立大同大學 | 大同股份有限公司之主要股東 |
| 林鎮弘　先生 | 本公司之董事長兼總經理 |

**2. 與關係人間之重大交易事項**

**本公司於民國九十三及九十二年度與關係人間之重大交易事項及截至民國九十三及九十二年十二月三十一日止，相關交易餘額如下：**

Translation of Page 11-12

II. Company Profile

(II) Information about the directors, supervisors, presidents, vice presidents, associates, and person in charge of departments and branches

**1. Directors and supervisors**

**(1) Information about the directors and supervisors**

29/03/2005

| Job title | Name | Elected on | Term of office | Initially elected on | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Number of shares held in name of others | | Main experience (educational background) (Note 3) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| Chairman | Lin Zhenhong, Representative of Tatung (Stocks) LTD. | 16/06/2004 | 3 years | 27/05/1997 | 936,638,282 | 15.31% | 972,650,541 | 14.17% | - | - | - | - | Master of Department of Electrical Engineering of University of Southern California<br>Director of Tatung (Stocks) Heavy Electric Plant<br>Deputy General Manager of Tatung (Stocks) Ltd. | General Manager of the Company<br>Director of Tatung (Stocks) Ltd.<br>Chairman of Chunghwa Picture Tubes (Bermuda) Ltd.<br>Chairman of Chunghwa Picture Tubes (Labuan) Ltd.<br>Chairman of Chunghwa Picture Tubes (Malaysia) Ltd.<br>Chairman of Chunghwa Picture Tubes (Kampar) Ltd.<br>Chairman of CPTW (Wujiang) Co., Ltd.<br>Chairman of Fujian CPT Display Technology<br>Director of Fuzhou CPTW Director of Chunghwa Toppan Electronics (Stocks) | Director (legal representative) | Lin Weishan | Second degree of kinship |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | Ltd.<br>Director of Forward Electronics (Stocks) Ltd | Director (legal representative) | Linguo Wenyan | Second degree of kinship |
| Director | Lin Weishan, Representative of Tatung (Stocks) LTD. | 16/06/2004 | 3 years | 27/05/1997 | 936,638,282 | 15.31% | 972,650,541 | 14.17% | 185,718 | - | - | - | Master of Business, University of Washington | General Manager of Tatung (Stocks) Ltd.<br>Chairman of Tatung Comprehensive Electric<br>Chairman of Forward Electronics<br>Chairman of Taiwan's Communications Industry<br>Chairman of Shan Chih Fine Chemicals Co., Ltd.<br>Chairman of Tatung Shan Chih Semiconductor<br>Chairman of TPM Tatung Precise Meter Co., Ltd.<br>Chairman of Tatung Fanuc<br>Chairman of Tatung Asset Development<br>Chairman of Toes Opto-Mechatronics Company Limited | Director (legal representative)<br>Director (legal representative) | Lin Zhenhong<br>LingGuo Wenyan | Second degree of kinship<br>Spouse |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Wang Yanyuan, Representative of Tatung (Stocks) LTD. | 16/06/2004 | 3 years | 27/05/1997 | 936,638,282 | 15.31% | 972,650,541 | 14.17% | - | - | - | - | Department of Electrical Engineering of Tatung University<br>Director of Tatung (Stocks) TV Factory<br>Director of Tatung (Stocks) Electronic Factory | General Director of Tatung (Stocks) Ltd.<br>Director of Shan ChihInternational Express Co., Ltd.<br>Director of Shan ChihChemical (Stocks) Ltd. | - | - | - |
| Director | Linguo Wenyan, Representative of Chunghwa Electronics Development (Stocks) LTD. | 16/06/2004 | 3 years | 04/05/1971 | 1,375,021,638 | 22.48% | 1,375,021,638 | 20.03% | 185,832 | - | - | - | Master of University of Maryland | Deputy General Manager of Tatung (Stocks) Ltd.<br>Chairman of Tatung World Technology<br>Chairman of Tatung Mexico<br>Chairman of Tatung Electric Technology (Jiangsu)<br>Chairman of Tatung Wires & Cables (Jiangsu)<br>Director of Toes Opto-Mechatronics Company Limited<br>General Manager of Tatung Netherlands | Director (legal representative)<br>Director (legal representative) | Lin Zhenhong<br>Lin Weishan | Second degree of kinship<br>Spouse |
| Director | Lin Hongming, Representative of Chunghwa Electronics Development (Stocks) LTD. | 16/06/2004 | 3 years | 04/05/1971 | 1,375,021,638 | 22.48% | 1,375,021,638 | 20.03% | 21,847 | - | - | - | Doctor of Materials Department of University of Wisconsin | Professor of Materials Department of Tatung University | - | - | - |
| Director | Yang Shizong, Representative of Chunghwa Electronics Development (Stocks) LTD. | 16/06/2004 | 3 years | 04/05/1971 | 1,375,021,638 | 22.48% | 1,375,021,638 | 20.03% | - | - | - | - | Master of Electronics Research Institute, Osaka University<br>Director of Chunghwa Picture Tubes (Stocks) | Deputy General Manager of the Company | - | - | - |
| Director | Yuan Jianzhong | 16/06/2004 | 3 years | 16/06/2004 | - | - | - | - | - | - | - | - | Doctor of Department of Electrical Engineering, New York State University<br>Visiting Scholar at MIT<br>Visiting Scholar at the UK Royal College<br>Vice President of Institute of Management of National Chiao Tung University<br>Director of Institute of | Professor of Institute of Scientific Management of National Chiao Tung University | - | - | - |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Scientific Management of National Chiao Tung University | | | | |
| Director | Shi Guoqing | 16/06/2004 | 3 years | 16/06/2004 | - | - | - | - | - | - | - | - | Director of Tatung Electronics Factory | General Manager of Taiji Light Pen Technology (Xiamen) Ltd. | - | - | - |
| Supervisor | Wang Zhicheng, Representative of Chunghwa Electronics Development (Stocks) LTD. | 16/06/2004 | 3 years | 04/05/1971 | 1,375,021,638 | 22.48% | 1,375,021,638 | 20.03% | - | - | - | - | Master of Department of Business of Tatung University<br>Director of Tatung Wires & Cables (Stocks) Factory | Chief Comptroller of Tatung (Stocks) Information Wireless Communication Factory | - | - | - |
| Supervisor | Yang Bangguang | 16/06/2004 | 3 years | 17/08/2001 | 89,710 | - | 89,710 | - | - | - | - | - | Master of Management Department of the US ADL MEI<br>Purchasing Director of Tatung (Stocks) Ltd. | - | - | - | - |
| Supervisor | Yu Wenzheng | 16/06/2004 | 3 years | 16/06/2004 | 11,200 | - | 12,234 | - | 369 | | - | - | Department of Business Administration of Tatung University<br>Chief Comptroller of Tatung UK<br>Deputy General Manager of Tatung Thailand | Finance Associate of Tatung (Stocks) Ltd.<br>Director of Tatung (Stocks) Ltd.<br>Director of Tatung Asset Development | - | - | - |
| Supervisor | Lan Rongyu | 16/06/2004 | 3 years | 16/06/2004 | 97,995 | - | 97,995 | - | 12,000 | - | - | - | Department of Mechanical Engineering, National Cheng Kung University | Director and General Manager of Forward Electronics (shares)<br>Forward Electronic Equipment (Dongguan)<br>Chairman of Suzhou Forward Technology Co., Ltd.<br>Director of Tatung | - | - | - |

