# Exhibit 16

普通股股票代碼：2475

本公司網站：http://www.cptt.com.tw

2005 ANNUAL REPORT 九十四年度年報

民國九十五年四月二十七日刊印

中華映管股份有限公司
CHUNGHWA PICTURE TUBES, LTD.

年報查詢網址
本公司網站：http://www.cptt.com.tw
公開資訊觀測站：http://mops.tse.com.tw

Common Stock Code: 2475



2005 ANNUAL REPORT

Printed on April 27, 2006

CHUNGHWA PICTURE TUBES, LTD.

Annual Report Inquiry Website
Website of the Company: http://www.cpttcom.tw
Market Observation Post System: http://mops.tse.com.tw

貳、公司概況

(二) 董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

1 董事、監察人
   (1) 董事、監察人資料

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 |
| 董事長 | 大同(股)公司 代表人：林鎮弘 | 93年06月16日 | 3年 | 86年05月27日 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | — | — |
| 董事 | 大同(股)公司 代表人：林蔚山 | 93年06月16日 | 3年 | 86年05月27日 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | 200,780 | — |
| 董事 | 大同(股)公司 代表人：張椿穎 (註1) | 95年04月24日 | 1年 | 86年05月27日 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | — | — |
| 董事 | 中華電子投資 (股)公司 代表人：林郭文艷 | 93年06月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | 200,903 | — |
| 董事 | 中華電子投資 (股)公司 代表人：林鴻明 | 93年06月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | 23,618 | — |
| 董事 | 中華電子投資 (股)公司 代表人：楊世宗 | 93年06月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | — | — |
| 董事 | 袁建中 | 93年06月16日 | 3年 | 93年06月16日 | — | — | — | — | 40,000 | — |
| 董事 | 施國清 | 93年06月16日 | 3年 | 93年06月16日 | — | — | — | — | — | — |
| 董事 | 趙建和 | 94年05月18日 | 2年 | 94年05月18日 | — | — | — | — | — | — |
| 監察人 | 中華電子投資 (股)公司 代表人：汪志成 | 93年06月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | — | — |
| 監察人 | 楊邦光 | 93年06月16日 | 3年 | 90年08月17日 | 89,710 | — | 96,995 | — | — | — |
| 監察人 | 余文正 | 93年06月16日 | 3年 | 93年06月16日 | 11,200 | — | 13,226 | — | 398 | — |
| 監察人 | 藍榮裕 | 93年06月16日 | 3年 | 93年06月16日 | 97,995 | — | 105,942 | — | 12,973 | — |
| 監察人 | 朱盈裕 | 93年06月16日 | 3年 | 93年06月16日 | 20,200 | — | 21,838 | — | 15,135 | — |

