# Exhibit 17

普通股股票代號：2475

# ANNUAL REPORT 2006

## 九十五年度年報

民國九十六年四月二十七日刊印



中華映管股份有限公司



董事長：林蔚山

**中華映管股份有限公司**
CHUNGHWA PICTURE TUBES, LTD.

1127, Hopin Rd., Padeh City. Taoyuan, Taiwan, 334, R.O.C.
Tel: 886-3-3675151   Fax: 886-3-3773115

中華映管股份有限公司

九十五年度年報

**中華映管股份有限公司**
CHUNGHWA PICTURE TUBES, LTD.

年報查詢網址　本公司網址：http://www.cptt.com.tw　公開資訊觀測站：http://mops.tse.com.tw





Common Stock Code : 2475

# 2006 ANNUAL REPORT

2006 Annual Report
Printed on April 27, 2007

CHUNGHWA PICTURE TUBES, LTD.

Annual Report Inquiry Website
Website of the Company : http://www.cptt.com.tw

Market Observation
Post System : http://mops.tse.com.tw



CHUNGHWA PICTURE TUBES, LTD.



Chairman: Lin Weishan



CHUNGHWA PICTURE TUBES, LTD.
1127, Hopin Rd., Padeh City, Taoyuan, Taiwan, 334, R.O.C.
Tel: 886-3-3675151   Fax: 886-3-3773115

## 二、董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

### 1 董事、監察人

**(1)、董事、監察人資料**

| 職稱 | 姓名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 持股比率 |
|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 大同(股)公司 代表人：林蔚山 96.03.30新任 | 93年06月16日 | 3年 | 86年05月27日 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | 200,780 | - |
| 董事 | 大同(股)公司 代表人：唐遠生 96.03.30新任 | 96年03月30日 | 3年 | 86年05月27日 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | 8,243 | - |
| 董事 | 大同(股)公司 代表人：張椿穎(註1) | 95年04月24日 | 1年 | 86年05月27日 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | - | - |
| 董事 | 中華電子投資(股)公司 代表人：林郭文艷 | 93年06月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | 200,903 | - |
| 董事 | 中華電子投資(股)公司 代表人：林鴻明 | 93年06月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | 23,618 | - |
| 董事 | 中華電子投資(股)公司 代表人：楊世宗 | 93年06月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | - | - |
| 董事 | 袁建中 | 93年06月16日 | 3年 | 93年06月16日 | - | - | - | - | 30,000 | - |
| 董事 | 施國清 | 93年06月16日 | 3年 | 93年06月16日 | - | - | - | - | - | - |
| 董事 | 趙建和 | 94年05月18日 | 2年 | 94年5月18日 | - | - | - | - | - | - |
| 監察人 | 中華電子投資(股)公司 代表人：汪志成 | 93年06月16日 | 3年 | 60年05月04日 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | - | - |
| 監察人 | 楊邦光 | 93年06月16日 | 3年 | 90年08月17日 | 89,710 | - | 96,985 | - | - | - |
| 監察人 | 余文正 | 93年06月16日 | 3年 | 93年06月16日 | 11,200 | - | 13,226 | - | 398 | - |
| 監察人 | 藍榮裕 | 93年06月16日 | 3年 | 93年06月16日 | 97,995 | - | 105,942 | - | 12,973 | - |
| 監察人 | 朱盈裕 | 93年06月16日 | 3年 | 93年06月16日 | 20,200 | - | 101,838 | - | 15,135 | - |

