# Exhibit 18



中華映管股份有限公司



董事長 林蔚山



中華映管股份有限公司
CHUNGHWA PICTURE TUBES, LTD.
1127, Hopin Rd., Padeh City. Taoyuan, Taiwan, 334. R.O.C.
Tel:886-3-3675151 Fax:886-3-3773115

中華映管股份有限公司 CHUNGHWA PICTURE TUBES, LTD.

九十六年度年報

普通股股票代號：2475



# 2007 ANNUAL REPORT



96年度年報
民國97年4月25日刊印

年報查詢網址
本公司網站：http://www.cptt.com.tw
公開資訊觀測站：http://mops.tse.com.tw

中華映管股份有限公司 CHUNGHWA PICTURE TUBES, LTD.



CHUNGHWA PICTURE TUBES, LTD.



Chairman: Lin Weishan.



CHUNGHWA PICTURE TUBES, LTD.
1127, Hopin Rd., Padeh City, Taoyuan, Taiwan, 334, R.O.C.
Tel:886-3-3675151 Fax:886-3-3773115

CHUNGHWA PICTURE TUBES, LTD.

2007 Annual Report

Common Stock Code: 2475



# 2007 ANNUAL REPORT

2007 Annual Report
Printed on 25 April, 2008

Annual Report Inquiry Website
Website of the Company: http://www.cptt.com.tw
Market Observation Post System: http://mops.tse.com.tw

CHUNGHWA PICTURE TUBES, LTD.

## 二、董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

### ❶ 董事、監察人

#### 1、董事、監察人資料

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 |
| 董事長 | 大同(股)公司<br>代表人：林蔚山 | 96年6月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 200,780 | — |
| 董事 | 大同(股)公司<br>代表人：唐遠生 | 96年6月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 8,243 | — |
| 董事 | 大同(股)公司<br>代表人：張椿穎 | 96年6月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | — | — |
| 董事 | 大同(股)公司<br>代表人：林郭文艷 | 96年6月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 200,903 | — |
| 董事 | 大同(股)公司<br>代表人：林鴻明 | 96年6月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 73,618 | — |
| 董事 | 大同(股)公司<br>代表人：邱創儀 | 96年6月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | — | — |
| 董事 | 袁建中 | 96年6月13日 | 3年 | 93年06月16日 | — | — | — | — | 40,000 | — |
| 董事 | 施國清 | 96年6月13日 | 3年 | 93年06月16日 | — | — | — | — | — | — |
| 董事 | 趙建和 | 96年6月13日 | 3年 | 94年05月18日 | — | — | — | — | — | — |
| 監察人 | 中華電子投資(股)公司<br>代表人：余文正 | 96年6月13日 | 3年 | 60年05月04日 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | 398 | — |
| 監察人 | 中華電子投資(股)公司<br>代表人：歐添發 | 96年6月13日 | 3年 | 60年05月04日 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | 0 | — |
| 監察人 | 中華電子投資(股)公司<br>代表人：汪志成 | 96年6月13日 | 3年 | 60年05月04日 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | — | — |
| 監察人 | 中華電子投資(股)公司<br>代表人：朱盈裕 | 96年6月13日 | 3年 | 60年05月04日 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | 15,135 | — |
| 監察人 | 紀東發 | 96年6月13日 | 3年 | 96年06月13日 | 2,378 | — | 6,378 | — | 18,000 | — |

