# Exhibit 19

普通股股票代號: 2475



# 2008

## ANNUAL REPORT

# 九十七年度年報
### 民國九十八年四月三十日刊印



中華映管股份有限公司
CHUNGHWA PICTURE TUBES, LTD.

年報查詢網址
本公司網址: http://www.cptt.com.tw
公開資訊觀測站: http://newmops.twse.com.tw



Common Stock Code: 2475

# 2008 ANNUAL REPORT

**Printed on April 30, 2009**

CHUNGHWA PICTURE TUBES, LTD.

**Annual Report Inquiry Website**
Website of the Company: http://www.cptt.com.tw
Market Observation Post System: http://mops.twse.com.tw

中華映管股份有限公司 2475

## 二、董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

### 1、 董事、監察人

#### (1) 董事、監察人資料

98 年 04 月 30 日

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | | 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| 董事長 | 大同(股)公司 代表人：林蔚山 | 96年06月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 200,780 | - | - | - | 美國華盛頓大學經營所碩士 | 大同(股)公司董事長兼總經理　尚志半導體(股)公司董事長 大同綜合訊電(股)公司董事　大同電信(股)公司董事 福華電子(股)公司董事長　尚志精密化學(股)公司董事長 台灣通信工業(股)公司董事長　尚志資產開發(股)公司董事長 大同奧的斯(股)公司董事長　拓志光機(股)公司電董事長 綠能科技(股)公司董事長　大同(越南)董事長 本公司董事長兼執行長 中華映管(百慕達)董事長 中華映管(納閩)董事長 大同發那科自動化(股)公司董事長 大華國際資產管理(股)公司董事長 Bensaline Investment Ltd 董事長 Banglor Investment Ltd 董事長 Dalemont Investment Ltd 董事長 Daliant Investment Ltd 董事長 | 董事 (法人代表) | 林郭文艷 | 配偶 |
| 董事 | 大同(股)公司 代表人：唐遠生 | 96年06月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 8,243 | | - | - | 加州柏克萊電機所碩士 大同大學副教授 大同公司電腦總廠總處長 | 大同(股)公司協理　大同英國公司董事 大同日本(股)公司董事 綠能科技(股)公司董事 | - | - | - |
| 董事 | 大同(股)公司 代表人：許超雲 | 97年07月10日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | - | | - | - | 大同大學電機系博士 大同大學電機系所暨通訊所教授 | 大同電信(股)公司董事　台灣通信工業(股)公司董事 台灣通信(福建)有限公司董事 | - | - | - |
| 董事 | 大同(股)公司 代表人：林郭文艷 | 96年06月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 200,903 | | - | - | 美國馬里蘭大學經濟所碩士 | 大同(股)公司執行副總　大同電線電纜科技(吳江)董事長 大同世界科技(股)公司董事長　精英電腦工業(股)公司董事長 大同(墨西哥)董事長　大同荷蘭公司董事長 大同電信(股)公司董事長　大同捷克公司董事長 | 董事 (法人代表) | 林蔚山 | 配偶 |
| 董事 | 大同(股)公司 代表人：林鴻明 | 96年06月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 73,618 | | - | - | 美國威斯康辛大學材料所博士 大同大學材料工程系教授兼系主任 | 大同大學材料所教授 大同大學研究發展處研發長 | - | - | - |

6

中華映管股份有限公司 2475

| 監察人 | 中華電子投資(股)公司 代表人：陳淑芬 | 97年07月10日 | 3年 | 60年05月04日 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | - | - | - | - | 大同大學事業經營系 | 大同中外貴金屬公司監察人 中華電子投資(股)公司董事 志生投資公司監察人 | 大同新加坡電子(股)公司董事 拓志光機電(股)公司監察人 群輝康健科技公司監察人 | - | - | - |
| 監察人 | 中華電子投資(股)公司 代表人：楊政杰 | 97年07月10日 | 3年 | 60年05月04日 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | - | - | - | - | 台灣科技大學企業管理系 | 福華電子(股)公司監察人 大同世界科技(股)公司董事 大同林業營造公司監察人 台翔航太工業公司監察人 尚志精機(股)公司監察人 | 大同日本公司監察人 大同生科(股)公司監察人 中華電子投資(股)公司監察人 尚志投資公司董事 吳江大同光電能源科技董事 | - | - | - |
| 監察人 | 紀東發 | 96年06月13日 | 3年 | 96年06月13日 | 2,378 | - | 6,378 | - | 18,000 | - | - | - | 大同公司主計主任 台灣錄霸公司會計經理 | 台灣錄霸公司監察人 | | - | - | - |

