# Exhibit 20





二、　董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

1、　董事、監察人

(1)　董事、監察人資料　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　99 年 04 月 30 日

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 持股比率 | 利用他人名義持有股份 股數 | 利用他人名義持有股份 持股比率 | 主要經(學)歷 | 目前主要兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 具配偶或二親等以內關係之其他主管、董事或監察人 姓名 | 具配偶或二親等以內關係之其他主管、董事或監察人 關係 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 大同(股)公司 代表人: 林蔚山 | 96年06月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,391,537,247 | 8.44% | 200,780 | - | - | - | 美國華盛頓大學經營所碩士 | 大同(股)公司董事長兼總經理　尚志半導體(股)公司董事長<br>大同綜合訊電(股)公司董事長　大同電信(股)公司董事<br>福華電子(股)公司董事長　尚志資產開發(股)公司董事長<br>台灣通信工業(股)公司董事長　拓志光機電(股)公司董事長<br>尚志精密化學(股)公司董事長　中華映管(納閩)董事長<br>綠能科技(股)公司董事長　中華映管(百慕達)董事長<br>本公司董事長兼執行長<br>大華國際資產管理(股)公司董事長<br>Bensaline Investment Ltd 董事長<br>Banglor Investment Ltd 董事長<br>Dalemont Investment Ltd 董事長<br>Daliant Investment Ltd 董事長 | 董事 (法人代表) | 林郭文艷 | 配偶 |
| 董事 | 大同(股)公司 代表人: 許超雲 | 97年07月10日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,391,537,247 | 8.44% | - | - | - | - | 大同大學電機系博士<br>大同大學電機系所暨通訊所教授 | 大同電信(股)公司董事　台灣通信工業(股)公司董事<br>台灣通信(福建)有限公司董事 | - | - | - |
| 董事 | 大同(股)公司 代表人: 林郭文艷 | 96年06月13日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,391,537,247 | 8.44% | 200,903 | - | - | - | 美國馬里蘭大學經濟所碩士 | 大同(股)公司執行副總　大同電信(股)公司董事長<br>大同世界科技(股)公司董事長　精英電腦工業(股)公司董事長<br>大同墨西哥公司董事長　大同捷克公司董事長 | 董事 (法人代表) | 林蔚山 | 配偶 |
| 董事 | 大同(股)公司 代表人: 許嘉成 | 98年10月31日 | 3年 | 86年05月27日 | 1,051,537,247 | 12.80% | 1,391,537,247 | 8.44% | - | - | - | - | 美國密西根大學企管碩士 | 大同世界科技(股)公司董事　尚志精密化學(股)公司董事<br>精英電腦工業(股)公司董事　綠昇投資股份有限公司董事<br>大同電信(股)公司董事　大同(股)公司財務副總經理<br>中華電子投資(股)公司董事　大同(股)公司董事 | - | - | - |

(2) 法人股東之主要股東 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　99 年 04 月 30 日

| 法 人 股 東 名 稱 | 法 人 股 東 之 主 要 股 東 |
|---|---|
| 中華電子投資股份有限公司 | 大同股份有限公司(99.52%) |
| 大同股份有限公司 | 大同大學(6.19%)、美商美國紐約梅隆銀行大同存託憑證專戶(5.97%)、中國信託商業銀行信託部受託保管大同股份有限公司工者有其員工持股信託專戶(4.81%)、渣打託管麥肯錫康迪爾復育基金投資專戶(3.66%)、中華映管股份有限公司(3.05%)、陳秀鑾(1.86%)、台北市私立大同高級中學(1.37%)、財團法人大同聯合職工福利委員會(1.36%)、渣打託管波士頓公司組合員工基金新興市場(1.15%)、渣打託管 ISHARES MSCI 新興市場(1.11%) |
| 仁寶電腦工業股份有限公司 | 美商美國紐約梅隆銀行依據西元一九九九年十一月九日訂立之存託契約以仁寶存託憑證持有人共同代表人暨存託機構身份登記之(4.67%)、金寶電子工業股份有限公司(3.48%)、匯豐銀行託管闊頂主基金有限公司投資專戶(1.67%)、勞工保險局(1.6%)、大通託管沙烏地阿拉伯中央銀行投資專戶(1.41%)、大通託管特寶豐基金公司之特寶豐世界基金(1.39%)、陳瑞聰(1.14%)、大通託管特寶豐基金之特寶豐外國基金專戶(1.07%)、渣打託管梵加德新興市場股票指數基金專戶(1.02%)、大通託管富林明基金之亞洲股權基金(0.99%) |

