# Exhibit 21





Common Stock Code: 2475

**CHUNGHWA PICTURE TUBES, LTD.**
**2010 Annual Report**
Printed on April 30, 2011

Annual Report Inquiry Website
Website of the Company: http://www.cptt.com.tw
Market Observation Post System:
http://mops.twse.com.tw

## 二、 董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

1、 董事、監察人

(1) 董事、監察人資料

100 年 04 月 30 日

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 持股比率 | 利用他人名義持有股份 股數 | 利用他人名義持有股份 持股比率 | 主要經(學)歷 | 目前主要兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 具配偶或二親等以內關係之其他主管、董事或監察人 姓名 | 具配偶或二親等以內關係之其他主管、董事或監察人 關係 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 中華電子投資(股)公司代表人: 林蔚山 | 99年05月20日 | 3年 | 99年05月20日 | 936,542,603 | 5.68% | 369,078,519 | 5.68% | 79,124 | - | - | - | 美國華盛頓大學經營所碩士 | 大同(股)公司董事長兼總經理<br>大同綜合訊電(股)公司董事長<br>福華電子(股)公司董事長<br>台灣通信工業(股)公司董事長<br>尚志精密化學(股)公司董事長<br>綠能科技(股)公司董事長<br>本公司董事長兼執行長<br>尚志半導體(股)公司董事長<br>大同電信(股)公司董事<br>尚志資產開發(股)公司董事長<br>拓志光機電(股)公司董事長<br>中華映管(納閩)董事長<br>中華映管(百慕達)董事長<br>大華國際資產管理(股)公司董事長<br>Bensaline Investment Ltd 董事長<br>Banglor Investment Ltd 董事長<br>Dalemont Investment Ltd 董事長<br>Daliant Investment Ltd 董事長 | 董事(法人代表) | 林郭文艷 | 配偶 |
| 董事 | 中華電子投資(股)公司代表人: 林郭文艷 | 99年05月20日 | 3年 | 99年05月20日 | 936,542,603 | 5.68% | 369,078,519 | 5.68% | 79,172 | - | - | - | 美國馬里蘭大學經濟所碩士 | 大同(股)公司執行副總　　大同電信(股)公司董事長<br>大同世界科技(股)公司董事長　精英電腦工業(股)公司董事長<br>大同墨西哥公司董事長　大同捷克公司董事長 | 董事(法人代表) | 林蔚山 | 配偶 |
| 董事 | 中華電子投資(股)公司代表人: 彭文傑 | 99年05月20日 | 3年 | 99年05月20日 | 936,542,603 | 5.68% | 369,078,519 | 5.68% | - | - | - | - | 逢甲保險學研究所碩士 | 大同(股)公司財會投資總處投資處處長 | - | - | - |
| 董事 | 溫清章 | 99年05月20日 | 3年 | 98年12月14日 | - | - | - | - | - | - | - | - | 美國賓州大學電機工程博士 | 聿新生物科技(股)公司董事　智易科技(股)公司獨立董事<br>聚昌科技(股)公司董事　　太陽光電(股)公司高級顧問 | - | - | - |

