# Exhibit 22

普通股股票代號: 2475

 **中華映管股份有限公司**
**一○○年度年報**
民國一○一年四月三十日刊印



**年報查詢網址**
本公司網址: http://www.cptt.com.tw
公開資訊觀測站 http://mops.twse.com.tw



Common Stock Code: 2475

CHUNGHWA PICTURE TUBES, LTD.
**2011 Annual Report**
Printed on April 30, 2012

Annual Report Inquiry Website
Website of the Company: http://www.cptt.com.tw
Market Observation Post System:
http://mops.twse.com.tw

二、董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

1、 董事、監察人

(1) 董事、監察人資料　　　　　　　　　　　　　　　　　　　　　101 年 04 月 30 日

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | | 利用他人名義持有股份 | | 主要經(學)歷 | 目前主要兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| 董事長 | 中華電子投資(股)公司代表人:林蔚山 | 99年05月20日 | 3年 | 99年05月20日 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | 79,124 | – | – | – | 美國華盛頓大學經營所碩士 | 大同(股)公司董事長　　尚志半導體(股)公司董事長<br>大同綜合訊電(股)公司董事長　　中華映管(百慕達)董事長<br>福華電子(股)公司董事長　　尚志資產開發(股)公司董事長<br>台灣通信工業(股)公司董事長　　拓志光機電(股)公司董事長<br>尚志精密化學(股)公司董事長　　中華映管(納閩)董事長<br>綠能科技(股)公司董事長<br>Bensaline Investment Ltd 董事長<br>Banglor Investment Ltd 董事長<br>Dalemont Investment Ltd 董事長<br>Daliant Investment Ltd 董事長 | 董事(法人代表) | 林郭文艷 | 配偶 |
| 董事 | 中華電子投資(股)公司代表人:林郭文艷 | 99年05月20日 | 3年 | 99年05月20日 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | 79,172 | – | – | – | 美國馬里蘭大學經濟所碩士 | 大同(股)公司總經理　　大同捷克公司董事長<br>大同世界科技(股)公司董事長　精英電腦工業(股)公司董事長<br>大同墨西哥公司董事長 | 董事(法人代表) | 林蔚山 | 配偶 |
| 董事 | 中華電子投資(股)公司代表人:彭文傑 | 99年05月20日 | 3年 | 99年05月20日 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | – | – | – | – | 逢甲大學保險學研究所碩士 | 大同(股)公司投資處處長　　　　綠昇投資(股)公司監察人<br>宇駿集團有限公司董事　　　　創盛世有限公司董事<br>大同家電(吳江)有限公司董事長　　志生不動產(股)公司董事<br>志生投資(股)公司董事兼總經理　　大同生材(股)公司董事<br>Chih Sheng Holding Co.,Ltd. 董事　志生香港控股有限公司董事<br>吳江大同電子貿易有限公司董事　　WTE-niche Limited 董事<br>Absolute Alpha Limited 董事　　大同高中董事<br>Blissful Honour Limited 董事　　大同英圖(股)公司董事<br>宇駿(濰坊)新能源科技有限公司監察人<br>Tatung Global Strategy investment and Trading (BVI) Inc 董事 | | | |
| 董事 | 溫清章 | 99年05月20日 | 3年 | 98年12月14日 | – | – | – | – | – | – | – | – | 美國賓州大學電機工程博士 | 益通光能科技股份有限公司總經理<br>智易科技(股)公司獨立董事<br>長陽開發科技(股)公司董事 | | | |
| 董事 | 仁寶電腦工業(股)公司代表人:許振昌 | 99年05月20日 | 3年 | 98年12月14日 | 1,000,000,000 | 6.07% | 394,086,204 | 6.08% | – | – | – | – | 勝華科技執行副總 | 時緯科技股份有限公司董事長　　時緯科技股份有限公司總經理<br>恆顥科技有限公司副董事長　　恆顥光電科技有限公司總經理<br>恆顥光電科技(昆山)有限公司董事長<br>恆顥光電科技(昆山)有限公司總經理<br>仁寶電腦工業股份有限公司執行副總 | – | – | – |

