# Exhibit 23

普通股股票代碼:2475

# 中華映管股份有限公司

# CHUNGHWA PICTURE TUBES, LTD.

## 一○一年度年報

**(封面頁請使用封/底頁圖稿)**

年報查詢網址

本公司網站:<u>http://www.cptt.com.tw</u>

公開資訊觀測站:<u>http://mops.twse.com.tw</u>

民國一百零二年四月三十日刊印

Common Stock Code: 2475

## CHUNGHWA PICTURE TUBES, LTD.

# 2012 Annual Report
**(Please Use the Cover / Back Cover Artwork on Cover page)**

Annual Report Inquiry Website
Website of the Company: http://www.cptt.com.tw
Market Observation Post System: http://mops.twse.com.tw

Printed on April 30, 2013

二、董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

1、 董事、監察人

(1) 董事、監察人資料

102 年 04 月 30 日

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 持股比率 | 利用他人名義持有股份 股數 | 利用他人名義持有股份 持股比率 | 主要經(學)歷 | 目前主要兼任本公司及其他公司之職務 | | 具配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 姓名 | 關係 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 中華電子投資(股)公司代表人: 林蔚山 | 99年05月20日 | 3年 | 99年05月20日 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | 79,124 | - | - | - | 美國華盛頓大學經營所碩士 大同(股)公司總經理 | 大同(股)公司董事長 尚志半導體(股)公司董事長 大同綜合訊電(股)公司董事長 尚志資產開發(股)公司董事長 尚志精密化學(股)公司董事長 拓志光機電(股)公司董事長 中華電子投資(股)公司董事長 大同壓鑄(股)公司董事長 大同醫護(股)公司董事長 尚志投資(股)公司董事長 尚志投資(股)公司總經理 大同新加坡電子(股)公司董事長 科立視材料科技有限公司董事 | 福華電子(股)公司董事長 綠能科技(股)公司董事長 大同泰國(股)公司董事長 大同日本(股)公司董事長 大同通訊(股)公司董事長 大同顯示器墨西哥(股)公司董事長 大同新加坡電機(股)公司董事長 Bensaline Investment Ltd 董事長 Banglor Investment Ltd 董事長 Dalemont Investment Ltd 董事長 Daliant Investment Ltd 董事長 中華映管(納閩)董事長 中華映管(百慕達)董事長 | 董事(法人代表) | 林郭文艷 | 配偶 |
| 董事 | 中華電子投資(股)公司代表人: 林郭文艷 | 99年05月20日 | 3年 | 99年05月20日 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | 79,172 | - | - | - | 美國馬里蘭大學經濟碩士 大同(股)公司執行副總經理 | 大同(股)公司總經理 精英電腦工業(股)公司董事長 大同墨西哥公司董事長 | 大同世界科技(股)公司董事長 大同新加坡資訊(股)公司董事長 大同捷克公司董事長 | 董事(法人代表) | 林蔚山 | 配偶 |
| 董事 | 中華電子投資(股)公司代表人: 彭文傑 | 99年05月20日 | 3年 | 99年05月20日 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | - | - | - | - | 逢甲保險學研究所碩士 大同(股)公司祕書處副秘書長兼投資事業處主任 | 大同(股)公司投資處處長 綠昇投資(股)公司監察人 宇駿集團有限公司董事 創盛世有限公司董事 志生不動產(股)公司董事 志生投資(股)公司董事兼總經理 大同醫護(股)公司董事 大同英國(股)公司董事 | Chih Sheng Holding Co., Ltd.董事 志生香港控股有限公司董事 吳江大同電子貿易有限公司董事 WTE-niche Limited 董事 Absolute Alpha Limited 董事 Blissful Honour Limited 董事 大同高中董事 | - | - | - |
| 董事 | 溫清章 | 99年05月20日 | 3年 | 98年12月14日 | - | - | - | - | - | - | - | - | 美國賓州大學電機工程博士 | 益通光能科技股份有限公司總經理 智易科技(股)公司獨立董事 太陽光電(股)公司高級顧問 | | - | - | - |
| 董事 | 仁寶電腦工業(股)公司代表人 許振昌 | 99年05月20日 | 3年 | 98年12月14日 | 1,000,000,000 | 6.07% | 394,086,204 | 6.08% | - | - | - | - | 勝華科技執行副總 | 時緯科技股份有限公司董事長 恆顥光電科技(昆山)有限公司董事長 恆顥科技股份有限公司副董事長 恆顥科技股份有限公司總經理 時緯科技股份有限公司總經理 恆顥光電科技(昆山)有限公司總經理 仁寶電腦工業股份有限公司執行副總 | | - | - | - |

