# Exhibit 24

普通股股票代號: 2475

# 2013
# 一〇二年度年報
民國一三年四月三十日刊印




**中華映管股份有限公司**

**年報查詢網址**
本公司網址: http://www.cptt.com.tw
公開資訊觀測站 http://mops.twse.com.tw

Case 4:07-cv-05944-JST   Document 3263-24   Filed 12/23/14   Page 3 of 14

Common Stock Code: 2475

# 2013 Annual Report
Printed on   April 30, 1924





CHUNGHWA PICTURE TUBES, LTD.

**Annual Report Inquiry Website**
Website of the Company: http://www.cptt.com.tw
Market Observation Post System:
http://mops.twse.com.tw

二、董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

1、董事、監察人
(1) 董事、監察人資料

103 年 04 月 30 日

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 持股比率 | 利用他人名義持有股份 股數 | 利用他人名義持有股份 持股比率 | 主要經(學)歷 | 目前主要兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 姓名 | 關係 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 中華電子投資(股)公司代表人：林蔚山 | 102年06月28日 | 3年 | 99年05月20日 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | 79,124 | - | - | - | 美國華盛頓大學經營學碩士 大同(股)公司總經理 | 大同(股)公司董事長 尚志半導體(股)公司董事長 大同綜合訊電(股)公司董事長 尚志資產附綠(股)公司董事長 大同泰國(股)公司董事長 大同日本(股)公司董事長 尚志精密化學(股)公司董事長 大同通訊(股)公司董事長 拓志光機電(股)公司董事長 大同顯示器墨西哥(股)公司董事長 中華電子投資(股)公司董事長 大同新加坡電機(股)公司董事長 大同壓縮機(股)公司董事長 Bensaline Investment Ltd 董事長 大同醫戴(股)公司董事長 Banglor Investment Ltd 董事長 尚志投資(股)公司董事長 Dalemont Investment Ltd 董事長 尚志投資(股)公司總經理 Dalianit Investment Ltd 董事 大同新加坡電子(股)公司董事長 中華映管(納閩)董事 科立視材料科技有限公司董事 中華映管(百慕達)董事長 | 董事(法人代表) | 林郭文艷 | 配偶 |
| 董事 | 中華電子投資(股)公司代表人：林郭文艷 | 102年06月28日 | 3年 | 99年05月20日 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | 79,172 | - | - | - | 美國馬里蘭大學經濟學碩士 大同(股)公司執行副總經理 | 大同(股)公司總經理 大同世界科技(股)公司董事長 精英電腦工業(股)公司董事長 大同新加坡資訊(股)公司董事長 大同墨西哥工業公司董事長 大同捷克公司董事長 | 董事(法人代表) | 林蔚山 | 配偶 |
| 董事 | 中華電子投資(股)公司代表人：彭文傑 | 102年06月28日 | 3年 | 99年05月20日 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | - | - | - | - | 逢甲保險學研究所碩士 大同(股)公司投資處處長 | 雄昇投資(股)公司監察人 Chih Sheng Hokling Co., Ltd 董事 宇峻集團有限公司董事長 志生香港投控股份有限公司董事 創盛世有限公司董事長 吳江大同電子貿易有限公司董事 志生不動產(股)公司董事兼總經理 WTE-niche Limited 董事 志生投資(股)公司董事長 Absolute Alpha Limited 董事 大同英國(股)公司董事 Blissful Honour Limited 董事 大同醫戴(股)公司董事 大同高中董事 | - | - | - |
| 董事 | 中華電子投資(股)公司代表人：林和龍 | 102年06月28日 | 3年 | 102年06月28日 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | - | - | - | - | 清華大學材料科學工程所碩士 士緣能科技股份有限公司執行長 | 益宇駿(濰坊)新能源科技有限公司董事長 宇峻集團有限公司董事長 綠能科技(股)公司董事 尚志半導體(股)公司董事 | - | - | - |
| 董事 | 中華電子投資(股)公司代表人：張永吉 | 102年06月28日 | 3年 | 102年06月28日 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | - | - | - | - | 大同大學化學工程所碩士 尚志精密化學(股)公司總經理 | 尚志精密化學(股)公司董事 淮安尚志高科技材料有限公司董事長 東莞同鎰貿易有限公司總經理 | - | - | - |

