# Exhibit 25



# 大同公司

# 八十九年度年報



中華民國九十年六月十五日



# Tatung Co.

# 2000 Annual Report



**June 15, 2001**

# 公司概況

（三）董事、監察人及主要經理人之姓名、任期及持有股份：

1. 董事及監察人

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 股數 | 選任時持有股份 比率(%) | 現在持有股份 股數 | 現在持有股份 比率(%) | 配偶及未成年子女現在持有股份 股數 | 配偶及未成年子女現在持有股份 比率(%) | 主要學歷 |
|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 林挺生 | 88.6.24 | 三年 | 153,224,422 | 4.585 | 182,030,613 | 4.551 | 15,708,377 | 0.393 | 台灣大學畢業 |
| 董事 | 林陳秀鑾 | 〃 | 〃 | 13,222,540 | 0.369 | 15,708,377 | 0.393 | 182,030,613 | 4.551 | 北一女中畢業 |
| 〃 | 林蔚山 | 〃 | 〃 | 10,539,497 | 0.315 | 12,520,921 | 0.313 | 1,606,940 | 0.040 | 美國華盛頓大學碩士 |
| 〃 | 林蔚東 | 〃 | 〃 | 10,539,497 | 0.315 | 12,520,921 | 0.313 | 1,277,880 | 0.032 | 美國培波坦大學博士 |
| 〃 | 林鎮源 | 〃 | 〃 | 10,536,630 | 0.315 | 12,517,516 | 0.313 | — | — | 美國南加州大學碩士 |
| 〃 | 林鎮弘 | 〃 | 〃 | 10,539,543 | 0.315 | 12,520,976 | 0.313 | — | — | 美國南加州大學碩士 |
| 〃 | 大同大學 代表人 林郭文艷 | 〃 | 〃 | 共同持有：275,519,257 | 8.244 | 共同持有：327,316,876 | 8.183 | 12,520,921 | 0.313 | 美國馬利蘭大學碩士 |
| 〃 | 大同大學 代表人 王安崇 | 〃 | 〃 | | | | | — | — | 台灣大學畢業 |
| 〃 | 大同大學 代表人 蕭英雄 | 〃 | 〃 | | | | | 979 | — | 大同大學畢業 |
| 〃 | 大同大學 代表人 田思民 | 〃 | 〃 | | | | | 2,595 | — | 交通大學畢業 |
| 〃 | 大同大學 代表人 潘泰吉 | 〃 | 〃 | | | | | — | — | 美國北卡大學博士 |
| 〃 | 大同高級中學 代表人 張益華 | 〃 | 〃 | 共同持有：60,984,337 | 1.825 | 共同持有：72,449,391 | 1.811 | 18,174 | — | 大同大學畢業 |
| 〃 | 大同高級中學 代表人 施純事 | 〃 | 〃 | | | | | 2,858 | — | 大同大學畢業 |
| 〃 | 大同高級中學 代表人 唐遠生 | 〃 | 〃 | | | | | 3,925 | — | 美國加州大學碩士 |
| 監察人 | 大同大學 代表人 李廷霖 | 〃 | 〃 | 共同持有：275,519,257 | 8.244 | 共同持有：327,316,876 | 8.183 | — | — | 台北帝國大學醫學部畢業 |
| 〃 | 大同大學 代表人 黃正清 | 〃 | 〃 | | | | | 42,930 | — | 美國史丹福大學碩士 |
| 〃 | 大同高級中學 代表人 江平山 | 〃 | 〃 | 共同持有：60,984,337 | 1.825 | 共同持有：72,449,391 | 1.811 | 2,415 | — | 美國加州大學碩士 |
| 〃 | 大同高級中學 代表人 洪脈城 | 〃 | 〃 | | | | | 29,117 | — | 美國佛羅里達大學博士 |

