# Exhibit 26



股票代碼：2371

# 九十年度年報



中華民國九十一年五月二十一日

Case 4:07-cv-05944-JST   Document 3263-26   Filed 12/23/14   Page 3 of 13



**Tatung Co.**

Stock Code: 2371

# 2001 Annual Report



**May 21, 2002**

# 公司概況

## （三）董事、監察人及主要經理人之姓名、任期及持有股份：

### 1. 董事及監察人

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 股數 | 比率(%) | 現在持有股份 股數 | 比率(%) | 配偶及未成年子女現在持有股份 股數 | 比率(%) | 主要學歷 |
|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 林挺生 | 88.6.24 | 三年 | 153,224,422 | 4.585 | 191,132,143 | 4.540 | 16,493,795 | 0.392 | 台灣大學畢業 |
| 董事 | 林陳秀鑾 | 〃 | 〃 | 13,222,540 | 0.369 | 16,493,795 | 0.392 | 191,132,143 | 4.540 | 北一女中畢業 |
| 〃 | 林蔚山 | 〃 | 〃 | 10,539,497 | 0.315 | 13,146,967 | 0.312 | 1,687,287 | 0.040 | 美國華盛頓大學碩士 |
| 〃 | 林蔚東 | 〃 | 〃 | 10,539,497 | 0.315 | 13,146,967 | 0.312 | 1,341,774 | 0.032 | 美國培波坦大學博士 |
| 〃 | 林鎮源 | 〃 | 〃 | 10,536,630 | 0.315 | 13,143,391 | 0.312 | — | — | 美國南加州大學碩士 |
| 〃 | 林鎮弘 | 〃 | 〃 | 10,539,543 | 0.315 | 13,147,024 | 0.312 | — | — | 美國南加州大學碩士 |
| 〃 | 大同大學代表人 林郭文艷 | 〃 | 〃 | 共同持有：275,519,257 | 8.244 | 共同持有：343,682,719 | 8.163 | 13,146,967 | 0.312 | 美國馬利蘭大學碩士 |
| 〃 | 大同大學代表人 王安崇 | 〃 | 〃 | | | | | — | — | 台灣大學畢業 |
| 〃 | 大同大學代表人 蕭英雄 | 〃 | 〃 | | | | | 1,027 | — | 大同大學畢業 |
| 〃 | 大同大學代表人 田思民 | 〃 | 〃 | | | | | 2,724 | — | 交通大學畢業 |
| 〃 | 大同大學代表人 潘泰吉 | 〃 | 〃 | | | | | — | — | 美國北卡大學博士 |
| 〃 | 大同高級中學代表人 張益華 | 〃 | 〃 | 共同持有：60,984,337 | 1.825 | 共同持有：76,071,860 | 1.807 | 19,082 | — | 大同大學畢業 |
| 〃 | 大同高級中學代表人 施純事 | 〃 | 〃 | | | | | 3,000 | — | 大同大學畢業 |
| 〃 | 大同高級中學代表人 唐遠生 | 〃 | 〃 | | | | | 4,121 | — | 美國加州大學碩士 |
| 監察人 | 大同大學代表人 李廷霖 | 〃 | 〃 | 共同持有：275,519,257 | 8.244 | 共同持有：343,682,719 | 8.163 | — | — | 台北帝國大學醫學部畢業 |
| 〃 | 大同大學代表人 黃正清 | 〃 | 〃 | | | | | 65,076 | — | 美國史丹福大學碩士 |
| 〃 | 大同高級中學代表人 江平山 | 〃 | 〃 | 共同持有：60,984,337 | 1.825 | 共同持有：76,071,860 | 1.807 | 2,535 | — | 美國加州大學碩士 |
| 〃 | 大同高級中學代表人 洪賑城 | 〃 | 〃 | | | | | 30,572 | — | 美國佛羅里達大學博士 |

