# Exhibit 27



大同公司

股票代碼：2371

# 九十一年度年報



中華民國九十二年五月二十一日
查詢年報網址：http://mops.tse.com.tw



**Tatung Co.**

Stock Code: 2371

# 2002 Annual Report



May 21, 2003

Annual Report Inquiry Website: http://mops.tse.com.tw

### 三、董事、監察人及主要經理人之資料：
（一）董事及監察人資料

單位：新台幣仟元

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 股數 | 選任時持有股份 比率% | 現在持有股份 股數 | 現在持有股份 比率% | 配偶及未成年子女現在持有股份 股數 | 配偶及未成年子女現在持有股份 比率% | 利用他人名義持有股份 股數 | 利用他人名義持有股份 比率% | 主要學歷 | 目前兼任其他公司之職務 | 其他與董事或監察人具有配偶或二親等以內關係之主管、董事或經理人 職稱 | 姓名 | 關係 | 最近年度之酬勞 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 林挺生 | 91.06.20 | 三年 | 191,132,143 | 4.540 | 191,132,143 | 4.540 | 16,493,795 | 0.392 | — | — | 台灣大學畢業 | 中華電子投資公司董事長<br>大同世界公司董事長<br>大同科技公司董事長<br>協志工業叢書公司董事長<br>大同英國公司董事<br>大同通訊公司董事長<br>大同國藝公司董事長<br>大同新加坡電子公司董事長<br>大同戴籙公司董事長<br>台北工業公司董事<br>大同泰國公司董事長 | 董事<br>"<br>"<br>"<br>"<br>" | 林蔚山<br>林蔚東<br>林鎮源<br>林鎮弘<br>柳鄭文艷 | 配偶<br>一親等<br>"<br>"<br>"<br>" | 7,061 |
| 董事 | 林陳秀鑾 | 91.06.20 | 三年 | 16,493,795 | 0.392 | 16,493,795 | 0.392 | 191,132,143 | 4.540 | — | — | 北一女中畢業 | 無 | 董事長<br>董事<br>"<br>"<br>"<br>" | 林挺生<br>林蔚山<br>林蔚東<br>林鎮源<br>林鎮弘<br>柳鄭文艷 | 配偶<br>一親等<br>"<br>"<br>"<br>" | 120 |
| 董事 | 林蔚山 | 91.06.20 | 三年 | 13,146,967 | 0.312 | 13,146,967 | 0.312 | 1,687,287 | 0.040 | — | — | 美國華盛頓大學碩士 | 大同外貿金融公司董事長<br>大同日本公司董事<br>大同世界科技公司董事<br>大同加拿大公司董事<br>大同林業營造公司董事長<br>大同美國公司董事<br>大同英國公司董事<br>大同泰國公司董事長<br>大同電化公司董事長<br>大同發那科公司董事長<br>大同國藝公司董事長<br>大同奧的斯電梯公司董事<br>大同綜合訊電公司董事長 | 董事長<br>董事<br>"<br>"<br>" | 林挺生<br>林陳秀鑾<br>林蔚東<br>林鎮源<br>林鎮弘<br>柳鄭文艷 | 一親等<br>"<br>二親等<br>"<br>"<br>配偶 | 6,599 |

7

# 公司概況

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 股數 | 比率(%) | 現在持有股份 股數 | 比率(%) | 配偶及未成年子女現在持有股份 股數 | 比率(%) | 利用他人名義持有股份 股數 | 比率(%) | 主要學歷 | 目前兼任其他公司之職務 | 運用或之親屬以四親等以內、董事監察人關係 職稱 | 姓名 | 關係 | 最近年度之酬勞 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事 | 林蔚東 | 91.06.20 | 三年 | 13,146,967 | 0.312 | 13,146,967 | 0.312 | 1,341,774 | 0.032 | — | — | 美國威斯康辛大學博士 | 大同堡西公司董事<br>大同檢測公司董事<br>中華映管公司董事<br>中華電子投資公司董事<br>大同電子公司董事<br>台北工業公司董事長<br>台灣通信綜總公司董事<br>台灣通信工業公司董事長<br>協志聯合科技公司董事長<br>尚志半導體公司董事<br>大同電科技(江蘇)公司董事<br>上海聯華雙螺旋體輸公司董事長<br>尚志投資公司董事長<br>大同顯示器墨西哥公司董事長<br>大同電線電纜(泰國)公司董事長<br>協志工業裁書公司董事<br>尚志資體公司董事<br>尚志造漆公司董事長<br>尚志電線(昆山)公司董事長<br>尚志精機公司董事長<br>常州尚志精機公司董事長<br>富士電伙大同泰國公司董事長<br>湖南尚志精機公司董事長<br>福華電子公司董事長<br>富體教育資訊公司董事長 | 董事長<br>董事<br>〃<br>〃<br>〃<br>〃 | 林挺生<br>林陳秀鑾<br>林蔚山<br>林鎮源<br>林鎮弘<br>林郭文艷 | 一親等<br>〃<br>二親等<br>〃<br>〃<br>〃 | 120 |

