# Exhibit 28



查詢年報網址：http://mops.tse.com.tw

# 大同公司92年度年報

股票代碼　2371

中華民國九十三年五月十四日 刊印
查詢年報網址：http://mops.tse.com.tw



# 2003 Annual Report of Tatung Co.

Stock Code: 2371

Date Published: May 14, 2004
Annual Report Inquiry Website: http://mops.tse.com.tw

## 董事、監察人及主要經理人之資料：

### (一) 董事及監察人資料

單位：新台幣仟元
93年5月14日

| 職 稱 | 姓 名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股份 | | 配偶、未成年子女現在持有股份 | | 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 | | | 最近年度之酬勞及其他給付 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股 數 | 比率(%) | 股 數 | 比率(%) | 股 數 | 比率(%) | 股 數 | 比率(%) | | | 職稱 | 姓 名 | 關係 | |
| 董事長 | 林挺生 | 91.06.20 | 三年 | 39.04.11 | 191,132,143 | 4.553 | 186,132,143 | 4.434 | 16,493,795 | 0.393 | — | — | 台灣大學畢業 | 大同公司董事長<br>大同泰國公司董事長<br>大同新加坡電子公司董事長<br>中華電子投資公司董事長 | 董事<br>〃<br>〃<br>〃 | 林陳秀鸞<br>林蔚山<br>林蔚東<br>林鎮弘<br>林郭文艷 | 配偶<br>一親等<br>〃<br>〃<br>〃 | 7,021 |
| 董 事 | 林陳秀鸞 | 91.06.20 | 三年 | 58.05.25 | 16,493,795 | 0.393 | 16,493,795 | 0.393 | 186,132,143 | 4.434 | — | — | 北一女中畢業 | 無 | 董事長<br>董事<br>〃<br>〃<br>〃 | 林挺生<br>林蔚山<br>林蔚東<br>林鎮弘<br>林郭文艷 | 配偶<br>一親等<br>〃<br>〃<br>〃 | 20 |
| 董 事 | 林蔚山 | 91.06.20 | 三年 | 61.04.14 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,687,287 | 0.040 | — | — | 美國華盛頓大學碩士 | 大同公司總經理<br>中華映管公司董事<br>大同綜合訊電公司董事長<br>福華電子公司董事長<br>台灣通信工業公司董事長<br>尚志精機公司董事長<br>尚志半導體公司董事長<br>尚志精密化學公司董事長<br>大同發那科公司董事長<br>尚志資產開發公司董事長<br>拓志光機電公司董事長 | 董事長<br>董事<br>〃<br>〃<br>〃 | 林挺生<br>林陳秀鸞<br>林蔚東<br>林鎮弘<br>林郭文艷 | 一親等<br>〃<br>二親等<br>〃<br>配偶 | 20 |
| 董 事 | 林蔚東 | 91.06.20 | 三年 | 85.06.06 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,341,774 | 0.032 | — | — | 美國垮波坦大學博士 | 富鼎證券投資信託公司董事長 | 董事長<br>董事<br>〃<br>〃<br>〃 | 林挺生<br>林陳秀鸞<br>林蔚山<br>林鎮弘<br>林郭文艷 | 一親等<br>〃<br>〃<br>二親等<br>〃 | 20 |

