# Exhibit 29



！ ＂ ＃ ＄ %&' ( ' ) &* + ， -

． ／ ( ０１２３http://mops.tse.com.tw

！ ＂ ＃ ＄ **93** ％ ＆ ％ '

4567 2371

！ ＂ ＃ ＄ %&' ( ' ) &* + ， -

． ／ ( ０１２３http://mops.tse.com.tw



董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料：

（一）董事及監察人資料

| 職　稱 | 姓　名 | 選(就)任日期 | 任　期 | 初　次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) |
| 董事長 | 林挺生 | 91.06.20 | 三年 | 39.04.11 | 191,132,143 | 4.553 | 186,132,143 | 4.434 | 16,493,795 | 0.393 |
| 董事 | 林陳秀鑾 | 91.06.20 | 三年 | 58.05.25 | 16,493,795 | 0.393 | 16,493,795 | 0.393 | 186,132,143 | 4.434 |
| 董事 | 林蔚山 | 91.06.20 | 三年 | 61.04.14 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,687,287 | 0.040 |
| 董事 | 林蔚東 | 91.06.20 | 三年 | 85.06.06 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,341,774 | 0.032 |
| 董事 | 林鎮弘 | 91.06.20 | 三年 | 85.06.06 | 13,147,024 | 0.313 | 13,147,024 | 0.313 | — | — |
| 董事 | 大同大學代表人林郭文艷 | 91.06.20 | 三年 | 85.06.06 | | | | | 13,146,967 | 0.313 |
| 董事 | 大同大學代表人王光元 | 91.06.20 | 三年 | 91.06.20 | | | | | 171,274 | 0.004 |
| 董事 | 大同大學代表人余文正 | 92.04.11 | 三年 | 92.04.11 | 共同持有343,682,719 | 8.187 | 共同持有343,682,719 | 8.187 | 10,670 | — |
| 董事 | 大同大學代表人田思民 | 91.06.20 | 三年 | 88.06.24 | | | | | 2,724 | — |
| 董事 | 大同大學代表人王明哲 | 91.06.20 | 三年 | 91.06.20 | | | | | 549 | — |
| 董事 | 大同大學代表人潘泰吉 | 91.06.20 | 三年 | 88.06.24 | | | | | — | — |

94年4月15日

| 利用他人名義持有股份 | | 主要經（學）歷 | 目前兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職　稱 | 姓　名 | 關　係 |
| － | － | 台灣大學畢業 | 大同公司董事長、大同泰國公司董事長<br>大同新加坡電子公司董事長、中華電子投資公司董事長 | 董事<br>〃<br>〃 | 林陳秀鑾<br>林蔚山、林郭文艷、<br>林蔚東、林鎮弘 | 配偶<br>一親等<br>〃 |
| － | － | 北一女中畢業 | 無 | 董事長<br>董事<br>〃 | 林挺生<br>林蔚山、林郭文艷、<br>林蔚東、林鎮弘 | 配偶<br>一親等<br>〃 |
| － | － | 美國華盛頓大學碩士 | 大同公司總經理、中華映管公司董事、<br>大同綜合訊電公司董事長、福華電子公司董事長、<br>台灣通信工業公司董事長、尚志精機公司董事長、<br>尚志半導體公司董事長、尚志精密化學公司董事長、<br>大同發那科公司董事長、尚志資產開發公司董事長、<br>拓志光機電公司董事長、綠能科技公司董事長、<br>大同越南公司董事長 | 董事長<br>董事<br>〃 | 林挺生<br>林陳秀鑾<br>林郭文艷<br>林蔚東、林鎮弘 | 一親等<br>〃<br>配偶<br>二親等 |
| － | － | 美國培波坦大學博士 | 富鼎證券投資信託公司董事長 | 董事長<br>董事<br>〃<br>〃 | 林挺生<br>林陳秀鑾<br>林蔚山、林郭文艷、<br>林鎮弘 | 一親等<br>〃<br>二親等<br>〃 |
| － | － | 美國南加州大學碩士 | 中華映管公司董事長 | 董事長<br>董事<br>〃<br>〃 | 林挺生<br>林陳秀鑾<br>林蔚山、林郭文艷、<br>林蔚東 | 一親等<br>〃<br>二親等<br>〃 |
| － | － | 美國馬利蘭大學碩士 | 大同公司執行副總經理、大同世界科技公司董事長、<br>大同墨西哥公司董事長、大同電子科技(江蘇)公司董事長、大同電線電纜科技（江蘇）董事長、<br>大同荷蘭公司總經理 | 董事長<br>董事<br>〃<br>〃 | 林挺生<br>林陳秀鑾<br>林蔚山<br>林蔚東、林鎮弘 | 一親等<br>〃<br>配偶<br>二親等 |
| － | － | 大同大學畢業 | 大同公司全球運籌管理處暨資訊暨無線通訊廠協理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同公司財務協理 | 無 | 無 | 無 |
| － | － | 交通大學畢業 | 大同世界科技公司總經理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同公司經營委員會委員 | 無 | 無 | 無 |
| － | － | 美國北卡大學博士 | 大同公司數位媒體事業群總處長 | 無 | 無 | 無 |

