# Exhibit 30



中華民國九十五年四月十四日　刊印

查詢年報網址：http://mops.tse.com.tw

# 大同公司94年度年報

股票代碼　2371

Annual Report 2005

中華民國九十五年四月十四日　刊印
查詢年報網址：http://mops.tse.com.tw



# 2005 Annual Report of Tatung Co.

Stock Code: 2371

Date Published: April 14, 2006
Annual Report Inquiry Website: http://mops.tse.com.tw

董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料：

（一）董事及監察人資料

| 職稱 | 姓名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率(%) | 股數 | 持股比率(%) | 股數 | 持股比率(%) |
| 董事長 | 林蔚山 | 94.06.14 | 三年 | 61.04.14 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,687,287 | 0.040 |
| 董事 | 林挺生 | 94.06.14 | 三年 | 39.04.11 | 186,132,143 | 4.434 | 186,132,143 | 4.434 | 16,493,795 | 0.393 |
| 董事 | 林陳秀鑾 | 94.06.14 | 三年 | 58.05.25 | 16,493,795 | 0.393 | 16,493,795 | 0.393 | 186,132,143 | 4.434 |
| 董事 | 大同大學代表人 林郭文艷 | 94.06.14 | 三年 | 85.06.06 | | | | | 13,146,967 | 0.313 |
| 董事 | 大同大學代表人 林蔚東 | 94.06.14 | 三年 | 85.06.06 | | | | | 1,341,774 | 0.032 |
| 董事 | 大同大學代表人 林鎮弘 | 94.06.14 | 三年 | 85.06.06 | | | | | － | － |
| 董事 | 大同大學代表人 王光元 | 94.06.14 | 三年 | 91.06.20 | 共同持有 343,682,719 | 8.186 | 共同持有 343,682,719 | 8.186 | 171,274 | 0.004 |
| 董事 | 大同大學代表人 余文正 | 94.06.14 | 三年 | 92.04.11 | | | | | 10,670 | － |
| 董事 | 大同大學代表人 施純事 | 94.06.14 | 三年 | 86.07.17 | | | | | 3,000 | － |
| 董事 | 大同大學代表人 唐遠生 | 94.06.14 | 三年 | 88.09.07 | | | | | 4,121 | － |
| 董事 | 大同大學代表人 張益華 | 94.06.14 | 三年 | 86.07.17 | | | | | 19,082 | － |

95 年 4 月 14 日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股 數 | 持股比率(%) | | | 職 稱 | 姓 名 | 關 係 |
| － | － | 美國華盛頓大學碩士 | 大同公司董事長兼總經理、中華映管公司董事<br>大同綜合訊電公司董事長、福華電子公司董事長<br>台灣通信工業公司董事長、大同奧的斯電梯公司董事長<br>尚志精機公司董事長、尚志半導體公司董事長<br>尚志精密化學公司董事長、大同發那科公司董事長<br>尚志資產開發公司董事長、拓志光機電公司董事長<br>綠能科技公司董事長、大同越南公司董事長 | 董事<br>董事<br>董事 | 林挺生、林陳秀鑾<br>林郭文艷<br>林蔚東、林鎮弘 | 一親等<br>配偶<br>二親等 |
| － | － | 台灣大學畢業 | 大同泰國公司董事長<br>大同新加坡公司董事長 | 董事<br>董事長<br>董事<br>董事 | 林陳秀鑾<br>林蔚山<br>林郭文艷<br>林蔚東、林鎮弘 | 配偶<br>一親等<br>一親等<br>一親等 |
| － | － | 北一女中畢業 | 無 | 董事<br>董事長<br>董事<br>董事 | 林挺生<br>林蔚山<br>林郭文艷<br>林蔚東、林鎮弘 | 配偶<br>一親等<br>一親等<br>一親等 |
| － | － | 美國馬里蘭大學碩士 | 大同公司執行副總經理、大同世界科技公司董事長<br>大同墨西哥公司董事長、大同電子科技(江蘇)公司董事長<br>大同電線電纜科技(吳江)公司董事長<br>大同荷蘭公司總經理 | 董事<br>董事長<br>董事 | 林挺生、林陳秀鑾<br>林蔚山<br>林蔚東、林鎮弘 | 一親等<br>配偶<br>二親等 |
| － | － | 美國培波坦大學博士 | 富鼎證券投資信託公司董事長 | 董事<br>董事長<br>董事 | 林挺生、林陳秀鑾<br>林蔚山<br>林郭文艷、林鎮弘 | 一親等<br>二親等<br>二親等 |
| － | － | 美國南加州大學碩士 | 中華映管公司董事長 | 董事<br>董事長<br>董事 | 林挺生、林陳秀鑾<br>林蔚山<br>林郭文艷、林蔚東 | 一親等<br>二親等<br>二親等 |
| － | － | 大同大學畢業 | 大同公司協理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同公司財務協理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同公司重電事業部協理 | 無 | 無 | 無 |
| － | － | 美國加州大學碩士 | 大同公司協理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同公司秘書處秘書長<br>尚志資產開發公司總經理 | 無 | 無 | 無 |

