# Exhibit 32

中華民國九十七年四月二十四日 刊印
查詢年報網址：http:// mops.tse.com.tw



創新 品質 信賴

# 大同公司96年度年報

股票代碼 2371

中華民國九十七年四月二十四日 刊印
查詢年報網址：http:// mops.tse.com.tw



**Innovation, Quality, Trust**

## 2007 Annual Report of Tatung Co.

**Stock Code: 2371**

Date Published:   April 24, 2008
Annual Report Inquiry Website: http://mops.tse.com.tw

# 公司治理報告

董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

**(一) 董事及監察人資料**

| 職 稱 | 姓 名 | 選(就)任日期 | 任期 | 初 次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現有持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股 數 | 持股比率(%) | 股 數 | 持股比率(%) | 股 數 | 持股比率(%) |
| 董事長 | 林蔚山 | 94.06.14 | 三年 | 61.04.14 | 13,146,967 | 0.289 | 15,596,967 | 0.343 | 3,437,287 | 0.076 |
| 董事 | 陳秀鑾 | 94.06.14 | 三年 | 58.05.25 | 16,493,795 | 0.363 | 16,493,795 | 0.363 | 186,132,143 | 4.096 |
| 董事 | 大同大學代表人 林郭文艷 | 94.06.14 | 三年 | 85.06.06 | | | | | 15,596,967 | 0.343 |
| 董事 | 大同大學代表人 林蔚東 | 94.06.14 | 三年 | 85.06.06 | | | | | 1,473,774 | 0.032 |
| 董事 | 大同大學代表人 王光元 | 94.06.14 | 三年 | 91.06.20 | | | | | 137,274 | 0.003 |
| 董事 | 大同大學代表人 余文正 | 94.06.14 | 三年 | 92.04.11 | 共同持有 343,682,719 | 7.562 | 共同持有 343,682,719 | 7.562 | 10,670 | ─ |
| 董事 | 大同大學代表人 施純事 | 94.06.14 | 三年 | 86.07.17 | | | | | 3,000 | ─ |
| 董事 | 大同大學代表人 唐遠生 | 94.06.14 | 三年 | 88.09.07 | | | | | 4,121 | ─ |
| 董事 | 大同大學代表人 張益華 | 94.06.14 | 三年 | 86.07.17 | | | | | 19,082 | ─ |

97 年 4 月 11 日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| － | － | 美國華盛頓大學碩士 | 大同(股)公司董事長兼總經理、中華映管(股)公司董事長<br>福華電子(股)公司董事長、尚志半導體(股)公司董事長<br>綠能科技(股)公司董事長、大同綜合訊電(股)公司董事長<br>尚志資產開發(股)公司董事長、尚志精密化學(股)公司董事長<br>台灣通信工業(股)公司董事長、大同奧的斯電梯(股)公司董事長<br>尚志精機(股)公司董事長、大同發那科自動化(股)公司董事長<br>拓志光機電(股)公司董事長、大同越南責任有限公司董事長 | 董事<br>董事<br>董事 | 陳秀鑾<br>林郭文艷<br>林蔚東 | 一親等配偶<br>二親等 |
| － | － | 中山女中畢業 | 無 | 董事長<br>董事<br>董事 | 林蔚山<br>林郭文艷<br>林蔚東 | 一親等<br>一親等<br>一親等 |
| － | － | 美國馬里蘭大學碩士 | 大同(股)公司執行副總經理、大同世界科技(股)公司董事長<br>大同電信(股)公司董事長、精英電腦(股)公司董事長<br>大同電子科技(江蘇)公司董事長、大同墨西哥公司董事長<br>大同電線電纜科技(吳江)公司董事長、大同捷克公司董事長<br>大同荷蘭公司董事長 | 董事<br>董事長<br>董事 | 陳秀鑾<br>林蔚山<br>林蔚東 | 一親等配偶<br>二親等 |
| － | － | 美國培波坦大學博士 | 富鼎證券投資信託(股)公司董事長 | 董事<br>董事長<br>董事 | 陳秀鑾<br>林蔚山<br>林郭文艷 | 一親等<br>二親等<br>二親等 |
| － | － | 大同大學畢業 | 大同(股)公司協理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同(股)公司財務協理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同(股)公司策略規劃室主任委員 | 無 | 無 | 無 |
| － | － | 美國加州大學碩士 | 大同(股)公司協理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 尚志資產開發(股)公司總經理 | 無 | 無 | 無 |

