# Exhibit 33



創新 品質 信賴

# 大同公司 97年度年報

股票代碼 2371

中華民國九十八年四月二十九日 刊印

查詢年報網址：http:// mops.tse.com.tw



**Innovation, Quality, Trust**

**2008 Annual Report of Tatung Co.**

**Stock Code: 2371**

Date Published: April 29, 2009
Annual Report Inquiry Website: http://mops.tse.com.tw

# 公司治理報告

董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

## (一) 董事及監察人資料

| 職　稱 | 姓　名 | 選(就)任日期 | 任期 | 初　次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶‧未成年子女現有持有股份 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | |
| 董事長 | 林蔚山 | 97.06.11 | 三年 | 61.04.14 | 15,596,967 | 0.34 | 15,596,967 | 0.34 | 3,437,287 | 0.08 | |
| 董事 | 林文淵 | 97.06.11 | 三年 | 97.06.11 | 20,000 | - | 20,000 | - | 100,000 | - | |
| 董事 | 大同大學代表人 林郭文艷 | 97.06.11 | 三年 | 85.06.06 | | | | | 15,596,967 | 0.34 | |
| 董事 | 大同大學代表人 林蔚東 | 97.06.11 | 三年 | 85.06.06 | | | | | 1,473,774 | 0.03 | |
| 董事 | 大同大學代表人 張益華 | 97.06.11 | 三年 | 86.07.17 | 共同持有 343,682,719 | 7.55 | 共同持有 343,682,719 | 7.55 | 19,082 | - | |
| 董事 | 大同大學代表人 何明果 | 97.06.11 | 三年 | 97.06.11 | | | | | - | - | |
| 董事 | 大同大學代表人 蕭縈鞍 | 97.06.11 | 三年 | 97.06.11 | | | | | - | - | |

98 年 4 月 11 日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| - | - | 美國華盛頓大學<br>碩士 | 大同(股)公司董事長兼總經理、中華映管(股)公司董事長<br>福華電子(股)公司董事長、尚志半導體(股)公司董事長<br>綠能科技(股)公司董事長、大同綜合訊電(股)公司董事長<br>尚志資產開發(股)公司董事長、尚志精密化學(股)公司董事長<br>台灣通信工業(股)公司董事長、大同奧的斯電梯(股)公司董事長<br>大同發那科自動化(股)公司董事長、拓志光機電(股)公司董事長<br>大同越南責任有限公司董事長 | 董事<br>董事 | 林郭文艷<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國夏威夷大學<br>土木工程碩士<br>中國鋼鐵(股)公司<br>董事長 | 台灣高速鐵路(股)公司董事<br>高雄銀行常務董事 | 無 | 無 | 無 |
| - | - | 馬里蘭大學助教<br>台灣大學講師<br>大同大學講師<br>大同(股)公司<br>董事長特別助理 | 大同(股)公司執行副總經理、大同世界科技(股)公司董事長<br>大同電信(股)公司董事長、精英電腦(股)公司董事長<br>大同墨西哥公司董事長 大同電線電纜科技(吳江)公司董事長<br>大同捷克公司董事長、大同荷蘭公司董事長 | 董事長<br>董事 | 林蔚山<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國培波坦大學<br>博士<br>大同英國(股)公司<br>總經理 | 富鼎證券投資信託(股)公司董事長<br>台北工業(股)公司董事 | 董事長<br>董事 | 林蔚山<br>林郭文艷 | 二親等<br>二親等 |
| - | - | 大同大學畢業<br>大同綜合訊電(股)<br>公司總經理<br>大同(股)公司<br>秘書處秘書長 | 尚志資產開發(股)公司總經理、台北工業(股)公司董事<br>大同林業營造(股)公司董事、唯冠國際控股(股)公司董事<br>通達國際(股)公司董事、正聲廣播(股)公司董事 | 無 | 無 | 無 |
| - | - | 美國明尼蘇達大學<br>機械博士<br>大同大學機械系<br>教授<br>拓志光機電(股)公司<br>總經理 | 大同(股)公司能源事業處副總經理、尚志半導體(股)公司董事<br>大同電信(股)公司董事、大同生科(股)公司董事<br>拓志光機電(股)公司董事、大同發那科自動化(股)公司董事 | 無 | 無 | 無 |
| - | - | 中正高中<br>大同機電二年期<br>專業進修班結業<br>大同綜合訊電(股)<br>公司總經理 | 大同(股)公司秘書處秘書長、尚志資產開發(股)公司董事<br>大同電信(股)公司董事 | 無 | 無 | 無 |

