# Exhibit 34



創新 品質 信賴

大同公司**98年度年報**

股票代碼 2371

中華民國九十九年五月十五日 刊印

查詢年報網址：http:// mops.tse.com.tw



**Innovation, Quality, Trust**

## 2009 Annual Report of Tatung Co.

**Stock Code:** 2371

Date Published: May 15, 2010

Annual Report Inquiry Website : http:// mops.tse.com.tw

# 公司治理報告

董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

## (一) 董事及監察人資料

| 職　稱 | 姓　名 | 選(就)任日期 | 任期 | 初　次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現有持有股份 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | |
| 董事長 | 林蔚山 | 97.06.11 | 三年 | 61.04.14 | 15,596,967 | 0.28 | 24,934,360 | 0.45 | 3,437,287 | 0.06 | |
| 董事 | 林文淵 | 97.06.11 | 三年 | 97.06.11 | 20,000 | - | 20,000 | - | 100,000 | - | |
| 董事 | 大同大學代表人 林郭文艷 | 97.06.11 | 三年 | 76.05.24 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - | |
| 董事 | 大同大學代表人 林蔚東 | 97.06.11 | 三年 | 76.05.24 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - | |
| 董事 | 大同大學代表人 張益華 | 97.06.11 | 三年 | 76.05.24 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - | |
| 董事 | 大同大學代表人 陳火炎 | 97.06.11 | 三年 | 76.05.24 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - | |
| 董事 | 大同大學代表人 何明果 | 97.06.11 | 三年 | 76.05.24 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - | |

99 年 5 月 15 日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| - | - | 美國華盛頓大學碩士 | 大同(股)公司董事長兼總經理、中華映管(股)公司董事長<br>福華電子(股)公司董事長、尚志半導體(股)公司董事長<br>綠能科技(股)公司董事長、大同綜合訊電(股)公司董事長<br>尚志資產開發(股)公司董事長、尚志精密化學(股)公司董事長<br>台灣通信工業(股)公司董事長、大同奧的斯電梯(股)公司董事長<br>拓志光機電(股)公司董事長 | 董事<br>董事 | 林郭文艷<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國夏威夷大學土木工程碩士<br>中國鋼鐵(股)公司董事長 | 台灣高速鐵路(股)公司董事<br>高雄銀行常務董事 | 無 | 無 | 無 |
| - | - | 美國馬里蘭大學碩士<br>馬里蘭大學助教<br>台灣大學講師<br>大同大學講師<br>大同(股)公司<br>董事長特別助理 | 大同(股)公司執行副總經理、大同世界科技(股)公司董事長<br>大同電信(股)公司董事長、精英電腦(股)公司董事長<br>大同墨西哥公司董事長<br>大同捷克公司董事長 | 董事長<br>董事 | 林蔚山<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國培波坦大學博士<br>大同英國(股)公司總經理 | 富鼎證券投資信託(股)公司董事長<br>台北工業(股)公司董事 | 董事長<br>董事 | 林蔚山<br>林郭文艷 | 二親等<br>二親等 |
| - | - | 大同大學畢業<br>大同綜合訊電(股)公司總經理<br>大同(股)公司秘書處秘書長 | 尚志資產開發(股)公司總經理、台北工業(股)公司董事<br>大同林業營造(股)公司董事、唯冠國際控股(股)公司董事<br>正聲廣播(股)公司董事 | 無 | 無 | 無 |
| - | - | 師範大學博士<br>大同大學應數系教授 | 大同高級中學校長 | 無 | 無 | 無 |
| - | - | 美國明尼蘇達大學機械博士<br>大同大學機械系教授<br>拓志光機電(股)公司總經理<br>大同(股)公司秘書長 | 大同(股)公司總經理室兼能源事業處副總經理<br>大同生科(股)公司董事<br>尚志資產開發(股)公司董事<br>拓志光機電(股)公司董事<br>大同中外貴金屬(股)公司董事 | 無 | 無 | 無 |

