# Exhibit 35

中華民國一百年四月三十日 刊印
查詢年報網址：http:// mops.tse.com.tw



創新　品質　信賴

# 大同公司99年度年報

股票代碼 2371

中華民國一百年四月三十日 刊印
查詢年報網址：http:// mops.tse.com.tw

# TATUNG
**Innovation, Quality, Trust**

## 2010 Annual Report of Tatung Co.

**Stock Code: 2371**

Date Published: April 30, 2011
Annual Report Inquiry Website: http://mops.tse.com.tw

# 公司治理報告

**董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料**

(一) 董事及監察人資料

| 職　稱<br>(註一) | 姓　名 | 選(就)任<br>日　期 | 任期 | 初　次<br>選任日期<br>(註二) | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女<br>現有持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) |
| 董事長 | 林蔚山 | 97.06.11 | 三年 | 61.04.14 | 15,596,967 | 0.34 | 10,505,173 | 0.45 | 1,448,173 | 0.06 |
| 董事 | 林文淵 | 97.06.11 | 三年 | 97.06.11 | 20,000 | - | 8,426 | - | 44,237 | - |
| 董事 | 大同大學 | 97.06.11 | 三年 | 76.05.24 | 343,682,719 | 7.56 | 144,798,047 | 6.19 | - | - |
| 董事 | 大同大學代表人<br>林郭文艷 | 97.06.11 | 三年 | 85.06.06 | 3,437,287 | 0.08 | 1,448,173 | 0.06 | 10,505,173 | 0.45 |
| 董事 | 大同大學代表人<br>林蔚東 | 97.06.11 | 三年 | 85.06.06 | 13,146,967 | 0.29 | 10,097,352 | 0.43 | 578,788 | 0.03 |
| 董事 | 大同大學代表人<br>張益華 | 97.06.11 | 三年 | 86.07.17 | 240,570 | 0.01 | 227,615 | 0.01 | 8,038 | - |
| 董事 | 大同大學代表人<br>陳火炎 | 97.06.11 | 三年 | 96.02.15 | 32,291 | - | 13,604 | - | - | - |

100年 4 月30日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
| --- | --- | --- | --- | --- | --- | --- |
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| - | - | 美國華盛頓大學碩士 | 大同(股)公司董事長兼總經理、中華映管(股)公司董事長<br>福華電子(股)公司董事長、尚志半導體(股)公司董事長<br>綠能科技(股)公司董事長、大同綜合訊電(股)公司董事長<br>尚志資產開發(股)公司董事長、尚志精密化學(股)公司董事長<br>拓志光機電(股)公司董事長、大同住重減速機(股)公司董事長<br>中華電子投資(股)公司董事長兼總經理<br>大同壓鑄(股)公司董事長、協志工業叢書出版(股)公司董事長<br>大同生科(股)公司董事長、尚志投資(股)公司董事長兼總經理<br>大同泰國(股)公司董事長、大同日本(股)公司董事長<br>大同新加坡電子(股)公司董事長<br>大同電線電纜泰國(股)公司董事長兼總經理<br>大同通訊(股)公司董事長、大同顯示器墨西哥(股)公司董事長<br>大同越南有限公司董事長、大同電機科技越南有限公司董事長 | 董事<br>董事 | 林郭文艷<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國夏威夷大學土木工程碩士<br>中國鋼鐵(股)公司董事長 | 台灣高速鐵路(股)公司董事<br>高雄銀行常務董事 | 無 | 無 | 無 |
| - | - | - | - | - | - | - |
| - | - | 美國馬里蘭大學碩士<br>馬里蘭大學助教<br>台灣大學講師<br>大同大學講師<br>大同(股)公司董事長特別助理 | 大同(股)公司執行副總經理、大同世界科技(股)公司董事長<br>大同電信(股)公司董事長、精英電腦(股)公司董事長<br>大同墨西哥公司董事長、大同捷克公司董事長<br>大同新加坡資訊(股)公司董事長<br>大同新加坡電機(股)公司董事長 | 董事長<br>董事 | 林蔚山<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國培波坦大學博士<br>大同英國(股)公司總經理 | 富鼎證券投資信託(股)公司董事長<br>台北工業(股)公司董事 | 董事長<br>董事 | 林蔚山<br>林郭文艷 | 二親等<br>二親等 |
| - | - | 大同大學畢業<br>大同綜合訊電(股)公司總經理<br>大同(股)公司秘書處秘書長 | 尚志資產開發(股)公司總經理<br>台北工業(股)公司董事<br>大同林業營造(股)公司董事<br>唯冠國際控股(股)公司董事<br>正聲廣播(股)公司董事 | 無 | 無 | 無 |
| - | - | 師範大學博士<br>大同大學應數系教授 | 大同高級中學校長 | 無 | 無 | 無 |

