# Exhibit 36



# 大同公司100年度年報

股票代碼 2371

中華民國一百零一年四月三十日刊印

查詢年報網址：http://mops.twse.com.tw/index.htm



**Innovation, Quality, Trust**

## 2011 Annual Report of Tatung Co.

**Stock Code:** 2371

Date Published: April 30, 2012

Annual Report Inquiry Website : http://mops.twse.com.tw/index.htm

# 公司治理報告

**董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料**

(一) 董事及監察人資料

| 職　稱 | 姓　名 | 選(就)任日期 | 任期 | 初　次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現有持有股份 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | |
| 董事長 | 林蔚山 | 100.06.24 | 三年 | 61.04.14 | 10,505,173 | 0.45 | 10,505,173 | 0.45 | 1,448,173 | 0.06 | |
| 董事 | 林郭文艷 | 100.06.24 | 三年 | 85.06.06 | 1,448,173 | 0.06 | 1,448,173 | 0.06 | 10,505,173 | 0.45 | |
| 董事 | 林蔚東 | 100.06.24 | 三年 | 85.06.06 | 10,097,352 | 0.43 | 10,192,401 | 0.43 | 578,788 | 0.02 | |
| 董事 | 張益華 | 100.06.24 | 三年 | 86.07.17 | 227,615 | 0.01 | 227,615 | 0.01 | 8,038 | - | |
| 董事 | 李龍達 | 100.06.24 | 三年 | 100.06.24 | 367 | - | 367 | - | - | - | |

101年 4 月30日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| - | - | 美國華盛頓大學經營碩士 大同(股)公司總經理 | 大同(股)公司董事長、中華映管(股)公司董事長 福華電子(股)公司董事長、尚志半導體(股)公司董事長 綠能科技(股)公司董事長、大同綜合訊電(股)公司董事長 尚志資產開發(股)公司董事長、尚志精密化學(股)公司董事長 拓志光機電(股)公司董事長、大同住重減速機(股)公司董事長 中華電子投資(股)公司董事長兼總經理 大同壓鑄(股)公司董事長 協志工業叢書出版(股)公司董事長、大同生科(股)公司董事長 尚志投資(股)公司董事長兼總經理、大同泰國(股)公司董事長 大同日本(股)公司董事長、大同新加坡電子(股)公司董事長 大同電線電纜泰國(股)公司董事長兼總經理 大同通訊(股)公司董事長、大同顯示器墨西哥(股)公司董事長 大同越南有限公司董事長、大同新加坡電機(股)公司董事長 | 董事 董事 | 林郭文艷 林蔚東 | 配偶 二親等 |
| - | - | 美國馬里蘭大學經濟碩士 馬里蘭大學助教 台灣大學講師 大同大學講師 大同(股)公司董事長特別助理 大同(股)公司執行副總經理 | 大同(股)公司總經理、大同世界科技(股)公司董事長 精英電腦(股)公司董事長、大同墨西哥公司董事長 大同捷克公司董事長、大同新加坡資訊(股)公司董事長 | 董事長 董事 | 林蔚山 林蔚東 | 配偶 二親等 |
| - | - | 美國培波坦大學教育博士 大同英國(股)公司總經理 | 富鼎證券投資信託(股)公司董事長 台北工業(股)公司董事 | 董事長 董事 | 林蔚山 林郭文艷 | 二親等 二親等 |
| - | - | 大同大學機械系 大同綜合訊電(股)公司總經理 大同(股)公司秘書處秘書長 | 尚志資產開發(股)公司董事兼總經理、台北工業(股)公司董事 大同林業營造(股)公司董事長、正聲廣播(股)公司董事 中華電子投資(股)公司董事、禾大生物科技(股)公司董事 | 無 | 無 | 無 |
| - | - | 大同大學化學工程博士 尚志精密化學(股)公司研發課課長 尚志化工(股)公司總經理 | 尚志半導體(股)公司董事兼總經理 尚志精密化學(股)公司董事、綠能科技(股)公司董事 創盛世有限公司董事、大同日本(股)公司董事 璨圓光電(股)公司董事、綠昇投資(股)公司董事 宇駿集團有限公司董事長 宇駿(濰坊)新能源科技有限公司董事長 尚志造漆(昆山)有限公司董事長 尚志國際化工有限公司董事長 淮安尚志高科技材料有限公司董事長 吳江尚化材料科技有限公司董事長 吳江尚化塑膠有限公司董事長 東莞同鍠貿易有限公司董事長 | 無 | 無 | 無 |

