# Exhibit 37



# 大同公司101年度年報

股票代碼 2371

中華民國一○二年四月三十日刊印
查詢年報網址：http://mops.twse.com.tw/index.htm



**Innovation, Quality, Trust**

## 2012 Annual Report of Tatung Co.

**Stock Code:** 2371

Date Published: April 30, 2013

Annual Report Inquiry Website：http://mops.twse.com.tw/index.htm

# 公司治理報告 ■■■■

### 董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

(一) 董事資料

| 職 稱 | 姓 名<br>(註一) | 選(就)任<br>日 期 | 任期 | 初 次<br>選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女<br>現有持有股份 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股 數 | 持股比率(%) | 股 數 | 持股比率(%) | 股 數 | 持股比率(%) | |
| 董事長 | 林蔚山 | 100.06.24 | 三年 | 61.04.14 | 10,505,173 | 0.45 | 10,505,173 | 0.45 | 2,622,173 | 0.11 | |
| 董事 | 林郭文艷 | 100.06.24 | 三年 | 85.06.06 | 1,448,173 | 0.06 | 2,622,173 | 0.11 | 10,505,173 | 0.45 | |
| 董事 | 林蔚東 | 100.06.24 | 三年 | 85.06.06 | 10,097,352 | 0.43 | 10,192,401 | 0.44 | 578,788 | 0.02 | |
| 董事 | 張益華 | 100.06.24 | 三年 | 86.07.17 | 227,615 | 0.01 | 227,615 | 0.01 | 8,038 | - | |
| 董事 | 李龍達 | 100.06.24 | 三年 | 100.06.24 | 367 | - | 367 | - | - | - | |

102年 4 月30日

| 利用他人名義持有股份 | | 主要經(學)歷<br>(註二) | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他<br>主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| - | - | 美國華盛頓大學<br>經營碩士<br>大同(股)公司總<br>經理 | 大同(股)公司董事長、中華映管(股)公司董事長<br>福華電子(股)公司董事長、尚志半導體(股)公司董事長<br>綠能科技(股)公司董事長、大同綜合訊電(股)公司董事長<br>尚志資產開發(股)公司董事長、尚志精密化學(股)公司董事長<br>拓志光機電(股)公司董事長、大同住重減速機(股)公司董事長<br>中華電子投資(股)公司董事長、大同壓鑄(股)公司董事長<br>協志工業叢書出版(股)公司董事長、大同醫護(股)公司董事長<br>尚志投資(股)公司董事長兼總經理、大同泰國(股)公司董事長<br>大同日本(股)公司董事長、大同新加坡電子(股)公司董事長<br>大同電線電纜泰國(股)公司董事長兼總經理<br>大同新加坡電機(股)公司董事長 | 董事<br>董事 | 林郭文艷<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國馬里蘭大學經<br>濟碩士<br>馬里蘭大學助教<br>台灣大學講師<br>大同大學講師<br>大同(股)公司董事<br>長特別助理<br>大同(股)公司執行<br>副總經理 | 大同(股)公司總經理、大同世界科技(股)公司董事長<br>精英電腦(股)公司董事長、大同墨西哥公司董事長<br>大同捷克公司董事長、大同新加坡資訊(股)公司董事長 | 董事長 | 林蔚山<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國培波坦大學教<br>育博士<br>大同英國(股)公司<br>總經理 | 台北工業(股)公司董事 | 董事長<br>董事 | 林蔚山<br>林郭文艷 | 二親等<br>二親等 |
| - | - | 大同大學機械系<br>大同綜合訊電(股)<br>公司總經理<br>大同(股)公司秘書<br>處秘書長 | 尚志資產開發(股)公司董事兼總經理、台北工業(股)公司董事<br>大同林業營造(股)公司董事長兼總經理<br>正聲廣播(股)公司董事<br>中華電子投資(股)公司董事、禾大生物科技(股)公司董事<br>志生不動產(股)公司董事兼總經理 | 無 | 無 | 無 |
| - | - | 大同大學化學工程<br>博士<br>尚志精密化學(股)<br>公司研發課課長<br>尚志化工(股)公司<br>總經理 | 尚志半導體(股)公司董事兼總經理、<br>尚志精密化學(股)公司董事、綠能科技(股)公司董事<br>創盛世有限公司董事、大同日本(股)公司董事<br>璨圓光電(股)公司董事<br>志德投資(股)公司董事長兼總經理<br>宇駿集團有限公司董事<br>宇駿(濰坊)新能源科技有限公司董事<br>尚志國際化工有限公司董事長<br>淮安尚志高科技材料有限公司董事長<br>吳江尚化材料科技有限公司董事長<br>吳江尚化塑膠有限公司董事長<br>東莞同鋰貿易有限公司董事長 | 無 | 無 | 無 |

