# Exhibit 38



# 大同公司102年度年報

股票代碼 2371

中華民國一〇三年四月三十日刊印

查詢年報網址：http://mops.twse.com.tw/index.htm



## 2013 Annual Report of Tatung Co.

**Stock Code: 2371**

Date Published: April 30, 2014

Annual Report Inquiry Website：http://mops.twse.com.tw/index.htm

# 公司治理報告

**董事、總經理、副總經理、協理、各部門及分支機構主管資料**

(一) 董事資料

| 職　稱 | 姓　名 (註一) | 選(就)任日　期 | 任期 | 初　次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現有持有股份 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | |
| 董事長 | 林蔚山 | 100.06.24 | 三年 | 61.04.14 | 10,505,173 | 0.45 | 10,505,173 | 0.45 | 3,052,173 | 0.13 | |
| 董事 | 林郭文艷 | 100.06.24 | 三年 | 85.06.06 | 1,448,173 | 0.06 | 3,052,173 | 0.13 | 10,505,173 | 0.45 | |
| 董事 | 林蔚東 | 100.06.24 | 三年 | 85.06.06 | 10,097,352 | 0.43 | 10,192,401 | 0.44 | 373,788 | 0.01 | |
| 董事 | 張益華 | 100.06.24 | 三年 | 86.07.17 | 227,615 | 0.01 | 227,615 | 0.01 | 8,038 | - | |
| 董事 | 李龍達 | 100.06.24 | 三年 | 100.06.24 | 367 | - | 367 | - | - | - | |

大同公司102年度年報
公司治理報告

103年 4 月30日

| 利用他人名義持有股份 | | 主要經(學)歷<br>(註二) | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他<br>主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| - | - | 美國華盛頓大學<br>經營碩士<br>大同(股)公司總<br>經理 | 大同(股)公司董事長、中華映管(股)公司董事長<br>福華電子(股)公司董事長、尚志半導體(股)公司董事長<br>綠能科技(股)公司董事長、大同綜合訊電(股)公司董事長<br>尚志資產開發(股)公司董事長、尚志精密化學(股)公司董事長<br>拓志光機電(股)公司董事長、大同住重減速機(股)公司董事長<br>中華電子投資(股)公司董事長、大同壓鑄(股)公司董事長<br>大同醫護(股)公司董事長、尚志投資(股)公司董事長、<br>大同日本(股)公司董事長、大同新加坡電子(股)公司董事長<br>大同電線電纜泰國(股)公司董事長兼總經理<br>大同新加坡電機(股)公司董事長、台灣通信工業(股)公司董事長<br>協志聯合科技(股)公司董事長 | 董事<br>董事 | 林郭文艷<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國馬里蘭大學經<br>濟碩士<br>馬里蘭大學助教<br>國立臺灣大學講師<br>大同大學講師<br>大同(股)公司董事<br>長特別助理<br>大同(股)公司執行<br>副總經理 | 大同(股)公司總經理、大同世界科技(股)公司董事長<br>精英電腦(股)公司董事長、大同墨西哥公司董事長<br>大同捷克公司董事長、大同新加坡資訊(股)公司董事長 | 董事長<br>董事 | 林蔚山<br>林蔚東 | 配偶<br>二親等 |
| - | - | 美國培波坦大學教<br>育博士<br>大同英國(股)公司<br>總經理 | 台北工業(股)公司董事<br>萬恒投資股份有限公司 董事長<br>恒陞投資股份有限公司 董事長<br>雅得蕊股份有限公司 首席顧問 | 董事長<br>董事 | 林蔚山<br>林郭文艷 | 二親等<br>二親等 |
| - | - | 大同大學機械系<br>大同綜合訊電(股)<br>公司總經理<br>大同(股)公司秘書<br>處秘書長 | 尚志資產開發(股)公司董事兼總經理、台北工業(股)公司董事<br>大同林業營造(股)公司董事、正聲廣播(股)公司董事<br>中華電子投資(股)公司董事、禾大生物科技(股)公司董事長<br>志生不動產(股)公司董事兼總經理、坤德(股)公司董事 | 無 | 無 | 無 |
| - | - | 大同大學化學工程<br>博士<br>尚志精密化學(股)<br>公司研發課課長<br>尚志化工(股)公司<br>總經理 | 尚志半導體(股)公司董事兼總經理、<br>尚志精密化學(股)公司董事、綠能科技(股)公司董事<br>創盛世有限公司董事、大同日本(股)公司董事<br>璨圓光電(股)公司董事<br>志德投資(股)公司董事長兼總經理<br>宇駿集團有限公司董事長<br>宇駿(濰坊)新能源科技有限公司董事<br>尚志國際化工有限公司董事長<br>淮安尚志高科技材料有限公司董事長<br>吳江尚化材料科技有限公司董事長<br>吳江尚化塑膠有限公司董事長<br>東莞同鋰貿易有限公司董事長、志生投資(股)公司董事 | 無 | 無 | 無 |

