# Exhibit 39

股票代碼：2442

# THE NEW JEAN

# 美齊科技股份有限公司

# 八十九年度

# 年報

刊印日期：中華民國九十年五月十日

**Stock Code: 2442**



# JEAN Co., Ltd.

# 2000

# Annual Report

**Date Published: May 10, 2001**

貳、公司概況

(二)董事、監察及主要經理人：姓名、經(學)歷、持有股份及性質(90.04.30)                                                                                                                                單位:股

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 | | 現在持有股份 | | 配偶、未成年子女現在持有股份 | | 主要經(學)歷 | | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事、監察人 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | | 職稱 | 姓名 | 關係 |
| 董事長兼總經理 | 姚崇誠 | 89.04.15 | 三年 | 2,685,262 | 2.03% | 2,948,732 | 2.03% | 1,203 | 0% | 學士 | 白砂電機總經理 | — | — | — | — |
| 董事 | 陳振雅 | 89.04.15 | 三年 | 4,013,632 | 3.04% | 2,206,954 | 1.52% | — | — | 學士 | 大同公司設計處處長 | — | — | — | — |
| 董事 | 鐘憲堂 | 89.04.15 | 三年 | 5,974,068 | 4.53% | 3,281,552 | 2.26% | 2,000 | — | 學士 | 華興資訊總工程師 | — | — | — | — |
| 董事 | 許張義 | 89.04.15 | 三年 | 2,691,844 | 2.04% | 2,252,952 | 1.55% | 2,000 | — | 學士 | 七星科技公司業務總經理 | — | — | — | — |
| 董事 | 高輔投資(股)公司法人代表路呈麟 | 89.04.15 | 三年 | 42,645,875 | 32..31% | 46,336,524 | 31.91% | — | — | 學士 | 高輔投資(股)公司顧問 | — | — | — | — |
| 監察人 | 高輔投資(股)公司法人代表莊嘉福 | 89.04.15 | 三年 | 42,645,875 | 32.31% | 46,336,524 | 31.91% | — | — | 學士 | 輝珂公司董事長 | — | — | — | — |
| 監察人 | 楊青嵐 | 89.04.15 | 三年 | 219,400 | 0.17% | 240,681 | 0.17% | — | — | 博士 | 激態科技股份有限公司總經理 | — | — | — | — |
| 監察人 | 王雪齡 | 89.04.15 | 三年 | 200,000 | 0.15% | 219,400 | 0.15% | — | — | 碩士 | 大眾電腦股份有限公司總經理 | — | — | — | — |

註1：董事高輔投資股份有限公司法人代表楊吉義於 90.02.01 更換為路呈麟。

註2：本公司法人股東高輔投資股份有限公司之主要股東為溫惠中。

6

Translation of Page 6

(II) Directors, monitors and major managers: name, experiences (education background), shareholding and nature (Apr. 30, 2001)

Unit: share

| Title | Name | Date of selection and appointment | Tenure | Shares held at selection and appointment | | Shares held currently | | Shares currently held by spouse / minor children | | Major experiences (education background) | | Position held concurrently at other companies | Other supervisors, directors and monitors that have spouse relationship or parent-child relationship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | | Title | Name | Relationship |
| Chairman & President | Yao Chongcheng | Apr. 15, 2000 | 3 yrs | 2,685,262 | 2.03％ | 2,948,732 | 2.03％ | 1,203 | 0% | Bachelor | General Manager of Bai-Sha Electronics Co., Ltd. | — | — | — | — |
| Director | Chen Zhenya | Apr. 15, 2000 | 3 yrs | 4,013,632 | 3.04％ | 2,206,954 | 1.52％ | — | — | Bachelor | Director of Design Department, Tatung Company | — | — | — | — |
| Director | Zhong Xiantang | Apr. 15, 2000 | 3 yrs | 5,974,068 | 4.53% | 3,281,552 | 2.26% | 2,000 | — | Bachelor | Chief Engineer of Hawsing Co., Ltd. | — | — | — | — |
| Director | Xu Zhangyi | Apr. 15, 2000 | 3 yrs | 2,691,844 | 2.04% | 2,252,952 | 1.55% | 2,000 | — | Bachelor | Business General Manager of Seven Stars Tech Co., Ltd. | — | — | — | — |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Lu Chenglin, legal representative of Gaofu Investment Co., Ltd. | Apr. 15, 2000 | 3 yrs | 42,645,875 | 32..31% | 46,336,524 | 31.91% | — | — | Bachelor | Consultant of Gaofu Investment Co., Ltd. | — | — | — | — |
| Monitor | Zhuang Jiafu, legal representative of Gaofu Investment Co., Ltd. | Apr. 15, 2000 | 3 yrs | 42,645,875 | 32.31% | 46,336,524 | 31.91% | — | — | Bachelor | Chairman of Huike Co., Ltd | — | — | — | — |
| Monitor | Yang Qinglan | Apr. 15, 2000 | 3 yrs | 219,400 | 0.17% | 240,681 | 0.17% | — | — | Doctor | General Manager of Xcitek Inc. | — | — | — | — |
| Monitor | Wang Xueling | Apr. 15, 2000 | 3 yrs | 200,000 | 0.15% | 219,400 | 0.15% | — | — | Master | General Manager of First International Computer, Inc. | — | — | — | — |

Note 1: Legal representative of Gaofu Investment Co., Ltd. was changed from Director Yang Jiyi to Lu Chenglin on Feb. 1, 2001.

Note 2: The principal shareholder of Gaofu Investment Co., Ltd., institutional shareholder of the Company, is Wen Huizhong.



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2000.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com