# Exhibit 41

股票代碼：2442

*THE NEW*

# JEAN

# 美齊科技股份有限公司

# 九十一年度

# 年報

刊印日期：中華民國九十二年五月十二日
查詢本年報之網址：
http://www.tse.com.tw

**Stock Code: 2442**



# JEAN Co., Ltd.

# 2002
# Annual Report

**Date Published:    May 12, 2003**

**Annual Report Inquiry Website:**

**http://www.tse.com.tw**

（二）董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料：

1．董事及監察人資料                                                                 92年04月08日

| 職　稱 | 姓　名 | 選任日期 | 任期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | | 利用他人名義持有股份 | | 主要經（學）歷 | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | | | 最近年度之酬勞 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 | |
| 董事長 | 姚崇誠 | 89.04.15 | 三年 | 2,685,262 | 2.03% | 3,091,745 | 1.74% | 4,261 | 0% | － | － | 學士 | 白砂電機總經理 | － | － | － | － | － |
| 董事 | 陳振雅 | 89.04.15 | 三年 | 4,013,632 | 3.04% | 2,313,991 | 1.30% | － | － | － | － | 學士 | 大同公司設計處處長 | － | － | － | － | － |
| 董事 | 許張義 | 89.04.15 | 三年 | 2,691,844 | 2.04% | 2,362,220 | 1.33% | 97 | 0% | － | － | 學士 | 七星科技公司業務總經理 | － | － | － | － | － |
| 董事 | 高輔投資(股)公司法人代表路呈麟 | 89.04.15 | 三年 | 42,645,875 | 32.31% | 47,598,845 | 26.82% | － | － | － | － | 學士 | 高輔投資(股)公司顧問 | － | － | － | － | － |
| 監察人 | 高輔投資(股)公司法人代表莊嘉福 | 89.04.15 | 三年 | 42,645,875 | 32.31% | 47,598,845 | 26.82% | － | － | － | － | 學士 | 輝珂公司董事長 | － | － | － | － | － |
| 監察人 | 楊青嵐 | 89.04.15 | 三年 | 219,400 | 0.17% | 252,354 | 0.14% | － | － | － | － | 博士 | 激態科技(股)公司總經理 | － | － | － | － | － |

註1：本公司法人股東高輔投資股份有限公司之主要股東為溫惠中。
註2：本公司董事代表鐘憲堂於91.06.10卸任。

Translation of Page 8

(II) Materials of directors, monitors, general managers, vice general managers, assistant managers and individual supervisors of departments and branches:

1. Materials of directors and monitors                                                                Apr. 8, 2003

| Title | Name | Date of selection and appointment | Tenure | Shares held at selection and appointment | | Shares held currently | | Shares currently held by spouse / minor children | | Shares held in the name of others | | Major experiences (education background) | | Position held concurrently at other companies | Other supervisors, directors and monitors that have spouse relationship or parent-child relationship | | | Remuneration for the most recent year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | | Title | Name | Relationship | |
| Chairman | Yao Chongcheng | Apr. 15, 2000 | 3 yrs | 2,685,262 | 2.03% | 3,091,745 | 1.74% | 4,261 | 0% | — | — | Bachelor | General Manager of Bai-Sha Electronics Co., Ltd. | — | — | — | — | — |
| Director | Chen Zhenya | Apr. 15, 2000 | 3 yrs | 4,013,632 | 3.04% | 2,313,991 | 1.30% | — | — | — | — | Bachelor | Director of Design Department, Tatung Company | — | — | — | — | — |
| Director | Xu Zhangyi | Apr. 15, 2000 | 3 yrs | 2,691,844 | 2.04% | 2,362,220 | 1.33% | 97 | 0% | — | — | Bachelor | Business General Manager of Seven Stars Tech Co., Ltd. | — | — | — | — | — |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Lu Chenglin, legal representative of Gaofu Investment Co., Ltd. | Apr. 15, 2000 | 3 yrs | 42,645,875 | 32.31% | 47,598,845 | 26.82% | — | — | — | — | Bachelor | Consultant of Gaofu Investment Co., Ltd. | — | — | — | — | — |
| Monitor | Zhuang Jiafu, legal representative of Gaofu Investment Co., Ltd. | Apr. 15, 2000 | 3 yrs | 42,645,875 | 32.31% | 47,598,845 | 26.82% | — | — | — | — | Bachelor | Chairman of Huike Co., Ltd. | — | — | — | — | — |
| Monitor | Yang Qinglan | Apr. 15, 2000 | 3 yrs | 219,400 | 0.17% | 252,354 | 0.14% | — | — | — | — | Doctor | General Manager of Xcitek Inc. | — | — | — | — | — |

Note 1: The principal shareholder of Gaofu Investment Co., Ltd., institutional shareholder of the Company, is Wen Huizhong.

Note 2: Zhong Xiantang, representive of the Company's directors, left office on Jun. 10, 2002.



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2002.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com