# Exhibit 42

股票代碼：2442

# JEAN

# 美齊科技股份有限公司

## 九十二年度

## 年報

刊印日期：中華民國九十三年五月十八 日

查詢本年報之網址：

http://mops.tse.com.tw

**Stock Code: 2442**



# JEAN Co., Ltd.

# 2003
# Annual Report

**Date Published:   May 18, 2004**
**Annual Report Inquiry Website:**
**http://mops.tse.com.tw**

（二）董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料：

1．董事及監察人資料　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　93年04月17日

| 職稱 | 姓名 | 選任日期 | 任期 | 選任時持有股份 | | 現在持有股數 | | 配偶、未成年子女現在持有股份 | | 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | | 最近年度之酬勞(仟元) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 | |
| 董事長 | 高輔投資(股)公司法人代表：林鎮源 | 92.06.06 | 三年 | 47,598,845 | 26.82% | 39,598,845 | 22.31% | — | — | — | — | 碩士 | 中華映管(股)公司董事長/總經理 | JERRY INVESTMENT 董事<br>JEFFREY INVESTMENT 董事 | — | — | — | 40 |
| 董事 | 陳振雅 | 92.06.06 | 三年 | 2,313,991 | 1.30% | 2,313,991 | 1.30% | — | — | — | — | 學士 | 大同公司設計處處長 | — | — | — | — | 140 |
| 董事 | 許張義 | 92.06.06 | 三年 | 2,362,220 | 1.33% | 2,362,220 | 1.33% | 97 | 0% | — | — | 學士 | 七星科技公司業務總經理 | 美齊光電公司董事長<br>前錦科技(股)公司董事<br>高創電子公司董事<br>JEAN(M)董事 | — | — | — | 140 |
| 董事(獨立) | 黃振桑 | 92.06.06 | 三年 | 0 | 0% | 0 | 0% | — | — | — | — | 碩士 | 華陽中小企業開發股份有限公司總經理 | 光群雷射科技(股)公司/獨立董事<br>晟德製藥(股)公司/獨立董事<br>百容電子(股)公司/法人監察人代表<br>名鐘科技(股)公司/法人監察人代表 | — | — | — | 140 |
| 董事(獨立) | 劉政林 | 92.06.06 | 三年 | 0 | 0% | 0 | 0% | — | — | — | — | 碩士 | 東亞科技(股)公司董事長 | 華晶科技(股)公司/獨立董事<br>大甲興業(股)公司/董事<br>東芯科技(股)公司/董事<br>東雅電子(股)公司/法人董事代表<br>映達連(股)公司/董事 | — | — | — | 140 |
| 監察人(獨立) | 莊嘉福 | 92.06.06 | 三年 | 0 | 0% | 0 | 0% | — | — | — | — | 學士 | 輝珂公司董事長 | 常田海鮮餐廳(股)公司/董事 | — | — | — | 140 |
| 監察人 | 楊青嵐 | 92.06.06 | 三年 | 252,354 | 0.14% | 252,354 | 0.14% | — | — | — | — | 博士 | 激態科技(股)公司總經理 | — | — | — | — | 140 |
| 監察人 | 路呈麟 | 92.06.06 | 三年 | 0 | 0% | 850,000 | 0.48% | — | — | — | — | 學士 | 高輔投資(股)公司顧問 | — | — | — | — | 140 |

註1：本公司法人股東高輔投資股份有限公司之主要股東為溫惠中。

註2：本公司法人代表92.10.24改派董事林鎮源先生

十七、關係人交易

(一)關係人之名稱及關係

| 關　係　人　名　稱 | 與　本　公　司　之　關　係 |
|---|---|
| JEAN(M) SDN.BHD.（JEAN-M公司） | 子公司 |
| 英屬維京群島JEFFREY INVESTMENT LTD.（JEFFREY公司） | 子公司 |
| 高創(蘇州)電子有限公司(高創電子) | 孫公司 |
| 前錦科技股份有限公司(前錦科技) | 子公司 |
| 富達(吳江)電子有限公司(富達電子) | 間接持有60%股權之被投資公司 |
| 中華映管股份有限公司(中華映管) | 其董事長為本公司董事長二等親(民國九十一年度為非關係人) |
| 高輔投資股份有限公司(高輔公司) | 持有本公司22.31%股權之股東 |

(二)與關係人間之重大交易事項

1. 銷貨及應收款項

本公司九十二年度及九十一年度對關係人之銷貨金額如下：

|  | 92年度 金額 | 92年度 佔本公司銷貨淨額% | 91年度 金額 | 91年度 佔本公司銷貨淨額% |
|---|---|---|---|---|
| 高創電子 | $ 39,947,023 | 0.35 | 8,184,747 | 0.07 |
| 前錦科技 | – | – | 8,309,904 | 0.07 |
|  | $ 39,947,023 | 0.35 | 16,494,651 | 0.14 |

本公司售貨於關係人之收款期限，與一般廠商交易價格及條件尚無顯著不同。

本公司民國九十二年及九十一年十二月三十一日與關係人因銷售發生之應收票據及帳款餘額如下：

|  | 92.12.31 金額 | 92.12.31 佔科目餘額% | 91.12.31 金額 | 91.12.31 佔科目餘額% |
|---|---|---|---|---|
| 前錦科技 | $ – | – | 8,116,475 | 0.62 |

