# Exhibit 43

：**2442**



**http://mops.tse.com.tw**

**Stock Code: 2442**



# JEAN Co., Ltd.

# 2004
# Annual Report

**Date Published: May 27, 2005**

**Annual Report Inquiry Website:**

**http://mops.tse.com.tw**

( )

94　04　30

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 93.12.31 |  | 93.12.31 | 7,357,228 | 4.18% | 7,357,228 | 4.18% |  |  |  |  | ( )　/ | JERRY INVESTMENT<br>JEFFREY INVESTMENT | JERRY LIN |
|  |  | 93.12.31 |  | 93.12.31 | 0 | 0% | 0 | 0% |  |  |  |  | ( )<br>JEAN(M) |  |  |
|  | ( ) | 93.12.31 |  | 86.06.29 | 20,598,845 | 11.70% | 20,598,845 | 11.70% |  |  |  |  | ( )<br><br>JEAN(M) |  |  |
| ( ) |  | 93.12.31 |  | 92.06.06 | 0 | 0% | 0 | 0% |  |  |  |  | ( )<br><br>( ) |  |  |
| ( ) |  | 93.12.31 |  | 93.12.31 | 0 | 0% | 0 | 0% | 4,261 | 0% |  |  | ( ) |  |  |
| ( ) |  | 93.12.31 |  | 92.06.06 | 0 | 0% | 0 | 0% |  |  |  |  | ( )　/ |  |  |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JERRY LIN | 93.12.31 | 93.12.31 | 314,000 | 0.18% | 314,000 | 0.18% | | | | | SOVNTA BABARA UNIVERSITY | APRIL DEW DIRECTOR | | |
| | | 93.12.31 | 92.06.06 | 850,000 | 0.48% | 850,000 | 0.48% | | | | | ( ) | | | |

1
2
3

93    11

( )

(4)

( )

| JEAN(M)SDN.BHD. (JEAN-M     ) | | |
|---|---|---|
| JEFFREY | | |
| INVESTMENT | | |
| LTD. (JEFFREY     ) | | |
| (     ) | (     ) | |
| | (     ) | |
| (     ) | (     ) | 60% |
| | (     ) | |
| | ( | ) |
| | (     ) | 11.7% |

( )

1.

| | 93 | | 92 | |
|---|---|---|---|---|
| | | % | | % |
| | $       276,209 | - | 39,947,023 | 0.35 |

2.

| | 93 | | 92 | |
|---|---|---|---|---|
| | $     192,723,716 | 2.21 | 1,136,781,504 | 9.98 |
| JEFFREY | 347,785,033 | 3.98 | 255,227,129 | 2.24 |
| | 8,001,868,436 | 91.64 | 9,986,082,653 | 87.63 |

( )

|  |  |  |  |
|---|---|---|---|
| - | - | 1,684,143 | 0.01 |
| $ **8,542,377,185** | **97.83** | **11,379,775,429** | **99.86** |

JEFFREY                          JEFFREY

JEFFREY

| | 93.12.31 | | 92.12.31 | |
|---|---|---|---|---|
| JEFFREY | $     56,856,250 | 9.55 | - | - |
| | - | - | 1,382,268 | 0.09 |
| | 27,510,940 | 4.62 | 7,579,832 | 0.51 |
| | 503,146,175 | 84.55 | 1,457,670,869 | 98.69 |
| | $   **587,513,365** | **98.72** | **1,466,632,969** | **99.29** |

3.

| | | **93** | | | |
|---|---|---|---|---|---|
| JEAN-M | 93.1.1 | $   210,691,501 | - | 1.27% | 1,488,876 |
| JEFFREY | 93.1.1 | 64,543,000 | - | 1.27% | 488,042 |
| | | | $     - | | **1,976,918** |

| | | **92** | | | |
|---|---|---|---|---|---|
| JEAN-M | 92.11.21 | $   213,739,208 | 210,691,501 | 1.27% | 647,863 |
| JEFFREY | 92.12.23 | 64,752,000 | 64,543,000 | 1.27% | 42,970 |
| | | | $ **275,234,501** | | **690,833** |

4.

  (1)                          Jeffrey                          33,923,258

  (2)

              25,375,590

**Translation of page 8**

II. Materials of directors, monitors, general managers, vice general managers, assistant managers and supervisors of individual departments and branches:

1. Materials of directors and monitors                                                                                       Apr. 30, 2005

