# Exhibit 44

股票代碼：2442



# 美齊科技股份有限公司

## 九十四年度

## 年報

刊印日期：中華民國九十五年五月十五日

查詢本年報之網址：

http://mops.tse.com.tw

**Stock Code: 2442**



# JEAN Co., Ltd.

# 2005
# Annual Report

**Date Published: May 15, 2006**
**Annual Report Inquiry Website:**
**http://mops.tse.com.tw**

(二)董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料：

1．董事及監察人資料                                                                                          95 年 04 月 11 日

| 職稱 | 姓名 | 選任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、未成年子女現在持有股份 股數 | 配偶、未成年子女現在持有股份 持股比率 | 利用他人名義持有股份 股數 | 利用他人名義持有股份 持股比率 | 主要經(學)歷 | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 姓名 | 關係 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 林鎮源 | 93.12.31 | 三年 | 93.12.31 | 7,357,228 | 4.18% | 44,857,228 | 17.94% | 0 | 0 | 0 | 0% | 碩士 中華映管(股)公司董事長/總經理 | JERRY INVESTMENT：董事 JEFFREY INVESTMENT：董事 JEAN(M)：董事 坤輝科技實業股份有限公司：董事 | 監察人 | JERRY LIN | 父子 |
| 董事兼任總經理 | 陳修乾 | 93.12.31 | 三年 | 93.12.31 | 0 | 0% | 0 | 0% | 0 | 0 | 0 | 0% | 碩士 中華映管(股)公司副總經理 | 高創電子公司：董事 JEAN(M)：董事 | 無 | ─ | ─ |
| 董事兼任副總經理 | 高輔投資(股)公司法人代表：許張義 | 93.12.31 | 三年 | 86.06.29 | 20,598,845 | 11.70% | 36,098,845 | 14.44% | 0 | 0 | 0 | 0% | 學士 七星輪胎公司業務經理 | 美齊光電公司：董事長 高創電子公司：董事長 高輔投資股份有限公司：監察人 | 無 | ─ | ─ |
| 董事(獨立) | 劉政林 | 93.12.31 | 三年 | 92.06.06 | 0 | 0% | 0 | 0% | 0 | 0 | 0 | 0% | 碩士 東亞科技(股)公司董事長 | 東亞科技(股)公司：董事長 華晶科技股份有限公司：獨立監察人 大甲興業股份有限公司：董事 東芯科技股份有限公司：董事 東雅電子股份有限公司：法人董事代表人 映達連股份有限公司：董事 | 無 | ─ | ─ |
| 董事(獨立) | 姚崇誠 | 93.12.31 | 三年 | 93.12.31 | 0 | 0% | 0 | 0% | 4,261 | 0% | 0 | 0% | 學士 白砂電機總經理 | 廣運機械工程(股)公司：監察人 | 無 | ─ | ─ |
| 監察人(獨立) | 莊嘉福 | 93.12.31 | 三年 | 92.06.06 | 0 | 0% | 0 | 0% | 0 | 0 | 0 | 0% | 學士 輝珂公司董事長 | 常田海鮮餐廳(股)公司：董事 | 無 | ─ | ─ |
| 監察人 | 高美投資有限公司法人 | 93.12.31 | 三年 | 93.12.31 | 314,000 | 0.18% | 21,314,000 | 8.53% | 0 | 0 | 0 | 0% | 學士 SOVNTA BABARA | 無 | 董事 | 林鎮源 | 父子 |

8

| | 代表：<br>JERRY　LIN | | | | | | | | | | | | UNIVERSITY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 監察人 | 路呈麟 | 93.12.31 | 三年 | 92.06.06 | 850,000 | 0.48% | 850,000 | 0.34% | 0 | 0 | 0 | 0% | 學士 | 高輔投資(股)公司顧問 | 無 | 無 | － | － |

註 1： 原高創投資已於 95.02.27 變更名稱為高美投資。

### 法人股東之主要股東

　　　　　　　　　　　　　　　　　　　　　　　　　　　　95 年 04 月 30 日

| 法　人　股　東　名　稱 | 法　人　股　東　之　主　要　股　東 |
|---|---|
| 高輔投資(股)公司 | 溫惠中、黃肇東 |
| 高美投資有限公司 | 溫靜如 |

註 1： 原高創投資已於 95.02.27 變更名稱為高美投資。

9

美齊科技股份有限公司財務報表附註(續)

