# Exhibit 45

: 2442



http://mops.tse.com.tw

**Stock Code: 2442**



# JEAN Co., Ltd.

# 2006
# Annual Report

**Date Published: May 17, 2007**

**Annual Report Inquiry Website:**

**http://mops.tse.com.tw**

( )
(1) 96 04 10

| | | ( ) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 93.12.31 | | 93.12.31 | 7,357,228 | 4.18% | 44,857,228 | 17.94% | 0 | 0% | 0 | 0% | ( ) / | JERRY INV. JEFFREY INV. JEAN(M) | JERRY LIN |
| | | 93.12.31 | | 93.12.31 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | ( ) | ( ) JEAN(M) | |
| | ( ) | 93.12.31 | : | 86.06.29 | 20,598,845 | 11.70% | 36,098,845 | 14.44% | 0 | 0% | 0 | 0% | | ( ) ( ) ( ) ( ) | |
| ( ) | | 93.12.31 | | 92.06.06 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | ( ) | ( ) ( ) ( ) ( ) ( ) ( ) ( ) | |
| ( ) | | 93.12.31 | | 93.12.31 | 0 | 0% | 0 | 0% | 4,261 | 0% | 0 | 0% | | ( ) ( ) | |
| ( ) | | 93.12.31 | | 92.06.06 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | ( ) | |
| | JERRY LIN | 93.12.31 | : | 93.12.31 | 314,000 | 0.18% | 21,314,000 | 8.53% | 0 | 0% | 0 | 0% | University California Santa Barbara | ( ) | |
| | | 93.12.31 | | 92.06.06 | 850,000 | 0.48% | 850,000 | 0.34% | 0 | 0% | 0 | 0% | | ( ) | |

( )

( )

| | JEFFREY INVESTMENT LTD. | | |
|---|---|---|---|
| (JEFFREY ) | | | |
| ( ) ( ) | | | |
| ( ) | | | |
| ( ) | | | |
| ( ) | 10 | | |

( )
1.

| | 95 | | 94 | |
|---|---:|---:|---:|---:|
| | $ 33,125 | - | 117,993 | - |
| | 102,258,606 | 0.54 | 247,955,812 | 1.86 |
| JEFFREY | 49,607 | - | - | - |
| | 9,047 | - | - | - |
| | $102,350,385 | 0.54 | 248,073,805 | 1.86 |

120

| | 95.12.31 | | 94.12.31 | |
|---|---:|---:|---:|---:|
| | $ 37,205,188 | 0.64 | 132,760,609 | 4.30 |

75

Translation of Page 7

## II. Materials of directors, monitors, general managers, vice general managers, assistant managers and supervisors of individual departments and branches:

(i) Directors and monitors:

(1) Basic information                                                                                              Apr. 10, 2007

| Title | Name | Date of selection and appointment (assumption of duty) | Tenure | Time of initial selection and appointment | Shares held at selection and appointment | | Shares held currently | | Shares currently held by spouse / minor children | | Shares held in the name of others | | Major experiences (education background) | Position held concurrently at other companies | Other supervisors, directors and monitors that have spouse relationship or parent-child relationship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Title | Name | Relationship |
| Chairman | Lin Zhenyuan | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 7,357,228 | 4.18% | 44,857,228 | 17.94% | 0 | 0% | 0 | 0% | Master | Chairman / General Manager of Chunghwa Picture Tubes Ltd. | JERRY INV.: Director JEFFREY INV.: Director JEAN (M): Director | Monitor | JERRY LIN | Father-son |
| Chairman & President | Chen Xiuqian | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | Master | Vice General Manager of Chunghwa Picture Tubes Ltd. | K-Tronics (Suzhou) Technology Co., Ltd.: Director JEAN (M): Director JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.: Chairman | None | - | - |
| Chairman & Vice President | Legal representative of Gaofu Investment Co., Ltd.: Xu Zhangyi | Dec. 31, 2004 | 3 yrs | Jun. 29, 1997 | 20,598,845 | 11.70% | 36,098,845 | 14.44% | 0 | 0% | 0 | 0% | Bachelor | Business Manager of SEVEN STARS RUBBER CO., LTD. | JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.: Director K-Tronics (Suzhou) Technology Co., Ltd.: Chairman Gaofu Investment Co., Ltd.: Monitor Fuda Electronics (Wujiang) Co., Ltd.: Chairman | None | - | - |
| Director (independent) | Liu Zhenglin | Dec. 31, 2004 | 3 yrs | Jun. 6, 2003 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | Master | Chairman of Eastern Asia Technology Limited | Eastern Asia Technology Limited: Chairman Altek Corporation: Independent monitor Dajia Xingye Co., Ltd.: Director | None | - | - |

