# Exhibit 47

: **2442**



**http://newmops.tse.com.tw**

**Stock Code: 2442**



# JEAN Co., Ltd.

# 2008
# Annual Report

**Date Published: April 27, 2009**

**Annual Report Inquiry Website:**

**http://newmops.tse.com.tw**

1. 98 03 27

| | | ( ) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | 96.06.08 | | | 93.12.31 | 44,857,228 | 17.94% | 14,049,241 | 8.60% | 14,013,440 | 8.58% | 0 | 0% | ( ) / | JERRY INV. JEFFREY INV. JEAN(M) | |
| | | 96.06.08 | | | 93.12.31 | 0 | 0% | 626,219 | 0.38% | 0 | 0% | 0 | 0% | ( ) | ( ) JEAN(M) ( ) | |
| | | 96.06.08 | | | 92.06.06 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | ( ) | ( ) ( ) ( ) ( ) ( ) ( ) | |
| | | 96.06.08 | | | 93.12.31 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | ( ) | |
| | | 96.06.08 | | | 96.06.08 | 200,000 | 0.08% | 1,000,960 | 0.61% | 0 | 0% | 0 | 0% | University of California Riverside | ( ) ( ) | |
| | | 96.06.08 | | | 92.06.06 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | ( ) | |
| | | 96.06.08 | | | 92.06.06 | 850,000 | 0.34% | 531,760 | 0.33% | 0 | 0% | 0 | 0% | ( ) | | |
| | | 96.06.08 | | | 96.06.08 | 200,000 | 0.08% | 1,045,377 | 0.64% | 1,477,804 | 0.90% | 0 | 0% | | ( ) ( ) | |

( )

(3)

(4)   /
2.
  (1)

  (2)

                                                                56%   83%

  (3)

  (4)

       1%                                   12,984

( )

                    JEFFREY INVESTMENT LTD.
         (JEFFREY)
         (   )         (     )
                       (     )
                  (     )
                  (     )                              10

Translation of Page 10

## II. Materials of directors, monitors, general managers, vice general managers, assistant managers and supervisors of individual departments and branches:

(i) Directors and monitors:

1. Basic information

Mar. 27, 2009

| Title | Name | Date of selection and appointment (assumption of duty) | Tenure | Time of initial selection and appointment | Shares held at selection and appointment | | Shares held currently | | Shares currently held by spouse / representative/ minor children | | Shares held in the name of others | | Major experiences (education background) | Position held concurrently at other companies | Other supervisors, directors and monitors that have spouse relationship or parent-child relationship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Title | Name | Relationship |
| Chairman | Lin Zhenyuan | Jun. 8, 2007 | 3 yrs | Dec. 31, 2004 | 44,857,228 | 17.94% | 14,049,241 | 8.60% | 14,013,440 | 8.58% | 0 | 0% | Master | Chairman / General Manager of Chunghwa Picture Tubes Ltd. | JERRY INV.: Director JEFFREY INV.: Director JEAN (M): Director | Director | JESSE LIN | Father-son |
| Chairman & President | Chen Xiuqian | Jun. 8, 2007 | 3 yrs | Dec. 31, 2004 | 0 | 0% | 626,219 | 0.38% | 0 | 0% | 0 | 0% | Master | Vice General Manager of Chunghwa Picture Tubes Ltd. | K-Tronics (Suzhou) Technology Co.,Ltd.: Director JEAN (M): Director JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.:Chairman | None | - | - |
| Director | Liu Zhenglin | Jun. 8, 2007 | 3 yrs | Jun. 6, 2003 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | Master | Chairman of Eastern Asia Technology Limited | Eastern Asia Technology Limited: Chairman Altek Corporation: Independent monitor DajiaXingye Co., Ltd.: Director Dongxin Investment Co., Ltd.: Director Eastech Electronics (Taiwan) Inc.: Representative of juridical person directors Yingdalian Co., Ltd.: Director | None | - | - |
| Director | Yao Chongcheng | Jun. 8, 2007 | 3 yrs | Dec. 31, 2004 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | Bachelor | General Manager of Bai-Sha Electronics Co., Ltd. | Jili Electronics (Suzhou) Co., Ltd.: General Manager | None | - | - |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Legal representative of ShengjieDevelopment Co., Ltd.: JESSE LIN | Jun. 8, 2007 | 3 yrs | Jun. 8, 2007 | 200,000 | 0.08% | 1,000,960 | 0.61% | 0 | 0% | 0 | 0% | Bachelor | University of California Riverside | GaofuInvestment Co., Ltd.: Director JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.: Director | Director | Lin Zhenyuan | Father-son |
| Monitor | Zhuang Jiafu | Jun. 8, 2007 | 3 yrs | Jun. 6, 2003 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | Bachelor | Huike of Huike Co., Ltd. | Changtian Seafood Restaurant Co., Ltd.: Director | None | - | - |
| Monitor | Lu Chenglin | Jun. 8, 2007 | 3 yrs | Jun. 6, 2003 | 850,000 | 0.34% | 531,760 | 0.33% | 0 | 0% | 0 | 0% | Bachelor | Consultant of Gaofu Investment Co., Ltd. | None | None | - | - |
| Monitor | Legal representative of ShengkaiDevelopment Co., Ltd.: Xu Zhangyi | Jun. 8, 2007 | 3 yrs | Jun. 8, 2007 | 200,000 | 0.08% | 1,045,377 | 0.64% | 1,477,804 | 0.90% | 0 | 0% | Bachelor | Business Manager of SEVEN STARS RUBBER CO., LTD. | Gaofu Investment Co., Ltd.: Monitor Hotron Precision Electronic Industrial (Suzhou) Co.,Ltd.: General Manager | None | - | - |