Japan Co., Ltd.

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supervisor | Zhu Yingyu | 16/06/2004 | 3 years | 16/06/2004 | 20,200 | - | 20,200 | - | 14,000 | - | - | - | Financial Officer of Tatung Otis Co., Ltd. Deputy Commissioner of Tatung (Stocks) Global Operations Management Office | Member of Tatung (Stocks) Operations Management Committee | - | - | - |

Translation of Page 18

## II. Company Profile

### (IV) List of main shareholders

| Name of main shareholders / Shares | Number of shares | Shareholding ratio |
|---|---|---|
| Chunghwa Electronics Development (Stocks) Co., Ltd. | 1,375,021,638 | 20.03% |
| Tatung (Stocks) Ltd. | 972,650,541 | 14.17% |
| Yuanta Core Pacific Securities (Stocks) Co., Ltd. | 77,733,873 | 1.13% |
| Jacquet Dean Emerging Market Equity Fund Investment Account Entrusted by Central Trust of China | 29,342,000 | 0.43% |
| Guohua Life Insurance (Stocks ) Co., Ltd. | 26,713,108 | 0.39% |
| Cathay Life Insurance (Stocks) Co., Ltd. | 20,068,000 | 0.29% |
| Far Glory Life Insurance business (Stocks) Co., Ltd. | 19,414,000 | 0.28% |
| Mitsubishi Electric Corporation | 17,133,362 | 0.25% |
| Account of Polaris Taiwan Top 50 Tracker Fund | 16,851,930 | 0.25% |
| Taiwan Life Insurance (Stocks) Co., Ltd. | 15,700,000 | 0.23% |