註1：原董事王炎元先生於民國95年4月24日卸任，大同股份有限公司改指派張椿穎先生擔任該法人股東之代表人。

95年4月27日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|---|
| 股 數 | 持股比率 | | | | 職 稱 | 姓 名 | 關 係 |
| - | - | 美國南加州大學電機所碩士<br>大同(股)公司重電總廠總廠長<br>大同(股)公司副總經理 | 本公司總經理<br>大同(股)公司董事<br>中華映管(百慕達)董事長<br>中華映管(納閩)董事長<br>中華映管(馬來西亞)董事長<br>中華映管(金寶)董事長<br>華映視訊(吳江)董事長<br>福建華映顯示科技董事長<br>福州華映視訊董事長<br>福建華冠光電董事長<br>深圳華映顯示科技董事長 | 中華凸版(股)公司董事<br>福華電子(股)公司董事<br>華映光電(股)公司董事<br>大華映電(股)公司董事長<br>馬來西亞馬高林電子(股)公司董事<br>新金士頓(股)公司董事長<br>Dalemont Investment公司董事長<br>Daiant Investment公司董事長<br>Bangalor Investment公司董事長<br>Bensaline Investment公司董事長 | 董事(法人代表)<br><br>董事(法人代表) | 林蔚山<br><br>林郭文艷 | 二親等<br><br>二親等 |
| - | - | 美國華盛頓大學經營所碩士 | 大同(股)公司董事長兼總經理<br>大同綜合訊電董事長<br>福華電子(股)公司董事長<br>台灣通信工業董事長<br>大同奧的斯董事長<br>綠能科技董事長<br>尚志精密化學董事長 | 尚志半導體董事長<br>尚志精機董事長<br>大同發那科董事長<br>尚志資產開發董事長<br>拓志光機電董事長<br>大同(越南)董事長 | 董事(法人代表)<br><br>董事(法人代表) | 林鎮弘<br><br>林郭文艷 | 二親等<br><br>配偶 |
| - | - | 大同工學院電機系 | 大同(股)公司數位電視事業部總處長 | | - | - | - |
| - | - | 美國馬里蘭大學經濟所碩士 | 大同(股)公司執行副總<br>大同世界科技董事長<br>大同(墨西哥)董事長<br>大同電子科技(江蘇)董事長 | 大同電線電纜科技(吳江)董事長<br>拓志光機電董事<br>大同荷蘭總經理 | 董事(法人代表)<br><br>董事(法人代表) | 林鎮弘<br><br>林蔚山 | 二親等<br><br>配偶 |
| - | - | 美國威斯康辛大學材料所博士 | 大同大學材料所教授 | | - | - | - |
| - | - | 日本國立大阪大學電子所碩士<br>本公司副總經理 | 本公司TFT營運總部總工程師 | | - | - | - |
| - | - | 美國紐約州立大學電機所博士<br>美國麻省理工學院訪問學者<br>英國皇家學院訪問學者<br>國立交通大學管理學院副院長<br>國立交通大學科管所所長 | 國立交通大學科管所教授 | | - | - | - |
| - | - | 大同公司電子總廠總廠長 | 鈦積光電科技(廈門)有限公司總經理 | | - | - | - |
| - | - | 銘傳大學法律研究所肄業 | 協立法律事務所主持律師 | | - | - | - |
| - | - | 大同大學事業經營所碩士<br>大同(股)電線電纜總廠副廠長 | 大同(股)公司3C事業處兼資訊廠主計處處長 | | - | - | - |
| - | - | 美國ADL MB管理碩士<br>大同(股)公司採購處長 | - | | - | - | - |
| - | - | 大同大學工商管理系<br>大同英國公司主計長<br>大同泰國公司副總經理 | 大同(股)公司財務處協理<br>大同(股)公司董事<br>尚志資產開發公司董事 | | - | - | - |
| - | - | 國立成功大學機械系 | 福華電子(股)公司董事兼總經理<br>蘇州福華科技董事長 | 福華電子設備(東莞)董事長<br>武漢福樺電子科技董事長 | - | - | - |
| - | - | 大同奧的斯公司財務長<br>大同(股)公司全球運籌管理處副處長 | 大同(股)公司稽核委員會主任委員 | | - | - | - |

13

## (三)股權分散情形

每股面額十元　　　　　　　　　　　　　　　95年4月16日

| 持股分級 | 股東人數 | 持有股數 | 持股比例 |
|---|---|---|---|
| 1至 999 | 37,720 | 13,685,636 | 0.17% |
| 1,000至 5,000 | 123,012 | 287,893,646 | 3.50% |
| 5,001至 10,000 | 50,161 | 352,332,560 | 4.29% |
| 10,001至 15,000 | 29,477 | 342,765,215 | 4.17% |
| 15,001至 20,000 | 12,110 | 214,507,561 | 2.61% |
| 20,001至 30,000 | 16,387 | 392,203,245 | 4.78% |
| 30,001至 50,000 | 12,375 | 476,576,036 | 5.81% |
| 50,001至 100,000 | 8,995 | 622,734,216 | 7.58% |
| 100,001至 200,000 | 4,318 | 584,522,664 | 7.12% |
| 200,001至 400,000 | 1,735 | 478,293,282 | 5.82% |
| 400,001至 600,000 | 482 | 235,531,008 | 2.87% |
| 600,001至 800,000 | 181 | 124,935,994 | 1.52% |
| 800,001至 1,000,000 | 123 | 110,556,738 | 1.35% |
| 1,000,001以上 | 380 | 3,976,087,070 | 48.41% |
| 合計 | 297,456 | 8,212,604,871 | 100.00% |