註1：原董事王炎元先生於民國九十五年四月二十四日卸任，大同股份有限公司改指派張椿穎先生擔任法人股東之代表人。

96年4月27日

| 利用他人名義持有股份 | | 主要經（學）歷 | 目前兼任本公司及其他公司之職務 | | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|---|
| 股 數 | 持股比率 | | | | 職 稱 | 姓 名 | 關 係 |
| - | - | 美國華盛頓大學經營所碩士 | 大同(股)公司董事長兼總經理<br>大同綜合訊電董事長<br>福華電子(股)公司董事長<br>台灣通信工業董事長<br>大同奧的斯董事長<br>綠能科技董事長<br>尚志精密化學董事長<br>華映公司董事長<br>中華映管(納閩)董事長<br>Bensaline Investment Ltd董事長<br>Bangalor Investment Ltd董事長<br>Dalemont Investment Ltd董事長<br>Daliant Investment Ltd董事長 | 尚志半導體董事長<br>尚志精機董事長<br>大同發那科董事長<br>尚志資產開發董事長<br>拓志光機電董事長<br>大同(越南)董事長<br>中華映管(百慕達)董事長<br>大華國際資產管理(股)公司董事長 | 董事<br>(法人代表) | 林郭文艷 | 配偶 |
| - | - | 加州柏克萊碩士 | 大同(股)公司新事業開發處協理 | | - | - | - |
| - | - | 大同大學電機系 | 大同(股)公司3C事業處顯像事業部總處長 | | - | - | - |
| - | - | 美國馬里蘭大學經濟所碩士 | 大同(股)公司執行副總<br>大同世界科技董事長<br>大同(墨西哥)董事長<br>大同電子科技(江蘇)董事長 | 大同電線電纜科技(吳江)董事長<br>拓志光機電董事<br>大同荷蘭總經理 | 董事<br>(法人代表) | 林蔚山 | 配偶 |
| - | - | 美國威斯康辛大學材料所博士 | 大同大學材料所教授兼研發長 | | - | - | - |
| - | - | 日本國立大阪大學電子所碩士<br>本公司副總經理 | 本公司總經理室副總經理 | | - | - | - |
| - | - | 美國紐約州立大學電機所博士<br>美國麻省理工學院訪問學者<br>英國皇家學院訪問學者<br>國立交通大學管理學院前副院長<br>國立交通大學科管所所長 | 國立交通大學科管所教授兼所長 | | - | - | - |
| - | - | 大同公司電子總廠總廠長 | 鈦積光電科技(廈門)有限公司總經理 | | - | - | - |
| - | - | 銘傳大學法律研究所肄業<br>桓華/展新/張權法律事務所受僱律師 | 協立法律事務所主持律師 | | - | - | - |
| - | - | 大同大學事業經營所碩士<br>大同(股)公司電線電纜總廠副廠長 | 大同(股)公司電線電纜總廠及重電一廠總廠長特別助理 | | - | - | - |
| - | - | 美國ADL MEI管理碩士<br>大同(股)公司採購處長 | - | | - | - | - |
| - | - | 大同大學工商管理系<br>大同英國公司主計長<br>大同泰國公司副總經理 | 大同(股)公司財務處協理<br>大同(股)公司董事<br>大同發那科自動化(股)公司監察人 | | - | - | - |
| - | - | 國立成功大學機械系 | 福華電子(股)董事兼總經理<br>福華電子設備(東莞)董事長<br>蘇州福華科技董事長<br>武漢福樺電子科技董事長 | | - | - | - |
| - | - | 大同奧的斯公司財務長<br>大同(股)公司全球運籌管理處副處長 | 大同(股)公司稽核委員會主任委員<br>精英電腦(股)公司董事 | | - | - | - |

肆、資金運用計畫執行情形

### 4 主要股東名單

| 主要股東名稱 | 持有股數 | 持股比例 |
|---|---|---|
| 中華電子投資股份有限公司 | 1,486,542,603 | 18.10% |
| 大同股份有限公司 | 1,051,537,247 | 12.80% |
| 國華人壽保險股份有限公司 | 77,838,744 | 0.95% |
| 英商渣打託管 ishares公司投資專戶 | 45,528,105 | 0.55% |
| 公務人員退休撫卹基金管理委員會 | 41,026,849 | 0.50% |
| 美商花旗託管次元新興市場評估基金投資專戶 | 38,118,045 | 0.46% |
| 渣打託管梵加德新興市場股票指數基金專戶 | 34,866,331 | 0.42% |
| 連添榮 | 26,650,000 | 0.32% |
| 日商三菱電機株式會社 | 18,522,961 | 0.23% |
| 黃張簡銀花 | 17,700,000 | 0.22% |