97年4月25日

| 利用他人名義持有股份 | | 主要經（學）歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| – | – | 美國華盛頓大學經營所碩士 | 大同(股)公司董事長兼總經理<br>大同綜合訊電董事長<br>福華電子(股)公司董事長<br>台灣通信工業董事長<br>大同奧的斯董事長<br>綠能科技董事長<br>尚志精密化學董事長<br>本公司董事長<br>中華映管(百慕達)董事長<br>中華映管(納閩)董事長<br>大華國際資產股份有限公司董事長<br>Bensaline Investment Ltd董事長<br>Banglor Investment Ltd董事長<br>尚志半導體董事長<br>尚志精機董事長<br>大同發那科董事長<br>尚志資產開發董事長<br>拓志光機電董事長<br>大同(越南)董事長<br>大同電信(股)公司董事<br>Dalemont Investment Ltd董事長<br>Daliant Investment Ltd董事長 | 董事<br>(法人代表) | 林郭文艷 | 配偶 |
| – | – | 加州柏克萊電機所碩士<br>大同大學副教授<br>大同公司電腦總廠總處長 | 大同公司協理<br>大同日本公司董事<br>中華電子投資公司監察人<br>大同英國公司董事 | – | – | – |
| – | – | 大同大學電機系 | 大同(股)公司3C事業群數位視訊事業部總處長<br>大同電子科技(江蘇)公司董事 | – | – | – |
| – | – | 美國馬里蘭大學經濟所碩士 | 大同(股)公司執行副總<br>大同世界科技董事長<br>大同(墨西哥)董事長<br>大同電子科技(江蘇)董事長<br>大同捷克公司董事長<br>大同電線電纜科技(吳江)董事長<br>精英電腦公司董事長<br>大同荷蘭公司董事長<br>大同電信(股)公司董事長 | 董事<br>(法人代表) | 林蔚山 | 配偶 |
| – | – | 美國威斯康辛大學材料所博士<br>大同大學材料工程系教授兼系主任 | 大同大學材料所教授<br>大同大學研究發展處研發長 | – | – | – |
| – | – | 台灣科技大學電機系<br>本公司研發處應用工程部主任<br>本公司TFT產品企劃總處<br>副總經理<br>本公司TFT營運總部執行<br>副總經理 | 本公司總經理<br>福建華映顯示科技有限公司董事長<br>深圳華映顯示科技有限公司董事長<br>福州華映視訊有限公司董事長<br>華映視訊(吳江)有限公司董事長<br>福建華冠光電有限公司董事長<br>馬來西亞中華映管(馬來西亞)股份有限公司董事長<br>馬來西亞中華映管(金寶)股份有限公司董事長<br>New Kingston Enterprise Limited董事長<br>百慕達中華映管(百慕達)股份有限公司董事、副總經理<br>福華電子(股)公司董事<br>中華凸版電子(股)公司董事<br>大華國際資產股份有限公司 董事<br>華映光電股份有限公司董事<br>廈門華僑電子(股)公司董事<br>馬來西亞馬高林電子(股)公司董事長<br>Bensaline Investment Ltd董事<br>Banglor Investment Ltd董事<br>Dalemont Investment Ltd董事<br>Daliant Investment Ltd董事 | – | – | – |
| – | – | 美國紐約州立大學電機所博士<br>美國麻省理工學院訪問學者<br>英國皇家學院訪問學者<br>國立交通大學管理學院副院長 | 國立交通大學科管所教授兼所長 | – | – | – |
| – | – | 大同公司電子總廠總廠長 | 盤時(廈門)房地產開發有限公司法人代表 | – | – | – |
| – | – | 銘傳大學法律研究所肄業 | 協立法律事務所主持律師 | – | – | – |
| – | – | 大同大學工商管理系<br>大同英國公司主計長<br>大同泰國公司副總經理<br>大同(股)公司財務處協理 | 大同(股)公司董事<br>大同發那科自動化(股)公司監察人<br>大同電線電纜(泰國)公司董事<br>大同科技公司董事<br>唯冠集團財務副總經理<br>大同(英國)公司董事<br>大同 (泰國)公司董事<br>大同世界公司董事 | – | – | – |
| – | – | 國立台北科技大學<br>福華電子(股)財務長 | 大同(股)公司財務處長<br>大同世界科技(股)監察人<br>大同電信(股)監察人 | – | – | – |
| – | – | 大同大學事業經營所碩士<br>大同(股)電線電纜總廠副廠長 | 大同(股)公司電線電纜總廠及重電一廠總廠長特別助理<br>中華電子投資(股)公司 董事<br>中台科技開發工程(股) 監察人 | – | – | – |
| – | – | 台灣大學商學系畢<br>大同奧的斯公司財務長<br>大同(新加坡)公司財務長<br>大同(股)公司稽核委員會主任委員 | 大同(股)公司經營委員會委員<br>精英電腦(股)公司董事<br>大同新加坡電子公司董事<br>大同荷蘭公司監察人 | – | – | – |
| – | – | 大同公司主計主任<br>台灣錄霸公司會計經理 | 台灣錄霸公司監察人<br>福華電子(股)公司監察人 | – | – | – |