## (2) 法人股東之主要股東
98 年 04 月 30 日

| 法 人 股 東 名 稱 | 法 人 股 東 之 主 要 股 東 |
|---|---|
| 中華電子投資股份有限公司 | 大同股份有限公司(95.14%)、中華開發(2.52%)、富國投資(0.88%)、歌林公司(0.5%)、新林科技(0.49%)、尚志資產(0.28%)、中興電工(0.19%)、職工福委會(0.00%) |
| 大同股份有限公司 | 大同大學(7.55%)、中國信託商業銀行信託部受託保管大同股份有限公司工者有其股員工持股信託專戶(5.63%)、林挺生(4.09%)、中華映管股份有限公司(3.73%)、渣打託管麥肯錫康迪爾復育基金投資專戶(3.30%)、台北市私立大同高級中學(1.67%)、財團法人大同聯合職工福利委員會(1.66%)、財團法人大同公司職工福利委員會(0.82%)、美商花旗銀行台北分行託管班格投資有限公司投資專戶(0.64%)、美商花旗銀行台北分行託管戴連投資有限公司投資專戶(0.63%) |

## (3) 法人股東之主要股東為法人者其主要股東
98 年 04 月 30 日

| 法 人 名 稱 | 法 人 之 主 要 股 東 |
|---|---|
| 大同大學 | 無(註1) |
| 中國信託商業銀行信託部受託保管大同股份有限公司工者有其股員工持股信託專戶 | 不適用 |
| 中華映管股份有限公司 | 中華電子投資股份有限公司、大同股份有限公司 |
| 渣打託管麥肯錫康迪爾復育基金投資專戶 | 不適用 |
| 台北市私立大同高級中學 | 無(註1) |
| 財團法人大同聯合職工福利委員會 | 不適用 |
| 財團法人大同公司職工福利委員會 | 不適用 |
| 美商花旗銀行台北分行託管班格投資有限公司投資專戶 | 不適用 |
| 美商花旗銀行台北分行託管戴連投資有限公司投資專戶 | 不適用 |

註1: 該法人係屬學校法人，故無股東。

中華映管股份有限公司 2475

4、 主要股東名單

| 序號 | 戶號 | 主要股東名稱 | 持有股數 | 持股比例 (%) |
|---|---|---|---|---|
| 1 | 1 | 中華電子投資股份有限公司 | 1,486,542,603 | 15.68% |
| 2 | 2 | 大同股份有限公司 | 1,051,537,247 | 11.09% |
| 3 | 365513 | 渣打銀行託管雅凱迪恩新興市場股票基金專戶 | 56,213,000 | 0.59% |
| 4 | 365436 | 美商摩根大通託管 ABP 退休基金投資專戶 | 51,673,046 | 0.55% |
| 5 | 515130 | 美商花旗託管次元新興市場評估基金投資專戶 | 51,320,045 | 0.54% |
| 6 | 365252 | 渣打託管梵加德新興市場股票指數基金專戶 | 47,307,331 | 0.50% |
| 7 | 365297 | 英商渣打託管 iShare 公司投資專戶 | 44,184,105 | 0.47% |
| 8 | 170782 | 公務人員退休撫卹基金管理委員會 | 41,026,849 | 0.43% |
| 9 | 571567 | 渣打銀行託管威斯康辛州投資委員會投資專戶 | 38,502,000 | 0.41% |
| 10 | 90214 | 美商摩根大通託管阿布達比投資局投資專戶 | 37,594,596 | 0.40% |