(3) 法人股東之主要股東為法人者其主要股東 　　　　　　　　　　　　　　　　　　　　　　99 年 04 月 30 日

| 法人名稱 | 法人之主要股東 |
|---|---|
| 大同大學 | 無(註1) |
| 中華映管股份有限公司 | 中華電子投資股份有限公司、大同股份有限公司、仁寶電腦工業(股)公 |
| 台北市私立大同高級中學 | 無(註1) |
| 財團法人大同聯合職工福利委員會 | 不適用 |
| 金寶電子工業股份有限公司 | 仁寶電腦工業股份有限公司、吉寶投資投份有限公司、花旗(台灣)商業銀行受託保管荷蘭銀行投資專戶、鵬寶科技股份有限公司、合寶投資股份有限公司 |
| 尚志資產開發股份有限公司 | 大同股份有限公司 |

註1: 該法人係屬學校法人,故無股東。

八、 持股比例佔前十名之股東,其相互間為財務會計準則公報第六號關係人或為配偶之資訊。

持股比例佔前十名之股東,其相互間之關係資料

| 姓名 | 本人持有股份 | | 配偶、未成年子女持有股份 | | 利用他人名義合計持有股份 | | 前十大股東相互間具有財務會計準則公報第六號關係人或為配偶、二親等以內之親屬關係者,其名稱或姓名及關係。 | | 備註 |
|---|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 名稱(或姓名) | 關係 | |
| 大同股份有限公司 | 1,391,537,247 | 8.44% | - | - | - | - | 中華電子投資股份有限公司 | 母子公司 | |
| | | | | | | | 尚志資產開發股份有限公司 | 母子公司 | |
| 大同股份有限公司代表人:林蔚山 | 200,903 | - | 200,780 | - | - | - | - | - | |
| 大同股份有限公司代表人:許超雲 | 24,410 | - | - | - | - | - | - | - | |
| 大同股份有限公司代表人:林郭文豔 | 200,780 | - | 200,903 | - | - | - | - | - | |
| 大同股份有限公司代表人:許嘉成 | - | - | - | - | - | - | - | - | |
| 仁寶電腦工業(股)公司 | 1,000,000,000 | 6.07% | - | - | - | - | 兆寶投資(股)公司 | 母子公司 | |
| | | | | | | | 詠寶投資(股)公司 | 母子公司 | |
| | | | | | | | 鎧寶投資(股)公司 | 母子公司 | |
| 仁寶電腦工業(股)公司代表人:陳瑞聰 | - | - | - | - | - | - | - | - | |
| 中華電子投資股份有限公司 | 936,542,603 | 5.68% | - | - | - | - | 大同股份有限公司 | 母子公司 | |
| 中華電子投資股份有限公司代表人:王隆潔 | 1,399 | - | 561 | - | - | - | - | - | |
| 中華電子投資股份有限公司代表人:歐添發 | 40,769 | - | 151,000 | - | - | - | - | - | |
| 中華電子投資股份有限公司代表人:陳淑芬 | 6,917 | - | - | - | - | - | - | - | |
| 中華電子投資股份有限公司代表人:楊政杰 | - | - | - | - | - | - | - | - | |
| 兆寶投資股份有限公司 | 800,000,000 | 4.85% | - | - | - | - | 仁寶電腦工業(股)公司 | 母子公司 | |
| 詠寶投資股份有限公司 | 700,000,000 | 4.25% | - | - | - | - | 仁寶電腦工業(股)公司 | 母子公司 | |
| 大眾商業銀行受託保管大同全球策略公司投資專戶 | 504,758,009 | 3.06% | - | - | - | - | - | - | |
| 尚志資產開發股份有限公司 | 360,000,000 | 2.18% | - | - | - | - | 大同股份有限公司 | 母子公司 | |
| 鎧寶投資股份有限公司 | 300,000,000 | 1.82% | - | - | - | - | 仁寶電腦工業(股)公司 | 母子公司 | |
| 中國信託商業銀行股份有限公司受託信託財產專戶 | 290,000,000 | 1.76% | - | - | - | - | - | - | |
| 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 261,418,000 | 1.59% | - | - | - | - | - | - | |