八、 持股比例佔前十名之股東,其相互間為財務會計準則公報第六號關係人或為配偶之資訊。

持股比例佔前十名之股東,其相互間之關係資料

| 姓名 | 本人<br>持有股份 | | 配偶、未成年子女<br>持有股份 | | 利用他人名<br>義合計持有<br>股份 | | 前十大股東相互間具有財務會計準則公報第六號關係人或為配偶、二親等以內之親屬關係者,其名稱或姓名及關係。 | | 備註 |
|---|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 名稱(或姓名) | 關係 | |
| 大同股份有限公司 | 548,385,630 | 8.44% | - | - | - | - | 中華電子投資股份有限公司 | 母子公司 | |
| | | | | | | | 尚志資產開發股份有限公司 | 母子公司 | |
| 仁寶電腦工業股份有限公司 | 394,086,204 | 6.07% | - | - | - | - | 兆寶投資(股)公司 | 母子公司 | |
| | | | | | | | 詠寶投資(股)公司 | 母子公司 | |
| | | | | | | | 鎧寶投資(股)公司 | 母子公司 | |
| 仁寶電腦工業股份有限公司<br>代表人:陳瑞聰 | - | -, | - | - | - | - | - | - | |
| 中華電子投資股份有限公司 | 369,078,519 | 5.68% | - | - | - | - | 大同股份有限公司 | 母子公司 | |
| 中華電子投資股份有限公司<br>代表人:林蔚山 | 79,172 | - | 79,124 | - | - | - | - | - | |
| 中華電子投資股份有限公司<br>代表人:林郭文豔 | 79,124 | - | 79,172 | - | - | - | - | - | |
| 中華電子投資股份有限公司<br>代表人:彭文傑 | - | - | - | - | - | - | - | - | |
| 兆寶投資股份有限公司<br>(負責人-許勝雄) | 315,268,963 | 4.85% | - | - | - | - | 仁寶電腦工業(股)公司 | 母子公司 | |
| 詠寶投資股份有限公司<br>(負責人-許勝雄) | 275,860,343 | 4.25% | - | - | - | - | 仁寶電腦工業(股)公司 | 母子公司 | |
| 大眾商業銀行受託保管大同全球策略公司投資專戶 | 198,918,167 | 3.06% | - | - | - | - | - | - | |
| 尚志資產開發股份有限公司 | 141,871,033 | 2.18% | - | - | - | - | 大同股份有限公司 | 母子公司 | |
| 鎧寶投資股份有限公司<br>(負責人-許勝雄) | 118,225,861 | 1.82% | - | - | - | - | 仁寶電腦工業(股)公司 | 母子公司 | |
| 中國信託商業銀行股份有限公司受託信託財產專戶 | 114,285,000 | 1.76% | - | - | - | - | - | - | |
| 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 106,419,751 | 1.64% | - | - | - | - | - | - | |

註:上述部份之股數減少,係因減資彌補虧損。

4、 主要股東名單

| 主要股東名稱 | 持有股數 | 持股比例 |
|---|---|---|
| 大同股份有限公司 | 548,385,630 | 8.44% |
| 仁寶電腦工業股份有限公司 | 394,086,204 | 6.07% |
| 中華電子投資股份有限公司 | 369,078,519 | 5.68% |
| 兆寶投資股份有限公司 | 315,268,963 | 4.85% |
| 詠寶投資股份有限公司 | 275,860,343 | 4.25% |
| 大眾商業銀行受託保管大同全球策略公司投資專戶 | 198,918,167 | 3.06% |
| 尚志資產開發股份有限公司 | 141,871,033 | 2.18% |
| 鎧寶投資股份有限公司 | 118,225,861 | 1.82% |
| 中國信託商業銀行股份有限公司受託信託財產專戶（中華電子投資公司） | 114,285,000 | 1.76% |
| 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 106,419,751 | 1.64% |

5、 最近二年度每股市價、淨值、盈餘、股利及相關資料

每股市價、淨值、盈餘及股利資料

| 項目 \ 年度 | | 98 年 | 99 年 | 當年度截至100年4月30日（註4） |
|---|---|---|---|---|
| 每股市價 | 最　　高 | 5.9 | 5.07 | 4.70 |
| | 最　　低 | 2.59 | 1.91 | 3.43 |
| | 平　　均 | 4.09 | 3.43 | 4.00 |
| 每股淨值 | 分　配　前 | 5.88 | 7.17 | 6.89 |
| | 分　配　後 | – | – | – |
| 每股盈餘 | 加權平均股數(仟股) | 10,971,923 | 6,479,454 | 6,479,454 |
| | 每股盈餘(追溯後) | (8.79) | (2.42) | (0.36) |
| 每股股利 | 現　金　股　利 | – | – | – |
| | 無償配股 盈餘配股 | – | – | – |
| | 　　　　 資本公積配股 | – | – | – |
| | 累積未付股利 | – | – | – |
| 投資報酬分析 | 本益比（註1） | (0.47) | (1.42) | – |
| | 本利比（註2） | – | – | – |
| | 現金股利殖利率（註3） | – | – | – |