**八、持股比例佔前十名之股東，其相互間為財務會計準則公報第六號關係人或為配偶之資訊。**
　　**持股比例佔前十名之股東，其相互間之關係資料**

| 姓名 | 本人<br>持有股份 | | 配偶、未成年子女<br>持有股份 | | 利用他人<br>名義合計<br>持有股份 | | 前十大股東相互間具有財務會計準則公報第六號關係人或為配偶、二親等以內之親屬關係者，其名稱或姓名及關係。 | | 備註 |
|---|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 名稱<br>（或姓名） | 關係 | |
| 大同股份有限公司 | 548,385,630 | 8.46% | － | － | － | － | 中華電子投資股份有限公司 | 母子公司 | |
| | | | | | | | 尚志資產開發股份有限公司 | 母子公司 | |
| | | | | | | | 綠能科技股份有限公司 | 母子公司 | |
| 中華電子投資股份有限公司 | 483,363,519 | 7.46% | － | － | － | － | 大同股份有限公司 | 母子公司 | |
| 中華電子投資股份有限公司代表人：林蔚山 | 79,172 | － | 79,124 | | | | | | |
| 中華電子投資股份有限公司代表人：林郭文艷 | 79,124 | － | 79,172 | | | | | | |
| 中華電子投資股份有限公司代表人：彭文傑 | － | | | | | | | | |
| 仁寶電腦工業（股）公司 | 394,086,204 | 6.08% | | | | | 兆寶投資（股）公司 | 母子公司 | |
| | | | | | | | 詠寶投資（股）公司 | 母子公司 | |
| | | | | | | | 鎧寶投資（股）公司 | 母子公司 | |
| 仁寶電腦工業股份有限公司代表人：許振昌 | － | | | | | | | | |
| 兆寶投資股份有限公司(負責人-許勝雄) | 315,268,963 | 4.87% | | | | | 仁寶電腦工業（股）公司 | 母子公司 | |
| 詠寶投資股份有限公司(負責人-許勝雄) | 275,860,343 | 4.26% | | | | | 仁寶電腦工業（股）公司 | 母子公司 | |
| 大眾商業銀行受託保管大同全球策略公司投資專戶 | 198,918,167 | 3.07% | | | | | － | － | |
| 尚志資產開發股份有限公司 | 141,871,033 | 2.19% | | | | | 大同股份有限公司 | 母子公司 | |
| 鎧寶投資股份有限公司(負責人-許勝雄) | 118,225,861 | 1.82% | | | | | 仁寶電腦工業（股）公司 | 母子公司 | |
| 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 107,947,911 | 1.67% | | | | | | | |
| 綠能科技股份有限公司 | 94,580,689 | 1.46% | | | | | 大同股份有限公司 | 母子公司 | |

3、 股權分散情形 <span style="float:right">每股面額 10 元;101 年 04 月 20 日</span>

| 持股分級 | 股東人數 | 持有股數 | 持股比例 |
|---|---|---|---|
| 1~999 | 104,868 | 45,460,011 | 0.70% |
| 1,000~5,000 | 104,537 | 276,003,583 | 4.26% |
| 5,001~10,000 | 32,990 | 250,261,207 | 3.86% |
| 10,001~15,000 | 12,815 | 156,880,610 | 2.42% |
| 15,001~20,000 | 9,937 | 179,561,047 | 2.77% |
| 20,001~30,000 | 7,435 | 185,241,582 | 2.86% |
| 30,001~40,000 | 5,177 | 188,189,372 | 2.90% |
| 40,001~50,000 | 2,762 | 127,317,871 | 1.96% |
| 50,001~100,000 | 5,526 | 401,183,205 | 6.19% |
| 100,001~200,000 | 2,689 | 382,373,328 | 5.90% |
| 200,001~400,000 | 1,166 | 329,540,717 | 5.09% |
| 400,001~600,000 | 329 | 163,599,938 | 2.52% |
| 600,001~800,000 | 159 | 111,289,550 | 1.72% |
| 800,001~1,000,000 | 89 | 81,036,066 | 1.25% |
| 1,000,001 股以上 | 297 | 3,601,516,090 | 55.60% |
| 合計 | 290,776 | 6,479,454,177 | 100% |