—7—

3、 股權分散情形          每股面額10元;102年 04月 30日

| 持股分級 | 股東人數 | 持有股數 | 持股比例 |
|---|---|---|---|
| 1-999 | 101,478 | 43,877,509 | 0.68% |
| 1,000-5,000 | 98,620 | 259,418,230 | 4.00% |
| 5,001-10,000 | 30,559 | 231,050,460 | 3.57% |
| 10,001-15,000 | 11,956 | 146,374,962 | 2.26% |
| 15,001-20,000 | 9,190 | 165,942,337 | 2.56% |
| 20,001-30,000 | 6,948 | 172,865,748 | 2.67% |
| 30,001-40,000 | 4,780 | 173,555,822 | 2.68% |
| 40,001-50,000 | 2,580 | 118,994,709 | 1.84% |
| 50,001-100,000 | 5,203 | 379,489,993 | 5.86% |
| 100,001-200,000 | 2,525 | 361,097,482 | 5.57% |
| 200,001-400,000 | 1,113 | 313,851,543 | 4.84% |
| 400,001-600,000 | 344 | 169,195,035 | 2.61% |
| 600,001-800,000 | 181 | 125,523,809 | 1.94% |
| 800,001-1,000,000 | 104 | 95,682,992 | 1.48% |
| 1,000,001 股以上 | 334 | 3,722,533,546 | 57.44% |
| 合計 | 275,915 | 6,479,454,177 | 100.00% |

特別股分散情形: 不適用。

4、 主要股東名單

| 主要股東名稱 | 持有股數 | 持股比例 |
|---|---|---|
| 大同股份有限公司 | 548,385,630 | 8.46% |
| 中華電子投資股份有限公司 | 483,363,519 | 7.46% |
| 仁寶電腦工業股份有限公司 | 394,086,204 | 6.08% |
| 兆寶投資股份有限公司 | 315,268,963 | 4.87% |
| 詠寶投資股份有限公司 | 275,860,343 | 4.26% |
| 大眾商業銀行受託保管大同全球策略公司投資專戶 | 198,918,167 | 3.07% |
| 尚志資產開發股份有限公司 | 141,871,033 | 2.19% |
| 鎧寶投資股份有限公司 | 118,225,861 | 1.82% |
| 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 102,462,911 | 1.58% |
| 綠能科技股份有限公司 | 94,580,689 | 1.46% |

中華映管股份有限公司財務報表附註(續)

(金額除另予註明者外,係以新臺幣千元為單位)

| 關係人名稱 | 與本公司之關係 |
|---|---|
| 科立視材料科技有限公司 | 孫公司之子公司 |
| 廈門華僑電子股份有限公司 | 孫公司採權益法評價之被投資公司 |
| 台灣通信工業股份有限公司 | 大同股份有限公司之子公司 |
| 尚志精密化學股份有限公司 | 大同股份有限公司之子公司 |
| 尚志國際通運股份有限公司 | 大同股份有限公司之子公司 |
| 尚志資產開發股份有限公司 | 大同股份有限公司之子公司 |
| 大同日本股份有限公司 | 大同股份有限公司之子公司 |
| 大同英國股份有限公司 | 大同股份有限公司之子公司 |
| 大同泰國股份有限公司 | 大同股份有限公司之子公司 |
| 大同美國股份有限公司 | 大同股份有限公司之子公司 |
| 大同綜合訊電股份有限公司 | 大同股份有限公司之子公司 |
| 大同新加坡電子股份有限公司 | 大同股份有限公司之子公司 |
| 大同新加坡電機股份有限公司 | 大同股份有限公司之子公司 |
| 大同世界科技股份有限公司 | 大同股份有限公司之子公司 |
| 拓志光機電股份有限公司 | 大同股份有限公司之子公司 |
| 協志聯合科技股份有限公司 | 大同股份有限公司之孫公司 |
| 大同電子科技(江蘇)有限公司 | 大同股份有限公司之孫公司 |
| 綠能科技股份有限公司 | 大同股份有限公司之孫公司 |
| 利基有限公司 | 大同股份有限公司之孫公司之轉投資公司 |
| 大同中外貴金屬股份有限公司 | 大同股份有限公司採權益法評價之被投資公司之轉投資公司 |
| 大同亞瑟頓股份有限公司 | 大同股份有限公司採權益法評價之被投資公司之轉投資公司(大同股份有限公司採權益法評價之被投資公司於民國一○一年四月二十四日已處分其持有大同亞瑟頓股份有限公司之持股,自該日起不再視為關係人。) |
| 大同通訊股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 坤德股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 大同大隈股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 精英電腦股份有限公司 | 大同股份有限公司採權益法評價之被投資公司 |
| 精英電腦(蘇州工業園區)有限公司 | 精英電腦股份有限公司之孫公司 |
| 新美齊股份有限公司(原美齊科技股份有限公司) | 董事長為該公司董事長之二親等以內親屬 |
| 英屬維京群島傑利投資股份有限公司 | 新美齊股份有限公司之子公司 |
| 美齊(馬來西亞)股份有限公司 | 新美齊股份有限公司之子公司 |