－ 7 －

| 職稱 | 姓名 | 任期 | 選任日期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 持股比率 | 利用他人名義持有股份 股數 | 利用他人名義持有股份 持股比率 | 主要經(學)歷 | 目前主要兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 姓名 | 關係 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 獨立董事 | 趙建和 | 3年 | 102年06月28日 | 99年05月20日 | - | - | - | - | - | - | - | - | 銘傳大學法律研究所 | 協立法律事務所主持律師 | - | - | - |
| 獨立董事 | 袁建中 | 3年 | 102年06月28日 | 93年06月16日 | - | - | - | - | 7,881 | - | - | - | 美國紐約州立大學電機所博士　美國麻省理工學院訪問學者　英國皇家學院訪問學者 | 國立交通大學科管所教授 | - | - | - |
| 獨立董事 | 蔡裕源 | 3年 | 102年06月28日 | 99年05月20日 | - | - | 5,000 | - | - | - | - | - | 國立政治大學企管所博士　美國加州大學柏克萊分校研究　士後研究　美國伊利諾大學香檳校區訪問學者 | 國立東華大學企業管理學系教授　國立東華大學發言人 | - | - | - |

註：本公司於民國一○二年六月二十八日股東常會改制審計委員會，故無設置監察人。

(2) 法人股東之主要股東                                                                                      103年04月30日

| 法　人　股　東　名　稱 | 法　人　股　東　之　主　要　股　東 |
|---|---|
| 中華電子投資股份有限公司 | 大同股份有限公司(99.64%) |
| 大同股份有限公司 | 大同大學 6.19%中國信託商業銀行信託部受託保管大同股份有限公司員工持股信託專戶其股員工持股信託專戶 5.35%凌陽科技股份有限公司 1.97%陳秀鑾 1.86%花旗(台灣)商業銀行受託保管次元新興市場評估基金投資專戶 1.59%台北市私立大同高級中學 1.37%財團法人大同職工福利委員會 1.36%國寶人壽股份有限公司 1.33%美商摩根大通銀行台北分行受託保管挪威中央銀行投資專戶 1.12%陳麗卿 1.10% |
| 仁寶電腦工業股份有限公司 | 渣打營管達清營教信託：富達低價位股基金 3.48%金寶電子工業股份有限公司 3.44% 花旗（台灣）商業銀行受託保管新加坡政府投資專戶 2.75% 大通託營沙烏地阿拉伯中央銀行投資專戶 2.50% 新光人壽保險股份有限公司 2.14%  渣打銀行託營美國之GMO新興市場基金專戶 2.04% 花旗(台灣)商業銀行受託保管券工保險基金 2.02% 渣打託營慧加德新興市場股票指數基金投資專戶 1.76% 南山人壽保險股份有限公司 1.58%次元新興市場評估基金投資專戶 1.28% |

(3) 法人股東之主要股東為法人者其主要股東                                                             103年04月30日

| 法人名稱 | 法人之主要股東 |
|---|---|
| 大同大學 | 無(註1) |
| 中華映管股份有限公司 | 中華電子投資股份有限公司、大同股份有限公司、仁寶電腦工業(股)公司 |
| 台北市私立大同高級中學 | 無(註1) |
| 財團法人大同聯合職工福利委員會 | 不適用 |
| 金寶電子工業股份有限公司 | 仁寶電腦工業股份有限公司、吉寶投資股份有限公司 |