## 特別記載事項

②各關係企業基本資料

| 企 業 名 稱 | 設立日期 | 地　　　址 | 實收資本額 | 主要營業或生產項目 |
|---|---|---|---|---|
| 中華映管（股）公司 | 60.05 | 台北市中山北路三段22號 | 37,720,000 | 單色映管、彩色映管、電子槍、LCD等之製造及銷售 |
| 台灣通信工業（股）公司 | 55.03 | 台北市中山北路三段22號 | 573,841 | 通信器材事業 |
| 大同奧的斯電梯（股）公司 | 72.07 | 台北市中山北路三段22號 | 200,000 | 電梯、電扶梯設計、製造及安裝 |
| 尚志精機（股）公司 | 66.09 | 台北市中山北路三段22號 | 70,000 | 速度表、燃料計、引擎轉速表等車輛計器 |
| 尚志貨櫃（股）公司 | 62.12 | 台北市中山北路三段22號 | 100,000 | 貨櫃倉儲運輸與修理 |
| 尚志造漆（股）公司 | 69.03 | 台北市中山北路三段22號 | 80,000 | 家庭及工業用塗料 |
| 尚志化工（股）公司 | 62.07 | 台北市中山北路三段22號 | 75,000 | ABS塑膠粒及各類塑膠染色加工 |
| 大同富士電化（股）公司 | 76.06 | 台北市中山北路三段22號 | 110,000 | 軟磁性鐵氧磁蕊之產銷 |
| 大同壓鑄（股）公司 | 61.01 | 台北市中山北路三段22號 | 15,450 | 壓鑄品 |
| 大同中外貴金屬（股）公司 | 62.11 | 台北市中山北路三段22號 | 35,000 | 電器接點、銀臘焊材、銀極板等 |
| 坤德（股）公司 | 69.01 | 台北市中山北路三段22號 | 124,000 | 塑膠製品射出成型加工 |
| 大同林業營造（股）公司 | 51.01 | 台北市中山北路三段22號 | 12,690 | 土木建築工程設計及營造 |
| 協志工業叢書（股）公司 | 48.03 | 台北市中山北路三段22號 | 3,000 | 書籍出版事業 |
| 大同園藝（股）公司 | 61.05 | 台北市中山北路三段22號 | 10,000 | 樹木、花卉種植 |
| 中華電子投資（股）公司 | 58.12 | 台北市中山北路三段22號 | 4,931,220 | 轉投資事業 |
| 太同電子（股）公司 | 55.06 | 台北市中山北路三段22號 | 160,000 | 資訊產品產銷 |
| 台北工業（股）公司 | 73.07 | 台北市中山北路三段22號 | 110,000 | 預拌混凝土產銷 |
| 大同美國（股）公司 | 61.09 | 2850 EI PRESIDIO STREET LONG BEACH, CA90810, USA | US$3,500 | 家電、電子與資訊產品在美之生產、銷售與服務 |
| 大同英國（股）公司 | 69.11 | STAFFORD PARK 10 TELFORD SHROPSHIRE TF3 3AB ENGLAND | £37,133 | 電子資訊產品之生產銷售服務 |
| 大同日本（股）公司 | 64.01 | 東京都中央區銀座4-10-5三幸ビル本館1-2 階 | JPY 15,000 | 設備儀器、原料採購與電子、家電、資訊產品銷售與服務 |
| 大同科技（股）公司 | 72.08 | 1840 MCCARTHY BLVD MILPITAS, CA95035, U.S.A | US$200 | Monitor 銷美售後服務、資訊產品銷售、服務、原料、設備採購 |
| 大同通訊（股）公司 | 74.07 | 1060 TERRA BELLA AVE MOUNTAIN VIEW,CA 94043, U.S.A | US$250 | 公共電話生產、銷售、服務 |
| 大同新加坡電子（股）公司 | 61.09 | NO.4, FIRST LOKYANG ROAD, Jurong Town, SINGAPORE | US$4,000 | 原材料及零組件採購、銷售與服務 |
| 大同世界（股）公司 | 69.11 | 7 RUE PIERRE D'ASPELT L-1142 LUXEHBURG | US$14,900 | 負責籌畫、協助、擬定歐洲地區整體產銷策略 |
| 大同泰國（股）公司 | 78.09 | 700／50.52.54 MOO 6, BANGPAKONG INDUSTRIAL PARK 2, KM 57, BANGNA-TRAD A. MUANG.CHONBURI THAILAND | Baht$675,000 | CTV、Monitor、TV衛星天線、印刷電路板生產與銷售 |
| 大同美國電機（股）公司 | 77.07 | 14381 CHAMBERS RD. TUSTIN CA92780.USA | US$2,000 | 大同馬達在美國之銷售與服務 |
| 富士電化大同泰國（股）公司 | 80.06 | 700／49,51 MU6, BANGPAKONG INDUSTRIAL ESTATE II, BANGNA-TRAD RD, KM 57 TAMBOL DONHUALOR, AMPHUR MUANG, CHONBURI 20000 THAILAND | Baht$300,000 | 軟磁性鐵氧磁蕊之產銷 |
| 大同印尼（股）公司 | 80.06 | J.I.DAAN.MOGOT.KM.18. TANGERANG.INDONESIA | IDR$39,320,000 | 馬達、鑄件之產銷 |
| 大同發那科自動化（股）公司 | 83.06 | 台北市中山北路三段22號 | 75,000 | 機器人銷售及維修 |