### 2. 法人股東之主要股東

| 法人股東名稱 | 法人股東之主要股東 |
|---|---|
| 大同大學 | 無 |
| 大同高級中學 | 無 |

註：學校為財團法人，故無主要股東。

特別記載事項

④關係企業董事、監察人及總經理資料

| 企業名稱 | 職稱 | 姓名或代表人 | 持有股份 股數 | 持股比例 |
|---|---|---|---|---|
| 中華映管股份有限公司 | 董事長兼總經理 | 林　鎮　源 | 55,128,027 股 | 1.22％ |
| | | 大同（股）公司代表人： | 1,550,608,114 股 | 34.41％ |
| | 董　　　事 | 唐　遠　生 | | |
| | 董　　　事 | 謝　忠　健 | | |
| | | 中華電子投資(股)公司代表人： | 1,375,021,638 股 | 30.51％ |
| | 董　　　事 | 林　蔚　山 | | |
| | 董　　　事 | 鍾　祥　桂 | 3,712,135 股 | 0.08％ |
| | 董　　　事 | 吳　勛　隆 | 62,791 股 | |
| | 董　　　事 | 林　登　彬 | 61,374 股 | |
| | 董　　　事 | 林　鴻　明 | 42,673 股 | |
| | | 中華電子投資(股)公司代表人： | 1,375,021,638 股 | 30.51％ |
| | 監　察　人 | 呂　秀　正 | | |
| | 監　察　人 | 楊　浩　二 | 26,635 股 | |
| | 監　察　人 | 吳　慕　鄉 | 27,202 股 | |
| | 監　察　人 | 許　超　雲 | 7,780 股 | |
| | 監　察　人 | 楊　邦　光 | 89,710 股 | |
| 台灣通信工業股份有限公司 | | 大同(股)公司代表人： | 900,579 股 | 99.5％ |
| | 董　事　長 | 林　蔚　山 | | |
| | 董事兼總經理 | 李　火　城 | | |
| | 董　　　事 | 鄭　麟　哲 | | |
| | 董　　　事 | 許　超　雲 | | |
| | 董　　　事 | 潘　泰　吉 | | |
| | 董　　　事 | 劉　德　光 | | |
| | 董　　　事 | 王　光　元 | | |
| | 董　　　事 | 田　思　民 | | |
| | 監　察　人 | 張　德　雄 | | |
| | 監　察　人 | 林　登　彬 | | |
| 福華電子股份有限公司 | | 中華電子法人代表： | 31,000,000 股 | 48.44％ |
| | 董　事　長 | 林　蔚　山 | | |
| | 董事兼總經理 | 藍　榮　裕 | | |
| | 董　　　事 | 陳　盛　泗 | | |
| | 常駐監察人 | 沈　　　琰 | | |
| | 監　察　人 | 潘　泰　吉 | | |
| | | 大同公司法人代表： | 15,500,000 股 | 24.22％ |
| | 董　　　事 | 許　超　雲 | | |
| | 董　　　事 | 王　榮　基 | | |
| | 董　　　事 | 陳　繁　雄 | | |
| | | 華映公司法人代表： | 15,500,000 股 | 24.22％ |
| | 常　務　董　事 | 林　鎮　源 | | |
| | 監　察　人 | 林　克　青 | | |