8

公司概況

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 股數 | 選任時持有股份 比率% | 現在持有股份 股數 | 現在持有股份 比率% | 配偶及未成年子女現在持有股份 股數 | 配偶及未成年子女現在持有股份 比率% | 利用他人名義持有股份 股數 | 利用他人名義持有股份 比率% | 主要學歷 | 目前兼任其他公司之職務 | 其他經理人之親等以內關係人 職稱 | 其他經理人之親等以內關係人 姓名 | 關係 | 最近年度之酬勞 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事 | 林鎮源（已解任） | 91.06.20 | 三年 | 13,143,391 | 0.312 | 13,143,391 | 0.312 | — | — | — | — | 美國南加州大學碩士 | 無 | 董事長 董事 〃 〃 〃 〃 | 林挺生 林蔚東 林蔚山 林蔚東 林鎮弘 林郭文艷 | 一親等 二親等 〃 〃 〃 〃 | 120 |
| 董事 | 林鎮弘 | 91.06.20 | 三年 | 13,147,024 | 0.312 | 13,147,024 | 0.312 | — | — | — | — | 美國南加州大學碩士 | 中華映管公司董事長 大同上海公司董事長 大同奧的斯電梯公司董事長 | 董事長 董事 〃 〃 〃 〃 | 林挺生 林蔚東 林蔚山 林蔚東 林鎮源 林郭文艷 | 一親等 二親等 〃 〃 〃 〃 | 3,306 |
| 董事 | 大同大學 代表人 林郭文艷 | 91.06.20 | 三年 | 共同持有：343,682,719 | 8.163 | 共同持有：343,682,719 | 8.163 | 13,146,967 | 0.312 | — | — | 美國馬利蘭大學碩士 | 大同世界科技公司董事長 大同電子投資股份公司董事長 大同墨西哥公司董事長 | 董事長 董事 〃 〃 〃 董事長 | 林挺生 林蔚東 林蔚山 林蔚東 林鎮源 林鎮弘 | 一親等 〃 二親等 〃 〃 配偶 | 5,028 |
| 董事 | 大同大學 代表人 王光元 | 91.06.20 | 三年 | | | | | 171,274 | 0.004 | — | — | 大同大學畢業 | 中華電子投資公司董事 大同美國公司董事 大同日本公司董事 | 無 | 無 | 無 | 60 |
| 董事 | 大同大學 代表人 余文正 | 92.04.11 | 三年 | | | | | 10,670 | — | — | — | 大同大學畢業 | 大同泰國公司董事 | 無 | 無 | 無 | — |
| 董事 | 大同大學 代表人 田思民 | 91.06.20 | 三年 | | | | | 2,724 | — | — | — | 交通大學畢業 | 大同世界科技公司董事 | 無 | 無 | 無 | 120 |