| 職稱 | 姓名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 比率(%) | 現在持有股份 股數 | 現在持有股份 比率(%) | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 比率(%) | 利用他人名義持有股份 股數 | 利用他人名義持有股份 比率(%) | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 姓名 | 關係 | 最近年度之酬勞及其他給付 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事 | 林鎮弘 | 91.06.20 | 三年 | 85.06.06 | 13,147,024 | 0.313 | 13,147,024 | 0.313 | — | — | — | — | 美國南加州大學碩士 | 中華映管公司董事長 | 董事長 董事 〃 〃 | 林挺生 林陳秀鑾 林蔚山 林蔚東 林郭文艷 | 一親等 〃 二親等 〃 〃 | 20 |
| 董事 | 大同大學代表人 林郭文艷 | 91.06.20 | 三年 | 85.06.06 | 共同持有 343,682,719 | 8,187 | 共同持有 343,682,719 | 8,187 | 13,146,967 | 0.313 | — | — | 美國馬利蘭大學碩士 | 大同公司執行副總經理 大同世界科技公司董事長 大同墨西哥公司董事長 大同電子科技(江蘇)公司董事長 大同電線電纜科技(江蘇)董事長 大同荷蘭公司總經理 | 董事長 董事 〃 〃 | 林挺生 林陳秀鑾 林蔚東 林鎮弘 林蔚山 | 一親等 〃 二親等 〃 配偶 | 20 |
| 董事 | 大同大學代表人 王光元 | 91.06.20 | 三年 | 91.06.20 | | | | | 171,274 | 0.004 | | | 大同大學畢業 | 大同公司全球運籌管理處暨電腦廠協理 | 無 | 無 | 無 | 20 |
| 董事 | 大同大學代表人 余文正 | 92.04.11 | 三年 | 92.04.11 | | | | | 10,670 | — | — | — | 大同大學畢業 | 大同公司財務協理 | 無 | 無 | 無 | - |
| 董事 | 大同大學代表人 田思民 | 91.06.20 | 三年 | 88.06.24 | | | | | 2,724 | — | — | — | 交通大學畢業 | 大同世界科技總經理 | 無 | 無 | 無 | 20 |

| 職稱 | 姓名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股份 | | 配偶、未成年子女現在持有股份 | | 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 | | | 最近年度之酬勞及其他給付 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 比率(%) | 股數 | 比率(%) | 股數 | 比率(%) | 股數 | 比率(%) | | | 職稱 | 姓名 | 關係 | |
| 董事 | 大同大學代表人 王明哲 | 91.06.20 | 三年 | 91.06.20 | | | | | 549 | — | — | — | 大同大學畢業 | 大同公司經營委員會主任委員 | 無 | 無 | 無 | 20 |
| 董事 | 大同大學代表人 潘泰吉 | 91.06.20 | 三年 | 88.06.24 | | | | | — | — | — | — | 美國北卡大學博士 | 大同公司多媒體通訊事業處處長 | 無 | 無 | 無 | 20 |
| 董事 | 大同高級中學代表人 張益華 | 91.06.20 | 三年 | 86.07.17 | | | | | 19,082 | — | — | — | 大同大學畢業 | 大同公司祕書處祕書長 | 無 | 無 | 無 | 20 |
| 董事 | 大同高級中學代表人 施純事 | 91.06.20 | 三年 | 86.07.17 | 共同持有 76,071,860 | 1.812 | 共同持有 76,071,860 | 1.812 | 3,000 | — | — | — | 大同大學畢業 | 大同公司重電事業部協理 | 無 | 無 | 無 | 20 |
| 董事 | 大同高級中學代表人 唐逵生 | 91.06.20 | 三年 | 88.09.07 | | | | | 4,121 | — | — | — | 美國加州大學碩士 | 大同公司新事業育成處協理 | 無 | 無 | 無 | 20 |
| 監察人 | 大同大學代表人 黃正清 | 91.06.20 | 三年 | 87.05.21 | | | | | 65,076 | — | — | — | 美國史丹福大學碩士 | 大同公司中央研究所副所長 | 無 | 無 | 無 | 20 |
| 監察人 | 大同大學代表人 呂秀正 | 91.06.20 | 三年 | 91.06.20 | 共同持有 343,682,719 | 8.187 | 共同持有 343,682,719 | 8.187 | 9 | — | — | — | 美國南加州大學碩士 | 中華映管公司監察人 | 無 | 無 | 無 | 20 |

| 職稱 | 姓名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 比率(%) | 現在持有股份 股數 | 現在持有股份 比率(%) | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 比率(%) | 利用他人名義持有股份 股數 | 利用他人名義持有股份 比率(%) | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 姓名 | 關係 | 最近年度之酬勞及其他給付 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 監察人 | 大同高級中學代表人 江平山 | 91.06.20 | 三年 | 86.07.17 | 共同持有 76,071,860 | 1.812 | 共同持有 76,071,860 | 1.812 | 2,535 | — | — | — | 美國加州大學碩士 | 無 | 無 | 無 | 無 | 20 |
| 監察人 | 大同高級中學代表人 洪脈城 | 91.06.20 | 三年 | 86.07.17 | | | | | 30,572 | — | — | — | 美國佛羅里達大學博士 | 大同大學化工系教授 | 無 | 無 | 無 | 20 |