| 職　稱 | 姓　名 | 選(就)任日　期 | 任　期 | 初　次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) |
| 董事 | 大同高級中學代表人 張益華 | 91.06.20 | 三年 | 86.07.17 | | | | | 19,082 | — |
| 董事 | 大同高級中學代表人 施純事 | 91.06.20 | 三年 | 86.07.17 | 共同持有76,071,860 | 1.812 | 共同持有76,071,860 | 1.812 | 3,000 | — |
| 董事 | 大同高級中學代表人 唐遠生 | 91.06.20 | 三年 | 88.09.07 | | | | | 4,121 | — |
| 監察人 | 大同大學代表人 黃正清 | 91.06.20 | 三年 | 87.05.21 | 共同持有343,682,719 | 8.187 | 共同持有343,682,719 | 8.187 | 65,076 | — |
| 監察人 | 大同大學代表人 呂秀正 | 91.06.20 | 三年 | 91.06.20 | | | | | 9 | — |
| 監察人 | 大同高級中學代表人 江平山 | 91.06.20 | 三年 | 86.07.17 | 共同持有76,071,860 | 1.812 | 共同持有76,071,860 | 1.812 | 2,535 | — |
| 監察人 | 大同高級中學代表人 洪賑戚 | 91.06.20 | 三年 | 86.07.17 | | | | | 30,572 | — |

註：各董事、監察人目前兼任其他投資公司之職務，請參閱第 111 ～ 121 頁（四）關係企業董事、監察人及總經理資料。

## （二）法人股東之主要股東

94年4月15日

| 法人股東名稱 | 法人股東之主要股東 |
|---|---|
| 大同大學大同高級中學 | 無無 |

註：學校為財團法人，故無主要股東。

| 利用他人名義持有股份 | | 主要經（學）歷 | 目前兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 | | |
| --- | --- | --- | --- | --- | --- | --- |
| 股　數 | 持股比率(%) | | | 職　稱 | 姓　名 | 關　係 |
| － | － | 大同大學畢業 | 大同公司祕書處祕書長、尚志資產開發公司總經理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同公司重電事業部協理 | 無 | 無 | 無 |
| － | － | 美國加州大學碩士 | 大同公司新事業育成處協理 | 無 | 無 | 無 |
| － | － | 美國史丹福大學碩士 | 大同公司中央研究所副所長 | 無 | 無 | 無 |
| － | － | 美國南加州大學碩士 | 富士電化大同泰國公司董事 | 無 | 無 | 無 |
| － | － | 美國加州大學碩士 | 無 | 無 | 無 | 無 |
| － | － | 美國佛羅里達大學博士 | 大同大學化工系教授 | 無 | 無 | 無 |