| 職稱 | 姓名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 持股比率(%) | 現在持有股數 股數 | 持股比率(%) | 配偶、未成年子女現在持有股份 股數 | 持股比率(%) |
|---|---|---|---|---|---|---|---|---|---|---|
| 董事 | 大同大學代表人 盧錦鉬 | 94.06.14 | 三年 | 94.06.14 | | | | | 20,762 | − |
| 董事 | 大同大學代表人 黃英哲 | 95.01.11 | 三年 | 95.01.11 | | | | | 67,491 | 0.002 |
| 董事 | 大同大學代表人 辛文陽 | 95.03.29 | 三年 | 95.03.29 | 共同持有 343,682,719 | 8.186 | 共同持有 343,682,719 | 8.186 | − | − |
| 董事 | 大同大學代表人 郭鴻森 | 94.06.14 | 三年 | 94.06.14 | | | | | − | − |
| 監察人 | 大同高級中學代表人 呂秀正 | 94.06.14 | 三年 | 91.06.20 | | | | | 9 | − |
| 監察人 | 大同高級中學代表人 洪賑城 | 94.06.14 | 三年 | 86.07.17 | 共同持有 76,071,860 | 1.812 | 共同持有 76,071,860 | 1.812 | 30,572 | 0.001 |

註一：林蔚山先生於95年3月17日就任董事長職務。
註二：各董事、監察人目前兼任其他投資公司之職務，請參閱第121～131頁（四）關係企業董事、監察人及總經理資料。

### （二）法人股東之主要股東

95年4月14日

| 法 人 股 東 名 稱 | 法 人 股 東 之 主 要 股 東 |
|---|---|
| 大同大學 | 無 |
| 大同高級中學 | 無 |

註：學校為財團法人，故無主要股東。

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 其配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職　稱 | 姓　名 | 關　係 |
| － | － | 大同大學畢業 | 大同公司電線電纜事業部暨桃園重電廠總廠長 | 無 | 無 | 無 |
| － | － | 美國米蘇里大學碩士 | 大同公司3C事業群數位視訊暨多媒體事業部總處長 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同公司家電事業部總廠長 | 無 | 無 | 無 |
| － | － | 美國印州聖母大學博士 | 大同大學副校長 | 無 | 無 | 無 |
| － | － | 美國南加州大學碩士 | 綠能科技公司顧問 | 無 | 無 | 無 |
| － | － | 美國佛羅里達大學博士 | 大同大學化工系教授 | 無 | 無 | 無 |