| 職稱 | 姓名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現有持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率(%) | 股數 | 持股比率(%) | 股數 | 持股比率(%) |
| 董事 | 大同大學代表人 盧錦鉭 | 94.06.14 | 三年 | 94.06.14 | | | | | 2,762 | - |
| 董事 | 大同大學代表人 黃英哲 | 95.01.11 | 三年 | 95.01.11 | | | | | 491 | - |
| 董事 | 大同大學代表人 辜文陽 | 95.03.29 | 三年 | 95.03.29 | 共同持有 343,682,719 | 7.562 | 共同持有 343,682,719 | 7.562 | - | - |
| 董事 | 大同大學代表人 陳火炎 | 96.02.15 | 三年 | 96.02.15 | | | | | - | - |
| 監察人 | 大同高級中學代表人 呂秀正 | 94.06.14 | 三年 | 91.06.20 | | | | | 9 | - |
| 監察人 | 大同高級中學代表人 許文剛 | 95.11.15 | 三年 | 95.11.15 | 共同持有 76,071,860 | 1.674 | 共同持有 76,071,860 | 1.674 | 3,000 | - |

註一：原董事 林挺生總裁於 95 年 5 月 10 日逝世。
註二：原董事 林鎮弘先生於 96 年 8 月 24 日辭任。
註三：各董事、監察人目前兼任其他投資公司之職務，請參閱第 131～141 頁（四）關係企業董事、監察人及總經理資料。

**(二) 法人股東之主要股東**　　　　　　　　　　　　　　　　　　　　　　　　97 年 4 月 11 日

| 法 人 股 東 名 稱 | 法 人 股 東 之 主 要 股 東 |
|---|---|
| 大同大學 | 無 |
| 大同高級中學 | 無 |

註：學校為財團法人，故無主要股東。

97 年 4 月 11 日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| － | － | 大同大學畢業 | 大同(股)公司電線電纜事業部暨重電廠總廠長 | 無 | 無 | 無 |
| － | － | 美國米蘇里大學碩士 | 大同(股)公司數位電子事業群數位視訊事業部全球營運總部副總經理 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同(股)公司家電事業部總廠長 | 無 | 無 | 無 |
| － | － | 師範大學博士 | 大同高級中學校長 | 無 | 無 | 無 |
| － | － | 美國南加州大學碩士 | 綠能科技(股)公司顧問 | 無 | 無 | 無 |
| － | － | 大同大學畢業 | 大同大學會計室主任 | 無 | 無 | 無 |