# 公司治理報告

| 職　稱 | 姓　名 | 選(就)任日期 | 任期 | 初　次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現有持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) |
| 董事 | 大同大學代表人 陳火炎 | 97.06.11 | 三年 | 96.02.15 | | | | | - | - |
| 董事 | 大同大學代表人 李裕仁 | 97.06.11 | 三年 | 97.06.11 | 共同持有 343,682,719 | 7.55 | 共同持有 343,682,719 | 7.55 | 3,072 | - |
| 監察人 | 大同高級中學代表人 呂秀正 | 97.06.11 | 三年 | 91.06.20 | | | | | 9 | - |
| 監察人 | 大同高級中學代表人 許文剛 | 97.06.11 | 三年 | 95.11.15 | 共同持有 76,071,860 | 1.67 | 共同持有 76,071,860 | 1.67 | 3,000 | - |

註：各董事、監察人目前兼任其他投資公司之職務，請參閱第 139~149 頁（四）關係企業董事、監察人及總經理資料。

## （二）法人股東之主要股東

98 年 4 月 11 日

| 法　人　股　東　名　稱 | 法　人　股　東　之　主　要　股　東 |
|---|---|
| 大同大學 | 無 |
| 大同高級中學 | 無 |

註：學校為財團法人，故無主要股東。

98 年 4 月 11 日

| | 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|---|
| | 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| | - | - | 師範大學博士<br>大同大學應數系<br>教授 | 大同高級中學校長 | 無 | 無 | 無 |
| | - | - | 文化電機系<br>大同(股)公司<br>冷氣廠廠長 | 大同(股)公司人事處處長、大同股份有限公司董事<br>大同家電(吳江)公司董事、志生投資公司董事<br>金盛發有限公司董事、群輝康健科技公司董事 | 無 | 無 | 無 |
| | - | - | 美國南加州大學<br>碩士<br>大同富士電化公司<br>總經理 | 綠能科技(股)公司顧問 | 無 | 無 | 無 |
| | - | - | 大同大學畢業<br>大同(股)公司稽核<br>委員會主任委員 | 大同大學會計室主任 | 無 | 無 | 無 |

# 特別記載事項

**(二) 關係企業持股情形、基本資料及其營運概況**

| 轉投資事業名稱 | 本公司投資 | | 直接或間接控制事業之投資 | | 綜合投資 | | 設立日期 | 地　　　　址 |
|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比例(%) | 股數 | 持股比例(%) | 股數 | 持股比例(%) | | |
| 中華映管(股)公司 | 1,051,537,247 | 11.09 | 1,486,542,603 | 15.68 | 2,538,079,850 | 26.77 | 60.05 | 台北市中山北路三段 22 號 |
| 大同世界科技(股)公司 | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | 89.05 | 台北市中山北路三段 22 號 |
| 福華電子(股)公司 | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | 59.08 | 台北市中山北路三段 22 號 |
| 台灣通信工業(股)公司 | 520,899 | 99.98 | 0 | 0.00 | 520,899 | 99.98 | 47.03 | 台北市中山北路三段 22 號 |
| 尚志半導體(股)公司 | 51,453,212 | 66.56 | 15,401,201 | 19.92 | 66,854,413 | 86.48 | 84.07 | 台北市中山北路三段 22 號 |
| 中研科技(股)公司 | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | 86.08 | 台北市中山北路三段 22 號 |
| 大同綜合訊電(股)公司 | 25,000,000 | 100.00 | 0 | 0.00 | 25,000,000 | 100.00 | 89.10 | 台北市中山北路三段 22 號 |
| 大同奧的斯電梯(股)公司 | 100,000 | 50.00 | 0 | 0.00 | 100,000 | 50.00 | 73.07 | 台北市中山北路三段 22 號 |
| 大同大隈(股)公司 | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | 86.06 | 台北市中山北路三段 22 號 |
| 大同住重減速機(股)公司 | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | 85.04 | 台北市中山北路三段 22 號 |
| 大同發那科自動化(股)公司 | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | 83.06 | 台北市中山北路三段 22 號 |
| 坤德(股)公司 | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | 66.01 | 台北市中山北路三段 22 號 |
| 尚志精密化學(股)公司 | 26,726,241 | 85.11 | 0 | 0.00 | 26,726,241 | 85.11 | 69.03 | 台北市中山北路三段 22 號 |
| 尚志資產開發(股)公司 | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | 55.06 | 台北市中山北路三段 22 號 |
| 中華電子投資(股)公司 | 487,943,339 | 94.24 | 1,462,650 | 0.28 | 489,405,989 | 94.52 | 59.02 | 台北市中山北路三段 22 號 |
| 大同壓鑄(股)公司 | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | 60.11 | 台北市中山北路三段 22 號 |
| 尚志國際通運(股)公司 | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | 62.12 | 台北市中山北路三段 22 號 |
| 協志工業叢書出版(股)公司 | 242 | 6.91 | 3,216 | 91.89 | 3,458 | 98.80 | 48.03 | 台北市中山北路三段 22 號 |
| 大同生科(股)公司 | 9,788,131 | 65.25 | 0 | 0.00 | 9,788,131 | 65.25 | 93.11 | 台北市仁愛路三段 136 號 6 樓 |
| 拓志光機電(股)公司 | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | 93.05 | 台北市中山北路三段 22 號 |
| 精英電腦(股)公司 | 325,292,613 | 25.42 | 0 | 0.00 | 325,292,613 | 25.42 | 76.05 | 台北市內湖區堤頂大道二段 239 號 |
| 協志聯合科技(股)公司 | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | 100.00 | 85.08 | 台北市中山北路三段 38-3 號 1 樓 |