# 公司治理報告

| 職　稱 | 姓　名 | 選(就)任<br>日　期 | 任期 | 初　次<br>選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶‧未成年子女<br>現有持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) |
| 董事 | 大同大學代表人<br>王隆潔 | 97.06.11 | 三年 | 76.05.24 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - |
| 董事 | 大同大學代表人<br>鍾國華 | 97.06.11 | 三年 | 76.05.24 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - |
| 監察人 | 大同高級中學<br>代表人<br>呂秀正 | 97.06.11 | 三年 | 76.05.24 | 76,071,860 | 1.37 | 76,071,860 | 1.37 | - | - |
| 監察人 | 大同高級中學<br>代表人<br>許文剛 | 97.06.11 | 三年 | 76.05.24 | 76,071,860 | 1.37 | 76,071,860 | 1.37 | - | - |

註一：蕭紫鞍董事於98/11/18解任，李裕仁董事於98/11/18解任，許嘉成董事於99/5/14解任。

註二：各董事、監察人目前兼任其他投資公司之職務，請參閱第 147~155 頁（四）關係企業董事、監察人及總經理資料。

## (二) 法人股東之主要股東

99 年 5 月 15 日

| 法 人 股 東 名 稱 | 法 人 股 東 之 主 要 股 東 |
|---|---|
| 大同大學 | 無 |
| 大同高級中學 | 無 |

註：學校為財團法人，故無主要股東。

99 年 5 月 15 日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
| --- | --- | --- | --- | --- | --- | --- |
| 股 數 | 持股比率(%) | | | 職稱 | 姓 名 | 關 係 |
| - | - | 大同大學經營所碩士<br>大同(股)公司秘書處處長 | 大同(股)公司秘書長、中華映管(股)公司監察人、尚志半導體(股)公司監察人、大同大學董事、中華電子投資(股)公司董事、尚志投資(股)公司董事、尚志資產開發(股)公司董事、志生投資(股)公司董事長 | 無 | 無 | 無 |
| - | - | 中華工專機械科<br>大同(股)公司採購處處長 | 大同(股)公司人事處處長、尚志國際通運(股)公司董事 | 無 | 無 | 無 |
| - | - | 美國南加州大學碩士<br>大同富士電化公司總經理 | 綠能科技(股)公司顧問 | 無 | 無 | 無 |
| - | - | 大同大學畢業<br>大同(股)公司稽核委員會主任委員 | 大同林業營造(股)公司監察人、大同奧的斯電梯(股)公司監察人、協志聯合科技(股)公司監察人、尚志國際通運(股)公司監察人、尚志資產開發(股)公司監察人 | 無 | 無 | 無 |

# 特別記載事項

**(二) 關係企業持股情形、基本資料及其營運概況**

| 轉投資事業名稱 | 本公司投資 | | 直接或間接控制事業之投資 | | 綜合投資 | | 設立日期 | 地　　　址 |
|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比例(%) | 股數 | 持股比例(%) | 股數 | 持股比例(%) | | |
| 中華映管(股)公司 | 1,391,537,247 | 8.44 | 1,991,300,612 | 12.08 | 3,382,837,859 | 20.52 | 60.05 | 台北市中山北路三段 22 號 |
| 大同世界科技(股)公司 | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | 89.05 | 台北市中山北路三段 22 號 |
| 福華電子(股)公司 | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | 59.08 | 台北市中山北路三段 22 號 |
| 台灣通信工業(股)公司 | 201,000 | 100.00 | 0 | 0.00 | 201,000 | 100.00 | 47.03 | 台北市中山北路三段 22 號 |
| 尚志半導體(股)公司 | 44,579,933 | 46.61 | 15,507,321 | 16.21 | 60,087,254 | 62.82 | 84.07 | 台北市中山北路三段 22 號 |
| 中研科技(股)公司 | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | 86.08 | 台北市中山北路三段 22 號 |
| 大同綜合訊電(股)公司 | 25,000,000 | 100.00 | 0 | 0.00 | 25,000,000 | 100.00 | 89.10 | 台北市中山北路三段 22 號 |
| 大同大隈(股)公司 | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | 86.06 | 台北市中山北路三段 22 號 |
| 大同住重減速機(股)公司 | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | 85.04 | 台北市中山北路三段 22 號 |
| 坤德(股)公司 | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | 66.01 | 台北市中山北路三段 22 號 |
| 尚志精密化學(股)公司 | 25,122,089 | 40.19 | 4,835,499 | 7.74 | 29,957,588 | 47.93 | 69.03 | 台北市中山北路三段 22 號 |
| 尚志資產開發(股)公司 | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | 55.06 | 台北市中山北路三段 22 號 |
| 中華電子投資(股)公司 | 515,313,986 | 99.52 | 1,462,650 | 0.28 | 516,776,636 | 99.80 | 59.02 | 台北市中山北路三段 22 號 |
| 大同壓鑄(股)公司 | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | 60.11 | 台北市中山北路三段 22 號 |
| 尚志國際通運(股)公司 | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | 62.12 | 台北市中山北路三段 22 號 |
| 協志工業叢書出版(股)公司 | 242 | 6.91 | 3,216 | 91.89 | 3,458 | 98.80 | 48.03 | 台北市中山北路三段 22 號 |
| 大同生科(股)公司 | 9,788,131 | 65.25 | 0 | 0.00 | 9,788,131 | 65.25 | 93.11 | 台北市仁愛路三段 136 號 6 樓 |
| 拓志光機電(股)公司 | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | 93.05 | 台北市中山北路三段 22 號 |
| 精英電腦(股)公司 | 325,292,613 | 26.38 | 0 | 0.00 | 325,292,613 | 26.38 | 76.05 | 台北市內湖區堤頂大道二段 239 號 |
| 協志聯合科技(股)公司 | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | 100.00 | 85.08 | 台北市中山北路三段 38-3 號 1 樓 |