| 職　稱<br>(註一) | 姓　名 | 選(就)任<br>日　期 | 任期 | 初　次<br>選任日期<br>(註二) | 選任時持有股份 | | 現在持有股數 | | 配偶．未成年子女<br>現有持有股份 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) |
| 董事 | 大同大學代表人<br>何明果 | 99.05.14 | 三年 | 97.06.11 | 100,380 | - | 42,291 | - | - | - |
| 董事 | 大同大學代表人<br>王隆潔 | 98.11.18 | 三年 | 98.11.18 | 7,000 | - | 2,949 | - | - | - |
| 董事 | 大同大學代表人<br>鍾國華 | 98.11.18 | 三年 | 98.11.18 | 22,890 | - | 9,642 | - | 964 | - |
| 監察人 | 大同高級中學 | 97.06.11 | 三年 | 76.05.24 | 76,071,860 | 1.67 | 32,050,074 | 1.37 | - | - |
| 監察人 | 大同高級中學<br>代表人<br>呂秀正 | 97.06.11 | 三年 | 91.06.20 | 13,955 | - | 17,055 | - | 3 | - |
| 監察人 | 大同高級中學<br>代表人<br>許文剛 | 97.06.11 | 三年 | 95.11.15 | 41,361 | - | 51,298 | - | 1,263 | - |

註一：許嘉成董事於99/5/14解任。

註二：各董事、監察人目前兼任其他投資公司之職務，請參閱第 141~149 頁（四）關係企業董事、監察人及總經理資料。

## (二) 法人股東之主要股東

100年 4 月30日

| 法　人　股　東　名　稱 | 法　人　股　東　之　主　要　股　東 |
|---|---|
| 大同大學 | 無 |
| 大同高級中學 | 無 |

註：學校為財團法人，故無主要股東。

100年 4 月30日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| - | - | 美國明尼蘇達大學機械博士<br>大同大學機械系教授<br>拓志光機電(股)公司總經理<br>大同(股)公司秘書處秘書長 | 大同生科(股)公司董事<br>尚志資產開發(股)公司董事<br>拓志光機電(股)公司董事 | 無 | 無 | 無 |
| - | - | 大同大學經營所碩士<br>大同(股)公司秘書處處長 | 大同(股)公司秘書長、中華映(股)管公司監察人、<br>尚志半導體(股)公司監察人<br>中華電子投資(股)公司董事<br>尚志投資(股)公司董事、尚志資產開發(股)公司董事 | 無 | 無 | 無 |
| - | - | 中華工專機械科<br>大同(股)公司採購處處長 | 大同(股)公司人力資源處處長<br>尚志國際通運公司董事<br>群輝康健科技(股)公司董事 | 無 | 無 | 無 |
| - | - | - | - | - | - | - |
| - | - | 美國南加州大學碩士<br>大同富士電化公司總經理 | 綠能科技(股)公司顧問 | 無 | 無 | 無 |
| - | - | 大同大學畢業<br>大同(股)公司稽核委員會主任委員<br>大同大學會計室主任 | 大同林業營造(股)公司監察人、大同奧的斯電梯(股)公司監察人、協志聯合科技(股)公司監察人、尚志國際通運(股)公司監察人、尚志資產開發(股)公司監察人 | 無 | 無 | 無 |