# 公司治理報告

| 職　稱 | 姓　名 | 選(就)任日　期 | 任期 | 初　次選任日期<br>(註二) | 選任時持有股份 | | 現在持有股數 | | 配偶，未成年子女現有持有股份 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | |
| 董事 | 大同大學 | 100.06.24 | 三年 | 76.05.24 | 144,798,047 | 6.19 | 144,798,047 | 6.19 | - | - | |
| 董事 | 大同大學代表人<br>陳火炎 | 100.06.24 | 三年 | 96.02.15 | 13,604 | - | 13,604 | - | - | - | |
| 獨立董事 | 呂東英 | 100.06.24 | 三年 | 100.06.24 | 46,344 | - | 46,344 | - | - | - | |
| 獨立董事 | 蘇鵬飛 | 100.06.24 | 三年 | 100.06.24 | - | - | - | - | - | - | |

註一：本公司於100/6/24全面改選董事。
註二：李鍾熙獨立董事於100/9/19辭任。
註三：各董事目前兼任其他投資公司之職務，請參閱第 137~141 頁（四）關係企業董事、監察人及總經理資料。

## (二) 法人股東之主要股東

101年 4 月30日

| 法 人 股 東 名 稱 | 法 人 股 東 之 主 要 股 東 |
|---|---|
| 大同大學 | 無 |

註：學校為財團法人，故無主要股東。

101年 4 月30日

| 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職　稱 | 姓　名 | 關　係 |
| - | - | - | - | - | - | - |
| - | - | 臺灣師範大學數學博士<br>大同大學應數系主任 | 大同高級中學校長<br>大同大學應數系副教授 | 無 | 無 | 無 |
| - | - | 國立政治大學會計統計學系學士<br>國立政治大學財政學碩士<br>財團法人中華民國證券櫃檯買賣中心董事長<br>行政院金融監督管理委員會副主任委員代理主任委員<br>行政院金融監督管理委員會委員<br>中華無形資產鑑價研究發展協會常務理事<br>中華民國公司組織研究發展協會理事長<br>淡江大學會計學研究所兼任教授<br>財政部證券暨期貨管理委員會(行政院金管會證期局前身)主任委員、副主任委員<br>中央存款保險(股)公司總經理兼任董事長 | 中華無形資產暨企業評價協會常務理事<br>國立政治大學財務管理學研究所兼任教授<br>中華公司治理協會理事長 | 無 | 無 | 無 |
| - | - | 國立交通大學控制工程(電機)學系學士<br>國立政治大學企業管理研究所碩士<br>花旗銀行企業金融部<br>中華開發金控集團所屬開發科技顧問(股)公司投資部經理 | 晟業資產管理(股)公司投資部副總經理<br>尚志半導體(股)公司獨立董事 | 無 | 無 | 無 |