## 公司治理報告

| 職　稱 | 姓　名<br>(註一) | 選(就)任<br>日　期 | 任期 | 初　次<br>選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶，未成年子女<br>現有持有股份 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | |
| 董事 | 大同大學 | 100.06.24 | 三年 | 76.05.24 | 144,798,047 | 6.19 | 144,798,047 | 6.19 | - | - | |
| 董事 | 大同大學代表人<br>陳火炎 | 100.06.24 | 三年 | 96.02.15 | 13,604 | - | 13,604 | - | - | - | |
| 獨立<br>董事 | 蘇鵬飛 | 100.06.24 | 三年 | 100.06.24 | - | - | - | - | - | - | |
| 獨立<br>董事 | 劉宗德 | 101.06.12 | 三年 | 101.06.12 | - | - | - | - | - | - | |

註一：劉宗德獨立董事於101/6/12選任；呂東英獨立董事於101/9/5辭任。
註二：各董事目前兼任其他投資公司之職務,請參閱第137~141(四)關係企業董事、監察人及總經理資料。


(二) 法人股東之主要股東

102年 4 月30日

| 法 人 股 東 名 稱 |
|---|
| 大同大學 |

註：學校為財團法人，故無主要股東。

102年 4 月30日

| 利用他人名義持有股份 | | 主要經(學)歷<br>(註二) | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他<br>主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| - | - | - | - | - | - | - |
| | - | 臺灣師範大學數學博士<br>大同大學應數系主任 | 大同高級中學校長<br>大同大學應數系副教授 | 無 | 無 | 無 |
| - | - | 交通大學控制工程學系學士<br>政治大學企業管理研究所碩士<br>花旗銀行企業金融部<br>開發科技顧問(股)公司投資部經理 | 晟業資產管理(股)公司投資部副總經理<br>尚志半導體(股)公司獨立董事 | 無 | 無 | 無 |
| | - | 日本國立名古屋大學法學博士<br>日本國立名古屋大學講座教授<br>國家通訊傳播委員會副主任委員<br>國立政治大學法律學系主任、法學<br>院院長、教務長 | 國立政治大學法學院特聘教授<br>社團法人臺灣行政法學會理事長 | 無 | 無 | 無 |

## 募資情形

### 主要股東名單（前十大股東名冊）

102年 4月15日

| 主要股東名稱 | 股　　　份<br>持 有 股 數 (股) | 持 股 比 例 (%) |
|---|---|---|
| 大同大學 | 144,798,047 | 6.19 |
| 中國信託商業銀行信託部受託保管大同股份有限公司工者有其股員工持股信託專戶 | 122,982,757 | 5.26 |
| 中華映管股份有限公司 | 71,424,770 | 3.05 |
| 陳秀鑾 | 43,443,192 | 1.86 |
| 台北市私立大同高級中學 | 32,050,074 | 1.37 |
| 財團法人大同聯合職工福利委員會 | 31,863,298 | 1.36 |
| 國寶人壽股份有限公司 | 31,118,090 | 1.33 |
| 花旗(台灣)商業銀行託管次元新興市場評估基金投資專戶 | 29,860,982 | 1.28 |
| 陳麗卿 | 15,947,000 | 0.68 |
| 財團法人大同公司職工福利委員會 | 15,641,245 | 0.67 |