# 公司治理報告

| 職　稱 | 姓　名 (註一) | 選(就)任 日　期 | 任期 | 初　次 選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶，未成年子女 現有持有股份 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | 股　數 | 持股比率(%) | |
| 董事 | 大同大學 | 100.06.24 | 三年 | 76.05.24 | 144,798,047 | 6.19 | 144,798,047 | 6.19 | - | - | |
| 董事 | 大同大學代表人 陳火炎 | 100.06.24 | 三年 | 96.02.15 | 13,604 | - | 13,604 | - | - | - | |
| 獨立 董事 | 蘇鵬飛 | 100.06.24 | 三年 | 100.06.24 | - | - | - | - | - | - | |
| 獨立 董事 | 劉宗德 | 101.06.12 | 三年 | 101.06.12 | - | - | - | - | - | - | |
| 獨立 董事 | 吳啟銘 | 102.06.13 | 三年 | 102.06.13 | - | - | - | - | - | - | |

註一：吳啟銘獨立董事於102年6月13日選任。
註二：各董事目前兼任其他投資公司之職務，請參閱第311~316頁(四)關係企業董事、監察人及總經理資料。。

## (二) 法人股東之主要股東

103年 4 月30日

| 法 人 股 東 名 稱 |
|---|
| 大同大學 |

註：學校為財團法人，故無主要股東。

大同公司102年度年報

■ 公司治理報告

103年 4 月30日

| 利用他人名義持有股份 | | 主要經(學)歷<br>(註二) | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他<br>主管、董事或監察人 | | |
|---|---|---|---|---|---|---|
| 股　數 | 持股比率(%) | | | 職稱 | 姓　名 | 關　係 |
| - | - | - | - | - | - | - |
| - | - | 國立臺灣師範大學數學博士<br>大同大學應數系主任 | 大同高級中學校長<br>大同大學應數系副教授 | 無 | 無 | 無 |
| - | - | 國立交通大學控制工程(電機)學系學士<br>國立政治大學企業管理研究所碩士<br>花旗銀行企業金融部<br>旭聯科技(股)公司總監<br>開發科技顧問(股)公司AVP | 晟業資產管理(股)公司投資部副總經理<br>尚志半導體(股)公司獨立董事 | 無 | 無 | 無 |
| - | - | 日本國立名古屋大學法學博士<br>日本國立名古屋大學講座教授<br>國家通訊傳播委員會副主任委員<br>國立政治大學法律學系主任、法學院院長、教務長 | 國立政治大學法學院特聘教授<br>社團法人臺灣行政法學會理事長 | 無 | 無 | 無 |
| - | - | 國立政治大學企業管理系商學士<br>國立臺灣大學商學研究所企管碩士<br>美國密西西比大學財務碩士<br>投信投顧公會公益理事<br>軍公教退撫基金管理委員會委員<br>美國特許財務分析師<br>國立政治大學公企中心在職訓練組主任 | 國立政治大學財務管理學系專任副教授<br>鼎翰科技(股)公司獨立董事<br>樺漢科技(股)公司獨立董事 | 無 | 無 | 無 |

14

# 募資情形

## 股本來源

### (一) 股本形成經過

103年 4 月30日

| 年 月 | 發行價格 | 核定股本 | | 實收股本 | | 備 註 | | |
|---|---|---|---|---|---|---|---|---|
| | | 股數（股） | 金額（元） | 股數（股） | 金額（元） | 股本來源 | 以現金以外之財產抵充股款者 | 其 他 |
| 100年2月 | 10元 | 10,000,000,000 | 100,000,000,000 | 2,339,536,685 | 23,395,366,850 | 認股權憑證轉換股份8,545,000元 減資32,134,271,970元 | 無 | 經濟部100/02/22經授商字第10001035060號函 |

### (二) 股份種類

103年 4 月30日

| 股份種類 | 核定股本 | | | 備 註 |
|---|---|---|---|---|
| | 流通在外股份 | 未發行股份 | 合 計 | |
| 普通股 | 2,339,536,685股 | 7,660,463,315 股 | 10,000,000,000 股 | 上市公司股票 |

### (三) 總括申報制度相關資訊：無。

## 股東結構

103年 4 月8日

| 數 量 \ 股東結構 | 政府機構 | 金融機構 | 其他法人 | 個 人 | 外國機構及外人 | 合 計 |
|---|---|---|---|---|---|---|
| 人 數 (人) | 5 | 12 | 248 | 211,829 | 261 | 212,355 |
| 持有股數 (股) | 3,206,446 | 171,513,925 | 328,308,613 | 1,467,851,568 | 368,656,133 | 2,339,536,685 |
| 持股比例 (%) | 0.14 | 7.33 | 14.03 | 62.74 | 15.76 | 100.00 |