Translation of page 8

(II) Materials of directors, monitors, general managers, vice general managers, assistant managers and individual supervisors of departments and branches:
1. Materials of directors and monitors                                                                                          Apr. 17, 2004

| Title | Name | Date of selection and appointment | Tenure | Shares held at selection and appointment | | Shares held currently | | Shares currently held by spouse / minor children | | Shares held in the name of others | | Major experiences (education background) | Position held concurrently at other companies | Other supervisors, directors and monitors that have spouse relationship or parent-child relationship | | | Remuneration for the most recent year (NT $1,000) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Title | Name | Relationship | |
| Chairman | Legal representative of Gaofu Investment Co., Ltd.: Lin Zhenyuan | Jun. 6, 2003 | 3 yrs | 47,598,845 | 26.82% | 39,598,845 | 22.31% | — | — | — | — | Master | Chairman / General Manager of Chunghwa Picture Tubes Ltd. | JERRY INVESTMENT: Director JEFFREY INVESTMENT: Director | — | — | — | 40 |
| Director | Chen Zhenya | Jun. 6, 2003 | 3 yrs | 2,313,991 | 1.30% | 2,313,991 | 1.30% | — | — | — | — | Bachelor | Director of Design Department, Tatung Company | — | — | — | — | 140 |
| Director | Xu Zhangyi | Jun. 6, 2003 | 3 yrs | 2,362,220 | 1.33% | 2,362,220 | 1.33% | 97 | 0% | — | — | Bachelor | Business General Manager of SEVEN STARS RUBBER CO., LTD. | JEAN OPTO-ELECTRONICS TECHNOLOGY CO., LTD.: Chairman Imaging Quality Technology Inc.: Director K-Tronics Technology Co., Ltd.: Director JEAN (M): Director | — | — | — | 140 |
| Director (independent) | Huang Zhensang | Jun. 6, 2003 | 3 yrs | 0 | 0% | 0 | 0% | — | — | — | — | Master | General Manager of Sunsino Develop | K LASER Technology Inc. / Independent director Center Laboratories, INC. / Independent | — | — | — | 140 |

| Title | Name | Date | Term | Shares | % | Shares | % | — | — | — | — | Education | Current Position | Other Positions | — | — | — | Comp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | ment Associate Inc. | director Excel Cell Electronic Co., Ltd. / Representative of juridical person directors Ming Jong Technologies Co., Ltd. / Representative of juridical person directors | | | | |
| Director (independent) | Liu Zhenglin | Jun. 6, 2003 | 3 yrs | 0 | 0% | 0 | 0% | — | — | — | — | Master | Chairman of Eastern Asia Technology Limited | Altek Corporation / Independent monitor Dajia Xingye Co., Ltd. / Director Dongxin Investment Co., Ltd. / Director Eastech Electronics (Taiwan) Inc. / Representative of juridical person directors Yingdalian Co., Ltd. / Director | — | — | — | 140 |
| Monitor (independent) | Zhuang Jiafu | Jun. 6, 2003 | 3 yrs | 0 | 0% | 0 | 0% | — | — | — | — | Bachelor | Chairman of Huike Co., Ltd. | Changtian Seafood Restaurant Co., Ltd. / Director | — | — | — | 140 |
| Monitor | Yang Qinglan | Jun. 6, 2003 | 3 yrs | 252,354 | 0.14% | 252,354 | 0.14% | — | — | — | — | Doctor | General Manager of Xcitek Inc. | — | — | — | — | 140 |
| Monitor | Lu Chenglin | Jun. 6, 2003 | 3 yrs | 0 | 0% | 850,000 | 0.48% | — | — | — | — | Bachelor | Consultant of Gaofu Investment Co., Ltd. | — | — | — | — | 140 |

Note 1: The principal shareholder of Gaofu Investment Co., Ltd., institutional shareholder of the Company, is Wen Huizhong.

Note 2: Mr. Lin Zhenyuan was reassigned as the legal representative of the Company on Oct. 24, 2003.

**Translation of page 71**

## XVII. Related party transactions

(i) Related party name and relationship

| Name of related party | Relationship with the Company |
|---|---|
| JEAN (M) SDN. BHD. (JEAN-M) | Subsidiary of the Company |
| JEFFREY INVESTMENT LTD. (JEFFREY), the British Virgin Islands | Subsidiary of the Company |
| K-Tronics (Suzhou) Technology Co., Ltd. (K-Tronics) | Sub-subsidiary of the Company |
| Imaging Quality Technology Inc. (Imaging Quality) | Subsidiary of the Company |
| Fuda Electronics (Wujiang) Co., Ltd.(Fuda Electronics) | The invested company that holds 60% equity indirectly |
| Chunghwa Picture Tubes Ltd. (CPT) | Its Chairman has parent-child relationship with Chairman of the Company (It was not a related parted in 2002) |
| Gaofu Investment Co., Ltd. (Gaofu Ltd.) | Shareholder that holds 22.31% equity of the Company |

(ii) Major transactions between related parties and the Company

1. Sales and accounts receivable

The Company's sales amounts to related parties in 2003 and 2002 are as follows:

|  | 2003 | | 2002 | |
|---|---|---|---|---|
|  | Amount | Ratio to the Company's net sales (%) | Amount | Ratio to the Company's net sales (%) |
| K-Tronics | NT $ 39,947,023 | 0.35 | 8,184,747 | 0.07 |
| Imaging Quality | - | - | 8,309,904 | 0.07 |
|  | **NT $ 39,947,023** | **0.35** | **16,494,651** | **0.14** |

As for the collection term of sales to the related parties, there is no significant difference in terms of trade prices and terms between the Company and other common firms.

The Company's balance of notes receivable and accounts receivable incurred to the related parties due to sales as of Dec. 31, 2003 and Dec. 31, 2002 is as follows:

|  | Dec. 31, 2003 | Dec. 31, 2002 |
|---|---|---|
|  | Ratio to the subject | Ratio to the subject |

|  | Amount | balance (%) | Amount | balance (%) |
|---|---|---|---|---|
| Imaging Quality | **NT $ -** | **-** | **8,116,475** | **0.62** |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2003.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com