| Title | Name | Date of selection and appointment | Tenure | Time of initial selection and appointment | Shares held at selection and appointment | | Shares held currently | | Shares currently held by spouse / minor children | | Shares held in the name of others | | Major experiences (education background) | Position held concurrently at other companies | Other supervisors, directors and monitors that have spouse relationship or parent-child relationship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Title | Name | Relationship |
| Chairman | Lin Zhenyuan | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 7,357,228 | 4.18% | 7,357,228 | 4.18% | - | - | - | - | Master | Chairman / General Manager of Chunghwa Picture Tubes Ltd. | JERRY INVESTMENT: Director JEFFREY INVESTMENT: Director Unibright Chemical Co., Ltd.: Director | Monitor | JERRY LIN | Father-son |
| Chairman & President | Chen Xiuqian | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 0 | 0% | 0 | 0% | - | - | - | - | Master | Vice General Manager of Chunghwa Picture Tubes Ltd. | K-Tronics Technology Co., Ltd.: Director JEAN (M): Director | - | - | - |
| Chairman & Vice President | Legal representative of Gaofu Investment Co., Ltd.: Xu Zhangyi | Dec. 31, 2004 | 3 yrs | Jun. 29, 1997 | 20,598,845 | 11.70% | 20,598,845 | 11.70% | - | - | - | - | Bachelor | Business Manager of SEVEN STARS RUBBER CO., LTD. | JEAN OPTO-ELECTRONICS TECHNOLOGY CO., LTD.: Director Imaging Quality Technology Inc.: Director K-Tronics Technology Co., Ltd.: Director JEAN (M): Director Gaofu Investment Co., | - | - | - |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | Ltd.: Director Jean Tour Co., Ltd.: Monitor | - | - | - |
| Director (independent) | Liu Zhenglin | Dec. 31, 2004 | 3 yrs | Jun. 6, 2003 | 0 | 0% | 0 | 0% | - | - | - | - | Master | Chairman of Eastern Asia Technology Limited | Eastern Asia Technology Limited: Chairman Altek Corporation: Independent monitor Dajia Xingye Co., Ltd.: Director Dongxin Investment Co., Ltd.: Director Eastech Electronics (Taiwan) Inc.: Representative of juridical person directors Yingdalian Co., Ltd.: Director | - | - | - |
| Director (independent) | Yao Chongcheng | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 0 | 0% | 0 | 0% | 4,261 | 0% | - | - | Bachelor | General Manager of Bai-Sha Electronics Co., Ltd. | Kenmec Mechanical Engineering Co., Ltd.: Monitor | - | - | - |
| Monitor (independent) | Zhuang Jiafu | Dec. 31, 2004 | 3 yrs | Jun. 6, 2003 | 0 | 0% | 0 | 0% | - | - | - | - | Bachelor | Chairman of Huike Co., Ltd. | Changtian Seafood Restaurant Co., Ltd.: Director | - | - | - |

**Translation of page 9**

| Monitor | Legal representative of K-Tronics Investment Co., Ltd.: JERRY LIN | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 314,000 | 0.18% | 314,000 | 0.18% | - | - | - | - | Bachelor | SOVNTA BABARA UNIVERSITY | APRIL DEW DIRECTOR | Director | Lin Zhenyuan | Father-son |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitor | Lu Chenglin | Dec. 31, 2004 | 3 yrs | Jun. 6, 2003 | 850,000 | 0.48% | 850,000 | 0.48% | - | - | - | - | Bachelor | Consultant of Gaofu Investment Co., Ltd. | - | - | - | - |

Note 1: The Company's institutional shareholder Gaofu Investment Co., Ltd. sold its shares in Nov. 2004 and held less than 50% of its shares at selection and appointment. Therefore, it has to be naturally dismissed according to law.

Note 2: Principal shareholders of the Company's institutional shareholder Gaofu Investment Co., Ltd. are: Wen Huizhong, Xu Zhangyi and Lu Chenglin.

Note 3: Principal shareholders of the Company's institutional shareholder K-Tronics Investment Co., Ltd. are: Wen Jingru, Wen Huizhong and Xu Zhangyi.

**Translation of page 77**

**Notes to Financial Statements of Jean Group (Continued)**

(4) Accrued pension liabilities: use the funding status of listed actuarial pension on measurement dates of Dec. 31, 2004 and Dec. 31, 2003 plus the difference between current period pension and allocated pension contributions as the fair value.

V. Related party transactions

(i) Related party name and relationship

| Name of related party | Relationship with the Company |
|---|---|
| JEAN (M) SDN. BHD. (JEAN-M) | Subsidiary of the Company |
| JEFFREY INVESTMENT LTD. (JEFFREY), the British Virgin Islands | Subsidiary of the Company |
| K-Tronics (Suzhou) Technology Co., Ltd. (K-Tronics) | Sub-subsidiary of the Company |
| Imaging Quality Technology Inc. (Imaging Quality) | Subsidiary of the Company |
| Fuda Electronics (Wujiang) Co., Ltd.(Fuda Electronics) | The invested company that holds 60% equity indirectly |
| Chunghwa Picture Tubes Ltd. (CPT) | Its Chairman has parent-child relationship with Chairman of the Company (It was not a related parted in the first three quarters of 2003) |
| Gaofu Investment Co., Ltd. (Gaofu Ltd.) | Shareholder that holds 11.7% equity of the Company |

(ii) Major transactions between related parties and the Company

1. Company's Sales

The Company's sales amounts to related parties in 2004 and 2003 are as follows:

|  | 2004 | | 2003 | |
|---|---|---|---|---|
|  | Amount | Ratio to the Company's net sales (%) | Amount | Ratio to the Company's net sales (%) |
| K-Tronics | NT $  276,209 | - | 39,947,023 | 0.35 |

As for the collection term of sales to the related parties, there is no significant difference in terms of trade prices and terms between the Company and other common firms.

2. Purchase of goods and labor services and accounts payable

The Company's amounts of buying labor services and goods from related partied in 2004 and 2003 are as follows:

|  | 2004 | | 2003 | |
|---|---|---|---|---|
|  | Amount | Ratio to the Company's net purchases (%) | Amount | Ratio to the Company's net purchases (%) |
| CPT | NT$  192,723, | 2.21 | 1,136,781,504 | 9.98 |

| | | | | |
|---|---|---|---|---|
| JEFFREY | 347,785,033 | 3.98 | 255,227,129 | 2.24 |
| K-Tronics | 8,001,868,436 | 91.64 | 9,986,082,653 | 87.63 |
| Imaging Quality Technology Inc. | - | - | 1,684,143 | 0.01 |
| **NT$** | **8,542,377, 185** | **97.83** | **11,379,775,429** | **99.86** |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2004.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com