上述估計金融商品公平價值所使用之方法及假設如下：

1. 短期投資如有市場價格可循時，則以市場價格為公平價值。若無市場價格可供參考時，則依財務或其他資訊估計公平價值。
2. 長期股權投資：本公司採權益法評價之長期股權投資係投資非公開發行公司，因其未於公開市場交易，致於實務上無法估計其公平價值，而係以依持股比例計算之股權淨值為其公平價值。採成本法及成本與市價孰低法評價之長期投資以該市場價格為公平價值。
3. 應付轉換公司債：本公司應付轉換公司債之帳面價值包括利息補償金，其公平價值以市價為準。

五、關係人交易

(一)關係人之名稱及關係

| 關係人名稱 | 與本公司之關係 |
|---|---|
| JEAN(M)SDN.BHD. (JEAN-M 公司) | 子公司 |
| 英屬維京群島 JEFFREY INVESTMENT LTD. (JEFFREY 公司) | 子公司 |
| 高創(蘇州)電子有限公司(高創電子) | 孫公司 |
| 中華映管股份有限公司(中華映管) | 其董事長為本公司董事長二等親 |
| 美齊光電有限公司(美齊光電) | 孫公司 |
| 林鎮源 | 本公司之董事長 |
| 高輔投資股份有限公司(高輔公司) | 對本公司持股超過10%之股東 |

(二)與關係人之間之重大交易事項

1. 銷貨及應收帳款

本公司民國九十四年及九十三年度對關係人之銷貨金額如下：

| | 94年度 | | 93年度 | |
|---|---|---|---|---|
| | 金額 | 佔本公司銷貨淨額% | 金額 | 佔本公司銷貨淨額% |
| 高創電子 | $ 117,993 | - | 276,209 | - |
| 美齊光電 | 247,955,812 | 1.86 | - | - |
| | $ 248,073,805 | 1.86 | 276,209 | - |

本公司對關係人美齊光電公司之銷貨，實際係由本公司向高創電子進貨後，再依成本轉售予美齊光電公司。

本公司銷售予關係人之收款期限，除美齊光電公司係月結120天外，餘與一般廠商交易條件尚無顯著不同。

**Translation of page 8**

(II) Materials of directors, monitors, general managers, vice general managers, assistant managers and supervisors of individual departments and branches:

1. Materials of directors and monitors                                                                                                                              Apr. 11, 2006

| Title | Name | Date of selection and appointment | Tenure | Time of initial selection and appointment | Shares held at selection and appointment | | Shares held currently | | Shares currently held by spouse / minor children | | Shares held in the name of others | | Major experiences (education background) | Position held concurrently at other companies | Other supervisors, directors and monitors that have spouse relationship or parent-child relationship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Title | Name | Relationship |
| Chairman | Lin Zhenyuan | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 7,357,228 | 4.18% | 44,857,228 | 17.94% | 0 | 0 | 0 | 0% | Master | Chairman / General Manager of Chunghwa Picture Tubes Ltd. | JERRY INVESTMENT: Director JEFFREY INVESTMENT: Director JEAN (M): Director Unibright Chemical Co., Ltd.: Director | Monitor | JERRY LIN | Father-son |
| Chairman & President | Chen Xiuqian | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 0 | 0% | 0 | 0% | 0 | 0 | 0 | 0% | Master | Vice General Manager of Chunghwa Picture Tubes Ltd. | K-Tronics Technology Co., Ltd.: Director JEAN (M): Director | None | - | - |
| Chairman & Vice President | Legal representative of Gaofu Investment Co., Ltd.: Xu Zhangyi | Dec. 31, 2004 | 3 yrs | Jun. 29, 1997 | 20,598,845 | 11.70% | 36,098,845 | 14.44% | 0 | 0 | 0 | 0% | Bachelor | Business Manager of SEVEN STARS RUBBER CO., LTD. | JEAN OPTO-ELECTRONICS TECHNOLOGY CO., LTD.: Chairman K-Tronics Technology Co., Ltd.: Chairman Gaofu Investment Co., Ltd.: Monitor | None | - | - |