| Title | Name | Date | Term | Date first elected | Shares | % | Shares | % | Shares | % | Shares | % | Education | Current positions | Other positions | Relation title | Relation name | Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | Dongxin Investment Co., Ltd.: Director Eastech Electronics (Taiwan) Inc.: Representative of juridical person directors Yingdalian Co., Ltd.: Director | | | |
| Director (independent) | Yao Chongcheng | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 0 | 0% | 0 | 0% | 4,261 | 0% | 0 | 0% | Bachelor | General Manager of Bai-Sha Electronics Co., Ltd. | Jili Electronics (Suzhou) Co., Ltd.: General Manager Kenmec Mechanical Engineering Co., Ltd.: Monitor | None | - | - |
| Monitor (independent) | Zhuang Jiafu | Dec. 31, 2004 | 3 yrs | Jun. 6, 2003 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | Bachelor | Chairman of Huike Co., Ltd. | Changtian Seafood Restaurant Co., Ltd.: Director | None | - | - |
| Monitor | Legal representative of Gaomei Investment Co., Ltd.: JERRY LIN | Dec. 31, 2004 | 3 yrs | Dec. 31, 2004 | 314,000 | 0.18% | 21,314,000 | 8.53% | 0 | 0% | 0 | 0% | Bachelor | University California Santa Barbara | Gaofu Investment Co., Ltd.: Director | Director | Lin Zhenyuan | Father-son |
| Monitor | Lu Chenglin | Dec. 31, 2004 | 3 yrs | Jun. 6, 2003 | 850,000 | 0.48% | 850,000 | 0.34% | 0 | 0% | 0 | 0% | Bachelor | Consultant of Gaofu Investment Co., Ltd. | None | None | - | - |

Translation of Page 75

**Notes to Financial Statements of Jean Group (Continued)**

**V. Related party transactions**

(i) Related party name and relationship

| Name of related party | Relationship with the Company |
|---|---|
| JEFFREY INVESTMENT LTD. (JEFFREY), the British Virgin Islands | Subsidiary of the Company |
| K-Tronics (Suzhou) Technology Co., Ltd. (K-Tronics) | Subsidiary of the Company |
| Chunghwa Picture Tubes Ltd. (CPT) | Its Chairman has parent-child relationship with Chairman of the Company |
| JEAN OPTO-ELECTRONICS TECHNOLOGY CO., LTD. (JEAN OPTO-ELECTRONICS) | Subsidiary of the Company |
| Lin Zhenyuan | Chairman of the Company |
| Gaofu Investment Co., Ltd. (Gaofu Ltd.) | Shareholder that holds more than 10% equity of the Company |

(ii) Major transactions between related parties and the Company

1. Company Sales

The Company's sales amounts to related parties in 2006 and 2005 are as follows:

|  | 2006 | | 2005 | |
|---|---|---|---|---|
|  | Amount | Ratio to the Company's net sales (%) | Amount | Ratio to the Company's net sales (%) |
| K-Tronics | NT $ 33,125 | - | 117,993 | - |
| JEAN OPTO-ELECTRONICS | 102,258,606 | 0.54 | 247,955,812 | 1.86 |
| JEFFREY | 49,607 | - | - | - |
| Gaofu Ltd. | 9,047 | - | - | - |
|  | NT $ 102,350,385 | 0.54 | 248,073,805 | 1.86 |

In fact, the Company did not make profit from price difference with respect to sales to JEAN OPTO-ELECTRONICS, because the Company bought the goods from K-Tronics and then sold the goods to JEAN OPTO-ELECTRONICS at cost.

As for the collection term of sales to the related parties, apart from JEAN OPTO-ELECTRONICS's monthly settlement within 120 days, there is no significant difference in terms of trade terms between the Company and other common firms.

The Company's balance of accounts receivable incurred to the related parties as of Dec. 31, 2006 and Dec. 31, 2005 is as follows:

|  | Dec. 31, 2006 | | Dec. 31, 2005 | |
|---|---|---|---|---|
|  | Amount | Ratio to the subject balance (%) | Amount | Ratio to the subject balance (%) |
| Account Receivable JEAN OPTO-ELECTRONICS | NT $ 37,205,188 | 0.64 | 132,760,609 | 4.30 |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2006.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com