Translation of Page 78

**Notes to Financial Statements of Jean Group (Continued)**

(3) For long-term loans, the fair value is evaluated based on the discounted value of the expected cash flow. The discount rate is subject to long-term borrowing rates of similar conditions that are available to the Company.

(4) Most of guarantee deposits paid and received are paid and received in cash; therefore, the fair value should be equal to the book value.

2. Financial risk information

(1) Market risks

The Company's value fluctuation risks that will be incurred to foreign currency deposits, accounts receivable, accounts payable and short-term loans by foreign exchange rate movements.

(2) Credit risks

The Company's major potential credit risks are from the financial commodities of notes receivable and accounts receivable. In order to reduce credit risks, the Company carries out sustained evaluation on customers' financial position and adjusts line of credit offered to them as appropriate. In addition, the Company also regularly evaluates the possibility of recovering accounts receivable and makes provision for allowance for bad debts when necessary. Up to Dec. 31, 2008 and Dec. 31, 2007, 56% and 83% of balance of notes receivable and accounts receivable was respectively constituted by the top five trade debtors of the Company, which makes the credit risks of notes receivable and accounts receivable centralized.

(3) Liquidity risks, cash flow risks, and uncertainty of future cash demands

The Company kept appropriate working capital and bank credit not tapped to cope with situations both in 2008 and 2007, so as to avoid the liquidity risk of not being able to raise funds to fulfill contractual obligations.

(4) Cash flow risks of interest rate changes

The Company's shot-term and long-term loans are floating-rate debts. Therefore, the changes of market interest rate will make the short-term and long-term loans fluctuate along with the changes, leading to the fluctuation of future cash flow. If market interest rate is up by 1%, the future cash flow of the Company will increase by NT $12,984,000.

**V. Related party transactions**

(i) Related party name and relationship

| Name of related party | Relationship with the Company |
|---|---|
| JEFFREY INVESTMENT LTD. (JEFFREY), the British Virgin Islands | Subsidiary of the Company |
| K-Tronics (Suzhou) Technology Co., Ltd. (K-Tronics) | Subsidiary of the Company |
| Chunghwa Picture Tubes Ltd. (CPT) | Its Chairman has parent-child relationship with Chairman of the Company |
| JEAN OPTO-ELECTRONICS TECHNOLOGY CO., LTD. (JEAN OPTO-ELECTRONICS) | Subsidiary of the Company |
| Gaofu Investment Co., Ltd. (Gaofu Ltd.) | Shareholder that holds more than 10% equity of the Company |
| All the directors, monitors, general managers and vice general managers | The major management of the Company |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2008.

*Sabrina Smith*
_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com