### (V) The last two years' market price, net value, earnings, dividends per share and related information

| Items / Year | | | 2003 | 2004 | As of 29/3/2005 |
|---|---|---|---|---|---|
| Market price per share | Maximum | | 20.20 | 26.20 | 14.80 |
| | Minimum | | 7.50 | 11.45 | 12.05 |
| | Average | | 15.42 | 19.06 | 13.61 |
| Net value per share | Before allocation | | 11.42 | 13.93 | - |
| | After allocation | | 11.42 | 12.12 (Note) | - |
| Earnings per share | Weighted average number of shares | | 5,241,023 | 6,513,734 | |
| | Earnings per share | Before adjustment | 0.18 | 1.58 | - |
| | | After adjustment | 0.17 | 1.45 | — |
| Dividends per share | Cash dividend | | — | 0.6 | — |
| | Stock grants | Surplus rights issue | — | 0.2 | — |
| | | Capital reserve rights issue | — | 0.7 | — |
| | Cumulative dividend payable | | | | — |
| ROI analysis | Price-to-earning ratio | | 85.67 | 12.06 | |
| | Price to dividend ratio | | — | 31.77 | — |
| | Cash dividend yield | | — | 3.15% | — |

Note: It was calculated under the resolution of the Company's shareholders' meeting on March 29, 2005, which has not been passed by the shareholders' meeting of 2005.



Translation of Page 82

## VII. Financial Statements

| Name of associated party | Relations with the Company |
|---|---|
| Tatung Co., Ltd. | A main shareholder of the Company |
| Forward Electronic Co., Ltd. | A investee company of the Company as per equity method |
| Chunghwa Toppan Electronics Co., Ltd. | A investee company of the Company as per equity method |
| Tatung Chugai Precious Metals Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Tatung Atherton Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Taiwan Communication Industrial Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Tatung Electrochemical Corp. | A subsidiary of Tatung Co. Ltd. |
| Tatung Fine Chemicals Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Shangchih International Express Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Tatung Otis Elevator Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Tatung Fanuc Ltd. | A subsidiary of Tatung Co. Ltd. |
| Tatung Japan | A subsidiary of Tatung Co. Ltd. |
| Tatung UK | A subsidiary of Tatung Co. Ltd. |
| Tatung Thailand | A subsidiary of Tatung Co. Ltd. |
| Tatung USA | A subsidiary of Tatung Co. Ltd. |
| Kunde Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Tatung Okuma Corp. | A subsidiary of Tatung Co. Ltd. |
| Tatung Comprehensive Electric Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Tatung Singapore Electronics Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Tatung World Technology Co., Ltd. | A subsidiary of Tatung Co. Ltd. |
| Tatung Communications Corp. | A investee company of Tatung Co. Ltd. as per equity method |
| Xiezhi United Technologies Co., Ltd. | A grandson company of Tatung Co. Ltd. |
| Tatung Electronic Technology (Jiangsu) Co., Ltd. | A grandson company of Tatung Co. Ltd. |
| Chunghwa Picture Tubes (Bermuda) Ltd. | A subsidiary of the Company |
| Malaysia Chunghwa Picture Tubes (Labuan) Ltd. | A subsidiary of the subsidiary |
| Malaysia Chunghwa Picture Tubes (Malaysia) Limited | A subsidiary of the subsidiary |
| Chunghwa Picture Tubes (Kampar) Ltd. | A subsidiary of the subsidiary |
| Chunghwa Picture Tubes (UK) Ltd. | A subsidiary of the subsidiary |
| CPTW (Wujiang) Co., Ltd. (CPTW Wujiang Co., Ltd.) | A subsidiary of the subsidiary |
| CPT Photoelectric Ltd. | A subsidiary of the subsidiary |
| Dalemont Investment Ltd. | A subsidiary of the subsidiary |
| Daliant Investment Ltd. | A subsidiary of the subsidiary |
| Bangalor Investment Ltd. | A subsidiary of the subsidiary |
| Bensaline Investment Ltd. | A subsidiary of the subsidiary |
| Fujian CPT Display Technology Co., Ltd. | A subsidiary of the subsidiary |
| Fuzhou CPTW Co., Ltd. | A subsidiary of the grandson company |
| Malaysia Magaolin Electronics Co., Ltd. | A investee company of the subsidiary as per equity method |
| Fujian Fujia Electronics Co., Ltd. | A investee company of the grandson company as per equity method |
| JEAN Technology Co., Ltd. | The Company's chairman is a relative within the second degree of kinship of this company's chairman (it is a non-associated party in the first three quarters of 2003) |
| Gaochuang (Suzhou) Electronics Co., Ltd. | A subsidiary of JEAN Technology Co., Ltd. |
| British Virgin Islands Jerry Investment Co., Ltd. (Jerry Investment Co., Ltd.) | A subsidiary of JEAN Technology Co., Ltd. |
| JEAN (Malaysia) Limited | A subsidiary of JEAN Technology Co., Ltd. |
| Incorporated Foundation Private Tatung University | A main shareholder of Tatung Co. Ltd. |
| Mr. Lin Zhenhong | Chairman of the Board and Managing Director of the Company |

2. Major transactions with associated parties

The Company's major transactions with associated parties in 2004 and 2003 and the related transaction balances as of December 31, 2004 and 2003 are as follows:



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2004.

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com