特別股股權分散情形：
不適用。

## (四)主要股東名單

| 主要股東名稱 | 股份 持有股數 | 持股比例 |
|---|---|---|
| 中華電子投資股份有限公司 | 1,486,542,603 | 18.10% |
| 大同股份有限公司 | 1,051,537,247 | 12.80% |
| 元大京華證券股份有限公司 | 56,755,809 | 0.69% |
| 英商渣打銀行託管I SHARES 公司投資專戶 | 49,350,105 | 0.60% |
| 美商花旗銀行託管新加坡政府基金專戶 | 45,402,061 | 0.55% |
| 公務人員退休撫卹基金管理委員會 | 41,026,849 | 0.50% |
| 國華人壽保險股份有限公司 | 40,270,744 | 0.49% |
| 中信局保管雅凱迪恩新興市場股票基金投資專戶 | 31,721,779 | 0.39% |
| 花旗託管新加坡金融局委新加坡政府操作專戶 | 26,030,231 | 0.32% |
| 美商花旗託管次元新興市場評估基金投資專戶 | 25,458,045 | 0.31% |

21

玖、財務報表

## 五、關係人交易

### 1. 關係人之名稱及關係

| 關係人名稱 | 與本公司之關係 |
|---|---|
| 大同股份有限公司 | 本公司之法人股東及最終控股公司 |
| 福華電子股份有限公司 | 本公司採權益法評價之被投資公司 |
| 中華凸版電子股份有限公司 | 本公司採權益法評價之被投資公司 |
| 大同中外貴金屬股份有限公司 | 係大同股份有限公司之子公司 |
| 大同亞瑟頓股份有限公司 | 係大同股份有限公司之子公司 |
| 台灣通信工業股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志精密化學股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志國際通運股份有限公司 | 係大同股份有限公司之子公司 |
| 大同發那科自動化股份有限公司 | 係大同股份有限公司之子公司 |
| 大同日本公司 | 係大同股份有限公司之子公司 |
| 大同英國公司 | 係大同股份有限公司之子公司 |
| 大同泰國公司 | 係大同股份有限公司之子公司 |
| 大同美國公司 | 係大同股份有限公司之子公司 |
| 大同綜合訊電股份有限公司 | 係大同股份有限公司之子公司 |
| 大同新加坡電子股份有限公司 | 係大同股份有限公司之子公司 |
| 大同世界科技股份有限公司 | 係大同股份有限公司之子公司 |
| 拓志光機電股份有限公司 | 係大同股份有限公司之子公司 |
| 大同通訊股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同奧的斯電梯股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 坤德股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同大隈股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 協志聯合科技股份有限公司 | 係大同股份有限公司之孫公司 |
| 大同電子科技(江蘇)有限公司 | 係大同股份有限公司之孫公司 |
| 百慕達中華映管(百慕達)股份有限公司 | 本公司之子公司 |
| 馬來西亞中華映管(納閩)股份有限公司 | 子公司之子公司 |
| 馬來西亞中華映管(馬來西亞)股份有限公司 | 子公司之子公司 |
| 華映視訊(吳江)有限公司(華映吳江公司) | 子公司之子公司 |
| 華映光電股份有限公司 | 子公司之子公司 |
| Dalemont Investment Ltd. | 子公司之子公司 |
| Daliant Investment Ltd. | 子公司之子公司 |
| Bangalor Investment Ltd. | 子公司之子公司 |
| Bensaline Investment Ltd. | 子公司之子公司 |
| 福建華映顯示科技有限公司(福建華映顯示公司) | 子公司之子公司 |
| 深圳華映顯示科技有限公司(深圳華映顯示公司) | 子公司之子公司 |
| 福建華冠光電有限公司(華冠光電公司) | 子公司之子公司 |
| 馬來西亞馬高林電子股份有限公司 | 子公司採權益法評價之被投資公司 |
| 馬來西亞中華映管(金寶)股份有限公司 | 孫公司之子公司 |
| 福州華映視訊有限公司 | 孫公司之子公司 |
| 美齊科技股份有限公司 | 本公司董事長為該公司董事長之二親等以內親屬 |
| 英屬維京群島傑利投資股份有限公司(傑利投資股份有限公司) | 美齊科技股份有限公司之子公司 |
| 美齊(馬來西亞)股份有限公司 | 美齊科技股份有限公司之子公司 |
| 高創(蘇州)電子有限公司 | 美齊科技股份有限公司之孫公司 |
| 財團法人私立大同大學 | 大同股份有限公司之主要股東 |
| 林鎮弘　先生 | 本公司之董事長兼總經理 |