### 5 最近二年度每股市價、淨值、盈餘、股利及相關資料

| 項目 | | 94年 | 95年 | 96年截至4月27日 |
|---|---|---|---|---|
| 每股市價 | 最　高 | 14.24 | 10.75 | 8.58 |
|  | 最　低 | 7.14 | 6.13 | 5.71 |
|  | 平　均 | 12.13 | 8.00 | 7.15 |
| 每股淨值 | 分配前 | 11.44 | 10.00 | 9.66 |
|  | 分配後 | 11.44 | 10.00 | 9.66 |
| 每股盈餘 | 加權平均股數 | 7,807,278 | 8,212,605 | 8,212,605 |
|  | 每股盈餘 | (0.94) | (1.70) | (0.37) |
| 每股股利 | 現金股利 | - | - | - |
|  | 無償配股　盈餘配股 | - | - | - |
|  | 　　　　　資本公積配股 | - | - | - |
|  | 累積未付股利 | - | - | - |
| 投資報酬分析 | 本益比（註1） | - | - | - |
|  | 本利比（註2） | - | - | - |
|  | 現金股利殖利率（註3） | - | - | - |

註1：本益比＝當年度每股平均收盤價／每股盈餘。
註2：本利比＝當年度每股平均收盤價／每股現金股利。
註3：現金股利殖利率＝每股現金股利／當年度每股平均收盤價。

### 6 公司股利政策及執行狀況

1、公司章程所訂之股利政策

本公司每年決算如有盈餘，除依法提繳所得稅外，應先彌補以往年度虧損，次就其餘額提撥百分之十為法定盈餘公積，另依主管機關規定，提撥或迴轉特別盈餘公積，剩餘部份視為可分配盈餘，由董事會擬具分派案提請股東會決議後分派之，其中員工紅利提撥比例為5%～10%，其餘全部或部份派付股東股息及紅利。

本公司屬高科技產業，企業生命週期正值成長期，為持續擴充規模，提升與世界大廠競爭之實力，本公司採取剩餘股利政策。股息及紅利之發放應考慮本公司未來資本支出預算規劃及資金需求情況進行，其中以現金股利方式發放比例不得低於當年度股票股利及現金股利合計數的百分之十，惟現金股利發放比例得視當年度實際獲利及未來年度資金需求狀況調整之。

2、本次股東常會擬議股利分配之情形依據本公司股利政策，本年度擬不配發任何股利。

### 7 本次股東會擬議之無償配股對公司營業績效及每股盈餘之影響：不適用。

**五、關係人交易**

### 1 關係人之名稱及關係

| 關 係 人 名 稱 | 與 本 公 司 之 關 係 |
|---|---|
| 大同股份有限公司 | 具有控制能力之法人股東 |
| 福華電子股份有限公司 | 採權益法評價之被投資公司 |
| 中華凸版電子股份有限公司 | 採權益法評價之被投資公司 |
| 大華國際資產管理股份有限公司 | 子公司 |
| 誠創科技股份有限公司 | 子公司採權益法評價之被投資公司 |
| 大同中外貴金屬股份有限公司 | 係大同股份有限公司之子公司 |
| 大同亞瑟頓股份有限公司 | 係大同股份有限公司之子公司 |
| 台灣通信工業股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志精密化學股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志國際通運股份有限公司 | 係大同股份有限公司之子公司 |
| 大同發那科自動化股份有限公司 | 係大同股份有限公司之子公司 |
| 大同日本公司 | 係大同股份有限公司之子公司 |
| 大同英國公司 | 係大同股份有限公司之子公司 |
| 大同泰國公司 | 係大同股份有限公司之子公司 |
| 大同美國公司 | 係大同股份有限公司之子公司 |
| 大同綜合訊電股份有限公司 | 係大同股份有限公司之子公司 |
| 大同新加坡電子股份有限公司 | 係大同股份有限公司之子公司 |
| 大同世界科技股份有限公司 | 係大同股份有限公司之子公司 |
| 拓志光機電股份有限公司 | 係大同股份有限公司之子公司 |
| 大同通訊股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同奧的斯電梯股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 坤德股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同大隈股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 精英電腦(股)公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 協志聯合科技股份有限公司 | 係大同股份有限公司之孫公司 |
| 大同電子科技(江蘇)有限公司 | 係大同股份有限公司之孫公司 |
| 百慕達中華映管(百慕達)股份有限公司 | 子公司 |
| 馬來西亞中華映管(納閩)股份有限公司 | 子公司 |
| 馬來西亞中華映管(馬來西亞)股份有限公司 | 子公司 |
| 華映視訊(吳江)有限公司(華映吳江公司) | 子公司之子公司 |
| 華映光電股份有限公司 | 子公司之子公司 |
| Dalemont Investment Ltd. | 子公司之子公司 |
| Daliant Investment Ltd. | 子公司之子公司 |
| Bangalor Investment Ltd. | 子公司之子公司 |
| Bensaline Investment Ltd. | 子公司之子公司 |
| 福建華映顯示科技有限公司(福建華映顯示公司) | 子公司之子公司 |
| 深圳華映顯示科技有限公司(深圳華映顯示公司) | 子公司之子公司 |
| 福建華冠光電有限公司(華冠光電公司) | 子公司之子公司 |
| 馬來西亞馬高林電子股份有限公司 | 子公司採權益法評價之被投資公司 |
| 馬來西亞中華映管(金寶)股份有限公司 | 孫公司之子公司 |
| 福州華映視訊有限公司 | 孫公司之子公司 |
| 廈門華僑電子股份有限公司 | 孫公司採權益法評價之被投資公司 |
| 美齊科技股份有限公司 | 董事長為該公司董事長之二親等以內親屬 |
| 英屬維京群島傑利投資股份有限公司 (傑利投資股份有限公司) | 美齊科技股份有限公司之子公司 |
| 美齊(馬來西亞)股份有限公司 | 美齊科技股份有限公司之子公司 |
| 高創(蘇州)電子有限公司 | 美齊科技股份有限公司之孫公司 |
| 財團法人私立大同大學 | 大同股份有限公司之主要股東 |
| 林鎮弘　先生 | 董事長兼總經理(已於民國九十六年三月三十日請辭) |