## 4 主要股東名單

| 序號 | 戶號 | 主要股東名稱 | 持有股數 | 持股比例 |
|---|---|---|---|---|
| 1 | 1 | 中華電子投資股份有限公司 | 1,486,542,603 | 15.68% |
| 2 | 2 | 大同股份有限公司 | 1,051,537,247 | 11.09% |
| 3 | 515153 | 花旗託管柏克萊資本證券有限公司投資專戶 | 81,064,676 | 0.86% |
| 4 | 170782 | 公務人員退休撫卹基金管理委員會 | 64,026,849 | 0.68% |
| 5 | 365297 | 英商渣打託管iShares公司投資專戶 | 59,823,105 | 0.63% |
| 6 | 365513 | 渣打銀行託管雅凱迪恩新興市場股票基金專戶 | 56,213,000 | 0.59% |
| 7 | 515130 | 美商花旗託管次元新興市場評估基金投資專戶 | 51,320,045 | 0.54% |
| 8 | 365252 | 渣打託管梵加德新興市場股票指數基金專戶 | 45,420,331 | 0.48% |
| 9 | 365436 | 美商摩根大通託管ABP退休基金投資專戶 | 44,984,000 | 0.47% |
| 10 | 96606 | 台灣企銀受託保管群益創新科技基金專戶 | 40,500,000 | 0.43% |

## 5 最近二年度每股市價、淨值、盈餘、股利及相關資料

| 項目 | | 年度 | 95 年 | 96 年 | 97年截至4月25日 |
|---|---|---|---|---|---|
| 每股市價 | 最　高 | | 10.75 | 13.75 | 11.40 |
| | 最　低 | | 6.13 | 5.71 | 9.06 |
| | 平　均 | | 8.00 | 8.79 | 9.9 |
| 每股淨值 | 分配前 | | 10.00 | 10.8 | 11.25 |
| | 分配後(註4) | | 10.00 | | |
| 每股盈餘 | 加權平均股數 | | 8,212,605 | 8,559,958 | 9,480,960 |
| | 每股盈餘 | | (1.70) | 1.02 | 0.55 |
| 每股股利 | 現金股利 | | - | - | - |
| | 無償配股 | 盈餘配股 | - | - | - |
| | | 資本公債股利 | - | - | - |
| | 累積未付股利 | | - | - | - |
| 投資報酬分析 | 本益比(註1) | | - | 8.62 | - |
| | 本利比(註2) | | - | 21.97 | - |
| | 現金股利殖利率(註3) | | - | 0.05 | - |

註 1：本益比＝當年度每股平均收盤價 / 每股盈餘。
註 2：本利比＝當年度每股平均收盤價 / 每股現金股利。
註 3：現金股利殖利率＝每股現金股利 / 當年度每股平均收盤價。
註 4：96年度盈餘分配，擬於97年股東大會議決。

## 6 公司股利政策及執行狀況

### (1)公司章程所訂之股利政策

本公司每年決算如有盈餘，除依法提繳所得稅外，應先彌補以往年度虧損，次就其餘額提撥百分之十為法定盈餘公積，另依主管機關規定，提撥或迴轉特別盈餘公積，剩餘部份視為可分配盈餘，由董事會擬具分派案提請股東會決議後分派之，其中員工紅利提撥比例為5%~10%，其餘全部或部份派付股東股息及紅利。

本公司屬高科技產業，企業生命週期正值成長期，為持續擴充規模，提升與世界大廠競爭之實力，本公司採取剩餘股利政策。股息及紅利之發放應考慮本公司未來資本支出預算規劃及資金需求情況進行，其中以現金股利方式發放比例不得低於當年度股票股利及現金股利合計數的百分之十，惟現金股利發放比例得視當年度實際獲利及未來年度資金需求狀況調整之。