5、 最近二年度每股市價、淨值、盈餘、股利及相關資料

| 項目 | 年度 | | 96 年 | 97 年 | 98 年截至 04 月 30 日 (註4) |
|---|---|---|---|---|---|
| 每股市價 | 最　高 | | 13.75 | 11.4 | 5.60 |
| | 最　低 | | 5.71 | 2.03 | 2.59 |
| | 平　均 | | 8.79 | 7.22 | 4.19 |
| 每股淨值 | 分 配 前 | | 10.8 | 8.62 | 7.43 |
| | 分 配 後 | | 10.4 | - | - |
| 每股盈餘 | 加權平均股數 (仟股) | | 8,559,958 | 9,449,716 | 9,436,960 |
| | 每股盈餘 | | 1.02 | (1.47) | (1.19) |
| 每股股利 | 現金股利 | | 0.40 | - | - |
| | 無償配股 | 盈餘配股 | - | - | - |
| | | 資本公積配股 | - | - | - |
| | 累積未付股利 | | - | - | - |
| 投資報酬分析 | 本益比 (註1) | | 8.62 | (4.91) | - |
| | 本利比 (註2) | | 21.97 | - | - |
| | 現金股利殖利率 (註3) | | 0.05 | - | - |

註 1：本益比＝當年度每股平均收盤價／每股盈餘。
註 2：本利比＝當年度每股平均收盤價／每股現金股利。
註 3：現金股利殖利率＝每股現金股利／當年度每股平均收盤價。
註 4：每股淨值、每股盈餘應填列截至年報刊印日止最近一季經會計師查核（核閱）之資料；其餘欄位應填列截至年報刊印日止之當年度資料。

6、 公司股利政策及執行狀況

(1) 公司章程所訂之股利政策

本公司每年決算如有盈餘，除依法提繳所得稅外，應先彌補以往年度虧損，次就其餘額提撥 10%為法定盈餘公積，另依主管機關規定，提撥或迴轉特別盈餘公積，剩餘部份視為可分配盈餘，由董事會擬具分派案提請股東會決議後分派之，並應就盈餘提撥不高於 1%為董監事酬勞，及員工紅利提撥比例為 1%~10%，其餘全部或部份派付股東股息及紅利。

本公司屬高科技產業，企業生命週期正值成長期，為持續擴充規模，提升與世界大廠競爭之實力，本公司採取剩餘股利政策。股息及紅利之發放應考慮本公司未來資本支出預算規劃及資金需求情況進行，其中以現金股利方式發放比例不得低於當年度股票股利及現金股利合計數的 10%，惟現金股利發放比例得視當年度實際獲利及未來年度資金需求狀況調整之。

(2) 本次股東常會擬議股利分配之情形: 本次股東會並無擬議股利分配。

23

中華映管股份有限公司財務報表附註(續)
(金額除另予註明者外,係以新臺幣千元為單位)

(承上頁)

| 關係人名稱 | 與本公司之關係 |
|---|---|
| 協志聯合科技股份有限公司 | 係大同股份有限公司之孫公司 |
| 大同電子科技(江蘇)有限公司 | 係大同股份有限公司之孫公司 |
| 綠能科技股份有限公司 | 係大同股份有限公司之孫公司 |
| 百慕達中華映管(百慕達)股份有限公司 | 子公司 |
| 馬來西亞中華映管(納閩)股份有限公司 | 子公司 |
| 馬來西亞中華映管(馬來西亞)股份有限公司 | 子公司之子公司 |
| 華映視訊(吳江)有限公司(華映吳江公司) | 子公司之子公司 |
| 華映光電股份有限公司 | 子公司之子公司 |
| Dalemont Investment Ltd. | 子公司之子公司 |
| Daliant Investment Ltd. | 子公司之子公司 |
| Bangalor Investment Ltd. | 子公司之子公司 |
| Bensaline Investment Ltd. | 子公司之子公司 |
| 福建華映顯示科技有限公司(福建華映顯示公司) | 子公司之子公司 |
| 深圳華映顯示科技有限公司(深圳華映顯示公司) | 子公司之子公司 |
| 福建華冠光電有限公司(華冠光電公司) | 子公司之子公司 |
| 馬來西亞馬高林電子股份有限公司 | 子公司之子公司 |
| 馬來西亞中華映管(金寶)股份有限公司 | 孫公司之子公司 |
| 福州華映視訊有限公司 | 孫公司之子公司 |
| 廈門華僑電子股份有限公司 | 孫公司採權益法評價之被投資公司 |
| 美齊科技股份有限公司 | 董事長為該公司董事長之二親等以內親屬 |
| 英屬維京群島傑利投資股份有限公司 (傑利投資股份有限公司) | 美齊科技股份有限公司之子公司 |
| 美齊(馬來西亞)股份有限公司 | 美齊科技股份有限公司之子公司 |
| 高創(蘇州)電子有限公司 | 美齊科技股份有限公司之孫公司 |
| 財團法人私立大同大學 | 大同股份有限公司之主要股東 |
| 林蔚山等共 9 人 | 本公司董事 |
| 歐添發等共 5 人 | 本公司監察人 |
| 邱創儀等共 11 人 | 本公司副總經理以上之管理階層 |