肆、 資金運用計畫執行情形

特別股分散情形: 不適用。

4、 主要股東名單

| 主要股東名稱\股份 | 持有股數 | 持股比例 |
|---|---:|---:|
| 大同股份有限公司 | 1,391,537,247 | 8.44% |
| 仁寶電腦工業股份有限公司 | 1,000,000,000 | 6.07% |
| 中華電子投資股份有限公司 | 936,542,603 | 5.68% |
| 兆寶投資股份有限公司 | 800,000,000 | 4.85% |
| 詠寶投資股份有限公司 | 700,000,000 | 4.25% |
| 大眾商業銀行受託保管大同全球策略公司投資專戶 | 504,758,009 | 3.06% |
| 尚志資產開發股份有限公司 | 360,000,000 | 2.18% |
| 鎧寶投資股份有限公司 | 300,000,000 | 1.82% |
| 中國信託商業銀行股份有限公司受託信託財產專戶(中華電子投資公司) | 290,000,000 | 1.76% |
| 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 261,418,000 | 1.59% |

5、 最近二年度每股市價、淨值、盈餘、股利及相關資料

每股市價、淨值、盈餘及股利資料

| 年度 項目 | | 97年 | 98年 | 當年度截至 99年4月30日 （註4） |
|---|---|---:|---:|---:|
| 每股市價 | 最　　　高 | 11.4 | 5.9 | 4.37 |
| | 最　　　低 | 2.03 | 2.59 | 3.00 |
| | 平　　　均 | 7.22 | 4.09 | 3.59 |
| 每股淨值 | 分　配　前 | 8.62 | 5.88 | 3.74 |
| | 分　配　後 | － | － | － |
| 每股盈餘 | 加權平均股數(仟股) | 9,449,716 | 10,971,923 | 16,441,718 |
| | 每 股 盈 餘 | (1.47) | (3.46) | (0.18) |
| 每股股利 | 現 金 股 利 | － | － | － |
| | 無償配股 盈餘配股 | － | － | － |
| | 　　　　 資本公積配股 | － | － | － |
| | 累積未付股利 | － | － | － |
| 投資報酬分析 | 本益比（註1） | (4.91) | (1.18) | － |
| | 本利比（註2） | － | － | － |
| | 現金股利殖利率（註3） | － | － | － |

註1：本益比＝當年度每股平均收盤價／每股盈餘。
註2：本利比＝當年度每股平均收盤價／每股現金股利。
註3：現金股利殖利率＝每股現金股利／當年度每股平均收盤價。
註4：每股淨值、每股盈餘為截至年報刊印日止最近一季經會計師查核（核閱）之資料；其餘欄位為截至年報刊印日止之當年度資料。

26

中華映管股份有限公司財務報表附註(續)

(金額除另予註明者外,係以新臺幣千元為單位)