註 1：本益比＝當年度每股平均收盤價／每股盈餘。
註 2：本利比＝當年度每股平均收盤價／每股現金股利。
註 3：現金股利殖利率＝每股現金股利／當年度每股平均收盤價。
註 4：每股淨值、每股盈餘為截至年報刊印日止最近一季經會計師查核（核閱）之資料；其餘欄位為
　　　截至年報刊印日止之當年度資料。

中華映管股份有限公司財務報表附註(續)

(金額除另予註明者外,係以新臺幣千元為單位)

| 關係人名稱 | 與本公司之關係 |
|---|---|
| 大同奧的斯電梯股份有限公司 | 大同股份有限公司採權益法評價之被投資公司(大同(股)公司已於民國九十八年八月十三日經董事會決議處分大同奧的斯電梯(股)公司部分持股,持股比例降為10%,自該日起不再視為關係人) |
| 新美齊股份有限公司(原美齊科技股份有限公司) | 董事長為該公司董事長之二親等以內親屬 |
| 英屬維京群島傑利投資股份有限公司(傑利投資股份有限公司) | 新美齊股份有限公司之子公司 |
| 美齊(馬來西亞)股份有限公司 | 新美齊股份有限公司之子公司 |
| 高創(蘇州)電子有限公司 | 新美齊股份有限公司之孫公司(新美齊股份有限公司已於民國九十九年五月十一日經股東會決議處分對高創(蘇州)電子有限公司之全數持股,自該日起不再視為關係人) |
| 財團法人私立大同大學 | 大同股份有限公司之主要股東 |
| 林蔚山等共11人 | 本公司董事 |
| 紀東發等共5人 | 本公司監察人 |
| 林盛昌等共11人 | 本公司副總經理以上之管理階層 |

2. <u>與關係人間之重大交易事項</u>

本公司於民國九十九年度及九十八年度與關係人間之重大交易事項及截至民國九十九年及九十八年十二月三十一日止,相關交易餘額如下:

(1)<u>營業收入</u>

| 關係人 | 99年度 金額 | 99年度 占本公司銷貨淨額% | 98年度 金額 | 98年度 占本公司銷貨淨額% |
|---|---|---|---|---|
| 大同(股)公司 | $1,708,110 | 2.43 | $840,563 | 1.74 |
| 馬來西亞中華映管(納閩)(股)公司 | 1,701,439 | 2.42 | 551,669 | 1.14 |
| 凌巨科技(股)公司 | 1,672,533 | 2.38 | 995,857 | 2.06 |
| 廈門華僑電子(股)公司 | 446,639 | 0.63 | 2,905,955 | 6.01 |
| 精英電腦(蘇州工業園區)有限公司 | 362,242 | 0.51 | 797,087 | 1.65 |
| 高創(蘇州)電子有限公司 | 308,033 | 0.44 | 828,216 | 1.71 |
| 昆山凌達光電科技有限公司 | 186,722 | 0.27 | 398,700 | 0.83 |
| 其他關係人 | 54,102 | 0.07 | 106,329 | 0.22 |
| 合計 | $6,439,820 | 9.15 | $7,424,376 | 15.36 |

Translation of Page 6

## II. Information about directors, supervisors, general managers, deputy general managers, assistant managers and person in charge of each department and branch

### 1. Directors and supervisors

(1) Information about directors and supervisors                                                                                                                            April 30, 2011