特別股分散情形: 不適用。

4、 主要股東名單

| 主要股東名稱 | 持有股數 | 持股比例 |
|---|---|---|
| 大同股份有限公司 | 548,385,630 | 8.46% |
| 中華電子投資股份有限公司 | 483,363,519 | 7.46% |
| 仁寶電腦工業股份有限公司 | 394,086,204 | 6.08% |
| 兆寶投資股份有限公司 | 315,268,963 | 4.87% |
| 詠寶投資股份有限公司 | 275,860,343 | 4.26% |
| 大眾商業銀行受託保管大同全球策略公司投資專戶 | 198,918,167 | 3.07% |
| 尚志資產開發股份有限公司 | 141,871,033 | 2.19% |
| 鎧寶投資股份有限公司 | 118,225,861 | 1.82% |
| 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 107,947,911 | 1.67% |
| 綠能科技股份有限公司 | 94,580,689 | 1.46% |

中華映管股份有限公司財務報表附註(續)
(金額除另予註明者外，係以新臺幣千元為單位)

| 關係人名稱 | 與本公司之關係 |
|---|---|
| 大同日本股份有限公司 | 大同股份有限公司之子公司 |
| 大同英國股份有限公司 | 大同股份有限公司之子公司 |
| 大同泰國股份有限公司 | 大同股份有限公司之子公司 |
| 大同美國股份有限公司 | 大同股份有限公司之子公司 |
| 大同綜合訊電股份有限公司 | 大同股份有限公司之子公司 |
| 大同新加坡電子股份有限公司 | 大同股份有限公司之子公司 |
| 大同新加坡電機股份有限公司 | 大同股份有限公司之子公司 |
| 大同世界科技股份有限公司 | 大同股份有限公司之子公司 |
| 拓志光機電股份有限公司 | 大同股份有限公司之子公司 |
| 大同發那科自動化股份有限公司 | 大同股份有限公司之子公司(大同(股)公司於民國九十九年三月三十日經董事會決議處分大同發那科自動化(股)公司全數持股，自該日起不再視為關係人) |
| 協志聯合科技股份有限公司 | 大同股份有限公司之孫公司 |
| 大同電子科技(江蘇)有限公司 | 大同股份有限公司之孫公司 |
| 綠能科技股份有限公司 | 大同股份有限公司之孫公司 |
| 利基有限公司 | 大同股份有限公司之孫公司 |
| 大同中外貴金屬股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 大同亞瑟頓股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 大同通訊股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 坤德股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 大同大隈股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 精英電腦股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 精英電腦(蘇州工業園區)有限公司 | 精英電腦股份有限公司之孫公司 |
| 新美齊股份有限公司(原美齊科技股份有限公司) | 董事長為該公司董事長之二親等以內親屬 |
| 英屬維京群島傑利投資股份有限公司 | 新美齊股份有限公司之子公司 |
| 美齊(馬來西亞)股份有限公司 | 新美齊股份有限公司之子公司 |

# Translation of Page 7

II. Information about Directors, Supervisor, General Managers, Vice General Managers, Assistant Managers and Person in Charge of Each Department and Branch