—108—

Translation of page 7

Ⅱ.Informatiosn about Directors, Supervisor, General Managers, Vice General Managers, Assistant Managers and Person in Charge of Each Department and Branch

1.Directors and Supervisors

2.(1). Information about Directors and Supervisors                                                                                              April 30, 2013

| Job title | Name | Elected on | Term of office | Initially Elected on | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Number of shares held in the name of others | | Main experience (educational background) | Duties currently held in other companies | | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | | Job title | Name | Relationship |
| Chairman | Lin Weishan Chunghwa Electronics Development (Stocks) Company Representative | 05/20/2010 | 3 years | 05/20/2010 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | 79,124 | - | - | - | Master of Business, University of Washington GENERAL MANAGER OF TATUNG (STOCKS) LTD | CHAIRMAN OF TANTUNG (STOCKS) LTD. CHAIRMAN OF SHAN CHIH SEMICONDUCTOR LTDCHAIRMAN OF TATUNG COMPREHENSIVE COMMUNICATION AND ELECTRONIC (STOCKS) LTD CHAIRMAN OF SHAN CHIH PROPERTY DEVELOPMENT (STOCKS) LTD. . CHAIMAN OF TATUNG FINE CHEMICALS (STOCKS) LTD CHAIRMANG OF TOES OPTO-MECHATRONICS (STOCKS) LTD. CHAIRMAN OF CHUNGHWA ELECTRONICS DEVELOPMENT INC CHAIRMAN OF TATUNG CASTING (STOCKS) LTD CHAIRMAN OF TATUNG MEDICAL & HEALTHCARE TECHNOLOGIES LTD CHAIRMAN AND GENERAL MANAGER OF SHANG CHIH INVESTMENT LTD CHAIRMAN OF TATUNG SINGAPORE ELECTRICS LTD DIRECTOR OF KMTC | CHAIRMAN OF FORWARD ELECTRONICS (STOCKS) LTD CCHAIRMAN OF GREEN ENERGY TECHNOLOGY (STOCKS) LTD. CHAIRMAN OF TATUNG THAILAND, (STOCKS) LID CHAIRMAN OF TATUNG JAPAN (STOCKS) LTD CHAIRMAN OF TATUNG COMMUNICATION CHAIRMAN OF TATUNG DISPLAY MEXICO CHAIRMAN OF TATUNG SINGAPORE ELECTRIC LTD CHAIRMAN OF BENSALINE INVESTMENT LTD. CHAIRMANG OF BANGLOR INVESTMENT LTD. CHAIRMANG OF DALEMONG INVESTMENT LTD. CHAIRMANG OF DALIANT INVESTMENT LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES (BERMUDA) LTD. CHAIRMAN OF CHUNGHWA PICTURE TUBES (LABUAN) LTD. | Director (legal representative) | Linguo Wenyan | Spouse |
| Director | LinGuo wenyan Chunghwa Electronics Development (Stocks) C | 05/20/2010 | 3 years | 05/20/2010 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | 79,172 | - | - | - | Master of Economic , University of Maryland Executive Vice Manager of Tatung Co. | GENERAL MANAGER OF TATUNG (STOCKS) LTD. CHAIRMAN OF ELITE COMPUTER INDUSTRY(STOCKS) LTD. CHAIRMAN OF TATUNG MEXICO LTD. | CHAIRMAN OF TATUNG SYSTEM TECHNOLOGIES INC (STOCKS). CHAIRMAN OF TATUNG SINGAPORE INFORMATION COMPANY CHAIRMAN OF TATUNG CZEKH LTD | Director (legal representative) | Lin Weishan | Spouse |