註1：該法人係屬學校法人，故無股東。

七、最近年度及截至年報刊印日止，董事、監察人、經理人及持股比例超過10%之股東股權移轉及股權質押變動情形：無此情形。

八、持股比例佔前十名之股東，其相互間之關係資料

| 姓名 | 本人持有股份 | | 配偶、未成年子女持有股份 | | 利用他人名義合計持有股份 | | 前十大股東相互間具有財務會計準則公報第六號關係人或為配偶、二親等以內之親屬關係者，其名稱或姓名及關係。 | | 備註 |
|---|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 名稱（或姓名） | 關係 | |
| 大同股份有限公司 | 548,385,630 | 8.46% | - | - | - | - | 中華電子投資股份有限公司 | 母子公司 | - |
| | | | | | | | 志生不動產股份有限公司 | 母子公司 | |
| | | | | | | | 綠能科技股份有限公司 | 母子公司 | |
| 中華電子投資股份有限公司 | 483,363,519 | 7.46% | - | - | - | - | 大同股份有限公司 | 母子公司 | - |
| 中華電子投資股份有限公司代表人：林蔚山 | 79,172 | - | 79,124 | - | - | - | - | - | - |
| 中華電子投資股份有限公司代表人：林郭文豔 | 79,124 | - | 79,172 | - | - | - | - | - | - |
| 中華電子投資股份有限公司代表人：彭文傑 | - | - | - | - | - | - | - | - | - |
| 仁寶電腦工業(股)公司 | 394,086,204 | 6.08% | - | - | - | - | 兆寶投資(股)公司 | 母子公司 | - |
| | | | | | | | 詠寶投資(股)公司 | 母子公司 | |
| | | | | | | | 鎧寶投資(股)公司 | 母子公司 | |
| 仁寶電腦工業股份有限公司代表人：許振昌 | - | - | - | - | - | - | - | - | - |
| 兆寶投資股份有限公司（負責人-許勝雄） | 315,268,963 | 4.87% | - | - | - | - | 仁寶電腦工業(股)公司 | 母子公司 | - |
| 詠寶投資股份有限公司（負責人-許勝雄） | 275,860,343 | 4.26% | - | - | - | - | 仁寶電腦工業(股)公司 | 母子公司 | - |
| 大眾商業銀行受託保管大同全球策略公司投資專戶 | 198,918,167 | 3.07% | - | - | - | - | - | - | - |
| 志生不動產股份有限公司 | 141,871,033 | 2.19% | - | - | - | - | 大同股份有限公司 | 母子公司 | - |
| 鎧寶投資股份有限公司（負責人-許勝雄） | 118,225,861 | 1.82% | - | - | - | - | 仁寶電腦工業(股)公司 | 母子公司 | - |
| 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 102,462,911 | 1.58% | - | - | - | - | - | - | - |
| 綠能科技股份有限公司 | 94,580,689 | 1.46% | - | - | - | - | 大同股份有限公司 | 母子公司 | - |

3、 股權分散情形      每股面額10元;103 年 04 月 30 日

| 持股分級 | 股東人數 | 持有股數 | 持股比例 |
|---|---|---|---|
| 1-999 | 97,133 | 41,656,879 | 0.64% |
| 1,000-5,000 | 94,552 | 248,190,460 | 3.83% |
| 5,001-10,000 | 29,139 | 220,468,437 | 3.40% |
| 10,001-15,000 | 11,359 | 139,103,915 | 2.15% |
| 15,001-20,000 | 8,709 | 157,224,344 | 2.43% |
| 20,001-30,000 | 6,585 | 164,067,335 | 2.53% |
| 30,001-40,000 | 4,512 | 163,636,422 | 2.53% |
| 40,001-50,000 | 2,488 | 114,772,904 | 1.77% |
| 50,001-100,000 | 5,030 | 368,935,012 | 5.69% |
| 100,001-200,000 | 2,451 | 348,749,884 | 5.38% |
| 200,001-400,000 | 1,085 | 306,053,443 | 4.72% |
| 400,001-600,000 | 369 | 182,915,858 | 2.82% |
| 600,001-800,000 | 165 | 115,146,231 | 1.78% |
| 800,001-1,000,000 | 120 | 110,180,951 | 1.70% |
| 1,000,001 股以上 | 356 | 3,798,352,102 | 58.63% |
| 合計 | 264,053 | 6,479,454,177 | 100.00% |

特別股分散情形：不適用。

4、 主要股東名單

| 主要股東名稱 | 持有股數 | 持股比例 |
|---|---|---|
| 大同股份有限公司 | 548,385,630 | 8.46% |
| 中華電子投資股份有限公司 | 483,363,519 | 7.46% |
| 仁寶電腦工業股份有限公司 | 394,086,204 | 6.08% |
| 兆寶投資股份有限公司 | 315,268,963 | 4.87% |
| 詠寶投資股份有限公司 | 275,860,343 | 4.26% |
| 大眾商業銀行受託保管大同全球策略公司投資專戶 | 198,918,167 | 3.07% |
| 志生不動產股份有限公司 | 141,871,033 | 2.19% |
| 鎧寶投資股份有限公司 | 118,225,861 | 1.82% |
| 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 102,462,911 | 1.58% |
| 綠能科技股份有限公司 | 94,580,689 | 1.46% |