## 特別記載事項

④關係企業董事、監察人及總經理資料

| 企業名稱 | 職稱 | 姓名或代表人 | 持有股份 股數 | 持股比例 |
|---|---|---|---:|---:|
| 中華映管股份有限公司 | 董事長兼總經理 | 林　　鎮　　源 | 40,061,428 股 | 1.06% |
| | 董　　　　事 | 中華電子投資(股)公司代表人：<br>林　　蔚　　山<br>李　　進　　輝 | 1,195,670,990 股 | 31.7% |
| | 董　　　　事 | 鍾　　祥　　桂 | 2,964,466 股 | 0.08% |
| | 董　　　　事 | 李　　賢　　哲 | 33,165 股 | |
| | 董　　　　事 | 謝　　忠　　健 | 53,369 股 | |
| | 董　　　　事 | 吳　　勛　　隆 | 54,601 股 | |
| | 董　　　　事 | 林　　登　　彬 | 53,369 股 | |
| | 董　　　　事 | 林　　鴻　　明 | 37,107 股 | |
| | 監　　察　　人 | 中華電子投資(股)公司代表人：<br>呂　　秀　　正 | 1,195,670,990 股 | 31.7% |
| | 監　　察　　人 | 楊　　浩　　二 | 23,161 股 | |
| | 監　　察　　人 | 吳　　慕　　鄉 | 23,654 股 | |
| | 監　　察　　人 | 許　　超　　雲 | 6,766 股 | |
| 台灣通信工業股份有限公司 | | 大同(股)公司代表人： | 335,199 股 | 58.41% |
| | 董　　事　　長 | 林　　蔚　　山 | | |
| | 董事兼總經理 | 李　　火　　城 | | |
| | 董　　　　事 | 王　　安　　崇 | | |
| | 董　　　　事 | 許　　超　　雲 | | |
| | 董　　　　事 | 潘　　泰　　吉 | | |
| | 董　　　　事 | 劉　　德　　光 | | |
| | 董　　　　事 | 王　　光　　元 | | |
| | 董　　　　事 | 田　　思　　民 | | |
| | 監　　察　　人 | 李　　廷　　霖 | | |
| | 監　　察　　人 | 張　　德　　雄 | | |
| | | 日本電氣株式會社代表人： | 238,637 股 | 41.59% |
| | 董　　　　事 | 日　比　野　雅　夫 | | |
| | 董　　　　事 | 岡　　建　　太　　郎 | | |
| | 董　　　　事 | 藤　　田　　起 | | |
| | 董　　　　事 | 鬼　　澤　　晃 | | |
| | 董　　　　事 | 鯖　戶　曉　夫 | | |
| | 監　　察　　人 | 鈴　　本　　俊　　一 | | |
| 福華電子股份有限公司 | | 中華電子法人代表： | 30,999,934 股 | 48.44% |
| | 董　　事　　長 | 林　　蔚　　山 | | |
| | 常務董事兼總經理 | 江　　平　　山 | | |
| | 常　務　董　事 | 唐　　遠　　生 | | |
| | 董　　　　事 | 林　　挺　　生 | | |
| | 董　　　　事 | 陳　　盛　　沺 | | |
| | 董　　　　事 | 鄭　　麟　　哲 | | |
| | 常　駐　監　察　人 | 沈　　　　琰 | | |
| | 監　　察　　人 | 潘　　泰　　吉 | | |
| | | 大同公司法人代表： | 15,50,000 股 | 24.22% |
| | 董　　　　事 | 許　　超　　雲 | | |
| | 董　　　　事 | 吳　　勛　　隆 | | |
| | 董　　　　事 | 陳　　繁　　雄 | | |