# 特別記載事項

| 企 業 名 稱 | 職　　　稱 | 姓 名 或 代 表 人 | 持 有 股 份 股　數 | 持股比例 |
|---|---|---|---|---|
| 坤 德 股 份 有 限 公 司 | | 大同(股)公司代表人： | 6,510 股 | 50％ |
| | 董　　事　　長 | 郭　林　碧　蓮 | | |
| | 董　　　　　事 | 林　郭　文　艷 | | |
| | 董　　　　　事 | 盧　　錦　　鈿 | | |
| | 監　　察　　人 | 林　　季　　雄 | 1,842 股 | 14.14％ |
| | 董 事 兼 總 經 理 | 郭　　文　　政 | 2,110 股 | 16.21％ |
| | 董　　　　　事 | 郭　　文　　敏 | 2,110 股 | 16.21％ |
| 大同林業營造股份有限公司 | | 大同(股)公司代表人： | 879,773 股 | 69.32％ |
| | 董　　事　　長 | 林　　蔚　　山 | | |
| | 董　　　　　事 | 張　　德　　雄 | | |
| | 董　　　　　事 | 張　　三　　祝 | | |
| | 董　　　　　事 | 翁　　金　　助 | | |
| | 董　　　　　事 | 洪　　賑　　城 | | |
| | 董　　　　　事 | 呂　　金　　輝 | | |
| | 董　　　　　事 | 蕭　　英　　雄 | | |
| | 董　　　　　事 | 林　　錦　　生 | | |
| | 監　　察　　人 | 楊　　浩　　二 | | |
| | 董　　　　　事 | 李　　廷　　河 | | |
| | 監　　察　　人 | 許　　文　　剛 | | |
| | 董　　　　　事 | 陳　　加　　冬 | 342 股 | 0.03％ |
| | 監　　察　　人 | 李　　廷　　霖 | 31,239 股 | 2.46％ |
| 協志工業叢書股份有限公司 | | 大同(股)公司代表人： | 242 股 | 80.47％ |
| | 董　　事　　長 | 林　　挺　　生 | | |
| | 董　　　　　事 | 李　　廷　　河 | | |
| | 董　　　　　事 | 黃　　正　　清 | | |
| | 董　　　　　事 | 曹　　慶　　忠 | | |
| | 董　　　　　事 | 林　　蔚　　山 | 14 股 | 4.66％ |
| | 董　　　　　事 | 何　　明　　果 | | |
| | 董　　　　　事 | 楊　　浩　　二 | | |
| | 董　　　　　事 | 洪　　賑　　城 | | |
| | 監　　察　　人 | 呂　　金　　輝 | | |
| | 監　　察　　人 | 廖　　銀　　盛 | | |
| 大 同 園 藝 股 份 有 限 公 司 | | 大同(股)公司代表人： | 994 股 | 100％ |
| | 董　　　　　事 | 林　　挺　　生 | | |
| | 董 事 兼 總 經 理 | 何　　錦　　玫 | | |
| | 董　　事　　長 | 林　　蔚　　山 | | |
| | 董　　　　　事 | 司　　徒　　雯 | | |
| | 董　　　　　事 | 王　　安　　崇 | | |
| | 監　　察　　人 | 李　　廷　　河 | | |
| | 監　　察　　人 | 孫　　碧　　娟 | | |
| 中華電子投資股份有限公司 | | 大同(股)公司代表人： | 450,275,339 股 | 86.96％ |
| | 董　　事　　長 | 林　　挺　　生 | | |
| | 董 事 兼 總 經 理 | 林　　蔚　　山 | | |
| | 董　　　　　事 | 王　　安　　崇 | | |
| | 董　　　　　事 | 蕭　　英　　雄 | | |
| | 董　　　　　事 | 王　　光　　元 | | |
| | 董　　　　　事 | 黃　　正　　清 | | |

Translation of Page 7

**Company Profile**

(III) Name, term of office and shareholding of Directors, Supervisors and Main Managers:
1. Directors and supervisors