9

# 公司概況

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 股數 | 選任時持有股份 比率(%) | 現在持有股份 股數 | 現在持有股份 比率(%) | 配偶及未成年子女現在持有股份 股數 | 配偶及未成年子女現在持有股份 比率(%) | 利用他人名義持有股份 股數 | 利用他人名義持有股份 比率(%) | 主要學歷 | 目前兼任其他公司之職務 | 擔任與本公司以關係以關係之其他主管、董事、監察人 職稱 | 姓名 | 關係 | 最近年度之酬勞 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事 | 大同大學 代表人 王明哲 | 91.06.20 | 三年 | | | | | 549 | — | — | — | 大同大學畢業 | 大同綜合訊電公司董事 | 無 | 無 | 無 | 60 |
| 董事 | 大同大學 代表人 潘泰吉 | 91.06.20 | 三年 | | | | | — | — | — | — | 美國北卡大學博士 | 福華電子公司監察人 | 無 | 無 | 無 | 120 |
| 董事 | 大同高級中學 代表人 張益華 | 91.06.20 | 三年 | 共同持有：76,071,860 | 1.807 | 共同持有：76,071,860 | 1.807 | 19,082 | — | — | — | 大同大學畢業 | 大同綜合訊電公司董事 | 無 | 無 | 無 | 120 |
| 董事 | 大同高級中學 代表人 施純華 | 91.06.20 | 三年 | | | | | 3,000 | — | — | — | 大同大學畢業 | 大同日本公司監察人 大同奧的斯電梯公司董事 大同上海公司董事 | 無 | 無 | 無 | 120 |
| 董事 | 大同高級中學 代表人 唐遜生 | 91.06.20 | 三年 | | | | | 4,121 | — | — | — | 美國加州大學碩士 | 中華電子投資公司監察人 大同塞內司公司董事 大同日本公司董事 | 無 | 無 | 無 | 120 |
| 監察人 | 大同大學 代表人 黃正清 | 91.06.20 | 三年 | 共同持有：343,682,719 | 8.163 | 共同持有：343,682,719 | 8.163 | 65,076 | — | — | — | 美國史丹福大學碩士 | 中華電子投資公司董事 | 無 | 無 | 無 | 120 |
| 監察人 | 大同大學 代表人 呂秀正 | 91.06.20 | 三年 | | | | | 9 | — | — | — | 美國南加州大學碩士 | 中華映管公司監察人 | 無 | 無 | 無 | 60 |
| 監察人 | 大同高級中學 代表人 江平山 | 91.06.20 | 三年 | | | | | 2,535 | — | — | — | 美國加州大學碩士 | 無 | 無 | 無 | 無 | 120 |
| 監察人 | 大同高級中學 代表人 洪職城 | 91.06.20 | 三年 | 共同持有：76,071,860 | 1.807 | 共同持有：76,071,860 | 1.807 | 30,572 | — | — | — | 美國佛羅里達大學碩士 | 尚志造漆公司董事 | 無 | 無 | 無 | 120 |