註：各董事、監察人目前兼任其他投資公司之職務，請參閱第 101～109 頁（4）關係企業董事、監察人及總經理資料。

## （二）法人股東之主要股東

93年4月16日

| 法人股東名稱 | 法人股東之主要股東 |
|---|---|
| 大同大學 | 無 |
| 大同高級中學 | 無 |

註：學校為財團法人，故無主要股東。

16

公司概況

(2) 關係企業持股情形、基本資料及其營運概況

| 轉投資事業名稱 | 本公司投資 | | 直接或間接控制事業之投資 | | 綜合投資 | | 設立日期 | 地址 |
|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比例(%) | 股數 | 持股比例(%) | 股數 | 持股比例(%) | | |
| 中華映管(股)公司 | 1,236,185,149 | 21.18 | 1,375,021,638 | 23.34 | 2,611,206,787 | 44.52 | 60.05 | 台北市中山北路三段22號 |
| 大同世界科技(股)公司 | 36,382,494 | 72.77 | 0 | 0.00 | 36,382,494 | 72.77 | 89.05 | 台北市中山北路三段22號 |
| 福華電子(股)公司 | 19,375,000 | 23.48 | 51,285,000 | 62.16 | 70,660,000 | 85.64 | 59.08 | 台北市中山北路三段22號 |
| 台灣通信工業(股)公司 | 1,320,579 | 99.97 | 0 | 0.00 | 1,320,579 | 99.97 | 47.03 | 台北市中山北路三段22號 |
| 尚志半導體(股)公司 | 39,999,994 | 47.06 | 45,000,000 | 52.94 | 84,999,994 | 100.00 | 84.07 | 台北市中山北路三段22號 |
| 中研科技(股)公司 | 9,000,000 | 100.00 | 0 | 0.00 | 9,000,000 | 100.00 | 86.08 | 台北市中山北路三段22號 |
| 大同電化(股)公司 | 11,000,000 | 100.00 | 0 | 0.00 | 11,000,000 | 100.00 | 76.06 | 台北市中山北路三段22號 |
| 大同綜合訊電(股)公司 | 24,999,993 | 100.00 | 0 | 0.00 | 24,999,993 | 100.00 | 89.10 | 台北市中山北路三段22號 |
| 大同奧的斯電梯(股)公司 | 99,999 | 50.00 | 0 | 0.00 | 99,999 | 50.00 | 73.07 | 台北市中山北路三段22號 |
| 大同大隈(股)公司 | 5,800,000 | 50.00 | 0 | 0.00 | 5,800,000 | 50.00 | 86.06 | 台北市中山北路三段22號 |
| 大同住重減速機(股)公司 | 4,500,000 | 60.00 | 0 | 0.00 | 4,500,000 | 60.00 | 85.04 | 台北市中山北路三段22號 |
| 大同發那科自動化(股)公司 | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | 83.06 | 台北市中山北路三段22號 |
| 坤德(股)公司 | 7,161 | 50.00 | 0 | 0.00 | 7,161 | 50.00 | 66.01 | 台北市中山北路三段22號 |
| 尚志精密化學(股)公司 | 12,000,000 | 80.00 | 0 | 0.00 | 12,000,000 | 80.00 | 69.03 | 台北市中山北路三段22號 |
| 尚志化工(股)公司 | 8,700,000 | 100.00 | 0 | 0.00 | 8,700,000 | 100.00 | 68.04 | 台北市中山北路三段22號 |
| 大同林業營造(股)公司 | 879,773 | 69.33 | 280,059 | 22.07 | 1,159,832 | 91.40 | 39.06 | 台北市中山北路三段22號 |
| 台北工業(股)公司 | 542,475 | 49.32 | 0 | 0.00 | 542,475 | 49.32 | 39.03 | 台北市中山北路三段22號 |
| 尚志資產開發(股)公司 | 4,409,271 | 100.00 | 0 | 0.00 | 4,409,271 | 100.00 | 55.06 | 台北市中山北路三段22號 |
| 中華電子投資(股)公司 | 450,275,339 | 86.96 | 1,462,650 | 0.27 | 451,737,989 | 87.23 | 59.02 | 台北市中山北路三段22號 |
| 大同中外貴金屬(股)公司 | 174,990 | 50.00 | 0 | 0.00 | 174,990 | 50.00 | 62.10 | 台北市中山北路三段22號 |
| 尚志精機(股)公司 | 356,995 | 51.00 | 0 | 0.00 | 356,995 | 51.00 | 66.09 | 台北市中山北路三段22號 |
| 大同壓鑄(股)公司 | 78,794 | 51.00 | 0 | 0.00 | 78,794 | 51.00 | 60.11 | 台北市中山北路三段22號 |
| 大同園藝生技(股)公司 | 1,000 | 45.45 | 1,200 | 54.54 | 2,200 | 99.99 | 61.05 | 台北市中山北路三段22號 |
| 大同亞瑟頓(股)公司 | 2,800,000 | 50.00 | 0 | 0.00 | 2,800,000 | 50.00 | 85.10 | 台北市中山北路三段22號 |
| 尚志國際通運(股)公司 | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | 62.12 | 台北市中山北路三段22號 |
| 協志工業叢書出版(股)公司 | 242 | 6.91 | 3,216 | 93.09 | 3,458 | 100.00 | 48.03 | 台北市中山北路三段40號 |
| 大同泰國(股)公司 | 67,500,000 | 100.00 | 0 | 0.00 | 67,500,000 | 100.00 | 78.10 | 700/50,52,54 MOO 6, T. NONGMAIDANG, MUANG, CHONBURI, THAILAND |
| 大同日本(股)公司 | 15,000 | 100.00 | 0 | 0.00 | 15,000 | 100.00 | 64.08 | 東京都中央區銀座4-10-5三幸ビル本館1-2階 |
| 大同新加坡電子(股)公司 | 3,600,000 | 90.00 | 0 | 0.00 | 3,600,000 | 90.00 | 61.09 | NO.4, FIRST LOKYANG ROAD, Jurong Town, SINGAPORE |
| 富士電化大同泰國(股)公司 | 150,000 | 50.00 | 0 | 0.00 | 150,000 | 50.00 | 80.07 | 700/49 MOO 1, AMATA NAKORN INDUSTRIAL ESTATE, BANGNA-TRAD RD., KM 57 TAMBOL BAN-KAO, AMPHUR PHAN THONG CHONBURI 20160 THAILAND |