特別記載事項

(二) 關係企業持股情形、基本資料及其營運概況

| 轉投資事業名稱 | 本公司投資 | | 直接或間接控制事業之投資 | | 綜合投資 | | 設立日期 | 地　　　址 |
|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比例(%) | 股數 | 持股比例(%) | 股數 | 持股比例(%) | | |
| 中華映管(股)公司 | 972,650,541 | 14.17 | 1,375,021,638 | 20.03 | 2,347,672,179 | 34.20 | 60.05 | 台北市中山北路三段 22 號 |
| 大同世界科技(股)公司 | 33,075,525 | 61.02 | 0 | 0.00 | 33,075,525 | 61.02 | 89.05 | 台北市中山北路三段 22 號 |
| 福華電子(股)公司 | 19,956,250 | 23.16 | 39,176,050 | 45.46 | 59,132,300 | 68.62 | 59.08 | 台北市中山北路三段 22 號 |
| 台灣通信工業(股)公司 | 520,899 | 99.98 | 0 | 0.00 | 520,899 | 99.98 | 47.03 | 台北市中山北路三段 22 號 |
| 尚志半導體(股)公司 | 145,000,000 | 76.32 | 45,000,000 | 23.68 | 190,000,000 | 100.00 | 84.07 | 台北市中山北路三段 22 號 |
| 中研科技(股)公司 | 9,000,000 | 100.00 | 0 | 0.00 | 9,000,000 | 100.00 | 86.08 | 台北市中山北路三段 22 號 |
| 大同綜合訊電(股)公司 | 24,999,993 | 100.00 | 0 | 0.00 | 24,999,993 | 100.00 | 89.10 | 台北市中山北路三段 22 號 |
| 大同奧的斯電梯(股)公司 | 99,999 | 50.00 | 0 | 0.00 | 99,999 | 50.00 | 73.07 | 台北市中山北路三段 22 號 |
| 大同大隈(股)公司 | 5,800,000 | 50.00 | 0 | 0.00 | 5,800,000 | 50.00 | 86.06 | 台北市中山北路三段 22 號 |
| 大同住重減速機(股)公司 | 4,500,000 | 60.00 | 0 | 0.00 | 4,500,000 | 60.00 | 85.04 | 台北市中山北路三段 22 號 |
| 大同發那科自動化(股)公司 | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | 83.06 | 台北市中山北路三段 22 號 |
| 坤德(股)公司 | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | 66.01 | 台北市中山北路三段 22 號 |
| 尚志精密化學(股)公司 | 14,400,000 | 79.58 | 0 | 0.00 | 14,400,000 | 79.58 | 69.03 | 台北市中山北路三段 22 號 |
| 尚志化工(股)公司 | 8,700,000 | 100.00 | 0 | 0.00 | 8,700,000 | 100.00 | 68.04 | 台北市中山北路三段 22 號 |
| 大同林業營造(股)公司 | 69,328 | 3.08 | 2,172,069 | 96.54 | 2,241,397 | 99.62 | 39.06 | 台北市中山北路三段 22 號 |
| 台北工業(股)公司 | 542,475 | 49.32 | 0 | 0.00 | 542,475 | 49.32 | 39.03 | 台北市中山北路三段 22 號 |
| 尚志資產開發(股)公司 | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | 55.06 | 台北市中山北路三段 22 號 |
| 中華電子投資(股)公司 | 450,275,339 | 86.96 | 1,462,650 | 0.27 | 451,737,989 | 87.23 | 59.02 | 台北市中山北路三段 22 號 |
| 大同中外貴金屬(股)公司 | 175,000 | 50.00 | 0 | 0.00 | 175,000 | 50.00 | 62.10 | 台北市中山北路三段 22 號 |
| 尚志精機(股)公司 | 357,000 | 51.00 | 0 | 0.00 | 357,000 | 51.00 | 66.09 | 台北市中山北路三段 22 號 |
| 大同壓鑄(股)公司 | 78,794 | 51.00 | 0 | 0.00 | 78,794 | 51.00 | 60.11 | 台北市中山北路三段 22 號 |
| 大同園藝生技(股)公司 | 1,000 | 45.45 | 1,200 | 54.54 | 2,200 | 99.99 | 61.05 | 台北市中山北路三段 22 號 |
| 大同亞瑟頓(股)公司 | 2,800,000 | 50.00 | 0 | 0.00 | 2,800,000 | 50.00 | 85.10 | 台北市中山北路三段 22 號 |
| 尚志國際通運(股)公司 | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | 62.12 | 台北市中山北路三段 22 號 |
| 協志工業叢書出版(股)公司 | 242 | 6.91 | 3,216 | 93.09 | 3,458 | 100.00 | 48.03 | 台北市中山北路三段 40 號 |