(二) 關係企業持股情形、基本資料及其營運概況

| 轉投資事業名稱 | 本公司投資 | | 直接或間接控制事業之投資 | | 綜合投資 | | 設立日期 | 地　　　　址 |
|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比例(%) | 股數 | 持股比例(%) | 股數 | 持股比例(%) | | |
| 中華映管(股)公司 | 1,051,537,247 | 12.80 | 1,486,542,603 | 18.10 | 2,538,079,850 | 30.90 | 60.05 | 台北市中山北路三段22號 |
| 大同世界科技(股)公司 | 34,398,546 | 59.86 | 0 | 0.00 | 34,398,546 | 59.86 | 89.05 | 台北市中山北路三段22號 |
| 福華電子(股)公司 | 20,554,414 | 22.78 | 40,350,304 | 44.72 | 60,904,718 | 67.50 | 59.08 | 台北市中山北路三段22號 |
| 台灣通信工業(股)公司 | 520,899 | 99.98 | 0 | 0.00 | 520,899 | 99.98 | 47.03 | 台北市中山北路三段22號 |
| 尚志半導體(股)公司 | 180,000,000 | 80.00 | 45,000,000 | 20.00 | 225,000,000 | 100.00 | 84.07 | 台北市中山北路三段22號 |
| 中研科技(股)公司 | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | 86.08 | 台北市中山北路三段22號 |
| 大同綜合訊電(股)公司 | 24,999,993 | 100.00 | 0 | 0.00 | 24,999,993 | 100.00 | 89.10 | 台北市中山北路三段22號 |
| 大同奧的斯電梯(股)公司 | 100,000 | 50.00 | 0 | 0.00 | 100,000 | 50.00 | 73.07 | 台北市中山北路三段22號 |
| 大同大隈(股)公司 | 8,600,000 | 50.00 | 0 | 0.00 | 8,600,000 | 50.00 | 86.06 | 台北市中山北路三段22號 |
| 大同住重減速機(股)公司 | 4,500,000 | 60.00 | 0 | 0.00 | 4,500,000 | 60.00 | 85.04 | 台北市中山北路三段22號 |
| 大同發那科自動化(股)公司 | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | 83.06 | 台北市中山北路三段22號 |
| 坤德(股)公司 | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | 66.01 | 台北市中山北路三段22號 |
| 尚志精密化學(股)公司 | 16,560,000 | 79.58 | 0 | 0.00 | 16,560,000 | 79.58 | 69.03 | 台北市中山北路三段22號 |
| 尚志化工(股)公司 | 8,700,000 | 100.00 | 0 | 0.00 | 8,700,000 | 100.00 | 68.04 | 台北市中山北路三段22號 |
| 大同林業營造(股)公司 | 69,328 | 3.08 | 2,172,069 | 96.54 | 2,241,397 | 99.62 | 39.06 | 台北市中山北路三段22號 |
| 台北工業(股)公司 | 542,475 | 49.32 | 0 | 0.00 | 542,475 | 49.32 | 39.03 | 台北市中山北路三段22號 |
| 尚志資產開發(股)公司 | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | 55.06 | 台北市中山北路三段22號 |
| 中華電子投資(股)公司 | 450,275,339 | 86.96 | 1,462,650 | 0.27 | 451,737,989 | 87.23 | 59.02 | 台北市中山北路三段22號 |
| 大同中外貴金屬(股)公司 | 175,000 | 50.00 | 0 | 0.00 | 175,000 | 50.00 | 62.10 | 台北市中山北路三段22號 |
| 尚志精機(股)公司 | 510,000 | 51.00 | 0 | 0.00 | 510,000 | 51.00 | 66.09 | 台北市中山北路三段22號 |
| 大同壓鑄(股)公司 | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | 60.11 | 台北市中山北路三段22號 |
| 大同園藝生技(股)公司 | 1,000 | 45.45 | 1,200 | 54.55 | 2,200 | 100.00 | 61.05 | 台北市中山北路三段22號 |
| 大同亞瑟頓(股)公司 | 3,400,000 | 50.00 | 0 | 0.00 | 3,400,000 | 50.00 | 85.10 | 台北市中山北路三段22號 |
| 尚志國際通運(股)公司 | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | 62.12 | 台北市中山北路三段22號 |
| 協志工業叢書出版(股)公司 | 242 | 6.91 | 3,216 | 91.88 | 3,458 | 98.79 | 48.03 | 台北市中山北路三段40號 |