# 特別記載事項

**(二) 關係企業持股情形、基本資料及其營運概況**

| 轉投資事業名稱 | 本公司投資 | | 直接或間接控制事業之投資 | | 綜合投資 | | 設立日期 | 地址 |
|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比例(%) | 股數 | 持股比例(%) | 股數 | 持股比例(%) | | |
| 中華映管(股)公司 | 1,051,537,247 | 11.22 | 1,486,542,603 | 15.86 | 2,538,079,850 | 27.08 | 60.05 | 台北市中山北路三段 22 號 |
| 大同世界科技(股)公司 | 35,085,050 | 54.59 | 539,438 | 0.84 | 35,624,488 | 55.43 | 89.05 | 台北市中山北路三段 22 號 |
| 福華電子(股)公司 | 18,403,518 | 12.12 | 44,734,836 | 29.46 | 63,138,354 | 41.58 | 59.08 | 台北市中山北路三段 22 號 |
| 台灣通信工業(股)公司 | 520,899 | 99.98 | 0 | 0.00 | 520,899 | 99.98 | 47.03 | 台北市中山北路三段 22 號 |
| 尚志半導體(股)公司 | 46,772,000 | 66.82 | 14,000,000 | 20.00 | 60,772,000 | 86.82 | 84.07 | 台北市中山北路三段 22 號 |
| 中研科技(股)公司 | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | 86.08 | 台北市中山北路三段 22 號 |
| 大同綜合訊電(股)公司 | 25,000,000 | 100.00 | 0 | 0.00 | 25,000,000 | 100.00 | 89.10 | 台北市中山北路三段 22 號 |
| 大同奧的斯電梯(股)公司 | 100,000 | 50.00 | 0 | 0.00 | 100,000 | 50.00 | 73.07 | 台北市中山北路三段 22 號 |
| 大同大隈(股)公司 | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | 86.06 | 台北市中山北路三段 22 號 |
| 大同住重減速機(股)公司 | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | 85.04 | 台北市中山北路三段 22 號 |
| 大同發那科自動化(股)公司 | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | 83.06 | 台北市中山北路三段 22 號 |
| 坤德(股)公司 | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | 66.01 | 台北市中山北路三段 22 號 |
| 尚志精密化學(股)公司 | 25,947,807 | 85.93 | 0 | 0.00 | 25,947,807 | 85.93 | 69.03 | 台北市中山北路三段 22 號 |
| 大同林業營造(股)公司 | 69,328 | 3.08 | 2,172,069 | 96.54 | 2,241,397 | 99.62 | 39.06 | 台北市中山北路三段 22 號 |
| 尚志資產開發(股)公司 | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | 55.06 | 台北市中山北路三段 22 號 |
| 中華電子投資(股)公司 | 469,949,339 | 90.76 | 1,462,650 | 0.28 | 471,411,989 | 91.04 | 59.02 | 台北市中山北路三段 22 號 |
| 大同中外貴金屬(股)公司 | 175,000 | 50.00 | 0 | 0.00 | 175,000 | 50.00 | 62.10 | 台北市中山北路三段 22 號 |
| 尚志精機(股)公司 | 510,000 | 51.00 | 0 | 0.00 | 510,000 | 51.00 | 66.09 | 台北市中山北路三段 22 號 |
| 大同壓鑄(股)公司 | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | 60.11 | 台北市中山北路三段 22 號 |
| 大同亞瑟頓(股)公司 | 3,900,000 | 50.00 | 0 | 0.00 | 3,900,000 | 50.00 | 85.10 | 台北市中山北路三段 22 號 |
| 尚志國際通運(股)公司 | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | 62.12 | 台北市中山北路三段 22 號 |
| 協志工業叢書出版(股)公司 | 242 | 6.91 | 3,215 | 91.86 | 3,457 | 98.77 | 48.03 | 台北市中山北路三段 22 號 |
| 大同生科(股)公司 | 9,788,131 | 65.25 | 0 | 0.00 | 9,788,131 | 65.25 | 93.11 | 台北市仁愛路三段 136 號 6 樓 |
| 拓志光機電(股)公司 | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | 93.05 | 台北市中山北路三段 22 號 |

## Translation of Page 13

**Company Governance Report**

Management information of Director, Supervisor, general manager, deputy general manager, all departments and branches:

**(I) Information of directors and supervisors:**

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Chairman | Lin Weishan | June 14, 2005 | Three years | April 14, 1972 | 13,146,967 | 0.289 | 15,596,967 | 0.343 | 3,437,287 | 0.076 |
| Director | Chen Xiuluan | June 14, 2005 | Three years | May 25, 1969 | 16,493,795 | 0.363 | 16,493,795 | 0.363 | 186,132,143 | 4.096 |
| Director | Lin Guo Wenyan, representative of Tatung University | June 14, 2005 | Three years | June 6, 1996 | | | | | 15,596,967 | 0.343 |
| Director | Lin Weidong, representative of Tatung University | June 14, 2005 | Three years | June 6, 1996 | | | | | 1,473,774 | 0.032 |
| Director | Wang Guangyuan, representative of Tatung University | June 14, 2005 | Three years | June 20, 2002 | | | | | 137,274 | 0.003 |
| Director | Yu Wenzheng, representative of Tatung University | June 14, 2005 | Three years | April 11, 2003 | Common holding of shares: 343,682,719 | 7.562 | Common holding of shares: 343,682,719 | 7.562 | 10,670 | - |
| Director | Shi Chunshi, representative of Tatung University | June 14, 2005 | Three years | July 17, 1997 | | | | | 3,000 | - |
| Director | Tang Yuansheng, representative of Tatung University | June 14, 2005 | Three years | September 7, 1999 | | | | | 4,121 | - |
| Director | Zhang Yihua, representative of Tatung University | June 14, 2005 | Three years | July 17, 1997 | | | | | 19,082 | - |