97 年 12 月 31 日

| 企業名稱 | 職　稱 | 姓名或代表人 | 持 有 股 份 | |
|---|---|---|---|---|
| | | | 股　數 | 持股比例 |
| 尚志精密化學(股)公司 | | 大同(股)公司代表人： | 26,726,241 | 85.11% |
| | 董事長 | 林蔚山 | | |
| | 董事兼總經理 | 楊文達 | | |
| | 董事 | 洪賑城 | | |
| | 董事 | 李龍達 | | |
| | 董事 | 陳彥豪 | | |
| | 監察人 | 王榮基 | | |
| | 監察人 | 王隆潔 | | |
| 尚志資產開發(股)公司 | | 大同(股)公司代表人： | 5,220,064 | 100.00% |
| | 董事長 | 林蔚山 | | |
| | 董事 | 林郭文艷 | | |
| | 董事 | 蕭縈鞍 | | |
| | 董事兼總經理 | 張益華 | | |
| | 董事 | 何明果 | | |
| | 監察人 | 許文剛 | | |
| 中華電子投資(股)公司 | | 大同(股)公司代表人： | 487,943,339 | 94.24% |
| | 董事長兼總經理 | 林蔚山 | | |
| | 董事 | 林郭文艷 | | |
| | 董事 | 張益華 | | |
| | 董事 | 何明果 | | |
| | 董事 | 蔡宜恭 | | |
| | 董事 | 王隆潔 | | |
| | 董事 | 彭文傑 | | |
| | 董事 | 陳淑芬 | | |
| | 監察人 | 楊政杰 | | |
| | | 中華開發工業銀行(股)公司代表人： | 16,330,020 | 3.15% |
| | 董事 | 徐翠琳 | | |
| | 董事 | 鄒旭昇 | | |
| | | 富國投資(股)公司代表人： | 5,698,777 | 1.10% |
| | 董事 | 陳柏蒼 | | |
| | | 中興電工機械(股)公司代表人： | 1,218,300 | 0.24% |
| | 董事 | 江義福 | | |
| | | 歌林(股)公司代表人： | 2,569,550 | 0.50% |
| | 董事 | 李敦仁 | | |
| | 監察人 | 陳尚修 | | |
| 大同壓鑄(股)公司 | | 大同(股)公司代表人： | 78,795 | 51.00% |
| | 董事長 | 林蔚山 | | |
| | 董事兼總經理 | 謝榮昌 | | |
| | 董事 | 陳國舜 | | |
| | 董事 | 葉斯雄 | | |
| | 監察人 | 周秋吉 | | |
| | | 三井金屬礦業式會社代表人： | 75,705 | 49.00% |
| | 董事 | 筱原亮二 | | |
| | 董事 | 今津一郎 | | |
| | 董事 | 福田誠 | | |
| | 監察人 | 木部久和 | | |

Translation of page 13

# Company Governance Report

Management information of Director, Supervisor, general manager, deputy general manager, all departments and branches:

(I) Information of directors and supervisors:

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Chairman | Lin Weishan | June 11, 2008 | Three years | April 14, 1972 | 15,596,967 | 0.34 | 15,596,967 | 0.34 | 3,437,287 | 0.08 |
| Director | Lin Wenyuan | June 11, 2008 | Three years | June 11, 2008 | 20,000 | - | 20,000 | - | 100,000 | - |
| Director | Lin Guo Wenyan, representative of Tatung University | June 11, 2008 | Three years | June 6, 1996 | Common holding of shares: 343,682,719 | 7.55 | Common holding of shares: 343,682,719 | 7.55 | 15,596,967 | 0.34 |
| Director | Lin Weidong, representative of Tatung University | June 11, 2008 | Three years | June 6, 1996 | | | | | 1,473,774 | 0.03 |
| Director | Zhang Yihua, representative of Tatung University | June 11, 2008 | Three years | July 17, 1997 | | | | | 19,082 | - |
| Director | He Mingguo, representative of Tatung University | June 11, 2008 | Three years | June 11, 2008 | | | | | - | - |
| Director | Xiao Qing'an, representative of Tatung University | June 11, 2008 | Three years | June 11, 2008 | | | | | - | - |

Translation of page 14

April 11, 2009

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Master of University of Washington, US | Chairman and General Manager of Tatung Co., Chairman of Chunghwa Picture Tubes Ltd. | Director | Chen Xiuluan | First degree of relationship Spouse |
| | | | | Director | Lin Guowenyuan | |
| | | | Chairman of Forward Electronics Co., Ltd., Chairman of San Chih Semiconductor Co., Ltd. | Director | Lin Weidong | Second degree of relationship |
| | | | Chairman of Green Energy Technology Co., Ltd., Chairman of Tatung Consumer Products (Taiwan) Co., Ltd. | | | |
| | | | Chairman of San Chih Asset Development Co., Ltd., Chairman of San Chih Fine Chemicals Co., Ltd. | | | |
| | | | Chairman of Taiwan Telecommunication Industry Company, Chairman of Tatung Otis Elevator Company | | | |
| | | | Chairman of Tatung Fanuc | | | |

| | | | Automation Co., Ltd., Chairman of Toes Opto-Mechatronics Company Limited<br><br>Chairman of Tatung Vietnam Co., Ltd. | | | |
|---|---|---|---|---|---|---|
| - | - | Master of Civil Engineering of University of Hawaii, US Chairman of China Steel Corporation | Chairman of Taiwan High Speed Rail Corporation<br><br>Executive Director of Bank of Kaohsiung | None | None | None |
| - | - | Assistant of University of Maryland Lecturer of Taiwan University Lecturer of Tatung University Tatung Co., Ltd. Special Assistant of Chairman of Tatung Co., Ltd. | Executive Vice Manager of Tatung Co., Chairman of Tatung System Technologies Inc.<br><br>Chairman of Tatung Telecom Co., Ltd., Chairman of Elite Computer Co., Ltd.<br><br>Chairman of Tatung Mexico Co., Ltd., Chairman of Tatung Wire and Cable Technology (Wujiang) Co., Ltd. Chairman of Tatung Czech Co., Ltd., Chairman of Tatung Netherlands Co., Ltd. | Chairman<br><br>Director | Lin Weishan<br><br>Lin Weidong | Spouse<br><br>Second degree of relationship |
| - | - | Doctor of Pepperdine University, U.S.A. General Manager of Tatung UK Co., Ltd. | Chairman of Fuding Securities Investment Trust Co., Ltd. Director of Taipei Industry | Chairman<br><br>Director | Lin Weishan<br><br>Lin Guo Wenyan | Second degree of relationship<br><br>Second degree of |

| | | | Co., Ltd. | | | relationship |
|---|---|---|---|---|---|---|
| - | - | Graduated from Tatung University; General Manager of Tatung Consumer Products (Taiwan) Co., Ltd.; Secretary General of Secretariat of Tatung Co., Ltd. | General Manager of San Chih Asset Development Co., Ltd., Director of Taipei Industry Co., Ltd.<br><br>Director of Tatung Forestry Construction Co., Ltd., Director of Proview International Holdings Limited<br><br>Director of Tongda International Co., Ltd., Director of Cheng Sheng Broadcasting Corp. | None | None | None |
| - | - | Doctor of Mechanical Engineering of University of Minnesota, US<br>Professor of Department of Mechanical Engineering of Tatung University<br>General Manager of Toes Opto-Mechatronics Company Limited | Vice General Manager of Energy Business BU of Tatung Co., Ltd., Director of San Chih Semiconductor Co., Ltd.<br><br>Director of Tatung Telecom Co., Ltd., Director of Tatung Biotechnology Co., Ltd.<br><br>Director of Toes Opto-Mechatronics Company Limited, Director of Tatung Fanuc Automation Co., Ltd. | None | None | None |
| - | - | Graduated from Zhongzheng High School; completed course of Tatung Two-year | Secretary General of Secretariat of Tatung Co., Ltd. | None | None | None |