# 特別記載事項

98 年 12 月 31 日

| 企業名稱 | 職　　稱 | 姓名或代表人 | 持 有 股 份 | |
|---|---|---|---|---|
| | | | 股　　數 | 持股比例 |
| 大同住重減速機(股)公司 | 董事長<br>董事<br>監察人<br><br><br>董事 | 大同(股)公司代表人：<br>林蔚山<br>吳子鵬<br>謝榮昌<br>日商住友重機械工業株式會社<br>代表人：<br>岡田典夫 | 6,400,000<br><br><br><br>1,100,000 | 85.33%<br><br><br><br>14.67% |
| 坤德(股)公司 | 董事長<br>董事兼總經理<br>董事<br><br>董事<br>董事<br>監察人 | 郭林碧蓮<br>郭文政<br>郭文敏<br>大同(股)公司代表人：<br>林郭文艷<br>盧錦鈿<br>林季雄 | 2,027,000<br>2,321,000<br>2,321,000<br>7,161,000 | 14.15%<br>16.21%<br>16.21%<br>50.00% |
| 尚志精密化學(股)公司 | 董事長<br><br>董事兼總經理<br>董事<br>董事<br>董事<br>獨立董事<br>獨立董事<br><br>監察人<br>監察人<br>監察人 | 林蔚山<br>大同(股)公司代表人：<br>楊文達<br>林郭文豔<br>李龍達<br>許嘉成<br>林宏基<br>陳伯尹<br>志生投資(股)公司代表人：<br>彭文傑<br>王榮基<br>楊樹勳 | 373,364<br>25,122,089<br>280,000<br>150,000<br><br>50,000<br><br><br>3,719,615<br>10,000<br><br>3,000 | 0.61%<br>40.91%<br>0.46%<br>0.24%<br><br>0.08%<br><br><br>6.06%<br>0.02%<br><br>- |
| 尚志資產開發(股)公司 | <br>董事長<br>董事<br>董事<br>董事兼總經理<br>董事<br>監察人 | 大同(股)公司代表人：<br>林蔚山<br>林郭文艷<br>蕭縈鞍<br>張益華<br>何明果<br>許文剛 | 5,220,064 | 100.00% |
| 中華電子投資(股)公司 | <br>董事長兼總經理<br>董事<br>董事<br>董事<br>董事<br>監察人<br>監察人 | 大同(股)公司代表人：<br>林蔚山<br>林郭文艷<br>張益華<br>許嘉成<br>王隆潔<br>顏世朝<br>楊政杰 | 515,313,986 | 99.52% |

Translation of page 15

# Company Governance Report

Management information of Director, Supervisor, general manager, deputy general manager, assistant manager, all departments and branches:

(I) Information of directors and supervisors:

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|-------|------|------|------|------|------|------|------|------|------|------|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Chairman | Lin Weishan | June 11, 2008 | Three years | April 14, 1972 | 15,596,967 | 0.28 | 24,934,360 | 0.45 | 3,437,287 | 0.06 |
| Director | Lin Wenyuan | June 11, 2008 | Three years | June 11, 2008 | 20,000 | - | 20,000 | - | 100,000 | - |
| Director | Lin GuoWenyan, representative of Tatung University | June 11, 2008 | Three years | June 6, 1987 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - |
| Director | Lin Weidong, representative of Tatung University | June 11, 2008 | Three years | May 24, 1987 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - |
| Director | Zhang Yihua, representative of Tatung University | June 11, 2008 | Three years | May 24, 1987 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - |
| Director | Chen Huoyuan, representative of Tatung University | June 11, 2008 | Three years | May 24, 1987 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - |

| Director | He Mingguo, representative of Tatung University | June 11, 2008 | Three years | May 24, 1987 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - |

Translation of page 16

May 15, 2010

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Master of University of Washington, US | Chairman and General Manager of Tatung Co., Chairman of Chunghwa Picture Tubes Ltd.<br><br>Chairman of Forward Electronics Co., Ltd., Chairman of San Chih Semiconductor Co., Ltd.<br><br>Chairman of Green Energy Technology Co., Ltd., Chairman of Tatung Consumer Products (Taiwan) Co., Ltd.<br><br>Chairman of San Chih Asset Development Co., Ltd., Chairman of San Chih Fine Chemicals Co., Ltd.<br><br>Chairman of Taiwan Telecommunication Industry Company, Chairman of Tatung Otis Elevator Company<br><br>Chairman of Toes | Director<br><br><br>Director | Lin Guowenyuan<br><br>Lin Weidong | Spouse<br><br>Second degree of relationship |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Opto-Mechatronics Company Limited | | | |
| - | - | Master of Civil Engineering of University of Hawaii, US Chairman of China Steel Corporation | Chairman of Taiwan High Speed Rail Corporation\n\nExecutive Director of Bank of Kaohsiung | None | None | None |
| - | - | Master of University of Maryland Assistant of University of Maryland Lecturer of Taiwan University Lecturer of Tatung University Special Assistant of Chairman of Tatung Co., Ltd. | Executive Vice Manager of Tatung Co., Chairman of Tatung System Technologies Inc.\n\nChairman of Tatung Telecom Co., Ltd., Chairman of Elite Computer Co., Ltd. Chairman of Tatung Mexico Co., Ltd. Chairman of Tatung Czech Co., Ltd. | Chairman\n\nDirector | Lin Weishan\n\nLin Weidong | Spouse\n\nSecond degree of relationship |
| - | - | Doctor of Pepperdine University, U.S.A. General Manager of Tatung UK Co., Ltd. | Chairman of Fuding Securities Investment Trust Co., Ltd. Director of Taipei Industry Co., Ltd. | Chairman\n\nDirector | Lin Weishan\n\nLin GuoWenyan | Second degree of relationship\n\nSecond degree of relationship |
| - | - | Graduated from Tatung University; General Manager of Tatung Consumer Products (Taiwan) Co., Ltd.; Secretary General of Secretariat of Tatung Co., Ltd. | General Manager of San Chih Asset Development Co., Ltd., Director of Taipei Industry Co., Ltd.\n\nDirector of Tatung Forestry Construction Co., Ltd., Director of Proview | None | None | None |

| | | | International Holdings Limited<br><br>Director of Cheng Sheng Broadcasting Corp. | | | |
|---|---|---|---|---|---|---|
| - | - | Doctor of Normal University Professor of Applied Mathematics of Tatung University | Headmaster of Tatung Senior High School | None | None | None |
| - | - | Doctor of Mechanical Engineering of University of Minnesota, US<br>Professor of Department of Mechanical Engineering of Tatung University<br>General Manager of Toes Opto-Mechatronics Company Limited<br>Secretariat of Tatung Co. | Deputy General Manager of General Manager Office & Energy Business BU of Tatung Co., Ltd.<br><br>Director of Tatung Biotechnology Co., Ltd.<br>Director of San Chih Asset Development Co., Ltd.<br>Director of Tatung Czech Co., Ltd.<br>Director of Tatung Chugai Precious Metals Co., Ltd. | None | None | None |