（二）關係企業持股情形、基本資料及其營運概況

| 轉投資事業名稱 | 本公司投資 | | 直接或間接控制事業之投資 | | 綜合投資 | | 設立日期 | 地　　　　址 |
|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比例(%) | 股數 | 持股比例(%) | 股數 | 持股比例(%) | | |
| 中華映管(股)公司 | 548,385,630 | 8.44 | 1,021,195,820 | 15.72 | 1,569,581,450 | 24.16 | 60.05 | 台北市中山北路三段22號 |
| 大同世界科技(股)公司 | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | 89.05 | 台北市中山北路三段22號 |
| 福華電子(股)公司 | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | 59.08 | 台北市中山北路三段22號 |
| 尚志半導體(股)公司 | 44,579,933 | 46.32 | 15,507,321 | 16.11 | 60,087,254 | 62.43 | 84.07 | 台北市中山北路三段22號 |
| 中研科技(股)公司 | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | 86.08 | 台北市中山北路三段22號 |
| 大同綜合訊電(股)公司 | 55,000,000 | 100.00 | 0 | 0.00 | 55,000,000 | 100.00 | 89.10 | 台北市中山北路三段22號 |
| 大同大隈(股)公司 | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | 86.06 | 台北市中山北路三段22號 |
| 大同住重減速機(股)公司 | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | 85.04 | 台北市中山北路三段22號 |
| 坤德(股)公司 | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | 66.01 | 台北市中山北路三段22號 |
| 尚志精密化學(股)公司 | 25,641,620 | 39.55 | 4,935,497 | 7.62 | 30,577,117 | 47.17 | 69.03 | 台北市中山北路三段22號 |
| 尚志資產開發(股)公司 | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | 55.06 | 台北市中山北路三段22號 |
| 中華電子投資(股)公司 | 515,313,986 | 99.52 | 1,462,650 | 0.28 | 516,776,636 | 99.80 | 59.02 | 台北市中山北路三段22號 |
| 大同壓鑄(股)公司 | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | 60.11 | 台北市中山北路三段22號 |
| 尚志國際通運(股)公司 | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | 62.12 | 台北市中山北路三段22號 |
| 協志工業叢書出版(股)公司 | 242 | 6.91 | 3,216 | 91.46 | 3,458 | 98.37 | 48.03 | 台北市中山北路三段22號 |
| 大同生科(股)公司 | 9,788,131 | 65.25 | 0 | 0.00 | 9,788,131 | 62.25 | 93.11 | 台北市中山北路三段136號6樓 |
| 拓志光機電(股)公司 | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | 93.05 | 台北市中山北路三段22號 |
| 精英電腦(股)公司 | 325,292,613 | 26.38 | 0 | 0.00 | 325,292,613 | 26.38 | 76.05 | 台北市內湖區堤頂大道二段239號 |
| 協志聯合科技(股)公司 | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | 100.00 | 85.08 | 台北市中山北路三段38-3號1樓 |