# 特別記載事項

## （二）關係企業持股情形、基本資料及其營運概況

| 轉投資事業名稱 | 本公司投資 | | 直接或間接控制事業之投資 | | 綜合投資 | | 設立日期 | 地　　　址 |
|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比例(%) | 股數 | 持股比例(%) | 股數 | 持股比例(%) | | |
| 中華映管(股)公司 | 548,385,630 | 8.46 | 1,021,195,820 | 15.76 | 1,569,581,450 | 24.22 | 60.05 | 台北市中山北路三段22號 |
| 大同世界科技(股)公司 | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | 89.05 | 台北市中山北路三段22號 |
| 福華電子(股)公司 | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | 59.08 | 台北市中山北路三段22號 |
| 尚志半導體(股)公司 | 49,913,576 | 43.26 | 17,362,651 | 15.05 | 67,276,227 | 58.31 | 84.07 | 台北市中山北路三段22號 |
| 中研科技(股)公司 | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | 86.08 | 台北市中山北路三段22號 |
| 大同綜合訊電(股)公司 | 55,000,000 | 100.00 | 0 | 0.00 | 55,000,000 | 100.00 | 89.10 | 台北市中山北路三段22號 |
| 大同大隈(股)公司 | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | 86.06 | 台北市中山北路三段22號 |
| 大同住重減速機(股)公司 | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | 85.04 | 台北市中山北路三段22號 |
| 坤德(股)公司 | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | 66.01 | 台北市中山北路三段22號 |
| 尚志精密化學(股)公司 | 25,641,620 | 39.51 | 4,935,497 | 7.60 | 30,577,117 | 47.11 | 69.03 | 台北市中山北路三段22號 |
| 尚志資產開發(股)公司 | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | 55.06 | 台北市中山北路三段22號 |
| 中華電子投資(股)公司 | 198,126,267 | 99.52 | 1,462,650 | 0.28 | 198,688,622 | 99.80 | 59.02 | 台北市中山北路三段22號 |
| 大同壓鑄(股)公司 | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | 60.11 | 台北市中山北路三段22號 |
| 尚志國際通運(股)公司 | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | 62.12 | 台北市中山北路三段22號 |
| 協志工業叢書出版(股)公司 | 242 | 6.91 | 3,216 | 91.89 | 3,458 | 98.80 | 48.03 | 台北市中山北路三段22號 |
| 大同生科(股)公司 | 13,932,042 | 92.87 | 0 | 0.00 | 13,932,042 | 92.87 | 93.11 | 台北市中山北路三段136號6樓 |
| 拓志光機電(股)公司 | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | 93.05 | 台北市中山北路三段22號 |