### 法人股東之主要股東

| 法 人 股 東 名 稱 | 法 人 股 東 之 主 要 股 東 名 稱 | 持 有 比 例 |
|---|---|---|
| 中華映管股份有限公司 | 大同股份有限公司 | 8.46% |
| | 中華電子投資股份有限公司 | 7.46% |
| | 仁寶電腦工業股份有限公司 | 6.08% |
| | 兆寶投資股份有限公司 | 4.87% |
| | 詠寶投資股份有限公司 | 4.26% |
| | 大眾商業銀行受託保管大同全球策略公司投資專戶 | 3.07% |
| | 尚志資產開發股份有限公司 | 2.19% |
| | 鎧寶投資股份有限公司 | 1.82% |
| | 渣打國際商業銀行敦北分行受託保管瑞士信貸國際公司投資專戶 | 1.58% |
| | 綠能科技股份有限公司 | 1.46% |
| 國寶人壽股份有限公司 | 成威投資股份有限公司 | 81.03% |
| | 福座開發股份有限公司 | 14.92% |
| | 國寶服務股份有限公司 | 2.11% |
| | 曾企鋐 | 0.15% |
| | 紀宇蓮 | 0.065% |
| | 謝呈昆 | 0.065% |
| | 英明玉 | 0.059% |
| | 紀華 | 0.047% |
| | 紀海 | 0.047% |
| | 蕭惠文 | 0.029% |

# 特別記載事項

（二）關係企業持股情形、基本資料及其營運概況

| 轉投資事業名稱 | 本公司投資 | | 直接或間接控制事業之投資 | | 綜合投資 | | 設立日期 | 地址 | |
|---|---|---|---|---|---|---|---|---|---|
| | 股數 | 持股比例[%] | 股數 | 持股比例[%] | 股數 | 持股比例[%] | | | |
| 中華映管(股)公司 | 548,385,630 | 8.46 | 1,021,195,820 | 15.76 | 1,569,581,450 | 24.22 | 60.05 | 桃園縣八德市和平路1127號 | |
| 大同世界科技(股)公司 | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | 89.05 | 台北市中山北路三段22號 | |
| 福華電子(股)公司 | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | 59.08 | 台北市中山北路三段22號 | |
| 尚志半導體(股)公司 | 49,913,576 | 43.19 | 17,362,651 | 15.02 | 67,276,227 | 58.21 | 84.07 | 台北市中山北路三段22號 | |
| 中研科技(股)公司 | 13,500,000 | 100.00 | - | - | 13,500,000 | 100.00 | 86.08 | 台北市中山北路三段22號 | |
| 大同綜合訊電(股)公司 | 55,000,000 | 100.00 | - | - | 55,000,000 | 100.00 | 89.10 | 台北市中山北路三段22號 | |
| 大同大隈(股)公司 | 8,428,000 | 49.00 | - | - | 8,428,000 | 49.00 | 86.06 | 台北市中山北路三段22號 | |
| 大同住重減速機(股)公司 | 6,400,000 | 85.33 | - | - | 6,400,000 | 85.33 | 85.04 | 台北市中山北路三段22號 | |
| 坤德(股)公司 | 7,161,000 | 50.00 | - | - | 7,161,000 | 50.00 | 66.01 | 台北市中山北路三段22號 | |
| 尚志精密化學(股)公司 | 25,641,620 | 39.09 | 4,935,497 | 7.53 | 30,577,117 | 46.61 | 69.03 | 台北市中山北路三段22號 | |
| 尚志資產開發(股)公司 | 5,220,064 | 100.00 | - | - | 5,220,064 | 100.00 | 55.06 | 台北市中山北路三段22號 | |
| 中華電子投資(股)公司 | 262,626,267 | 99.64 | 562,355 | 0.21 | 263,188,622 | 99.85 | 59.02 | 台北市中山北路三段22號 | |
| 大同壓鑄(股)公司 | 78,795 | 51.00 | - | - | 78,795 | 51.00 | 60.11 | 台北市中山北路三段22號 | |
| 尚志國際通運(股)公司 | 10,000 | 100.00 | - | - | 10,000 | 100.00 | 62.12 | 台北市中山北路三段22號 | |
| 協志工業叢書出版(股)公司 | 242 | 6.91 | 3,216 | 91.49 | 3,458 | 98.40 | 48.03 | 台北市中山北路三段22號 | |
| 大同醫護(股)公司 | 13,932,042 | 92.87 | - | - | 13,932,042 | 92.87 | 93.07 | 台北市仁愛路三段136號6樓 | |
| 拓志光機電(股)公司 | 17,000,000 | 85.00 | - | - | 17,000,000 | 85.00 | 93.05 | 台北市中山北路三段22號 | |
| 精英電腦(股)公司 | 325,292,613 | 27.49 | - | - | 325,292,613 | 27.49 | 76.05 | 台北市內湖區堤頂大道二段239號 | |
| 協志聯合科技(股)公司 | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | 100.00 | 85.08 | 台北市中山北路三段38-1號1樓 | |
| 尚志投資(股)公司 | 77,627,119 | 95.83 | 3,376,213 | 4.17 | 81,003,332 | 100.00 | 79.11 | 台北市中山北路三段 22 號 | |
| 志生投資(股)公司 | 150,000,000 | 100.00 | - | - | 150,000,000 | 100.00 | 97.06 | 台北市復興南路一段 160 號 | |
| 大同泰國(股)公司 | 97,400,000 | 100.00 | - | - | 97,400,000 | 100.00 | 78.10 | 700/50,52,54 Moo 6, T. Nongmaidang, Muang, Chonburi, Thailand | |
| 大同日本(股)公司 | 15,000 | 100.00 | - | - | 15,000 | 100.00 | 64.08 | 東京都中央銀座 4-10-5 三幸本館 1-2 階 | |
| 大同新加坡電子(股)公司 | 3,600,000 | 90.00 | - | - | 3,600,000 | 90.00 | 61.09 | No.4, First Lokyang Road, Jurong Town, Singapore | |