## 股權分散情形

103年 4 月8日

| 持 股 分 級 | 股 東 人 數 (人) | 持 有 股 數 (股) | 持 股 比 例 (%) |
|---|---|---|---|
| 1~999 | 120,896 | 35,369,188 | 1.51 |
| 1,000~5,000 | 59,519 | 142,587,267 | 6.09 |
| 5,001~10,000 | 13,976 | 107,059,486 | 4.58 |
| 10,001~15,000 | 5,077 | 62,732,050 | 2.68 |
| 15,001~20,000 | 3,099 | 56,250,368 | 2.40 |
| 20,001~30,000 | 3,407 | 83,979,822 | 3.59 |
| 30,001~50,000 | 2,830 | 113,083,557 | 4.84 |
| 50,001~100,000 | 1,903 | 135,462,225 | 5.79 |
| 100,001~200,000 | 874 | 123,670,905 | 5.29 |
| 200,001~400,000 | 361 | 101,025,019 | 4.32 |
| 400,001~600,000 | 120 | 58,566,567 | 2.50 |
| 600,001~800,000 | 60 | 41,934,844 | 1.79 |
| 800,001~1,000,000 | 44 | 39,957,780 | 1.71 |
| 1,000,001以上 | 189 | 1,237,857,607 | 52.91 |
| 合 計 | 212,355 | 2,339,536,685 | 100.00 |

註：本公司無發行特別股股票。

# 財務概況

**(附表七)** 大同股份有限公司及子公司財務報表附註 **(續)** 被投資公司名稱、所在地區……等相關資訊（不包含大陸被投資公司）

民國一〇二年十二月三十一日

| 投資公司名稱 | 被投資公司名稱 | 所在地區 | 主要營業項目 | |
|---|---|---|---|---|
| 大同 ( 股 ) 公司 | 中華映管 ( 股 ) 公司 | 桃園縣 | 映管、TFT-LCD 等之製造銷售 | |
| | 大同世界科技 ( 股 ) 公司 | 台北市 | 資料儲存製造、事務性機器設備批發、電信器材批發、電信器材零售、智慧財產權、第二類電信事業、醫療管理顧問、資訊軟體服務業、網路認證服務、租賃業 | |
| | 福華電子 ( 股 ) 公司 | 新北市 | 電子產品產銷 | |
| | 台灣通信工業 ( 股 ) 公司 | 台北市 | 通信器材事業 | |
| | 尚志半導體 ( 股 ) 公司 | 台北市 | 半導體材料、晶片等之製造銷售 | |
| | 中研科技 ( 股 ) 公司 | 台北市 | 各種電子產品等之電磁檢測業務 | |
| | 大同綜合訊電 ( 股 ) 公司 | 台北市 | 資訊家電產品 | |
| | 大同住重減速機 ( 股 ) 公司 | 新北市 | 各種電力傳導裝置等之製造 | |
| | 尚志精密化學 ( 股 ) 公司 | 台北市 | 家庭及工業用塗料 | |
| | 尚志資產開發 ( 股 ) 公司 | 台北市 | 不動產開發等 | |
| | 中華電子投資 ( 股 ) 公司 | 台北市 | 轉投資事業 | |
| | 大同壓鑄 ( 股 ) 公司 | 新北市 | 鋁鑄件、鋅鑄件及模具 | |
| | 尚志國際通運 ( 股 ) 公司 | 台北市 | 國際通運倉儲、運輸與修理 | |
| | 大同泰國 ( 股 ) 公司 | Thailand | Monitor 生產 | |
| | 大同日本 ( 股 ) 公司 | Japan | 進出口貿易 | |
| | 大同新加坡電子 ( 股 ) 公司 | Singapore | 大同產品在新加坡之銷售與服務 | |
| | 大同電線電纜泰國 ( 股 ) 公司 | Thailand | 電線電纜 | |
| | 大同新加坡資訊 ( 股 ) 公司 | Singapore | 轉投資大同電子科技 ( 江蘇 ) 有限公司等 | |
| | 大同新加坡電機 ( 股 ) 公司 | Singapore | 轉投資大同上海有限公司 | |
| | 大同美國 ( 股 ) 公司 | U.S.A. | 資訊、家電產品在美國之銷售與服務 | |
| | 大同墨西哥 ( 股 ) 公司 | Mexico | 資訊產品在美洲之製造 | |
| | 大同科技 ( 股 ) 公司 | U.S.A. | 資訊產品銷售等 | |
| | 精英電腦 ( 股 ) 公司 | 台北市 | 個人電腦主機板、筆記型電腦、介面卡、系統等各種電腦硬體之設計及其成品與零組件之製造、加工及買賣等業務 | |
| | 大同荷蘭 ( 股 ) 公司 | Netherlands | 電子產品銷售 | |
| | 大同英國 ( 股 ) 公司 | United Kingdom | 資訊消費電子產品銷售 | |
| | TATUNG CZECH s.r.o | Czech Republic | 資訊產品製造等 | |
| | 柬埔寨嵐嵩國際 ( 股 ) 公司 | 柬埔寨 | 森林業 | |
| | 大同醫護 ( 股 ) 公司 | 台北市 | 醫療器材設計與買賣 | |