| Title | Name | Date | Term | Date first elected | Shares | % | Shares | % | Shares | | | % | Education | Current position | Other positions | Spouse/minor children position | Relative name | Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director (independent) | Liu Zhenglin | Dec. 31, 2004 | 3 yrs | Jun. 6, 2003 | 0 | 0% | 0 | 0% | 0 | 0 | 0 | 0% | Master | Chairman of Eastern Asia Technology Limited | Eastern Asia Technology Limited: Chairman Altek Corporation: Independent monitor Dajia Xingye Co., Ltd.: Director Dongxin Technology Co., Ltd.: Director Eastech Electronics (Taiwan) Inc.: Representative of juridical person directors Yingdalian Co., Ltd.: Director | None | - | - |
| Director (independent) | Yao Chongcheng | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 0 | 0% | 0 | 0% | 4,261 | 0 % | 0 | 0% | Bachelor | General Manager of Bai-Sha Electronics Co., Ltd. | Kenmec Mechanical Engineering Co., Ltd.: Monitor | None | - | - |
| Monitor (independent) | Zhuang Jiafu | Dec. 31, 2004 | 3 yrs | Jun. 6, 2003 | 0 | 0% | 0 | 0% | 0 | 0 | 0 | 0% | Bachelor | Chairman of Huike Co., Ltd. | Changtian Seafood Restaurant Co., Ltd.: Director | None | - | - |
| Monitor | Legal representative of Gaomei Investment Co., Ltd.: JERRY LIN | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 314,000 | 0.18% | 21,314,000 | 8.53% | 0 | 0 | 0 | 0% | Bachelor | SOVNTA BABARA UNIVERSITY | None | Director | Lin Zhenyuan | Father-son |
| Monitor | Lu Chenglin | Dec. 31, 2004 | 3 yrs | Jun. 6, 2003 | 850,000 | 0.48% | 850,000 | 0.34% | 0 | 0 | 0 | 0% | Bachelor | Consultant of Gaofu Investment Co., Ltd. | None | None | - | - |

**Translation of page 9**

Note 1: The former K-tronics Investment was renamed Gaomei Investment on Feb. 27, 2006.

**Principal Shareholders of Institutional Shareholders**

Apr. 30, 2006

| Name of institutional shareholder | Principal shareholder of institutional shareholder |
|---|---|
| Gaofu Investment Co., Ltd. | Wen Huizhong, Huang Zhaodong |
| Gaomei Investment Co., Ltd. | Wen Jingru |

Note 1: The former K-tronics Investment was renamed Gaomei Investment on Feb. 27, 2006.

## Translation of page 74

The methods and assumptions described above for estimates of fair value of financial products are as follows:

1. For short-term investments if there are relevant market prices for reference, the market price shall be the fair value. In case of absence of market prices for reference, the fair value shall be estimated based on the financial or other information.
2. Long-term equity investments: The long-term equity investments estimated by the Company with the equity method are investments to non-public offering companies, as they are not traded in the open market, their fair value cannot be estimated in the practice, and the net fair value of equity calculated in accordance with the shareholding ratio shall be the fair value. For long-term investments estimated by using the cost method and the low-of-cost-or-market rule, the market price shall be the fair value.
3. Convertible bonds payable: the book value of the Company's convertible bonds payable includes the interest compensation, and the fair value shall be subject to the market value.

**V. Related party transactions**

(i) Related party name and relationship

| Name of related party | Relationship with the Company |
|---|---|
| JEAN (M) SDN.BHD. (JEAN M) | Subsidiary of the Company |
| JEFFREY INVESTMENT LTD. (JEFFREY), the British Virgin Islands | Subsidiary of the Company |
| K-Tronics (Suzhou) Technology Co., Ltd. (K-Tronics) | Grandson company of the Company |
| Chunghwa Picture Tubes Ltd. (CPT) | Its Chairman has parent-child relationship with Chairman of the Company |
| JEAN OPTO-ELECTRONICS TECHNOLOGY CO., LTD. (JEAN OPTO-ELECTRONICS) | Grandson company of the Company |
| Lin Zhenyuan | Chairman of the Company |
| Gaofu Investment Co., Ltd. (Gaofu Ltd.) | Shareholder that holds more than 10% equity of the Company |

(ii) Major transactions between related parties and the Company

1. Company Sales and receivables

The Company's sales amounts to related parties in 2005 and 2004 are as follows:

|  | 2005 | | 2004 | |
|---|---|---|---|---|
|  | Amount | Ratio to the Company's net sales (%) | Amount | Ratio to the Company's net sales (%) |
| K-Tronics | NT$  117,993 | - | 276,209 | - |
| JEAN OPTO-ELECTRONICS | 247,955,812 | 1.86 | - | - |
|  | **NT$ 248,073,805** | **1.86** | **276,209** | **-** |

In fact, for the sales to JEAN OPTO-ELECTRONICS, the Company bought the goods from K-Tronics and then sold the goods to JEAN OPTO-ELECTRONICS at cost.

As for the collection term of sales to the related parties, apart from JEAN OPTO-ELECTRONICS's monthly settlement within 120 days, there is no significant difference in terms of trade terms between the Company and other common firms.



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2005.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com