## Translation of Page 12

**II. Company profile**

**(II) Information about directors, supervisors, general managers, deputy general managers, assistant managers and person in charge of each department and branch**

**1 Directors and Supervisors**

**(1) Information about directors and supervisors**

| Title | Name | Elected on | Term of office | Initially elected on | Shares held upon Election | | Number of shares now held | | Number of shares held by Spouse & Minor Children | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio |
| Chairman | TATUNG (Stocks) Co. Representative: Lin Zhenhong | 06/16/2004 | 3 years | 05/27/1997 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | - | - |
| Director | TATUNG (Stocks) Co. Representative: Lin Weishan | 06/16/2004 | 3 years | 05/27/1997 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | 200,780 | - |
| Director | TATUNG (shares) Co. Representative: Zhang Chunying (Note 1) | 04/24/2006 | 1 year | 05/27/1997 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | - | - |
| Director | Chunghwa Electronics Development Co., Ltd Representative:Linguo Wenyan | 06/16/2004 | 3 years | 05/04/1971 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | 200,903 | - |
| Director | Chunghwa Electronics Development Co., Ltd Representative:Lin Hongming | 06/16/2004 | 3 years | 05/04/1991 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | 23,618 | - |
| Director | Chunghwa Electronics Development Co., Ltd Representative:Yang Shizong | 06/16/2004 | 3 years | 05/04/1971 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | - | - |
| Director | Yuan Jianzhong | 06/16/2004 | 3 years | 06/16/2004 | - | - | - | - | 40,000 | - |
| Director | Shi Guoqing | 06/16/2004 | 3 years | 06/16/2004 | - | - | - | - | - | - |
| Director | Zhao Jianhe | 05/18/2005 | 2 years | 05/18/2005 | - | - | - | - | - | - |
| Supervisors | Chunghwa Electronics Development Co., Ltd Representative:Wang Zhicheng | 06/16/2004 | 3 years | 05/04/1971 | 1,375,021,638 | 22.48% | 1,488,542,603 | 18.10% | - | - |
| Supervisors | YangBangguang | 06/16/2004 | 3 years | 08/17/2001 | 89,710 | - | 96,985 | - | - | - |
| Supervisors | Yu Wenzheng | 06/16/2004 | 3 years | 06/16/2004 | 11,200 | - | 13,226 | - | 398 | - |
| Supervisors | Lan Rongyu | 06/16/2004 | 3 years | 08/16/2004 | 97,995 | - | 105,942 | - | 12,973 | - |
| Supervisors | Zhu Yingyu | 06/16/2004 | 3 years | 06/16/2004 | 20,200 | - | 21,838 | - | 15,135 | - |

Note 1: After the former chairman Wang Yanyuan left office on April 24, 2006, Tatung changed to designate Mr. Zhang Chunying as the representative of legal shareholders.