## Translation of Page 10

II. Information about directors, supervisors, general managers, deputy general managers, assistant managers and person in charge of each department and branch

1. Directors and supervisors

   (1) Information about directors and supervisors

| Title | Name | Elected on | Term of office | Initially elected on | Shares held upon election | | Number of shares now held | | Number of shares held by spouse & minor children | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of Share | SHARHOLDING RATIO | Number of Share | SHARHOLDING RATIO | Number of Share | SHARHOLDING RATIO |
| Chairman | Tatung (Stocks) Company Representative: Lin Weishan, newly appointed on March 30, 2007 | June 16, 2004 | 3years | May 27, 1997 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | 200,780 | |
| Director | Tatung (Stocks) Company Representative: Tang Yuansheng newly appointed on March 30, 2007 | March 30, 2007 | 3 years | May 27, 1997 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | 8,243 | |
| Director | Tatung (Stocks) Company Representative: Zhang Chunying (note 1) | April 24, 2006 | 1year | May 27, 1997 | 936,638,282 | 15.31% | 1,051,537,247 | 12.80% | - | - |
| Director | Chunghwa Electronics Development Co., Ltd Representative: Linguo Wenyan | June 16, 2004 | 3 years | May 4, 1971 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | 200,903 | |
| Director | Chunghwa Electronics Development Co., Ltd Representative: Lin Hongming | June 16, 2004 | 3 years | May 4, 1971 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | 23,618 | - |
| Director | Chunghwa Electronics Development Co., Ltd Representative: Yang Shizong | June 16, 2004 | 3 years | May 4, 1971 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | - | - |
| Director | Yuan Jianzhong | June 16, 2004 | 3 years | June 16, 2004 | - | - | - | - | 30,000 | - |
| Director | Shi Guoqing | June 16, 2004 | 3 years | June 16, 2004 | | - | | - | | - |
| Director | Zhao Jianhe | May 18, 2005 | 2 years | May 18, 2005 | | - | | - | | - |
| Supervisor | Chunghwa Electronics Development Co.,Ltd Representative: Wang Zhicheng | June 16, 2004 | 3 years | May 4, 1971 | 1,375,021,638 | 22.48% | 1,486,542,603 | 18.10% | - | - |
| Supervisor | Yang Bangguang | June 16, 2004 | 3 years | August 17, 2001 | 89,710 | - | 96,985 | - | - | - |
| Supervisor | Yu Wenzheng | June 16, 2004 | 3 years | June 16, 2004 | 11,200 | - | 13,226 | - | 398 | - |
| Supervisor | Lan Rongyu | June 16, 2004 | 3 years | June 16, 2004 | 97,995 | - | 105,942 | - | 12,973 | - |
| Supervisor | Zhu Yingyu | June 16, 2004 | 3 years | June 16, 2004 | 20,200 | - | 101,838 | - | 15,135 | - |

Note 1: The former director, Mr. Wang Yanyuan, left office on April 24, 2006. Tatung Company then designated Mr. Zhang Chunying as the legal representative of the shareholders.