### (2)本次股東常會擬議股利分配之情形

本公司97年4月22日董事會決議通過，擬配發現金股利新台幣3,792,383,932元。

## 7 本次股東會擬議之無償配股對公司營業績效及每股盈餘之影響：本次股東會並無擬議無償配股。

## 五、 關係人交易

### 1 關係人之名稱及關係

| 關 係 人 名 稱 | 與 本 公 司 之 關 係 |
|---|---|
| 大同股份有限公司 | 具有控制能力之法人股東 |
| 福華電子股份有限公司 | 採權益法評價之被投資公司 |
| 中華凸版電子股份有限公司 | 採權益法評價之被投資公司 |
| 大華國際資產管理股份有限公司 | 子公司 |
| 誠創科技股份有限公司 | 子公司採權益法評價之被投資公司 |
| 大同中外貴金屬股份有限公司 | 係大同股份有限公司之子公司 |
| 大同亞瑟頓股份有限公司 | 係大同股份有限公司之子公司 |
| 台灣通信工業股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志精密化學股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志國際通運股份有限公司 | 係大同股份有限公司之子公司 |
| 大同發那科自動化股份有限公司 | 係大同股份有限公司之子公司 |
| 大同日本公司 | 係大同股份有限公司之子公司 |
| 大同英國公司 | 係大同股份有限公司之子公司 |
| 大同泰國公司 | 係大同股份有限公司之子公司 |
| 大同美國公司 | 係大同股份有限公司之子公司 |
| 大同綜合訊電股份有限公司 | 係大同股份有限公司之子公司 |
| 大同新加坡電子股份有限公司 | 係大同股份有限公司之子公司 |
| 大同世界科技股份有限公司 | 係大同股份有限公司之子公司 |
| 拓志光機電股份有限公司 | 係大同股份有限公司之子公司 |
| 大同通訊股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同奧的斯電梯股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 坤德股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同大隈股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 精英電腦股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 協志聯合科技股份有限公司 | 係大同股份有限公司之孫公司 |
| 大同電子科技(江蘇)有限公司 | 係大同股份有限公司之孫公司 |
| 百慕達中華映管(百幕達)股份有限公司 | 子公司 |
| 馬來西亞中華映管(納閩)股份有限公司 | 子公司 |
| 馬來西亞中華映管(馬來西亞)股份有限公司 | 子公司 |
| 華映視訊(吳江)有限公司 | 子公司之子公司 |
| 華映光電股股份有限公司 | 子公司之子公司 |
| Dalemont Investment Ltd. | 子公司之子公司 |
| Daliant Investment Ltd | 子公司之子公司 |
| Bangalor Investment Ltd. | 子公司之子公司 |
| Bensaline Investment Ltd. | 子公司之子公司 |
| 福建華映顯示科技有限公司(福建華映顯示公司) | 子公司之子公司 |
| 深圳華映顯示科技有限公司(深圳華映顯示公司) | 子公司之子公司 |
| 福建華冠光電有限公司(華冠光電公司) | 子公司之子公司 |
| 馬來西亞馬高林電子股份有限公司 | 子公司採權益法評價之被投資公司 |
| 馬來西亞中華映管(金寶)股份有限公司 | 孫公司之子公司 |
| 福州華映視有限公司 | 孫公司之子公司 |
| 廈門華僑電子股份有限公司 | 孫公司採權益法估價之被投資公司 |
| 美齊科技股份有限公司 | 董事長為該公司董事長之二親等以內親屬 |
| 英屬維京群島傑利投資股份有限公司(傑利投資股份有限公司) | 美齊科技股份有限公司之子公司 |
| 美齊(馬來西亞) 股份有限公司 | 美齊科技股份有限公司之子公司 |
| 高創(蘇州)電子有限公司 | 美齊科技股份有限公司之孫公司 |
| 財團法人私立大同大學 | 大同股份有限公司之主要股東 |
| 林蔚山 先生 | 本公司董事長 |

Translation of Page 10

**II. Information about directors, supervisors, general managers, deputy general managers, assistant managers and person in charge of each department and branch.**