Translation of Page 6                                                                 CHUNGHWA PICTURE TUBES, LTD. 2475

**II. Information about directors, supervisors, general managers, deputy general managers, assistant managers and person in charge of each department and branch**

1. Directors and supervisors

(1) Information about directors and supervisors                                                                 April 30, 2009

| Title | Name | Elected on | Term of office | Initially elected on | Shares held upon election | | Number of shares now held | | Number of shares held by spouse and minor children | | Holding shares in the name of others | | Main experience (educational background) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | INSHOLD | | | | Job title | Name | Relationship |
| Chairman | Tatung (Stocks) Company Representative: Lin Weishan | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 200,780 | — | — | — | Master of Business of University of Washington | Chairman and General manager of Tatung (Stocks) Company, Chairman of Tatung Consumer Products (Taiwan) Co., Ltd. Chairman of Forward Electronics (Stocks) Co., Ltd. Chairman of Taiwan Telecom Industry (Stocks) Company Chairman of Tatung Otis Elevator (Stocks) Co., Ltd. Chairman of Green Energy Technology (Stocks), Chairman and CEO of the Company, Chairman of Chunghwa Picture Tubes (Bermuda) Ltd. Chairman of Chunghwa Picture Tubes (Labuan) Ltd. Chairman of TATUNG FANUC Robotics (Stocks) Corporation Chairman of Grand Cathay International Asset Management (Stocks) Corp, Chairman of Bensaline Investment Ltd. Chairman of Banglor Investment Ltd, Chairman of Dalemont Investment Ltd Chairman of Daliant Investment Ltd, Chairman of San Chih Semiconductor (Stocks) Co., Ltd. Director of Tatung Telecom (Stocks) Chairman of Tatung Fine Chemicals (Stocks) Co., Ltd Chairman of San Chih Precise Machine (Stocks) Co., Ltd. Chairman of Toes Opto-Mechatronics (Stocks) Co., Ltd. Chairman of Tatung (Vietnam) | Director (legal representative) | Linguo Wenyan | Spouse |
| Director | Tatung (Stocks) Company Representative: Tang Yuansheng | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 8,243 | — | — | — | Master of Electrical Engineering of UC Berkeley Associate professor of TATUNG University General division head of TATUNG computer central station | Assistant Manager of TATUNG (Stocks) Company Director of TATUNG Japan (Stocks) Director of Green Energy Technology (Stocks) Director of TATUNG UK, | — | — | — |
| Director | Tatung (Stocks) Company Representative: Xu Chaoyun | July 10, 2008 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | — | — | — | — | Doctor of Electrical Engineering at TATUNG University Professor of Electrical Engineering Department and Telecommunication Department of TATUNG University | Director of Tatung Telecom (Stocks), Director of Taiwan Telecom Industry (Stocks) Company Director of Tianwan Telecom (Fujian) Co., Ltd | — | — | — |
| Director | Tatung (Stocks) Company Representative: Linguo Wenyan | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 200,903 | — | — | — | Master of Economics of University of Maryland | Executive Vice President of TATUNG (Stocks) Company Chairman of TATUNG Wire & Cable Tech (Wujiang) Chairman of TATUNG System Technology Inc. Chairman of Elite Computer Corporation Chairman of TATUNG (Mexico) Chairman of TATUNG (Holland) Chairman of TATUNG Telecom Chairman of TATUNG Telecom (Stocks) Chairman of TATUNG (Czech Republic) | Director (legal representative)) | Lin Weishan | Spouse |
| Director | Tatung (Stocks) Company. Representative: Lin Hongming | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,051,537,247 | 11.09% | 73,618 | — | — | — | Doctor of Material at Wisconsin Badgers, Dean and professor of Department of Materials Engineering of TATUNG University | Professor for Department of Materials Engineering of TATUNG University Head of R & D Department of TATUNG University | — | — | — |