| 關係人名稱 | 與本公司之關係 |
|---|---|
| 福建華冠光電有限公司(華冠光電公司) | 子公司之子公司 |
| 馬來西亞馬高林電子股份有限公司 | 子公司之子公司 |
| 馬來西亞中華映管(金寶)股份有限公司 | 孫公司之子公司 |
| 福州華映視訊有限公司 | 孫公司之子公司 |
| 廈門華僑電子股份有限公司 | 孫公司採權益法評價之被投資公司 |
| 台灣通信工業股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志精密化學股份有限公司 | 係大同股份有限公司之子公司 |
| 尚志國際通運股份有限公司 | 係大同股份有限公司之子公司 |
| 大同發那科自動化股份有限公司 | 係大同股份有限公司之子公司 |
| 大同日本公司 | 係大同股份有限公司之子公司 |
| 大同英國公司 | 係大同股份有限公司之子公司 |
| 大同泰國公司 | 係大同股份有限公司之子公司 |
| 大同美國公司 | 係大同股份有限公司之子公司 |
| 大同綜合訊電股份有限公司 | 係大同股份有限公司之子公司 |
| 大同世界科技股份有限公司 | 係大同股份有限公司之子公司 |
| 拓志光機電股份有限公司 | 係大同股份有限公司之子公司 |
| 大同中外貴金屬股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同亞瑟頓股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同通訊股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同奧的斯電梯股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 坤德股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同大隈股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 精英電腦股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 大同新加坡電子股份有限公司 | 係大同股份有限公司採權益法評價之被投資公司 |
| 協志聯合科技股份有限公司 | 係大同股份有限公司之孫公司 |
| 大同電子科技(江蘇)有限公司 | 係大同股份有限公司之孫公司 |
| 綠能科技股份有限公司 | 係大同股份有限公司之孫公司 |
| 美齊科技股份有限公司 | 董事長為該公司董事長之二親等以內親屬 |

Translation of Page 6

III.Management Report of the Company

II Information about board of directors, supervisors, general managers, deputy general managers, assistant managers and person in charge of each department and branch

1.directors,supervisors

(1) Information about directors and supervisors  April 30,2010

| Title | Name | Selected on | Term of office | Initially elected on | Shares held upon election | | Number of shares currently held | | Shares held by spouse, minor children | | Holding shares in the name of others | | Main experience (educational background) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| Chariman | Representative of Tatung Co., Ltd.:Lin Weishan | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,391,537,247 | 8.44% | 200,780 | - | - | - | Master of Business of Washington University | Chairman & General manager of Tatung Co., Ltd<br>Chairman of TATUNG Consumer Products (Taiwan) Co., Ltd<br>Chairman of Forward Electronics Co., Ltd<br>Chairman of Taiwan Communication Industrial Co., Ltd.<br>Chairman of Tatung Fine Chemicals Co.<br>Chairman of Green Energy Technology<br>Chairman & CEO of the Company<br>Chairman of Grand Cathay International Asset Management Corp.<br>Chairman of Bensaline Investment Ltd<br>Chairman of Banglor Investment Ltd<br>Chairman of Dalemont Investment Ltd.<br>Chairman of Daliant Investment Ltd<br>Chairman of Shan Chih Semiconductor Co., Ltd<br>Chairman of Tatung Telecom Co., Ltd.<br>Chairman of Shan Chih Asset Development Co., Ltd<br>Chairman of Toes Opto-Mechatronics Co.<br>Chairman of Chunghwa Picture Tubes(L)LTD.<br>Chairman of Chunghwa Picture Tubes(Bermuda) LTD. | Director (legal representative) | Linguo Wenyan | Spouse |
| Director | Representative of Tatung Company:Xu Chaoyun | July 10, 2008 | 3 years | May 27 1997 | 1,051,537,247 | 12.80% | 1,391,537,247 | 8.44% | - | - | - | - | Doctor of Electric Engineer of TATUNG University Professor of Electric Engineer and profession of Communication of TATUNG University | Director of Tatung Telecom Co., Ltd.<br>Director Taiwan Communication Industrial (Fujian) Co., Ltd.<br>Director of Taiwan Communication Industrial Co., Ltd. | - | - | - |
| Director | Representative of Tatung Company:LinguoWenyan | June 13, 2007 | 3 years | May 27, 1997 | 1,051,537,247 | 12.80% | 1,391,537,247 | 8.44% | 200,903 | - | - | - | Master of Economics of University of Maryland | Executive Vice President of Tatung Co., Ltd.<br>Chairman of TATUNG System Technologies Inc.<br>Chairman of TATUNG (Mexico)Co. Ltd.<br>Chairman of Tatung Telecom Co., Ltd<br>Chairman of Elitegroup Computer Systems Co., Ltd.<br>Chairman of Tatung (Czech) Co., Ltd. | Director (legal representative) | Lin Weishan | Spouse |
| Director | Representative of Tatung Company:Xu Jiacheng | October 31, 2009 | 3 years | May 27,1997 | 1,051,537,247 | 12.80% | 1,391,537,247 | 8.44% | - | - | - | - | Master of Enterprise Management of University of Michigan | Director of TATUNG System Technologies Inc.<br>Director of Elitegroup Computer Systems Co., Ltd.<br>Director of Tatung Telecom Co., Ltd<br>Director of Chunghwa electronics Development Co., Ltd<br>Director of Tatung Fine Chemicals Co<br>Director of ENERGY WELL INTERNATIONAL LIMITED<br>Deputy General Financial Manager of Tatung Co., Ltd.<br>Director of Tatung Co., Ltd. | - | - | - |