| Title | Name | Elected on | Term of office | Initially elected on | Shares held upon election | | Number of shares now held | | Shares held by spouse and minor children | | Holding shares in the name of others | | Main experience (educational background) | Duties in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of Shares | Shareholding ratio | | | Title | Name | Relationship |
| Chairman | Representative: of Chunghwa Electronics Development (Stocks) Co.: Lin Weishan | May 20, 2010 | 3 years | May 20, 2010 | 936,542,603 | 5.68% | 369,078,519 | 5.68% | 79,124 | - | - | - | Master of Business at University of Washington | Chairman and General Manager of Tatung (Stocks) Co., Chairman of Tatung Integrated Telecom & Electronics Co., Ltd, Chairman of Forward Electronics (Stocks) Co., Ltd, Chairman of Taiwan Telecom Industry Company, Chairman of Tatung Fine Chemicals Co., Chairman of Green Energy Technology Inc., Ltd, Chairman and CEO of the Company, Chairman of Shan Chinh Semiconductor Co., Ltd, Director of Tatung Telecom (Stocks)Co., Chairman of Shan Chih Asset Development Co., Ltd. Chairman of Toes Opto-Mechatronics Co., Chairman of Chunghwa Picture Tubes (Labuan) Ltd, Chairman of Chunghwa Picture Tubes (Bermuda) Ltd, Chairman of Grand Cathay International Asset Management Corp, Chairman of Bensaline Investment Ltd, Chairman of Banglor Investment Ltd, Chairman of Dalemont Investment Ltd, Chairman of Daliant Investment Ltd. | Director (legal representative) | Linguo Wenyan | spouse |
| Director | Representative: of Chunghwa Electronic Investment (Stocks) Co.: Linguo Wenyan | May 20, 2010 | 3 years | May 20, 2010 | 936,542,603 | 5.68% | 369,078,519 | 5.68% | 79,172 | - | - | - | Master of Economics at University of Maryland in USA | Executive Deputy Manager of Tatung Co., Ltd., Chairman of Tatung Telecom (Stocks)Co., Chairman of Tantung System Technologies Inc., Chairman of Elite Computer Industry Co., Chairman of Tatung (Mexico) Co., Ltd, Chairman of Tatung (Czech Republic) Co., Ltd | Director (legal representative)) | Lin Wei-shan | spouse |
| Director | Representative: of Chunghwa Electronic Investment (Stocks) Co.: Peng Wenjie | May 20, 2010 | 3 years | May 20, 2010 | 936,542,603 | 5.68% | 369,078,519 | 5.68% | - | - | - | - | Master of Insurance at Feng Chia University | Director of Investment Division of Financial Investment Department of Tatung Co., Ltd | ─ | ─ | ─ |
| Director | Wen Qingzhang | May 20, 2010 | 3 years | December 14, 2009 | – | – | – | - | - | - | - | - | Doctor of Mechatronics Engineering at Pennsylvania State University in USA | Director of Bioptik Technology, Inc, independent director of Arcadyan Company, director of AST company, senior advisor of Big Sun Energy Technology Incorporation. | ─ | ─ | ─ |

Translation of Page 25

VIII. The shareholders whose shareholding ratios are in the list of the top ten, Data about company and people with a relationship of No. 6 privy in Statements of Financial Accounting Standards or with a relationship of spouse or within a relationship of second degree of kinship