**1. Directors and Supervisors**

**(1). Information about Directors and Supervisors**

April 30th 2012

| Job title | Name | Elected on | Term of office | Initially Elected on | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Number of shares held in the name of others | | Main experience (educational background) | Duties currently held in other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| Chairman | Lin Weishan Chunghwa Electronics Development (Stocks) Company Representative | 05/20/2010 | 3 years | 05/20/2010 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | 79,124 | - | - | - | Master of Business, University of Washington | CHAIRMAN OF TANTUNG (STOCKS) LTD. CHAIRMAN OF TATUNG COMPREHENSIVE COMMUNICATION AND ELECTRONIC (STOCKS) LTD. CHAIRMAN OF FORWARD ELECTRONICS (STOCKS) LTD CHAIRMAN OF TAIWAN TELECOMMUNICATION INDUSTRY (STOCKS) LTD CHAIMAN OF TATUNG FINE CHEMICALS (STOCKS) LTD CHAIRMAN OF GREEN ENERGY TECHNOLOGY (STOCKS) LTD. CHAIRMAN OF Bensaline Investment Ltd CHAIRMANG OF Banglor Investment LtdCHAIRMANG OF Dalemont Investment Ltd CHAIRMANG OF Daliant Investment Ltd CHAIRMAN OF SAN CHIH SEMICONDUCTOR (STOCKS) LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES (BERMUDA) LTD. CHAIRMAN OF SAN CHIH PROPERTY DEVELOPMENT (STOCKS) LTD. CHAIRMANG OF TOES OPTO-MECHATRONICS (STOCKS) LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES (LABUAN) LTD. | Director (legal representative) | Lin Guo Wenyan | Spouse |
| Director | Lin Guo Wenyan Chunghwa Electronics Investment(Stocks) Company Representative | 05/20/2010 | 3 years | 0520/2010 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | 79,172 | - | - | - | Master of Economic, University of Maryland | GENERAL MANAGER OF TATUNG (STOCKS) LTD. CHAIRMAN OF TATUNG SYSTEM TECHNOLOGIES INC (STOCKS) LTD. CHAIRMAN OF TATUNG MEXICO LTD. CHAIRMAN OF TATUNG CZEKH LTD. CHAIRMAN OF ELITE COMPUTER INDUSTRY(STOCKS) LTD. | Director (legal representative) | Lin Weishan | Spouse |
| Director | Peng Wenjie Chunghwa Electronics Investment(Stocks) Company Representative | 05/20/2010 | 3 years | 05/20/2010 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | - | - | - | - | Master of Insurance, Feng Chia University | HEAD OF INVESMENT DEPARTMENT OF TATUNG (STOCKS) LTD. DIRECTOR OF YU JUN GROUP LTD. DIRECTOR OF TATUNG HOUSEHOLD (WU JIANG) LTD. CHAIRMAN AND GENERAL MANAGER OF CHIH SHENG INVESTMENT (STOCKS) LTD. DIRECTOR CHIH SHENG HOLDING CO., LTD. DIRECTOR OF WU JIANG TATUNG ELECTRONIC TRADING LIMITED DIRECTOR OF ABSOLUTE ALPHA LIMITED DIRECTOR OF BLISSFUL HONOUR LIMITED SUPERVISOR OF YU JUN (WEI FANG) NEW ENERGY TECHNOLOGY LTD. DIRECTOR OF TATUNG GLOBAL STRATEGY INVESTMENT AND TRADING (BVI) INC SUPERVISOR OF LVSHENG INVESTMENT LTD. DIRECTOR OF CHUANG SHENGSHI LTD. DIRECTOR OF CHIH SHENG REAL ESTATE (STOCKS) DIRECTOR OF TATUNG ECOLOGICAL TECH(STOCKS) LTD. DIRECTOR OF CHIH SHENG HONG KONG LTD. DIRECTOR OF WTE-NICHE LIMITED DIRECTOR OF TATUNG SENIOR HIGH SCHOOL DIRECTOR OFTATUNG (GRERAT BRITAIN )(STOCKS) LTD. | | | |
| Director | Wen Qingzhang | 05/20/2010 | 3 years | 12/14/2009 | - | - | - | - | - | - | - | - | Doctor of Electrical Engineering, University of Pennsylvania | GENERAL MANAGER OF E-TON SOLAR TECHNOLOGY LTD. INDEPENDENT DIRECTOR OF EZNZ GROUP CHAIRMANG OF NEW E MATERIALS LTD. | - | - | - |
| Director | Xu Zhenchang Compal Industry(Stocks) Representative | 05/20/2010 | 3 years | 12/14/2009 | 1,000,000,000 | 6.07% | 394,086,204 | 6.08% | - | - | - | - | Executive Vice Chairman of Sheng Hua Technology | CHAIRMAN OF SHI WEI TECHNOLOGY LTD. VICE CHAIRMAN OF HENGHAO TECHNOLOGY LTD. CHAIRMANG AND GENERAL MANAGER OF HENGHAO PHOTOELECTRONIC (KUN SHAN) LTD EXECUTIVE VICE CHAIRMAN OF COMOPAL INDUSTRY LTD. GENERAL MANAGER OF SHI WEI TECHNOLOGY LTD GENERAL MANAGER OF HENG HAO TECHNOLOGY LTD. | | | |