| Title | Name | Date Elected | Term | Date First Elected | Shares Held When Elected | % | Current Shares Held | % | | | | | Education | Current Positions in the Company | Current Positions in Other Companies | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Peng Wenjie Chunghwa Electronics Development (Stocks) Company Representative | 05/20/2010 | 3 years | 05/20/2010 | 936,542,603 | 5.68% | 483,363,519 | 7.46% | - | - | - | - | Master of Insurance, Feng Chia University | HEAD OF INVESMENT DEPARTMENT OF TATUNG (STOCKS) LTD. SUPERVISOR OF LVSHENG INVESTMENT (STOCKS) LTD. DIRECTOR OF YU JUN GROUP LTD. DIRECTOR OF CHUANG SHENGSHI LTD. DIRECTOR OF CHIH SHENG REAL ESTATE (STOCKS) LTD DIRECTOR AND GENERAL MANAGER OF CHIH SHENG INVESTMENT (STOCKS)LTD. DIRECTOR OF TATUNG MEDICAL AND HEALTHCARE (STOCKS) LTD DIRECTOR OF TATUNG UK | DIRECTOR OF CHIH SHENG HOLDING CO., LTD DIRECTOR OF CHIH SHENG HONG KONG LTD. DIRECTOR OF WU JIANG TATUNG ELECTRONIC TRADING LIMITED DIRECTOR OF WTE-NICHE LIMITED DIRECTOR OF ABSOLUTE ALPHA LIMITED DIRECTOR OF BLISSFUL HONOUR LIMITED DIRECTOR OF TATUNG SENIOR HIGH SCHOOL | - | - | - |
| Director | Wen Zhangqing | 05/20/2010 | 3 years | 12/14/2009 | - | - | - | - | - | - | - | - | Doctor of Electrical Engineering, University of Pennsylvania | GENERAL MANAGER OF E-TON SOLAR TECHNOLOGY LTD. INDEPENDENT DIRECTOR OF ARCADYAN TECHNOLOGY CORPORATION SENIOR ADVISOR OF BIG-SUN (STOCKS) LTD | | - | - | - |
| Director | Xu Zhenchang Compal Industry (Stocks) Representative | 05/20/2010 | 3 years | 12/14/2009 | 1,000,000,000 | 6.07% | 394,086,204 | 6.08% | - | - | - | - | Executive Vice Chairman of Sheng Hua Technology | CHAIRMAN OF SHI WEI TECHNOLOGY LTD. CHAIRMAN OF HENGHAO PHOTOELECTRICITY (KUN SHAN) TECHNOLOGY LTD. VICE CHAIRMAN OF HENGHAO TECHNOLOGY LTD GENERAL MANAGER OF HENGHAO TECHNOLOGY LTD GENERAL MANAGER OF SHI WEI TECHNOLOGY GENERAL MANAGER OF HENGHAO PHOTOELECTRICITY (KUN SHAN) TECHNOLOGY LTD. EXECUTIVE VICE CHAIRMAN OF COMOPAL INDUSTRY STOCKS LTD | | - | - | - |

Translation of page 32

3.Distribution Form of Shares               Denomination per share: 10 yuan    April 30, 2013

| Classification of Shareholding | Number of Shareholders | Number of Shares | Shareholding Ratio |
|---|---|---|---|
| 1-999 | 101,478 | 43,877,509 | 0.68% |
| 1,000-5,000 | 98,620 | 259,418,230 | 4.00% |
| 5,001-10,000 | 30,559 | 231,050,460 | 3.57% |
| 10,001-15,000 | 11,956 | 146,374,962 | 2.26% |
| 15,001-20,000 | 9,190 | 165,942,337 | 2.56% |
| 20,001-30,000 | 6,948 | 172,865,748 | 2.67% |
| 30,001-40,000 | 4,780 | 173,555,822 | 2.68% |
| 40,001-50,000 | 2,580 | 118,994,709 | 1.84% |
| 50,001-100,000 | 5,203 | 379,489,993 | 5.86% |
| 100,001-200,000 | 2,525 | 361,097,482 | 5.57% |
| 200,001-400,000 | 1,113 | 313,851,543 | 4.84% |
| 400,001-600,000 | 344 | 169,195,035 | 2.61% |
| 600,001-800,000 | 181 | 125,523,809 | 1.94% |
| 800,001-1,000,000 | 104 | 95,682,992 | 1.48% |
| 1,000,001 And Above | 334 | 3,722,533,546 | 57.44% |
| Total | 275,915 | 6,479,454,177 | 100.00% |