# Translation of Page 7

**II. Information about Directors, Supervisor, General Managers, Vice General Managers, Assistant Managers and Person in Charge of Each Department and Branch**

April, 30 2014

1. Directors and Supervisors

(1). Information about Directors and Supervisors

| Job title | Name | Elected on | Term of office | Initially Elected on | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Number of shares held in the name of others | | Main experience (educational background) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| Chairman | Lin Weishan Chunghwa Electronics Development Co., Ltd Representative | 06/28/2013 | 3 years | 05/20/2010 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | 79,124 | - | - | - | Master of Business, University of Washington General Manager of Tatung Ltd | CHAIRMAN OF TANTUNG (STOCKS) LTD. CHAIRMANG OF SHAN CHIH SEMICONDUCTOR LTD CHAIRMAN OF TATUNG COMPREHENSIVE COMMUNICATION AND ELECTRONIC (STOCKS) LTD CHAIRMAN OF ASSESST DEVELOPMENT (STOCKS) LTD. CHAIMAN OF TATUNG FINE CHEMICALS (STOCKS) LTD CHAIRMAN OF TOES OPTO-MECHATRONICS (STOCKS) LTD CHAIRMANG OF CHUNGHWA ELECTRONICS DEVELOPMENT CO., LTD CHAIRMAN OF TATUNG CASTING (STOCKS) LTD CHAIRMANG OF TATUNG MEDICAL AND HEALTHCARE (STOCKS) LTD CHAIRMANG OF SHAN CHIH INVESTMENT (STOCKS) LTD GENERAL MANAGER OF SAN CHIH INVESTMENT(STOCKS) LTD CHAIRMAN OF TATUGN SINGAPORE ELECTRONICS(STOCKS) LTD DIRECTOR OF KMTC TECHNOLOGY LTD CHAIRMAN OF FORWARD ELECTRONICS (STOCKS) LTD CHAIRMAN OF GREEN ENERGY (STOCKS)LTD CHAIRMAN OF TATUNG THAILAND (STOCKS) LTD CHAIRMAN OF TATUNG JAPAN (STOCKS) LTD CHAIRMAN OF TATUNG TELECOMMUNICATION (STOCKS) LTD CHAIRMAN SCREEN MEXICO (STOCKS) LTD CHAIRMAN OF TATUNG SINGAPORE M&E (STOCKS) LTD CHAIRMAN OF BENSALINE INVESTMENT LTD CHAIRMAN OF BANGLOR INVESTMENT LTD CHAIRMAN OF DALEMONT INVESTMENT LTD CHAIRMAN OF DALIANT INVESTMENT LTD CHAIRMAN OF CHUNGHWA PICTURE TUBES (LABUAN) LTD. | Director (legal representative) | Linguo Wenyan | Spouse |