64

Translation of Page 7

**Company Profile**

(III) Name, tenure and shares held of Directors, Supervisors and Main Managers:

1. Directors and supervisors

| Title | Name | Selection Date (Assuming office) | Term of office | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | | Main Experience (Education) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | |
| Chairman | Lin Tingsheng | June 24, 1999 | Three years | 153,224,422 | 4.585 | 182,030,613 | 4.551 | 15,708,377 | 0.393 | Graduated from Taiwan University |
| Director | Lin Chen Xiuluan | ,, | ,, | 13,222,540 | 0.369 | 15,708,377 | 0.393 | 182,030,613 | 4.551 | Graduated from Taipei First Girls' High School |
| ,, | Lin Weishan | ,, | ,, | 10,539,497 | 0.315 | 12,520,921 | 0.313 | 1,606,940 | 0.040 | Master, University of Washington |
| ,, | Lin Weidong | ,, | ,, | 10,539,497 | 0.315 | 12,520,921 | 0.313 | 1,277,880 | 0.032 | Doctor of Pepperdine University, U.S.A. |
| ,, | Lin Zhenyuan | ,, | ,, | 10,536,630 | 0.315 | 12,517,516 | 0.313 | – | – | Master of University of Southern California |
| ,, | Lin Zhenhong | ,, | ,, | 10,539,543 | 0.315 | 12,520,976 | 0.313 | – | – | Master of University of Southern California |
| ,, | Representative of Tatung University Lin Guo Wenyan | ,, | ,, | Common holding of shares 275,519,257 | 8,244 | Common holding of shares 327,316,876 | 8,183 | 12,520,921 | 0.313 | Master of University of Maryland |
| ,, | Representative of Tatung University Wang Anchong | ,, | ,, | | | | | – | – | Graduated from Taiwan University |
| ,, | Representative of Tatung University Xiao Yingxiong | ,, | ,, | | | | | 979 | – | Graduated from Tatung University |
| ,, | Representative of Tatung University Tian Simin | ,, | ,, | | | | | 2,595 | – | University of Communications |
| ,, | Representative of Tatung University Pan Taiji | ,, | ,, | | | | | – | – | Doctor of The University of North Carolina |
| ,, | Representative of Tatung Senior High School Zhang Yihua | ,, | ,, | Common holding of shares 60,984,337 | 1.825 | Common holding of shares 72,449,391 | 1.811 | 18,174 | – | Graduated from Tatung University |
| ,, | Representative of Tatung Senior High School Shi Chunshi | ,, | ,, | | | | | 2,858 | – | Graduated from Tatung University |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ,, | Representative of Tatung Senior High School Tang Yuansheng | ,, | ,, | | | | | 3,925 | – | Master of University of California |
| Supervisor | Representative of Tatung University Lin Tinglin | ,, | ,, | Common holding of shares 275,519,257 | 8.244 | Common holding of shares 327,316,876 | 8.183 | – | – | Department of Medicine of Taihoku (Taipei) Imperial University |
| ,, | Representative of Tatung University Huang Zhengqing | ,, | ,, | | | | | 42,930 | – | Master of Stanford University |
| ,, | Representative of Tatung Senior High School Jiang Pingshan | ,, | ,, | Common holding of shares 60,984,337 | 1.825 | Common holding of shares 72,449,391 | 1.811 | 2,415 | – | Master of University of California |
| ,, | Representative of Tatung Senior High School Hong Zhencheng | ,, | ,, | | | | | 29,117 | – | Doctor of University of Florida |