| Title | Name | Selection Date (Assuming office) | Term of Office | Shareholding at selection | | Shareholding at Present | | Shareholding of spouse and minor children at present | | Main Education |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | |
| Chairman | Lin Tingsheng | June 24, 1999 | Three years | 153,224,422 | 4.585 | 191,132,143 | 4.540 | 16,493,795 | 0.392 | Graduated from Taiwan University |
| Director | Lin Chen Xiuluan | ,, | ,, | 13,222,540 | 0.369 | 16,493,795 | 0.392 | 191,131,143 | 4.540 | Taipei First Girls' High School |
| ,, | Lin Weishan | ,, | ,, | 10,539,497 | 0.315 | 13,146,967 | 0.312 | 1,687,287 | 0.040 | Master, University of Washington |
| ,, | Lin Weidong | ,, | ,, | 10,539,497 | 0.315 | 13,146,967 | 0.312 | 1,341,774 | 0.032 | Doctor of Pepperdine University, U.S.A. |
| ,, | Lin Zhenyuan | ,, | ,, | 10,536,630 | 0.315 | 13,143,391 | 0.312 | - | - | Master of University of Southern California |
| ,, | Lin Zhenhong | ,, | ,, | 10,539,543 | 0.315 | 13,147,034 | 0.312 | - | - | Master of University of Southern California |
| ,, | Representative of Tatung University Lin Guo Wenyan | ,, | ,, | Common holding of shares 275,519,257 | 8.244 | Common holding of shares 343,682,719 | 8,163 | 13,146,967 | 0,312 | Master of University of Maryland |
| ,, | Representative of Tatung University Wang Anchong | ,, | ,, | | | | | - | - | Graduated from Taiwan University |
| ,, | Representative | ,, | ,, | | | | | 1,027 | - | Graduated from |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | of Tatung University Xiao Yingxiong | | | | | | | | | Tatung University |
| ,, | Representative of Tatung University Tian Simin | ,, | ,, | | | | | 2,724 | - | University of Communications |
| ,, | Representative of Tatung University Pan Taiji | ,, | ,, | | | | | - | - | Doctor of The University of North Carolina |
| ,, | Representative of Tatung Senior High School Zhang Yihua | ,, | ,, | | | | | 19,082 | - | Graduated from Tatung University |
| ,, | Representative of Tatung Senior High School Shi Chunshi | ,, | ,, | Common holding of shares 60,984,337 | 1.825 | Common holding of shares 76,071,860 | 1.807 Text | 3,000 | - | Graduated from Tatung University |
| ,, | Representative of Tatung Senior High School Tang Yuansheng | ,, | ,, | | | | | 4,121 | - | Master of University of California |
| Supervisor | Representative of Tatung University Li Tinglin | ,, | ,, | Common holding of shares 275,519,257 | 8.244 | Common holding of shares 343,682,719 | 8.163 | - | - | Department of Medicine of Taihoku (Taipei) Imperial University |
| ,, | Representative of Tatung University Huang Zhengqing | ,, | ,, | | | | | 65,076 | - | Master of Stanford University |
| ,, | Representative of Tatung | ,, | ,, | Common holding of shares 60,984,337 | 1,825 | Common holding of | 1.807 | 2,535 | - | Master of University of |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Senior High School Jiang Pingshan | | | | shares 76,071,860 | | | | California |
| ,, | Representative of Tatung Senior High School Hong Zhencheng | ,, | ,, | | | | 30,572 | | Doctor of University of Florida |

2. Principal Shareholders of Institutional Shareholders

| Name of Institutional Shareholders | Principal Shareholders of Institutional Shareholders |
|---|---|
| Tatung University | None |
| Tatung Senior High School | None |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

Translation of Page 65

**Special Items Recorded**

④ Information of directors, supervisors and general managers of affiliated companies