註：各董事、監察人目前兼任其他投資公司之職務，請參照第99～107頁(4)關係企業董事、監察人及總經理資料。

10

# 特別記載事項

| 企業名稱 | 職稱 | 姓名或代表人 | 持有股份 股數 | 持股比例 |
|---|---|---|---|---|
| | 董　　　　事 | 李　廷　河 | 441 股 | 0.03% |
| | 監　察　人 | 許　文　剛 | | |
| | 監　察　人 | 李　廷　霖 | 31,239 股 | 2.46% |
| 協志工業叢書股份有限公司 | | 大同(股)公司代表人： | 242 股 | 6.91% |
| | 董　事　長 | 林　挺　生 | | |
| | 董　　　　事 | 李　廷　河 | | |
| | 董　　　　事 | 林　蔚　山 | | |
| | 董　　　　事 | 洪　賑　城 | | |
| | 總　經　理 | 彭　錦　淮 | | |
| | | 台北市協志工業振興會代表人： | 14 股 | 0.4% |
| | 董　　　　事 | 何　明　果 | | |
| | 董　　　　事 | 楊　浩　二 | | |
| | 董　　　　事 | 曹　慶　忠 | | |
| | | 大同大學代表人： | 14 股 | 0.4% |
| | 董　　　　事 | 黃　正　清 | | |
| | | 大同林業營造(股)公司代表人： | 14 股 | 0.4% |
| | 監　察　人 | 呂　金　輝 | | |
| | | 台北市私立大同高級中學代表人： | 14 股 | 0.4% |
| | 監　察　人 | 廖　銀　盛 | | |
| 大同園藝股份有限公司 | | 大同(股)公司代表人： | 2,200 股 | 100% |
| | 董　　　　事 | 林　挺　生 | | |
| | 董事兼總經理 | 何　錦　玫 | | |
| | 董　事　長 | 林　蔚　山 | | |
| | 董　　　　事 | 司　徒　雯 | | |
| | 董　　　　事 | 王　安　崇 | | |
| | 監　察　人 | 李　廷　河 | | |
| | 監　察　人 | 孫　碧　娟 | | |
| 中華電子投資股份有限公司 | | 大同(股)公司代表人： | 450,275,339 股 | 86.96% |
| | 董　事　長 | 林　挺　生 | | |
| | 董事兼總經理 | 林　蔚　山 | | |
| | 董　　　　事 | 王　安　崇 | | |
| | 董　　　　事 | 蕭　英　雄 | | |
| | 董　　　　事 | 王　光　元 | | |
| | 董　　　　事 | 黃　正　清 | | |
| | | 中華開發工業銀行(股)公司代表人： | 39,199,020 股 | 7.57% |
| | 董　　　　事 | 陳　瑞　勳 | | |
| | 董　　　　事 | 方　鳳　山 | | |
| | | 富國投資(股)公司代表人： | 13,675,777 股 | 2.64% |
| | 董　　　　事 | 陳　盛　沺 | | |
| | 董　　　　事 | 何　恆　春 | | |
| | | 歌林(股)公司代表人： | 8,538,550 股 | 1.65% |
| | 董　　　　事 | 陳　振　家 | | |
| | | 中興電工機械(股)公司代表人： | 2,925,300 股 | 0.56% |
| | 董　　　　事 | 江　義　福 | | |
| | | 大同(股)公司代表人： | 450,275,339 股 | 86.96% |
| | 監　察　人 | 唐　遠　生 | | |

Translation of Page 7

Company Profile

## III. Information of the Directors, Supervisors and Main Managers:

### (I) Information of Directors and supervisors

Unit: NTD 1,000

| Title | Name | Selection Date (Assuming office) | Term of office | Shareholding at Selection | | Shareholding at Present | | Shareholding of spouse and minor children at present | | Shareholding in the name of others | | Main Experiences (Education) | Current position in other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | | Rewards received in the most recent years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Proportion (%) | Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship | |
| Chairman | Lin Tingsheng | June 20, 2002 | Three years | 191,132,143 | 4.540 | 191,132,143 | 4.540 | 16,493,795 | 0.392 | - | - | Graduated from Taiwan University | Chairman of Chunghwa Electronics Development Co., Ltd.<br>Chairman of Tatung World Co., Ltd.<br>Chairman of Tatung System Technologies Inc.<br>Chairman of Xiezhi Industrial Series Publishing Co., Ltd.<br>Director of Tatung England Co., Ltd.<br>Chairman of Tatung Communication Co., Ltd.<br>Director of Tatung Horticulture Co., Ltd.<br>Chairman of Tatung Singapore Electronics Co., Ltd.<br>Chairman of Tatung Die Casting Co., Ltd.<br>Director of Taipei Industrial Co., Ltd.<br>Chairman of Tatung Thailand Co., Ltd. | Director<br>//<br>//<br>//<br>// | Lin Chen Xiuluan<br>Lin Weishan<br>Lin Weidong<br>Lin Zhenyuan<br>Lin Zhenhong<br>Lin Guo Wenyan | Spouse<br>First-degree relative<br>//<br>//<br>//<br>// | 7,061 |
| Director | Lin Chen Xiuluan | June 20, 2002 | Three years | 16,493,795 | 0.392 | 16,493,795 | 0.392 | 191,132,143 | 4.540 | - | - | Taipei First Girls' High School | None | Chairman Director<br>//<br>//<br>//<br>// | Lin Tingsheng<br>Lin Weishan<br>Lin Weidong<br>Lin Zhenyuan<br>Lin Zhenhong<br>Lin Guo Wenyan | Spouse<br>First-degree relative<br>//<br>//<br>//<br>// | 120 |
| Director | Lin Weishan | June 20, 2002 | Three years | 13,146,967 | 0.312 | 13,146,967 | 0.312 | 1,687,287 | 0.040 | - | - | Master of University of Washington | Chairman of Tatung Chugai Precious Metals Co., Ltd.<br>Director of Tatung Japan Co., Ltd.<br>Director of Tatung World Co., Ltd.<br>Director of Tatung System Technologies Inc.<br>Director of Tatung Canada Co., Ltd.<br>Director of Forestry Construction Co., Ltd.<br>Director of Tatung America Co., Ltd.<br>Director of Tatung Company of British<br>Director of Tatung Thailand Co., Ltd.<br>Chairman of Tatung Electrochemical Co., Ltd.<br>Chairman of Tatung Fanuc Co., Ltd.<br>Chairman of Tatung Horticulture Co., Ltd.<br>Director of Tatung Otis Elevator Company<br>Chairman of Tatung Consumer Products (Taiwan) Co., Ltd. | Chairman Director<br>//<br>//<br>//<br>// | Lin Tingsheng<br>Lin Chen Xiuluan<br>Lin Weidong<br>Lin Zhenyuan<br>Lin Zhenhong<br>Lin Guo Wenyan | First-degree relative<br>//<br>Second-degree relative<br>//<br>//<br>Spouse | 6,599 |