Translation of Page 13

**Management Information of Directors, Supervisors and Main Managers:**
**(I) Information of directors and supervisors**

Unit: NTD 1,000
May 14, 2004

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | | Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | | Rewards and other payments received in the most recent year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship | |
| Chairman | Lin Tingsheng | June 20, 2002 | Three years | April 11, 1950 | 191,132,143 | 4.553 | 186,132,143 | 4.434 | 16,493,795 | 0.393 | - | - | Graduated from Taiwan University | Chairman of Tatung Co. Chairman of Tatung Thailand Co., Ltd. Chairman of Tatung Singapore Motor Co., Ltd. Chairman of Chunghwa Electronics Development Co., Ltd. | Director // // // | Lin Chen Xiuluan Lin Weishan Lin Weidong Lin Zhenhong Lin Guo Wenyan | Spouse First degree of relationship // // // | 7,021 |
| Director | Lin Chen Xiuluan | June 20, 2002 | Three years | May 25, 1969 | 16,493,795 | 0.393 | 16,493,795 | 0.393 | 186,132,143 | 4.434 | - | - | Graduated from Taipei First Girls' Senior High School | None | Chairman Director // // // | Lin Tingsheng Lin Weishan Lin Weidong Lin Zhenhong Lin Guo Wenyuan | Spouse First degree of relationship // // // | 20 |
| Director | Lin Weishan | June 20, 2002 | Three years | April 14, 1972 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,687,287 | 0.040 | - | - | Master of University of Washington, US | General Manager of Tatung Co. Director of Chunghwa Picture Tubes Ltd. Chairman of Tatung Consumer Products | Chairman Director // // | Lin Tingsheng Lin Chen Xiuluan Lin Weidong Lin | First degree of relationship // Second degree of relationship // Spouse | 20 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | (Taiwan) Co., Ltd. Chairman of Forward Electronics Co., Ltd. Chairman of Taiwan Telecommunication Industry Company Chairman of San Chih Precise Machine Co., Ltd. Chairman of San Chih Semiconductor Inc. Chairman of San Chih Fine Chemicals Co., Ltd. Chairman of Tatung Fanuc Automation Co., Ltd. Chairman of San Chih Asset Development Co., Ltd. Chairman of Toes Opto-Mechatronics Company Limited | | // | Zhenhong Lin Guo Wenyuan | | |
| Director | Lin Weidong | June 20, 2002 | Three years | June 6, 1996 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,341,774 | 0.032 | - | - | Doctor of Pepperdine University, U.S.A. | Chairman of Fuding Securities Investment Trust Co., Ltd. | Chairman Director // // // | Lin Tingsheng Lin Chen Xiuluan Lin Weishan Lin Zhenhong Lin Guo Wenyuan | First degree of relationship // Second degree of relationship // | 20 |