Company Profile

Translation of Page 13

Management information of Director, Supervisor, general manager, deputy general manager, assistant manager, all departments and branches:

(I) Information of directors and supervisors:

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | |
| Chairman | Lin Tingsheng | June 20, 2002 | Three years | April 11, 1950 | 191,132,143 | 4.553 | 186,132,143 | 4.434 | 16,493,795 | 0.393 | |
| Director | Lin Chen Xiuluan | June 20, 2002 | Three years | May 25, 1969 | 16,493,795 | 0.393 | 16,493,795 | 0.393 | 186,132,143 | 4.434 | |
| Director | Lin Weishan | June 20, 2002 | Three years | April 14, 1972 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,687,287 | 0.040 | |
| Director | Lin Weidong | June 20, 2002 | Three years | June 6, 1996 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,341,774 | 0.032 | |
| Director | Lin Zhenhong | June 20, 2002 | Three years | June 6, 1996 | 13,147,024 | 0.313 | 13,147,024 | 0.313 | - | - | |
| Director | Lin Guo Wenyan, representative of Tatung University | June 11, 2008 | Three years | June 6, 1996 | | | | | 13,146,967 | 0.313 | |
| Director | Wang Guangyuan, representative of Tatung University | June 11, 2008 | Three years | June 6, 1996 | | | | | 171,274 | 0.004 | |
| Director | Yu Wenzheng, representative of Tatung University | April 11, 2003 | Three years | April 11, 2003 | Common holding of shares: 343,682,719 | 8.187 | Common holding of shares: 343,682,719 | 8.817 | 10,670 | - | |
| Director | Tian Simin, representative of Tatung University | June 20, 2002 | Three years | June 24, 1999 | | | | | 2,724 | - | |
| Director | Wang Mingzhe, representative of Tatung University | June 20, 2002 | Three years | June 20, 2002 | | | | | 549 | - | |
| Director | Pan Taiji, representative of Tatung University | June 20, 2002 | Three years | June 24, 1999 | | | | | - | | |

Company Profile

Translation of Page 14

April 11, 2009

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Graduated from Taiwan University | Chairman of Tatung Co.<br>Chairman of Tatung Thailand Co., Ltd.<br>Chairman of Tatung Singapore Motor Co., Ltd.<br>Chairman of Chunghwa Electronic Investment Co., Ltd. | Director<br>//<br>// | Lin Chen Xiuluan<br>Lin Weishan & Lin Guo Wenyan<br>Lin Weidong & Lin Zhenhong | Spouse<br>First degree of relationship<br>// |
| - | - | Graduated from Taipei First Girls' Senior High School | None | Chairman<br>Director<br>// | Lin Tingsheng<br>Lin Weishan & Lin Guo Wenyan<br>Lin Weidong & Lin Zhenhong | Spouse<br>First degree of relationship<br>// |
| - | - | Master of University of Washington, US | General Manager of Tatung Co.<br>Director of Chunghwa Picture Tubes Ltd.<br>Chairman of Tatung Consumer Products (Taiwan) Co., Ltd.<br>Chairman of Forward Electronics Co., Ltd.<br>Chairman of Taiwan Telecommunication Industry Company<br>Chairman of San Chih Precise Machine Co., Ltd.<br>Chairman of San Chih Semiconductor Inc.<br>Chairman of San Chih Fine Chemicals Co., Ltd.<br>Chairman of Tatung Fanuc Automation Co., Ltd.<br>Chairman of San Chih Asset Development Co., Ltd.<br>Chairman of Toes Opto-Mechatronics Company Limited<br>Chairman of Green Energy Technology Co., Ltd.<br>Chairman of Tatung Vietnam Co., Ltd. | Chairman<br>Director<br>//<br>// | Lin Tingsheng<br>Lin Chen Xiuluan<br>Lin Guo Wenyan<br>Lin Weidong & Lin Zhenhong | First degree of relationship<br>//<br>Spouse<br>Second degree of relationship |
| - | - | Doctor of Pepperdine University, U.S.A. | Chairman of Funding Securities Investment Trust Co., Ltd. | Chairman<br>Director<br>//<br>// | Lin Tingsheng<br>Lin Chen Xiuluan<br>Lin Weishan & Lin Guo Wenyan<br>Lin Zhenhong | First degree of relationship<br>//<br>Second degree of relationship<br>// |
| - | - | Master of University of Southern California, US | Chairman of Chunghwa Picture Tubes Ltd. | Chairman<br>Director<br>//<br>// | Lin Tingsheng<br>Lin Chen Xiuluan<br>Lin Weishan & Lin Guo Wenyan<br>Lin Weidong | First degree of relationship<br>//<br>Second degree of relationship<br>// |
| - | - | Master of University of Maryland, US | Executive Vice Manager of Tatung Co.<br>Chairman of Tatung System Technologies Inc.<br>Chairman of Tatung Mexico Co., Ltd.<br>Chairman of Tatung Electronics Technology (Jiangsu) Co., Ltd.<br>Chairman of Tatung Wire and Cable Technology (Jiangsu) Co., Ltd.<br>General Manager of Tatung Netherlands Co., Ltd. | Chairman<br>Director<br>//<br>// | Lin Tingsheng<br>Lin Chen Xiuluan<br>Lin Weishan<br>Lin Weidong & Lin Zhenhong | First degree of relationship<br>//<br>Spouse<br>Second degree of relationship |
| - | - | Graduated from Datong University | Assistant Manager of Global Logistics Management Office and Wireless Communication Plant of Datong Company | None | None | None |
| - | - | Graduated from Tatung University | Assistant Financial Manager of Tatung Co. | None | None | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| - | - | Graduated from University of Communications | General Manager of Tatung System Technologies Inc. | None | None | None |
| - | - | Graduated from Tatung University | Chairman of Business Committee of Tatung Co. | None | None | None |
| - | - | Doctor of University of North Carolina | Director of Multimedia Communication Office of Tatung Co. | None | None | None |