**Translation of Page 13**

**Management information of Director, Supervisor, general manager, deputy general manager, all departments and branches:**

**(I) Information of directors and supervisors**

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Chairman | Lin Weishan | June 14, 2005 | Three years | April 14, 1972 | 13,146,967 | 0.313 | 13,146,967 | 0.313 | 1,687,287 | 0.040 |
| Director | Lin Tingsheng | June 14, 2005 | Three years | April 11, 1950 | 186,132,143 | 4.434 | 186,132,143 | 4.434 | 16,493,795 | 0.393 |
| Director | Lin Chen Xiuluan | June 14, 2005 | Three years | May 25, 1969 | 16,493,795 | 0.393 | 16,493,795 | 0.393 | 186,132,143 | 4.434 |
| Director | Representative of Tatung University Lin GuoWenyan | June 14, 2005 | Three years | June 6, 1996 | | | | | 13,146,967 | 0.313 |
| Director | Representative of Tatung University Lin Weidong | June 14, 2005 | Three years | June 6, 1996 | | | | | 1,341,774 | 0.032 |
| Director | Representative of Tatung University Lin Zhenhong | June 14, 2005 | Three years | June 6, 1996 | | | | | | |
| Director | Representative of Tatung University Wang Guangyuan | June 14, 2005 | Three years | June 20, 2002 | Common holding of shares 343,682,719 | 8.186 | Common holding of shares 343,682,719 | 8.186 | 171,274 | 0.004 |
| Director | Representative of Tatung University Yu Wenzheng | June 14, 2005 | Three years | April 11, 2003 | | | | | 10,670 | - |
| Director | Representative of Tatung University Shi Chunshi | June 14, 2005 | Three years | July 17, 1997 | | | | | 3,000 | - |
| Director | Representative of Tatung University Tang Yuansheng | June 14, 2005 | Three years | Sept. 7, 1999 | | | | | 4,121 | - |
| Director | Representative of Tatung University Zhang Yihua | June 14, 2005 | Three years | July 17, 1997 | | | | | 19,082 | - |

**Translation of Page 14**

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Master, University of Washington | Chairman and General Manager of Tatung Co., Director of Chunghwa Picture Tubes Ltd., Chairman of Tatung Consumer Products (Taiwan) Co., Ltd., Chairman of Forward Electronics Co., Ltd., Chairman of Taiwan Telecommunication Industry Company, Chairman of Tatung Otis Elevator Company, Chairman of San Chih Precise Machine Co., Ltd., Chairman of San Chih Semiconductor Co., Ltd., Chairman of Tatung Fine Chemicals Co., Ltd., Chairman of Tatung Fanuc Co., Ltd., Chairman of Shan Chih Asset Development Co., Ltd., Chairman of Toes Opto-Mechatronics Co., Ltd., Chairman of Green Energy Technology Inc., Ltd., Chairman of Tatung Vietnam Co., Ltd. | Director Director Director | Lin Tingsheng, Lin Chen Xiuluan Lin GuoWenyan Lin Weidong, Lin Zhenhong | First degree of relationship Spouse Second degree of relationship |
| - | - | Graduated from Taiwan University | Chairman of Tatung Thailand Co., Ltd. Chairman of Tatung Singapore Co., Ltd. | Director Chairman Director Director | Lin Chen Xiuluan Lin Weishan Lin GuoWenyan Lin Weidong, Lin Zhenhong | Spouse First degree of relationship First degree of relationship First degree of relationship |
| - | - | Graduated from Taibei First Girls High School | None | Director Chairman Director Director | Lin Tingsheng Lin Weishan Lin GuoWenyan Lin Weidong, Lin Zhenhong | Spouse First degree of relationship First degree of relationship First degree of relationship |
| - | - | Master of University of Maryland | Executive Deputy General Manager of Tatung Co., Chairman of Tatung System Technologies Inc., Chairman of Tatung Mexico Co., Ltd., Chairman of Tatung Information Technology (Jiang Su) Co., Ltd., Chairman of Tatung Wire and Cable (Wu Jiang) Co., Ltd., General Manager of Tatung Netherlands Co., Ltd. | Director Chairman Director | Lin Tingsheng, Lin Chen Xiuluan Lin Weishan Lin Weidong, Lin Zhenhong | First degree of relationship Spouse Second degree of relationship |
| - | - | Doctor of Pebotin University | Chairman of Funding Securities Investment Trust Co., Ltd. | Director Chairman Director | Lin Tingsheng, Lin Chen Xiuluan Lin Weishan Lin GuoWenyan, Lin Zhenhong | First degree of relationship Second degree of relationship Second degree of relationship |
| - | - | Master of University of Southern California | Chairman of Chunghwa Picture Tubes Ltd. | Director Chairman Director | Lin Tingsheng, Lin Chen Xiuluan Lin Weishan Lin GuoWenyan, Lin Weidong | First degree of relationship Second degree of relationship Second degree of relationship |
| - | - | Graduated from Tatung University | Assistant Manager of Tatung Co., | None | None | None |
| - | - | Graduated from Tatung University | Financial Assistant Manager of Tatung Co. | None | None | None |
| - | - | Graduated from Tatung University | Assistant Manager of Industrial Appliance BU of Tatung Co. | None | None | None |
| - | - | Master of University of California | Assistant Manager of Tatung Co. | None | None | None |
| - | - | Graduated from Tatung University | Secretary General at secretariat of Tatung Co. General Manager of Shan Chih Asset Development Co., Ltd. | None | None | None |