## Translation of Page 14

April 11, 2008

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
| --- | --- | --- | --- | --- | --- | --- |
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Master of University of Washington, US | Chairman and General Manager of Tatung Co., Chairman of Chunghwa Picture Tubes Ltd.<br><br>Chairman of Forward Electronics Co., Ltd., Chairman of San Chih Semiconductor Co., Ltd.<br>Chairman of Green Energy Technology Co., Ltd., Chairman of Tatung Consumer Products (Taiwan) Co., Ltd.<br><br>Chairman of San Chih Asset Development Co., Ltd., Chairman of San Chih Fine Chemicals Co., Ltd.<br>Chairman of Taiwan Communication Industry Co., Ltd., Chairman of Tatung Fanuc Automation Co., Ltd.<br>Chairman of San Chih Precise Machine Co., Ltd., Chairman of Tatung Fanuc Automation Co., Ltd.<br>Chairman of Toes Opto-Mechatronics Company Limited, Chairman of Tatung Vietnam Co., Ltd. | Director<br><br>Director<br>Director | Chen Xiuluan<br><br>Lin Guo Wenyuan<br>Lin Weidong | First degree of relationship<br>Spouse<br>Second degree of relationship |
| - | - | Graduated from Taipei First Girls' High School | None | Chairman<br><br>Director<br><br>Director | Lin Weishan<br><br>Lin Guo Wenyan<br><br>Lin Weidong | First degree of relationship<br>First degree of relationship<br>First degree of relationship |
| - | - | Master of University of Maryland, US | Executive Vice Manager of Tatung Co., Chairman of Tatung System Technologies Inc.<br><br>Chairman of Tatung Telecom Co., Ltd., Chairman of Elite Computer Co., Ltd.<br>Chairman of Tatung Electronics Technology (Jiangsu) Co., Ltd., Chairman of Tatung Mexico Co., Ltd.<br><br>Chairman of Tatung Wire and Cable Technology (Wujiang) Co., Ltd., Chairman of Tatung Czech Co., Ltd.<br>Chairman of Tatung Netherlands Co., Ltd. | Director<br><br>Chairman<br>Director | Chen Xiuluan<br><br>Lin Weishan<br>Lin Weidong | First degree of relationship<br>Spouse<br>Second degree of relationship |
| - | - | Doctor of Pepperdine University, U.S.A. | Chairman of Fuding Securities Investment Trust Co., Ltd. | Director<br><br>Chairman<br><br>Director | Chen Xiuluan<br><br>Lin Weishan<br><br>Lin Guo Wenyan | First degree of relationship<br>Second degree of relationship<br>Second degree of relationship |
| - | - | Graduated from Tatung University | Assistant Manager of Tatung Co., Ltd. | None | None | None |
| - | - | Graduated from Tatung University | Assistant Financial Manager of Tatung Co., Ltd. | None | None | None |
| - | - | Graduated from Tatung University | Director of Strategic Planning Office of Tatung Co., Ltd. | None | None | None |
| - | - | Master of University of California | Assistant Manager of Tatung Co., Ltd. | None | None | None |
| - | - | Graduated from Tatung University | General Manager of San Chih Asset Development Co., Ltd. | None | None | None |

## Translation of Page 15

**Company Governance Report**

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Director | Lu Jindian, representative of Tatung University | June 14, 2005 | Three years | June 14, 2005 | | | | | 2,762 | - |
| Director | Huang Yingzhe, representative of Tatung University | January 11, 2006 | Three years | January 11, 2006 | | | | | 491 | - |
| Director | Gu Wenyang, representative of Tatung University | March 29, 2006 | Three years | March 29, 2006 | Common holding of shares: 343,682,719 | 7.562 | Common holding of shares: 343,682,719 | 7.562 | - | - |
| Director | Chen Huoyuan, representative of Tatung University | February 15, 2007 | Three years | February 15, 2007 | | | | | - | - |
| Supervisor | Lv Xiuzheng, representative of Tatung Senior High School | June 14, 2005 | Three years | June 20, 2002 | | | | | 9 | - |
| Supervisor | Xu Wengang, representative of Tatung Senior High School | November 15, 2006 | Three years | November 15, 2006 | Common holding of shares: 76,071,860 | 1.674 | Common holding of shares: 76,071,860 | 1.674 | 3,000 | - |

Note 1: The former Chairman Lin Tingsheng has died on May 10, 2006.
Note 2: The former director Mr. Lin Zhenhong has resigned on August 24, 2007.
Note 3: Please see pages 131~141(4) Information of Directors, Supervisors and General Manager of Affiliated Companies for position of each director and supervisor in other investment companies at present.