| | | Business Class for Advanced Electromechanical Studies; General Manager of Tatung Consumer Products (Taiwan) Co., Ltd. | Director of San Chih Asset Development Co., Ltd. Director of Tatung Telecom Co., Ltd. | | | |

Translation of page 15

# Company Governance Report

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Director | Chen Huoyan, representative of Tatung University | June 11, 2008 | Three years | February 15, 2007 | | | | | - | - |
| Director | Li Yuren, representative of Tatung University | June 11, 2008 | Three years | June 11, 2008 | Common holding of shares: 343,682,719 | 7.55 | Common holding of shares: 343,682,719 | 7.55 | 3,072 | - |
| Supervisor | Lv Xiuzheng, representative of Tatung Senior High School | June 11, 2008 | Three years | November 15, 2006 | | | | | 9 | - |
| Supervisor | Xu Wengang, representative of Tatung Senior High School | June 11, 2008 | Three years | November 15, 2006 | Common holding of shares: 76,071,860 | 1.67 | Common holding of shares: 76,071,860 | 1.67 | 3,000 | - |

Note: refer to Information of Directors, Supervisors and General Manager of Affiliated Companies at Page 139-149 (4) for position of each director and supervisor in other investment companies at present.

(II) Principal Shareholders of Institutional Shareholders

April 11, 2009

| Name of Institutional Shareholders | Principal Shareholders of Institutional Shareholders |
|---|---|
| Tatung University | None |
| Tatung Senior High School | None |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

Translation of page 16

April 11, 2008

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Doctor of Normal University Professor of Applied Mathematics of Tatung University | Headmaster of Tatung Senior High School | None | None | None |
| | | Graduated from Department of Electrical Engineering of Chinese Culture University; Director of Cool Air Plant of Tatung Co., Ltd. | Chief of Personnel BU of Tatung Co., Ltd.; Director of Tatung Co., Ltd.; Director of Tatung Home Appliances (Wujiang) Co., Ltd.; Director of Zhisheng Investment Company; Director of Chin Sheng Fa Company; Director of Qunhui Healthcare Technology Co., Ltd. | None | None | None |
| - | - | Master of University of Southern California, US; General Manager of Tatung Fuji Electrochemical Co., Ltd. | Consultant of Green Energy Technology Co., Ltd. | None | None | None |
| - | - | Graduated from Tatung University; Chairman of Audit Committee of Tatung Co., Ltd. | Director of Accounting Office of Tatung University | None | None | None |

Translation of page 133

# Special Items Recorded

(II) Shareholding, basic information and general operation of affiliated companies