Translation of page 17

# Company Governance Report

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Director | Wang Longjie, representative of Tatung University | June 11, 2008 | Three years | May 24, 1987 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - |
| Director | ZhongGuohua, representative of Tatung University | June 11, 2008 | Three years | May 24, 1987 | 343,682,719 | 6.19 | 343,682,719 | 6.19 | - | - |
| Supervisor | LvXiuzheng, representative of Tatung Senior High School | June 11, 2008 | Three years | May 24, 1987 | 76,071,860 | 1.37 | 76,071,860 | 1.37 | - | - |
| Supervisor | XuWengang, representative of Tatung Senior High School | June 11, 2008 | Three years | May 24, 1987 | 76,071,860 | 1.37 | 76,071,860 | 1.37 | - | - |

Note I: Mr. Xiao Qing'an, Li Yuren and XuJiacheng relieved from director on November 18, 2009, November 18, 2009 and May 14, 2010 respectively.

Note II : All directors and supervisor are assuming their additional posts in other investment companies, please see page 147-155for (IV) Information of directors, supervisors and general managers in affiliated companies.

(II) Principal Shareholders of Institutional Shareholders

May 15, 2010

| Name of Institutional Shareholders | Principal Shareholders of Institutional Shareholders |
|---|---|
| Tatung University | None |
| Tatung Senior High School | None |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

Translation of page 18

May 15, 2010

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Master of Business School of Tatung University<br>Chief of Secretariat of Tatung Co. | Secretary General of Secretariat of Tatung Co. Supervisor of Chunghwa Picture Tubes Ltd. Supervisor of San Chih Semiconductor Co., Ltd. Director of Tatung University Director of Chunghwa Electronics Development Co., Ltd. Director of San Chih Investment Co., Ltd. Director of San Chih Asset Development Co., Ltd. Chairman of Zhisheng Investment Company | None | None | None |
| - | - | Graduated from Mechanical Department of China Technical College<br>Director of Procurement BU of Tatung Co. | Director of Human Resources BU of Tatung Co.<br>Chairman of San Chih International Express Co., Ltd. | None | None | None |
| - | - | Master of University of Southern California, US;<br>General Manager of Tatung Fuji Electrochemical Co., Ltd. | Consultant of Green Energy Technology Co., Ltd. | None | None | None |

| - | - | Graduated from Tatung University<br>Director of Accounting Committee of Tatung Co., Ltd. | Supervisor of Tatung Forestry Construction Co., Ltd.<br>Supervisor of Tatung Otis Elevator Company<br>Supervisor of TISNet Technology Inc.<br>Supervisor of San Chih International Express Co., Ltd.<br>Supervisor of San Chih Asset Development Co., Ltd. | None | None | None |

Translation of page 139

# Special Items Recorded

(II) Shareholding, basic information and general operation of affiliated companies