100年4月30日

| 企業名稱 | 職　　稱 | 姓名或代表人 | 持有股份 | |
|---|---|---|---|---|
| | | | 股　　數 | 持股比例 |
| 中華電子投資(股)公司 | | 大同(股)公司代表人: | 515,313,986 | 99.52% |
| | 董事長兼總經理 | 林蔚山 | | |
| | 董事 | 林郭文艷 | | |
| | 董事 | 張益華 | | |
| | 董事 | 蔡宜恭 | | |
| | 董事 | 王隆潔 | | |
| | 監察人 | 張友勝 | | |
| | 監察人 | 楊政杰 | | |
| 大同壓鑄(股)公司 | | 大同(股)公司代表人: | 78,795 | 51.00% |
| | 董事長 | 林蔚山 | | |
| | 董事兼總經理 | 謝榮昌 | | |
| | 董事 | 陳國舜 | | |
| | 董事 | 葉斯雄 | | |
| | 監察人 | 周秋吉 | | |
| | | 三井金屬礦業株式會社代表人: | 75,705 | 49.00% |
| | 董事 | 小谷田雅行 | | |
| | 董事 | 二宮隆二 | | |
| | 董事 | 中澤廣幸 | | |
| | 監察人 | 長崎全孝 | | |
| 尚志國際通運(股)公司 | | 大同(股)公司代表人： | 10,000 | 100.00% |
| | 董事長兼總經理 | 何基璧 | | |
| | 董事 | 林蔚山 | | |
| | 董事 | 鍾國華 | | |
| | 董事 | 黃仁宏 | | |
| | 董事 | 余宜玲 | | |
| | 監察人 | 許文剛 | | |
| 協志工業叢書出版(股)公司 | | 大同(股)公司代表人： | 242 | 6.91% |
| | 董事長 | 林蔚山 | | |
| | 董事 | 林元洪 | | |
| | | 大同林業營造(股)公司代表人： | 14 | 0.40% |
| | 監察人 | 陳淑芬 | | |
| | | 大同大學代表人： | 24 | 0.69% |
| | 董事 | 洪賑城 | | |
| | | 尚志國際通運(股)公司代表人： | 3,201 | 91.46% |
| | 董事 | 何基璧 | | |
| | 董事 | 余震 | | |

Translation of Page 11

**Company Governance Report**

**Management information of Director, Supervisor, general manager, deputy general manager, assistant manager, all departments and branches:**
**(I) Information of directors and supervisors:**

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Chairman | Lin Weishan | June 11, 2008 | Three years | April 14, 1972 | 15,596,967 | 0.34 | 10,505,173 | 0.45 | 1,448,173 | 0.06 |
| Director | Lin Wenyuan | June 11, 2008 | Three years | June 11, 2008 | 20,000 | - | 8,426 | - | 44,237 | - |
| Director | Tatung University | June 11, 2008 | Three years | May 24, 1987 | 343,682,719 | 7.56 | 144,798,047 | 6.19 | - | - |
| Director | Lin Guo Wenyan, representative of Tatung University | June 11, 2008 | Three years | June 6, 1996 | 3,437,287 | 0.08 | 1,448,173 | 0.06 | 10,505,173 | 0.45 |
| Director | Lin Weidong, representative of Tatung University | June 11, 2008 | Three years | June 6, 1996 | 13,146,967 | 0.29 | 10,097,352 | 0.43 | 578,788 | 0.03 |
| Director | Zhang Yihua, representative of Tatung University | June 11, 2008 | Three years | July 17, 1997 | 240,570 | 0.01 | 227,615 | 0.01 | 8,038 | - |
| Director | Chen Huoyan, representative of Tatung University | June 11, 2008 | Three years | February 15, 2007 | 32,291 | - | 13,604 | - | - | - |