| 精英電腦(股)公司 | 325,292,613 | 27.49 | 0 | 0.00 | 325,292,613 | 27.49 | 76.05 | 台北市內湖區堤頂大道二段239號 |
| 協志聯合科技(股)公司 | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | 100.00 | 85.08 | 台北市中山北路三段38-3號1樓 |

# 特別記載事項

101年4月30日

| 企業名稱 | 職　稱 | 姓名或代表人 | 持 有 股 份 | |
|---|---|---|---|---|
| | | | 股　數 | 持股比例 |
| 中華電子投資(股)公司 | | 大同(股)公司代表人： | 198,126,267 | 99.52% |
| | 董事長兼總經理 | 林蔚山 | | |
| | 董事 | 林郭文艷 | | |
| | 董事 | 張益華 | | |
| | 董事 | 龔鍾嶸 | | |
| | 董事 | 王隆潔 | | |
| | 監察人 | 張友勝 | | |
| | 監察人 | 楊政杰 | | |
| 大同壓鑄(股)公司 | | 大同(股)公司代表人： | 78,795 | 51.00% |
| | 董事長 | 林蔚山 | | |
| | 董事兼總經理 | 謝榮昌 | | |
| | 董事 | 陳國舜 | | |
| | 董事 | 薛水添 | | |
| | 監察人 | 周秋吉 | | |
| | | 三井金屬礦業株式會社代表人： | 75,705 | 49.00% |
| | 董事 | 小谷田雅行 | | |
| | 董事 | 二宮隆二 | | |
| | 董事 | 中澤廣幸 | | |
| | 監察人 | 長崎全孝 | | |
| 尚志國際通運(股)公司 | | 大同(股)公司代表人： | 10,000 | 100.00% |
| | 董事長兼總經理 | 何基璧 | | |
| | 董事 | 林蔚山 | | |
| | 董事 | 鍾國華 | | |
| | 董事 | 黃仁宏 | | |
| | 董事 | 余宜玲 | | |
| | 監察人 | 許文剛 | | |
| 協志工業叢書出版(股)公司 | | 大同(股)公司代表人： | 242 | 6.91% |
| | 董事長 | 林蔚山 | | |
| | 董事 | 林元洪 | | |
| | | 大同林業營造(股)公司代表人： | 14 | 0.40% |
| | 監察人 | 陳淑芬 | | |
| | | 大同大學代表人： | 24 | 0.69% |
| | 董事 | 洪賑城 | | |
| | | 尚志國際通運(股)公司代表人： | 3,201 | 91.46% |
| | 董事 | 何基璧 | | |
| | 董事 | 余震 | | |
| 大同生科(股)公司 | | 大同(股)公司代表人： | 13,932,042 | 92.87% |
| | 董事長 | 林蔚山 | | |
| | 董事 | 林郭文艷 | | |
| | 董事兼總經理 | 陳立民 | 424,264 | 2.83% |
| | 董事 | 何明果 | | |
| | 董事 | 彭文傑 | | |
| | 監察人 | 楊政杰 | | |
| 拓志光機電(股)公司 | | 大同(股)公司代表人： | 17,000,000 | 85.00% |
| | 董事長 | 林蔚山 | | |
| | 董事 | 林郭文艷 | | |
| | 董事 | 何明果 | | |
| | 董事兼總經理 | 李尚文 | | |
| | 董事 | 呂寬敏 | | |
| | 監察人 | 陳淑芬 | | |
| 精英電腦(股)公司 | | 大同(股)公司代表人： | 325,292,613 | 27.49% |
| | 董事長 | 林郭文艷 | | |
| | 董事 | 林蔚山 | | |
| | 董事兼總經理 | 許志宏 | | |
| | 董事 | 龔鍾嶸 | | |