創新 品質 信賴

## 特別記載事項

102年4月30日

| 企業名稱 | 職　　稱 | 姓名或代表人 | 持 有 股 份 | |
|---|---|---|---|---|
| | | | 股　　數 | 持股比例 |
| 中華電子投資(股)公司 | | 大同(股)公司代表人: | 262,626,267 | 99.64% |
| | 董事長 | 林蔚山 | | |
| | 董事 | 林郭文艷 | | |
| | 董事 | 張益華 | | |
| | 董事兼總經理 | 龔鍾嶸 | | |
| | 董事 | 陳家麒 | | |
| | | 尚志資產開發(股)公司代表人: | 562,355 | 0.21% |
| | 監察人 | 蘇育生 | | |
| | 監察人 | 陳怡君 | | |
| 大同壓鑄(股)公司 | 監察人 | 于建成 | | |
| | 監察人 | 竹中保博 | | |
| | | 大同(股)公司代表人: | 78,795 | 51.00% |
| | 董事長 | 林蔚山 | | |
| | 董事兼總經理 | 謝榮昌 | | |
| | 董事 | 陳國舜 | | |
| | 董事 | 薛水添 | | |
| | | 三井金屬礦業株式會社代表人: | 75,705 | 49.00% |
| | 董事 | 小谷田雅行 | | |
| | 董事 | 二宮隆二 | | |
| | 董事 | 中澤廣幸 | | |
| 協志工業叢書出版(股)公司 | | 大同(股)公司代表人: | 242 | 6.91% |
| | 董事長 | 林蔚山 | | |
| | 董事 | 林元洪 | | |
| | | 大同林業營造(股)公司代表人: | 14 | 0.40% |
| | 監察人 | 陳淑芬 | | |
| | | 大同大學代表人: | 24 | 0.69% |
| | 董事 | 洪賑城 | | |
| | | 尚志國際通運(股)公司代表人: | 3,201 | 91.46% |
| | 董事 | 何基璧 | | |
| | 董事 | 余震 | | |
| 大同醫護(股)公司 | | 大同(股)公司代表人： | 23,854,407 | 95.41% |
| | 董事長 | 林蔚山 | | |
| | 董事 | 林郭文艷 | | |
| | 董事兼總經理 | 陳立民 | 484,264 | 1.94% |
| | 董事 | 何明果 | | |
| | 董事 | 彭文傑 | | |
| | 監察人 | 楊政杰 | | |
| 拓志光機電(股)公司 | | 大同(股)公司代表人: | 17,000,000 | 85.00% |
| | 董事長 | 林蔚山 | | |
| | 董事 | 林郭文艷 | | |
| | 董事 | 何明果 | | |
| | 董事 | 李尚文 | | |
| | 董事 | 呂寬敏 | | |
| | 監察人 | 陳淑芬 | | |

# Company Governance Report

Management information of Director, Supervisor, general manager, deputy general manager, assistant manager, all departments and branches