註 1： 大同生科 ( 股 ) 公司已於民國 102 年 1 月更名為大同醫護 ( 股 ) 公司。

大同公司102年度年報
財務概況

單位：新台幣千元

| 原始投資金額 | | 期末持有 | | | 被投資公司<br>本期（損）益 | 本期認列之<br>投資（損）益 | 備 註 |
|---|---|---|---|---|---|---|---|
| 本期期末 | 去年年底 | 股 數 | 比 率 (%) | 帳面金額 | | | |
| $4,293,025 | $4,293,025 | 548,385,630 | 8.46 | $557,269 | $(4,852,881) | $(257,707) | |
| 247,655 | 247,655 | 36,018,121 | 53.60 | 504,133 | 81,529 | 42,407 | |
| 314,095 | 314,095 | 18,955,623 | 12.05 | 143,473 | (289,497) | (35,138) | |
| 2,538,471 | 2,538,471 | 751,000 | 100.00 | (738,279) | (9,393) | 4,360 | |
| 920,981 | 920,981 | 49,913,576 | 43.18 | 1,947,587 | (644,435) | (294,614) | |
| 135,000 | 135,000 | 13,500,000 | 100.00 | 81,277 | 2,841 | 2,772 | |
| 1,145,500 | 650,000 | 49,650,000 | 99.10 | (317,592) | (351,933) | (347,887) | |
| 71,220 | 71,220 | 6,400,000 | 85.33 | 178,246 | 90,528 | 77,543 | |
| 392,316 | 274,149 | 37,458,319 | 48.27 | 314,751 | (147,872) | (66,175) | |
| 14,840,192 | 14,840,192 | 5,220,064 | 100.00 | 30,149,514 | 194,618 | 87,071 | |
| 2,217,447 | 2,217,447 | 262,626,267 | 93.27 | 2,098,009 | (567,226) | (397,943) | |
| 7,880 | 7,880 | 153,000 | 51.00 | 38,120 | 33,642 | 16,360 | |
| - | 81,000 | - | - | - | | (61,443) | |
| 896,506 | 896,506 | 97,400,000 | 100.00 | 348,498 | 7,842 | 7,842 | |
| 1,903 | 1,903 | 15,000 | 100.00 | 513,235 | 19,646 | 19,646 | |
| 48,276 | 48,276 | 3,600,000 | 90.00 | 65,221 | (1,577) | (1,419) | |
| 60,154 | 60,154 | 6,810,000 | 100.00 | 79,250 | (6,709) | (8,193) | |
| 1,625,465 | 1,625,465 | 86,049,842 | 100.00 | (355,971) | (226,266) | (240,706) | |
| 626,418 | 626,418 | 31,598,675 | 100.00 | 859,755 | 13,924 | 12,025 | |
| 45,115 | 45,115 | 1,750,000 | 50.00 | 131,091 | (37,397) | (18,327) | |
| 380,363 | 380,363 | 1,597,248 | 100.00 | 445,422 | 2,034 | 17,074 | |
| 632,934 | 632,934 | 5,122,000 | 100.00 | 8,520 | (113) | (113) | |
| 5,499,212 | 6,735,324 | 201,681,420 | 27.49 | 5,611,995 | 3,624,281 | 996,415 | |
| 178,579 | 178,579 | 11,030 | 100.00 | (125,852) | - | - | |
| 2,067,876 | 2,067,876 | 42,584,000 | 100.00 | (221,130) | - | - | |
| 342,448 | 342,448 | - | 100.00 | 149,033 | (41,567) | (48,287) | |
| 1,271,592 | 1,271,592 | 4,346,400 | 98.33 | - | 14,942 | 14,942 | |
| 306,474 | 206,474 | 23,854,407 | 95.72 | 187,067 | (19,597) | (28,298) | (註1) |

Translation of Page 11

# Company Governance Report

**Management information of Director, Supervisor, general manager, deputy general manager, assistant manager, all departments and branches:**