## Translation of Page 13

April 27, 2006

| Holding shares in the name of others | | Main experience (educational background) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|
| Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| - | - | Master of Electrical Engineering of University of Southern California; General plant manager of Industrial Application BU of Tatung Company General Vice Manager of Tatung (Stocks) | General Manager of the Company Director of Tatung (Stocks) Co. Chairman of Chunghwa Picture Tubes (Bermuda) Ltd. Chairman of Chunghwa Picture Tubes (Labuan) Ltd. Chairman of Chunghwa Picture Tubes (Malaysia) Ltd. Chairman of CPT (Kampar) Ltd. Chairman of CPTW (Wujiang) Chairman of CPT Display Technology (Fujian) Ltd. Chairman of CPTF Visual Display（Fuzhou）Ltd. Chairman of CPT TPV Optical (Fujian) Co., Ltd Chairman of CPT Display Technology (Shenzhen) Ltd. Director of Toppan Printing (Stocks) Ltd. Director of FORWARD Electronics (Stocks) Ltd. Director of Chunghwa Picture Tubes Photoelectricity Chairman of Grand Cathay Photoelectricity (Stocks) Co., Ltd. Director of Malaysia Magaolin Electronics (Stocks) Ltd. Chairman of New Kingston Enterprise (Stocks) Ltd. Chairman of Dalemont Investment Ltd. Chairman of Daliant Investment Ltd. Chairman of Bangalor Investment Ltd. Chairman of Bensaline Investment Ltd. | Director (legal representative) | Lin Weishan | Second degree of kinship |
| | | | | Director (legal representative) | LinguoWenyan | Second degree of kinship |
| - | - | Master of Business of University of Washington | Chairman and General Manager of TATUNG (Stocks) Chairman of TATUNG Consumer Products (Taiwan) Co., Ltd Chairman of Forward Electronics (Stocks) Ltd. Chairman of Taiwan Telecom Industry Company Chairman of Tatung Otis Elevator Company Chairman of Green Energy Technology Chairman of Tatung San Chih Fine Chemicals Co. Chairman of San Chih Semiconductor Co., Ltd Chairman of San Chih Precise Machine Co., Ltd Chairman of TATUNG FANUC Robotics Corporation Chairman of San Chih Asset Development Chairman of Toes Opto-Mechatronics Co. Chairman of Tatung (Vietnam) | Director (legal representative) | Lin Zhenhong | Second degree of kinship |
| | | | | Director (legal representative) | Linguo Wenyan | Spouse |
| - | - | Electromechanical College of Tatung Engineer University | General division head of TATUNG (Stocks) 3C CNSBG Digital TVS Division | - | - | - |
| - | - | Master of Economics of University of Maryland, College Park | Executive Vice President of TATUNG (Stocks) Chairman of TATUNG System Technologies Inc Chairman of TATUNG (Mexico) Chairman of TATUNG TechNet (Jiangsu) Chairman of TATUNG Wire & Cable Tech (Wujiang) Director of Toes Opto-Mechatronics Co. Chairman of TATUNG (Holland) | Director (legal representative) | Lin Zhenhong | Second degree of kinship |
| | | | | Director (legal representative) | Lin Weishan | Spouse |
| - | - | Doctor of Material of University of Wisconsin | Department of Materials Institution of TATUNG University | - | - | - |
| - | - | Master of Electronic Institution of Osaka University General Vice Manager of the Company | General Engineer of TFT operation Dept | - | - | - |
| - | - | Doctor of Electromechanical Institute of State University of New York Visiting Scholar of Massachusetts Institute of Technology Visiting Scholar of Imperial College London | Professor of Science and Management Institution National Chiao Tung University | - | - | - |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | Vice Dean of Management of National Chiao Tung University Head of Science and Management Institution of National Chiao Tung University |  |  |  |  |
| - | - | General plant manager of electronic plant of Tatung | General Manager of TVM Optical Electronic Science & Technology (Xiamen) Co., Ltd | - | - | - |
| - | - | Study at Legal Institute of Ming Chuan University | President lawyer of Co-effort Law Firm LLP | - | - | - |
| - | - | Master of Business of Tatung University Vice plant manager of TATUNG (Stocks) Wire & Cable Plant | Dean of Prime comptroller division of TATUNG 3C enterprise division & information plant | - | - | - |
| - | - | MBA of American ADL MB Procure dean of TATUNG (Stocks) Company | - | - | - | - |
| - | - | Business Administration Department of Tatung University Chief Comptroller of TATUNG (England) General Vice Manager of Tatung (Thailand) | Assistant Manager of finance division of TATUNG (Stocks) Director of TATUNG (Stocks) Company Director of San Chih Asset Development | - | - | - |
|  |  | Department of Mechanics at National Cheng Kung University | Chairman and GM of Forward Electronics (Stocks) Ltd., Chairman of Forward Electronics Devices Ltd.(Dongguan), Chairman of Suzhou Forward Electronics Technology Co., Chairman of Wuhan Forward Electronics TechnologyCo. |  |  |  |
|  |  | CFO of Tatung Otis Elevator Company Deputy Director of TATUNG (Stocks) GDBA Dep. | Chairman of TATUNG (Stocks)Audit Committee |  |  |  |