## Translation of Page 11

April 27, 2007

| Holding shares in the name of others | | Main experience (educational background) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|
| Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| — | — | Master of Business of University of Washington | Chairman and Managing Director of Tatung (Stocks) Company<br>Chairman of Tatung Consumer Products Co., Ltd.<br>Chairman of Forward Electronics (Stocks) Co., Ltd.<br>Chairman of Taiwan Telecom Industry Company<br>Chairman of Tatung Otis<br>Chairman of Green Energy Technology<br>Chairman of Tatung Fine Chemicals Co., Ltd.<br>Chairman of CPT Co.<br>Chunghwa Picture Tubes (Labuan) Ltd.<br>Chairman of Bensaline Investment Ltd.<br>Chairman of Banglor Investment Ltd<br>Chairman of Dalemont Investment Ltd.<br>Chairman of Daliant Investment Ltd.<br>Chairman of San Chih Semiconductor Co., Ltd.<br>Chairman of San Chih Precise Machine Co., Ltd.<br>Chairman of TATUNG FANUC<br>Chairman of San Chih Asset Development<br>Chairman of Toes Opto-Mechatronics Co., Ltd.<br>Chairman of Tatung (Vietnam)<br>Chairman of Tatung Telecom (Stocks).<br>Chairman of Chunghwa Picture Tubes (Bermuda)LTD.<br>Chairman of Grand Cathay International Asset Management Corp. | Director (legal representative) | Linguo Wenyan | Spouse |
| — | — | Master of Berkeley, California | Assistant Manager of New Business Development at TATUNG Company | — | — | — |
| — | — | Department of Electrical Engineering of TATUNG University | General division head of TATUNG 3C business Dept. Imaging division | — | — | — |
| — | — | Master of Economics of University of Maryland | Executive Vice President of TATUNG (Stocks) Company<br>Chairman of TATUNG Wire & Cable Tech (Wujiang)<br>Chairman of TATUNG World Science & Technology<br>Director of Toes Opto-Mechatronics Company<br>Chairman of TATUNG (Mexico)<br>General Manager of TATUNG (Holland),<br>Chairman of TATUNG Electronic Technology (Jiangsu) | Director (legal representative) | Lin Weishan | Spouse |
| — | — | Doctor of Material of University of Wisconsin | Professor and Dean of R&D of the Department of Materials Engineering of TATUNG University | — | — | — |
| — | — | Master of Economics of Osaka Univ Japan<br>Deputy General Manager of the Company | Vice General Manager of the General Manager's Office of the Company | — | — | — |
| — | — | Doctor of Electromechanical Institute of State University of New York<br>Visiting Scholar of Massachusetts Institute of Technology<br>Visiting Scholar of Imperial College London<br>Former Vice Dean of Management of National Chiao Tung University<br>Head of Science and Management Institution of National Chiao Tung University | Professor and Dean of Science and Management Institution National Chiao Tung University | — | — | — |
| — | — | General plant manager of electronic plant of Tatung | General Manager of TVM Optical Electronic Science & Technology (Xiamen) CO., Ltd | — | — | — |
| — | — | Study at Legal Institute of Ming Chuan Unversity<br>AN employed lawyer at Huan Hua /Zhan Xin /Zhang Quan Law Firm | President lawyer of Co-effort Law Firm LLP | — | — | — |
| — | — | Master of business management at Tatung University<br>Vice plant manager of TATUNG (Stocks) Wire & Cable Plant | General Director and Special Assistant of Tatung Wire & Cable Plant and First Industrial Appliance Plant | — | — | — |
| — | — | MBA of ADL MEI<br>Director of procurement department of TATUNG Company | - | — | — | — |
| — | — | Department of Business Administration of Tatung University<br>Chief comptroller of TATUNG Company (UK)<br>General vice manager of Tatung (Thailand) Co., Ltd | Assistant Manager of finance division of TATUNG (Stocks)<br>Director of TATUNG Company<br>Supervisor of Tatung Fanuc Robotics Co. | — | — | — |
| — | — | Department of Mechanics of National Cheng Kung University | General Manager of Forward Electronics (Stocks) Co., Ltd.<br>Chairman of Forward Electronics Production (Dongguan) Co., Ltd<br>Chairman of Forward Technology (Suzhou) Co., Ltd<br>Chairman of Wuhan Fu Hua Electronic Technology Co., Ltd | — | — | — |
| | | CFO of Tatung Otis Co., Ltd<br>Vice director of Tatung Global Yunshou Management division | Director committee of Tatung Account and Audit Committee<br>Director of Elite Computer Co., Ltd. | | | |