**① Directors and supervisors**

**(1) Information about directors and supervisors**

| Title | Name | Elected on | Term of office | Initially elected on | Shares held upon selection | | Number of shares now held | | spouse and minor children | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio |
| Chairman | Tatung (Stocks) Company Representative: Lin Weishan | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 200,780 | — |
| Director | Tatung (Stocks) Company. Representative: Tang Yuansheng | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 8,243 | — |
| Director | Tatung (Stocks) Company. Representative: Zhang Chunying | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | — | — |
| Director | Tatung (Stocks) Company. Representative: Linguo Wenyan | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 200,903 | — |
| Director | Tatung (Stocks) Company Representative: Lin Hongming | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 73,618 | — |
| Director | Tatung (Stocks) Company. Representative: Qiu Chuangyi | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | — | — |
| Director | Yuan Jianzhong | June 13, 2007 | 3 years | June 16, 2004 | — | — | — | — | 40,000 | — |
| Director | Shi Guoqing | June 13, 2007 | 3 years | June 16, 2004 | — | — | — | — | — | — |
| Director | Zhao Jianhe | June 13, 2007 | 3 years | May 18, 2005 | — | — | — | — | — | — |
| Supervisor | Chinese Electronic Investment (Stocks) Company Representative: Yu Wenzheng | June 13, 2007 | 3 years | May 4, 1971 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | 398 | — |
| Supervisor | Chinese Electronic Investment (Stocks) Company Representative: Ou Tianfa | June 13, 2007 | 3 years | May 4, 1971 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | 0 | — |
| Supervisor | Chinese Electronic Investment (Stocks) Company Representative: Wang Zhicheng | June 13, 2007 | 3 years | May 4, 1971 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | — | — |
| Supervisor | Chinese Electronic Investment (Stocks) Company Representative: Zhu Yingyu | June 13, 2007 | 3 years | May 4, 1971 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | 15,135 | — |
| Supervisor | Ji Dongfa | June 13, 2007 | 3 years | June 13, 2007 | 2,378 | — | 6,378 | — | 18,000 | — |