Translation of Page 8                                                                                     CHUNGHWA PICTURE TUBES, LTD. 2475

| Title | Name | Date | Term | Date first elected | Shares | % | Shares | % | | | | | Education / Experience | Other Positions | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supervisor | Chunghwa Electronics Development (Stocks) Company Representative: Chen Shufen | July 10, 2008 | 3 years | May 4, 1971 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | _ | _ | _ | _ | Business Management Department of TATUNG University | Supervisor of TATUNG Chugai Precious Metal Company<br>Director of TATUNG Singapore Electronics (Stocks)Co., Ltd<br>Director of Chunghwa Electronics Development (Stocks) Company<br>Supervisor of Toes Opto-Mechatronics (Stocks) Co.<br>Supervisor of Chin-Sheng Investment Company<br>Supervisor of Chyun Huei Health Technologies Inc. | _ | _ | _ |
| Supervisor | Chunghwa Electronics Development (Stocks) Company Representative: Yang Zhengjie | July 10, 2008 | 3 years | May 4, 1971 | 1,486,542,603 | 18.10% | 1,486,542,603 | 15.68% | _ | _ | _ | _ | Business Administration Department of NTUST | Supervisor of FORWARD Electronics (Stocks)<br>Supervisor of TATUNG Japan<br>Director of TATUNG System Technology<br>Supervisor of TATUNG Bio-technique (Stocks) Company<br>Supervisor of TATUNG Forestry Engineering Company<br>Supervisor of Chunghwa Electronics Development (Stocks) Company<br>Supervisor of Taiwan Aerospace Corp<br>Director of San Chih Investment Company<br>Supervisor of San Chih Precise Machine Co., Ltd<br>Director of Wujiang TATUNG Photoelectricity Energy and Technology | _ | _ | _ |
| Supervisor | Ji Dongfa | June 13, 2007 | 3 years | June 13, 2007 | 2,378 | _ | 6,378 | _ | 18,000 | _ | _ | _ | Director of TATUNG Company Comptroller Department Accountant Manager of Taiwan Luba Company | Supervisor of Taiwan Luba Company | _ | _ | _ |

2. Principal Shareholders of Corporate Shareholders                                                                                          April 30, 2009

| Names of Corporate Shareholders | Principal Shareholders of Corporate Shareholders |
|---|---|
| Chunghwa Electronics Development (Stocks) Company | TATUNG Company (95.14%), China Development (2.52%), Richchina Investment (0.88%), Kolin Inc. (0.5%), ViGOUR Technology Corp. (0.49%), San Chih Asset Development (0.28%), Chung Hsin Electric and Machinery Mfg. Corp. Ltd.(0.19%), Employee Welfare Committee (0.00%) |
| TATUNG Company | TATUNG University (7.55%), Special trust account for TATUNG's employees at CTCB's Trust Department (5.63%),Lin Tingsheng(4.09%),CPT (3.73%), Special account for investment of McKinsey Fund at Standard Chartered (3.30%),Taipei Private TATUNG High School (1.67%), Incorporated Foundation TATUNG Joint Staff Welfare Committee (1.66%), Incorporated Foundation TATUNG Company Staff Welfare Committee (0.82%), Special account for investment of Bange Investment Co., Ltd at City Bank's Taipei Branch Office (0.64%）,Special account for investment of Daiyun Investment Co., Ltd at City Bank's Taipei Branch Office (0.63%) |