(2) Principal shareholders of corporate shareholders                                                                                                                April 30, 2010

| Name of Legal shareholders | Principle shareholders of legal shareholders |
|---|---|
| Chunghwa Electronics Development Co.,Ltd | Tatung Co., Ltd(99.52%) |
| Tatung Co., Ltd | Tatung University(6.19%),Special depositary receipts account of Tatung entrusted at Bank of New York Mellon (5.97%),Special entrusted account of staff of Tatung Co., Ltd. in custody of trust institute of Chinatrust Commercial Bank(4.81%),Special investment account of McKinsey Fund trusted at UK Standard Chartered (3.66%)Chunghwa Picture Tubes LTD(3.05%),Chen Xiuluan(1.86%),Taipei Private TATUNG High School(1.37%),Incorporated Foundation TATUNG Joint Staff Welfare Committee(1.36%), Jonit staff fund emerging market of Boston Company in custody of Standard Charted Bank (1.15%),ISHARES MSCI emerged market entrusted at Standard Charted Bank(1.11%) |
| Compal Electronics, Inc | Depositary Agreement registered by Bank of New York Mellon as the co-representative of the holder of Compal depositary receipts and the depositary institution according to the Depositary Agreement signed on November 9, 1999 (4.67%), Kinpo Electronics Inc.(3.48%), Special investment account of Kuoding main funds Co., Ltd in custody of HSBC (1.67%), Bureau of labour insurance,ministry of labour(1.6%), Special investment account of Saudi Arabia's Central Banktrusted at JPMorgan Chase Bank(1.41%), Te Baofeng World Fund of Te Baofeng Fund Company trusted at JPMorgan Chase Bank (1.39%), Chen Ruicong(1.14%), Speical account for Te Baofeng's Overseas Fund of Te Baofeng's Fund trusted at JPMorgan Chase Bank (1.07%), Special account for stock index fund on Emerging Markets of Vanguard entrusted at Citibank (1.02%), The Asian Equity Fund of Fu Linming's Fund trusted at JPMorgan Chase Bank(0.99%) |

(3) Principal shareholders of legal person are the legal shareholders                                                                                      April 30，2010

| Name of legal person | Principal shareholders of legal person |
|---|---|
| Tatung University | None (Note 1) |
| Chunghwa Picture TubesLTD | Chunghwa Electronics Investment Co., Ltd, Tatung Co., Ltd, Compal Electronics, Inc. |
| Taipei Private TATUNG High School | Nnoe (Note1) |
| Incorporated Foundation TATUNG Joint Staff Welfare Committee | Not Applicable |
| Kinpo Electronics Inc. | Compal Electronics, Inc.；Evergro Investment Co., Ltd, Special investment account of Netherland Bank in custody of Citibank Taiwan branch, PengBao Science &Technology Co., Ltd., Hubbell Investment Co., Ltd |
| Shan Chih Asset Development Ltd. | Tatung Co., Ltd |

Note 1: The legal person is the legal representative of the school, thus there is no shareholder.