Top10 Shareholders and the relationship between them and the company

| Name | Shares held by themselves | | Shares held by their spouses and minor children | | Shares held in the name of others | | Company or people with a relationship of No. 6 privy in Statements of Financial Accounting Standards or with a relationship of spouse or within a relationship of second degree of kinship | | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Name | Relationship | |
| Tatung Co., Ltd. | 548,385,630 | 8.44% | — | — | — | — | Chunghwa Electronic Investment (Stocks) Co. | Subsidiary company | |
| | | | | | | | Shan Chih Asset Development Co., Ltd. | Subsidiary company | |
| Compal Electronics Inc | 394,086,204 | 6.07% | — | — | — | — | Zhaobao Investment Co., Ltd | Subsidiary company | |
| | | | | | | | Yongbao Investment Co., Ltd | Subsidiary company | |
| | | | | | | | Kaibao Investment Co., Ltd. | Subsidiary company | |
| Representative of Compal Electronics Inc.: Chen Ruicong | — | — | — | — | — | — | — | — | |
| Chunghwa Electronics Development Co., Ltd. | 369,078,519 | 5.68% | — | — | — | — | Tatung Co., Ltd. | Subsidiary company | |
| Representative of Chunghwa Electronics Development Co., Ltd.: Lin Weishan | 79,172 | — | 79,124 | — | — | — | — | — | |
| Representative of Chunghwa Electronics Development Co., Ltd.: Linguo Wenyan | 79,124 | — | 79,172 | — | — | — | — | — | |
| The representative of Chunghwa Electronics Development Co., Ltd.: Peng Wenjie | — | — | — | — | — | — | — | — | |
| Zhaobao Investment Co., Ltd (responsible person: Xu Shengxiong) | 315,268,963 | 4.85% | — | — | — | — | Compal Electronics Inc | Subsidiary company | |
| Yongbao Investment Co., Ltd (responsible person: Xu Shengxiong) | 275,860,343 | 4.25% | — | — | — | — | Compal Electronics Inc | Subsidiary company | |
| Special account for investment of Tatung Global Strategy Company entrusted to Ta Chong Bank Ltd. | 198,918,167 | 3.06% | — | — | — | — | — | — | |
| Shan Chih Asset Development Co., Ltd. | 141,871,033 | 2.18% | — | — | — | — | Tatung Co., Ltd. | Subsidiary company | |
| Kaibao Investment Co., Ltd. (responsible person: Xu Shengxiong) | 118,225,861 | 1.82% | — | — | — | — | Compal Electronics Inc | Subsidiary company | |
| Special account for trust property entrusted to CTBC Commercial Bank Co., Ltd. | 114,285,000 | 1.76% | — | — | — | — | — | — | |
| Special account for investment of Credit Suisse International Co. entrusted to Dunbei Branch of Stanchart International Commercial Bank | 106,419,751 | 1.64% | — | — | — | — | — | — | |

Note: The decrease of number of shares of the above is due to the reduction of capital to cover the deficit.

Translation of Page 28

4. The list of main stockholders

| Name of main stockholders | Number of Shares | Shareholding ratio |
|---|---|---|
| Tatung Co., Ltd. | 548,385,630 | 8.44% |
| Compal Electronics, INC. | 394,086,204 | 6.07% |
| Chunghwa Electronics Development Co., Ltd. | 369,078,519 | 5.68% |
| Zhaobao Investment Co., Ltd | 315,268,963 | 4.85% |
| Yongbao Investment Co., Ltd | 275,860,343 | 4.25% |
| Special account for investment of Tatung Global Strategy Company entrusted to Ta Chong Bank Ltd. | 198,918,167 | 3.06% |
| Shan Chih Asset Development Co., Ltd. | 141,871,033 | 2.18% |
| Kaibao Investment Co., Ltd. | 118,225,861 | 1.82% |
| (Chunghwa Electronics Development Co., Ltd.) Special account for trust property entrusted to CTBC Commercial Bank Co., Ltd. | 114,285,000 | 1.76% |
| Special account for investment of Credit Suisse International Co. entrusted to Dunbei Branch of Stanchart International Commercial Bank | 106,419,751 | 1.64% |

5. Market price, net worth, earnings and dividends per share and related data of recent two years

Data of Market price, net worth, earnings and dividends per share

| Items | | Year | 2009 | 2010 | As of April 30th, 2011 (Note 4) |
|---|---|---|---|---|---|
| Market price per share | Maximum | | 5.9 | 5.07 | 4.70 |
| | Minimum | | 2.59 | 1.91 | 3.43 |
| | Average | | 4.09 | 3.43 | 4.00 |
| Net value per share | Before distribution | | 5.88 | 7.17 | 6.89 |
| | After distribution | | - | - | - |
| Earnings per share | Weighted average number of shares (1000 shares) | | 10,971,923 | 6,479,454 | 6,479,454 |
| | Surplus per share (after retroactive adjustment) | | (8.79) | (2.42) | (0.36) |
| Dividends per share | Cash dividends | | - | - | - |
| | Stock grants; | Surplus rights issue | - | - | - |
| | | Capital reserve rights issue | - | - | - |
| | Accumulated unpaid dividends | | - | - | - |
| Analysis of return on investment | Price-to-earning ratio (Note 1) | | (0.47) | (1.42) | - |
| | Price to dividend ratio (Note 2) | | - | - | - |
| | Yield rate of cash dividend (Note 3) | | - | - | - |

Note 1: Price-to-earning ratio = average closing price per share of the year /earnings per share.