# Translation of Page 25

**VIII. Top 10 shareholders in terms of number of shares, information of whose relationship are referred to as No. 6 related person in Statements of Financial Accounting and Spouse Top 10 shareholders in terms of number of shares, and their relationship information accordingly**

| Name | Number of Shares Held | | Number of shares now held by spouse and minor children | | Number of shares held in the name of others | | Name and relationship among top 10 shareholders who are No. 6 related person in Statements of Financial Accounting or Spouse, and within secondary degree of kinship | | Note |
|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Company Name | Relationship | |
| TATUNG (STOCKS) LTD | 548,385,630 | 8.46% | - | - | - | - | Chunghwa Electronics Develoment (Stocks) Company | Parent and Subsidiary Corporation | |
| | | | | | | | San Chih Development Ltd | Parent and Subsidiary Corporation | |
| | | | | | | | Green Energy Technology (Stocks) Ltd | Parent and Subsidiary Corporation | |
| Chunghwa Electronics Development (Stocks) Company | 483, 363,519 | 7.46% | - | - | - | - | TATUNG (STOCKS) LTD | Parent and Subsidiary Corporation | |
| Chunhwa Electronic  Development (Stocks) Representative: Lin Weishan | 79,172 | - | 79,124 | - | - | - | - | - | |
| Chunhwa Electronic Development (Stocks) Representative: Linguo Wenyan | 79,124 | - | 79,172 | | - | - | - | - | |
| Chunhwa Electronic  Development (Stocks) Representative: Peng Wenjie | | - | - | - | - | - | - | - | |
| Compal Computer Industry Stocks Ltd. | 394,086,204 | 6.08% | - | - | - | - | ZhaoBao Investment (Stocks) Ltd | Parent and Subsidiary Corporation | |
| | | | | | | | YongBao Investment Stocks Ltd | Parent and Subsidiary Corporation | |
| | | | | | | | KaiBao Investment Stocks Ltd | Parent and Subsidiary Corporation | |
| Compal Computer Industry Stocks Ltd Representatvie: Xu Zhenchang | | - | - | - | - | - | - | - | |
| ZhaoBao Investment (Stocks) Ltd (Head- Xu Shengxiong) | 315,268,963 | 4.87% | - | - | - | - | Compal Computer Industry Stocks Ltd | Parent and Subsidiary Corporation | |
| YongBao Investment Stocks Ltd (Head- Xu Shengxiong) | 275,860,343 | 4.26% | | | - | - | Compal Computer Industry Stocks Ltd | Parent and Subsidiary Corporation | |
| TC Bank is entrusted to take care of investment customers of TATUNG Global Strategy Ltd | 198,918,167 | 3.07% | - | - | - | - | - | - | |
| Shan Chih Development Ltd | 141,871,033 | 2.19% | - | - | - | - | Tatung Stocks Ltd | Parent and Subsidiary Corporation | |
| KaiBao Investment Stocks Ltd (Head- Xu Shengxiong) | 118,225,861 | 1.82% | - | - | - | - | Compal Computer Industry Stocks Ltd | Parent and Subsidiary Corporation | |
| Chartered Bank is entrusted to take care of investment customers of Swiss Credit International Ltd | 107,947,911 | 1.67% | - | - | - | - | - | - | |
| Green Energy Technology Ltd | 94,580,689 | 1.46% | | | | | Tatung Stocks Ltd | Parent and Subsidiary Corporation | |

## Translation of Page 28

**3.  Distribution Form of Shares**                    Denomination per share: 10 yuan;        April 20, 2012

| Classification of Shareholding | Number of Shareholders | Number of Shares | Shareholding Ratio |
|---|---|---|---|
| 1-999 | 104,868 | 45,460,011 | 0.70% |
| 1,000-5,000 | 104,537 | 276,003,583 | 4.26% |
| 5,001-10,000 | 32,990 | 250,261,207 | 3.86% |
| 10,001-15,000 | 12,815 | 156,880,610 | 2.42% |
| 15,001-20,000 | 9,937 | 179,561,047 | 2.77% |
| 20,001-30,000 | 7,435 | 185,241,582 | 2.86% |
| 30,001-40,000 | 5,177 | 188,189,372 | 2.90% |
| 40,001-50,000 | 2,762 | 127,317,871 | 1.96% |
| 50,001-100,000 | 5,526 | 401,183,205 | 6.19% |
| 100,001-200,000 | 2,689 | 382,373,328 | 5.90% |
| 200,001-400,000 | 1,166 | 329,540,717 | 5.09% |
| 400,001-600,000 | 329 | 163,599,938 | 2.52% |
| 600,001-800,000 | 159 | 111,289,550 | 1.72% |
| 800,001-1,000,000 | 89 | 81,036,066 | 1.25% |
| 1,000,001  and above | 297 | 3,601,516,090 | 55.60% |
| Total | 290,776 | 6,479,454,177 | 100% |