Special Distribution Form of Shares:   Not Applicable

4.List of Main Shareholders

| Name of Main Shareholders | Number of Shares | Shareholding Ratio |
|---|---|---|
| Tatung Stocks Ltd | 548,385,630 | 8.46% |
| Chunhwa Electronic Development Ltd | 483,363,519 | 7.46% |
| Compal Computer Industry (Stocks) Ltd | 394,086,204 | 6.08% |
| Zhaopal Investment (Stocks) Ltd | 315,268,963 | 4.87% |
| Yongpal Investment (Stocks) Ltd | 275,860,343 | 4.26% |
| TC Bank is entrusted to take care of investment customers of TATUNG Global Strategy Ltd | 198,918,167 | 3.07% |
| Shan Chih Development Ltd | 141,871,033 | 2.19% |
| Kaipal Investment (Stocks) Ltd | 118,225,861 | 1.82% |
| Chartered Bank is entrusted to take care of investment customers of Swiss Credit International Ltd | 102,462,911 | 1.58% |
| Green EnergyTechnology Ltd | 94,580,689 | 1.46% |

Chunghwa Picture tubes Financial Statement Appendix (Continued)

(Unit is New Taiwan Dollar except for otherwise specified)

| Name of associated parties | Relationship with the Company |
|---|---|
| KMTC Technology Ltd | Subsidiary to sub-subsidiary |
| Xiamen Overseas Chinese Electronic Co.,Ltd. | Invested by sub-subsidiary per see equity method |
| Taiwan Communication Industry Ltd | Subsidiary to Tatung Ltd |
| Shan Chih Fine Chemical Ltd | Subsidiary to Tatung Ltd |
| Shan Chih International Freight Ltd | Subsidiary to Tatung Ltd |
| Shan Chih Asset Development Ltd | Subsidiary to Tatung Ltd |
| Tatung Japan Ltd | Subsidiary to Tatung Ltd |
| Tatung UK Ltd | Subsidiary to Tatung Ltd |
| Tatung Thailand Ltd | Subsidiary to Tatung Ltd |
| Tatung US Ltd | Subsidiary to Tatung Ltd |
| Tatung Comprehensive Telecommunication Ltd | Subsidiary to Tatung Ltd |
| Tatung Singapore Electronics Ltd | Subsidiary to Tatung Ltd |
| Tatung Singapore Electronic Engine Ltd | Subsidiary to Tatung Ltd |
| Tatung System Technologies Ltd | Subsidiary to Tatung Ltd |
| TOES OPTO-MECHATRONICS (STOCKS) LTD | Subsidiary to Tatung Ltd |
| Xiezhih Union Technology Ltd | Subsidiary to Tatung Ltd |
| Tatung Electronic Technology (Jiang Su) Ltd | Subsidiary to Tatung Ltd |
| Green Energy Technology Ltd | Subsidiary to Tatung Ltd |
| Lichih Ltd | Invested by Sub-subsidiary to Tatung Ltd |
| Tatung International Precious Metal Ltd | Invested by Tatung Ltd per se equity method |
| Tatung Atherton Ltd | Invested by the Company Invested by Tatung Ltd per se equity method（Tatung Board of Directors decided on April 24,of 2012 that Tatung Atherton Ltd no longer be treated as related person |
| Tatung Telecommunication Ltd | Invested by Tatung Ltd per se equity method |
| KunDe Ltd | Invested by Tatung Ltd per se equity method |
| Tatung-Okuma Ltd | Invested by Tatung Ltd per se equity method |
| Elite Computer Ltd | Invested by Tatung Ltd per se equity method |
| Elite Computer(Suzhou Industrial Park) Ltd | Sub-subsidiary to Elite Computer Ltd |
| Jean Ltd (Former Jean Technology Ltd) | The Chairman has a relationship of within second degree of kinship with the Chairman of the Company |
| British Virgin Is. YiLi Investment Ltd | Subsidiary to Jean Co., ltd. |
| Jean (Malaysia) Ltd | Subsidiary to Jean Co., ltd. |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2012.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com