| | | | | | | | | | | | | Director (legal representative) | Lin Weishan | Spouse |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Linguo Wenyan Chunghwa Electronics Development Co., Ltd. Representative | 06/28/2013 | 3 years | 05/20/2010 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | - | - | Master of Economic, University of Maryland Executive Vice General Manager of Tatung (Stocks) Ltd | CHAIRMAN OF CHUNGHWA PICTURE TUBES (BERMUDA) LTD. GENERAL MANAGER OF TATUNG (STOCKS) LTD. CHAIRMAN OF ELITE COMPUTER INDUSTRY (STOCKS) LTD. CHAIRMAN OF TATUNG MEXICO LTD. CHAIRMAN OF TATUNG SYSTEM TECHNOLOGIES CHAIRMAN OF SINGAPORE INFORMATION (STOCKS)LTD CHAIRMAN OF TATUNG CZEKH LTD. | - | - |
| Director | Peng Wenjie Chunghwa Electronics Development( Stocks) Company Representative | 06/28/2013 | 3 years | 05/20/2010 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | - | - | Master of Insurance, Feng Chia University Head of Investment Department of Tatung (Stocks) Ltd | SUPERVISOR OF LV SHENG INVESTMENT LTD DIRECTOR OF YU JUN GROUP LTD. DIRECTOR OF CHUANG SHENGSHI LTD. DIRECTOR OF CHIH SHENG REAL ESTATE (STOCKS) LTD DIRECTOR AND GENERAL MANAGER OF CHIH SHENG INVESTMENT (STOCKS) LTD DIRECTOR OF TATUNG MEDICAL AND HEALTHCARE LTD DIRECTOR OF TATUNG UK (STOCKS) LTD DIRECTOR OF CHICH SHENG HOLDING CO., LTD. DIRECTOR OF CHIH SHENG HONG KONG LTD. DIRECTOR OF WUJIANG TATUNG ELECTRONIC TRADING LIMITED DIRECTOR OF WTE-NICHE LIMITED DIRECTOR OF ABSOLUTE ALPHA LIMITED DIRECTOR OF BLISSFUL HONOUR LIMITED DIRECTOR OF TATUNG SENIOR HIGH SCHOOL | - | - |
| Director | Lin Helong Chunghwa Electronics Development( Stocks) Company Representative | 06/28/2013 | 3 years | 06/28/2013 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | - | - | Master of Materials Science, Tsinghua University/ Executive Head of Green Energy Ltd | CHAIRMAN OF YI YUJUN (WEIFANG) NEW ENERGY TECHNOLOGY LTD DIRECTOR OF YUJUN GROUP LTD DIRECTOR OF GREEN ENERGY (STOCKS) LTD DIRECTOR OF SHAN CHIH SEMICONDUCTOR (STOCKS) LTD | - | - |
| Director | Zhang Yongji Chunghwa Electronics Development( Stocks) Company Representative | 06/28/2013 | 3 years | 06/28/2013 | 483,363,519 | 7.46% | 483,363,519 | 7.46% | - | - | Master of Chemical Study, Tatung University/San Chih Fine Chemicals General Manager | DIRECTOROF TATUNG FINE CHEMICALS LTD DIRECTOR OF HUAI'AN SHAH CHIH HI-TECH MATERIAL LTD DIRECTOR OF DONGGUAN TONGLI TRADING LTD | - | - |

Translation of Page 8

| Job title | Name | Elected on | Term of office | Initially Elected on | Shares held upon election | | Number of shares now held | | Number of shares now held by spouse and minor children | | Number of shares held in the name of others | | Main experience (educational background) | Duties currently held in the Company and other companies | Other officers, directors or supervisors who are spouse or within a relationship of second degree of kinship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Job title | Name | Relationship |
| Independent Director | Zhao Jianhe | 06/28/2013 | 3 years | 05/20/2010 | - | - | - | - | - | - | - | - | Law Study Institute, Ming Chuan University | HOST LAWYER OF Co-effort Law Firm | - | - | - |
| Independent Director | Yuan Jianzhong | 06/28/2013 | 3 years | 06/16/2004 | - | - | - | - | 7,881 | - | - | - | Doctor of Electric Engine, University of New York State Visiting Scholar of MIT Visiting Scholar of Imperial College London | PROFESSOR OF SCIENCE MANAGEMENT, NATIONAL CHIAO TUNG UNIVERSITY | - | - | - |
| Independent Director | Cai Yuyuan | 06/28/2013 | 3 years | 5/20/2010 | - | - | 5,000 | - | - | - | - | - | Doctor of Enterprise Management, National Enterprise Management University, Postdoctor, of University of California, Berkeley Visiting Scholar, University of Illinois at Urbana-Champaign | PROFESSOR OF ENTERPRISE MANAGEMENT, NATIONAL DONG HWA UNIVERSITY SPOKESMAN OF NATIONAL DONG HWA UNIVERSITY | - | - | - |

Note: The Company had reformed the regular shareholders meeting into audit committee since June 28, 2013, thus there is no such job title as supervisors.