Translation of Page 61

**Special Items Recorded**

② Basic information of each affiliated company

| Name of Enterprise | Establishment Date | Address | Paid-up Capital | Main Business or Production Projects |
|---|---|---|---|---|
| Chunghwa Picture Tubes Ltd. | May 1971 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 37,720,000 | Production and sales of monochrome and color picture tube, electronic gun, LCD and etc. |
| Taiwan Telecommunication Industry Company | March 1966 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 573,841 | Communication equipment |
| Tatung Otis Elevator Company | July 1983 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 200,000 | Design, manufacturing and installation of elevator and escalator |
| San Chih Precision Machinery Co., Ltd. | September 1977 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 70,000 | Vehicle meters, such as speedometer, fuel meter, tachometer |
| San Chih Container Co., Ltd. | December 1973 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 100,000 | Storage, transport and repair of container |
| San Chih Paint Co., Ltd. | March 1980 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 80,000 | Household and industrial coating |
| San Chih Chemical Company Limited | July 1973 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 75,000 | Dyeing of ABS PVC compound and various plastic cements |
| Tatung Fuji Electrochemical Co., Ltd. | June 1987 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 110,000 | Manufacturing and sales of soft magnetic iron oxide magnetic core |
| Tatung Die Casting Co., Ltd. | January 1972 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 15,450 | Casting products |
| Tatung Chugai Precious Metals Co., Ltd., | November 1973 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 35,000 | Contact of electric appliance, welding material of silver wax and silver iron plate and etc. |
| Kuender Company Limited | January 1980 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 124,000 | Injection molding and processing of plastic products |
| Tatung Forestry Construction Co., Ltd. | January 1962 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 12,690 | Design and manufacturing of civil and architectural engineering |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | March 1959 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 3,000 | Book publishing |
| Tatung Horticulture Co., Ltd. | May 1972 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 10,000 | Planting of trees and flowers |
| Chunghwa Electronics Development Co., Ltd. | December 1969 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 4,931,220 | Shift in investment |
| Tatung Electronics Co., Ltd. | June 1966 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 160,000 | Manufacturing and sales of information products |
| Taipei Industrial Co., Ltd. | July 1984 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 110,000 | Manufacturing and sales of pre-mixed concrete |
| Tatung America Co., Ltd. | September 1972 | 2850 EI PRESIDIO STREET LONG BEACH, CA90810, USA | US$3,500 | Manufacturing, sales and service of home appliance, electronics and information products in America |
| Tatung England Co., Ltd. | November 1980 | STAFFORD PARK 10 TELFORD SHROPSHIRE TF3 3AB ENGLAND | £ 37,133 | Manufacturing, sales and service of electronic information product |
| Tatung Japan Co., Ltd. | January 1975 | No 1-2, Building 3, No. 4-10-5, Ginza, Nihonbash, Tokyo | JPY 15,000 | Purchasing of equipment and instrument and raw material as well as sales and service of electronics, home appliance and information product |
| Tatung Technology Co., Ltd. | August 1983 | 1840 MCCARTHY BLVD MILPLTAS, CA95035, U.S.A | US$200 | After-sales service of Monitor in America, sales and service of information product, purchasing of raw material and equipment |
| Tatung Communication Co., Ltd. | July 1985 | 1060 TERRA BELLA AVE MOUNTAIN VIEW, CA 94043, U.S.A | US$250 | Manufacturing, sales and service of public telephone |
| Tatung Singapore Electronics Co., Ltd. | September 1972 | NO. 4, FIRST LOKYANG ROAD, Jurong Town, SINGAPORE | US$4,000 | Purchasing, sales and service of raw material and parts |
| Tatung World Co., Ltd. | November 1980 | 7 RUE PIERRE D'ASPELT L-1142 LUXEHBURG | US$14,900 | Helping to developing the manufacturing and sales strategy in Europe |
| Tatung Thailand Co., Ltd. | September 1989 | 700/50.52.54 MOO 6, BANGPAKONG INDUSTRIAL PARK 2, KM 57, BANGNA-TRAD A. MUANG.CHONBURI THALAND | Baht$675,000 | Manufacturing and sales of CTV, Monitor, TV satellite antenna and printed circuit board |
| Tatung Motor America Inc. | July 1988 | 14381 CHAMBERS RD. TUSTIN CA92780. USA | US$2,000 | Sales and service of Tatung motor in America |
| Fuji Electrochemical Tatung Thailand Co., Ltd. | June 1991 | 700/49,51 MU6,BANGPAKONG INDUSTRIAL ESATE II, BANGNA-TRAD RD, KM 57 TAMBOL DONHUALOR, AMPHUR MUANG, CHONBURI 20000 THAILAND | Baht$300,000 | Manufacturing and sales of soft magnetic iron oxide magnetic core |
| Tatung Indonesia Co., Ltd. | June 1991 | J.I.DAAN.MOGOT.KM.18. TANGERANG. INDONESIA | IDR$39,320,000 | Manufacturing and sales of motor and casting |