| Name of Enterprise | Title | Name or Representative | Shareholding Number of shares | Ratio of Shareholding |
|---|---|---|---:|---:|
| Chunghwa Picture Tubes Ltd. | Chairman and general manager | Lin Zhenyuan | 55,128,027 | 1.22% |
| | Director | Representatives of Tatung Co., Ltd.: Tang Yuansheng | 1,550,608,114 | 34.41% |
| | Director | Xie Zhongjian | | |
| | Director | Representatives of Chunghwa Electronics Development Co., Ltd.: | 1,375,021,638 | 30.51% |
| | Director | Lin Weishan | 3,712,135 | 0.08% |
| | Director | Zhong Xianggui | 62,791 | |
| | Director | Wu Xunlong | 61,374 | |
| | Director | Lin Dengbin | 42,673 | |
| | | Lin Hongming | | |
| | | Representatives of Chunghwa Electronics Development Co., Ltd.: | 1,375,021,638 | 30.51% |
| | Supervisor | Lv Xiuzheng | | |
| | Supervisor | Yang Haoer | 26,635 | |
| | Supervisor | Wu Mulang | 27,202 | |
| | Supervisor | Xu Chaoyun | 7,780 | |
| | Supervisor | Yang Bangguang | 89,710 | |
| Taiwan Telecommunication Industry Co., Ltd. | | Representatives of Tatung Co., Ltd. | 900,579 | 99.5% |
| | Chairman | Lin Weishan | | |
| | Director and general manager | Li Huocheng | | |
| | Director | Zheng Linzhe | | |
| | Director | Xu Chaoyun | | |
| | Director | Pan Taiji | | |
| | Director | Liu Deguang | | |
| | Director | Wang Guangyuan | | |
| | Director | Tian Simin | | |
| | Supervisor | Zhang Dexiong | | |
| | Supervisor | Lin Dengbin | | |
| Forward Electronics Co., Ltd. | | Legal representatives of Chunghwa Electronics Development Co., Ltd.: | 31,000,000 | 48.44% |
| | Chairman | Lin Weishan | | |
| | Director and general manager | Lan Rongyu | | |
| | Director | Chen Shengtian | | |
| | Permanent supervisor | Shen Yan | | |
| | Supervisor | Pan Taiji | | |
| | | Legal representatives of Tatung Co., Ltd.: | 15,500,000 | 24.22% |
| | Director | Xu Chaoyun | | |
| | Director | Wang Rongji | | |
| | Director | Chen Fanxiong | | |
| | | Legal representatives of CPTF Optronics Co., Ltd.: | 15,500,000 | 24.22% |
| | Executive director | Lin Zhenyuan | | |
| | Supervisor | Lin Keqing | | |

Translation of Page 68

**Special Items Recorded**

| Name of Enterprise | Title | Name or Representative | Shareholding | |
|---|---|---|---|---|
| | | | Number of shares | Ratio of Shareholding |
| Kuender Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 6,510 | 50% |
| | Chairman | Guo Lin Bilian | | |
| | Director | Lin Guo Wenyan | | |
| | Director | Lu Jintian | | |
| | Supervisor | Lin Jixiong | 1,842 | 14.14% |
| | Director and general manager | Guo Wenzheng | 2,110 | 16.21% |
| | Director | Guo Wenmin | 2,110 | 16.21% |
| Tatung Forestry Construction Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 879,773 | 69.32% |
| | Chairman | Lin Weishan | | |
| | Director | Zhang Dexiong | | |
| | Director | Zhang Sanzhu | | |
| | Director | Weng Jinzhu | | |
| | Director | Hong Zhencheng | | |
| | Director | Lv Jinhui | | |
| | Director | Xiao Yingxiong | | |
| | Director | Lin Jinsheng | | |
| | Supervisor | Yang Haoer | | |
| | Director | Li Tinghe | | |
| | Supervisor | Xu Wengang | | |
| | Director | Chen Jiadong | 342 | 0.03% |
| | Supervisor | Li Tinglin | 31,239 | 2.46% |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 242 | 80.47% |
| | Chairman | Lin Tingsheng | | |
| | Director | Li Tinghe | | |
| | Director | Huang Zhengqing | | |
| | Director | Cao Qingzhong | | |
| | Director | Lin Weishan | 14 | 4.66% |
| | Director | He Mingguo | | |
| | Director | Yang Haoer | | |
| | Director | Hong Zhencheng | | |
| | Supervisor | Lv Jinhui | | |
| | Supervisor | Liao Yinsheng | | |
| Tatung Horticultural Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 994 | 100% |
| | Director | Lin Tingsheng | | |
| | Director and general manager | He Jinwen | | |
| | Chairman | Lin Weishan | | |
| | Director | Si Tuwen | | |
| | Director | Wang Anchong | | |
| | Supervisor | Li Tinghe | | |
| | Supervisor | Sun Bijuan | | |

| Chunghwa Electronics Development Co., Ltd. | Chairman<br>Director and general manager<br>Director<br>Director<br>Director<br>Director | Representatives of Tatung Co., Ltd.:<br><br>Lin Tingsheng<br>Lin Weishan<br><br>Wang Anchong<br>Xiao Yingxiong<br>Wang Guangyuan<br>Huang Zhengqing | 450,275,339 | 86.96% |
|---|---|---|---|---|



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2001.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com