# Translation of Page 8

## Company Profile

| Title | Name | Selection Date (Assuming office) | Term of office | Shareholding at selection | | Shareholding at Present | | Shareholding of spouse and minor children at present | | Shareholding in the name of others | | Main experiences (education) | Current position in other companies | Other officers, directors or supervisor within the relationship of spouse and second degree | | | Rewards received in the most recent years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | | | Position | Name | Relationship | |
| | | | | | | | | - | - | | | | Director of Tatung Mexico Co., Ltd.<br>Director of Tatung Test Co., Ltd.<br>Director of Chunghwa Picture Tubes Ltd.<br>Director of Chunghwa Electronics Development Co., Ltd.<br>Director of Tatung Electronics Co., Ltd.<br>Chairman of Taipei Industrial Co., Ltd.<br>Director of Taiwan Communication (Fujian) Co., Ltd.<br>Chairman of Taiwan Telecommunication Industry Co., Ltd.<br>Chairman of Shan Chih International Express Co., Ltd.<br>Chairman of San Chih Semiconductor Co., Ltd.<br>Director of Tatung Electronics Technology (Jiangsu) Co., Ltd.<br>Director of Shanghai Qixiang Container Transportation Co., Ltd.<br>Chairman of San Chih Investment Co., Ltd.<br>Director of Tatung Display Mexico Co., Ltd.<br>Director of Tatung Wire and Cable (Thailand) Co., Ltd.<br>Director of Hsieh-Chih Industrial Library Publishing Co., Ltd.<br>Director of San Chih Container Co., Ltd.<br>Chairman of San Chih Paint Co., Ltd.<br>Chairman of San Chih Paint (Kunshan) Co., Ltd.<br>Chairman of San Chih Precision Machinery Co., Ltd.<br>Chairman of Changzhou San Chih Precision Machinery Co., Ltd.<br>Director of Fuji Electrochemical Tatung Thailand Co., Ltd.<br>Chairman of Hunan San Chih Precision Machinery Co., Ltd.<br>Chairman of Forward Electronics Co., Ltd. | | | | |
| Director | Lin Weidong | June 20, 2002 | Three years | 13,146,967 | 0.312 | 13,146,967 | 0.312 | 1,341,774 | 0.032 | - | - | Doctorate of Pepperdine University, U.S.A. | Chairman of Fuding Securities Investment Trust Co., Ltd. | Chairman Director<br>//<br>//<br>//<br>// | Lin Tingsheng<br>Lin Chen Xiuluan<br>Lin Weishan<br>Lin Zhenyuan<br>Lin Zhenhong<br>Lin Guo Wenyan | First-degree relative<br>//<br>Second-degree relative<br>//<br>//<br>// | 120 |