Translation of Page 14

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | | Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | | Rewards and other payments received in the most recent year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship | |
| Director | Lin Zhenhong | June 20, 2002 | Three years | June 6, 1996 | 13,147,024 | 0.313 | 13,147,024 | 0.313 | - | - | - | - | Master of University of Southern California, US | Chairman of Chunghwa Picture Tubes Ltd. | Chairman | Lin Tingsheng | First degree of relationship | 20 |
| | | | | | | | | | | | | | | | Director | Lin Chen Xiuluan | // | |
| | | | | | | | | | | | | | | | // | Lin Weishan | Second degree of relationship | |
| | | | | | | | | | | | | | | | // | Lin Weidong | // | |
| | | | | | | | | | | | | | | | | Lin Guo Wenyuan | // | |
| Director | Lin Guo Wenyuan, representative of Tatung University | June 20, 2002 | Three years | June 6, 1996 | Common holding of shares: 343,682,719 | 8,187 | Common holding of shares: 343,682,719 | 8,187 | 13,146,967 | 0.313 | - | - | Master of University of Maryland, US | Executive Vice Manager of Tatung Co. Chairman of Tatung System Technologies Inc. Chairman of Tatung Mexico Co., Ltd. Chairman of Tatung Electronics Technology (Jiangsu) Co., Ltd. Chairman of Tatung Wire and Cable Technology (Jiangsu) Co., Ltd. General Manager of Tatung Netherlands | Chairman | Lin Tingsheng | First degree of relationship | 20 |
| | | | | | | | | | | | | | | | Director | Lin Chen Xiuluan | // | |
| | | | | | | | | | | | | | | | // | Lin Weishan | Second degree of relationship | |
| | | | | | | | | | | | | | | | // | Lin Weidong | // | |
| | | | | | | | | | | | | | | | | Lin Zhenhong | // | |
| | | | | | | | | | | | | | | | | Lin Weishan | Spouse | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Co., Ltd. | | | |
| Director | Wang Guangyuan, representative of Tatung University | June 20, 2002 | Three years | June 20, 2002 | | | | 171,274 | 0.004 | | | Graduated from Datong University | Assistant Manager of Global Logistics Management Office of Datong Company and Computer Plant | None | None | None | 20 |
| Director | Yu Wenzheng, representative of Tatung University | April 11, 2003 | Three years | April 11, 2003 | | | | 10,670 | - | - | - | Graduated from Tatung University | Assistant Financial Manager of Tatung Co. | None | None | None | - |
| Director | Tian Simin, representative of Tatung University | June 20, 2002 | Three years | June 24, 1999 | | | | 2,724 | - | - | - | Graduated from University of Communications | General Manager of Tatung System Technologies Inc. | None | None | None | 20 |