Company Profile

Translation of Page15

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Director | Zhang Yihua, representative of Tatung Senior High School | June 20, 2002 | Three years | July 17, 1997 | | | | | 19,082 | - |
| Director | Shi Chunshi, representative of Tatung Senior High School | June 20, 2002 | Three years | July 17, 1997 | Common holding of shares: 76,071,860 | 1.812 | Common holding of shares: 76,071,860 | 1.812 | 3,000 | - |
| Director | Tang Yuansheng, representative of Tatung Senior High School | June 20, 2002 | Three years | July 17, 1999 | | | | | 4,121 | - |
| Supervisor | Huang Zhengqing, representative of Tatung University | June 20, 2002 | Three years | May 21, 1998 | Common holding of shares: | | Common holding of shares: | | 65,076 | - |
| Supervisor | Lv Xiuzheng, representative of Tatung University | June 20, 2002 | Three years | June 20, 2002 | 343,682,719 | 8.187 | 343,682,719 | 8.187 | 9 | - |
| Supervisor | Jiang Pingshan, representative of Tatung University | June 20, 2002 | Three years | July 17, 1997 | Common holding of shares: | | Common holding of shares: | | 2,535 | - |
| Supervisor | Hong Zhancheng, representative of Tatung University | June 20, 2002 | Three years | July 17, 1997 | 76,071,860 | 1.812 | 76,071,860 | 1.812 | 30,572 | - |

Note: Please see pages 111~121 (4) Information of Directors, Supervisors and General Manager of Affiliated Companies for position of each director and supervisor in other investment companies at present.

## (II) Principal Shareholders of Institutional Shareholders

April 15, 2005

| Name of Institutional Shareholders | Principal Shareholders of Institutional Shareholders |
|---|---|
| Tatung University | None |
| Tatung Senior High School | None |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

Company Profile

Translation of Page 16

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Graduated from Tatung University | Secretary General of Secretariat of Tatung Co. General Manager of San Chih Asset Development Co., Ltd. | None | None | None |
| - | - | Graduated from Tatung University | Assistant Manager of Heavy Electronics Division of Tatung Co. | None | None | None |
| - | - | Master of University of California, US | Assistant Manager of New Business Development BU of Tatung Co. | None | None | None |
| - | - | Master of Stanford University, US | Deputy Director of Central Research Institution of Tatung Co. | None | None | None |
| - | - | Master of University of Southern California, US | Director of Fuji Electrochemical Tatung Thailand Co., Ltd. | None | None | None |
| - | - | Master of University of California, US | None | None | None | None |
| - | - | Doctor of University of Florida, US | Professor of Department of Chemical Engineering of Tatung University | None | None | None |