**Translation of Page 15**

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Director | Representative of Tatung University Lu Jindian | June 14, 2005 | Three years | June 14, 2005 | | | | | 20,762 | - |
| Director | Representative of Tatung University Huang Yingzhe | Jan. 11, 2006 | Three years | Jan. 11, 2006 | | | | | 67,491 | 0.002 |
| Director | Representative of Tatung University Gu Wenyang | Mar. 29, 2006 | Three years | Mar. 29, 2006 | Common holding of shares 343,682,719 | 8.186 | Common holding of shares 343,682,719 | 8.186 | - | - |
| Director | Representative of Tatung University Guo Hongsen | June 14, 2005 | Three years | June 14, 2005 | | | | | - | - |
| Supervisor | Representative of Tatung Senior High School Lv Xiuzheng | June 14, 2005 | Three years | June 20, 2002 | | | | | 9 | - |
| Supervisor | Representative of Tatung Senior High School Hong Zhencheng | June 14, 2005 | Three years | July 17, 1997 | Common holding of shares 76,071,860 | 1.812 | Common holding of shares 76,071,860 | 1.812 | 30,572 | 0.001 |

Note I: Mr. Lin Weishan assumed the office of the Chairman on March 17, 2006.

Note II: All directors and supervisor are assuming their additional posts in other investment companies, please see pages 121~131 for (IV) Information of directors, supervisors and general managers in affiliated companies.

**(II) Principal shareholders of institutional shareholder**

April 14, 2006

| Name institutional shareholder | Principal shareholders of institutional shareholder |
|---|---|
| Tatung University | None |
| Tatung Senior High School | None |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

**Translation of Page 16**

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse and second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Graduated from Tatung University | Director of Wire & Cable BU and Taoyuan Industrial Appliance Plant of Tatung Co. | None | None | None |
| - | - | Master of University of Missouri | Chief of digital video and multimedia BU of 3C business groups of Tatung Co. | None | None | None |
| - | - | Graduated from Tatung University | Factory Director of Home Appliances Business Group of | None | None | None |
| - | - | Doctor of University of Notre Dame, Indiana, USA | Vice President of Tatung University | None | None | None |
| - | - | Master of University of Southern California | Counselor of Green Energy Technology Inc., Ltd. | None | None | None |
| - | - | Doctor of University of Florida | Professor in Department of Chemical Engineering of Tatung University | None | None | None |