**(II) Principal Shareholders of Institutional Shareholders**

April 11, 2008

| Name of Institutional Shareholders | Principal Shareholders of Institutional Shareholders |
|---|---|
| Tatung University | None |
| Tatung Senior High School | None |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

## Translation of Page 16

April 11, 2008

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
| --- | --- | --- | --- | --- | --- | --- |
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Graduated from Tatung University | Director of Wire & Cable BU and Heavy Electronics Plant of Tatung Co., Ltd. | None | None | None |
| - | - | Master of University of Missouri, US | Deputy General Manager of Global Operating Headquarter of Digital Communication BU of Digital Electronics Business Cluster of Tatung Co., Ltd. | None | None | None |
| - | - | Graduated from Tatung University | Director of Home Appliances BU of Tatung Co., Ltd. | None | None | None |
| - | - | Doctor of Normal University | Headmaster of Tatung Senior High School | None | None | None |
| - | - | Master of University of Southern California, US | Consultant of Green Energy Technology Co., Ltd. | None | None | None |
| - | - | Graduated from Tatung University | Director of Accounting Office of Tatung University | None | None | None |

## Translation of Page 125

**Special Items Recorded**

(2) Shareholding, basic information and general operation of affiliated companies

| Name of reinvestment businesses | Our investment | | Investment by direct or indirect control of businesses | | Comprehensive investment | | Creation date | Address |
|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | | |
| Chunghwa Picture Tubes Ltd. | 1,051,537,247 | 11.22 | 1,486,542,603 | 15.86 | 2,538,079,850 | 27.08 | May, 1971 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung System Technologies Inc. | 35,085,050 | 54.59 | 539,438 | 0.84 | 35,624,488 | 55.43 | May, 2000 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Forward Electronics Co., Ltd. | 18,403,518 | 12.12 | 44,734,836 | 29.46 | 63,138,354 | 41.58 | August, 1970 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Taiwan Telecommunication Industry Company | 520,899 | 99.98 | 0 | 0.00 | 520,899 | 99.98 | March, 1958 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih Semiconductor Co., Ltd. | 46,772,000 | 66.82 | 14,000,000 | 20.00 | 60,772,000 | 86.82 | July, 1995 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Central Research Technology Co., Ltd. | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | August, 1997 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Consumer Products (Taiwan) Co., Ltd. | 25,000,000 | 100.00 | 0 | 0.00 | 25,000,000 | 100.00 | October, 2000 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Otis Elevator Company | 100,000 | 50.00 | 0 | 0.00 | 100,000 | 50.00 | July, 1984 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung- Okuma Co., Ltd. | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | June, 1997 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung SM-Cyclo Co., Ltd. | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | April, 1996 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Fanuc Automation Co., Ltd. | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | June, 1994 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Kuender Company Limited | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | January, 1977 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih Fine Chemicals Co., Ltd. | 25,947,807 | 85.93 | 0 | 0.00 | 25,947,807 | 85.93 | March, 1980 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Forestry Construction Co., Ltd. | 69,328 | 3.08 | 2,172,069 | 96.54 | 2,241,397 | 99.62 | June, 1950 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih Asset Development Co., Ltd. | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | June, 1966 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Chunghwa Electronics Development Co., Ltd. | 469,949,339 | 90.76 | 1,462,650 | 0.28 | 471,411,989 | 91.04 | February, 1970 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Chugai Precious Metals Co., Ltd. | 175,000 | 50.00 | 0 | 0.00 | 175,000 | 50.00 | October, 1973 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih Precise Machine Co., Ltd. | 510,000 | 51.00 | 0 | 0.00 | 510,000 | 51.00 | September, 1977 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Die Casting Co., Ltd. | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | November, 1971 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Atherton Co., Ltd. | 3,900,000 | 50.00 | 0 | 0.00 | 3,900,000 | 50.00 | October, 1996 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| San Chih International Express Co., Ltd. | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | December, 1973 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | 242 | 6.91 | 3,215 | 91.86 | 3,457 | 98.77 | March, 1959 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |
| Tatung Biotechnology Co., Ltd. | 9,788,131 | 65.25 | 0 | 0.00 | 9,788,131 | 65.25 | November, 2004 | F6, No. 136, Sec 3, Renai Rd., Taipei, Taiwan |
| Toes Opto-Mechatronics Company Limited | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | May, 2004 | No. 22, Sec. 3, ChungShan N.Rd., Taipei, Taiwan |



December 19, 2014

**Certification**           **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2007.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com