| Name of reinvestment businesses | Our investment | | Investment by direct or indirect control of businesses | | Comprehensive investment | | Creation date | Address |
|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | | |
| Chunghwa Picture Tubes Ltd. | 1,051,537,247 | 11.09 | 1,486,542,603 | 15.68 | 2,538,079,850 | 26.77 | May, 1971 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung System Technologies Inc. | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | May, 2000 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Forward Electronics Co., Ltd. | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | August, 1970 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Taiwan Telecommunication Industry Company | 520,899 | 99.98 | 0 | 0.00 | 520,899 | 99.98 | March, 1958 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Semiconductor Co., Ltd. | 51,453,212 | 66.56 | 15,401,201 | 19.92 | 66,854,413 | 86.48 | July, 1995 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Central Research Technology Co., Ltd. | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | August, 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Consumer | 25,000,000 | 100.00 | 0 | 0.00 | 25,000,000 | 100.00 | October, | No. 22, Sec. 3, |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Products (Taiwan) Co., Ltd. | | | | | | | 2000 | ChungShan N. Rd., Taipei, Taiwan |
| Tatung Otis Elevator Company | 100,000 | 50.00 | 0 | 0.00 | 100,000 | 50.00 | July, 1984 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung- Okuma Co., Ltd. | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | June, 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung SM-Cyclo Co., Ltd. | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | April, 1996 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Fanuc Automation Co., Ltd. | 3,750,000 | 50.00 | 0 | 0.00 | 3,750,000 | 50.00 | June, 1994 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Kuender Company Limited | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | January, 1977 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Fine Chemicals Co., Ltd. | 26,726,241 | 85.11 | 0 | 0.00 | 26,726,241 | 85.11 | March, 1980 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Asset Development Co., Ltd. | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | June, 1966 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Chunghwa Electronics | 487,943,339 | 94.24 | 1,462,650 | 0.28 | 489,405,989 | 94.52 | February, 1970 | No. 22, Sec. 3, ChungShan N. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Development Co., Ltd. | | | | | | | Rd., Taipei, Taiwan |
| Tatung Die Casting Co., Ltd. | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | November, 1971 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih International Express Co., Ltd. | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | December, 1973 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | 242 | 6.91 | 3,216 | 91.89 | 3,458 | 98.80 | March, 1959 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Biotechnology Co., Ltd. | 9,788,131 | 65.25 | 0 | 0.00 | 9,788,131 | 65.25 | November, 2004 | F6, No. 136, Sec. 3, Renai Rd., Taipei, Taiwan |
| Toes Opto-Mechatronics Company Limited | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | May, 2004 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Elite Computer Co., Ltd. | 325,292,613 | 25.42 | 0 | 0.00 | 325,292,613 | 25.42 | May, 1987 | No. 239, Sec. 2, Tiding Ave., Niehu District, Taipei, Taiwan |
| TISNet Technology Inc. | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | 100.00 | August, 1996 | F1, No. 38-3, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |

Translation of page 142

December 31, 2008

| Name of Enterprise | Title | Name or Representative | Shareholding | |
|---|---|---|---|---|
| | | | Number of shares | Ratio of shareholding |
| San Chih Fine Chemicals Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 26,726,241 | 85.11% |
| | Chairman | Lin Weishan | | |
| | Chairman and General Manager | Yang Wenda | | |
| | Director | Hong Zhangcheng | | |
| | Director | Li Longda | | |
| | Director | Chen Yanhao | | |
| | Supervisor | Wang Rongji | | |
| | Supervisor | Wang Longjie | | |
| San Chih Asset Development Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 5,220,064 | 100.00% |
| | Chairman | Lin Weishan | | |
| | Director | Lin Guo Wenyan | | |
| | Director | Xiao Qing'an | | |
| | Director and General Manager | Zhang Yihua | | |
| | Director | He Mingguo | | |
| | Director | Lin Dengbin | | |
| | Supervisor | Xu Wengang | | |
| Chunghwa Electronics Development Co., Ltd. | | Representative of Tatung Co., Ltd.: | 487,943,339 | 94.24% |
| | Chairman and General Manager | Lin Weishan | | |
| | Director | Lin Guo Wenyan | | |
| | Director | Zhang Yihua | | |
| | Director | He Mingguo | | |
| | Director | Cai Yigong | | |
| | Director | Wang Longjie | | |

| | | | | |
|---|---|---|---|---|
| | Director | Peng Wenjie | | |
| | Director | Chen Shufen | | |
| | Supervisor | Yang Zhengjie | | |
| | | Representatives of China Development Financial Holding Corporation: | 16,330,020 | 3.15% |
| | | Xu Cuilin | | |
| | Director | Zou Xusheng | | |
| | Director | Representative of Wells Fargo Investment Co., Ltd.: | | |
| | Director | Chen Bocang | 5,698,777 | 1.10% |
| | Director | Representative of Chung Hsin Electric & Machinery Mfg. Corp. Ltd.: | | |
| | | Jiang Yifu | 1,218,300 | 0.24% |
| | Director | Representative of Kolin Inc.: | | |
| | Supervisor | Lin Dunren | | |
| | | Chen Shangxiu | | |
| | | | 2,569,550 | 0.50% |
| Tatung Die Casting Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 78,795 | 51.00% |
| | Chairman | Lin Weishan | | |
| | Executive director and General Manager | Xie Rongchang | | |
| | Director | Chen Guoshun | | |
| | Director | Ye Sixiong | | |
| | Supervisor | Zhou Qiuji | | |
| | | Representatives of Mitsui Mining Company Limited: | 75,705 | 49.00% |
| | Director | Shinohara Ryoji | | |
| | Director | Imazu Genichiro | | |
| | Director | Fukuda Shiro | | |
| | Supervisor | Kibe Hisashi | | |



December 19, 2014

**Certification**

                              **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2008.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011