| Name of reinvestment businesses | Our investment | | Investment by direct or indirect control of businesses | | Comprehensive investment | | Creation date | Address |
|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | | |
| Chunghwa Picture Tubes Ltd. | 1,391,537,247 | 8.44 | 1,991,300,612 | 12.08 | 3,382,837,859 | 20.52 | May, 1971 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung System Technologies Inc. | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | May, 2000 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Forward Electronics Co., Ltd. | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | August, 1970 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Taiwan Telecommunication Industry Company | 201,000 | 100.00 | 0 | 0.00 | 201,000 | 100.00 | March, 1958 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Semiconductor Co., Ltd. | 44,579,933 | 46.61 | 15,507,321 | 16.21 | 60,087,254 | 62.82 | July, 1995 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Central Research Technology Co., Ltd. | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | August, 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Consumer | 25,000,000 | 100.00 | 0 | 0.00 | 25,000,000 | 100.00 | October, | No. 22, Sec. 3, |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Products (Taiwan) Co., Ltd. | | | | | | 2000 | ChungShan N. Rd., Taipei, Taiwan |
| Tatung- Okuma Co., Ltd. | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | June, 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung SM-Cyclo Co., Ltd. | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | April, 1996 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Kuender Company Limited | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | January, 1977 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Fine Chemicals Co., Ltd. | 25,122,089 | 40.19 | 4,835,499 | 7.74 | 29,957,588 | 47.93 | March, 1980 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Asset Development Co., Ltd. | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | June, 1966 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Chunghwa Electronics Development Co., Ltd. | 515,313,986 | 99.52 | 1,462,650 | 0.28 | 516,776,636 | 99.80 | February, 1970 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Die Casting Co., Ltd. | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | November, 1971 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih International | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | December, 1973 | No. 22, Sec. 3, ChungShan N. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Express Co., Ltd. | | | | | | | Rd., Taipei, Taiwan |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | 242 | 6.91 | 3,216 | 91.89 | 3,458 | 98.80 | March, 1959 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Biotechnology Co., Ltd. | 9,788,131 | 65.25 | 0 | 0.00 | 9,788,131 | 65.25 | November, 2004 | F6, No. 136, Sec. 3, Renai Rd., Taipei, Taiwan |
| Toes Opto-Mechatronics Company Limited | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | May, 2004 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Elite Computer Co., Ltd. | 325,292,613 | 26.38 | 0 | 0.00 | 325,292,613 | 26.38 | May, 1987 | No. 239, Sec. 2, Tiding Ave., Niehu District, Taipei, Taiwan |
| TISNet Technology Inc. | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | 100.00 | August, 1996 | F1, No. 38-3, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |

Translation of page 147

Special Items Recorded

December 31, 2009

| Name of Enterprise | Title | Name or Representative | Shareholding | |
|---|---|---|---|---|
| | | | Number of shares | Ratio of shareholding |
| Tatung SM-Cyclo Co., Ltd. | | Representatives of Tatung Co., Ltd.: Lin Weishan | 6,400,000 | 85.33% |
| | Chairman | Wu Zipeng | | |
| | Director | XieRongchang | | |
| | Supervisor | Representatives of Sumitomo Heavy Industries, Ltd.: Okada Dianfu | 1,100,000 | 14.67% |
| | Director | | | |
| Kuender Company Limited | Chairman | Guo Lin Bilian | 2,207,000 | 14.15% |
| | Chairman and General Manager | GuoWenzheng | 2,321,000 | 16.21% |
| | Director | GuoWenmin | 2,321,000 | 16.21% |
| | Director | Representatives of Tatung Co.: Lin GuoWenyan | 7,161,000 | 50.00% |
| | Director | LvJindian | | |
| | Supervisor | Lin Jixiong | | |
| San Chih Fine Chemicals Co., Ltd. | Chairman | Lin Weishan | 373,364 | 0.61% |
| | | Representatives of Tatung Co.: | 25,122,089 | 40.91% |
| | Chairman and General Manager | Yang Wenda | 280,000 | 0.46% |
| | Director | Lin GuoWenyan | 150,000 | 0.24% |
| | Director | Lin Longda | | |
| | Director | XuJiacheng | 50,000 | 0.08% |
| | Independent director | Lin Hongji | | |
| | Independent director | Chen Boyin | | |
| | Supervisor | Representatives of Zhisheng Investment Company: | 3,719,615 | 6.06% |
| | Supervisor | | | |

| | Supervisor | PengWenjie | 10,000 | 0.02% |
|---|---|---|---|---|
| | | Wang Rongji | | |
| | | Yang Shuxun | 3,000 | - |
| San Chih Asset Development Co., Ltd. | | Representative of Tatung Co.: | 5,220,064 | 100.00% |
| | Chairman | Lin Weishan | | |
| | Director | Lin GuoWenyan | | |
| | Director | Xiao Qing'an | | |
| | Chairman and General Manager | Zhang Yihua | | |
| | Director | He Mingguo | | |
| | Supervisor | XuWengang | | |
| Chunghwa Electronics Development Co., Ltd. | | Representative of Tatung Co.: | 515,313,986 | 99.52% |
| | Chairman and General Manager | Lin Weishan | | |
| | Director | Lin GuoWenyan | | |
| | Director | Zhang Yihua | | |
| | Director | XuJiacheng | | |
| | Director | Wang Longjie | | |
| | Supervisor | Yan Shizhao | | |
| | Supervisor | Yang Zhengjie | | |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2009.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com