Translation of Page 12

April 30, 2011

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
| --- | --- | --- | --- | --- | --- | --- |
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Master of University of Washington, US | Chairman and General Manager of Tatung Co., Chairman of Chunghwa Picture Tubes Ltd. Chairman of Forward Electronics Co., Ltd., Chairman of San Chih Semiconductor Co., Ltd. Chairman of Green Energy Technology Co., Ltd., Chairman of Tatung Consumer Products (Taiwan) Co., Ltd. Chairman of San Chih Asset Development Co., Ltd., Chairman of San Chih Fine Chemicals Co., Ltd. Chairman of Toes Opto-Mechatronics Company Limited, Chairman of Tatung SM-Cyclo Co., Ltd. Chairman and General Manager of Chunghwa Electronics Development Co., Ltd. Chairman of Tatung Die Casting Co., Ltd., Chairman of Hsieh-Chih Industrial Library Publishing Co., Ltd. Chairman of Tatung Biotechnology Co., Ltd., Chairman and General Manager of San Chih Investment Co., Ltd. Chairman of Tatung Thailand Co., Ltd., Chairman of Tatung Japan Co., Ltd. Chairman and General Manager of Tatung Singapore Electronics Co., Ltd. Chairman and General Manager of Tatung Wire and Cable Technology (Thailand) Co., Ltd. Chairman of Tatung Communication Co., Ltd., Chairman of Tatung Display Mexico Co., Ltd. Chairman of Tatung Vietnam Co., Ltd., Chairman of Tatung Motor Technology (Vietnam) Co., Ltd. | Director  Director | Lin Guo Wenyuan  Lin Weidong | Spouse  Second degree of relationship |
| - | - | Master of Civil Engineering of University of Hawaii, US Chairman of China Steel Corporation | Chairman of Taiwan High Speed Rail Corporation Executive Director of Bank of Kaohsiung | None | None | None |

| - | - | - | - | - | - | - |
|---|---|---|---|---|---|---|
| - | - | Master of University of Maryland<br>Assistant of University of Maryland<br>Lecturer of Taiwan University<br>Lecturer of Tatung University<br>Special Assistant of Chairman of Tatung Co., Ltd. | Executive Vice Manager of Tatung Co., Chairman of Tatung System Technologies Inc.<br>Chairman of Tatung Telecom Co., Ltd., Chairman of Elite Computer Co., Ltd.<br>Chairman of Tatung Mexico Co., Ltd., Chairman of Tatung Czech Co., Ltd.<br>Chairman of Tatung Singapore Information Co., Ltd.<br>Chairman of Tatung Singapore Motor Co., Ltd. | Chairman<br><br>Director | Lin Weishan<br><br>Lin Weidong | Spouse<br><br>Second degree of relationship |
| - | - | Doctor of Pepperdine University, U.S.A.<br>General Manager of Tatung UK Co., Ltd. | Chairman of Fuding Securities Investment Trust Co., Ltd.<br><br>Director of Taipei Industry Co., Ltd. | Chairman<br><br>Director | Lin Weishan<br><br>Lin Guo Wenyan | Second degree of relationship<br>Second degree of relationship |
| - | - | Graduated from Tatung University<br>General Manager of Tatung Consumer Products (Taiwan) Co., Ltd.<br>Secretary General of Secretariat of Tatung Co., Ltd. | General Manager of San Chih Asset Development Co., Ltd.<br>Director of Taipei Industry Co., Ltd.<br>Director of Tatung Forestry Construction Co., Ltd.<br>Director of Proview International Holdings Limited<br>Director of Cheng Sheng Broadcasting Corp. | None | None | None |
| - | - | Doctor of Normal University<br>Professor of Department of Applied Mathematics of Tatung University | Headmaster of Tatung Senior High School | None | None | None |

Translation of Page 13

**Company Governance Report**

| Title (Note I) | Name | Selection Date (Assuming office) | Term of office | The first selection date (Note II) | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Director | He Mingguo, representative of Tatung University | May 14, 2010 | Three years | June 11, 2008 | 100,380 | - | 42,291 | - | - | - |
| Director | Wang Longjie, representative of Tatung University | November 18, 2009 | Three years | November 18, 2009 | 7,000 | - | 2,949 | - | - | - |
| Director | Zhong Guohua, representative of Tatung Senior High School | November 18, 2009 | Three years | November 18, 2009 | 22,890 | - | 9,642 | - | 964 | - |
| Supervisor | Tatung Senior High School | June 11, 2008 | Three years | May 24, 1987 | 76,071,860 | 1.67 | 32,050,074 | 1.37 | - | - |
| Supervisor | Lv Xiuzheng, representative of Tatung Senior High School | June 11, 2008 | Three years | November 15, 2002 | 13,955 | - | 17,055 | - | 3 | - |
| Supervisor | Xu Wengang, representative of Tatung Senior High School | June 11, 2008 | Three years | November 15, 2006 | 41,361 | - | 51,298 | - | 1,263 | - |

Note I: Mr. Xu Jiacheng relieved from director on May 14, 2010.
Note II: All directors and supervisor are assuming their additional posts in other investment companies, please see page 141-149 for (IV) Information of directors, supervisors and general managers in affiliated companies.