Translation of Page 11

# Company Governance Report

Management information of Director, Supervisor, general manager, deputy general manager, all departments and branches

(I) Information of directors and supervisors

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Chairman | Lin Weishan | June 24, 2011 | Three years | April 14, 1972 | 10,505,173 | 0.45 | 10,505,173 | 0.45 | 1,448,173 | 0.06 |
| Director | Lin Guo Wenyan | June 24, 2011 | Three years | June 6, 1996 | 1,448,173 | 0.06 | 1,448,173 | 0.06 | 10,505,173 | 0.45 |
| Director | Lin Weidong | June 24, 2011 | Three years | June 6, 1996 | 10,097,352 | 0.43 | 10,092,401 | 0.43 | 578,788 | 0.02 |
| Director | Zhang Yihua | June 24, 2011 | Three years | July 17, 1997 | 227,615 | 0.01 | 227,615 | 0.01 | 8,038 | - |
| Director | Li Longda | June 24, 2011 | Three years | June 24, 2011 | 367 | - | 367 | - | - | - |

Translation of Page 12

April 30, 2012

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Business Master of University Washington General manager of Tatung Co., Ltd. | Chairman of Tatung Co., Ltd., chairman of Chunghwa Picture Tubes Ltd. Chairman of Forward Electronics Co., Ltd., chairman of San Chih Semiconductor Co., Ltd. Chairman of Green Energy Technology Inc., Ltd., chairman of Tatung Consumer Products (Taiwan) Co., Ltd. Chairman of San Chih Asset Development Co., Ltd., chairman of San Chih Fine Chemicals Co., Ltd. Chairman of Toes Opto-Mechatronics Co., Ltd., chairman of Tatung SM-Cyclo Co., Ltd. Chairman and general manager of Chunghwa Electronics Development Co., Ltd. Chairman of Tatung Die Casting Co., Ltd. Chairman of Hsieh-Chih Industrial Library Publishing Co., Ltd., chairman of Tatung Biotechnology Co., Ltd. Chairman and general manager of San Chih Investment Co., Ltd., chairman of Tatung Thailand Co., Ltd. Chairman of Tatung Japan Co., Ltd., chairman of Tatung Singapore Electronics Co., Ltd. Chairman and general manager of Tatung Wire and Cable Thailand Co., Ltd. Chairman of Tatung Communication Co., Ltd., chairman of Tatung Display Mexico Co., Ltd. Chairman of Tatung Vietnam Co., Ltd., chairman of Tatung Singapore Motor Co., Ltd. | Director Director | Lin Guo Wenyan Lin Weidong | Spouse Second degree of relationship |
| - | - | Economics master of University of | General manager of Tatung Co., Ltd., chairman of Tatung System Technologies Inc. | Chairman Director | Lin Weishan Lin Weidong | Spouse Second |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Maryland Assistant of University of Maryland Lecturer of Taiwan University Lecturer of Tatung University Special assistant of director of Tatung Co., Ltd. Executive Deputy General Manager of Tatung Co., Ltd. | Chairman of Elite Computer Co., Ltd., chairman of Tatung Mexico Co., Ltd. Chairman of Tatung Czech Co., Ltd., chairman of Tatung Singapore Information Co., Ltd. | | | degree of relationship |
| - | - | Education doctor of Pepperdine University, U.S.A. General manager of Tatung England Co., Ltd. | Chairman of Funding Securities Investment Trust Co., Ltd. Director of Taipei Industrial Co., Ltd. | Chairman Director | Lin Weishan Lin Guo Wenyan | Second degree of relationship Second degree of relationship |
| - | - | Department of Mechanics of Tatung University General manger of Tatung Consumer Products (Taiwan) Co., Ltd. Secretary General at secretariat of Tatung Co. Ltd. | Director and general manager of San Chih Asset Development Co., Ltd., director of Taipei Industrial Co., Ltd. Chairman of Tatung Tatung Forestry Construction Co., Ltd., director of Cheng Sheng Broadcasting Corp Director of Chunghwa Electronics Development Co., Ltd., director of Hemu Biotechnology Co., Ltd. | None | None | None |
| - | - | Doctor of Chemical Engineering of Tatung University Manager of Research | Chairman and general manager of San Chih Semiconductor Co., Ltd. Director of San Chih Fine Chemicals Co., Ltd., director of Green Energy Technology Inc., Ltd. Director of Chuang Shengshi Co., Ltd., director of Tatung Japan Co., Ltd. | None | None | None |

| | | and Development Department of San Chih Fine Chemicals Co., Ltd. General manager of San Chih Chemical Company Limited | Director of Canyuan Photoelectricity Co., Ltd., director of Lvsheng Investment Co., Ltd. Chairman of Yujun Group Chairman of Yujun (Weifang) New Energy Technology Co., Ltd. Chairman of San Chih Paint Co., Ltd. Chairman of San Chih International Chemical Co., Ltd. Chairman of Huaian San Chih High-tech Materials Co., Ltd. Chairman of Wujiang Shanghua Material Technology Co., Ltd. Chairman of Wujiang Shanghua Plastic Co., Ltd. Chairman of Dongguan Tongli Trade Co., Ltd. | | | |

Translation of Page 13

# Company Governance Report

| Title | Name | Selection Date (Assuming office) | Term of office | The first selection date (Note II) | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Director | Tatung University | June 24, 2011 | Three years | May 24, 1987 | 144,798,047 | 6.19 | 144,798,047 | 6.19 | - | - |
| Director | Representative of Tatung University Chen Huoyan | June 24, 2011 | Three years | February 15, 2007 | 13,604 | - | 13,604 | - | - | - |
| Independent director | Lv Dongying | June 24, 2011 | Three years | June 24, 2011 | 46,344 | - | 46,344 | - | - | - |
| Independent director | Su Pengfei | June 24, 2011 | Three years | June 24, 2011 | - | - | - | - | - | - |

Note I: The director was reelected on June 24, 2011.
Note II: Li Zhongxi independent director has resigned on September 19, 2011.
Note III: Please see page 137~141(4) Information of Directors, Supervisors and General Manager of Affiliated Companies for position of each director in other investment companies at present.