(I) Information of directors

| Title | Name (Note I) | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Chairman | Lin Weishan | June 24, 2011 | Three years | April 14, 1972 | 10,505,173 | 0.45 | 10,505,173 | 0.45 | 2,622,173 | 0.11 |
| Director | Lin Guo Wenyan | June 24, 2011 | Three years | June 6, 1996 | 1,448,173 | 0.06 | 2,622,173 | 0.11 | 10,505,173 | 0.45 |
| Director | Lin Weidong | June 24, 2011 | Three years | June 6, 1996 | 10,097,352 | 0.43 | 10,192,401 | 0.44 | 578,788 | 0.02 |
| Director | Zhang Yihua | June 24, 2011 | Three years | July 17, 1997 | 227,615 | 0.01 | 227,615 | 0.01 | 8,038 | - |
| Director | Li Longda | June 24, 2011 | Three years | June 24, 2011 | 367 | - | 367 | - | - | - |

Innovation, Quality and Trust

Translation of Page 12

Annual Statement of Tatung Co., Ltd. in 2012
Company Governance Report

April 30, 2013

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Business Master of University of Washington General manager of Tatung Co., Ltd. | Chairman of Tatung Co., Ltd., chairman of Chunghwa Picture Tubes Ltd. Chairman of Forward Electronics Co., Ltd., chairman of San Chih Semiconductor Co., Ltd. Chairman of Green Energy Technology Inc., Ltd., chairman of Tatung Consumer Products (Taiwan) Co., Ltd. Chairman of San Chih Asset Development Co., Ltd., chairman of San Chih Fine Chemicals Co., Ltd. Chairman of Toes Opto-Mechatronics Co., Ltd.，chairman of Tatung SM-Cyclo Co., Ltd. Chairman of Chunghwa Electronics Development Co., Ltd.Chairman of Tatung Die Casting Co., Ltd. Chairman of Hsieh-Chih Industrial Library Publishing Co., Ltd., chairman of Tatung Medical Care Co., Ltd. Chairman and general manager of San Chih Investment Co., Ltd., chairman of Tatung Thailand Co., Ltd. Chairman of Tatung Japan Co., Ltd., chairman of Tatung Singapore Electronics Co., Ltd. Chairman and general manager of Tatung Wire and Cable Thailand Co., Ltd. Chairman of Tatung Singapore Motor Co., Ltd. | Director Director | Lin Guo Wenyan Lin Weidong | Spouse Second degree of relationship |
| - | - | Economics | General manager of Tatung Co., Ltd., chairman of Tatung System | Chairman | Lin Weishan | Spouse |

| | | | | | Lin Weidong | Second degree of relationship |
|---|---|---|---|---|---|---|
| | | master of University of Maryland Assistant of University of Maryland Lecturer of Taiwan University Lecturer of Tatung University Special assistant of director of Tatung Co., Ltd. Executive Deputy General Manager of Tatung Co., Ltd. | Technologies Inc. Chairman of Elite Computer Co., Ltd., chairman of Tatung Mexico Co., Ltd. Chairman of Tatung Czech Co., Ltd., chairman of Tatung Singapore Information Co., Ltd. | | | |
| - | - | Education doctor of Pepperdine University, U.S.A. General manager of Tatung England Co., Ltd. | Director of Taipei Industrial Co., Ltd. | Chairman Director | Lin Weishan Lin Guo Wenyan | Second degree of relationship Second degree of relationship |
| - | - | Department of Mechanics of Tatung University General manger of Tatung Consumer Products | Director and general manager of San Chih Asset Development Co., Ltd., director of Taipei Industrial Co., Ltd. Chairman and general manager of Tatung Forestry Construction Co., Ltd. Director of Cheng Sheng Broadcasting Corp Director of Chunghwa Electronics Development Co., Ltd., director of Hemu Biotechnology Co., Ltd. Director and general manager of Zhisheng Real Estate Co., Ltd. | None | None | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (Taiwan) Co., Ltd. Secretary General at secretariat of Tatung Co. Ltd. | | | | |
| - | - | Doctor of Chemical Engineering of Tatung University Manager of Research and Development Department of San Chih Fine Chemicals Co., Ltd. General manager of San Chih Chemical Company Limited | Chairman and general manager of San Chih Semiconductor Co., Ltd. Director of San Chih Fine Chemicals Co., Ltd., director of Green Energy Technology Inc., Ltd. Director of Chuangshengshi Co., Ltd., director of Tatung Japan Co., Ltd. Director of Canyuan Photoelectricity Co., Ltd. Chairman and general manager of Zhide Investment Co., Ltd. Chairman of Yujun Group Director of Yujun (Weifang) New Energy Technology Co., Ltd. Chairman of San Chih International Chemical Co., Ltd. Chairman of Huaian San Chih High-tech Materials Co., Ltd. Chairman of Wujiang Shanghua Material Technology Co., Ltd. Chairman of Wujiang Shanghua Plastic Co., Ltd. Chairman of Dongguan Tongli Trade Co., Ltd. | None | None | None |