(I) Information of directors:

| Title | Name (Note I) | Selection Date (Assuming office) | Term of office | The first selection date | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Chairman | Lin Weishan | June 24, 2011 | Three years | April 14, 1972 | 10,505,173 | 0.45 | 10,505,173 | 0.45 | 3,052,173 | 0.13 |
| Director | Lin Guo Wenyan | June 24, 2011 | Three years | June 6, 1996 | 1,448,173 | 0.06 | 3,052,173 | 0.13 | 10,505,173 | 0.45 |
| Director | Lin Weidong | June 24, 2011 | Three years | June 6, 1996 | 10,097,352 | 0.43 | 10,192,401 | 0.44 | 373.788 | 0.01 |
| Director | Zhang Yihua | June 24, 2011 | Three years | July 17, 1997 | 227,615 | 0.01 | 227,615 | 0.01 | 8,038 | - |
| Director | Li Longda | June 24, 2011 | Three years | June 24, 2011 | 367 | - | 367 | - | - | - |

Translation of Page 12

Annual Statement of Tatung Co., Ltd. in 2013
Company Governance Report

April 30, 2014

| Shareholding in other people's name | | Main Experience (Education) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | Master of University of Washington, US General Manager of Tatung Co., Ltd. | Chairman of Tatung Co., Chairman of Chunghwa Picture Tubes Ltd. Chairman of Forward Electronics Co., Ltd., Chairman of San Chih Semiconductor Co., Ltd. Chairman of Green Energy Technology Co., Ltd., Chairman of Tatung Consumer Products (Taiwan) Co., Ltd. Chairman of San Chih Asset Development Co., Ltd., Chairman of San Chih Fine Chemicals Co., Ltd. Chairman of Toes Opto-Mechatronics Company Limited, Chairman of Tatung SM-Cyclo Co., Ltd. Chairman of Chunghwa Electronics Development Co., Ltd., Chairman of Tatung Die Casting Co., Ltd. Chairman of Tatung Medical Care Co., Ltd., Chairman of San Chih Investment Co., Ltd. Chairman of Tatung Japan Co., Ltd., Chairman of Tatung Singapore Electronics Co., Ltd. Chairman and General Manager of Tatung Wire and Cable Technology (Thailand) Co., Ltd. Chairman of Tatung Singapore Motor Co., Ltd., Chairman of Taiwan Telecommunication Industry Company Chairman of TISNet Technology Inc. | Director Director | Lin Guo Wenyuan Lin Weidong | Spouse Second degree of relationship |
| - | - | Master of Economics of University of Maryland Assistant of University of Maryland Lecturer of National Taiwan University Lecturer of Tatung University Special Assistant of Chairman of Tatung Co., Ltd. Executive Vice General Manager of Tatung Co., Ltd. | General Manager of Tatung Co., Chairman of Tatung System Technologies Inc. Chairman of Elite Computer Co., Ltd., Chairman of Tatung Mexico Co., Ltd. Chairman of Tatung Czech Co., Ltd., Chairman of Tatung Singapore Information Co., Ltd. | Chairman Director | Lin Weishan Lin Weidong | Spouse Second degree of relationship |
| - | - | Doctor of Education of Pepperdine University, U.S.A. General Manager of Tatung UK Co., Ltd. | Director of Taipei Industry Co., Ltd. Chairman of Wanheng Investment Co., Ltd. Chairman of Hang Seng Investment Co., Ltd. Chief Advisor of Yaderui Co., Ltd. | Chairman Director | Lin Weishan Lin Guo Wenyan | Second degree of relationship Second degree of relationship |
| - | - | Graduated from Mechanical | Director and General Manager of San Chih Asset Development Co., | None | None | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Department of Tatung University<br>General Manager of Tatung Consumer Products (Taiwan) Co., Ltd.<br>Secretary General of Secretariat of Tatung Co., Ltd. | Ltd., Director of Taipei Industry Co., Ltd.<br>Director of Tatung Forestry Construction Co., Ltd., Director of Cheng Sheng Broadcasting Corp.<br>Director of Chunghwa Electronics Development Co., Ltd., Director of Heda Biotechnology Co., Ltd.<br>Director and General Manager of Zhisheng Real Estate Co., Ltd., Director of Kuender Company Limited | | | |
| - | | - | Doctor of Chemical Engineering of Tatung University<br>Director of R&D Department of San Chih Fine Chemicals Co., Ltd.<br>General Manager of San Chih Chemical Company Limited | Director and General Manager of San Chih Semiconductor Co., Ltd.<br>Director of San Chih Fine Chemicals Co., Ltd.<br>Director of Green Energy Technology Co., Ltd.<br>Director of Chuang Sheng Shi Co., Ltd.<br>Director of Tatung Japan Co., Ltd.<br>Director of Can Yuan Photoelectric Co., Ltd.<br>Chairman and General Manager of Zhide Investment Co., Ltd.<br>Chairman of Yujun Group Company<br>Chairman of Yujun (Weifang) New Energy Technology Co., Ltd.<br>Chairman of San Chih International Chemical Industry Co., Ltd.<br>Chairman of San Chih (Huaian) Hi-tech Material Co., Ltd.<br>Chairman of San Chih (Wujiang) Chemical Material Technology Co., Ltd.<br>Chairman of San Chih (Wujiang) Plastics Co., Ltd.<br>Chairman of Dongguan Tongli Trade Co., Ltd.<br>Director of Zhisheng Investment Co., Ltd. | None | None | None |