## Translation of Page 21

（Ⅲ） Ownership dispersion

Ten Yuan of denomination per stock right                                    April 16, 2006

| Class of shareholding | The number of shareholders | Number of shares | Shareholding ratio |
|---|---|---|---|
| 1 to 999 | 37,720 | 13,665,636 | 0.17% |
| 1,000 to 5,000 | 123,012 | 287,893,646 | 3.50% |
| 5,001 to 10,000 | 50,161 | 352,332,560 | 4.29% |
| 10,001 to 15,000 | 29,477 | 342,765,215 | 4.17% |
| 15,001 to 20,000 | 12,110 | 214.507,581 | 2.61% |
| 20,001 to 30,000 | 16,387 | 392,203,245 | 4.78% |
| 30,001 to 50,000 | 12,375 | 476,576,036 | 5.81% |
| 50,001 to 100,000 | 8,995 | 622,734,216 | 7.58% |
| 100,001 to 200,000 | 4,318 | 584,522,664 | 7.12% |
| 200,001 to 400,000 | 1,735 | 478,293,282 | 5.82% |
| 400,001 to 600,000 | 482 | 235,531,008 | 2.87% |
| 600,001 to 800,000 | 181 | 124,935,994 | 1.52% |
| 800,001 to 1,000,000 | 123 | 110,556,738 | 1.35% |
| More than 1,000,001 | 380 | 3,976,087,070 | 48.41% |
| Total | 297,456 | 8,212,604,871 | 100.00% |

Special ownership dispersion:
Not Applicable.

（Ⅳ） List of principal shareholders

| Name of main shareholders | Shares — Number of shares | Shareholding ratio |
|---|---|---|
| Chunghwa Electronics Development Co., Ltd | 1,486,542,603 | 18.10% |
| Tatung Company | 1,051,537,247 | 12.80% |
| Yuanta Core Pacific Securities | 56,755,809 | 0.69% |
| Special account for investment of iSHARES Co. entrusted at British Stanchart | 49,350,105 | 0.60% |
| Special account for Singapore government fund entrusted at Citibank | 45,402,061 | 0.55% |
| Civil servants' retirement pension fund management committee | 41,026,849 | 0.50% |
| Kuo Hua Life Insurance Co. Ltd | 40,270,744 | 0.49% |
| Special account custody of Stock fund for Yadi Kane emerging market at Citic bureau | 31,721,779 | 0.39% |
| Special account of Financial Bureau entrusted to Singapore Government and operated by whom in custody of Citibank | 26,030,231 | 0.32% |
| Special account for investment of BQ Citi Mandate Dimensional Emerged Markets Evaluation of fund | 25,458,045 | 0.31% |