## Translation of Page 27

IV. Execution of Fund Utilization Plan

**4. List of major shareholders**

| Shares / Name of main shareholders | Number of shares | Shareholding ratio |
|---|---|---|
| Chunghwa Electronics Development Co., Ltd | 1,486,542,603 | 18.10% |
| TATUNG Company | 1,051,537,247 | 12.80% |
| Kuo Hua Life Insurance Co. Ltd | 77,838,744 | 0.95% |
| Standard & Chartered Bank entrusted ishares as special investment account | 45,528,105 | 0.55% |
| Civil servants' retirement pension fund management committee | 41,026,849 | 0.50% |
| Citibank Chiyuan new market for special fund account of assessment | 38,118,045 | 0.46% |
| Special account for stock index fund on Emerging Markets of Vanguard entrusted at Citibank | 34,866,331 | 0.42% |
| Lian Tianrong | 26,650,000 | 0.32% |
| Mitsubishi Electric Corporation | 18,522,961 | 0.23% |
| Huangzhang Jianyinhua | 17,700,000 | 0.22% |

**5. Market price, net value, earnings dividend per share and related information**

| Items | | FY2005 | FY2006 | As of April 27, 2007 |
|---|---|---|---|---|
| Market price per share | Maximum | 14.24 | 10.75 | 8.58 |
| | Minimum | 7.14 | 6.13 | 5.71 |
| | Average | 12.13 | 8.00 | 7.15 |
| Net value per share | Before distribution | 11.44 | 10.00 | 9.66 |
| | After distribution | 11.44 | 10.00 | 9.66 |
| EPS | Weighted average number of shares | 7,807,278 | 8,212,605 | 8,212,605 |
| | EPS | (0.94) | (1.70) | (0.37) |
| Dividend per share | Cash dividend | | | |
| | Stock grants — Surplus rights issue | | | |
| | Stock grants — Capital reserve rights issue | | | |
| | Cumulative dividend payable | | | |
| ROI analysis | Price-to-earning ratio (Note 1) | | | |
| | Price to dividend yield (Note 2) | | | |
| | Cash dividend yield (Note 3) | | | |

Note 1: Price-to-earning ratio = average closing price per share of the year/earnings per share.

Note 2: Price to profit ratio = average closing price per share of the year/ cash dividend per share.

Note 3: Yield rate of cash dividend = cash dividend per share / average closing price per share of the year.

6. Dividend Policy and Implementation status:

(1)   Dividend policy prescribed by the Articles of Association

Based on the Company's Articles of Association, 10% of annual net income after tax is to be set aside as legal reserve and special reserve, 5% to 10% as bonus to employees after offsetting prior years' deficits, if any. The remaining balance, if any, can be distributed as dividends to stockholders based on the appropriation proposed by the directors' meeting and a resolution by the annual stockholders' meeting.

As the Company is a high-tech enterprise and is in the growth stage, the residual dividend policy is adopted taking into consideration the Company's future expansion plans and the strength of competing with global companies. In formulating its dividend policy, the Company shall take into account its future capital spending, budget planning and demand for capital. The cash dividends payout is adjusted according to the actual earnings and capital requirements of the Company in a particular year, but must be a minimum of 10% of the total of stock dividends and cash dividend declared.

(2) The shareholders meeting proposes not to distribute any dividends this year according to its dividend policy.