Translation of Page 11

April 25, 2008

| Holding shares in the name of others | | Main experience (educational background) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|
| Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| — | — | Master of Business of University of Washington | Chairman and Managing Director of Tatung (Stocks) Co., Ltd.<br>Chairman of Tatung Consumer Products Co., Ltd<br>Chairman of Forward Electronics (Stocks) Co., LTD.<br>Chairman of Taiwan Telecom Industry Company<br>Chairman of Tatung Otis<br>Chairman of Green Energy Technology<br>Chairman of Tatung Fine Chemicals Co., Ltd<br>Chairman of the Company<br>Chairman of Chunghwa Picture Tubes (Bermuda) Ltd<br>Chairman of Chunghwa Picture Tubes (Labuan) Ltd<br>Grand Cathay International Asset Management Corp<br>Chairman of Bensaline Investment Ltd<br>Chairman of Banglor Investment Ltd<br>Chairman of San Chih Semiconductor Co., Ltd.<br>Chairman of San Chih Precise Machine Co., Ltd.<br>Chairman of TATUNG FANUC.<br>Chairman of San Chih Asset Development<br>Chairman of Toes Opto-Mechatronics Co., Ltd.<br>Chairman of Tatung (Vietnam)<br>Director of Tatung Telecom (Stocks)<br>Chairman of Dalemont Investment Ltd.<br>Chairman of Daliant Investment Ltd. | Director (legal representative) | Linguo Wenyan | Spouse |
| — | — | Master of Electrical Engineering of UC Berkeley Associate professor of TATUNG University General division head of TATUNG computer central station | Assistant Manager of TATUNG, Director of TATUNG Japan, Director of TATUNG UK, Supervisor of Fortune China Electronics Investment Ltd. | — | — | — |
| — | — | Department of Electrical Engineering of TATUNG University | General division head of TATUNG 3C CNSBG Digital TVS Division,<br>Director of TATUNG Electronic Technology (Jiangsu) | — | — | — |
| — | — | Master of Economics of University of Maryland | Executive Vice President of TATUNG (Stocks), Chairman of TATUNG Wire & Cable Tech (Wu jiang), Chairman of TATUNG World Science & Technology, Chairman of Elite Computer Corporation, Chairman of TATUNG (Mexico), Chairman of TATUNG (Holland), Chairman of TATUNG TechNet (Jiangsu), Chairman of TATUNG Telecom (Stocks) , Chairman of TATUNG (Czech Republic) | Director (legal representative)) | Lin Weishan | Spouse |
| — | — | Doctor of Material of Wisconsin Badgers, Dean and professor of Department of Materials Engineering of TATUNG University | Professor of Department of Materials Engineering of TATUNG University<br>Head of R & D Department of TATUNG University | — | — | — |
| — | — | Department of Electrical Engineering of Taiwan University of Science, Head of Application Engineering Dept. of R & D of the Company, Vice President of TFT Product Planning, Executive Vice President of TFT Operation Dept | General Manager of Company, Chairman of CPT Display Technology Ltd for Fujian, Chairman of CPT Display Technology Ltd for Shenzhen, Chairman of CPTW Technology Ltd for Fuzhou, Chairman of CPTW Technology Ltd for Wu jiang, Chairman of CPT TPV Optical (Fujian) Co., Ltd, Chairman of Malaysia CPT Co., Ltd (Malaysia), Chairman of Malaysia CPT Co.,Ltd (Kampar), Chairman of New Kingston Enterprise Limited, Vice President and director of Chunghwa Picture Tubes (Bermuda) Ltd, director of FORWARD Electronics (share), director of Toppan Chunghwa Electronics Development Co., Ltd (Stocks), director of Grand Cathay International Asset Management Corp, director of Chunghwa Picture Tubes Photoelectricity, director of Xiamen Overseas Chinese Electronic (Stocks) Co., Ltd, Chairman of Malaysia Magaolin Co., Ltd, director of Bensaline Investment Ltd, director of Banglor Investment Ltd, director of Dalemont Investment Ltd, director of Daliant Investment Ltd. | — | — | — |
| — | — | Doctor of Electrical Engineering in State University of New York, visiting scholar for Massachusetts Institute Technology and British Royal Society, Vice President of School of Management of National Chiao Tung University, | Professor and superintendent of National Chiao Tung University | — | — | — |
| — | — | GM of TATUNG Electronics Co., Ltd. | Legal representative of Panshi (Xiamen) Real Estate Development Co., Ltd | — | — | — |
| — | — | Study in the institute of Ming-Chuan College | Chief attorney of Sharelink Law Office | — | — | — |
| — | — | Business Administration of TATUNG University, controller of TATUNG(England), Vice President of TATUNG(Thailand), assistant manager of finance department in TATUNG | Director of TATUNG (Stocks) Co., supervisor of Fanuc Automation TATUNG (Stocks) Co., director of TATUNG (England), Director of TATUNG Wire & Cable, Inc.(Thailand), director of TATUNG Technologies, director of World Corporation, Director of Tatung (Thailand) Co., Ltd., vice-president-finance of Proview Technology Co., Ltd, | — | — | — |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (Stocks) Co. | | | | |
| — | — | National Taipei University of Technology Chief Financial Officer of Forward Electronics (Stocks) | Finance director of TATUNG (Stocks) Co., supervisor of World Science and Technology TATUNG (Stocks) Co., supervisor of Telecom TATUNG (Stocks) Co. | — | — | — |
| — | — | Master of Department of Business Management of Tatung University, Vice President of TATUNG Wire & Cable Plant | Special assistant of director of TATUNG Wire & Cable and Heavy Electric Plant No.1, director of Chinese Electronic Investment (Stocks) Company, Supervisor of China and Taiwan Science and Technology Development Engineering Ltd (Stocks) | — | — | — |
| — | — | Business studies of Taiwan University, CFO of TATUNG Otis, CFO of TATUNG (Singapore), director of the audit committee of TATUNG (Stocks) Company , | Member of the Operation Committee of TATUNG (Stocks) Company, Director of ECS ELITE GROUP, Director of TATUNG Singapore Electronic Company, Supervisor of TATUNG (Holland) | — | — | — |
| — | — | Main project director of TATUNG, accounting manager of TAIWAN VIDEO & MONITOR CORP. | Supervisor of Taiwan Video & Monitor Corp, Supervisor of Forward Electronics Share Corp | — | — | — |