3. Principle Shareholders of Legal Persons that are the Principal Shareholders of Corporate Shareholders                      April 30, 2009

| Name of Legal Persons | Principle Shareholders of Legal Persons |
|---|---|
| TATUNG University | No principal shareholders (Note.1) |
| Special trust account for TATUNG's employees at CTCB's Trust Department | Not Applicable |
| CHUNGHWA PICTURE TUBES, LTD. | Chunghwa Electronics Development (Stocks) Company, TATUNG Company |
| Special account for investment of McKinsey Fund at Standard Chartered | Not Applicable |
| Taipei Private TATUNG High School | No principal shareholders (Note.1) |
| Incorporated Foundation TATUNG Joint Staff Welfare Committee | Not Applicable |
| Incorporated Foundation TATUNG Company Staff Welfare Committee | Not Applicable |
| Special account for investment of Bange Investment Co., Ltd at City Bank's Taipei Branch Office | Not Applicable |
| Special account for investment of Dailian Investment Co., Ltd at City Bank's Taipei Branch Office | Not Applicable |

Note1: There is no shareholder to the legal person that is a school or university.

Translation of Page 23          CHUNGHWA PICTURE TUBES, LTD. 2475

4. Principal Shareholders List

| No. | Account No. | Names of Principal Shareholders | Number of Shares | Shareholding Ratio |
|---|---|---|---|---|
| 1 | 1 | Chunghwa Electronics Development (Stocks) Company | 1,486,542,603 | 15.68% |
| 2 | 2 | TATUNG Company | 1,051,537,247 | 11.09% |
| 3 | 365513 | Special account for stocks and funds for Yadi Kane emerging market trusted at Standard Chartered | 56,213,000 | 0.59% |
| 4 | 365436 | Special pension fund investment account of ABP trusted at JPMorgan Chase Bank | 51,673,046 | 0.55% |
| 5 | 515130 | Special investment account for appraisal fund of Ciyuan emerging market trusted at City Bank | 51,320,045 | 0.54% |
| 6 | 365252 | Special account for stock index fund of Vanguard emerging market trusted at Standard Chartered | 47,307,331 | 0.50% |
| 7 | 365297 | Special investment account of iShare company trusted at UK Standard Chartered | 44,184,105 | 0.47% |
| 8 | 170782 | Civil Servants' Retirement Pension Fund Administration Committee | 41,026,849 | 0.43% |
| 9 | 571567 | Special investment account of Wisconsin's Investment Committee trusted at Standard Chartered | 38,502,000 | 0.41% |
| 10 | 90214 | Special investment account of Abu Dhabi Investment Bureau trusted at JPMorgan Chase Bank | 37,594,596 | 0.40% |

5. Market value, net value, surplus, dividends per share and related data    in the last two years

| Item / Year | | 2007 | 2008 | As of April 30, 2009 (Note 4) |
|---|---|---|---|---|
| Market Value of Each Share | Maximum | 13.75 | 11.4 | 5.60 |
| | Minimum | 5.71 | 2.03 | 2.59 |
| | Average | 8.79 | 7.22 | 4.19 |
| Net Value of Each Share | Before distribution | 10.8 | 8.62 | 7.43 |
| | After distribution | 10.4 | - | - |
| Surplus of Each Share | Weighted average number of shares (1,000 shares) | 8,559,958 | 9,449,716 | 9,436,960 |
| | Surplus of each share | 1.02 | (1.47) | (1.19) |
| Dividend of Each Share | Cash dividend | 0.40 | - | - |
| | Stock grants — Surplus rights issue | - | - | - |
| | Stock grants — Capital reserves rights issue | - | - | - |
| | Accumulated unpaid dividend | - | - | - |
| Analysis of Investment Returns | Price-to-earning ratio (note 1) | 8.62 | (4.91) | - |
| | Price to dividend ratio (note 2) | 21.97 | - | - |
| | Cash dividend YTM (note 3) | 0.05 | - | - |

Note 1: Pricetoearning ratio= average closing price per share of/dividend per share.

Note 2: Price to dividend ratio= average closing price per share of the year/cash dividend per share.

Note 3:Cash dividend YTM=cash dividend per share/ average closing price per share of the year.