Translation of Page 23

III. Company management report

**VIII. Top ten shareholders as pershareholding ratio,the relations between them are thatof the No. six related person of budget accounting code bulletin or spouse.**

Top ten shareholders as per shareholding ratio and information about their relations

| Name | Shares held by the shareholder | | Shares held by spouse or minor children | | Shares held in the name of others | | Top ten shareholders as per shareholding ratio have the relations as No. six related person of budget accounting code bulletin or spouse, or second degree of kinship, title or name and relationship | | Note |
|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Title (or name) | Relationship | |
| Tatung Company | 1,391,537,247 | 8.44% | - | - | - | - | Chunghwa Electronics DevelopmentDevelopment Corporation | Parentcompany and subsidiary | |
| | | | | | | | Shan-Chih Asset International | Parentcompany and subsidiary | |
| Representative Tatung Company: Lin Weishan | 200,903 | - | 200,780 | - | - | - | - | - | |
| Representative Tatung Company:XuChaoyu | 24,410 | - | - | - | - | - | - | - | |
| Representative Tatung Company: LinguoWenyan | 200,780 | - | 200,903 | - | - | - | - | - | |
| Representative Tatung Company: Xu Jiacheng | - | - | - | - | - | - | - | - | |
| Compal Electronics Co., Ltd. | 1,000,000,000 | 6.07% | - | - | - | - | Zhaobao Investment (corporate) company | Parentcompany and subsidiary | |
| | | | | | | | Yongbao investment (corporate) company | Parentcompany and subsidiary | |
| | | | | | | | Kaibao investment (corporate) company | Parentcompany and subsidiary | |
| Representative Company: Electronics Co., Ltd.: Chen Ruicong | - | - | - | - | - | - | - | - | |
| Chunghwa Electrics DevelopmentCorporation | 936,542,603 | 5.68% | - | - | - | - | Tatung Company | Parentcompany and subsidiary | |
| Representative of Chunghwa Electronics Development Corporation: Wang Longjie | 1,399 | - | 561 | - | - | - | - | - | |
| Representative of Chunghwa Electronics Development Corporation:OuTianfa | 40,769 | - | 151,000 | - | - | - | - | - | |
| Representative of Chunghwa Electronics Development Corporation: Chen Shufen | 6,917 | - | - | - | - | - | - | - | |
| Representative of ChunghwaElectronics Development Corporation:YangZhengjie | - | - | - | - | - | - | - | - | |
| Zhaobao Investment Corporation | 800,000,000 | 4.85% | - | - | - | - | Renbaoomputer industry(corporate) company | Parentcompany and subsidiary | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yongbao Investment Corporation | 700,000,000 | 4.25% | - | - | - | - | Renbao computer industry(corporate) company | Parentcompany and subsidiary | |
| TCBANK is entrusted to take charge of special account of Tatung Company global &strategic company | 504,758,009 | 3.06% | - | - | - | - | - | - | |
| Shan-Chih Asset International Coporation | 360,000,000 | 2.18% | - | - | - | - | Tatung Company | Parentcompany and subsidiary | |
| Kaibao investment corporation | 300,000,000 | 1.82% | - | - | - | - | Renbao computer industry(corporate) company | Parentcompany and subsidiary | |
| credit A special account entrusted by CTBC bank | 290,000,000 | 1.76% | - | - | - | - | - | - | |
| CSFB investment special account is entrusted by Standard Chartered Bank Guobei Branch | 261,418,000 | 1.59% | - | - | - | - | - | - | |

IV. Fund use plan and implementation

Special shares disperse: not applicable
4. List of main shareholders

| Nameof main shareholders \shares | Number of shares | Shareholding ratio |
| --- | --- | --- |
| Tatung company | 1,391,537,247 | 8.44% |
| Renbao computer industry(corporate) company | 1,000,000,000 | 6.07% |
| Chunghwa Electronics Development Corporation | 936,542,603 | 5.68% |
| Zhaobaoinvestment(corporate)company | 800,000,000 | 4.85% |
| Yongbao investment (corporate)company | 700,000,000 | 4.25% |
| TCBANK is entrusted to take car of special account of tatung Company global &strategic compan | 504,758,009 | 3.06% |
| Shan-Chih Asset International Corporation | 360,000,000 | 2.18% |
| Kaibao investment(corporate)company | 300,000,000 | 1.82% |
| Property specila accountentrusted byCTBC Bank(Chunghwa Electronics Development Corporation) | 290,000,000 | 1.76% |
| CSFB investment special account is entrusted by Standard Chartered Bank Guobei Branch | 261,418,000 | 1.59% |