Note 2: Ratio to dividend ratio = average closing price per share of the year /cash dividend per share.

Note 3: Yield rate of cash dividend = cash dividend per share/ average closing price per share of the year.

Note 4: Net value per share and earnings per share in the table are those of the latest fiscal quarter audited by certified accountants up to the date of printing the annual report, other data in the table are those of the data of the year up to the date of printing the annual report.

Translation of Page 103

Note to the financial statement of Chunghwa Picture Tubes, Ltd. (Continued)

(Unless the amount of money is otherwise noted, its unit is 1000 New Taiwan Dollar (NTD)).

| Name of related parties | The relationship with the Company |
|---|---|
| Tatung Otis Elevators Co., Ltd | Tatung Co., Ltd evaluated the invested company in the equity method (According to the board resolution on August 13th, 2009, Tatung Company handled a part of shareholding of Tatung Otis Elevators Co., Ltd. and decreased the shareholding to 10% of the shares. Since the day, Tatung Otis Elevators Co., Ltd. will not be regarded as a related party of the company. |
| New MeiQi Technology Co., Ltd (MeiQi Technology Co., Ltd) | The president of Chunghwa Picture Tubes, Ltd. has a relationship of second degree of kinship with the president of New MeiQi (M) Technology Co., Ltd |
| British Virgin Islands Jerry Investment co., Ltd. (Jerry Investment co., Ltd.) | A subsidiary company of New MeiQi Technology Co., Ltd. |
| MeiQi (M) Technology Co., Ltd | A subsidiary company of New MeiQi Technology Co., Ltd |
| Gongchuang (Suzhou) Electronics Co., Ltd | A grandchildren company of New MeiQi Technology Co., Ltd (According to the board resolution on May 11th, 2010, New MeiQi Technology Co., Ltd handled its total shareholding of Gongchuang (Suzhou) electronics Co., Ltd and did not hold its shares any more, since the day, Gongchuang (Suzhou) electronics Co., Ltd will not be regarded as a related party of the Company |
| Tatung University of Private Legal Representative Financial Group | Prime shareholders of Tatung Co., Ltd |
| 11 people including Mr. Lin Weishan | Directors of the Company |
| 5 people including Mr. Ji Dongfa | Supervisors of the Company |
| 11 people including Mr. Lin Shengchang | Managers above deputy general manager of the Company |

2. Important deals of the company with the related parties

The important deals of Chunghwa Picture Tubes, Ltd with its related parties as of December 31, 2010 and 2009 and related trading volumes are as follows:

(1) Operating revenue

| Privy | 2010 Amount | 2010 The proportion in the Company Amount of net sales % | 2009 Amount | 2009 The proportion in the Company Amount of net sales % |
|---|---|---|---|---|
| Tatung Co., Ltd | 1,708,110 | 2.43 | 840,563 | 1.74 |
| Chunghwa Picture Tubes (Labuan) Ltd | 1,701,439 | 2.42 | 551,669 | 1.14 |
| Giantplus Technology Co., Ltd | 1,672,533 | 2.38 | 995,857 | 2.06 |
| Xiamen Prima Technology Inc. | 446,639 | 0.63 | 2,905,955 | 6.01 |
| Elitegroup Computer Systems (Suzhou) Co., Ltd. | 362,242 | 0.51 | 797,087 | 1.65 |
| Gongchuang (Suzhou) Electronics Co., Ltd | 308,033 | 0.44 | 828,216 | 1.71 |
| Kunshan Giantplus Optoelectronics Technology Co., Ltd | 186,722 | 0.27 | 398,700 | 0.83 |
| Other related parties | 54,102 | 0.07 | 106,329 | 0.22 |
| Total | 6,439,820 | 9.15 | $7,424,376 | 15.36 |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2010.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com