**Special Distribution Form of Shares:   Not Applicable**

## 4.  List of Main Shareholders

| Name Main Shareholders | Number of Shares | Shareholding Ratio |
|---|---|---|
| Tatung Stocks Ltd | 548,385,630 | 8.46% |
| Chunhwa Electronic Development Ltd | 483,363,519 | 7.46% |
| Compal Computer Industry (Stocks) Ltd | 394,086,204 | 6.08% |
| Zhaopal Investment (Stocks) Ltd | 315,268,963 | 4.87% |
| Yongpal Investment (Stocks) Ltd | 275,860,343 | 4.26% |
| TC Bank is entrusted to take care of investment customers of TATUNG Global Strategy Ltd | 198,918,167 | 3.07% |
| Shan Chih Development Ltd | 141,871,033 | 2.19% |
| Kaipal Investment (Stocks) Ltd | 118,225,861 | 1.82% |
| Chartered Bank is entrusted to take care of investment customers of Swiss Credit International Ltd | 107,947,911 | 1.67% |
| Green Energy Technology Ltd | 94,580,689 | 1.46% |

## Translation of Page 105

Notes to Chunghwa Picture Tubes Financial Statement (Continued)

(Price Unit is Thousand New Taiwan Dollar except for otherwise specified)

| Name of Related Parties | Relationship |
|---|---|
| Tatung Japan Ltd | Subsidiary to Tatung Ltd |
| Tatung UK | Subsidiary to Tatung Ltd |
| Tatung Thailand Ltd | Subsidiary to Tatung Ltd |
| Tatung US Ltd | Subsidiary to Tatung Ltd |
| Tatung Comprehensive Telecommunication Ltd | Subsidiary to Tatung Ltd |
| Tatung Singapore Electronic Ltd | Subsidiary to Tatung Ltd |
| Tatung Singapore Electronic Engine Ltd | Subsidiary to Tatung Ltd |
| Tatung System Technologies Ltd | Subsidiary to Tatung Ltd |
| Toes Opto-Mechatronics Company Limited | Subsidiary to Tatung Ltd |
| Tatung FANUC Automation Ltd | Subsidiary to Tatung Ltd(Tatung Board of Directors decided on March the 30th of 2010 that Tatung Atherton Ltd no longer be treated as related person) |
| Xiezhih Union Technology Ltd | Subsidiary to Tatung Ltd |
| Tatung Electronic Technology (Jiangsu) Ltd | Subsidiary to Tatung Ltd |
| Green Energy Technology Ltd | Subsidiary to Tatung Ltd |
| Lichih Ltd | Subsidiary to Tatung Ltd |
| Tatung International Precious Metal Ltd | Invested by Tatung Ltd per se equity method |
| Tatung Atherton Ltd | Invested by Tatung Ltd per se equity method |
| Tatung Telecommunication Ltd | Invested by Tatung Ltd per se equity method |
| KunDe Ltd | Invested by Tatung Ltd per se equity method |
| Tatung DaYu Ltd | Invested by Tatung Ltd per se equity method |
| Elite Computer Ltd | Invested by Tatung Ltd per se equity method |
| Elite Computer (Suzhou Industrial Park) Ltd | Subsidiary to Elite Computer Ltd |
| New MeiQi Ltd (Former MeiQi Technology Ltd) | Chairman is within secondary degree relationship |
| British Virgin Is. YiLi Investment Ltd | Subsidiary to New MeiQi Ltd |
| New MeiQi(Malaysia) Ltd | Subsidiary to New MeiQi Ltd |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2011.

Sabrina Smith

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com