(2)Main Shareholders as Legal Person

April 30,2014

| Name of Shareholders as Legal Person | Main Shareholders as Legal Person |
|---|---|
| Chunghwa Electronic Investment Ltd | Tatung (Stocks) Ltd (99.64%) |
| Tatung (Stocks) Ltd | Tatung University 6.19% China Entrust Commercial Bank is entrusted to take care of Tatung Ltd Stock Available to Staff who are Entrusted and have stock in hand 5.35% Lingyang Technology Ltd 1.97% Chen Xiufan 1.86% Citibank(Taiwan)Commercial Bank is entrusted to take care of Newly Emerging Market Assessment Fund Investment 1.59% Taiwan Tatung Senior High School 1.37% Consortium Juridical Person Tatung Labor Union Committee 1.36% Globallife Ltd 1.33% JP Morgan Taiwan Branch is entrusted to take care of Norway Central Bank Investment Customer 1.12% Chen Luqing 1.10% |
| Compal Computer Industry Ltd | Chartered Bank deposit FuDa Puritan entrust; FuDa Share Fund at Low Price 3.48% Jinbao Electronic Industrial Ltd 3.44% CitiBank(Taiwan)is entrusted to take care of Singapore Government Investment Customer 2.75% Datung Deposit Central Bank of Arabia Island Investment Customer 2.50% Labor Insurance Fund 2.14% Chartered Bank deposit American GMO New Emerging Market Fund Customer 2.04%Shin Kong Insurance Co., Ltd 2.02% Chartered Bank deposit Fanjiade New Emerging Market Share Index Fund Customer 1.76% Citibank(Taiwan)deposit Ciyuan New Emerging Market Assessment Fund Investment Customer 1.58% Nan Shan Life Insurance Ltd 1.28% |

(3)Main Shareholders who are Legal Perons

30th April, 2014

| Name of Legal Person | Main Shareholders of Legal Person |
|---|---|
| Tatung University | None (Note 1) |
| Chunghwa Picture Tubes Ltd | Chunghwa Electric Investment Ltd, Tatung Ltd, Compal Computer Industry(Stocks) Ltd |
| Taiwai Private Tatung Senior High School | None (Note 1) |
| Consortium Legal Person Tatung Labor Union Committee | Not applicable |
| JinBao Electric Industry Ltd | Compal Computer Industry Ltd, Jibao Investment Ltd |

Note1:Legal Person refers to School Legal Person, therefore no shareholder accordingly.

Translation of Page 29

VII. In recent years and as of the closing date of paper printing, equity transfer and changes in pledge of stock rights of directors, supervisors, managers and shareholders holding more than 10% of the shares: no such circumstance.

VIII. Top 10 shareholders in terms of number of shares, information about their relationship.

| Name | Number of Shares Held | | Number of shares now held by spouse and minor children | | Number of shares held in the name of others | | Name and Relationship among Top 10 Shareholders who are No. 6 related person in Statements of Financial Accounting or Spouse, and within secondary degree | | | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Name | Relationship | | |
| TATUNG (STOCKS) LTD | 548,385,630 | 8.46% | - | - | - | - | Chunghwa Electronics Development Co, Ltd | Parent and Subsidiary Corporation | - | - |
| | | | | | | | CHIH SHENG REAL ESTATE (STOCKS) LTD | Parent and Subsidiary Corporation | - | |
| | | | | | | | Green Energy Technology (Stocks) Ltd | Parent and Subsidiary Corporation | - | |
| Chunghwa Electronics Development Co., Ltd | 483,363,519 | 7.46% | - | - | - | - | TATUNG (STOCKS) LTD | Parent and Subsidiary Corporation | - | - |
| Chunhwa Electronic Investment Co., Ltd Representative: Lin Weishan | 79,172 | - | 79,124 | - | - | - | - | - | - | - |
| Chunhwa Electronic Investment Co., Ltd Representative: Linguo Wenyan | 79,124 | - | 79,172 | - | - | - | - | - | - | - |
| Chunhwa Electronic Investment Co., Ltd Representative: Peng Wenjie | - | - | - | - | - | - | - | - | - | - |
| Compal Computer Industry Stocks Ltd. | 394,086,204 | 6.08% | - | - | - | - | Zhaopal Investment (Stocks) Ltd | Parent and Subsidiary Corporation | - | - |
| | | | | | | | Yongpal Investment Stocks Ltd | Parent and Subsidiary Corporation | - | |
| | | | | | | | KaiBao Investment Stocks Ltd | Parent and Subsidiary Corporation | - | |
| Compal Computer Industry Stocks Ltd Representative: Xu Zhenchang | - | - | - | - | - | - | - | - | - | - |
| Zhaopal Investment (Stocks) Ltd (Head- Xu Shengxiong) | 315,268,963 | 4.87% | - | - | - | - | Compal Computer Industry Stocks Ltd | Parent and Subsidiary Corporation | - | - |
| Yongpal Investment Stocks Ltd (Head- Xu Shengxiong) | 275,860,343 | 4.26% | - | - | - | - | Compal Computer Industry Stocks Ltd | Parent and Subsidiary Corporation | - | - |
| TC Bank is entrusted to take care of investment customers of TATUNG Global Strategy Ltd | 198,918,167 | 3.07% | - | - | - | - | - | - | - | - |
| Chih Sheng Real Estate Ltd | 141,871,033 | 2.19% | - | - | - | - | Tatung Stocks Ltd | Parent and Subsidiary Corporation | - | - |
| KaiBao Investment Stocks Ltd (Head- Xu Shengxiong) | 118,225,861 | 1.82% | - | - | - | - | Compal Computer Industry Stocks Ltd | Parent and Subsidiary Corporation | - | - |
| Chartered Bank is entrusted to take care of investment customers of Swiss Credit International Ltd | 102,462,911 | 1.58% | - | - | - | - | - | - | - | - |
| Green Energy Technology Ltd | 94,580,689 | 1.46% | - | - | - | - | TaTung Stocks Ltd | Parent and Subsidiary Corporation | - | - |