| Tatung Fanuc Automation Co., Ltd. | June 1994 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan | 75,000 | Sales and repair of robot |

Translation of Page 64

**Special Items Recorded**

④ Information of directors, supervisors and general managers of affiliated companies

| Name of Enterprise | Title | Name or Representative | Shareholding | |
|---|---|---|---|---|
| | | | Number of shares | Proportion of Shareholding |
| Chunghwa Picture Tubes Ltd. | Chairman and general manager | Lin Zhenyuan | 40,061,428 | 1.06% |
| | Director | Representative of Chunghwa Electronics Development Co., Ltd.: Lin Weishan Li Jinhui | 1,195,670,990 | 31.7% |
| | Director | Zhong Xianggui | 2,964,466 | 0.08% |
| | Director | Li Xianzhe | 33,165 | |
| | Director | Xie Zhongjian | 53,369 | |
| | Director | Wu Xunlong | 54,601 | |
| | Director | Lin Dengbin | 53,369 | |
| | Director | Lin Hongming | 37,107 | |
| | Supervisor | Representative of Chunghwa Electronics Development Co., Ltd.: Lv Xiuzheng | 1,195,670,990 | 31.7% |
| | Supervisor | Yang Haoer | 23,161 | |
| | Supervisor | Wu Muxiang | 23,654 | |
| | Supervisor | Xu Chaoyun | 6,766 | |
| Taiwan Telecommunication Industry Company | | Representative of Tatung Co., Ltd. | 335,199 | 58.41% |
| | Chairman | Lin Weishan | | |
| | Director and general manager | Li Huocheng | | |
| | Director | Wang Anchong | | |
| | Director | Xu Chaoyun | | |
| | Director | Pan Taiji | | |
| | Director | Liu Deguang | | |
| | Director | Wang Guangyuan | | |
| | Director | Tian Simin | | |
| | Supervisor | Li Tinglin | | |
| | Supervisor | Zhang Dexiong | | |
| | | Representative of Nippon Electric Company Limited: | 238,637 | 41.59% |
| | Director | Hibino Yaffe | | |
| | Director | Itou Kentaro | | |
| | Director | Fujita | | |
| | Director | Yuhrei Katsuaki | | |
| | Director | Shof | | |
| | Supervisor | Suzuki Jun | | |
| Forward Electronics Co., Ltd. | | Legal representative: | 30,999,934 | 48.44% |

| | | | |
|---|---|---|---|
| | Chairman | Lin Weishan | | |
| | Executive director and general manager | Jiang Pingshan | | |
| | Executive director | Tang Yuansheng | | |
| | Director | Lin Tingsheng | | |
| | Director | Chen Shengtian | | |
| | Director | Deng Linzhe | | |
| | Permanent supervisor | Shen Yan | | |
| | Supervisor | Pan Taiji | | |
| | Legal representative of Tatung Company: | | 15,50,000 | 24.22% |
| | Director | Xu Chaoyun | | |
| | Director | Wu Xunlong | | |
| | Director | Chen Fanxiong | | |



December 19, 2014

**Certification**

       **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2000.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011