## Translation of Page 9

**Company Profile**

| Title | Name | Selection Date (Assuming office) | Term of office | Shareholding at selection | | Shareholding at Present | | Shareholding of spouse and minor children at present | | Shareholding in the name of others | | Main experiences (education) | Current position in other companies | Other officers, directors or supervisor within the relationship of spouse and second degree | | | Rewards received in the most recent years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | | | Position | Name | Relationship | |
| Director | Lin Zhengyuan (relieved) | June 20, 2002 | Three years | 13,143,391 | 0.312 | 13,143,391 | 0.312 | - | - | - | - | Master of University of Southern California | None | Chairman Director // // // // | Lin Tingsheng Lin Chen Xiuluan Lin Weishan Lin Weidong Lin Zhenhong Lin Guo Wenyan | First-degree relative // Second-degree relative // // // | 120 |
| Director | Lin Zhenhong | June 20, 2002 | Three years | 13,147,024 | 0.312 | 13,147,024 | 0.312 | - | - | - | - | Master of University of Southern California | Chairman of Chunghwa Picture Tubes Ltd. Chairman of Tatung (Shanghai) Co., Ltd. Chairman of Tatung Otis Elevator Company | Chairman Director // // // // | Lin Tingsheng Lin Chen Xiuluan Lin Weishan Lin Weidong Lin Zhenyuan Lin Guo Wenyan | First-degree relative // Second-degree relative // // // | 3,306 |
| Director | Representative of Tatung University Guo Wenyan | June 20, 2002 | Three years | Common holding of shares: 343,682,719 | 8,163 | Common holding of shares: 343,682,719 | 8,163 | 13,146,967 | 0.312 | - | - | Master's Degree of University of Maryland | Chairman of Tatung System Technologies Inc. Chairman of Tatung Electronics Technology (Jiangsu) Co., Ltd. Chairman of Tatung (Mexico) Co., Ltd. | Chairman Director // // // Director | Lin Tingsheng Lin Chenxiuluan Lin Weidong Lin Zhenyuan Lin Zhenhong Lin Weishan | First-degree relative // Second-degree relative // // // Spouse | 5,028 |
| Director | Representative of Tatung University Wang Guangyuan | June 20, 2002 | Three years | | | | | 171,274 | 0.004 | - | - | Tatung University | Director of Chunghwa Electronic Investment Co., Ltd. Director of Tatung Company of America Inc. Director of Tatung Company of Japan INC | None | None | None | 60 |
| Director | Representative of Tatung University Yu Wenzheng | April 11, 2003 | Three years | | | | | 10,670 | - | - | - | Tatung University | Director of Tatung (Thailand) Co., Ltd. | None | None | None | - |
| Director | Representative of Tatung University Tian Simin | June 20, 2002 | Three years | | | | | 2,724 | - | - | - | University of Communication | Director of Tatung System Technologies Inc. | None | None | None | 120 |

## Translation of Page 10

**Company Profile**

| Title | Name | Selection Date (Assuming office) | Term of office | Shareholding at selection | | Shareholding at Present | | Shareholding of spouse and minor children at present | | Shareholding in the name of others | | Main experiences (education) | Current position in other companies | Other officers, directors or supervisor within the relationship of spouse and second degree | | | Rewards received in the most recent years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship | |
| Director | Representative of Tatung University Wang Mingzhe | June 20, 2002 | Three years | | | | | 549 | - | | | Graduated from Tatung University | Director of Tatung Consumer Products (Taiwan) Co., Ltd. | None | None | None | 60 |
| Director | Representative of Tatung University Pan Taij | June 20, 2002 | Three years | | | | | | - | | | Doctor of The University of North Carolina | Supervisor of Forward Electronics Co., Ltd. | None | None | None | 120 |
| Director | Representative of Tatung Senior High School Zhang Yihua | June 20, 2002 | Three years | | | | | 19,082 | - | | | Graduated from Tatung University | Director of Tatung Consumer Products (Taiwan) Co., Ltd. | None | None | None | 120 |
| Director | Representative of Tatung Senior High School Shi Chunshi | June 20, 2002 | Three years | Common holding of shares: 76,071,860 | 1.807 | Common holding of shares: 76,071,860 | 1.807 | 3,000 | - | | | Graduated from Tatung University | Supervisor of Tatung Japan Co., Ltd. Director of Tatung Otis Elevator Company Director of Tatung Shanghai Co., Ltd. | None | None | None | 120 |
| Director | Representative of Tatung Senior High School Tang Yuansheng | June 20, 2002 | Three years | | | | | 4,121 | - | | | Master of University of California | Supervisor of Chunghwa Electronic Investment Co., Ltd. Director of Tatung Mexico Co., Ltd. Director of Tatung Japan Co., Ltd. | None | None | None | 120 |
| Supervisor | Representative of Tatung University Huang Zhengqing | June 20, 2002 | Three years | Common holding of shares: 343,682,719 | 8.163 | Common holding of shares: 343,682,719 | 8.163 | 65,076 | - | | | Master of Stanford University | Director of Chunghwa Electronic Investment Co., Ltd. | None | None | None | 120 |
| Supervisor | Representative of Tatung University Lv Xiuzheng | June 20, 2002 | Three years | | | | | 9 | - | | | Master of University of Southern California | Supervisor of Chunghwa Picture Tubes Ltd. | None | None | None | 60 |
| Supervisor | Representative of Tatung High School Jiang Pingshan | June 20, 2002 | Three years | Common holding of shares: 76,071,860 | 1.807 | Common holding of shares: 76,071,860 | 1.807 | 2,535 | - | | | Master of University of California | None | None | None | None | 120 |
| Supervisor | Representative of Tatung Senior High School Hong Zhencheng | June 20, 2002 | Three years | | | | | 30,572 | - | | | Doctor of University of Florida | Director of San Chih Paint Co., Ltd. | None | None | None | 120 |