Translation of Page 15

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | | Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | | Rewards and other payments received in the most recent year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship | |
| Director | Wang Mingzhe, representative of Tatung University | June 20, 2002 | Three years | June 20, 2002 | | | | | 549 | - | - | - | Graduated from Tatung University | Chairman of Business Committee of Tatung Co. | None | None | None | 20 |
| Director | Pan Taiji, representative of Tatung University | June 20, 2002 | Three years | June 24, 1999 | | | | | - | - | - | - | Doctor of University of North Carolina | Director of Multimedia Communication Office of Tatung Co. | None | None | None | 20 |
| Director, | Zhang Yihua, representative of Tatung Senior High School | June 20, 2002 | Three years | July 17, 1997 | | | | | 19,082 | - | - | - | Graduated from Tatung University | Secretary General of Secretariat of Tatung Co. | None | None | None | 20 |
| Director | Shi Chunshi, representative of Tatung Senior High School | June 20, 2002 | Three years | July 17, 1997 | Common holding of shares: 76,071,860 | 1.812 | Common holding of shares: 76,071,860 | 1.812 | 3,000 | - | - | - | Graduated from Tatung University | Assistant Manager of Heavy Electronics Division of Tatung Co. | None | None | None | 20 |
| Director | Huang Zhenqing, representative of Tatung University | June 20, 2002 | Three years | Sep 7,1999 | | | | | 4121 | - | - | - | Master of Tatung University | Assistant Manager of New Business Division Training Center of Tatung Co. | None | None | None | 20 |
| Supervisor | Huang Zhengqing, representative of Tatung University | June 20, 2002 | Three years | May 21, 1998 | Common holding of shares: 343,682,719 | 8.187 | Common holding of shares: 343,682,719 | 8.187 | 65,076 | - | - | - | Master of Stanford University, US | Deputy Director of Central Research Institution of Tatung Co. | None | None | None | 20 |
| Supervisor | Lv Xiuzheng, representative of Tatung University | June 20, 2002 | Three years | June 20, 2002 | | | | | 9 | - | - | - | Master of University of Southern California, US | Supervisor of Chunghwa Picture Tubes Ltd. | None | None | None | 20 |

Translation of Page 16

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | | Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Spouse or other managers, directors or supervisor within the Second degree of relationship | | | Rewards and other payments received in the most recent year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship | |
| Supervisor | Jiang Pingshan, representative of Tatung Senior High School | June 20, 2002 | Three years | July 17, 1997 | Common holding of shares: 76,071,860 | 1.812 | Common holding of shares: 76,071,860 | 1.812 | 2,535 | - | - | - | Master of University of California, US | None | None | None | None | 20 |
| Supervisor | Hong Zhencheng, representative of Tatung Senior High School | June 20, 2002 | Three years | July 17, 1997 | | | | | 30,572 | - | - | - | Doctor of University of Florida, US | Professor of Department of Chemical Engineering of Tatung University | None | None | None | 20 |

Note: Please see page 101~109 (IV) for Information of directors, supervisors and general managers in affiliated companies.

(II) Principal Shareholders of Institutional Shareholders                                                                                           April 16, 2004

| Name of Institutional Shareholders | Principal Shareholders of Institutional Shareholders |
|---|---|
| Tatung University | None |
| Tatung Senior High School | None |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

Translation of Page 97

(2) Shareholding, basic information and general operation of affiliated companies