Translation of Page 105

# Special Items Recorded

(II) Shareholding, basic information and general operation of affiliated companies

| Name of reinvestment businesses | Our investment | | Investment by direct or indirect control of businesses | | Comprehensive investment | | Creation date | Address |
|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | | |
| Chunghwa Picture Tubes Ltd. | 972,650,541 | 14.17 | 1,375,021,638 | 20.03 | 2,347,672,179 | 34.20 | May 1971 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung System Technologies Inc. | 33,075,525 | 61.02 | 0 | 0.00 | 33,075,525 | 61.02 | May 2000 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Forward Electronics Co., Ltd. | 19,956,250 | 23.16 | 39,176,050 | 45.46 | 59,132,300 | 68.62 | August 1970 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Taiwan Telecommunication Industry Co., Ltd. | 520,899 | 99.98 | 0 | 0.00 | 520,899 | 99.98 | March 1958 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih Semiconductor Inc. | 145,000,000 | 76.32 | 45,000,000 | 23.68 | 190,000,000 | 100.00 | July 1995 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Central Research Technology Co., Ltd. | 9,000,000 | 100.00 | 0 | 0.00 | 9,000,000 | 100.00 | August 1997 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, |

| | | | | | | | | Taiwan |
|---|---|---|---|---|---|---|---|---|
| Tatung Consumer Products (Taiwan) Co., Ltd. | 24,999,993 | 100.00 | 0 | 0.00 | 24,999,993 | 100.00 | October 2000 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Otis Elevator Company | 99,999 | 50.00 | 0 | 0.00 | 99,999 | 50.00 | July 1984 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Okuma Co., Ltd. | 5,800,000 | 50.00 | 0 | 0.00 | 5,800,000 | 50.00 | June 1997 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung SM-Cyclo Co., Ltd. | 4,500,000 | 60.00 | 0 | 0.00 | 4,500,000 | 60.00 | April 1996 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Fanuc Automation Co., Ltd. | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | June 1994 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Kuender Co., Ltd. | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | January 1977 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih Fine Chemicals Co., Ltd. | 14,400,000 | 79.58 | 0 | 0.00 | 14,400,000 | 79.58 | March 1980 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih Chemical Company Limited | 8,700,000 | 100.00 | 0 | 0.00 | 8,700,000 | 100.00 | April 1979 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tatung Forestry Construction Co., Ltd. | 69,328 | 3.08 | 2,172,069 | 96.54 | 2,241,397 | 99.62 | June 1950 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Taipei Industrial Co., Ltd. | 542,475 | 49.32 | 0 | 0.00 | 542,475 | 49.32 | March 1950 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih Asset Development Co., Ltd. | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | June 1966 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Chunghwa Electronics Development Co., Ltd. | 450,275,339 | 86.96 | 1,462,650 | 0.27 | 451,737,989 | 87.23 | February 1970 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Chugai Precious Metals Co., Ltd. | 175,000 | 50.00 | 0 | 0.00 | 175,000 | 50.00 | October 1973 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih Precision Machinery Co., Ltd. | 357,000 | 51.00 | 0 | 0.00 | 357,000 | 51.00 | September 1977 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Die Casting Co., Ltd. | 78,794 | 51.00 | 0 | 0.00 | 78,794 | 51.00 | November 1971 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Horticultural Biotechnology Co., Ltd. | 1,000 | 45.45 | 1,200 | 54.54 | 2,200 | 99.99 | May 1972 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Atherton Co., Ltd. | 2,800,000 | 50.00 | 0 | 0.00 | 2,800,000 | 50.00 | October | No. 22, Sec. 3, |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1996 | ChungShan N.Rd., Taipei, Taiwan |
| Shan Chih International Express Co., Ltd. | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | December 1973 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | 242 | 6.91 | 3,216 | 93.09 | 3,458 | 100.00 | March 1959 | No. 40, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2004.

Sabrina Smith

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011