**Translation of Page 115**

(II) Shareholding, basic information and general operation of affiliated companies

| Name of reinvestment businesses | Our investment | | Investment by direct or indirect control of businesses | | Comprehensive investment | | Creation date | Address |
|---|---|---|---|---|---|---|---|---|
| | Number of shares | Shareholding ratio (%) | Number of shares | Shareholding ratio (%) | Number of shares | Shareholding ratio (%) | | |
| Chunghwa Picture Tubes Ltd. | 1,051,537,247 | 12.80 | 1,486,542,603 | 18.10 | 2,538,079,850 | 30.90 | May 1971 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung System Technologies Inc. | 34,398,546 | 59.86 | 0 | 0.00 | 34,398,546 | 59.86 | May 2000 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Forward Electronics Co., Ltd. | 20,554,414 | 22.78 | 40,350,304 | 44.72 | 60,904,718 | 67.50 | Aug. 1970 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Taiwan Telecommunication Industry Company | 520,899 | 99.98 | 0 | 0.00 | 520,899 | 99.98 | Mar. 1958 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| San Chih Semiconductor Co., Ltd. | 180,000,000 | 80.00 | 45,000,000 | 20.00 | 225,000,000 | 100.00 | July 1995 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Central Research Technology Co. | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | Aug. 1997 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung Consumer Products (Taiwan) Co., Ltd. | 24,999,993 | 100.00 | 0 | 0.00 | 24,999,993 | 100.00 | Oct. 2000 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung Otis Elevator Company | 100,000 | 50.00 | 0 | 0.00 | 100,000 | 50.00 | July 1984 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung-Okuma Co., Ltd. | 8,600,000 | 50.00 | 0 | 0.00 | 8,600,000 | 50.00 | June 1997 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung SM-Cyclo Co., Ltd. | 4,500,000 | 60.00 | 0 | 0.00 | 4,500,000 | 60.00 | April 1996 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung Fanuc Automation Co., Ltd. | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | June 1994 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Kuender Co., Ltd. | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | Jan. 1977 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung Fine Chemicals Co., Ltd. | 16,560,000 | 79.58 | 0 | 0.00 | 16,560,000 | 79.58 | Mar. 1980 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung Chemical Engineering Co., Ltd. | 8,700,000 | 100.00 | 0 | 0.00 | 8,700,000 | 100.00 | April 1979 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung Forestry Construction Co., Ltd. | 69,328 | 3.08 | 2,172,069 | 96.54 | 2,241,397 | 99.62 | June 1950 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Taipei Industrial Co., Ltd. | 542,475 | 49.32 | 0 | 0.00 | 542,475 | 49.32 | Mar. 1950 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Shan Chih Asset Development Co., Ltd. | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | June 1966 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Chunghwa Electronics Development Co., Ltd. | 450,275,339 | 86.96 | 1,462,650 | 0.27 | 451,737,989 | 87.23 | Feb. 1970 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung Chinese and ForeignPrecious Metal Co., Ltd. | 175,000 | 50.00 | 0 | 0.00 | 175,000 | 50.00 | Jan. 1973 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Shan Chih Precise Machine Co., Ltd. | 510,000 | 51.00 | 0 | 0.00 | 510,000 | 51.00 | 66.09 Sept. | No. 22, Sec. 3, ChungShanN.Rd., Taipei, |

| Name | Shares | % | Shares | % | Shares | % | Date | Address |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1977 | Taiwan |
| Tatung Die Casting Co., Ltd. | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | 60.11 Nov. 1971 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung Gardening Bio-Tech Co., Ltd. | 1,000 | 45.45 | 1,200 | 54.55 | 2,200 | 100.00 | May 1971 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Tatung Atherton Co., Ltd. | 3,400,000 | 50.00 | 0 | 0.00 | 3,400,000 | 50.00 | Oct. 1996 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Shan Chih International Express Co., Ltd. | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | Dec. 1973 | No. 22, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | 242 | 6.91 | 3,216 | 91.88 | 3,458 | 98.79 | Mar. 1959 | No. 40, Sec. 3, ChungShanN.Rd., Taipei, Taiwan |



December 19, 2014

**Certification**

                                     **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2005.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com