(II) Principal Shareholders of Institutional Shareholders

April 30, 2011

| Name of Institutional Shareholders | Principal Shareholders of Institutional Shareholders |
|---|---|
| Tatung University | None |
| Tatung Senior High School | None |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

Translation of Page 14

April 30, 2011

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Doctor of Mechanical Engineering of University of Minnesota, US<br>Professor of Department of Mechanical Engineering of Tatung University<br>General Manager of Toes Opto-Mechatronics Company Limited<br>Secretary General of Secretariat of Tatung Co., Ltd. | Chairman of Tatung Biotechnology Co., Ltd.<br>Chairman of San Chih Asset Development Co., Ltd.<br>Chairman of Toes Opto-Mechatronics Company Limited | None | None | None |
| - | - | Master of Business School of Tatung University<br>Chief of Secretariat of Tatung Co. | Secretary General of Secretariat of Tatung Co.<br>Supervisor of Chunghwa Picture Tubes Ltd.<br>Supervisor of San Chih Semiconductor Co., Ltd.<br>Director of Chunghwa Electronics Development Co., Ltd.<br>Director of San Chih Investment Co., Ltd.<br>Director of San Chih Asset Development Co., Ltd. | None | None | None |
| - | - | Graduated from Mechanical Department of China Technical College<br>Director of Procurement BU of Tatung Co. | Director of Human Resources BU of Tatung Co.<br>Chairman of San Chih International Express Co., Ltd.<br>Chairman of Qunhui Healthcare Technology Co., Ltd. | None | None | None |
| - | - | - | - | - | - | - |
| - | - | Master of University of Southern | Consultant of Green Energy | None | None | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | California, US; General Manager of Tatung Fuji Electrochemical Co., Ltd. | Technology Co., Ltd. | | | |
| - | - | Graduated from Tatung University<br>Director of Accounting Committee of Tatung Co., Ltd.<br>Director of Accounting Office of Tatung University | Supervisor of Tatung Forestry Construction Co., Ltd.<br>Supervisor of Tatung Otis Elevator Company<br>Supervisor of TISNet Technology Inc.<br>Supervisor of San Chih International Express Co., Ltd.<br>Supervisor of San Chih Asset Development Co., Ltd. | None | None | None |

Translation of Page 135

# Special Items Recorded

(II) Shareholding, basic information and general operation of affiliated companies

| Name of reinvestment businesses | Our investment | | Investment by direct or indirect control of businesses | | Comprehensive investment | | Creation date | Address |
|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | | |
| Chunghwa Picture Tubes Ltd. | 548,385,630 | 8.44 | 1,021,195,820 | 15.72 | 1,569,581,450 | 24.16 | May, 1971 | No. 22, Sec. 3, ChungShan N. Rd., Taipei , Taiwan |
| Tatung System Technologies Inc. | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | May, 2000 | No. 22, Sec. 3, ChungShan N. Rd., Taipei , Taiwan |
| Forward Electronics Co., Ltd. | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | August, 1970 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Semiconductor Co., Ltd. | 44,579,933 | 46.32 | 15,507,321 | 16.11 | 60,087,254 | 62.43 | July, 1995 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Central Research Technology Co., Ltd. | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | August, 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Consumer Products (Taiwan) Co., Ltd. | 55,000,000 | 100.00 | 0 | 0.00 | 55,000,000 | 100.00 | October, 2000 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung- Okuma Co., Ltd. | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | June, 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung SM-Cyclo Co., Ltd. | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | April, 1996 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Kuender Company Limited | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | January, 1977 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |

| San Chih Fine Chemicals Co., Ltd. | 25,641,620 | 39.55 | 4,935,497 | 7.62 | 30,577,117 | 47.17 | March, 1980 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
|---|---|---|---|---|---|---|---|---|
| San Chih Asset Development Co., Ltd. | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | June, 1966 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Chunghwa Electronics Development Co., Ltd. | 515,313,986 | 99.52 | 1,462,650 | 0.28 | 516,776,636 | 99.80 | February, 1970 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Die Casting Co., Ltd. | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | November, 1971 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih International Express Co., Ltd. | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | December, 1973 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | 242 | 6.91 | 3,216 | 91.46 | 3,458 | 98.37 | March, 1959 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Biotechnology Co., Ltd. | 9,788,131 | 65.25 | 0 | 0.00 | 9,788,131 | 62.25 | November, 2004 | F6, No. 136, Sec. 3, Renai Rd., Taipei, Taiwan |
| Toes Opto-Mechatronics Company Limited | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | May, 2004 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Elite Computer Co., Ltd. | 325,292,613 | 26.38 | 0 | 0.00 | 325,292,613 | 26.38 | May, 1987 | No. 239, Sec. 2, Tiding Ave., Niehu District, Taipei, Taiwan |
| TISNet Technology Inc. | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | 100.00 | August, 1996 | F1, No. 38-3, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |

Translation of Page 144

April 30, 2011

| Name of Enterprise | Title | Name or Representative | Shareholding | |
|---|---|---|---|---|
| | | | Number of shares | Ratio of shareholding |
| Chunghwa Electronics Development Co., Ltd. | | Representative of Tatung Co.: | 515,313,986 | 99.52% |
| | Chairman and General Manager | Lin Weishan | | |
| | Director | Lin Guo Wenyan | | |
| | Director | Zhang Yihua | | |
| | Director | Cai Yigong | | |
| | Director | Wang Longjie | | |
| | Supervisor | Zhang Youteng | | |
| | Supervisor | Yang Zhengjie | | |
| Tatung Die Casting Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 78,795 | 51.00% |
| | Chairman | Lin Weishan | | |
| | Director and General Manager | Xie Rongchang | | |
| | Director | Chen Guoshun | | |
| | Director | Ye Sixiong | | |
| | Supervisor | Zhou Qiuji | | |
| | | Representatives of Mitsui Mining Company Limited: | 75,705 | 49.00% |
| | Director | Koyada Masayuki | | |
| | Director | Ninomiya Ryuji | | |
| | Director | Nakazawa Hiroyuki | | |
| | Supervisor | Nagasaki Nobutaka | | |
| San Chih International Express Co., Ltd. | | Representatives of Tatung Co.: | 10,000 | 100.00% |
| | Chairman and General Manager | He Jibi | | |
| | Director | Lin Weishan | | |
| | Director | Zhong Guohua | | |
| | Director | Huang Renhong | | |
| | Director | Yu Yiling | | |

| | Supervisor | Xu Wengang | | |
|---|---|---|---:|---:|
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | | Representatives of Tatung Co.: | 242 | 6.91% |
| | Chairman | Lin Weishan | | |
| | Director | Lin Yuanhong | | |
| | | Representatives of Tatung Forestry Construction Co., Ltd.: | 14 | 0.40% |
| | Supervisor | Chen Shufen | | |
| | | Representative of Tatung University: | 24 | 0.69% |
| | Director | Hong Zhencheng | | |
| | | Representatives of San Chih International Express Co., Ltd.: | 3,201 | 91.46% |
| | Director | He Jibi | | |
| | Director | Yu Zhen | | |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2010.

*[signature: Sabrina Smith]*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com