(II) Principal Shareholders of Institutional Shareholders

April 30, 2012

| Name of Institutional Shareholders | Principal Shareholders of Institutional Shareholders |
|---|---|
| Tatung University | None |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

Translation of Page 14

April 30, 2012

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | - | - | - | - | - |
| - | - | Doctor of mathematics of Taiwan Normal University<br>Head of department of mathematics of Tatung University | President of Tatung Senor High School<br>Associate professor of department of mathematics of Tatung University | None | None | None |
| - | - | Bachelor of department of accounting statistics of National Chengchi University<br>Master of finance of National Chengchi University<br> Chairman of over-the-countersecurities market of corporate body<br>Deputy chairman of vice chairman of Financial Supervisory Commission of Executive Yuan<br>Member of Financial Supervisory Commission of Executive Yuan<br>Executive director of R&D Association for Price Evaluation of Chinese Intangible Asset<br>President of Corporate Organization Association<br>Adjunct professor of Accounting Institute of Tamkang University<br>Chairman and vice chairman of Treasury Department Securities and Futures Management Committee (the former SFC bureau of Financial Supervisory Commission of Executive Yuan)<br>General manager and chairman of Central Deposit Insurance Corporation | Executive director of Chinese Association of Business and Intangible Assets Valuation<br>Adjunct professor of Financial Management Institute of National Chengchi University<br>President of Corporate Governance Association | None | None | None |
| - | - | Bachelor of control engineering (motor) department of | Deputy manager of Investment Department | None | None | None |

| | | National Chiao Tung University<br>Master of Institute of Business Management of National Chengchi University<br>Finance department of the First National City Bank of New York<br>Manager of investment department of Development Technology Consultant Co., Ltd. of China Development Financial Holding Group | of Shengye Asset Management Co., Ltd.<br>Independent manager of San Chih Semiconductor Co., Ltd. | | | |

Translation of Page 131

# Special Items Recorded

(II) Shareholding, basic information and general operation of affiliated companies

| Name of reinvestment businesses | Our investment | | Investment by direct or indirect control of businesses | | Comprehensive investment | | Creation date | Address |
|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | | |
| Chunghwa Picture Tubes Ltd. | 548,385,630 | 8.46 | 1,021,195,820 | 15.76 | 1,569,581,450 | 24.22 | June 1971 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung System Technologies Inc. | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | May 2000 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Forward Electronics Co., Ltd. | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | August 1970 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Semiconductor Inc. | 49,913,576 | 43.26 | 17,362,651 | 15.05 | 67,276,227 | 58.31 | July 1995 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Central Research Technology Co., Ltd. | 13,500,000 | 100.00 | 0 | 0.00 | 13,500,000 | 100.00 | August 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Consumer Products (Taiwan) Co., Ltd. | 55,000,000 | 100.00 | 0 | 0.00 | 55,000,000 | 100.00 | October 2000 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Okuma Co., Ltd. | 8,428,000 | 49.00 | 0 | 0.00 | 8,428,000 | 49.00 | June 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung SM-Cyclo Co., Ltd. | 6,400,000 | 85.33 | 0 | 0.00 | 6,400,000 | 85.33 | April 1996 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Kuender Co., Ltd. | 7,161,000 | 50.00 | 0 | 0.00 | 7,161,000 | 50.00 | January 1977 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Fine Chemicals Co., Ltd. | 25,641,620 | 39.51 | 4,935,497 | 7.60 | 30,577,117 | 47.11 | March 1980 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Asset Development Co., Ltd. | 5,220,064 | 100.00 | 0 | 0.00 | 5,220,064 | 100.00 | June 1966 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Chunghwa Electronics Development Co., Ltd. | 198,126,267 | 99.52 | 1,462,650 | 0.28 | 198,688,622 | 99.80 | February 1970 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Die Casting Co., Ltd. | 78,795 | 51.00 | 0 | 0.00 | 78,795 | 51.00 | November 1971 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Shan Chih International Express Co., Ltd. | 10,000 | 100.00 | 0 | 0.00 | 10,000 | 100.00 | December 1973 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | 242 | 6.91 | 3,216 | 91.89 | 3,458 | 98.80 | March 1959 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Biotechnology Co., Ltd. | 13,932,042 | 92.87 | 0 | 0.00 | 13,932,042 | 92.87 | November 2004 | Building 6, No. 136, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Toes Opto-Mechatronics Co., Ltd. | 17,000,000 | 85.00 | 0 | 0.00 | 17,000,000 | 85.00 | May 2004 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Elite Computer Co., Ltd. | 325,292,613 | 27.49 | 0 | 0.00 | 325,292,613 | 27.49 | May 1987 | No. 239, Sec. 2, Diding Avenue, Neihu District, Taipei, Taiwan |

| TISNet Technology Inc. | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | | 100.00 | August 1996 | Building 1,No. 38-3, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |

Translation of Page 139

# Special Items Recorded

April 30, 2012

| Name of Enterprise | Title | Name or Representative | Shareholding | |
|---|---|---|---|---|
| | | | Number of shares | Ratio of shareholding |
| Chunghwa Electronics Development Co., Ltd. | Chairman and general manager | Representatives of Tatung Co., Ltd.: | 198,126,267 | 99.52% |
| | | Lin Weishan | | |
| | Director | Lin Guo Wenyan | | |
| | Director | Zhang Yihua | | |
| | Director | Gong Zhongrong | | |
| | Director | Wang Longjie | | |
| | Supervisor | Zhang Yousheng | | |
| | Supervisor | Yang Zhengjie | | |
| Tatung Die Casting Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 78,795 | 51.00% |
| | Chairman | Lin Weishan | | |
| | Director and general manager | Xie Rongchang | | |
| | Director | Chen Guoshun | | |
| | Director | Xue Shuitian | | |
| | Supervisor | Zhou Qiuji | | |
| | | Representatives of Mitsui Mining Company Limited: | | |
| | Director | Koyada Masayuki | 75,705 | 49.00% |
| | Director | Ninomiya Ryuji | | |
| | Director | Nakazawa Hiroyuki | | |
| | Supervisor | Nagasaki Nobutaka | | |
| Shan Chih International Express Co., Ltd. | Chairman and general manager | Representatives of Tatung Co., Ltd.: | 10,000 | 100.00% |
| | | He Jibi | | |
| | Director | Lin Weishan | | |
| | Director | Zhong Guohua | | |
| | Director | Huang Renhong | | |
| | Director | Yu Yiling | | |
| | Supervisor | Xu Wengang | | |
| Hsieh-Chih Industrial Library Publishing Co., | | Representatives of Tatung Co., Ltd.: | 242 | 6.91% |

| | | | | |
|---|---|---|---|---|
| Ltd. | Chairman | Lin Weishan | | |
| | Director | Lin Yuanhong | | |
| | | Representative of Tatung Forestry Construction Co., Ltd.: | 14 | 0.40% |
| | Supervisor | Chen Shufen | | |
| | | Representative of Tatung University: | 24 | 0.69% |
| | Director | Hong Zhencheng | | |
| | | Representatives of Shan Chih International Express Co., Ltd.: | 3,201 | 91.46% |
| | Director | He Jibi | | |
| | Director | Yu Zhen | | |
| Tatung Biotechnology Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 13,932,042 | 92.87% |
| | Chairman | Lin Weishan | | |
| | Director | Lin Guo Wenyan | | |
| | Director and general manager | Chen Limin | 424,264 | 2.83% |
| | Director | He Mingguo | | |
| | Director | Peng Wenjie | | |
| | Supervisor | Yang Zhengjie | | |
| Toes Opto-Mechatronics Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 17,000,000 | 85.00% |
| | Chairman | Lin Weishan | | |
| | Director | Lin Guo Wenyan | | |
| | Director | He Mingguo | | |
| | Director and general manager | Li Shangwen | | |
| | Director | Lv Kuanmin | | |
| | Supervisor | Chen Shufen | | |
| Elite Computer Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 325,292,613 | 27.49% |
| | Chairman | Lin Guo Wenyan | | |
| | Director | Weishan | | |
| | Director and general manager | Xu Zhihong | | |
| | Director | Gong Zhongrong | | |



December 19, 2014

**Certification**

                            **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2011.

_(signature)_

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com