Translation of Page 13

# Company Governance Report

| Title | Name (Note I) | Selection Date (Assuming office) | Term of office | The first selection date (Note II) | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Director | Tatung University | June 24, 2011 | Three years | May 24, 1987 | 144,798,047 | 6.19 | 144,798,047 | 6.19 | - | - |
| Director | Representative of Tatung University Chen Huoyan | June 24, 2011 | Three years | February 15, 2007 | 13,604 | - | 13,604 | - | - | - |
| Independent director | Su Pengfei | June 24, 2011 | Three years | June 24, 2011 | - | - | - | - | - | - |
| Independent director | Liu Zongde | June 12, 2012 | Three years | June 12, 2012 | - | - | - | - | - | - |

Note I: Liu Zongde independent director assumed the office of director on June 12, 2012; Lv Dongying independent director relieved from director on September 5, 2012.

Note II: All directors are assuming their additional posts in other investment companies, please see page 137~141 for (IV) Information of directors, supervisors and general managers in affiliated companies.

(II) Principal Shareholders of Institutional Shareholders

April 30, 2013

| Name of Institutional Shareholders |
|---|
| Tatung University |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

Translation of Page 14

Annual Statement of Tatung Co., Ltd. in 2012
Company Governance Report
April 30, 2013

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | - | - | - | - | - |
| - | - | Doctor of mathematics of Taiwan Normal University Head of department of mathematics of Tatung University | President of Tatung Senor High School Associate professor of department of mathematics of Tatung University | None | None | None |
| - | - | Bachelor of control engineering department of University of National Chiao Tung University Master of Institute of Business Management of National Chengchi University Finance department of the First National City Bank of New York Manager of investment department of Development | Deputy General Manager of Shengye Asset Management Co., Ltd. Independent director of San Chih Semiconductor Co., Ltd. | None | None | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Technology Consultant Co., Ltd. | | | | |
| - | - | Doctor of Law of Nagoya University Chair professor of Nagoya University Vice chairman of National Communications Commission Head of department of law of National Chengchi University, dean and academic dean of law school | Specially appointed professor of Department of Law of National Chengchi University President of Taiwan Institute of Administrative Law of Social Legal Person | None | None | None |

# Fundraising

List of principle shareholders (register of top ten shareholders)

April 15, 2013

| Name of Principle Shareholders / Shares | Number of Shares | Ratio of Shareholding (%) |
|---|---|---|
| Tatung University | 144,798,047 | 6.19 |
| Safekeeping of special account for stock ownership trust of employees holding the shares of Tatung Co., Ltd. by trust department of Chinatrust Commercial Bank | 122,982,757 | 5.26 |
| Chunghwa Picture Tubes Ltd. | 71,424,770 | 3.05 |
| Chen Xiuluan | 43,443,192 | 1.86 |
| Taipei Private Tatung Senior High School | 32,050,074 | 1.37 |
| Tatung Joint Employee Welfare Committee of Corporate Body | 31,863,298 | 1.36 |
| Global Life Insurance Co., Ltd. | 31,118,090 | 1.33 |
| Assessment of special account for fund investment by dimensional emerging market approved by Citibank Taiwan, Ltd. | 29,860,982 | 1.28 |
| Chen Liqing | 15,947,000 | 0.68 |
| Tatung Joint Employee Welfare Committee of Corporate Body | 15,641,245 | 0.67 |