Translation of Page 13

# Company Governance Report

| Title (Note I) | Name | Selection Date (Assuming office) | Term of office | The first selection date (Note II) | Shareholding at selection | | Shareholding at present | | Shareholding of spouse and minor children at present | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) | Number of shares | Ratio of shareholding (%) |
| Director | Tatung University | June 24, 2011 | Three years | May 24, 1987 | 144,798,047 | 6.19 | 144,798,047 | 6.19 | - | - |
| Director | Chen Huoyan, representative of Tatung University | June 24, 2011 | Three years | February 15, 2007 | 13,604 | - | 13,604 | - | - | - |
| Independent director | Su Tengfei | June 24, 2011 | Three years | June 24, 2011 | - | - | - | - | - | - |
| Independent director | Liu Zongde | June 12, 2012 | Three years | June 12, 2012 | - | - | - | - | - | - |
| Independent director | Wu Qiming | June 12, 2013 | Three years | June 12, 2013 | - | - | - | - | - | - |

Note I: The independent director Mr. Wu Qiming was selected on June 13, 2013.
Note II: All directors are assuming their additional posts in other investment companies, please see page 311-316 for (IV) Information of directors, supervisors and general managers in affiliated companies..

(II) Principal Shareholders of Institutional Shareholders

April 30, 2014

| Name of Institutional Shareholders |
|---|
| Tatung University |

Note: Schools belong to foundational juridical person, so there is no principal shareholder.

Translation of Page 14

Annual Statement of Tatung Co., Ltd. in 2013
Company Governance Report

April 30, 2014

| Shareholding in other people's name | | Main Experience (Education) (Note II) | Current position in our company and other companies | Other officers, directors or supervisor within the relationship of spouse or second degree | | |
|---|---|---|---|---|---|---|
| Number of shares | Ratio of shareholding (%) | | | Title | Name | Relationship |
| - | - | - | - | - | - | - |
| - | - | Doctor of Mathematics of National Taiwan Normal University<br>Director of Department of Applied Mathematics of Tatung University | Headmaster of Tatung Senior High School<br>Associate Professor of Department of Applied Mathematics of Tatung University | None | None | None |
| - | - | Bachelor of control engineering (motor) department of National Chiao Tung University<br>Master of Institute of Business Management of National Chengchi University<br>Finance department of the First National City Bank of New York<br>Director of Xulian Technology Co., Ltd.<br>AVP of Development Technology Consultant Co., Ltd. | Deputy General Manager of Investment Department of Shengye Asset Management Co., Ltd.<br>Independent director of San Chih Semiconductor Co., Ltd. | None | None | None |
| - | - | Doctor of Law of Nagoya University<br>Chair Professor of Nagoya University<br>Member of National Communications Commission<br>Director of Law School, Dean of Department of Law, Academic Dean of National Chengchi University | Specially appointed professor of Department of Law of National Chengchi University<br>President of Taiwan Institute of Administrative Law of Social Legal Person | - | - | - |
| - | - | Bachelor of Commerce of Institute of Business Management of National Chengchi University<br>Master of Business Management of Graduate School of Business of National Taiwan University<br>Master of Finance of University of Mississippi, US<br>Member of Investment Credit and Capital Management Society for Public Interest<br>Member of Management Committee for Fund Exchange of Solider, Worker and Teacher | Associate professor of Department of Financial Management of National Chengchi University<br>Independent director of Dinghan Technology Co., Ltd.<br>Independent director of Huahan Technology Co., Ltd. | None | None | None |

| | | Chartered Financial Analyst, US<br>Director of On-the-job Training Group of Public<br>Business Center of National Chengchi University | | | | |

Translation of Page 35

# Fundraising Situation

**Source of Capital Stock**

(I) Formation of Capital Stock

April 30, 2014

| MMYY | Issue price | Authorized capital stock | | Paid-in capital stock | | Remarks | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of capital stocks | Amount (NTD) | Number of capital stocks | Amount (NTD) | Source of capital stock | Offset the capital stock amount in any other forms rather than cash (Y/N) | Others |
| February 2011 | NTD 10 | 10,000,000,000 | 10,000,000,000 | 2,339,536,685 | 23,395,366,850 | Shares converted from stock warrants NTD 8,545,000 Reduction of capital NTD 32,134,271,970 | N | JSSZ No. 10001035060 Letter released by the Ministry of Economic Affairs on February 22, 2011 |

(II) Types of shares

April 30, 2014

| Types of shares | Authorized capital stock | | | Remarks |
|---|---|---|---|---|
| | Outstanding capital stock | Unissued capital stock | Total | |
| Common share | 2,339,536,685 | 7,660,463,315 | 10,000,000,000 | Stock of listed company |

(III) Summary of information about reporting system: unavailable.