## Translation of Page 90

Ⅸ. **Financial Statement**
  Ⅴ. **Transaction between shareholders**
    **1. Name and relationship of shareholders**

| Name of Shareholders | Relationship with the Company |
|---|---|
| Tatung (Stocks) Company | Legal shareholder of the Company and the ultimate holding company |
| Forward Electronics Co., Ltd | Invested company evaluated by equity method |
| Toppan Printing Co., Ltd. (China) | Invested company evaluated by equity method |
| Tatung Chugai Precious Metals | Subsidiary company of TATUNG Company |
| Tatung Atherton Company | Subsidiary company of TATUNG Company |
| Taiwan Communication Industrial Co., Ltd | Subsidiary of Tatung Company |
| San Chih Fine Chemicals Co. | Subsidiary company of TATUNG Company |
| San Chih International Express Co., Ltd | Subsidiary of Tatung Company |
| TATUNG FANUC Robotics Corporation | Subsidiary company of TATUNG Company |
| TATUNG CO., OF JAPAN INC. | Subsidiary of Tatung shares |
| TATUNG UK Ltd. | Subsidiary company of TATUNG Company |
| Tatung （Thailand） | Subsidiary company of TATUNG Company |
| TATUNG CO. OF AMERICA,INC. | Subsidiary company of TATUNG Company |
| Tatung Consumer Products （Taiwan）Co., Ltd | Subsidiary company of TATUNG Company |
| Tatung Electronics shares (Singapore) | Subsidiary company of TATUNG Company |
| Tatung System Technologies Inc. | Subsidiary company of TATUNG Company |
| Toes Opto-Mechatronics Co. | Subsidiary company of TATUNG Company |
| TATUNG Telecom (Stocks) | Invested company evaluated by TATUNG Company in equity method |
| Tatung Otis Elevators Co., Ltd | Invested company evaluated by TATUNG Co., Ltd in equity method |
| Kuender Co., Ltd | Invested company evaluated by TATUNG Co., Ltd in equity method |
| Tatung-Okuma Co., Ltd | Invested company evaluated by TATUNG Co., Ltd in equity method |
| TISNet Technology Inc. | Grandchildren company of Tatung shares |
| TATUNG TechNet (Jiangsu) Co., Ltd | Grandchildren company of Tatung shares |
| Chunghwa Picture Tubes(Bermuda) LTD. | Subsidiary of subsidiary company |
| Chunghwa Picture Tubes(L)LTD | Subsidiary of the subsidiary |
| Chunghwa Picture Tubes (M) Sdn. Bhd. | Subsidiary of subsidiary company |
| Chunghwa Picture Tubes (Wujiang) Co.,Ltd. | Subsidiary of subsidiary company |
| Chunghwa Picture Tubes Photoelectricity Co.,Ltd. | Subsidiary of subsidiary company |
| Dalemont Investment Ltd. | Subsidiary of subsidiary company |
| Daliant Investment Ltd. | Subsidiary of subsidiary company |
| Bangalor Investment Ltd. | Subsidiary of subsidiary company |
| Bensaline Investment Ltd. | Subsidiary of subsidiary company |
| CPT DISPLAY TECHNOLOGY (FUJIAN)CO.,LTD. | Subsidiary of subsidiary company |
| CPT Display Technology (Shenzhen) Ltd. | Subsidiary of subsidiary company |
| CPT Display Technology (Shenzhen) Ltd. | Subsidiary of subsidiary company |
| Malaysia Ma Gaulin Co., Ltd | Invested company evaluated by subsidiary in the equity method of |
| CPT (M) | Subsidiary company of grandchildren company |
| CPTF Visual Display（Fuzhou）Ltd. | Subsidiary company of grandchildren company |
| JEAN CO.,LTD. | Chairman was the the relative within 2 tiers of the chairman of this company |
| British virgin islands Jerry Investment Co., Ltd. | Subsidiary of JEAN CO.,LTD. |
| JEAN (Malaysia) | Subsidiary of JEAN CO.,LTD |
| Gongchuang (Suzhou) electronics Co.,Ltd | Subsidiary of JEAN CO.,LTD |
| Private Foundation Tatung University | Principal shareholders of Tatung Company |
| Mr. Lin Zhenhong | Chairman and General Manager of the company |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2005.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com