7. **The Effects of Stock Dividends on the Operation Results, Earnings Per Share and Shareholders' Returns on Investment: Not Applicable.**

## Translation of Page 86

Ⅴ. Transaction between shareholders

1 Name and Relationship of shareholders

| Name of hareholders | Relationship with the Company |
|---|---|
| Tatung Company | Corporate shareholder who has the ability to control |
| Forward Electronics Co.,Ltd. | Invested company estimated by the equity method |
| Toppan Printing Co.,Ltd. | Invested company estimated by the equity method |
| Grand Cathay International Asset Management Corp. | A subsidiary company |
| Sintronic Technology Co.,Ltd. | Invested company estimated by the equity method of the subsidiary company |
| Tatung Chugai Precious Metals Co.,Ltd. | A subsidiary company of Tatung Company |
| Tatung Wine Company (Atherton) | A subsidiary company of Tatung Company |
| Taiwan Telecom Industry Company | A subsidiary company of Tatung Company |
| San Chih Fine Chemicals Co. | A subsidiary company of Tatung Company |
| San Chih International | A subsidiary company of Tatung Company |
| Tatung Fanuc Robotics Co. | A subsidiary company of Tatung Company |
| Tatung Company Japan | A subsidiary company of Tatung Company |
| Tatung Company UK | A subsidiary company of Tatung Company |
| Tatung Company Tailand | A subsidiary company of Tatung Company |
| Tatung Company US | A subsidiary company of Tatung Company |
| Tatung Consumer Products Co., Ltd | A subsidiary company of Tatung Company |
| Tatung Electronics Shares (Singapore) | A subsidiary company of Tatung Company |
| TATUNG World Science & Technology Co., Ltd. | A subsidiary company of Tatung Company |
| Toes Opto-Mechatronics Co. | A subsidiary company of Tatung Company |
| Tatung Telecom(shares) | Invested company estimated by the equity method of Tatung shares |
| Tatung Otis Elevators Co., Ltd | Invested company estimated by the equity method of Tatung shares |
| Kuender Co.,Ltd | Invested company estimated by the equity method of Tatung shares |
| Tatung-Okuma Co.,Ltd | Invested company estimated by the equity method of Tatung shares |
| Elite Computer Co.,Ltd | Invested company estimated by the equity method of Tatung shares |
| TISNet Technology Inc. | A subsidiary company of Tatung Company |
| TATUNG TechNet (Jiangsu) Co.,Ltd | A subsidiary company of Tatung Company |
| Chunghwa Picture Tubes (Bermuda) LTD. | A subsidiary company |
| Chunghwa Picture Tubes (L) LTD | A subsidiary company |
| Chunghwa Picture Tubes (M) Sdn. Bhd. | A subsidiary company |
| Chunghwa Picture Tubes (Wujiang) Co.,Ltd. | A subsidiary company of the subsidiary company |
| Chunghwa Picture Tubes Photoelectricity Co.,Ltd. | A subsidiary company of the subsidiary company |
| Dalemont Investment Ltd. | A subsidiary company of the subsidiary company |
| Daliant Investment Ltd. | A subsidiary company of the subsidiary company |
| Bangalor Investment Ltd. | A subsidiary company of the subsidiary company |
| Bensaline Investment Ltd. | A subsidiary company of the subsidiary company |
| CPT Display Technology (Fujian)Ltd. | A subsidiary company of the subsidiary company |
| CPT Display Technology (Shenzhen)Ltd. | A subsidiary company of the subsidiary company |
| CPT TPV Optical (Fujian) Co.,Ltd. | A subsidiary company of the subsidiary company |
| Malaysia Magaolin Co., Ltd | Invested company estimated by the equity method of the subsidiary company |
| CPT (M) | Grandchildren company of subsidiary |
| PTF Visual Display（Fuzhou）Ltd. | Grandchildren company of subsidiary |
| Xiamen Overseas Chinese Electronic Co., Ltd, | Invested company estimated by the equity method of the grandchildren company |
| JEAN Technology Co., Ltd. | Chairman was the relative within 2 tiers of the chairman of this company |
| British Virgin Islands Jerry Investment co., Ltd. (Jerry Investment Co., Ltd.) | Subsidiary of JEAN Technology Co., Ltd. |
| JEAN Technology Co., Ltd. (Malaysia) | Subsidiary of JEAN Technology Co., Ltd. |
| Gaochuang Electronics (Suzhou) Co., Ltd. | Grandchildren company of JEAN Technology Co., Ltd. |
| Tatung University of Private Legal representative financial group | Main shareholder of Tatung Company |
| Mr. Lin Zhenhong | Chairman and General Manager of the Company(resigned on March 30, 2007) |



December 19, 2014

**Certification**

                            **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2006.

*Sabrina Smith* (signature)
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com