Translation of Page 27

## ④List of main shareholders

| No. | Account Number | Name of major shareholders | Number of shares | shareholding ratio |
|---|---|---|---|---|
| 1 | 1 | Chunghwa Electronics Development Co., Ltd. | 1,486,542,603 | 15.68% |
| 2 | 2 | TATUNG Company | 1,051,537,247 | 11.09% |
| 3 | 515153 | Special account for investment of Citi Mandate Berkeley Capital Securities Co., LTD. | 81,064,676 | 0.86% |
| 4 | 170782 | Civil servants' retirement pension fund management committee | 64,026,849 | 0.68% |
| 5 | 365297 | Special account for investment of British Stanchart Mandate iShares Co. | 59,823,105 | 0.63% |
| 6 | 365513 | Special account for SCB Mandate Acadian Emerged Markets Equity Fund | 56,213,000 | 0.59% |
| 7 | 515130 | Special account for investment of BQ Citi Mandate Dimensional Emerged Markets Evaluation of fund | 51,320,045 | 0.54% |
| 8 | 365252 | Special account for fund of Chartered Mandate Vanguard Emerging Markets Index | 45,420,331 | 0.48% |
| 9 | 365436 | Special account for investment of BQ JPMorgan Chase Mandate ABP retirement fund | 44,984,000 | 0.47% |
| 10 | 96606 | Special account for custody of Capital High Tech Fund entrusted to Taiwan Business Bank | 40,500,000 | 0.43% |

## ⑤The market price, net value, earnings, dividends per share and related information for recent two years

| Item \ Year | | | 2006 year | 2007 year | 2008year to April 25 |
|---|---|---|---|---|---|
| Market Value Per Share | Maximum | | 10.75 | 13.75 | 11.40 |
| | Minimum | | 6.13 | 5.71 | 9.06 |
| | Average | | 8.00 | 8.79 | 9.9 |
| Net value per share | Before distribution | | 10.00 | 10.8 | 11.25 |
| | After distribution (Note 4) | | 10.00 | | |
| Earnings per share | Weighted average number of shares | | 8,212,605 | 8,559,958 | 9,480,960 |
| | Earnings per share | | (1.70) | 1.02 | 0.55 |
| Dividend per share | Cash dividends | | - | - | - |
| | Stock grants | Surplus rights issue | - | - | - |
| | | Capital bonds dividends | - | - | - |
| | Cumulative dividends payable | | - | - | - |
| Return on investment analysis | Price-to-earning Ratio (Note 1) | | - | 8.62 | - |
| | Price to dividend yield (Note 2) | | - | 21.97 | - |
| | Cash dividend yield (Note 3) | | - | 0.05 | - |

Note 1: Price-to-earning ratio = average closing price per share of the year /earnings per share.
Note 2: Price to dividend ratio = average closing price per share of the year /cash dividend per share.
Note 3: cash dividend yield = cash dividend per share/ average closing price per share of the year.
Note 4: Earnings distribution of 2007 is scheduled to decide on the 2008 shareholders meeting.

## ⑥Corporate dividend policy and implementation status:

### (1) The dividend policy prescribed by the company's Articles of Association

If there is any surplus on annual final accounts of the Company, in addition to pay enterprise income tax according to the law, the Company should make up the losses of the previous year, then firstly allocate ten percent amount of remaining capitals for legal reserve, secondly as per provisions of the competent authority, allocate or turn to the special reserve, finally the rest part is taken as the distributable surplus that will be shared after the board draw a dispatch plan to the shareholders committee for resolution, including the distribution ratio of employee bonus 5% ~ 10%, and all the rest or part of them will be paid to shareholders as dividends and bonuses.

The company belongs to the high-tech industry with its life cycle in the growth period, for the continuous expansion of the scale, to promote the power of competing with the world, the company adopts the residual dividend policy. Dividends and bonus distribution should take into consideration the Company’s future capital spending budget planning and capital needs, thereinto, cash dividend distribution proportion of stock dividends shall not be lower than 10 percent of the total sum of the stock dividends and cash dividends of the year, but the proportion of cash dividend payments shall take into consideration the actual profit and capital needs for the next year for adjustment.

### (2) Regular meetings of shareholders will disscuss the dividend distribution

The Company’s Board of Directors passed the resolution on April 22, 2008, and proposed to distribute cash dividend of NTD 3,792,383,932.

⑦The shareholder meeting will discuss the impact of stock grants on the company's business performance and the earnings per share: no proposal for stock grants at the meeting.