Note 4: The data listed here concerning the net value and surplus of each share shall be collected from the latest quarter before the annual report was published and audited (checked) by accountants, other columns shall be filled with the current year's data until the annual report was published.

6. CPT's Dividend Policy and its Implementation

(1) Dividend Policy stipulated by the Company's Articles of Association

Surplus from CPT's annual settlement, if there is any, shall be, in addition to paying the income tax as stipulated by the law,   given priority for making up the losses of previous years, and 10% of the balance will be utilized as the surplus reserves, according to the law. Special surplus reserves will be extracted or transferred back in accordance with the authorities in charge. And the rest is deemed as divisible surplus, which will be divided after the board of directors delivered the division plan to the board of shareholders for resolution, and an amount no more than 1% of the surplus shall be left as director bonus, and an amount of 1%~10% as the employee bonus. All or part of what is left can be paid as the shareholder's dividend and bonus.

CPT specializes in the high-tech industry and is at the peak of its life cycle, so that it adopts a residual dividend policy to maintain its expansion and enhance its competitiveness with world class manufacturers. The granting and distribution of dividend and bonus shall be based on CPT's budget planning and fund demand for future capitals, among which the granting and distribution of cash dividend shall not be lower than 10% of the total of the current year's share dividend and cash dividend, and only the amount of cash dividend granted and distributed shall be adjusted according to the current year's actual profits and fund demand of the incoming years.

(2) This general meeting of the shareholders aims to discuss the circumstances under which the dividend will be distributed other than the dividend distribution itself.

Translation of Page 90

Foot Notes to CPT's Financial Statements (continued)

(Unless otherwise stated, the amount is calculated in terms of NTD1,000)
(Continued)

| Name of Related Parties | Relationship with CPT |
|---|---|
| TISNet Technology Inc | Grandchild company of TATUNG Company |
| TATUNG TechNet (Jiangsu) Company | Grandchild company of TATUNG Company |
| Green Energy Technology Co., Ltd | Grandchild company of TATUNG Company |
| CHUNGHWA PICTURE TUBES (Bermuda) LTD. | Subsidiary |
| CHUNGHWA PICTURE TUBES (L) LTD. | Subsidiary |
| Malaysia CHUNGHWA PICTURE TUBES (Malaysia) LTD. | Subsidiary's subsidiary |
| CHUNGHWA PICTURE TUBES (Wujiang) LTD.(CPTW) | Subsidiary's subsidiary |
| CPTF Optronics Co., Ltd. | Subsidiary's subsidiary |
| Dalemont Investment Ltd. | Subsidiary's subsidiary |
| Daliant Investment Ltd. | Subsidiary's subsidiary |
| Bangalor Investment Ltd. | Subsidiary's subsidiary |
| Bensaline Investment Ltd. | Subsidiary's subsidiary |
| CPT Display Technology (Fujian) LTD.(FDT) | Subsidiary's subsidiary |
| CPT Display Technology (SHEN ZHEN) LTD. (SDT) | Subsidiary's subsidiary |
| CPT TPV Optical (Fujian) Co., Ltd. (CTOC) | Subsidiary's subsidiary |
| Malaysia Ma Gaulin Co., Ltd. | Subsidiary's subsidiary |
| Malaysia CPT (Kampar) LTD. | Subsidiary of grandchild company |
| Chunghwa Picture Tubes Science and Technology Ltd for Fuzhou | Subsidiary of grandchild company |
| Xiamen Overseas   Co., Ltd. | Grandchild company's invested company via the equity method |
| MeiQi Technology Co., Ltd. | The chairman of CPT is one of the second degree of kinship of JEAN's chairman |
| BVI Jieli Investment Co., Ltd. | Subsidiary of JEAN |
| JEAN M | Subsidiary of JEAN |
| Gongchang (Suzhou) Electronics Co., Ltd. | Grandchild company of JEAN |
| Incorporated Foundation Private TATUNG University | Main shareholders of TATUNG Company |
| Lin Weishan and others (9 people in total) | CPT's directors |
| Ou Tianfa and others (5 people in total) | CPT's supervisors |
| Qiu Chuangyi and others (11 people in total) | CPT's management above the level of deputy general manager |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2008.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011