V. Market price, net value, earnings and dividends per share and related documentsin the last two years

Information about market price, net value, earnings and dividends per share

| Item | Year | 2008 | 2009 | The year by April 30, 2010 (Note 4) |
| --- | --- | --- | --- | --- |
| Market priceper share | Maximum | 11.4 | 5.9 | 4.37 |
|  | Minimum | 2.03 | 2.59 | 3.00 |
|  | Average | 7.22 | 4.09 | 3.59 |
| Net value per share | Before allocation | 8.62 | 5.88 | 3.74 |
|  | After allocation | – | – | – |
| Earningsper share | Weighted average number of shares (one thousand shares) | 9,449,716 | 10,971,923 | 16,441,718 |
|  | Earnings per share | (1.47) | (3.46) | (0.18) |
| Dividends per share | Cash dividend | – | – | – |
|  | Stock grants — Surplus rights issue | – | – | – |
|  | Stock grants — Capital reserve rights | – | – | – |
|  | Cumulative dividend payable | – | – | – |
| ROI analysis | Price-to-earning ratio (Note 1) | (4.91) | (1.18) | – |
|  | Price to dividend ratio (Note 2) | – | – | – |
|  | Cash dividend yield (Note 3) | – | – | – |

Note1 : Price-to-earning ratio = average closing price per share of the year / earnings per share .
Note2: Price to dividend ratio = average closing price per share of the year / cash dividend per share.
Note3: Cash dividend yield = cash dividend per share / average closing price per share of the year.
Note4: net value per share, earnings per share are by the date that theannual report is printed to the data audited (reviewed)by accountant in the latest quarter; the others are annual data of the year by the date that annual report is printed.

Translation of Page 102

IX. Financial Statement

Notes to Financial Statement of Chunghwa Picture Tubes Ltd. (Continued)
(Except the amount is indicated specially, denominated in NTD 1,000)

| Name of related party | The relationship with the Company |
|---|---|
| CPT Display Technology (Shenzhen) Ltd. | subsidiary of subsidiary company |
| Malaysia MagaolinCo., Ltd | subsidiary of subsidiary company |
| CPT (M) | subsidiary company of grandchildren company |
| CPTF Visual Display(Fuzhou)Ltd. | subsidiary company of grandchildren company |
| Xiamen Overseas Chinese Electronic(share) Co., Ltd. | invested company evaluated by grandchildren company in equity method |
| Taiwan Communication Industrial Co., Ltd. | subsidiary company of TATUNG Co., Ltd. |
| Tatung Fine Chemicals Co., Ltd. | subsidiary company of TATUNG Co., Ltd. |
| Shan Chih International Express. Co., Ltd. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG FANUC Robotics Corporation | subsidiary company of TATUNG Co., Ltd. |
| TATUNG CO., OF JAPAN INC. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG UK Ltd. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG Thailand Ltd. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG CO. OF AMERICA,INC. | subsidiary company of TATUNG Co., Ltd. |
| Tatung Consumer Products (Taiwan)Co., Ltd | subsidiary company of TATUNG Co., Ltd. |
| Tatung System Technologies Inc. | subsidiary company of TATUNG Co., Ltd. |
| Toes Opto-Mechatronics Co. | subsidiary company of TATUNG Co., Ltd. |
| TATUNG CHUGAI PRECIOUS METALS CO., LTD. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| TATUNG Atherton CO., LTD. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| Tatung Infocomm Co., Ltd. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| TATUNG Otis Elevator Company | invested company evaluated by TATUNG Co.,Ltd in equity method |
| Kuender Co., Ltd. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| TATUNG-OKUMA CO., LTD. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| Elitegroup Computer Systems Co., Ltd. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| TATUNG (Singapore) Ltd. | invested company evaluated by TATUNG Co.,Ltd in equity method |
| TISNet Technology Inc. | grandchildren company of TATUNG Co., Ltd. |
| TATUNG TechNet (Jiangsu) Co., Ltd. | grandchildren company of TATUNG Co., Ltd. |
| Green Energy Technology | grandchildren company of TATUNG Co., Ltd. |
| JEAN CO.,LTD. | Chairman was the relative within 2 tiers of the chairman of this company |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2009.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com