Translation of Page 32

3. Distribution Form of Shares

Denomination per share: 10 yuan; April 30, 2014

| Classification of Shareholding | Number of Shareholders | Number of Shares | Shareholding Ratio |
|---|---|---|---|
| 1-999 | 104,868 | 45,460,011 | 0.70% |
| 1,000-5,000 | 104,537 | 276,003,583 | 4.26% |
| 5,001-10,000 | 32,990 | 250,261,207 | 3.86% |
| 10,001-15,000 | 12,815 | 156,880,610 | 2.42% |
| 15,001-20,000 | 9,937 | 179,561,047 | 2.77% |
| 20,001-30,000 | 7,435 | 185,241,582 | 2.86% |
| 30,001-40,000 | 5,177 | 188,189,372 | 2.90% |
| 40,001-50,000 | 2,762 | 127,317,871 | 1.96% |
| 50,001-100,000 | 5,526 | 401,183,205 | 6.19% |
| 100,001-200,000 | 2,689 | 382,373,328 | 5.90% |
| 200,001-400,000 | 1,166 | 329,540,717 | 5.09% |
| 400,001-600,000 | 329 | 163,599,938 | 2.52% |
| 600,001-800,000 | 159 | 111,289,550 | 1.72% |
| 800,001-1,000,000 | 89 | 81,036,066 | 1.25% |
| 1,000,001 And Above | 297 | 3,601,516,090 | 55.60% |
| Total | 290,776 | 6,479,454,177 | 100% |

Special Distribution Form of Shares: Not Applicable

4. List of Main Shareholders

| Name of Main Shareholders | Number of Shares | Shareholding Ratio |
|---|---|---|
| Tatung Stocks Ltd | 548,385,630 | 8.46% |
| Chunhwa Electronics Investment Co., Ltd | 483,363,519 | 7.46% |
| Compal Computer Industry (Stocks) Ltd | 394,086,204 | 6.08% |
| Zhaopai Investment (Stocks) Ltd | 315,268,963 | 4.87% |
| Yongpai Investment (Stocks) Ltd | 275,860,343 | 4.26% |
| TC Bank is entrusted to take care of investment customers of TATUNG Global Strategy Ltd | 198,918,167 | 3.07% |
| Chih Sheng Real Estate Ltd | 141,871,033 | 2.19% |
| Kaipai Investment (Stocks) Ltd | 118,225,861 | 1.82% |
| Chartered Bank is entrusted to take care of investment customers of Swiss Credit International Ltd | 107,947,911 | 1.67% |
| Green Energy Technology Ltd | 94,580,689 | 1.46% |



December 19, 2014

**Certification**

Park IP Translations

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Chunghwa annual report 2013.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com