Note: All directors and supervisor are assuming their additional posts in other investment companies, please see page 99~107 for (IV) Information of directors, supervisors and general managers in affiliated companies.

## Translation of Page 100

**Special Items Recorded**

| Name of Enterprise | Title | Name or Representative | Shareholding | |
| --- | --- | --- | --- | --- |
| | | | Number of shares | Proportion of Shareholding |
| | Director | Li Tinghe | 441 | 0.03% |
| | Supervisor | Xu Wengang | | |
| | Supervisor | Li Tinglin | 31,239 | 2.46% |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 242 | 6.91% |
| | Chairman | Li Tingsheng | | |
| | Director | Li Tinghe | | |
| | Director | Lin Weishan | | |
| | Director | Hong Zhencheng | | |
| | General manager | Peng Jinhuai | | |
| | | Representatives of Taipei Hsieh-Chih Industrial Revitalization Institute: | 14 | 0.4% |
| | Director | He Mingguo | | |
| | Director | Yang Haoer | | |
| | Director | Cao Qingzhong | | |
| | | Representative of Tatung University: | 14 | 0.4% |
| | Director | Huang Zhengqing | | |
| | | Representative of Tatung Forestry Construction Co., Ltd.: | 14 | 0.4% |
| | Supervisor | Lv Jinhui | | |
| | | Representative of Taipei Private Tatung Senior High School: | 14 | 0.4% |
| | Supervisor | Liao Yinsheng | | |
| Tatung Horticultural Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 2,200 | 100% |
| | Director | Lin Tingsheng | | |
| | Director and general manager | He Jinwen | | |
| | Chairman | Lin Weishan | | |
| | Director | Situ Wen | | |
| | Director | Wang Anchong | | |
| | Supervisor | Li Tinghe | | |
| | Supervisor | Sun Bijuan | | |
| Chunghwa Electronics Development Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 450,275,339 | 86.96% |
| | Chairman | Lin Tingsheng | | |
| | Director and general manager | Lin Weisheng | | |
| | Director | Wang Anchong | | |
| | Director | Xiao Yingxiong | | |
| | Director | Wang Guangyuan | | |
| | Director | Huang Zhengqing | | |
| | | Representatives of China Development Financial Holding Corporation: | 39,199,020 | 7.57% |
| | Director | Chen Ruidong | | |
| | Director | Fang Fengshan | | |
| | | Representatives of Wells Fargo Investment Co., Ltd.: | 13,675,777 | 2.64% |
| | Director | Chen Shengtian | | |
| | Director | He Huchun | | |
| | | Representative of Kolin Inc.: | 8,538,550 | 1.65% |
| | Director | Chen Zhengjia | | |
| | | Representative of Chung Hsin Electric & Machinery Mfg. Corp. Ltd.: | 2,925,300 | 0.56% |
| | Director | Jiang Yifu | | |
| | | Representative of Tatung Co., Ltd.: | 450,275,339 | 86.96% |
| | Supervisor | Tang Yuansheng | | |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2002.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com