| | Name of reinvestment businesses | Our investment | | Investment by direct or indirect control of businesses | | Comprehensive Investment | | Creation date | Address |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of Shares | Ratio of shareholding (%) | Number of Shares | Shareholding ratio (%) | Number of Shares | Shareholding ratio (%) | | |
| Special Items Recorded | Chunghwa Picture Tubes Ltd. | 1,236,185,149 | 21.18 | 1,375,021,638 | 23.34 | 2,611,206,787 | 44.52 | May, 1971 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung System Technologies Inc. | 36,382,494 | 72.77 | 0 | 0.00 | 36,382,494 | 72.77 | May, 2000 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Forward Electronics Co., Ltd. | 19,375,000 | 23.48 | 51,285,000 | 62.16 | 70,660,000 | 85.64 | August, 1970 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Taiwan Telecommunication Industry Company | 1,320,579 | 99.97 | 0 | 0.00 | 1,320,579 | 99.97 | March, 1958 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | San Chih Semiconductor Inc. | 39,999,994 | 47.06 | 45,000,000 | 52.94 | 84,999,994 | 100.00 | July, 1995 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Central Research Technology Co., Ltd. | 9,000,000 | 100.00 | 0 | 0.00 | 9,000,000 | 100.00 | August, 1997 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung Electrochemical Co., Ltd. | 11,000,000 | 100.00 | 0 | 0.00 | 11,000,000 | 100.00 | June, 1987 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung Consumer Products (Taiwan) Co., Ltd. | 24,999,993 | 100.00 | 0 | 0.00 | 24,999,993 | 100.00 | October, 2000 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung Otis Elevator Company | 99,999 | 50.00 | 0 | 0.00 | 99,999 | 50.00 | July, 1984 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung-Okuma Co., Ltd. | 5,800,000 | 50.00 | 0 | 0.00 | 5,800,000 | 50.00 | June, 1997 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung SM-Cyclo Co., Ltd. | 4,500,000 | 60.00 | 0 | 0.00 | 4,500,000 | 60.00 | April, 1996 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung Fanuc Automation Co., Ltd. | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | June, 1994 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Kuender Company Limited | 7,161 | 50.00 | 0 | 0.00 | 7,161 | 50.00 | January, 1977 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | San Chih Fine Chemicals Co., Ltd. | 12,000,000 | 80.00 | 0 | 0.00 | 12,000,000 | 80.00 | March, 1980 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | San Chih Chemical Company Limited | 8,700,000 | 100.00 | 0 | 0.00 | 8,700,000 | 100.00 | April, 1979 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung Forestry Construction Co., Ltd. | 879,773 | 69.33 | 280,059 | 22.07 | 1,159,832 | 91.40 | June, 1950 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Taipei Industry Co., Ltd. | 542,475 | 49.32 | 0 | 0.00 | 542,475 | 49.32 | March, 1950 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | San Chih Asset Development Co., Ltd. | 4,409,271 | 100.00 | 0 | 0.00 | 4,409,271 | 100.00 | June, 1966 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Chunghwa Electronics Development Co., Ltd. | 450,275,339 | 86.96 | 1,462,650 | 0.27 | 451,737,989 | 87.23 | February, 1970 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung Chugai Precious Metals Co., Ltd. | 174,990 | 50.00 | 0 | 0.00 | 174,990 | 50.00 | October, 1973 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | San Chih Precise Machine Co., Ltd. | 356,995 | 51.00 | 0 | 0.00 | 356,995 | 51.00 | September, 1977 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| | Tatung Die Casting Co., Ltd. | 78,794 | 51.00 | 0 | 0.00 | 78,794 | 51.00 | November, 1971 | No. 22, Sec. 3, ChungShan |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | N.Rd., Taipei, Taiwan |
| Tatung Horticultural Biotechnology Co., Ltd. | 1,000 | 45.45 | 1,200 | 54.54 | 2,200 | 99.99 | May, 1972 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Atherton Co., Ltd. | 2,800,000 | 50.00 | 0 | 0.00 | 2,800,000 | 50.00 | October, 1996 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih International Express Co., Ltd. | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | December, 1973 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | 242 | 6.91 | 3,216 | 93.09 | 3,458 | 100.00 | March, 1959 | No. 40, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Thailand Co., Ltd. | 67,500,000 | 100.00 | 0 | 0.00 | 67,500,000 | 100.00 | October, 1989 | 700/50, 52, 54 MOO 6, T.NONGMAIDANG, MUANG, CHONBURI, THAILAND |
| Tatung Japan Co., Ltd. | 15,000 | 100.00 | 0 | 0.00 | 15,000 | 100.00 | August, 1975 | F1-2, Main Building, Sanko, Ginza 4-10-5, Central District, Tokyo |
| Tatung Singapore Motor Co., Ltd. | 3,600,000 | 90.00 | 0 | 0.00 | 3,600,000 | 90.00 | September, 1972 | NO.4, FIRST LOKYANG ROAD, Jurong Town, SINGAPORE |
| Fuji Electrochemical Tatung Thailand Co., Ltd. | 150,000 | 50.00 | 0 | 0.00 | 150,000 | 50.00 | July, 1991 | 700/49 MOO 1, AMATA NAKORN INDUSTRIAL ESTATE, BANGNA-TRAD RD., KM 57 TAMBOL BAN-KAO, AMPHUR PHAN THONG CHONBURI 20160 THAILAND |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2003.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com