Principal shareholders of institutional shareholder

| Name of Institutional Shareholders | Name of Principal Shareholders of Institutional Shareholders | Ratio of Shareholding |
|---|---|---|
| Chunghwa Picture Tubes Ltd. | Tatung Co., Ltd. | 8.46% |
| | Chunghwa Electronics Development Co., Ltd. | 7.46% |

| | | |
|---|---|---|
| | Renbao Computer Industry Co., Ltd. | 6.08% |
| | Zhaobao Investment Co., Ltd. | 4.87% |
| | Yongbao Investment Co., Ltd. | 4.26% |
| | Safekeeping of special account for investment of Tatung Global Strategy Co., Ltd. by Ta Chong Commercial Bank Co., Ltd. | 3.07% |
| | San Chih Asset Development Co., Ltd. | 2.19% |
| | Kaibao Investment Co., Ltd. | 1.82% |
| | Safekeeping of special account for investment of Credit Suisse by Dunbei Branch of Standard Chartered Bank | 1.58% |
| | Green Energy Technology Co., Ltd. | 1.46% |
| Global Life Insurance Co., Ltd. | Chengwei Investment Co., Ltd. | 81.03% |
| | Fuzuo Development Co., Ltd. | 14.92% |
| | Global Service Co., Ltd. | 2.11% |
| | Zeng Qihong | 0.15% |
| | Ji Yulian | 0.065% |
| | Xie Chengkun | 0.065% |
| | Ying Mingyu | 0.059% |
| | Ji Hua | 0.047% |
| | Ji Hai | 0.047% |
| | Xiao Huiwen | 0.029% |

Translation of Page 133

# Special Items Recorded

(II) Shareholding, basic information and general operation of affiliated companies

| Name of reinvestment businesses | Our investment | | Investment by direct or indirect control of businesses | | Comprehensive investment | | Creation date | Address |
|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | Number of Shares | Ratio of shareholding (%) | | |
| Chunghwa Picture Tubes Ltd. | 548,385,630 | 8.46 | 1,021,195,820 | 15.76 | 1,569,581,450 | 24.22 | May 1971 | No. 1127, Heping Road, Bade City, Taoyuan County |
| Tatung System Technologies Inc. | 36,018,121 | 53.60 | 540,450 | 0.80 | 36,558,571 | 54.40 | May 2000 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Forward Electronics Co., Ltd. | 18,955,623 | 12.05 | 46,076,880 | 29.30 | 65,032,503 | 41.35 | August 1970 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Semiconductor Co., Ltd. | 49,913,576 | 43.19 | 17,362,651 | 15.02 | 67,276,227 | 58.21 | July 1995 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Central Research Technology Co., Ltd. | 13,500,000 | 100.00 | | | 13,500,000 | 100.00 | August 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Consumer Products (Taiwan) Co., Ltd. | 55,000,000 | 100.00 | | | 55,000,000 | 100.00 | October 2000 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tatung Okuma Co., Ltd. | 8,428,000 | 49.00 | | | 8,428,000 | 49.00 | June 1997 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung SM-Cyclo Co., Ltd. | 6,400,000 | 85.33 | | | 6,400,000 | 85.33 | April 1996 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Kuender Co., Ltd. | 7,161,000 | 50.00 | | | 7,161,000 | 50.00 | January 1977 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Fine Chemicals Co., Ltd. | 25,641,620 | 39.09 | 4,935,497 | 7.53 | 30,577,117 | 46.61 | March 1980 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Asset Development Co., Ltd. | 5,220,064 | 100.00 | | | 5,220,064 | 100.00 | June 1966 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Chunghwa Electronics Development Co., Ltd. | 262,626,267 | 99.64 | 562,355 | 0.21 | 263,188,622 | 99.85 | February 1970 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Tatung Die Casting Co., Ltd. | 78,795 | 51.00 | | | 78,795 | 51.00 | November 1971 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Shan Chih International Express Co., Ltd. | 10,000 | 100.00 | | | 10,000 | 100.00 | December 1973 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Hsieh-Chih | 242 | 6.91 | 3,216 | 91.49 | 3,458 | 98.40 | March 1959 | No. 22, Sec. 3, |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Industrial Library Publishing Co., Ltd. | | | | | | | | ChungShan N. Rd., Taipei, Taiwan |
| Tatung Medical Care Co., Ltd. | 13,932,042 | 92.87 | | | 13,932,042 | 92.87 | July 2004 | F 6, No. 136, Sec. 3, Ren'ai Road, Taipei City |
| Toes Opto-Mechatronics Co., Ltd. | 17,000,000 | 85.00 | | | 17,000,000 | 85.00 | May 2004 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Elite Computer Co., Ltd. | 325,292,613 | 27.49 | | | 325,292,613 | 27.49 | May 1987 | No. 239, Sec. 2, Diding Avenue, Neihu District, Taipei, Taiwan |
| TISNet Technology Inc. | 4,000,000 | 18.35 | 17,800,000 | 81.65 | 21,800,000 | 100.00 | August 1996 | F 1, No. 38-1, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| San Chih Investment Co., Ltd. | 77,627,119 | 95.83 | 3,376,213 | 4.17 | 81,003,332 | 100.00 | November 1990 | No. 22, Sec. 3, ChungShan N. Rd., Taipei, Taiwan |
| Zhisheng Investment Co., Ltd. | 150,000,000 | 100.00 | | | 150,000,000 | 100.00 | June 2008 | No. 160, Sec. 1, Fuxing S. Rd, Taipei City |
| Tatung Thailand Co., Ltd. | 97,400,000 | 100.00 | | | 97,400,000 | 100.00 | October 1989 | 700/50,52,54 Moo 6, T. Nongmaidang, Muang, Chonburi, Thailand |
| Tatung Japan Co., Ltd. | 15,000 | 100.00 | | | 15,000 | 100.00 | August 1975 | No 1-2, Building 3, No. 4-10-5, |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Ginza, Nihonbash, Tokyo |
| Tatung Singapore Electronics Co., Ltd. | 3,600,000 | 90.00 | | | 3,600,000 | 90.00 | September 1972 | No.4, First Lokyang Road, Jurong Town, Singapore |