**Shareholder Structure**

April 8, 2014

| Number \\ Structure | Government body | Financing institution | Other legal person | Individual | Foreign organization and foreigner | Total |
|---|---|---|---|---|---|---|
| Number of shareholders (person) | 5 | 12 | 248 | 211,829 | 261 | 212,355 |
| Number of shareholding (share) | 3,206,446 | 171,513,925 | 328,308,613 | 1,467,851,568 | 368,656,133 | 2,339,536,685 |
| Ratio of shareholding (%) | 0.14 | 7.33 | 14.03 | 62.74 | 15.76 | 100.00 |

**Equity Separation Situation**

April 8, 2014

| Shareholding classification | Number of shareholders (person) | Number of shareholding (share) | Ration of shareholding (%) |
|---|---|---|---|
| 1~999 | 120,896 | 35,369,188 | 1.51 |
| 1,000~5,000 | 59,519 | 142,587,267 | 6.09 |
| 5,001~10,000 | 13,976 | 107,059,486 | 4.58 |
| 10,001~15,000 | 5,077 | 62,732,050 | 2.68 |
| 15,001~20,000 | 3,099 | 56,250,368 | 2.40 |
| 20,001~30,000 | 3,407 | 83,979,822 | 3.59 |
| 30,001~50,000 | 2,830 | 113,083,557 | 4.84 |
| 50,001~100,000 | 1,903 | 135,462,225 | 5.79 |
| 100,001~200,000 | 874 | 123,670,905 | 5.29 |
| 200,001~400,000 | 361 | 101,025,019 | 4.32 |
| 400,001~600,000 | 120 | 58,566,567 | 2.50 |
| 600,001~800,000 | 60 | 41,934,844 | 1.79 |
| 800,001~1,000,000 | 44 | 39,957,780 | 1.71 |
| Over 1,000,001 | 189 | 1,237,857,607 | 52.91 |
| Total | 212,355 | 2,339,536,685 | 100.00 |

Note: No preferred stocks are issued by our company.

Translation of Page 215

## Financial Situation

(Schedule VII) Notes to Financial Statements of Tatung Co., Ltd. and its Subsidiaries (continued)     Name and location, etc. of the invested company (excluding those in mainland China)
December 31, 2013

| Name of investment company | Name of invested company | Location | Main operating items |
|---|---|---|---|
| Tatung Co., Ltd. | Chunghwa Picture Tubes Ltd. | Taoyuan County | Manufacturing and sales of the company tubes and TFT-LCD, etc. |
| | Tatung System Technologies Inc. | Taipei City | Storage and manufacturing of materials, wholesale of transactional machine and equipment, wholesale and retail of telecommunication devices, intellectual property, Type II telecom business, medical management consultancy, information software service industry, network authentication service, leasing service |
| | Forward Electronics Co., Ltd. | New Taipei City | Production and sales of electronics |
| | Taiwan Telecommunication Industry Company | Taipei City | Communication device business |
| | San Chih Semiconductor Co., Ltd. | Taipei City | Manufacturing and sales of semiconductor and chip, etc. |
| | Central Research Technology Co., Ltd. | Taipei City | Electromagnetic testing of various electronics |
| | Tatung Consumer Products (Taiwan) Co., Ltd. | Taipei City | Information appliance |
| | Tatung SM-Cyclo Co., Ltd. | New Taipei City | Manufacturing of various power transmission equipment |
| | San Chih Fine Chemicals Co., Ltd. | Taipei City | Paint for domestic and industrial purpose |
| | San Chih Asset Development Co., Ltd. | Taipei City | Real estate development, etc. |
| | Chunghwa Electronics Development Co., Ltd. | Taipei City | Re-investment business |
| | Tatung Die Casting Co., Ltd. | New Taipei City | Aluminum casting, iron casting and die |
| | San Chih International Express Co., Ltd. | Taipei City | Storage, transport and repair of international express |
| | Tatung Thailand Co., Ltd. | Thailand | Production of Monitor |
| | Tatung Japan Co., Ltd. | Japan | Import and export trade |
| | Tatung Singapore Electronics Co., Ltd. | Singapore | Sales of Tatung products in Singapore |
| | Tatung Wire and Cable Technology Thailand Co., Ltd. | Thailand | Wire and cable |
| | Tatung Singapore Information Co., Ltd. | Singapore | Re-investment of Tatung Technology (Jiangsu) Co., Ltd., etc. |
| | Tatung Singapore Motor Co., Ltd. | Singapore | Re-investment of Tatung Shanghai Co., Ltd. |
| | Tatung America Co., Ltd. | U.S.A. | Sales of information products and appliances in U.S.A. |
| | Tatung Mexico Co., Ltd. | Mexico | Manufacturing of information products in U.S.A. |
| | Tatung Technology Co., Ltd. | U.S.A. | Sales of information products, etc. |
| | Elite Computer Co., Ltd. | Taipei City | Design of, and manufacturing, processing, buying and selling of finished products and components of mainboard of PC, laptop, interface card, system and other computer hardware |
| | Tatung Netherlands Co., Ltd. | Netherlands | Sales of electronics |