Translation of Page 85

## V. Transaction between stakeholders

**① Name and relationship of stakeholders**

| Name of stakeholders | Relationship with the Company |
|---|---|
| TATUNG Company | Corporate shareholder with the ability to control |
| Forward Electronics Co., LTD. | invested company evaluated by equity method |
| TOPPAN PRINTING CO.,LTD. | invested company evaluated by equity method |
| Grand Cathay International Asset Management Corp. | subsidiary corporation |
| SINTRONIC TECHNOLOGY INC. | invested company evaluated by subsidiary company in equity method |
| TATUNG CHUGAI PRECIOUS METALS CO., LTD. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG Atherton CO., LTD. | subsidiary company of TATUNG Co., Ltd. |
| Taiwan Communication Industrial Co., Ltd. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG FINE CHEMICALS CO. | subsidiary company of TATUNG Co., Ltd. |
| Shan Chih International Express. Co. , Ltd. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG-FANUC ROBOTICS COMPANY. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG CO., OF JAPAN INC. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG UK | subsidiary company of TATUNG Co., Ltd. |
| Tatung Thailand | subsidiary company of TATUNG Co., Ltd. |
| TATUNG CO. OF AMERICA,INC. | subsidiary company of TATUNG Co., Ltd. |
| Tatung Consumer Products Co., Ltd. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG Electronics (Singapore) Ptd. Ltd. | subsidiary company of TATUNG Co.,Ltd. |
| Tatung System Technologies Inc. | subsidiary company of TATUNG Co., Ltd. |
| Toes Opto-Mechatronics Co. | subsidiary company of TATUNG Co., Ltd. |
| Tatung Infocomm Co., Ltd. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| TATUNG Otis Elevator Company. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| Kuender Co., Ltd. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| TATUNG-OKUMA CO., LTD. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| Elitegroup Computer Systems Co.,Ltd. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| TISNet Technology Inc. | grandchildren company of TATUNG Co., Ltd. |
| TATUNG INFORMATION TECHNOLOGY (Jiangsu) CO., LTD. | grandchildren company of TATUNG Co., Ltd. |
| Chunghwa Picture Tubes (Bermuda) LTD. | subsidiary company |
| Chunghwa Picture Tubes (L) LTD | subsidiary company |
| Chunghwa Picture Tubes (M) Sdn. Bhd. | subsidiary company |
| Chunghwa Picture Tubes (Wujiang) LTD. | subsidiary of subsidiary company |
| CPTF OPTRONICS CO.,LTD. | subsidiary of subsidiary company |
| Dalemont Investment Ltd. | subsidiary of subsidiary company |
| Daliant Investment Ltd. | subsidiary of subsidiary company |
| Bangalor Investment Ltd. | subsidiary of subsidiary company |
| Bensaline Investment Ltd. | subsidiary of subsidiary company |
| CPT DISPLAY TECHNOLOGY (Fujian)CO.,LTD. | subsidiary of subsidiary company |
| CPT DISPLAY TECHNOLOGY (Shenzhen) LTD. | subsidiary of subsidiary company |
| Fujian Huaguan Optoelectroncis Co., Ltd. | subsidiary of subsidiary company |
| Malaysia Ma Collin electronics Co., Ltd. | invested company evaluated by grandchildren company in equity method |
| Malaysia Chunghwa Picture Tubes (Jinbao) Co., Ltd. | subsidiary company of grandchildren company |
| CPTF Visual Display (Fuzhou) Ltd. | subsidiary company of grandchildren company |
| Xiamen Overseas Chinese Electronic Co. Ltd. | invested company evaluated by grandchildren company in equity method |
| MeiQi Technology Co., Ltd | he chairman is the chairman of the board with 2 Tiers. |
| British virgin islands Jerry Investment co., Ltd. | subsidiary company of MeiQi (M) Technology Co., Ltd. |
| MeiQi (M) Technology Co., Ltd | subsidiary company of MeiQi (M) Technology Co., Ltd. |
| Gongchang (Suzhou) Electronics Co., Ltd. | Branch of subsidiary company of MeiQi (M) Technology Co., Ltd. |
| Private Foundation TATUNG University. | principal shareholder of TATUNG Co., Ltd. |
| Mr. Lin Weishan | chairman of the board |




December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2007.

_______________________________

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com