Translation of Page 139

# Special Items Recorded

April 30, 2013

| Name of Enterprise | Title | Name or Representative | Shareholding | |
|---|---|---|---|---|
| | | | Number of shares | Ratio of shareholding |
| Chunghwa Electronics Development Co., Ltd. | Chairman<br>Director<br>Director<br>Director and general manager<br>Director<br><br>Supervisor<br>Supervisor | Representatives of Tatung Co., Ltd.:<br>Lin Weishan<br>Lin Guo Wenyan<br>Zhang Yihua<br>Gong Zhongrong<br><br>Chen Jiaqi<br>Representatives of San Chih Asset Development Co., Ltd.<br>Su Yusheng<br>Chen Yijun | 262,626,267<br><br><br><br><br><br>562,355 | 99.64%<br><br><br><br><br><br>0.21% |
| Tatung Die Casting Co., Ltd. | Supervisor<br>Supervisor<br><br>Chairman<br>Director and general manager<br>Director<br>Director<br><br>Director<br>Director<br>Director | Yu Jiancheng<br>Takenaka Bob<br>Representatives of Tatung Co., Ltd.:<br>Lin Weishan<br>Xie Rongchang<br><br>Chen Guoshun<br>Xue Shuitian<br>Representatives of Mitsui Mining Company Limited:<br>Koyada Masayuki<br>Ninomiya Ryuji<br>Nakazawa Hiroyuki | 78,795<br><br><br><br><br><br><br><br>75,705 | 51.00%<br><br><br><br><br><br><br><br>49.00% |
| Hsieh-Chih Industrial Library Publishing Co., Ltd. | Chairman<br>Director | Representatives of Tatung Co., Ltd.:<br>Lin Weishan<br>Lin Yuanhong<br>Representative of Tatung Forestry Construction | 242<br><br><br>14 | 6.91%<br><br><br>0.40% |

| | | | | |
|---|---|---|---|---|
| | Supervisor | Co., Ltd.:<br>Chen Shufen | | |
| | Director | Representative of Tatung University:<br>Hong Zhencheng | 24 | 0.69% |
| | | Representatives of Shan Chih International<br>Express Co., Ltd.: | 3,201 | 91.46% |
| | Director | He Jibi | | |
| | Director | Yu Zhen | | |
| Tatung Medical Care Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 23,854,407 | 95.41% |
| | Chairman | Lin Weishan | | |
| | Director | Lin Guo Wenyan | | |
| | Director and general manager | Chen Limin | 484,264 | 1.94% |
| | Director | He Mingguo | | |
| | Director | Peng Wenjie | | |
| | Supervisor | Yang Zhengjie | | |
| Toes Opto-Mechatronics Co., Ltd. | | Representatives of Tatung Co., Ltd.: | 17,000,000 | 85.00% |
| | Chairman | Lin Weishan | | |
| | Director | Lin Guo Wenyan | | |
| | Director | He Mingguo | | |
| | Director | Li Shangwen | | |
| | Director | Lv Kuanmin | | |
| | Supervisor | Chen Shufen | | |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2012.



_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com