| | | | |
|---|---|---|---|
| | Tatung UK Co., Ltd. | United Kingdom | Sales of consumer information electronics |
| | TATUNG CZECH s.r.o | Czech Republic | Manufacturing, etc. of information products |
| | Cambodia Lansong International Co., Ltd. | Cambodia | Forestry |
| | Tatung Medical Care Co., Ltd. | Taipei City | Design, buying and selling of medical apparatus and instruments |

Note 1: Tatung Biotechnology Co., Ltd. was renamed as Tatung Medical Care Co., Ltd. in January 2013.

Translation of Page 216

Annual Statement of Tatung Co., Ltd. in 2013
Financial Situation

Unit: NTD 1,000

| Original investment amount | | Closing amount | | | Current (loss and) profit of the invested company | Current recognized investment (loss) and profit | Remarks |
|---|---|---|---|---|---|---|---|
| End of current period | End of the previous year | Number of shares | Ratio (%) | Carrying amount | | | |
| $4,293,025 | $4,293,025 | 548,385,630 | 8.46 | $557,269 | $(4,852,881) | $(257,707) | |
| 247,655 | 247,655 | 36,018,121 | 53.60 | 504,133 | 81,529 | 42,407 | |
| 314,095 | 314,095 | 18,955,623 | 12.05 | 143,473 | (289,497) | (35,138) | |
| 2,538,471 | 2,538,471 | 751,000 | 100.00 | (738,279) | (9,393) | 4,360 | |
| 920,981 | 920,981 | 49,913,576 | 43.18 | 1,947,587 | (644,435) | (294,614) | |
| 135,000 | 135,000 | 13,500,000 | 100.00 | 81,277 | 2,841 | 2,772 | |
| 1,145,500 | 650,000 | 49,650,000 | 99.10 | (317,592) | (351,933) | (347,887) | |
| 71,220 | 71,220 | 6,400,000 | 85.33 | 178,246 | 90,528 | 77,543 | |
| 392,316 | 274,149 | 37,458,319 | 48.27 | 314,751 | (147,872) | (66,175) | |
| 14,840,192 | 14,840,192 | 5,220,064 | 100.00 | 30,149,514 | 194,618 | 87,071 | |
| 2,217,447 | 2,217,447 | 262,626,267 | 93.27 | 2,098,009 | (567,226) | (397,943) | |
| 7,880 | 7,880 | 153,000 | 51.00 | 38,120 | 33,642 | 16,360 | |
| - | 81,000 | - | - | - | - | (61,443) | |
| 896,506 | 896,506 | 97,400,000 | 100.00 | 348,498 | 7,842 | 7,842 | |
| 1,903 | 1,903 | 15,000 | 100.00 | 513,235 | 19,646 | 19,646 | |
| 48,276 | 48,276 | 3,600,000 | 90.00 | 65,221 | (1,577) | (1,419) | |
| 60,154 | 60,154 | 6,810,000 | 100.00 | 79,250 | (6,709) | (8,193) | |
| 1,625,465 | 1,625,465 | 86,049,842 | 100.00 | (355,971) | (226,266) | (240,706) | |
| 626,418 | 626,418 | 31,598,675 | 100.00 | 859,755 | 13,924 | 12,025 | |
| 45,115 | 45,115 | 1,750,000 | 50.00 | 131,091 | (37,397) | (18,327) | |
| 380,363 | 380,363 | 1,597,248 | 100.00 | 445,422 | 2,034 | 17,074 | |
| 632,934 | 632,934 | 5,122,000 | 100.00 | 8,520 | (113) | (113) | |
| 5,499,212 | 6,735,324 | 201,681,420 | 27.49 | 5,611,995 | 3,624,281 | 996,415 | |
| 178,579 | 178,579 | 11,030 | 100.00 | (125,852) | - | - | |
| 2,067,876 | 2,067,876 | 42,584,000 | 100.00 | (221,130) | - | - | |
| 342,448 | 342,448 | - | 100.00 | 149,033 | (41,567) | (48,287) | |
| 1,271,592 | 1,271,592 | 4,346,400 | 98.33 | - | 14,942 | 14,942 | |
| 306,474 | 206,474 | 23,854,407 | 95.72 | 187,067 | (19,597) | (28,298) | (Note 1) |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Tatung annual report 2013.



_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com